| | | | | |
|---|---|---|---|---|
| 1 | *WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?* | Chad P Soriano | | **Exhibit Referances** |
| 2 | *WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?* | 0241742 | | EXHIbit A.1 |
| 3 | | | | |
| 4 | *WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?* | August 4 2009 | | |

*WHAT IS YOUR AGE (As Of January 1, 2013) ...*

| | | | |
|---|---|---|---|
| 6 7 | Years | | |
| 8 | Months | 41 | |
| 9 | *AGE IN MONTHS AS OF JANUARY 1, 2013* | 6 | |
| 10 | *MONTHS UNTIL YOU REACH AGE "65" Starting January 1,2013* | 498 | |
| 11 | Months until youngest dependant reaches 19 age dropped of of Socal Security Age as of January 13, 2013 is 10 years and 2 months old | 282 107 | |

*YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT*

| | | | | |
|---|---|---|---|---|
| 12 | Base Salary 64,542 times 15%, 28 month retro from Ausust 2009 to January 1, 2013, 282 month from | $ | 64,542.00 | |
| 13 | January 1, 13 to age of 65, line 12 64,542 times 15% devided by 12 for monthly. times 314 months, 282 + current and 28 retro | 253,327.35 | 253,327.35 | B.12.2.B, B.12.3.B, C.5.D |

*401K SIGNED UP FOR. Capital Accumulation Retirement Plan (CARP) Contributions ...*

| | | | | |
|---|---|---|---|---|
| 14 15 | THE 0.04% CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL | | 0.04 | |
| 16 17 | MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | + $ | 2,581.68  $ | 60,669.48 |

*FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"*

| | | | | |
|---|---|---|---|---|
| 18 19 | SEVERANCE PERIOD | | 22 | |
| 20 | *SEVERANCE PAY Yearly Base devided 52 weeks* | + $ | 1,241.19  $ | 27,306.23 |
| 21 | SEVERANCE PAY 15% 3rd Sift Difference short. 15% of line 20 times 22 weeks of severance | + $ | 186.18 | 4,468.29 | B.12.2.B, B.12.3.B, C.5.D |

*FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX, September 2012 LTD Paystub) ...*

| | | | | | |
|---|---|---|---|---|---|
| 22 23 | *"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL $3585.24 times line 10* | | $ | 3,585.24  $ | 1,011,037.68 | |
| 24 | SSDI My MONTHLY OFFSET | | | | | |
| 25 | SSDI My Depentants MONTHLY OFFSET $205.00 x 4 = $9840.00 a month. Off Set predicted form 01/13 until 11/22 when youngest dependant reaches the maximum age of 19 paid be Social Security 107 months | - $ | 2,055.00  $ | 579,510.00 | E.2.1 |
| | | - $ | 9,840.00  $ | 9,840.00 | E.2.4, E.2.6, E.2.8, E.2.10 |
| 26 | SSDI Award for my 4 Dependants Paid in a lumps sum $4,766.00 x 4 = $19064.00 Received arounnd September 3, 2011 for August 2009 through September 2011, I paid back These monies to Prudential bease threaten to stop benefits if not returned to them. | + $ | 19,064.00  $ | 19,064.00 | E.3.1, E.3.3, E.3.5, E.3.7, E.5.1 to E.5.14, E.5A.1 to E.5A.4 |
| 27 | SSDI Monthly Payment Paid to my 4 Dependants Off Set by Prudential from 9/3/2011 to 11/31/12, $205.00 x 4 = $9840.00 x 14mo. | + $ | 137,760.00  $ | 137,760.00 | E.2.4, E.2.6, E.2.8, E.2.10 |
| 28 | SSDI My Depandants Negating line 25 above, Unjust, Unfair and Unduly Burdensome Off Set by Prudential $205.00 x 4 = $9840.00 x 107 January 1, 2013 until youngest child drops off Social Security | + $ | 9,840.00  $ | 9,840.00 | E.2.4, E.2.6, E.2.8, E.2.10 |
| 29 | Medicare Part B Reimbursement Per LTD Plan | + $ | 115.40  $ | 32,542.80 | E.1.7.A |
| 30 | AUTOMATICALLY CALCULATED FOR YOU - NET PAY | = $ | (8,194.36)  $ | 713,338.48 | |

*Estimates On What Replacement Coverage Would Cost You*

| | | | | | |
|---|---|---|---|---|---|
| 31 32 | FUTURE MEDICAL CARE For Spouce and kids, Prudential is currently covering these costs under my Medical coverage as a family. If Nortel was around tell I was 65 this would This would not be a separate charge because they would ne covered under my family medical, but I will never be able to go on a self insured medical plan due to my disability. | + $ | 20,408.00  $ | 479,588.00 | F.2.1-3, F3.1-4 |
| 33 | FUTURE MEDICAL CARE cost for a Medicare Advantage Plan or other PPO, or GAP If chosen when Benefits stop. This is a Aproximate number $155.00 x 12 = $1860.00 If my coverage is taken from me I will have to replace my Medical coverage to another plan. Prudential is paying for my medical coverage now for me and my family, I will never be approved for a self insured medical plan ever again due to my disability. so This coverage will take place of my Medical coverage not my familys, Familys medical coverage is on line 32 | + $ | 1,860.00  $ | 77,190.00 | An Aprox, number for my futer Medical replacement of my 90/10 BCBS |
| 34 | PRESCRIPTIONS, Medicine annual cost from Year to date 10/11 to 10/12, for me and my family, cost to pay furure medicines I have not had time to research coverages for my or my familys medications due to short amount of time allowed to file my objectoion with out coverage comparabe to what I have now with Nortel if no coverage Average cost of annual medications for me and my family. $7960.13 Cost is Unduly Burdensome, Edge of Bankrupsty myself | + $ | 7,960.13  $ | 187,063.06 | F.4.1-11 |
| 35 36 | DENTAL/VISION/HEARING CARE Project Cost from Quote given by Alex Cerna Insurances at $33.00 a month annual cost is 416.00, Unduly Burdensome for 23.5 year fee | + $ | 416.00  $ | 9,776.00 | F.4.1-11 |
| | CORE EMPLOYEE LIFE INSURANCE See line 37 | + $ | -  $ | - | |
| 37 | ACCIDENTAL DEATH & DISMEMBERMENT Replacement Term Life Insurance with Allstate Until the age of 65 True Term Life Insurance Annual cost is $1542.50, Unduly Burdensome for 23.5 year fee | + $ | 1,542.50  $ | 36,248.75 | F.1.7 |
| 38 | Total Cost of P.O.C before Projected Federal Income Taxes at 28% Unduly Burdensome for me pay these fees. | + | | $ | 1,848,975.64 | |
| 39 | Federal Income tax expected for total amount is 28% expected to pay to if Lum Sum is awarded. This Should not be my responsibility to pay when this Award is for Future long Term Medical Care and Coverages. | + $ | 517,713.18  $ | 517,713.18 | |
| 41 42 | **CLAIM GRAND TOTAL** | = | | $ | 2,366,688.82 | |

Exhibit B.1



Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/disability

February 5, 2009

Chad Soriano
8974 Hickory Ave
Hesperia, CA  92345

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 00/00/0000
Control No./Br.: 39900 0B045

Dear Mr. Soriano:

We have received your request for Short Term Disability (STD) benefits.  We are currently reviewing the information you submitted and will contact you if any additional information is needed.

We understand you may have questions about your claim.  We hope the "Frequently Asked Questions and Answers," which are enclosed with this letter, will be helpful to you.

If you wish to check the status of your claim, visit our website at **www.prudential.com/disability**, or call 800-842-1718.

Sincerely,
**Prudential**

EXHIBIT B-2

## Prudential

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

## Attending Physician Statement

**1 Employee Information**

Employer's Name: NORTEL

Control Number (required):

Employee First Name: Chad          MI: H          Last Name: SORIANO

Social Security Number: 568 89 2719

Date of Birth (MM DD YYYY): 06 04 1971

Gender: ☒ Male  ☐ Female

I hereby authorize the release of information requested on this form by the below named physician for the purpose of claim processing.

Employee Signature: X _____

Date (MM DD YYYY): 02 06 2009

**The Employee is responsible for the completion of this form without expense to Prudential.**

**2 To Be Completed by Attending Physician**

Clinical Diagnosis  ICD-9 Code is Required

Primary: 250. V2

Secondary: 356.90

Secondary:

Pregnancy EDC (MM DD YYYY): N/A

Actual Delivery Date (MM DD YYYY):

Relevant tests and surgical procedure (s) performed (please be specific):

Date of Surgical Procedure (MM DD YYYY): N/A

Current Medications, Treatment, and Prognosis: Norcot insulin.

First Visit (MM DD YYYY): 11 13 2005

Last Visit (MM DD YYYY): 02 03 2009

Next Visit (MM DD YYYY): 02 23 2009

Was Claimant hospital confined? ☐ Yes ☒ No

If yes, please provide name and address of hospital:

From (MM DD YYYY):

To (MM DD YYYY):

Check all that apply to this disability:

Work Related: ☐ Yes ☐ No
Accident: ☐ Yes ☐ No
Sickness: ☐ Yes ☐ No
Maternity: ☐ Yes ☐ No
Motor Vehicle Accident: ☐ Yes ☐ No
If MVA, in what State did it occur?

Other Treating Physicians or Consultants:

First Name:          Last Name:

Specialty:          Telephone Number:

GL.2003.251   Ed. 11/2007

Page 1 of 2

1 2 3 0 7

Feb 6. 2009



EXHIBIT B.3.1 to B.3.2

Prudential Insurance Company of America
Group Insurance
Disability Tax Reporting
PO Box 70190
Philadelphia, PA 19176
(866) 648-2225  Fax (215) 658-6146

Dear Claimant:

The enclosed Form W-2c reflects an adjustment to your Social Security Wages, Medicare Wages, Social Security tax withheld, and Medicare tax withheld. A copy of this Form W-2c will also be provided to the Social Security Administration (SSA).

**Please note: You do not need to file an amended tax return for the referenced correction.** Based on Prudential's understanding of the tax law, this information has been provided to you for information purpose only. You may wish to consult with your tax adviser if you have any tax questions. Because each situation is unique, neither Prudential nor its representatives can provide tax advice.

Sincerely,

Disability Tax Reporting

B.3.2

A

CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA 92345

| c Tax year/Form corrected | OMB No. 1545-0008 | Orig Form Dt: | | | |
|---|---|---|---|---|---|
| **2009 / W-2C** | | | Reprint Date: 03/03/12 | Sys: 086 X070610 X070610 | |

| d Employee's correct SSN | e Correct SSN and/or name (if checked, enter incorrect SSN and/or name in box f and/or box g ☐ | b Employer's Federal EIN  22-1211670 |
|---|---|---|

h/i Employee's name, address, and ZIP code
CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA 92345

B

a Employer's name, address and ZIP code
PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA, PA 19176

| Complete boxes h and/or i only if incorrect on last form filed | f Employee's incorrect SSN | g Employee's name (as incorrectly shown on previous form) 39900 |
|---|---|---|

| 13 Previously Reported | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ | 13 Corrected | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|---|---|---|---|

Note: Only complete money fields that are being corrected.

| Form W-2 box | (a) As previously reported | (b) Correct information | (c) Increase (decrease) |
|---|---|---|---|
| 1 Wages, tips, other compensation | | | |
| 2 Federal income tax withheld | | | |
| 3 Social security wages | | | |
| 4 Social security tax withheld | 3346.22 | 662.83 | ( 2683.39) |
| 5 Medicare wages and tips | 207.47 | 41.10 | ( 166.37) |
| 6 Medicare tax withheld | 3346.22 | 662.83 | ( 2683.39) |
| 7 Social security tips | 48.52 | 9.61 | ( 38.91) |
| 8 Allocated tips | | | |
| | | | |
| | | | |
| 15 State/Employer's state ID Number / | | | |
| 16 State wages, tips, etc. | | | |
| 17 State income tax | | | |
| 18 Local wages, tips, etc. | | | |
| 19 Local income tax | | | |
| 20 Locality name | | | |

**CHANGES**

Form **W-2C** (Rev. 2-2009)       **Corrected Wage and Tax Statement**       Copy C  For Employee's Records
Department of the Treasury
Internal Revenue Service

EX41b1+ B.4.1    B.4.1 to B.4.3

Claims Services Provided by

**The Prudential Insurance Company of America**

A.1

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

July 2, 2009

Chad Soriano
8974 Hickory Ave
Hesperia, CA 92345

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 6/4/1971
Control No./Br.: 39900 / 0B057

Dear Mr. Soriano:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc.

