(10)RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")



Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be discontinued.

If eligible,

- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;

- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage. For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

NOTE: To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

(11)Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify , waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period.

5.0

Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee **must** call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC.

### (12)LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

### (13)DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

### (14)EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated; the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

### (15)VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

### (16)OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife: 1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

### (17)END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately following the Termination Date.

V5.0

(C)   **"Reporting" or "Non-Reporting" Insider Designation, if applicable.** If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D)   **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following:  keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E)   **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan.  Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____   Date:_____

Printed Name:_____

**PLEASE NOTE:** If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.



# NORTEL

**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Chad Soriano |
| Global ID: | 0241742 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 64542.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/11/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care**<br>90/70 PPO, Anthem | EE & Family | $ 186.86 | $4,858.36 | 12,073.62 |
| **Dental/Vision/Hearing Care**<br>PLUS | EE & Family | $ 33.25 | $ 864.50 | $1,821.56 |
| **Short-Term Disability**<br>66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 421.46 |
| **Long-Term Disability**<br>Raise-66 2/3%of Cov.Amt.Shown | | $ 2.73 | $ 70.98 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 222.84 | $5,793.84 | 14,316.64 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance**<br>1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 101.40 |
| **Optional Employee Life Insurance**<br>3x BENE Earnings Non-Smoker | $ 5.55 | $ 144.30 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP**<br>$25,000 | $ 0.52 | $ 13.52 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)**<br>$15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment**<br>5x Benefits Earnings Family | $ 2.98 | $ 77.48 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 9.60 | $ 249.60 | $ 101.40 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

*Exhibit C.9* (handwritten)

**NORTEL NETWORKS**

4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709-3010, USA
Tel 919 992 5000

www.nortelnetworks.com

August 1, 2011   *A* (handwritten)

CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA  92345

*IMMEDIATE RESPONSE REQUESTED*

Dear Mr. Soriano:

*B* (handwritten)

Our records indicate that you will become eligible for Medicare within the next few months. You become eligible for Medicare after receiving Social Security Disability benefits for 24 months. You will soon receive a Medicare enrollment package from the Centers for Medicare and Medicaid Services (CMS). CMS is the federal agency that operates the Medicare program.

*Medicare Primary* (handwritten)

*C* (handwritten)

Your Medicare coverage will become the primary payer for health care services you receive in the future. You will still have coverage under your Nortel Networks group health plan to supplement what Medicare covers.

*D* (handwritten)

To help you understand Medicare and discuss your options, Nortel Networks has arranged for Allsup, a nationwide Medicare and Social Security consulting firm, to assist us through this process. If our records are inaccurate regarding your Medicare eligibility, please let Allsup know the correct information as soon as possible.

If you have other coverage available through your spouse or some other government program that rearranges the usual order of payment, it may be advisable for you to defer enrolling in Part B of the Medicare program at this time. Because each situation is unique, please do not decline Medicare Part B coverage before discussing your options with Allsup to avoid incurring a late enrollment penalty.

*Allsup E* (handwritten)

Please complete the enclosed questionnaire. Allsup will assess your medical coverage and advise you of proper billing instructions when you become entitled to Medicare. Allsup will also notify Nortel Networks' benefit office so that health insurance claims can be correctly coordinated between your group health plan and Medicare.

Please return the questionnaire in the enclosed postage-paid envelope. Thank you for your cooperation. Together, we can assure that you continue to have the most comprehensive health care coverage possible at the most reasonable rates.

If you have questions, please contact Allsup at (800) 883-6650.

Sincerely,

Benefits Department

# NØRTEL

Exhibit C.10.1 to C.10.4

## United States Benefits
## Personalized Enrollment Worksheet

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

Name:
Global ID:
Date of Birth:
Pay Frequency:
Benefits Earnings:
Event:
Prepared On:

Chad Soriano
0241742
06/04/1971
US Bi-weekly
$ 64542.00
Annual Enrollment
11/01/2011

A

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

B

## AFTER-TAX SELECTIONS

**Medical**
(Any negative costs represent Benefit Credit Income to you)

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | $ 25.66 | $ 55.44 | $ 76.17 | $ 114.28 |
| * 90/70 PPO, Anthem | $ 41.88 | $ 93.78 | $ 121.13 | * $ 186.86 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Does your spouse/DP have access to employer-provided medical coverage elsewhere?
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Your Cost Per-Pay-Period: $ _____ (a)

___ yes ___ no

**Dental/Vision/Hearing Care**

Bi-weekly Fee: $ _____ (b)

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | $ 5.43 | $ 10.98 | $ 11.11 | $ 16.69 |
| * Dental/Vision/Hearing, Plus | $ 10.93 | $ 22.01 | $ 22.16 | * $ 33.25 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## Health Care Reimbursement Account

Your Cost Per-Pay-Period: $ _____ (c)

Minimum     Maximum

Plan not available in 2011

## Dependent Care Reimbursement Account

Annual Contribution: _____ (d)

Minimum     Maximum

Plan not available in 2011

Annual Contribution: $ _____ (e)

## Page 1 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.

$ _____ (f)

C . 10.2

Chad Soriano                    0241742
                                              11/01/2011                    Page 2

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.

