

## Social Security

# A Guide For Representative Payees

www.socialsecurity.gov



Social Security Administration
SSA Publication No. 05-10076
ICN 468025
Unit of Issue - HD [one hundred]
January 2009 (Destroy prior editions)

## What's inside

Introduction . . . . . . . . . . . . . . . . . . . . . . . 4

Helping you manage your
new responsibility . . . . . . . . . . . . . . . . . 5

How you must use monthly benefits . . . . . . 6

How to handle a large payment of
past benefits . . . . . . . . . . . . . . . . . . . . . . 7

Income and Expenses Worksheet . . . . . . . . 10

How funds should be held . . . . . . . . . . . . 13

Changes to report . . . . . . . . . . . . . . . . . 16

E.5.2

continue to receive payments, you may be criminally prosecuted. Criminal penalties can include fines and imprisonment.

If you are a representative payee for a person who gets SSI, you should be aware that savings and other resources are limited to $2,000 ($3,000 for a couple) under the SSI program. Interest earned on savings counts toward that limit. In determining a child's resources, money in the child's dedicated savings account (see page 12) does not count toward the resource limit. For more information, ask for *What You Need To Know When You Get Supplemental Security Income (SSI)* (Publication No. 05-11011).

## Medicare and Medicaid

As a representative payee, you may need to help the beneficiary get medical services or treatment. This assistance is required by law for children receiving SSI. You should keep a record of medical services and medical expenses not covered by Medicare and Medicaid. For information about Medicare coverage, ask for *Medicare* (Publication No. 05-10043).

If the beneficiary has low income and few resources, the state may pay Medicare premiums and some out-of-pocket medical expenses. A person may qualify even if his or her income or resources are too high for SSI. For information, contact the state or local medical assistance (Medicaid) agency, social service office or welfare office.

The beneficiary also may be able to get extra help paying for the annual deductibles, monthly premiums and prescription co-payments related to the Medicare prescription drug program (Part D). The beneficiary may qualify for extra help if he or she has limited income and resources. These income and resource limits change each year. For information about current income

## A special note about beneficiaries receiving SSI

If Medicaid is paying more than half the cost of an SSI beneficiary's care, or private health insurance is paying for the care, the SSI payment is usually limited to $30 per month, plus any additional money paid by the state. This entire payment must be used for the beneficiary's personal needs or saved on his or her behalf if personal needs have been met.

## Changes to report

You need to tell Social Security about any changes that may affect benefit payments. As payee, you are responsible for repaying money you received on behalf of the beneficiary if any of the events listed below occur and you do not report them. For example, tell us if:

- The beneficiary moves;
- The beneficiary starts or stops working, no matter how little the amount of earnings;
- A disabled beneficiary's medical condition improves;
- The beneficiary starts receiving another government benefit or the amount of the benefit changes;
- The beneficiary will be outside the United States for 30 days or more;
- The beneficiary is imprisoned for a crime that carries a sentence of more than one month;
- The beneficiary is committed to an institution by court order for a crime committed because of a mental impairment;
- Custody of a child beneficiary changes or a child is adopted;
- The beneficiary is a stepchild, and the parents divorce;
- The beneficiary gets married;
- The beneficiary no longer needs a payee; or
- The beneficiary dies.

## Helping you manage your new responsibility

As a representative payee, you must know what the beneficiary's needs are so you can decide how benefits can best be used for his or her personal care and well-being. This is especially important if the beneficiary does not live with you.

Each year, Social Security will ask you to complete a form to account for the benefits you have received. Social Security will mail you a form. You can either fill out the form and return it to Social Security or go online at *www.socialsecurity.gov/payee* to file the report. You can use the worksheet in the center of this booklet to keep track of what you spend (see sample form on pages 10-11).

As a representative payee, you also will need to tell Social Security about changes that may affect the beneficiary's eligibility. The changes are listed on pages 16-17.

Remember, the law requires representative payees to use the benefits properly. If a payee misuses benefits, he or she must repay the misused funds. A payee who is convicted of misusing funds may be fined and imprisoned.

*NOTE: A payee is appointed to manage Social Security funds only. A payee has no legal authority to manage non-Social Security income or medical matters.*

Family members often use a "power of attorney" as another way to handle a family member's finances. For Social Security purposes, a "power of attorney" is not an acceptable way to manage a person's monthly benefits. Social Security recognizes only a representative payee for handling the beneficiary's funds.

## An exception for parents who are representative payees

A common checking account for all family members living in the same household who receive benefits may show a parent as the owner of the account. Children's savings, however, must be held in a separate savings account for each child, with the child's name shown as the owner of the account.

## Keeping records

As a representative payee, you are responsible for keeping records and reporting on how you spend the benefits by completing a *Representative Payee Report* [Form SSA-623, SSA-6230 or SSA-6233]. The appropriate form will be mailed to you about once a year. You also can file the report online at *www.socialsecurity.gov/payee*.

You must complete the report even if you are the beneficiary's legal guardian.

You may choose to use the worksheet in the center of this booklet to help you keep track of the money you spend. When you need to fill out the *Representative Payee Report*, you can add the amounts in each column of your worksheet and put the totals on the accounting form. If you need additional worksheets, call **1-800-772-1213** [TTY **1-800-325-0778**].

## Paying income tax

Some people who get Social Security will have to pay federal income tax on their benefits. At the beginning of each year, Social Security will mail you a *Social Security Benefit Statement* [Form SSA-1099] that shows the amount of benefits paid during the previous year. Give this statement to the person who prepares the beneficiary's tax returns to use in figuring out if any tax must be paid on the beneficiary's Social Security benefits.

## How to handle a large payment of past benefits

Sometimes benefits take a while to be approved. When this happens, back benefits may be paid all at once, in a large payment. First, you must spend the money on the beneficiary's current needs such as rent and a security deposit, food or furnishings. After these expenses are paid, you may spend the money to improve the beneficiary's daily living conditions or for better medical care. It is important that you spend the money wisely. You should keep in mind that the money must be used in the beneficiary's best interests. If there is money still left over, it must be saved, preferably in U.S. Savings Bonds or an interest-paying bank account, insured under either federal or state law.

## Improve daily living conditions

After you have provided for the beneficiary's basic needs, you may spend the money to improve the beneficiary's daily living conditions or for better medical care. You may decide to use the beneficiary's funds for major health-related expenses, if they are not covered by the beneficiary's health insurance. Examples of these expenses are reconstructive dental care, a motorized wheelchair, rehabilitation expenses or insurance premiums.

You could use the money to arrange for the beneficiary to go to school or get special training.

You also could spend some of the money on the beneficiary's recreational activities, such as movies, concerts or magazine subscriptions.

E.S. 5

## A special note about blind or disabled children receiving SSI

Sometimes, blind or disabled children will receive large, past-due SSI payments covering more than six months of benefits. Usually, these payments must go directly into a separate banking account. We call this a "dedicated account" because funds in this account may be used only for certain expenses, primarily those related to the child's disability. The dedicated account must be kept separate from any other savings or checking account set up for the beneficiary. Except for certain subsequent past-due payments, no other funds may be commingled into the account, and money in the dedicated account is not countable as a resource. Interest earned on the money also is not counted as income or as a resource. Money in a dedicated account must be used only for the following expenses:

- Medical treatment and education or job skills training;

- Personal needs assistance related to the child's disability—special equipment, housing modification and therapy or rehabilitation; or

- Any other item or service related to the child's disability that we determine to be appropriate, such as legal fees incurred in establishing the child's claim for benefits.

You should first get approval from us for these kind of expenses.

You must keep a record of all money taken from this account and receipts for all items or services bought, because we will review these records at least once a year. If you knowingly use money from the dedicated account for anything other than the expenses shown above, you must repay us from your own funds. If you have questions about dedicated accounts, contact us.

## A special note about SSI beneficiaries

To continue receiving SSI, a beneficiary must not have resources worth more than $2,000 ($3,000 for couples). Although not all resources are counted, some of the items you may buy with the money could be worth so much that the beneficiary would be ineligible for SSI benefits. Any money you do not spend could also count as a resource. You should check with your local Social Security office before making a major purchase for an SSI beneficiary.







## Income and Expenses Worksheet

| Months in report period | Amount of Social Security benefits received | Expenses for food and housing | Expenses for clothing, medical/dental, personal items, recreation, miscellaneous |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Totals for report period | $_____ | $_____ <br><br> Put this figure on line 3B of the Form SSA-623 | $_____ <br><br> Put this figure on line 3C of the Form SSA-623 |
| Show the amount of any benefits you saved for the beneficiary, including any interest earned | | | $_____ <br><br> Put this figure on line 3D of the Form SSA-623 |

**For additional worksheets, please copy this page before you use it or contact your local Social Security office to obtain copies.**

## Special purchases

You may want to make some of the following special purchases for the beneficiary.

- A home—You can use funds as a down payment, and you can use some of the money to make payments on a house owned by the beneficiary.

- Home improvements—You can pay for renovations that make the beneficiary's home safer and more accessible, for example, installing a wheelchair ramp or widening doorways to accommodate a wheelchair.

