# Exhibit A

Summary plan document Plan Year 2000, Pub. 6/2000



**NORTEL NETWORKS™**

*How the world shares ideas.*

April 2000

U.S. Benefits Eligible Employees:

As an active, benefits eligible employee you are entitled to written information regarding the benefit plans offered by Nortel Networks. In 1997, three ring binders entitled "Employee Benefits and Programs" were distributed to all U.S. FLEX eligible employees. This binder contains various sections of information (referred to as Summary Plan Descriptions (SPD's)) relating to your benefits and is designed to inform you of the specific details of those plans as well as address questions you may have about your employee benefits. Please read the information below regarding updates to this binder.

Enclosed you will find eight sections which should each be inserted to replace the corresponding section currently in your binder. Please remove each section of existing information from your binder and replace it with the enclosed, updated section so that your binder will be as current as possible. Each section included in this mailing provides details about the benefit programs for the 2000 plan year.

The "Long Term Investment Plan", "Severance Plan" and "Retirement Benefits" sections have not been updated for this distribution and therefore you should retain the current information in your binder for these three sections. There remains only one section of the binder that has not been distributed to date. That section is the "Retiree Medical/Life/Long Term Care Plan". We expect to deliver that section to you in late 2000.

You will periodically be sent other addendum's or revised information that will update this binder in efforts to keep it current with each plan year. It is imperative that you insert or replace any pages you receive as you receive them so your binder will remain as updated as possible.

We hope you find your "Employee Benefits and Programs" binder to be an informative and useful tool. (You can also access the binder on the Nortel Networks home page, "Services@Work", U. S. website.) If you have any questions regarding this information or would like to request a copy of the binder, please contact the U. S. InfoCenter at (800)676-4636 or ESN 352-4636.

NNI-LTD-00004558



Replace with Flex Overview Tab

NNI-LTD-00004559

# IN THIS SECTION

INTRODUCTION ......................................................................................................................... 1

PLAN HIGHLIGHTS ................................................................................................................... 2

ELIGIBILITY ................................................................................................................................ 3
    For You ................................................................................................................................ 3
    For Your Dependents ......................................................................................................... 4
    For Your Domestic Partner and His or Her Child(ren) ..................................................... 5
    Special Eligibility Rules ..................................................................................................... 5

PARTICIPATION ........................................................................................................................ 6
    When You are First Hired ................................................................................................. 6
    During the Annual Enrollment Period .............................................................................. 7
    Evidence of Insurability .................................................................................................... 7

WHEN COVERAGE BEGINS ................................................................................................... 8
    When You Are First Hired ................................................................................................ 8
    Optional FLEX Benefits .................................................................................................... 9
    Delay of Effective Date ................................................................................................... 10

CHANGING YOUR SELECTIONS ........................................................................................ 10

COST OF COVERAGE ............................................................................................................. 12
    FLEX Credits ................................................................................................................... 12
    Your Contributions .......................................................................................................... 13

FLEX EARNINGS ..................................................................................................................... 14

WHEN COVERAGE ENDS ..................................................................................................... 15

ADMINISTRATIVE INFORMATION .................................................................................... 15

NNI-LTD-00004560

*Flex Overview*

# INTRODUCTION

The FLEX Benefits Program — or FLEX for short — is a flexible benefits, or "cafeteria style," plan that offers you a choice among different types and levels of benefits. FLEX offers you two kinds of benefits: Core FLEX Benefits and Optional FLEX Benefits. Under FLEX, you may use Core FLEX Benefits and Optional FLEX Benefits to create your own customized benefits package.



Core FLEX Benefits are the foundation of the program, giving you a base on which to build a personalized benefits package. The Company believes that every Employee should have a minimum level of benefits coverage. Therefore, the Company automatically provides Core FLEX Benefits. The cost of Core coverage is fully paid by the Company.

*Core FLEX Benefits are the foundation of the program, giving you a base on which to build a personalized benefits package.*

Optional FLEX Benefits are the "building blocks" of the program, offering you the choice of a variety of options for additional coverage. You purchase Optional FLEX Benefits with your Employee Contributions and FLEX Credits (Company-provided benefit dollars).

On the following pages, you will find a brief description of the FLEX Benefits Program. Please read it carefully to learn more about how the program works and the options the Company is offering to you.

*Optional FLEX Benefits are the "building blocks" of the program, offering you the choice of a variety of options for additional coverage.*

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the FLEX Benefits Program can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00004561

# PLAN HIGHLIGHTS

## Core FLEX Benefits

The following Core FLEX Benefits are provided automatically *to you only*.

**Short-Term Disability**

- 100% of FLEX Earnings for up to 6 weeks, then 70%* for up to the next 20 weeks

**Long-Term Disability**

- 60% of FLEX Earnings

**Employee Life Insurance**

- 1 X FLEX Earnings for you only

**Business Travel Accident Insurance**

- 5 X FLEX Earnings (or a percentage of FLEX Earnings based on loss)

**Travel Well Services**

Covers Nortel Networks employees and Company-sponsored dependents for medical emergencies while traveling on Nortel Networks business only

* or statutory minimum (if greater)

## Optional FLEX Benefits

You can supplement or replace Core FLEX Benefits with choices from the following Optional FLEX Benefits:

**Medical** (Employee and Eligible Dependents**)

*Network Area:*

- No Coverage
- Comprehensive Option
- Point-of-Service (POS) Option
- Preferred Provider Organization (PPO) Option
- Exclusive Provider Organization (EPO) Option (where available)
- Health Maintenance Organization (HMO) Option (where available)

*Non-Network Area:*

- No Coverage
- Out-of-Area Comprehensive Option
- Health Maintenance Organization (HMO) Option (where available)

**Dental, Vision and Hearing Care**
(Employee and Eligible Dependents**)

- No Coverage
- Basic
- Comprehensive
- Plus

**Disability** (Employee)

- Short-Term: Raise Core Benefit to 90%
- Long-Term: Raise Core Benefit to 70%

**Life Insurance** (Employee and Eligible Dependents**)

- Employee:
  - No Coverage
  - 1-5 X FLEX Earnings
- Spouse:
  - No Coverage
  - $10,000
  - $25,000
  - $50,000
  - $75,000
  - $100,000

** Refer to pages 4–6 of this section or page 6 of the Glossary section of this binder for a definition of eligible Dependents.

(cont'd on page 3)

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004562

### Optional FLEX Benefits (cont'd)

**Life Insurance** (Employee and Eligible Dependents*)

- Child(ren):
  - No Coverage
  - $5,000
  - $10,000
  - $15,000

**Accidental Death & Dismemberment Insurance**
(Employee and Eligible Dependents*)

- Employee:
  - No Coverage
  - 1-5 X FLEX Earnings

- Family:
  - No Coverage
  - Family Coverage

**Reimbursement Accounts**

- No contribution
- Health Care: $120 - $5,200/year
- Dependent Day Care: $120 - $5,000/year

* Refer to pages 4–6 of this section or page 6 of the Glossary section of this binder for a definition of eligible Dependents.

# ELIGIBILITY

## For You

You are eligible for FLEX Benefits if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for FLEX unless specified in the collective bargaining agreement. If you are an Employee located in Puerto Rico, you are not eligible for FLEX Credits or for participation in the Reimbursement Account plans. Additionally, if you are located in Puerto Rico, you are eligible for the "FLEX Benefits Program for Puerto Rico Employees."

NNI-LTD-00004563

# **For Your Dependents**

If you are eligible for FLEX, you may enroll your eligible Dependents for Medical, Dental, Vision and Hearing Care and Dependent Life Insurance coverage under FLEX. Eligible Dependents include:

*If you are eligible for FLEX, you may enroll your eligible Dependents for Medical, Dental, Vision and Hearing Care and Dependent Life Insurance coverage under FLEX.*

- • your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),

- • your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 19. "Children" include:

  - – your natural or legally adopted (or placed for adoption) Children

  - – your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- • your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and

*Note: Your Domestic Partner and Domestic Partner's Child(ren) are not eligible for Dependent Life Insurance.*

- • your eligible physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) age 19 or over who are Wholly Dependent on you for support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to the InfoCenter within 31 days of your child turning age 19 for that child to be considered an eligible Dependent.

Your Children or your Domestic Partner's Child(ren) will be eligible for the Medical, Dental, Vision and Hearing Care Plans if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the Health Care Plans. Coverage under the plan will be provided in accordance with the plan and applicable federal and state law. Federal law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A QMCSO cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004564

written procedure for determining whether a QMCSO is valid, please contact the InfoCenter.

# For Your Domestic Partner and His or Her Child(ren)

You may enroll your Domestic Partner in the Medical and Dental, Vision and Hearing Care plans when your relationship with that person meets the plan's eligibility requirements and when the Company has given you written approval of the Affidavit of Domestic Partnership. You may also enroll Child(ren) of your Domestic Partner if they meet the definition of an eligible Dependent as described on page 4.

However, special tax and legal considerations apply when covering a Domestic Partner and/or your Domestic Partner's Child(ren). For example, the cost of the coverage for your Domestic Partner and/or Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings. As a result, you may wish to consult with a tax or legal advisor before enrollment.

See the Administrative Information section for details about the requirements for enrolling your Domestic Partner and/or your Domestic Partner's Children.

## Special Eligibility Rules

### If You and Your Spouse (or Domestic Partner) Both Work for the Company

If you and your spouse (or Domestic Partner) are both eligible to participate in FLEX, special rules apply for enrolling in Medical, Dental, Vision and Hearing Care and, if applicable Life Insurance and AD&D Insurance coverage. You may enroll as an Employee or a spouse (or Domestic Partner), but not both. In addition, both you and your spouse (or Domestic Partner) must select the same medical plan in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.

If you and your spouse (or Domestic Partner) have Children together, only one of you may enroll your eligible Dependent Children. If your spouse (or Domestic Partner) has Children who are not your Children, see "For Your Dependents" on page 4 for information on who may enroll those Children.

