## Skilled Nursing Facility

The Medical Plan options cover Skilled Nursing Facility services and supplies which are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury, up to 60 days per year.

The following are expenses covered under the plan for services and supplies furnished during a person's stay at a Skilled Nursing Facility:

- daily Room and Board up to the semi-private room rate, including normal daily services and supplies furnished by the Skilled Nursing Facility

- general nursing care

- necessary medical supplies furnished by the facility for use during confinement.

These services and supplies will be covered only if all of the following conditions are met:

- the person's Physician recommends the Skilled Nursing Facility stay

- the person is under continuous care of his or her Physician

- the person's Physician certifies that the person needs 24-hour-a-day nursing care and

- the stay must be other than in connection with care for a mental disorder. Mental disorders include, but are not limited to, senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a Hospital and of a Skilled Nursing Facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for the Skilled Nursing Facility confinement rather than those for a Hospital confinement.

Depending on the option you select, certain conditions must be met. See the Administrative Information section of this handbook for information on where to find specific details of your selected coverage.

*The Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.*

*Note: Benefits for a confinement in a distinct part of an institution which meets both the definition of a Hospital and a Skilled Nursing Facility will be determined on the basis of benefits payable for a confinement in a Skilled Nursing Facility.*

NNI-LTD-00004617

## *Specialty Physician Services*

Coverage for specialty Physician services includes:

- allergy testing and treatment
- office visits
- pre- and post-natal exams
- referral Physician services
- Second Surgical Opinion

## *Surgical Services*

*The plan covers services performed in connection with surgical procedures in a Hospital, outpatient department, surgical facility or Physician's office...*

The plan covers services performed in connection with surgical procedures in a Hospital, outpatient department, surgical facility or Physician's office (in certain situations). Surgical procedures include the closed or open reduction of fractures or dislocations of the jaw.

A charge is a covered expense if it is made by a Doctor for a service in connection with a surgical procedure performed. The service must be in the list below:

- the immediate pre-operative exam of the person by the Doctor who performs the surgical procedure
- the performance of the surgical procedure by a Doctor
- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition or required by the relevant Hospital in which the surgical procedure is performed
- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor
- the closed or open reduction of fractures or dislocation of the jaw.

Under the Comprehensive option, if two or more surgical procedures are performed in one session, benefits depend on the nature of the additional procedures. If they require separate incisions and add complexity to the care necessary, the maximum benefit will be:

- 80% of the charges for the major procedure, plus
- 50% of the fee for the other procedure as if both operations had been performed separately.

If a second procedure is incidental and does not require a separate incision, the maximum benefit payable will be 80% of the charges for the major procedure only.

NNI-LTD-00004618

# WHAT IS NOT COVERED

The following services and supplies are not covered by any Medical Plan option, except as specifically noted in the plan:

**Blood**
The amount that a charge for blood is reduced by blood donations.

**Chiropractor**
Charges by a chiropractor for Preventive Care, vitamins, liniments, nutritional supplements and cervical pillows.

**Common Medical Standards**
Charges for services which do not meet Common Medical Standards (see Glossary for definition).

**Confinement**
Expenses for:

- confinement in an extended care facility for Custodial Care, senile deterioration, mental deficiency or mental retardation

- education, training and Room and Board while confined in an institution which is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home.

**Convenience Items**
Charges for personal comfort items and services.

**Cosmetic Surgery**
Charges for Cosmetic Surgery, except when necessary:

- because of an accidental Injury while covered

- because of infection or other diseases that occurred while covered, such as Surgery to reconstruct a breast after a mastectomy

- to treat a condition, including a birth defect, which impairs the function of a body organ of a Dependent covered from birth under the plan.

NNI-LTD-00004619

**Custodial Care**
Expenses for Custodial Care (see Glossary for definition).

**Dental**
Expenses for:

- routine dental services, including x-ray exams of the teeth, nerves or roots of the teeth, tissue and structure surrounding the teeth, gingival or alveolar, except for:

  - accidental Injuries to natural teeth treated within twelve months of the Accident

  - treatment of a malignant tumor

- Hospital confinements as an Inpatient or outpatient for dental Surgery, unless the dental Surgery is a covered medical expense (due to a concurrent medical condition or child's age) and it is Medically Necessary for the dental Surgery to be performed in a Hospital

- temporomandibular (TMJ) or maxillofacial Surgery to correct growth defects, jaw disproportions or malocclusions, except for Medically Necessary treatment for correction of Congenital anomaly in a child covered under this plan from birth.

**Equipment**
Charges for purchase or rental of common use items such as motorized transportation equipment, saunas, whirlpools, air purifiers, air conditioners, hypoallergenic pillows or mattresses or exercise equipment.

**Experimental**
Investigational, Experimental or Educational charges.

**Eye Care**
The following charges related to treatment of the eye:

- eyeglasses or contact Lenses of any type, except for initial replacements for loss of the natural lens

- eye exams to determine the need for or changes in eyeglasses or Lenses of any type

- radial keratotomy or any surgical procedure to correct refraction errors of the eye, e.g., myopia (nearsightedness), hyperopia (farsightedness) or

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004620

astigmatism (blurring), including any confinement, treatment, services or supplies given in connection with or related to the Surgery.

### Foot Condition
A charge for doctor's services for:

- corns, calluses or toenails, except the removal of nail roots and necessary services in the treatment of metabolic or peripheral-vascular disease
- weak, strained, flat, unstable or unbalanced feet, except open cutting operations
- metatarsalgia or bunions, except open cutting operations.

### Hearing
Charges for:

- hearings aids
- exams to determine the need for hearing aids or the need to adjust them.

### HMO
Any charges for a service or supply that is furnished by an HMO option.

### Homemaker
Charges for services of a homemaker.

### Hospital
Any charges:

- for Hospital care and services rendered after the patient has been discharged from the Hospital
- for Hospital care and services when a registered bed patient is absent from the Hospital
- for Inpatient Hospital care and services if the covered person's condition does not require:
  - constant direction and supervision by a Physician
  - constant availability of nursing personnel
  - immediate availability of diagnostic therapeutic facilities and equipment found only in a Hospital setting
- for private Hospital room, unless Medically Necessary or unless the Hospital has no Semi-Private room

- at a federal Hospital or any other Hospital operated by a government unit, except for charges you are legally required to pay, or charges covered under any government law or plan, except a federal/state plan (e.g., Medicaid) or law or plan where benefits are in excess of this plan.

**Hypnosis**
Charges for hypnosis, except as part of the Physician's treatment of a mental Illness, or when used instead of an Anesthetic.

**Impregnation or Fertilization**
Expenses for actual or attempted impregnation or fertilization.

**Insurance Law**
Charges paid or payable under any no-fault automobile insurance law or an uninsured motorist insurance law. The Claims Administrator will take into account any adjustment option chosen under such part by you or any one of your qualified Dependents (or Domestic Partner).

**Medically Unnecessary**
Charges for any treatment or services that are not Medically Necessary as determined by the Claims Administrator.

**Obesity**
Charges for treatment of obesity, weight reduction, diet pills or dietetic control unless Medically Necessary.

**Observation or Diagnostic Study**
Charges incurred for:

- any medical observation or diagnostic study when no disease or Injury is revealed, unless:

  – the Claim is in order in all other respects

  – there is definite symptomatic condition other than hypochondria

  – they are not part of a routine physical exam or check-up

- routine check-up examinations or tests, except as specified under the Preventive Care Benefit.

NNI-LTD-00004622

**Sexual Function**

Expenses for:

- treatment to improve sexual function (an implantable penile prosthesis is considered an eligible expense when medically necessary to restore sexual function caused by certain medical conditions, such as diabetes, cancer, spinal cord injury and Peyronie's disease)

- sex change operations and therapies, including hormonal therapy.

**Speech Therapy**

Expenses for:

- therapy to correct pre-speech deficiencies

- therapy to improve speech skills that have not fully developed

- therapy for the diagnosis of development delay.

**Therapy and Counseling**

Charges for marital/family therapy and counseling, except through the Mental Health/Substance Abuse Program.

**TMJ**

Expenses for treatment of Temporomandibular Joint Dysfunction (TMJ), unless Medically Necessary. Treatment of the teeth or structures directly supporting the teeth, including dental x-rays, examinations, repairs, orthodontics, periodontics, casts, splints and services for dental malocclusion, for any condition. Treatment for mandibular or maxillary prognathism, microprognathism or malocclusion, surgical augmentation for orthodontics or maxillary constriction.

*Note: For TMJ expenses to be covered under the Medical Plan, preauthorization of treatment is required under the Medical Plan.*

**Travel**

Expenses for travel or accommodations (except through the Companion Travel Program).

NNI-LTD-00004623

### War

Charges for Illness and Injury due to a war or any act of war.

### Work-Related Injuries

Expenses for work-related Injuries or Illnesses for which benefits under Workers' Compensation or any other occupational disease law or similar law are payable.

### Other Charges

- Charges made by the Company, a family member or someone who lives in your household. This includes you and your spouse (or Domestic Partner), child, brother, sister, parent or spouse's (or Domestic Partner's) parent.

- Charges in excess of any plan limitations, maximums or Reasonable and Customary Charges.

- Charges for which the patient is not legally required to pay.

NNI-LTD-00004624

# HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK

The Managed Care options represent a managed medical approach within networks. A network is a group of Physicians, Hospitals and other health care Providers in a community. Physicians must meet strict eligibility standards before they can be admitted to the network. Some of the considerations are:

- graduation from an accredited medical school

- completion of an approved residency program

- board certification or board eligible in specialty (internal medicine, cardiology, etc.)

- admitting privileges to a network Hospital

- appropriate treatment history

- state licensing.

The Network Manager screens and contracts with the Providers, and continues to monitor them on an ongoing basis. The Network Managers are CIGNA and UnitedHealthcare (UHC), and may or may not be available depending on where you live. Your home ZIP code will determine which network is available in your area.

Although the Medical Plan options are intended to be the same regardless of the network in which you enroll, each individual network may have slight differences.

## Network Medical Plan Names

Depending on your network, the name of your Managed Care option may vary slightly from the FLEX name. Here are the "translations":

| FLEX Plan Name | Network Plan Name |
| --- | --- |
| Exclusive Provider Organization (EPO) | CIGNA HealthCare Exclusive Provider Organization (EPO) UnitedHealthcare EPO |
| Point-of-Service (POS) | CIGNA HealthCare Point-of-Service (POS) UnitedHealthcare POS Option |

*The Managed Care options represent a managed medical approach within networks. A network is a group of Physicians, Hospitals and other health care Providers in a community. Physicians must meet strict eligibility standards before they can be admitted to the network.*

NNI-LTD-00004625

| Preferred Provider Organization (PPO) | CIGNA HealthCare Preferred Provider Organization (PPO) UnitedHealthcare PPO |
| Health Maintenance Organization (HMO) | Health Maintenance Organization (HMO) (varying by geographic area) |

# Your Primary Care Physician (PCP)

*Your Primary Care Physician, or PCP, is your key to receiving the highest level of benefits available under the plan — In-Network Benefits. Each time you need health care, you should call your PCP first.*

Your Primary Care Physician, or PCP, is your key to receiving the highest level of benefits available under the plan — In-Network Benefits. Each time you need health care, you should call your PCP first. Otherwise, you will receive Out-of-Network Benefits or, depending on which option you select, no benefits for any care you receive. This process is described in more detail under Plan Benefits on page 49.

## EPO and POS Options Only

If you are enrolled in either the EPO option or the POS option, you are required to select a PCP.

## How to Select Your PCP

*Note: The Physicians listed may differ by Managed Care Option.*

When you enroll in a Managed Care option, you must choose a PCP from the network's Provider Directory. Your PCP can be a family practitioner, general practitioner, internist (for adults) or pediatrician (for Children). Each family member can have a different PCP.

If you need help in selecting a PCP or want more information about the network PCPs, call Member Services. They can help answer questions about where the Doctor attended medical school and at which Hospitals Doctors have admitting privileges. After selecting a PCP, it is encouraged that you transfer your medical records to your PCP so that s/he can become familiar with you and your medical history.

## How to Change Your PCP

You may change your PCP at any time by calling the network's Member Services. They will notify your newly selected PCP and send you a new Medical ID Card.

## If Your PCP Leaves the Network

If your PCP leaves the network, the Network Manager will notify you and ask you to select another PCP from the Provider Directory. Once you choose a new PCP, call Member Services, and they will notify your newly selected PCP and send you a new Medical ID Card. Please note that you will not be able to change your Medical Plan selection just because your PCP leaves the network.

