- Dependent day care facilities for adults (elder care)
- wages and meals for housekeepers in your home, if part of their work provides for the well-being and protection of your eligible Dependents
- home care specialists who provide care to eligible disabled Dependents
- disabled Dependent day care at centers that comply with state and local laws and regulations
- day camp
- nursery school
- babysitters inside or outside the home

Generally, eligible child care costs include only those for the actual care of your child, not costs for education, supplies or meals, unless part of a pre-school program. You must provide the caregiver's taxpayer identification number (or Social Security number) when you file a Claim for reimbursement. Remember, for your Dependent day care expenses to be eligible for reimbursement, you must be at work when your Dependents are receiving care. You may only change your contribution during the year if you experience a Qualified Family Status Change, as described in the FLEX Overview section on pages 10–11.

You cannot change your contribution amount during the year because you selected a less expensive day care, because your child starts school or reaches age 13 or if you thought the Dependent Day Care Reimbursement Account covered Dependent health care expenses.

*For a complete list of eligible and ineligible expenses under tax law, refer to IRS publication 502. To get a copy, call the IRS at 1-800-829-3676, or go to the website at www.irs.gov.*

## Ineligible Expenses

Expenses that are not eligible for reimbursement through the Dependent Day Care Reimbursement Account include:

- Dependent day care provided by your spouse, child under age 19 or another Dependent
- Dependent day care obtained for non-work-related reasons
- overnight camp
- Dependent day care expenses incurred if your spouse does not work, unless your spouse is a full-time student or disabled
- agency finder fees

NNI-LTD-00004694

- costs for before or after-school educational programs
- educational expenses (such as those for private school) for the first grade or higher

*You can save money in taxes on Dependent day care expenses by either claiming a tax credit on your federal income tax return or by participating in the Dependent Day Care Reimbursement Account.*

## Tax Note

You can save money in taxes on Dependent day care expenses by either claiming a tax credit on your federal income tax return or by participating in the Dependent Day Care Reimbursement Account. Both are intended to offer you tax savings. The best method for you depends on your income, the number of Dependents you have and other factors.

Current IRS rules allow you to claim a tax credit for Dependent day care expenses of up to $2,400 for one child or $4,800 for two or more Dependents. The expenses you apply toward the tax credit will be reduced by the total amount of expenses reimbursed from your account.

You may want to consult a financial advisor to help you decide which option is best for you. Here are a few general guidelines based on current tax law:

*For more information on the tax credit, refer to IRS Publication 503. You may order a copy of this publication by calling the IRS at (800) 829-3676.*

- If you have only one eligible Dependent and your annual expenses exceed $2,400, the Dependent Day Care Reimbursement Account may offer a greater tax savings than the tax credit because you can set aside up to $5,000 through the account, and the tax credit allows only $2,400 for one Dependent.
- If you are married and file separate income tax returns, you are not eligible for the federal tax credit, but you can still use the Dependent Day Care Reimbursement Account.
- If you are married and your family's adjusted gross income is $25,000 or more, the Dependent Day Care Reimbursement Account will normally offer you greater tax savings.

## Claims

When you have expenses eligible for reimbursement, you should complete a Dependent Day Care Reimbursement Account Claim Form. You may submit a Claim for reimbursement of eligible expenses incurred during the Calendar Year at any time up to three months after the end of the Calendar Year (March 31).

NNI-LTD-00004695

Your Claim submission must be postmarked no later than March 31ˢᵗ or it will not be eligible for payment from the Plan. Certified mail is a good option to consider to establish proof of proper filing.

All Claims must be accompanied by necessary documentation which may include original bills or other proof of payment showing the name and Employer ID number or Social Security number of the Dependent day care provider. All bills and receipts must include the date(s) the service was provided, for whom the service was provided, the type of service and the total amount you paid.

Although you will not receive a reimbursement until you have proof of payment, expenses are incurred when services are rendered — not when they are billed or paid. Neither the Claims Administrator nor the Company is responsible for the accuracy of submitted bills and determining eligibility of expenses under the tax law. (You may want to call the IRS at (800) 829-3676 to get a copy of the complete list of eligible and ineligible expenses.)

## Reimbursement

Dependent day care expenses are treated as having been incurred when the services are fully provided, paid for and you have a receipt eligible for reimbursement.

Dependent Day Care Reimbursement Account Claims are processed daily. Your reimbursement check(s) will be accompanied by an "Explanation of Benefits" (EOB) that outlines details of the reimbursement and shows your current account balance. In addition, you will receive a statement each quarter, showing all account activity.

The minimum reimbursement for the Dependent Day Care Reimbursement Account is $50. If you request a reimbursement that is less than $50, it will be held until your Claims reach $50. However, if your balance is less than $50 your Claim will be paid up to the amount remaining in your account. If your Dependent Day Care Reimbursement Account Claim is greater than your account balance, you will be reimbursed only up to your account balance less previously paid Claims. Any excess expenses will be reimbursed automatically as future Payroll Deductions are credited to your account.

*Although you will not receive a reimbursement until you have proof of payment, expenses are incurred when services are rendered — not when they are billed or paid.*

*Dependent day care expenses are treated as having been incurred when the services are fully provided, paid for and you have a receipt eligible for reimbursement.*

NNI-LTD-00004696

If you have direct deposit of your payroll check, each Dependent Day Care Reimbursement Account claim will be direct deposited to the same primary checking account that receives your payroll check. If this is not a feature you wish to participate in, contact the Claims Administrator (as defined on page 6 of the Administrative Information section) and request reimbursement via hard copy check.

If all or part of your Claim for a benefit is denied, you have the right to appeal the decision. For information on the appeal procedure, refer to the Administrative Information section of this handbook.

# EFFECTS OF REIMBURSEMENT ACCOUNTS ON YOUR OTHER BENEFITS

## Company-Sponsored Benefits

Although your contributions to the Reimbursement Account plans reduce your taxable income, they do not reduce the benefit amounts of Company-sponsored plans such as Life, Accidental Death & Dismemberment, Short-Term and Long-Term Disability, the Long-Term Investment Plan or the Retirement Plan for Employees. Life, Accidental Death & Dismemberment, Short-Term and Long-Term Disability benefits are based on your FLEX Earnings, which are not reduced by amounts you contribute to the Reimbursement Accounts. In addition, the Long-Term Investment Plan and the Retirement Plan for Employee's benefits are based on the amount of your taxable earnings before your Reimbursement Account contributions are deducted.

## Social Security Benefits

Your contributions are not subject to Social Security taxes, so your participation in the Reimbursement Accounts may slightly reduce your future Social Security retirement benefits.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004697

# GENERAL REIMBURSEMENT ACCOUNT EXCLUSIONS

There are certain expenses that are not eligible for reimbursement under either the Health Care or Dependent Day Care Reimbursement Accounts. These include:

- expenses incurred before the date you are eligible to participate in the account

- expenses claimed as a deduction or credit for federal income tax purposes

- expenses reimbursed through any other policy, plan or program

# WHEN PARTICIPATION IN REIMBURSEMENT ACCOUNTS ENDS

Your participation in the Reimbursement Account plans ends on the earliest of:

- the date the plan terminates

- the date you cease to be eligible to participate in the plan due to Termination of employment, a change in your employment status to a status that is not covered by the plan or the start of an unpaid leave of absence

- the date you cease to be enrolled in the plan

If you retire or terminate employment with the Company, you can continue to participate in the Health Care Reimbursement Account through COBRA extended coverage on an after-tax basis. (COBRA is described further in the Administrative Information section of this handbook.) If you do not elect COBRA, you can still use any money left in your account to pay eligible health care expenses incurred before your employment ends. However, if you do not elect COBRA, expenses incurred after your employment ends cannot be reimbursed; you will forfeit your prior contributions left in your account.

*...If you do not elect COBRA, expenses incurred after your employment ends cannot be reimbursed, and you will forfeit your prior contributions left in your account.*

NNI-LTD-00004698

If you die, your Dependents may no longer continue to participate in the Health Care Reimbursement Account. They may use any money left in your account to pay eligible health care expenses incurred before your death.

*Contributions to the Dependent Day Care Reimbursement Account will end if your employment ends. …you can continue to submit Claims to your account for eligible expenses incurred through the end of the year…*

Contributions to the Dependent Day Care Reimbursement Account will end if your employment ends. Unlike the Health Care Reimbursement Account, you can continue to submit Claims to your account for eligible expenses incurred through the end of the year in which your employment ends.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.



Replace with Disability Tab

NNI-LTD-00004700

# IN THIS SECTION

INTRODUCTION ..................................................................................................................... 1

PLAN HIGHLIGHTS ............................................................................................................... 2

ELIGIBILITY ............................................................................................................................ 3

PARTICIPATION .................................................................................................................... 3
    Core FLEX Benefits .......................................................................................................... 3
    Optional FLEX Benefits ................................................................................................... 4
    If You are on Disability During an Annual Enrollment Period ...................................... 4

WHEN COVERAGE BEGINS ................................................................................................. 6
    Core FLEX Benefits .......................................................................................................... 6
    Optional FLEX Benefits ................................................................................................... 6
    Delay of Effective Date ..................................................................................................... 7

CHANGING YOUR SELECTIONS ........................................................................................ 7

COST OF COVERAGE ............................................................................................................ 7

FLEX EARNINGS ................................................................................................................... 7

SHORT-TERM DISABILITY (STD) BENEFITS ................................................................... 8
    STD Benefit Amount ........................................................................................................ 9
    Extension of Benefits Due to Part-Time Employment ..................................................... 9
    Definition of Disability .................................................................................................... 9
    When Benefits Begin and End ........................................................................................ 10
    If You are Disabled Again ............................................................................................... 10
    Reduction of Benefits Due to Other Income ................................................................. 11
    Exclusions ....................................................................................................................... 13

NNi-LTD-00004701

LONG-TERM DISABILITY (LTD) BENEFITS .............................................................. 13
    LTD Benefit Amount .......................................................................................... 13
    Definition of Disability ...................................................................................... 14
    When Benefits Begin and End ............................................................................ 15
    If You are Disabled Again .................................................................................. 16
    Waiver of Premium ............................................................................................ 17
    Reduction of Benefits Due to Other Income ...................................................... 17
    Social Security Disability Benefits and Medicare .............................................. 19
    Mandatory Vocational Rehabilitation Program .................................................. 19
    Cost of Living Adjustment .................................................................................. 20
    Exclusions .......................................................................................................... 21

OCCUPATIONAL DISABILITY BENEFITS ................................................................. 22

WHEN COVERAGE ENDS ......................................................................................... 22

OTHER IMPORTANT INFORMATION ....................................................................... 23
    A Note About State Disability Laws .................................................................. 23
    Limits on Assignments ...................................................................................... 23
    Errors in Payments ............................................................................................ 23

ADMINISTRATIVE INFORMATION .......................................................................... 23

NNI-LTD-00004702

## Short-Term and Long-Term Disability Plan

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plans can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00004703

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of gross pre-disability FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Optional STD Benefit*

Raise 70% Core Benefit to 90% of gross pre-disability FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

60%* of gross pre-disability FLEX Earnings after 26 weeks of disability

*Optional LTD Benefit*

Raise 60% Core Benefit to 70% of gross pre-disability FLEX Earnings after 26 weeks of disability

---

\* *or statutory minimum (if greater)*

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004704

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# PARTICIPATION

Core STD and LTD benefits are available to you on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 31 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

You do not need to enroll for Core STD or Core LTD coverage.

# Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

*You do not need to enroll for Core STD or Core LTD coverage.*

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

*You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.*

- You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004706

## LTD

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled during your LTD.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

Your coverage will begin as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
| --- | --- |
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make an Optional STD or Optional LTD selection.

NNI-LTD-00004708

███████████████████████

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on pages 10–11.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

| *If you are enrolling:* | *Your FLEX Earnings are your base salary as of:* |
| --- | --- |
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

NNI-LTD-00004709

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to Health Services within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15 day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply to total leave entitlement as provided by the Family and Medical Leave Act of 1993 or similar state laws if applicable.

NNI-LTD-00004710

# STD Benefit Amount

## Core STD Benefit

The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings.) After that, the plan pays 70% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

*The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability...*

## Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

# Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your gross pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your gross pre-disability FLEX Earnings. This determination is made on a weekly basis.

*...you will receive 100% of your gross pre-disability FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

# Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you

NNI-LTD-00004711

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required at the company's expense in order to arrive at this final determination. Your benefit may be delayed based on the date you provide written proof of your disability.

# When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

* it has the same or related cause as the first disability and
* you were Actively at Work less than two consecutive weeks since you were Totally Disabled or
* you have not returned for one day of full-time Active Work between the two disability periods.

NNI-LTD-00004712

For example…

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

*…the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

NNI-LTD-00004713

– statutory disability benefits

– Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week. For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 6 of the Administrative Information section.

*It is your responsibility to complete any required applications, such as for Social Security benefits…*

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

NNI-LTD-00004715

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

NNI-LTD-00004716

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

NNI-LTD-00004717

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

* it has the same or related cause as the first disability and

* you were Actively at Work less than three consecutive months since your first disability.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004718

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

# Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

# Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

NNI-LTD-00004719

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

NNI-LTD-00004720

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

NNI-LTD-00004721

gram could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or

- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

*...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your gross pre-disability FLEX Earnings. Here is an example:

*...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

# Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan (which began July 1, 1994) provide a cost of living adjustment for LTD benefits for disabilities beginning before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if

NNI-LTD-00004722

you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described on the following page

## *Preexisting Conditions Exclusion*

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,
- took drugs or medicines prescribed by a Physician,
- incur expenses or
- receive a diagnosis.

