Exhibit B

# 1992 WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN



WEEKLY DISABILITY AND
LONG TERM DISABILITY PLAN

# BENEFITS CONNECTION

LTD-000003



# WEEKLY DISABILITY
## AND LONG
## TERM DISABILITY PLAN

LTD-000004

# TABLE OF CONTENTS

Page

Eligibility and Effective Date ................................................................................1

Weekly Disability Benefits ....................................................................................2

    Non-Occupational Disability Benefit ...............................................................2

    Occupational Disability Benefit........................................................................3

Long Term Disability Benefits ..............................................................................7

Benefit Modification for Third Party Liability ....................................................13

Termination of Coverage ......................................................................................15

ERISA Information ...............................................................................................16

LTD-000005

## ELIGIBILITY AND EFFECTIVE DATE



If you are a regular full-time, non-union employee of Northern Telecom Inc., BNR or a partici-pating affiliate ("Company"), you will become covered for Weekly Disability and Long Term Disability benefits under this coverage on your first day of employment provided you have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

The Company pays the entire cost for Weekly Disability and Long Term Disability Benefits.

1

## WEEKLY DISABILITY BENEFITS

Weekly Disability benefits will be paid to you for a specified period of time if you become totally disabled by an accidental bodily injury or disease while covered. Benefits commence on the sixth consecutive working day of total disability due to sickness or accident.

### Non-Occupational Disability Benefit

You are considered totally disabled when:

(1)   you cannot work because of sickness or accidental injury,

(2)   you are under the regular care of a physician, and

(3)   the Company has received satisfactory proof of your total disability. No benefits will be payable for any day on which you are doing any work, anywhere, for pay or profit other than part-time work for the Company which has been approved by the Company and your physician.

For purposes of weekly disability coverage, the term "physician" has the same meaning as defined in the Long Term Disability coverage section on page 10.

While you are totally disabled, benefits will continue for up to the Maximum Period of Payments shown for any one period of total disability.

Successive periods of total disability separated by less than two consecutive weeks of full-time, active work will be considered one period of disability, unless the subsequent period of disability results from causes unrelated to the causes of the earlier period and you have returned to one day of full-time active work between the periods.

This Non-Occupational Disability benefit is only paid for disabilities which are not Occupational Disabilities. Occupational Disabilities are those caused by:

(1)   an injury arising out of or in the course of, any employment for wage or profit, or

(2)   a disease covered with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

You may receive benefits for an Occupational Disability as described on the following page.

2

## Occupational Disability Benefit

Weekly Disability benefits may also be payable to you for a total disability which is an Occupational Disability as defined on the previous page. This benefit is provided on the same terms as the benefit for non-occupational disability. The amount of Weekly Disability benefit payable, however, is equal to the excess of the Non-Occupational Weekly Disability benefit over the benefits payable under any workers' compensation law, occupational disease law, or similar legislation.

### Amount of Weekly Disability Benefit

The amount of Weekly Disability benefits is determined according to your length of credited service with the Company, as follows:

| Service | 100% of your Weekly Basic Earnings are paid for the following number of weeks: | 60% of your Weekly Basic Earnings are paid for the following number of weeks: |
|---|---|---|
| Less than 6 months | 0 weeks | 26 weeks |
| 6 months | 1 | 25 |
| 1 year(s) | 2 | 24 |
| 2 | 4 | 22 |
| 3 | 6 | 20 |
| 4 | 8 | 18 |
| 5 | 10 | 16 |
| 6 | 12 | 14 |
| 7 | 14 | 12 |
| 8 | 16 | 10 |
| 9 | 18 | 8 |
| 10 | 20 | 6 |
| 11 | 22 | 4 |
| 12 | 26 | 2 |
| 13 | 26 | 0 |

LTD-000008

If your physician and the Company approve your return to work on a part-time basis while you are still eligible for Weekly Disability benefits equal to 100% of your Weekly Basic Earnings, the amount of your Weekly Disability benefits will be reduced by the amount of your part-time wages and the benefit savings which result will be used to extend the number of weeks for which you are eligible for a 100% benefit.

During the weeks that your benefit would be 60% of your Weekly Basic Earnings, the amount of your benefit will be reduced by the amount of your part-time wages. However, the benefit savings you accumulated while you were eligible for a 100% benefit will be used to increase your benefit to 100% of your Weekly Basic Earnings until all the savings are exhausted.

If any of your accumulated benefit savings remain at the end of the maximum period of payments, the maximum period will be extended until all of the benefit savings are used ("Extension Period").

At any time that Federal Social Security, Workers' Compensation benefits or any other statutory disability benefits are payable to you, the amount of Weekly benefits will be reduced to the extent necessary so that the sum of such Weekly benefits and any benefit payable to you under the Federal Social Security Act, Workers' Compensation Law or any other statutory disability benefits will not exceed 100% or 60% (as applicable pursuant to the above chart) of your Weekly Basic Earnings.

The word "payable" is not limited to the other statutory disability benefits described above actually received by you, but includes such other statutory disability benefits which would have been available if you had complied with the provision for making claim for such benefits.

This benefit is reduced by any "other income benefits" you receive for that week, or which you would be entitled to receive if timely claim for them had been made by you.

**Other Income Benefits**

This Plan defines "other income benefits" as:

(1) income received from any employer or from any occupation for compensation or profit.

(2) any disability, retirement, or unemployment benefits required or provided for under any law of any government — for example:

(a) unemployment compensation benefits,

(b) no-fault wage replacement benefits,

(c) statutory disability benefits, or

(d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the Weekly Disability Benefit payments have started under this Plan.

4

(3)   disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4)   any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1)   any periodic payments will be allocated to weekly periods,

(2)   any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to weekly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3)   any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

## Estimated Other Income Benefits

"Other income benefits" also include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1)   application for such benefits,

(2)   appeal at the reconsideration level, if benefits are denied, and

(3)   appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1)   estimate your weekly Social Security and other income benefits, and

(2)   use that amount to determine your weekly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

5

LTD-000010

If the Claims Administrator finds that the amount of other income benefits that should have been used to determine your Weekly Disability Benefit differs from the amount actually used, these rules apply:

(1) if Weekly Disability Benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2) if Weekly Benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments.

