# Exhibit E

## 2003 For Employees Not Actively at Work

# Navigating Your FLEX Benefits Enrollment

*For U.S. Participants*

# NØRTEL NETWORKS™

# For Employees Not Actively at Work

As we did last year, in an effort to both streamline the annual enrollment package and manage costs, Nortel Networks is providing a printed version of the new *FLEX 2003 Roadmap* to FLEX participants who don't have access to the online version available on the Nortel Networks Intranet. You'll need to review the enclosed Roadmap, together with this insert, for important information that will help you make benefits selections for next year.

## What's Paid by You and What's Paid by the Company

What's available to employees who aren't at work differs slightly from what's described in the Roadmap.

### Core Benefits – Company Pays the Full Cost

You're provided with the following benefits, which are paid in full by the Company:

☑ Basic medical coverage for you under the Preferred Provider Organization (PPO) Option or the Out-of-Area Comprehensive Option if you don't live within a network area,

☐ Employee life insurance equal to 1 X FLEX Earnings, and

☒ Employee Assistance Program (EAP).

## What To Look For

While much of the content of the Roadmap applies to you, there are a few differences that are outlined in this insert. Watch for the symbol that describes your particular situation:

♥ = Family care leave of absence

■ = Leave of absence without pay

▼ = Severance/salary continuation

● = Long-term disability (LTD) leave

Anything not marked with a symbol applies to FLEX participants in all of these groups.

## Optional Benefits — Employee-Paid

You have the option to buy the following benefits at your own expense:

- ☞ Medical coverage for you (other than the basic medical coverage, which is paid for by the Company) and for your eligible dependents,

- ☞ Dental/vision/hearing care coverage for you and your eligible dependents,

- ☞ Optional employee life insurance,

- ☞ Dependent life insurance for your spouse and/or children, and

- ☞ Accidental death and dismemberment (AD&D) insurance for you and/or your family.

One or more of these life/AD&D insurance options may not apply to you.

## Paying for Your Benefits

♥ ■ ● If you're on a family care leave of absence, leave of absence without pay or LTD leave, you're not eligible for FLEX Credits. Nortel Networks pays your share of the cost of basic medical coverage for you only.

▼ If you receive severance/salary continuation payments, you may purchase medical and dental/vision/hearing care benefits with before-tax dollars. Life and AD&D insurance are available for purchase only with after-tax dollars.

● If you're on an LTD leave, payment for your FLEX Benefits will be deducted from your LTD benefit payments on an after-tax basis. If your FLEX selections cost more than your LTD benefit, Benefits Billing Service will contact you.

♥ ■ If you're on a family care leave of absence or leave of absence without pay, you'll pay for your FLEX Benefits monthly on an after-tax basis. Benefits Billing Service will contact you regarding payment information based on your selections for 2003.

### If You're on an LTD Leave

If you're on an LTD leave, be sure to read "A Note About Life and AD&D Insurance" on page 3 for additional information about your Company-paid benefits.

# A Note About Reimbursement Accounts

♥ If you're on a family care leave of absence, you may contribute to the Health Care Reimbursement Account (HCRA) and/or the Dependent Day Care Reimbursement Account (DDCRA) on an after-tax basis.



**2**

▼ If you're on severance/salary continuation and receiving severance/salary continuance payments, you may contribute to the HCRA on a before-tax basis.

If you're eligible to participate in the Reimbursement Accounts and you want to contribute to one or both of them, you must enroll for 2003 even if you're not changing your contribution amounts. **If you don't enroll, you won't be able to contribute to a Reimbursement Account in 2003, unless you have a Status Change.** If a Status Change occurs, you have 31 days from the date of the event to submit your changes to Employee Services.

# A Note About
# Life and AD&D Insurance

## ♥ ■ ▼ For FLEX Participants on a Family Care Leave of Absence, Leave of Absence Without Pay or Severance/Salary Continuation

You may not increase optional life insurance or optional AD&D insurance coverage for you or your eligible dependents. However, you may decrease or drop this coverage.

