IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
| | ) **Hearing Date:      Feb. 12, 2013 at 10 a.m.** |
| | ) **RE:                D.I. # 8067** |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Edward G. Guevarra Jr. (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Edward G. Guevarra Jr. respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I am a 44 year old male who became disabled in 2007 at the age of 38 due to a femoral neuropathy (nerve damage) suffered after a knee surgery that was performed after being injured in a slip and fall accident while working for Nortel.

2. I was injured on the job in February 2006 and went out on a Short Term Disability as I tried to recover from my injury. Eventually I returned in July 2006 and continued to work in pain. In August of 2006 a surgery was approved to fix the damage in my knee caused in my accident. It was after this surgery due to a doctor incorrectly treating my post operation bleeding due to my Von Willebrands Disease (similar to hemophilia) that I ended up with the nerve damage. Because the femoral nerve did not recover leading to severe atrophy of the muscles in my right leg it led to me into Nortel's Long Term Disability plan in February 2007.

3. Since 2007 I have received various treatments and have had surgery to try and fix the nerve damage in my leg and all have been unsuccessful. Due to the nerve damage I have severe atrophy of my quadriceps muscles in my right leg. Because of this I am in pain on a daily basis and do my best to make it through each day with the pain.

4. I began working for Nortel in July of 2000 as a field installation technician. Eventually I was promoted to a Site Team Leader and was relied upon by my managers in large-scale deployment projects that kept traveling and away from my family for most of the time. I dedicated myself to Nortel and sacrificed time being with my family to further my career with them in hopes of moving up the corporate ladder.

5. Becoming disabled was not my choice but cruelty of fate. My desire was to return to work for Nortel but thru my manager and Nortel's nurse case manager I was put into the process of going into Social Security Disability as doctor reports mentioned that my femoral nerve was damaged and would not recover.

6. Via Nortel's assistance in hiring Allsup to represent and help me through the Social Security Disability process I was deemed disabled by an SSA judge after my first hearing in 2010.

7. Since being classified as disabled by the SSA my wife and I have suffered through many financial hardships due to my loss of income. My wife has had to work extra hours at work to make up for the loss of income since I went into long-term disability and then into SSDI.

### **RELIEF REQUESTED**

8. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

9. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled. My preliminary claim is in the amount of $458,907.19, which would cover my loss of benefits income until age 65. (See exhibit A)

10. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

11. Nortel has always represented through employee handbooks and summary plan documents that the LTD benefits are insured through Group Policy and I was assured numerous times thru Nortel management, Nortel nurse case manager, Allsup and Prudential that I will continue to receive benefits until I reach the age 65. (See Nortel Networks LTD Virtual Data Room – Employee Benefits and Programs Year 2000)

12. Nortel is planning to break this contract after I have become disabled. For years I paid my premiums for the Group Insurance policy that Nortel provided.

13. When I went into long term disability and was represented by Allsup I was told that the benefits would continue until I reached age 65.

## NOTICE

14. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Edward G. Guevarra Jr. respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Edward G. Guevarra Jr. respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Edward G. Guevarra Jr. in full for LTD benefits projected to age 65.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Edward G. Guevarra Jr.

Dated: October 15, 2012

*[signature]*
Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA 92131
Telephone: 858-831-0231
Email: guevarra_family@me.com

*Appearing Pro Se*
## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[2] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Re: Docket No. 8067** |

### ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
       Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

Edward G. Guevarra Jr

| | | |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | | |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | | 5014019 |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | | February 9, 2007 |
| WHAT IS YOUR AGE (As Of January 1, 2013) ... | | |
| Years | | 44 |
| Months | | 4 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | | 532 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | 248 |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $ | 54,359.04 |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ... | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | | 0.02 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $ | 1,087.18 |
| | | 22,468.44 |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | |
| SEVERANCE PERIOD | | 16 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | 1,045.37 |
| | | 16,725.86 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ... | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 3,017.96 |
| | | 748,454.08 |
| SSDI MONTHLY OFFSET | $ | 2,453.00 |
| | | 608,344.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 |
| | | 27,404.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 675.46 |
| | | 167,514.08 |
| Estimates On What Replacement Coverage Would Cost You | | |
| MEDICAL CARE | $ | 8,268.00 |
| | | 170,872.00 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 1,176.00 |
| | | 24,304.00 |
| DENTAL/VISION/HEARING CARE | $ | 2,097.72 |
| | | 43,352.88 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 132.97 |
| | | 2,748.05 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 528.48 |
| | | 10,921.99 |
| CLAIM GRAND TOTAL | $ | 458,907.19 |

Guevarra_Exhibit A