IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Jointly Administered |
| Nortel Networks Inc., *et al.*, The Debtors, | ) Case No. 09-10138 (KG) |

### OBJECTION TO DEBTORS MOTION TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Thelma Watson (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtor's Motion for entry of an order authorizing the Debtors to terminate the Debtor's Long Term Disability Plans and the employment of the LTD employees. In support of this Motion, Thelma Watson respectfully represents as follows:

### BACKGROUND

1. I am 59 years old and became disabled in 2001 due to Chronic Pain, Fibromyalgia, Depression, Sleep Apnea, Restless Leg Syndrome, Degenerative Disc Disease, Arthritis, and Cervical Stenosis.I have had three Total Knee Replacements, and had a rod put in my neck. As time goes on my medical conditions just gets worst.

2. I began working for Xylogics in August 1986 ,than the company was bought out by Bay Networks, than Nortel Networks. Over these years I worked in customer service and worked long hours and made sure our Customers came first. Yes…I was getting paid for my service, but

1

expected Nortel to honor all my benefits as promised.

3. I have gone through the process of filing for Social Security Benefits and have been classified as being disabled.

4. Losing my benefits, and medical coverage will cause severe financial hardship for myself and my husband, who is also disabled.

5. Becoming disabled was not my choice and we shouldn't be treated as being a financial burden to Nortel.

## **RELIEF REQUESTED**

6. Reject the Debtor's Motion to Terminate LTD plans till Thelma Watson reaches the age of 65, or compensate for the promise of benefits until age of 65. This includes (Insurance Income Payments, Medical benefits), outlined in various Summary Plan Documents. To be awarded as per the (Proof of Claim).

7. My Total Claim is $117,781.08 that will cover my Loss of Income, Medical Insurance Expenses until the age of 65. This also includes My Severance Benefits for 26 years of employment.

## BASIS FOR RELIEF

- The language across the LTD summary plan description that fed the common, reliable & repeatable understanding that I was to receive LTD benefits until 65.

- All the communication in the process itself communicated benefits to 65 and "insurance" labeling / letterheads.

- Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc. "met my end of the bargain". Nortel needs to make good on their LTD contract with me.

- My Total Claim is $ 117,781.08 which is a projection of LTD benefits that I hold Nortel is contractually obligated to fulfill.

    Long-Term Disabled, the LTD SPD plan defined a waiver of premium for optional LTD and optional employee life insurance plans.

    o Further the policy # of 039900. Is Both the policy # for our LTD plan as well as the policy number for our fully-insured group life insurance policy with Prudential Life Insurance. Implication of insurance policy standing for both.

3

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

January 18, 2012

Thelma L Watson
Po Bx 971
Bath, SC 29816

Claimant: Thelma L Watson
Claim No.: 10380354
Date of Birth: 1/25/1953
Control No./Br.: 39900 / 000RB

Dear Ms. Watson:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $559.62 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through January 24, 2018 provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Notice for Objection

1. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system.

Thelma L. Watson respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

Dated : 10-3 2012         *Thelma L. Watson* (signature)

Thelma L. Watson
P.O. Box 971
Bath, SC 29816
Telephone: 603-496-1183
Email: truckerswife_071300@yahoo.com

Appearing Pro Se

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*, The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), | ) Case No. 09-10138 (KG) ) ) Jointly Administered ) |

### ORDER GRANTING MOTION FOR Objection to Debtor's Motion for Entry of an order authorizing the Debtors Long Term Disability Plans and the Employment of the LTD employees.

Upon consideration of the *Motion for Thelma[Watson* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

ORDERED that Nortel will provide an allowed claim in the amount of $117,781,08.

Dated: _____,
2012
      Wilmington, Delaware

                                                      HONORABLE KEVIN GROSS
                                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

5