Nancy A Wilson
7101 Chase Oaks Blvd #1637
Plano, Texas 75025
(972-754-6449)

CASE #09-10138 (KG)

*The Honorable Judge Kevin Gross*
*United States Bankruptcy Gross*
*842 Market Street, 3rd Floor*
*Wilmington, Delaware 19801*

October 16, 2012

## AMENDED OBJECTION TO DEBTORS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO TERMINATED THE LONG-TERM DISABILITY PLANS

### BACKGROUND

1. EXHIBIT A

### RELIEF REQUESTED

2. I respectfully request that the court deny Nortel's motion to terminate the Ltd plan, unless Nortel is required to provide sufficient funds to pay the LTD benefits of <u>currently disabled</u> Plan participants like myself.

3. The present value of my "Proof of Claim" for future LTD benefits is $507,640. (See EXHIBIT C). These LTD Benefits are through age 65 in October 2030. (which is indicated in EXHIBIT B). The value of my loss of my medical benefits is too uncertain for me to quantify, depending on how many more surgeries I may need.

## **BASIS FOR RELIEF**

4. EXHIBIT A

## **NOTICE**

Notice of this motion has been provided to counsel to the Debtors, counsel to the creditors committee, and The United States Bankruptcy court for the District of Delaware.

Dated:   10/16/12

Nancy A Wilson
7101 Chase Oaks Blvd #1637
Plano, Texas 75025
Telephone: (972) 754 6449
Facsimile: N/A
nancy.wilson08@gmail.com

EXHIBIT A
 1-3

Nancy Wilson
7101 Chase Oaks Blvd #1637
Plano, Texas 75025
972-754-6449                    **CASE # 09-10138 (KG)**


***The Honorable Judge Kevin Gross***
***United States Bankruptcy Court***
***842 Market Street, 3rd Floor***
***Wilmington, Delaware   19801***

8/19/12


Your Honor,

My name is Nancy Wilson. I went on disability from Nortel Networks in 1997. I enjoyed and worked very hard in my ten years with the company, when I was overcome with severe vertigo. I was diagnosed with meniere's disease after a long period of testing. I continually showed up for work and was unable to complete the day or even get myself home. Once I got

EXHIBIT A
2-3

a diagnosis I had seven surgeries in both ears. These surgeries caused more dizziness and deafness so profound in my right ear that a hearing aid is not helpful. I then had brain surgery. This kept me out of a wheelchair, but I still have dizziness which has caused many injuries. I have had two back surgeries from falling, two elbow surgeries, foot surgery and other various injuries. The surgeries have not been successful. The doctors also believe I my have a form of autoimmune disease that constantly is eating away at healthy cells in my body.

The attached letter from Prudential Insurance Company makes clear reference to Nortel Group Plan number 39900. Under the terms of the plan the maximum duration of my LTD claim is October 24, 2030. I have used this Prudential letter for proof of income for obtaining a credit card, apartment rental and auto purchases. It was my understanding, that my premium payments were going into a disability insurance fund for future use.

No one has any idea how hard it is to be completely disabled so suddenly unless they have experienced the frustration, fear and loneliness that has gone along with it.

EXHIBIT A
3-3

If my benefits are terminated, I have no one to help me. I know this sounds drastic, but I will be forced to try to live on the street.

Throughout all of the illnesses, I always thought I had the security of having benefits until age sixty five. I am not even close to retirement and have nothing else to fall back on.

I am requesting the court to not grant the motion to terminate benefits.

I hope our situations will be used to decide whether we are just welfare cases or people who deserve a chance at keeping our benefits as promised.

*Nancy Wilson*

Claims Services Provided by

**The Prudential Insurance Company of America**

EXHIBIT B

July 27, 2009

Nancy A Wilson
7101 Chase Oaks Blvd
Apt. 1627
Plano, TX 75025

||..|.|.|.||....|.|.|.|....|||

Donna A Pranio
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87699
Fax: (877) 869-4885
Website: www.prudential.com/disability

Claimant: Nancy A Wilson
Claim No.: 10280697
Date of Birth: 10/25/1965
Control No./Br.: 39900 / 000TB

Dear Ms. Wilson:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..

Under the terms of the plan, benefits are payable up to a maximum duration, and our records indicate that the maximum duration of your LTD claim is October 24, 2030. Therefore, your claim is terminated effective October 25, 2030 with no further benefits payable.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

" 'Total Disability' exists when Prudential determines that all of these conditions are met:

1. Due to sickness or accidental injury, both of these are true:

    (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.
    (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The initial duration is equal to the first 24 months of Inbenefit.

2. You are not working at any job for wage or profit.

3. You are under the regular care of a Doctor."

Prudential will send you a payment each month up to the maximum period of payment.

