# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
|  | ) | **Hearing Date:** Feb. 12, 2013 at 10 a.m. |
|  |  | **RE:** D.I. # 8067 |

## JONES' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Deborah M. M. Jones, Long-Term Disabled (LTD) Employee (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Deborah M. M. Jones respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.  Nortel extended to me a total compensation package that was comprised of salary and benefits. I relied heavily upon Nortel delivering both per their communications.

2.  I served in many roles from validation team lead for leading edge technologies, to Multimedia Applications Quality Prime, to driving Lean Six Sigma Black Belt projects that targeted Executive sponsored business-critical charters. I received recognition in the form of bonuses, stock, salary increases and "Top Talent" awards for top 1% of all employees; evidence that I reliably delivered my part of the contract.

3.  In June 2008, I succumbed to deteriorating health since April 2002 that began with an EBV infection. Three totally disabling conditions were diagnosed: Cognitive Disorder, Chronic Fatigue Syndrome, Idiopathic Hypersomnolence. There are other conditions.

4.  My Long-Term Disability claim was validated by Prudential Insurance Company; Prudential recognized the effective date of LTD claim as being December 25, 2008.

5.  I am currently serving as one of seven LTD 1102 Committee members.


## RELIEF REQUESTED

6.  I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

7.  I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled.

8.  I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF – EXECUTIVE SUMMARY

9.    Nortel never, without exception, presented explicitly the LTD benefits to me as being terminable once they were actually being received by a totally disabled individual. Not one Nortel Human Resource (HR) representative presented them in such light nor does any Nortel document that I ever received specify such a detrimental facet. Indeed, Nortel HR representatives and Prudential explicitly communicated that LTD benefits will remain intact to age 65 as long as you remain disabled.

10.    As a Nortel employee, I placed critical dependence on LTD benefits as a reliable safety net. Nortel owns their verbal and material communications; and Nortel owns document ambiguities that conflict the prevailing interpretation of the LTD benefits. I, as an LTD employee, have no other options to obtain LTD benefits as I am already disabled. I will suffer harshly if Debtors are allowed to terminate LTD benefits as a result of a new "spin" on a one-liner taken out of full context of all LTD presentations.

11.    ERISA imposes fiduciary responsibilities upon the Debtors to "do so prudently and in the interest of you and other plan participants and beneficiaries". Debtors failure to fund the welfare trust with respect to the known/existing LTD claim liabilities and the Debtors new interpretation of the plan that clings to a one-liner in "some" documents contradicts everything presented contextually to-date with regard to LTD benefits. Debtors are not serving their fiduciary obligations to the LTD. Debtor professionals are profiting hundreds of millions of dollars on this case and Creditors stand to garnish increased profit should Nortel be allowed to walk away from fiduciary obligations. No one should profit unjustly & directly via extraordinary suffering of a disabled person.

## **BASIS FOR RELIEF - DETAILS**

12.    Procurement of quality medical and Long-Term Disability (LTD) insurance during my active years of employment was a significant priority for me: a) family history/genetics; b) personal medical history prior to joining Nortel; and c) my income was critical to my family. I understood from Nortel's communications that I was being provided LTD benefits that would provide medical coverage and income continuance to age 65 should I ever become totally disabled.  I verified my understanding of benefits over the years through Q&A with Nortel Human Resources, through attendance/participation at Flex Benefits presentations, and through materials presented to employees. I did not explore LTD insurance on the open market explicitly because of Nortel's assertions. Nortel led me to believe I had a very reliable safety net.

13.    Incontrovertibly, the LTD and Life Insurance benefits were represented as group insurances (both plan #039900) issued by Prudential to Nortel Networks, Inc.

14.    Language across the LTD Summary Plan Descriptions (SPD) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be adversely penalized for miscues that the document author owns.

15.    Indeed, Bank of America (BoA) relied explicitly upon Nortel's 2008 LTD SPD, my LTD income and physician determination notes that my disabilities were total & permanent when they granted a twenty-year (20) refinance mortgage on my home in 2009. So, BoA determined my LTD pay was a secure income based upon LTD SPD.

