## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: __OCT 22,2012_ at _10_a.m** |
| | ) | **Hearing Date: __FEB 13 ,2013  at 10 a.m.** |
| | | **RE: DI 8067** |

## OBJECTION TO DEBTORS MOTION TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

[REID T. MULLETT] ( " LTD Employee ") of the above-captioned debtors and debtors-in-possession (the "Debtors"), **hereby submits this Objection to Debtors Motion for entry of an order authorizing the Debtors to terminate the Debtors Long Term Disability Plans and the employment of the L.T.D. employees**  In support of this Motion, [REID T. MULLETT] respectfully represents as follows:

### BACKGROUND

1) I am 62 years old and have been employed by Nortel for 43 years. I was recruited right out of college in June, 1969 and worked in various product engineering departments.

2) I was transferred to Atlanta, Georgia in August of 1983 in order to set up a Fiber Optic engineering department. I have also worked in product marketing, customer service and

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND ( CONTINUED )

project management for an additional 14 years prior to being placed on LTD on January 9th

1999. (Exhibit A). I have always taken pride that the only company that I have worked for a

long time is Nortel ( in good and bad times ).

3) My LTD placement was due to a quickly failing Liver which was infected with

   auto-immune hepatitis. (inherited terminal disease )

4) I needed a liver transplant (Exhibit B ) in order to save my life.

### " *LIVER ORGAN TRANSPLANT APPROVAL PROCESS* "

*To receive a liver transplant ; I, as the patient, and my family had to meet certain*

*requirements during a face to face meeting with the hospital transplant committee. The*

*committee consisted of financial, medical and social personnel.*

### *ONE OF THE MAJOR CONDITIONS FOR TRANSPLANT APPROVAL WAS:*

*A) Are you able to meet the* <u>*financial obligations*</u> *for the cost coverage of the transplant*

*surgery , hospitalization , medications, etc. These financial obligations were not only for*

*the initial costs but also for the long term future costs i.e., expensive anti-rejection*

*medication taken twice daily forever.*

### *RESPONSE:*

*I told them that I had worked, 30 years for NORTEL and now was on LTD*

*I said I was covered financially ;*

*A) by my monthly LTD disability payments*

*B) by my LTD medical benefits*

*C) by my LTD prescription drug coverage*

<u>*All the above were contracted to end in approximately 2014 at age 65.*</u>

## BACKGROUND CONTINUED

***NOTE :  The  LTD financial and medical coverages were verified as accurate by the hospital financial staff  otherwise I would have  been  "rejected for the transplant." and I would have died at age 50.***

I received a liver transplant on March 28th 1999 from a deceased donor. Since my transplant; I have had multiple other medical issues which have kept me on LTD. These include transplant related issues: insulin based diabetes, a serious right side stroke, a diagnosis of Parkinson's Disease, recent lung cancer (lower right side lobe removed), C.O.P.D. and other minor medical issues. My health is still declining due to the above ; especially the worsening Parkinson's Disease. I am unable to drive any vehicle. I have difficulties with multiple daily tasks (walking, dressing , etc.) . I am presently on 25 different daily medications ( Exhibit C) of which  my medications co-pays are over $ 3000.00 per year .

5)  In addition to LTD , I was approved for SSI financial benefits starting August 27th 2003 and Medicare hospital insurance starting in February 2001 and medical insurance 2003 ( Exhibit D)

6)  My wife does not work. She has been a  loving and constant care giver .We have been through  a lot together and the " financial loss of  LTD and associated medical coverage   will  place both a serious financial and health related hardship on us."

## **RELIEF REQUESTED**

7)    I, Reid T. Mullett, request that the Debtors Motion to Terminate the LTD. Plans

be rejected until I reach the age 65 or compensate me for the "promise" of the

benefits consisting of insurance income payments plus health/medical benefits

which have been outlined in various "Summary Plan Documents" and to be

awarded as per "Proof Of Claim"(Exhibit E )

8)    My " PROOF OF CLAIM " compensation would be for an approximate total of

 $268,071.23 which is a projection to age 65 for LTD benefits , for medical and

prescription benefits beyond the age of 65 as per the retiree plan for which I

qualify and also inclusive of the severance benefits.

9)    I request that if the P.O.C. is denied then the following be approved as a separate

claim :  "The Severance Allowance Compensation" = $72,001.28 ( See Basis for

Relief item 14) )

## BASIS FOR RELEASE

10) Nortel are trying to break a basic contract between them and the various *LTD Employee's (myself included )* who are still a part of the company.

11) Nortel , through its' abundant documentation ; employee handbooks , summary plans , letters to employees/ etc./etc. stated or represented that LTD benefits which include both Financial and Medical coverage are insured thru group policies (Prudential policy # 039900) and that these would be continued until I reached the age of 65.

12) I went on LTD in 1999. (I was 49 years old)

*The copy of page 15 (Exhibit F) of the Nortel 1999 Plan Year Disability document states that if you are under age 60 when LTD started then it would end at age 65.*

13) The letter from the Prudential Insurance Disability Claims Manager ( Exhibit G) states that my LTD benefits would be continued through September 24th 2014.

14) The original **"HR SHARED SERVICES U.S. – TERMINATION NOTIFICATION"** is (Exhibit H3).

This document which details my " Effective Termination Date " of 08/31/2010 makes the following statement on page 2 of 8 under the heading **INTRODUCTION :**

" Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan". As a result of this information I am requesting the award be based on a severance equivalence of 47 years . This document states that the reason for termination was " Work Force Reduction " ( not bankruptcy)

15 ) *Nortel's monetary funds , as they are today , are well within its' means to continue LTD for myself and the other people on LTD. This is based on the fact that Nortel has liquidated the assets of the company as opposed to the original plans to restructure.*

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors ( Cleary ) ; (b) the United States Trustee for the District of Delaware ; (c) counsel to the LTD Committee 1102 Committee (Elliot Greenleaf ) via UPS next day delivery. Other parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.

I REID T. MULLETT respectfully submit, that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, REID T MULLETT respectfully requests the entry of an Order, in the form attached. LTD benefits to continue to age 65 and that other medical and prescription benefits be continued after age 65 as per the retire plan for which I qualify.

Dated: _October 19/2012_                _Reid Mullett_

REID T. MULLETT
4224 THAMESGATE DRIVE
NORCROSS, GA. 30092
Telephone:  770 – 446 - 3977
Facsimile: N/A
Email: grampies@gmail.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) )  Case No. 09-10138 (KG) |
| Debtors. | ) )  Jointly Administered |
| | ) ) )  **Re: Docket No. DI 8067** |

### ORDER GRANTING MOTION FOR Objection to Debtors' Motion for the entry of an order authorizing the Debtors to terminate the Debtors' Long Term Disability Plans and the employment of the LTD employees

Upon consideration of the *Motion for Objection to Debtors' Motion for entry of an order authorizing Debtors to terminate the Debtors' Long Term Disability Plans and the employment of the LTD employees by REID T. MULLETT* ( the ' Motion ') and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

Ordered that the Motion is granted

Ordered that Nortel will provide an allowed claim in the amount of $268,071.23 for "PROOF OF CLAIM "

Ordered that Nortel will provide an allowed claim in the amount of $72,001.28.00 for the "Severance  Allowance Compensation " in lieu of the " P.O.C. " not being approved.

Ordered that Nortel pays retiree welfare benefits to  REID T. MULLETT  after his LTD benefits are stopped at age 65.

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated _____ 2012
Wilmington, Delaware


_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE