## **EXHIBITS**

A -- LTD APPROVAL ( CIGNA APPROVAL FOR LTD PAY BENEFITS )

B -- EMORY HOSPITAL LIVER TRANSPLANT APPROVAL LETTER

C -- DAILY MEDICATION LIST

D -- SSI/MEDICARE ACCEPTANCE LETTER

E -- P.O.C.  DOCUMENT

F -- 1999 PLAN YEAR DISABILITY DOCUMENT PAGE 15

G – LETTER FROM PRUDENTIAL CONFIRMING LTD BENEFITS TERMINATION

H -- NORTEL H.R.SHARED SERVICES U.S. – TERMINATION NOTIFICATION

    DOCUMENT.

 I – LTD DISABILITY CHECK  FOR SEPTEMBER 2012

CIGNA Group Insurance

# EXHIBIT A PAGE 1 OF 4

Life Insurance Company of North America
Cinnecitcut General Life Insurance Company

| INSURED: | Reid T. Mullett | POLICYHOLDER: | NORTEL | ACCT #: | 2059005 |

Social Security #:   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

Date of Disability:   08/08/98

Duration of Waiting Period:   26 WEEKS

Benefit Start Date:   02/06/99

LTD BENEFIT COMPUTATION-          Direct Offset

Monthly Benefit Levels for This Case -          Maximum: _____    Minimum:   $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

70.00%   Of Basic Monthly Salary of          $6,399.51                    $4,479.66

2.  Other Benefits from Code Section Below                              Code          Amount

                                                                        A             $1,339.00

                                                              TOTAL     $1,339.00

3. Gross Benefit - Other Income          $3,140.66          NET MONTHLY BENEFIT   =   $3,140.66

4 Daily Rate (Amount on Line 3 divided by 30)                              104.69

4.  BENEFIT PAYBLE FROM _____ 03/01/99   THRU   06/30/99 _____      $12,562.64

        Total Number of Days Payable     _____
        Total Number of Months Payable        4

CODE
A.  Approved/Estimated Federal Soc al Security Disability
B.  Approved/Estimate Federal Social Security Old Age Benefits
C.  Workmen's Compensation or Similar Law
D.  State Disability or any Employer Sponsored Income Benefit Plan
E.  Other - Refer to Comments

1/4

CIGNA Group Insurance

**EXHIBIT A PAGE 2 OF 4**

Life Insurance Company of North America
Cinnecitcut General Life Insurance Company

| | | | | |
|---|---|---|---|---|
| INSURED: | Reid T. Mullett | POLICYHOLDER: | NORTEL | ACCT #: 2059005 |
| Social Security #: | 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 | | | |

Date of Disability: 08/08/98

Duration of Waiting Period: 26 WEEKS

Benefit Start Date: 02/06/99

LTD BENEFIT COMPUTATION-      Direct Offset

Monthly Benefit Levels for This Case -      Maximum: _____      Minimum: $100.00

1. Gross Benefit - Not to Exceed Maximum Shown Above

     70.00% Of Basic Monthly Salary of      $6,399.51      $4,479.66

2. Other Benefits from Code Section Below

| | Code | Amount |
|---|---|---|
| | A | $1,339.00 |
| | | |
| | TOTAL | $1,339.00 |

3. Gross Benefit - Other Income      $3,140.66      NET MONTHLY BENEFIT =      $3,140.66

4 Daily Rate (Amount on Line 3 divided by 30)      104.69

4. BENEFIT PAYBLE FROM      02/15/99 THRU 02/28/99      $1,465.66

     Total Number of Days Payable      14
     Total Number of Months Payable

CODE
A. Approved/Estimated Federal Soc al Security Disability
B. Approved/Estimate Federal Social Security Old Age Benefits
C. Workmen's Compensation or Similar Law
D. State Disability or any Employer Sponsored Income Benefit Plan
E. Other - Refer to Comments

