**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,   The Debtors, | ) | Case No. 09-10138 (KG) |

**OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11**
**U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE**
**DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**
**EMPLOYEES**

Ronald J. Rose Jr. (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.  In support of this Objection, Ronald J. Rose Jr. respectfully represents as follows:

P

## BACKGROUND

1.  I am 41 years old a husband and father of to minor children. At the age of 34(2004) My doctor and Prudential Insurance Company declared me permanently disabled due to severe lumbar disc degeneration,(Exhibit A)  After having six lumbar surgeries in 2006 my only option to control my pain and stimulate the nerves in my legs was to surgical install a neuro stimulator in my back. The stimulators internal battery is required to be changed surgically every ten years.

2.  My health has continued to deteriorate, in 2011 I was diagnosed with cervical disc disease.  I also had two carpal tunnel  surgeries in 2012.

3.  Upon graduating from college I was hired by Nortel in 1996.  My first position was a Field Technician , which required me to travel all over the country installing optical equipment.  It also meant I spent lengthy amounts of time away from my family and home.   I than was promoted to a Operations Coordinator in 2000, and was relocated from New Jersey to Albany, NY.  I did everything in my power to make Nortel a success.

4.  Social Security has deemed me as being disabled.   (Exhibit B)

5.  I truly felt by purchasing LTD insurance it would provide an umbrella for my family in the event I became ill.  Since our first letter of termination I'm hoping the umbrella will hold up.

## RELIEF REQUESTED

2

P

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate Ronald J Rose Jr. in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $668,898.42. (Exhibit C)

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

P

## BASIS FOR RELIEF

8. Since my first orientation in 1996 Nortel HR personal told us the importance of taking advantage of the LTD insurance Nortel offered us, because if something happened to our health we would be covered to age 65. They also suggested us to increase the core level of 60% to 70% for a small premium increase, which I paid. (Exhibit D)

9. Prudential Insurance Company represented to the LTD group this was an insurance policy issued to Nortel Networks Group policy #39900 and the same policy number is used for our life insurance. (Exhibit E) All letter heads that came from Prudential were clearly labeled **Prudential Insurance Company of America.**

10. Due to the great success Nortel Networks had selling their assets , and intellectual properties, it would only cost the bondholders pennies on the dollar to pay the LTD employees in full. I feel it is unjust enrichment for the bondholders to prosper from the hard work of former Nortel Networks employees. The same bondholders had no problem paying the law firm of Cleary Gottlieb 177 million dollars for forty four months of work.

11. When Prudential approved me as being permanently disabled I became a vested liability and a fiduciary responsibility to Nortel Networks until age 65. (Exhibit A)

## EXECUTIVE SUMMARY

(A) According to Nortel Networks 2004 Summary Plan Description for Long Term Disability I should be eligible collect my benefits until age 65. (ref pg 22).

4

P

**(B) The 2004 Summary plan does not give any type of warning to employees that this is not insurance, and to protect yourself you should seek outside vendors for additional coverage. Now that I'm disabled outside insurance is not available to me.**

( C) SPD page 20 "Definition of Disability for LTD Plan Purposes" "After the first 18 months of covered Total Disability(from the first day of STD) you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation is any job you or could become qualified to do with your education, training or experience. (SPD pg 20) I meet all the Nortel Networks disability requirements. Based on Nortel Networks total disability requirement I don't see how I can be listed as a Active employee, because the last time I worked was in 2004.

(D) According to ERISA Nortel breeched there fiduciary obligation to fund a trust to take care of my income and insurance until I reach the age of 65. ERISA also states "**No one, including your employer or any person, may fire you or discriminate against you in any way to prevent you from obtaining a welfare benefit**" I truly believe the LTD group is being discriminated against.

(E) Nortel has no excuse not to pay the LTD employees they have plenty of money , we are the people who helped develop the lucrative assets they sold. It's a shame the greedy bondholders can't part with a few pennies. They would rather have disabled people possibly lose their homes, go without medication, and have sub par medical care.

P

(G) I kept my part of the contract, I worked hard, sacrificed my personal time, gave up vacations, to make sure that Nortel came first.  I'm only asking they keep their contract with me.

P

## NOTICE

2.      Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. I Ronald J. Rose Jr. respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Ronald J. Rose Jr. respectfully requests the entry of an Order, in the form attached:

1.      Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.      Compel the Debtors to compensate Ronald J Rose Jr. in full for LTD benefits projected to age 65; Total Claim being $668,899.42.

3.      Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Ronald J. Rose Jr.

