IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

James J. Lee (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, James J. Lee respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I joined Bell Northern Research (BNR), the R&D division of Northern Telecom after I graduated from UC Berkeley in 1986. The decision of my working for Nortel was based on the benefits it offered. Within weeks I was sent over to the headquarters at Ottawa to get trained with other newly hires. Upon return I was placed into the Meridian SL-1 PBX project, on which I stayed till I had to go on Long Term Disability in 2001.

2. Over a period of 15 years, I had begun as a junior programmer rising to the position of a senior project leader, involving in areas such as ISDN, Viking, Hotel Management, Network Management. At times I was sent all over the country to monitor the launching of new features and provide support in person and over the phone. Along the way, I was rewarded with special awards, stock options and very favorable annual reviews.

3. Unfortunately over time my health had also begun to deteriorate. I was diagnosed with a skin disorder. Scar tissues, or keloids, began to appear and gradually enveloped most of my body. Infections broke out uncontrollably and constantly. None of the antibiotics prescribed by the doctors and the specialists helped to lessen the pain or relieve the pain brought on by these ulcers. In recent years, new ulcers have developed on my feet. Mobility is extremely limited. My doctor prescribes morphine to try to relive the pain. Sometimes it helps a little, sometimes not at all. As rare as it is, my condition is not well researched and all the medical professionals (including specialists in the San Francisco Medical Center) who I have consulted have indicated there is no known cure.

4. I live with my elderly parents who are my sole caregivers. The hours of my days are now spent mostly on the maintenance of my ulcers. My income is spent mostly on the purchase of medical supplies (dressings, tapes, gauzes, cotton) and other essentials, a lot of which are neither covered by my medical plan nor Medicare.

## RELIEF REQUESTED

5. I request that the Debtors motion to Terminate the LTD Plans and the employment of the LTD Employees [DI#8067] be rejected.

6. If the employment of the LTD Employees has to be terminated, I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled. My Total Claim, which is based on my current Disability Benefits, Social Security awards, severance pay, and other medical care and insurance estimates, is $590,737.64. **[Exhibit A ; Supporting Exhibits B , C, D, E]**

7. I request that there is to be no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. When I first went on Long Term Disability, I was make aware of the fact that the amount I was awarded would be offset by any other compensation insurance (e.g. Social Security Disability Benefits) that I received or purchased. This and the promise that I would receive this Long Term Disability Benefits from Nortel Networks until age 65 [**Exhibit G**] have discouraged me from getting any other insurance. Now that my health conditions have worsened, it would be impossible for me to get new insurance. Nortel, in terminating my Long Term Disability Benefits, would put me in a drastic condition. *"You don't take away one's parachute when one is falling!"*

9. As recently as July 2012, Prudential has reconfirmed with my attending physician that my condition has not improved, is life-long and no treatment is effective.

10. As recently as October 12, 2012 Prudential has reconfirmed that my disability benefits will continue until I am 65. [**Exhibit F**]

## **EXHIBITS**

A – <u>Proof of Claim</u>

Proof Of Claim

| | |
|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | James Jerome Lee |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | 0197286 |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | July 27, 2001 |
| WHAT IS YOUR AGE (As Of January 1, 2013) ... | |
| Years | 49 |
| Months | 11 |
| [illegible] | [illegible] |
| YOUR ANNUAL SALARY PER YOUR 2012 FLEX BENEFITS CONFIRMATION STATEMENT | $ 81,070.00 |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ... | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0.04 |
| [illegible] | [illegible] |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | |
| SEVERANCE PERIOD | 28 |
| [illegible] SEVERANCE PAY | [illegible] |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ... | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ 4,053.50 |
| SSDI MONTHLY OFFSET | $ 1,820.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ 110.50 |
| [illegible] NET PAY | $ [illegible] |
| Estimates On What Replacement Coverage Would Cost You | |
| MEDICAL CARE | $ 2,000.00 |
| SUBSIDIZED PRESCRIPTION PLAN | $ - |
| DENTAL/VISION/HEARING CARE | $ 900.00 |
| CORE EMPLOYEE LIFE INSURANCE | $ 1,000.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ 1,000.00 |
| CLAIM GRAND TOTAL | [illegible] |

Page 1

B – <u>Social Security Disability Benefits Award letter</u>

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: October 28, 2001
Claim Number:

JAMES J LEE
1310 RICHMOND ST
EL CERRITO, CA 94530-2429

You are entitled to monthly disability benefits beginning July 2001.

