## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline: Oct 22, 2012 at 10 a.m.** |
| | ) **Hearing Date: Feb 13, 2013 at 10 a.m** |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS MOTION TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Kerry W Logan (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this **Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.** In support of this Motion, Kerry W Logan respectfully represents as follows:

### BACKGROUND

1. In December 1989, I accepted a position as (Procurement Specialist) with Northern Telecom (Nortel). I had been working as an" Accountemps" temporary employee for about six months prior at Northern Telecom. They presented me with a Competitive Salary and Benefits Package.

2. Within the scope of my position and all promotions thereafter, among other responsibilities, I procured goods and services for the Nashville Headquarters Facility and Corporate Sales Force. I participated in contract negotiations (local & corporate) and supported the "Minority/Women Owned Business" program working towards government issued procurement guidelines for the

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ability for the company to secure Government Contracts for the sale of their products and services.

3. I became totally disabled in July 1994 with complications related to "Acquired Immunodeficiency Syndrome". Since then I have continued to have complications and opportunistic infections. PNP Pneumonia, Chronic Fatigue, Colectomy, Hip Replacement, COPD, and irreversible Neurological Damage from early HIV medications.

4. Due to the fact that I am still basically receiving the same LTD benefit amount from 1994, I have been in a financial hardship for some time. My current income level holds me just above the poverty line issued by the Federal Government. My monthly prescriptions total over $3,000.

5. If I were to lose my LTD and Medical benefits, it would be catastrophic for me. I would no longer be able to afford the basic necessities to remain self-sufficient. I could not afford basic apartment rent, etc. even with the government assistance I would then qualify for. I no longer have any family members alive that could provide me housing or assist me financially in any way.

## RELIEF REQUESTED

1. Reject the Debtor's motion to Terminate LTD plans until Kerry W Logan reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof of Claim".

2. My Total Claim is $304,807.85, which is a projection to age 65 for LTD benefits, welfare benefits, and my severance benefit that I feel Nortel is obligated to fulfill. In addition, welfare benefits beyond age 65 per the retiree plan that I qualify for.

## BASIS FOR RELIEF

1. Upon accepting my position with the company, I took full advantage of the Competitive Benefits Package that was offered to me by electing to pay higher premiums for added benefit coverage. (e.g.) 5 x core life insurance, premium dental plan, and 70% LTD benefit. I paid these premiums in good faith.

2. Unfortunately, in 1994 something devastating happened to me regarding my health. I would be forced on to the company's LTD insurance plan.

3. It was communicated to me from Cigna, Prudential and Nortel, (both written and verbal) over the years that my LTD Insurance benefits under **Cigna Group Long Term Disability Policy #2019429 and Prudential Group Long Term Disability Policy #39900** would continue until age 65. Welfare benefits would be governed by the current plan year and my retiree benefits were fully vested.

4. I was never notified that Nortel was the Underwriters of the Policy or that the LTD Plan was "Self-Insured".

5. It was never communicated to me that my benefits could be taken away as long as I provided proof of disability as per my contract.

6. I was never made aware of the risks of a "Self Insured" plan. Risks that I could evaluate and make an informative decision to secure an Insured Policy from another insurance carrier.

7. Cigna/Prudential letterhead and documentation grouped Insurance banners (Life, Accident, Disability) and Group Disability Insurance" providing the impression that they were the underwriters of the policy.

8. CIGNA and Prudential used the same policy numbers for life and disability giving the impression that LTD was underwritten by them as is the life insurance policy.

9. All Summary Plan Documents are contradictive and ambiguous. Other LTD documents are clearly misleading giving the impression that I was covered under a LTD Insurance Policy underwritten by Cigna and Prudential.

10. Every year, I received a "Benefits Confirmation Statement" that clearly indicated Nortel was paying an insurance premium on my behalf.

11. Nortel is seeking to terminate me and deny me of any compensation for the premiums I provided in good faith. This is fundamentally unfair to me as a disabled Nortel employee in light of the fact that there are sufficient funds in the Estate to make good on my claim and my fellow LTD participants claims.

