IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) | Case No. 09-10138 (KG) |
| Debtors. | ) ) ) | Jointly Administrated |
| | ) ) ) | Objection Deadline: Oct. 22, 2012 at 10 a.m. <br> Hearing Date: Feb. 12, 2013 at 10 a.m. <br> RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

## LIST

1. I am 62 year old female with a disability from a back injury that I incurred while on a business trip for a Nortel Federal Inc. in September in 1994 after only 9 weeks of working. During 1994-2004 I had 3 spinal and 1 cervical surgeries. However, I continued to work and support the Nortel Government market in their efforts to grow U.S. secure telecommunications market through 4 (four) unique and complicated re-organizations before being forced out on LTD. Now they are even taking away my disability income and medical benefits that they promised for my services.

(continued on Attached List)

Name:    Bonnie Jean Boyer

Address:    305 W Juniper Avenue
            Sterling, Virginia 20164-3724

Phone #:    703-430-1491

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

LIST (Continued)

2. In 2006 I endured my 4th and final spinal surgery that made it impossible for me to return to a career that I worked hard for and that I loved.

Not only, did I lose my career but I also lost my dignity as the main breadwinner of the household.

3. My yearly salary at the time I went out on LTD was $113,400.00 annually plus a Management Bonus Award voted and Issued by the Board of Directors based on the financial success of the business.

4. My position at the time of my departure was Corporate Vice President, Government Security. Government Security was a crucial and unique function to the business structure of doing business with any many U.S. Government organizations/agencies which was very important to NFSI, a major subsidiary to the Canadian parent Nortel Networks Inc. I supported those efforts Diligently until the day I was forced into LTD.

5. I continue to pay for the following benefits:

| | |
|---|---|
| Medicare  Part B | Paid thru my Social Security Disability monies |
| *Blue Cross/Blue Shield | Paid thru my Nortel LTD monies |
| *Secondary Medical | Paid thru my Nortel LTD monies |
| *Dental | Paid thru my Nortel LTD monies |
| *Pay for spousal coverage as well | |

LIST (Continued)

6.     CONCLUSION: In essence If Nortel is allowed to terminate the benefits I worked for, you will be taking away my monetary livelihood and what little dignity I have left. As Each day goes by I wake up wondering what will I be facing, what will I be able to do today?

Will I be able to move easily? Will I be in so much pain that I will snap at my husband for every little thing, or cry if I even pick up a plate? Can I even sit through a half of my grandchild's soccer game or do I have to once again tell them that Mawmaw can't come because she is in too much pain. Even the stress of this legal process has had an impact on the pain level.

However, never , ever when my physician told me that if I wanted to continue to walk or did I want to be confined to a wheelchair or bed for the rest of my life if I think I would be looking at losing my home or not being able to pay for healthcare. Things like that happen to other people, NOT ME! But, it is ME!!!

7.     RELIEF REQUESTED: Reject Debtors Motion To Terminate LTD Plan or if Rejected PLEASE Compensate Per My Proof of Claim As Indicated.

## EXHIBITS

| | |
|---|---|
| Exhibit A | Prudential Letter Acceptance of LTD dtd 23 Oct 2006 (3 Pages) |
| Exhibit B | Notification of transfer of my employment from Nortel Federal Solutions Inc. To Nortel Networks Inc. dtd 12/19/2006 (3 Pages) |
| Exhibit C | Notification that Benefits From NFSI were being terminated 12/19/2006 (3 Pages) |
| Exhibit D | Social Security Award Notification dated May, 28 2007 (3 Pages) |
| Exhibit E | Proof Of Claim (1 Page) |
| Exhibit F | Current Monthly Disability Benefits (1Page) |
| Exhibit G | Ltr from Prudential stating LTD Benefits through September 26, 2015 (1 page) |
| Exhibit H | Nortel Document "Identifying " *"intended to assist you in planning for future Retirement and financial security and to help protect you from medical and medical and financial catastrophe late in life."* |

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 5599
Fax: (877) 889-4885
Website: www.prudential.com/inst/gldi

