**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Objection Deadline: Oct. 22, 2012 at 10 a.m.
Hearing Date:        Feb. 13, 2012 at 10 a.m.
RE:                       D.I. # 8067 ?

## OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Caroline Underwood (the LTD employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees  .In support of this Objection, Caroline Underwood respectfully represents as follows:

### BACKGROUND

1. I am a 57 year old woman who has Systemic Lupus and Polymyositis.  I became disabled in 1999.  Prudential validated my Long Term Disability claim in January of 1999.

2. I have continued to be qualified as Long Term Disabled since that time and have suffered from further limitations from the two diseases.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Caroline Underwood

3.  I was actively employed by Nortel beginning in April 1976 and when my health required I go on disability I was working as an Executive Management Trainer in the Installation Department.

4.  I was a proud Nortel employee and gave 100% plus to my job. I was paid for what I did but also felt that the promised benefits package of working there were also a large part of my reward for my continued loyalty to the company.

5.  I did not leave by my choice but only when my body no longer allowed me to work effectively for the company.

6.  I am also classified as Social Security Disabled.

7.  My husband and I have been through a lot over the years with my disability and losing my benefits and medical coverage will become a substantial financial hardship for us.

## RELIEF REQUESTED

8.  I, Caroline Underwood, respectfully request that you reject the Debtor's Motion to Terminate LTD Plans until I reach age 65 or compensate me for the "promise" of the benefits (including insurance income replacement plus other LTD benefits as outlined in the various Summary Plan Documents) to be awarded as per my "Proof of Claim". (Exhibit A)

9.  That compensation claim amount totals **$354.600.21,** preferably disbursed in a manner that will minimize any additional tax burden, which is a projection to the age of 65 for the Long Term Disability benefits, additional retirement benefits beyond age 65 for which I qualify, and severance benefits.

10. In addition , when Prudential validated my Long Term Disability claim, I hold that my

retirement benefits that covered me after age 65 per the plan were vested as well.

## **BASIS FOR RELIEF**

1. Nortel's language in the Summary Plan Document for the year I went on disability (1999) reliably led me to believe that I would receive benefits until age 65 and additionally since I always chose to pay for the supplemental LTD coverage, I would receive 70% of my salary until age 65. I should not be penalized for any ambiguities and errors of omission that the authors made.  (Exhibit B)

2. Since I went out on long term disability, all my communications regarding my disability have been from Prudential:  claims forms, LTD paystubs, LTD W2 statements.  They have always represented that this as a group disability insurance policy issued to Nortel Networks (Group Policy #39900).  (Exhibit C and D)

3. Prudential was instrumental in helping me get on to Social Security Disability, even hiring a lawyer to help me obtain the SSD benefits with NO mention of Nortel in any of those communications.  Additionally Prudential required reimbursement to them from my Social Security award. (Exhibit E)

4. Prudential has issued a letter to me stating that I will continue to receive my benefits until March 4, 2020 (one day before my 65th birthday). (Exhibit F)

5. Nortel is seeking to breach a contract that they had with me and they are well within their means to meet their contractual obligations with me and the LTD employees that help generate the assets the Debtors possess.

Exhibits

Exhibit A – Proof of Claim

Exhibit B – Nortel's Summary Plan Document for 1999

Exhibit C – Letter from Prudential re: disability award letter

Exhibit D – August 2012 Prudential pay stub

Exhibit E – Letter from Prudential re: aid in seeking SSDI benefits

Exhibit F – Benefits confirmation letter from Prudential

Exhibit G – Flex Benefits Confirmation statement for 2012

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the LTD Committee; (c) the United States Trustee for the District of Delaware; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. I, Caroline Underwood respectfully submit that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Caroline Underwood respectfully requests the entry of an Order, in the form attached requesting LTD benefits to continue until age 65 and other retiree benefits to continue thereafter per the plan for which I qualify.

