## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) | |
| | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
| | ) | **Hearing Date:** Feb. 12, 2013 at 10 a.m. |
| | ) | **RE:** D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Paul D. Wolfe of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Paul D. Wolfe respectfully represents as follows:

[1]

The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. In 1982 when I was extended an employment offer by Nortel, they promised me salary AND benefits in return for my services. Long Term Disability (LTD) coverage to age 65, should I ever become totally disabled, was one of those benefits. I relied on that being there. Once I became totally disabled and Prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65.

2. I started Nortel as a test and troubleshooting technician. I was able to move up into positions of DMS-10 test engineering, DMS-100 Line card test engineering where I was an integral part of raising line card test production from hundreds a week to 100,000 per week, DMS-100 Technical Support where I learned to support all hardware components of the DMS-100 system, I was one of the original specialty group members of XPM Technical support, I was sent to train with Bell Northern Research to learn CC and XPM software support and was responsible for training all members of XPM group in the same, I then moved to BNR design support where I supported design projects, wrote original software patches and supported the XPM specialty group. I then moved to Emergency Recovery and was responsible for repairing customer outages on many types of equipment.

3. In August 2003 I had my first heart attack. In January 2004 I had a massive second heart attack and had to be shocked four times to get the slightest pulse and was then sent to surgery to remove the clot and place a stent in my LAD. This left part of my heart muscle dead. I then had two more heart attacks in March 2005 and had to have a defibrillator and a pacemaker implanted. My wife had also tried to get the doctor to

test me for a stroke, because of my loss of memory and the problems I had processing information and talking, and it was finally discovered that I had also had a stoke that had been missed.

4. My Long-Term Disability claim was approved by Prudential Insurance Company effective September 28, 2005. In September 2006 I was further declared permanently disabled by the Social Security Administration. During this time, all information of my disability was shared with Prudential and I met all their requirements for disability benefits.

## **RELIEF REQUESTED**

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $538,470.58.

7. I request that there is no interruption in disbursement of LTD benefits (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. Getting quality Long-Term Disability (LTD) insurance, medical insurance, and life insurance became a big deal to me shortly after I started with Nortel. Within five years of starting, my uncle died of a massive heart attack just after having survived a stroke. Then the next year my Mother died of cancer. The year after that my sister died of a massive heart attack. And, a couple of years after that, my brother had his first of three triple bypass surgeries. I quickly found out that heart disease and stokes ran in our family. After finding out that most of these, and many others in my family that had the same problems, didn't have LTD coverage, and some didn't have medical coverage, I went to my employee benefits handout and found that I had disability coverage for my income and benefits until age 65 if I were ever to become disabled. I did not consider buying any LTD coverage through another insurance company because Nortel led me to believe that I had all the coverage I needed. In fact, I was told that any other insurance would just negate the insurance through Nortel thus penalizing me for buying other coverage.

9. Nortel says on my 2011 Flex Benefits Confirmation Sheet that my LTD insurance cost Nortel $181.74 per year. Since Prudential pays me quite a bit more than that, it implies that the cost per year is a premium for an insurance policy.

10. Prudential references the LTD plan in several different ways. "Group plan #39900 issued to Nortel Networks" is one. Another reference calls it a "contract". Another reference says "As an employee insured under Group Plan #39900". Then we have the Life Insurance which is also stated to be under "Group Policy Number: 39900".

Both the LTD and Life coverage have the same policy number and are represented as group policies issued by Prudential to Nortel for their employees.

11. The LTD claim forms that were posted by Nortel Human Resource in the benefits repository BEFORE I was disabled carried banners of "Prudential Insurance Company". Indeed, once I was on LTD all mailings from Prudential had banners of "Prudential Insurance Company". Reimbursement letters said I was required to repay Prudential, W2-forms say that Prudential is my employer, medical claim forms from Prudential are clearly identified as "Group Disability Insurance", and a letter saying that I will be paid my benefits until age 65 all have a "Prudential Insurance Company" logo on them.

12. Since 1982 Nortel has represented through the Summary Plan Document (SPD) that my LTD benefits would be paid until I am 65. Ambiguities and errors of omission do exist in the SPD's but it is not equitable for me to be adversely penalized for miscues that the document author, Nortel, owns.

