# EXHIBIT A

## Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**  Paul D. Wolfe

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**  0200453

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**  September 28, 2005

**WHAT IS YOUR AGE**

| | |
|---|---|
| Years | 56 |
| Months | 1 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS | 673 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 107 |

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**  $78,764.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?  $-
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...  $-

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

| | |
|---|---|
| SEVERANCE PERIOD | 35 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $1,514.69 |
| | $53,014.23 |

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**

| | |
|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $3,938.20 |
| SSDI MONTHLY OFFSET | $1,898.00 |
| Medicare Part B Reimbursement Per LTD Plan | $110.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $2,150.70 |

**Estimates On What Replacement Coverage Would Cost You**

| | | |
|---|---|---|
| MEDICAL CARE (http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/) | $11,699.40 | $421,387.40 |
| SUBSIDIZED PRESCRIPTION PLAN (http://www.medicare.gov/) | $414.00 | $203,086.00 |
| DENTAL/VISION/HEARING CARE (http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/) | $915.48 | $11,823.50 |
| CORE EMPLOYEE LIFE INSURANCE (http://www.prudential.com/giconversion) | $3,044.28 | $218,301.40 |
| ACCIDENTAL DEATH & DISMEMBERMENT (http://www.prudential.com/giconversion) | $678.00 | |
| | | $104,319.65 |
| | | $3,691.50 |
| | | $8,163.03 |
| | | $27,144.83 |
| | | $6,045.50 |

| | |
|---|---|
| SUB-TOTAL | $420,680.14 |
| TAX IMPLICATIONS FOR LUMP SUM PAYMENT | $117,790.44 |

**CLAIM GRAND TOTAL**  **$538,470.58**

# EXHIBIT B

Claim Services Provided by
The Prudential Insurance Company of America

David Moran
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

May 30, 2006

Paul D Wolfe



Claimant: Paul D Wolfe
Control #/Br: 39900 / 0B050
Claim #: 10760360
Date of Birth: ●●●●●●●●

Dear Mr. Wolfe:

We are writing in regard to your continued eligibility for Long Term Disability (LTD) benefits under the Nortel Group Disability Plan. We have determined that you are do additional benefits beyond September 27, 2006. This letter will explain our decision.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

2

In addition, the plan further states that:

Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

We have completed our evaluation of your claim based on the definition of Total Disability which applies after the first 18-months of covered Total Disability. In your case, this date is Septmber 27, 2006.   In order for benefits to continue beyond this date, you will be considered unable to work if you are unable to perform any reasonable occupation. We have determined that you meet the requirements for eligibility for benefits under this definition of disability. We have determined that you are totally disabled as required.

Your LTD benefits will continue provided that you remain totally disabled under the terms of the Nortel Group LTD Plan up to your attainment of age 65. Periodically, we will contact you and your attending physician for updated medical information.

As you are aware, your LTD benefits are (reduced) by the income you receive from other sources. This includes, but is not limited to, Social Security Disability Benefits (SSDB). Our records indicate that your claim for SSDB is pending an Administrative Law Judge hearing. Please keep us advised of the outcome of your hearing and provide us with a copy of any decision notices you receive. If you are awarded SSDB and the award is retroactive, an overpayment will occur on your LTD claim which will need to be repaid in a lump sum in accordance with the terms of your signed "Reimbursement Agreement."

Prudential Group Insurance is pleased to offer Electronic Funds Transfer (EFT) as our standard method of payment for LTD benefits. EFT allows your benefit checks to be electronically deposited into the checking or savings account of your choice. If you are interested in participating in this service please either visit our Disability Management Services website or complete and return the enclosed EFT form. A return envelope is enclosed for your mailing convenience.

You may set up your EFT by visiting our Disability Management Services website at www.prudential.com/inst/gldi/ and select the "online" option to set up your login ID and password. Once logged in, you will then select the EFT option.

If you choose to complete the EFT form, please attach a voided check from the bank account in which you wish to have your benefit check deposited and return the authorization form and your voided check to us. Your request will be processed upon receipt of the authorization form and voided check.

If you have any questions, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

*David Moran*

David Moran
Disability Consultant

Enclosure

cc:  Nortel

# EXHIBIT C

| | | |
|---|---|---|
| c Employer's name, address, and ZIP code | OMB No. 1545-0008 | |
| PRUDENTIAL INSURANCE CO OF AMERICA | 1 Wages, tips, other comp. 27,006.80 | 2 Federal income tax withheld 2,951.28 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | | |
| PO BOX 70190 | 3 Social security wages | 4 Social security tax withheld |
| PHILADELPHIA PA 19176 | | |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39000 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| PAUL D WOLFE | |

| 9 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|
| 13 | | 11 Nonqualified plans | |
| Statutory employee ☐ | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. # NC\101001459 | 16 State wages, tips, etc. 27,006.80 | 17 State income Tax |
| Third-party sick pay ☒ | | | |

| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement 2011   This information is being furnished to the Internal Revenue Service.   Dept. of the Treasury — Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

1014543   0047037   PAGE 2 OF 4

# EXHIBIT D


 Prudential

The Prudential Insurance Company of America
Group Life Customer Service Team
P.O. Box 70180
Philadelphia, PA 19176



Group Policy Number: 39900

Thank you for contacting us about the life insurance protection that was made available to you at work. We are glad to see that you are expressing interest in purchasing your own personal life insurance policy to continue protecting your loved ones. Based on your current plan, you may be able to convert some or all of your group term coverage to individual permanent life insurance without having a medical exam or answering medical questions.