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

"**Proof of Loss:** Prudential must be given written proof of the loss for which claim is made under the Coverage. This proof must cover the occurrence, character and extent of that loss. It must be furnished within 90 days after the date of the loss, except that:
(1)    If the Coverage is Employee Long Term Disability Coverage, both of these time limits must be met:

*B.H. 2*

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

**G**   LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

**H**   Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | | |
|---|---|---|
| Monthly Salary | $5,377.83 | **A** |
| Scheduled LTD Benefit (66.667%) | $3,585.24 | **B** |
| Less Medical Insurance Premium | -$263.80 | **C** |
| Less Dental/Vision/Hearing Premium | -$58.34 | **D** |
| Less Accidental Death & Dismemberment Premium | -$6.46 | **E** |
| Adjusted Benefit | $3,256.64 | **F** |

**C.1**

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. Your LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
  - Unemployment compensation benefits,
  - No-fault wage replacement benefits,
  - Statutory disability benefits,
  - Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
  - the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:    Nortel Networks, Inc. , Benefits Administrator

B.S.I

Claims Services Provided by    Exhibit B.5.1 to B.5.2

**The Prudential Insurance Company of America**

A.2

Esther Ross
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85600
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

A.1

July 8, 2010

Chad Soriano
8974 Hickory Ave
Hesperia, CA 92345

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 6/4/1971
Control No./Br.: 39900 / 0B057

B.1

Ildiuuhhlullludulddulull

Dear Mr. Soriano:

B.2

We are writing in regards to your claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc..

Your date of disability is noted to be February 3, 2009. Your claim was approved for LTD on August 4, 2009 under the **regular occupation** definition of disability, outlined below. We made our determination for your eligibility for benefits based on your inability to perform your regular occupation as an E30 INS INS. After 12 months, the definition of disability changes.

After 12 months of LTD benefits, we review your claim to determine whether, based on your current restrictions and limitations along with your education and employment history, you could be employed in any "reasonable occupation".

E.6

Our review of your file has determined that based on your medical condition, restrictions and limitations, you cannot perform any reasonable occupation and are eligible to continue to receive LTD benefits.

B.3

In order to receive benefits under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion.

*B. 5.2*

Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

The aforementioned 12 months of payments on your claim ends on August 3, 2010. As a result, in order to continue to be eligible for benefits beyond this date, you must be unable to perform the duties of any gainful occupations for which you are reasonably fitted by education, training, or experience.

*A 0* We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability as stated above. Benefits will continue provided that you continue to meet the group plan requirements, including that you remain disabled under the terms of the group plan.

Periodically, we will conduct reviews of the information in file regarding your work capacity to establish eligibility for continued benefits. We will also contact you and your treating physician(s) for updated medical information.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
**Esther Ross**
Esther Ross
Disability Consultant

cc:   Nortel Networks, Inc. , Benefits Administrator

Claims Services Provided by *Exhibit B.6*

**The Prudential Insurance Company of America**

*A.1*

Janie Reid
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

*A.2*

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

July 10, 2009

Nortel Networks, Inc.
Benefits Administrator    *.B*
Ges Disb Prime - Ms 570/02/0C2
Po Box 13010
Research Triangle Park, NC  27709-3010

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 6/4/1971
Control No./Br.: 39900 / 0B057    *.C*

Dear Sir or Madam:

Prudential is Nortel's disability claim administrator.  We have received a Short-Term Disability claim for your employee Chad Soriano.  This is to advise you that the employee's claim has been approved through August 3, 2009.    *D.*

If you have questions about our decision on your claim, you may call the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Chad Soriano ,

Exhibit B.7

Claims Services Provided by

**The Prudential Insurance Company of America**

A.1

A.2

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (207) 482-4434
Website: www.prudential.com/mybenefits

March 16, 2012

Chad Soriano
8974 Hickory Ave
Hesperia, CA  92345

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 6/4/1971
Control No./Br.: 39906 / 0B057

B

Dear Mr. Soriano:

C

As Allsup, Inc. previously explained, an overpayment balance in the amount of $4,997.75 remains outstanding on your claim for Long Term Disability (LTD) benefits under Group LTD Plan #39900.

B.2.

To date, Allsup, Inc. has advised us that you are unable to reimburse the overpayment balance in a lump sum. Therefore this letter is to advise you effective immediately we will apply $224.56 a month towards the overpayment balance until which time it is recovered in full.

D

If you have any questions, please contact me directly at 800-842-1718 extension 84461.

Sincerely,
*Louisette Hunter*
Louisette Hunter
Sr. Disability Claims Examiner

E X h i b i t   B.8.

Claims Services Provided by

**The Prudential Insurance Company of America**

A i l

A r 2

Sophie Costanza
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

September 7, 2012

Chad Soriano
8974 Hickory Ave
Hesperia, CA 92345

Claimant: Chad Soriano
Claim No.: 11151717
Date of Birth: 6/4/1971
Control No./Br.: 39900   0B057

B

llhmlllhlllhllhlhllhllmll

Dear Mr. Soriano:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Inc. Group Policy with Prudential.

You are receiving $ 224.56 per month.  This benefit will remain the same provided your income from other sources does not change.  Your benefits will continue through June 3, 2036 provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
**Sophie Costanza**
Sophie Costanza
Disability Claim Manager

June 3
2036

Prudential Insurance Company of America

Disability Benefits Services Provider

EXHIBIT

*A*

*B.9*

*B*

025319-02-33-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA  19176
800-842-1718

Date
September 24, 2012

**BENEFITS ADMINISTRATOR**
**NORTEL NETWORKS, INC.**
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

CNTRL#    0039900
CLAIM#    11151717
ID#       XXX-XX-████

CLAIMANT  CHAD SORIANO

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 09/01/2012 | 09/30/2012 |
| - SSDB | C,1 — 3,585.24 | | |
| - Medical | D,1 — 2,875.00 | BENEFIT AMOUNT C, 2  3,585.24 | |
| - Dental | E — 404.86 | LESS OFFSET ← D, 2  2,875.00 | |
| - Free Form 1 | F - 72.04 | ADD'L BENEFITS  0.00 | |
| - Free Form 2 | 1.13 | 710.24 | |
| - Free Form 3 | 1.19 | LESS ADJUSTMENTS  0.00 | |
| | 6.46 | 710.24 | |
| | | LESS DEDUCTIONS  485.68 | |
| | | AMOUNT PAYABLE  224.56 | |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount:        $224.56

Date:  September 24, 2012

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ████████ | $224.56 |

To the Accounts of

CHAD SORIANO
8974 HICKORY AVE
HESPERIA          CA   92345

This is not a Check

Not Negotiable

The Prudential Insurance Company of America
Disability Claim Services Provider

*A*

*B·10*

| | | |
|---|---|---|
| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA<br>800-842-1718 | PA   19176 |

Explanation of Benefit    L (1 OF 1)

Date  October 23, 2009

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

*B*

CNTRL#    0039900
CLAIM#    11151717
ID#       X██-██-████

CLAIMANT  CHAD SORIANO

| DESCRIPTION | AMOUNT | | |
|---|---|---|---|
| LTD Claim Benefits | | FROM | TO |
| - Medical | *C·1*  3,585.24 | 10/01/2009 | 10/31/2009 |
| - Dental | *D*  263.80 | BENEFIT AMOUNT  *C2* — 3,585.24 | |
| - Mandatory FIT W4 | *E* — 58.34 | LESS OFFSET  0.00 | |
| - Free Form 3 | *F* — 122.16 | ADD'L BENEFITS  0.00 | |
| | 6.46 | 3,585.24 | |
| | | LESS ADJUSTMENTS  0.00 | |
| | | 3,585.24 | |
| | | LESS DEDUCTIONS  450.76 | |
| | | AMOUNT PAYABLE  3,134.48 | |

*D*

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

**c Employer's name, address, and ZIP code**

PRUDENTIAL INSURANCE CO OF AMERICA

GROUP INSURANCE - PREMIUM ACCOUNTING

PO BOX 70190

PHILADELPHIA PA 19176

OMB No. 1545-0008

| | | |
|---|---|---|
| 1 Wages, tips, other comp. 43,022.88 | 2 Federal income tax withheld 1,663.44 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number ~~XXXXX~~ | 7 Social security tips |
|---|---|---|---|

**e Employee's name, address, and ZIP code**

CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA 92345

12 See instructions for box 12

*Exhibit B12-1 to E.12.4*

*2010*

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | | |
|---|---|---|
| Statutory employee ☐ | 11 Nonqualified plans | |
| Retirement plan ☐ | 15 State Employer's state I.D. # CA/01613056 | 16 State wages, tips, etc. 43,022.88 | 17 State income tax |
| Third-party sick pay ☒ | | |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement 2010   This information is being furnished to the Internal Revenue Service.

Dept. of the Treasury — Internal Revenue Service

---

Copy C For EMPLOYEE'S RECORDS (See Notice on back)

**c Employer's name, address, and ZIP code**

PRUDENTIAL INSURANCE CO OF AMERICA

GROUP INSURANCE - PREMIUM ACCOUNTING

PO BOX 70190

PHILADELPHIA PA 19176

OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other comp. 43,022.88 | 2 Federal income tax withheld 1,663.44 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

*A*

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number ~~XXXXX~~ | 7 Social security tips |
|---|---|---|---|

**e Employee's name, address, and ZIP code**

CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA 92345

12 See instructions for box 12

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | | |
|---|---|---|
| Statutory employee ☐ | 11 Nonqualified plans | |
| Retirement plan ☐ | 15 State Employer's state I.D. # CA/01613058 | 16 State wages, tips, etc. 43,022.88 | 17 State Income Tax |
| Third-party sick pay ☒ | | |
| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2010   This information is being furnished to the Internal Revenue Service.