### Long Term Disability

$ _____ (g)

$ _____ (h)

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

50,000 Core Life Insurance

| | | |
|---|---|---|
| * 1x Benefits Earnings | $ 0.00 | |
| | $ 0.00 | |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

### Optional Employee Life Insurance

| | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | | |
| 2x Benefits Earnings | $ 1.86 | $ 2.04 |
| * 3x Benefits Earnings | $ 3.72 | $ 4.08 |
| 4x Benefits Earnings | * $ 5.55 | $ 6.09 |
| 5x Benefits Earnings | $ 7.41 | $ 8.13 |
| No Optional Coverage | $ 9.24 | $ 10.14 |
| | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ _____ (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| No Coverage | |
| $10,000 | $ 0.00 |
| * $25,000 | $ 0.21 |
| $50,000 | $ 0.52 |
| $75,000 | $ 1.04 |
| $100,000 | $ 1.56 |
| | $ 2.08 |

$ _____ (j)

### Page 2 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.

$ _____ (k)

*C. 10. 5*

Chad Soriano                          0241742

                                      11/01/2011                          Page 3

## AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance - Child(ren)**
Cost shown is the total for all Child(ren).  Age limits may apply.

No Coverage

| | |
|---|---|
| $5,000 Per Child | $  0.00 |
| $10,000 Per Child | $  0.18 |
| $15,000 Per Child | $  0.36 |
| * $15,000 Per Child | $  0.55 |

A

$ _____ (l)

**Accidental Death and Dismemberment**

| | You Only | You & Family |
|---|---|---|
| 1x Benefits Earnings | $  0.33 | $  0.60 |
| 2x Benefits Earnings | $  0.66 | $  1.20 |
| 3x Benefits Earnings | $  0.98 | $  1.79 |
| 4x Benefits Earnings | $  1.31 | $  2.39 |
| * 5x Benefits Earnings | $  1.64 | *  $  2.98 |
| No Optional AD&D Coverage | $  0.00 | $  0.00 |

B

You may only retain or decrease you current coverage level during this enrollment.

$ _____ (m)

## Page 3 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ _____ (n)

## Effect on Your Pay

Enter the total cost per-pay-period of your selections here:

$ _____ (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete your enrollment using the Employee Self Service Enrollment Tool, please print your confirmation statement.

*C I 10 - 9*

Chad Soriano

0241742

11/01/2011

Page 4

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| __Add __Delete __Change | Deanna Soriano | xxx-xx-0231 | Spouse | F | 05-22-1973 |
| __Add __Delete __Change | Matthew Soriano | | Child | M | 02-21-2001 |
| __Add __Delete __Change | Hannah Soriano | | Child | F | 11-13-2002 |
| __Add __Delete __Change | Deanna Soriano | | Child | F | 11-13-2002 |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Chad Soriano
8974 Hickory Ave

Hesperia, CA  92345

C-11.1  Exhibits  C.11.1 to C.11.2

DATE: 1998/07/13

## NORTEL TECHNOLOGY

TRAINING SUMMARY FOR
CHAD SORIANO
DEPT. 1573
HIREDATE: Jan. 04, 1993

| DATE | TIME | STATUS | COURSE NUMBER AND TITLE | # DAYS | LOC |
|------|------|--------|------------------------|--------|-----|
| 18 Jan 1993 | | COMPLETE 0352 | DMS-100 FAMILY BASIC INSTALLATIO | 10.0 | NTLI |
| 07 Oct 1993 | | COMPLETE K101 | THE NT AMBASSADOR:  THE PROFESSI | 2.0 | NTLI |
| 13 Jun 1994 | | COMPLETE 0353 | DMS-100 FAMILY HARDWARE TESTING | 10.0 | NTLI |
| 14 Jul 1994 | | COMPLETE 8526B | XPM-PLUS INSTALLATION TRAINING W | 2.0 | NTLI |
| 07 Oct 1996 | | COMPLETE 4354M | NT ONLY SUPERNODE OPERATIONAL TE | 5.0 | NTLI |
| 11 Aug 1997 | | COMPLETE 0445 | DMS SUPERNODE SYSTEM ADVANCED HA | 10.0 | NTLI |

4375    S/Dms Transport Node 0448-12    TOTAL:    39.0 DAYS

• Transcript of Traing on or before July 1998.

• my First on coming Upon compleation of oriantation
  on Jan 07, 1993
    Not Listed on this transcript

    Certificate of Achievement and
and excellence through continous Improvement

_____                    _____
Employee Approval                  Manager Approval

C.11.2

# Certificate of Achievement

**nt** northern telecom    *and*    **BNR**

*certify that*

## Chad Soriano

*has participated in and has completed*

*through*

## Continuous Improvement

*Instructor*    Robert C. Lee

**January 7, 1993**
*Date*

*Instructor*    /Excellence! Prime Jack E. Jordan

*EXHIBITS* D 1.1 to D.1.3

D.1.1

# ✖ Allsup®



January 25, 2010

CHAD P. SORIANO
8974 HICKORY AVE
HESPERIA CA   92345

Dear Mr. Soriano:

As you know, Allsup is helping you with your Social Security Disability Insurance claim.  Enclosed is a copy of your earnings record and an SSA-795. These earnings were reported to the Social Security Administration (SSA) by your employers and are a very important part of the evaluation process.

Please review the **highlighted** areas carefully. If you disagree with any part of this record, please check your records for the year(s) in question and call our Customer Information Center at (800) 560-1410 immediately. Our experts will help you gather the documentation necessary to correct any discrepancy for resubmission to the SSA.

If you have any questions or concerns, please don't hesitate to call our Customer Information Center at (800) 560-1410. We are eager to help.