- Furniture—You can buy furniture for the beneficiary's personal use, as well as items that may be shared with other members of the household, such as a television.

- A car—You can use funds as a down payment, and you can use some of the money to make monthly car payments as long as the car is used for and owned by the beneficiary.

If you are not sure whether it is okay to use the money for a specific item, (for example, paying a bill the beneficiary owed before you became payee), contact your local Social Security office before you spend the money.



## How funds should be held

It is a good idea to ask us to directly deposit monthly benefits into a bank account. We recommend that you hold benefits in a checking or savings account to protect against loss or theft. Also, do not mix the beneficiary's funds with your own or other funds.

If any money is left after meeting the beneficiary's day-to-day and personal needs, it must be saved. The preferred ways of saving is U.S. Savings Bonds or an interest-paying bank account that is insured under either federal or state law. Interest earned belongs to the beneficiary.

To protect the beneficiary's funds, the checking or savings accounts title must reflect the beneficiary's ownership of the funds and your relationship as a fiduciary (financial agent). Neither the representative payee nor any other third party can have ownership interest in the account. The beneficiary must never have direct access to the account. Any account title (under state law) that shows beneficiary ownership of the account with you as fiduciary is acceptable. Do not use joint accounts. Here are two ways we recommend to title the accounts:

- "(Beneficiary's name) by (your name), representative payee."

- "(Your name), representative payee for (beneficiary's name)."

Your bank will provide help if you have additional questions.

## A special note about children who get Supplemental Security Income (SSI) payments

If you are a payee for a child receiving SSI payments, you will be required to obtain treatment for the child's medical condition when treatment is determined to be medically necessary. If you do not obtain medical treatment for the child, Social Security may appoint a new representative payee.

## How you must use monthly benefits

First, you must make sure the beneficiary's day-to-day needs for food and shelter are met. Then, the money can be used for any of the beneficiary's medical and dental care that is not covered by health insurance, and for personal needs, such as clothing and recreation. If there is money left after you pay for the beneficiary's needs, it must be saved, preferably in an interest-bearing account or U.S. Savings Bonds.

If the beneficiary is in a nursing home or other institution, you should use the benefits to pay the usual charges for care. In this case, you should set aside a minimum of $30 each month to be used for the beneficiary's personal needs.

Also, if the beneficiary lives in an institution and is eligible for Medicaid or is a member of a family that receives payments from the Temporary Assistance for Needy Families program, you should contact your local Social Security office about using the beneficiary's Social Security benefits to support the family.

As a general rule, you may not take a fee from the beneficiary's funds for your services as a representative payee. If you have questions about this, contact your local Social Security office.

## Organizations that serve as payees

Sometimes nursing homes or other organizations place funds for several beneficiaries in a single check-ing or savings account. This is called a "collective account." This is usually acceptable, but special rules apply to these accounts:

- The account title must show that the funds belong to the beneficiary and not the representative payee;
- The account must be separate from the organization's operating account;
- Any interest earned belongs to the beneficiaries;
- There must be clear and current records showing the amount of each beneficiary's share and proper procedures for documenting credits and debits; and
- The account and supporting records must be made available to us when we ask for them.

Some examples of collective account titles are: "Sunnydale Nursing Home, representative payee for Social Security beneficiaries." "Sunnydale patients' fund for Social Security beneficiaries."

If you have any questions about collective accounts, contact us.

If your organization is serving as a representative payee and you are considering charging the beneficiary for past care and maintenance costs, you will need to get approval from us first. We also need to approve any decision to "pool" the personal funds of several beneficiaries for an item such as a television that will benefit the group.

More information about being a payee is available in the *Guide For Organizational Representative Payees* (Publication No. 17-013) that is available at *www.socialsecurity.gov/payee* or from any local Social Security office. You also can order a copy by calling **1-800-772-1213 [TTY 1-800-325-0778]**.

## Introduction

More than seven million people who get monthly Social Security or Supplemental Security Income (SSI) benefits need help managing their money.

After a careful investigation, we appoint a relative, friend or other interested party to serve as the "representative payee." This means that, if you agree to be a representative payee, we pay you the person's benefits to use on his or her behalf.

In agreeing to serve as a representative payee, you have taken on an important responsibility (one that can make a positive difference in both the beneficiary's life and your life).

With certain exceptions, a payee may not collect a fee for services provided to the beneficiary. Unless Social Security authorizes you to collect a fee for providing services, or you are the legal guardian who has been authorized by a court to charge a guardian fee, you may not collect a fee from the beneficiary.

This booklet provides basic information on how to be a representative payee and is not intended to answer all questions. For specific information about your situation, you should talk with a Social Security representative at your local Social Security office.

You also must tell us if:

- You are no longer responsible for the beneficiary;
- You move;
- You no longer wish to be payee;
- You are convicted of a felony; or
- You are violating a condition of your probation or parole imposed under federal or state law.

In addition, you must tell us if you or the beneficiary have an outstanding arrest warrant for a crime that is a felony under the laws of the state in which you or the beneficiary live, or a crime punishable by death or imprisonment for more than one year in states that do not classify crimes as felonies.

## A special note about SSI benefits

In addition to the events listed above, the following changes must be reported if the beneficiary is getting SSI benefits:

- The beneficiary moves to or from a hospital, nursing home, correctional facility or other institution;
- A married beneficiary separates from his or her spouse, or they begin living together again after a separation;
- Someone moves into or out of the beneficiary's household; or
- The beneficiary or the spouse has a change in income or resources.

A child's SSI benefit amount may change if there are any changes in the family's income or resources.

As a payee, if you fail to report any of the actions to Social Security, the beneficiary may be paid too much money. In that case, you may have to return the money the beneficiary was not due and the payments may stop. If Social Security determines you intentionally withheld information in order to

## Contact Social Security

**Visit our website**

Our website, **www.socialsecurity.gov**, is a valuable resource for information about all of Social Security's programs. At our website you also can:

- Apply for certain kinds of benefits;
- Get the address of your local Social Security office;
- Request a *Social Security Statement* or a replacement Medicare card; and
- Find copies of our publications.

**Call our toll-free number**

In addition to using our website, you also can call us toll-free at **1-800-772-1213**. We treat all calls confidentially. We can answer specific questions from 7 a.m. to 7 p.m., Monday through Friday. We can provide information by automated phone service 24 hours a day. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**.

We also want to make sure you receive accurate and courteous service. That is why we have a second Social Security representative monitor some telephone calls.

and resources limits, ask for *Getting Help With Medicare Prescription Drug Plan Costs* (Publication No. 05-10115).

If the beneficiary has both Medicaid with prescription drug coverage and Medicare, Medicare and Supplemental Security Income, or if the state pays for his or her Medicare premiums, they automatically will get this extra help and don't have to apply.

For more information about getting extra help with Medicare prescription drug plan costs, call Social Security's toll-free number or visit our website. You also can help the beneficiary apply for extra help online at Social Security's website.

**If you stop being a payee**

If you will no longer be the payee, you must notify Social Security immediately. This is important because a new payee will have to be selected as soon as possible. When you are no longer responsible for the beneficiary, you must return any benefits, including interest and cash on hand, to Social Security. The funds will then be reissued to the beneficiary or to a new payee.

**If the beneficiary dies**

If the beneficiary dies, any saved benefits belong to his or her estate. They must be given to the legal representative of the estate or otherwise handled according to state law. If you need information about state law, contact the probate court or an attorney.

When a person who receives Social Security benefits dies, no check is payable for the month of death, even if he or she dies on the last day of the month. Any check received for the month of death or later must be returned. An SSI check, however, is payable for the month of death. But you must return any SSI checks that come after the month of death.

# Social Security Administration
# Representative Payee Report

*E. 5 A . 1* (handwritten)

| | |
|---|---|
| **Why You Received This Form** | We must regularly review how representative payees, including parents, stepparents, and grandparents with custody of minor children, used the benefits they received on behalf of the Social Security and/or Supplemental Security Income (SSI) beneficiaries. We do this to ensure the benefits are used properly. When you were appointed representative payee, you were informed of the duties and responsibilities of a representative payee, including keeping records and reporting on the use of benefits. |

*Exhibits E5A. 1 to 4* (handwritten)

| | |
|---|---|
| **What You Need To Do** | You must report to SSA on your use of benefits if you received any Social Security and/or SSI payments during the 12 month period shown on the enclosed form. You must do this if you wish to continue receiving benefits on behalf of another person. You should use the records you have saved to answer the questions on the enclosed form. |

The name(s) of the child(ren) we are asking about are shown in item 3 on the form. If you receive benefits for children not named in item 3, we will send you another form. **Use this form only for the child(ren) named in item 3.**

**You may submit this form online via www.socialsecurity.gov/payee. Please follow the instructions for Internet Payee Accounting Report. If you complete the form online, you will be able to print a receipt and a copy of your report. If you report online, you should have all your records and the enclosed form handy to help you answer the questions. You should not send in a paper form if you complete the online version.**

Any records you have saved such as bank statements, cancelled checks, receipts for rent, etc., should be kept for two years from the time you file your report with SSA. You should not send in any of these records with your report form. If we have any questions or require proof, we will contact you.

| | |
|---|---|
| **General Instructions If You Complete and Return The Enclosed Form** | Please read these instructions before you complete the enclosed report form or submit your report online. You should either complete and return the report form, or submit the online report, within 30 days. |

To help us process your report, please follow these instructions:

1. Use black ink.
2. Keep your numbers and "X's" inside the boxes.
3. Do not use dollar signs.
4. Show money amounts in dollars only. Do not show cents.
   For example, show $1,540.70 like this:

   **DOLLAR AMOUNT**

   | | | 1 | , | 5 | 4 | 0 |
   |---|---|---|---|---|---|---|

5. Use the REMARKS section on the back of the form to provide additional information as requested.
6. Review the payee mailing address and correct if necessary. If you change the payee mailing address to a P.O. Box, show the payee's actual physical address in REMARKS.
7. **Be sure you, the representative payee, sign the form.**



**Some Definitions To Help You**

**Benefits** – The Social Security and/or SSI money that you receive.

**Payee** – You. The person who receives Social Security and/or SSI benefits for someone else.

**Beneficiary** – The person for whom you receive Social Security and/or SSI benefits.

**Report Period** – The 12-month period shown on the report for which you must account for the benefits you received.

**Total Accountable Amount** – The amount of benefits paid to you during the report period **plus** any amount you reported as saved on last year's report.