*...the cost of the coverage for a Domestic Partner and your Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings.*

*If you and your spouse (or Domestic Partner) are both eligible to participate in FLEX, special rules apply for enrolling in Medical, Dental, Vision and Hearing Care and, if applicable Life Insurance and AD&D Insurance coverage.*

*...both you and your spouse (or Domestic Partner) must select the same medical plan in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.*

NNI-LTD-00004565

### If You and Your Child (or your Domestic Partner's child) Both Work for the Company

Your child (or your Domestic Partner's child) will not be considered an eligible Dependent if your child is covered under the plans as an Employee.

### If Your Eligible Dependent is in the Armed Forces

Your eligible Dependent is not eligible for coverage while on Active Duty in the armed forces of any country.

# PARTICIPATION

## When You are First Hired

*You are immediately eligible for Core FLEX Benefits, but you do not need to enroll in order to participate. You are also immediately eligible for Optional FLEX Benefits, but you must enroll to participate in these benefits.*

All benefits are available on your Hire Date, provided you complete the enrollment process as required and make the applicable Employee contributions.

You are immediately eligible for Core FLEX Benefits, but you do not need to enroll in order to participate. You are also immediately eligible for Optional FLEX Benefits, subject to medical evidence requirements, but you must enroll to participate in these benefits. You will receive enrollment information, including a Personalized Enrollment Worksheet.

If you enroll as a new employee on or before your date of hire, any optional coverage you choose will be effective on your date of hire. Deductions reflecting your choices will begin with the first full pay cycle following your date of hire.

As a new employee, under the medical plan, for the first 31 days or up to the date you make an enrollment selection, whichever is first, you will have company-paid medical coverage for you and your eligible Dependents.

If you enroll within 31 days of your date of hire, any optional coverage you choose will be effective on the date the InfoCenter received your choices. Deductions reflecting your choices will begin with the next pay cycle following the effective date of your coverage.

NNI-LTD-00004566

### If You Do Not Enroll

If you do not enroll for FLEX within 31 days of your date of hire (or eligibility date), you will not have Optional FLEX Benefits, except for the Medical Plan, where you will be defaulted to coverage for you only. You must wait until an Annual Enrollment period, or until you experience a Qualified Family Status Change (Life Event), to enroll in Optional FLEX Benefits.

Your Core FLEX Benefits include:

- Short-Term Disability (100% of FLEX Earnings for up to the first 6 weeks, then 70% for up to the next 20 weeks)
- Long-Term Disability (60% of FLEX Earnings)*
- Employee Life Insurance (1 X FLEX Earnings)
- Business Travel Accident Insurance (5 X FLEX Earnings)
- Travel Well Service

\* *If you are a new hire, you will not be covered for 12 months for any disability caused by, contributed to or resulting from a Preexisting Condition occurring within 90 days of your coverage's Effective Date.*

# During the Annual Enrollment Period

Each year during the Annual Enrollment period (generally in the fall), you will make your FLEX selections for the next Plan Year. Before the Annual Enrollment period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll.

*The FLEX selections you make during the Annual Enrollment period will go into effect on the first day of the following Plan Year...*

The FLEX selections you make during the Annual Enrollment period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Qualified Family Status Change.

# Evidence of Insurability

You may be required to provide Evidence of Insurability (EOI) when you enroll for certain Optional Employee Life or Optional Dependent Life coverages during the Annual Enrollment period, when you change coverage because of a Qualified Family Status Change (Life Event) or as a new hire.

*You may be required to provide Evidence of Insurability...when you enroll for certain Optional Employee Life or Optional Dependent Life coverages...*

NNI-LTD-00004567

To provide EOI, you will have to submit a completed medical questionnaire to the Claims Administrator, and you may have to provide additional information. For example, you may be asked to have a physical exam or laboratory work, at your expense. (If you participate in the medical plan's managed care option, these medical expenses may be covered at in-network rates when you use your Primary Care Physician and submit a Claim form. Any charges for completing paperwork will be at your expense.)

EOI must be satisfactory to the Claims Administrator before coverage can be approved. The Claims Administrator uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Life Insurance coverage will be provided at the existing level while the decision on your EOI is pending.

# WHEN COVERAGE BEGINS

## When You Are First Hired

On your first day of work at the Company as an eligible Employee, you are automatically covered by the following benefits:

- Medical  You and your eligible Dependents are covered up to the first 31 days of employment under either the UnitedHealthCare PPO option, if you live in a network area, or the CIGNA Out-of-Area Comprehensive option, if you live in a non-network area

- Short-Term Disability  100% of FLEX Earnings for up to the first 6 weeks, then 70% of FLEX Earnings for up to the next 20 weeks for you only

- Long-Term Disability  50% of FLEX Earnings for you only*

- Employee Life Insurance: 1 X FLEX Earnings for you only

- Business Travel Accident Insurance: 5 X FLEX Earnings (maximum coverage $1,000,000) for you only (or a percentage of FLEX Earnings based on loss)

- Travel Well Service: Covers Nortel Networks employees and company-sponsored dependents for medical emergencies while traveling on Nortel Networks business only

* *If you are a new hire, you will not be covered for 12 months for any disability caused by, contributed to by or resulting from a Preexisting Condition occurring within 90 days of your coverage effective date.*

NNI-LTD-00004568

The coverage remains in effect until you make your Optional FLEX Benefits choices. If you do not enroll within 31 days of your date of hire, you will receive Core coverage (as defined on pages 6 and 7) for you only and your Dependents will not be enrolled.

# Optional FLEX Benefits

You may enroll for Optional FLEX Benefits within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) or during an Annual Enrollment period. The Optional FLEX Benefits you are eligible to choose from are shown on your Personalized Enrollment Worksheet.

Your coverage will begin as follows:

| If you enroll and pay the required contribution... | Your coverage will be effective on...* |
| --- | --- |
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs for all plans except the Reimbursement Account plans.** Note: Some events allow for a choice in coverage Effective Date. Contact the InfoCenter if you have any questions after reviewing your Personalized Enrollment Worksheet. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will not have Optional FLEX Benefits, and you must wait until an Annual Enrollment period (or experience a new Qualified Family Status Change (Life Event)) to make an Optional FLEX Benefits selection.

\*  For the Life Insurance Plan, the Effective Date is after EOI is approved by the Claims Administrator.

\* \* For the Reimbursement Account plans, the Effective Date is the first day of the first full pay period beginning after the Effective Date of the change.

NNI-LTD-00004569

## Delay of Effective Date

If you are not Actively at Work on the day enrollment or a coverage change would otherwise be effective, the Effective Date may be delayed until you are back at Active Work. Note that the Actively at Work requirement will not apply in instances in which such requirement violates federal law.

Additionally, your Effective Date for coverage may be delayed for certain Optional Employee Life and/or Optional Dependent Life selections while EOI (see page 7 for the definition of EOI) is pending approval.

# CHANGING YOUR SELECTIONS

*Most of your FLEX selections remain in effect the entire Plan Year...and may not be changed.*

Most of your FLEX selections remain in effect the entire Plan Year (usually January 1 through December 31) and may not be changed.

*You may make certain changes in your coverage during the year if you or a family member experiences a Qualified Family Status Change...*

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following life events. Other than Annual Enrollment, these are the only times you can change your FLEX choices. The list of Qualified Family Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility,
- Divorce or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,
- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time or a paid leave of absence),
- Change in your spouse's or enrolled Domestic Partner's employment status affecting benefits eligibility (such as from or to part-time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004570

- You, your spouse or enrolled Domestic Partner takes an unpaid leave of absence,

- Relocations affecting a Medical Plan network availability,

- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing coverage,

- You, your spouse or enrolled Domestic Partner becomes eligible for Medicare or Medicaid,

- Shift change,

- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),

- Loss of employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),

- Covered child's loss of Dependent status (i.e., no longer a full-time student),

- Dependent child becomes eligible (i.e., becomes a full-time student),

- Termination of your relationship with an enrolled Domestic Partner, or

- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends.

The benefit selections you may make must be consistent with the Qualified Family Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must request the change, document the qualifying event and the InfoCenter must receive your FLEX Enrollment Change form within 31 days of the occurrence. A Qualified Family Status Change Affidavit, which proves that the event occurred, is required.

If you return your required documentation more than 31 days after your event occurred, your coverage will not become effective until all documentation is received (i.e., via fax or mail) in the InfoCenter.

If more than 31 days has elapsed since the date of your Life Event, you may change options in which you are currently enrolled only at the next Annual Enrollment period or your next Qualified Family Status Change (Life Event). The FLEX Plan does provide for you to request an addition or deletion of dependent coverage for your current medical and/or dental, vision and hearing care options. However, this must be done within 12 months after the Life Event occurred and within the Calendar Year in which the 31-day enrollment period ended. No other changes to Optional FLEX Benefits are permitted outside the 31-day enrollment period.

Please note:

- Coverage for Dependents who become ineligible is terminated back to the date of the event that made them ineligible
- Most HMOs do not allow additions past 31 days of the event.

# COST OF COVERAGE

## FLEX Credits

*Each option under FLEX has its own price tag; the more extensive the coverage, the higher the cost. The Company helps you purchase these benefits by giving you FLEX Credits.*

Each option under FLEX has its own price tag; the more extensive the coverage, the higher the cost. The Company helps you purchase these benefits by giving you FLEX Credits. If you choose more coverage than your FLEX Credits will buy, you will pay the difference with Payroll Deductions each pay period. On the other hand, if you choose options that cost less than your FLEX Credits, you may direct the excess into a Reimbursement Account (which you will have to use by the end of the year) or receive it as additional taxable pay each pay period.

All full-time and part-time Employees receive the same number of FLEX Credits.

*The amount of FLEX Credits you receive is printed on the Personalized Enrollment Worksheet you receive before you enroll.*

The amount of FLEX Credits you receive is printed on the Personalized Enrollment Worksheet you receive before you enroll. Each year, the Company will evaluate the amount of FLEX Credits provided to Employees and the FLEX Plan prices. Adjustments may be made from year to year.