NNI-LTD-00004626

## When You Need Specialized Treatment or Hospitalization

If you need to see a Specialist or need to be hospitalized, your PCP will refer you to a Network Provider, handle all the necessary paperwork and help coordinate the visit. You will pay your office visit Copay for the Specialist's services or Hospital Deductible (where applicable), and the plan pays the rest. If you are treated by a Specialist or are hospitalized without a PCP referral, the Out-of-Network Benefit level will apply, **even if the Specialist or Hospital is a Network Provider.** Under the UHC plans, a PCP referral to a specialist may not be required. Contact the member services phone number on your identification card for additional information.

You do not need a referral from your PCP for mental health/substance abuse treatment. Instead, this treatment must be coordinated under the Mental Health/Substance Abuse Program as described on pages 19 – 21.

## Plan Benefits

The EPO option is an "In-Network only" option, which means that you must use your PCP and other In-Network Providers for benefits to be paid. If you use an Out-of-Network Provider under this option, there is no coverage, except in a life-threatening Emergency.

For the POS option, you call your PCP each time you need health care to receive In-Network Benefits. You may use an Out-of-Network Provider instead, but benefits are reduced.

The PPO option pays its maximum level of benefits when you use In-Network Providers. You may use Out-of-Network Providers, but benefits are reduced, except in a life-threatening Emergency.

Some Network Managers may have a "guest privileges" program for members who reside or travel outside the service area. Please call the member services phone number on your medical identification card for more information.

Keep in mind that all benefits are limited to plan maximums and coverage for a particular service is based on how it is billed by the Provider.

*Note: Under the Managed Care options, the Inpatient Hospital Deductible per admission will be waived if a person is released from the Hospital and readmitted for the same or related condition within 14 consecutive calendar days.*

*The EPO option is an "in-network only" option, which means that you must use your PCP and other In-Network Providers for benefits to be paid. If you use an Out-of-Network Provider under this plan, there is no coverage, except in a life-threatening Emergency.*

*When you see your PCP and are referred to Network Providers, you will receive the highest level of benefits available under the plan.*

## In-Network Benefits

See the "Summary of Benefits" for further information on In-Network Benefit levels for each Medical option, but here is an overview:

*When you use In-Network Providers, you will not have to file claim forms, your PCP, where applicable, takes care of Hospital Precertification, and Reasonable and Customary Charges do not apply.*

When you see your PCP and are referred to Network Providers, you will receive the highest level of benefits available under the plan. Under the EPO and POS options, when you see your PCP and are referred to Network Providers, you will receive the highest level of benefits available under the plan. There is no Calendar Year Deductible. However, there is a separate $150 Deductible for each In-Network Hospital admission for the POS option and $100 for the EPO option. You will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received In-Network. For other In-Network services, like hospitalization, the plan pays 100% of covered charges. There is no Out-of-Pocket Maximum for In-Network POS or EPO benefits.

With the PPO option, you must first satisfy a $150/person and a $450/family Calendar Year Deductible before In-Network Benefits begin. When the Deductibles for all family members combined reaches the family Deductible, the Deductible will be considered satisfied for all family members that Plan Year. However, in reaching the family Deductible, no one person can contribute more than one individual deductible. There is a separate $150 Deductible for each In-Network Hospital admission. You will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received In-Network. For most other In-Network services, like hospitalization, the plan pays 90% of covered charges, and you pay the rest. When the amount of Covered Expenses you pay reaches the Out-of-Pocket Maximum ($750/person and $1500/family) in a Plan Year (not including the Deductible, Copayments or amounts exceeding Reasonable and Customary limits), the plan pays 100% of the covered charges for the rest of the Plan Year.

The separate Deductible for each In-Network Hospital admission applies to each newborn.

When you use In-Network Providers, you will not have to file claim forms, your PCP (where applicable) takes care of Hospital Precertification, and Reasonable and Customary Charges do not apply.

NNI-LTD-00004628

It is the Medical Plan's intention, under certain circumstances, to provide benefits above the Managed Care option's In-Network Benefit limit for the following benefits:

- Skilled Nursing Facility
- Outpatient Short-Term Rehabilitation.

In this respect, the Plan Administrator reserves the right to waive the Managed Care option's In-Network plan limits on the above listed benefits in order to provide alternatives to an acute care setting when all of the following criteria are met:

- the service or treatment is Medically Necessary and the third party administrator approves the service or treatment
- there is a potential improvement in quality of life due to care being provided outside of the hospital
- the person's Physician recommends the services or treatment
- the person agrees to the service or treatment
- if the waiver of the benefit limit is not granted, the person must return to the hospital
- there is a cost savings to the Medical Plan for waiving the limit.

## Out-of-Network Benefits

See the "Summary of Benefits" for further information on Out-of-Network Benefit levels for each Managed Care option, but here is an overview:

There are no Out-of-Network Benefits under the EPO option, except in a life-threatening Emergency.

Under the POS option and PPO option, you may use Out-of-Network Providers any time you need health care, but benefits are reduced. With the POS option, you must satisfy a $150/person and a $450/family Deductible before Out-of-Network Benefit payments begin. With the PPO option, you must first satisfy a $300/person and a $900/family Deductible before Out-of-Network Benefit payments begin. When the Deductibles for all family members combined reach the family Deductible, the Deductible will be considered satisfied for all family members that Plan Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible. There is a separate $300 Deductible for each Out-of-Network Hospital admission under the POS and PPO options.

*... you may use Out-of-Network Providers any time you need health care, but benefits are reduced. You will have to pay an annual Deductible for most Covered Expenses before benefit payments begin.*

*Important Note: Out-of-Network Benefits are subject to Reasonable and Customary limits. You will have to pay any charges above those considered Reasonable and Customary. These additional charges do not count toward the Out-of-Pocket Maximum.*

NNI-LTD-00004629

Then the plan pays a percentage of the cost, and you pay the rest. When the amount of Covered Expenses you pay out of your own pocket reaches the "Out-of-Pocket Maximum" in a Plan Year (not including certain expenses like the Deductible, any Copays and any charges in excess of the Reasonable and Customary charges), the plan pays 100% of the covered charges for the rest of that Plan Year. The Out-of-Network Out-of-Pocket Maximum for each option is shown in the "Summary of Benefits."

When you use Out-of-Network Providers, you will have to file a Claim to be reimbursed for plan benefits.

*When the amount you have paid in a Plan Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Plan Year.*

Note that the separate Deductible for each Out-of-Network Hospital admission applies to each newborn.

## A Note About the Out-of-Pocket Maximum

When the amount you have paid in a Plan Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Plan Year. The Out-of-Pocket Maximum "cross applies," which means that the money you pay applies to both In-Network and Out-of-Network Out-of-Pocket Maximums.

The following expenses do not count toward the Out-of-Pocket Maximum:

* charges for mental health and substance abuse treatment
* charges in excess of Reasonable and Customary charges
* charges above plan maximums
* charges applied to the Deductibles
* eligible charges under the plan's Prescription Drug Program
* Copays

*An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple injuries or serious burns.*

## Emergencies

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple injuries or serious burns. Colds, influenza, ordinary sprains, ear infections, nausea and headaches are not considered Emegencies. If you are enrolled in a Managed Care option, contact Member Services if there is any question of whether a condition is considered an Emergency.

NNI-LTD-00004630

In an Emergency, you should get medical care as quickly as possible. If you are an EPO, POS or PPO option participant, In-Network Benefits may be available even though you may receive treatment from an Out-of-Network Hospital. To be eligible for In-Network Benefits due to an Emergency, there are specific procedures you must follow. In general, you should contact your PCP (or in-network physician, if you are a PPO participant) within 48 hours so she or he can coordinate your care. Failure to contact your PCP (or in-network physician, if you are a PPO participant) within 48 hours will result in benefits payable at the applicable Out-of-Network Benefit level or lower.

To qualify as an Emergency, the care must be provided within 48 hours of an accidental Injury or the onset of a sudden or serious Illness. Remember, emergency rooms should only be used for Emergencies.

If you experience an urgent medical situation that is serious, but not an Emergency (as defined by the plan), and you are an EPO or POS option participant, you should call your PCP to discuss necessary care before seeking any medical treatment. Failure to contact your PCP first will result in benefits payable at the applicable Out-of-Network Benefit level or lower. Call your network's Member Services for more information about this requirement.

Services rendered in emergency rooms or other non-participating offices or clinics may be subject to review. Your Provider, or the medical option in which you are enrolled, will review the claim to determine if it meets the criteria to be paid as an emergency/urgent care claim.

## When You Are Traveling

If you are traveling outside your Network's Service Area and have a life-threatening Emergency, you should follow the Emergency procedures described above.

If you are an EPO or POS option participant and you need urgent care while traveling, you should call your Primary Care Physician or your Network's Member Services to discuss treatment. If s/he recommends that you be treated where you are, your expenses will be paid at the In-Network level. If you are unable to contact your Primary Care Physician when you need urgent care, you should get the treatment you think you need. Then, call your PCP within 48 hours. You will still receive In-Network Benefits. Follow-up care must be performed on an In-Network basis as soon as you return to your Network's Service Area in order to receive In-Network Benefits.

*In an Emergency, you should get medical care as quickly as possible. If you are an EPO, POS or PPO option participant, In-Network benefits may be available even though you may receive treatment from an Out-of-Network Hospital. In general, you should contact your PCP (or in-network physician if you are a PPO participant) within 48 hours so she or he can coordinate your care.*

*To qualify as an Emergency, the care must be provided within 48 hours of an accidental Injury or the onset of a sudden or serious Illness. Remember, emergency rooms should only be used for Emergencies.*

NNI-LTD-00004631

If you are a PPO option participant, you receive Out-of-Network Benefits when you see Out-of-Network Providers and In-Network Benefits when you see In-Network Providers.

## Your Medical ID Card

*Your Medical ID Card includes your PCP's name (under the EPO and POS options) and your Copayment amount for easy reference when you need care. You will need to show your card when you go in-network for care so your Physician will know how much your Copayment is.*

Your Medical ID Card includes your PCP's name and your Copayment amount for easy reference when you need care. You will need to show your card when you go In-Network for care so your Physician will know how much your Copayment is. In addition, there are important telephone numbers printed on the card which you may need for Emergencies and Hospital Precertification. Be sure to keep your Medical ID Card with you at all times to ensure you receive In-Network Benefits.

## Member Services

*All the networks have customer service centers called Member Services.*

All the networks have customer service centers called Member Services. Trained network representatives are available to answer your questions about your Managed Care option. You can call Member Services to:

- change your Primary Care Physician
- learn about Network Providers
- arrange In-Network care if you are away from home
- get a new Network Provider Directory
- register comments or complaints about Network Providers or services
- order a Medical ID Card
- check on plan features and procedures
- check on Claims payments and/or denials
- ask questions about your Explanation of Benefits (EOB).

*Member Services' telephone numbers are listed on your Medical ID Card.*

Member Services' telephone numbers are listed on your Medical ID Card.