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

- *intentionally self-inflicted injuries...*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *a Preexisting Condition...*

NNI-LTD-00004723

# OCCUPATIONAL DISABILITY BENEFITS

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability...*

Disability benefits may also be payable to you for a Total Disability that is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or

- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or

- the date the part of the plan providing the coverage ends or

- the date you fail to pay the required premium or contribution or

- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

NNI-LTD-00004724

# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined on page 6 of the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00004725



Replace with Life / AD&D Tab

NNI-LTD-00004726

# IN THIS SECTION

INTRODUCTION ......................................................................................................................... 1

PLAN HIGHLIGHTS ................................................................................................................... 2

ELIGIBILITY ................................................................................................................................. 4
    For You ..................................................................................................................................... 4
    For Your Dependents ............................................................................................................... 4
    Special Eligibility Rules ........................................................................................................... 5

PARTICIPATION .......................................................................................................................... 6
    Core FLEX Benefits ................................................................................................................ 6
    Optional FLEX Benefits ......................................................................................................... 6
    Evidence Of Insurability ......................................................................................................... 7

WHEN COVERAGE BEGINS .................................................................................................... 9
    Core FLEX Benefits ................................................................................................................ 9
    Optional FLEX Benefits ......................................................................................................... 9
    Delay of Effective Date ........................................................................................................... 11

CHANGING YOUR SELECTION ............................................................................................. 12

COST OF COVERAGE ................................................................................................................ 12

FLEX EARNINGS ........................................................................................................................ 13

BENEFICIARY .............................................................................................................................. 14

EMPLOYEE LIFE INSURANCE ................................................................................................ 15
    Core FLEX Benefit Amount .................................................................................................. 15
    Optional FLEX Benefit Amount ............................................................................................ 15
    Maximum Benefit Amount ..................................................................................................... 16
    Tax Implications ...................................................................................................................... 16
    Accelerated Benefit Payment .................................................................................................. 16

NNI-LTD-00004727

BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE.................................................. 17
    BTA Insurance Amount ........................................................................................ 17
    Exclusions ............................................................................................................ 17

OPTIONAL DEPENDENT LIFE INSURANCE......................................................... 18
    Optional Spousal Life Insurance Amount ........................................................... 18
    Optional Child Life Insurance Amount .............................................................. 18

OPTIONAL ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE ............... 19
    Optional Employee AD&D Insurance Amount .................................................... 19
    Optional Family AD&D Insurance Amount ........................................................ 19
    Benefits Payable .................................................................................................. 20
    Exclusions ............................................................................................................ 21

FILING CLAIMS .................................................................................................... 21

HOW BENEFITS ARE PAID .................................................................................. 22
    Employee Life Insurance ..................................................................................... 22
    Business Travel Accident Insurance .................................................................... 22
    Optional Dependent Life Insurance ..................................................................... 22
    Optional AD&D Insurance .................................................................................. 23

WHEN COVERAGE ENDS ...................................................................................... 23
    For You ................................................................................................................ 23
    For Your Dependents ........................................................................................... 24

OTHER IMPORTANT INFORMATION .................................................................... 24
    Conversion Privilege ........................................................................................... 24
    Limits on Assignments ........................................................................................ 25
    Total Disability .................................................................................................... 25

ADMINISTRATIVE INFORMATION ...................................................................... 26

NNI-LTD-00004728

# Life Insurance and AD&D Insurance Plan

# INTRODUCTION



Your life and accident benefits help in providing financial security for you and your family if you die or are Seriously Injured in an Accident. The Company provides Life Insurance and Business Travel Accident (BTA) Insurance coverage for you as part of your Core FLEX Benefits. FLEX also gives you the option to select Optional Life Insurance coverage and Optional Accidental Death & Dismemberment (AD&D) Insurance, including coverage for your Dependents.

The Company has chosen The Prudential Insurance Company of America to insure the Life Insurance and AD&D Insurance plans under a Group Term Life Insurance Policy, and Lloyds of London to insure the BTA Insurance plan.

This is a brief description of the various options the Company has designed for your review and selection and serves as a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). Please read the description carefully to learn more about the options the Company is offering to you.

The complete terms of the Life Insurance, AD&D Insurance and BTA Insurance plans, including a complete listing of covered services, exclusions and limitations, can be found in the Group Contracts which govern the plans. A copy of the booklet-certificate which is part of the Group Contract for the Life Insurance and AD&D Insurance plans and a copy of the Group Contract for the BTA Insurance plan can be obtained from the Company. If there is a difference between this summary and the Group Contracts, the Group Contracts will control. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

NNI-LTD-00004729

# PLAN HIGHLIGHTS

## Employee Life Insurance

*Core Employee Life Insurance*
1 X FLEX Earnings
(rounded up to the next higher $1,000,
up to $1,000,000)

*Optional Employee Life Insurance*
1 X FLEX Earnings
2 X FLEX Earnings
3 X FLEX Earnings
4 X FLEX Earnings*
5 X FLEX Earnings*
(rounded up to the next higher
$1,000, up to a maximum of $3,000,000)

## Business Travel Accident Insurance (BTA)

*Core BTA Insurance*
5 X FLEX Earnings,
up to a maximum of $1,000,000

*Optional BTA Insurance*
Not available

## Dependent Life Insurance

*Core Dependent Life Insurance*
Not available

*Optional Dependent Life Insurance*
Optional Spousal Life Insurance:
- $10,000
- $25,000
- $50,000*
- $75,000*
- $100,000*

Optional Child Life Insurance :
- $5,000**
- $10,000**
- $15,000**
*Note: Under Optional Child Life Insurance, the amount will be the same for each child. If you enroll in Optional Child Life Insurance, your Newborn child, age 14 days but less than six months, will automatically be covered in the amount of $1,000.*

\* *Requires Evidence of Insurability at any time of enrollment regardless of whether you have a Qualified Family Status Change. For more information, see "Evidence of Insurability" on page 7.*

\*\* *Per child coverage (age six months, but less than 19 years; 25 years if a full-time student).*

NNI-LTD-00004730

# Accidental Death & Dismemberment Insurance (AD&D)

*Core AD&D Insurance*

Not available

*Optional AD&D Insurance*

Optional Employee AD&D Insurance:
1 X FLEX Earnings
2 X FLEX Earnings
3 X FLEX Earnings
4 X FLEX Earnings
5 X FLEX Earnings
(rounded up to the next higher
$1,000, up to a maximum of $1,000,000)

*Optional Family AD&D Insurance:*

The amount of AD&D insurance on each of your Dependents is a percentage of your amount of Optional Employee AD&D Insurance. The percentage that applies is shown below. It is based on the persons who are your Dependents at the time the claim is incurred.

| Persons who are your Dependents: | Amount of Insurance on each Dependent, as a percentage of your AD&D Insurance: |
|---|---|
| Your spouse only | 60% on your spouse |
| Your child(ren) only | 20% on each child |
| Your spouse and child(ren) | 50% on your spouse and 15% on each child |

NNI-LTD-00004731

# ELIGIBILITY

## For You

You are eligible for the Life Insurance, Business Travel Accident Insurance and Accidental Death & Dismemberment (AD&D) Insurance plans if you are a regular employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Life Insurance, Business Travel Accident Insurance and AD&D Insurance plans unless specified in the collective bargaining agreement. If you are an Employee located in Puerto Rico, you are eligible for benefits under the *"FLEX Benefits Plan for Puerto Rico Employees."*

## For Your Dependents

*You may enroll your eligible Dependents for Optional Spousal or Child Life Insurance coverage, even if you do not select Optional Employee Life Insurance coverage for yourself. If you elect Optional AD&D coverage for yourself, you may also enroll your eligible Dependents for Optional Family AD&D Insurance coverage.*

You may enroll your eligible Dependents for Optional Spousal or Child Life Insurance coverage, even if you do not select Optional Employee Life Insurance coverage for yourself. In addition, you may choose to cover your eligible Dependents for Optional AD&D Insurance by selecting Optional Family AD&D coverage. However, to cover your eligible Dependents for Optional Family AD&D coverage, you must be enrolled with Optional Employee AD&D coverage. Eligible Dependents include:

- your spouse, including your common-law spouse (under state law)

- your unmarried child(ren) who are at least 14 days but less than 19 years old. "Children" include:

  – your natural or legally adopted (or placed for adoption) children

  – your step-children, legally authorized foster children, and any child for whom you are legal guardian, if these children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- your unmarried child(ren) under age 25 who are registered full-time students at an accredited school and are primarily supported by you, and

- your eligible physically or mentally disabled children age 19 or over who

NNI-LTD-00004732

are Wholly Dependent on you for support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student). You must provide notice of the disability to the InfoCenter within 31 days of your child turning age 19 for that child to be considered an eligible Dependent.

# Special Eligibility Rules

### If You and Your Spouse Both Work for the Company

If you and your spouse both work for the Company and if you are both eligible to participate in the Life Insurance and AD&D Insurance plans, then special rules apply for enrolling in the plans. You may enroll as both an Employee and as a Dependent, and only one of you may enroll your eligible Dependent children for Optional Child Life Insurance coverage.

### If You and Your Child Both Work for the Company

Your child will not be considered an eligible Dependent if your child is covered under this plan as an Employee.

### If Your Spouse or Child is in the Armed Forces

Your eligible dependent is not eligible for coverage under the plan while on Active Duty in the armed forces of any country.

### Domestic Partners and Their Children

Optional Dependent Life Insurance is not available to Domestic Partners or their children because they do not meet the contractual definition of "eligible dependents" for Dependent Life Insurance.

NNI-LTD-00004733

# PARTICIPATION

The Life Insurance and Accidental Death and Dismemberment Insurance plans are available to you on your Hire Date provided you turn in an enrollment form when required and make the applicable Employee Contributions when required.

## Core FLEX Benefits

You do not need to enroll for Core Employee Life Insurance or Business Travel Accident Insurance coverage.

*You do not need to enroll for Core Employee Life Insurance or Business Travel Accident Insurance coverage.*

## Optional FLEX Benefits

You may increase the amount of your Core Life Insurance coverage by selecting Optional Employee Life Insurance. And you may choose coverage for your spouse or children by selecting Optional Dependent Life Insurance. In addition, you may select Optional AD&D Insurance coverage for yourself only or for yourself and your spouse and child(ren).

*You may increase the amount of your Core Life Insurance coverage by selecting Optional Employee Life Insurance. In addition, you may select Optional AD&D Insurance coverage for you and your family.*

### Optional Employee Life Insurance

You may enroll for Optional Employee Life Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

### Optional Dependent Life Insurance

You may choose Life Insurance coverage for your eligible dependent(s) by selecting Optional Dependent Life Insurance. You may enroll for Optional Dependent Life Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

NNI-LTD-00004734

## Optional Accidental Death & Dismemberment Insurance

You may choose Optional Accidental Death & Dismemberment (AD&D) coverage for yourself and eligible dependents by enrolling in the Optional AD&D Insurance coverage. You may enroll for Optional AD&D Insurance coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

# Evidence Of Insurability

You will be required to provide acceptable Evidence of Insurability, or EOI, if you select certain levels of Optional Employee Life Insurance or Optional Dependent Life Insurance coverage.

To provide EOI, you will have to submit a completed medical questionnaire to the Claims Administrator, and you may have to provide additional information. For example, you may be asked to have a physical exam or laboratory work, at your expense. (If you participate in a Managed Care Plan, these medical expenses may be covered at in-network rates when you use your Primary Care Physician and submit a Claim form. Any charges for completing paperwork will be at your expense.)

EOI must be satisfactory to the Claims Administrator before coverage can be approved. The Claims Administrator uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Coverage will be provided at the current level while the decision on your EOI is pending. If not approved, your coverage will continue at the current level. New coverage begins on the date it is approved by the Claims Administrator.

*You will be required to provide acceptable Evidence of Insurability ... if you select certain levels of Optional Employee Life Insurance or Optional Dependent Life Insurance coverage.*

NNI-LTD-00004735

*Special Note: If you have a Qualified Family Status Change (as described in the FLEX Overview section on page 10), you may increase your Optional Employee Life Insurance coverage by one level without providing Evidence of Insurability. However, EOI is required for increases to four or five times FLEX Earnings, whether or not you have a Qualified Family Status Change.*

## For You

You must provide EOI if:

- you increase your current Optional Employee Life Insurance coverage
- you select Optional Employee Life Insurance coverage of four or five times your annual FLEX Earnings

## For Your Dependents

You will be required to provide EOI for your spouse if you select Optional Spousal Life Insurance coverage of $50,000, $75,000 or $100,000. However, you will not have to provide EOI for your spouse if you select Optional Spousal Life Insurance of $10,000 or $25,000, or if you select Optional Child Life Insurance, provided you enroll within 31 days of first becoming eligible, during an Annual Enrollment period or within 31 days of a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10).

NNI-LTD-00004736

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Employee Life Insurance and Business Travel Accident Insurance
coverage is automatically effective on your date of hire as a new Employee.