## Maximum Period of Payments

The maximum period of payment is twenty-six (26) weeks, subject to any Extension Period.

## Weekly Basic Earnings

Your Weekly Basic Earnings are determined as described below:

For all regular hourly and salaried employees — your Weekly Basic Earnings shall be your basic weekly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If you are a piece worker, your average weekly piece-work earnings over your basic weekly pay rate for the three (3) weeks before the start of the period of total disability will be added to your weekly basic earnings.

For an Employee in a Sales Compensation Program — your weekly Basic Earnings shall be one fifty-secondth of your total basic income consisting of base salary and commissions, but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your weekly Basic Earnings shall be your total basic income for your actual period of employment divided by the number of weeks of such employment.

## Exclusions

You are not covered for any disability which is in any way caused by any of the following:

1. intentionally self-inflicted injuries,

2. your participation in the commission of an assault or felony, and

3. war or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

6

LTD-000011

# LONG TERM DISABILITY BENEFITS

Monthly Income Benefits are payable to you after you have been totally disabled due to an accidental bodily injury or disease for at least the Benefit Waiting Period of six (6) months.

## Total Disability

You are considered totally disabled if you are unable to work because of a disease or injury.

During the first twenty-four (24) months of a period of a covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you cannot perform the work you normally perform.

After the first twenty-four (24) month period of covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

## Monthly Income Benefit

The Plan will pay you 70% of your "Monthly Basic Earnings" before you become totally disabled, but in no event more than the Maximum Monthly Benefit, $7,000. This benefit is reduced by any "other income benefits" you receive for that month, or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit, $50.

## When Benefits Begin

Your Monthly Income benefits will start as soon as you complete the requisite six (6) month Benefit Waiting Period, provided that written proof of your total disability satisfactory to the Claims Administrator is furnished within six (6) months following completion of the waiting period. Otherwise, Monthly Income benefits will commence on the day six (6) months following the date written proof of your total disability is furnished.

## How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown.

7

LTD-000012

Maximum Benefit Period for any one period of total disability:

| Your Age at Commencement of Disability | Your Maximum Benefit Period |
|---|---|
| Under age 61 | To Age 65, but not less than 60 months |
| Age 61 | 60 months |
| Age 62 | 60 months |
| Age 63 | 60 months |
| Age 64 | 60 months |
| Age 65 | To Age 70 |
| Age 66 | To Age 70 |
| Age 67 | To Age 70 |
| Age 68 | To Age 70 |
| Age 69 - 74 | 12 months |
| Age 75 and over | 6 months |

## Period of Total Disability

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician until he has been seen and treated you personally for the disease or injury causing the total disability for at least thirty-one (31) days. The Claims Administrator shall have the right to require that you be examined by a physician of his or her choosing.

Your benefit period during total disability will end when the first of the following occurs:

1. you cease to be totally disabled or die; or as otherwise provided for in this booklet, or

2. you actually start working at the type of occupation in which you normally engage or at any reasonable occupation. (Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation), or

3. you cease to be under the care of a physician, or

4. you fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a physician designated by the Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, if you return to work for less than three (3) consecutive months, and then become disabled again due to the same or a related illness or injury, monthly benefits will begin as a continuation of the original disability.

8



This combining of two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or relating causes separated by less than three (3) months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

## Other Income Benefits

This Plan defines "other income benefits" as:

(1)   income received from any employer or from any occupation for compensation or profit.

(2)   any disability, retirement, or unemployment benefits required or provided for under any law of any government — for example:

(a) unemployment compensation benefits,

(b) no-fault wage replacement benefits,

(c) statutory disability benefits, or

(d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the Weekly Disability Benefit payments have started under this Plan.

(3)   disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4)   any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1)   any periodic payments will be allocated to monthly periods,

(2)   any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to sixty (60) monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws wil be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3)   any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

LTD-000014

## Estimated Other Income Benefits

"Other income benefits" also include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1)  application for such benefits,

(2)  appeal at the reconsideration level, if benefits are denied, and

(3)  appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1)  estimate your monthly Social Security and other income benefits, and

(2)  use that amount to determine your monthly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

If the Claims Administrator finds that the amount of other income benefits that should have been used to determine your Monthly Income benefit differs from the amount actually used, these rules apply:

(1)  if Monthly Income benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2)  if Monthly Income benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments. If this Plan reduces or eliminates future payments, the Minimum Monthly benefit of $50 will not apply.

## Monthly Rate of Basic Earnings

Your Monthly Basic Earnings will be determined by using provisions which follow separately, for each period of total disability. A change in your earnings will be considered to take effect on the date the new rate is determined.

For all regular hourly and salaried employees — your Monthly Basic Earnings shall be your basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If you are a piece worker, your average monthly piece-work earnings over your basic monthly pay rate for the three (3) months before the start of the period of total disability will be added to your monthly basic earnings.

10

For an Employee in a Sales Compensation Program — your Monthly Basic Earnings shall be one twelfth of your total basic income consisting of base salary and commissions, but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your Monthly Basic Earnings shall be your total basic income for your actual period of employment divided by the number of months of such employment.

## Approved Rehabilitation Program

An "approved rehabilitation program" means:

(1)    a program of vocational rehabilitation, or

(2)    a period of part-time work with the Company for purposes of rehabilitation, which will be considered to begin only when the Claims Administrator approves such program, in writing, and to end when the Claims Administrator withdraws its approval.

This Plan includes this rehabilitation program to help you get back to work. With the Claims Administrator's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

| Example | | | |
|---|---|---|---|
| Monthly Income Benefit from the Plan | Monthly Earnings While You are Disabled | 80% Reduction | Net Monthly Income Benefit from the Plan |
| $1,600 | $300 | $240 | $1,360 |

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

11

### Physician

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

### Mental Illness Limitation

For total disabilities due to mental or nervous disorders, the benefit period will be limited to twenty-four (24) months; however, if hospital confinement exists, or commences within ninety (90) days following the date ending that twenty-four (24) month period, benefits will continue for the duration of the hospital confinement (subject to the Maximum Benefit Period described in page 6).