If you were enrolled in FLEX in 2002 and you don't change your selections during this annual enrollment period, your selections for employee and dependent life insurance effective on December 31, 2002 will remain in effect for 2003 at the 2003 cost.

## ● For FLEX Participants on an LTD Leave

*Employee Life and AD&D Insurance*

You'll continue to receive employee life insurance equal to the coverage amount you had at the time of your disability or July 1, 1994, whichever is later. If you had optional (supplemental) employee life insurance before your disability began, it will continue in the same coverage amount you have on December 31, 2002, at no cost to you.

You'll continue to receive employee AD&D insurance equal to the coverage amount you have on December 31, 2002. If you had optional employee AD&D insurance before your disability began, it will continue in the same coverage amount you have on December 31, 2002, at no cost to you.

*Dependent Life and Dependent AD&D Insurance*

You're eligible to continue dependent life and dependent AD&D insurance equal to the coverage amount you have on December 31, 2002, at the 2003 cost.

*Employee and Dependent Life and AD&D Insurance*

You may not decrease or increase optional life or optional AD&D insurance coverage for yourself. This benefit is fully paid by the Company. However, because you pay the full cost of dependent coverage, you do have the option to decrease or drop this coverage for your dependents.

## A Note About
## Your Disability Coverage Selection

● If you're on an LTD leave on January 1, 2003, you'll continue to receive disability benefits under your 2002 coverage until you return to work. **Any new coverage you select during this annual enrollment period will become effective, and your payroll deductions will begin, after you've returned to active work for 30 consecutive days.**

©2002 Nortel Networks.
"Nortel Networks, the Nortel Networks logo, and the Globemark are trademarks of Nortel Networks.
Printed in the United States.
US-NAW-IST-001.002

**4**

Exhibit F

Verification of employment letter dated 11/15/2011



# N⊘RTEL

Date: November 15, 2011

## VERIFICATION OF EMPLOYMENT

**Employee Name:**     **Michael Stutts**
**Job Title:**     **CORPORATE SERVICES**
**Date of Hire:**     **May 11. 1987**
**Termination Date:**     **N/A – LTD Employee**

*Employment at will with an indefinite term of employment. Under the current Long Term Disability (LTD) plan, benefits are expected to continue through age 65. Although the benefit stated above is currently available, the Company reserves the right to change or end the plan at any time.*

*Overtime is not guaranteed. Please see employee for year-to-date and past-year earnings. This information was given with the permission of this employee.*

**Please ask the employee to provide W2/payroll stubs to verify salary information.**

Regards,

HR Shared Services
Nortel Networks Inc.
1-800-676-4636

HR Shared Services
North America
Nortel
PO Box 13010, Research Triangle Park, NC 27709 USA  T 800.676.4636  F 919.905.9301
hrsharedservices@nortel.com

Exhibit G

Verification of LTD benefits letter dated 9/27/2012

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

September 27, 2012

Michael L Stutts
1616 Hastings Bluff
Mckinney, TX  75070

Claimant: Michael L Stutts
Claim No.: 10377048
Date of Birth: 4/8/1959
Control No./Br.: 39900  /  000RB

IIllllllllllllllllllllllllllllllll

Dear Mr. Stutts:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks  Group Policy with Prudential.

You are receiving $4,039.30 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your  benefits will continue through April 7, 2024, provided
you remain totally disabled as defined by the Policy and continue to meet all other contractual
requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Exhibit H

1999 Severance Allowance Plan

# IN THIS SECTION

INTRODUCTION ............................................................................................................... 1

ELIGIBILITY ..................................................................................................................... 2

SEVERANCE ALLOWANCE BENEFITS ...................................................................... 6

ADMINISTRATIVE INFORMATION ......................................................................... 12

_Severance Allowance Plan_



# INTRODUCTION

The Nortel Networks Inc. Severance Allowance Plan was established to provide a severance allowance to assist certain terminated employees.