## Appeal Rights

You have a right to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative, and submitted within 180 days of the date of receipt of this letter. Your appeal should contain:

EXHIBIT C 1-2

| | | Additional Notes On Where To Find This Information |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | Nancy A Wilson | REMEMBER: ALL red typeface items are Excel calculations done automatically for you. Just fill in the black typeface cells of Column B. |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | 0191073 | |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | August 13, 1997 | Enter First Day on LTD; i.e. Not when you went on STD. |
| WHAT IS YOUR AGE (As Of January 1, 2013)... | | |
| Years | 47 | |
| Months | 2 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 566 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 214 | |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $36,358.00 | See value reported for "Benefits Earning" on your most recent Flex Benefits Confirmation Statement. |
| DID YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions... | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0 | I no longer have 401k. |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K... | $0.00 | |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"... | | |
| SEVERANCE PERIOD | 29 | EQUALS 1 Week For Each Annual Anniversary of Your Date of Hire PLUS 4 Weeks (Including LTD as you continue to accumulate severance while on LTD) |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $699.19 | $20,276.58 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub)... | | |

EXHIBIT C 2-2

| | Amount | Annual | Notes |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $1,514.00 | $323,996.00 | See "LTD Claim Benefits", $ Entry At Top Of "Amount" Column. |
| SSDI MONTHLY OFFSET | $1,014.00 | $216,996.00 | I obtained this number from a Social Security agent. |
| Medicare Part B Reimbursement Per LTD Plan | $99.90 | $21,378.60 | Enter Your Current Medicare Part B Monthly Cost Per SS (Nortel std appears to be $110.50) |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $599.90 | $128,378.60 | |
| *Estimates On What Replacement Coverage Would Cost You* | | | These numbers Cobra estimates |
| MEDICAL CARE | $8,400.00 | $149,800.00 | Enter ANNUAL Cost of Replacement. |
| SUBSIDIZED PRESCRIPTION PLAN | $10,000.00 | $178,333.33 | Enter ANNUAL Cost of Replacement. |
| DENTAL/VISION/HEARING CARE | $900.00 | $16,050.00 | Enter ANNUAL Cost of Replacement. |
| CORE EMPLOYEE LIFE INSURANCE | $530.00 | $9,451.67 | Enter ANNUAL Cost of Replacement; Prudential can give you an estimate to convert to individual policy. |
| ACCIDENTAL DEATH & DISMEMBERMENT | $300.00 | $5,350.00 | Enter ANNUAL Cost of Replacement. |
| CLAIM GRAND TOTAL | | $507,640.18 | <<<=========== CLAIM GRAND TOTAL |

EXHIBIT C 2-2

| | | | |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $1,514.00 | $323,996.00 | See "LTD Claim Benefits", $ Entry At Top Of "Amount" Column. |
| SSDI MONTHLY OFFSET | $1,014.00 | $216,996.00 | I obtained this number from a Social Security agent. |
| Medicare Part B Reimbursement Per LTD Plan | $99.90 | $21,378.60 | Enter Your Current Medicare Part B Monthly Cost Per SS (Nortel std appears to be $110.50) |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $599.90 | $128,378.60 | |
| Estimates On What Replacement Coverage Would Cost You | | | These numbers Cobra estimates |
| MEDICAL CARE | $8,400.00 | $149,800.00 | Enter ANNUAL Cost of Replacement. |
| SUBSIDIZED PRESCRIPTION PLAN | $10,000.00 | $178,333.33 | Enter ANNUAL Cost of Replacement. |
| DENTAL/VISION/HEARING CARE | $900.00 | $16,050.00 | Enter ANNUAL Cost of Replacement. |
| CORE EMPLOYEE LIFE INSURANCE | $530.00 | $9,451.67 | Enter ANNUAL Cost of Replacement; Prudential can give you an estimate to convert to individual policy. |
| ACCIDENTAL DEATH & DISMEMBERMENT | $300.00 | $5,350.00 | Enter ANNUAL Cost of Replacement. |
| CLAIM GRAND TOTAL | | $507,640.18 | ==== CLAIM GRAND TOTAL |

EXHIBIT A
 1-3

Nancy Wilson
7101 Chase Oaks Blvd #1637
Plano, Texas 75025
972-754-6449                    CASE # 09-10138 (KG)


**The Honorable Judge Kevin Gross**
**United States Bankruptcy Court**
**842 Market Street, 3rd Floor**
**Wilmington, Delaware   19801**

**8/19/12**


Your Honor,

My name is Nancy Wilson. I went on disability from Nortel Networks in 1997. I enjoyed and worked very hard in my ten years with the company, when I was overcome with severe vertigo. I was diagnosed with meniere's disease after a long period of testing. I continually showed up for work and was unable to complete the day or even get myself home. Once I got

EXHIBIT A

2-3

a diagnosis I had seven surgeries in both ears. These surgeries caused more dizziness and deafness so profound in my right ear that a hearing aid is not helpful. I then had brain surgery. This kept me out of a wheelchair, but I still have dizziness which has caused many injuries. I have had two back surgeries from falling, two elbow surgeries, foot surgery and other various injuries. The surgeries have not been successful. The doctors also believe I my have a form of autoimmune disease that constantly is eating away at healthy cells in my body.