## BASIS FOR RELIEF – DETAILS (continued)

16.     Once I was on LTD, Nortel standing presentation of LTD benefits remained unchanged.    Both Nortel Human Resources and Prudential representatives communicated that my disability benefits would continue to age 65. In fact, I am trying to restructure my finances right now. I requested proof of income continuance to age 65 so I could furnish it to a Lender in application for a twenty (20) year refinance mortgage.  Prudential had no problem authoring a letter on September 6, 2012 in confirmation of LTD income continuance through 65.

17.     Fiduciary obligations are not served when an essentially insolvent benefit is offered; Nor when same agent seeks to terminate employment to expressly deny LTD benefits.

18.     Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors that would be relatively minimally impacted in the grand scheme of things.

19.     This is a matter of survival for me as I relied on what Nortel communicated and the LTD Plan contract; it is not an option for an already disabled person to go purchase "other" LTD insurance "after the fact"; this is akin to telling someone to go buy "fire insurance" on an already covered & burnt down house.  I became a financial liability to the Debtor as soon as my Long-Term Disability claim was approved by Prudential. Indeed, back in April 2009 Nortel knew that my disabilities were identified as both Total & Permanent by all my attending physicians.

## **NOTICE**

20.    Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); and

(b) the United States Trustee for the District of Delaware via first class mail; and (c)

counsel to the LTD 1102 Committee (Elliott Greenleaf) via email.  Other parties will

receive notice through the Court's electronic filing system.    Deborah M. M. Jones

respectfully submits that, given the nature of the relief requested, no other notice of the

relief requested herein need to be given.


**WHEREFORE**, Deborah M. M. Jones respectfully requests the entry of an

Order, in the form attached:

1.    Reject the Debtors motion to Terminate the LTD Plans and LTD Employees
[DI#8067].

2.    Compel the Debtors to compensate Deborah M. M. Jones in full for her LTD benefits
projected to age 65; including, but not limited to, income replacement as well as
replacement costs for medical, subsidized prescription & life insurance.

3.    Order that there is no interruption in disbursement of LTD benefit (or compensation of
same) to Deborah M. M. Jones.


Dated:  October 17, 2012

Miss Deborah M. M. Jones
P.O. Box 458
Willow Spring, NC 27592
Telephone:  570-439-1153
Facsimile:  N/A
Email:  the_dudette@hotmail.com


*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 8067** |

## ORDER GRANTING JONES' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
         Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

---

## EXHIBITS

**A** – Nortel 2012 United States Benefits Confirmation Statement.

**B** – Prudential Group Disability Insurance Claim Form – these claim forms were presented in common employee areas along with other benefits information; they are labeled "Group Disability Insurance"; Nortel employees saw these <u>before</u> they ever had the misfortune of having to use their LTD benefits; it further reinforced understanding that Prudential provided LTD benefits.

**C** - Letter from Prudential Insurance Company identifying LTD Plan 39900 issued by Prudential to Nortel Networks AND referring to "contractual requirements" of same.

**D** – Letter from Prudential Insurance Company Group Life Customer Service identifying Group Policy Number 39900 and opportunity to convert group coverage to individual coverage.

**E** – Bank of America approved application for 20-yr mortgage in 2009 based upon the 2008 LTD SPD.

**F** – Notes from May 2009 Conversation wherein Nortel HR representative, Marc Anthony, stated that once approved for LTD benefits, they would continue to age 65.