2/4

CIGNA Group Insurance

**EXHIBIT A PAGE 3 OF 4**

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: | Reid T. Mullett | POLICYHOLDER: | NORTEL | ACCT #: | 2059005 |
|---|---|---|---|---|---|

Social Security #:  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

Date of Disability:  08/08/98

Duration of Waiting Period:  26 WEEKS

Benefit Start Date:  02/06/99

**LTD BENEFIT COMPUTATION-**              Direct Offset

Monthly Benefit Levels for This Case -        Maximum: _____     Minimum:  $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

   70.00%   Of Basic Monthly Salary of     $6,399.51              $4,479.66

2.  Other Benefits from Code Section Below                 Code          Amount

                                                            A             $1,339.00

                                                       TOTAL           $1,339.00

3. Gross Benefit - Other Income    $3,140.66        NET MONTHLY BENEFIT  ≈   $3,140.66

4 Daily Rate (Amount on Line 3 divided by 30)                              104.69

4.  BENEFIT PAYBLE FROM  _____  02/15/99  THRU  02/28/99           $1,465.66

   Total Number of Days Payable      14
   Total Number of Months Payable  _____

$2 d ·

CODE
A. Approved/Estimated Federal Social Security Disability
B. Approved/Estimate Federal Social Security Old Age Benefits
C. Workmen's Compensation or Similar Law
D. State Disability or any Employer Sponsored Income Benefit Plan
E. Other - Refer to Comments

3/4

CIGNA Group Insurance

Life Insurance Company of North America
Cinnecitcut General Life Insurance Company

## EXHIBIT A PAGE 4 OF 4

| INSURED: | Reid T. Mullett | POLICYHOLDER: | NORTEL | ACCT #: | 2059005 |
| --- | --- | --- | --- | --- | --- |

Social Security #:   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

Date of Disability:   08/08/98

Duration of Waiting Period:   26 WEEKS

Benefit Start Date.   02/06/99

LTD BENEFIT COMPUTATION-               Direct Offset

Monthly Benefit Levels for This Case -          Maximum: _____       Minimum:   $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

70.00%   Of Basic Monthly Salary of     $6,399.51          $4,479.66

2.  Other Benefits from Code Section Below

| | Code | Amount |
| --- | --- | --- |
| | E-short term disability | $5,759.55 |
| | A | $1,339.00 |
| | | |
| | | |
| | TOTAL | $7,098.55 |

3. Gross Benefit - Other Income     ($2,618.89)          NET MONTHLY BENEFIT   =   $100.00

4 Daily Rate (Amount on Line 3 divided by 30)                               3.33

4.  BENEFIT PAYBLE FROM     _____ 02/06/99   THRU   02/14/99 _____          $29.97

Total Number of Days Payable          9
Total Number of Months Payable   _____

CODE
A.  Approved/Estimated Federal Soc al Security Disability
B.  Approved/Estimated Federal Social Security Old Age Benefits
C.  Workmen's Compensation or Similar Law
D.  State Disability or any Employer Sponsored Income Benefit Plan
E.  Other - Refer to Comments

4/4



EMORY HOSPITALS

**EXHIBIT B PAGE 1 OF 2**

Emory University Hospital
1364 Clifton Road, NE
Atlanta, Georgia  30322
404/712-7021

October 30, 1998

Reid Mullett
4224 Thamesgate Close
**Norcross, GA. 30092**

Dear **Mr. Mullett** and Family,

This is to notify you that you are an appropriate candidate to be placed on the waiting list for liver transplantation at Emory University Hospital. We have petitioned your insurance carrier for written Prior Approval, and once we receive that we will activate you on our list. Although you require continuous medical care, you are able to wait for your transplant at home.

We encourage you to continue to maintain regular contact and follow-up with your local physician, Dr. Fixelle, as the waiting time may be eight months or longer. We encourage you to see your local doctor every four to six weeks. Please have your physician send us copies of your laboratory work and clinic notes when you are seen, either through the mail or by FAX. Now that you are listed, you will need to keep in touch with us regarding your health. Please let us know of any changes in your condition.