Dated: 10/15/2012       _____

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY
Telephone: 518-884-9279
Facsimile: N/A
Email: vrose@nycap.rr.com

8

P

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*, The    Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. | ) ) ) ) ) | Case No. 09-10138 (KG)<br><br>Jointly Administered |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors

to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD

employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of

the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.


Dated: _____,
2013
         Wilmington, Delaware

                                    _____
                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE


9

P

## **EXHIBITS**

A- Prudential LTD Approval/Prudential Request to Apply for SSD

B-Social Security Approval

C – Prof of Claim

D –Flex Benefits Confirmation

E -Prudential Pay Stub and W2 Form

F- 2004 Nortel Plan Description

.

7

# Exhibit
# A

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

October 12, 2004

Ronald J Rose Jr
26 Pheasant Run
Ballston Spa, NY  12020

Claimant: Ronald J Rose Jr
Control #/Br: 39900  /  0B055
Claim #: 10670025
Date of Birth: 03/28/1971

|..||.||.|||....|.||....|.|.|

Dear Mr. Rose:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Nortel Networks, Inc. Group LTD Plan.  We have determined that you are eligible for benefits
effective October 22, 2004.

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees
must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is
approved by the Claims Administrator as establishing that you are unable to perform the
essential functions of your job.  This means that you cannot perform the work you were
normally performing at the time of your disability with or without reasonable accommodations
for the limitations resulting from your Illness or Injury.  In addition, you must be under the
regular care of the Physician who certifies your Total Disability and that Physician must have
treated you personally for the Illness or Injury causing the Total Disability for at least 31 days
before making the certification.  The proof that your Physician submits must be written proof of
objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total
Disability.  The Claims Administrator will approve or deny your Claim for LTD benefits at its
discretion.  Independent Medical Evaluations (IME's) may also be required at the Company's
expense in order to arrive at this final determination.  Your benefit will be denied if you do not
provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will
be considered unable to work if you cannot perform the work you were normally performing at
the time of your disability with or without reasonable accommodations for the limitations
resulting from your Illness or Injury.  After the first 18-months of covered Total Disability
(from the first date of STD), you will be considered unable to work if you are unable to perform
any reasonable occupation.  A "reasonable occupation" is any job you are or could become
qualified to do with your education, training or experience."

2

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

> For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

3

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $5,397.49 |
| Scheduled LTD Benefit (70.00%) | $3,778.24 |
| Less Any Social Security Benefits | -$   0.00 |
| Less Medical Insurance Premium | -$  93.28 |
| Less Dental/Vision/Hearing Insurance Premium | -$  24.14 |
| Less Spousal Life Insurance Premium | -$   1.63 |
| Less Child Life Insurance Premium | -$   1.25 |
| Less AD&D Insurance Premium | -$   5.36 |
| | |
| Adjusted Benefit | $3,652.58 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. Your LTD benefit is considered taxable sick pay income and is subject to Federal Income Tax (FIT) withholding. We will withhold FIT in accordance with your W-4 selection. FICA tax applies through October 31, 2004.

Under the Nortel Networks, Inc. Group LTD Policy, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB application process if it appears you will not be returning to work in the near future.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement" (copy enclosed).

If it appears that you will not be able to return to work at your regular occupation and there is no other sedentary jobs available for you to return to work to at Nortel Networks, Inc., Prudential would like to offer you vocational rehabilitation services (VRS) to assist you in returning to work at a sedentary position. Through this program we can select a qualified rehabilitation professional in your area to work with you. This representative of a private rehabilitation provider will begin by meeting with you to discuss and evaluate your skills, education, experience, and vocational interests. After the initial evaluation, you may be offered job placement, job retraining, and other vocational services to assist you in returning to work. If you are a candidate for VRS, someone from our office will be in contact with you and your physician regarding your participation.

If you will not be having surgery, we ask that you and your physician complete the enclosed forms, which will assist us in offering you vocational rehabilitation services. A return envelope is enclosed for your mailing convenience in replying.

Once you have a date for return to work, please call 1-(800) 842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

4

If you have any questions regarding your LTD claim, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

*David Moran*

David Moran
Disability Consultant

Enclosures

cc:   Nortel Networks, Inc.

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

October 21, 2005

Ronald J Rose Jr
26 Pheasant Run
Ballston Spa, NY  12020

Claimant: Ronald J Rose Jr
Control #/Br: 39900  /  0B055
Claim #: 10670025
Date of Birth: 03/28/1971

|ııllıılıllıııılıllıııılılı|

Dear Mr. Rose Jr:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Nortel Disability Group Plan.