**The Date You Became Disabled**

We found that you became disabled under our rules on January 18, 2001.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is July 2001.

**What We Will Pay And When**

- You will receive $7,280.00 around November 3, 2001.

- This is the money you are due for July 2001 through October 2001.

- Your next payment of $1,820.00, which is for November 2001, will be received on or about the second Wednesday of December 2001.

- After that you will receive $1,820.00 on or about the second Wednesday of each month.

The day we make payments on this record is based on your date of birth.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

If you have not already received a letter with our decision about your other disability application, you will receive one soon.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                                                  See Next Page

## C – 2012 Flex Benefits Confirmation Statement



**United States Benefits Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | James Lee |
| Global ID: | 0197266 |
| Date of Birth: | 01/06/1963 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 81070.00 |
| Events: | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

**CONFIRMED AFTER-TAX SELECTIONS**

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Waived Medical | WAIV | $ 0.00 | $ 0.00 | $ 540.80 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 529.36 |
| **Long-Term Disability** | | | | |
| 60% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 188.50 |
| Total Cost of Your Before-Tax Selections: | | $ 10.93 | $ 284.18 | $1,857.18 |

**CONFIRMED AFTER-TAX SELECTIONS**

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 127.92 |
| **Optional Employee Life Insurance** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Cost of Your After-Tax Selections: | $ 0.00 | $ 0.00 | $ 127.92 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## D – Excerpt from Nortel Termination Notice

EMPLOYEE DATA

Notice Date: 2010/08/31

| Employee: James Lee | Employee Number: 0197266 |

Continuous Service Date: 1986/10/06     Severance Eligibility Date: 1986/10/06

Employment Termination Date: 2010/08/31     Severance Stop Date: 2011/03/15

Employee Home Address:

1310 RICHMOND ST
EL CERRITO
CA     94530

Severance Period (for employees with at least 6 months of service): 28
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC 27709-3010
1-800-676-4636

V5.0

US Workforce Reduction
Page 3 of 8

## E – Prudential Insurance Monthly Paystub (Sept. 24th 2012)

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   E (2 of 2)
025242-02-79-02-0-0-0

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
September 24, 2012

CNTRL#   0039900
CLAIM#   10398703
ID#

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/OC2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   JAMES LEE

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 4,053.50 | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,720.10 | BENEFIT AMOUNT | 4,053.50 |
| - Dental | 23.68 | LESS OFFSET | 1,720.10 |
| - Mandatory FIT W4 | 239.39 | ADD'L BENEFITS | 0.00 |
| | | | 2,333.40 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 2,333.40 |
| | | LESS DEDUCTIONS | 263.07 |
| | | AMOUNT PAYABLE | 2,070.33 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:   $2,070.33

| Direct Deposit Distribution ||| 
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XX\*\*\*\*\*\*\* | $2,070.33 |

To the Accounts of

JAMES LEE
1310 RICHMOND STREET
EL CERRITO          CA   94530

This is not a Check                                           Not Negotiable

## F – Letter from Prudential confirming my claim status (October 12, 2012)

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 12, 2012

James Lee
1310 Richmond Street
El Cerrito, CA 94530

Claimant: James Lee
Claim No.: 10398703
Date of Birth: 1/6/1963
Control No./Br.: 39900 / 000RA

Dear Mr. Lee:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $2070.33 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through January 5, 2028, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

G – <u>Excepts from 2001 Short-Term and Long-Term Disability Plan</u>

## When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.
2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD
3. You are no longer under the care of a Physician.
4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.
5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period…*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

Disability •    16                                                         Plan Year 2001

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.
2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.
3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.
2. Appeal at the reconsideration level, if benefits are denied.
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

## Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

## Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

19    · Disability

## NOTICE

Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via priority mail. Other parties will receive notice through the Court's electronic filing system. James J. Lee respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein needs to be given.

**WHEREFORE**, James J. Lee respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate James J. Lee in full for LTD benefits projected to age 65; Total Claim being $590,737.64.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to James J. Lee.

October 16th 2012

James J. Lee
1310 Richmond Street,
El Cerrito, CA 94530
Telephone: 510-235-4626
Facsimile: N/A
Email: jj_8149@yahoo.com

*Appearing Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
      Wilmington, Delaware

                              HONORABLE KEVIN GROSS
                              CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.