12. Nortel is terminating me as to not pay my benefits and skirting their fiduciary obligations while providing unjust enrichment to their lawyers and bond holders.

13. Nortel's position is that I have no rights as an Individual, I have no rights as an employee that worked hard and served the company, I have no rights to compensation for premiums I paid in good faith, and I have no rights as a Long Term Disabled policy claimant.

# SUPPORTING DOCUMENTATION

## EXHIBIT A – Long Term Disability Checklist (1994)
*Benefit Payable to Age 65*

<u>p.2, #8 subsection b</u> – "Long Term Disability benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to your 65th birthday"

## EXHIBIT B – Reimbursement Agreement (1994)
*In Writing, Policy is issued by Life Insurance Company of North America (A CIGNA Company), not Nortel, and I must reimburse Life Insurance Company of North America for any overpayments.*

<u>P.1, Paragraph1</u>  - "I have filed a claim for benefits under the Group Long Term Policy #2019429 issued by Life Insurance Company of North American to Kerry Logan for a period of Total Disability beginning on 7-25-94.

<u>P.1, Paragraph 3,4,5</u> – "If I later receive Social Security Disability or Old Age Benefits for myself or my dependents, I will reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that results from these benefits."

"I understand that I must reimburse Life Insurance of North America only for the amount of this overpayment. I will make reimbursement in one lump sum, within 30 days after receiving my social security award. Life Insurance Company may, at its option, unilaterally recover the over payment by reducing further monthly benefits".

"I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy".

## EXHIBIT C – (CIGNA) Long Term Disability Benefit Claim Approval (1994)
*Cigna letterhead giving the impression that I had 3 types of Insurance policies with them, (Life-Accident-Disability), with references that I was a claimant for a policy under the account name of "Northern Telecom" issued by CIGNA.*
<u>Reference CIGNA Letterhead and information as formatted out in the "RE:" section of the document.</u>

"CIGNA Group Insurance" "Life-Accident-Disability"
"Claimant – Kerry W Logan","Account Name – Northern Telecom", "Company Name – Connecticut General Life Insurance Company"

## EXHIBIT D – Prudential Electronic Funds Transfer Authorization
*Prudential Financial misleading letterhead "Prudential Financial, Group Disability Insurance" and verbiage that states that I will reimburse the insurance company, not Nortel, for any misdirected payments or overpayment of funds.*

Reference Prudential letterhead and #4 of the document (disclaimer)

"any deposit made to an inactive account will be returned to Prudential and reissued as a manual check" and "In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments."

## EXHIBIT E – United States Benefits Confirmation Statement (2007)
*Benefit Confirmation Statement indicating that Nortel was paying an Insurance Premium on my behalf.*

Reference sub-headings "Long Term Disability/Nortel Cost per year = $62.14

## EXHIBIT F- Prudential Call Record (2007)
*Documented call by Prudential in the instance I was told by Prudential that my benefits were approved through May 22, 2027 and there would be no interruption in payment.*

Reference p.1, paragraph 1 – Prudential's call center documentation of incoming calls.

"ee inq if corres rec'd

adv ee aps and cs rec'd  12/4/07

adv ee bx aprvd thru 5/22/27

adv ee there will be no interruption in pmt

adv ee ck is sch to release 12/17/07

offered further asst/declined"

## EXHIBIT G – Proof of Claim
*Detailed worksheet supporting my claim for benefits that Nortel should be obligated to fulfill.*

### EXHBIT H – Supporting POC Documentation: Prudential Pay Stub

### EXHIBIT I - Supporting POC Documentation: *"HR SHARED SERVICES - TERMINATION NOTIFICATION" (statement of severance package in 2010)*

### EXHIBIT J – Supporting POC Documentation: *2011/2012 "Cobra Rates", "Benefit Continuation" (source=Nortel Website)*

### EXHIBIT K – Supporting POC Documentation: *Nortel letter dated 6/16/2010, indicating dollar amounts of life insurance eligible for conversion to whole life policy through Prudential*

### EXHIBIT L – Supporting POC Documentation: *"Prudential Life Insurance" – "Rate Calculation Sheet"*

## NOTICE

1.        Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Kerry W Logan respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

   **WHEREFORE**, Kerry W Logan respectfully requests the entry of an Order, in the form attached:

   Reject the Debtor's motion to Terminate LTD plans until Kerry W  Logan reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof of Claim".