October 23, 2006

Bonnie J Boyer
305 W Juniper Ave
Sterling, VA 20164

Claimant: Bonnie J Boyer
Claim No.: 10857056
Date of Birth: 09/27/1950
Control No./Br.: 39900 / 0B057

Dear Ms. Boyer:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective October 24, 2006.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.
>
> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

> Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical

*Exhibit A page 1 of 3*

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $9,450.00 |
| Scheduled LTD Benefit (66.667) | $6,300.03 |
| Less Spousal Life | -$10.35 |
| Less Medical Insurance Premium | -$237.50 |
| Less Dental/Vision/Hearing Premium | -$22.44 |
| Less Accidental Death & Dismemberment Premium | -$2.89 |
| Adjusted Benefit | $6,026.85 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. Your LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Exhibit A    page 2 of 3

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
    - Unemployment compensation benefits,
    - No-fault wage replacement benefits,
    - Statutory disability benefits,
    - Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
    - the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have any questions, please contact me at (800) 842-1718, extension 5599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

Exhibit A   page 3 of 3

# N⊘RTEL



December 19, 2006

Bonnie Boyer                                    VIA FEDERAL EXPRESS
305 W. Juniper Ave.
Sterling, VA 20164

Dear Bonnie,

As you are probably aware, we currently anticipate that your employer, Nortel Federal Solutions Inc. ("NFSI"), will be merged into Nortel Government Solutions Incorporated (the "Merger") as of 11:59 p.m. Eastern on December 31, 2006 ("Effective Date"). As a result of the Merger, Nortel Government Solutions Incorporated ("NGSI") will be the surviving company and NFSI will cease to exist as of the Effective Date. Individuals who are employed by NFSI as of the Effective Date will automatically become employees of NGSI on January 1, 2007, if the Merger occurs as expected, and their terms and conditions of employment, including benefits, will be those offered by NGSI, which are somewhat different than terms and conditions of employment of NFSI. Since NFSI was formed in 2005 and until the Effective Date, terms and conditions of employment of NFSI, including benefits, have generally been the same as those offered by Nortel Networks Inc. ("NNI").

We understand that you are currently on a leave of absence from NFSI. In an effort to accommodate you by providing the opportunity for you to continue benefits offered by NNI and to avoid adverse benefit changes, particularly with respect to benefits associated with leaves of absence, that would result from your becoming employed by NGSI while you are on leave, NNI is offering you employment commencing on January 1, 2007. This employment offer is conditioned upon (i) the Merger occurring on the Effective Date, (ii) your being employed by NFSI and on an approved leave as of December 31, 2006, and (iii) your satisfying the other obligations set out in this letter and other enclosed materials (collectively, the "Offer"). If you accept this Offer, your leave will continue after the Effective Date, provided that you meet the requirements of the NNI leave of absence policy, and you will continue to be eligible for the benefits offered by NNI under the terms and conditions of the applicable NNI benefit plans. Any accrued unused vacation that you have with NFSI as of the Effective Date, which is eligible for carryover into 2007 under NFSI policies, will transfer with your employment to NNI. Some of the details of the other NNI terms and conditions of employment for which you would be eligible, including benefits, or that would apply to you as an NNI employee can be found on Services@Work – U.S. Please note that, if there are any discrepancies between the information in this Offer and an applicable NNI procedure, program, policy, benefit plan or compensation plan, the actual NNI procedure, program, policy or plan document will, in all cases, govern. Further, NNI reserves the right, at any time and without prior notice to, or consent by any employee, to amend or discontinue any procedure, program, policy, or plan, regardless of whether such procedure, program, policy or plan is or is not referenced in this Offer.

Exhibit B    Page 1 of 3

It is anticipated that your employment with NNI will only be for the period that you are on an approved leave. Upon the end of your approved leave, NGSI will determine your eligibility for employment with NGSI and if it has an available position for which you are qualified. If you are not offered employment with NGSI after your approved leave of absence ends, your NNI employment will be terminated and you will be eligible for applicable termination benefits that NNI offers, if any, at that time. Notwithstanding the foregoing, this Offer is for employment that is terminable at the will of either party at any time and for any reason and is not an employment agreement for a year, for the period of your leave or for any other specified term.