Dated:  10/17/2012

Caroline Underwood
2101 Emerson Cook Rd.
Pittsboro, NC
Telephone:  (919) 542-4348
Email:  textiledust@aol.com

*Appearing Pro Se*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminae the Debtor's Long-Term Disability Plans and the employment of the LTD employees

Upon consideration of the *Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees by Caroline Underwood* and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

ORDERED that Nortel will provide an allowed claim in the amount of $354,600.21, disbursed in a manner that will minimize any additional tax burden.

ORDERED that Nortel will continue to pay benefits to Caroline Underwood until they close their bankruptcy case.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
      Wilmington, Delaware

                                    _____

                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

Proof Of Claim

**Name**

Caroline Underwood

**Global ID**

0200454

**Effective Date of Long Term Disability**

January 1, 1999

**Age as of January 1, 2013**

Years                                                                                              **57**

Months                                                                                             **9**

AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013             693

AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"                 97

**Annual Salary per my 2013 Flex Benefits Confirmation Statement**            $    59,370.00

**Capital Accumulation Retirement Plan (CARP) Contributions ...**                        n/a

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0

AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...    $    -        $    -

Severance Period                                                                          40

AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                              $    1,141.73    $    45,669.23

**Pay Stub Information**

"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                      $    3,463.25    $   301,302.75

SSDI MONTHLY OFFSET                                                           $    1,381.00    $   120,147.00

Medicare Part B Reimbursement Per LTD Plan                                    $      199.80    $    17,362.60

AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                    $    2,282.05    $   198,538.35

**Estimates On What Replacement Coverage Would Cost**

MEDICAL CARE                                                                  $    6,504.00    $    47,154.00

SUBSIDIZED PRESCRIPTION PLAN                                                  $    1,063.29    $     7,708.85

DENTAL/VISION/HEARING CARE                                                    $      584.88    $     4,240.38

CORE EMPLOYEE LIFE INSURANCE                                                  $    7,074.40    $    51,289.40

ACCIDENTAL DEATH & DISMEMBERMENT                                             $         -       $         -

**CLAIM GRAND TOTAL**                                                                          $   354,600.21

# Exhibit B

# IN THIS SECTION

INTRODUCTION ................................................................................................................ 1

PLAN HIGHLIGHTS ......................................................................................................... 2

ELIGIBILITY ...................................................................................................................... 3

PARTICIPATION .............................................................................................................. 4
    Core FLEX Benefits ...................................................................................................... 4
    Optional FLEX Benefits ............................................................................................... 4
    If You are on Disability During an Annual Enrollment Period ................................. 4

WHEN COVERAGE BEGINS .......................................................................................... 6
    Core FLEX Benefits ...................................................................................................... 6
    Optional FLEX Benefits ............................................................................................... 6
    Delay of Effective Date ................................................................................................. 7

CHANGING YOUR SELECTIONS .................................................................................. 7

COST OF COVERAGE ....................................................................................................... 7

FLEX EARNINGS .............................................................................................................. 7

SHORT-TERM DISABILITY (STD) BENEFITS ............................................................ 8
    STD Benefit Amount .................................................................................................... 8
    Extension of Benefits Due to Part-Time Employment .............................................. 9
    Definition of Disability ................................................................................................. 9
    When Benefits Begin and End ..................................................................................... 10
    If You are Disabled Again ............................................................................................ 10
    Reduction of Benefits Due to Other Income .............................................................. 11
    Exclusions ...................................................................................................................... 13

NNI-LTD-00000056

LONG-TERM DISABILITY (LTD) BENEFITS .................................................................... 13

    LTD Benefit Amount ........................................................................................................ 13

    Definition of Disability .................................................................................................... 14

    When Benefits Begin and End ........................................................................................ 14

    If You are Disabled Again ............................................................................................... 16

    Waiver of Premium ......................................................................................................... 16

    Reduction of Benefits Due to Other Income ................................................................ 16