13. The 2005 LTD SPD says on page 21 that "benefits end when your period of Total Disability ends". It also says this happens when the first of the following occurs. It lists things like "You are no longer Totally Disabled", or "You Die". The last thing it lists is "Your employment with the company ends". First, I contend that this statement is improper because it has no bearing on when my disability ends or proof thereof. Secondly, I contend that this is an ambiguous statement as this document nor Nortel Human Resources ever communicated that they could terminate me to deny me LTD benefits if I ever was already actually receiving them; that's contradictory to

how LTD and Life coverages work. Who would have ever relied on this being a safety net if it was presented to you at the time of offering vs. once it became to expensive for the employer and they were trying to weasel a way out. You can't not pay a Life Insurance policy once someone has passed and you can't offer "Long-Term" Disability and then try to take it away once the person is already disabled and has no other recourse.

14. ERISA, per the 2005 SPD, states "No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA".

15. Indeed, Prudential communicated to me that I would receive my LTD benefits to age 65; please see attached letter that Prudential generated in confirmation.

16. In the 2005 SPD it says "fiduciaries" have a duty to supervise the operation of the plan in the interest of myself and other plan participants and beneficiaries. How can these fiduciary obligations be served when offering LTD is in fact not offering Long-Term Disability insurance at all if it can simply be taken away at any time after benefits have been approved. This is like having having your house insurance cancelled because it is on fire. How can Life Insurance and LTD insurance have the same group policy number unless these same fiduciaries seek to have me believe they are both insurance policies. How can these obligations be served when Nortel seeks to terminate me in order to deny me LTD benefits.

17. Nortel is well within its means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligations is in no way detrimental to the ability of Nortel to 'recover' as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors.

18. This is a matter of survival for me. Because my income has already been cut by 40%, I have downsized almost everything I can. I rely on the LTD that Nortel and its agents told me I would receive until I am 65. Without LTD, my income is cut by another 50%. If that happens there are choices that should never have to be made. I get to choose between medical coverage, for me and my wife, or my house. Or I can choose between my house and food and transportation. There will not be enough money to simply have the basic things you need in todays world to survive. It is not an option for an already disabled person to go purchase other LTD insurance. I relied on what Nortel communicated and the LTD Plan contract. My LTD claim total is $538,470.58 that became a financial obligation to the Debtors as soon as my Long-Term Disability claim was approved by Prudential.

## EXHIBITS

A – Proof of Claim.

B – Letter from Prudential stating I will receive benefits until age 65 (see page 3)

C – W-2 form listing Prudential as my employer

D - Letter from Prudential concerning group Life insurance policy 39900

E - Letter from Prudential stating Group LTD Plan 39900 and requiring check for overpayment to be made out to Prudential Insurance Company of America.

F - Letter from Prudential stating coverage as a contract.

G - Letter from Prudential stating I will receive benefits through August 29, 2021.

H - Reimbursement agreement from Prudential saying "<u>insured</u> under group plan #39900".

I - Letter from Prudential stating "under the Group plan #39900 <u>issued</u> to Nortel Networks"

J – Communications from Prudential all have Prudential Insurance Company banners.

K – LTD Summary Plan Description (SPD) 2005

L – Flex Benefits Confirmation Statement (2011)

## NOTICE

19. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Paul D. Wolfe respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Paul D. Wolfe respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Paul D. Wolfe in full for LTD benefits projected to age 65; Total Claim being $538,470.58.

3. Order that there is no interruption in disbursement of LTD benefits (or compensation for same) to Paul D. Wolfe.

Dated: October 17, 2012

Paul D. Wolfe
113 Red Drum Ln.
Gloucester, NC 28528
Telephone: 252-808-5959
Facsimile: N/A
Email: dwolfe002@ec.rr.com

*Appearing Pro Se*

Paul Wolfe "Objection To Nortel Motion To Terminate LTD Plan & LTD Employees" Page 9

In re:                                              )
                                                    )     Chapter 11
Nortel Networks Inc., *et al.*,[2]                  )
                                                    )     Case No. 09-10138 (KG)
                    Debtors.                         )
                                                    )     Jointly Administered
                                                    )
_____            )     Re: Docket No. 8067

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.


Dated: _____, 2013
        Wilmington, Delaware


                                    _____
                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE


_____

[2] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Paul Wolfe "Objection To Nortel Motion To Terminate LTD Plan & LTD Employees" Page 11