We've included a brochure called *Converting Group Term Life Insurance to Individual Insurance* that describes this option and includes product and rate information. If you would like to do this, simply follow the instructions enclosed and return your documents and payment within 31 days of the termination of your Group Life Coverage or, within 2 weeks of the date on the enclosed letter, whichever is later. Please note, your Conversion right expires 92 days after your Group Life Insurance coverage ends.

You may also want to think about a different coverage choice that could be more appropriate and affordable for you. To help you decide, we have enclosed another brochure called *Your New Life Insurance Coverage Options* that explains the differences between converting your existing coverage and applying for a new policy.

Maintaining life insurance coverage should be one of your highest priorities, as it directly affects the financial security of those who depend upon you. Having the right type and amount of insurance can protect the ones you love and give you the peace of mind you need.

Give us a call. You can reach a Customer Service Professional at 1-877-889-2070, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern time.

We look forward to helping you find the insurance that's best for you.

The Group Life Customer Service Team

Acceptance and negotiation of your conversion premium payment by The Prudential Insurance Company of America is not a guarantee that an individual conversion policy will be issued as requested on the Conversion Request Form. All conditions precedent to issue of an individual conversion policy, including, without limitation, confirmation of your eligibility for conversion coverage, confirmation of the maximum amount of coverage eligible for conversion, completion of all reasonably required paperwork, and payment of any additional conversion premiums, must be received by Prudential in a timely manner. A delay in submitting required information, documentation or additional premium will not extend the conversion time period specified above.

# EXHIBIT E

Claims Services Provided by

The Prudential Insurance Company of America

Colleen Mahoney

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

October 27, 2006

Paul D Wolfe

Claimant: Paul D Wolfe
Control #/Br: 39900 / 0B050
Claim #:
Date of Birth:

Dear Mr. Wolfe:

We have received a copy of your Social Security Disability Benefits (SSDB) information. Social Security Benefits are directly offset from your Long Term Disability (LTD) benefits as provided under the Group LTD Plan 39900.

The Social Security notice indicates you were awarded SSDB effective September of 2005. Therefore, an overpayment has occurred on your LTD claim, which must be repaid.

We have paid LTD benefits to you without an offset for SSDB, from September 28, 2005 through October 31, 2006. We have adjusted your benefits in accordance with the non-duplication offset provisions of the Group Policy and determined a gross overpayment in the amount of $19,386.00. After adjusting the applicable taxes, the net overpayment is $17,255.16. If the overpayment is reimbursed in a lump sum payment, then you may reimburse the net amount. A copy of our calculation is enclosed for your reference.

Please forward to our office your personal check for the net amount of the overpayment. Your check should be made payable to "The Prudential Insurance Company of America." Your claim number, 10760360, should be indicated on the check. We would appreciate full reimbursement of this overpayment by November 17, 2006. We will withhold your future LTD benefits due after November 30, 2006 pending our receipt of your reimbursement.

If you have any questions, please contact Dave Moran at (800) 842-1718, extension 5598.

Sincerely,

*Colleen Mahoney*

Colleen Mahoney

cc:   Nortel Networks, Inc. , Benefits Administrator

# EXHIBIT F

Claims Services Provided by

**The Prudential Insurance Company of America**

David Moran
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

January 17, 2006

Paul D Wolfe

███████████████

Claimant: Paul D Wolfe
Claim #: ████████
Date of Birth: ██████

l.,l.ll..l.ll....ll.l.l.l..l

Dear Paul Wolfe:

At this time we request that you apply for Social Security Disability Benefits (SSDB) if you have not done so already.

Under the contract, you are required to make timely and diligent pursuit of SSDB through the Administrative Law Judge level. **Your Long Term Disability (LTD) benefits may be reduced by an estimated SSDB amount if we do not receive your signed Reimbursement Agreement and proof of application.**

Prudential will not reduce your LTD benefit while your Social Security application and appeals are pending if you sign Prudential's Reimbursement Agreement, make timely and diligent pursuit of SSDB, and provide our office with proof of application.

After you have received a decision notice regarding your application for SSDB, you must submit a copy of the award certificate or denial notice to Prudential. We will then make any necessary adjustments to your LTD benefit.