Dept. of the Treasury — Internal Revenue Service

*B*

ADP National Account Services
Outsourcing for HR, Benefits and Payroll

003-008229 - NN-US

Exhibit B.12.2

Social Security No.:
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
Marital Status:
Married
Exemptions/Allowances:
Federal: 4/0
State: 4/0

**Year To Date Earnings**

| | |
|---|---|
| Regular Pay | |
| Overtime - 1.5x | 7694.45 |
| Vacation Pay | 372.31 |
| Short Term Disability 100% | 2719.74 |
| Short Term Disability 90% | 7446.24 |
| Calculated Disability | 22338.70 |
| Group Term Life > $50000 | 436.92 |
| Second Shift Premium | 10.54 |
| Third Shift Premium | 49.64 |
| | 1303.10 |

**Year To Date Deductions**

| | |
|---|---|
| Pretax Medical Plan | |
| Pretax DHR Plan | 2069.75 |
| Pretax LTD | 457.81 |
| Pretax STD | 46.41 |
| Voluntary AD&D | 67.49 |
| Life Insurance | 50.66 |
| Dependent Life Ins. Child | 68.51 |
| Dependent Life Ins. Spouse | 9.35 |
| 401K Unmatched | 8.84 |
| 401K Matched-Option D | 664.69 |
| 401K Loan | 997.04 |
| | 1989.68 |

---

**2009 Form W-2 Wage and Tax Statement — Employee's Copy**

| a Employee's social security number | d Control number | | 7 Social security tips | 1 Wages, tips, other compensation 38068.45 | 2 Federal income tax withheld 3050.39 |
|---|---|---|---|---|---|
| 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 | 017183 WY/193 | | 8 Allocated tips | 3 Social security wages 39730.18 | 4 Social security tax withheld 2463.27 |
| b Employer's name, address, and ZIP code | | | 9 Advance EIC payment | 5 Medicare wages and tips 39730.18 | 6 Medicare tax withheld 576.09 |
| NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | | 10 Dependent care benefits | 12a See instructions for box 12 C 10.54 | 12b D 1661.73 |
| c Employer identification number (EIN) 04-2486332 | | | 11 Nonqualified plans | 12c | 12d |
| e Employee's first name and initial    Last name | | Suff. | 13 Statutory employee / Retirement plan [x] / Third-party sick pay | 14 Other CAVPDI 436.92 | |
| CHAD SORIANO 8974 HICKORY AVE. HESPERIA, CA 92345 | | | | | |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's State ID No  CA  217-4786-0 | 16 State wages, tips, etc. 38068.45 | 17 State income tax 597.49 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**2009** OMB No. 1545-0008

Copy C - For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**2009** OMB No. 1545-0008 **Form W-2 Wage and Tax Statement — State Filing Copy**

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number | d Control number | | 7 Social security tips | 1 Wages, tips, other compensation 38068.45 | 2 Federal income tax withheld 3050.39 |
|---|---|---|---|---|---|
| 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 | 017183 WY/193 | | 8 Allocated tips | 3 Social security wages 39730.18 | 4 Social security tax withheld 2463.27 |
| b Employer's name, address, and ZIP code | | | 9 Advance EIC payment | 5 Medicare wages and tips 39730.18 | 6 Medicare tax withheld 576.09 |
| NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | | 10 Dependent care benefits | 12a See instructions for box 12 C 10.54 | 12b D 1661.73 |
| c Employer identification number (EIN) 04-2486332 | | | 11 Nonqualified plans | 12c | 12d |
| e Employee's first name and initial    Last name | | Suff. | 13 Statutory employee / Retirement plan [x] / Third-party sick pay | 14 Other CAVPDI 436.92 | |
| CHAD SORIANO 8974 HICKORY AVE. HESPERIA, CA 92345 | | | | | |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's State ID No  CA  217-4786-0 | 16 State wages, tips, etc. 38068.45 | 17 State income tax 597.49 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

---

**2009** OMB No. 1545-0008 **Form W-2 Wage and Tax Statement — Federal Filing Copy**

Copy B - To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number | d Control number | | 7 Social security tips | 1 Wages, tips, other compensation 38068.45 | 2 Federal income tax withheld 3050.39 |
|---|---|---|---|---|---|
| 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 | 017183 WY/193 | | 8 Allocated tips | 3 Social security wages 39730.18 | 4 Social security tax withheld 2463.27 |
| b Employer's name, address, and ZIP code | | | 9 Advance EIC payment | 5 Medicare wages and tips 39730.18 | 6 Medicare tax withheld 576.09 |
| NORTEL NETWORKS, INC. 4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7 Research Triangle Park, NC 27709-3010 | | | 10 Dependent care benefits | 12a See instructions for box 12 C 10.54 | 12b D 1661.73 |
| c Employer identification number (EIN) 04-2486332 | | | 11 Nonqualified plans | 12c | 12d |
| e Employee's first name and initial    Last name | | Suff. | 13 Statutory employee / Retirement plan [x] / Third-party sick pay | 14 Other CAVPDI 436.92 | |
| CHAD SORIANO 8974 HICKORY AVE. HESPERIA, CA 92345 | | | | | |
| f Employee's address and ZIP code | | | | | |
| 15 State  Employer's State ID No  CA  217-4786-0 | 16 State wages, tips, etc. 38068.45 | 17 State income tax 597.49 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

003-009506 - NN-US

**Year To Date Earnings**

| | |
|---|---|
| Regular Pay | 57974.71 |
| Overtime - 1.6x | 4153.89 |
| Short Term Disability 100% | 2388.89 |
| Short Term Disability 90% | 3214.20 |
| Annual Incentive Plan | 7426.00 |
| Related Disability | |
| Group Term Life > $50000 | 578.06 |
| Hired Shift Premium | 13.00 |
| | 7108.32 |

**Year To Date Deductions**

| | |
|---|---|
| Pretax Medical Plan | 2587.26 |
| Spousal Health Care Access Fee | 1300.00 |
| Pretax DHM Plan | 561.34 |
| Pretax LTD | 49.40 |
| Pretax STD | 80.60 |
| Voluntary AD&D | 74.36 |
| Life Insurance | 100.36 |
| Dependent Life Ins. Child | 14.30 |
| Dependent Life Ins. Spouse | 12.64 |
| 401K Unmatched | 2886.32 |
| 401K Matched-Option D | 4576.47 |
| 401K Loan | 2574.68 |

Social Security No.:
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
Marital Status:
**Married**
Exemptions/Allowances:
Federal: 4/0
State: 4/0

---

| a Employee's social security number<br>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 | b Employer identification number (EIN)<br>04-2486332 | 7 Social security tips | | |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code<br>NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 1 Wages, tips, other compensation<br>64886.68 | 2 Federal income tax withheld |
| | | 9 Advance EIC payment | 3 Social security wages<br>72270.47 | 4 Social security tax withheld<br>4480.77 |
| e Employee's first name and initial    Last name | | 10 Dependent care benefits | 5 Medicare wages and tips<br>72270.47 | 6 Medicare tax withheld<br>1047.92 |
| CHAD SORIANO<br>8974 HICKORY AVE.<br>HESPERIA, CA 92345 | Suff. | 11 Nonqualified plans | 12a See instructions for box 12<br>C    13.00 | 12b<br>D    7383.79 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay ☐ ☒ ☐ | 14 Other<br>CAVPDI    578.06 | 12c<br>12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's State ID No.<br>CA    217-4786-0 | 16 State wages, tips, etc.<br>64886.68 | 17 State income tax<br>1225.78 | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

**2008** Form W-2 Wage and Tax Statement    **Employee's Copy**
OMB No. 1545-0008

Copy C - For EMPLOYEE'S RECORDS. (See Notice to Employee on back.) Department of the Treasury-Internal Revenue Service. This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Receive a Discount on TurboTax Online Products and Free W2 Download at <http://www.westnsc.adp.com/turbotax/>

---

**2008**
OMB No. 1545-0008    Form W-2 Wage and Tax Statement    **State Filing Copy**

Copy 2 - To Be Filed With Employee's State, City or Local Income Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number<br>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 | b Employer identification number (EIN)<br>04-2486332 | 7 Social security tips | | |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code<br>NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 1 Wages, tips, other compensation<br>64886.68 | 2 Federal income tax withheld<br>5754.83 |
| | | 9 Advance EIC payment | 3 Social security wages<br>72270.47 | 4 Social security tax withheld<br>4480.77 |
| e Employee's first name and initial    Last name | | 10 Dependent care benefits | 5 Medicare wages and tips<br>72270.47 | 6 Medicare tax withheld<br>1047.92 |
| CHAD SORIANO<br>8974 HICKORY AVE.<br>HESPERIA, CA 92345 | Suff. | 11 Nonqualified plans | 12a See instructions for box 12<br>C    13.00 | 12b<br>D    7383.79 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay ☐ ☒ ☐ | 14 Other<br>CAVPDI    578.06 | 12c<br>12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's State ID No.<br>CA    217-4786-0 | 16 State wages, tips, etc.<br>64886.68 | 17 State income tax<br>1225.78 | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

---

**2008**
OMB No. 1545-0008    Form W-2 Wage and Tax Statement    **Federal Filing Copy**

Copy B - To Be Filed With Employee's FEDERAL Tax Return. Department of the Treasury - Internal Revenue Service

| a Employee's social security number<br>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 | b Employer identification number (EIN)<br>04-2486332 | 7 Social security tips | | |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code<br>NORTEL NETWORKS, INC.<br>4001 E. Chapel Hill-Nelson Hwy<br>Mailstop 570/02/0B7<br>Research Triangle Park, NC 27709-3010 | | 8 Allocated tips | 1 Wages, tips, other compensation<br>64886.68 | 2 Federal income tax withheld<br>5754.83 |
| | | 9 Advance EIC payment | 3 Social security wages<br>72270.47 | 4 Social security tax withheld<br>4480.77 |
| e Employee's first name and initial    Last name | | 10 Dependent care benefits | 5 Medicare wages and tips<br>72270.47 | 6 Medicare tax withheld<br>1047.92 |
| CHAD SORIANO<br>8974 HICKORY AVE.<br>HESPERIA, CA 92345 | Suff. | 11 Nonqualified plans | 12a See instructions for box 12<br>C    13.00 | 12b<br>D    7383.79 |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay ☐ ☒ ☐ | 14 Other<br>CAVPDI    578.06 | 12c<br>12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's State ID No.<br>CA    217-4786-0 | 16 State wages, tips, etc.<br>64886.68 | 17 State income tax<br>1225.78 | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

Copy B To Be Filed With Employee's FEDERAL Tax Return

| c Employer's name, address, and ZIP code | | OMB No. 1545-0008 | |
|---|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA GROUP INSURANCE - PREMIUM ACCOUNTING PO BOX 70190 PHILADELPHIA PA 19176 | | 1 Wages, tips, other comp. 17,687.18 | 2 Federal income tax withheld 602.66 |
| | | 3 Social security wages 3,346.22 | 4 Social security tax withheld 207.47 |
| | | 5 Medicare wages and tips 3,346.22 | 6 Medicare tax withheld 48.52 |
| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number 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 | 7 Social security tips |
| e Employee's name, address, and ZIP code | | 12 See instructions for box 12 | |
| CHAD SORIANO 8974 HICKORY AVE HESPERIA CA 92345 | | | |

A.1

B.12.4

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other | |
|---|---|---|---|---|
| 13 Statutory employee [ ] Retirement plan [ ] Third-party sick pay [X] | 11 Nonqualified plans | | | |
| | 15 State Employer's state I.D. # CAV01613058 | 16 State wages, tips, etc. 17,687.18 | 17 State income tax | |
| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Form W-2 Wage and Tax Statement 2009    This information is being furnished to the Internal Revenue Service.