Sincerely,

*Bo Sarah M Biermann*

*Rep*

Sarah Biermann
Claimant Representative

SNB/bnk

300 Allsup Place  |  Belleville, IL 62223  |  www.allsup.com                    cernoltr

```
NH NAME       CHAD
INPUT         01/11/10        P SORIANO
RUN DATE      01/11/10   V:03/26/09                    SN:_____      PG 001+
CONTROL       _____                    DO:A87 UNIT:IZY      DERO MOD:03

EVENT
TID           ICERS EARNINGS RECORD
              INFORMATIONAL EARNINGS RECORD ESTIMATE
ALERTS        CAUTION: INFORMATIONAL ONLY
              PRIOR CLAIM DATA DOES NOT EXIST ON DRAMS
              POSSIBLE INCOMPLETES 2004
              NH HAS 16 DIS EX YOC'S FOR NONCOVERED PENSION PIA
              NH HAS 16 YOC'S FOR NONCOVERED PENSION PIA
INFORMTNL     FILING DATE USED BY SYSTEM EQUALS ONSET DATE
              DISABLED NH IS FULLY INSURED RIB
              DISABILITY NON-EXCLUSION FULLY INSURED STATUS MET
              DISABILITY EXCLUSION FULLY INSURED STATUS MET
              DISABILITY NON-EXCLUSION 20/40 INSURED TEST MET
              DERIVED 80% ACE IS 5083.20 EFFECTIVE 08/09 USING H1 METHOD
              WC ACE HIGH-1 YEAR IS 2006
ID INFO       DISABILITY EXCLUSION 20/40 INSURED TEST MET
DATES         REQ NAME:SORIAN    REQ SEX:M    REQ DATE OF BIRTH:06/04/1971
INS STAT      DATE OF ONSET:02/02/2009 ____
              DISABILITY:    EXCL REQ QC:16    EXCL HAS:040
              NON-EXCL REQ QC:16  NON-EXCL HAS:040   DIS DLI:12/13
TOT COV       OTHER:  FIRST INSURED:01/04
              SSA QC
              1937 THRU 1950 QC:  0
              WAGE QC AFTER 1946:  85     WAGE QC AFTER 1950:  85
TOT EARN      SE QC:NONE    AG QC:NONE
              SSA
              TOT AFTER 1936:           857906.47
              TOT AFTER 1950:           857906.47
```

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|-----|-----|----|----|---------|---|-----------|----------|------|-----|----|----|
| 43800 | 460 | 87 | CNNN | 822.02 | U | 1802.52 | | | | | |
| 45000 | 470 | 88 | CCCC | 5385.96 | | 11255.91 | | | | | |
| 48000 | 500 | 89 | CCCC | 7203.20 | | 14480.36 | | | | | |
| 51300 | 520 | 90 | CCCC | 9244.71 | | 17763.81 | | | | | |
| 53400 | 540 | 91 | CCCC | 9481.22 | | 17563.74 | | | | | |
| 55500 | 570 | 92 | CCCC | 9569.50 | | 16858.65 | | | | | |
| 57600 | 590 | 93 | CCCC | 30035.84 | | 52463.14 | | | | | |
| 60600 | 620 | 94 | CCCC | 33498.29 | L | 56981.61 | | | | | |
| 61200 | 630 | 95 | CCCC | 31881.61 | | 52141.56 | | | | | |
| 62700 | 640 | 96 | CCCC | 37362.06 | L | 58255.68 | | | | | |
| 65400 | 670 | 97 | CCCC | 46249.13 | H | 68136.74 | | | | | |
| 68400 | 700 | 98 | CCCC | 50842.80 | H | 71178.98 | | | | | |
| 72600 | 740 | 99 | CCCC | 51878.17 | H | 68794.66 | | | | | |
| 76200 | 780 | 00 | CCCC | 61601.01 | H | 77407.32 | | | | | |
| 80400 | 830 | 01 | CCCC | 57351.66 | H | 70388.40 | | | | | |

```
NH NAME      CHAD                  P SORIANO
INPUT        01/11/10                                      SN:              PG 002
                                              DO:A87 UNIT:IZY      DERO MOD:03
```

COMPUTATIONAL YEARLY EARNINGS

| MAX | AMT | YR | QC | REGULAR | U | NH INDEXED | RAILROAD | RQSM | DMW | SE | AG |
|-----|-----|----|----|---------|---|------------|----------|------|-----|----|----|
| 84900 | 870 | 02 | CCCC | 58944.90 | H | 71625.48 | | | | | |
| 87000 | 890 | 03 | CCCC | 50892.99 | H | 60365.73 | | | | | |
| 87900 | 900 | 04 | CCCC | 21850.50 | | 24766.22 | | | | | |
| 90000 | 920 | 05 | CCCC | 66021.87 | H | 72190.34 | | | | | |
| 94200 | 970 | 06 | CCCC | 76255.65 | H | 79716.27 | | | | | |
| 97500 | 1000 | 07 | CCCC | 69262.91 | H | 69262.91 | | | | | |
| 02000 | 1050 | 08 | CCCC | 72270.47 | H | 72270.47 | | | | | |
| 06800 | 1090 | 09 | NNNN | | | | | | | | |
| | 1120 | 10 | NNNN | | | | | | | | |

```
COMP DATA   DI  - COMP TYPE:NS 78 DIS EX
           EFF DATE:08/09  PIA:$2055.60                    AIME:$5747.00
           EFF DATE:12/09  PIA:$2055.60  PIFC:L  FAM MAX:$3083.40
           START BASE YEAR/START DATE:1951    LAST BASE YEAR/CLOSE DATE:2008
           DIVIDEND: $896574.59    DM:156  DOY:3  YOC:    I/Y:    ELG YR:2009
           TRIAL COMPUTATIONS: NS 78 $2055.60  SP MIN  $304.30
```