## HOW TO FILL OUT THE FORM

**QUESTION 1 – Payee Felony Convictions**

Place an "X" in the "YES" box if during the report period, you (the payee) were convicted of a crime considered to be a felony and explain the type of crime under REMARKS. Otherwise, place an "X" in the "NO" box.

**QUESTION 2 – Does The Child(ren) Live With You?**

Place an "X" in the "NO" box if **any** of the children named in item 3 did not live with you in **all** of the months in the report period **or any** of the children are not living with you now. Explain the change and provide the child(ren)'s current address under REMARKS. **Note: Do not consider vacations, weekend or other short visits when you answer this question.**

**QUESTION 3 – Accounting For Benefits**

The total accountable amount includes the benefits you received during the report period **plus** any benefits you reported as saved on last year's report.

**A. Who Decided How Benefits Were Used?**

Place an "X" in the "YES" box if **you** (the payee) decided how to use the money. Place an "X" in the "NO" box if you turned over the full amount of benefits for any of the children to **another person** who decided how to use the money. Explain under REMARKS to whom the money was given and why.

**B. Amount Spent**

Show the total amount of benefits spent to care for all the children named in item 3. This amount includes food, housing, clothing, medical and dental expenses, recreation and education.

**C. Unused Benefits**

Show the amount of benefits you **saved** for the child(ren) at the end of the report period, including any interest earned. Show zeroes if you did not save any of the benefits.

## QUESTION 4 – Savings Information

Answer this question if you showed an amount in 3.C.

### A. Type Of Account

Place an "X" in the box which shows how you are saving the benefits. Place an "X" in the "Other" box if your method of saving the benefits is not listed.

### B. Account Title

Place an "X" in the box which most accurately describes the account title you have on the child(ren)'s savings. Place an "X" in the "Other" box if the account title is different **or** if you have not placed the savings in any type of account. **Note: A savings or checking account title should always show that the money belongs to the child(ren), but the child(ren) should not have direct access to the funds.**

## QUESTION 5 – Other Savings/ Account Titles

Answer this question only if you checked "OTHER" in 4.A. or 4.B.

### Type Of Account

Indicate whether the saved benefits are in cash, Treasury Bills, or some other investment such as mutual funds. For mutual funds, be sure to show the name of the fund in your response (e.g., "XYZ Growth" mutual fund).

### Title Of Account

Show the title of the account if the savings are in an account or other investment. Show "none" if the savings are not in an account or investment.

## 6. Payee's Signature

**Sign your name in this block.** If you sign by mark ("X"), please have two witnesses sign their names and show the date.

## Your Responsibilities As Representative Payee

As payee, you must use the Social Security and SSI benefits you receive for the care and well being of the child(ren).

In addition to reporting on the use of benefits, you must report any changes which may affect the child's eligibility for benefits, or the payment amount.

You should report the changes as soon as possible by calling SSA at 1-800-772-1213, or by calling or writing your local SSA office.

**Continued on the Next Page**

| **Your Responsibilities As Representative Payee (continued)** | For example, you must tell us if the child: |
|---|---|

- moves,
- marries,
- goes to work,
- is adopted,
- is imprisoned, or
- you are no longer responsible for the child.

If you are payee for a child receiving SSI benefits, we may ask you for proof that the child is receiving medical treatment for his/her disabling condition. We may ask for this information at the time we review the child's case. If we do ask for this information, you must give it to us.

If you are no longer payee for the beneficiary, you must return any funds you have saved to SSA.

| **The Privacy Act And Paperwork Reduction Act Statements** | We are required by sections 205(j) and 1631(a) of the Social Security Act to ask you to complete this report. The information you provide enables SSA to account for the child(ren)'s payments, and ensures that his/her needs are being met. If you do not complete and return this report, we may not be able to continue sending the child(ren)'s payments to you. |
|---|---|

The law sometimes requires us to give out the facts on this form without your consent. The information must be released to another person or government agency if Federal law requires the information for research and audits in order to administer or improve our representative payee program.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it. Explanation about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

This information collection meets the requirements of 44 U.S.C. §3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the necessary facts, and answer the questions. *You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235. Send only comments relating to our time estimate to this address, not the completed form.*

| **If You Have Any Questions** | If you have any questions, please call us at 1-800-772-1213. We can answer most questions over the phone. If you prefer to visit one of our offices, please use the 800 number and we will give you the address and telephone number of the office nearest you. Please take this report with you if you visit an office. You may also visit our website at www.socialsecurity.gov. |
|---|---|

F. 1. 1
EXhibit F. 1. 1 to F. 1. 10

YOUR TERM LIFE INSURANCE PREMIUM QUOTE

# TrueTerm<sup>SM</sup>

## Issued by Lincoln Benefit Life Company, An Allstate Company



## Life Insurance that Fits Your Needs

With more than 50 years of experience, the Allstate family of companies has a strong tradition of being there when people need us. Today we offer innovative solutions and professional assistance to help you protect your family and achieve your lifelong dreams.

**To learn more, call or visit your Allstate Agency today.**

### Prepared for:

CHAD SORIANO

### Prepared by:

Elizabeth C Gonzalez
Elizabeth Cardenas-Gonzalez Allstate Age
15923 Bear Valley Rd Ste A230
Hesperia, CA  92345
(760) 948-1746

### Prepared on:

October 4, 2012

To be presented in the state of California

### What's Inside:

Renting vs. Buying...........................................1
Policy Overview............................................. 2
Policy Variations.......................................... 6
Disclosures................................................ 7

Administrative Office: 2940 South 84th Street, Lincoln, NE 68506

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012



Auto
Home
Life
Retirement

*F. 1.2*

# TrueTerm℠ | Renting vs. Buying

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

### Term Life Insurance is Like Renting



The policy you've chosen is term life insurance. A term life policy is a great choice because you want quality protection at a set price for a set amount of time.

Think of it like renting a home or leasing a car. You choose the length of time and amount of coverage, and your payments stay the same until the end of your term. When the term ends, you have the option to renew the policy, but your premiums will be significantly higher.

**The Benefits of TrueTerm Life Insurance:**

- Your premium is guaranteed to stay the same for a set period of time.

- You can purchase the same death benefit at a price that is generally lower than permanent life insurance.

- You may continue your term coverage at the end of the initial level term period, but premiums will be significantly higher.

### Permanent Life Insurance is Like Buying



A second type of life insurance is permanent insurance. Like owning a home, permanent insurance builds cash value that you can borrow or withdraw.

**The Benefits of Permanent Life Insurance:**

- When you make required payments, a permanent policy can last your lifetime.

- Your policy can build cash value that may be used to take a loan, make a withdrawal, or even skip a payment. Keep in mind that taking a loan or withdrawal can impact the death benefit.

### Renting Your Life Insurance with the Option to Buy

Another option is to purchase term life insurance now and if you decide you want lifetime coverage, you can convert your term life insurance into a permanent policy without a medical exam at any time before the conversion deadline.

Making the decision to convert may save you money versus purchasing a new life insurance policy at the end of the term.

### Maintaining Your Life Insurance

Life insurance is a cornerstone of any family's financial security. As your situation changes, your coverage may need to be updated. It's good idea to review your life insurance and financial needs with your financial representative each year.

*See the Disclosures page for further information.*

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012



Allstate.
You're in good hands.

Auto
Home
Life
Retirement

# TrueTerm℠ | Policy Overview

*F, l, 3*

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

**Your Coverage**
**$250,000 for 25 years**

Your $250,000 death benefit will be guaranteed for 25 years as long as you continue to pay the required $134.97 monthly automatic premium. After the initial 25 years, you can:

- Apply for a new term life insurance policy with a new level premium period, subject to age restrictions and providing evidence of insurability.
- Continue your current policy and your premium will increase annually through age 95.