NNI-LTD-00004572

# Your Contributions

You make Before-Tax Contributions for the following plans:

- Medical*
- Dental, Vision and Hearing Care*
- Disability
- Reimbursement Accounts

*The cost of health care coverage for a Domestic Partner and a Domestic Partner's Child(ren) is after-tax.*

When you pay for benefits before-tax, it means that the cost of coverage is deducted from your pay before federal taxes are taken out (as well as most state and local taxes, except in New Jersey and Pennsylvania). Because your taxable income is effectively lowered, therefore, you pay less in taxes. You do not pay FICA (Social Security) tax on these benefits, so your Social Security benefits may be reduced slightly in the future. These Before-Tax Contributions will not affect the amount of your other benefits (like Life Insurance), which are calculated based on your FLEX Earnings.

You make After-Tax Contributions for the following benefits:

- Optional Employee Life
- Optional Dependent Life
- Optional AD&D Insurance

*When you pay for benefits before-tax... your taxable income is effectively lowered, therefore, you pay less in taxes.*

NNI-LTD-00004573

# FLEX EARNINGS

*FLEX Earnings equal your base salary.*

FLEX Earnings equal your base salary. If you are a part-time Employee regularly scheduled to work 20 to 34 hours per week, your FLEX Earning are based on a 25-hour work week. If you are a part-time Employee regularly scheduled to work 35 to 37.5 hours per week, your FLEX earning are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

*If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses).*

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your hire date |
| Part-time to full-time or vice versa | Effective date of employment status change |

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll deductions and credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

NNI-LTD-00004574

# WHEN COVERAGE ENDS

Coverage under the following benefits ends on the last day of the month when your eligibility or your Dependents' eligibility ends:

- Medical
- Dental, Vision and Hearing Care

Coverage under the following benefits ends on the date when your eligibility or your Dependents' eligibility ends:

- Life and Accidental Death & Dismemberment (AD&D)
- Business Travel Accident Insurance
- Short-Term and Long-Term Disability
- Reimbursement Accounts

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, and how the Company may amend the plan.





Replace with Medical Tab

NNI-LTD-00004576

# IN THIS SECTION

INTRODUCTION ........................................................................................................ 1

AN IMPORTANT NOTE ABOUT THIS SECTION ................................................ 2

PLAN HIGHLIGHTS ............................................................................................... 3

ELIGIBILITY ............................................................................................................ 4
    For You ............................................................................................................... 4
    For Your Dependents ........................................................................................ 5
    For Your Domestic Partner and His or Her Child(ren) .................................. 6
    Special Eligibility Rules ................................................................................... 6

PARTICIPATION ..................................................................................................... 8
    Medical FLEX Benefits .................................................................................... 8

WHEN COVERAGE BEGINS ................................................................................ 9
    Special Enrollment Period ............................................................................... 10
    Delay of Effective Date .................................................................................... 10
    Special Dependent Coverage Rules for Newborn Children ........................... 11
    Rules for HMO Optional Enrollment ............................................................. 11

CHANGING YOUR SELECTION ......................................................................... 12

COST OF COVERAGE ........................................................................................... 12

MAINTENANCE OF BENEFITS .......................................................................... 12

HOSPITAL PRECERTIFICATION ....................................................................... 14
    How Precertification Works ............................................................................. 15
    In an Emergency ............................................................................................... 15
    If You Do Not Complete the Precertification Process .................................... 15

HOSPITAL AUDIT REWARD PROGRAM (HARP) ........................................... 16

LIFETIME MAXIMUM ........................................................................................... 17

AUTOMATIC LIMITED RESTORATION ........................................................... 17

COVERED EXPENSES ............................................................................................ 18
    Medical Therapy Program .................................................................................. 18
    Mental Health/Substance Abuse Treatment Benefits .......................................... 19
    Prescription Drug Benefits ................................................................................. 24
    Preventive Care Benefits .................................................................................... 28
    Other Covered Expenses .................................................................................... 30

WHAT IS NOT COVERED ...................................................................................... 41

HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK ...................... 47
    Network Medical Plan Names ............................................................................ 47
    Your Primary Care Physician (PCP) .................................................................. 48
    Plan Benefits ..................................................................................................... 49
    Your Medical ID Card ....................................................................................... 54
    Member Services ............................................................................................... 54
    Managed Care Options Summary of Medical Benefits ....................................... 55

HOW THE COMPREHENSIVE OPTIONS WORK ................................................ 64
    Annual Deductible ............................................................................................ 64
    Reimbursement Level ........................................................................................ 64
    Out-of-Pocket Maximum ................................................................................... 64
    Common Accident Exception ............................................................................ 65
    Hospital Precertification .................................................................................... 65
    Filing Medical Claims ....................................................................................... 65
    Payment of Medical Claims ............................................................................... 65
    Comprehensive Options Summary of Medical Benefits ...................................... 66

WHEN COVERAGE ENDS ...................................................................................... 70
    For You ............................................................................................................. 70
    For Your Dependents ........................................................................................ 70
    Continuing Coverage ........................................................................................ 71

RIGHT TO CERTIFICATE OF HEALTH COVERAGE ........................................... 75

ADMINISTRATIVE INFORMATION ...................................................................... 75

# *Medical Plan*

# INTRODUCTION



The Company offers a variety of medical options to help protect you and your family from the high cost of medical treatment or hospitalization.

This is a brief description of the various options the Company has designed for your review and selection. Please read this description carefully to understand the options the Company is offering to you.

The Medical Plan options available to you depend on where you live. If you live in a specified Service Area where networks exist, you may enroll in one of the following "Network Area" options:

- No Coverage
- Comprehensive
- Point-of-Service (POS)
- Preferred Provider Organization (PPO)
- Exclusive Provider Organization (EPO) (where available)
- Health Maintenance Organization (HMO) (where available)

*The Company offers a variety of medical options to help protect you and your family from the high cost of medical treatment or hospitalization.*

If there are no networks in your area, then you may enroll in one of the following "Non-Network Area" options:

- No Coverage
- Out-of-Area Comprehensive
- Health Maintenance Organization (HMO) (where available)

You may be covered by only one option at a time. Your Personalized Enrollment Worksheet indicates which options are available to you.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00004579

# AN IMPORTANT NOTE ABOUT THIS SECTION

*None of the information in this Medical Plan section applies to HMO coverage plan details or the Hawaii PPO, unless noted.*

**This Medical Plan section provides general information about the Managed Care and Comprehensive Medical Plan options. None of the information in this section applies to HMO coverage plan details or the Hawaii PPO, unless noted. If you are in an HMO or the Hawaii PPO, you will be receiving separate information about your coverage from the HMO or Hawaii PPO.**

In addition, because the Managed Care options may contain slightly different features depending on your Network Provider, please refer to the Administrative Information section of this binder for information on where to find specific details of your selected coverage.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Medical Plan can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

NNI-LTD-00004580

# PLAN HIGHLIGHTS

### Network Area Medical Options

| Description | Comprehensive Option | Point-of-Service (POS) Option | | Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option |
|---|---|---|---|---|---|---|
| | | In-Network | Out-of-Network | In-Network | Out-of-Network | |
| **Deductible** | | | | | | |
| Annual Individual | $200 | None | $150 | $150 | $300 | None |
| Annual Family | $600 | None | $450 | $450 | $900 | None |
| Separate deductible for hospital admission[1] | $150 | $150 | $300 | $150 | $300 | $100 |
| **Reimbursement** | | | | | | |
| Hospital | 80%[1,4,5] | 100%[4,5] | 80%[2,3,4,5] | 90%[1,4,5] | 70%[1,4,5] | 100%[4,5] |
| Office Visits | 80%[2,3] | $15 Copay | 80%[2,3] | $15 Copay | 70%[2,3] | $10 Copay |
| **Out-of-Pocket Maximum[6]** (Plus Deductible/Copay) | | | | | | |
| Individual | $1,500 | None | $1,500 | $750 | $2,250 | None |
| Family | $3,000 | None | $3,000 | $1,500 | $4,500 | None |
| **Lifetime Medical Maximum** | $1,000,000 | Unlimited[7] | $1,000,000[7] | Unlimited[7] | $1,000,000[7] | Unlimited |

One or more HMO options may also be available to you.

### Non-Network Area Medical Option

#### Out-of-Area Comprehensive Option

| | |
|---|---|
| **Deductible** | |
| Annual Individual | $200 |
| Annual Family | $600 |
| Separate deductible for hospital admission[1] | $150 |
| **Reimbursement** | |
| Hospital | 80%[2,3,1,5] |
| Office Visits | 80%[2,3] |
| **Out-of-Pocket Maximum[6]** (Plus Deductible/Copay) | |
| Individual | $1,500 |
| Family | $3,000 |
| **Lifetime Medical Maximum** | $1,000,000 |

One or more HMO options may also be available to you.

[1]  Precertification required.
[2]  Based on Reasonable and Customary (R&C) limits.
[3]  Subject to annual Deductible.
[4]  If precertified.
[5]  Less Deductible per Hospital confinement.
[6]  Out-of-pocket maximum does not include deductibles, copayments, and any amounts you pay above reasonable and customary (R&C).
[7]  In-Network Benefits count towards Out-of-Network Benefit maximum.

NNI-LTD-00004581

# ELIGIBILITY

## For You

*You are eligible for the Medical Plan if you are a regular Employee working 20 or more hours per week.*

You are eligible for the Medical Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Medical Plan unless specified in the collective bargaining agreement.

If you are an eligible Employee located in Puerto Rico, you are not eligible for the U.S. Managed Care options. You will be eligible for similar coverage under the Preferred Provider Organization (PPO) option and the Comprehensive option for Puerto Rico Employees administered by CIGNA.

If you are an eligible Employee located in Hawaii, you are not eligible for the U.S. Managed Care or Comprehensive options. You will be eligible for coverage under the Hawaii United Healthcare (UHC) Preferred Provider Organization (PPO) option for Hawaii Employees. All Mental Health/ Substance Abuse Treatment and Prescription Drug benefits are covered under the Hawaii UHC PPO.