NNI-LTD-00004632

# Managed Care Options* Summary of Medical Benefits

| Description | Coverage | | | |
|---|---|---|---|---|
| | Point-of-Service (POS) option | | Preferred Provider Organization (PPO) option | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Calendar Year Deductible (Individual/Family) | None | $150/$450 | $150/$450 | $300/$900 |
| | | | | Covered expenses you pay for both In-Network and Out-of-Network care can count toward both the In-Network and Out-of-Network Deductibles. |
| Separate Deductible for Hospital Admission (Precertification required) | $150 | $300 | $150 | $300 |
| Calendar Year Out-of-Pocket Maximum (Individual/Family) | None | $1,500/$3,000 (plus Deductibles/ Copays) | $750/$1,500 (plus Deductibles/ Copays) | $2,250/$4,500 (plus Deductibles/ Copays) |
| Lifetime Maximum (per person) | Unlimited | $1,000,000[*] | Unlimited | $1,000,000[*] |
| Inpatient Hospital Services (Precertification required) Semi-private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 100% Coinsurance (after hospital admission deductible) | 80% Coinsurance [1,2,5,6] (after hospital admission deductible) | 90% Coinsurance[6] (after hospital admission deductible) | 70% Coinsurance [1,2,5,6] (after hospital admission deductible) |
| Inpatient Physician Services (Precertification required) | 100% Coinsurance | 80% Coinsurance [2,5,6] | 90% Coinsurance[6] | 70% Coinsurance [2,5,6] |

[*] *The POS, PPO and EPO medical plan options are offered by both CIGNA HealthCare (CIGNA) and UnitedHealthcare (UHC). Therefore, your Personalized Enrollment Worksheet may show one or two POS, PPO and EPO options, depending on which networks are available in your area.*

NNI-LTD-00004633

| Description | Coverage | | | |
|---|---|---|---|---|
| | Point-of-Service (POS) option | | Preferred Provider Organization (PPO) option | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Inpatient Surgeon's Services** (Precertification required) | 100% Coinsurance | 80% Coinsurance[2,5,6] | 90% Coinsurance[6] | 70% Coinsurance[2,5,6] |
| **Physical Exam** Adult and Children (age 6 and up) | $15 Copay per visit; 100% Coinsurance | 80% Coinsurance[2,5] (up to $300 every 24 months) | $15 Copay per visit; 100% Coinsurance | 70% Coinsurance[2,6] (up to $300 every 24 months) |
| **Physician Services** Preventive Care Well-Child Care Routine Immunizations & Injections Vision & Hearing Screening (as part of PCP exam) Annual OB/GYN Exam Sigmoidoscopy | $15 Copay per visit; 100% Coinsurance | 80% Coinsurance[2,6] | $15 Copay per visit; 100% Coinsurance | 70% Coinsurance[2,6] |
| **Physician Services** Adult Medical Care Child Medical Care | $15 Copay per visit; 100% Coinsurance | 80% Coinsurance[2,4] | $15 Copay per visit; 100% Coinsurance | 70% Coinsurance[2,6] |
| **Specialty Physician Services** Office Visits Referral Physician Services Second Surgical Opinion Pre- & Post-Natal Exam (Copay on first visit only) Allergy Testing & Treatment | $15 Copay per visit; 100% Coinsurance | 80% Coinsurance[2,4] | $15 Copay per visit; 100% Coinsurance | 70% Coinsurance[2,6] |
| **Outpatient Surgical Charges** Operating & Recovery Room Presurgical testing | 100% Coinsurance | 80% Coinsurance[2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance[5,6] |
| **Outpatient Treatments** Hemodialysis Radiation & Chemotherapy | 100% Coinsurance | 80% Coinsurance[2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance[2,5,6] |
| **Outpatient Services** (includes anesthesiologist, pathology interpretations, etc.) | 100% Coinsurance | 80% Coinsurance[2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance[2,5,6] |
| **Outpatient Surgeon's Services** | 100% Coinsurance | 80% Coinsurance[2,5,6] | 90% Coinsurance[5,6] | 70% Coinsurance[2,5,6] |

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004634

| Description | Coverage | | | |
| --- | --- | --- | --- | --- |
| | Point-of-Service (POS) option | | Preferred Provider Organization (PPO) option | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Outpatient X-Ray & Lab | 100% Coinsurance | 80% Coinsurance [2,6] | 90% Coinsurance[6]; must use network labs | 70% Coinsurance [2,5,6] |
| Emergency Care Doctor's Office | $15 Copay per visit; 100% Coinsurance | 80% Coinsurance [2,6] | $15 Copay per visit; 100% Coinsurance | 70% Coinsurance [2,6] |
| Emergency Care Hospital Emergency Room Accident or Illness | $50 Copay per visit[5] (waived if admitted); 100% Coinsurance | 80% Coinsurance [2,5,6] | $50 Copay per visit[5] (waived if admitted); 90% Coinsurance | 70% Coinsurance [2,5,6] |
| Emergency Care Ambulance | 100% Coinsurance | 80% Coinsurance [2,6] | 90% Coinsurance[6] | 70% Coinsurance [2,6] |
| Outpatient Short-Term Rehabilitation: Physical, Speech and Occupational Therapy (CIGNA plans also include chiropractic services) CIGNA covers up to 90 days per condition per Plan Year; UnitedHealthcare covers up to 30 visits per therapy per Plan Year. | $15 Copay per visit; 100% Coinsurance[6] | 80% Coinsurance[2,6,6] | $15 Copay per visit[6] | 70% Coinsurance[2,6,6] |
| Private Duty Professional Nursing | 100% Coinsurance[8] | 80% Coinsurance (Up to $10,000 per patient per year[2,6,8]) | 90% Coinsurance[6,8] | 70% Coinsurance (Up to $10,000 per patient per year[2,6,8]) |
| Home Health Care (one Home Health Care visit equals four hours of service) | 100% Coinsurance[8] | 80% Coinsurance (limited to 100 visits per Plan Year[2,6,8]) | 90% Coinsurance[6,8] | 70% Coinsurance (limited to 100 visits per Plan Year[2,6,8]) |
| Hospice | 100% Coinsurance | 80% Coinsurance[2,6] | 90% Coinsurance[6] | 70% Coinsurance[2,6] |
| Skilled Nursing Facility (up to 60 days per Plan Year) | 100% Coinsurance[6] | 80% Coinsurance[1,2,6,6] (Semi-Private room) | 90% Coinsurance[6,6] | 70% Coinsurance[1,2,6,6] (Semi-Private room) |

NNI-LTD-00004635

| Description | Coverage | | | |
| --- | --- | --- | --- | --- |
| | Point-of-Service (POS) option | | Preferred Provider Organization (PPO) option | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Durable Medical Equipment | 100% Coinsurance[8] | 80% Coinsurance to a $2,000 maximum per Plan Year[2,3,8] | 90% Coinsurance[68] | 70% Coinsurance to a $2,000 maximum per Plan Year[2,68] |
| Chiropractic Services (excluding CIGNA plans; see Outpatient Short-Term Rehabilitation) | $15 Copay; 100% Coinsurance | 80% Coinsurance (limited to 24 visits per Plan Year)[2,6] | $15 Copay; 100% Coinsurance | 70% Coinsurance (limited to 24 visits per Plan Year)[2,6] |
| Dental Emergency Surgery | For accidental injury to sound, natural teeth | For accidental injury to sound, natural teeth | For accidental injury to sound, natural teeth | For accidental injury to sound, natural teeth |
| Precertification | Done by PCP | Employee initiated[5] | Provider initiated[5] | Employee initiated[5] |
| Preexisting Condition Limitations | None | None | None | None |
| Prescription Drugs Retail (Up to a 30-day supply) | | | | |
| Generic | $5 Copay | 50% Coinsurance | $5 Copay | 50% Coinsurance |
| Brand-Name | $5 Copay if no Generic available or DAW; otherwise $10 Copay plus difference between Generic and Brand-Name cost when Generic is available | 50% Coinsurance | $5 Copay if no Generic available or DAW; otherwise $10 Copay plus difference between Generic and Brand-Name cost when Generic is available | 50% Coinsurance |
| Prescription Drugs Mail-order (Up to a 90-day supply) | | | | |
| Generic | $10 Copay | No Benefit | $10 Copay | No Benefit |
| Brand-Name | $10 Copay if no Generic available or DAW; otherwise $20 Copay plus difference between Generic and Brand-Name cost when Generic is available | No Benefit | $10 Copay if no Generic available or DAW; otherwise $20 Copay plus difference between Generic and Brand-Name cost when Generic is available | No Benefit |

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004636

## NOTES

[1] *Subject to Hospital Precertification.*

[2] *Subject to Reasonable & Customary Charges.*

[3] *NOTE CONCERNING EMERGENCY ROOM: In-Network Benefits are available for Emergency Room charges only for medical Emergencies. If the Emergency Room is used for a condition that is not a medical Emergency, Out-of-Network Benefits apply. A medical Emergency is generally defined as an Illness or Injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical Emergency are: apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Some examples of conditions that are NOT considered medical Emergencies are: colds, influenza, ordinary sprains, ear infections, nausea, headaches.*

[4] *In-Network Benefits count toward the Out-of-Network Benefit maximum, and vice versa.*

[5] *Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services as described on your Medical ID Card. Eligible charges for hospitalization may be reduced for days not precertified and eligible charges for elective surgery may also be reduced.*

[6] *Subject to annual Deductible.*

[7] *DAW = Dispense as Written, requested by your doctor.*

[8] *In-Network Benefits count toward the Out-of-Network Benefit maximum.*

[9] *The employee is responsible for ensuring that the admitting doctor completes the precertification process.*

NNI-LTD-00004637

# Managed Care Options Summary of Medical Benefits (continued)

| Description | Coverage Exclusive Provider Organization (EPO) option | |
|---|---|---|
| | In-Network | Out-of-Network |
| **Calendar Year Deductible** (Individual/Family) | None | No benefit |
| **Separate Deductible for Hospital Admission** (Precertification Required) | $100 | No benefit |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | None | No benefit |
| **Lifetime Medical Maximum** (per person) | Unlimited | No benefit |
| **Inpatient Hospital Services** (Precertification required) Semi-private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 100% Coinsurance | No benefit |
| **Inpatient Physician Services** (Precertification required) | 100% Coinsurance | No benefit |
| **Inpatient Surgeon's Services** (Precertification required) | 100% Coinsurance | No benefit |
| **Primary Care Physician Services** Preventive Care Well-baby Care Routine Immunizations & Injections Vision & Hearing Screening (as part of PCP exam) Annual OB/GYN Exam Sigmoidoscopy | $10 Copay per visit; 100% Coinsurance | No benefit |

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004638

| Description | Coverage | |
| --- | --- | --- |
| | **Exclusive Provider Organization (EPO) option** | |
| | **In-Network** | **Out-of-Network** |
| **Primary Care Physician Services**<br>Adult Medical Care<br>Child Medical Care | $10 Copay per visit;<br>100% Coinsurance | No benefit |
| **Physical Exam**<br>Adult and Children (age 6 and up) | $10 Copay per visit;<br>100% Coinsurance | No Benefit |
| **Specialty Physician Services**<br>Office Visits<br>Referral Physician Services<br>Second Surgical Opinion<br>Pre- & Post-Natal Exam (Copay on first visit only)<br>Allergy Testing & Treatment | $10 Copay per visit;<br>100% Coinsurance | No benefit |
| **Outpatient Surgical Charges**<br>Operating & Recovery Room<br>Presurgical Testing | 100% Coinsurance | No benefit |
| **Outpatient Treatments**<br>Hemodialysis<br>Radiation & Chemotherapy | 100% Coinsurance | No benefit |
| **Outpatient Services**<br>(includes anesthesiologist,<br>pathology interpretations, etc.) | 100% Coinsurance | No benefit |
| **Outpatient Surgeon's Services** | 100% Coinsurance | No benefit |
| **Outpatient X-Ray & Lab** | 100% Coinsurance | No benefit |
| **Emergency Care**<br>Doctor's Office | $10 Copay per visit;<br>100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency** |
| **Emergency Care**<br>Hospital Emergency Room<br>Accident or Illness | $50 Copay per visit**<br>(waived if admitted);<br>100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency** |
| **Emergency Care**<br>Ambulance | 100% Coinsurance | Paid at In-Network<br>level for approved<br>Emergency** |

NNI-LTD-00004639

| Description | Coverage |  |
|---|---|---|
|  | Exclusive Provider Organization (EPO) option |  |
|  | **In-Network** | **Out-of-Network** |
| **Outpatient Short-Term Rehabilitation: Physical, Speech and Occupational Therapy** (CIGNA plans also include chiropractic services) CIGNA covers up to 90 days per condition per Plan Year; UnitedHealthcare covers up to 30 visits per therapy per Plan Year | $10 Copay per visit; 100% Coinsurance | No benefit |
| **Private Duty Professional Nursing** | 100% Coinsurance | No benefit |
| **Home Health Care** (one Home Health Care visit equals four hours of service) | 100% Coinsurance | No benefit |
| **Hospice** | 100% Coinsurance | No benefit |
| **Skilled Nursing Facility** (up to 60 days per Plan Year) | 100% Coinsurance | No benefit |
| **Durable Medical Equipment** | 100% Coinsurance | No benefit |
| **Chiropractic Services** (excluding CIGNA plans; see Outpatient Short-Term Rehabilitation) | $10 Copay; 100% Coinsurance | No benefit |
| **Dental Emergency Surgery** | For accidental injury to sound, natural teeth | No benefit |
| **Precertification** | Done by PCP | No benefit |
| **Preexisting Condition Limitations** | None | No benefit |

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004640

| Description | Coverage | |
| --- | --- | --- |
| | **Exclusive Provider Organization (EPO) option** | |
| | **In-Network** | **Out-of-Network** |
| **Prescription Drugs Retail** (Up to a 30-day supply) | | |
| Generic | $5 Copay | 50% Coinsurance |
| Brand-Name | $5 Copay if no Generic available or DAW*; otherwise $10 Copay plus difference between Generic and Brand-Name cost when Generic is available | 50% Coinsurance |
| **Prescription Drugs Mail-Order** (Up to a 90-day supply) | | |
| Generic | $10 Copay | No Benefit |
| Brand-Name | $10 Copay if no Generic available or DAW*; otherwise $20 Copay plus difference between Generic and Brand-Name cost when Generic is available | No Benefit |

\* *DAW = Dispense as Written, requested by your Doctor.*

\*\**NOTE CONCERNING EMERGENCY: In-Network Benefits are available for Emergency Room charges only for medical Emergencies. If the Emergency Room is used for a condition that is not an approved medical Emergency, no benefit will be paid for the treatment. A medical Emergency is generally defined as an Illness or Injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical Emergency are: apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. Some examples of conditions that are not considered medical Emergencies are: colds, influenza, ordinary sprains, ear infections, nausea, headaches.*

NNI-LTD-00004641

# HOW THE COMPREHENSIVE OPTIONS WORK

*You may choose the Out-of-Area Comprehensive option if you live in an area where there are no Managed Care options available, or you can choose the Comprehensive option if you live in a network area but want more flexibility to use any health provider and receive benefits.*

There are two Comprehensive options. If you live within a network area but prefer the highest level of flexibility in choosing your provider, you have the option of enrolling in the Comprehensive option. If you live outside of an area served by the PPO, POS or EPO networks, you may choose the Out-of-Area Comprehensive option. While the Comprehensive options are similar, the Out-of-Area Comprehensive option covers more preventive care expenses and it costs less than the Comprehensive option.