## Optional FLEX Benefits

### Optional Employee Life Insurance

You may enroll for Optional Life Insurance coverage within 31 days of your
date of hire or the date you become FLEX eligible, when you experience
a Qualified Family Status Change (Life Event) (as described in the FLEX
Overview section on page 10) or during an Annual Enrollment period.

Your coverage will be effective as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* * |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

*\* If you are required to provide Evidence of Insurability (as described under "Participation") your optional coverage will begin when EOI is approved.*

NNI-LTD-00004737

If you do not enroll under any of the above circumstances, you will be covered under Core Life Insurance only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to be eligible to add optional coverage.

## Optional Dependent Life Insurance

You may enroll for Optional Dependent Life Insurance coverage within 31 days of the date you first become eligible, during an Annual Enrollment period or within 31 days of a Qualified Family Status Change (Life Event, as described in the FLEX Overview section on pages 10–11.) Otherwise, your Dependents will have no Life Insurance coverage, and you must wait until an Annual Enrollment period or until you experience a Qualified Family Status Change (Life Event) to enroll for this coverage.

If you select Optional Dependent Life Insurance for your eligible Dependent(s) when you first become eligible, your Dependent(s) is/are covered at the same time your Employee Life Insurance coverage becomes effective, subject to EOI and the plan's delay of Effective Date provision. Otherwise, your Dependent's Life Insurance Coverage becomes effective (subject to any EOI and delay of effective date provision that may apply) the day the InfoCenter receives your choices if you experience a Qualified Family Status Change (Life Event), or on the first day of the next Plan Year if you enroll your Dependent during an Annual Enrollment period.

## Optional Accidental Death & Dismemberment (AD&D) Insurance

You may enroll for Optional Employee and Family* AD&D Insurance coverage within 31 days of the date you first become eligible, during an Annual Enrollment Period or within 31 days of a Qualified Family Status Change (Life Event, as described in the FLEX Overview section on pages 10–11). Otherwise, you and your Dependents will have no AD&D Insurance coverage, and you must wait until an Annual Enrollment period or until you experience a Qualified Family Status Change (Life Event) to enroll for this coverage.

*In order to enroll in Optional Family AD&D Insurance, you must also be enrolled in Optional Employee AD&D Insurance coverage.*

NNI-LTD-00004738

If you select Optional Family AD&D Insurance for your eligible dependents when you first become eligible, your dependent(s) is/are covered at the same time your Optional Employee AD&D Insurance coverage becomes effective. Otherwise, your Dependent(s) Optional AD&D Insurance becomes effective the day the InfoCenter receives your choices if you experience a Qualified Family Status Change (Life Event), or on the first day of the next Plan Year if you enroll your Dependent during an Annual Enrollment period.

## Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work status. In addition, if an eligible Dependent is confined for medical treatment at home or elsewhere on the date coverage would otherwise be effective, the Dependent will not be covered until they are released by their Physician and are no longer confined. However, this rule does not apply to your eligible Newborn child who is at least 14 days old if:

- the Newborn is your first eligible Dependent, or
- you already have Dependent coverage for other eligible Dependents

NNI-LTD-00004739

# CHANGING YOUR SELECTION

Your Optional Life Insurance and Optional Accidental Death and Dismemberment Insurance coverage selection(s) remains in effect the entire Plan Year. You will not be able to change your selection(s) during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on page 10.

# COST OF COVERAGE

*Core Employee Life Insurance and Business Travel Accident Insurance coverage is provided at no cost to you. You will pay for Optional Employee Life Insurance, Optional Dependent Life Insurance and Optional AD&D Insurance coverage with after-tax dollars. Contributions are deducted from your paycheck each pay period.*

Core Employee Life Insurance and Business Travel Accident Insurance coverage are provided at no cost to you. You will pay for Optional Employee Life Insurance, Optional Dependent Life Insurance and Optional AD&D Insurance coverage with after-tax dollars. Contributions are deducted from your paycheck each pay period.

The cost of Optional Employee Life Insurance coverage is based on your age and on whether you are a smoker or a non-smoker. Your age is your age on December 31 of the year for which you have enrolled. You are eligible for discounted non-smoker rates only if you have not smoked a cigarette or used any tobacco products for 12 continuous months. Once you have completed 12 months without using any tobacco product, you will be eligible for non-smoker rates during the next Annual Enrollment period.

The cost of Optional Spousal Life Insurance coverage is based on your age as of December 31 of the year for which you have enrolled. The cost of Optional Child Life Insurance coverage is fixed regardless of the number of children covered.

The cost of Optional AD&D Insurance coverage is applied on a rate per $1,000 basis of your election, and is based on either single or family rates.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004740

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change — e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year (except due to an employment status change — e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

NNI-LTD-00004741

# BENEFICIARY

*Your Beneficiary is the person who receives plan payments in the event of your death. You can name anyone you wish as your Beneficiary ... If more than one person is named, you must indicate the percentage of the total benefit each person should receive.*

Your Beneficiary is the person who receives plan payments in the event of your death. You can name anyone you wish as your Beneficiary. You can name one person or several people. If more than one person is named, you must indicate the percentage of the total benefit each person should receive. If you do not indicate each person's share, they will share equally in the benefit.

You can change your Beneficiary at any time by completing a new Beneficiary form and returning your completed form to the InfoCenter. Once received by the InfoCenter, the change will take effect on the date you sign the form. To obtain a Beneficiary form, contact the InfoCenter.

If you do not designate a Beneficiary, benefits will be paid in total to whomever is in the first order of priority as per the following order:

1. widow or widower
2. surviving children
3. surviving parent(s)
4. surviving brother(s) and sister(s)
5. executor(s) or administrator(s) of estate

**REMEMBER:**
*Benefits will be payable to the Beneficiary you have designated. Make sure your designation is current.*

If you purchase Optional Dependent Life Insurance and Optional Accidental Death and Dismemberment Insurance coverage, you are automatically the Beneficiary for any benefits paid due to the death of a covered family member.

NNI-LTD-00004742

# EMPLOYEE LIFE INSURANCE

If you die while covered under the plan, the plan will pay benefits to your Beneficiary. Benefits under Core Employee Life Insurance and Optional Employee Life Insurance coverages are based on a multiple of your annual FLEX Earnings.

*Benefits under Core Employee Life Insurance and Optional Employee Life Insurance coverages are based on a multiple of your annual FLEX Earnings.*

## Core FLEX Benefit Amount

Core Employee Life Insurance coverage is equal to one times your annual FLEX Earnings. This number is rounded to the next higher $1,000.

## Optional FLEX Benefit Amount

Optional Employee Life Insurance coverage is available in the following amounts:

- No coverage
- 1 X FLEX Earnings
- 2 X FLEX Earnings
- 3 X FLEX Earnings
- 4 X FLEX Earnings*
- 5 X FLEX Earnings*

To determine your Optional Employee Life Insurance coverage amount, first multiply your FLEX Earnings by the option you have selected. If the result is not an even multiple of $1,000, round the amount to the next $1,000. Here is an example, using FLEX Earnings of $22,400:

| Multiple | Benefit Amount |
|---|---|
| 1 X FLEX Earnings = $ 22,400 | $ 23,000 |
| 2 X FLEX Earnings = $ 44,800 | $ 45,000 |
| 3 X FLEX Earnings = $ 67,200 | $ 68,000 |
| 4 X FLEX Earnings = $ 89,600 | $ 90,000 |
| 5 X FLEX Earnings = $112,000 | $112,000 |

* *Requires Evidence of Insurability at any time of enrollment regardless of whether you have a Qualified Family Status Change.*

NNI-LTD-00004743

# Maximum Benefit Amount

*The maximum coverage under Core Employee Life Insurance is $1,000,000 or one times your FLEX Earnings, whichever is less. The maximum coverage under Optional Employee Life Insurance is $3,000,000 or five times your annual FLEX Earnings, whichever is less.*

The maximum coverage under Core Employee Life Insurance is $1,000,000 or one times your FLEX Earnings, whichever is less. The maximum coverage under Optional Employee Life Insurance is $3,000,000 or five times your annual FLEX Earnings, whichever is less. Under no circumstances could you have Employee Life Insurance coverage in excess of $4,000,000 or six times your FLEX Earnings, whichever is less.

# Tax Implications

*Federal law requires you to pay income tax on the cost of Company-paid Employee Life Insurance coverage that exceeds $50,000. This amount is called "Imputed Income."*

Federal law requires you to pay income tax on the cost of Company-paid Employee Life Insurance coverage that exceeds $50,000. If your Core Employee Life Insurance coverage is greater than $50,000, an additional amount of income equal to the cost of your coverage over $50,000 will be added as taxable earnings on your W-2 form at the end of the year. This amount is called "Imputed Income."

To avoid this taxation, you may elect to cap your Core Employee Life Insurance at $50,000 of coverage when you first enroll, when you have a Qualified Family Status Change or during an Annual Enrollment period. If you do so, you will not be eligible to elect any Optional Employee Life Insurance coverage.

# Accelerated Benefit Payment

*If you become Terminally Ill with six months or less to live, you can apply to have a portion of your Employee Life Insurance benefits paid directly to you. You must furnish satisfactory proof of your Illness to the Claims Administrator before any benefits can be paid.*

If you become Terminally Ill with six months or less to live, you can apply to have a portion of your Employee Life Insurance benefits paid directly to you. You must furnish satisfactory proof of your Illness to the Claims Administrator before any benefits can be paid.

You can receive up to 50% of the amount of your Employee Life Insurance coverage, but not more than $50,000. Benefits will be paid in a single lump sum or, if you choose, in six equal monthly installments.

Accelerated benefit payments are non-taxable and may affect your eligibility for certain government benefits. In addition, the amount of benefits payable to your Beneficiary upon your death will be reduced by the amount of accelerated benefits that you receive.

If you wish to apply for accelerated benefits, please contact the InfoCenter for forms and instructions.

NNI-LTD-00004744

# BUSINESS TRAVEL ACCIDENT (BTA) INSURANCE

Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business. BTA Insurance proceeds are payable to your Beneficiary in addition to any other life and accident insurance benefits.

Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business. Amounts payable will depend on the extent of your loss.

## BTA Insurance Amount

BTA Insurance coverage is equal to five times your FLEX Earnings, with a maximum coverage limit of $1,000,000.

## Exclusions

Business Travel Accident benefits are not payable if your death or Injury:

- occurs while commuting to your normal work site
- occurs during a personal side trip while on Company business
- results from participation in the commission of an assault or felony
- results from war or any act of war, declared or undeclared, including resistance to armed aggression

*Business Travel Accident (BTA) Insurance provides extra financial security to you in case of death or permanent Total Disability resulting from an Accident while traveling on authorized Company business.*

*Benefits are also payable under this plan if you suffer dismemberment or loss of sight as a result of an Accident while traveling on Company business.*

NNI-LTD-00004745

# OPTIONAL DEPENDENT LIFE INSURANCE

If your spouse or child dies while covered under the plan, you will receive a benefit.

## Optional Spousal Life Insurance Amount

Optional Spousal Life Insurance coverage is available in the following amounts:

- No coverage
- $10,000
- $25,000
- $50,000 (requires EOI)
- $75,000 (requires EOI)
- $100,000 (requires EOI)

Note: The maximum Optional Spousal Life Insurance available is limited to an amount not greater than your Employee Life Insurance. This means that you are not able to choose Dependent Life Insurance coverage that exceeds your own coverage through the plan. (This does not apply to Optional Dependent Life Insurance coverage that was already in effect at December 31, 1998.)

## Optional Child Life Insurance Amount

Optional Child Life Insurance coverage is available in the following amounts:

- No coverage
- $5,000*
- $10,000*
- $15,000*

*Note: The amount will be the same for each child.*

*If you have Optional Child Life Insurance coverage for your children and you gain a new eligible Dependent, the new Dependent will automatically be covered. Your Newborn child, age 14 days but less than six months, will automatically be covered in the amount of $1,000. You should contact the InfoCenter with the name of the new Dependent as soon as possible.*

*\* Per child coverage (age six months, but less than 19 years; 25 years if a full-time student).*

*If you have Optional Child Life Insurance coverage for your children and you gain a new eligible Dependent, the new Dependent will automatically be covered.*

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004746

# OPTIONAL ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE

Optional Accidental Death & Dismemberment (AD&D) Insurance coverage provides a benefit in the event of an Accident-related death or Serious Injury, as described below.

## Optional Employee AD&D Insurance Amount

Optional Employee AD&D Insurance coverage is available in the following amounts:

- No coverage
- 1 X FLEX Earnings
- 2 X FLEX Earnings
- 3 X FLEX Earnings
- 4 X FLEX Earnings
- 5 X FLEX Earnings

Your coverage amount is rounded up to the next higher $1,000. The coverage amount you choose for yourself will affect the amount of coverage you can purchase for your eligible Dependents.