### Pre-Existing Condition Exclusion

No monthly benefits will be payable for any disability caused or contributed to by, or resulting from, a pre-existing condition. This limitation will not apply if your disability starts after you have been covered by the plan for twelve (12) months.

The term "pre-existing condition" means any condition for which you:

(1) receive treatment,

(2) incur expenses,

(3) receive a diagnosis, or

(4) take prescribed medication within ninety (90) days prior to the effective date of your insurance.

### Other Exclusions

You are not covered for any disability which is in any way caused by any of the following:

1. intentionally self-inflicted injuries,

2. your participation in the commission of an assault or felony, or

3. war or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

LTD-000017

# BENEFIT MODIFICATION FOR THIRD PARTY LIABILITY

## Third Party Liability

In the event that you ("Claimant") suffer an injury or illness covered by this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the Claimant ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such injury or illness.

To the extent payments for lost wages or the like resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner), such expenses are excluded from the Claimant's coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1)  that payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party, and

(2)  that the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply:

(a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and

(b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

13

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other benefits payable by the Plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of benefits payable by the Plan as to known future treatment of the Claimant in connection with the injury or illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Respo sible Third Party previously retained by the Claimant or his representative, for any subsequent benefits paid by this Plan for the injury or illness occurring within twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement and not included in such redetermination.

Each Claimant or his/her representative shall promptly notify the Plan of the name of any Responsible Third Party involved in an injury or illness for which the Claimant seeks to receive benefits under this Plan. Each Claimant shall keep the Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Respo sible Third Party, including informing this Plan of any payments received from the Responsible Third Party, a y final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of benefits paid or to be paid by this Plan to the Claimant in connection with the injury or illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

### Limits On Assignments

Benefits under the Plan may be assigned only as a gift assignment. The Claims Administrator will not be responsible for determining the validity of a purported assignment. The Claims Administrator will not be held to have knowledge of an assignment unless it has received a copy thereof.

### Errors in Payment of Benefits

If the Claims Administrator determines that benefits previously paid to you were incorrectly paid, the Claims Administrator may seek reimbursement of such incorrect benefit payment by e ther requesting that you reimburse the Claims Administrator or by deducting the amount of incorrect benefit payments from subsequent benefit payments payable to you by this Plan or any other welfare plan maintained by the Company.

14

## TERMINATION OF COVERAGE



Your benefits under the Weekly Disability and Long Term Disability Plan will end on the earliest of the following dates:

- the date your employment ends or you cease to qualify for the coverage, or

- the date the part of the Plan providing the coverage ends.

For coverage purposes, your employment will end when you are no longer a full-time, active Employee. If you are on an unpaid medical leave of absence because of injury or sickness, your coverage may be continued.

If you stop active, full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your coverage.

15

LTD-000020

## ERISA INFORMATION

| | |
|---|---|
| *Plan Name* | The Northern Telecom Inc.<br>Weekly Disability and Long Term Disability Plan |
| *Employer Identification Number* | 04-2486332 |
| *Plan Number* | 509 |
| *Plan Sponsor* | Northern Telecom Inc.<br>200 Athens Way<br>Nashville, Tennessee 37228 |
| *Type of Plan* | Welfare |
| *Plan Year* | January 1 to December 31 |
| *Plan Administrator* | Northern Telecom Inc.<br>200 Athens Way<br>Nashville, Tennessee 37228<br>Tel: (615) 734-4000 |
| *Agent for Service of Legal Process* | Plan Administrator |
| *Claims Administrator for*<br>*Long Term Disability Plan* | CIGNA<br>Hartford, CT 06152 |

Benefits under this Plan are provided by Northern Telecom Inc. Company costs are paid out of current or accumulated earnings and profits.

LTD-000021

### Plan Changes and Termination



The Company expects to continue this Plan, but necessarily reserves the right to amend this Plan from time to time or terminate this Plan at any time. Any amendment to this Plan may reduce or eliminate benefits payable under the Plan to persons who are Employees as of the effective date of the amendment.

### Claims

This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within sixty (60) days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within sixty (60) days of the receipt of your request for review. The final decision will be made by CIGNA which is providing claim services under this Plan.

### Your Rights under ERISA



As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA"). ERISA provides that all Plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements, and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

LTD-000022

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of this Plan. The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including the Company, your union, or any other person, may terminate you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from this Plan and do not receive them within thirty (30) days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about this Plan, you should contact the Plan Administrator, your Director of Human Resources, or the Director of Benefits for Northern T lecom Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

The Plan Administrator shall have discretionary authority to determine the benefits owing under this Plan, to otherwise interpret the provisions of this Plan and to make any necessary factual determinations hereunder.

18

LTD-000023

CIGNA

Ntl Cat # : 7F-35-0104

Recycled
Paper

LTD-000024

Exhibit C

1992 LONG-TERM INVESTMENT PLAN cover page

# NORTHERN TELECOM INC.
## LONG-TERM INVESTMENT PLAN







Northern Telecom/BNR U.S. Employees

# BENEFITSCONNECTION '92

LTD-002249

# Exhibit D

## Personalized 3D Rewards Statement







**Your** Personalized
3D Rewards Statement

## *Dear Nortel Employee:*



*I'd like to begin with a thank you for the many contributions you make to Nortel's success. On a daily basis, you contribute your skills and expertise, your innovative thinking, your energy and your dedication. The demands are high. This communication is about the rewards the company offers you as a valued member of the Nortel team.*

*Last year, we recognized that we needed a better way to communicate the multi-dimensional nature of Nortel's total reward package. I am very pleased to introduce you to "3D Rewards," our first attempt to bring together in one place information on the full range of rewards currently available to Nortel employees. We chose the theme to reflect what you already know: that financial rewards are only one dimension of what people look for from a satisfying career. We all also need opportunities to grow and develop our skills (the "development" dimension), and we need a work environment that supports our own unique work and life goals (the "work life" dimension).*