This is a brief description of the severance allowance benefits and the conditions under which such benefits will be paid, as the plan is written as of October 1, 1997. This description serves as a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA).

This SPD summarizes the official plan document of the Severance Allowance Plan. We have tried to write this summary in clear, understandable and informal language. However, you should refer to the official plan document for more detailed information about your benefits. In the event of any conflict between the information we have summarized here and the official plan document, the plan document will control.



---

**Plan Year 1999**
**Pub. 8/99**

1  -  **Severance**
**Allowance Plan**

# ELIGIBILITY

## 1. Does the Plan cover me?

*The Plan covers you if you are a Full-Time or Part-Time Employee of Northern Telecom Inc. or one of its U.S. subsidiaries which has adopted the plan.*

The Plan covers you if you are a Full-Time or Part-Time Employee of Nortel Networks Inc. or one of its U.S. subsidiaries which has adopted the plan. You must also have a total of at least six months of Service with an employer which has adopted the Plan or an Affiliate (refer to the Glossary section of this binder for a definition of "Affiliate"). If you are a member of a collective bargaining unit, you are not covered by the Plan unless the collective bargaining agreement which describes the conditions of your employment provides for your participation in the Plan. "Full-Time" and "Part-Time" Employees are described in Question 2 below. "Service" is defined in Question 8 below.

## 2. How do I determine if I am a Full-Time or a Part-Time Employee who is covered under the Plan?

A Full-Time Employee is regularly scheduled to work at least 35 hours per week. A Part-Time Employee is regularly scheduled to work at least 20 hours per week but less than 35 hours per week. The Company (refer to the Glossary Section of this binder for a definition of "Company") makes the final decision on whether an employee is included in one of these categories.

## 3. Under what circumstances will I qualify for a severance allowance?

*... you will normally qualify for a severance allowance when your employment is terminated as part of a reduction in force, or when it is initiated by your employer ...*

If the Plan covers you (see Question 1 above), you will normally qualify for a severance allowance when your employment is terminated as part of a reduction in force, or when it is initiated by your employer unless one of the

Plan Year 1999
Pub. 8/99

circumstances described below applies). A "reduction in force" is a reduction in your employer's work force or the elimination or consolidation of jobs by your employer.

However, you will not qualify for a severance allowance if:

- the Plan Administrator determines your termination arises out of conduct and/or inaction by you which was not in the best interests of your employer, for example, misconduct, poor availability for work, or conflict of interest activity;

- you have released or waived your rights under this Plan in exchange for benefits or compensation to which you were not otherwise entitled; or

- you fall under one of the exceptions described in Questions 4 or 5 below.

If you otherwise *qualify* for a severance allowance, it will *not* be paid unless: you sign a release form within the specified time; you refrain from revoking that release; and you remain an employee through your termination date.

*If you otherwise qualify for a severance allowance, it will not be paid unless you sign a release form within the specified time, you refrain from revoking that release; and you remain an employee through your termination date.*

## 4. If my employment is terminated due to a "reduction in force," in what cases will I *not* qualify for a severance allowance?

You will not qualify for a severance allowance if:

- you are offered and *accept* **any** other position as a Full-Time or Part-Time Employee with the Company or an Affiliate (refer to the Glossary section of this binder for a definition of "Affiliate") or with Nortel Networks Ltd. or any company wholly or partially owned by Nortel Networks Ltd.; or

- you are offered and *refuse* another Full-Time or Part-Time position, as applicable, with the Company or an Affiliate or with Nortel Networks Ltd. or any company wholly or partially owned by Nortel Networks Ltd., for which you are qualified, as long as the position offered is in the same location or in a location reasonably close to your former position, and with a "base weekly salary" not less than 80% of your former "base weekly salary." (See Question 6 for definition of "base weekly salary.")

Plan Year 1999
Pub. 8/99

3 - Severance
Allowance Plan

## 5. If my employment is terminated due to the sale of any portion of my employer's business, in what cases will I *not* qualify for a severance allowance?