The attached letter from Prudential Insurance Company makes clear reference to Nortel Group Plan number 39900. Under the terms of the plan the maximum duration of my LTD claim is October 24, 2030. I have used this Prudential letter for proof of income for obtaining a credit card, apartment rental and auto purchases. It was my understanding, that my premium payments were going into a disability insurance fund for future use.

No one has any idea how hard it is to be completely disabled so suddenly unless they have experienced the frustration, fear and loneliness that has gone along with it.

EXHIBIT A
3-3

If my benefits are terminated, I have no one to help me. I know this sounds drastic, but I will be forced to try to live on the street.

Throughout all of the illnesses, I always thought I had the security of having benefits until age sixty five. I am not even close to retirement and have nothing else to fall back on.

I am requesting the court to not grant the motion to terminate benefits.

I hope our situations will be used to decide whether we are just welfare cases or people who deserve a chance at keeping our benefits as promised.

*Nancy Wilson*

Claims Services Provided by

**The Prudential Insurance Company of America**

EXHIBIT B

July 27, 2009

Nancy A Wilson
7101 Chase Oaks Blvd
Apt. 1627
Plano, TX 75025

|..|.|.|.||..…|.|.|.|...|||

Dear Ms. Wilson:

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87699
Fax: (877) 869-4885
Website: www.prudential.com/disability

Claimant: Nancy A Wilson
Claim No.: 10280697
Date of Birth: 10/25/1965
Control No./Br.: 39900 / 000TB

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..

Under the terms of the plan, benefits are payable up to a maximum duration, and our records indicate that the maximum duration of your LTD claim is October 24, 2030. Therefore, your claim is terminated effective October 25, 2030 with no further benefits payable.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

" 'Total Disability' exists when Prudential determines that all of these conditions are met:

1. Due to sickness or accidental injury, both of these are true:

   (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.
   (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The initial duration is equal to the first 24 months of Inbenefit.

2. You are not working at any job for wage or profit.

3. You are under the regular care of a Doctor."

Prudential will send you a payment each month up to the maximum period of payment.

**Appeal Rights**

You have a right to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative, and submitted within 180 days of the date of receipt of this letter. Your appeal should contain:

EXHIBIT C 1-2

| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | Nancy A Wilson | | Additional Notes On Where To Find This Information |
|---|---|---|---|
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | 0191073 | | REMEMBER: ALL red typeface items are Excel calculations done automatically for you. Just fill in the black typeface cells of Column B. |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | August 13, 1997 | | Enter First Day on LTD; i.e. Not when you went on STD. |
| WHAT IS YOUR AGE (As Of January 1, 2013) ... | | | |
| Years | 47 | | |
| Months | 2 | | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 566 | | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 214 | | |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $36,358.00 | | See value reported for "Benefits Earning" on your most recent Flex Benefits Confirmation Statement. |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions.... | | | I no longer have 401k. |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0 | | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | $0.00 | $0.00 | |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | | |
| SEVERANCE PERIOD | 29 | | EQUALS 1 Week For Each Annual Anniversary of Your Date of Hire PLUS 4 Weeks (Including LTD as you continue to accumulate severance while on LTD) |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $699.19 | $20,276.58 | |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ... | | | |

EXHIBIT C 2-2

| | | | |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | | $1,514.00 | $323,996.00 | See "LTD Claim Benefits", $ Entry At Top Of "Amount" Column. |
| SSDI MONTHLY OFFSET | | $1,014.00 | $216,996.00 | I obtained this number from a Social Security agent. |
| Medicare Part B Reimbursement Per LTD Plan | | $99.90 | $21,378.60 | Enter Your Current Medicare Part B Monthly Cost Per SS (Nortel std appears to be $110.50) |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | | $599.90 | $128,378.60 | |
| Estimates On What Replacement Coverage Would Cost You | | | | These numbers Cobra estimates |
| MEDICAL CARE | | $8,400.00 | $149,800.00 | Enter ANNUAL Cost of Replacement. |
| SUBSIDIZED PRESCRIPTION PLAN | | $10,000.00 | $178,333.33 | Enter ANNUAL Cost of Replacement. |
| DENTAL/VISION/HEARING CARE | | $900.00 | $16,050.00 | Enter ANNUAL Cost of Replacement; Prudential can give you an estimate to convert to individual policy. |
| CORE EMPLOYEE LIFE INSURANCE | | $530.00 | $9,451.67 | |
| ACCIDENTAL DEATH & DISMEMBERMENT | | $300.00 | $5,350.00 | Enter ANNUAL Cost of Replacement. |
| CLAIM GRAND TOTAL | | | $507,640.18 ==== CLAIM GRAND TOTAL | |