**G** - Letter From Prudential confirming LTD income continuance to age 65.

**EXHIBITS**

*Exhibit A*



## United States Benefits
## Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Deborah Jones |
| Global ID: | 0466806 |
| Date of Birth: | ████████ |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 115610.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE Only | $ 5.43 | $ 141.18 | $ 297.18 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 755.04 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 4.89 | $ 127.14 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 52.20 | $1,357.20 | $5,425.42 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 180.96 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 5.14 | $ 133.64 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 5x Benefits Earnings Single | $ 2.94 | $ 76.44 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 8.08 | $ 210.08 | $ 180.96 |

*JONES*

*10*

*Exhibit B*

 **Prudential**

**Group Disability Insurance**

**The Prudential Insurance Company of America**
**Disability Management Services**
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718  Fax: 877-889-4885
http://www.prudential.com/disability

## Group Disability Insurance Authorization

**1 Claimant's Information**

First Name | MI | Last Name

Social Security Number | Employee Phone Number | Control Number

**2 Authorization for Release of Information to Prudential Insurance Company**

This authorization is intended to comply with the HIPAA Privacy Rule.

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment, or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data, or records relating to my Social Security, Workers' Compensation, credit, financial, earnings, activities, or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance; 3) administer coverage; and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at: P.O. Box 13480, Philadelphia, PA 19176. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under any insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and is no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to receive a copy of this authorization.

*Limits, if any:

X _____        Date (yy cc mm)
Employee Signature (indicate how related if signed by other than claimant)

**NOTICE TO MONTANA RESIDENTS:** You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of personal or privileged information.

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

 *10501*

*JONES*

11

*Exhibit C*

Claims Services Provided by

**Janie Reid**
Disability Claim Manager

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 85599
Fax: (877) 889-4885
**Website:** www.prudential.com/disability

June 26, 2009

Deborah M Jones
8 Fairview Acres
Wellsboro, PA 16901-9406

Claimant: Deborah M Jones
Claim No.: 11084161
Date of Birth: ▓▓▓▓▓▓
Control No./Br.: 39900 / 0B057

|�types..Illustration..address code bars...|

Dear Ms. Jones:

We are writing in reference to your claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc. At this time, we are continuing our review of your claim to determine whether you remain eligible for benefits beyond the change in definition of disability that applies to your plan after the first 12 months. This change is described in more detail below.

During the first 12 months of LTD benefits, you are eligible to receive disability benefits under your plan if your condition prevents you from performing the work you were normally performing at the time of your disability with or without reasonable accommodations for the *limitations resulting from your Illness or Injury.*

After the first 12 months of benefits, you are eligible to receive benefits if you are unable to perform any reasonable occupation.

In order to receive benefits under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you *personally for the Illness or Injury* causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations

**JONES**

*Exhibit D (1 of 2)*

 Prudential

**The Prudential Insurance Company of America**
Group Life Customer Service Team
P.O. Box 70180
Philadelphia, PA 19176

Deborah Jones
8 Fairview Acres
Wellsboro, PA 16901-9406

Group Policy Number: 39900

Date: 07/19/2010

Dear Deborah Jones:

Thank you for contacting us about the life insurance protection that was made available to you at work. We are glad to see that you are expressing interest in purchasing your own personal life insurance policy to continue protecting your loved ones. Based on your current plan, you may be able to convert some or all of your group term coverage to individual permanent life insurance without having a medical exam or answering medical questions.

We've included a brochure called *Converting Group Term Life Insurance to Individual Insurance* that describes this option and includes product and rate information. If you would like to do this, simply follow the instructions enclosed and **return your documents and payment within 31 days of the termination of your Group Life Coverage or within 2 weeks of the date on the enclosed letter, whichever is later. Please note, your Conversion right expires 92 days after your Group Life Insurance coverage ends.**

You may also want to think about a different coverage choice that could be more appropriate and affordable for you. To help you decide, we have enclosed another brochure called *Your New Life Insurance Coverage Options* that explains the differences between converting your existing coverage and applying for a new policy.

**Maintaining life insurance coverage should be one of your highest priorities, as it directly affects the financial security of those who depend upon you. Having the right type and amount of insurance can protect the ones you love and give you the peace of mind you need.**

Give us a call. You can reach a Customer Service Professional at 1-877-889-2070, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time.