We have pre-transplant group meetings on Tuesday's at 9:00 am on 2D. We encourage you and your family to attend any of these meetings.

The intervening weeks are an excellent time to make certain your annual cancer screenings and dental hygiene are up-to-date. For you this may mean a colon study or prostate exam. Please make certain the results of those tests are sent on to us or bring them with you to your appointment.

Please check into the cost of a beeper as you are required to carry one throughout the listing period. If you cannot manage the expense on your own, we will ask a volunteer agency, LifePage, to provide you with a beeper at no charge. Simply let us know how you wish to proceed. Once you have a beeper please call us with the number so we may check it and review the contact procedure with you.

**Please notify us as soon as possible if you develop any problems (infection, swelling, confusion, rashes or other skin lesions) or require hospitalization.** We remind you that you must abstain from tobacco products and other substances during the waiting period and, the interest of good health, after transplant as well. In fact, we prefer you to be in a smoke-free environment. We also ask that you NOT use any over-the-counter drugs, pain medications, or sleeping aids without first checking with us as they may complicate your course. Should Dr. Fixelle prescribe any new drugs when he sees you please let us know. We look forward to seeing you soon. Stay as

active as you can and please call with any questions or concerns.

We look forward to working with you as you approach transplantation.

Most Sincerely,

*Rebecca Adams*

Rebecca Adams, RN
Liver Transplant Coordinator
800-727-8370 or 404-712-7731
FAX number: 404-712-4358

Latest Meds Updated 12 13 2011

# EXHIBIT C PAGE 1 OF 1

| MEDICATION OCTOBER 2 /2012 | | PAGE 1/1 |
|---|---|---|
| 1) | TACROLIMUS *(PROGRAF )* | *1 MG TWICE/ DAY @* 9AM / 9PM | *TRANSPLANT ANTI-REJECTION* |
| 2) | MYCOPHENOLATE MOFETIL *( CELLCEPT )* | *500MG TWICE/ DAY @* 9AM / 9PM | *TRANSPLANT ANTI-REJECTION* |
| 3) | FLUROCORDISONE | .1 MG ONCE / DAY @ 9AM | CONTROLS POTASSIUM LEVELS |
| 4) | LOSARTAN TABS *( COZZAR )* | 100 MG ONCE / DAY @ 9AM | CONTROLS BLOOD PRESSURE |
| 5) | INSULIN ( LANTUS ) | 30 UNITS / DAY @ 9AM 32 UNITS / DAY @ 9PM | CONTROLS BLOOD SUGARS |
| 6) | INSULIN ( HUMALOG ) | # UNITS AS REQUIRED AT MEALS | CONTROLS BLOOD SUGARS |
| 7) | CYMBALTA | 60 MG TWICE / DAY @ 9AM /9PM | ANTI - DEPRESSENT / NEUROPATHY |
| 8) | SIMVASTIN *( LIPATOR )* | 20MG ONCE / DAY @ 9PM | CONTROLS CHOLESTEROL |
| 9) | OMEPRAZOLE *( PRILOSEC )* | 20 MG TWICE / DAY @ 9AM / 3PM | CONTROLS ACID REFLUX |
| 10) | CYANOCOBALAMEN | 1000 UNITS / MONTH | B12 STIMULANT |
| 11) | CARIDOPA/LEVO/ENTACAP *( STALEVO )* | 200 MG TWICE / DAY @ 9AM/3PM 150MG ONCE PER DAY @ NOON | PARKINSONS DISEASE |
| 12) | AMANADINE | 100 MG TWICE / DAY @ 9AM / 3PM | PARKINSONS DISEASE |
| 13) | GABAPENTIN *( NEURONTON )* | 600 MG ONCE / DAY V@ 9PM | PARKINSONS DISEASE |
| 14) | ALPRAZALOM *( XANAX )* | .25 MG THREE TIMES / DAY @ 9AM / 3PM /9PM | CONTROLS ANXIETY |
| 15) | EXELON PATCH | 9.5 MG PATCH / DAY @ 9AM | STABILIZES MEMORY |
| 16) | NAMENDA | 10 MG TWICE / DAY @ 9A /3PM | STABILIZES MEMORY |
| 17) | CPAP | OXYGEN MASK | SLEEP APTHEA |
| 18) | TYLENOL PM | 2 TABLETS / DAY @ 9PM | SLEEP AID |
| 19) | ALBUTEROL SULFATE *( VIA NEBULIZER )* | 2.5 MG / DAY @ 9AM | C.O.P.D. |
| 20) | SYMBICORT | 160 /4.5 TWICE /DAY @ 9AM /9PM | C.O.P.D. |
| 21) | MONTELUKAST SOD *( SINGULAR )* | 10MG /DAY @ 9AM | C.O.P.D. |
| 22) | PROAIR ALBUTEROL INHALER | 3-4 PUFFS / DAY AS REQUIRED | C.O.P.D. |
| 23) | SPIRIVA HANDIHALER | 18 MCG CAPSULE ONCE / DAY @ 9AM | C.O.P.D. |
| 24) | ASPRIN | 2 X81mg / DAY @9AM | BLOOD THINNER |
| 25) | MULTI- VITAMIN | 1 /DAY @ 9AM | ADDED VITAMINS |
| 26) | OXYBUTYNIN *( DETROL )* | 5MG / DAY @ 9AM | BLADDER CONTROL |
| | ALLERGIES : PRIMIDONE *( MYSOLINE )* | | (  ) - DENOTES BRAND NAME |