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any *reasonable occupation*. A *"reasonable occupation"* is any job you are or could become qualified to do with your education, training or experience."

2

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

> For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

3

Periodically, we will contact you and your attending physician for updated medical information. Please continue to keep us advised of any changes in your medical condition and any future surgery dates.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.


Sincerely,

*David Moran*

David Moran
Disability Consultant


Nortel

Claims Services Provided by

**The Prudential Insurance Company of America**

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

December 23, 2004

Ronald J Rose Jr
26 Pheasant Run
Ballston Spa, NY  12020

Claimant: Ronald J Rose Jr
Claim #: 10670025
Date of Birth: 03/28/1971

lııılloılılllıııılılllıııılılıl

Dear Mr. Rose Jr:

At this time we request that you apply for Social Security Disability Benefits (SSDB) if you have not done so already.

Under the contract, you are required to make timely and diligent pursuit of SSDB through the Administrative Law Judge level.  **Your Long Term Disability (LTD) benefits may be reduced by an estimated SSDB amount if we do not receive your signed Reimbursement Agreement and proof of application.**

Prudential will not reduce your LTD benefit while your Social Security application and appeals are pending if you sign Prudential's Reimbursement Agreement, make timely and diligent pursuit of SSDB, and provide our office with proof of application.

After you have received a decision notice regarding your application for SSDB, you must submit a copy of the award certificate or denial notice to Prudential.  We will then make any necessary adjustments to your LTD benefit.

Though your LTD benefits from Prudential would be reduced by any SSDB you might receive, there are several very important reasons why Social Security entitlement would benefit you and your family.  These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future.  These include:

> Increased Disability benefits-Though you and your dependents' initial Social Security Benefits would be offset from your LTD benefit, your future Social Security cost of living increases would not.  Therefore, your combined benefit amount would increase each year with your Social Security increase not being subject to offset.

> Increased Retirement benefits-Social Security Disability entitlement "freezes" your Social Security earning record.  Social Security regulations stipulate that any years "wholly or partially within a period of disability" will be excluded from the computation of future benefits. Therefore, the amount of you and your spouse's eventual Social Security Retirement Benefits, or even a subsequent Disability or Survivors benefit, would be <u>substantially higher</u>, as these lost years of earnings would not be taken into consideration.

Tax-free income-Though effective January 1, 1984, a portion of an individual's Social Security benefits can be taxable if certain criteria are met, the majority of Social Security beneficiaries will continue to receive their benefits totally tax-free.

Medicare coverage-After you have received SSDB for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health protection.

Reduced health insurance premiums-Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.

To avoid an estimated SSDB being placed on your claim, please provide our office with a copy of your SSDB proof of application.

If you have any questions, please contact me at (800) 842-1718, extension 5598.

Sincerely,

*David Moran*

David Moran
Disability Consultant

# Exhibit
# B

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  March 20, 2005
Claim Number: ███████████

0316 MCS,PC7,I,BA,T122,153

000016989 02 MB   8.534

RONALD J ROSE JR
26 PHEASANT RUN
BALLSTON SPA, NY 12020-2912

You are entitled to monthly disability benefits beginning May 2004.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 4, 2003.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is May 2004.

**What We Will Pay And When**

- You will receive $17,830.00 around March 26, 2005.

- This is the money you are due for May 2004 through February 2005.

- Your next payment of $1,847.00, which is for March 2005, will be received on or about the fourth Wednesday of April 2005.

- After that you will receive $1,847.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153

C                                    **See Next Page**

# Exhibit
# C

**NORTEL NETWORKS CLAIM** FOR | **Date of birth** | LTD DATE | POC or today's date | Rel. 7

| | | | | |
|---|---|---|---|---|
| **Ronald J Rose Jr.** | | 3/28/1971 | 10/12/2004 | 2/1/2013 |
| GLOBAL ID | | 512331 | | |
| EMPLOYEMENT START DATE | | 7/4/1996 | | |
| YOUR ANNUAL SALARY | $ | 64,771.00 | GENR 1=M 2=F | 1 |
| marital status Married or Single | M | | #under 18 dep | 2 |
| Dependents over 18 at home/dorm and under 26 | | | | 0 |
| Did you have a 401k before 12/31/2007 and signed up for CARP ? Y/N | | | | y |
| what % did you sign for 2,4 or ? | | 4 | | |
| AGE IN MONTHS | | 502 | TO AGE 65 | 278 MONTH |
| If on work comp # of payments left | | 0 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MONTHLY SICK PAY FROM PRUDENTIAL | $ | 3,778.24 | | | $ | 1,050,350.72 | |
| ENTER SSDI MONTHLY OFFSET | $ | 2,617.10 | * minus | - | $ | 727,553.80 | |
| Medicare B reimbersement | $ | 110.50 | * plus | + | $ | 30,719.00 | |
| workcomp/settlement. payment * | $ | - | * minus | - | $ | - | |
| workcomp. Medical payment * | $ | - | * minus | - | $ | - | |
| Dependents SSDI offset from Form 2 | $ | 614.00 | * minus | - | $ | 25,788.00 | |
| **NET PAY** | $ | 657.64 | | | $ | 327,727.92 | |