   My Total Claim is $304,807.85, which is a projection to age 65 for LTD benefits, welfare benefits, and my severance benefit that I feel Nortel is obligated to fulfill. In addition, welfare benefits beyond age 65 per the retiree plan that I qualify for.

Dated: ___10/17/2012___

_____

Kerry W Logan
1207 High Hammock Drive #102
Tampa, FL 33619
Telephone: (813) 644-7793
Email:  kwlogan@embarqmail.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
|  | **Re: Docket No. 8067** |

## ORDER GRANTING MOTION FOR Kerry W Logan

Upon consideration of the Motion for Kerry W Logan's OBJECTION TO DEBTORS MOTION TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that Nortel Networks, (the debtor) shall compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded to Kerry w Logan in the amount of $304,807.85 per the "Proof of Claim" submitted to the Court.

ORDERED that Nortel Networks, (the debtor) will provide Annuity provisions for the lump sum compensation as to protect, Kerry W Logan,from undue tax burdens and liabilities.

ORDERED that Nortel Networks, (the debtor) will provide welfare benefits beyond age 65 per the retiree plan that Kerry W Logan qualifies for under the terms of the Nortel Retiree Benefit Plan.

ORDERED that the Motion is granted.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
       Wilmington, Delaware

                                  _____
                                  HONORABLE KEVIN GROSS
                                  CHIEF UNITED STATES BANKRUPTCY JUDGE

 **northern telecom**    Long Term Disability Checklist    BNR 

EMPLOYEE ___Kerry Logan___ BUS. UNIT _Nash HQ Procurement_ DEPT. # ___8420___

**PROCEDURE**

1. In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms:

   * *Reimbursement Agreement*. Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.

   * *Attending Physician's Statement of Disability Group Benefits*. Take this form to your treating physician to complete. CIGNA must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.

   * *Group Long Term Disability Claim Form*. Legibly complete, date, and sign the Claimant's Statement Sections. Return this form with your LTD package.

   * *W-4S Request for Federal Income Tax Withholding From Sick Pay*. Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request not to have federal income tax withheld by entering 0 in the appropriate space.

   * *Disability Questionnaire*. Complete this form and return with your LTD application.

2. Return the above forms (Your LTD package) and a copy of your **birth certificate or driver's license** to Health Services by_____. Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeopardize your employment status.

3. You and Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____+ Life Insurance_____ + Spousal Life_____+ Dependent Life_____ =_____Total.

Revised 4/29/94

## BENEFIT ENTITLEMENT, Cont.

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Northern Telecom, Dept. 1096, P. O. Box 13010, RTP, N.C.  27709, Ph# 1-800-676-4636.

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance appraisal period can be maintained.

7. Credit Association: No deductions are withheld for Credit Association accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Association.

8. Compensation fo Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week:

   a. Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Northern Telecom at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE: Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.

10. Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

**NT** Northern Telecom          **BNR** Bell Northern Research

# REIMBURSEMENT AGREEMENT

I have filed a claim for benefits under the Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North American to _KERRY LOGAN_ for a period of Total Disability beginning on _7-25-94_

I have read this policy or a description of its main features. I understand that LTD Monthly Benefits for any month are reduced by:

(1)   any disability or Old Age benefits I receive on my own behalf under the Federal Social Security Act; and

(2)   the amount of dependents receive for that month on account of my disability under the Federal Social Security Act; or

(3)   the amount of Old Age benefits my dependents receive for that month on my account under the Federal Social Security Act.

If my claim for Social Security Disability benefits is denied, I agree to ask Social Security Administration to reconsider my claim. If necessary, I will appeal my Social Security claim to the hearing level.

While I pursue Social Security benefits, I would like my LTD monthly benefit to be:

( )   Reduced          (X)   Not Reduced

by the amount of Social Security Benefits Life Insurance Company of North America assumes I and my dependents would have received had my social security claim not been denied.