By accepting this Offer, you authorize NNI to deduct from any monies that may be owed to you, including, without limitation, salary, vacation pay, expense reimbursements, severance, signing bonus, relocation, incentive or commission payments, to the extent permitted by applicable law, any amount that you owe NNI or its subsidiaries or affiliates or that may arise from your employment relationship with any of those entities.

In addition to the earlier stated conditions, this Offer of at will employment is conditional on the following:

- Your providing documentation to establish your identity and eligibility for employment in the United States as required under the Immigration Reform and Control Act of 1986. Please review the enclosed "List of Acceptable Documents", and bring the appropriate ones to Christina Correira, Vice President, Human Resources, who will receive and examine them on behalf of NNI, no later than close of business on January 3, 2007.

-Your signing and returning all the documents listed below with your signed Offer:

- Employment Agreement and Acknowledgement of Notification Regarding Limits on Assignment of Inventions
- Determination of Eligibility to Work on Jobs Affected by U.S. Export Control Laws
- Conflict of Interest document (related documents are enclosed for your review)

If you do not accept this Offer and satisfy the conditions set out in it, you will become an employee of NGSI as of January 1, 2007, as described in the initial paragraph of this letter if the Merger occurs as anticipated. We have enclosed for your information a memorandum to current NFSI employees that explains the impact of the Merger on their NFSI terms and conditions of employment. NGSI has information about its terms and conditions of employment and, if you would like more information about NGSI, you should contact Christina Correira at 703-769-4755.

Once you have read the complete contents of this Offer, please confirm your acceptance of the Offer by signing the duplicate of this letter and returning it to Desmond Correia at Nortel, 600 Technology Park Drive, Billerica, MA 01821 (Attn: Desmond Correia) by no later than close of business on December 22, 2006, along with the other required documents listed above. Because of the proximity of this deadline to the date of this letter, you can alternatively fax this letter and required documents to Mr. Correia at 978 288 – 4847 by December 22, 2006, and then send the originals by mail to him at the address above as soon as possible. If you have not returned

Exhibit B Page 2 of 3

the signed duplicate of this letter, as well as the other required documents to Mr. Correia by close of business on December 22, 2006, or the other conditions of this Offer are not satisfied, this Offer will become null and void.

If you have any questions regarding this employment at will offer, please feel free to call me at 978-288-6165 or, in my absence, Mr. Correia at 978-288-6850.

Sincerely,

Amy VanFleteren

Enclosures


Acceptance:

I, Bonnie Boyer, have read, understand, and accept this conditional offer of employment at will with NNI effective as of January 1, 2007, under the terms and conditions set forth in this Offer.

Signature: _/s/ Bonnie Boyer_    Date: _12/21/2006_

Exhibit B Page 3 of 3



December 19, 2006

To: NFSI Employees

From: Nortel Global Employee Services

Subject: Effect of Anticipated Merger on Employment

Absent unanticipated developments, we currently expect that your employer, Nortel Federal Solutions Inc. ("NFSI"), will be merged into Nortel Government Solutions Incorporated (the "Merger") as of 11:59 p.m. Eastern on December 31, 2006 ("Effective Date"). If the Merger occurs as expected, you will automatically become an employee of Nortel Government Solutions Incorporated ("NGSI") as of January 1, 2007 without any action on your part.

The purpose of this memorandum is to explain the effect of the anticipated Merger on your Nortel payroll services, compensation and benefit programs and other general administrative matters that have been applicable to you as an employee of NFSI. Information in this memorandum related to dates is based on the assumption that the Merger will occur on December 31st, and any change in that date would affect other dates in the memorandum.

Any Nortel services, compensation, benefits or other programs that you currently receive or for which you are currently eligible will end as of the Effective Date unless this memo states expressly that they will be continued after the Effective Date.