    Mandatory Vocational Rehabilitation Program ........................................................... 19

    Cost of Living Adjustment ............................................................................................. 20

    Exclusions ....................................................................................................................... 20

OCCUPATIONAL DISABILITY BENEFITS ...................................................................... 21

WHEN COVERAGE ENDS ................................................................................................. 22

OTHER IMPORTANT INFORMATION ........................................................................... 22

    A Note About State Disability Laws .............................................................................. 22

    Limits on Assignments ................................................................................................... 23

    Errors in Payment .......................................................................................................... 23

ADMINISTRATIVE INFORMATION ............................................................................... 23

NNI-LTD-00000057

# Short-Term and Long-Term Disability Plan

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select supplemental coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plan can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.



NNI-LTD-00000058

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Supplemental STD Benefit*

Raise 70% Core Benefit to 90% of FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

50%* of FLEX Earnings after 26 weeks of disability

*Supplemental LTD Benefit*

Raise 50% Core Benefit to 70% of FLEX Earnings after 26 weeks of disability

*\* or statutory minimum (if greater)*

NNI-LTD-00000059

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee of the Company and its Affiliates in one of the following categories:

- a full-time Employee who is regularly scheduled to work at least 35 hours per week
- a part-time Employee who is regularly scheduled to work between 20-37.5 hours per week

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

NNI-LTD-00000060

# PARTICIPATION

Core STD and LTD benefits are available on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 60 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

*You do not need to enroll for Core STD or Core LTD coverage.*

You do not need to enroll for Core STD or Core LTD coverage.

## Optional FLEX Benefits

*You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage.*

You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage. You may enroll for Supplemental STD and Supplemental LTD coverage within 60 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

## If You are on Disability During an Annual Enrollment Period

### STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

NNI-LTD-00000061

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Supplemental STD and/or Supplemental LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

## LTD

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under the selections you were enrolled during your LTD.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

NNI-LTD-00000062

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Supplemental STD and Supplemental LTD coverage within 60 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

Your coverage will begin as follows:

| If you enroll and pay the required contribution: | Your coverage will be effective on: |
| --- | --- |
| As a new Employee on or before your Hire Date | Your Hire Date |
| As a new Employee within 60 days of your Hire Date | The day the InfoCenter received your choices. |
| Within 60 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make a

**Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000063

Supplemental STD or Supplemental LTD selection.

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Supplemental STD and Supplemental LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on page 10.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings are your base salary. FLEX Earnings do not include other types of pay, including, but not limited to, overtime, shift differential or relocation payments or bonuses. If you are a part-time Employee regularly working 20 to 34 hours per week, your FLEX Earnings are based on a 25-hour work week. If you are a part-time Employee regularly working 35 to 37.5

NNI-LTD-00000064

*FLEX Earnings are your base salary.*

hours per week, your FLEX Earnings are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).

*If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).*

If your FLEX Earnings change during the Plan Year, related FLEX Payroll Deductions and FLEX Credits will not change during the year since these deductions and credits are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings decrease during the year, pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) After that, the plan pays 70% of your FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-12.

NNI-LTD-00000065

### Supplemental STD Benefit

Supplemental STD increases your coverage so that the plan pays 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your FLEX Earnings for up to the next 20 weeks. Supplemental STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-12.

*The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability ...*

# Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your FLEX Earnings, (your first 6 weeks of STD), you will receive 100% of your FLEX Earnings for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your FLEX Earnings. This determination is made on a weekly basis.

*... you will receive 100% of your FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

# Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

NNI-LTD-00000066

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required in order to arrive at this final determination.

# When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. (The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or
- you have not returned for one day of full-time Active Work between the two disability periods

For example, you have received STD benefits for 10 weeks, and you...

1. return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3: return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

NNI-LTD-00000067

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*... the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump

NNI-LTD-00000068

sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administrative Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

**Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000069

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
- a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction

- your participation in the commission of an assault or felony

- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $50.