Though your LTD benefits from Prudential would be reduced by any SSDB you might receive, there are several very important reasons why Social Security entitlement would benefit you and your family. These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future. These include:

Increased Disability benefits-Though you and your dependents' initial Social Security Benefits would be offset from your LTD benefit, your future Social Security cost of living increases would not. Therefore, your combined benefit amount would increase each year with your Social Security increase not being subject to offset.

Increased Retirement benefits-Social Security Disability entitlement "freezes" your Social Security earning record. Social Security regulations stipulate that any years "wholly or partially within a period of disability" will be excluded from the computation of future benefits. Therefore, the amount of you and your spouse's eventual Social Security Retirement Benefits, or even a subsequent Disability or Survivors benefit, would be substantially higher, as these lost years of earnings would not be taken into consideration.

<u>Tax-free income</u>-Though effective January 1, 1984, a portion of an individual's Social Security benefits can be taxable if certain criteria are met, the majority of Social Security beneficiaries will continue to receive their benefits totally <u>tax-free</u>.

<u>Medicare coverage</u>-After you have received SSDB for 24 months, regardless of your age, you also become eligible for Medicare benefits.  This includes Part A Hospital benefits and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health protection.

<u>Reduced health insurance premiums</u>-Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease.  With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.

To avoid an estimated SSDB being placed on your claim, please provide our office with a copy of your SSDB proof of application.

If you have any questions, please contact me at (800) 842-1718, extension 5598.

Sincerely,

**David Moran**

David Moran
Disability Consultant

# EXHIBIT G

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

September 20, 2012

Paul D Wolfe

▓▓▓▓▓▓▓▓▓▓

Claimant: Paul D Wolfe
Claim No.: ▓▓▓▓
Date of Birth: ▓▓▓▓
Control No./Br.: 39900 / 0B050

Dear Mr. Wolfe:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Inc. Group Policy with Prudential.

You are receiving $1506.70 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through August 29, 2021, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,

*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

# EXHIBIT H



**Prudential Financial**

Claimant: Paul D Wolfe
Claim #: 10760360

## REIMBURSEMENT AGREEMENT

As an employee insured under Group Plan #39900, I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

With respect to Social Security benefits: I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

With respect to Workers' Compensation or similar coverage: Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan

_Paul D. Wolfe_
Signature of Employee

_Paul D. Wolfe_
Name of Employee (please print)

R/A # 1 (Primary)

_Judy Whalen_
Signature of Witness

_1/23/06_
Date

# EXHIBIT I

Claims Services Provided by

The Prudential Insurance Company of America

Nur Adiguzelli
Sr. Appeals Analyst

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 7474
Fax: (866) 285-8569

January 14, 2006

Andrew Whiteman
Hartzell & Whiteman L.L.P.
2626 Glenwood Ave., Suite 500
Raleigh, NC 27608

Claimant: Paul D Wolfe
Control #/Br: 39900 / 0B050
Claim #
Date of Birth

Dear Mr. Whiteman:

We have completed our review of your request for reconsideration of our decision to terminate Paul Wolfe's claim for Short Term Disability (STD) and disallow Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that he is eligible to receive additional benefits. Long Term Disability benefits have been approved effective September 28, 2005. This letter will outline the applicable provisions of the Group Plan.

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the Plan further states:

Disabilities due to a sickness or injury, which as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but not are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The LTD Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing "

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | |
| Scheduled LTD Benefit (60.00%) | $6,563.66 |
| *Less Social Security Disability Benefits (SSDB)* | $3,938.20 |
| *And Any Applicable Offsets* | |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Please apply for Social Security Disability Benefits (SSDB) immediately if you have not already done so. Under the terms of the LTD contract, you are required to make "timely and diligent pursuit" of SSDB through the Administrative Law Judge Level. Therefore, Prudential must

# EXHIBIT J

# Prudential Financial



**Group Disability Insurance**
**Attending Physician's Statement**

**1 To Be Completed By Employee**

Employer/Association Name
`M O R T E L   I N C`

Control Number
`B R 3 9 9 0 0`

Employee First Name
`P A U L`

MI `D`

Social Security Number

Employee Last Name
`W O L F E`

Suffix

Employee Address – Line 1

Birth date (MM/DD/Year)

Employee Address – Line 2

City

State   Zip Code

Gender
☑ Male   ☐ Female

Occupation
`E N G I N E E R`

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X *Paul D. Wolfe*

Employee Signature

Date Signed
`07 / 10 / 2012`

**2 To Be Completed By Attending Physician**

Clinical Diagnosis

Primary:

ICD-9 Code
`4 1 4 . 8`

Pregnancy EDC

Secondary:
`4 2 8 . 0`

Secondary:
`4 1 4 . 0`

ALSO:
Paroxysmal VT 427.1

Relevant test procedures performed (Please provide results)

Surgical procedure(s) performed (Please be specific)

Date of Procedure:

**For Internal Use Only**

Claim Number

`* 1 0 3 A 0 1 *`

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885