Dept. of the Treasury -- Internal Revenue Service

---

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

| c Employer's name, address, and ZIP code | | OMB No. 1545-0008 | |
|---|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA GROUP INSURANCE - PREMIUM ACCOUNTING PO BOX 70190 PHILADELPHIA PA 19176 | | 1 Wages, tips, other comp. 17,687.18 | 2 Federal income tax withheld 602.66 |
| | | 3 Social security wages 3,346.22 | 4 Social security tax withheld 207.47 |
| | | 5 Medicare wages and tips 3,346.22 | 6 Medicare tax withheld 48.52 |
| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number 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 | 7 Social security tips |
| e Employee's name, address, and ZIP code | | 12 See instructions for box 12 | |
| CHAD SORIANO 8974 HICKORY AVE HESPERIA CA 92345 | | | |

A.2

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other | |
|---|---|---|---|---|
| 13 Statutory employee [ ] Retirement plan [ ] Third-party sick pay [X] | 11 Nonqualified plans | | | |
| | 15 State Employer's state I.D. # CAV01613058 | 16 State wages, tips, etc. 17,687.18 | 17 State income Tax | |
| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

C.A.1.  Exhibit

# N❂RTEL
# NETWORKS

4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709-3010, USA
**Tel** 919 992 5000

www.nortelnetworks.com

December 17, 2004

Chad Soriano
8974 Hickory Avenue
Hesperia CA 92345

Congratulations Chad,

It is with great pleasure that we invite you to join the exciting world of global telecommunications! Nortel Networks is built upon a proud tradition of innovation and global leadership in shaping the evolution of communications. As we continue to evolve, we look for people who are committed to technology leadership and our culture of innovation. We would like to invite you to join our team as a Installation Field Technician initially reporting to Skip Adams.

In this role your salary, which is a component of your total compensation package, on an hourly basis, will be $26.01, which will be paid biweekly.

Other components of your total compensation package include participation in the stock purchase plan, retirement plan, health benefits and vacation days to name a few. Some of the details of the components of your total compensation package are outlined in the appendix of this letter or in the offer package. You will be eligible to participate in the components of your total compensation package in accordance with the terms of those plans or programs. We regularly evaluate the components of the total compensation package and make modifications as we deem appropriate.

Please note that this offer of employment is terminable at the will of either party and is not an employment agreement for a year or any other specified term. If you have any questions regarding this offer, please feel free to call me or your Hiring Specialist, Barbara Lesane, at 919/992-7098.

Chad, we look forward to receiving your acceptance of this offer. You can look forward to a challenging and rewarding experience with Nortel Networks. Your talent will help drive our success as a leader in next generation network technology.

Sincerely,

*Barbara Lesane for Ken Dean*
Ken Dean
Talent Delivery

cc Skip Adams

# EMPLOYEE APPENDICES
## KEY DATES, INSTRUCTIONS & CONTACTS FOR EMPLOYEES
### Contacts - Who do I call for . . . ?

**HR Shared Service is your first point of contact to answer queries or to resolve specific issues regarding your termination package documents, benefits, vacation balance/payout, paycheck questions, etc.**

Sign and mail any documents requiring employee signature to HR Shared Services Center, if applicable.

**HR Shared Services Center**
Nortel
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010

**Toll Free: 800-676-4636 / 919-905-9351 / ESN 355-9351**
Hours: Monday-Friday, 9:00 am - 5:00 pm ET

### Please Contact the Service Providers Below Directly for Assistance

## US EMPLOYEES:

| | |
|---|---|
| **COBRA** – Election to continue group medical /dental /vision/hearing benefits | **COBRAServ, 800-877-7994** |
| **Pension/Retirement** - The Pension Benefit Guaranty Corporation (PBGC), a US Government Agency, is responsible for your pension plan. | **Pension Benefit Guaranty Corporation (PBGC)** http://www.pbgc.gov Customer Contact Center:  800-400-7242 Hours:  Monday-Friday, 8:00 am – 7:00 pm ET |
| **EAP - Employee Assistance Program** | **OptumHealth Behavioral Solutions (OHBS)** 1-800-842-2991   www.liveandworkwell.com **Password:  800-842-2991** |
| **Long Term Investment Plan/401k** | Nortel Networks Long–Term Savings Service Center (Hewitt Associates LLC), 1-800-726-0026 http://resources.hewitt.com/nortelnetworks |
| **Health and Dependent Care Reimbursement Accounts** | **Wage Works, 1-877-924-3967** www.wageworks.com |
| **Savings Bonds** | |
| **Stock Options / RSUs** | **National Bond and Trust, 1-800-426-9314** |
| **Global Mobility Tax Services** (former Global Mobility assignees/transferees) | **Computer Share, 1-800-834-9814** Email:  **Nortel_Initiations@msimobility.com** |
| **Chapter 11 Claims Process** - For further information on the claims process in the U.S. and other information concerning the chapter 11 proceedings, contact the U.S. claims agent. | **Epiq Bankruptcy Solutions, LLC** 1-866-897-6435 or go to the U.S. claims agent website at **http://chapter11.epiqsystems.com/nortel** |

## CANADIAN EMPLOYEES:

| | |
|---|---|
| Conversion of Life Insurance to a personal policy | |
| Purchase of healthcare benefit coverage | **HR Shared Services Center, 800-676-4636** |
| | **Sun Life Customer Care Centre, 1-866-733-8612** |
| **EAP - Employee Assistance Program** | **Shepell·fgi** 1-888-859-5263.   www.shepellfgi.com/go/members **Username:** nortel **Password:** networks |
| **Pension/Retirement** | **Defined Benefit Plan (Trad I and Trad II)** Mercer Pension Service Center – 1-866-667-8358 HRSSC for Retiree Benefits information  – 1-800-676-4636 **Defined Contribution Plan** Sun Life Customer Care Centre: 1-866-733-8612 |
| **Global Mobility Tax Services** (former Global Mobility assignees/transferees) | Email:  **Nortel_Initiations@msimobility.com** |
| **Savings Bonds** | **Bank of Canada, 1-877-899-3599** |
| **Stock Options / RSUs** | **Computer Share, 1-800-834-9814** |
| **CCAA Proceedings** - For further information regarding the CCAA proceedings in Canada contact Ernst & Young. You may be a creditor with a claim in the CCAA process. When the claims process is commenced, a proof of claim and instructions on how to fill in the proof of claim will be mailed to you.  Please ensure that your mailing address is current. | **Ernst & Young Inc.** www.ey.com/ca/nortel 1-866-942-7177 in Canada or the U.S. 1-416-943-4439 outside U.S. and Canada |

C. 1. 2

# EMPLOYEE APPENDICES
## Recommended Employee Actions Prior to Network Access Shutoff

**COMPUTER/PHONE/NETWORK ACCESS**
Ends on your termination date (if separation is due to workforce reduction, access ends on your notice date at 1:00 pm local time).

**EXTRACT PERSONAL ITEMS FROM YOUR NORTEL PERSONAL COMPUTER**
*Please note special accommodations have been made to allow you an opportunity to return to your desk and take care of personal matters. There is an expectation that you act professionally and in accordance with the Code of Conduct and only use this limited access time to take care of these personal items. All network traffic is being monitored and any inappropriate activities will be investigated.* Email personal items to your personal email account. If you do not have a personal email account, email it to your spouse or a close friend. Examples of personal items: resume, digital pictures, personal word documents, Priorities documents, etc.

Optional – go to **www.dropboks.com** or **www.box.net**; provides you free of charge with 1GB of secure internet space; logon and register for id and passcode; load your information to this site; from home access the site to retrieve your personal information.

**SYNCHRONIZE BLACKBERRY CONTACT INFORMATION WITH OUTLOOK**
Synchronize the contacts information residing on your Blackberry to your Outlook contacts list using your blackberry cable or wireless card. Follow instructions for exporting outlook contacts below.

**PRINT A COPY OF YOUR PRIORITIES**
Log on to Employee Self Service at https://selfservice.us.nortel.com/  Select "Priorities" / Select "Current " or "Historical" Priorities Documents / Click on document name to open / Scroll down below the header and select "Print" button to print or save a pdf copy .

**EXPORT OUTLOOK CONTACTS**
- Log on to Outlook
- Select Contacts within Folder list view of outlook
- From the 'File' menu, select 'Import and Export…'
- Select 'export to a file', then click the 'Next' button
- Select a file type –Choose application of your choice (.csv or excel )
- When presented with the "Select folder to export from", make sure you have the "Contacts" folder highlighted, then click on the 'Next' button
- Save your exported file to your 'Desktop' for easy access

If you prefer to forward your contact information as a vcard,
- In Contacts, click the contact you want to send as a vCard, and then on the **Actions** menu click Forward as vCard.
- When importing the contacts that use internal Nortel email addresses into your home Outlook Express email client, you will be able to import everything but the email address. There is a workaround that is documented at the following externally available website:
**https://www.nortelhealthn-site.com/**

**TRANSFER CELL PHONE and BLACKBERRY DEVICE**
**Cell Phone, Blackberry, Broadband Cards:** If you have a cell phone, BlackBerry, or broadband card on a Nortel account and wish to transfer the account to a personal account you must do so prior to your last day of work/termination date.  To transfer these services from Nortel to your own personal account send an e-mail request to internal address Solutions, Mobility (CAR:4967) or external address mobilsol@nortel.com. In the e-mail include the phone number you would like to transfer, your external e-mail address, and notation if you would like to keep the phone number or disconnect service. If you do not want to retain the phone/number, contact your manager to return the phone to Nortel. **If you do not take action to transfer the account from Nortel to your name you will lose the phone number and services will automatically be disconnected. Once the line is disconnected the phone number cannot be transferred to your name and will no longer be available.**  If you do not wish to retain your cell phone or blackberry, return or ship it to your manager.

**Blackberry & Windows Mobile users:** Note that on the day of termination, for all Blackberry devices, Nortel will remove the IT security policy, wipe the device (this deletes all data from the device, including email, contacts, calendar, photos, etc), and then remove it from the corporate Blackberry server. Windows Mobile devices will also be wiped and disabled from the server.

**ACCESS NORTEL TRAINING TRANSCRIPTS**
If you have Nortel network access, link to the following url, select "Transcript/History" on the left navigation bar
**http://www.nortel.com/training**

If you do not have Nortel network access, send an email to **tedse1@nortel.com** and request your training transcript. Provide your Name and GID in the email request.

**VERIFY YOUR HOME ADDRESS AND/OR PHONE NUMBER**
Please ensure your home address is current and correct. Login to the ESS tool, https://selfservice.us.nortel.com/ Click on Personal Information within the Employee Self Service Overview screen and update your information.

# EMPLOYEE APPENDICES
## Company Property Return Instructions

**COMPUTING EQUIPMENT RETURN** (PC desktop and/or laptop computer and any computing peripherals ONLY)

**PC RETURN** - If you are located on-site in Ottawa, Richardson or RTP return your PC to your manager or delegate or to the site IT Repair Center. *If you are located in a site other than those above or you are homebased please follow the instructions provided in the appendices attachment entitled "Remote/Teleworker PC/Computing Equipment Return"* (US or Canada as applicable).

Return computing equipment only (**do not** include employee badge, Contivity VPN router, Always On phone, cell phone, or Blackberry) to the designated IT Repair Center physical location based on your site location A FEDEX (US) or UPS (Canada) charge account number is provided to ship your **PC and peripherals only** to an IT Repair Center. **Please obtain a shipping receipt from the courier and keep a copy of the receipt. Email the tracking number to documentpreservation-soft@nortel.com or leave a message at 972-685-6792.** You may submit an expense voucher for cost of shipping boxes and packing materials; refer to "EVS EXPENSE REIMBURSEMENT" in the appendices for info and an Expense Voucher Form. *Do not ship any other Company property to the IT Repair Center.*

**PHONE EQUIPMENT RETURN** - Including IP phone/Always On phone, Contivity VPN router, cell phone or Blackberry. If you are Nortel site location where an IT Repair Center is located, return this equipment to your manager or delegate. If your manager is not co-located with you, if he/she is no longer with Nortel, or if you are located in a remote/satellite office or are homebased, please return this equipment to:

**Chad Villeneuve**
IT
Nortel-Ottawa
3500 Carling Avenue
Ottawa, Ontario
K2H 8E9



**ID BADGE RETURN**
If you are located on-site, complete the attached **"ID Badge Return Form"** and return your ID Badge to your manager or delegate, or to site Security. If you are remote or homebased or there is no site Security at your location, mail the ID Badge to the Security contact listed on the **"ID Badge Return Form"**. You may submit an expense voucher for postage/shipping cost.