EXHIBIT D.2



April 22, 2011

CHAD P. SORIANO
8974 HICKORY AVE
HESPERIA CA  92345

Dear Mr. Soriano:

As a result of your Social Security Disability Insurance (SSDI) award, we need to make you aware of a number of important Social Security and disability related issues:

- You will receive a retroactive lump sum payment of Social Security benefits that will require a tax planning decision from you.
- Your Social Security claim will be reviewed on a given date for continuing eligibility.
- Your Medicare entitlement date will be no later than 8/2011.  In most cases, Medicare entitlement is 24 months after you become entitled to Social Security disability benefits.  You will have to properly coordinate Medicare with any other health insurance you have and decide whether you wish to enroll in Medicare Part B with its monthly premium.
- If your Medicare entitlement date is retroactive and you have incurred medical expenses since that date, a retroactive Medicare claim may help you recoup out of pocket expenses you have paid.
- If you are enrolled in COBRA, you may be eligible for an extension of COBRA until your Medicare entitlement begins. To be considered for an extension, you MUST contact your COBRA provider within 60 days of your Social Security Disability decision.
- If you have out of pocket prescription drug costs, you may be eligible for discount prescription drugs that will cost you less money.
- If you have life insurance with a waiver of premium provision, you may be able to exercise this provision and continue your life insurance premium-free.
- If you are currently receiving or may soon receive worker's compensation benefits, a properly structured settlement of your workers' compensation claim may be to your advantage.
- If you have a 401(k) and/or IRA plan, you may be eligible to make an early withdrawal from either of these plans and avoid the IRS 10% early withdrawal penalty.  However, proper disability financial planning may make this unnecessary.

Please contact our Post Award Services team at 866-324-0785 for more information on any of these issues. Thank you for giving Allsup the opportunity to provide you with the True Help℠ you deserve.

Sincerely,

Jim Allsup
President/CEO of Allsup Inc.

plna2.doc

300 Allsup Place  |  Belleville, IL 62223  |  www.allsup.com



April 22, 2011

CHAD P. SORIANO
8974 HICKORY AVE
HESPERIA CA  92345

Dear Mr. Soriano:

Congratulations on your Social Security Disability Insurance (SSDI) benefit award. We know this means a great deal to you and your family, and we are pleased we could provide True Help℠ to you during the claim process.

If you have not already, you should soon receive the Notice of Award with detailed information about your benefits from the Social Security Administration (SSA). At the same time, or even before you receive the written notice, your SSDI retroactive benefit will be direct deposited into your bank account. Please leave these funds in this account to be used toward overpayment resolution.

Allsup will notify your disability plan administrator that your SSDI claim was awarded and provide details including the amount of your retroactive benefit, your future monthly payments and your Medicare entitlement date.

Although we have already protected benefits on behalf of your child(ren), you will likely be asked to re-file an application for dependent benefits. For your convenience and to speed up the process, we have enclosed the dependent application(s). Please take the application(s) and your child(ren)'s birth certificate(s) to your local SSA office.

Please be sure to read the enclosed letter which outlines important information regarding your benefits and related issues. We know you have a great deal to absorb, so if you have any questions regarding your benefits, please do not hesitate to contact our Social Security experts at (866) 324-0785 Monday through Friday between 8 a.m. and 5 p.m. CT.

Thank you for giving Allsup the opportunity to help you secure the benefits you deserve.

Sincerely,

*Wendy CMaple*

Wendy Maple
Social Security Consultant



D. 4

D
Forced to
Accept
Medicare

June 3, 2011

CHAD SORIANO
8974 HICKORY AVE
HESPERIA CA  92345

Dear Mr. Soriano:

Thank you for providing us information to evaluate you _____. This letter provides the steps you should take regarding your upcoming Medicare entitlement.

A
O
FIRST, when you receive your Medicare enrollment package from Social Security, you should retain the Medicare card. Social Security will automatically enroll you for both Part A, Hospital Insurance Benefits, and Part B, Doctor or Medical Insurance Benefits. **It is imperative that you do not decline Medicare Part B coverage.** Your former employer will no longer be the primary payer of your medical claims. If you have already canceled your Part B coverage, please contact Allsup's Benefits Information Center immediately. Coverage will begin the first day of the month shown on the Medicare card. Social Security will begin to deduct the monthly Part B premium from your disability benefit checks that month.

SECOND, **after your entitlement to Medicare begins,** you should take this letter with you when you visit a doctor or hospital. Tell them that you now have Medicare coverage and your medical claims should be submitted as follows:

B O
**First, to Medicare; and**
**Second, to your health insurance plan.**

FINALLY, after you visit a doctor or hospital, the Medicare claims processor in your area will send you a questionnaire upon receipt of your first Medicare claim. This questionnaire is designed to confirm primary and secondary payer responsibilities for your Medicare record. **If you would like assistance in completing this questionnaire or have any questions, please contact Allsup at (800) 883-6650.**

Allsup Benefits Information Center

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

*Exhibrt E.1.1*

*E.1.1*

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 24, 2011
Claim Number: ████████

*through E.1.9*

IIIIIₗᵢₗ·ₗₗ·IIₗₗIₗₗₗₗₗ·ₗₗₗ·ₗₗₗ·ₗₗₗₗₗₗₗₗ·ₗₗₗₗₗₗIIIIIₗᵢₗ·IIIₗₗᵢₗₗ
001397 MCSM77 N3  2.770
CHAD P SORIANO
8974 HICKORY AVE
HESPERIA, CA 92345-3726

You are entitled to monthly disability benefits beginning August 2009.