You also have the option to convert your policy to a permanent life insurance policy sold by Lincoln Benefit Life, an Allstate company through age 51 without going through additional underwriting. You will have a $1,265.00 conversion allowance if you convert within 10 years of the issue date. (Not available for conversions made within the first year.)

**First-Year Premium Summary**

For the first year, the cumulative premium paid is $1,619.64, consisting of:

- Base Coverage: $1,190.00
- Additional Insured Rider (AIR): $157.50
- Children's Level Term Rider: $120.00
- Policy Fee: $75.00
- Monthly Automatic Payment Expense Charge: $77.14

**Underwriting Class**
**Standard No-Tobacco**
**Table 2**

Your underwriting class is based on factors such as overall health history, driving record, occupation and activities that involve risk. This policy assumes you are classified as Standard No-Tobacco. Your actual payments will depend on the outcome of an underwriting process.

**Additional Insured Rider**

This policy includes $50,000 of additional 25-year term insurance on DIANA SORIANO, female, age 39. It assumes she is classified as Preferred. Coverage under this rider will last for 54 years. After the initial 25-year term, the cost for this rider will increase annually.

**Child Term Rider**
**$20,000 for 24 years**

A Child Term Rider is an affordable way to purchase life insurance for your children ages 0 to 17. Assuming your policy is still in force, each child has $20,000 of coverage until they turn age 25 or policy year 24, whichever comes first.

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012

**Allstate**
You're in good hands.

Auto
Home
Life
Retirement

F. 1. 4

# TrueTerm℠ | Policy Overview

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

**Accelerated Death Benefits**

This rider, available at no addtional charge, allows you to withdraw up to 80% of the death benefit (not to exceed $250,000) if you are terminally ill, as defined in the rider. Although there is no additional cost to have this rider added to your policy, should you need to use it, an interest discount and an administrative fee will apply.

The maximums include all other accelerated death benefits paid under policies issued by us on your life.

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012

**Allstate**
You're in good hands.

Auto
Home
Life
Retirement

F. 165

# TrueTerm℠ | Policy Overview

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial  Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

## Premium Schedule

**Conversion Period**

You may choose to convert to a permanent life insurance policy through year 10 without additional underwriting.

**Base Policy Level Term Expires**

After the 25 year term, your rates will increase to Annual Renewable Term (ART) rates.

This is a good time to contact your financial representative to discuss your life insurance needs.

| YEAR | AGE | GUARANTEED MONTHLY AUTOMATIC PREMIUM | GUARANTEED CUMULATIVE PREMIUM |
|---|---|---|---|
| 1 | 41 | $134.97 | $1,619.64 |
| 2 | 42 | $134.97 | $3,239.28 |
| 3 | 43 | $134.97 | $4,858.92 |
| 4 | 44 | $134.97 | $6,478.56 |
| 5 | 45 | $134.97 | $8,098.20 |
| 6 | 46 | $134.97 | $9,717.84 |
| 7 | 47 | $134.97 | $11,337.48 |
| 8 | 48 | $134.97 | $12,957.12 |
| 9 | 49 | $134.97 | $14,576.76 |
| 10 | 50 | $134.97 | $16,196.40 |
| 11 | 51 | $134.97 | $17,816.04 |
| 12 | 52 | $134.97 | $19,435.68 |
| 13 | 53 | $134.97 | $21,055.32 |
| 14 | 54 | $134.97 | $22,674.96 |
| 15 | 55 | $134.97 | $24,294.60 |
| 16 | 56 | $134.97 | $25,914.24 |
| 17 | 57 | $134.97 | $27,533.88 |
| 18 | 58 | $134.97 | $29,153.52 |
| 19 | 59 | $134.97 | $30,773.16 |
| 20 | 60 | $134.97 | $32,392.80 |
| 21 | 61 | $134.97 | $34,012.44 |
| 22 | 62 | $134.97 | $35,632.08 |
| 23 | 63 | $134.97 | $37,251.72 |
| 24 | 64 | $134.97 | $38,871.36 |
| 25 | 65 | $124.47 | $40,365.00 |
| 26 | 66 | $1,896.17 | $63,119.04 |
| 27 | 67 | $2,067.45 | $87,928.44 |
| 28 | 68 | $2,248.75 | $114,913.44 |
| 29 | 69 | $2,452.06 | $144,338.16 |
| 30 | 70 | $2,688.44 | $176,599.44 |

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012



Allstate
You're in good hands.

Auto
Home
Life
Retirement

F. l . 6

# TrueTerm℠ | Policy Overview

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

**Extended Premium Schedule**

| YEAR | AGE | GUARANTEED MONTHLY AUTOMATIC PREMIUM | GUARANTEED CUMULATIVE PREMIUM |
|------|-----|--------------------------------------|-------------------------------|
| 31 | 71 | $2,973.51 | $212,281.56 |
| 32 | 72 | $3,306.10 | $251,954.76 |
| 33 | 73 | $3,658.07 | $295,851.60 |
| 34 | 74 | $4,036.86 | $344,293.92 |
| 35 | 75 | $4,449.38 | $397,686.48 |
| 36 | 76 | $4,914.00 | $456,654.48 |
| 37 | 77 | $5,452.39 | $522,083.16 |
| 38 | 78 | $6,075.74 | $594,992.04 |
| 39 | 79 | $6,773.55 | $676,274.64 |
| 40 | 80 | $7,550.81 | $766,884.36 |
| 41 | 81 | $8,396.37 | $867,640.80 |
| 42 | 82 | $9,300.38 | $979,245.36 |
| 43 | 83 | $10,295.64 | $1,102,793.04 |
| 44 | 84 | $11,398.58 | $1,239,576.00 |
| 45 | 85 | $12,620.39 | $1,391,020.68 |
| 46 | 86 | $13,965.57 | $1,558,607.52 |
| 47 | 87 | $15,413.21 | $1,743,566.04 |
| 48 | 88 | $16,963.01 | $1,947,122.16 |
| 49 | 89 | $18,608.76 | $2,170,427.28 |
| 50 | 90 | $20,255.81 | $2,413,497.00 |
| 51 | 91 | $21,878.59 | $2,676,040.08 |
| 52 | 92 | $23,496.59 | $2,957,999.16 |
| 53 | 93 | $23,593.98 | $3,241,126.92 |
| 54 | 94 | $23,755.42 | $3,526,191.96 |

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012

**Allstate**
You're in good hands.

Auto
Home
Life
Retirement

# TrueTerm℠ | Policy Variations

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

## Other Payment Schedules

Your base premium quote was for a monthly automatic payment. This section shows other payment schedules that are available.



| FREQUENCY | PREMIUM |
|---|---|
| Annual | $1,542.50 |
| Semi-Annual | $802.10 |
| Semi-Annual Automatic | $786.68 |
| Quarterly | $416.48 |
| Quarterly Automatic | $401.05 |
| Monthly Automatic | $134.97 |

## Other Underwriting Classes

Your base premium quote assumes a Standard No-Tobacco rate class. This section shows the premiums if your policy is approved using a different rate class.



| RATE CLASS | MONTHLY AUTOMATIC PREMIUM |
|---|---|
| Standard No-Tobacco | $134.97 |
| Standard Smoker | $300.56 |

Page 6 of 7



TrueTerm℠ | Disclosures

F.1.8

CHAD SORIANO, Age 41
Male, Standard No-Tobacco Rated
$250,000 Initial  Death Benefit, 25-Year Term
$134.97 Initial Monthly Automatic Payment

All guarantees are based on the claims-paying ability of Lincoln Benefit Life Company.

This premium quote is based on our understanding of the current income tax laws. We make no guarantees regarding the tax treatment of your policy or transactions involving your policy. We recommend that you consult with your tax advisor on all tax related matters.

TrueTerm℠ is a term life insurance policy issued by Lincoln Benefit Life Company, Lincoln, NE, a wholly owned subsidiary of Allstate Life Insurance Company, Northbrook, IL. TrueTerm℠ is available in most states with contract series LP0600-1 and rider series LR0601, LR0603, LR0806, LR0604 LR1201, and LR0605.

This quote is not valid without all pages.
Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012

Allstate
You're in good hands.

Auto
Home
Life
Retirement

# INPUT SUMMARY - TRUETERM

*F.1.9*

## INSURED TAB

| | | | |
|---|---|---|---|
| Name | CHAD SORIANO | Class | Standard No-Tobacco |
| Date of Birth | 06/1971 | | 2 |
| | | Flat Extra | $0.00 |
| Owner Same as Insured | Yes | | All |

## PLAN INFO TAB

| | | | |
|---|---|---|---|
| Concept | Base Illustration Only | Planned Premium | $134.97 |
| | | | Monthly Automatic |
| Base Coverage: | | | |
| Description | | | $250,000 |

## RIDERS TAB

| | | | |
|---|---|---|---|
| Accidental Death Benefit | No | Waiver of Premium | No |
| Accidental Death Benefit Rating | 0 | | Max |
| Child Term Rider Years | Max | | |

## ADDITIONAL INSURED TAB

| | | | |
|---|---|---|---|
| Name | DIANA SORIANO | Face Amount | $50,000 |
| Date of Birth | 05/1973 | | All |
| | | Level Period | 25 |
| Class | Preferred | | No |
| | | Accidental Death Benefit Rating | 0 |
| Flat Extra | $0.00 | | |

## AGENT TAB

| | | | |
|---|---|---|---|
| Name | Elizabeth C Gonzalez | Agency | Elizabeth Cardenas-Gonzalez Allstate Age |
| | | | (760) 948-1746 |
| Zip | 92345 | | CA |
| | | Application Signed in | CA |

Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012

 

Allstate
You're in good hands.