If you are a short-term or long-term expatriate Employee on international assignment for the Company (as defined by the Company), you are not eligible for the FLEX Benefits Medical Plan. You will be eligible for health care coverage under the International Health Services Plan. If you are a short-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents do not accompany you on the assignment, you are eligible to continue your FLEX Benefits Medical Plan coverage for your eligible Dependents only. If this situation applies to you, you will be given additional information about your benefits from the International Health Services group at the commencement of your international assignment.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004582

# For Your Dependents

If you are eligible for and enrolled in Medical Plan coverage, you may enroll your eligible Dependents. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),

- your unmarried child(ren) and/or Domestic Partner's child(ren) under age 19. "Children" include:

  – your natural or legally adopted (or placed for adoption) Children

  – your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- your unmarried child(ren) and/or Domestic Partner's Child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and

- your eligible physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) age 19 or over who are Wholly Dependent on you for support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to the InfoCenter within 31 days of your child turning age 19 for that child to be considered an eligible Dependent.

*If you are eligible for and enrolled in Medical Plan coverage, you may enroll your eligible Dependents.*

Your Children will be eligible for the Medical Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the Health Care Plans. Coverage under the Plan will be provided in accordance with the Plan and applicable federal and state law. Federal Law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the Plan's procedure for determining if the order is valid. Coverage under the Plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A Qualified Medical Child Support Order cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, please contact the InfoCenter.

NNI-LTD-00004583

# For Your Domestic Partner and His or Her Child(ren)

*You may also enroll your Domestic Partner and the Child(ren) of your Domestic Partner for the Medical Plan ...if they meet the plan's eligibility requirements.*

You may enroll your Domestic Partner in the Medical Plan, when your relationship with that person meets the plan's eligibility requirements and when the Company has given you written approval of the Affidavit of Domestic Partnership. You may also enroll Child(ren) of your Domestic Partner if they meet the definition of an eligible Dependent as described on page 5.

*...the cost of the coverage for a Domestic Partner and your Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings.*

However, special tax and legal considerations apply when covering a Domestic Partner and/or your Domestic Partner's Child(ren). For example, the cost of the coverage for your Domestic Partner and/or Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings. As a result, you may wish to consult with a tax or legal advisor before enrollment.

See the Administrative Information section for details about the requirements for enrolling your Domestic Partner and/or your Domestic Partner's Children.

# Special Eligibility Rules

## If You and Your Spouse (or Domestic Partner) Both Work for the Company

If both you and your spouse (or Domestic Partner) are eligible to participate in the Medical Plan, then special rules apply for enrolling in the Medical Plan. You may enroll as an Employee or as a Dependent, but not both. Only one of you may enroll your eligible Children as Dependents. In addition, both you and your spouse (or enrolled Domestic Partner) must select the same plan in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.

NNI-LTD-00004584

### If You and Your Child (or Domestic Partner's Child) Both Work for the Company

Your Child (or Domestic Partner's Child) will not be considered an eligible Dependent if your Child is covered under this plan as an Employee.

### If Your Eligible Dependent is in the Armed Forces

Your eligible Dependent is not eligible for coverage while on Active Duty in the armed forces of any country.

### If You Have a Split Family

If you have eligible Dependents who permanently live apart from you (e.g., as a result of a divorce) and you want to enroll them in the Plan, you must enroll them in the Medical Plan option you choose for yourself. If you are enrolled in a Managed Care option, they may receive In-Network Benefits if your Network Provider offers a network where your Children live, and the Company contracts with the plan in that area. Otherwise, they will receive Out-of-Network Benefits.

### If Your Dependent is a College Student

If you have eligible Dependents who are attending college full-time out of your Service Area, you must enroll them in the Medical Plan option you choose for yourself. If you are enrolled in the POS or EPO Managed Care option, they may choose a Primary Care Physician in your network to receive In-Network care while at home. At school, they will receive Out-of-Network Benefits for medical care, except for Emergency treatment. If your Network Provider offers a network where they go to school, and the Company contracts with the plan in that area, they may receive In-Network medical care while at school. Otherwise, they will receive Out-of-Network Benefits for medical care, except for Emergency treatment.

NNI-LTD-00004585

# PARTICIPATION

*The Medical Plan options available to you depend on whether you live in a Network Area or a Non-Network Area. Your Personalized Enrollment Worksheet will show your options.*

Medical Plan benefits are available on your Hire Date provided you turn in an enrollment form where required (within 31 days) and make the required Employee Contributions.

## Medical FLEX Benefits

The Medical Plan options available to you depend on whether you live in a Network Area or a Non-Network Area. Your Personalized Enrollment Worksheet will show your options. If you have any questions about Network Areas, please call the InfoCenter at 1-800-676-4636.

If you live in a Network Area, you may enroll in one of the following options:

- No Coverage
- Comprehensive
- Point-of-Service (POS)
- Preferred Provider Organization (PPO)
- Exclusive Provider Organization (EPO) (where available)
- Health Maintenance Organization (HMO) (where available)

If you live in a Non-Network Area, you may enroll in one of the following options:

- No Coverage,
- Out-of-Area Comprehensive
- Health Maintenance Organization (HMO) (where available)

If you choose to enroll, you will also have four choices of coverage levels:

- You only,
- You and your Child(ren) and/or your Domestic Partner's Child(ren),
- You and your Spouse (or Domestic Partner), or
- You and your Family (Spouse or Domestic Partner, Child(ren) and/or your Domestic Partner's Child(ren))

NNI-LTD-00004586

# WHEN COVERAGE BEGINS

Medical coverage is available on the first day you are a new Employee or newly eligible for FLEX. You may enroll for Medical coverage within 31 days of your date of hire or the date you become FLEX eligible as a new Employee, when you experience a Qualified Family Status Change (as described in the FLEX Overview section on pages 10 – 11) or during an Annual Enrollment period.

*Medical coverage is available on the first day you are a new Employee or newly eligible for FLEX.*

Your coverage will begin as follows:

| *If you enroll and pay the required contribution …* | *Your coverage will be effective on …* |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances for Medical coverage, you will have to wait until the next Annual Enrollment period (or the date you experience a Qualified Family Status Change) to make a Medical Plan selection. After the first 31 days of coverage, your eligible dependents will not have Medical coverage unless you enroll them within the periods described above.

However, if you are a new employee, you will have company-paid coverage under the Preferred Provider Organization (PPO) option (if you live in a network area) or the Out-of-Area Comprehensive option (if you live in a non-network area) for your eligible Dependents until you make an election or for the first 31 calendar days of your employment (whichever is sooner). After the

NNI-LTD-00004587

first 31 calendar days of your employment, your eligible Dependents will not have medical coverage unless you enroll them in an option of your choice within those first 31 calendar days.

# Special Enrollment Period

If you or your Dependents declined coverage under this Plan because you or they have medical coverage elsewhere and one of the following events occurs, you have 31 days from the date of the event to enroll yourself and/or dependents in this Plan.

- You and/or your Dependent(s) lose the other health coverage because eligibility was lost for reasons including legal separation, divorce, death, termination of employment or reduced work hours (but not due to failure to pay premiums on a timely basis, voluntary disenrollment, or termination for cause).
- The employer contributions to the other coverage have stopped.
- The other coverage was COBRA and the maximum COBRA coverage period ends.

As an employee, you may enroll your new spouse within 31 days of your marriage and a new child within 31 days of his/her birth, adoption or placement for adoption. In addition, if you are not enrolled in the Plan as an employee, you also must enroll in the Plan when you enroll any of these dependents. And, if your spouse or Domestic Partner is not enrolled in the Plan, you may enroll him/her in the Plan when you enroll a child due to birth, adoption or placement for adoption. Coverage can be retroactive to the date of marriage, birth, adoption, or placement for adoption.

# Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work, regardless of the reason for your absence. (Note that this provision will not apply in instances in which doing so would violate Federal law.) The enrollment or change in coverage for an eligible Dependent will become effective without regard to whether he or she is confined for medical treatment on the effective date. Your eligible Newborn child will be covered for at least the first 31 days immediately following birth while in the Hospital.

# Special Dependent Coverage Rules for Newborn Children

The following rules apply with respect to a child born to you when you:

- are covered under the Plan, and
- are not covered for that child under the above rules.

You will become covered for that child from the moment of the child's birth. The benefits for the child will end as described in "When Coverage Ends" on page 70, except that:

- any Qualified Dependent child born while you are covered for Employee Coverage will be covered from birth for a period of at least thirty-one (31) days. Such coverage on a newborn child will be continued beyond that thirty-one (31) day period if:

  - you elect coverage for the child no later than thirty-one (31) days after the child's birth.

You must still notify the InfoCenter of the birth of your child within 31 days of the birth in order to have continuous coverage for that child. Neither submission of paperwork after the thirty-one (31) day deadline nor any evidence of good health will continue coverage for the child beyond that period if you do not elect coverage for the child within 31 days of the child's birth.

# Rules for HMO Optional Enrollment

If you and your eligible Dependents are currently enrolled in a Health Maintenance Organization (HMO), you are not eligible for coverage under any of the other Medical Plan options during the time you are covered under any HMO option provided under this Medical Plan. In addition, no benefits will be payable under any other Medical Plan option for any services or supplies you receive while enrolled in the HMO.

If you and your eligible Dependents were previously enrolled in an HMO, but are no longer enrolled, you may elect coverage under the Medical Plan provided you and your Dependents meet the Medical Plan's eligibility requirements. However, you will have to wait for an Annual Enrollment to elect other Medical Plan coverage, unless your HMO enrollment ended because:

- your residence moved outside the HMO's Service Area, or
- the HMO ceased operations.

NNI-LTD-00004589

# CHANGING YOUR SELECTION

*Your Medical Plan selection remains in effect the entire Plan Year. You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section of this handbook on pages 10 – 11.*

Your Medical Plan selection remains in effect the entire Plan Year. You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section of this handbook on pages 10 – 11.

# COST OF COVERAGE

You and the Company share the cost of Medical coverage. Your contributions for coverage will be made with FLEX Credits and/or through Before-Tax Payroll Deduction.