## Annual Deductible

*Before benefit payments begin, you will pay an annual Deductible.*

Before benefit payments begin, you will pay an annual Deductible. When the Deductibles for all family members combined reaches the family Deductible, the Deductible will be considered satisfied for all family members that year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible.

## Reimbursement Level

*After you satisfy the Deductible, both the Comprehensive and Out-of-Area Comprehensive options pay 80% of Reasonable and Customary Charges for most Covered Expenses.*

After you satisfy the Deductible, Comprehensive options generally pay 80% of Reasonable and Customary Charges for most Covered Expenses.

## Out-of-Pocket Maximum

*When the amount you have paid in a Plan Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Plan Year.*

When the amount you have paid in a Plan Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Plan Year.

The following expenses do not count toward the Out-of-Pocket Maximum:

- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts

NNI-LTD-00004642

- charges applied to the Deductible
- eligible charges under the plan's Prescription Drug Program
- Copays.

# Common Accident Exception

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that year. This exception applies only to determine benefits for those Injuries. Any amount payable solely because of this exception will not count against the Lifetime Maximum benefit.

# Hospital Precertification

You must call Intracorp at 1-800-257-2702 to get Hospital Precertification for all Inpatient Hospital admissions as described on pages 14 – 15.

*You must call Intracorp at 1-800-257-2702 to get Hospital Precertification...*

# Filing Medical Claims

You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan. Providers may also file Claims directly if you authorize benefits to be released to them. Claim forms are available from the InfoCenter and online at Services@Work. The Claim must cover the occurrence, character and extent of that loss. All Claims must be filed by the end of the Calendar Year after the Calendar Year in which the service was rendered. If it is not reasonably possible to file a Claim during this period, the Claim will be considered if the proof is given as soon as reasonably possible.

*You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.*

See the Administrative Information section of this handbook for further information on how and where to file claims.

# Payment of Medical Claims

Benefits will be paid as soon as possible after your Claim is received by the Claims Administrator. Should you die before a benefit is paid, the benefit will be paid to your estate.

*Benefits will be paid as soon as possible after your Claim is received by the Claims Administrator.*

NNI-LTD-00004643

## Comprehensive Options Summary of Medical Benefits

| Description | Coverage | |
| --- | --- | --- |
| | Out-of-Area Comprehensive | Comprehensive |
| **Calendar Year Deductible** (Individual/Family) | $200/$600 | $200/$600 |
| **Separate Deductible for Hospital Admission** (Precertification required) | $150 | $150 |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | $1,500/$3,000 (plus Deductible) | $1,500/$3,000 (plus Deductible) |
| **Lifetime Maximum** (per person) | $1,000,000 | $1,000,00 |
| **Inpatient Hospital Services** Semi-private Room & Board Operating & Recovery Room Lab & X-Ray Drugs, Medications Hemodialysis Radiation & Chemotherapy Rehab Services Intensive Care Preadmission Testing Well-Newborn Care Other Eligible Hospital Charges | 80% Coinsurance [1,2,3,4] (after hospital admission deductible) | 80% Coinsurance [1,2,3,4] (after hospital admission deductible) |
| **Inpatient Physician Services** (Precertification required) | 80% Coinsurance [3,4] | 80% Coinsurance [3,4] |
| **Inpatient Surgeon's Services** (Precertification required) | 80% Coinsurance [3,4] | 80% Coinsurance [3,4] |
| **Physician Services** Well-baby Care (up to age 6) Routine Immunizations & Injections Annual OB/GYN Exam | 100% Coinsurance; [2,5] no Deductible | 80% Coinsurance [2,4] |

NNI-LTD-00004644

| Description | Coverage | |
|---|---|---|
| | **Out-of-Area Comprehensive** | **Comprehensive** |
| **Physician Services**<br>Adult Medical Care<br>Child Medical Care | 80% Coinsurance [2,4] | 80% Coinsurance [2,4] |
| **Physical Exam**<br>Adult and Children (age 6 and up) | 100% Coinsurance [2];<br>no Deductible<br>(up to $300 every<br>24 months) | 80% Coinsurance [2,1]<br>(up to $300 every<br>24 months) |
| **Specialty Physician Services**<br>Office Visits<br>Second Surgical Opinion<br>Pre- & Post-Natal Exam<br>Allergy Testing & Treatment | 80% Coinsurance [2,4] | 80% Coinsurance [2,4] |
| **Outpatient Surgical Charges**<br>Operating & Recovery Room<br>Presurgical Testing | 80% Coinsurance [2,3,4] | 80% Coinsurance [2,3,1] |
| **Outpatient Treatments**<br>Hemodialysis<br>Radiation & Chemotherapy | 80% Coinsurance [2,3,4] | 80% Coinsurance [2,3,4] |
| **Outpatient Services**<br>(includes anesthesiologist,<br>pathology interpretations, etc.) | 80% Coinsurance [2,3,4] | 80% Coinsurance [2,3,4] |
| **Outpatient Surgeon's Services** | 80% Coinsurance [2,3,4] | 80% Coinsurance [2,3,1] |
| **Outpatient X-Ray & Lab** | 80% Coinsurance [2,4] | 80% Coinsurance [2,4] |
| **Emergency Care**<br>Doctor's Office | 80% Coinsurance [2,4] | 80% Coinsurance [2,3] |
| **Emergency Care**<br>Hospital Emergency Room<br>Accident or Illness | 80% Coinsurance [2,4] | 80% Coinsurance [2,4] |
| **Emergency Care**<br>Ambulance | 80% Coinsurance [2,4] | 80% Coinsurance [2,4] |
| **Outpatient Short-Term<br>Rehabilitation** | 80% Coinsurance [2,4] | 80% Coinsurance [2,1] |

| Description | Coverage | |
|---|---|---|
| | Out-of-Area Comprehensive | Comprehensive |
| **Private Duty Professional Nursing** | 80% Coinsurance (up to $10,000 per year per patient [2,3]) | 80% Coinsurance (up to $10,000 per year per patient [2,4]) |
| **Home Health Care** | 80% Coinsurance[2,4] (up to 100 visits per year) | 80% Coinsurance[2,4] (up to 100 visits per year) |
| **Skilled Nursing Facility** | 80% Coinsurance[1,2,3] (Semi-Private room, limited to 60 days per year) | 80% Coinsurance[1,2,4] (Semi-Private room, limited to 60 days per year) |
| **Hospice** | 80% Coinsurance[2,3] | 80% Coinsurance[2,4] |
| **Durable Medical Equipment** | 80% Coinsurance (up to $2,000 maximum per year)[2,4] | 80% Coinsurance (up to $2,000 maximum per year)[2,4] |
| **Chiropractic Services** | 80% Coinsurance[2,4] (up to 24 visits per year) | 80% Coinsurance[2,4] (up to 24 visits per year) |
| **Precertification** | Employee initiated[1] | Employee initiated[1] |
| **Preexisting Condition Limitations** | None | None |
| **Prescription Drugs Retail** (Up to a 30-day supply) Generic | $5 Copay: participating pharmacies; 50% Coinsurance non-participating pharmacies | $5 Copay: participating pharmacies; 50% Coinsurance non-participating pharmacies |
| Brand-Name | $5 Copay if no Generic available or DAW[5]; otherwise $10 Copay plus difference between Generic and Brand-Name cost when Generic is available | $5 Copay if no Generic available or DAW[5]; otherwise $10 Copay plus difference between Generic and Brand-Name cost when Generic is available |
| **Prescription Drugs Mail-Order** (Up to a 90-day supply) Generic | $10 Copay | $10 Copay |
| Brand-Name | $10 Copay if no Generic available or DAW[5]; otherwise $20 Copay plus difference between Generic and Brand-Name cost when Generic is available | $10 Copay if no Generic available or DAW[5]; otherwise $20 Copay plus difference between Generic and Brand-Name cost when Generic is available |

NNI-LTD-00004646

NOTES

[1] *Subject to Hospital Precertification.*

[2] *Subject to Reasonable & Customary Charges.*

[3] *Whenever a covered person faces confinement in a Hospital or needs non-emergency Surgery, follow the directions for Hospital Precertification of these services described on your identification card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective Surgery may also be reduced.*

[4] *Subject to annual Deductible.*

[5] *DAW = Dispense as Written, requested by your doctor.*

# WHEN COVERAGE ENDS

## For You

Medical Plan coverage will end on the last day of the month in which the following occurs:

- the date your employment ends
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

*For coverage purposes, your employment will end when you are no longer Actively at Work as a Full-Time or Part-Time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence.*

For coverage purposes, your employment will end when you are no longer Actively at Work as a Full-Time or Part-Time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence.

## For Your Dependents

Medical Plan coverage for your Dependents will end on the last day of the month in which the following occurs:

- the date your employment ends or your covered Dependent stops qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution.

NNI-LTD-00004648

# Continuing Coverage

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

## *Extension of Health Care Protection*

The following applies to all coverages other than the Hospice Care Program:

Your protection under the Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if, on the date you cease to be covered, you are totally disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and are under a Doctor's care. The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and under a Doctor's care.

In the event of your death, if you are enrolled with Dependent Coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you or a covered Dependent is totally disabled (as defined in the Disability Section of this binder) and under a Doctor's care on the date coverage under the Plan terminates, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the Plan was terminated, or

- the Hospice Care Program within the Plan was terminated for all Employees of the Company or for a group of Employees of which the person is a member. If such coverage terminates for any other reason, Hospice Care Program coverage during that total disability will be extended for up to twelve (12) months.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

NNI-LTD-00004649

████████████████████████████████████████████

*You and your covered Dependents may continue Medical Plan coverage under certain circumstances due to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).*

## COBRA

You and your covered Dependents may continue Medical Plan coverage under certain circumstances due to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). See the information about COBRA in the Administrative Information section of this handbook.

## Conversion Privilege

You must first enroll for continuation of coverage through COBRA prior to the following conversion privilege (except in the following states: Maryland, New York, South Carolina, South Dakota and Wisconsin).

The Conversion Privilege describes when and how you, or your covered Dependent, may get an individual Health Care converted contract when your, your spouse's or covered Dependent's coverage under the Plan ends.

## Right to Convert

A right under this provision is subject to the rest of this Conversion Privilege.

You have the right to get a Health Care converted contract if both of these are met:

- your Medical coverage ends for any reason other than:
  - your failure to pay, when due, any contribution required by the Plan, or
  - the end of your employment (other than retirement) if you then have the right to elect to continue your group Health Care coverage.

- you have been covered for at least three (3) months for Medical coverage (or for it and for similar benefits under any group plan that it replaced).