## Optional Family AD&D Insurance Amount

Optional Family AD&D Insurance coverage is available in the following amounts:

- No coverage
- Family coverage

NNI-LTD-00004747

The amount of AD&D Insurance on each of your Dependents is a percentage of your amount of Optional Employee AD&D Insurance. The percentage that applies is shown below. It is based on the persons who are your Dependents at the time the claim is incurred.

| Persons who are your Dependents: | Amount of Insurance on each Dependent, as a percentage of your AD&D Insurance: |
| --- | --- |
| Your spouse only | 60% on your spouse |
| Your child(ren) only | 20% on each child |
| Your spouse and child(ren) | 50% on your spouse and 15% on each child |

*NOTE: The loss may occur on or off the job while you are insured. However, the loss must occur within 90 days of the Accident to be eligible for Optional AD&D Insurance benefits. Optional AD&D Insurance benefits are payable regardless of other insurance.*

## Benefits Payable

If you elect Optional Employee and/or Family AD&D Insurance coverage and you or your eligible covered dependents die or experience loss of life, sight, hand or foot as the result of an Accident, you or your Beneficiary will receive a benefit through the AD&D Insurance plan. The amount of benefits payable depends on the nature of your loss, as shown below:

| If the following loss occurs... | Your AD&D Insurance will pay... |
| --- | --- |
| Death | The full amount of insurance to your Beneficiary |
| Both hands, both feet, sight of both eyes, one hand and one foot, one hand and sight of one eye, or one foot and sight of one eye | The full amount of insurance to you |
| One hand, one foot or sight of one eye | Half of the amount of insurance to you |

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004748

Loss of sight means total, irrecoverable loss of sight. Loss of hand or foot means loss by severance at or above the wrist or ankle.

The total payment for all losses due to any one Accident will not be more than the full amount of insurance.

## Exclusions

AD&D Insurance benefits are not payable from the plan if your or your eligible covered dependents death or Injury results from:

- suicide or attempted suicide, while sane or insane
- sickness, whether the loss results directly or indirectly from the sickness
- medical or surgical treatment of sickness, whether the loss results directly or indirectly from the treatment
- any infection, unless it is pyogenic and occurs through and at the time of an Accidental cut or wound
- war or any act of war, declared or undeclared, including resistance to armed aggression

# FILING CLAIMS

You or your Beneficiary should file a Claim for benefits after a death or Injury. The Plan Administrator must be given written proof of the loss when a Claim is filed. This proof must cover the occurrence, character and extent of loss and must be furnished within 90 days after the date of loss.

A Claim will not be considered valid unless the proof is furnished within these limits. However, it may not be reasonably possible to do so. In that case, the Claim will still be considered valid if the proof is furnished as soon as reasonably possible. The definition of reasonably possible is determined by the Plan Administrator.

When filing a Claim for benefits after an Injury, the AD&D Insurance and Business Travel Accident Insurance plans may require you to undergo a physical examination at the Company's expense.

NNI-LTD-00004749

See the Administrative Information section of this handbook for further details about Claims procedures. To request a Claim form, contact the InfoCenter at 1-800-676-4636.

# HOW BENEFITS ARE PAID

*Note: If your Beneficiary dies while receiving installment payments, the remaining installments will be paid in one sum to the executors or administrators of your Beneficiary's estate.*

## Employee Life Insurance

Normally, your Beneficiary receives benefits in a lump sum payment. However, if you or your Beneficiary choose, alternate methods of payment, such as monthly installments, can be used. Installment payments are not available:

- for Optional Spousal Life Insurance or Optional Child Life Insurance
- for the loss of life benefit under your AD&D Insurance
- if your Employee Life Insurance is less than $2,500

If you or your Beneficiary prefer benefits to be paid in installments, contact the InfoCenter for more information.

### Immediate Advance Feature

Your Beneficiary can receive $5,000 of the total coverage amount within five days of notifying Nortel Networks of your death. Generally, the benefit will be paid tax-free to your Beneficiary.

## Business Travel Accident Insurance

The plan will pay a lump sum benefit to your Beneficiary if you die as the result of an Accident while traveling on authorized Company business. If the Accident results in your permanent Total Disability, the plan will pay a lump sum benefit directly to you.

## Optional Dependent Life Insurance

If a covered family member dies, you will receive benefits in a lump sum payment. No alternate methods of payment are available.

NNI-LTD-00004750

## Optional AD&D Insurance

### *Optional Employee AD&D Insurance*

The plan will pay a lump sum benefit to your Beneficiary, depending on the coverage you select, if you die as the result of an Accident. If an Accidental Injury results in loss of hand, foot or sight, the plan will pay a lump sum benefit directly to you.

### *Optional Dependent AD&D Insurance*

If a covered family member dies as the result of an Accident or an Accidental Injury results in the loss of hand, foot or sight, you will receive benefits in a lump sum payment. No alternate methods of payment are available.

# WHEN COVERAGE ENDS

## For You

Your Employee Life Insurance, Business Travel Accident Insurance, Optional Life Insurance and Optional AD&D Insurance coverage will end on:

- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium Contribution.

*Note: If you retire directly from Nortel Networks Inc. (NNI) and you are eligible for NNI's Retiree Medical, Life and Long-Term Care Plan when you retire directly from the Company, your Employee Life Insurance, Optional Life Insurance and Optional AD&D Insurance coverage will end on the last day of the month in which your employment ends.*

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from full-time work.

*NOTE: If your Employee Life Insurance coverage ends, your Dependents' coverage will also end.*

NNI-LTD-00004751

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

## For Your Dependents

Your Dependents' Optional Dependent Life and/or Optional AD&D Insurance coverage will end on:

- the date the covered Dependent stops qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium Contribution, or
- the date your Employee Life and/or Optional AD&D Insurance coverage ends.

*Note: If your Employee Life and/or Optional AD&D Insurance coverage ends, your Dependents' coverage also will end.*

# OTHER IMPORTANT INFORMATION

## Conversion Privilege

*The conversion privilege gives you the option to convert all or part of your Life Insurance coverage under the plan to an individual policy if your group coverage ends.*

The conversion privilege gives you the option to convert all or part of your Life Insurance coverage (including Optional Dependent Life Insurance) under the plan to an individual policy if your group coverage ends. You will not have to provide Evidence of Insurability for this coverage.

To convert coverage, you must submit an application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later. However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004752

You cannot convert more than the amount of your group coverage at the time coverage ends.

If all insurance under the policy is canceled for your class of Employees, and you have been covered for at least five years, you may convert the lesser of:

- the amount of your group coverage in excess of the amount of group Life Insurance for which you are or become eligible during the 31-day conversion period, or

- $2,000

Your individual coverage will become effective at the end of the 31-day conversion period.

For information about Life Insurance conversion, contact the Claims Administrator, Prudential Group Insurance at (973) 548-6061.

You may not convert Business Travel Accident Insurance or Optional AD&D Insurance.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment or

- be held accountable in knowing about an assignment unless the Claims Administrator has received a copy of it.

For more information on limits of assignments or how to assign benefits as a gift, contact your legal or tax advisor or the Claims Administrator (as defined on page 5 of the Administrative Information section).

## Total Disability

If you become Totally Disabled, you should contact the InfoCenter as soon as possible to determine what can be done to continue your Life Insurance and AD&D Insurance coverage. The Company will pay the cost of Optional Employee Life Insurance if you furnish proof of your Total Disability between nine and 12 months after your Total Disability began, and thereafter as requested.

*To convert coverage, you must submit an application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege ...*

*You cannot convert more than the amount of your group coverage at the time coverage ends.*

NNI-LTD-00004753

If you die during the first 12 months of Total Disability, your insurance will be paid even if you had not furnished proof of the Disability or premiums had not been continued.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about these plans, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, and how the Company may amend the plans.

NNI-LTD-00004754



Replace with Retirement Benefits Tab

NNI-LTD-00004755



Replace with Administrative Information Tab

NNI-LTD-00004756

# IN THIS SECTION

INTRODUCTION ................................................................................................................ 1

WHOM TO CALL ............................................................................................................... 2

ADMINISTRATIVE INFORMATION .............................................................................. 3
    Plan Year ......................................................................................................................... 3
    Plan Administrator ......................................................................................................... 3
    Employer Identification Number .................................................................................. 3
    Agent for Service of Legal Process ............................................................................... 4
    Plan Identification .......................................................................................................... 5

MEMBER SERVICES ......................................................................................................... 7

ABOUT DOMESTIC PARTNERS ..................................................................................... 9
    Eligibility ......................................................................................................................... 9
    Enrolling Your Domestic Partner ............................................................................... 10
    Changes in Circumstances ........................................................................................... 11

CLAIMING BENEFITS .................................................................................................... 12
    Filing Claims ................................................................................................................. 12
    Appealing a Claim After a Final Denial ..................................................................... 13

YOUR RIGHTS UNDER COBRA .................................................................................... 14
    COBRA Participation ................................................................................................... 14
    COBRA Continuation Period ...................................................................................... 15
    Notification .................................................................................................................... 16
    Election .......................................................................................................................... 16
    Cost of Participation ..................................................................................................... 17
    When COBRA Ends ..................................................................................................... 17
    Right to Certificate of Health Coverage ..................................................................... 18

THIRD PARTY LIABILITY ............................................................................................. 19

NNI-LTD-00004757

COURT ORDERS .................................................................................................................. 19

    Qualified Domestic Relations Orders ..................................................................... 19

    Qualified Medical Child Support Orders ................................................................ 20

PENSION BENEFIT GUARANTY CORPORATION ..................................................... 20

YOUR RIGHTS UNDER ERISA ........................................................................................ 21

PLAN DOCUMENTS ........................................................................................................... 23

FUTURE OF THE PLANS .................................................................................................... 23

NNI-LTD-00004758

# *Administrative Information*



# INTRODUCTION



This section contains information on the administration of FLEX Benefits, contacts you may need in certain situations and your rights as a plan participant. Each plan is part of "FLEX Benefits" and is a separate plan with different administration.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.



NNI-LTD-00004759

# WHOM TO CALL

## *If you have questions about...*    *you should contact...*

- General benefits issues

  InfoCenter
  P.O. Box 13010, Mailstop 11A010B5
  Research Triangle Park, N.C. 27709

  Overnight Delivery
  Address:

  4400 Emperor Boulevard, Mailstop 11A010B5
  Morrisville, N.C.  27560
  (919) 992-4636 or (800) 676-4636;
  hearing impaired call (919) 992-6914

- How to get forms

  InfoCenter at (919) 992-4636 or
  (800) 676-4636. Hearing impaired call
  (919) 992-6914. For Long-Term Investment
  Plan forms, contact the Plan's Service
  Network at (800) 726-0026. Forms are also
  available on the Services@Work website.

- Network Physicians
  or covered medical
  expenses

  Refer to your medical I.D. card, OR contact
  Member Services (see chart on
  pages 7–8 identifying plan name, address and
  phone number), OR contact the InfoCenter
  at (919) 992-4636 or (800) 676-4636;
  hearing impaired call (919) 992-6914

- Claims

  Claims Administrator for the Plan named in
  column 5 of the chart on pages 5–6

- Final appeal of
  denied Claims

  Nortel Networks Inc. Employee
  Benefits Committee (EBC)
  c/o Benefits Department #8426
  200 Athens Way
  Nashville, TN 37228-1397
  (615) 734-4000

NNI-LTD-00004760

# ADMINISTRATIVE INFORMATION

## Plan Year

The Plan Year is January 1 to December 31.

## Plan Administrator

Nortel Networks Inc. ("Company") is the Plan Administrator. The Company has delegated various responsibilities for plan administration to other entities or specific departments within the organization. The InfoCenter provides basic information to Employees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators are outside vendors that have been contracted to provide administrative services as well as process Claim reimbursements. The Claims Administrators are listed on the chart on pages 5-6. The Health Services Department manages Short-Term Disability (STD) cases. The Employee Benefits Committee (EBC) is the final authority to review denied Claims. Should you need to contact the Plan Administrator or the Employee Benefits Committee, refer to the following address:

Attn: Benefits Department, #8426
Nortel Networks Inc.
200 Athens Way, Mailstop C-505
Nashville, TN 37228-1397
(615) 734-4000

## Employer Identification Number

The employer identification number assigned to Nortel Networks Inc. by the IRS is #04-2486332. Certain subsidiary companies of Nortel Networks Inc. also provide this plan to their Employees. For a complete list of these subsidiary companies, you may contact the InfoCenter.

NNI-LTD-00004761

# Agent for Service of Legal Process

The agent for service of legal process is:

Attn: Roger Schecter
Nortel Networks Inc.
200 Athens Way
Nashville, TN 37228-1397
(615) 734-4000

Legal process may also be served upon the trustee of any trust that funds benefits under the plans. The trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the plans) is Bank of America, Illinois. Bank of America can be contacted at the following address:

Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
(312) 828-2345

The trustee of the Nortel Networks Long-Term Investment Plan is Deutsche Bank (formerly Bankers Trust). They can be contacted at the following address:

Deutsche Bank
130 Liberty Street
New York, NY 10006
(800) 726-0026

The trustee of the Nortel Networks Pension Service Plan is Chase Manhattan Bank. Chase Manhattan Bank can be contacted at the following address:

Chase Manhattan Bank
4 Chase Metrotech Center
Brooklyn, NY 11245
(718) 242-9121

# PLAN IDENTIFICATION

The following chart is designed to provide you with some specific information regarding each plan and plan type that Nortel Networks Inc. sponsors. Plan type refers to whether the plan is a welfare or pension benefit. The plan number refers to the number that has been assigned to the specific plan by Nortel Networks Inc. The funding method describes the party(ies) responsible for funding the plan. The Claims Administrator identifies who provides the daily administrative services required to maintain each plan. The contribution source states how premiums/costs for each plan are distributed between Nortel Networks Inc. and/or plan participants. This chart is not designed to inform you of all specifics surrounding all plans. Additional information can be obtained by contacting the Claims Administrator at the respective address and phone number that are provided either on the chart below or, with respect to the Medical Plan, on the chart on pages 7–8.