*This personalized statement outlines the Nortel reward programs in which you currently participate and highlights the broad portfolio of programs available to you. It's one of a number of new tools available to help you assess the total value to you of the reward package Nortel offers, and to make sure you're taking full advantage of what's available and of interest. Our new 3D Rewards web site is an additional source of integrated information. I encourage you to visit this site at http://47.28.160.118/3DRewards, and take the opportunity to think about what's important to you in your career and work environment.*

*A note about one important element of 3D Rewards: this year we are introducing changes to Nortel's Investment and Retirement program in Canada and the United States. You will receive a separate information package on your Retirement and Investment Plans to ensure you have the level of personal information you need to do your financial planning and to make confident choices about your retirement assets.*

*You're all aware that this is a time of great change for Nortel. In our drive to make a fast right angle turn, we need to look at every aspect of our business, and see what we need to do differently to succeed in today's business environment. Pulling together information on our current approach to total rewards is an important step. I have made it a personal priority to evolve Nortel's reward practices to ensure our continuing competitiveness in the labor market. In so doing, I will be thinking about how we can motivate every Nortel employee to contribute to his or her fullest potential, and let employees know that the company values their contribution. If this communication sparks any questions or thoughts you'd like to share with me, please send an e-mail to "CEOs office."*

*Sincerely,*

*John Roth*
*President and CEO*

**1**



# 3D Rewards at Nortel:
# What Motivates You?

Nortel's reward strategy takes into account the fact that people are multi-dimensional, and different people are motivated by different things. Financial rewards are important, but a paycheck alone does not constitute a satisfying career. People come to Nortel—and stay with Nortel—because they're looking for challenging work, opportunities for career and personal growth, and a work environment that supports their work and life goals.

This "3D Rewards" statement has been produced in response to employee requests for more comprehensive and personalized information about Nortel's total reward package. It's a three-dimensional snapshot of what Nortel offers today.

The package described here is dynamic, to suit a dynamic industry. Most of the elements are evolving continually, to support new ways of working in a webtone era, and to make sure that the package as a whole remains competitive. Some of them have a dollar value that's easily quantified and reported here. Others are worth whatever value you place on them.

This booklet hits the highlights: for in-depth information on all elements of Nortel's total reward package, visit the 3D Rewards web site at http://47.28.160.118/3DRewards.



*2*

020561

# What's
# Inside...



## A Summary Overview

Nortel offers various benefits in the three dimensions of the total reward package.

### *Financial Rewards:*

○ assurance of a competitive base salary, plus incentive compensation programs if you are eligible

○ assistance in building financial assets through the Investment and Retirement program

○ opportunity to choose the health care and insurance benefits you need, with Nortel's FLEX Benefits program

### *Development Opportunities:*

○ a chance to build a multi-faceted and varied career in a leading edge global corporation

○ the opportunity to expand your knowledge and sphere of influence through on-the-job learning, and a wide curriculum of technical, professional and personal learning programs

○ the option of financial assistance toward furthering your formal education

### *Work Life:*

○ challenging work to stretch your brain and engage your creativity in shaping the future of the telecommunications industry

○ the support of an organization that recognizes and values you and your work life needs, and provides a work environment that motivates and enables you to contribute to your maximum potential

○ the opportunity to further your physical and mental well-being through Nortel-sponsored employee well-being initiatives

## A Personalized Financial Rewards Statement

The statement details the financial benefits accrued to you as of May 1, 1998.

### *What's Not Inside and Where to Go to Find It*

Details on your personal career or development plan: This should be built through regular and ongoing dialogue with your manager, and documented by the two of you working together. For information on some of the tools available to assist in this process, see the "Development Opportunities" section of this statement.

Details on how Nortel's reward strategy is evolving: This statement captures the current picture. You'll hear more through the course of the year about new approaches to rewards in support of Nortel's right angle turn.

Details on Nortel's Retirement Plan: As you're aware, the Plan is changing this year, to better meet the diverse needs of a changing workforce. A separate communication on Plan changes will be sent to you in the next few weeks.

*3*



# Financial
# Rewards

Financial rewards is the most visible and most easily quantified dimension of your total reward package. In the second half of this booklet (starting on page 12), you'll find a detailed statement that outlines the current value of your personal financial rewards package, which is made up of total cash, benefits, investment and retirement programs.

It's important to state a few basic principles up front. Nortel makes it a practice to do an annual survey of compensation and benefits packages offered by other high performing companies in the high tech, telecommunications and data industry, in support of our objective of keeping base salaries and benefits programs competitive in the industry. Four factors influence base salaries at Nortel:

1. the market value of your job

2. the relevant experience you bring to the job

3. your individual contribution/performance

4. your development over time.

*financial rewards*

Depending on the nature of your job, you may also be eligible for additional cash compensation through variable incentive programs such as the Senior Management Incentive Award Program (SMIAP). Many of these programs are calculated as a percentage of base salary and depend on the performance of both you and Nortel.

*development opportunities*

Your base salary is also the starting point for calculating your benefits. Nortel offers a broad portfolio of benefits and a broad range of choice. Through the "FLEX" Benefits program, Nortel provides a solid safety net aimed at protecting you and your family in the event of illness, injury, disability or death. And, because you can select the levels of benefit protection you need, you have greater control over your financial security. Nortel's Investment and Retirement Program is designed to help contribute to your income security for the future.

*work life*

## The Value of Your Financial Rewards

# NORTEL
NORTHERN TELECOM

0001

*May 1, 1998*

Pay to
the order of   **MICHAEL STUTTS**

For *Total Cash + Benefits*
111222333    1234 123456 0001

*Non-negotiable*

*your personal and financial rewards*

4

020561



## The Breakdown of Your Financial Rewards

**Base Salary**

Your base salary as of May 1, 1998 

**Plus Your Incentive Program(s)**

SMIAP paid in 1998 

Stock Option Award(s) from May 1997 through April 1998 

**Plus Your Special Payments**

Special payments received from May 1997 through April 1998 (e.g. recognition awards, business performance incentive payments, hiring bonus, lump-sum merit, career development, or promotion cash, etc.) 