You will not qualify for a severance allowance if:

- you are offered and *accept* **any** position as a Full-Time or Part-Time Employee with the acquiring company; or

- you are offered and *refuse* a Full-Time or Part-Time position, as applicable, with the acquiring company for which you are qualified, in the same location or in a location reasonably close to your former position, and with a "base weekly salary" not less than 90% of your former "base weekly salary." (See Question 6 below for definition of "base weekly salary.")

## 6.    What is "base weekly salary"?

It is your base gross weekly salary on the day prior to your employment termination date, as determined solely by the Plan Administrator, excluding any other compensation (such as, but not limited to, overtime, bonus or incentive compensation, relocation payments, or the value of any other compensation or benefits). If you are a Part-Time Employee, your base weekly salary is calculated on the basis of the number of hours in your regular, normal work schedule. However, if you have an irregular work schedule as a Part-Time Employee, it is calculated as the average weekly hours worked during the last 12 weeks of your employment.

If the compensation for your position includes sales commissions and/or sales bonuses, your base weekly salary is determined by dividing your Total Targeted Compensation (basic gross annual salary plus target incentives paid at 100% annual objectives, but excluding sales bonuses, sales commissions, or incentive compensation payments earned or paid, overtime pay, interest differential payments or other relocation allowances, or the value of any other compensation or benefit) by 52.

The Plan Administrator computes your base weekly salary in effect on the day before your termination to the base weekly salary of the position which you are offered to determine if the 80% or 90% test stated in Questions 4 and 5 respectively, are met.

Plan Year 1999
Pub. 8/99

# SEVERANCE ALLOWANCE BENEFITS

## 7. How much will my severance allowance be?

*Your severance allowance is normally equal to four weeks of your base weekly salary, plus one additional week of that base weekly salary for each year of your Service.*

Your severance allowance is normally equal to four weeks of your base weekly salary, plus one additional week of that base weekly salary for each year of your Service. The Plan Administrator can authorize additional severance allowance in its discretion in certain circumstances. Under no circumstances will a person's total severance allowance exceed twice the person's total annual compensation for the year prior to termination. (See Question 6 above for the definition of "base weekly salary." See Question 8 below for an explanation of "Service.")

## 8. How is my length of Service determined?

### Example:

*Employee A is hired on January 1, 1995. He quits on July 15, 1996. He is rehired on July 1, 1997. Employee A must work for 17 months and 2 week before or 1 year, 6 months, and 2 weeks of prior service will be counted toward a severance benefit.*

Your Service is the total of your periods of employment with the Company or an Affiliate, and with other companies that are related to Nortel Networks Inc. Those other companies include Nortel Networks Ltd. and any company that is wholly or partially owned by Nortel Networks Ltd.

In calculating years of Service, a partial year of service exceeding six (6) months shall constitute a full year of Service. If you have a "break" in your period of employment of more than 30 days, your period of employment before the "break" will not be counted as "Service" for purposes of calculating your severance benefit unless you have been back at work the required period of time. The period you must be back at work to have the "pre-break" employment counted is the lesser of the period of your break or one year. Medical and other authorized leaves of absence are not considered to be "breaks" in employment.

## 9. How will I receive my severance allowance?

You will receive your severance allowance payments in installments on the same pay days used during your employment unless you elect to receive your severance allowance in a lump sum payment. In any event, the total payment will be completed within 24 months after termination. Your severance allowance is subject to applicable federal, state and local income tax withholding.

## 10. What happens if I die before receiving full payment of my severance allowance?

The balance of your severance allowance will be paid in a single lump sum to the beneficiary or beneficiaries most recently designated by you under the group term life insurance coverage provided under the Nortel Networks Inc. FLEX Benefits Program. If no beneficiary was designated, it will be paid to your estate.