We look forward to helping you find the insurance that's best for you.

The Group Life Customer Service Team

Acceptance and negotiation of your conversion premium payment by The Prudential Insurance Company of America is not a guarantee that an individual conversion policy will be issued as requested on the Conversion Request Form. All conditions precedent to issue of an individual conversion policy, including, without limitation, confirmation of your eligibility for conversion coverage, confirmation of the maximum amount of coverage eligible for conversion, completion of all reasonably required paperwork, and payment of any additional conversion premiums, must be received by Prudential in a timely manner. A delay in submitting required information, documentation or additional premium will not extend the conversion time period specified above.

JONES                                                                                      13

*Exhibit D (2 of 2)*

# Instructions for Converting Your Group Term Life Insurance to Individual Permanent Life Insurance

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

**If you have decided to convert your Group Term Life Insurance to Individual Permanent Life Insurance, just follow these steps.**

1. **Complete, sign, and return the enclosed Conversion Request Form.** We need to receive this within 31 days of the termination of your Group Life Insurance Coverage, or within two weeks of the date on the enclosed letter, whichever is later. **Please note, your Conversion right expires 92 days after your Group Life Insurance coverage ends.** Please have your signature witnessed by someone other than your beneficiary and have him or her sign in the appropriate box.

2. **Include your Initial Premium Payment.** You can calculate the amount you will need to send in by referring to the brochure *Converting Group Term Life Insurance to Individual Insurance,* or by calling your Prudential service professional at 1-877-889-2070 for assistance. Your conversion request cannot be processed unless your initial premium payment is received with your Conversion Form.

3. **Include the Notice of Group Life Conversion Privilege Form or the documentation of conversion eligibility from your benefits administrator** (if not previously provided to us). If you do not have this document, please contact your benefits administrator to request it.

If we receive the information requested within the timeframes noted above, we can begin the review of your conversion request.

Once we confirm that all the required items we receive are correct, we will issue a conversion policy. In order to provide continuous coverage, the policy will be issued with an effective date of the day after coverage under the Group Life Insurance policy terminated.

Any premiums not provided will be collected based on the premium payment method you select.

- Electronic Funds Transfer (EFT): Back premiums will be deducted as a lump-sum deduction once the conversion policy is in effect.

- Direct Billing (payments by check or money order): You will receive a bill for any premiums due once the policy is in effect.

If any premiums owed are not paid in a timely manner, your conversion policy will be terminated for non-payment of premium.

If you need assistance with or have questions about converting your Group Term Life Insurance to Individual Permanent Life Insurance, please contact the Group Life Customer Service Center at 1-877-889-2070.

To speak with a Prudential Licensed Representative about another option that may be more appropriate and affordable for you, please call 1-877-881-4199, Monday through Thursday, 9:00 a.m. to 7:00 p.m. Eastern time, Friday, 9:00 a.m. to 6:00 p.m. Eastern time.

JONES

*14*

EXHIBIT E (1 of 4)

Prepared by: AIMEE HEINRICH

# Uniform Residential Loan Application

Printed On: 09/25/2008 14:46:30

This application is designed to be completed by the applicant(s) with the Lender(s) assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (Sign below):

Borrower

Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | □ VA ☑ FHA | □ Conventional □ USDA/Rural Housing Service | □ Other (explain): | Agency Case Number PA4419411955703 | Lender Case Number 2106 96725 |
|---|---|---|---|---|---|
| Amount $122,188.00 | Interest Rate 4.750 % | No. of Months 180 | Amortization Type: ☑ Fixed Rate □ GPM | □ Other (explain): □ ARM (type): | Govt Fixed 15 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP)
8 FAIR VIEW ACRES RD, WELLSBORO, PA 16901-8912

No. of Units 1

Legal Description of Subject Property (attach description if necessary)
DEED BOOK 739 PAGE 3782 06-03.00-058-7-1