# Social Security Administration

## Retirement, Survivors and Disability Insurance

Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: July 29, 2003
Claim Number: 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HA

REID T MULLETT
4224 THAMESGATE CLOSE
NORCROSS GA 30092-1772

You are entitled to medicare hospital insurance beginning February 2001 and medical insurance beginning July 2003.

## What We Will Pay And When

- You will receive $1,380.30 for July 2003 around August 27, 2003.

- After that you will receive $1,439.00 on or about the fourth Wednesday of each month.

## Information About Medicare

The monthly premium for your supplemental medical insurance is $58.70 beginning July 2003.

We will start to take premiums out of your August 27, 2003 check.

We will send you a new health insurance card. It will show that you are entitled to hospital and medical insurance.

If you do not receive your health insurance card within 4 weeks after the receipt of this notice, please get in touch with us. If you need medical care before you receive the card, use this letter as proof that you are covered by Medicare hospital and medical insurance.

*8-19-03*

*SPoKE To SHAROW RBF.*
*(N.T.H.R)*
*Receipt OF medicare*

C
*1) No chang*     See Next Page     *meyical an*
*PAY ✓   2) Just ADVISED ALS41*
*at. P will ADVISE*

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HA

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-770-934-1320. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 800
> 100 CRESCENT CTR PKWY
> TUCKER, GA 30084