ENTER EMPLOYER'S YEARLY AMOUNT FROM FLEX BENEFIT CONFIRMATION STATEMENT | Calculat column

| | | | | | |
|---|---|---|---|---|---|
| MEDICAL INS. | $ | 7,487.48 | $ | 173,459.95 | |
| DENTAL/VISION PREMIUM | $ | 914.16 | $ | 21,178.04 | |
| CORE LIFE INS. PREMIUM | $ | 63.96 | $ | 1,481.74 | |
| OPTIONAL LIFE INS. | | | $ | - | |
| A D&D INS. PREMIUM | $ | 46.80 | $ | 1,084.20 | |
| | | | | | |
| Dependent medical | $ | - | $ | - | |
| dependent dental/vision | $ | - | $ | - | 278 |
| | | | | | |
| COLA increase 3.6 % estimated for max | | | | | |
| if applicable 60% of 6 % (CPI) each yr | $ | - | $ | - | |
| % OF SALARY TO 401K CARP program | $ | 2,590.84 | $ | 60,021.13 | |
| | | | | | |
| qualified SEVERANCE paid WEEKS | | 20 | | | |
| SEVERANCE PAY IN WEEKS (calculated) | $ | 1,245.60 | $ | 24,911.92 | |

LIFE EXPECTENCY FOR US FROM U.N. CENSUS | MALE | 75.5 YEARS
RETIREE BENEFITS IN MONTHS ESTIMATES FROM mutual of omaha

| | | | | | |
|---|---|---|---|---|---|
| MEDICAL MULTPLIER(EXPT.YRS-65) | $ | 130.52 | $ | 16,445.52 | |
| LIFE INS. MULTPLIER(EXPT.YRS-65) | $ | 114.00 | $ | 14,364.00 | |
| LONG TERM CARE MULTP(EXPT.YRS-65) | $ | 224.00 | $ | 28,224.00 | |
| | | | | | |
| **CLAIM GRAND TOTAL** | | | $ | 668,898.42 | |

**Form 2**

| Dependents under 18 youngest one 1st | DATE OF BIRTH | MULTIPLIER IF TO AGE 18 > # OF MTHS TO 65 | SSDI offset | | # of Mtl to 18 |
|---|---|---|---|---|---|
| Dependent 1 | 7/19/2000 | 55 | $ | 307.00 | 55 |
| Dependent 2 | 7/27/1997 | 29 | $ | 307.00 | 29 |
| Dependent 3 | | 0 | $ | - | 0 |
| Dependent 4 | | 0 | $ | - | 0 |
| Dependent 5 | | 0 | $ | - | 0 |
| Dependent 6 | | 0 | $ | - | 0 |
| Dependent 7 | | 0 | $ | - | 0 |
| Dependent 8 | | 0 | $ | - | 0 |
| Dependent 9 | | 0 | $ | - | 0 |
| Dependent 10 | | 0 | $ | - | 0 |

TOTAL OFFSET TILL ALL DEPENDENTS TURN 18          $          25,788.00

# Exhibit
# D



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Ronald Rose Jr |
| Global ID: | 0512331 |
| Date of Birth: | 03/28/1971 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 64771.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care**<br>80/60 PPO, Anthem | EE & EE Chld | $ 55.44 | $1,441.44 | $7,487.48 |
| **Dental/Vision/Hearing Care**<br>COMP | EE & Family | $ 16.69 | $ 433.94 | $ 914.16 |
| **Short-Term Disability**<br>66 2/3% of Coverage Amt. Shown | | .$ 0.00 | $ 0.00 | $ 423.02 |
| **Long-Term Disability**<br>70% of Benefits Earnings . | | $ 5.75 | $ 149.50 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 77.88 | $2,024.88 | $8,824.66 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance**<br>1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 101.40 |
| **Optional Employee Life Insurance**<br>No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP**<br>$25,000 | $ 0.52 | $ 13.52 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)**<br>$10,000 Per Child | $ 0.36 | $ 9.36 | $ 0.00 |
| **Accidental Death & Dismemberment**<br>3x Benefits Earnings Family | $ 1.80 | $ 46.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 2.68 | $ 69.68 | $ 101.40 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Ronald Rose Jr                    0512331                    11/30/2011                    Page 2