If I later receive Social Security Disability or Old Age Benefits for myself or my dependents, I will reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that results from these benefits.

I understand that I must reimburse Life Insurance Company of North America only for the amount of this overpayment. I will make reimbursement in one lump sum, within 30 days after receiving my social security award. Life Insurance Company of North America may, at its option, unilaterally recover the overpayment by reducing future monthly benefits.

I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy.

X _____          _6/25/94_
        Signature                                   Date

_____
        Witness

10/1/92



CIGNA Group Insurance
Life·Accident·Disability

JULY 21, 1994

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9384
Telephone 214.907.6500
1.800.352.0611

MAIL: KERRY W LOGAN
      1112 OAKWAY CT
      NASHVILLE, TN 37214

TO:  KERRY W LOGAN
     1112 OAKWAY CT
     NASHVILLE, TN 37214

RE:  CLAIMANT      :  KERRY W LOGAN
     CERTHOLDER    :  ████████████
     POLICY KEYS   :  205900501350  001011
     ACCOUNT NAME  :  NORTHERN TELECOM INC
     COMPANY NAME  :  CONNECTICUT GENERAL LIFE INSURANCE COMPANY

WE ARE PLEASED TO ADVISE YOU THAT YOUR CLAIM FOR LONG TERM DISABILITY (LTD) BENEFITS HAS BEEN APPROVED.  YOUR FIRST CHECK WILL BE SENT SEPARATELY  IN THE AMOUNT OF $51.17 REPRESENTING BENEFITS DUE FOR THE PERIOD OF 07-25-1994 THROUGH 07-31-1994.

PLEASE REFER TO THE ENCLOSED LTD BENEFIT WORKSHEET WHICH SHOWS HOW YOUR BENEFITS WERE CALCULATED IN ACCORDANCE WITH THE PROVISIONS OF THE LTD CONTRACT.

YOU SHOULD BE AWARE OF THE FOLLOWING ITEMS CONCERNING YOUR LTD BENEFIT POLICY:

THE LTD CONTRACT PROVIDES BENEFITS AT 70.00% OF YOUR CONTRACTUALLY-DEFINED EARNINGS LESS OTHER APPLICABLE BENEFITS YOU RECEIVE OR ARE ENTITLED TO RECEIVE DUE TO YOUR DISABILITY.  BENEFITS COMMENCE FOLLOWING THE BENEFIT WAITING PERIOD WHICH ENDS ON 07-24-1994.  YOUR CURRENT NET BENEFIT OF $1534.17 PER MONTH WILL BE ISSUED AT MONTHLY INTERVALS AT THE END OF EACH BENEFIT PERIOD.  OF COURSE, PAYMENT OF FUTURE BENEFITS WILL DEPEND ON CERTIFICATION OF YOUR CONTINUING DISABILITY, AND ON OTHER, APPLICABLE CONTRACT PROVISIONS.

YOUR LTD BENEFITS ARE GENERALLY REDUCED BY ANY OTHER BENEFITS YOU RECEIVE, AND IF SO STATED IN YOUR CONTRACT, BY ANY SOCIAL SECURITY BENEFITS YOUR DEPENDENTS RECEIVE ON ACCOUNT OF YOUR SOCIAL SECURITY AWARD.  PLEASE NOTIFY US IMMEDIATELY IF YOU ARE RECEIVING OR SHOULD BECOME ENTITLED TO RECEIVE ANY INCOME FROM OTHER SOURCES SUCH AS SOCIAL SECURITY DISABILITY OR RETIREMENT, STATUTORY DISABILITY**, EMPLOYER SICK LEAVE, VA, WORKERS' COMPENSATION, NO-FAULT, EMPLOYER PENSION, ETC.

**IF YOU WORK IN CALIFORNIA, HAWAII, NEW JERSEY, NEW YORK, RHODE ISLAND, OR PUERTO RICO, YOU SHOULD BE ELIGIBLE FOR DISABILITY BENEFITS UNDER STATUTORY DISABILITY BENEFIT PLANS.