## PAYROLL SERVICES

You will receive your last regular pay from Nortel US Payroll on December 29, 2006. This payment will cover the regular hours scheduled to be worked through the Effective Date. Any overtime payment or other pay premium (e.g. on-call) payment to which you may be entitled, which was earned on or before the Effective Date AND timely reported to Nortel US Payroll, will be paid in your December 29th paycheck. If Nortel US Payroll has not received sufficient advance notice of overtime or pay premium earned prior to the Effective Date, adjustments may be required on your first NGSI paycheck to address any overpayments or underpayments. It will be your responsibility to work with the NGSI Payroll team on any unreported time or premium worked prior to the Effective Date. NGSI will engage Nortel US Payroll Services to resolve any pay-related questions.

Voluntary deductions (medical, life, etc) will not be taken from the final paycheck. Garnishment or any other involuntary deductions from your pay, e.g. child support, will be pro-rated and the applicable amount will be deducted from your last Nortel paycheck. Nortel US Payroll will provide the applicable garnishment or involuntary deduction information to NGSI for payroll deduction setup, including your first paycheck from NGSI in January 2007.

You should anticipate receiving a W-2 from Nortel Networks Inc. for the portion of the 2006 tax year you were employed by Nortel by mid-February 2007. Please allow 2 weeks and if there are questions or issues, call Nortel HR Shared Services.

If there are further questions or clarifications required please feel free to contact Nortel HR Shared Services at 1-800-676-4636.

## FOR SALES COMPENSATION PLAN PARTICIPANTS

If you are currently a participant in Nortel's Sales Compensation Plan, any outstanding commission payments for which you are eligible that have not been paid by Nortel US Payroll prior to the Effective Date, will be paid to you through NGSI payroll after the Effective Date.

Nortel will continue to administer the Transportation Program. If you are currently assigned a Nortel lease vehicle or are given access to a Nortel pool vehicle, that sales tool will continue after the Effective Date provided you remain eligible. If you are currently provided a vehicle allowance, payments will continue after the Effective Date through NGSI payroll provided you remain eligible.

Exhibit C

Page 1 of 3

## CAPITAL ACCUMULATION AND RETIREMENT PLANS

### RETIREMENT INCOME PLAN (RIP)

If you are currently participating in the Traditional or Balanced Capital Accumulation and Retirement Program ("CARP") options, you will continue to participate in the Nortel Networks Retirement Income Plan (PSP or Cash Balance Plan) as an NGSI employee after the Effective Date. New accruals or contributions in the Retirement Income Plan will be made through 2007 and the plan will be frozen as of January 1, 2008 per the previously announced Nortel CARP changes. As an active participant in the Retirement Income Plan, you will not be able take a distribution from the RIP until you have terminated employment with NGSI (and other companies within the Nortel controlled group of companies). [Amy: I spoke to Daniel and he confirmed that the language about "controlled group of companies" applies here just as with the LTIP.]

If you have questions about the Nortel Networks Retirement Income Plan, please call 1-800-676-4636 or ESN 352-4636.

### NORTEL LONG TERM INVESTMENT PLAN (LTIP)

Your contributions, if any, to the LTIP will end on the Effective Date. NGSI will inform you about your opportunity to participate in its 401(k) plan after the Effective Date.

Participants with 401(k) loans in the LTIP may continue their loan repayments through the Automatic Clearing House (ACH) with payments made directly to the plan trustee from the participant's checking account. If a participant chooses not to pay off his or her loan balance and does not begin ACH payments immediately, the loan will default and the remaining principal will be reported to the IRS as a taxable event.

A participant cannot take a distribution from the Nortel Networks Long Term Investment Plan until he or she has terminated employment with NGSI (and other companies within the Nortel controlled group of companies).

Call Hewitt at 1-800-726-0026 for additional information and/or to initiate transactions including a new loan.

### DEFERRED COMPENSATION PLAN

If you are currently making deferrals (payroll contributions) or have an account balance in the U.S. Deferred Compensation Plan ("Deferred Plan"), you will not be permitted to make further contributions to the Deferred Plan after the Effective Date. However, your account will not close. You will continue to have access to your account after the Effective Date and your previously elected distribution (payment) options will remain in place.