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $100.

---

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*

- *your participation in the commission of an assault or felony*

- *war or any act of war*

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

---

NNI-LTD-00000070

# Definition of Disability

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*After the first 24-month period of covered Total Disability ... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork AND before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits (and

NNI-LTD-00000071

any retroactive payments) could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 24 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age | LTD benefits will continue no longer than |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

NNI-LTD-00000072

### *Behavioral Illness Limitation*

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

## Waiver of Premium

*While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental LTD or Optional Employee Life Insurance coverage you have selected.*

While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental STD, LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for com-

NNI-LTD-00000073

pensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

NNI-LTD-00000074

1. Apply for Social Security benefits.
2. Appeal at the reconsideration level, if benefits are denied.
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.
2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered which are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

**Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000075

process.)  Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium which will be deducted from your monthly SSDI check.  At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997).  The Medicare Part B premium is subject to increase each year.

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation, or
- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability earnings. Here is an example:

*... you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

*... your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From This Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

NNI-LTD-00000076

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

## Cost of Living Adjustment

*The current LTD plan ... provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability.*

The current LTD plan which began July 1, 1994 provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

## Exclusions

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

*• intentionally self-inflicted injuries ...*

*• your participation in the commission of an assault or felony*

*• war or any act of war*

*• a Pre-Existing Condition ...*

LTD benefits will not be paid for any disability which is in any way caused by the following:

* intentionally self-inflicted injuries, including:
  – a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
* your participation in the commission of an assault or felony
* war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
* a Pre-Existing Condition, as described below

Plan Year 1999
Pub. 8/99

NNI-LTD-00000077

### Pre-Existing Conditions Exclusion

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Pre-Existing Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician
- took drugs or medicines prescribed by a Physician
- incur expenses or
- receive a diagnosis

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability ...*

Occupational Disabilities are those caused by:

- an injury arising out of, or in the course of, any employment for wage or profit or
- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

NNI-LTD-00000078

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

NNI-LTD-00000079

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment
  *or*
- be held to know about an assignment unless it has received a copy of it.

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file claims and appeal denied claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00000080

NNI-LTD-00000081

# Exhibit C

Regina M Carter
Disability Consultant

Claims Services Provided by

**The Prudential Insurance Company of America**

Prudential
Disability Management Services
P.O. Box 2300
Parsippany, NJ 07054

Phone: (800) 842-1718  Ext: 8728
Fax: (973) 285-8800
Hours: 07:00 AM  03:30 PM

January 30, 2001

լ.լllللاՈսسلս.ՈՍ..սՈւسdll
Caroline W Underwood
6210 Ravine Forest Drive
Cumming, GA  30040

Claimant: Caroline W Underwood
Control #/Br: 39900 / 000AB
Claim #: 10280498
Social Security #: 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
Date of Birth: 03/05/1955

Dear Ms. Underwood:

You have been receiving Long Term Disability Benefits under the Nortel Networks, Inc. Group Long Term Disability (LTD) Plan G-39900. The Group Plan provides disability benefits for covered employees who meet all contractual requirements. We have determined that you have a Total Disability which prevents you from performing any reasonable occupation as defined by the Plan.

In order to receive benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26 consecutive week waiting period), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 24 month period of covered Total Disability (after the 26 consecutive week waiting period), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

We have completed our evaluation of your claim based on the definition of disability as stated above. We have determined that you meet the requirements for eligibility for benefits under this definition of disability. We have determined that you are totally disabled as required. Benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Policy. Periodically, we will contact you and your attending physician for updated medical information. We will also be following up regarding your Social Security Disability Benefits (SSDB) status.