**ALL OTHER COMPANY PROPERTY**
All company property must be returned to your manager by your termination date/last day of work. Company property includes, but is not limited to:

- Cellphone, Blackberry, calling card, pager (employee retains headset)
- Home office equipment (router, IP phone/Always On equipment)
- Software, manuals, tools, supplies, spares, essential data contained on employee's computer
- Installation Tools
- Corporate AMEX card: Your account is cancelled on your termination date. You must pay any balances on your American Express corporate card. After your termination from Nortel, please destroy your AMEX card if it is not collected by your manager.
- Leased vehicle (Sales employees)
- Pseudo email account ownership & passwords, Livelink repository ownership & passwords, personal file space & access to group file space: provide location of files and passwords directly to your manager or delegate.

NOTE: You may submit an expense voucher for shipping cost & cost of shipping materials, boxes/packaging.

**RECORDS MANAGEMENT AND RETENTION**
As you leave Nortel your continued awareness, understanding, and compliance to Nortel's Records Management Corporate Procedure (CP 252.01) is required. This corporate procedure provides the foundation for the preservation of critical documents and provides guidance for retention timeframes. As you review your work activities, it is essential that you understand what documents must be retained (and for how long) and what can safely be discarded or destroyed. If you have any questions, please contact Rick Dipper, Corporate Responsibility & Sustainability, rdipper@nortel.com, 919 905-3500 (esn 355).



C.1.4

# EMPLOYEE APPENDICES

## DATA PRESERVATION

Nortel Networks Corporate Procedure 206.01 states that "all documents, messages or data composed, sent, or received through the network of Nortel Networks in any form are and remain at all times the property of Nortel Networks". In addition, all work product that you have produced during your employment with Nortel Networks is the property of Nortel Networks. Therefore, all information (however recorded or stored) ("Information") in your possession and/or that you have created in the course of your employment with Nortel Networks (whether or not currently in your possession or control) is the property of Nortel Networks.

If you are a **"Listed Employee"** [defined as an employee working in Finance (including Control, Global Planning, Investor Relations and Tax) and Legal, anyone in a JCI 6 or higher position and a group of employees who have materials relevant to the ongoing class action lawsuits] Nortel Networks will take possession of your computer preserve all electronic Information on your computer, as well as any related servers on which you have Information stored. The Information will be used by Nortel Networks for general business purposes and may also be provided to governmental authorities in response to their requests or disclosed in any relevant litigation. Also, the Information may be used by and provided to other entities within the Nortel Networks group and/or its external advisors. In some instances, the recipients of this Information will be located outside your geographic area.

## FACILITIES ACCESS

Ends on your termination date (if separation is due to workforce reduction, access ends on your **notice date**). ID Badges must be returned at notification of layoff or, if voluntary resignation, on your last day of work. After termination date, you can only access Nortel facilities as a visitor, and you must be signed in and escorted at all times by a Nortel employee. After termination date, you are not allowed to enter any restricted area at Nortel, even with a Nortel escort.

## AMERICAN EXPRESS CORPORATE CARDS

Your account is cancelled on your termination date. **You must pay any balances on your American Express corporate cards.** After your termination from Nortel, please destroy your AMEX card if it is not already collected by your manager.

## EXCELLENCE@NORTEL AWARD

If you received an Excellence@Nortel award, please redeem the award by **contacting the recognition program vendor, Globoforce, at 1-866-294-2290 or customerservice@globoforce.com.** If you have any questions about the process, contact HR Shared Services at 1-800-676-4636.

## VACATION PAYOUT INFORMATION

Upon termination of employment, payout of accrued and unused vacation to departing employees is administered in compliance with Nortel policy. Accrued and unused vacation is generally processed following the employment termination date except where earlier payment is required by State, Provincial or local legislation. **If you have any questions regarding vacation contact HR Shared Services Center.**

Carry Forward Policy: Nortel has set a limit on the amount of unused vacation that can be carried forward into the next year. That limit is fixed at the equivalent of one year's vacation accrual (except U.S. employees located in California, see below).
US California Employees: For employees located in California, the limit is two years of earned vacation. Accrual will stop at any time the vacation balance is at the maximum two year accrual (cap). Further accrual will only occur for every month that the vacation total is under the cap. The amount of the accrual credited will be the actual monthly accrual amount, or a lesser amount that will bring the balance to the cap. Employees will not be credited with vacation in excess of the two year maximum accrual and payment upon termination will be at a maximum equal to two years of earned vacation.
Sales Compensation Participants: Unused/accrued vacation is paid out at base salary.

## IMMIGRATION – If applicable

If you are currently on a Nortel-sponsored work permit and have questions, send an email to: **Nortel_Initiations@msimobility.com**
**Canadian Employees:** If you are currently in the process of applying for a Nortel sponsored Permanent Residence status, Nortel will continue to pay any incurred costs up until your Termination Date only. For questions, contact Greenberg Turner at 416-943-0288.

## GLOBAL MOBILITY TAX SERVICES – If applicable

Email questions regarding tax services for former Global Mobility assignees or transferees to:  **Nortel_Initiations@msimobility.com**

## NORTEL NETWORKS LIMITED ANNUAL INCENTIVE PLAN ELIGIBILITY – (non-sales compensation participants only).
**As in the past, AIP eligibility is not a guarantee of an AIP award.**

- Under the **2010 AIP for Business Units**, eligible employees who are actively employed in an AIP eligible role for at least 45 days in a quarter will be eligible for an AIP award for that quarter provided they are employed through the last day of the quarter or, if no longer employed as of that date, their employment was involuntarily terminated by Nortel during the quarter for a reason other than Cause as defined in the plan.
- Under the **2010 AIP for Nortel Business Services and Corporate Group**, eligible employees who are actively employed in an AIP eligible role for at least one day in a month will be eligible for an AIP award for that semi-annual cycle (annual cycle for JCI 55) provided they are employed through the date of an AIP award payment (any award would be prorated for number of eligible months in the cycle). Or, if the employee is no longer employed as of that date, their employment was involuntarily terminated by Nortel prior to award payment for a reason other than Cause as defined in the plan.

# EMPLOYEE APPENDICES

## SALES COMPENSATION PARTICIPANTS ONLY – If applicable

### CAR LEASE

If you have a company-provided, leased car, immediately contact Nortel's Corporate Transpiration Administrator to make the necessary arrangements to return the vehicle. Contact: Kay Hollandsworth, ESN 222-4370 or 615-432-4370 or Chris Panger, ESN 222-4745 or 615-432-4745

### SALES COMPENSATION DEFICIT BALANCE

If you have a negative commissions balance as of your termination date with Nortel, Sales Compensation Administration will calculate and communicate to you the final balance due to Nortel sixty days after the end of the compensation period that includes your termination date. This amount will represent your final deficit balance that must be remitted back to Nortel and will not be subject to further change. If you have questions, contact HR Shared Services.

### EMPLOYEE ASSISTANCE PROGRAM (EAP)

Coverage ends on the last day of the month that includes Employee's Termination Date. You or your eligible dependents may not activate new EAP services after the last day of the month of your Termination Date. You or your eligible dependents are entitled to complete EAP counseling if you are in EAP counseling as of the end of the month of your Termination Date, however, this EAP counseling must be complete within 3 months of your Termination Date. EAP service providers offer counseling as well as work life services for employees and their eligible dependents. Expert counseling and access to research and referral for child/elder care, legal/financial assistance, education, and more are offered. Online information resources such as educational information, helpful Web links, assessment tools, online requests for services and more are available.

There is no charge for contacting EAP service providers or for obtaining referrals or references to see a referred counselor.

### VIEW PAYCHECK – US Employees

Access to the web-enabled tool to view and print your pay stub/advice, W-2 issued documents and other "payroll-related" information. Accessible from outside Nortel's firewall. **Access to the tool will end 30 days after termination date.** Contact HR Shared Services if you have any questions or problems with the view paycheck tool.
**https://workcenter.secure.probusiness.com/wp_prwc21/logon.asp**

### JOB SEARCH ASSISTANCE & OTHER IMPORTANT TRANSITION INFORMATION

A comprehensive workforce reduction transition information package has been prepared and is available for download at the following website (accessible externally): **https://www.nortelhealthn-site.com/** Select the Workforce Reduction Transition Information link from this site.



This site contains transition information and job search resources for employees including identifying job skills, writing resumes and cover letters, employment resources and networking tips, interviewing guidance, negotiating skills, links to on-line resources and more.

### For US Employees:
- – fact sheet on U.S. state unemployment insurance benefits
- – fact sheet on what employees need to know to protect their health coverage
- – COBRA (continuation of group health coverage) Q&As
- – 2010 COBRA rates

### For Canadian Employees:

Your community has valuable services available to help you through the transition. Go to the site and choose your location to learn more.
- – Belleville
- – Calgary
- – Montreal (English)
- – Montreal (French)
- – Ottawa
- – Toronto

C.1.6

# EMPLOYEE APPENDICES

## US EMPLOYEES - STATE UNEMPLOYMENT INSURANCE BENEFITS

### Filing a Claim

You should contact your state's unemployment insurance agency as soon as possible after becoming unemployed. In some states, you can now file a claim by telephone or over the Internet. To locate your state's unemployment insurance agency, visit the America's Service Locator website at **http://www.servicelocator.org/OWSLinks.asp**

Eligibility for unemployment insurance, benefit amounts and the length of time benefits are available are determined by the state law under which unemployment insurance claims are established.

Any questions must be directed to your state unemployment insurance agency. Should a State UIA request you provide an employer phone number on an unemployment claim form, please use **TALX (800) 281-9749 Ext. 4965**. TALX is a third party administrator responsible for Nortel's unemployment compensation administration and will interface directly with the State UIA. This contact number is for State UIA claims use only. ***TALX cannot assist employees with questions about unemployment, claims, or filing.***

### Trade Adjustment Assistance Act (TAA)

The TAA program helps workers who have lost their jobs as a result of foreign trade. The TAA program offers a variety of benefits and services to eligible workers, including job training, income support, job search and relocation allowances, a tax credit to help pay the costs of health insurance, and a wage supplement to certain reemployed trade-affected workers 50 years of age and older.  To obtain TAA reemployment services and benefits a group of workers must first file a petition with the U.S Department of Labor's Trade Adjustment Assistance Program (TAA) requesting certification as workers adversely affected by foreign trade, If the worker group meets the necessary group eligibility criteria a certification will be issued.  For information contact:

**United States Department of Labor**
Employment and Training Administration
Division of Trade Adjustment Assistance
200 Constitution Avenue, N.W. Room C-5311
Washington, DC 20210
Phone: 202-693-3560 or 1-888-DOL-OTAA (1-888-365-6822)
Fax: 202-693-3584 or 3585
Web site: **http://www.doleta.gov/tradeact**

### For Employees Located in Richardson, TX

Workforce Solutions Greater Dallas holds orientation sessions monthly regarding the services that are available free of cost at the Richardson Workforce Center located at 1222 E. Arapaho Suite 336, Richardson, TX 75081.  Please contact Jose Vega at 214-424-3342 or via email at jose.vega@twc.state.tx.us for dates & times of orientations and to register for an orientation session.