## What We Will Pay And When

*A*
- You will receive $31,660.00 around April 30, 2011.

*B wrong offset*
- This is the money you are due for August 2009 through March 2011.

- Your next payment of $1,583.00, which is for April 2011, will be received on or about the second Wednesday of May 2011.

*wrong offset*
- After that you will receive $1,583.00 on or about the second Wednesday of each month.

*C*
- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

## Other Disability Payments Affect Benefits

We have to consider workers' compensation and/or public disability payments when we figure a Social Security benefit.  The following will explain how these payments affect Social Security benefits.  For more information, please read the enclosed pamphlet, "How Workers' Compensation and Other Disability Payments May Affect Your Social Security Benefit."

Enclosure(s):
Pub 05-10018
Pub 05-10153
Pub 05-10058
Return Envelope
Form CMS-2690

*C*

**See Next Page**

The pamphlet explains how we reduce your and your family's Social Security disability checks if the money which you and your family would receive from Social Security and workers' compensation payments adds up to more than 80 percent of your monthly average current earnings. We found that 80 percent of your average current earnings is $5,083.20.

We have to take into account your workers' compensation payment of $3,500.00 when we figure your Social Security benefits. Because you receive this payment, we are reducing the benefits you are due.

We are reducing your monthly Social Security checks beginning August 2009, which is the first month when you were entitled to both Social Security disability benefits and workers' compensation payments.

Your benefit will be $1,583.20 beginning August 2009. *Wrong Award*

If you had any medical, legal, or other related expenses connected with your claim for workers' compensation payments, you should bring us proof that you paid these expenses. We can exclude these expenses, within the limits set by law, when we figure how much to take out of your Social Security benefits.

## Information About Medicare

You are entitled to Medicare hospital and medical insurance beginning August 2011.

We will send you a Medicare card. You should take this card with you when you need medical care. If you need medical care before receiving the card and your coverage has already begun, use this letter as proof that you are covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please visit www.socialsecurity.gov call 1-800-772-1213 (TTY 1-800-325-0778) or visit the nearest Social Security office.

E.I.3



## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $31,660.00 for August 2009 through March 2011. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

E.1.4

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

It is important that you let us know if:

- There is any change in the workers' compensation payment or in any public disability payment you receive, or

- You receive a lump-sum award or any additional payments which supplement your workers' compensation or public disability payments.

**Other Information**

We are sending a copy of this notice to SARAH BIERMANN.

## Do You Disagree With The Decision?

*AllSUP Rep.*

You have already been notified of your appeal rights regarding the decision made by the Administrative Law Judge and what you must do to have that decision reexamined. If you believe that any other determination made by us in carrying out the Administrative Law Judge decision is incorrect, you may also request that part of your case be reexamined.

If you want this reconsideration, you may request it through any Social Security office. If additional evidence is available, you should submit it with your request. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision

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HA

Made on Your Social Security Claim". It contains more information about the appeal.

## Things To Remember For The Future

The doctors and other trained personnel who decided that you are disabled expect your health to improve. Therefore, we will review your case in April 2013. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

Please tell us if there is a change in the mailing address and/or direct deposit information. We need this information to make sure payments are deposited timely and important notices regarding your payments reach you.

Your and your family's disability benefits may continue to be reduced or withheld because of your workers' compensation payments until you reach age 65. However, you may be eligible for retirement benefits as early as age 62. To apply, you should get in touch with us 3 months before you reach age 62.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Michael J. Astrue
Commissioner
of Social Security

E.1.6

## Social Security Administration Disability Insurance

April 28, 2011

To whom it may concern:

I Chad Soriano am writing you to let you know that I do not agree with the terms within the Notice of Award letter, That I received yesterday April 27, 2011.

The $3585.24 a month income is Long term Disability Insurance, not Workers Compensation income.

I respectfully disagree at this time, and would ask if this could be reconsidered for recalculations, do the fact that I am not, have  not, nor intend to receive any Workers Compensation benefits. Thank you in advance for your reconsideration.

Mr. Chad Soriano

_____        April 28, 2011
Chad Soriano                    Date

*E.1.7*

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: July 5, 2011
Claim Number: ████████

053253 1 AT 0.365 0177 LTN T24 PC7 0627
CHAD P SORIANO
8974 HICKORY AVE
HESPERIA CA 92345-3726

You are entitled to Medicare hospital and medical insurance beginning August 2011.

## What We Will Pay And When

*Wrong Award*

- You will receive $1,467.00 for July 2011 around August 10, 2011.
- After that you will receive $1,467.00 on or about the second Wednesday of each month.

## Information About Medicare

The monthly premium for your medical insurance is $115.40 beginning August 2011.

IMPORTANT: A Medicare law requires some higher income persons to pay higher premiums. The law applies to premiums for Medicare Part B (medical insurance) and prescription drug coverage. The law generally affects individuals with incomes higher than $85,000 and couples with incomes higher than $170,000. We will contact the Internal Revenue Service to get information about your income. If we decide that you have to pay higher premiums, we will send a letter explaining our decision. The higher amount will be effective August 2011. For more information, please visit www.socialsecurity.gov on the Internet or call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778).

We deduct Medicare medical insurance (Part B) premiums 1 month in advance.

We will start to take premiums out of your August 10, 2011 check.

## Medicare Prescription Drug Plan Enrollment

Now that you are eligible for Medicare, you can enroll in a Medicare prescription drug plan (Part D).