Auto
Home
Life
Retirement

F. 1.(0

# INPUT SUMMARY - TRUETERM

**REPORT OPTIONS TAB**

| | | | | |
|---|---|---|---|---|
| Years of Detail | All | Policy Variations Page | Yes |
| | | | Yes |
| 5 Year Summaries | No | Other Underwriting Classes | Yes |
| | | | No |
| Next Steps Appendix | No | Input Summary | Yes |

Page 2 of 2

Prepared on: 10/04/2012
LBL8667, Version: 2.00, 091012



Auto
Home
Life
Retirement

F.2.1    Exhibits F.2.1 to F.2.3



Anthem. BlueCross BlueShield

WELCOME
CHAD                                    Profile | Log out
Last Visit: Fri, Jun 1, 2012 at
12:09 EST

**Benefits & Claims**      **Health & Wellness**      **Customer Support**

Search All Claims Results
*Required field

RESET SEARCH TO VIEW ALL CLAIMS

Compose | 0 Messages
0 Alerts

Currently Viewing:

MEDICAL

Member ID:    044A22003
Group Name:   NORTEL
              NETWORKS
Group:        174500

USEFUL TOOLS

*For:
- CHAD (06/04/1971)
- DEANNA (11/13/2002)
- HANNAH (11/13/2002)
- MATTHEW (02/21/2001)

*Claim Type: Health

*Doctor/Facility:
- ADVANCED CARDIOLOGY MEDIC
- AKHIL SHARMA MD INC
- ANATOMICAL PATHOLOGY CONS
- AUGUSTA MEDICAL SYSTEMS L

* Date Range: 01/01/2012 To: 10/10/2012      18 or 24 months maximum.      REFRESH RESULTS

Viewing 1 - 51 of 51 Claims      Page   1 | 2 | 3      Download Claims    PRINT CLAIMS

Zagat health Survey

Have something to say about your doctor?
Share your thoughts on your doctor. Learn more >

| Number | Service Date | For | Type | Doctor/Facility | Total Charges | Member Responsibility | Status | EOB Form |
|---|---|---|---|---|---|---|---|---|
| ...1910 | 09/19/2012 | CHAD (06/04/1971) | Health | AUGUSTA MEDICAL S... | $495.00 | $49.05 | Processed | View EOB |
| ...8056 | 08/23/2012 | CHAD (06/04/1971) | Health | UNIVERSAL PAIN MA... | $140.00 | $14.63 | Processed | View EOB |
| ...4196 | 08/23/2012 | CHAD (06/04/1971) | Health | QUEST DIAGNOSTICS | $1,106.80 | $0.00 | Processed | View EOB |
| ...6421 | 08/22/2012 | HANNAH (11/13/2002) | Health | HIGH DESERT SPECI... | $80.00 | $25.00 | Processed | View EOB |
| ...2231 | 08/07/2012 | CHAD (06/04/1971) | Health | MINIMED DISTRIBUT... | $513.00 | $0.00 | Rejected | View EOB |
| ...6473 | 08/01/2012 | CHAD (06/04/1971) | Health | ADVANCED CARDIOLO... | $194.00 | $21.40 | Processed | View EOB |
| ...7646 | 07/10/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...4263 | 06/28/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $183.71 | $183.71 | Rejected | View EOB |
| ...4629 | 06/12/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...6225 | 05/31/2012 | CHAD (06/04/1971) | Health | UNIVERSAL PAIN MA... | $140.00 | $14.63 | Processed | View EOB |
| ...3566 | 05/16/2012 | CHAD (06/04/1971) | Health | PACIFIC EYE INSTI... | $132.00 | $25.04 | Processed | View EOB |
| ...7285 | 05/04/2012 | CHAD (06/04/1971) | Health | INLAND UROLOGY ME... | $220.00 | $15.24 | Processed | View EOB |
| ...0689 | 05/03/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...5238 | 05/02/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $183.71 | $183.71 | Rejected | View EOB |
| ...1190 | 04/20/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $112,014.99 | $112,014.99 | Rejected | View EOB |
| ...3006 | 04/20/2012 | CHAD (06/04/1971) | Health | GENERAL ANESTHESI... | $2,940.00 | $2,940.00 | Rejected | View EOB |

$112,014.99

$2,940.00

F12.2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ...2672 | 04/20/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $3,345.50 | $0.00 | Processed | View EOB |
| ...5011 | 04/20/2012 | CHAD (06/04/1971) | Health | CONSULTANTS FOR P... | $571.25 | $0.00 | Processed | View EOB |
| ...4968 | 04/20/2012 | CHAD (06/04/1971) | Health | GENERAL ANESTHESI... | $2,940.00 | $2,940.00 | Rejected | View EOB |
| ...9180 | 04/12/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...4555 | 04/11/2012 | CHAD (06/04/1971) | Health | INLAND UROLOGY ME... | $220.00 | $15.24 | Processed | View EOB |
| ...9109 | 04/10/2012 | CHAD (06/04/1971) | Health | ADVANCED CARDIOLO... | $353.00 | $14.48 | Processed | View EOB |
| ...1894 | 04/10/2012 | CHAD (06/04/1971) | Health | ADVANCED CARDIOLO... | $353.00 | $0.00 | Rejected | View EOB |
| ...2263 | 04/09/2012 | CHAD (06/04/1971) | Health | BEVERLY RADIOLOGY... | $105.00 | $0.00 | Processed | View EOB . |
| ...9168 | 04/09/2012 | CHAD (06/04/1971) | Health | ADVANCED CARDIOLO... | $194.00 | $21.40 | Processed | View EOB |
| ...0770 | 04/09/2012 | CHAD (06/04/1971) | Health | BEVERLY RADIOLOGY... | $105.00 | $0.00 | Rejected | View EOB |
| ...8750 | 04/06/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...3788 | 04/04/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $767.72 | $0.00 | Processed | View EOB |
| ...2871 | 04/04/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $245.00 | $245.00 | Rejected | View EOB |
| ...3835 | 03/21/2012 | CHAD (06/04/1971) | Health | UNIVERSAL PAIN MA... | $140.00 | $14.63 | Processed | View EOB |
| ...6663 | 03/15/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...4747 | 03/14/2012 | CHAD (06/04/1971) | Health | INLAND UROLOGY ME... | $520.00 | $30.00 | Processed | View EOB |
| ...1547 | 02/27/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $138.00 | $21.61 | Processed | View EOB |
| ...6070 | 02/23/2012 | CHAD (06/04/1971) | Health | SAN BERNARDINO UR... | $150.00 | $21.61 | Processed | View EOB |
| ...6918 | 02/23/2012 | CHAD (06/04/1971) | Health | THE GASTRO GROUP INC | $220.00 | $21.61 | Processed | View EOB |
| ...3977 | 02/23/2012 | HANNAH (11/13/2002) | Health | HIGH DESERT SPECI... | $145.00 | $25.00 | Processed | View EOB |
| ...5674 | 02/16/2012 | CHAD (06/04/1971) | Health | BEVERLY RADIOLOGY... | $2,542.50 | $46.70 | Processed | View EOB |
| ...1588 | 02/09/2012 | CHAD (06/04/1971) | Health | SAN BERNARDINO UR... | $275.00 | $16.81 | Processed | View EOB |
| ...2726 | 02/09/2012 | CHAD (06/04/1971) | Health | QUEST DIAGNOSTICS | $178.00 | $5.37 | Processed | View EOB |
| ...2760 | 02/06/2012 | CHAD (06/04/1971) | Health | STEPHEN M DAMIANI... | $120.00 | $21.61 | Processed | View EOB |
| ...1123 | 02/02/2012 | CHAD (06/04/1971) | Health | CEDARS SINAI MEDI... | $276.98 | $276.98 | Rejected | View EOB |
| ...7856 | 01/30/2012 | CHAD (06/04/1971) | Health | KEITH MARK GROSS ... | $55.00 | $8.89 | Processed | View EOB |
| ...5344 | 01/23/2012 | CHAD (06/04/1971) | Health | ADVANCED CARDIOLO... | $194.00 | $21.40 | Processed | View EOB |
| ...6921 | 01/11/2012 | CHAD (06/04/1971) | Health | THE GASTRO GROUP INC | $700.00 | $0.00 | Processed | View EOB |
| ...0594 | 01/11/2012 | CHAD (06/04/1971) | Health | ANATOMICAL PATHOL... | $512.00 | $0.00 | Processed | View EOB |
| ...0601 | 01/11/2012 | CHAD (06/04/1971) | Health | PHYSICIANS SURGER... | $7,500.00 | $0.00 | Processed | View EOB |

©2005 - 2012 copyright of Anthem Insurance Companies, Inc. Serving Colorado, Connecticut, Georgia, Indiana, Kentucky, Maine, Missouri (excluding 30 counties in the Kansas City area), Nevada, New Hampshire, Ohio, Virginia (excluding the Northern Virginia suburbs of Washington, D.C.), and Wisconsin.