# MAINTENANCE OF BENEFITS

*The Medical Plan options contain the Maintenance of Benefits provision which coordinates benefits available from more than one plan.*

The Medical Plan options contain the Maintenance of Benefits provision which coordinates benefits available from more than one plan. For example, if both you and your spouse (or Domestic Partner) are working, you and your eligible Dependents may be covered under both the Company plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all medical programs so that you can receive up to but no more than the amount that would have been covered by the Company plan. A medical program is defined as any of these which provide benefits or services for, or by reason of, medical care or treatment:

- Coverage under a governmental plan (e.g., Medicare) or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:

NNI-LTD-00004590

– school accident-type coverage for grammar school or high school students, or

– any individually underwritten and issued contract or plan of insurance that meets both of these tests:

- it provides solely for Accident and Sickness benefits, and

- it is a contract or plan of insurance for which the insured, or member of the insured's family, or the insured's guardian has paid 100% of the premiums.

• Medical coverage under the "no fault" or medical payments provisions of an automobile insurance contract.

The Maintenance of Benefits provision reduces the advantages of double coverage, so you should decide whether you wish to be covered by the Company or by your spouse's (or Domestic Partner's) employer.

Here is how the Maintenance of Benefits provision works:

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Company's Medical Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. This means that you will not receive any benefits from the Medical Plan if the primary plan pays benefits that are equal to or greater than the benefits the Medical Plan would normally pay. Remember, both the primary and secondary plans' deductibles must be satisfied before any plan benefits will be paid.

Determination of which plan is primary is as follows:

• Coverage as an employee is considered primary over coverage as a Dependent.

• When a Dependent Child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan unless the Dependent Child's parents are separated or divorced. Then the following applies:

1. The plan of the parent with custody pays first.

2. The stepparent's plan pays next.

3. The parent without custody pays next.

4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.

*The Maintenance of Benefits provision coordinates benefits provided under all medical programs so that you can receive up to but no more than the amount that would have been covered by the Company plan.*

*The Maintenance of Benefits provision reduces the advantages of double coverage, so you should decide whether you wish to be covered by the Company or by your spouse's (or Domestic Partner's) employer.*

*The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary."*

NNI-LTD-00004591

- If both parents have the same birthday, the benefits of the plan which covered the parent longer are determined before those of the plan which covered the other parent for a shorter period of time.

- Coverage as an active Employee or that Employee's Dependent is determined before coverage as a laid off or retired Employee. If the other plan does not have this rule, and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.

- When none of the above circumstances applies, the coverage you have had for the longest time pays first.

When the above rules reduce the Plan's benefits, the benefits in each coverage category are reduced proportionately to its reimbursement level in the same manner as if no reduction in benefits had been applied.

*If you select your spouse's (or Domestic Partner's) medical coverage and that coverage ceases during the year as the result of a Qualified Family Status Change, you may return to the Company plan of your choice within 31 days of the loss of coverage...*

If you select your spouse's (or Domestic Partner's) medical coverage and that coverage ceases during the year as the result of a Qualified Family Status Change, you may return to the Company plan (according to what is available based on your home ZIP code) within 31 days of the loss of coverage, with no Evidence of Insurability required. However, you will be required to provide proof of the loss of coverage.

# HOSPITAL PRECERTIFICATION

*A Note About Managed Care Options: If you are in a Managed Care option, in-network Hospital Precertification is handled by your PCP or specialist. Call Member Services for details about your network's out-of-network Hospital Precertification process.*

If you are enrolled in the Comprehensive option, or if you receive care Out-of-Network under the POS or PPO option, you must precertify Hospital admissions. Precertification is a program designed to help save you and the Company time and money, and to ensure a high level of medical care. It helps you make informed decisions about proposed treatment, and encourages Physicians to provide care in the most appropriate setting for your situation. Your Doctor still directs your treatment, and you make the final decision about the treatment you receive.

NNI-LTD-00004592

## How Precertification Works

If you or a covered Dependent is scheduled for a Hospital admission, you must have the admission authorized ahead of time for full benefits to be paid. You or your Doctor begin the review and authorization process by calling the phone number on your Medical Plan ID card.

You and your Doctor will be notified if the treatment is certified. In some cases, alternate treatment options and benefits will be suggested.

If the admission is not certified even after further review and contact with your Doctor, you will be notified of the reasons why and given the opportunity to appeal the decision. Please refer to pages 15 –16 of the Administrative Information section of this handbook for further details on the appeal process.

## In an Emergency

If you are hospitalized as a result of an Emergency situation, you, your Doctor or your covered Dependent must call the Hospital Precertification number within 48 hours following your admission.

## If You Do Not Complete the Precertification Process

If you do not complete the Hospital Precertification process before your admission to the Hospital or after an Emergency admission, benefits will be reduced by an additional 20% if the confinement is determined to be medically necessary. If you decide upon hospitalization after a precertification denial, you will be required to pay 100% of the charges.

And if you stay in the Hospital longer than the approved length of stay, you will be responsible for 100% of the charges for the excess days.

*If you or a covered Dependent is scheduled for a Hospital admission, you must have the admission authorized ahead of time for full benefits to be paid.*

NNI-LTD-00004593

# HOSPITAL AUDIT REWARD PROGRAM (HARP)

All Medical Plan options participate in the Hospital Audit Reward Program. By reviewing your Hospital bills for accuracy, you could be eligible for a cash reward if you find an error in billing. A billing error is defined as a bill which includes services not provided to you. It does not include mathematical errors or typing errors.

Each time your efforts lead to a corrected Hospital billing and the error would have resulted in an overpayment, you will receive 50% of the benefit overpayment that would have been made. There is a minimum reward of $10 (i.e. a $20 bill error) and a $500 maximum reward (i.e. a $1,000 billing error) if you can determine an error was made.

If you find an error on a Hospital bill, contact the InfoCenter to receive a HARP form. In addition, you may be required to contact your Provider, Hospital and/or carrier. The InfoCenter will submit the HARP form directly to the Medical Plan. You will be reimbursed through payroll.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004594

# LIFETIME MAXIMUM

The Lifetime Maximum benefit for the Comprehensive and Out-of-Area Comprehensive options is $1,000,000 per person. The PPO and POS options' Out-of-Network Lifetime Maximum benefit is $1,000,000 per person. This is a total of all benefits paid under these Medical Plans. There is no Lifetime Maximum benefit under the PPO and POS options' In-Network benefit. There is no Lifetime Maximum benefit under the EPO option.

# AUTOMATIC LIMITED RESTORATION

If you are enrolled in the Comprehensive option, or if you receive care Out-of-Network under the options, at the start of each Calendar Year, any previously used part of the Lifetime Maximum benefit will be restored for future charges, up to the lesser of:

- $2,000 or
- the amount needed to restore the full maximum.

Here's an example of automatic limited restoration:

| | |
|---|---|
| 1998 Lifetime Maximum equals | $ 1,000,000 |
| 1998 Benefits paid equals | 975,000 |
| 1998 Balance available equals | 25,000 |
| Amount restored | 2,000 |
| 1999 Lifetime Maximum available | 27,000 |
| OR | |
| 1998 Lifetime Maximum equals | $ 1,000,000 |
| 1998 Benefits paid equals | 1,200 |
| 1998 Balance available equals | 998,800 |
| Amount restored | 1,200 |
| 1999 Lifetime Maximum available | 1,000,000 |

*The Lifetime Maximum benefit for the Comprehensive and Out-of-Area Comprehensive options is $1,000,000 per person. The PPO and POS options' Out-of-Network Lifetime Maximum benefit is $1,000,000 per person. There is no Lifetime Maximum benefit under the PPO and POS options' In-Network benefit. There is no Lifetime Maximum benefit under the EPO option.*

NNI-LTD-00004595

# COVERED EXPENSES

In general, the following medical expenses (on pages 18 – 40) are covered under all Medical Plan options, except HMOs. However, the Managed Care options may have slight variations. The Administrative Information section contains a listing of where you can find specific details on Covered Expenses under your selected Medical Plan option.

*To be an eligible medical expense, the service must be Medically Necessary. The "Summary of Benefits" on pages 22 – 23, 55 – 63 and 66 – 69 shows the details on benefit levels and limits for Covered Expenses.*

To be an eligible medical expense, the service must be Medically Necessary. In some cases, the charges may be subject to Reasonable and Customary limits or other limits and maximums. The "Summary of Benefits" on pages 22 – 23, 55 – 63 and 66 – 69 shows the details on benefit levels and limits for Covered Expenses. Expenses specifically excluded from coverage are shown on pages 41 – 46.

## Medical Therapy Program

All Medical Plan options, including some HMOs and the Hawaii PPO, offer you and your eligible Dependents access to the finest Hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties and other procedures. These services are provided through CIGNA's LIFESOURCE Organ Transplant Network® and UnitedHealthcare's United Resource Network. Your Medical Plan enrollment directs which of these programs you may use.

The LIFESOURCE Organ Transplant Network® and United Resource Network are nationally recognized for their delivery of highly specialized procedures and for the state-of-the-art care they provide to their patients. However, you do not have to use the LIFESOURCE Organ Transplant Network® or the United Resource Network to receive benefits for these procedures or therapies.

### What is Covered

The program covers both the procedure itself, according to the Medical Plan option you select, and transportation to and from the Hospital for the patient and one companion.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004596

## Companion Travel Program

Under the Companion Travel Program, you can choose a person to accompany you to the LIFESOURCE Organ Transplant Network® or United Resource Network for an approved organ transplant and to remain there for all or a portion of your stay. The Companion Travel Program pays benefits for some of the charges incurred by the person accompanying you.

For more information on the LIFESOURCE Organ Transplant Network,® United Resource Network and participating institutions, contact your Network's Member Services. Refer to the Administrative Information section of this handbook for a list of Member Services' addresses and phone numbers.

# Mental Health/Substance Abuse Treatment Benefits

## Employee Assistance Program

The Company offers a confidential Employee Assistance Program (EAP), administered by United Behavioral Health (UBH). This service is available to you and your eligible Dependents, even if you do not select Medical Plan coverage or if you are enrolled in an HMO or the Hawaii PPO. The EAP benefit offers confidential telephone assessment and referral to short-term counseling, if necessary.