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004650

Your spouse or Domestic Partner and each covered Dependent has the right to get a converted contract if both of these conditions are met:

- your Dependent coverage under the Plan ends for one of the following reasons:

  - your death,

  - your spouse ceases to be an eligible Dependent, due to divorce or legal separation of your marriage,

  - your Domestic Partner ceases to be eligible due to termination of your relationship or

  - your spouse, Domestic Partner and/or Domestic Partner's child(ren) or your child ceases to be an eligible Dependent for any other reason, and you do not have the right to get a converted contract at that time.

- you have been covered for at least three (3) months for Medical coverage (or for it and for similar benefits under any group plan that it replaced).

If your spouse or Domestic Partner and any of your Children or Domestic Partner's Children have the right to get a converted contract at the same time, your spouse or Domestic Partner may elect conversion for all.

### Application and First Premium Payment
The person who has the right to get the converted contract must apply for it, and pay the first premium, to the Claims Administrator within thirty-one (31) days after Medical coverage for that person ends. Evidence of good health is not required.

### Effective Date
The converted contract will take effect on the day after Medical coverage ends. Some of the Medical coverages may not be available under the converted contract. The level of benefits under the converted contract may be lower than those of the Company's Medical Plan. Premiums for the converted contract will be based on the Claims Administrator's rates for:

- the age and class of risk (but not health) of each person covered under it,

- the type and amount of insurance it provides, and

- its premium period. Premiums will not be due less often than quarterly unless the insured agrees.

## *Persons Covered*

Subject to the exceptions below, the following are covered:

- if the converted contract is issued to you, you and your eligible Dependents whose Medical coverage ended when yours did,

- if your spouse or Domestic Partner has the right to get a converted contract and it is issued to your spouse or Domestic Partner, your spouse or Domestic Partner and any of your Dependent Children or Domestic Partner's Dependent Children whose Medical coverage ended at the same time, and

- if your child has the right to get a converted contract and it is issued to your child, only that child.

Exceptions to the above rules are:

- the Claims Administrator may issue a separate converted contract to any person

- The Claims Administrator is not required to issue a converted contract covering the following:

  - a person who is or could be covered by Medicare,

  - a person whose Medical coverage ends by reason of the end of all Medical Coverage for a group of Employees, by amendment or otherwise, if it is replaced for the group of Employees by similar benefits under a group plan within the next thirty-one (31) days, or

  - a person to whom one or more of the items below applies, when the benefits of the Converted Contract, together with the similar benefits provided or available from the sources shown in those items, would result in over insurance under the Claims Administrator's standards:

    1. the person is covered by an insurance or other contract, a plan or a program

    2. the person is eligible for coverage (whether or not covered) under any insured or uninsured arrangement for coverage for persons in a group

    3. a law that requires that benefits be provided or made available to that person.

NNI-LTD-00004652

# RIGHT TO CERTIFICATE OF HEALTH COVERAGE

When you leave the Company's employment for any reason, or terminate your coverage in the Medical Plan, the Company will provide you a written certificate confirming the period of your participation in this Plan as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). You will need the certificate if you become eligible to enroll in another health plan that excludes coverage for preexisting medical conditions. Your new plan will be required to give you credit for your period of coverage in this Plan, against the preexisting condition exclusion period (which cannot be more than 12 months for individuals who enroll when first eligible or 18 months for late enrollees). If you are enrolled in this Plan for at least the previous 12 months, do not have a break in coverage of 63 days or longer, and enroll in your new plan as soon as you are eligible, the new plan cannot exclude any preexisting condition that you have. If you have a break in coverage of at least 63 days, the new plan will not be required to give you credit for your period of coverage under this Plan. The Company will also provide a certificate for any Dependent who ends coverage under this Plan for any reason. The Company will provide a certificate to former Employees and/or their Dependents automatically when coverage terminates, automatically when COBRA continuation, if elected, terminates and upon request at any time within 24 months of the date plan coverage terminates. HIPAA only provides proof of insurability. It does not offer a continuation of benefits. (Note: COBRA continuation coverage also counts as creditable coverage.)

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00004653



Replace with Dental/Vision/Hearing Tab

NNI-LTD-00004654

# IN THIS SECTION

INTRODUCTION ............................................................................................................ 1

PLAN HIGHLIGHTS ..................................................................................................... 2

ELIGIBILITY................................................................................................................... 4
    For You ..................................................................................................................... 4
    For Your Dependents ............................................................................................... 5
    For Your Domestic Partner and His or Her Child(ren) ......................................... 6
    Special Eligibility Rules ........................................................................................... 7

PARTICIPATION ........................................................................................................... 7
    Core FLEX Benefits ................................................................................................ 7
    Optional FLEX Benefits ......................................................................................... 7

WHEN COVERAGE BEGINS ..................................................................................... 8
    Delay of Effective Date ............................................................................................ 8

CHANGING YOUR SELECTIONS ............................................................................. 9

COST OF COVERAGE ................................................................................................. 9

MAINTENANCE OF BENEFITS PROVISION ......................................................... 9

DENTAL BENEFITS ...................................................................................................... 12
    Reimbursement Levels ............................................................................................. 12
    Annual Maximum Benefit ........................................................................................ 12
    Orthodontia Lifetime Maximum Benefit ................................................................ 13
    What Is Covered ...................................................................................................... 13
    Predetermination Review ......................................................................................... 15
    Alternate Benefit Provision ..................................................................................... 16
    What Is Not Covered ............................................................................................... 16

NNI-LTD-00004655

VISION BENEFITS ................................................................................................ 18
    Reimbursement Levels ................................................................................ 18
    Maximum Benefit ....................................................................................... 19
    What Is Covered ......................................................................................... 19
    What Is Not Covered .................................................................................. 20

HEARING CARE BENEFITS ............................................................................... 20
    Reimbursement Levels ................................................................................ 20
    Maximum Benefit ....................................................................................... 20
    What Is Covered ......................................................................................... 21
    What Is Not Covered .................................................................................. 21

FILING DENTAL, VISION AND HEARING CARE CLAIMS ......................... 21

PAYMENT OF DENTAL, VISION AND HEARING CARE CLAIMS .............. 22

GENERAL DENTAL, VISION AND HEARING CARE EXCLUSIONS ............ 22

WHEN COVERAGE ENDS ................................................................................. 23
    For You ....................................................................................................... 23
    For Your Eligible Dependents ..................................................................... 23
    Continuing Coverage .................................................................................. 23

ADMINISTRATIVE INFORMATION ................................................................. 24

# Dental, Vision and Hearing Care Plan

# INTRODUCTION



Under FLEX Benefits, you can choose from three Dental, Vision and Hearing Care options: the Basic Option, Comprehensive Option or Plus Option. Or you may decline coverage instead.

This is a brief description of the various options the Company has designed for your review and selection. Please read this description carefully to understand the options the Company is offering to you. If you are enrolled in a Medical Plan HMO, the information contained in this section does *not* apply to your dental coverage if provided under that HMO. Separate information will be provided to you regarding that dental coverage by your HMO.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Dental, Vision and Hearing Care Plan can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the **Glossary** section of the binder.

NNI-LTD-00004657

# PLAN HIGHLIGHTS

| | Basic | Comprehensive | Plus |
|---|---|---|---|
| **Dental Coverage*** | | | |
| Deductible | $50 per person $150 per family for Basic Services | $25 per person $75 per family for Basic, Major and Orthodontia Services | None |
| Preventive services (such as exams, cleanings and fluoride treatments) | 100% of Covered Expenses (No Deductible) | 100% of Covered Expenses (No Deductible) | 100% of Covered Expenses |
| Basic Services (such as fillings, extractions, periodontics, root canal and oral surgery) | 80% of Covered Expenses | 80% of Covered Expenses | 100% of Covered Expenses |
| Major Services (such as crowns, dentures and bridges) | Not covered | 50% of Covered Expenses | 80% of Covered Expenses |
| Orthodontia (treatment to correct tooth or bite alignment) | Not covered | 50% of Covered Expenses | 50% of Covered Expenses |
| Annual maximum benefit (except oral surgery and Orthodontia) | $500 per person | $1,500 per person | $1,500 per person |
| Lifetime Maximum for Orthodontia | Not applicable | $1,500 per person | $2,500 per person |
| **Vision Coverage** | | | |
| Copayment for vision care services | $25 | $10 | None |
| Services from a Network Provider** | Covered in full after Copayment | Covered in full after Copayment | Covered in full |
| Annual maximum benefit | None for most services, up to $105 per year for elective contact lenses | | |

The contact lens allowance covers professional evaluations, fittings and materials. The routine exam is covered in full after a Copayment.

* Note: Reasonable and Customary (R&C) limits apply to all coverage amounts.

** If you select elective lens options or frames above the plan allowance, there will be additional charges.

███████████████████████████

|  | Basic | Comprehensive | Plus |
|---|---|---|---|

### *Vision Coverage*

Services from an
Out-of-Network Provider

Reimbursed up to the following (under all three options):
- $40 for an eye exam
- $40 for single lenses
- $60 for bifocal lenses
- $80 for trifocal lenses
- $125 for lenticular lenses
- $45 for frames
- $105 for contact lenses — elective
- $210 for contact lenses — Medically Necessary

| Plan pays benefits for: | Once every: | Once every: | Once every: |
|---|---|---|---|
| • Exams | • Calendar Year | • Calendar Year | • Calendar Year |
| • Lenses | • other Calendar Year | • other Calendar Year | • Calendar Year |
| • Frames | • other Calendar Year | • other Calendar Year | • other Calendar Year |
| • Contact lenses | • other Calendar Year | • other Calendar Year | • Calendar Year |

### *Hearing Coverage*

| | Basic | Comprehensive | Plus |
|---|---|---|---|
| Eligible expenses (hearing aids and hearing exams) | 80% of Covered Expenses | 80% of Covered Expenses | 100% of Covered Expenses |
| 24 month maximum benefit | $250 | $300 | $500 |

NNI-LTD-00004659

# ELIGIBILITY

## For You

You are eligible for the Dental, Vision and Hearing Care Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Dental, Vision and Hearing Care Plan unless specified in the collective bargaining agreement.

If you are a short-term or long-term expatriate Employee on international assignment for the Company (as defined by the Company), you are not eligible for the FLEX Benefits Dental, Vision and Hearing Care Plan. You will be eligible for health care coverage including Dental, Vision and Hearing under the International Health Services Plan. If you are a short-term expatriate Employee on international assignment for the Company (as defined by the Company) and your eligible Dependents do not accompany you on the assignment, you are eligible to continue your FLEX Dental, Vision and Hearing Care Plan coverage for your eligible Dependents only. If this situation applies to you, you will be given additional information about your benefits.

## For Your Dependents

*If you are eligible for and enrolled in the Dental, Vision and Hearing Care Plan, you may enroll your eligible Dependents.*

If you are eligible for and enrolled in the Dental, Vision and Hearing Care Plan, you may enroll your eligible Dependents. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law) or Domestic Partner (qualified under plan rules),

- your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 19. "Children" include:

  – your natural or legally adopted (or placed for adoption) Children

  – your step-Children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

NNI-LTD-00004660

- your unmarried Child(ren) and/or Domestic Partner's Child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and

- your eligible physically or mentally disabled Child(ren) and/or Domestic Partner's Child(ren) age 19 or over who are Wholly Dependent on you for support and maintenance and became disabled and Dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to the InfoCenter within 31 days of your child turning age 19 for that child to be considered an eligible Dependent.

Your Children will be eligible for the Dental, Vision and Hearing Care Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the Health Care Plans. Coverage under the plan will be provided in accordance with the plan and applicable federal and state law. Federal law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A Qualified Medical Child Support Order cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, please contact the InfoCenter.

# For Your Domestic Partner and His or Her Child(ren)

You may enroll your Domestic Partner in the Dental, Vision and Hearing Care Plan, when your relationship with that person meets the plan's eligibility requirements and when the Company has given you written approval of the Affidavit of Domestic Partnership. You may also enroll Child(ren) of your Domestic Partner if they meet the requirements of being dependent on you for support and live with you in a regular parent-child relationship.

*You may also enroll your Domestic Partner and the Child(ren) of your Domestic Partner for the Medical Plan …if they meet the plan's eligibility requirements.*

*…the cost of the coverage for a Domestic Partner and/or your Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings.*

NNI-LTD-00004661

However, special tax and legal considerations apply when covering a Domestic Partner and/or your Domestic Partner's Child(ren). For example, the cost of the coverage for your Domestic Partner and/or Domestic Partner's Child(ren) must be paid on an after-tax basis and the Company's cost is added to your gross earnings. As a result, you may wish to consult with a tax or legal advisor before enrollment.