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| MEDICAL PLAN | | | | | |
| Point-of-Service (POS) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 or CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. and participants |
| Preferred Provider Organization (PPO) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 or CIGNA HealthCare Hartford, CT 06152 | Nortel Networks, Inc. and participants |
| Exclusive Provider Organization (EPO) Medical Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | UnitedHealthcare (UHC) Atlanta, GA 30374 or CIGNA HealthCare Hartford, CT 06152 | Nortel Networks, Inc. and participants |
| Comprehensive Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Harford, CT 06152 | Nortel Networks, Inc. and participants |
| Out-of-Area Comprehensive Option | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. and participants |

NNI-LTD-00004763

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| International Health Services Plan | Welfare | 506 | Nortel Networks Inc. (self-insured) | CIGNA HealthCare Hartford, CT 06152 | Nortel Networks Inc. |
| Dental, Vision and Hearing Care Plan | Welfare | 508 | Nortel Networks Inc. (self-insured) | Cigna Healthcare Hartford, Ct 06152 (Dental and Hearing)  Vision Service Plan (VSP) Rancho Cordova, CA 95670 (Vision) | Nortel Networks Inc and participants |
| Short-Term and Long-Term Disability Plan | Welfare | 509 | Nortel Networks Inc. (self-insured) | Nortel Networks Inc. Health Services (Short-Term Disability)  The Prudential Insurance Company of America Livingston, NJ 07054 (Long-Term Disability) | Nortel Networks Inc. and participants |
| Life Insurance and Accidental Death & Dismemberment Plans | Welfare | 510 | Prudential (insured) | The Prudential Insurance Company of America Livingston, NJ 07054 | Nortel Networks Inc. and participants |
| Business Travel Accident Insurance | Welfare | 510 | Nortel Networks Limited | Proform Insurance Services, Inc. Aurora, ON L4G3W3 | Nortel Networks Inc |
| Health Care and Dependent Day Care Reimbursement Account | Welfare | 513 (Health Care) 512 (Dependent Day Care) | pre-tax participant contributions | SHPS, Inc. Louisville, KY 40232 | participants |
| Pension Service Plan | Pension | 001 | Trust | InfoCenter P.O. Box 13010 RTP, NC 27709 | Nortel Networks Inc |
| Long-Term Investment Plan | Pension | 003 | Trust | MetLife 800 Crescent Centre Dr. Franklin, TN 37067 | Nortel Networks Inc. and participants |
| Severance Plan | Welfare | 007 | Nortel Networks Inc. (self-insured) | Nortel Networks Inc | Nortel Networks Inc. |

NNI-LTD-00004764

# MEMBER SERVICES

Member Services is your link to information about your plans. The charts below provide addresses and phone numbers for each option by insurance carrier and location.

| *Location/Plan* | *Address* | *Phone Number* |
|---|---|---|
| **CIGNA — Medical Plan** | | |
| Louisiana<br>PPO, POS, EPO | P.O. Box 9022<br>Sherman, TX 75091-9022 | (800) 832-3211 |
| Michigan<br>PPO, POS, EPO | P.O. Box 182467<br>Columbus, OH 43218-2467 | (800) 832-3211 |
| New Jersey - Northern<br>PPO, POS, EPO | P.O. Box 15553<br>Wilmington, DE 19850-5553 | (800) 832-3211 |
| New Jersey - Southern<br>PPO, POS, EPO | P.O. Box 15124<br>Wilmington, DE 19850-5124 | (800) 832-3211 |
| New Mexico<br>PPO, POS, EPO | P.O. Box 27107<br>Albuquerque, NM 87125 | Outside of Albuquerque<br>(800) 808-7363<br>Within Albuquerque<br>(505) 262-7363 |
| New York<br>PPO, POS, EPO | P.O. Box 800<br>Unionville, CT 06085 | (800) 832-3211 |
| Oregon<br>PPO, POS, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800) 832-3211 |
| Pennsylvania, Pittsburgh<br>PPO, POS, EPO | P.O. Box 182468<br>Columbus, OH 43218-2468 | (800) 832-3211 |
| Pennsylvania, Philadelphia/York<br>PPO, POS, EPO | P.O. Box 15142<br>Wilmington, DE 19850-5142 | (800) 832-3211 |
| Puerto Rico<br>PPO | P.O. Box 71203<br>San Juan, PR 00936-7275 | (787) 753-6868 |
| Utah<br>PPO, POS, EPO | P.O. Box 3316, Station D<br>Albuquerque, NM 87190 | (800) 832-3211 |

NNI-LTD-00004765

| | | |
|---|---|---|
| Washington<br>PPO, POS, EPO | P.O. Box 24022<br>Fresno, CA 93779-4022 | (800) 832-3211 |
| Wisconsin<br>PPO, POS, EPO | P.O. Box 3025<br>Bourbonnais, IL 60914 | (800) 832-3211 |
| All Locations<br>Options: Comprehensive,<br>Out-of-Area Comprehensive | P.O. Box 33668<br>Charlotte, N.C. 28233-3668 | (800) 257-2702 |
| International Locations | CIGNA International | (800) 441-2668 |
| International Health Services Plan | P.O. Box 15050<br>Wilmington, DE 19850 | (302) 479-6617 |

## UnitedHealthcare — Medical Plan

| | | |
|---|---|---|
| UnitedHealthcare<br>PPO, POS, EPO, Hawaii PPO | P.O. Box 740800<br>Atlanta, GA 30374-0800 | (877) 311-7846 |

## The Prudential Insurance Company of America — Life, Accidental Death & Dismemberment and Long-Term Disability Plans

| | | |
|---|---|---|
| Prudential Group<br>Life Claims Division | 213 Washington Street<br>P.O. Box 1215<br>Newark, NJ 01701-1215 | (800) 524-0542 |
| Prudential Group<br>Long-Term Disability Claims | P.O. Box 2300<br>Parsippany, NJ 07054 | (800) 842-1718 |

## Vision Service Plan — Vision Plan

| | | |
|---|---|---|
| Vision Service Plan | Corporate Headquarters<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | (800) 877-7195 |

NNI-LTD-00004766

# ABOUT DOMESTIC PARTNERS

## Eligibility

To be eligible for Domestic Partner coverage under FLEX Benefits, you and your Domestic Partner must satisfy the following guidelines:

1. For the 12-month period before you sign the Affidavit of Domestic Partnership, you and your Domestic Partner must have:
   - lived in the same residence
   - shared financial obligations (including basic living expenses)
   - been each other's sole and exclusive partner
   - publicly represented yourself as domestic partners
   - intended to continue this relationship in this manner indefinitely.

2. Neither you, nor your Domestic Partner, may be married to anyone else.

3. You may not be related to your Domestic Partner by blood or marriage to a degree that would prohibit a legal marriage in the state where you live.

4. You and your Domestic Partner must be at least 18 years old.

5. You and your Domestic Partner must be mentally competent to consent to a contract.

*You may add your Domestic Partner to health coverages... within 31 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment period.*

You may add your Domestic Partner to health coverages within 31 days of a Qualified Family Status Change (including an establishment of a domestic partnership) or during an Annual Enrollment period.

If you make false statements on the Affidavit of Domestic Partnership, the Company or its agent(s) may take civil action to recover direct or indirect losses and attorney's fees, and may discipline you up to and including terminating your employment (and your Domestic Partner's employment, if employed by the Company).

NNI-LTD-00004767

# Enrolling Your Domestic Partner

If you are interested in enrolling your Domestic Partner for the first time, call the InfoCenter to request a package of information. This package includes an Affidavit of Domestic Partnership that you must submit to the InfoCenter with two supporting documents. The supporting documents must clearly refer to you and your Domestic Partner, and must show that your relationship has existed for at least the past 12 months. No more than one document from each of the following categories may be submitted:

- Domestic Partnership Agreement

- Registration of domestic partnership with local government where you live

- Joint mortgage or lease or other evidence of joint ownership of real estate

- Designation of Domestic Partner as primary Beneficiary in your will, life insurance or IRA accounts (for these purposes only, primary Beneficiary means a person to whom you have allocated 50% or more of your estate, life insurance or IRA accounts as applicable)

- Durable power of attorney for property or health care

- Evidence of joint ownership of a motor vehicle

- Evidence of joint checking, savings or credit accounts

The Company and its designated agent(s) will determine if the documents are sufficient proof of domestic partnership. Once approved, you may then enroll your Domestic Partner in Medical, and/or Dental, Vision and Hearing Care coverage.

*... support documents must clearly refer to you and your Domestic Partner, and at least one document must show that your relationship has existed for at least the past 12 months.*

NNI-LTD-00004768

# Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify the InfoCenter in writing within 31 days of the change.

If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the InfoCenter within 31 days of the termination. The following rules apply:

*If your domestic partnership ends, you must file a Termination of Domestic Partnership Statement with the InfoCenter within 31 days of the termination.*

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.

- You will not be eligible to file or be designated a Domestic Partner on another Affidavit of Domestic Partnership for another 12 months. This 12-month limitation applies to your Domestic Partner if he/she also works for the Company.

- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.

If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage.

*If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next plan year, even though your Domestic Partner is ineligible for coverage.*

NNI-LTD-00004769

# CLAIMING BENEFITS

## Filing Claims

In most instances, to make a formal Claim for benefits, you must file a written Claim with the Claims Administrator. However, some Managed Care Plan providers may submit claims directly on your behalf. (In order to properly process your request, please refer to the chart on pages 5-6 for a complete list of all Claims Administrators and their respective addresses.) You will receive a written notice from the Claims Administrator or its delegate regarding your Claim within 90 days of its receipt by the Claims Administrator. If an extension of time is required to process your Claim, you will receive written notice of the need for an extension before the end of the 90-day period, explaining the reasons for the delay. If you are not furnished notice within the 90-day period, your Claim will be considered denied.

Generally the Claims Administrators listed in column 5, pages 5-6 (except for Health Services and the InfoCenter) allow you to first appeal to them directly when you think they have made a mistake in denying your Claim. Therefore, if a Claim is denied by one of those Claims Administrators, you should send your first appeal directly to the Claims Administrator. If the Claims Administrator continues to deny your Claim, the Claims Administrator will notify you in writing that a final denial of your Claim has been made. After that occurs, only the Employee Benefits Committee has the authority to review your denied Claim. See the following page, "Appealing a Claim After a Final Denial" to learn what to do when that occurs.

NNI-LTD-00004770

# Appealing a Claim After a Final Denial

If the Claims Administrator makes a final denial of all or part of your Claim, you or your Beneficiary will be notified in writing. This notice will include:

- specific reasons why the Claim was denied.
- specific references to applicable provisions of the plan document or other relevant records or papers, and information regarding where you may see them.
- an explanation of how to appeal for reconsideration of the Claims Administrator's decision.

You or your authorized representative may review all documents related to any denial of benefits. If you disagree with the Claims Administrator's decision, you have 60 days from the receipt of the final denial to request a review. This request should be made in writing and sent to the Employee Benefits Committee. Refer to the Plan Administrator information on page 3 for the appropriate address.

The Employee Benefits Committee (EBC) will reconsider your Claim and will issue a decision within 60 days. If special circumstances require more time for this process, you will be notified in writing no later than 120 days after the receipt of your request. Special appeal rights apply to some benefits. See the description of each specific plan in this handbook to determine if special appeal rights apply.

The EBC has the final discretionary authority to construe and to interpret the plan, to decide all questions of eligibility for benefits and to determine the amount of such benefits. The EBC's decisions on such matters are final and conclusive. However, on insured benefit plans such as the Life Insurance and AD&D Insurance Plan, Prudential makes the final decision on benefit determination.

NNI-LTD-00004771

# YOUR RIGHTS UNDER COBRA

You, your Dependents and your Domestic Partner have the option to temporarily extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under FLEX Benefits would otherwise end. This is called COBRA coverage. COBRA stands for the Consolidated Omnibus Budget Reconciliation Act of 1985. To be eligible for COBRA coverage continuation you must first be enrolled in the health plans the day before you become ineligible.

## COBRA Participation

If one of the qualifying events listed in the COBRA Continuation Period chart on the following page causes you, your Dependent or your Domestic Partner to lose health care coverage, you may continue coverage in the Medical, EAP, Dental, Vision and Hearing Care Plans and the Health Care Reimbursement Account for yourself and your eligible Dependents.

Continued coverage is available for a maximum of 18, 29 or 36 months, depending on the event outlined in the chart. If you are disabled on the date of the Qualifying Event, or within 60 days of COBRA coverage, you may be eligible to extend your COBRA continuation period for an additional 11 months. Verification by the Social Security Administration must be submitted to the COBRA Administrator within 60 days of the date disability is approved in order to extend coverage from 18 to 29 months. The continuation premium for the additional 11 months will be increased from 102% to 150% of the full group rate per person. The maximum continuation period if multiple events should occur is a total of 36 months. For example, if you terminate and then die while covered by the plan, your Dependents' coverage may continue for a maximum of 36 months.