**Plus Your Long Term Investment Plan (LTIP)**

Projected company match to the LTIP for the next 12 months based on your current salary and contribution rate of 10% and assuming you spread your own contributions throughout the year 

**YOUR TOTAL CASH**

**Plus Your Benefits**

Nortel's contribution towards the cost of your benefits, based on average company figures in 1998

**YOUR TOTAL FINANCIAL REWARDS**

*financial rewards*

*development opportunities*

*work life*

*your personalized financial rewards*



# Development
# Opportunities

Less easily quantifiable are the career and development opportunities Nortel offers. Yet many Nortel employees say that this is why they chose to join the company, and why they stay. The telecommunications industry is an exciting place to be—especially right now, as Nortel undergoes a transformation from a traditional supplier of telecom network solutions into a world leader in the delivery of rugged, reliable and secure networks optimized for IP (Internet Protocol).

For Nortel to successfully make a right angle turn and thrive in an environment of short product lifecycles and short market windows, we also need to transform ourselves into a community of learners. For Nortel, speed, agility and innovation are critical to continued business viability. For you, this means a wealth of opportunities to hone existing skills and develop the expertise that will keep you employable in a rapidly changing business environment.

## Personal and Career Opportunities

There are as many career paths at Nortel as there are individual employees. As more of our actual work takes place through cross-functional teams quickly assembled to seize a market opportunity or solve a business problem, the notion of a "job" bounded by a box on an organization chart is becoming less relevant. More and more, Nortel employees are focused on broadening their range of experience and sphere of influence, or on developing a depth of expertise in a particular area. Many choose not to become people managers, joining the growing group of people in the individual contributor career path.

In this environment, Nortel is evolving its performance management and career development practices to help you find the right role at the right moment in your career—roles in which you can effectively contribute to the business, and grow your own skills and experience. Here are some of the tools currently available:

***The Managing for Achievement (MFA) process:*** The MFA is a structured process of goal setting, feedback, development and coaching. When effectively applied, the MFA process helps you focus your efforts on priority activities that support Nortel's business objectives, while keeping your own development needs front and center. Many Nortel organizations also use a process of "360 degree" feedback to ensure your development plan is based on feedback from your peers and subordinates, as well as from your manager.

***Nortel Performance Dimensions Development Map:*** "Performance Dimensions" provide a Nortel-specific vocabulary for defining the competencies required to perform different roles within the company. The PD "Dictionary" describes four levels of mastery for each of 22 key competencies. Because more and more Nortel organizations are using the PD language to describe roles, you'll find the PD map a useful tool for assessing your strengths and identifying areas to focus your own development. For more information and access to the personal on-line assessment tool, see http://47.132.128.238/PD/.

***CareerNet:*** Given our size and global presence, there are a lot of opportunities for building a career path within Nortel. In 1997, over 21,000 opportunities for Nortel jobs in various parts of the world were posted on Nortel's Intranet through *CareerNet*. You can also use the *CareerNet* tool to create your own personal job-search profile. Check it out at http://47.28.160.91/careernet.

*financial*
*rewards*

*development*
*opportunities*

*work life*

*your*
*personalized*
*financial*
*rewards*

**6**

020561



## Opportunities to Learn

Nortel has a history of offering a broad range of in-house formal training programs to help employees develop technically and professionally. Given the pace of change today in the global high tech industry, our emphasis is rapidly shifting from classroom-based programs—programs that have traditionally had long development cycles and long shelf lives—to a "just in time" approach to development that emphasizes on-the-job learning, intact work teams learning together, coaching and mentoring, and technology-based delivery methods. To get the latest picture of what's available, check out the *Nortel Knowledge Network* web site at http://47.55.50.138/knowledge_network/.

Nortel also depends on its people learning from the best of the best, and bringing new ideas and knowledge into the organization. Pursuing higher education or upgrading your skills through formal external programs can play an important part in the development of your career at Nortel. Employees who successfully complete a course leading to a certificate or degree (pre-approved by your manager) are reimbursed 100% of the costs of tuition and books (up to $6,000 per year).

*financial rewards*

**development opportunities**

*work life*

*your personalized financial rewards*

020561

**7**



# Work
# Life

At Nortel, the phrase "work life" is being used to reflect the fact that employees have "work" goals and "life" goals that are closely connected, but not always identical. The company strives to offer employees challenging, meaningful and fulfilling work—work that is clearly focused on creating world-class network solutions that will drive our customers' business success. We're a successful, rapidly growing global company in one of the most dynamic industries around today. We work in 150 countries and territories around the world. It's no surprise that in the 1997 Employee Opinion Survey, 89% of Nortel employees said that they liked the work they do.

A variety of factors combine to influence the value employees place on their employment with Nortel. They want to be able to state proudly that they're part of the Nortel team, and they want to know that the company values their contribution. This section talks about some of these more intangible elements.

*financial*
*rewards*

*development*
*opportunities*

**work life**

*your*
*personalized*
*financial*
*rewards*

8

020561



## What We Stand For

Employees want to be part of a company that has vision and values. Nortel's vision is to be the most valued company in the industry: valued by employees and their families, by customers, by shareholders, and by the communities in which our people live and work. At Nortel we believe in:

***Ethical business practices:*** A commitment to conducting business honestly and ethically is the fundamental underpinning of our relationship with employees, customers, suppliers, shareholders and the communities in which we operate.

***Diversity:*** The increasing globalization of business, coupled with demographic changes in the labor market, make a diverse and inclusive work culture a business imperative. Nortel considers workplace diversity to be a competitive advantage, and is committed to being a global leader in this area. We have joined a consortium of 10 leading corporations to develop the metrics and standards that will enable us to meaningfully measure our progress in diversity.