## 11. If I qualify for a severance allowance, am I eligible for any other benefits?

Yes. When you terminate, you may elect to continue either all or none of the following benefits (you may not elect to continue some but not others): the group term life insurance, medical benefit, dental, vision and hearing care benefit, Employee Assistance Program ("EAP") and Health Care Reimbursement Account as provided in the Nortel Networks Inc. FLEX Benefits Program in which you and your dependents (including, for health coverage purposes only, domestic partners) were enrolled at the time of termination. You may continue these benefits until the latest of: (a) 90 days following termination; (b) the end of the period calculated for payment of a severance allowance as described in Question 8 above; or (c) the day before your retire-

*You will receive your severance allowance payments in installments on the same pay days used during your employment unless you elect to receive your severance allowance in a lump sum payment.*

*When you terminate, you may elect to continue either all or none of certain benefits.*

Plan Year 1999
Pub. 8/99

7 - Severance
Allowance Plan

ment under the Nortel Networks Inc. Retirement Plan on the first day of the month after the end of the period calculated for payment of your severance allowance. In no event may you continue these benefits longer than 6 months following termination unless the Plan Administrator approves a longer period or it is necessary to provide coverage through the period described under "(c)" above.

*Your premiums ... will be deducted from your severance allowance payments.*

Your premiums which will continue at active employee contribution rates (as determined by the Company), will be deducted from your severance allowance payments. If you elect to continue this coverage, you will not be permitted to change it or to revoke it unless there is an open enrollment period or you experience a qualified change in family status. Your other option is to revoke your health and life benefit coverages at the time of your termination of employment.

## 12. Can I continue my health coverages (medical, dental, vision and hearing care, EAP, and Health Care Reimbursement account) beyond the periods described in Question 11?

If you elect to terminate all health coverages in which you and your dependents are enrolled at the time your employment terminates, you will be permitted to continue those coverages at 102% of the full premium for the period required by the Consolidated Omnibus Budget Reconciliation Act ("COBRA") (generally 18 months following termination or, if earlier, until you and/or your dependents are covered by another group health plan without a pre-existing condition exclusion).

If you choose the alternative to continue all coverages at the active employee contribution rate for the period described in Question 11, you will still have the opportunity under COBRA to continue health coverage in which you and your dependents (excluding domestic partners) are enrolled after the continuation period described in Question 11 ends. However, the COBRA period will be reduced by the period during which you continued coverage at the active employee contribution rate. COBRA coverage will be explained in more detail in a COBRA enrollment package which will be sent to you at the appropriate time. Group term life insurance cannot be continued beyond the period described in Question 11, although you may have the opportunity to convert to an individual policy.

## 13. What happens if I am reemployed by the Company or an Affiliate or Nortel Networks Ltd. or a company wholly or partially owned by Nortel Networks Ltd. ("a Nortel employer")?

If you are receiving a severance allowance in installments and are reemployed, your remaining unpaid installments will stop as of your reemployment date. Those remaining unpaid installments will be forfeited. If you received your severance allowance in a lump sum, you must repay the Company an amount based on the number of unexpired weeks between your reemployment date and the end of the Severance Period. The other benefit coverages described in Question 11 above will also cease. Any benefit coverages under plans maintained by the Nortel employer that rehires you will be determined by the provisions of those plans.

*If you are receiving a severance allowance in installments and are reemployed, your remaining unpaid installments will stop as of your reemployment date.*

## 14. What happens if I am receiving severance allowance payments and become employed by an entity other than the companies described in Question 13?

Your severance allowance will be unaffected (unless it is a company that acquired part or all of your employer's business —see Question 5 above). In other words, you will not forfeit your severance allowance. If you elected continued coverage as described in Question 11, those coverages will end when your new employment begins.

## 15. What happens I am receiving severance allowance payments and am offered and *refuse* reemployment by the Company or an Affiliate or Nortel Networks Ltd. or a company partially or wholly owned by Nortel Networks Ltd.?