Year Built 1993

| Purpose of Loan | □ Purchase □ Construction □ Other (explain): ☑ Refinance □ Construction-Permanent | Property will be: ☑ Primary Residence □ Secondary Residence □ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements □ made □ to be made |
|---|---|---|---|---|
| 1993 | $137,000.00 | $34,526.21 | PAYOFF OF MORTGAGE | Cost $0.00 |

Title will be held in what Name(s)
DEBORAH JONES

Manner in which Title will be held
SINGLE

Estate will be held in:
☑ Fee Simple
□ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)
PROCEED FROM FINANCE

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | DEBORAH M. JONES | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| | Social Security Number / Home Phone (incl. area code) / DOB (mm/dd/yyyy) / Yrs. School 18 | Social Security Number / Home Phone (incl. area code) / DOB (mm/dd/yyyy) / Yrs. School |
| | □ Married ☑ Unmarried (include single, divorced, widowed) □ Separated | Dependents (not listed by Co-Borrower) no. 0 ages: | □ Married □ Unmarried (include single, divorced, widowed) □ Separated | Dependents (not listed by Borrower) no. ages: |
| Present Address (street, city, state, ZIP) ☑ Own □ Rent ___ No. Yrs. 8 FAIR VIEW ACRES RD WELLSBORO, PA 16901-8912 | 08/00 | Present Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) □ Own □ Rent ___ No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer □ Self Employed | Yrs. on this job / Yrs. employed in this line of work/profession 8 | Name & Address of Employer □ Self Employed | Yrs. on this job / Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer □ Self Employed | Dates (from - to) 08/28/1998 05/26/2008 | Name & Address of Employer □ Self Employed | Dates (from - to) |
|---|---|---|---|
| 4001 E CHAPEL HILL NELSON HWY RESEARCH TRIANGLE PK, NC 27709 NORTEL NETWORKS | Monthly Income $3666.87 | | Monthly Income $ |
| Position/Title/Type of Business MANAGEMENT/TELECOM | Business Phone (incl. area code) (919) 905-9351 | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer □ Self Employed | Dates (from - to) | Name & Address of Employer □ Self Employed | Dates (from - to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

← DISABILITY INCOME

Application 1 of 1


*29991*


*210696725000002021N*

JONES

15

*Exhibit E (2 of 4)*

Describe the MEDICAL FACTS which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these following categories: **(MUST BE COMPLETED)**

_____

_____

_____

**CONTINUOUS LEAVE**
(More Than 3 Consecutive Days)

_____

Will it be necessary for this employee to miss scheduled work time on a continuous basis, due to his or her condition?

Circle One:     Yes  /  No

If yes, please provide:

Date of First Office Visit:  5/28/08    Date condition commenced: _____

Start date of leave:  6/25/08    Probable duration of condition:  Permanent.

Return to work date: _____    If unknown, estimated return to work date: _____

*Maria Cruz MD*

If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen:

_____

_____

**Prescription Drugs:     Yes  /  No**

If yes, name of prescription(s): _____

**Additional office visits/treatments:     Yes  /  No     When is the next office visit?** _____

Will the employee need to have treatment at least two (2) times per year due to the medical condition?

Circle One:     Yes  /  No

If the condition is a chronic condition or pregnancy, is the patient incapacitated?

Circle One:     Yes  /  No

Is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)?

_____

If yes, please identify the job functions the employee is unable to perform:

_____

If any of these treatments will be provided by another provider or health service (e.g., physical therapist), please indicate that provider's name and telephone number, and state the nature of the treatments:

_____

**OTHER MEDICAL FACTS**: Describe other relevant medical facts related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment.

**JONES** _____     **16**

Exhibit E (3 of 4)

A **"Serious Health Condition"** means an illness, injury, impairment, or physical or medical condition that involves one of the following:

1. **Hospital Care**

   **Inpatient care** (i.e., an overnight stay) in a hospital, hospice or residential medical care facility, including any period of incapacity [see note 2 above] or subsequent treatment in connection with or consequent to such inpatient care.