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

W. Burnell Hurt
Associate Commissioner for
  Central Operations

## EXHIBIT E PAGE 1 OF 1

| NORTEL NETWORKS CLAIM | | Date of birth | LTD DATE | POC or today's date | Rel. 7 |
|---|---|---|---|---|---|
| **REID T. MULLETT** | | 12/25/1949 | 2/9/1999 | 10/18/2012 | |
| GLOBAL ID | | 86246 | | | |
| EMPLOYEMENT START DATE | | 6/9/1969 | | | |
| YOUR ANNUAL SALARY | $ | 79,100.00 | GENR 1=M 2=F | 1 | |
| marital status Married or Single | M | | #under 18 dep | 0 | |
| Dependents over 18 at home/dorm and under 26 | | | 0 | | |
| Did you have a 401k before 12/31/2007 and signed up for CARP ? Y/N | | | | Y | |
| what % did you sign for 2,4 or ? | | 4 | | | |
| AGE IN MONTHS | | 753 | TO AGE 65 | | 27 MONTHS |
| If on work comp # of payments left | | 0 | | | |
| MONTHLY SICK PAY FROM PRUDENTIAL | $ | 3,925.43 | | $ | 105,986.61 |
| ENTER SSDI MONTHLY OFFSET | $ | - | * minus - | $ | - |
| Medicare B reimbersement | $ | 58.70 | * plus + | $ | 1,584.90 |
| workcomp/settlement. payment * | $ | - | * minus - | $ | - |
| workcomp. Medical payment * | $ | - | * minus - | $ | - |
| Dependents SSDI offset from Form 2 | $ | - | * minus - | $ | - |
| **NET PAY** | $ | 3,984.13 | | $ | 107,571.51 |

ENTER EMPLOYER'S YEARLY AMOUNT FROM FLEX BENEFIT CONFIRMATION STATEMENT    Calculation column

| | | | | | |
|---|---|---|---|---|---|
| MEDICAL INS. | $ | 8,320.78 | | $ | 18,721.76 |
| DENTAL/VISION PREMIUM | $ | 1,214.20 | | $ | 2,731.95 |
| CORE LIFE INS. PREMIUM | $ | 120.12 | | $ | 270.27 |
| OPTIONAL LIFE INS. | $ | 1,247.48 | | $ | 2,806.83 |
| A D&D INS. PREMIUM | $ | 18.46 | | $ | 41.54 |
| | | | | | |
| Dependent medical | $ | - | | $ | - |
| dependent dental/vision | $ | - | | $ | - | 27 |
| | | | | | |
| COLA- LTD f > 6/30/1994 and < 1/1/2000 | | | | | |
| increase if applicable 60% of 6 % (CPI) | $ | 2,847.60 | | $ | 6,407.10 |
| % OF SALARY TO 401K CARP program | $ | 3,164.00 | | $ | 7,119.00 |
| | | | | | |
| SEVERANCE WEEKS | | 47 | | | |
| SEVERANCE PAY IN WEEKS (calculated) | $ | 1,521.15 | | $ | 72,001.28 |

| | | | | | |
|---|---|---|---|---|---|
| LIFE EXPECTENCY FOR US FROM U.N. CENSUS | | | MALE | | 75.5 YEARS |
| RETIREE BENEFITS IN MONTHS ESTIMATES FROM mutual of omaha | | | | | |
| MEDICAL MULTPLIER(EXPT.YRS-65) | $ | 61.00 | | $ | 7,686.00 |
| LIFE INS. MULTPLIER(EXPT.YRS-65) | $ | 339.00 | | $ | 42,714.00 |
| LONG TERM CARE MULTP(EXPT.YRS-65) | $ | - | | $ | - |

| | | | |
|---|---|---|---|
| **CLAIM GRAND TOTAL** | | $ | 268,071.23 |

any retroactive payments) could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1.  You stop being Totally Disabled or die.

2.  You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 24 months of LTD.

3.  You are no longer under the care of a Physician.

4.  You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5.  You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

### Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age | LTD benefits will continue no longer than |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

NNI-LTD-00000072

## EXHIBIT G PAGE 1 OF 1

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website:  www.prudential.com/mybenefits**

October 12, 2012

Reid Mullett
4224 Thamesgate Close
Norcross, GA  30092

Claimant: Reid Mullett
Claim No.: 10279469
Date of Birth: 12/25/1949
Control No./Br.: 39900  /  000AB

hlhlludhdhdhhlhl

Dear Mr. Mullett:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $3498.14 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your benefits will continue through September 24, 2014,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
**Sophie Costanza**
Sophie Costanza
Disability Claim Manager

HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Reid  Mullett

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1969/06/09

EMPLOYEE ADDRESS:

4224 THAMESGATE CLS
NORCROSS
GA  30092

GLOBAL ID: 0086246

ENTITY: LTD        DEPT: 8941

EMPLOYEE STATUS:  Full Time:  F
                                    Part Time:

LOCATION : U11

LOCATION  DESCRIPTION: ALPH

---

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

---

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

---

IMPORTANT PLEASE READ CAREFULLY

---

**INTRODUCTION**:  Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing").  Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

**IMPORANT NOTE**:   Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits.  At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends.  (For more information, see Section III (B) (10) and (11) below).  It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan.   If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination.  For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you.  **If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.**

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period".  The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan.  The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel.  That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan.   If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits.  Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan.  As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

I. EMPLOYEE DATA

Notice Date:  2010/08/31

Employee: Reid  Mullett

Employee Number: 0086246

Continuous Service Date: 1969/06/09

Severance Eligibility Date: 1969/06/09

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/07/12

Employee Home Address:

4224 THAMESGATE CLS
NORCROSS
GA       30092

Severance Period (for employees with at least 6 months of service): 45
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

II. NOTICE

---

IMPORTANT NOTICE

---

*Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.*

III. ADDITIONAL INFORMATION

(A)  **Notice Date:**  The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B)  **Benefits Available To Employees:**  The following benefits shall be provided to Employee, to the extent    that the *Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.*

   *(1) MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

   If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

   All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

   However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

   *(2) HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

   If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA.  Please contact Ceridian at 1-800-877-7994 for additional information.

   If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for *eligible expenses incurred through Employee's* Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15). For additional information, please contact WageWorks at 1-877-924-3967.

   *(3) DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

   If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

   *Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends.* Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred.  For additional information, please contact WageWorks at 1-877-924-3967.

(4) *EMPLOYEE LIFE INSURANCE*

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

(5) *DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)*

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

(6) *ACCIDENTAL DEATH & DISMEMBERMENT (AD&D) INSURANCE*

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

(7) *SHORT-TERM (STD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

(8) *LONG-TERM (LTD) DISABILITY*

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

(9) *BUSINESS TRAVEL ACCIDENT INSURANCE*

Coverage ends on Employee's Termination Date.

V5.0

(10) *RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE A.*
*LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")*

Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be discontinued.

If eligible,

- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;

- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage. For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

**NOTE:** To initiate pension benefit payments accrued under the Retirement Income Plan, Employee **must** call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at **1-800-400-7242**. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

(11) Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify , waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period.

Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee *must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at **1-800-400-7242**. All pension benefits related questions should be directed to the PBGC.*

(12) LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

(13) DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

(14) EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

(15) VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

(16) OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife: 1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

(17) END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately following the Termination Date.

V5.0

"Reporting" or "Non-Reporting" Insider Designation, if applicable. If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D)   **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following:  keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E)   **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document 'and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan.   Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____   Date:_____

Printed Name:_____

**PLEASE NOTE:** If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L  (2 of 2)
000045-02-96-02-4-0-0-0

# EXHIBIT I PAGE 1 OF 1

If you have any
questions about
this claim, please
contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA          PA  19176
800-842-1718

Date
September 24, 2012

CNTRL#   0039900
CLAIM#   10279469
ID#      XXX-XX-7256

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

CLAIMANT  REID MULLETT

| DESCRIPTION | AMOUNT | FROM 09/01/2012 | TO 09/30/2012 |
|---|---|---|---|
| LTD Claim Benefits | 3,925.43 | BENEFIT AMOUNT | 3,925.43 |
| - Medical | 262.45 | LESS OFFSET | 0.00 |
| - Dental | 48.01 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT W4 | 105.06 | | 3,925.43 |
| - Free Form 1 | 10.23 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 3 | 1.54 | | 3,925.43 |
| | | LESS DEDUCTIONS | 427.29 |
| | | AMOUNT PAYABLE | 3,498.14 |