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Vanessa Rose | xxx-xx-0534 | S | F | 06-25-1972 |
| Margret Rose | xxx-xx-0859 | C | F | 07-27-1997 |
| Nicholas Rose | xxx-xx-3206 | C | M | 07-19-2000 |

Ronald Rose Jr
26 Pheasant Run

Ballston Spa, NY   12020

# Exhibit
# E

| a Tax year/Form corrected | | OMB No. 1545-0008 | | | | |
|---|---|---|---|---|---|---|
| **2004  / W-2C** | | | | | | |

| b Employee's correct SSN | c Corrected name (if checked ☐ enter correct name in box e and complete box i) | d Employer's Federal EIN 22-1211670 |
|---|---|---|

**e/f Employee's name, address, and ZIP code**
RONALD J ROSE JR
26 PHEASANT RUN
BALLSTON SPA NY 12020

**g Employer's name, address and ZIP code**
PRUDENTIAL INSURANCE CO OF AMERICA
PO BOX 481
LIVINGSTON, NJ 07039

39900

| Complete boxes h and/or i only if incorrect on last form filed | h Employee's incorrect SSN | i Employee's name (as incorrectly shown on previous form) |
|---|---|---|

| 13 Previously Reported | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ | 13 Corrected | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ |
|---|---|---|---|---|---|---|---|

Note:   Only complete money fields that are being corrected.

| | Form W-2 box | (a) As previously reported | (b) Correct Information | (c) Increase (decrease) |
|---|---|---|---|---|
| | 1  Wages, tips, other compensation | | | |
| | 2  Federal income tax withheld | | | |
| **C H A N G E S** | 3  Social security wages | 1259.41 | 379.08 | (   880.33) |
| | 4  Social security tax withheld | 78.08 | 23.50 | (   54.58) |
| | 5  Medicare wages and tips | 1259.41 | 379.08 | (   880.33) |
| | 6  Medicare tax withheld | 18.26 | 5.50 | (   12.76) |
| | 7  Social security tips | | | |
| | 8  Allocated tips | | | |
| | | | | |
| | | | | |
| | 15  State/Employer's state ID Number   / | | | |
| | 16  State wages, tips, etc. | | | |
| | 17  State income tax | | | |
| | 18  Local wages, tips, etc. | | | |
| | 19  Local income tax | | | |
| | 20  Locality name | | | |

Copy B  To Be Filed With Employee's FEDERAL Tax Return

Form **W-2c** (Rev. 12-2002)     **Corrected Wage and Tax Statement**     Department of the Treasury
Internal Revenue Service

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)
025288-02-71-02-0-0-0-0



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
**September 24, 2012**

CNTRL#    0039900
CLAIM#    10670025
ID#    XXX-XX-1873

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

CLAIMANT    RONALD J ROSE JR

| DESCRIPTION | AMOUNT | | FROM 09/01/2012 | TO 09/30/2012 |
|---|---|---|---|---|
| LTD Claim Benefits | 3,778.24 | BENEFIT AMOUNT | | 3,778.24 |
| - SSDB | 2,617.10 | LESS OFFSET | | 2,617.10 |
| - Voluntary FIT | 50.00 | ADD'L BENEFITS | | 0.00 |
| - Medical | 120.12 | | | 1,161.14 |
| - Dental | 36.16 | LESS ADJUSTMENTS | | 0.00 |
| - Free Form 1 | 1.13 | | | 1,161.14 |
| - Free Form 2 | 0.78 | LESS DEDUCTIONS | | 212.09 |
| - Free Form 3 | 3.90 | | | |
| | | AMOUNT PAYABLE | | 949.05 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  **September 24, 2012**

Deposit Amount:          $949.05

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXX3567 | $949.05 |

To the Accounts of

RONALD ROSE JR
26 PHEASANT RUN
BALLSTON SPA          NY   12020

This is not a Check

Not Negotiable

# Exhibit
# F

- o   Home-based work,

- o   Reassignment to vacant positions,

- o   Acquisition or modification of tools, equipment, and/or furniture, and

- o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD. Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- •   You are no longer Totally Disabled,

- •   You die,

- •   You are no longer under the care of a Physician,

- •   You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- •   You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- •   Your employment with the Company ends.

# Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

# Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

# If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.