IF YOUR GROSS LTD BENEFIT IS TO BE REDUCED BY ANY SOCIAL SECURITY BENEFITS TO WHICH YOU ARE ENTITLED, YOU SHOULD HAVE ALREADY RECEIVED OR WILL BE RECEIVING

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

ADDITIONAL INFORMATION FROM US CONCERNING SOCIAL SECURITY.

YOUR LTD BENEFITS ARE CURRENTLY CONSIDERED TAXABLE INCOME FOR SOCIAL SECURITY (FICA) TAX, FEDERAL INCOME TAX (FIT), AND, IN SOME CASES, STATE TAX PURPOSES. FICA TAXES ARE MANDATORY AND ARE AUTOMATICALLY DEDUCTED FROM THE LTD BENEFITS ISSUED DURING THE 6 CALENDAR MONTHS IMMEDIATELY FOLLOWING THE MONTH IN WHICH YOU LAST WORKED.

FEDERAL INCOME TAXES MAY BE DEDUCTED FROM YOUR LTD BENEFITS ON AN ENTIRELY VOLUNTARY BASIS.  SHOULD YOU WISH TO HAVE ALL OR A PORTION OF YOUR FIT TAXES DUE ON YOUR LTD BENEFITS WITHHELD FROM YOUR LTD CHECK, YOU WILL NEED TO COMPLETE A FEDERAL TAX WITHHOLDING FORM (W-4S), WHICH YOU MAY OBTAIN THROUGH OUR OFFICE OR YOUR LOCAL IRS OFFICE, AND SUBMIT IT TO OUR OFFICE IN ORDER FOR WITHHOLDING TO COMMENCE ON FUTURE CHECKS.  THE LAW REQUIRES THAT YOU DESIGNATE ON THE FORM W-4S THE AMOUNT YOU WANT WITHHELD AND THAT THE AMOUNT BE NO LESS THAN $88 PER MONTH AND EXPRESSED IN WHOLE DOLLARS.  YOU MAY CANCEL OR CHANGE YOUR DEDUCTION AMOUNT AT ANY TIME BY COMPLETING ANOTHER FORM W-4S.

TO QUALIFY FOR BENEFITS UNDER YOUR LONG TERM DISABILITY CONTRACT, DURING THE FIRST 24 MONTHS  MONTHS, YOU MUST BE UNABLE TO PERFORM THE ESSENTIAL DUTIES OF YOUR OCCUPATION.  THEREAFTER, YOU MUST BE UNABLE TO ENGAGE IN THE ESSENTIAL DUTIES OF ANY OCCUPATION TO QUALIFY FOR BENEFITS, SUBJECT TO ANY OTHER BENEFIT LIMITATIONS STATED IN YOUR CONTRACT.  WE WILL BE REQUESTING PERIODIC UPDATES ON THE STATUS OF YOUR DISABILITY AND WE RESERVE THE RIGHT TO HAVE YOU EXAMINED BY A PHYSICIAN OF OUR CHOICE.

PLEASE NOTE THAT MONTHLY BENEFITS ARE PAYABLE ONLY WHILE YOU ARE UNDER THE CARE OF A LICENSED PHYSICIAN.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.

SINCERELY,

*Philip J. Roarke*

PHILIP J ROARKE
SENIOR BENEFIT ANALYST

CC: NORTRHERN TELECOM, INC.

**Claim Number :**  **10279474**                                         09/30/2012
**Claimant SSN:**   ###-###-8288
**Claimant Name :**  LOGAN

Subject: Claim: 10279474

ee inq if corres rec'd
adv ee aps and cs rec'd 12/4/07
adv ee bx aprvd thru 5/22/27
adv ee there will be no interruption in pymt
adv ee ck is sch to release 12/17/07
offered further asst/declined

Epiphany Call Doc ID
: 2244990  Request Type: Claim Information
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Address:

         Type:
Escalated: NO
Complaint: NO

**Reason:**          E-Claim status inquiry            **Direction:**      Incoming
**Call Date/Time:** 01/23/2008                         **Contact Name:**   Employee
**Made/Rec'd by:** Coleman, Vienna
Subject: Claim: 10279474

adv ptd 5/22/2027
ee inq if comp clm statement form rec
adv rec 12/4/07

Epiphany Call Doc ID: 2371839  Request Type: Claim Information
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Address:

         Type:
Escalated: NO
Complaint: NO

**Reason:**          E-Verified fax recvd              **Direction:**      Incoming
**Call Date/Time:** 01/23/2008                         **Contact Name:**   Employee
**Made/Rec'd by:** Fuchs, Carolyn

**Prudential 🜲 Financial**

# Prudential  Financial

**Group Disability Insurance**
**Electronic Funds Transfer Authorization**



## 1 Enrollment

To enroll in Prudential's Electronic Funds Transfer (EFT) payment service, please provide the following information. If you elect to have Prudential deposit the funds in your savings account, you must first check with your bank to obtain the correct bank transit routing number and account number for electronic deposit. Please note that a deposit slip does not contain acceptable banking information. If you have any questions, please call us toll free at (800) 842-1718.

## 2 Claimant Information

Employer Name
`NORTEL NETWORKS`

Claimant First Name
`KERRY`

Last Name
`LOGAN`

Social Security Number
(redacted) - (redacted) - (redacted)

Primary Phone Number
`407` - `864` - `6907`

## 3 Banking Information

Bank Name
`SUNTRUST`

Branch Telephone Number
`800` - `786` - `8787`

Type of Account (Select One)
○ Savings    ☒ Checking

Bank Transit Routing Number
`061000104`
*(Nine digit bank transit routing)*

Bank Account Number
`1000398877822`
*(Bank Account Number)*

## 4 Payment Plan Agreement

I authorize the Prudential Insurance Company of America to make electronic fund deposits of my disability benefit payment to my account. I understand that any deposit made to an inactive account will be returned to Prudential and reissued as a manual check. In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments.

I can cancel this authorization at any time by giving Prudential written notice. Any notice hereunder will not be deemed effective until Prudential has received my written notice.

Account Owner Name
`KERRY LOGAN`

Street Address
`16449 NELSON PARK DR APT#105`

City
`CLERMONT`

State
`FL`

Zip Code
`34714` -

X 
Account Owner Signature


`10` / `26` / `2005`
Date Signed

For Internal Use Only

Claim Number

`* 1 1 3 B 0 1 *`

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718    Fax: 1-877-889-4885

# N✦RTEL



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2009.  These selections remain in effect through 12/31/2009 unless your eligibility changes or you make changes due to a Status Change.  If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636  immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Kerry Logan |
| Global ID: Date of Birth: Pay | 0192247 |
| Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 26300.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/29/2008 |
| Prepared On: | 11/24/2008 |



## Total Cost Summary

This summary is for Benefits that are already approved.  If any coverage is pending, your costs may change later when approval is received.
**Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 80/60 PPO, Anthem | EE Only | $ 13.65 | $ 354.90 | $3,400.80 |
| **Dental/Vision/Hearing Care** COMP | EE Only | | | $ 240.50 |
| **Health Care Reimbursement Account** | | $ 4.39 | $ 114.14 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | |
| **Long-Term Disability** 60% of Benefits Earnings | | $ 0.00 . | $ 0.00 | $ 107.90 |
| | | $ 0.00 | $ 0.00 | $ 62.14 |
| **Total Cost of Your Before-Tax Selections:** | | $ 18.04 | $ 469.04 | $3,811.34 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 17.94 |
| **Optional Employee Life Insurance** 3x BENE Earnings Non-Smoker | $ 3.50 | $ 91.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** 5x Benefits Earnings Single | $ 0.67 | $ 17.42 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 4.17 | $ 108.42 | $ 17.94 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Prudential Insurance Company of America
Creditor and Serviced Provider
Explanation of Benefit L (2 of 2)
025166-02-27-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
September 24, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#   0039900
CLAIM#   10279474
ID#      XXX-XX-8288