### NORTEL STOCK PURCHASE PLAN (NSPP)

NGSI is a participating company in the Nortel Stock Purchase Plan. If you are currently eligible to participate in the NSPP, i.e. you did not elect the Traditional option of the Capital Accumulation and Retirement Program, you will continue to be eligible to participate in the NSPP after the Effective Date as an employee of NGSI. If you are currently participating in the NSPP, your existing NSPP contribution election will continue in effect after the Effective Date and NGSI payroll will make the necessary deductions from your pay.

### NORTEL NETWORKS STOCK OPTION PLAN(S) AND ASSUMED PLANS

NGSI is a participating company in the Nortel Network Stock Option Program. No change will be made to any Nortel Stock Options you may have as a result of the Merger when you become an employee of NGSI.

### SUCCESS

If you are currently a participant in the Nortel Networks Limited SUCCESS Incentive Plan ("SUCCESS Plan"), your participation will end on the Effective Date. However, you will remain eligible for an award under the SUCCESS Plan for calendar year 2006 under the terms and conditions of the SUCCESS Plan. Any award made to you will be paid through NGSI payroll on or about the date that SUCCESS awards are paid to other eligible SUCCESS participants employed in the U.S. There is no guarantee that any SUCCESS awards will be paid for calendar year 2006 or that you will receive an award.

3

Exhibit C    Page 2 of 3

## GENERAL ADMINISTRATION

### EVS / EXPENSE CLAIMS

All known, outstanding business expenditures should be vouchered and submitted through EVS as soon as possible, prior to the Effective Date.

Business expenses incurred, but not vouchered prior to the Effective Date, will need to be submitted to NGSI for review and reimbursement.

### CORPORATE AMERICAN EXPRESS CARDS

In accordance with the contract between Nortel and American Express, AMEX card accounts, including purchasing cards, will be converted from Nortel to NGSI immediately following the Effective Date. The current card and account numbers can be used. Please call American Express Corporate Services at 905-474-9329 if you have any additional questions.

Exhibit C   Page 3 of 3

4

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date: May 28, 2007
Claim Number: 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HA

000076 MCSM73 N3 2.200

BONNIE J BOYER
305 W JUNIPER AVE
STERLING, VA 20164-3724

We have approved your application for disability benefits. Your entitlement date is October 2006.

Any future payments will be based on your current monthly benefit rate of $1,996.70.

**The Date You Became Disabled**

We found that you became disabled under our rules on April 22, 2006.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is October 2006.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| October 2006 | $1,907.60 | Entitlement began |
| December 2006 | $1,970.50 | Cost-of-living adjustment |

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

See Next Page


Exhibit D Page 1 of 3

January     2007      $1,996.70      Credit for additional earnings

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

**Your Responsibilities**

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

**Do You Disagree With The Decision?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.


Exhibit D Page 2 of 3

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. However, if you have any specific questions, you can call us at 1-800-772-1213. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
9500 CENTER STREET
MANASSAS, VA 20110

MN-J. Buria
703-365-8401



If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Michael J. Astrue
Commissioner
of Social Security

Exhibit D Page 3 of 3

Proof Of Claim

Bonnie J. Boyer

0246544

April 15, 2006

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**
Years                                                                                          **62**
Months                                                                                         **4**
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013         748
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"             32

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**           $ 113,400.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.02
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...   $  -

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**
SEVERANCE PERIOD                                                                     22
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                            $ 2,180.77     $ 47,976.92

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                   $ 6,300.03      $ 201,600.96
SSDI MONTHLY OFFSET                                                        $ 1,996.70      $ 63,894.40
Medicare Part B Reimbursement Per LTD Plan                                 $ 110.50        $ 3,536.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                 $ 4,413.83      $ 141,242.56

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE                                                               $ 974.95        $ 2,599.87
SUBSIDIZED PRESCRIPTION PLAN                                               $ -             $ -
DENTAL/VISION/HEARING CARE                                                 $ 1,826.28      $ 4,870.08
CORE EMPLOYEE LIFE INSURANCE                                               $ 1,500.00      $ 4,000.00
ACCIDENTAL DEATH & DISMEMBERMENT                                           $ 300.00        $ 800.00

**CLAIM GRAND TOTAL**                                                                      $ 201,489.43

EXHIBIT E

Prudential Insurance Company of America — Explanation of Benefit
Disability Claim Services Provider