*letter of award after Prudential took over from CIGNA.*

# Exhibit D

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (2 of 2)
000053-02-06-02-0-0-0-0



If you have any
questions about
this claim, please
contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA          PA    19176
800-842-1718

Date
August 27, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#    0039900
CLAIM#    10280498
ID#       XXX-XX-5248

CLAIMANT   CAROLINE W UNDERWOOD

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,734.36 | 08/01/2012 | 08/31/2012 |
| - Medical | 90.74 | BENEFIT AMOUNT | 2,734.36 |
| - Dental | 23.68 | LESS OFFSET | 0.00 |
| - Mandatory FIT | 683.59 | ADD'L BENEFITS | 0.00 |
| | | | 2,734.36 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 2,734.36 |
| | | LESS DEDUCTIONS | 798.01 |
| | | AMOUNT PAYABLE | 1,936.35 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

# Exhibit E

 **Prudential**

Prudential
Disability Management Services
PO Box 2300
Parsippany, NJ 07054
(800)842-1718 ext. 8840 Fax: (973)285-8800

May 18, 2000

Caroline Underwood
6210 Ravine Forest Drive
Cumming, GA  30040

Disability Management Services
Claimant: Caroline Underwood
Claim #: 99-378-0379
Social Security #:  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

Dear Ms. Underwood,

According to the information in our files, we believe that it may be in your best interest to seek professional assistance from a representative specializing in Social Security claim work. Therefore, we are making available to you the services of Advantage 2000, a Social Security Assistance agency who will assist you in a renewed effort to obtain Social Security benefits.

Their services are available at absolutely no cost to you, as Prudential will pay their entire fee. Also, their services will require only minimal contact between you and the Social Security Administration, and you will not be required to travel to your local Social Security office. Their knowledge of the Social Security program and claims process will allow them to act on your behalf entirely from one of the field offices throughout the process. Realizing and understanding the frustration you have probably already incurred in dealing with the Social Security Administration, their services are designed to relieve you of this burden.

Though your Long Term Disability benefit from Prudential would be reduced for any Social Security Disability benefits you might receive, there are still several very important reasons why Social Security entitlement would benefit you and your family. These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future. They include:

- Increased Disability Benefits - Though you and your dependents' initial Social Security Benefit would be offset from your Long Term Disability payment, your future Social Security cost of living increases would not. Thus, your combined benefit amounts would increase each year with your Social Security increases not being subject to offset.

- Increased Retirement Benefits - Social Security Disability entitlement "freezes" your Social Security earnings record. Social Security regulations stipulate that any years "wholly or partially within a period of disability" will be excluded from the computation of future benefits. Thus, the amount of you and your spouse's eventual Social Security Retirement Benefits, or even the subsequent Disability or Survivors benefit, would be substantially higher, as these lost years of earnings would not be taken into consideration.

PAGE - 1

# Exhibit F

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone:  (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website:  www.prudential.com/mybenefits

October 10, 2012

Caroline W Underwood
2101 Emerson Cook Road
Pittsboro, NC  27312

Claimant: Caroline W Underwood
Claim No.: 10280498
Date of Birth: 3/5/1955
Control No./Br.: 39900  /  000AB

|ı.|ıll..ı.ll..ıll.ıl.lıl.l|

Dear Ms. Underwood:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $1,936.35 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your benefits will continue through March 4, 2020,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

# Exhibit G



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Caroline Underwood |
| Global ID: | 0200454 |
| Date of Birth: | 03/05/1955 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 59370.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 387.66 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 5.31 | $ 138.06 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 58.12 | $1,511.12 | $5,359.38 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 93.60 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 22.47 | $ 584.22 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 1x Benefits Earnings Single | $ 0.30 | $ 7.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 22.77 | $ 592.02 | $ 93.60 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected.  The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy.  Please note:  all eligible dependents have access to the Employee Assistance Program (EAP).  If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Edwin Underwood | xxx-xx-6018 | S | M | 02-28-1955 |

Caroline Underwood
2101 Emerson Cook Rd

Pittsboro, NC  27312