## CANADA – UNEMPLOYMENT INSURANCE CLAIMS

You will require a Record of Employment (ROE) in order to apply for Employment Insurance.  An electronic copy of the ROE will be filed with HRSDC. If you want a copy of your ROE, you should visit the My Service Canada Account page on the web. From that site, you can view and/or print copies of your ROE. The My Service Canada account is at www.servicecanada.gc.ca/eng/online/mysca.shtml.

You can access information regarding the EI claims process or initiate your claim at the following site:

http://www100.hrdc-drhc.gc.ca/ae-ei/dem-app/english/home2.html (English)

http://www100.hrdc-drhc.gc.ca/ae-ei/dem-app/french/home2.html (French)

## NORTEL SPECIAL INCENTIVE PLAN (if eligible)

You may deliver a signed copy of the Nortel Special Incentive Plan Release and Acknowledgement by fax, email, or postal service to the email address, fax number or external mailing address for HR Shared Services **as listed on the Release under Section E and HR Contact**. Please retain a copy of the Release and the transmittal confirmation via email or fax for your records.  If returning the Release by postal service/ document shipping service, it is recommended that you use a mail service option that provides delivery notice/confirmation or package tracking to ensure the document is returned within any required timeframe.

# EMPLOYEE APPENDICES

## EVS EXPENSE REIMBURSEMENT for NORTH AMERICAN EMPLOYEES

Submit any outstanding expense reports and ensure your Manager has approved/released your submission for payment.
http://navigate.us.nortel.com/imds?pg=/fin/tools/evs

**Prior to Termination Date:**
Submit expenses through EVS per the normal process.

**Upon Termination:**
Complete the attached **"Expense Voucher Form for Former Nortel Employees"** and attach original receipts to the form. Mail Expense Voucher Form, original receipts and any other supporting documentation to the address below. Mail expense information a regular mail envelope (*do not send the documentation in an EVS envelope*) to:

Nortel
Attn: EVS Customer Service
220 Athens Way, Mailstop 438-03-03
Nashville, TN 37228

**Questions concerning the reimbursement process or the status of a payment** should be directed to EVS Customer Service at 800-684-3876 (press 0 to speak to an agent). Direct email inquiries to EVS@nortel.com

**Entertainment Expenses** - the following should be submitted in addition to the original receipt(s): List of persons entertained and their business affiliation and business purpose and/or nature of discussion.

**Education Assistance Expenses** – if you have been granted an exception, the following should be submitted: Education Assistance form which includes manager authorization, Book Reimbursement form, original tuition & book receipts; and copy of grades showing successful course completion.

**Boxes/Packing Materials and Shipping Courier cost/USPS postage** - if required for Shipping Your PC, Peripherals, IP Phone, Cell Phone/Blackberry, ID badge, etc. to Nortel – submit the original receipts for the cost of shipping materials and shipping courier/post office receipts. **Please note a FedEx (US employees) or UPS (Canadian employees) charge to number is provided for the actual shipping cost for your PC and peripherals ONLY in as noted in the PC/Computing Equipment Return Instructions).**

**If you have an outstanding cash advance or voucher adjustment,** issue a check payable to Nortel and mail the check to Nortel, Attn: EVS Customer Service, 220 Athens Way, Mailstop 438-03-03, Nashville, TN 37228. Any unsettled outstanding cash advances or voucher adjustments will be deducted from your final expenses.

C.1.8

# EXPENSE VOUCHER FORM FOR FORMER NORTEL EMPLOYEES

*Incomplete forms may delay processing*

| Name | Global ID | Daytime Phone | Charge To Entity | Charge To Dept | Project |
|------|-----------|---------------|------------------|------|---------|
| | | | | | |

*Valid Email Address*
Voucher Destination
Voucher Purpose
Voucher Start Date  (mm/dd/yy)
Voucher End Date   (mm/dd/yy)

| Expense Category | Date | Expense Amount | Currency | Pay To Emp | Amex |
|------------------|------|----------------|----------|-----|------|
| FOR MILEAGE & KILOMETERS, ENTER THE NUMBER ONLY, NOT A REIMBURSEMENT AMOUNT. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | $ | | | |

*Please allow 3 to 5 business days for processing*

I hereby certify that I have incurred all of the above expenses on behalf of Nortel. The expenses have not been submitted in the past for reimbursement and will not be submitted again in the future.

Employee signature

Date

Address to send check if direct deposit within
EVS is no longer active:

I hereby certify that I have reviewed the above expenses and give authorization for the expenses listed above to be reimbursed to the employee.

Approver's signature

Approver's name printed

Approver's Global ID

Date

EVS USE ONLY

NA Standard Attachments- All Terminations
Nortel



# ID Badge Return Form

Nortel Identification Badges and Building Access Cards (if applicable) must be returned on an employee's last day of work. Managers are responsible for ensuring the return of the Nortel ID Badge/Access Card. Employees may submit an expense voucher for postage cost if mailing in the ID Badge/Access Card.

## Instructions

**Step 1:** <u>Manager or Employee</u> completes applicable sections as noted below:
- **Manager and employee are co-located on-site,** manager or employee completes Part 1 & 2.
- **Lost or missing badge,** employee completes Part 1 & 3.
- **Remote/teleworker,** employee completes Part 1 & 4.

**Step 2:** **Onsite employee/manager -** Return ID badge/access card and completed form to your building location's physical Security desk (if no physical security located on your site, mail per remote instructions).

       **Remote employee/teleworker -** Mail ID badge/access card and completed form to:
<u>US employees:</u> Rob Goll, Nortel, Mailstop: 99201K20, 2201 Lakeside Blvd., Richardson, TX 75082
<u>Canadian employees:</u> Lillian Roy, Nortel, 3500 Carling Avenue, Ottawa Ontario K2H 8E9

## Part 1:  Employee Information

| Print Employee Name: | Global ID #: | Location/Metro: | Termination Date: |
|---|---|---|---|
| | | | |

## Part 2:  ID Badge Receipt

I acknowledge that I have received the following items from the above named employee:

_____ Nortel ID Badge        _____ Building Access Card  (if not applicable, mark n/a)

| Manager Name: | Signature: | Date: |
|---|---|---|

## Part 3:  Employee Declaration of Lost / Missing ID Badge

I acknowledge and certify that my Nortel ID badge(s) and building access card (if applicable) are lost/misplaced, are not in my possession and I do not know the whereabouts of these items. I understand and agree that should I locate the missing badge and/or access card I will return these items immediately to Nortel.

Employee Signature:

| | Date: |
|---|---|

## Part 4:  Remote Employee ID Badge Return

I am returning the following items  to the company:

_____ Nortel ID Badge        _____ Building Access Card  (if not applicable, mark n/a)

Employee Signature:

| | Date: |
|---|---|

| Physical Security/EMC Use Only - ID Badge/Access Card Received by | | | |
|---|---|---|---|
| Print Name: | Signature: | Phone/ESN: | Date: |
| | | | |

C. 1. 10

# NOTICE TO ALL EMPLOYEES OF YOUR CONTINUING OBLIGATIONS

As a Nortel employee, you have certain ongoing responsibilities to Nortel. Please read the following carefully as there are potential legal implications relating to your continuing obligations to Nortel that are not limited to your term of employment.

**A.**   Upon or during your employment with Nortel (also referred to as "the Company"), you executed either the NNI Employment Agreement, the Agreement Relating to Intellectual Property and Confidentiality, or another agreement related to confidential or proprietary information - including trade secrets and other intellectual property (collectively "Confidential Information"). Due to your position(s) within Nortel you have or may have had access, and may continue to have access to such Confidential Information.

This Notice is a reminder that you have an obligation to Nortel to protect the Company's Confidential Information under: (i) any confidentiality agreement that you signed; (ii) Nortel's Code of Conduct; and (iii) the Company's policies and procedures on protecting Confidential Information. If you become "loaned" to any third party, including any buyer of assets of a Nortel business unit, group or function, you have an obligation to protect Nortel Confidential Information during any period for which you are a loaned employee (the "Transition Period"). **For all employees, whether "loaned" or not, your confidentiality obligation also continues after your employment with Nortel has ended.**

Prior to either you becoming a loaned employee or at the time that your Nortel employment ceases, you shall deliver to Nortel or remove from any assigned computer or other device in your possession or control any and all Confidential Information and other writings, documents, and materials that: (i) are owned or leased by Nortel and not in the public domain through lawful means; (ii) you are not otherwise directly authorized to take with you in order to perform your job duties with your new employer; or (iii) are not otherwise authorized to be transferred as part of a divestiture or a purchase of Nortel assets as referenced above. You shall also not make or retain a copy, duplication, facsimile, reproduction or replication of any of the foregoing referenced Confidential Information or other documents and materials that you are not authorized to retain or use as set forth herein.

**B.**   You are also reminded that all insider obligations under applicable laws will continue to apply even after your employment with Nortel ceases. If you continue to have access to confidential undisclosed material information regarding Nortel following your employment termination, you should seek independent legal advice as to your status as an insider and any continuing obligations with respect thereto.

**C.**   Finally, you must confirm that you have accounted for and returned to Nortel all property (including but not limited to documents and disks, company car, telephone(s), credit cards, equipment, keys and passes, (including Nortel ID badge) belonging to Nortel ("Nortel Property"), which is or has been in your possession or under your control. Further, if you become a loaned employee, you may be among those authorized to retain access to Nortel Property during the Transition Period, which is in your possession or under your control. At the earliest of either the end of the Transition Period or when your employment with Nortel terminates, you agree to surrender to Nortel any and all such Nortel Property then in your possession.

Raul Tellez, Chief Data Privacy Officer
Anna Ventresca, General Counsel, Corporate Secretary and Chief Compliance Officer
George Reichert, Chief Information Officer

NA Standard Attachments- All Terminations
Nortel

C. 1. 11

**Canada Remote Employee (teleworker) PC Computing Equipment Return**

Return computing equipment (PC & PC peripherals ONLY) to the designated IT Repair Center physical location based on your site location. A UPS charge account number is provided to ship your PC and peripherals only to an IT Repair Center. Make sure you obtain a shipping receipt from the courier and keep a copy of the receipt. Email the tracking number to documentpreservation-soft@nortel.com or leave a message at 972-685-6792. You may submit an expense voucher for cost of shipping boxes and packing materials; refer to "EVS EXPENSE REIMBURSEMENT" in the appendices for info and an Expense Voucher Form. *Do not ship any other Company property to the IT Repair Center.*

| Employee Site Location: | Ship to Location: | Ship computing equipment via UPS: | IT Repair Center Address: |
|---|---|---|---|
| All Site Locations | Ottawa | UPS Account Number **0000A2T832**, if you use another courier then you will have to pay for the shipment and claim this back on expenses, booking it to the following IT Cost centre **1002501031**. | Nortel ATTN: IT Repair Center 3500 CARLING AVENUE OTTAWA, ONTARIO K2H 8E9 |

6/6/12

**US Remote Employee Teleworker PC/Computing Equipment Return**

Return computing equipment (PC & PC peripherals ONLY) to the designated IT Repair Center physical location based on your site location. A FEDEX charge account number is provided to ship your PC and peripherals only to an IT Repair Center. Make sure you obtain a shipping receipt from the courier and keep a copy of the receipt. Email the tracking number to documentpreservation-soft@nortel.com or leave a message at 972-685-6792. You may submit an expense voucher for cost of shipping boxes and packing materials; refer to "EVS EXPENSE REIMBURSEMENT" in the appendices for info and an Expense Voucher Form. Do not ship any other Company property to the IT Repair Center.