C

See Next Page

*E.1.8*

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations

To learn more about the Medicare prescription drug plans and when you can enroll, visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227; TTY 1-877-486-2048). Medicare also can tell you about agencies in your area that can help you choose your prescription drug coverage.

If you have limited income and resources, we encourage you to apply for the extra help that is available to assist with Medicare prescription drug costs. The extra help can pay the monthly premiums, annual deductibles and prescription co-payments. To learn more or apply, please visit www.socialsecurity.gov call 1-800-772-1213 (TTY 1-800-325-0778) or visit the nearest Social Security office.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There also are representatives who do not charge unless you win your appeal. Your Social Security office has a list of groups that can help you with your appeal. If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.



*E.2.1.* *Exhibits E.2.1* *M7* *to* *E.2.11*

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Important Information

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 3, 2011
Claim Number: ▓▓▓▓▓▓

000742 CTPMF7 1A  0.610
CHAD P SORIANO
8974 HICKORY AVE
HESPERIA CA  92345-3726

We are writing to give you new information about the disability
benefits which you receive on this Social Security record.

## Your Benefits

The following chart shows your benefit amount(s) before any
deductions or rounding.  The amount you actually receive may
differ from your full benefit amount.  When we figure how much
to pay you, we must deduct certain amounts, such as Medicare
premiums and worker's compensation offset.  We must also round
down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
| --- | --- | --- |
| August 2009 | $ 2,055.00 | Entitlement began |

*corrected offset*

## What We Will Pay

- The next check you receive will be for $10,856.00, which is
the money you are due through June 2011.

- Your next scheduled payment of $1,940.00, which is for
July 2011, will be received on or about the second
Wednesday of August 2011.

- After that, you will receive $1,940.00 on or about the
second Wednesday of each month.

## Do You Think We Are Wrong?

If you disagree with this decision, you have the right to
appeal.  We will review your case and consider any new facts
you have.  A person who did not make the first decision will
decide your case.  We will correct any mistakes.  We will
review those parts of the decision which you believe are wrong
and will look at any new facts you have.  We may also review
those parts which you believe are correct and may make them
unfavorable or less favorable to you.

SEE NEXT PAGE



E.2.2

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

## If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There also are representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE,CA 92392

SEE NEXT PAGE

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Terry Stradtman

Terry Stradtman
Associate Commissioner for
Central Operations

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 6, 2011
Claim Number: ███████████

013406 1 MB 0.390 0041 LTN T24 PC7 0830

CHAD SORIANO FOR
MATTHEW L SORIANO
8974 HICKORY AVE
HESPERIA CA 92345-3726

We changed MATTHEW SORIANO's monthly benefit to $205.50 beginning June 2011 because we have determined that his monthly benefit amount is incorrect.

## What We Will Pay And When

- You will receive $103.00 around September 14, 2011.

- This is the money MATTHEW is due through August 2011.

- You will receive $205.00 for September 2011 around October 12, 2011.

- After that you will receive $205.00 on or about the second Wednesday of each month.

## Overpayment Information

We used $102.00 of MATTHEW SORIANO's benefits to recover some or all of an overpayment on this record.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide MATTHEW SORIANO's case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to him.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C

See Next Page



*E. 2. 5*

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations



# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 6, 2011
Claim Number: ███████████



013408 1 MB 0.390 0041 LTN T24 PC7 0830

CHAD SORIANO FOR
HANNAH M SORIANO
8974 HICKORY AVE
HESPERIA CA 92345-3726

We changed HANNAH SORIANO's monthly benefit to $205.50 beginning June 2011 because we have determined that her monthly benefit amount is incorrect.

## What We Will Pay And When

- You will receive $103.00 around September 14, 2011.

- This is the money HANNAH is due through August 2011.

- You will receive $205.00 for September 2011 around October 12, 2011.

- After that you will receive $205.00 on or about the second Wednesday of each month.

## Overpayment Information

We used $102.00 of HANNAH SORIANO's benefits to recover some or all of an overpayment on this record.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide HANNAH SORIANO's case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to her.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C



*E . C . 7*

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing.  We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration".  Contact one of our offices if you want help.

### If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> 13955 PARK AVE
> VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations



# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 6, 2011
Claim Number: ███████████

013407  1 MB 0.390 0041 LTN T24 PC7 0830

CHAD SORIANO FOR
DEANNA M SORIANO
8974 HICKORY AVE
HESPERIA CA 92345-3726

We changed DEANNA SORIANO's monthly benefit to $205.50 beginning June 2011 because we have determined that her monthly benefit amount is incorrect.

## What We Will Pay And When

- You will receive $103.00 around September 14, 2011.

- This is the money DEANNA is due through August 2011.

- You will receive $205.00 for September 2011 around October 12, 2011.

- After that you will receive $205.00 on or about the second Wednesday of each month.

## Overpayment Information

We used $102.00 of DEANNA SORIANO's benefits to recover some or all of an overpayment on this record.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide DEANNA SORIANO's case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to her.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C                              See Next Page



- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations



# Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  September 6, 2011
Claim Number: ▓▓▓▓▓▓▓

013405  1 MB 0.390 0041 LTN T24 PC7 0830

DEANNA M SORIANO
8974 HICKORY AVENUE
HESPERIA CA 92345-3726

We changed your monthly benefit to $205.50 beginning June 2011 because we have determined that your monthly benefit amount is incorrect.

## What We Will Pay And When

*1- wrong Award*

• You will receive $103.00 around September 14, 2011.

• This is the money you are due through August 2011.