$2,940.00

F.2,3

| ...2621 | 01/11/2012 | CHAD (06/04/1971) | Health | UNION ANESTHESIA ... | $442.50 | $6.29 | Processed | View EOB |
| ...2822 | 01/11/2012 | CHAD (06/04/1971) | Health | UNION ANESTHESIA ... | $442.50 | $6.29 | Processed | View EOB |
| ...1847 | 01/10/2012 | CHAD (06/04/1971) | Health | MINIMED DISTRIBUT... | $814.90 | $94.84 | Processed | View EOB |
| ...0477 | 01/09/2012 | CHAD (06/04/1971) | Health | QUEST DIAGNOSTICS | $1,090.65 | $0.00 | Rejected | View EOB |
| ...3883 | 01/09/2012 | CHAD (06/04/1971) | Health | THE GASTRO GROUP INC | $220.00 | $21.61 | Processed | View EOB |

$1,090.65

Page    1 | 2 | 3



**CUSTOMER SUPPORT:**
Contact Us >
FAQs >
View Copay >
View Deductible >
Download Forms >

Feedback

**HELPFUL LINKS:**
About Us >
Locations >
Charity Guidelines >
Legal >
Privacy >
HoN Code >

My Account >
Benefits & Claims >
Health & Wellness >
Profile >

**ALTERNATE LANGUAGES:**
Español >
中文 >
한국어 >
Tiếng Việt >
Tagalog >

**FOLLOW US ON:**

A. From January 1, 2012

B. <u>51</u> Insurance Clames

Hospital Stay, Xrays, CAt SCANS
blood work. Pre OPP APPt. Post OPP APPt
Dr Visits....

C. HardShiP - IF coverage For me and My
Family go Away! Debtor <u>Should</u> remain Paying
Until Last Day OF Bankruptsy !!!...
At Least!

EXhibits   F.3.1 to F.3.4





**RE: Health Insurance Quote for Deanna 7 kids**   TO: You   CC: 1 recipient   Show Details

DeAnna   *A Dental & Vision*

For you, chad and kids the dental and vision is $33 per month, plus a one time enrollment fee of $20, the company is Safeguard Dental and Vision. Let me know if you would want Further information

Alex Cerna   *$33. year*

**From:** DeAnna Soriano [mailto: pgltnpooh@yahoo.com ]
**Sent:** Monday, October 08, 2012 12:50 PM
**To:** alex@icaninsureyou.com
**Subject:** Re: Health Insurance Quote for Deanna 7 kids

Thank you alex,
Did you have time to look into Dental and Vision coverages for me and my family?
Thank you,
Chad Soriano
760.956.9101

**From:** Alex Cerna <alex@icaninsureyou.com>;
**To:** < pgltnpooh@yahoo.com >;
**Cc:** Alex Cerna <alex@icaninsureyou.com>;
**Subject:** Health Insurance Quote for Deanna 7 kids
**Sent:** Mon, Oct 8, 2012 7:04:16 PM

Hello Deanna,
  It was nice talking with you regarding health insurance for you and the kids and a medicare supplement for Chad .
You probably already know this, but just in case you don't here is how medicare works
Medicare does NOT pay for out patient prescription drugs, it pays for medical services it pays for inpatient hospital services and any meds ONLY during your hospital stay. So you will need to purchase a prescription plan
The Medicare part F plan would run him about $291, Medicare pays 80% of your medical bills and the Part F medicare supplement pays the other 20%. So you will need to get a prescription plan that will run about $60 per month. If he has been on Medicare he probably knows how Medicare works, and how the prescription plan works.
Now for you and the kids, please click on the link below to view the different health plans, these rates are guaranteed for 6 months at a time. Please review the plans and call me when you get time, and I can explain them to you.
http://www.instantequotes.com/acerna/email/11191863.html
The above link will launch a pdf based quote containing various health plans that are available to you.  Feel free to contact us either by responding to this email or call us for additional information.
Alex Cerna Health Insurance
alex@icaninsureyou.com

F. 3o 2

**Benefits to display** ☑ Deductible  ☑ Coinsurance  ☑ Hospital Stay  ☑ Office Visit  ☑ Out of pocket max

☑ Rx - Generic  ☑ Rx - Name Brand  ☑ Rx - Non-Formulary  ☐ Ambulance  ☐ Chiropractic  ☐ Durable Medical Equipment

☐ Emergency Room  ☐ Infertility  ☑ Lab and X-Ray  ☐ Maternity  ☐ Physical Therapy  ☐ Outpatient Surgery

☐ Psych - Inpatient  ☐ Psych - Outpatient  ☐ Self Directed Account  ☐ Well Care - Woman  ☐ Well Care - Child  ☐ Well Care - Checkups

# Alex Cerna Health & Life Insurance

## Serving Victorville, Hesperia, & Apple Valley



To find the best value, consider both the price and the bottom line for each plan that meets your needs. The bottom line is the total of the projected annual premium plus your out of pocket claims minus any tax savings generated from the plan. Click sort by bottom line, then it is easy to find the best price/risk combination.

**Click for notes**

○ Bar Graph Comparison
◉ Printable Comparison Format
○ Decision Tree Comparison
   Sort by Bottom Line



Self-employed couples should Click Here

---

**Anthem.**

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
SIGN UP NOW

**ClearProtection+3300**
**$282.00**
Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
*Effective date of rates 5/1/2012*
Rate guarantee: 6 months
☐ Compare
☐ Keep

| PPO | |
|---|---|
| Deductible | $6800 outpatient/$3300 inpatient (2 per fam) |
| Coinsurance | 60% cov in hosp/100% other services |
| Hospital Stay | 60% coverage (ded applies) |
| Office Visit | 2 @ $40 then $6800 outpatient deductible |
| Out of pocket maximum | $6800 ($13,600 per family) |
| Rx - Generic | $15 copayment |
| Rx - Name Brand | $40 copayment after $7500 RX deductible |
| Rx - Non-Formulary | $60 copayment after $7500 RX deductible |
| Lab and X-Ray | 60% of schedule (ded applies) |
| **Bottom Line (click)** | **$16984.00 (Rank 2 of 6)** |

---

**Anthem.**

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
SIGN UP NOW

**Tonik SO 5000**
**$466.00**
Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
*Effective date of rates 5/1/2012*
Rate guarantee: 6 months
☐ Compare
☐ Keep

| PPO Subscriber Only | |
|---|---|
| Deductible | $5000 per calendar year |
| Coinsurance | 100% coverage for most services |
| Hospital Stay | 100% (after deductible) |
| Office Visit | 4 @ $20, then subject to deductible |
| Out of pocket maximum | $5000 per person |
| Rx - Generic | $15 copayment |
| Rx - Name Brand | Not covered |
| Rx - Non-Formulary | Not covered |
| Lab and X-Ray | Covered at 100% after deductible |
| **Bottom Line (click)** | **$15592.00 (Rank 1 of 6)** |

---

**BlueShield of California**

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
SIGN UP NOW

**Secure Plus 2000**
**$719.00**
Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
*Effective date of rates 7/1/2012*
Rate guarantee: 6 months
☐ Compare
☐ Keep

| PPO | |
|---|---|
| Deductible | $2000 ($4000 per family)(embedded)) |
| Coinsurance | 70% coverage for most services |
| Hospital Stay | 70% coverage |
| Office Visit | $30 copay |
| Out of pocket maximum | $5000 per calendar year ($10,000 fam) |
| Rx - Generic | $10 copayment |
| Rx - Name Brand | $35 after $500 Rxd ded (30 day supply) |
| Rx - Non-Formulary | $60 or 50% (which ever is greater)/$150 max ben |
| Lab and X-Ray | Deductible & coinsurance apply |
| **Bottom Line (click)** | **$18628.00 (Rank 3 of 6)** |

---

**Premier+ PPO 1000**
**$784.00**

| PPO | |
|---|---|
| Deductible | $1000/2000 family (embedded)) |

Pase 2



**Anthem.**

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
**SIGN UP NOW**

Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
Effective date of rates 5/1/2012
Rate guarantee: 6 months
☐ ___ Compare
☐ , Keep

| | |
|---|---|
| Coinsurance | 75% coverage for most services |
| Hospital Stay | 75% coverage (after deductible) |
| Office Visit | $30 copay/$50 specialist/ded waived |
| Out of pocket maximum | $5500/$11,000 family |
| Rx - Generic | $15 copayment |
| Rx - Name Brand | $40 copayment after $500 RX deductible |
| Rx - Non-Formulary | $60 copayment after $500 RX deductible |
| Lab and X-Ray | 75% coverage (after deductible) |
| **Bottom Line (click)** | **$20408.00** (Rank 4 of 6) |

---

**Anthem.**

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
**SIGN UP NOW**

HMO Saver
**$1348.00**
Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
Effective date of rates 5/1/2012
Rate guarantee: 6 months
☐ ___ Compare
☐ , Keep