You may receive up to eight routine outpatient visits (generally not exceeding a weekly 50-minute visit) per Plan Year through the EAP at no cost to you, as long as you receive counseling from an In-Network Provider. However, if you or your covered family members require additional outpatient treatment beyond the eight EAP visits, or any Inpatient treatment, these expenses will be covered according to the provisions of your selected Medical Plan option. If you are enrolled in any Medical Plan option, except an HMO or the Hawaii PPO, UBH will coordinate the additional care, and you will be required to pay the applicable Copays. If you choose to receive services from an Out-of-Network Provider, EAP benefits are not available to you and you will be responsible for any charges incurred. If you are enrolled in an HMO or the Hawaii PPO, medical coverage and mental health/substance abuse treatment benefits are provided through the HMO or the Hawaii PPO, whichever is applicable. Refer to your HMO or Hawaii PPO Member Handbook for coverage information on mental health or substance abuse treatment.

*The Company offers a confidential Employee Assistance Program… available to you and your eligible Dependents…even if you do not select Medical Plan coverage or if you are enrolled in an HMO or the Hawaii PPO.*

*The EAP benefit offers confidential telephone assessment and referral to short-term counseling, if necessary.*

NNI-LTD-00004597

If you or an eligible Dependent need assistance with work or family issues, mental health or substance abuse concerns, or other situations that may need the support of a professional, contact UBH at 1-800-842-2991.

## Managed Mental Health and Substance Abuse Program

If you select coverage under any of the Medical Plan options except an HMO or the Hawaii PPO, you have mental health and substance abuse treatment coverage in addition to the EAP, administered by UBH. Two levels of benefits apply for mental health and substance abuse treatment:

- Highest Benefit Level, which offers benefits when your care is certified by UBH and provided by a UBH Network Provider, and

- Alternate Benefit Level, which provides coverage when your care has been provided by an Out-of-Network Provider.

### Certified Care

To receive mental health and substance abuse treatment with no penalty or reduction in benefits, you must have your care certified by UBH.

*Highest Benefit Level:* If your care is certified by UBH and provided by a UBH Network Provider (In-Network Benefits), your benefits will, in most cases, be paid at 100%, less any applicable Copays, with no Deductible. (See the "Summary of Managed Mental Health/Substance Abuse Program Benefits" on pages 22–23 for further information.) Any charges you pay for mental health and substance abuse expenses do not apply to the Medical Plan's overall Out-of-Pocket Maximum.

*Alternate Benefit Level:* If your care is provided by a non-UBH provider (Out-of-Network Benefits), you will have to satisfy a $200 per person Deductible before your benefits can begin. All intermediate and inpatient levels of care need to be certified by UBH or benefits will be reduced. In addition, Out-of-Network coverage under the Mental Health and Substance Abuse Program is subject to Reasonable and Customary limits. You may be required to file a claim form with UBH to apply for reimbursement of eligible expenses under the Program. The reimbursement level will depend on the type of care you receive. Any charges you pay for mental health and substance abuse expenses do not apply to the Medical Plan's overall Out-of-Pocket Maximum.

NNI-LTD-00004598

There are no annual benefit maximums. The combined Lifetime Maximum benefit for inpatient and outpatient In-Network and Out-of-Network treatment is $1,000,000.

See the "Summary of Mental Health/Substance Abuse Benefits" on pages 22 – 23 for further details on In-Network and Out-of-Network coverage amounts.

**Uncertified Care**
If Inpatient treatment or other intensive levels of care are not certified by UBH, a $200 non-notification penalty will be applied and benefits will be reduced by an additional 10%. This non-notification penalty and 10% benefit reduction do not count toward the Medical Plan's overall Out-of-Pocket Maximum.

Outpatient treatment is retrospectively reviewed for medical necessity and, only if approved, paid against Reasonable and Customary charges.

NNI-LTD-00004599

# Summary of Managed Mental Health/Substance Abuse Program Benefits

| Description | In-Network | Out-of-Network |
|---|---|---|
| Employee Assistance Program (EAP) | Up to 8 routine outpatient visits per person; no Copay | No benefit |
| Calendar Year Deductible | None | $200/person[1] |
| Separate Deductible for Hospital Admission | None | $150/per admission[2][1] |
| **Inpatient Services**[3][4] | | |
| Mental Health | 100%, up to 60 days/year (no Copay) | 70% of eligible charges after a $200 Calendar Year Deductible and a $150 Hospital Deductible up to 60 days/year[1][1][8][9] |
| Substance Abuse | 100%, up to 30 days/year (no Copay) | 70% of eligible charges after a $200 Calendar Year Deductible and a $150 Hospital Deductible up to 30 days/year[2][1][8][9] with maximum of one episode/lifetime |
| Intermediate Care | 100%[1] | 80% of eligible charges after $200 Calendar Year Deductible and a $150 Hospital Deductible up to 60 days/year[2][1][8][9] |
| **Outpatient Services** | | |
| Individual Treatment | Visits 1-8: no Copay (EAP)  Visits 9-25: $20 Copay[5][6]  Visits over 25: $30 Copay[5][6] | 50% of reasonable and customary charges, after $200 deductible, up to 25 visits[8][9] per year |
| Group Treatment | Visits 1-8: no Copay (EAP)  Visits 9-25: $10 Copay[5][6]  Visits over 25: $20 Copay[5][6] | 50% of reasonable and customary charges, after $200 deductible, up to 25 visits[8][9] per year |
| In-Home Mental Health Care | 100%[6] | No benefit |
| Drug Testing as an Adjunct to Substance Abuse Treatment | 100%[6] | No benefit |
| Medication Management | $5 Copay for up to 30-minute visit, no limit[7] | No benefit |
| Calendar Year Out-of-Pocket Maximum (excluding Deductible and Copays) | None | None |
| Lifetime Maximum (separate from Lifetime Maximum for medical expenses) | $1,000,000 combined | |

NNI-LTD-00004600

NOTES

[1] *Inpatient and Intermediate Care are subject to Precertification. If there is a combined medical/ mental health or medical/substance abuse treatment admission, only the Inpatient Deductible for the primary diagnosis applies.*

[2] *The $150 per admission Hospital Deductible for Out-of-Network admissions applies after the annual $200 Deductible is met.*

[3] *If Hospital or Intermediate Care is not precertified, there is a non-notification penalty of $200 plus 10% of the remaining Hospital bill. There is a 48-hour grace period for Emergencies.*

[4] *Includes, but is not limited to, 24-hour Intermediate Care Facilities, e.g., residential treatment, group homes, half-way houses, therapeutic foster care, day/partial Hospitals, structured outpatient treatment programs. Intermediate Care is subject to the same plan maximums that apply to Inpatient Care benefits.*

[5] *Subject to care manager approval.*

[6] *Outpatient care is reviewed after visit 10 and every 10 visits thereafter.*

*Annual Out-of-Network MH/SA Deductible is separate from the medical Deductible and can be met by Outpatient or Inpatient out-of-pocket expenses. The $200 per person annual Deductible is subtracted from a Claim before any benefit is paid and is separate from the Inpatient Deductible.*

[8] *Based on Reasonable and Customary (R&C) limits.*

[9] *All out-of-network care is subject to retrospective review or medical necessity if not precertified by UBH.*

NNI-LTD-00004601

# Prescription Drug Benefits

## In-Network Benefits

When you choose coverage under any Medical Plan option except HMOs or the Hawaii PPO, you and your covered Dependents can purchase eligible Prescription Drugs by presenting your Merck-Medco (PAID Prescriptions, L.L.C.) Prescription Drug Program ID card at a participating pharmacy. You will pay the following:

*...you and your covered Dependents... can purchase eligible Prescription Drugs by presenting your Merck-Medco (PAID Prescriptions, L.L.C.) Prescription Drug Program ID card at a participating pharmacy.*

**In-Network:**

- $5 Copay for up to a 30-day supply of Generic Drug or Brand-Name Drug if no generic is available and your doctor stipulates Dispense as Written* (DAW)

- $10 Copay for up to a 30-day supply of Brand-Name Drug plus the difference between Generic and Brand-Name Drug cost when generic is available

- $15 Copay for up to a 90-day supply of Generic Drug or Brand-Name Drug if no generic is available and your doctor stipulates Dispense as Written* (DAW)

- $30 Copay for up to a 90-day supply of Brand-Name Drug plus the difference between Generic and Brand-Name Drug cost when generic is available

HMO members receive Prescription Drug services through their HMO. Hawaii PPO plan members receive Prescription Drug coverage under the Hawaii PPO. Refer to your HMO or Hawaii PPO Member Handbook for coverage information.

The Prescription Drug Program is administered by Merck-Medco and Merck-Medco's affiliate company PAID Prescriptions, L.L.C., and covers all eligible prescriptions filled on an outpatient basis. Drugs dispensed in a Hospital, other Inpatient settings or physician's office are covered as Hospital or Physician expenses under the Medical Plan option in which you enrolled.

Unless your Physician specifies a Brand-Name Drug, your prescription will be filled with a Generic Drug, where available. If you choose to purchase the Brand-Name Drug, you will be responsible for the applicable Copay plus the difference between the cost of the Generic and the Brand-Name Drug. If there is no Generic Drug available, or if your Physician stipulates that the prescription be Dispensed as Written, you can purchase the brand name drug at the Generic Copay.

*\* Your doctor may write DAW (Dispense as Written) on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only a Brand-Name Drug.*

NNI-LTD-00004602

## Out-of-Network Benefits

If you have your prescription filled at a non-participating pharmacy, you will pay the full price and then submit a claim form to be reimbursed at 50% of the eligible charges.

**Out-of-Network:**

- Plan pays 50% of covered expenses for Generic and Brand-Name Drugs

Out-of-Network Prescription Drug expenses and In-Network Prescription Drug Copays do not apply toward your Medical Plan Out-of-Pocket Maximum.

## Maximum Benefit

There is no limit or maximum to the Prescription Drug Program benefit.

## When You are Traveling

If you need a prescription filled when you are away from home, contact Merck-Medco's customer service department at 1-800-711-3460 to obtain the name and location of the nearest participating pharmacy. If you fill your prescription at a participating pharmacy, you will only be required to pay the applicable Copayment.