See the Administrative Information section for details about the requirements for enrolling your Domestic Partner and/or your Domestic Partner's Child(ren).

## Special Eligibility Rules

*If you and your spouse (or Domestic Partner) are both eligible to participate in the Dental, Vision and Hearing Care Plan, then special rules apply for enrolling...*

### If You and Your Spouse (or Domestic Partner) Both Work for the Company

If you and your spouse (or Domestic Partner) are both eligible to participate in the Dental, Vision and Hearing Care Plan, then special rules apply for enrolling in the plan. You may enroll as an Employee or a spouse (or Domestic Partner), but not both. Only one of you may enroll your eligible Dependent Children.

### If You and Your Child (or Domestic Partner's Child) Both Work for the Company

Your child (or Domestic Partner's child) will not be considered an eligible Dependent if he or she is covered under this plan as an Employee.

### If Your Eligible Dependent is in the Armed Forces

Your eligible Dependent is not eligible for coverage while on Active Duty in the armed forces of any country.

NNI-LTD-00004662

# PARTICIPATION

The Dental, Vision and Hearing Care Plan is available to you on your Hire Date, provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll within 31 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

## Core FLEX Benefits

There are no Core FLEX Benefits for Dental, Vision and Hearing Care coverage; participation in the plan is voluntary.

## Optional FLEX Benefits

You may select from the following Optional FLEX Benefit options:

- No Coverage
- Basic
- Comprehensive
- Plus

If you choose to enroll, you will also have four choices of coverage levels:

- You only
- You and your Child(ren) (and/or your Domestic Partner's Child(ren))
- You and your Spouse (or Domestic Partner)
- You and your Spouse (or Domestic Partner) and Child(ren) (and/or your Domestic Partner's Child(ren))

*There are no Core FLEX Benefits for Dental, Vision and Hearing Care coverage; participation in the plan is voluntary.*

# WHEN COVERAGE BEGINS

You may enroll in the Dental, Vision and Hearing Care Plan within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10-11) or during an Annual Enrollment period. You may request an addition or deletion of Dependent coverage only for your current Dental, Vision and Hearing Care options outside the 31 day enrollment period if within the same Plan Year. Coverage is effective when the InfoCenter receives confirmation of the life event.

Your coverage will begin as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
| --- | --- |
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you and your Dependents will not have benefits for Dental, Vision and Hearing Care, and you must wait until an Annual Enrollment period (or experience a new Qualified Family Status Change) to make a Dental, Vision and Hearing Care selection.

## Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date may be delayed until you return to Active Work. The enrollment or change in coverage for an eligible Dependent or Domestic Partner's Child(ren) or Domestic Partner will become effective without regard to whether he or she is confined for medical treatment on the effective date.

NNI-LTD-00004664

# CHANGING YOUR SELECTIONS

### Changing Your Options

Your Dental, Vision and Hearing Care selection remains in effect for one entire Plan Year, or enrollment period. You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change as described in the FLEX Overview section on pages 10-11.

*You will not be able to change your selection during the Plan Year unless you experience a Qualified Family Status Change…*

# COST OF COVERAGE

If you select the Dental, Vision and Hearing Care Plan, your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.

*…your required Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis.*

# MAINTENANCE OF BENEFITS PROVISION

All the Dental, Vision and Hearing Care Plan options contain the Maintenance of Benefits provision, which coordinates benefits available from more than one plan. If both you and your spouse (or your Domestic Partner) are working, you and your eligible Dependents may be covered under both the Company plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.

A dental, vision, hearing care program is defined as any of these which provide benefits or services for, or by reason of, medical care or treatment.

- Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are in excess of those of any private insurance program or other non-governmental program.

*The Maintenance of Benefits provision coordinates benefits provided under all dental, vision and hearing care programs so that you can receive up to — but no more than — the amount that would have been covered by the Company plan.*

- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:

  1. school accident-type coverage for grammar school or high school students, or

  2. any individually underwritten and issued contract or plan of insurance that meets both of these tests:

     - it provides solely for Accident and Sickness benefits, and

     - it is a contract or plan of insurance for which the insured, member of the insured's family, or the insured's guardian has paid 100% of the premiums.

- Medical coverage under the "no fault" or medical payment provisions of an automobile insurance contract.

Here is how the Maintenance of Benefits provision works:

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Company's Dental, Vision and Hearing Care Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. This means that you will not receive any benefits from the Dental, Vision and Hearing Care Plan if the primary plan pays benefits that are equal to or greater than the benefits this plan would normally pay.

Determination of which plan is primary is as follows:

- Coverage as an employee is considered primary over coverage as a Dependent.

- When a Dependent child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan unless the Dependent child's parents are separated or divorced. Then the following applies:

  1. The plan of the parent with custody pays first.

  2. The stepparent's plan pays next.

  3. The parent without custody pays next.

  4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.

NNI-LTD-00004666

5. If both parents have the same birthday, the benefits of the plan which covered the parent longer are determined before those of the plan which covered the other parent for a shorter period of time.

- Coverage as an active employee or that employee's Dependent is determined before coverage as a laid off or retired employee. If the other plan does not have this rule and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.

- When none of the above circumstances applies, the coverage you have had for the longest time pays first.

When the above rules reduce the plan's benefits, the benefits in each coverage category are reduced proportionately to its reimbursement level in the same manner as if no reduction in benefits had been applied.

If you select your spouse's (or Domestic Partner's) dental, vision and hearing care coverage and that coverage ceases during the year as the result of a Qualified Family Status Change, you may return to the Company plan of your choice within 31 days of the loss of coverage, with no Evidence of Insurability required. However, you will be required to provide proof of the loss of coverage.

# DENTAL BENEFITS

The plan pays benefits for eligible charges incurred for dental care services. The following is a summary of these benefits.

## Reimbursement Levels

Dental benefits are paid based on the coverage category in which the expense falls, up to the plan maximum and subject to the Alternate Benefit Provision. (See page 16 for more information.) The plan pays a percentage of the Reasonable and Customary Charges for Covered Expenses in each coverage category as indicated in the Plan Highlights. Deductibles may apply based on the coverage category and type of service.

Benefits for Orthodontia expenses under the Comprehensive or Plus Options will be paid beginning when the appliances are first inserted, and will continue every three months for the estimated duration of treatment as long as the patient remains covered. The payments will be in equal installments, except that the first payment will be limited to the orthodontist's initial charge, up to the maximum Orthodontia benefit. Payments are made every three months even if you are billed in full at your first visit.

### Passive Network Benefit

The dental benefit also includes a "passive" network. Even though there are no In-Network and Out-of-Network Benefit levels in your dental coverage, services are provided at a discounted rate when you go to dental care providers who are in the CIGNA dental plan network. To receive a dental PPO directory, contact Member Services or the InfoCenter.

## Annual Maximum Benefit

The maximum amount the plan will pay for eligible dental expenses, except oral surgery and Orthodontia, per person is $500 annually for the Basic Option and $1,500 annually for the Comprehensive and Plus Options.

NNI-LTD-00004668

# Orthodontia Lifetime Maximum Benefit

The maximum lifetime benefit the plan will pay for eligible Orthodontia expenses per person is $1,500 for the Comprehensive Option and $2,500 for the Plus Option. Please note that this limit is a *Lifetime* Maximum. Benefits already paid and applied toward your Lifetime Maximum do not reset if you change options; benefits already paid toward the Lifetime Maximum transfer when you change options.

*The maximum lifetime benefit the plan will pay for eligible Orthodontia expenses... does not reset if you change options; benefits already paid toward the Lifetime Maximum transfer when you change options.*

# What Is Covered

Dentist's charges for non-occupational disease or Injury are covered (up to Reasonable and Customary amounts) if they are necessary for the care of your teeth and if they start and are completed while the patient is covered under this plan. A dental service starts when the actual performance of the service starts except:

| *If the service is ...* | *the service starts ...* |
|---|---|
| • fixed bridgework and full or partial dentures | when the first impressions are taken and or teeth are fully prepared |
| • crown, inlay or onlay | the first date the tooth is prepared |
| • root canal therapy | when the pulp chamber is opened |

## Preventive Care

Eligible expenses in the Preventive Care category include:

- bite-wing x-rays, up to twice per Calendar Year (full-mouth or panorex, once every three Calendar Years)

- cleaning of teeth, up to twice per Calendar Year

- routine exams, up to twice per Calendar Year

- sealants for Dependents under age 14, limited to one treatment per permanent tooth every 36 months

- sodium fluoride treatment for Dependents under age 18, limited to twice per Calendar Year

- space maintainers for Dependents under age 14 limited to non-orth-odontic treatment

NNI-LTD-00004669

## Basic Services

Eligible expenses in the Basic Services category include:

- anesthetics
- emergency treatment of dental pain when no other definitive dental services are performed (any x-ray taken in connection with such treatment is a separate dental service)
- endodontic treatment, including root canal therapy
- extractions of fully erupted teeth
- fillings
- oral surgery; eligible expenses include:
  - excision of partially or completely unerupted teeth
  - excision of a tooth root without the extraction of the entire tooth (not including root canal therapy)
  - other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth
- periodontal treatment and other diseases of the gums and tissues of the mouth
- re-cementing of bridge
- removal of impacted tooth

## Major Services (Comprehensive and Plus Options only)

Eligible expenses in the Major Services category include:

- crowns, onlays and inlays
- initial installation of prosthesis, including dentures and bridges for replacement of one or more natural teeth extracted while covered under this benefit
- maintenance of prosthesis, including dentures and bridges that have been installed for more than six months
- replacement of full or partial dentures more than five years old
- surgical implants of any type, including any prosthetic device attached to it

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004670

## Orthodontia (Comprehensive and Plus Options Only)

Eligible expenses in the Orthodontia category include:

- all active treatment and retention appliances
- fixed or removable appliances, only one appliance per person for tooth guidance or to control harmful habits
- preliminary study, including x-rays, diagnostic casts and treatment plan

# Predetermination Review

Predetermination Review lets you know what services are covered and what payments may be made for treatment before the work is done. Whenever your Dentist recommends extensive dental work (such as a root canal or crown), your Dentist should complete a Claim form describing the type and expected cost of the treatment. This form should be sent to the Claims Administrator before the work is scheduled to be done. Any subsequent major changes in the treatment plan should also be sent to the Claims Administrator for review. By reviewing the proposed dental treatment and expected charges, the Claims Administrator will be able to provide you and your Dentist with a detailed description and estimate of amounts considered for payment for the particular covered services.

When there has not been a Predetermination Review, the Claims Administrator will determine the expenses that will be included as Covered Expenses at the time the Claim is received.

Predetermination Review does not guarantee payment. The estimate of benefits payable may change based on the benefits available at the time services are completed.

*Predetermination Review lets you know what services are covered and what payments may be made for treatment before the work is done...the Claims Administrator will be able to provide you and your Dentist with a detailed description and estimate of amounts considered for payment for the particular covered services.*

NNI-LTD-00004671

# Alternate Benefit Provision

When more than one dental service could provide suitable treatment based on common dental standards, the Claims Administrator will determine the dental service on which payment will be based and the expenses that will be included as Covered Expenses. Benefits will be provided for the treatment that is determined to be most adequate, appropriate and cost effective. You and your Dentist are free to apply this benefit payment to the treatment of your choice; however, if you select a treatment method that is more expensive than an alternate method that would achieve the medically required result, benefits are limited to the Reasonable and Customary Charge for the less expensive method. For this reason, you should file a Predetermination Review when extensive dental services are needed so that you and your Dentist know in advance what the benefit plan will cover before any treatment begins.