NNI-LTD-00004772

## COBRA Continuation Period

| Circumstances | Maximum Continuation Period | | |
|---|---|---|---|
| | YOU | SPOUSE OR DOMESTIC PARTNER | CHILD(REN) |
| You lose coverage because of reduced work hours | 18 months | 18 months | 18 months |
| You terminate for any reason (except gross misconduct) | 18 months | 18 months | 18 months |
| You are disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or you become disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| You die | N/A | 36 months | 36 months |
| You and your spouse legally separate or divorce | N/A | 36 months | 36 months |
| You and your Domestic Partner terminate your relationship | N/A | 36 months | 36 months |
| You become entitled to Medicare | N/A | 36 months | 36 months |
| Your or your Domestic Partner's child no longer qualifies as a Dependent | N/A | N/A | 36 months |
| Your spouse or Domestic Partner is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or your spouse becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |
| Your or your Domestic Partner's child is disabled (as defined by Social Security) when you terminate or lose coverage due to reduced work hours or becomes disabled within 60 days of commencement of COBRA coverage | 29 months | 29 months | 29 months |

NNI-LTD-00004773

# Notification

The COBRA Administrator, COBRAServ, will notify you by mail of your COBRA election rights when the qualifying event is a reduction in hours or termination of employment. You will receive instructions on how to continue your health care benefits under COBRA.

If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the InfoCenter within 60 days of the event so that COBRA can be offered and their election rights can be mailed to them.

*If your Dependents lose coverage due to divorce, legal separation, or loss of Dependent status, you (or a family member) must notify the InfoCenter within 60 days of the event so that COBRA can be offered...*

# Election

It is the responsibility of you, your spouse, your Domestic Partner or your Dependent children to contact the InfoCenter within 60 days of the event to elect continued participation under COBRA. You will have an additional 45-day period (after the 60-day election period) to pay any premiums you missed.

If you fail to contact the InfoCenter within 60 days of the qualifying event, you will not be eligible to elect COBRA.

*If you fail to contact the InfoCenter within 60 days of the qualifying event, you will not be eligible to elect COBRA.*

If you elect COBRA continuation:

- Initially, you may keep the same level of coverage you had at the time of the event or choose a lower level of coverage (e.g., you only, you and your child(ren) and/or Domestic Partner's child(ren), you and your spouse (or Domestic Partner) or you and your family).

- Coverage will be effective as of the date of the qualifying event.

- You may change coverage during the Annual Enrollment period or if you experience a Qualified Family Status Change (Life Event), as described on pages 10-12 in the FLEX Overview section.

- You may enroll any newly eligible spouse or child under the usual plan rules.

COBRA participants are held to similar guidelines concerning their health insurance as active employees. Changes in your health plans once enrolled in COBRA can only be made during the Annual Enrollment Period, typically occurring in the last quarter of each calendar year, or within 31 days of a Qualified Family Status Change (Life Event) (as described on pages 10–12 of the FLEX Overview Section).

**Plan Year 2000**
**Pub. 6/2000**

NNI-LTD-00004774

## Cost of Participation

COBRA participants must pay monthly premiums for their coverage:

- For Medical, EAP and Dental, Vision and Hearing Care coverage, premiums are based on the full group rate per covered person set at the beginning of the Plan Year, plus 2% to cover administrative costs.

- Regular monthly premiums are due to the COBRA Administrator (COBRAServ) by the first of each month.

- Health Care Reimbursement Account contributions can be continued on an after-tax basis, plus the 2% administration fee.

- If you are disabled under the Social Security definition, COBRA premiums for months 19–29 reflect the full group cost per person, plus 50%.

## When COBRA Ends

COBRA coverage will end before the maximum continuation period if:

- a person who was covered under COBRA becomes covered under another group health plan not offered by the Company (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when the limitation expires. You are entitled to receive credit equal to the period of your COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.

- you or your eligible Dependents become entitled to Medicare. Covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached. If you become entitled to Medicare within 18 months before the termination of your employment (or a reduction in your work hours) that entitles you to COBRA continuation coverage, your qualified Dependents will be eligible for COBRA coverage for up to 36 months from the date you became eligible for Medicare.

- you or your eligible Dependents have met Preexisting Condition exclusions under a new employer's plan.

NNI-LTD-00004775

- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)

- the Company ceases to provide benefits to all Employees

# Right to Certificate of Health Coverage

When you leave the Company's employment for any reason, or terminate your coverage in the Medical Plan, the Company will provide you a written certificate confirming the period of your participation in this plan as required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). You will need the certificate if you become eligible to enroll in another health plan that excludes coverage for preexisting medical conditions. Your new plan will be required to give you credit for your period of coverage in this plan, against the Preexisting Condition exclusion period (which cannot be more than 12 months for individuals who enroll when first eligible or 18 months for late enrollees).

If you are enrolled in this Plan for at least 12 months, do not have a break in coverage of 63 days or longer, and enroll in your new plan as soon as you are eligible, the new plan cannot exclude any Preexisting Condition that you have. If you have a break in coverage of at least 63 days, the new plan will not be required to give you credit for your period of coverage under this plan. The Company will also provide a certificate for any Dependent who ends coverage under this plan for any reason.

The Company will provide a certificate to former Employees and/or their Dependents automatically when:

- coverage terminates
- COBRA continuation, if elected, terminates
- a request is made within 24 months of the date plan coverage terminates.

HIPAA only provides proof of insurability. It does not offer a continuation of benefits. (Note: COBRA continuation coverage also counts as creditable coverage.)

# THIRD PARTY LIABILITY

*...you agree in good faith to pursue a Claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.*

In the event that you suffer an Injury or Illness caused by a third party, you agree in good faith to pursue a Claim against the responsible third party to recover medical and dental, vision or hearing care benefits received under the plan for that Injury or Illness.

Any payments you receive from the third party will be used to repay the plan for benefits you have already received for the Injury or Illness. Any future plan benefits for the Injury or Illness will be reduced by the amount of any payments you receive or will receive in the future from the third party.

A reasonable apportionment of fees and costs you incur in pursuing a recovery from the third party may be deducted from amounts to be repaid to the plan.

The plan has the right to review any proposed settlement between you and the third party, and the plan has the express right to reject any settlement that does not adequately provide for the recovery of the plan's benefits paid or to be paid to you in connection with the Injury or Illness. You agree not to enter into any settlement with the third party that has been reasonably rejected by the plan.

# COURT ORDERS

## Qualified Domestic Relations Orders

Normally, your retirement benefits cannot be assigned, transferred or attached, nor may you use them as collateral for a loan.

However, pension regulations require retirement plans to obey certain court orders (such as divorce decrees) that require a portion of your pension benefits to be paid to a spouse, former spouse, child or other Dependent. If such an order is a Qualified Domestic Relations Order (QDRO), any such payments will not violate this requirement.

NNI-LTD-00004777

If you are involved in a divorce or custody proceeding in which your pension benefit (under the Pension Service Plan or the Long-Term Investment Plan) becomes an issue, contact the InfoCenter for more information about QDROs. The Plan Administrator must review a proposed QDRO to determine if it is qualified. Domestic relations orders will not be honored until that decision is made.

## Qualified Medical Child Support Orders

A Qualified Medical Child Support Order (QMCSO) is an order or judgment from a court that directs the Plan Administrator to cover your child for benefits under the Medical Plan or under the Dental, Vision and Hearing Care Plan. Federal law provides that a Medical Child Support Order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, contact the InfoCenter.

# PENSION BENEFIT GUARANTY CORPORATION

The Employee Retirement Income Security Act (ERISA) requires certain types of retirement plans to be insured by the Pension Benefit Guaranty Corporation (PBGC). This federal corporation, established under ERISA, provides insurance for certain plan benefits in the case of plan termination.

Vested benefits under the Nortel Networks Inc. Pension Service Plan are insured by the PBGC at the level in effect on the date of plan termination. However, if a plan has been in effect less than five years before it terminates or if benefits have been increased within the five years before it terminates, the entire amount of the plan's vested benefits or the benefit increase may not be guaranteed. In addition,

there is a ceiling on the amount of monthly benefit that PBGC guarantees which is adjusted periodically.

The Nortel Networks Inc. Long-Term Investment Plan is not insured by the PBGC.

For more information on PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C. 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's employee benefit plans, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

- examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents, including insurance contracts, and copies of all documents filed by the plans with the U.S. Department of Labor, such as annual reports and plan descriptions.

- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may request a reasonable charge for the copies.

- receive a summary of the plans' annual financial reports. The Plan Administrator is required by law to furnish each participant with a summary of these annual reports.

- obtain a statement telling you whether you have a right to receive a pension at your normal retirement age under the Nortel Networks Inc. Pension Service Plan or the Nortel Networks Inc. Long-Term Investment Plan and if so, what your benefit would be at normal retirement age if you were to stop working now. If you do not have a right to a pension, the statement will

tell you how many more years you have to work to earn one. This statement must be requested in writing and is not required to be given more than once a year. The statement must be provided free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your employee benefit plans.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and solely in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your Claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the Plan Administrator review and reconsider your Claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may seek assistance from the U.S. Department of Labor or file suit in federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in federal or state court.

If it should happen that a plan fiduciary misuses plan money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

If you have questions about this statement or about your ERISA rights, you should contact the nearest area office of the Pension and Welfare Benefit Administration of the United States Department of Labor.

# PLAN DOCUMENTS

In accordance with the disclosure requirements of ERISA, this guide serves as a summary plan description of all the Company's employee benefit plans. As such, this information is a summary of your benefit plans; it does not replace the official plan documents or insurance contracts, which govern in all cases.

# FUTURE OF THE PLANS

Although the benefits currently available are described here, the Company reserves the right to change or end the plans at any time. Any plan changes will result from actions taken and approved by the Company. The Company's decision to change or end the plans may be due to changes in federal or state laws governing welfare benefits, the requirements of the Internal Revenue Code or ERISA, the provisions of a contract or a policy involving an insurance company, or any other reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this is not a legal document and does not constitute an implied or expressed contract or guarantee of employment.

NNI-LTD-00004781



Replace with Glossary Tab

NNI-LTD-00004782

# Glossary



If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

## Accident
An unexpected event resulting in bodily Injury by an external trauma.

## Active Duty
Currently enlisted in the armed forces of any country and called upon to serve.

## Active Work, Actively at Work
You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

## Affiliates
Subsidiaries of, or other companies related to, Nortel Networks Inc.(NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's benefit programs and have adopted those programs.

## After-Tax Contribution
A contribution for benefits coverage that is deducted from your pay after federal income, FICA (Social Security), and most state and local income taxes have been deducted.

## Ambulance
Ground or air transportation by a commercial or municipal ambulance service that is issued a license or certificate by the appropriate licensing authority.

## Anesthesia
The administration of drugs used to reduce or diminish the sense of pain, temperature, touch, etc.

## Annual Enrollment
The period during which you may enroll yourself and/or your eligible Dependents for benefits in the coming year. FLEX Annual Enrollment is held each fall.

*Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order. If there are any differences between this Glossary and the terms contained in the plan documents, the plan documents will govern.*

NNI-LTD-00004783

## Basic Services

Under your dental coverage, basic services include:

- fillings,
- extractions,
- anesthesia,
- periodontics (treatment of the gums and mouth tissue),
- oral surgery,
- emergency treatment for pain,
- endodontics, and
- minor restorations.

## Before-Tax Contribution

A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

## Behavioral Illness

A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

## Beneficiary

The person or persons you have chosen to receive benefit payments in the event of your death.

## Brand-Name Drug

A prescription medicine that a drug company markets and sells by a brand-name rather than by its chemical name. Brand-Name Drugs are typically sold at a higher price than generic drugs.

## Calendar Year

January 1 through December 31. This period is also known as the Plan Year for the purposes of all health care plans.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004784

## Children

Dependents who are:

- your natural children,
- children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster children,
- your responsibility as a legal guardian,
- children of your Domestic Partner (children of a Domestic Partner are not eligible for coverage under Optional Dependent Life Insurance, Optional Family AD&D Insurance or the Health Care and Dependent Day Care Reimbursement Accounts), or
- children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster children, children for whom you are the legal guardian and children of your domestic partner must depend on you for support and maintenance and live with you at least six months of the calendar year in a regular parent-child relationship.

## Claim

A request by a covered person for a benefit under this plan.

## Claims Administrator

The Company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

## COBRA

The Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. Under COBRA, you and your Dependents may be eligible to continue certain group Health Care Plan coverages if you lose your benefits under certain circumstances.

NNI-LTD-00004785

## Coinsurance

The portion of covered expenses paid by your Medical and Dental, Vision or Hearing Care Plans after you pay your Deductible or Copayment.

## Company

Nortel Networks Inc. (NNI) and any of its Affiliates.

## Common Medical Standards

Generally accepted medical practice based on recommendations from the American Medical Association (AMA), the American College of Obstetricians and Gynecologists (ACOG), the American Cancer Society and others.

## Congenital

A condition present at birth that is not hereditary.

## Contract Year

See "Plan Year."

## Copay, Copayment

The specified dollar amount that you pay when you receive certain services or supplies.