***Environmental leadership:*** Nortel is known as a leader in the telecommunication industry in protecting and enhancing the environment. We are working toward taking responsibility for the environmental impact of our products throughout their lifecycles—from design to final disposal. In 1994, Nortel set four environmental targets to be achieved by the year 2000: reduce pollutant releases by 50 percent, reduce solid waste sent for disposal by 50 percent, reduce paper purchases by 30 percent, and improve overall energy efficiency by 10 percent. We report each year on our progress toward meeting these goals.

***Community involvement:*** Nortel's commitment to corporate citizenship is rooted in a long-held sense that the company has a responsibility to put something back into the community. On a global basis, we're focusing our efforts on education—particularly in the realm of math, science and technology—because we believe that as the source of society's future leaders, this is a crucially important sector. Locally, Nortel organizations support priority community service activities. Nortel encourages employees to be active in their communities by sponsoring formal and informal programs that support and reward civic activity.

*financial rewards*

*development opportunities*

*work life*

*your personalized financial rewards*



Work
## Life

## Work Environment and Employee Well-being

Leading edge work also demands a leading edge work environment. As Nortel expands its facilities around the globe, innovative strategies are being employed to increase the agility of the workplace to support various work types and processes rather than a one size fits all approach. This tool-based, team-based approach sets Nortel apart through the creation of recognized leading edge workplace strategies. Wherever possible, Nortel offers flexible work arrangements—including flexible hours, job sharing, compressed work weeks and part-time hours—that enhance employee well-being, productivity and work-life balance. "Telecommuting" and "teleworking" (working from home) options are also offered through the "Homebase" program. Business casual dress is now the general rule in most locations. This dress code reflects a commitment to creating an informal, flexible and productive work environment.

Because balancing the pressures of work and personal life is not always easy in the highly charged, fast paced business environment in which Nortel operates, Nortel's "Employee Well-being" initiative is focusing on helping employees manage these issues. It's a work in progress: not all of the core programs are yet available to Nortel employees globally. But many locations already offer a wide variety of programs to enhance employee well-being, and provide a supportive, family-friendly work environment. Many encourage family participation, and offer parenting classes, emergency child care, elder care, financial education and relationship-building programs. Some examples:

*Aralia, Nortel's wellness program:* This is one highly visible example of Nortel's commitment to supporting and enhancing the health and well-being of you and your family. Aralia programs are tailored to meet local needs, and many include assistance with health risk reduction (weight management, smoking cessation, health screening, stress management), as well as health enhancement through access to employee well-being, and self-care information and on-site or community-based fitness facilities.

*Employee Assistance Programs (EAP):* These are available at no cost to employees and dependents who are eligible for Nortel benefits. This professional and confidential counseling service is designed to help employees and families with a broad variety of emotional, psychological, relationship and addiction issues.

*Travel Well:* As Nortel grows globally, more employees are traveling on business or accepting postings in unfamiliar destinations. They are facing new questions related to logistics, health, safety and security. The new Travel Well program ensures that wherever you go on Nortel business, you travel safely, efficiently and cost-effectively.

The range of programs available is continually changing and expanding. For information on specific Employee Well-being programs available in your location, talk to your manager, your local Human Resources associate or check out the Employee Well-being web site at http://47.201.1.133:8080/eeq/well_being/welcome.htm.

*financial*
*rewards*

*development*
*opportunities*

**work life**

*your*
*personalized*
*financial*
*rewards*

*10*

020561



# Employee Recognition

Recognition, taking the time for both formal and informal recognition of employee efforts, is an important part of Nortel culture. Every day, throughout the company, people devise creative and innovative ways to thank each other for their contributions. In addition to the many local and line of business formal recognition programs, there are several corporate-wide practices:

**The Reward and Recognition Program** recognizes employees whose extraordinary efforts and achievements exemplify Nortel's Core Values and demonstrate a commitment to excellence.

**The Service Recognition Program** is Nortel's way of saying thank you to employees who achieve service milestones.

**The Customer First Program** recognizes best practices at an organizational level.

**The Patent Award Program** recognizes innovation, one of our Core Values.

*financial rewards*

*development opportunities*

**work life**

*your personalized financial rewards*



Your Detailed Financial
# Rewards Statement

## Base Salary

This is the basic foundation of your Financial Rewards. Every year, Nortel surveys other high performing companies in the high tech, telecommunications and data industry to ensure that our base salaries continue to be competitive. Your base salary is important because many of your benefits and other compensation programs are driven by your base salary.

As of May 1, 1998, your base salary was ▓▓▓▓. Between May 1997 and April 1998, your base salary increased by **23.9%**.

## Annual Incentives

### *Stock Options*

As a key employee, you help Nortel create shareholder value. And, as an option holder, you benefit directly from the increased value and success you help create. This is a summary of the status of your stock options as of May 1, 1998. If you have been given grants in both U.S. and Canadian currencies, for the purposes of reporting in this statement only, we have converted the net value of all your grants to U.S. dollars.

| Date of Grant | Options Granted | Options Outstanding | Option Price | Net Value at $61.31 |
|---|---|---|---|---|
| 1/29/1998 | ▓▓▓ | | ▓▓ | |
| 1/30/1997 | ▓▓▓ | ▓▓▓ | ▓▓ | $▓▓▓ |
| **Totals:** | ▓▓▓ | ▓▓▓ | | ▓▓▓▓ |

Estimated Present Value of Your May 1997 through April 1998 Stock Option grants (based on the Black-Scholes model of option valuation):  US $▓▓▓

Value of the Stock Options you exercised from May 1997 through April 1998:  US $▓▓▓

### *Senior Management Incentive Award Program (SMIAP)*

Nortel's management team shares responsibility to build the business globally by creating value for our customers. In order to motivate you to achieve the corporate milestones required for Nortel's continued growth and success, you are eligible to receive an annual bonus through Nortel's SMIAP program.

Your 1998 SMIAP payment, recognizing your performance and contribution to the business in 1997:  $▓▓▓ 

*financial rewards*

*development opportunities*

*work life*

*your personalized financial rewards*

*12*

02056!