*The obligation to pay any unpaid amounts under this Plan stops as of the date you refuse the reemployment offer for a position as a Full-Time or Part-Time Employee. ...*

The obligation to pay any unpaid amounts under this Plan stops as of the date you refuse the reemployment offer for a position as a Full-Time or Part-Time Employee, as applicable, as long as the position offered is one for which you are qualified, is located in the same location or in a location reasonably close to your former position, and which has a base weekly salary not less than 80% of your former base weekly salary (See Question 6 above for the definition of "base weekly salary"). The remaining unpaid installments will be forfeited. If you received your severance allowance in a lump sum you must repay your employer an amount, based on the number of unexpired weeks remaining between your reemployment date and the end of the period. If you elected to continue life and health coverages as described in Question 11, those benefits will be unaffected by your rejection of the job offer.

**16. What happens if, after having received a severance allowance, I am subsequently reemployed by the Company or an Affiliate or Nortel Networks Ltd. or a company wholly or partially owned by Nortel Networks Ltd. and, after reemployment, I am again terminated from employment under circumstances where I qualify for a severance allowance?**

The length of Service used to determine your severance allowance paid for your earlier termination is excluded in determining the length of Service for your later termination.

**17. Other than applicable federal, state and local tax withholding, will any other deductions be made from my severance allowance?**

Yes. Premiums for continued benefit coverage as described in Question 11 will be deducted from your severance payments. Also, if the Plan Administrator determines that you owe any money to the Company including, but not limited to, advances, loans, overpayments, excess commission, etc., those amounts may be withheld from your severance allowance.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about these plans, such as where to get more information, your ERISA rights, and how the Company may amend the plans.

*The claims filing process and the appeal of denied claims process is different for this plan.*

The claims filing process and the appeal of denied claims process is different for this plan. For the severance allowance plan, the Human Resources Associates for your business unit routinely submit claims for severance benefits for terminating employees who qualify. If you believe that you qualify for a benefit, but a claim is not filed on your behalf, you can file a claim directly by writing to the Plan Administrator, c/o U.S. InfoCenter, P.O. Box 13010, Research Triangle Park, NC 27709. Overnight delivery packages should be sent to +400 Emperor Blvd., Morrisville, NC 27560. The Plan Administrator will determine if you qualify for a benefit under the Plan. If a determination is made that you are not entitled to a benefit, you will be notified by certified mail of the reason(s) for denial, including reference to the part of the Plan on which the decision is based.

If you do not agree with the decision, you have 60 days after receiving that notice in which to submit (by certified mail) an appeal with additional materials that support your claim. That information should be submitted to the Employee benefits Committee at the address provided below. The Employee benefits Committee will then make a final decision on your appeal and will advise you in writing of the results within 60 days. No further administrative appeals are available after the Employee Benefits Committee reaches its decision.

> Employee Benefits Committee
> Attn: Benefits Department, Dept. #8426
> Nortel Networks Inc.
> 200 Athens Way
> Nashville, TN 37228-1397
> (615) 734-4000

# Exhibit I

# 2010 Termination Notice

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: <u>Michael  Stutts</u>

TERMINATION EFFECTIVE DATE: <u>2010/08/31</u>

BENEFITS END DATE: <u>2010/08/31</u>

CONTINUOUS SERVICE DATE : <u>1987/05/11</u>

EMPLOYEE ADDRESS:

**1616 HASTINGS BLUFF**
**MCKINNEY**
**TX  75070**

GLOBAL ID: <u>0204305</u>

ENTITY: <u>LTD</u>      DEPT: <u>8900</u>

EMPLOYEE STATUS:  Full Time: <u>F</u>
                              Part Time:

LOCATION : <u>438</u>

LOCATION  DESCRIPTION:  <u>NASHF</u>

---

SAP ACTION CODE : <u>84</u>

SAP SEPARATION REASON CODE:
<u>33</u>
SAP SEPARTION REASON DESCRIPTION:
<u>Work force reduction</u>