2. **Absence Plus Treatment**

   A period of incapacity of **more than three consecutive calendar days** (including any subsequent treatment or period of incapacity relating to the same condition), that also involves:

   (1) **Treatment**[1] **two or more times** by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider

   (2) **Treatment** by a health care provider **on at least one occasion** which results in a **regimen of continuing treatment**[2] under the supervision of the health care provider.

3. **Pregnancy**

   Any period of incapacity due to **pregnancy**, or for **prenatal care**.

4. **Chronic Conditions Requiring Treatments**

   **A chronic condition** which:
   (a) Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;
   (b) Continues over an extended period of time (including recurring episodes of a single underlying condition); and
   (c) May cause episodic rather than a continuing period of incapacity (e.g., asthma, diabetes, epilepsy, etc.).

5. **Permanent/Long Term Conditions Requiring Supervision**

   A period of **incapacity** which is **permanent or long-term** due to a condition for which treatment may not be effective. The employee or family member must be **under the continuing supervision of, but need not be receiving active treatment by, a health care provider**. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. **Multiple Treatments (Non-Chronic Conditions)**

   Any period of absence to receive **multiple treatments** (including any period of recovery therefrom) by a health care provider or by a provider of healthcare services under orders of, or on referral by a health care provider, either for **restorative surgery** after an accident **or** other injury, **or** for a condition that **would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment**, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

7. **"Outpatient Status" with respect to a patient who is a member of the Armed Forces, including a member of the National Guard or Reserves, assigned to:**

   (1) A military medical treatment facility as an outpatient; or

   (2) A unit established for the purpose of providing command and control of members of the Armed Forces receiving medical care as outpatients

---

[1] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.
[2] A regimen of continuing treatment includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.


JONES

17

*Exhibit E (454)*

03-1206 Payoff-LetterOfSatisfaction  14869  05/23/2012

**Bank of America**

**Home Loans**

Customer Service. CA6-919-01-07
450 American Street
Simi Valley, CA 99065

| | |
|---|---|
| | **Notice Date:** October 11, 2012 |
| Deborah M Jones | **Account No.:** ▬▬▬▬ |
| ▬▬▬▬▬▬▬ | **Property Address:** |
| | 8 Fair View Acres Rd |
| | Wellsboro, PA 16901 |

---

**IMPORTANT MESSAGE ABOUT YOUR HOME LOAN**

The above-referenced loan was paid in full as of 03/30/2012.

---

**WHAT THIS MEANS**

1098 and 1099-INT year end tax statements are issued during the month of November; however, if your loan was paid off in November or December, the statement will be generated by January 31.

---

**THANK YOU**

If you have questions or need assistance, please call us toll-free at (800) 669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

Thank you for allowing us the opportunity to serve your home loan needs.

This communication is from Bank of America, N.A., the servicer of your home loan.

Exhibit F (1 of 3)

# Transmission Log

Tioga Office Product      Wednesday, 2009-05-06  11:11      570.724.3367

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|---------------------|-----|--------|
| 2009-05-06 | 11:09 | SCAN | 08176 | 1:25 | 9600 | 19199059301 | 3 | OK -- V.29 AH30 |

**Attn:**

MARK ANTHONY
NORTEL HR

**Fax Cover Sheet**

**Fax number:**
919 - 905 - 9301

**Number of Pages**
(including the cover): 3

**From:** JONES

**Message:**

JONES

19

*Exhibit F (2 of 3)*

# FAX

| | | | |
|---|---|---|---|
| **TO:** | Mark Anthony, Nortel HR Global Services | **FROM:** | Margaret M. Jones (Mother of Deborah Jones) |
| **FAX:** | 1-919-905-9301 | **RE:** | Deborah M. Jones Global ID # 0466806 |
| **PHONE:** | 1-800-676-4636 | **PHONE:** | |
| **SUBJECT:** | Continuous & Permanent Disability Leave Since June 25, 2008 | **DATE:** | May 6, 2009 |

**COMMENTS:** Deborah Jones has been on <u>Continuous Disability leave since June 25, 2008</u> from Nortel and has not been able to return to work as she would have liked to given that this has proven to be an apparently Permanent, Total Disability as diagnosed by attending Physicians.