CLAIMANT   KERRY W LOGAN

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,534.17 | | |
| - Voluntary FIT | 685.30 | BENEFIT AMOUNT | 1,534.17 |
| - Medical | 88.00 | LESS OFFSET | 685.30 |
| - Dental | 55.60 | ADD'L BENEFITS | 0.00 |
| | 23.68 | | 848.87 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 848.87 |
| | | LESS DEDUCTIONS | 167.28 |
| | | AMOUNT PAYABLE | 681.59 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount:      $681.59

Date:  September 24, 2012

Direct Deposit Distribution

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXX2096 | $681.59 |

To the Accounts of

KERRY LOGAN
1207 HIGH HAMMOCK DR
APT 102
TAMPA              FL   33619-7609

This is not a Check

Not Negotiable

FOR CURRENT EMPLOYEES » MAKING THE TRANSITION FROM NORTEL » 2011 / 2012 COBRA RATES

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Tue, 16 Oct 12 17:03:35 -0400.

Copyright © 2008-2012 Nortel Networks Inc. All Rights Reserved.

*(handwritten notes)*

MEDICAL - 421.63
X 12
5059.56

DENTAL PLUS - 75.03
MANDATORY EAP - 2.89
77.92
X 12
935.04

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
### PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Kerry Logan

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1989/12/04

EMPLOYEE ADDRESS:

16449 NELSON PARK DR  APT 105
CLERMONT
FL 34714

GLOBAL ID: 0192247

ENTITY: LTD      DEPT: 8900

EMPLOYEE STATUS:  Full Time: F
                          Part Time:

LOCATION : 438

LOCATION  DESCRIPTION:  NASHF

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

WITHHOLDINGS & AMOUNTS OWED
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

V5.0

I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Kerry Logan

Employee Number: 0192247

Continuous Service Date: 1989/12/04

Severance Eligibility Date: 1989/12/04

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/02/22

Employee Home Address:

16449 NELSON PARK DR APT 105
CLERMONT
FL      34714

Severance Period (for employees with at least 6 months of service): 25
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
        Mail Stop 570/02/0C2
        PO Box 13010
        4001 E. Chapel Hill-Nelson Hwy
        Research Triangle Park, NC  27709-3010
        1-800-676-4636

AS OF
10/2012 $ 27

V5.0



**Nortel**
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709

Tel: 1-800-676-4636

Kerry Logan
16449 Nelson Park Dr
Apt 105
Clermont, Florida 34714

June 16, 2010

Name of employee:  Kerry Logan

Global ID:  192247

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $27,000

Total amount of supplemental life insurance eligible to convert: $79,000

Name of spouse:  n/a

*106,000*
*Total*

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential:  39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later.  However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

**Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.**

HR Shared Services
1-800-676-4636

## Prudential Guaranteed Life (For Policies $100,000 +)

Standard rates per $1,000—A policy constant must be added to the total premium.
Please refer to the section "INSTRUCTIONS FOR CALCULATING PREMIUMS"