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA    PA    19176
800-842-1718

Date: September 24, 2012

CNTRL# 0039900
CLAIM# 10857056
ID# XXX-XX-1960

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC    27709-3010

CLAIMANT    BONNIE J BOYER

| DESCRIPTION | AMOUNT | FROM 09/01/2012 | TO 09/30/2012 |
|---|---|---|---|
| LTD Claim Benefits | 6,300.03 | BENEFIT AMOUNT | 6,300.03 |
| - SSDB | 1,807.10 | LESS OFFSET | 1,807.10 |
| - Medical | 262.45 | ADD'L BENEFITS | 0.00 |
| - Dental | 48.01 |  | 4,492.93 |
| - Mandatory FIT W4 | 747.61 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 1 | 10.23 |  | 4,492.93 |
|  |  | LESS DEDUCTIONS | 1,068.30 |
|  |  | AMOUNT PAYABLE | 3,424.63 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:    $3,424.63

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXX6745 | $3,424.63 |

To the Accounts of:
BONNIE BOYER
305 W JUNIPER AVE
STERLING    VA    20164

This is not a Check    Not Negotiable



Exhibit F — Page 1 of 1

Claims Services Provided by

**The Prudential Insurance Company of America**

Sophie Costanza
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

September 25, 2012

Bonnie J Boyer
305 W Juniper Ave
Sterling, VA  20164

Claimant: Bonnie J Boyer
Claim No.: 10857056
Date of Birth: 9/27/1950
Control No./Br.: 39900  /  0B057

||||||||||||||||||

Dear Ms. Boyer:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Inc.Group Policy with Prudential.

You are receiving $3424.63 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through September 26, 2015, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Exhibit G Page 1 of 1

 

Promises-the Debtors made that we counted on and worked toward as a team some for as many as 15, 20, even 30 or more yrs only to now lose everything!

## New Benefits for the 1990s

**Choice, Flexibility and Improvements Characterize Benefits Changes**

### For the Future

The company relies entirely on employees like you. These benefits changes are part of a 1990's strategy to help keep you and your family healthy, productive, and happy, while holding down rising medical care costs. They are also intended to assist you in planning for future retirement and financial security, and to help protect you from medical and financial catastrophe late in life. Finally, they aim to help you in times of personal or family crisis. This benefits strategy for the '90s is one more example of our commitment to you, both now and in the future.

Northern Telecom and BNR are pursuing Vision 2000 and excellence in everything we do. To achieve our objectives, we must provide total customer satisfaction, technological leadership, and marketing and service excellence. We also have to attract and retain the most talented and capable people available.

In meeting these goals, our human resources programs and systems are continuously reviewed to ensure they are appropriate to delivering solutions for employee and business needs. For example, last year we enhanced the Managing For Achievement (MFA) process. This year, we strengthened the Key Resource Development (KRD) program. Now we are instituting the new organization bands and compensation structure. In 1991, we are introducing a new strategy for employee benefits for the 1990s.

This benefits strategy is based on increasing choice and flexibility for you and your family and providing new benefits and improvements to existing programs, while improving business and cost-effectiveness. Often overlooked or not fully understood is the fact that employee and family benefits can significantly enhance your quality of life by sheltering you from high medical costs, providing low cost life insurance, and helping you plan for your retirement years.

We are launching a new benefits strategy for the decade of the '90s by introducing a number of enhancements over the next several years. The benefits are designed to add new services, hold down costs, and give you more options in selecting benefits which suit your individual needs.

We will implement the first of these changes during 1991. They include new options in Medical Coverage, a new program of Vision Care, enhancements to the Employee Thrift/Savings Plan, additional Family Care benefits, and new options for Post-retirement benefits.

This brochure has been mailed to your home to alert you and your family to these changes. Detailed information on each benefit will be provided at special meetings at work and through additional communications in your business newsletters. You will have the opportunity to sign up for these benefits at a later date.

Please look inside to learn more about the 1991 benefits enhancements. They are part of the company's effort to attract and retain people like you, the most talented and capable people available.

Exhibit H  Page 1 of 1