| Employee Site Location: | Ship to Location: | Ship computing equipment via FEDEX | IT Repair Center Address: |
|---|---|---|---|
| **RTP Region:** RTP, Baltimore, Charlotte, Columbia, Fairfax, Lanham, Louisville, Medley, Memphis, Nashville, Richmond, Virginia Beach, Washington<br><br>**NE Region:** Billerica, Albany, Amherst, Bohemia, Carlstadt, Dayton, Herndon, Matawan, New York, O'Fallon, Parsippany, Philadelphia, Pittsburgh, Rochester, Rocky Hill, Rye Brook, Valhalla | RTP NC | FEDEX Account Number **192640431**. NOTE: If you use another courier then you will have to pay for the shipment and submit it as an expense booking it to the following IT Cost centre **2001501100**. | Nortel<br>ATTN: IT Repair Center<br>4001 E. Chapel Hill-Nelson Hwy.<br>RTP, NC 27709 |
| **Central Region:** Richardson, Alpharetta, Austin, Baton Rouge, Bellevue, Birmingham, Bloomington, Brookfield, Carmel, Cincinnati, Colorado Springs, Columbus, Concord, Creve Coeur, El Segundo, Englewood, Grand Rapids, Greenville, Hayward, Honolulu, Houston, Irvine, Jackson, Jacksonville, Lake Oswego, Las Vegas, Lebanon, Little Rock, Mesa, Omaha, Orlando, Overland Park, Phoenix, Portland, Sacramento, Salt Lake City, San Antonio, San Ramon, Santa Clara (Silicon Valley), Schaumburg, Seven Hills, Sioux Falls, Southfield, Sunrise, Tarpon Springs, Tulsa, West Des Moines, Westlake Village | Richardson TX | FEDEX Account Number **224020058**. NOTE: If you use another courier then you will have to pay for the shipment and submit it as an expense booking it to the following IT Cost centre **2001501100**. | Nortel<br>ATTN: IT Repair Center<br>2201 Lakeside Blvd<br>RICHARDSON, TX 75082 |

# PC Collection Receipt (v3.0)

**Manager or IT**: *Complete & sign form. Provide a copy to leaving employee as their proof that they returned their PC to Nortel.*

This confirms that GID _____ ; _____
                       (GID #)                              (employee's name)

has returned the following Nortel IT PC Asset(s) on _____
                                                                      (date)

## PC Serial number(s):

_____

_____

### How to find the computer's serial number
*The serial number is a string of letters and numbers and a barcode on a sticker. The serial number may be preceded and followed by numbers (for example, 12SERIAL56). Its location changes depending on the type of computer. Dell computers will refer to this number as the "service tag":*
- *On desktop computers it is on the back of the CPU enclosure, which also contains the CD-ROM drive.*
- *On laptops computers it is either on the back of the computer, beside the various plugs and connectors, or on the bottom of the portable.*

## Nortel Asset Tag(s):

_____

_____

### How to find the computer's asset tag
*The serial number is a string of letters and / or numbers and a barcode on a sticker. Dell computers have a red and white sticker with a string of letters and numbers (AB12345). HP computers have a silver sticker with 9 numbers starting with "00" (001234567). Its location changes depending on the type of computer:*
- *On desktop computers it is on the front of the case, usually below or beside the CD-ROM drive.*
- *On laptops computers it is usually on the lid or top of the computer. If your laptop is docked it will have to be undocked in order to view the asset tag, as it is hidden from view.*

## Peripherals (indicate number of each returned):

_____ Monitors

_____ Mice                              _____ Keyboards

_____ Power Cords                       _____ Docking stations / port replicators

                                         _____ Adjustable Laptop Stands

Received by     (print name) _____

                (signature) _____

                (date) _____

C.2.1

Soriano, Chad (VKAR:2287)    *Exhibits C.2.1 to C.2.3*

| | |
|---|---|
| **From:** | Mike Zafirovski, CEO (TORWM:8442) |
| **Sent:** | Wednesday, February 25, 2009 8:00 AM |
| **To:** | Nortel employees |
| **Subject:** | Message to Employees |

*A*

Team Nortel:

We announced some tough but important decisions today – decisions that will significantly impact many of you. In a **press release** just issued, we announced the reduction of an additional 3,200 positions. This is in addition to the reduction of roughly 1,800 positions still to be completed from previously announced plans.

For those of you in North America being notified in the coming months, you may file your claims as unsecured creditors. This obligation is real, but due to our financial condition and present situation, we are unable to fulfill this commitment to you. I am committed to maximizing any potential payout for impacted employees, which ultimately depends on how successful the restructuring plan will be.    *B*

*C*

At 12:00 p.m. EST, I'll address you in a **global GIS session** (details below). You deserve as much clarity as possible, as soon as possible. Joining me on the GIS will be Pavi Binning, our CFO, and Elena King, SVP of Human Resources. Pavi will walk you through the restructuring process we are in and where we stand today. Elena will be there to cover some of the specific issues around the upcoming reductions. Please join us.    *D*

*E*

Our company is in a difficult situation. The harshness of the economic reality and lowered spend profile of our customers, combined with the worries associated with our filing are directly impacting our revenues. We must act quickly to adjust our costs to the realities of our industry and of our business.

First, to achieve this, we cancelled equity-based compensation programs and determined there would be no 2008 bonuses under the Nortel Annual Incentive Plan (AIP) – decisions which impact eligible employees, including all executives:

- Bonuses under AIP for 2008 will not be paid.
- Nortel is seeking Canadian court approval to terminate its equity compensation plans, including all outstanding equity under the plans (including stock

2/25/2009

options, stock appreciation rights, restricted stock units and performance stock units), whether vested or unvested, and no equity will be awarded in 2009.



Second, in addition to these actions, the Board also approved other employee programs to help us meet our business objectives. These programs follow best practices for companies undergoing restructuring and aim to help us emerge as a more focused and competitive company.

We have decided to keep the AIP in place for 2009. With one change – calculations and payouts will be made quarterly instead of once a year. In addition, after 45 days of employment in any given quarter, you are eligible for the full AIP for that quarter if your employment is terminated before the end of the quarter. Initially, these payments are based on revenue, cash and customer-oriented operational metrics of lead time, outage recovery, and service responsiveness.

This is a step forward and recognizes the immense task ahead, and the important role that all our people play in driving results. This will provide a more immediate incentive for employees.

We will also seek to implement, with court approval where required, some incentive and retention plans for a number of employees at various levels that are critical to our ability to restructure the company while under creditor protection. This is a typical practice for companies undergoing restructurings of this nature.

I know many of you are asking for more detail on the components of the overall comprehensive restructuring plan and what the timetable is for its communication. You are eager to understand what kind of company we will be going forward – what businesses and marketplaces we will be in – what our investment strategies will be – and so on. It is my hope that in today's GIS, Pavi, Elena and I will be able to at least shed more light on the timetable and process.

What is not changing is our deep commitment to our customers and our efforts to stabilize the business. We must continue to serve our customers well if we are to realize long-term success. I can tell you after meetings and conversations that our customers are supportive of us for now, but we have to continue performing and emerge from protection quickly if we are to secure their business for the future. We are making the tough decisions we must to restructure Nortel and work to successfully emerge from creditor protection. We are making progress toward that objective every day.

Thank you for all you are doing for Nortel.

Mike

Click on the link for your location to add webcast to your Outlook calendar:

- Belleville, Billerica, RTP, Monkstown
- Toronto
- MOP

- Richardson, Santa Clara, Sunrise
- **Mexico, Brazil, Alpharetta, Bloomington, Bohemia, Buenos Aires, Calgary, Creve Coeur, Fairfax, Halifax, Irvine, Montreal, Nashville, San Ramon, Schaumburg**
- **Teleworkers**
- **All other sites not specifically listed**

A limited number of ports are available for the audio bridge and webcast--please attend in groups if possible and join early to secure your spot. Colleagues in Toronto are welcome to join the live event from the 11th Floor, West Mall. A playback of the GIS will be distributed by email within hours of the live event.

Please submit questions for the GIS session to **intcom@nortel.com.**

zman@nortel.com



2/25/2009

EMAIL - March 2, 2009

**Soriano, Chad (VKAR:2287)**    Exhibit    C3    only
Lost pages
2-3

| From: | Mike Zafirovski, CEO (TORWM:8442) |
| Sent: | Monday, March 02, 2009 7:41 AM |
| To: | Nortel employees |
| Subject: | Message to Employees |

A

I don't have Pages
2 and 3

[ ]

Team Nortel:

B

Our <u>Q4 and full-year 2008</u> results were made public just moments ago. As we are now under <u>creditor protection</u>, we will not be holding a financial analyst call. However, it remains critical that you understand our results and what they mean.

There are three key points I'd like to highlight with regard to financials. Each come together to tell the story of our performance in 2008, particularly as we closed out a tough year.

C

First – we took non-cash charges of $2.19 billion in the fourth quarter <u>to reduce</u> goodwill and deferred tax assets. Although neither of these impacts our financial fundamentals or our cash position, together they contributed to a net loss in the fourth quarter of $2.13 billion. It is not uncommon for these types of assets to be written down in an environment of declining industry profitability and company market valuations.

D

Let me explain briefly. For goodwill, if the company determines that the goodwill is impaired – meaning it's <u>not worth the value it's</u> carried at on the balance sheet – a write-down will be taken <u>to reduce</u> the carrying value of that <u>goodwill</u>.

The other charge is against our Deferred Tax Asset. The asset is real and remains on the books as a "gross" amount. But with the uncertainty of when we will be able to use our tax loss carry forwards, the charge effectively "nets" down the asset to a zero value on our balance sheet. We can still use this asset to defer taxes on future earnings. We have prepared additional **Deferred Tax Asset** and **Goodwill** fact sheets to provide more information on these charges.

Second – our revenues are down. Approximately 15% over the fourth quarter of 2007. Though we expected this, it underlines how tough the market is, and how significant the curtailment of customer spend remains. This is not unlike other companies in the IT and telecom sectors.

Soriano, Chad (VKAR:2287)   Exhibits C.4.1 to C.4.2

| | |
|---|---|
| **From:** | EmplComms, Corp (NASHF:8442) |
| **Sent:** | Monday, March 02, 2009 1:23 PM |
| **To:** | NA and CALA employees |
| **Subject:** | Weekly WebAlert Summary for the Week of March 2, 2009 |

# WEEKLY WEBALERT SUMMARY

For the week of March 2, 2009

### To U.S. employees

> Revised U.S. Nortel Family Leave Process

### To NA and CALA employees

> Global Procurement - EBP Updates
> Top 10 News Stories: The results are in!

## U.S. employees

## 1. Revised U.S. Nortel Family Leave Process

The purpose of this update is to alert you that the U.S. Family Care Leave Absence Process has been updated and the name changed to the "Family and Medical Leave of Absence Process." Click here to access the updated Process information. The revisions include changes to comply with new regulations issued by the Department of Labor and updates to the Nortel Process. The Family Medical Leave Act (FMLA) is the U.S. federal law under which certain types of leaves of absence are made available to eligible employees who request them for up to a total of 12 weeks in a calendar year. Employees are also eligible in the case of a Military Caregiver Leave, as described in the Process, for up to 26 weeks in a single 12-month period.