*C Correct Award*

• You will receive $205.00 for September 2011 around October 12, 2011.

• After that you will receive $205.00 on or about the second Wednesday of each month.

## Overpayment Information

We used $102.00 of your benefits to recover some or all of an overpayment on this record.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

• You have 60 days to ask for an appeal.

• The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C

See Next Page



- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Terry Stradtman

Terry Stradtman
Associate Commissioner for
Central Operations

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 3, 2011
Claim Number: ██████████ HB2

000313 CTPMF7 1A  0.440
DEANNA M SORIANO
8974 HICKORY AVENUE
HESPERIA CA  92345-3726

*SPOUSE*

We are writing to give you new information about the wife's
benefits which you receive on this Social Security record.

**What We Will Pay**

You will soon receive a check for $4,766.00 because we withheld
money from your benefits due to your work or earnings.

**Your Benefits**

We will subtract $256.00 from your next check. This is the
amount we paid you before we finished work on your claim.

**Do You Think We Are Wrong?**

If you disagree with this decision, you have the right to
appeal. We will review your case and consider any new facts
you have. A person who did not make the first decision will
decide your case. We will correct any mistakes. We will
review those parts of the decision which you believe are wrong
and will look at any new facts you have. We may also review
those parts which you believe are correct and may make them
unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We
  assume you got this letter 5 days after the date on it
  unless you show us that you did not get it within the 5-day
  period.

- You must have a good reason for waiting more than 60 days
  to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you
  to sign a Form SSA-561-U2, called "Request for
  Reconsideration". Contact one of our offices if you want
  help.

SEE NEXT PAGE



Page 2

E.3.2

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE,CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Terry Stradtman

Terry Stradtman
Associate Commissioner for
Central Operations

M7   *E.3.3*

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Important Information

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 3, 2011
Claim Number: ██████████ HC2

000315 CTPMF7 1A  0.440
CHAD SORIANO FOR *A*
DEANNA M SORIANO       *Daughter*
8974 HICKORY AVE
HESPERIA CA  92345-3726

We are writing to give you new information about the child's
benefits which DEANNA MAKAYLA SORIANO receives on this Social
Security record.

### What We Will Pay

*B*

DEANNA MAKAYLA SORIANO will soon receive a check for $4,766.00
because we withheld money from her benefits due to her work or
earnings.

### Your Benefits

We will subtract $256.00 from your next check.  This is the
amount we paid you before we finished work on your claim.

### Do You Think We Are Wrong?

If you disagree with this decision, you have the right to
appeal.  We will review your case and consider any new facts
you have.  A person who did not make the first decision will
decide DEANNA MAKAYLA SORIANO 's case.  We will correct any
mistakes.  We will review those parts of the decision which you
believe are wrong and will look at any new facts you have.  We
may also review those parts which you believe are correct and
may make them unfavorable or less favorable to her.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter.  We
  assume you got this letter 5 days after the date on it
  unless you show us that you did not get it within the 5-day
  period.

* You must have a good reason for waiting more than 60 days
  to ask for an appeal.

* You have to ask for an appeal in writing.  We will ask you
  to sign a Form SSA-561-U2, called "Request for
  Reconsideration".  Contact one of our offices if you want

SEE NEXT PAGE

 HC2

Page 2

E.3.4

help.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-877-405-1435.  We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.  You can also write or visit any Social
Security office.  The office that serves your area is located
at:

                    SOCIAL SECURITY
                    13955 PARK AVE
                    VICTORVILLE,CA 92392

If you do call or visit an office, please have this letter with
you.  It will help us answer your questions.  Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

*Terry Stradtman*

Terry Stradtman
Associate Commissioner for
Central Operations

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

M7    E3.5

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 3, 2011
Claim Number: ███████████ HC1

000314 CTPMF7 1A  0.440
CHAD SORIANO FOR     A
HANNAH M SORIANO
8974 HICKORY AVE
HESPERIA CA  92345-3726

We are writing to give you new information about the child's
benefits which HANNAH MARIAH SORIANO receives on this Social
Security record.

## What We Will Pay

HANNAH MARIAH SORIANO will soon receive a check for $4,766.00
because we withheld money from her benefits due to her work or
earnings.

## Your Benefits

We will subtract $256.00 from your next check.  This is the
amount we paid you before we finished work on your claim.

## Do You Think We Are Wrong?

If you disagree with this decision, you have the right to
appeal.  We will review your case and consider any new facts
you have.  A person who did not make the first decision will
decide HANNAH MARIAH SORIANO 's case.  We will correct any
mistakes.  We will review those parts of the decision which you
believe are wrong and will look at any new facts you have.  We
may also review those parts which you believe are correct and
may make them unfavorable or less favorable to her.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter.  We
  assume you got this letter 5 days after the date on it
  unless you show us that you did not get it within the 5-day
  period.

* You must have a good reason for waiting more than 60 days
  to ask for an appeal.

* You have to ask for an appeal in writing.  We will ask you
  to sign a Form SSA-561-U2, called "Request for
  Reconsideration".  Contact one of our offices if you want

SEE NEXT PAGE



E.3.6

help.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-877-405-1435.  We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.  You can also write or visit any Social
Security office.  The office that serves your area is located
at:

SOCIAL SECURITY
13955 PARK AVE
VICTORVILLE, CA 92392

If you do call or visit an office, please have this letter with
you.  It will help us answer your questions.  Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

Terry Stradtman

Terry Stradtman
Associate Commissioner for
Central Operations

M7

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 3, 2011
Claim Number: █████████████



000316 CTPMF7 1A   0.440

CHAD SORIANO FOR
MATTHEW L SORIANO
8974 HICKORY AVE
HESPERIA CA  92345-3726

We are writing to give you new information about the child's
benefits which MATTHEW LAWRENCE CHRIST SORIANO receives on this
Social Security record.