**HMO**

| | |
|---|---|
| Deductible | None ($1500 for hospital services) |
| Coinsurance | 100% (80% for outpatient hospital) |
| Hospital Stay | $1500 hospital deductible then 80% coverage |
| Office Visit | $10 copayment |
| Out of pocket maximum | $3000 (x2 per family) |
| Rx - Generic | $10 copayment |
| Rx - Name Brand | $25 copayment ($100 Rx ded applies) |
| Rx - Non-Formulary | Not covered |
| Lab and X-Ray | No charge |
| **Bottom Line (click)** | **$22376.00** (Rank 5 of 6) |

---

 **BlueShield** of California

VIEW DETAILS
PLAN BROCHURE
PROVIDER DIRECTORY
**SIGN UP NOW**

Access+ Value HMO
**$1697.00**
Deana Soriano
Age: 39
Children Ages: 9,9,11
Zip Code: 92345
*Alex Cerna Insurance*
*Phone: 760-948-6818*
Effective date of rates 7/1/2012
Rate guarantee: 6 months
☐ ___ Compare
☐ , Keep

**HMO**

| | |
|---|---|
| Deductible | $2000 (4000 per family)(embedded)) |
| Coinsurance | 100% coverage for most services |
| Hospital Stay | $2000 ded then 60% coverage |
| Office Visit | $35 copayment |
| Out of pocket maximum | $4000 per calendar year ($8000 fam) |
| Rx - Generic | $10 copayment |
| Rx - Name Brand | $35 copayment (after $200 Rx deductible) |
| Rx - Non-Formulary | Not covered (except with prior authorization) |
| Lab and X-Ray | $35 copayment |
| **Bottom Line (click)** | **$29164.00** (Rank 6 of 6) |



F 3.3

# Alex Cerna Health & Life Insurance
### Serving Victorville, Hesperia, & Apple Valley



Deana Soriano
Age: 39
Children Ages: 9, 9, 11
Zip code: 92345



This report estimates your annual out of pocket health care costs. It adds the projected annual premium to your out of pocket cost at common to catastrophic levels of claims. For HSA plans, this report will also indicate the amount of tax savings and your net health care costs considering those tax savings.

This summary includes in-network benefits only

| Carrier | Anthem Click logo to apply |
|---|---|
| Plan (color codes) | Premier PPO 1000 |
| Monthly Cost | 784 |
| Deductible | $1000/2000 family (embedded) |
| Coinsurance | 75% coverage for most services |
| Out of pocket max | $5500/$11,000 family |
| Office Visit | $30 copay/$50 specialist/ded waived |
| Hospital Stay | 75% coverage (after deductible) |
| Rx - Generic | $15 copayment |
| Rx - Name Brand | $40 copayment after $500 RX deductible |
| Rx - Non-Formulary | $60 copayment after $500 RX deductible |
| Emergency Room | 75% coverage (after deductible) |
| Lab and X-Ray | 75% coverage (after deductible) |
| Plan Brochures | *Brochure* |
| Provider Directories | *Providers* |
| Apply for Coverage | *Apply Now* |
| Premiums | Mo 784.00/Ann 9408.00 |
| $1000 ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 1000.00 |
| - Tax Savings | 0.00 |
| = Bottom Line | 10408.00 |
| $2000 ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 2000.00 |
| - Tax Savings | 0.00 |
| = Bottom Line | 11408.00 |
| $3000 ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 3000.00 |

A

F. 3.4

| | |
|---|---|
| - Tax Savings | 0.00 |
| = Bottom Line | 12408.00 |
| $5000 ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 3500.00 |
| - Tax Savings | 0.00 |
| = Bottom Line | 12908.00 |
| $10,000 ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 4750.00 |
| - Tax Savings | 0.00 |
| = Bottom Line | 14158.00 |
| $1Million ann claims | Premier PPO 1000 |
| Premiums | Mo 784.00/Ann 9408.00 |
| + OOP Claims | 11000.00 |
| - Tax Savings | 0.00 |
| = Bottom Line | 20408.00 |

A.1

A.2

B.1

*Alex Cerna*        *(760) 948-6818*        *CA License #0764915*

This is not a legally binding document. See the literature published by the carrier before making your decision

F.4.1 EXhibits F.4.1 to F.4.11

A° IN <u>1</u> year My Family and I Used
<u>44</u> - 3month Suply Prescriptions

B. PRescription Drug
Anual Family Coverage
OUT OF Pocket = 1,121.64
and flan Coverage = 6,837.49

C° I did not have time to research IF
Medications would be covered under new Plans
OR Prescription Drug Coverage For MY Family
Due to time crunch to get objection
iN beFore deadLine oF oct, 22, 2012

Nt        OCt 11 to Dec 11 = 2948.64

me
         OCt,11 to Dec11 = 431.86
Nt        JAN,12 - octR = 3888.85
me       JAn,12 oct12 = 689.78
                        ————————————
              D° 7960.13

mine 1/21.64
Plan 6838.49       E° Hardship IF Lost Coverage

F. 4. 2

# HOME    PRESCRIPTIONS & BENEFITS    RESOURCE CENTER

**Prescriptions & benefits**
Order prescriptions
Order status
Claims & balances
Price a medication
Forms & cards
Prescription history
Locate a pharmacy

**Planning & reference**
Get benefit smart
Benefit highlights
My Rx Choices
Drug information
Learn about formularies
For your doctor visit

**Resource center**
Cardiovascular
Diabetes
Neuroscience
Oncology
Pulmonary
Women's Health
Specialty

**Help & preferences**
Search this site
Help center
Caregiver
Account settings
Download center
Contact us
Site map

Help

Find your prescription claim details and mail order payment details here. Simply select from the tabs below.

**Prescription claims & history**        **Mail order payments**

## Claims & balances   (Oct 01, 2011 - Oct 08, 2012)

Change date range | Household view | Print this page*

The claims below may include prescriptions that have been processed to date as well as member submitted paper claims that require additional information to be processed (identified with an 'N/A'). To see claims in a different date range (up to the past 18 months), click on the "change date range" link above.

**Note:** Nonprescription items or any additional service fees or shipping costs are not included in the amounts shown below.

## 2011 Claims & balances

### Patient: Chad

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 112921~~~~ | $1902.53 | $100.00 |
| **Date of service:** 10/18/11 | | |
| **Drug information:** ~~Novolog Vial 10ml~~ 100u/ml | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 0000005~~~~ | $2.29 | $7.00 |
| **Date of service:** 10/18/11 | | |

Oct 2011

F.4.3

View prescription history details

**Rx Number: 1116841**                                    $67.04     $16.76
**Date of service:** 10/24/11
**Drug information:** Toprol Xl Tabs 25mg
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 110791**                                     $135.84    $33.96
**Date of service:** 10/24/11
**Drug information:** Losartan Tabs 50mg
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 0000005**                                    $2.29      $7.00
**Date of service:** 11/01/11
**Drug information:** Minocycline Caps 50mg
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number: 0000003**                                    $20.14     $7.00
**Date of service:** 11/01/11
**Drug information:** Mupirocin Ointment 22gm
2%
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number: 000000**                                     $69.66     $17.41
**Date of service:** 11/11/11
**Drug information:** Levofloxacin Tabs 500mg
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number: 1134033**                                    $3.81      $15.00
**Date of service:** 12/05/11
**Drug information:** Metformin Hcl Tabs
1000mg
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 113503**                                     $268.06    $50.00
**Date of service:** 12/16/11
**Drug information:** 
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

                                                          $27.57     $15.00

F.4.4

**Rx Number:** 113503625███
**Date of service:** 12/16/11
**Drug information:** ███████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

   View prescription history details

**Rx Number:** 113503625███    $118.77   $29.69
**Date of service:** 12/16/11
**Drug information:**
████████████████

**Filled at:** MEDCO HEALTH LAS VEGAS

   View prescription history details

**Rx Number:** 113510072███    $219.98   $94.28
**Date of service:** 12/16/11
**Drug information:** ████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

   View prescription history details

Dec 2011

Oct, Nov & Dec    **Subtotal: $2837.98  $393.10**
2011

**Patient: Deanna**

*sign & check ✱ Total Oct,11 to Dec,11*

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 000000███████ | $20.65 | $7.00 |
| **Date of service:** 10/24/11 | | |
| **Drug information:** N██████████████ Tabs 25mg | | |
| **Filled at:** WALGREENS #9780 | | |

   View prescription history details

*I did Not Mean to X out the Section*

**Rx Number:** 113153██████    $67.04   $16.76
**Date of service:** 11/11/11
**Drug information:** Topi██ Tab 25 mg
**Filled at:** MEDCO HEALTH LAS VEGAS

   View prescription history details

**Rx Number:** 113153z7██████    $23.97   $15.00
**Date of service:** 11/11/11
**Drug information:** H████████████████ 12.5mg
**Filled at:** MEDCO HEALTH LAS VEGAS

   View prescription history details

F. 4.5

*B.1*
Total HoseHad
Oct/Nov/Dec
2011

$2949.64
Plan
$431.86
Out ofPocket

Deleted
Oct/Nov/Dec

| | Subtotal: | **$111.66** | **$38.76** | A |
| | **Household Total for 2011: $2949.64 $431.86** | | | |