## If You Do Not Live Near a Network Pharmacy

If you live in an area that does not have a Merck-Medco participating pharmacy within seven miles of your home, you will be considered an exception to the In-Network rules and will receive a letter instructing you to:

- use your local pharmacy to have your prescription filled,
- pay the full amount for the drug at the pharmacy, and
- complete the claim form and mail it to the address on the form within 180 days of purchasing the prescription.

Your Claim will be treated as a participating pharmacy purchase and you will be reimbursed for Covered Expenses less the applicable Copayment. As the Merck-Medco network is expanded and pharmacies are added within a seven-mile radius of your home, you will no longer be considered an exception and will be expected to begin using the participating pharmacies available in your area to receive In-Network Benefits.

*If you have your prescription filled at a non-participating pharmacy, you will pay full price and then submit a claim form to be reimbursed...*

NNI-LTD-00004603

*The mail order prescription program is used for long-term or Maintenance Drugs...*

## Emergencies

If you have a medical Emergency and Prescription Drugs are needed immediately, you will be reimbursed for those prescriptions needed for Emergency treatment at the participating pharmacy rate, provided the situation has been declared an Emergency by the attending Physician.

## Mail Order Prescriptions

*Through the mail order program, you can receive up to a 90-day supply of an eligible prescription for a $10 Copay for generic drugs or brand name drugs if no generic is available or DAW.*

All Medical Plan options, except HMOs and the Hawaii PPO, offer a mail order Prescription Drug program administered by Merck-Medco. The mail order prescription program is used for long-term or Maintenance Drugs, such as medication for high blood pressure or arthritis. Through the mail order program, you can receive up to a 90-day supply of an eligible Generic Drug or Brand-Name Drug, if no Generic is available or DAW, for a $10 Copay. For a Brand-Name Drug you will pay a $20 copay plus the difference between Generic and Brand-Name Drug cost, when Generic is available. All remaining charges will be paid at 100%. There is no limit or maximum applied to this benefit.

You must complete the request form, enclose the prescription written by your Physician (your Physician should write the prescription for a 90-day supply) and send it to Merck-Medco along with your $10 Copay for each order. You will receive the prescription along with a new order form by return mail.

*Most prescription orders take 14 days to be filled and returned to you...*

Most prescription orders take 14 days to be filled and returned to you unless there are mail delays. If you need a supply of medication while waiting for your mail order prescription, ask your Doctor for two prescriptions so you can get a small supply of medication from your local pharmacy while waiting for your mail order to arrive.

## Covered Prescription Drugs

To be covered under the Prescription Drug Benefit, the drug must be:

- an eligible Prescription Drug for which a written prescription is required
- oral and injectable insulin dispensed only upon the written prescription of a Physician
- a compound medication of which at least one ingredient is a legend drug
- any other drug which, under the applicable state law, may be dispensed only upon the written prescription of a Physician or other lawful Provider

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004604

## What Is Not Covered

The following charges are not covered under the Prescription Drug Benefit:

- charges that would not have been made if the person were not covered by these benefits

- charges that you are not legally required to pay

- drugs not approved by the Federal Drug Administration (FDA) for treatment

- expenses incurred to the extent that payment is unlawful where the person lives when the expenses are incurred

- Experimental drugs or drugs labeled "Caution — limited by federal law to investigational use"

- immunization agents, biological sera, blood or blood plasma

- medication which is taken or administered, in whole or part, at the place where it is dispensed or while a person is a patient in an institution which operates, or allows to be operated, on its premises a facility for dispensing pharmaceuticals

- non-legend drugs, other than insulin

- prescriptions filled in excess of the number specified by the Physician

- prescriptions dispensed more than one year from the date of the Physician's order

- prescriptions dispensed prior to consumption of 75% of existing prescription when taken as directed

- prescriptions for more than a 90-day supply at any one time

- prescriptions that can be reimbursed under any Workers' Compensation law or government program, other than Medicaid

- Rogaine or minoxidil

- Retin-A for participants over age 35

- therapeutic devices and supplies, except for disposable hypodermic syringes and needles for the administration of insulin and glucose test strips.

NNI-LTD-00004605

# Preventive Care Benefits

## Network Area Options

### PPO, POS or EPO Options In-Network Coverage

When you choose coverage in the PPO, POS or EPO option and use an In-Network Provider, Preventive Care expenses are covered at 100% for you and your eligible dependents after the office visit Copay.

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults. Specific benefits may vary depending on your Network. However, some of the preventive services that are eligible under the plan include:

*In-Network preventive care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for children and adults.*

### Well-child care for Children

- height and weight screening

- immunizations (according to AMA recommendations) for your infant from birth to eighteen months (at ages two, four, six, fifteen and eighteen months)

- parent education on diet, injury protection and dental health for infants and Children

- screening for infants and Children at high risk for health problems, including hearing tests at 18 months for infants with a family history of childhood hearing impairment

### Adults

- annual flu shot for adults, or as prescribed by Physician for high risk patients (e.g., immunosuppressed chronic disease)

- annual Pap smear for women

- immunizations for tetanus-diphtheria every 10 years

- laboratory and diagnostic procedures for individuals at high risk for particular health problems

- mammograms (according to AMA recommendations)

- physical exam (according to AMA recommendations)

- sigmoidoscopy (according to AMA recommendations)

- vision and hearing tests for adults over age 65

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004606

### PPO or POS Options Out-of-Network Coverage

When you use an Out-of-Network Provider under either the PPO or POS options, you and your eligible dependents age six and over will generally be covered at 70% (PPO) or 80% (POS) for a preventive care physical exam, up to $300 every 24 months, after you satisfy your annual deductible.

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.

- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear).

Well-baby care expenses up to age six, including immunizations, are also generally covered at 70% (PPO) or 80% (POS), and benefits for these expenses are excluded from the $300 physical exam maximum benefit.

Note that both the PPO and POS options' preventive care benefits are subject to reasonable and customary limitations.

### Comprehensive Option Coverage

If you are enrolled in the Comprehensive option, you and your eligible dependents age six and over will generally be covered at 80% for a preventive care physical exam, up to $300 every 24 months, after you satisfy your annual deductible.

- The $300 includes services performed during the physical exam by your physician and related tests, including laboratory and X-ray procedures.

- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear) and routine immunizations and injections.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 80%, and benefits for these expenses are excluded from the $300 physical exam benefit.

## Non-Network Area Option

### Out-of-Area Comprehensive Option Coverage

If you are enrolled in the Out-of-Area Comprehensive option, you and your eligible dependents age six and over will generally be covered at 100% for a preventive care physical exam, up to $300 every 24 months, with no annual deductible.

NNI-LTD-00004607

- The $300 includes services performed during the physical exam by your physician and related tests including laboratory and X-ray procedures.

- The $300 excludes the well-woman or OB/GYN exam (mammography and Pap smear) and routine immunizations and injections.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%, and benefits for these expenses are excluded from the $300 physical exam benefit.

Note that both the Comprehensive option and the Out-of-Area Comprehensive option preventive care benefits are subject to reasonable & customary limitations.

## Other Covered Expenses

The following expenses are also covered under the Medical Plan options (except HMOs); see the "Summary of Benefits" for details on coverage levels, limits and maximums:

### Chiropractic Benefits

Chiropractic services are covered by most Medical Plan options. Most Network Area options require that your PCP refer you for chiropractic care, and in some cases you may need to select a network chiropractor to receive benefits under the Medical Plan. See the Administrative Information section of this handbook for information on where to find specific details of your coverage, or call your network's Member Services before you receive chiropractic care to ensure these charges will be covered.

Please see the "Summary of Benefits" on pages 22 – 23, 55 – 59, 60 – 63 and 66 – 69 for further information on In-Network and Out-of-Network Benefits under the option you have selected.

### Dental Coverage

*Dental coverage is provided under the Medical Plan for treatment due to accidental Injury to sound, natural teeth.*

Dental coverage is provided under the Medical Plan for treatment due to accidental Injury to sound, natural teeth. This treatment must be provided within twelve months of the Accident. Coverage includes charges for Doctor's services, x-ray exams and replacement of injured teeth. Dental coverage under the Medical Plan is also provided for a charge made for removal of a malignant tumor. You must receive prior authorization for dental treatment to be covered

NNI-LTD-00004608

In-Network under the Medical Plan. No other coverage for dental services is available under the Medical Plan. This applies even if a condition requiring dental services involves a part of the body other than the mouth, such as treatment of Temporomandibular Joint Disorder (TMJ) or maloclusion involving joints or muscles (such as for crowning, wiring or repositioning teeth), unless Medically Necessary. Additional dental exclusion information can be referenced on page 42 of this document. See the Dental, Vision and Hearing Care Plan Section for information about other dental coverage available under FLEX.

## Durable Medical Equipment

*The plan covers the rental or purchase... of medical, surgical or related Hospital equipment and supplies...*

The plan covers the rental or purchase (as determined by the network manager if you are enrolled in a Managed Care plan) of medical, surgical or related Hospital equipment and supplies, including:

- equipment for administration of oxygen
- Hospital beds
- iron lungs
- wheelchairs
- artificial limbs, larynx and eyes (for functionally necessary replacements)
- heart pacemaker (for functionally necessary replacements)
- orthopedic braces, splints, trusses, casts, crutches or other similar items (for functionally necessary replacements)
- surgical dressings (for functionally necessary replacements)

If equipment is purchased, repair and maintenance of Durable Medical Equipment (not covered under a manufacturer's warranty or purchase agreement) is also covered.

For the Comprehensive option and Out-of-Network Benefits under the Managed Care options, there is a $2,000 limit on Durable Medical Equipment each Plan Year.

## Emergency Care

*An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention.*

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple injuries or

NNI-LTD-00004609

serious burns. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are *not* considered Emergencies. If you are enrolled in a Managed Care Plan, contact Member Services if there is any question of whether a condition is considered an Emergency.

The plan covers the following types of Emergency care:

- Ambulance transportation to and from the nearest Emergency facility
- Doctor's office
- Hospital emergency room care — within 48 hours of an accidental Injury or the onset of a sudden or serious Illness
- Urgent care centers where available.