# What Is Not Covered

No benefit payment will be made for expenses incurred for:

1. an appliance, or modification of one, where an impression was made before the patient was covered; a crown, bridge or gold restoration for which the tooth was prepared before the patient was covered; root canal therapy if the pulp chamber was opened before the patient was covered

2. bite registrations, precision or semi-precision attachments or splinting

3. cosmetic dentistry, including personalization or characterization of dentures, unless for accidental Injury and provided such treatment commences within 90 days of the Accident

4. dental services that do not meet common dental standards

5. the first installment of dentures and bridgework (including crowns and inlays forming the abutments), when charges are for the replacement of congenitally missing teeth, or for replacement of natural teeth all of which were lost while the patient was not covered for this benefit

6. any generally excluded charge listed on page 22

7. infection control

8. instruction in plaque control, dental hygiene and diet

9. an orthodontic procedure for which an active appliance was installed before the person was covered by the plan

NNI-LTD-00004672

10. procedures, appliances or restorations (except full dentures) whose main purpose is to change vertical dimension, diagnosis or treatment of conditions or dysfunction of the temporomandibular joint (TMJ), stabilize periodontically involved teeth, or restore occlusion

11. prosthetic devices that were ordered before you or your eligible Dependent became eligible or which were ordered while you or your eligible Dependent were covered but were installed more than 30 days after termination of eligibility

12. any replacement of bridgework, crowns or artificial dentures unless one or more of the following applies:

    – the replacement or addition of teeth is required to replace one or more natural teeth extracted while the person was covered for this benefit, or

    – the bridge, crown or denture was installed at least five years before its replacement and cannot be made serviceable, or

    – the existing denture is temporary and the replacement by a permanent denture is required and done within 12 months of the temporary denture

13. the replacement of a lost, stolen or missing prosthetic device

14. services or supplies covered under the Medical Plan

15. services or supplies received from a Hospital

16. services not listed as Covered Expenses in this plan

17. treatment by anyone except a Dentist, except for cleaning or scaling of teeth by a licensed dental hygienist supervised by a Dentist

18. veneers or similar properties of crowns and bridgework on or replacing the upper and lower first, second and third molars

NNI-LTD-00004673

# VISION BENEFITS

The plan pays benefits for eligible charges incurred for Vision Services. The following is a summary of your vision benefits.

## Reimbursement Levels

*The Basic, Comprehensive and Plus Options all pay 100% of the charges for eligible vision care expenses when you use a Network Provider.*

The Basic, Comprehensive and Plus Options all pay 100% of the charges for eligible vision care expenses when you use a Network Provider. If you use a non-Network Provider, you will be reimbursed according to the non-network schedule listed under "Maximum Benefit."

There is no Deductible for vision care benefits. There is a Copayment of $25 for the Basic Option and $10 for the Comprehensive Option. There is no Copayment for the Plus Option. You pay one plan Copayment for all services, including eye examinations, lenses and frames.

### VSP Member Discounts

The vision plan features the following two discount programs:

- Additional pairs of prescription eyeglasses (eyeglasses purchased separately from the vision plan's regular benefits) will be discounted 20% from the doctor's reasonable and customary retail charges.

- VSP member doctors offer a 15% discount for professional services above the $105 allowance for contact lenses (includes evaluation, fitting and follow-up). The discount is also valid when the contact lens services are in addition to the dispensing of glasses.

These discounts are available during the 12 months following the date of the coverd eye examination and must be used in the original examining doctor's office.

NNI-LTD-00004674

# Maximum Benefit

When you use a Network Provider, there is no maximum amount the plan will pay for most services. However, there is a $105 maximum for Elective Contact Lenses. Other maximums include:

- Examinations – every Calendar Year
- Lenses – every other Calendar Year (Basic and Comprehensive Options) and every Calendar Year (Plus Option)
- Frames – every other Calendar Year
- Contact lenses – every other Calendar Year (Basic and Comprehensive Option) and every Calendar Year (Plus Option)

The maximum amount the plan will pay when you go out-of-network for services is:

- Exams – $40; every Calendar Year
- Lenses – up to $40 single; $60 bifocal; $80 trifocal; $125 lenticular; every other Calendar Year (Basic and Comprehensive Option) and every Calendar Year (Plus Option)
- Frames – $45; every other Calendar Year
- Contact lenses – $105 for Elective Contact Lenses and $210 for Medically Necessary contact lenses; every other Calendar Year (Basic and Comprehensive Option) and every Calendar Year (Plus Option).

# What Is Covered

Eligible vision care expenses include:

- Vision Examination by a Doctor, limited to one exam every Calendar Year
- eyeglass frames ordered from a Doctor or Optician (within plan allowance)
- ophthalmic lenses prescribed by a Doctor and ordered from a Doctor or Optician (within plan allowance)
- Medically Necessary contact lenses ordered from a Doctor with prior approval for certain conditions including, but not limited to cataract surgery, or to correct extreme visual acuity problems
- allowance for contact lenses in lieu of spectacle lenses and frame

Note: Additional vision care expenses may be eligible under the Medical Plan.

*Eligible vision care expenses include:*

- *Vision Examination by a Doctor, limited to one exam every Calendar Year*
- *eyeglass frames ordered from a Doctor or Optician*
- *ophthalmic lenses*
- *Medically Necessary contact lenses*
- *contact lenses allowance in lieu of spectacle lenses and frame*

## What Is Not Covered

No payment will be made for expenses incurred for:

1. any generally excluded charge listed on page 22

2. services or supplies covered under the Medical Plan

3. services or supplies in connection with medical or surgical treatment of the eye

4. services or supplies for special treatment, such as:

   – orthoptics              – subnormal vision aids

   – vision training        – tonography

5. services or supplies not listed as Covered Expenses in this plan

6. services or supplies that are not Medically Necessary and are not prescribed by an Optometrist or an Ophthalmologist

# HEARING CARE BENEFITS

The plan pays benefits for eligible charges incurred for hearing care services. This is a summary of these benefits.

## Reimbursement Levels

The Basic and Comprehensive Options pay 80% of the Reasonable and Customary charges for eligible hearing care expenses. The Plus Option pays at 100% of the Reasonable and Customary charges for eligible hearing care expenses. There is no Deductible or Copayment for hearing care benefits.

## Maximum Benefit

The maximum amount the plan will pay for Covered Expenses for Hearing Care every 24 months is:

| | |
|---|---|
| Basic | $250 |
| Comprehensive | $300 |
| Plus | $500 |

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004676

## What Is Covered

Eligible hearing care expenses include:

- hearing aids
- hearing exams

*Eligible hearing care expenses include:*

- *hearing aids*
- *hearing exams*

## What Is Not Covered

The following hearing care expenses are not eligible:

1. ear molds
2. any generally excluded charge listed on page 22
3. hearing aid batteries
4. hearing tests
5. replacement of a lost, stolen or missing hearing aid
6. services or supplies covered under the Medical Plan
7. services or supplies that are not Medically Necessary and not prescribed by a Doctor
8. services and supplies received from a Hospital
9. services or supplies not listed as Covered Expenses in this plan
10. Surgery

# FILING DENTAL, VISION AND HEARING CARE CLAIMS

You or your provider must submit a written Claim along with a receipt or bill for services to the Claims Administrator to receive benefits under the plan. The Claim must cover the occurrence, character and extent of that loss. All Claims must be filed by the end of the Calendar Year after the Calendar Year in which the service was rendered. If it is not reasonably possible to file a Claim during this period, the Claim will be considered if the proof is given as soon as reasonably possible. Claim forms are available on the Services@Work website.

*You must submit a written Claim along with a receipt or bill for services to the Claims Administrator to receive benefits under the plan.*

You may be asked to have a physical exam, at the plan's expense, while the Claim is pending.

NNI-LTD-00004677

*Benefits will be paid as soon as possible after your Claim is received by the Claims Administrator.*

# PAYMENT OF DENTAL, VISION AND HEARING CARE CLAIMS

Benefits will be paid as soon as possible after your Claim is received by the Claims Administrator. If you die before a benefit is paid, the benefit will be paid to your estate.

# GENERAL DENTAL, VISION AND HEARING CARE EXCLUSIONS

Expenses for the following services and supplies are not covered under any Dental, Vision and Hearing Care option:

1. Charges for services which do not meet Common Medical Standards
2. Charges for personal comfort and convenience items and services
3. Educational, Experimental or Investigational services
4. Charges above Reasonable and Customary Charges or plan allowance
5. Services or supplies furnished by or for the U.S. Government or any other government, unless payment of the charge is required by law
6. Charges paid or payable under any no-fault automobile insurance law or uninsured motorist insurance law
7. Charges for which the patient is not legally required to pay
8. Services ordered by someone other than a Doctor or Dentist
9. Services performed by you, the Company, a family member or some one who lives in your household, including your spouse (or Domestic Partner), a child, brother, sister, your parent or the parent of a spouse (or Domestic Partner)
10. Charges for Illness or Injury due to war or any act of war
11. Work-related Injury or Illness for which Workers' Compensation, any occupational disease law or similar law is payable

NNI-LTD-00004678

# WHEN COVERAGE ENDS

## For You

Dental, Vision and Hearing Care coverage for you will end on the last day of the month in which one of the following occurs:

- the date your employment ends or you stop qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

For coverage purposes, your employment will end when you are no longer Actively at Work as a full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence.

## For Your Eligible Dependents

Dental, Vision and Hearing Care coverage for your eligible Dependents will end on the last day of the month in which one of the following occurs:

- the date your employment ends or your covered Dependent stops qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## Continuing Coverage

You and your covered Dependents may continue Dental, Vision and Hearing Care coverage under certain circumstances under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). See the information about COBRA in the Administrative Information section.

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

*You and your covered Dependents may continue Dental, Vision and Hearing Care coverage under certain circumstances under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).*

NNI-LTD-00004679

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00004680



**Replace with Reimbursement Accounts Tab**

NNI-LTD-00004681

# IN THIS SECTION

INTRODUCTION ........................................................................................................ 1

PLAN HIGHLIGHTS ................................................................................................ 2

ELIGIBILITY............................................................................................................ 3

PARTICIPATION ...................................................................................................... 3

WHEN PARTICIPATION BEGINS ........................................................................ 4

CHANGING YOUR CONTRIBUTION .................................................................. 4

HOW REIMBURSEMENT ACCOUNTS WORK .................................................. 5

HEALTH CARE REIMBURSEMENT ACCOUNT .............................................. 6
    Your Contribution Amounts ............................................................................ 6
    Eligible Expenses .............................................................................................. 6
    Ineligible Expenses .......................................................................................... 7
    Tax Note ............................................................................................................ 7
    Claims ................................................................................................................ 8
    Reimbursement ................................................................................................ 8

DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT .............................. 9
    Your Contribution Amounts ............................................................................ 9
    Eligible Expenses .............................................................................................. 10
    Ineligible Expenses .......................................................................................... 11
    Tax Note ............................................................................................................ 12
    Claims ................................................................................................................ 12
    Reimbursement ................................................................................................ 13

NNI-LTD-00004682

EFFECTS OF REIMBURSEMENT ACCOUNTS ON YOUR OTHER BENEFITS ...................... 14

    Company-Sponsored Benefits .................................................................................................. 14

    Social Security Benefits ........................................................................................................... 14

GENERAL REIMBURSEMENT ACCOUNT EXCLUSIONS ......................................................... 15

WHEN PARTICIPATION IN REIMBURSEMENT ACCOUNTS ENDS ...................................... 15

ADMINISTRATIVE INFORMATION ........................................................................................... 16

*Health Care and Dependent Day Care*
*Reimbursement Account Plan*

# INTRODUCTION



The Reimbursement Account plans offer you a convenient, tax-free way to pay for certain health care and Dependent day care expenses. Due to its tax-free features, many aspects of the Reimbursement Account plans are governed by federal income tax laws. In addition, the plans are subject to certain conditions and restrictions imposed by the tax laws and regulations.

The Reimbursement Account plans offer two accounts: the Health Care Reimbursement Account and the Dependent Day Care Reimbursement Account. Money set aside in your Health Care Reimbursement Account or Dependent Day Care Reimbursement Account is deducted from your pay before federal income, Social Security and most state and local income taxes, which reduces your taxable income. Then, when you have an eligible expense, you are reimbursed with the money you have set aside.

This is a brief description of the Reimbursement Account plans. Please read this description carefully to understand the plans. If you are uncertain whether an expense can be reimbursed under the plans, contact the Claims Administrator. For a complete list of reimbursable expenses for the accounts, contact the Internal Revenue Service (IRS). See page 6 & 10 for additional information.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Reimbursement Account plans can be found in the plan documents. If there is a difference between the information in this summary and the plan documents, the plan documents will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00004684

# PLAN HIGHLIGHTS

| | *Health Care Reimbursement Account* | *Dependent Day Care Reimbursement Account* |
|---|---|---|
| Minimum Contribution | $120/yr | $120/yr |
| Maximum Contribution | $5,200/yr | $5,000/yr per family |
| What is covered | Eligible health care expenses (see pages 6 and 7) | Eligible Dependent day care expenses (see pages 10 and 11) |

Other features:

- Reimbursements from your account(s) are free of deductions for federal income and state income taxes (except in Pennsylvania and New Jersey), as well as Social Security.

- You can participate in one or both accounts, but you cannot transfer money between them. In addition, health care expenses cannot be reimbursed from the Dependent Care Reimbursement Account, and Dependent care expenses cannot be reimbursed from the Health Care Reimbursement Account.