## Core FLEX Benefits

Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:

- Short-Term Disability coverage at 100% of your pre-Disability base salary (called FLEX Earnings — see page 9 of this glossary for more on what is and isn't included in this amount) for six weeks, then 70% of your pre-Disability FLEX Earnings for up to 20 additional weeks,

- Long-Term Disability coverage at 60% of your pre-Disability FLEX Earnings after you have been disabled for 26 consecutive weeks,

- Employee Life Insurance equal to one times your FLEX Earnings,

- Business Travel Accident Insurance that pays five times your FLEX Earnings (maximum $1,000,000) if you die in an Accident while you are traveling on Company business or a percentage of this amount if you suffer a disabling injury during a business trip, and

NNI-LTD-00004786

- The Travel Well service, which provides pre-trip medical and security advice and emergency assistance to you (and any Company-sponsored eligible dependents) while you are traveling on Company business.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company.

## Cosmetic Surgery

Procedures performed mainly to change a person's appearance rather than for the improvement, restoration or correction of normal bodily functions. It includes Surgery performed to treat a mental, psychoneurotic or personality disorder through change in appearance.

## Covered Expense

Charges that may be used as the basis for a Claim under the plan. They are the charges for certain services and supplies, to the extent the charges meet the terms specified in the plan's "Covered Expenses."

## Covered Percent

A percent of Covered Expenses used to determine the benefits payable for those charges under the coverages. The Covered Percent is not applied to charges used to meet any Deductible or Copayment.

## Custodial Care

Care that provides a level of routine maintenance for the purpose of meeting personal needs. This care can be provided by a lay person who does not have professional qualification, skills or training. Custodial Care includes, but is not limited to: help in walking and getting into and out of bed, help in bathing, dressing and eating, help in other functions of daily living of a similar nature, administration of or help in using or applying medications, creams and ointments, routine administration of medical gases after a regimen of therapy has been set up, routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed, routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters, routine tracheostomy care, general supervision of exercise programs, including carrying out of maintenance programs or repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services.

NNI-LTD-00004787

## Deductible

The amount of Covered Expenses you and your enrolled Dependents must pay each year out of pocket before the plan begins to pay benefits.

## Dentist

A person legally licensed to practice dentistry or a Physician authorized by his or her license to perform the particular procedures rendered by him or her.

## Dependent

For your Medical and Dental, Vision and Hearing Care coverage, Dependents include:

- your spouse, including your common-law spouse as recognized by applicable state law,

- your qualified Domestic Partner, (see definition of Domestic Partner, page 7),

- your unmarried children and your Domestic Partner's unmarried children under the age of 19, (see definition of Children, page 3),

- your unmarried children and your Domestic Partner's unmarried children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and

- your unmarried children and your Domestic Partner's unmarried children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are wholly dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For Optional Dependent Life Insurance, Optional Family AD&D Insurance and the Health Care and Dependnet Day Care Reimbursement Accounts, your Domestic Partner and children of your Domestic Partner are not eligible Dependents. All other listed Dependents are eligible for these plans.

For the Dependent Day Care Reimbursement Account, a Dependent is:

- your child under age 13,

- your spouse who is physically or mentally incapable of self-care or

- a relative of any age who:

NNI-LTD-00004788

- is mentally or physically incapable of self-care and

- depends on you for financial support.

Your spouse or child may not be considered a Dependent under any plan while on Active Duty in the armed forces of any country. In addition, except for Dependent Life, your spouse or child may not be considered a Dependent under any plan if he or she is covered as an Employee.

## Dispense as Written (DAW)

Instructions your doctor may write on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only a Brand-Name Drug.

## Doctor

A licensed practitioner of the healing arts acting within the scope of the license. For the Vision Care Plan, "Doctor" means an Ophthalmologist or Optometrist.

## Domestic Partner

An unmarried individual of either gender who is certified by required proof to be:

- not married to anyone else

- not related to you by blood that would prohibit legal marriage in the state in which you live,

- age 18 or older,

- your sole and exclusive partner whom you publicly represent as your Domestic Partner,

- sharing in your financial obligations,

- living with you for at least 12 months immediately before you certify domestic partnership, and

- mentally competent to consent to a contract.

To be eligible for health coverage, your Domestic Partner must be qualified under the FLEX program rules including your completion of an Affidavit of Domestic Partnership. Contact the InfoCenter for more information.

NNI-LTD-00004789

## Durable Medical Equipment

Equipment needed for a medical condition which is able to withstand repeated use, including wheelchairs and Hospital beds.

## Educational

A service or supply that is being provided to promote development beyond any level of function previously demonstrated or for which the primary purpose is to provide the patient with any of the following training in the activities of daily living:

- instruction in scholastic skills such as reading and writing
- preparation for an occupation, or
- treatment for learning disabilities.

## Effective Date

The date coverage goes into effect under the plan.

## Emergency

A sudden and serious situation that happens unexpectedly and requires immediate medical attention or an Illness or Injury of such a nature that failure to get immediate medical care could put that person's life in danger or cause serious harm to that person's bodily functions. Some examples of an Emergency are apparent heart attack including, but not limited to, severe, crushing chest pain radiating to the arms and jaw, cerebral vascular accidents, severe shortness of breath or difficulty in breathing, severe bleeding, sudden loss of consciousness, convulsions, severe or multiple Injuries, including obvious fractures, serious burns, severe allergic reactions, high fever, cyanosis, apparent poisoning. Some examples of conditions that are not usually medical emergencies are colds, influenza, ordinary sprains, children's ear infections, nausea and headaches. In connection with the pregnancy of a covered person, a term delivery, whether vaginally or by a cesarean section, is not an Emergency.

## Employee

A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not on the payroll of the Company or the Affiliate (such as, but not limited to "leased employees").

NNI-LTD-00004790

## Enrollment Period

See "Annual Enrollment." FLEX has a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Qualified Family Status Change.

## Evidence of Insurability (EOI)

Proof of a person's physical condition verifying evidence of good health affecting his or her acceptance for coverage.

## Exclusive Provider Organization (EPO)

A Managed Care network Medical Plan option that requires you to select a primary care physician (PCP) and coordinate your care through that doctor. The EPO option pays benefits when you see a health care professional within the Exclusive Provider Network — generally 100% of Covered Expenses from these Network Providers after you pay a Copayment. Similar to a Health Maintenance Organization (HMO), an EPO pays no Out-of-Network Benefits for non-emergency care.

## Experimental or Investigational

Services, supplies or treatment not recognized or approved by the American Medical Association (AMA) and U.S. Food and Drug Administration (FDA) as accepted medical practice safe and effective for the diagnosis or treatment of a specific condition.

## FLEX Benefits

The Company's benefits program, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

## FLEX Credits

Company-provided benefit dollars you may use to purchase Optional FLEX Benefits.

NNI-LTD-00004791

## FLEX Earnings

Your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20–34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours a part-time employee is scheduled to work during a 40-hour work week.

## Generic Drug

A prescription medicine sold under its chemical name. Generic Drugs are typically sold at a lower price than Brand-Name Drugs.

## Health Maintenance Organization (HMO)

A managed care network Medical Plan option that pays benefits only when you receive care from doctors and Hospitals affiliated with the HMO, or to whom the HMO refers you, except care due to a life-threatening Emergency. When you receive care from an HMO, most services are covered at 100% after you pay a Copayment.

## Health Services

Provides services to assist employees in attaining and maintaining optimal health. Occupational health services include: medical surveillance, disability case management, return to work and rehabilitation coordination, treatment or triage for occupational and urgent medical conditions, short and long term international travel preparation, fitness for duty evaluation coordination, information and referral to the employee assistance program, and management consultation on a variety of health issues impacting the work environment. Various wellness programs/services are also administered through Health Services.

## Hemodialysis

The process of filtering the blood and removing from it the toxic urinary substances and other waste products of protein metabolism.

NNI-LTD-00004792

## Hire Date

The date your employment with the Company begins.

## Home Health Care Agency

An organization that meets at least one of the following three requirements:

1. It is established and operated in accordance with applicable licensing and other laws.

2. It is a Home Health Care Agency as defined in Medicare.

3. It administers a home health care plan and meets all of these requirements:

   - It has a full-time administrator.

   - It keeps written records of services and supplies furnished to the patient.

   - Either its staff includes at least one registered nurse (RN) or it has access to nursing care by a registered nurse.

   - Its employees are bonded.

   - It maintains malpractice insurance.

   - It has the primary purpose of providing home health care.

   - It has a delivery system for bringing supportive services to the home.

## Home Health Care Visit

A visit by a member of a Home Health Care team.

## Hospice

A health care program directed by a Physician and providing services rendered at home, in outpatient settings or in institutional settings for covered persons suffering from a terminal Illness. A Hospice must have a team of personnel that includes at least one Physician and one registered nurse. It must also:

- maintain central clinical records on all patients

- meet the standards of the National Hospice Organization (NHO) and applicable state licensing certification or registration requirements

- have care available 24 hours a day, seven days a week

- be approved by the Claims Administrator.

NNI-LTD-00004793

In addition to the Physician and registered nurse, Hospice personnel may include a social worker, a clergyman/counselor, volunteers, a clinical Psychologist, a physiotherapist or an occupational therapist, and provide care to:

- reduce pain or other symptoms of mental or physical distress

- meet the special needs arising out of the stresses of the terminal Illness, dying and bereavement.

### Hospital

An institution that meets either of these two tests:

1. It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission of Accreditation of Health Care Organizations (JCAHO).

2. It is legally operated, has 24 hour a day supervision by a staff of Physicians, has 24 hour a day nursing service by registered nurses and complies with one of the following conditions:

   – It mainly provides general Inpatient medical care and treatment of ill and injured persons through the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

   – It mainly provides specialized Inpatient medical care and treatment of ill or injured persons through the use of medical and diagnostic facilities (including x-ray and laboratory). All such facilities are in it, under its control or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

Hospital does not include nursing homes or institutions, or parts of institutions that:

- are used mainly as a place for convalescence, rest, nursing care or for the aged,

- furnish mainly Custodial Care or training in the routines of daily living, or

- are mainly like schools.

### Hospital Inpatient Stay

A Hospital stay for which a Room and Board charge is made by the Hospital.

NNI-LTD-00004794

### Hospital Outpatient Stay

A Hospital stay for which no Room and Board charge is made by the Hospital.

### Hospital Precertification

A process where the need for your Hospital admission, as well as your length of stay, is verified prior to admittance.

### Illness

Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

### Imputed Income

According to the IRS, Imputed Income is the value of certain types of company-paid benefits. It is added to the taxable earnings on your W-2 form at the end of the year. For purposes of the FLEX program, imputed income is:

- the value of your Company-paid life insurance greater than $50,000 or

- the value of Company-paid medical and dental, vision and hearing care coverage for your Domestic Partner and your Domestic Partner's Children.

### InfoCenter

The service center for the Company's benefit plans. By contacting the InfoCenter, you can ask questions about any of the plans, request needed forms or change your Employee information, such as your address.

### Injury

A condition that results in damage to the covered person's body, independently of Illness.

### In-Network Benefits

The level of benefits you receive when you use Network Providers for your medical or vision care. For instance, the Medical Plan's PPO and POS options pay In-Network Benefits at a higher rate than Out-of-Network Benefits. The EPO and HMO options pay only In-Network Benefits; there are no benefits for non-Emergency Out-of-Network care, unless there is a reciprocity agreement with the provider in the Out-of-Network area.

NNI-LTD-00004795

### *In-Network Providers*

See "Network Providers."

### *Inpatient*

A person admitted to an accredited facility as a registered bed patient for medical care and charges.

### *Intermediate Care Facility*

An institution that provides care and treatment of mental, psychoneurotic and personality disorders, alcoholism or substance abuse through one or more specialized programs and meets all three of the following conditions:

1. It must be staffed by registered nurses and other mental health professionals.

2. It must provide for the clinical supervision of such specialized programs by Physicians who are licensed in the state in which the facility is located.

3. Each specialized program provided by it must:

   • provide treatment for no less than three hours and no more than 12 hours per day

   • furnish a written, individual treatment plan that states specific goals and objectives

   • maintain, at a minimum, weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Physician, and

   • meet either of these two tests:

     – be accredited by the Joint Commission of Accreditation of Health Care Organizations (JCAHO)

     – be licensed, accredited or approved by the appropriate agency in the state in which the facility is located to provide the type of specialized program described above.

### *Lens*

A corrective device for the eyes made out of either glass or plastic designed to be either fitted into a frame (glasses) or worn directly over the cornea of the eye (contact lenses).

NNI-LTD-00004796

## Lifetime Maximum

The total of all benefits paid under the Medical Plans, excluding HMO's, the Hawaii PPO, prescription drug benefits and mental health and substance abuse benefits.

## Maintenance Drug

A Prescription Drug used for the treatment of chronic medical conditions including, but not limited to: chronic obstructive pulmonary disease, clotting disorders, congestive heart failure, coronary artery disease (angina), diabetes (oral agents only), glaucoma, hypertension, thyroid disease or seizure disorders.

## Maintenance of Benefits

A provision that applies to your Medical and Dental, Vision and Hearing Care coverage if you (or your eligible Dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a FLEX medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

## Major Services

A category of dental services that includes:

- crowns and crown repairs,
- inlays and onlays, and
- installation or replacement of dentures and bridges.