# FLEX Benefits Program

This is a significant and important component of your Financial Rewards. It's also among the most visible and widely used components. Nortel's FLEX Benefits program provides a basic foundation of Core Benefits plus a range of Optional Benefits. The cost of Core coverage, except for the medical plan, is paid for by Nortel. Nortel provides you with FLEX dollars in the form of credits towards the purchase of your medical and optional FLEX Benefits. This allows you to choose the options that best suit your needs.

The following summarizes your Core FLEX Benefits coverage and your current Optional Benefit elections:

## *Medical Coverage*

**Coverage Selection:**

MGD CARE EPO DALLAS, TX for you, your spouse, and your eligible child(ren).

For more information about your plan, please see your Employee Benefits and Programs binder.

## *Dental, Vision and Hearing Care*

**Coverage Selection:**

Premium for you, your spouse, and your eligible child(ren).

## *Reimbursement Account Highlights*

| As of May 1, 1998, you currently allocate per pay period: | |
|---|---|
| To the Health Care Reimbursement Account | $9 |
| To the Dependent Day Care Reimbursement Account | $0 |

*financial rewards*

*development opportunities*

*work life*

**your personalized financial rewards**



# Your Income Protection Benefits _____

The following summarizes your FLEX coverage and government benefits under programs designed to provide income protection should illness or injury prevent you from working.

## Short-Term Disability

*financial rewards*

**Coverage Selection:** Optional coverage, to supplement your Core Short-Term Disability benefits

**Optional Coverage Highlights:** If you are sick or disabled you will receive:



*development opportunities*

| from the 1st non-working day for up to 6 weeks (including the 5 day waiting period) | for the remaining weeks of disability up to an additional 20 weeks |
| --- | --- |
| $■■ a week (100% of your FLEX Earnings) | $■■ a week (90% of your FLEX Earnings) |

## Long-Term Disability

**Coverage Selection:** Optional coverage, to supplement your Core Long-Term Disability benefits

*work life*

**Optional Coverage Highlights:** If your disability continues beyond 26 weeks, you may be eligible to receive:



| as long as your disability continues up to age 65 |
| --- |
| $■■ a month (70% of your FLEX Earnings) |

*your personalized financial rewards*

This amount may be reduced by other income received.

*14*

02056

# *Your Survivor Protection Benefits* _____



The following summarizes your FLEX coverage and government benefits under programs designed to provide your eligible survivors with financial assistance in the event of your death:

***Coverage Highlights:*** In the event of your death, your designated beneficiary(ies) will receive:



---
| | |
|---|---|
| ██████ | *Core Life Insurance Benefit* |
| ██████ | *Optional Life Insurance Benefit* |
| ████ | *Social Security Benefit* |
| ████████████ | *Total* |

*financial rewards*

**PLUS**
There may also be benefits payable from the Retirement Plan and/or Long Term Investment Plan

**PLUS**
If your death is the result of an accident, your beneficiary(ies) may also receive:

*development opportunities*



| | |
|---|---|
| ████ | *Core Accidental Death & Dismemberment Insurance Benefit* |
| ████ | *Business Travel Accident Insurance Benefit (paid if death occurs while traveling on approved company business)* |

*Social Security may also provide your dependents with a monthly benefit of up to $2,725 (your family maximum), determined as follows:*

| | |
|---|---|
| ████ | *for each dependent child* |
| ████ | *plus, for a dependent spouse, any age, with dependent children* |
| ████ | *or, for a dependent spouse, age 60 or older* |

*work life*

Call 1-800-772-1213 for a more detailed estimate from Social Security.

## Optional Dependent Life Insurance

*your personalized financial rewards*

***Coverage Highlights:*** In the event of the death of a covered dependent you may receive:

---
| | |
|---|---|
| $████ | *for your spouse* |
| $████ | *for each covered dependent child age 6 months to 19 years; age 25 if full-time student. (From birth to age 6 months, a child can be covered for a $1,000 benefit.)* |



# Your Investment and Retirement Program Benefits

Financial security during retirement is of concern to all of us. The Northern Telecom Inc. Retirement Plan for Employees combined with the company Long Term Investment Plan and government benefits, provides a foundation for your future financial security.

## Retirement Plan

*financial rewards*

Nortel's Investment and Retirement program is an important element of your Financial Rewards, especially this year as we introduce changes to the program. To provide you with the level of personal information you need to plan and make confident choices about your retirement assets, this year you will receive separate and comprehensive communications about your pension and long-term investments.

## Long Term Investment Plan (LTIP)

*development opportunities*

The LTIP portion of the program is intended to be an integral part of your financial planning strategy for retirement. It provides you with opportunities to grow your assets—with Nortel's help. You set your own goals and control the benefits you will eventually receive. You can increase or adjust your contributions to fit the needs you anticipate in the future. For every dollar up to 6% of your eligible earnings you invest in the Plan each pay cycle, the company matches 60 cents. (In 1998, the maximum employee contribution is $10,000.) To maximize your opportunity for company matching you must spread your own contributions throughout the year. You are always 100% vested in your contributions to the Plan and earnings on those contributions.

*work life*

**Your Long Term Investment Plan account balance as of April 30, 1998 was $████.**
You are 100% vested in $████ of that amount.

*your personalized financial rewards*

**16**

0209c



# Your Savings Breakdown

The pie chart shows your investment mix based on the balances you had in each fund on April 30, 1998. The growth in your account depends on where you invest. More aggressive funds may produce larger returns over longer periods of time—but they can also involve more risk. How to invest is an important decision that only you can make.

 

☐ Fixed Income Investment Fund – 81.43%
▨ Mutual Series Qualified Fund – 9.19%
■ Dimensional Funds US 6 – 10 Fund – 9.38%

*financial rewards*

If your annual contributions to the Plan continue at **10%** with a corresponding company matching contribution of $▇▇▇▇ the chart below will give you an idea of the *estimated potential value* of your account at various times during your career. These projections assume that the Plan, company match, and your salary and contributions remain the same, you make no future withdrawals, and your account earns 5%, 7%, and 9% annually.