## WITHHOLDINGS & AMOUNTS OWED

Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

V5.0

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

---

IMPORTANT PLEASE READ CAREFULLY

---

**INTRODUCTION:** Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing"). Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

**IMPORANT NOTE:**   Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits.  At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends.  (For more information, see Section III (B) (10) and (11) below).  It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan.  If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination.  For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you.  If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period".  The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan.  The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel.  That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan.   If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits.  Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan. As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Michael Stutts

Employee Number: 0204305

Continuous Service Date: 1987/05/11

Severance Eligibility Date: 1987/05/11

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/03/08

Employee Home Address:

1616 HASTINGS BLUFF
MCKINNEY
TX     75070

Severance Period (for employees with at least 6 months of service): 27
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

V5.0

## II. NOTICE

---

**IMPORTANT NOTICE**

---

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.

## III. ADDITIONAL INFORMATION

(A)   **Notice Date:**   The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B)   **Benefits Available To Employees:**   The following benefits shall be provided to Employee, to the extent   that the Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.

    (1)   *MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

        If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

        All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

        However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

    (2)   *HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

        If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA.   Please contact Ceridian at 1-800-877-7994 for additional information.

        If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15). For additional information, please contact WageWorks at 1-877-924-3967.

    (3)   *DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

        If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

        Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends. Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred.   For additional information, please contact WageWorks at 1-877-924-3967.

V5.0

(4) *EMPLOYEE LIFE INSURANCE*

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

(5) *DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)*

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

(6) *ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE*

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

(7) *SHORT-TERM (STD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

(8) *LONG-TERM (LTD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

(9) *BUSINESS TRAVEL ACCIDENT INSURANCE*

Coverage ends on Employee's Termination Date.

V5.0

(10) *RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")*

Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be discontinued.

If eligible,

- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;

- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage. For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

NOTE: To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

(11) Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify , waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period.

Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at **1-800-400-7242**. All pension benefits related questions should be directed to the PBGC.

## (12)LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

## (13)DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

## (14)EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

## (15)VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

## (16)OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife: 1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

## (17)END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately following the Termination Date.

V5.0

(C) **"Reporting" or "Non-Reporting" Insider Designation, if applicable.** If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D) **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following:   keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E) **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan.   Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____     Date:_____

Printed Name:_____

**PLEASE NOTE:**  If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

Exhibit J

2011-12 Benefits Confirmation Statement

 **NORTEL**

**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Michael Stutts |
| Global ID: | 0204305 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 122000.00 |
| Events: | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE & Family | $ 186.86 | $4,858.36 | 12,073.62 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 33.25 | $ 864.50 | $1,821.56 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 796.64 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 10.79 | $ 280.54 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 230.90 | $6,003.40 | 14,691.82 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 190.32 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 25.34 | $ 658.84 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $100,000 | $ 6.92 | $ 179.92 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Family | $ 5.63 | $ 146.38 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 38.44 | $ 999.44 | $ 190.32 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Exhibit K

Disability Confirmation, Prudential

Claims Services Provided by

**The Prudential Insurance Company of America**

Regina M Carter
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 8728
Fax: (877) 889-4885
Hours: 07:00 AM 03:30 PM

February 04, 2002

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
Michael L Stutts
4219 English Ivy Drive
Mckinney, TX 75070

Claimant: Michael L Stutts
Control #/Br: 39900 / 000RB
Claim #: 10377048
Social Security #: ▇▇▇▇▇
Date of Birth: ▇▇▇▇▇

Dear Mr. Stutts:

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under the Group G-39900 issued to Nortel Networks.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

We have completed our evaluation of your claim based on the definition of disability as stated above. We have determined that you meet the requirements for eligibility for benefits under this definition of disability. We have determined that you are totally disabled as required. Benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks Group LTD Plan. Periodically, we will contact you and your attending physician for updated medical information.

If you have any questions, please contact me at (800) 842-1718, extension 8728.

Sincerely,

Regina M Carter
Disability Consultant

cc:   Nortel Networks, Angela Mc Garity