TOPS/Nationwide Better Health has been kept up-to-date and Prudential is in receipt of all medical documentation to-date and continues to pay the LTD claim, including appropriate deductions for continued Healthcare coverage. About a month ago, <u>Prudential has contracted Allsup to apply for Social Security benefits on Deborah's behalf.</u>

As of the last correspondence and ensuing conversation with TOPS on May 4th, Deborah was informed by Adrienne at TOPS that the letter she received (please see attachment) was intended to communicate that Deborah has exhausted all of the 12-weeks of approved medical leave of absence under FMLA as of 9/16/2008. Adrienne kindly advised Deborah to contact Nortel HR regarding any other possible options for an approved Leave of Absence as TOPS only administers the FMLA portion for Nortel and that has concluded so TOPS is no longer involved.

This communication seeks to understand <u>what are the Next Steps for Deborah so that she is in compliance with Nortel's expectations.</u> Among the questions that we would appreciate Nortel HR's guidance are as follows:

- Having been instructed by attending Physicians that Deborah's condition is a Permanent & Total Disability, what type of Leave of Absence would be available? *Approved LT Disability @ this point until Age 65. Forced to retire*
- How does this effect Deborah's standing with her Long Term Disability insurance coverage through Prudential? *— , forever/until 6 5*
- How does this effect Deborah's Medical & Dental coverage? *until Age 65.*
- How does this effect Deborah's 401k and Cash Balance plans? *stay out there.*

<u>Thank you very much in advance for your assistance and guidance.</u> *continue participate cannot contribute*

JONES                                                                                                           **20**

*Exhibit F (3 of 3)*

# N⦿RTEL

April 30, 2009

DEBORAH JONES
8 FAIRVIEW ACRES
WELLSBORO, PA 16901-9406

*Deborah May 4th*

RE:    Family and Medical Leave Act (FMLA)

Dear Deborah Jones:

This letter is to inform you of the qualification status of your leave under the Family and Medical Leave Act (FMLA) from 01/01/09 through end of absence is *"Not Qualified,"* since you have not met the eligibility requirements.

In order to be considered for leave under the FMLA, an employee is required to have been employed for at least 12 months and have completed at least 1,250 hours of service during the 12-month period immediately preceding the commencement of the leave.

Please work with your manager and/or HR to discuss other leave options that may be available to accommodate your absence from work.

If you have any questions regarding this decision, please call our Customer Contact staff toll-free at 1-877-664-8677, option 2.

Sincerely,


Nationwide Better Health

cc:    Yvette Tarsitano
       File

spoke to Adrienne @TOPS @ 11:55am
very nice & extremely helpful very.
she said all this letter says is that I exhausted
my 12-weeks of medical leave of absence that I was
approved for under FMLA. (as of 9/16/08)
TOPS only administers FMLA for Nortel, no other type
**JONES** of leave of absence. so next step is to call Nortel HR for any next step.

**21**

*Exhibit G*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Alycea Tetto**
Sr. Disability Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87703
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

September 6, 2012

Deborah M Jones
PO Box 458
Willow Spring, NC  27592

Claimant: Deborah M Jones
Claim No.: 11084161
Date of Birth:
Control No./Br.: 39900  /  0B057

|ulı|lludıdılbbllludıbbldı

Dear Ms. Jones:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks, Inc. Group Plan with Prudential.

You are receiving $4249.71 per month.  This benefit will remain the same provided your income from other sources does not change.  Your benefits will continue through July 13, 2030, provided you remain totally disabled as defined by the Plan and continue to meet all other contractual requirements.

If you have questions about your claim, you may call the number listed above.  If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
**Alycea Tetto**
Alycea Tetto
Sr. Disability Claim Examiner



22