### UNISEX

| | | | | |
|---|---|---|---|---|
| 15 | 5.31 | 2.76 | 1.41 | 0.47 |
| 16 | 5.55 | 2.89 | 1.47 | 0.49 |
| 17 | 5.80 | 3.02 | 1.54 | 0.52 |
| 18 | 6.03 | 3.14 | 1.60 | 0.54 |
| 19 | 6.18 | 3.21 | 1.64 | 0.55 |
| 20 | 6.39 | 3.32 | 1.69 | 0.57 |
| 21 | 6.65 | 3.46 | 1.76 | 0.59 |
| 22 | 6.96 | 3.62 | 1.84 | 0.62 |
| 23 | 7.27 | 3.78 | 1.93 | 0.65 |
| 24 | 7.61 | 3.96 | 2.02 | 0.68 |
| 25 | 7.96 | 4.14 | 2.11 | 0.71 |
| 26 | 8.30 | 4.32 | 2.20 | 0.74 |
| 27 | 8.65 | 4.50 | 2.29 | 0.77 |
| 28 | 9.02 | 4.69 | 2.39 | 0.80 |
| 29 | 9.41 | 4.89 | 2.49 | 0.84 |
| 30 | 9.83 | 5.11 | 2.60 | 0.87 |
| 31 | 10.28 | 5.35 | 2.72 | 0.91 |
| 32 | 10.74 | 5.58 | 2.85 | 0.96 |
| 33 | 11.22 | 5.83 | 2.97 | 1.00 |
| 34 | 11.74 | 6.10 | 3.11 | 1.04 |
| 35 | 12.28 | 6.39 | 3.25 | 1.09 |
| 36 | 12.85 | 6.68 | 3.41 | 1.14 |
| 37 | 13.44 | 6.99 | 3.56 | 1.20 |
| 38 | 14.08 | 7.32 | 3.73 | 1.25 |
| 39 | 14.73 | 7.66 | 3.90 | 1.31 |
| 40 | 15.42 | 8.02 | 4.09 | 1.37 |
| 41 | 16.13 | 8.39 | 4.27 | 1.44 |
| 42 | 16.89 | 8.78 | 4.48 | 1.50 |
| 43 | 17.67 | 9.19 | 4.68 | 1.57 |
| 44 | 18.49 | 9.61 | 4.90 | 1.65 |
| 45 | 19.35 | 10.06 | 5.13 | 1.72 |
| 46 | 20.25 | 10.53 | 5.37 | 1.80 |
| 47 | 21.19 | 11.02 | 5.62 | 1.89 |
| 48 | 22.15 | 11.52 | 5.87 | 1.97 |
| 49 | 23.19 | 12.06 | 6.15 | 2.06 |
| 50 | 24.25 | 12.61 | 6.43 | 2.16 |
| 51 | 25.43 | 13.22 | 6.74 | 2.26 |
| 52 | 26.70 | 13.88 | 7.08 | 2.38 |
| 53 | 28.07 | 14.60 | 7.44 | 2.50 |
| 54 | 29.57 | 15.38 | 7.84 | 2.63 |
| 55 | 31.19 | 16.22 | 8.27 | 2.78 |
| 56 | 32.69 | 17.00 | 8.66 | 2.91 |
| 57 | 34.31 | 17.84 | 9.09 | 3.05 |
| 58 | 36.06 | 18.75 | 9.56 | 3.21 |
| 59 | 38.03 | 19.78 | 10.08 | 3.38 |
| 60 | 40.19 | 20.90 | 10.55 | 3.58 |
| 61 | 42.35 | 22.02 | 11.22 | 3.77 |
| 62 | 44.72 | 23.25 | 11.85 | 3.98 |
| 63 | 47.32 | 24.61 | 12.54 | 4.21 |
| 64 | 50.15 | 26.08 | 13.29 | 4.46 |
| 65 | 52.69 | 27.40 | 13.96 | 4.69 |
| 66 | 56.81 | 29.54 | 15.05 | 5.06 |
| 67 | 61.46 | 31.96 | 16.29 | 5.47 |
| 68 | 66.71 | 34.69 | 17.68 | 5.94 |
| 69 | 72.84 | 37.88 | 19.30 | 6.48 |
| 70 | 78.43 | 40.78 | 20.78 | 6.98 |
| 71 | 84.75 | 44.07 | 22.46 | 7.54 |
| 72 | 91.82 | 47.75 | 24.33 | 8.17 |
| 73 | 99.84 | 51.92 | 26.46 | 8.89 |
| 74 | 109.06 | 56.71 | 28.90 | 9.71 |
| 75 | 119.90 | 62.35 | 31.77 | 10.67 |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion.
Your rate is based on your age on the effective date of your policy.

Number of Units per $1,000
(E.g. $10,000 = 10 Units)                    ———

Rate per $1,000
(Refer to rate charts based on
amount of coverage being converted)          ———

Policy constant per premium mode
(Refer to page 3:                             ———
    $85.00 = annual mode
    $45.00 = semiannual mode
    $23.00 = quarterly mode
    $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

Please note that your rate will be based on your age on the
effective date of your policy.                ———

*[handwritten]* LIFE @ 100,000

AD+D @ 100,000

74062 QUARTERLY

296248 ~ANNUALLY

5