The following items are highlighted as the more significant changes to the prior Process:

- An eligible employee, who is the spouse, child, parent or next of kin of a service member with a serious illness or injury arising out of active military duty, may take up to 26 weeks of leave in a 12-month period to care for that service member. FMLA leaves taken for other qualifying reasons during the 12-month period reduce the time available for this type of leave.
- An eligible employee who has a spouse, child or parent in the National Guard or Reserves may take up to 12 weeks of leave during a calendar year for a "qualifying exigency" arising out of a call to active duty or active duty status of that family member in connection with a contingency operation. FMLA leaves taken for other qualifying reasons during the calendar year reduce the time available for this type of leave.
- The Process has an updated definition of family members with respect to whom the employee may take leave to be consistent with the FMLA. However, the Process continues to allow employees to take leaves of the type provided by the FMLA with respect to domestic partners.
- Employees will now be required to take available carry-forward vacation days for which they are eligible while on leave under this Process.

In addition to the Family and Medical Leave of Absence Process document, you can view the Notice of Employee Rights and Responsibilities under the Family and Medical Leave Act posted January 16, at major locations and are available here. For employees who wish to initiate a leave request that is covered under the Family and Medical Leave of Absence Process, Time Off Planning Service (TOPS) administered by Nationwide Better Health (Leave Administrator) will continue to be the first point of contact. TOPS can be contacted at 1-877-664-8677.

3/2/2009

If you have any questions regarding this information, please contact HR Shared Services at ESN 355-9351 or 1-800-676-4636.

**NA and CALA employees**

## 2. Global Procurement - EBP Updates

**Searching for Approvers** - Previously in EBP when a user tried to find an approver but entered the name incorrectly, the application would just hang and then eventually time out. A fix has been put in place such that if a name is incorrect there will immediately be a pop up message stating, "Approver not found." This allows the user to retype the name correctly in order to add them to the approval hierarchy.

**Attention Managers** - You will receive notification if PO's remain open to invoicing for former (terminated) employees. It's important to respond with an alternate PO originator to facilitate the invoice approval process. We need to minimize any delay in payment to avoid jeopardizing our relationships with vendors.

**Important Note about Creating Shopping Carts** - To be able to track and identify Operating Expenses (i.e. Attendant Expense) that are associated with a CLIP, the CLIP number must be entered into the Local Identifier field of each Shopping Cart line in the following format: CLIP 00083 EXP.

---

## 3. Top 10 News Stories: The results are in!

Did you miss any of last month's top World News stories? If so, here they are – click away and catch up.

1. Understanding our recent news
2. Daily External News Summary
3. Status of M.E.N. divestiture in the news
4. Nortel to Divest Layer 4-7 Data Portfolio
5. Nortel at-a-glance: For the week ending Feb. 20
6. World News home
7. Nortel at-a-glance: For the week ending Feb. 6
8. Nortel at-a-glance: For the week ending Feb. 13
9. Nortel sales engineer looks forward to a 'banner year'
10. External media reports: Customers, analysts stand by Nortel

*Exhibit C 5*

Note to financial institutions: This electronic representation of Chad Soriano's paycheck was provided from NORTEL NETWORKS, INC.'s Payroll WorkCenter system on 4/24/2009.

| Done |
|------|

# NORTEL

4001 E. Chapel Hill-Nelson Hwy Mailstop 570/02/0B7
Research Triangle Park NC 27709-3010

04/24/09                              D064569

### ADVICE OF DEPOSIT

$1,643.33

CHAD SORIANO
8974 HICKORY AVE.
HESPERIA, CA 92345

**NON-NEGOTIABLE**

| Employee | Id | Social Security | Status | Exemptions / Allowances | Number |
|----------|-----|-----------------|--------|------------------------|--------|
| CHAD SORIANO | 123352 | XXX-XX-2719 | Married | US-4/0 CA-4/0 | D064569 |

| Code NN-US | Paygroup 1RA | | | Division 598 | Department 2287 | Hire Date | Period Start 04/24/09 | Period End 04/24/09 | Pay Date 04/24/09 |
|---|---|---|---|---|---|---|---|---|---|

| Earnings | Rate | Units | Current | YTD | Direct Deposit Accounts | | Amount |
|----------|------|-------|---------|-----|------------------------|---|--------|
| Regular Pay | - | - | - | 7694.45 | Checking | | 1643.33 |
| Overtime - 1.5x | - | - | - | 372.31 | | | |
| Short Term Disability 100% | - | - | - | | | Current | YTD |
| Short Term Disability 90% | 31.0260 | 80.00 | 2233.87 | 7446.24 | W2 Gross Wages | 2102.23 | 18431.25 |
| Calculated Disability | - | - | 23.12 | 4244.35 | | | |
| Group Term Life > $50000 | - | - | 0.62 | 220.97 | | | |
| Second Shift Premium | - | - | - | 4.96 | | | |
| Third Shift Premium | - | - | - | 49.64 | | | |
| Total Gross | | | 2257.61 | 1303.10 21336.02 | | | |

| Taxes | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 123.41 | 1383.17 |
| Social Security (FICA) | 130.33 | 1245.76 |
| Federal Medicare | 30.48 | 291.35 |
| California Income Tax | 25.82 | 288.88 |
| California Vol. Disability | 23.12 | 220.97 |
| Total | 333.16 | 3430.13 |

| PreTax Deductions | Current | YTD |
|-------------------|---------|-----|
| Pretax Medical Plan | 121.75 | 974.00 |
| Pretax DVH Plan | 26.93 | 215.44 |
| Pretax STD | 3.97 | 31.76 |
| Pretax LTD | 2.73 | 21.84 |
| 401K Unmatched | - | 664.89 |
| 401K Matched-Option D | - | 997.04 |
| Total | 155.38 | 2904.77 |

| AfterTax Deductions | Current | YTD |
|---------------------|---------|-----|
| Voluntary AD&D | 2.98 | 23.84 |
| Life Insurance | 4.03 | 32.24 |
| Dependent Life Ins. Spouse | 0.52 | 4.16 |
| Dependent Life Ins. Child | 0.55 | 4.40 |
| 401K Loan | 117.04 | 936.32 |
| Group Term Life Offset | 0.62 | 4.96 |
| Total | 125.74 | 1005.92 |

| Net Pay | 1643.33 |
|---------|---------|

A —
B
C
D

*For Mo. of January on 3rd Shift when went out on Disability*

# NORTEL

*Exhibit C.6* (handwritten)

**United States Benefits**
**Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2010. These selections remain in effect through 12/31/2010 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Chad Soriano |
| Global ID: | 0241742 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 64542.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2009 |
| Prepared On: | 12/02/2009 |

*A* (handwritten)

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| Medical Care<br>90/70 PPO, Anthem | EE & Family | $ 153.35 | $3,987.10 | $9,908.60 |
| Dental/Vision/Hearing Care<br>PLUS<br>Health Care Reimbursement Account | EE & Family | $ 28.26 | $ 734.76 | $1,548.04 |
| Dependent Care Reimbursement | | $ 0.00 | $ 0.00 | |
| Short-Term Disability<br>Raise-90%of Coverage Amt Shown | | $ 0.00 | $ 0.00 | |
| Long-Term Disability<br>Raise-66 2/3%of Cov.Amt Shown | | $ 3.97 | $ 103.22 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 2.73 | $ 70.98 | $ 0.00 |
| | | $ 188.31 | $4,896.06 | 11,456.64 |

Handwritten annotations: A,0 A,1, A,2 A,3; B, B,2 B,3; C, C,2; D, D,3; E,1 E,2

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| Core Employee Life Insurance<br>1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 42.90 |
| Optional Employee Life Insurance<br>3x BENE Earnings Non-Smoker | $ 4.03 | $ 104.78 | $ 0.00 |
| Dependent Life Insurance - Spouse/DP<br>$25,000 | $ 0.52 | $ 13.52 | $ 0.00 |
| Dependent Life Insurance - Child(ren)<br>$15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| Accidental Death & Dismemberment<br>5x Benefits Earnings Family | $ 2.98 | $ 77.48 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 8.08 | $ 210.08 | $ 42.90 |

Handwritten annotations: F,1 G,1 G,2; H,1 F,2 H,2; I,1 I,2; J,1 J,2; K,1 K,2

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

C.7  EXhibit C.7.1+o

C.7.9

# N**O**RTEL



**June 28, 2010**

A

Dear US LTD Program Participant:

This package is a follow up to the letter dated June 17, 2010 that you received in the mail. As indicated, on August 31, 2010, Nortel Networks Inc., as the plan sponsor, is planning to terminate the existing long-term disability (LTD) plan, and has filed for approval with the bankruptcy court to do so. Since the company has sold most of its divisions and is now maintaining only a small transition support staff, your employment will terminate on August 31, 2010, as there are no jobs to return to.

Enclosed is the following:

1. Your employment termination information package. Employment termination packages are standard, and as such there may be information that is not relevant to you given your long-term disability status.

   If you have questions regarding the employment termination package, contact Nortel HR Shared Services at 1-800-676-4636.

2. A life insurance conversion letter. Should you wish to convert your policy to a personal policy, this letter provides important instructions on the process and timing.

**IMPORTANT REMINDER:** As indicated in your June 17 letter, long-term disability payments will be discontinued August 31, 2010. Your long-term disability payment from Prudential in August 2010 will be the last plan payment you will receive.

For all other questions and contact details, please refer to the June 17 letter and Frequently Asked Questions document for additional information.

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Chad  Soriano

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1995/02/21

EMPLOYEE ADDRESS:

8974 HICKORY AVE
HESPERIA
CA  92345

GLOBAL ID: 0241742

ENTITY: LTD      DEPT: 2287

EMPLOYEE STATUS:  Full Time: F
                              Part Time:

LOCATION : M98

LOCATION  DESCRIPTION: VKAR

---

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

## WITHHOLDINGS & AMOUNTS OWED

Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

V5.0

II. NOTICE

*C. 7. 3*

---

**IMPORTANT NOTICE**

---

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.

## III. ADDITIONAL INFORMATION

(A)     **Notice Date:**  The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B)     **Benefits Available To Employees:**  The following benefits shall be provided to Employee, to the extent  that the Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.

(1)  *MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.



However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

(2)  *HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA.  Please contact Ceridian at 1-800-877-7994 for additional information.

If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15). For additional information, please contact WageWorks at 1-877-924-3967.

(3)  *DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends.  Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred.  For additional information, please contact WageWorks at 1-877-924-3967.

V5.0

## I. EMPLOYEE DATA

*C.7.4*

Notice Date: 2010/08/31

Employee: Chad  Soriano

Employee Number: 0241742

Continuous Service Date: 1995/02/21    #

Severance Eligibility Date: 2005/01/04

Employment Termination Date: 2010/08/31

Severance Stop Date: 2010/11/09

Employee Home Address:

8974 HICKORY AVE
HESPERIA
CA       92345

Severance Period (for employees with at least 6
months of service) 10
(Number of Weeks to Commence Following
Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

4
15
19 WEEKS Sweraten

AS OF 2010

V5.0

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN



---

### IMPORTANT PLEASE READ CAREFULLY

---

__INTRODUCTION__:  Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing").  Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

IMPORANT NOTE:    Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits.  At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends.  (For more information, see Section III (B) (10) and (11) below).  It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan.   If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination.  For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you.  If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period".  The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan.  The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel.  That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan.   If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits.  Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan. As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

**(4) EMPLOYEE LIFE INSURANCE**

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

**(5) DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)**

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

**(6) ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE**

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

**(7) SHORT-TERM (STD) DISABILITY**

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

**(8) LONG-TERM (LTD) DISABILITY**

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

**(9) BUSINESS TRAVEL ACCIDENT INSURANCE**

Coverage ends on Employee's Termination Date.