## What We Will Pay

MATTHEW LAWRENCE CHRIST SORIANO will soon receive a check for
$4,766.00 because we withheld money from his benefits due to
his work or earnings.

## Your Benefits

We will subtract $256.00 from your next check.  This is the
amount we paid you before we finished work on your claim.

## Do You Think We Are Wrong?

If you disagree with this decision, you have the right to
appeal.  We will review your case and consider any new facts
you have.  A person who did not make the first decision will
decide MATTHEW LAWRENCE CHRIST SORIANO 's case.  We will
correct any mistakes.  We will review those parts of the
decision which you believe are wrong and will look at any new
facts you have.  We may also review those parts which you
believe are correct and may make them unfavorable or less
favorable to him.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter.  We
  assume you got this letter 5 days after the date on it
  unless you show us that you did not get it within the 5-day
  period.

- You must have a good reason for waiting more than 60 days
  to ask for an appeal.

**SEE NEXT PAGE**



- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-877-405-1435. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    13955 PARK AVE
                    VICTORVILLE,CA 92392

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                    Terry Stradtman
                    Terry Stradtman
                    Associate Commissioner for
                    Central Operations

# Social Security Administration *Exhibit E.4.1*

# Potential Private Pension Benefit Information

*E.4.1*                                              *TO E4.2*

CHAD P SORIANO
8974 HICKORY AVE
HESPERIA CA        92345

Social Security Number:

Name:  C. SORIANO

We are writing to tell you that you, or the worker whose Social Security number appears at the top of this form, MAY be entitled to some private pension benefits upon retirement.  Also, your family, or the worker's family, may be entitled to retirement or survivor benefits.

## These Are Not Social Security Benefits

These potential benefits are NOT Social Security benefits and we do not make any decisions about the payment of these benefits.  The following provides some basic information about these private pension benefits.

## Information About Pension Benefits

You have, or the worker has, earned pension rights although no longer employed in a job covered by the pension plan.  These are called "deferred vested benefits." Private pension plan administrators must provide information about such benefits to us through the Internal Revenue Service.  We provide this information about the pension plan when the individual asks for it or when a claim is filed for Social Security benefits.

## If You Want to Apply for These Benefits

If you want to apply for these pension benefits or have any questions, you should contact the pension Plan Administrator shown below.  Include the 9 digit identification number shown below and a copy of this notice when you contact the Plan Administrator.

| Plan Name | Plan Number | |
|---|---|---|
| NORTEL NETWORKS LONG-TERM INVESTMENT PLAN | 04-2486332-003 | |
| | Identification Number | |
| | 04-2486332 | |
| | Year Reported | Estimated Amount |
| | 2003 | |
| Plan Administrator and Address | Type of Annuity | Payment Frequency |
| NORTEL NETWORKS RETIREMENT PLAN COMMITTEE | A | A |
| 220 ATHENS WAY STE 300 | Units or Shares | Value of Account |
| NASHVILLE        TN   37228-1304 | | $9,815 |

**IMPORTANT:** This is all the information we have.  See the other side of this page for an explanation of this information.

For SSA Use Only:  M04-028-17-016                                    2010106

# EXPLANATION OF INFORMATION E. 4, 2

**YEAR REPORTED**

This is the year for which the Plan Administrator reported the pension plan information to the Internal Revenue Service.

**ESTIMATED ACCOUNT**

This was the amount that would be paid under the plan then in effect. The actual amount could differ because of later changes in the plan. If you have already received payments from the plan, the amount shown on this notice should be disregarded.

**TYPE OF ANNUITY**

The code listed identifies the type of annuity to be paid:

**A**  A single payment of a lump sum
**B**  Annuity payable over a fixed number of years
**C**  Life annuity
**D**  Life annuity with period certain
**E**  Cash refund life annuity
**F**  Modified cash refund life annuity
**G**  Joint and last survivor annuity
**M**  Other (Type of annuity not reported)

**PAYMENT FREQUENCY**

The code listed shows how often the estimated payments would be made under the plan:

| | | | |
|---|---|---|---|
| **A** | Lump Sum | **E** | Monthly |
| **B** | Annually | **M** | Other (Payment frequency |
| **C** | Semi-Annually | | not reported) |
| **D** | Quarterly | | |

**UNITS OR SHARES**

If the pension amount is based on units or shares the number of units or shares will be shown. The number of shares will be shown followed by "S."

**VALUE OF ACCOUNT**

If shown, this indicates the value of the account at the time the worker stopped working under the plan.

**WRONG ADDRESS OR COMPLAINTS**

If you cannot locate the Plan Administrator at the address shown on this notice, contact your former employer for the current address. If you cannot locate your former employer, check the reference department of your local library or contact your State's corporation commission. This agency should be in the telephone directory under State government.

If you are still unable to locate your plan administrator, or you have a complaint about the way the private retirement plan has handled your claim, contact the local office of the Department of Labor's Employee Benefits Security Administration at 1 (866)444-EBSA (3272). You can also write to: U.S. Department of Labor, EBSA, DTAI, Suite 400, 200 Constitution Avenue, N.W., Washington, DC, 20210.

**If you have any other questions, call us toll free at 1-800-772-1213.**

Form SSA-L99-C1 (9-08)(Bac