## 2012 Claims & balances

*B.2*

### Patient: Chad

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 1203835 | $182.58 | $45.65 |
| **Date of service:** 02/07/12 | | |
| **Drug information:** | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 1203835 | $67.14 | $16.79 |
| **Date of service:** 02/07/12 | | |
| **Drug information:** | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 00000 | $1.16 | $7.00 |
| **Date of service:** 02/10/12 | | |
| **Drug information:** | | |
| **Filled at:** WALGREENS #9780 | | |
| View prescription history details | | |
| **Rx Number:** 120871 | $27.70 | $15.00 |
| **Date of service:** 03/26/12 | | |
| **Drug information:** | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 1208713 | $118.87 | $29.72 |
| **Date of service:** 03/26/12 | | |
| **Drug information:** | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 00000 | $35.60 | $53.40 |
| **Date of service:** 04/02/12 | | |
| **Drug information:** | | |
| **Filled at:** PHARMACY INC | | |

Same on 10 et page for 2012

Claims & Balances

7.4.6

Terms of Use | Privacy | View text only | Español | **Logout**

**HOME    PRESCRIPTIONS & BENEFITS    RESOURCE CENTER**

**Prescriptions & benefits**
Order prescriptions
Order status
Claims & balances
Price a medication
Forms & cards
Prescription history
Locate a pharmacy

**Planning & reference**
Get benefit smart
Benefit highlights
My Rx Choices
Drug information
Learn about formularies
For your doctor visit

**Resource center**
Cardiovascular
Diabetes
Neuroscience
Oncology
Pulmonary
Women's Health
Specialty

**Help & preferences**
Search this site
Help center
Caregiver
Account settings
Download center
Contact us
Site map

Help

Find your prescription claim details and mail order payment details here. Simply select from the tabs below.

**Prescription claims & history**        **Mail order payments**

## Claims & balances (Jan 01, 2012 - Oct 08, 2012)

Change date range | Household view | Print this page*

The claims below may include prescriptions that have been processed to date as well as member submitted paper claims that require additional information to be processed (identified with an 'N/A'). To see claims in a different date range (up to the past 18 months), click on the "change date range" link above.

**Note:** Nonprescription items or any additional service fees or shipping costs are not included in the amounts shown below.

## 2012 Claims & balances

**Patient: Chad**

A

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 12038█████ | $182.58 | $45.65 |
| **Date of service:** 02/07/12 | | |
| **Drug information:** ████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 12038█████ | $67.14 | $16.79 |
| **Date of service:** 02/07/12 | | |
| **Drug information:** ████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |



View prescription history details

**Rx Number:** 00000█████████                           $1.16        $7.00
**Date of service:** 02/10/12
**Drug information:** ████████████████
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number:** 12087█████                            $27.70        $15.00
**Date of service:** 03/26/12
**Drug information:** ████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number:** 12087█████                            $118.87        $29.72
**Date of service:** 03/26/12
**Drug information:**
████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number:** 000000█████████                        $35.60        $53.40
**Date of service:** 04/02/12
**Drug information:** ** Not Found **
**Filled at:** ███████ PHARMACY INC
 This is a compound medication consisting of
multiple ingredients.

View prescription history details

**Rx Number:** 000000█████████                        $7.99        $7.00
**Date of service:** 04/23/12
**Drug information:**
████████████████████
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number:** 12154█████████                          $94.05        $23.51
**Date of service:** 06/01/12
**Drug information:**
████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number:** 12202█████████                          $20.36        $15.00
**Date of service:** 07/20/12
**Drug information:** ████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

Claims & Balances
Page 3 of 6

F. 4. 8

View prescription history details

**Rx Number: 11292**████████                                     $2169.91      $100.00
**Date of service:** 08/03/12
**Drug information:** ████████████
100u/ml
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 12223**████████                                      $116.46       $29.11
**Date of service:** 08/10/12
**Drug information:** ████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 000000**████                                          $16.10        $7.00
**Date of service:** 08/30/12
**Drug information:**
████████████████████████████████
**Filled at:** WALGREENS #9780

View prescription history details

**Rx Number: 122436**████                                         $94.05        $23.51
**Date of service:** 08/30/12
**Drug information:**
██████████████████████████████
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 12247**████                                           $0.00        $14.80
**Date of service:** 08/31/12
**Drug information:** ██████████████████
Pad #326895
**Filled at:** MEDCO HEALTH WILLINGBORO

View prescription history details

**Rx Number: 12269**████████                                       $0.00        $36.81
**Date of service:** 09/19/12
**Drug information:** ██████████████████
100 33g
**Filled at:** MEDCO HEALTH LAS VEGAS

View prescription history details

**Rx Number: 12269**████                                          $341.71       $85.43
**Date of service:** 09/19/12
**Drug information:** ██████████████████
100
**Filled at:** MEDCO HEALTH LAS VEGAS

F.4.9

A.

*(handwritten, left margin)*
Actual
Chad
Total
Plan
$3293.68
509.73
OOP

View prescription history details

| | Subtotal: $3293.68 | $509.73 |
|---|---|---|

**Patient:** Deanna

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 11091█████ | $65.74 | $16.44 |
| **Date of service:** 01/02/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 12019█████ | $127.02 | $31.76 |
| **Date of service:** 01/18/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 00000█████ | $1.75 | $7.00 |
| **Date of service:** 02/20/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** WALGREENS #9780 | | |
| View prescription history details | | |
| **Rx Number:** 00000█████ | $19.11 | $7.00 |
| **Date of service:** 03/30/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** WALGREENS #9780 | | |
| View prescription history details | | |
| **Rx Number:** 120903█████ | $65.85 | $16.46 |
| **Date of service:** 03/30/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 121300█████ | $133.86 | $33.47 |
| **Date of service:** 05/08/12 | | |
| **Drug information:** ███████████████ | | |
| **Filled at:** MEDCO HEALTH LAS VEGAS | | |
| View prescription history details | | |
| **Rx Number:** 120█████ | $65.85 | $16.46 |

F.4.10

**Date of service:** 07/12/12
**Drug information:** ~~████████~~
**Filled at:** MEDCO HEALTH LAS VEGAS
   View prescription history details

**Rx Number:** 00000█████               $20.42    $7.00
**Date of service:** 09/19/12
**Drug information:** ~~████████~~
Caps 100mg
**Filled at:** WALGREENS #9780
   View prescription history details

**Rx Number:** 120902█████          $65.85    $16.46
**Date of service:** 09/27/12
**Drug information:** ~~████████~~
**Filled at:** MEDCO HEALTH LAS VEGAS
   View prescription history details

**Rx Number:** 00000█████            $0.00    $7.00
**Date of service:** 09/27/12
**Drug information:** ~~████████~~
25mg
**Filled at:** WALGREENS #9780
   View prescription history details

**Rx Number:** 00000█████           $17.46    $7.00
**Date of service:** 10/07/12
**Drug information:**
Hydrocodone/acetaminophen Elx 2.5/5ml
**Filled at:** CVS PHARMACY #09661
   View prescription history details

*A*

                   **Subtotal:** $582.91   $166.05

**Patient: Hannah** *. B*

| Claims | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 00000█████ | $9.25 | $7.00 |

**Date of service:** 02/23/12
**Drug information:** ~~████████~~
400mg/5
**Filled at:** WALGREENS #9780
   View prescription history details

**Rx Number:** 000000█████         $3.01    $7.00

*[handwritten notes in left margin:]*
o A.1
  2012
DeAnna
Plan
$582.91

$166.05
OOP

F. 4.11

**Date of service:** 08/22/12
**Drug information:** ~~[redacted]~~ 250mg/5
**Filled at:** WALGREENS #9780

View prescription history details

6 A

Hannah 2012 Total

A.1
Hannah

| | Subtotal: | $12.26 | $14.00 |
|---|---|---|---|

**Household Total for 2012: $3888.85 $689.78**

Plan $12.26

$14.00 OOP

Change date range | Household view | Print this page*

B.1

**The amounts shown are the amounts approved by your benefit.

*To print this information, you will need the Adobe® Reader® plug-in. If you do not have this plug-in, you will need to download a free copy first. By selecting this link you will be opening a new browser window to another site. We assume no responsibility for any material or information you may encounter on this or any other non-Express Scripts site.

Get Adobe Reader

As a reminder, when You registered with our site, you asked us to display complete drug names. If you wish to change this option, click here to update your profile.

**Household View: share your profile**
Household View allows you to grant or be granted access to view the prescriptions of other members of your household and order on their behalf. If you do not see a household member's prescription information, they may not have granted you access to view their prescriptions. Click here to learn more.

**back to top**

B.2

Total

For 2012 Jan – Oct. + Oct, Nov, Dec 2011 total

$3888.85 Plan          Plan $2949.64

$689.78 Out OF Pocket          OOP $431.86

Combined total $7960.13

This page was last updated on **10/8/2012**.
© 2012 Express Scripts Holding Company. All Rights Reserved.

Plan total One Year $6857.49          OOP total One Year $1121.64