*Important Note: If the emergency room is used for a condition that is not a medical Emergency, benefits will be reduced (and in some cases no benefits will be paid). See the "Summary of Benefits" for details.*

## Home Health Care

*The plan covers Home Health Care for covered services and supplies.*

Through the use of an authorized Home Health Care Agency, you may be able to shorten your Hospital stay and speed your recovery in your own home. The plan covers Home Health Care for covered services and supplies.

The following are expenses covered under the plan for Home Health Care services and supplies:

- part-time or intermittent home nursing care given or supervised by a registered nurse
- part-time or intermittent Home Health Aide service, mainly for care of the person
- physical, occupational or respiratory therapy by a qualified therapist
- therapy by a qualified speech therapist if needed to restore or rehabilitate any speech loss or impairment caused by an Illness or Injury that is not a mental, psychoneurotic or personality disorder, or by surgery for that Illness or Injury. If the Illness or Injury is a congenital defect, this includes therapy only after surgery for that defect
- nutritional counseling furnished or supervised by a registered dietitian
- medical supplies, lab services, drugs and medicines prescribed by a Physician.

These services and supplies will be covered only if all of the following conditions are met:

- the services are furnished to a person who is under a Physician's care and

NNI-LTD-00004610

- the services are prescribed in writing by the person's Physician and

- the services are not mainly Custodial Care and

- the services are medically needed for the care and treatment of the person's Illness or Injury as part of a Home Health Care Plan submitted by the Physician to a Home Health Care Agency and

- the services are in substitution of the person's Inpatient stay in a Hospital or Convalescent Nursing Home that would be required in the absence of such services and

- the services are furnished by the Home Health Care Agency for that care and treatment in the patient's home and charged for by the Home Health Care Agency.

Depending on the option you select, certain conditions must be met. See the Administrative Information section of this handbook for information on where to find specific details of your selected coverage.

## Hospice Care Program

The plan covers Hospice care services provided to a covered person diagnosed with a Terminal Illness. Terminally Ill means a life expectancy of six months or less, as certified by the patient's treating Physician who recommends admittance to a Hospice care facility. The plan also covers Hospice care expenses incurred for counseling services provided to the Terminally Ill patient's family unit after that person's death.

A Hospice is a facility which provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite. This facility may be either free-standing or affiliated with a Hospital. It must operate as an integral part of the Hospice Care Program.

A Hospice Team is a team of professionals and volunteer workers who provide care to:

- reduce or abate pain or other symptoms of mental or physical distress and

- meet the special needs arising out of the stresses of a terminal illness, dying and bereavement.

The Hospice Team must include a Physician and a Registered Graduate Nurse and may consist of a social worker, a clergyman/counselor, volunteers, a clinical psychologist, a physiotherapist, and/or occupational therapist.

*The plan covers Hospice care services provided to a covered person diagnosed with a Terminal Illness.*

*The plan also covers Hospice care expenses incurred for counseling services provided to the Terminally Ill patient's family unit after that person's death.*

NNI-LTD-00004611

*A Hospice is a facility which provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite.*

All Hospice care will be considered one period of care unless the patient is readmitted to a Hospice for a subsequent period of care at least three months after s/he last received Hospice care.

Eligible services and supplies are considered covered expenses only if they meet all of the following conditions:

- the Hospice facility operates as an integral part of a Hospice Care Program that meets standards set by the National Hospice Organization and is approved by the Terminally Ill person's chosen medical provider. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice and

- the Hospice Team includes at least a Physician and a Registered Graduate Nurse and

- services and supplies are ordered by the Physician directing the Hospice Care Program (treating Physician) as part of the Hospice Care Program and

- services and supplies are furnished while the Terminally Ill person is in a Hospice Care Program (certification of the Terminal Illness must be provided by the Physician before treatment can be confirmed as Hospice Care) and

- services and supplies are provided within seven months from the date the Terminally Ill person entered the Hospice Care Program or re-entered such program. (The Comprehensive plans require that the service or supply be provided within six months in order to qualify as a covered expense.)

Covered charges include:

- counseling services provided by members of the Hospice team

- Hospice Room and Board while an inpatient in a Hospice facility and

- necessary medical and surgical supplies.

Counseling services are defined as supportive services provided by members of the Hospice Team in counseling sessions with the family unit. The services are to assist the family unit in dealing with the death of the Terminally Ill person.

The following charges related to Hospice care are not covered under any plan:

- charges for a service furnished by a close relative. "Close relative" means, you, your spouse, Domestic Partner and Domestic Partners Child(ren), a child, brother, sister, or your parent, your spouse's parent, or the Terminally Ill person

NNI-LTD-00004612

- charges incurred after the Terminally Ill person has been discharged from the Hospice Care Program
- charges for the treatment of a diagnosed Illness or Injury of a member of the family unit if covered, in full or in part, under any other coverage.

## Inpatient Hospital Services

The plan covers services and supplies furnished by a Hospital during a Hospital stay, including:

- Ambulance use for local travel*
- Anesthetics and their administration

* *If you are enrolled in the Comprehensive option, Ambulance use is covered in full if the service is provided by the Hospital. However, if the Ambulance services are provided by an agency other than the Hospital, the benefit for Ambulance use is limited to $25 under the Comprehensive option.*

- chemotherapy or radiation therapy
- diagnostic laboratory and x-ray services
- drugs and medications
- operating and recovery room charges
- Hemodialysis
- Hospital Room and Board — charges for a Semi-Private Room and Board, private room if Medically Necessary, or 90% of the lowest room rate in a facility that only has private rooms
- rehabilitation services
- other Medically Necessary Inpatient services and supplies

These services will be covered if your hospital admission is precertified. Please refer to pages 14 – 15 for further information on Hospital Precertification.

## Inpatient Physician and Surgeon Services

Medical care or treatment by a Physician during a Hospital stay is covered under the plan.

NNI-LTD-00004613

## *Mastectomy*

Under Federal Law (The Women's Health and Cancer Rights Act of 1998), breast reconstruction benefits in connection with a mastectomy necessitated by cancer will include:

* reconstruction of the breast on which the mastectomy was performed

* surgery and reconstruction of the other breast to produce a symmetrical appearance; and

* prostheses and treatment of physical complications in all stages of mastectomy, including lymphedemas (swelling associated with the removal of lymph nodes).

## *Maternity and Newborn Coverage*

Under Federal Law the plan may not restrict benefits (or fail to provide reimbursement) for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that providers obtain authorization for stays which are not in excess of the above stated periods. The attending provider, after consulting with the mother, may discharge the mother or her newborn earlier than 48 or 96 hours as applicable.

## *Medical Supplies*

Covered medical supplies include:

* allergy sera and biological sera

* Anesthetics and their administration

* blood and blood transfusions by or for the patient (if blood is not replaced)

* drugs and medication prescribed by a Doctor, or dispensed and administered in a Doctor's office

* hypodermic needles and syringes other than for insulin

* if you are enrolled in a Managed Care option, injectables, other than prescribed insulin given or authorized by a physician

* other fluids to be injected into the circulatory system

* oxygen

*...services and supplies authorized by your Physician and furnished by a Hospital to a healthy Newborn baby for routine nursery care are covered...*

*...services and supplies ...that are required for a live donor as a result of an organ transplant procedure...are covered under the plan.*

NNI-LTD-00004614

## Newborn Care

The following services and supplies authorized by your Physician and furnished by a Hospital to a healthy Newborn baby for routine nursery care are covered for the first seven days after the baby's birth:

- Hospital Room and Board

- supplies and non-professional services furnished by the Hospital for medical care in that Hospital

## Organ Transplant

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the plan. See the "Medical Therapy Program" section on page 18 for more information.

However, if the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition, Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:

- any group or individual contract

- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

## Outpatient Physician Services

Coverage for outpatient physician services includes:

- anesthesiologists

- surgeons

## Outpatient Services

The following outpatient treatments are covered under the plan:

- chemotherapy and radiation therapy

- Hemodialysis

- pathology interpretations

- x-ray and laboratory exams made to diagnose Illness or Injury

NNI-LTD-00004615

## Outpatient Short-Term Rehabilitation

The plan covers charges by a Physician or a licensed or certified physical, occupational or speech therapist for services to restore a body function that has been lost or impaired due to an Injury, Illness or Congenital defect.
Covered services include:

- cardiac rehabilitation

- inhalation therapy (Managed Care options only)

- speech therapy:

  – to develop or improve speech after Surgery to correct a defect that existed at birth **and** which impaired or would have impaired the ability to speak.

  – to restore speech after a loss or impairment of a demonstrated previous ability to speak caused by an Injury or Illness. This loss or impairment must not be caused by a mental, psychoneurotic or personality disorder.

- treatment by a physical or occupational therapist

Speech therapy and occupational/physical therapy services are limited based on the Plan you select. Refer to the "Summary of Benefits" on pages 55 – 63 and 66 – 69 for coverage by plan. Both In-Network Benefits and Out-of-Network Benefits for therapy services will count toward the benefit maximum.

## Physician Services

Medical care or treatment by a family practitioner, internist, pediatrician, or obstetrician/gynecologist is covered under the plan.

## Private Duty Professional Nursing

Private duty professional nursing services by a registered graduate nurse are covered under the plan, as long as:

- intensive nursing care by such a nurse is required to medically treat an acute Illness or Injury, and

- the patient is not in either a Hospital, or any other health care institution that provides nursing care

For the Comprehensive option and Out-of-Network Benefits under the Managed Care options, there is a $10,000 limit per patient on private duty professional nursing services in each Plan Year. For Managed Care options, any charges for private duty professional nursing services that are covered In-Network will also count toward this limit.

*The plan covers charges by a Physician or a licensed or certified physical, occupational or speech therapist for services to restore a body function that has been lost or impaired due to an Injury, Illness or Congenital defect.*

*Medical care or treatment by a family practitioner, internist, pediatrician, or obstetrician/gynecologist is covered under the plan.*

*Private duty professional nursing services by a registered graduate nurse are covered under the plan...*

NNI-LTD-00004616