- Use it or lose it...All eligible expenses must be incurred between January 1 and December 31 of the current Plan Year. You have until March 31 of the next Plan Year to file for reimbursement of eligible expenses. Federal Law requires that you forfeit any money that remains in your account(s) after March 31. (Refer to pages 8 and 12 for more information about the deadline for claiming funds.)

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004685

# ELIGIBILITY

You are eligible for the Reimbursement Account plans if you are a regular Employee working 20 or more hours per week.

If you are an Employee located in Puerto Rico, you are not eligible to participate in the Reimbursement Account plans.

If you are a member of a collective bargaining unit, you are not eligible to participate in the Reimbursement Account plans unless specified in the collective bargaining agreement.

# PARTICIPATION

The Reimbursement Account plans are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay your selected contribution. If you enroll within 31 days of your Hire Date, your contributions will begin with the next available pay cycle (generally within 1 to 2 pay cycles).

There are no Core Benefits for the Reimbursement Account plans. Participation in the plans is voluntary and your account(s) is/are funded through payroll deductions using your own Before-Tax Contributions or excess FLEX Credits.

You may enroll in one or both of the Reimbursement Accounts. When you enroll in the Reimbursement Accounts, you agree to participate for that Calendar Year only. If you want to continue to participate, you must then reenroll during an Annual Enrollment period for the next Calendar Year.

*Participation in the plans is voluntary and your account(s) is/are funded through your own Before-Tax Contributions or excess FLEX Credits.*

NNI-LTD-00004686

# WHEN PARTICIPATION BEGINS

If you choose to participate in one or both of the Reimbursement Accounts, you may enroll in the Reimbursement Account plans within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

Your participation begins as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. When you enroll within 31 days of your Hire Date, your contributions will begin with the next available pay cycle (generally within 1 to 2 pay cycles). |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the next Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will not participate in the Reimbursement Account plans, and you must wait until an Annual Enrollment period to make a Reimbursement Account selection.

# CHANGING YOUR CONTRIBUTION

The same IRS regulations that allow you to make Before-Tax Contributions to the Reimbursement Account plans also place restrictions on your enrollment and changes to your enrollment in the Reimbursement Account plans. Your

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004687

selected Reimbursement Account contribution remains in effect for the entire Calendar Year. **You will not be able to change or stop your contribution during the Calendar Year unless you experience a Qualified Family Status Change,** as described in the FLEX Overview section on pages 10 – 11.

The change in your contribution must be directly related to your change in status and must be made within 31 days of the change. The change becomes effective the first full pay period after the InfoCenter receives your requested change.

# HOW REIMBURSEMENT ACCOUNTS WORK

You may contribute excess FLEX Credits or a portion of your compensation into one, or both, of the Reimbursement Accounts through Payroll Deduction. During the year, you use the money in your accounts to reimburse yourself for eligible expenses you incur. Because your Payroll Deductions are taken out before taxes are withheld, you reduce your net after-tax out-of-pocket costs for eligible health care and Dependent day care expenses.

The amount you choose to contribute to an account should reflect your best estimate of expected, eligible out-of-pocket costs for the covered Calendar Year. This is because once you enroll, you cannot transfer money from one account to another. You also will not be able to change or stop your contribution during the calendar year unless you experience a Qualified Family Status Change.

In addition, you will have until **March 31 of the following year to submit Claims** for expenses incurred in the previous Calendar Year. (Your Claim submission must be postmarked no later than March 31, or it will not be eligible for payment from the Plan. Certified mail is a good option to consider to establish proof of proper filing.) After that, Internal Revenue Service (IRS) rules require that all unused funds left in your Reimbursement Accounts from the previous Calendar Year will be forfeited. For example, if you elect to reduce your compensation (and taxable income) by $2,500 per Plan Year in contributions to the Health Care Reimbursement Account and at December 31 of that year you only use $2,000, you will not get the remaining $500 back. Your contribution amount is, in this regard, much like an insurance premium.

*Your selected Reimbursement Account contribution remains in effect for the entire Calendar Year. You will not be able to change or stop your contribution during the Calendar Year unless you experience a Qualified Family Status Change...*

*The amount you choose to contribute to an account should reflect your best estimate of expected, eligible out-of-pocket costs for the covered Calendar Year.*

*...all unused funds left in your Reimbursement Accounts...will be forfeited.*

NNI-LTD-00004688

Here is an example of how a Reimbursement Account can save you money: Assume you have Dependent day care expenses of $150. If you are in a 25% tax bracket, and if you paid for these services after-tax, you would have to earn $200 to pay for the $150 expense. But if you participate in the Dependent Day Care Reimbursement Account, and contribute at least $150, you can actually reimburse yourself the whole $150, tax-free. So the true cost of the expense is $150, not $200.

# HEALTH CARE REIMBURSEMENT ACCOUNT

## Your Contribution Amounts

You are not required to contribute anything to the Health Care Reimbursement Account. However, if you choose to contribute to it, you must contribute at least $120 per Plan Year and no more than $5,200 per Plan Year. These contributions may only be used to pay for certain health care expenses.

*Contributions are automatically deducted from your pay each pay period and deposited into your account.*

Contributions are automatically deducted from your pay each pay period and deposited into your account. You can only be reimbursed for eligible expenses up to the total amount you have elected to contribute for that year.

Carefully estimate your health care expenses when deciding how much to contribute to your account. Remember, any unused funds in your account at the end of the Calendar Year are forfeited.

## Eligible Expenses

*You can use the Health Care Reimbursement Account to pay for eligible medical, dental, vision and hearing care expenses incurred by you or your eligible Dependents.*

You can use the Health Care Reimbursement Account to pay for eligible medical, dental, vision and hearing care expenses incurred by you or your eligible Dependents. Eligible Dependents are your spouse and anyone you claim as a Dependent on your federal income tax return. (Note: Your eligible Dependents do not have to be covered under the Medical or Dental, Vision and Hearing Care plans to be eligible for reimbursements.)

**Plan Year 2000
Pub. 6/2000**

NNI-LTD-00004689

In general, you may be reimbursed for any health care item that is not paid for by a health benefit plan or an insurance plan and is considered tax deductible by the IRS. Eligible expenses include but are not limited to:

- your health plan Deductibles and Copays
- unreimbursed expenses for vision exams, frames and lenses
- acupuncture expenses
- Orthodontia expenses not covered by your Dental Plan
- routine physical exam expenses not covered by your Medical Plan
- fees in excess of Reasonable and Customary Charges
- any unreimbursed Medical Plan expense currently eligible as a federal income tax deduction

*For a complete list of eligible and ineligible expenses under tax law, refer to IRS Publication 502. To get a copy, call the IRS at (800) 829-3676, or go to the IRS website at www.irs.gov.*

## Ineligible Expenses

Health care expenses that cannot be reimbursed through the Health Care Reimbursement Account include but are not limited to:

- Cosmetic Surgery
- any insurance premiums
- tooth-whitening procedures
- marriage or family counseling fees
- weight-loss or smoking cessation classes, unless prescribed by a Doctor for a specific health condition
- vitamins or food supplements taken for general health purposes
- non-prescription drugs
- hair transplant or removal/Rogaine®
- health club memberships
- medical or dental expenses that have been reimbursed through another policy

## Tax Note

Please keep in mind that any expenses reimbursed under the Health Care Reimbursement Account cannot be taken as an itemized deduction on your income tax return, and any expense you take as a tax deduction cannot be reimbursed through a Reimbursement Account. You may want to check with a tax advisor to make sure you choose the tax option that is best for you.

NNI-LTD-00004690

# Claims

When you have expenses eligible for reimbursement, you should complete a Health Care Reimbursement Account Claim Form. You may submit a Claim for reimbursement of eligible expenses incurred during the Calendar Year at any time up to three months after the end of the Calendar Year (March 31). Your Claim submission must be postmarked no later than March 31¹ or it will not be eligible for payment from the Plan. Certified mail is a good option to consider to establish proof of proper filing.

All Claims must be accompanied by necessary documentation which may include receipts and/or itemized bills for health care expenses from health care providers (e.g., Physicians, Dentists, Optometrists) or other medical suppliers that are not covered under any other insurance plan. All bills and receipts must include the date(s) the service was provided, for whom the service was provided, the type of service and the total amount you paid. Acceptable documentation includes your insurance plan's Explanation of Benefits (EOB) form.

Expenses are incurred when services are rendered — not when they are billed or paid. Neither the Claims Administrator nor the Company is responsible for the accuracy of submitted bills and determining eligibility of expenses under the tax law. (You may want to call the IRS at (800) 829-3676 to get a copy of the complete list of eligible and ineligible expenses.)

# Reimbursement

Health Care Reimbursement Account Claims are processed daily. Your reimbursement check(s) will be accompanied by an Explanation of Benefits (EOB) that outlines details of the reimbursement and shows your current account balance. In addition, you will receive a statement each quarter, showing all account activity.

The minimum reimbursement for the Health Care Reimbursement Account is $50. If you request a reimbursement that is less than $50, it will be held until your Claims reach $50 (or until your balance is less than $50). However, if your balance is less than $50 your Claim will be paid up to the amount remaining in your account.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004691

If your Health Care Reimbursement Account Claim is greater than your account balance, it will be paid as long as it does not exceed the amount you have agreed to contribute for that Calendar Year less previously paid Claims.

If you have direct deposit of your payroll check, each Health Care Reimbursement Account claim will be direct deposited to the same primary checking account that receives your payroll check. If this is not a feature you wish to participate in, contact the Claims Administrator (as defined on page 6 of the Administrative Information section) and request reimbursement via hard copy check.

If all or part of your Claim for a benefit is denied, you have the right to appeal the decision. For information on the appeal procedure, refer to the Administrative Information section of this handbook.

# DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT

## Your Contribution Amounts

Your contribution amounts are limited to the maximum amount that the IRS considers eligible to be reimbursed tax-free. The IRS regulations state that the maximum amount that may be reimbursed tax-free under a Dependent Day Care Reimbursement Account is the lesser of the employee's earned income, the earned income of the employee's spouse or $5,000 ($2,500 in the case of married individuals filing separately.) Therefore, you may contribute a minimum of $120 per Plan Year up to a maximum of $5,000 (per family per IRS regulations) each Plan Year to your Dependent Day Care Reimbursement Account to pay for eligible Dependent day care expenses. If you are married and filing separately on your federal income tax return, the maximum you can contribute is $2,500. If you are married and filing jointly or are a single parent, you may contribute the lesser of your or your spouse's income, up to $5,000. In addition, your contributions may be limited to the amount of your "earned income," or if married, the least of your or your spouse's "earned income."

NNI-LTD-00004692

Different limits apply if your spouse is a full-time student attending school at least five months a year, or is physically or mentally incapable of self-care for any month during the year. In these cases, each month that your spouse is a full-time student or is disabled, he or she is assumed to have "earned income" of $200 per month if you have one eligible Dependent, or "earned income" of $400 a month if you have two or more eligible Dependents. In this case, the maximum you could contribute to a Dependent Day Care Reimbursement Account would be the amount of this "income." The IRS imposed earned income limit effectively prohibits an employee from having a Dependent Day Care Reimbursement Account if the employee's spouse does not work.

*Your contributions are automatically deducted from your pay each pay period and deposited into your account.*

Your contributions are automatically deducted from your pay each pay period and deposited into your account. You can only be reimbursed for eligible expenses up to the amount that is accumulated in your account. Estimate your expenses carefully, because any remaining balance in your account at the end of the Calendar Year will be forfeited.

## Eligible Expenses

*You may use the Dependent Day Care Reimbursement Account to pay for the care of your eligible Dependents so that you, or if you are married, you and your spouse, can work.*

You may use the Dependent Day Care Reimbursement Account to pay for the care of your eligible Dependents so that you, or if you are married, you and your spouse, can work. You may also use the Dependent Day Care Reimbursement Account if your spouse is working, searching for a job, enrolled as a full-time student, or disabled. A Dependent is someone you claim on your federal income tax return, including:

- your Dependent under age 13
- your spouse who is disabled because he or she is mentally or physically incapable of self care
- a Dependent who is disabled because he or she is mentally or physically incapable of self care

Disabled Dependents or spouses must spend at least eight hours of each day in your home in order for care outside of the home to be covered. Expenses eligible for reimbursement through the Dependent Day Care Reimbursement Account include:

- licensed day care centers
- unlicensed day care centers that care for six or fewer children

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004693