## Managed Care

A type of health plan that negotiates fees with hospitals, doctors and other health care professionals in advance. These providers then form a Managed Care network. Generally, when you use the providers who have an agreement with the Managed Care plan, you receive the highest benefit coverage level applicable under the plan.

NNI-LTD-00004797

### Medicaid

Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

### Medical Plan

A plan that provides medical benefits for you and your Dependents.

### Medically Necessary — Dental, Vision and Hearing Care Plan

Medically Necessary contact Lenses are for patients who cannot wear prescription glasses. Medically Necessary contact Lenses must be prescribed by a VSP doctor for certain conditions, such as following cataract surgery or to correct extreme visual acuity problems that cannot be corrected with spectacle Lenses. A VSP doctor must obtain prior approval from VSP for Medically Necessary contact Lenses.

### Medically Necessary — Medical Plan

Services and supplies, including tests and check-up exams, rendered by a Provider that are:

- necessary and appropriate for and consistent with the symptoms and diagnosis for direct care and treatment of the Illness or Injury

- within the standards of good medical practice in accordance with all the applicable professional and legal standards

- the most appropriate supply or level of service

- provided in the most appropriate setting

- not primarily for the convenience of the covered person, his/her family members or the provider(s) of the service

- necessary for the diagnosis of an Illness or Injury

To be considered necessary, a service or supply must meet all of these tests:

- it is ordered by a Physician

- it is recognized throughout the Physician's profession as safe and effective, is required for the diagnosis or treatment of the particular

NNI-LTD-00004798

setting consistent with generally accepted U.S. medical standards,
and

• it is not Educational, Experimental or Investigational in nature.

The Company may require proof in writing that any type of service or supply
is Medically Necessary, and medical necessity will be determined solely by the
Company. The fact that a Physician may prescribe, order, recommend or
approve a service or supply does not, in itself, make this service or supply
Medically Necessary.

Medical necessity does not include a repeated test that is not necessary, experimental
service or supply, services or supplies provided for psychological support, education
or vocational training of the covered person, or implant of any artificial organ for any
reason whatsoever. The Plans do not cover all Medically Necessary procedures,
services and supplies, as some specific exclusions and limits on coverage may apply.

## Medicare
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social
Security Act, as amended from time to time.

## Member Services
Customer service centers for Managed Care Plans that can answer questions
about providers, send you a Provider Directory or identification card, and help
you choose a PCP.

## Network
A group of Hospitals, Doctors and other health care professionals who have an
agreement with a medical plan or insurance carrier to provide services at a
negotiated rate. The providers agree to accept negotiated fees as payment in full.

## Network Area
The geographic area in which Managed Care networks are available. If you live
in the Network Area, based on your home ZIP code, you can enroll in one of
the Network Area medical options offered to you.

NNI-LTD-00004799

## Network Manager

The company responsible for managing the network, including evaluating and selecting Network Providers. Network Managers for the Company's Managed Care medical options are CIGNA HealthCare and UnitedHealthCare.

## Network Providers

Medical care providers including Hospitals, Physicians, other health care providers and pharmacies who have entered into an agreement to participate in a network.

## Newborn

An infant from the date of birth until the initial Hospital discharge or until the infant is 31 days old, whichever occurs first.

## Non-Network Area

Refers to the geographic areas that are not served by the Managed Care network plans. If you live in the Non-Network Area, based on your home ZIP code, you can enroll in one of the Non-Network Area medical options offered to you.

## Ophthalmologist

A medical Doctor who specializes in the treatment of disorders of the eye.

## Optician

A person legally qualified to supply eyeglasses and contacts according to prescriptions written by an Ophthalmologist or Optometrist.

## Optional FLEX Benefits

Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your eligible Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),

NNI-LTD-00004800

- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,

- Enhanced Short-Term Disability coverage that increases your Core benefit to 90% of your pre-Disability FLEX Earnings for up to 20 weeks after the first six weeks of Disability,

- Enhanced Long-Term Disability coverage that increases your Core benefit to 70% of your pre-Disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or

- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:

- Additional life insurance for yourself,

- Dependent life insurance for your spouse and/or children, and

- Optional AD&D insurance for your spouse and/or children.

## Optometrist

A Doctor of Optometry trained and legally qualified to perform eye examinations and prescribe lenses.

## Orthodontia

Dental services that include straightening of teeth and fitting of braces.

## Out-of-Network Benefits

The level of benefits you receive under a Managed Care medical option when you use a health care provider who does not participate in a network.

## Out-of-Network Provider

Any health service Provider who has not entered into an agreement to participate in a network of Providers.

NNI-LTD-00004801

## Out-of-Pocket Maximum

The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding Deductibles, Copays and any amounts over Reasonable and Customary limits. This amount also excludes mental health and substance abuse program benefits and prescription drug program benefit expenses. The plan pays 100% of any Covered Expenses (except outpatient treatment for mental Illness, alcohol or substance abuse) after the maximum is reached, up to the Medical Plan's maximum benefit.

## Payroll Deduction

Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

## Periodontics

Dental services involving the treatment of diseases of the gums, bones and membranes that surround and support the teeth.

## Physician

See "Doctor."

## Plan Administrator

Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

## Plan Year

January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

## Point-of-Service (POS)

A Managed Care network Medical Plan option, the POS option pays benefits when you see health care professionals within the POS network. However, to receive benefits at the in-network level, you must have your primary care physician (PCP) either provide or arrange for any treatments or services you or your family receive. If you don't coordinate non-Emergency care through your PCP, the POS option pays at the lower Out-of-Network Benefit level, even if you see an In-Network Provider. Note: Under the UHC options, a PCP referral to a specialist may not be required. Contact Member Services on your medical ID card for

NNI-LTD-00004802

additional information. If you go to a provider who is not a member of the network, the POS option still pays benefits — but at a lower Out-of-Network Benefit level.

## Precertification

Under some Managed Care medical options, you must get Precertification from your primary care physician (PCP) for any medical treatment you receive. Under the Comprehensive and Out-of-Area Comprehensive options, you may be required to get Precertification for Hospital admission or non-Emergency surgery. If you don't get the required Precertification, the Medical Plan will pay benefits at a lower level or might not pay benefits at all.

## Predetermination Review

A process through which proposed extensive dental treatment is reviewed and a detailed description and estimate of benefits considered for payment is provided by the Claims Administrator before the work is done.

## Preexisting Condition

Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication before coverage begins.

## Preferred Provider Organization (PPO)

A Managed Care network Medical Plan option that pays benefits when you see health care professionals within the preferred provider network. If you go to a provider who is not a member of the network, the PPO option still pays benefits, but at the lower Out-of-Network Benefit level.

## Pre-Operative Exam

Necessary medical x-rays and/or laboratory tests ordered by the attending Physician that are performed in the seven days prior to a scheduled hospitalization or Surgery.

NNI-LTD-00004803

## Prescription Drug

For Prescription Drugs payable under the Medical Plan, this means only:

1. A medicinal substance that, by law, can be dispensed only by prescription,

2. A compound medication that includes a substance described in (1), or

3. Prescribed oral and injectable insulin and insulin syringes.

It does not include experimental drugs, allergy and biological sera, therapeutic devices or appliances and injectables, other than prescribed injectable insulin. For information on Prescription Drugs covered by Merck-Medco, refer to page 24 in the Medical section.

## Preventive Care

For purposes of your Medical Plan, Preventive Care includes services such as well baby care, annual physicals rendered solely for health maintenance and not for Illness or Injury, routine OB/GYN diagnostic care, routine mammogram and sigmoidoscopy.

For purposes of your Dental coverage, Preventive Care includes services that help promote and maintain good dental health, such as:

- Check-ups,

- Cleanings,

- X-rays,

- Fluoride treatments for children under age 18,

- Sealants for children under age 14 and

- Space maintainers for children under age 14.

Limitations apply.

## Primary Care Physician (PCP)

A Doctor who oversees and coordinates all your medical care under the EPO and POS options. A PCP is chosen by a covered person and provides primary medical care in medical specialties such as: internal medicine, pediatrics or family practice. For most non-Emergency services, you need to call your PCP first to receive the higher In-Network Benefits coverage level. Some HMOs also use PCPs. Contact Member Services on your medical ID card for additional information.

NNI-LTD-00004804

### Provider

A person or organization, such as a Physician, Hospital or pharmacy, that provides health care services.

### Provider Directory

A listing of Doctor, Hospitals and other health care professionals who belong to a Managed Care network.

### Psychologist

A person who is licensed or certified as a clinical Psychologist or who is considered qualified as a clinical Psychologist by a recognized psychological association.

### Qualified Family Status Change

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following life events. Other than Annual Enrollment, these are the only times you can change your FLEX choices. The list of Qualified Family Status Changes includes but is not limited to:

- Marriage,

- Domestic Partner relationship becoming qualified for eligibility,

- Divorce or legal separation,

- Rescinded divorce,

- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,

- Disability of a spouse, enrolled Domestic Partner or Dependent child,

- Death of a spouse, enrolled Domestic Partner or Dependent child,

- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),

- Change in your spouse's or enrolled Domestic Partner's employment status affecting benefits eligibility (such as from or to part-time or full-time),

- Beginning or end of your spouse's or enrolled Domestic Partner's employment,

- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,

- Relocations affecting a Medical Plan network availability,

- Covered child's loss of Dependent status (i.e., no longer a full-time student)

- Dependent child becomes eligible (i.e., becomes a full-time student),

- Termination of your relationship with an enrolled Domestic Partner,

- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing coverage,

- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,

- Shift change,

- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),

- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage), or

- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends.

The benefit selections you may make must be consistent with the Qualified Family Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must request the change, document the qualifying event and the InfoCenter must receive your FLEX Enrollment Change form within 31 days of the occurrence. The required supporting documentation includes the legal documents (such as marriage or birth certificate or divorce decree) which prove that the event occurred.

If you return your required documentation more than 31 days after your event occurred:

- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability) until the next Annual Enrollment period

- you may change your medical and dental, vision and hearing care Dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and

- your Dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail) in the InfoCenter.

Note: most HMO's do not allow Dependent additions after 31 days of the event.

## Qualified Medical Child Support Order (QMCSO)

An order or judgment from a court that directs the Plan Administrator to cover a child for benefits under a group health plan, as required under Section 609 of the Employee Retirement Income Security Act of 1974.

## Reasonable and Customary Charge

A charge for a Covered Expense under the Medical Plan or the Dental, Vision and Hearing Care Plan that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

## Room and Board

Charges made by a Hospital for room and meals and for all general services and activities needed for the care of registered bed patients.

## Second Surgical Opinion

An opinion secured by a Physician who:

- is not in practice with or related to the Physician who gave the original recommendation for Surgery, and

NNI-LTD-00004807

- whose practice would normally include treatment of the condition for which Surgery was originally recommended.

The Second Surgical Opinion may not be rendered by the Physician selected to perform the Surgery.

## Semi-Private

A class of accommodations in a Hospital or Skilled Nursing Facility in which at least two patient beds are available per room.

## Seriously Injured

A condition for which benefits are payable under AD&D Insurance coverage due to dismemberment or loss of sight as defined in the Life Insurance and AD&D section on page 19.

## Service Area

The geographical area within which health care services are provided for covered persons by Providers in a certain network.

## Short-Term Rehabilitation

Therapy that is expected to result in the improvement of a body function (including the restoration of the level of an existing speech function) which has been lost or impaired due to an Injury, disease or Congenital defect.

## Sickness

See "Illness."

## Skilled Nursing Facility

An institution that meets all of these tests:

- it is legally operated.
- it mainly provides short-term nursing and rehabilitation services for persons recovering from Illness or Injury. The services are provided for a fee from its patients, and include both:

  − Room and Board, and

  − twenty-four hour a day skilled nursing service.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004808

- it provides the services under the full-time supervision of a Doctor or registered nurse (RN).

- it keeps adequate medical records.

- if not supervised by a Doctor, it has the services of one available under a fixed agreement.

"Skilled Nursing Facility" does not include an institution or part of one that is used mainly as a place for rest or for the aged.

## Specialist

A Physician whose practice is limited to a particular branch of medicine or Surgery other than general practice, internal medicine, pediatrics, or family practice.

## Surgery

Generally recognized and accepted Medically Necessary operative procedures for the treatment, diagnosis or evaluation of an Illness or Injury.

## Temporomandibular Joint Dysfunction (TMJ)

A malfunction of the joint between the lower jawbone and the temporal bone.

## Terminally Ill

The medical prognosis of a person with a chronic, progressive Illness that has been designated not curable by the covered person's attending Physician. Expected survival must be six months or less at the time of referral to a Hospice or time of application for accelerated benefits.

## Termination Date

The last day you work for the Company.

## Total Disability, Totally Disabled

For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

NNI-LTD-00004809

For the Life Insurance and AD&D Insurance plans, you are considered Totally Disabled if you cannot work because of Illness or Injury and you are under the regular care of a Physician.

## Vision Examination

An examination performed by an Ophthalmologist or Optometrist to check your eyes and prescribe treatment if needed. The examination usually includes, but is not limited to, history, external examination of the eye, determination of refractive status, binocular measurement and examination of the interior of the eye, by instrument, and the prescribing of Lenses, if needed.

## Wholly Dependent

Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

## Workers' Compensation Benefits

Benefits covered under Workers' Compensation law.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004810