*development opportunities*

| Growth Rate | Potential Value at age 55 | Potential Value at age 60 | Potential Value at age 65 |
|---|---|---|---|
| 5% | $370,839 | $547,046 | $771,935 |
| 7% | $446,650 | $703,205 | $1,063,036 |
| 9% | $540,504 | $911,511 | $1,482,351 |

*work life*

## If You Increase Your Contributions

If you were to increase your annual contribution to **11%** with a corresponding company matching contribution of $▇▇▇, the *estimated potential value* of your account could increase to:

| Growth Rate | Potential Value at age 55 | Potential Value at age 60 | Potential Value at age 65 |
|---|---|---|---|
| 5% | $375,214 | $553,658 | $781,402 |
| 7% | $451,803 | $711,503 | $1,075,744 |
| 9% | $546,599 | $922,001 | $1,499,604 |

*your personalized financial rewards*

It's important to note that your investments earn real rates of return. For example, if you receive a 9% return on investments and inflation is 3%, your real rate of return would be 6%.

If you have questions about the Long Term Investment Plan or to check your beneficiary designation, please contact the Nortel 401k Service Network at (800) 726-0026.

*17*



## Your Paid Time Off

### Vacation

On May 1, 1998, based on your length of service, you have 15 days of accrued vacation. (This does not include unused or carry-over days or credit for deemed service.)

Nortel's "Vacation Year" extends from July 1 of each year to June 30 of the following calendar year. You should note that after June 30, 1999, the maximum amount of vacation time you can carry forward will be ten days. In addition, you must use your carry forward days within six months from the end of the Vacation Year or you will forfeit that vacation time and pay. For a detailed overview of Nortel's vacation process, please refer to the Employee Services Portfolio (ESP) web site on the Intranet.

### Holidays

Nortel currently provides you with 12 paid holidays each year.

*financial
rewards*

*development
opportunities*

*work life*

**your
personalized
financial
rewards**

*Looking for more information?*

*Check out **Program Details**
on the 3D Rewards web site
(http://47.28.160.118/3DRewards)
for in-depth information on Nortel's total
rewards package. If you still have
questions, please contact the U.S.
InfoCenter at 1-800-676-4636,
or in the Raleigh area at
(919) 992-4636, or internally
at ESN 352-4636.*

18

02056

Let Us Know
# What You Think



1. Please indicate to what extent you agree with the following:



|  |  | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
|---|---|---|---|---|---|---|
| a) | I understand the information in this statement. | 1 | 2 | 3 | 4 | 5 |
| b) | I will use this statement for planning purposes. | 1 | 2 | 3 | 4 | 5 |
| c) | I learned things about my rewards programs that I did not know before reading this statement. | 1 | 2 | 3 | 4 | 5 |
| d) | It would be helpful to receive this statement annually. | 1 | 2 | 3 | 4 | 5 |
| e) | I would be interested in accessing an on-line or intranet-based version of my individual statement in future years. | 1 | 2 | 3 | 4 | 5 |
| f) | If this information were available on-line/via the intranet, I would still want to receive a paper copy of my individual statement. | 1 | 2 | 3 | 4 | 5 |

2. On a scale of 1 – 10 (with 10 being the highest), how would you rate your 3D Rewards Statement?

3. *Additional Comments:*

_____

_____

_____

*The following additional information is voluntary: (Please check the answer that pertains to you.)*

4. Your Age Group:

☐ <25    ☐ 25 – 34    ☐ 35 – 44
☐ 45 – 54    ☐ 55 – 64    ☐ 65+

5. Your Gender:

☐ Male    ☐ Female

6. Your years of service with Nortel:

☐ <5    ☐ 5 – 9    ☐ 10 – 14
☐ 15 – 24    ☐ 25+

020561

**19**



*Return to:*

**N⊘RTEL**
NORTHERN TELECOM
*US InfoCenter*

*P.O. Box 13010*

*Research Triangle Park*

*NC 27709-3101*

*Dept. 1094/YRK/Mailstop: 11AINFO*

*20*                    Staple here

02056

# Important
# Information



## General

This statement was prepared for Northern Telecom Limited by Benefacts®, Aon Consulting's personalized communication service. While every effort has been made to ensure the accuracy of information reported, there may be inaccuracies and Northern Telecom Limited reserves the right to correct any error. The availability and amount of benefits you may receive depend on the terms of the current Plan documents as they apply to you and your dependents or beneficiaries. Several necessary assumptions were made in the preparation of this statement including, but not limited to, assumptions about salary and continued employment. These assumptions and the information included in this statement are not guarantees.

The compensation value of your May 1997 through April 1998 stock option grants was estimated using a methodology called Black-Scholes valuation. Black-Scholes valuation gives consideration to historical stock price volatility, interest rates, the term of the option, and other assumptions. To the extent that experience differs from these assumptions, the actual value of the grant will also differ.

## The Future of Benefits and Plans

Northern Telecom Limited reserves the right to change or discontinue any of the benefits, plans and programs described in this statement at any time. Participation in these benefits, plans and programs does not guarantee employment. The actual benefits you receive depend on your actual compensation, service and benefit elections. The benefits, plans and programs are not conditions of employment, nor do they imply, create or constitute an employment contract.

## Social Security

To estimate Social Security benefits, we've assumed that you have enough participation in the Social Security system to be fully and currently insured and eligible for benefits and that you have been participating in Social Security continuously since you were first eligible. Your earnings have been estimated assuming that they have increased at a fixed rate of 6% over the years to your current earnings level. Your current pay was then used as the estimate for all future earnings. For the purpose of calculating the survivor protection benefits for your dependent family, we've assumed that you are married and have dependent children. You should note that certain Social Security benefits will be paid to your children and spouse only as long as they qualify as dependents under the Social Security Act. In most cases, these assumptions will produce a reasonable estimate of your Social Security benefits. However, if your circumstances differ from the assumptions that have been made (i.e. single, no dependents), your actual benefits will vary from those estimated in this statement.

**23**



MICHAEL STUTTS
4219 ENGLISH IVY DR
MCKINNEY, TX 75070

0204305

*24*

02056