## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: **Oct. 25, 2012 at 10 a.m.** |
| | ) Hearing Date:      **Feb. 12, 2013 at 10 a.m.** |
| | ) RE:            **D.I. # 8067** |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Crickett Grissom (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Crickett Grissom respectfully represents as follows:

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. Nortel bought the company I worked for in March 2001, making me "Newly Eligible", on March 26, 2001 for their benefits package, which included Short and Long term disability. Being a single parent to a 3 year old, I opted to increase both short and long term disability, due to the fact that I was and still am his sole support.

2. Just prior to my company being bought, my department went through a software conversion, which I lead for my department (Customer Support). This constituted numerous hours in front of my computer, verifying data and moving it around so that the conversion could proceed smoothly. After the purchase we were informed we would convert again, to the Nortel system. This meant more hours of computer time for me. In May of 2001, I started to experience signs of Carpel Tunnel syndrome. Knowing what lay ahead of me I put off going to the doctor    until after this conversion was complete, around November 2001.

3. After going to a hand specialist and discovering Carpel, was not my issue I was finally seen by a Rheumatologist and diagnosed with Rheumatoid Arthritis February 25, 2002. Obviously, I put Nortel's well being before my own health, as I waited to get the conversion done regardless of the pain in my hands and body, before seeing a doctor.

4. My Long Term Disability claim was validated by Prudential and The Social Security Administration.

## **RELIEF REQUESTED**

5.  I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6.  I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $1,591,750.24.

7.  I request that there be no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating for myself and my son.

## BASIS FOR RELIEF

8. In the real world, when the word Insurance is used, people tend to equate that with coverage. That's just what I did, in good faith. There was never any language that I saw that said, "Only as long as Nortel is in business". In other instances of Insurance, you can't be refused coverage part way though once the claim is validated or approved by an adjustor, but that's where we are now. Claims were made and granted, Nortel acting as the Insurance Company is responsible for those claims until they are no longer valid, or up to age 65, as stated in the Plan Documents.

9. When I was given the opportunity to sign up for my benefits, I knew what my personal situation was, so I opted to purchase extra coverage to make sure I had plenty of income to cover all of my expenses until retirement age of 65, if anything happened to me. In Nortel's words, "Optional Long-Term Disability – Increase core coverage from 60% to 70%".

10. When Nortel finally sold off all intellectual property there was more than enough money to cover all of the LTD claims that are being presented. Why should bond holders and stock speculators profit off the backs of the disabled employees that will not have any means to continue the lives they are struggling to deal with on a daily basis?

11. When I started the process of going out on disability I was directed to Prudential Insurance Company of America. Which leads most people to believe that you HAVE Insurance for LTD.

## **EXHIBITS**

A – Proof of Claim.

B – Nortel Flex Benefits Statement Confirmations 2001, 2002, 2012

C – Prudential Direct Deposit Statement 9/24/2012

D – LTD SPD 2002 Short Term and Long Term Disability Plans

E – US Leaves of Absence – Medical Leave of Absence Process Doc # 100070

F – HR Shared Services U.S. Termination Notification

## NOTICE

1.  Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee (Elliott Greenleaf); via first class mail. Other parties will receive notice through the Court's electronic filing system.  Crickett Grissom respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Crickett Grissom respectfully requests the entry of an Order, in the form attached:

1.  Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.  Compel the Debtors to compensate Crickett Grissom in full for LTD benefits projected to age 65; Total Claim being $1,591,750.24.

3.  Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Crickett Grissom.

Dated: October 17, 2012

Crickett Grissom
2580 W. Porter Creek Ave.
Porterville, CA 93257
Telephone: 559-781-1707
Facsimile: N/A
Email: crickett.grissom@att.net

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
        Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

Crickett Grissom

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

5031371

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

August 28, 2002

**WHAT IS YOUR AGE. (As Of January 1, 2013) ...**
Years                                                                 52
Months                                                                5

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**    $    77,139.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.04

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD                                                      18

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                         $    4,499.78
SSDI MONTHLY OFFSET                                              $    1,558.00
Medicare Part B Reimbursement Per LTD Plan                       $    110.50

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE                                                     $    835.66
SUBSIDIZED PRESCRIPTION PLAN                                     $    100.00
DENTAL/VISION/HEARING CARE                                       $    75.38
CORE EMPLOYEE LIFE INSURANCE includes AD&D in premiun           $    2,275.00
ACCIDENTAL DEATH & DISMEMBERMENT                                 $    -

**REMOVAL OF "FAMILY OFFSET" FOR CHILD(RENS) SSDI WHO REACH AGE "18" BEFORE EMPLOYEE REACHES "65"**
WHAT IS THE TOTAL AMOUNT OF YOUR CHILD(RENS) SSDI BEING DEDUCTED FROM YOUR PRUDENTIAL PAYSTUB?    $    812.00
HOW MANY MORE MONTHS WILL YOUR CHILD(REN) BE RECEIVING THIS SSDI; I.E. MONTHS UNTIL THEY REACH AGE 18?    37

CLAIM GRAND TOTAL                                                     $ 1,591,750.24



# NORTEL NETWORKS™

**Your 2001 U.S.**
**FLEX Benefits Confirmation Statement**

This statement confirms your FLEX Benefits selections and costs effective March 25, 2001. Please refer to your FLEX Benefits 2001 enrollment package for more information. If anything on this Confirmation Statement is not accurate, please call Employee Services at ESN 352-4636 or 1-800-676-4636 immediately.

## PERSONAL INFORMATION

Name: CRICKETT GRISSOM
Global ID: 5031371
Social Security Number: ▓▓▓▓▓▓▓
Date of Birth: July 21, 1960
Pay Frequency: US Bi-Weekly Paycycle
FLEX Earnings: $ 77,139
Confirmation Date: March 23, 2001
FLEX Credits Per Pay Period: $ 20.79

Prepared as of 03/29/01

Mailing Information:
CRICKETT GRISSOM
▓▓▓▓▓▓▓
CIRCLE
SAN JOSE, CA ▓▓▓▓

For 2001, costs for medical options reflect your share of the costs after company-provided FLEX Credits are applied.

## TOTAL COST OR INCOME SUMMARY

**YOUR TOTAL COST:**          **$201.50 Per Pay Period**

This cost summary is for benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### 2001 Confirmed Before-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Networks Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Preferred Provider, UNITED HEALTHCARE | You & Child(ren) | $ 5.66 | $ 147.16 | $ 3731.00 |
| **Dental, Vision and Hearing Care** | | | | |
| Comprehensive | You & Child(ren) | $ 2.89 | $ 75.14 | $ 674.70 |
| **Health Care Reimbursement Account** | | | | |
| No contribution | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Day Care Reimbursement Account** | | | | |
| Per-pay-period contribution | | $ 182.69 | $ 4749.94 | $ 0.00 |
| **Core Short-Term Disability** | | | | |
| 6 Weeks at 100% FLEX Earnings, plus 20 weeks at 70% | | $ 0.00 | $ 0.00 | $ 293.02 |
| **Optional Short-Term Disability** | | | | |
| Increase core coverage from 70% to 90% | | $ 4.45 | $ 115.70 | $ 0.00 |
| **Core Long-Term Disability** | | | | |
| 60% of FLEX Earnings | | $ 0.00 | $ 0.00 | $ 544.18 |
| **Optional Long-Term Disability** | | | | |
| Increase core coverage from 60% to 70% | | $ 4.74 | $ 123.24 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2001 Before-Tax Selections:** | | **$200.43** | **$5211.18** | **$ 5242.90** |

*[handwritten: Keesha 7:45AM  4/9/01  $192.30  Ticket to increase]*

### 2001 Confirmed After-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Networks Cost Per Year |
|---|---|---|---|---|
| **Core Employee Life Insurance** | | | | |
| 1 X FLEX Earnings | $ 78,000 | $ 0.00 | $ 0.00 | $ 76.70 |
| **Optional Employee Life Insurance** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse** | | | | |
| No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | | |
| No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | | |
| 2 X FLEX Earnings | You Only ($ 155,000) | $ 1.07 | $ 27.82 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2001 After-Tax Selections:** | | **$1.07** | **$27.82** | **$ 76.70** |

GRISSOM, CRICKETT

5031371

**2**

## DEPENDENT INFORMATION

The information listed below represents the data in the Nortel Networks Human Resources database as of 03/29/01. The benefits for your eligible dependents are shown under Coverage Level on page one. All dependents listed below are eligible for Employee Assistance Program (EAP) benefits through UBH.  Call Employee Services at ESN 352-4636 or 1-800-676-4636 if you have any questions about the information contained on this Confirmation Statement.

NOTE:

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (under age 19;  under age 25 if a full-time student)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name (Last, First, MI) | Soc. Sec. Number | Relationship Code | Gender | Date of Birth |
|---|---|---|---|---|
| GRISSOM, KYLE AUSTIN | ▉▉▉▉▉ | C | M | 22-NOV-1997 |

NOTE:  If you are choosing a new medical option that requires a Primary Care Physician (PCP), your medical provider will assign one to you and any dependents listed.  You may change your PCP by contacting UNITED HEALTHCARE, United HealthCare  PO Box 740800  Atlanta, GA  30374-0800 at (877) 3117846 after the effective date shown on page one of this statement.

A E US EN 8856 MS M49

CRICKETT  GRISSOM

CIRCLE
SAN JOSE, CA  ▉▉▉



**Your 2002 U.S.
FLEX Benefits Confirmation Statement**

This confirms your FLEX selections and costs, which take effect January 01, 2002. These selections remain in effect through 2002 unless your eligibility changes or you change your selections due to a status change. If any information on this Confirmation Statement is not accurate, please call Employee Services at ESN 352-4636 or 1-800-676-4636 immediately.

## PERSONAL INFORMATION
Prepared as of 11/20/01

| | | |
|---|---|---|
| Name: | CRICKETT GRISSOM | Mailing Information: |
| Global ID: | 5031371 | CRICKETT GRISSOM |
| Social Security Number: | ▓▓▓▓▓▓▓▓ | |
| Date of Birth: | July 21, 1960 | SAN JOSE, CA ▓▓▓▓ |
| Pay Frequency: | US Bi-Weekly Paycycle | |
| FLEX Earnings: | $ 77,139 (as of 28-SEP-2001) | |
| Confirmation Date: | November 05, 2001 | |
| FLEX Credits Per Pay Period: | $ 20.79 | |

For 2002, costs for medical options reflect your share of the costs after company-provided FLEX Credits are applied.

## TOTAL COST OR INCOME SUMMARY

**YOUR TOTAL COST:**          **$213.34 Per Pay Period**

This cost summary is for benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### 2002 Confirmed Before-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Networks Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Preferred Provider, UNITED HEALTHCARE | You & Child(ren) | $ 7.66 | $ 199.16 | $ 4063.02 |
| **Dental, Vision and Hearing Care** | | | | |
| Comprehensive | You & Child(ren) | $ 3.12 | $ 81.12 | $ 668.72 |
| **Health Care Reimbursement Account** | | | | |
| No contribution | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Day Care Reimbursement Account** | | | | |
| Per-pay-period contribution | | $ 192.30 | $ 4999.80 | $ 0.00 |
| **Core Short-Term Disability** | | | | |
| 6 Weeks at 100% FLEX Earnings, plus 20 weeks at 70% | | $ 0.00 | $ 0.00 | $ 293.02 |
| **Optional Short-Term Disability** | | | | |
| Increase core coverage from 70% to 90% | | $ 4.45 | $ 115.70 | $ 0.00 |
| **Core Long-Term Disability** | | | | |
| 60% of FLEX Earnings | | $ 0.00 | $ 0.00 | $ 544.18 |
| **Optional Long-Term Disability** | | | | |
| Increase core coverage from 60% to 70% | | $ 4.74 | $ 123.24 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2002 Before-Tax Selections:** | | **$212.27** | **$5519.02** | **$ 5568.94** |

### 2002 Confirmed After-Tax Selections

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Networks Cost Per Year |
|---|---|---|---|---|
| **Core Employee Life Insurance** | | | | |
| 1 X FLEX Earnings | $ 78,000 | $ 0.00 | $ 0.00 | $ 76.70 |
| **Optional Employee Life Insurance** | | | | |
| No optional coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse** | | | | |
| No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | | |
| No coverage | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | | |
| 2 X FLEX Earnings | You Only ($ 155,000) | $ 1.07 | $ 27.82 | $ 0.00 |
| **Total Cost Per Pay Period of Your 2002 After-Tax Selections:** | | **$1.07** | **$27.82** | **$ 76.70** |

GRISSOM, CRICKETT            5031371

## DEPENDENT INFORMATION

The information listed below represents the data in the Nortel Networks Human Resources database as of 11/20/01.
The benefits for your eligible dependents are shown under Coverage Level on page one.  All dependents listed below are eligible for Employee Assistance Program (EAP) benefits through UBH.  Call Employee Services at ESN 352-4636 or 1-800-676-4636 if you have any questions about the information contained on this Confirmation Statement.

| NOTE: | Relationship Code | | Gender |
|-------|-------------------|---|--------|
| | S = Spouse<br>D = Domestic partner<br>C = Child (under age 19;  under age 25 if a full-time student)<br>K = Child of domestic partner | | M = Male<br>F = Female |

| Name (Last, First, MI) | Soc. Sec. Number | Relationship Code | Gender | Date of Birth |
|------------------------|------------------|-------------------|--------|---------------|
| GRISSOM, KYLE AUSTIN | ██████████ | C | M | 22-NOV-1997 |

A E US EN 9295 MS M49

CRICKETT  GRISSOM

████████████████████

SAN JOSE, CA ████



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Crickett Grissom |
| Global ID: | 5031371 |
| Date of Birth: | 07/21/1960 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 77139.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE & EE Chld | $ 93.78 | $2,438.28 | $7,393.10 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE & EE Chld | $ 10.98 | $ 285.48 | $ 601.38 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 503.62 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 6.90 | $ 179.40 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 111.66 | $2,903.16 | $8,498.10 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 121.68 |
| **Optional Employee Life Insurance** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 2x Benefits Earnings Single | $ 0.79 | $ 20.54 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 0.79 | $ 20.54 | $ 121.68 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Kyle Grissom | xxx-x████ | C | M | 11-22-1997 |

Crickett Grissom



**If you have any questions about this claim, please contact**

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA        PA   19176
800-842-1718

Date
**September 24, 2012**

CNTRL#   0039900
CLAIM#   10502482
ID#      XXX-XX-

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CLAIMANT   **CRICKETT GRISSOM**

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---|---|---|---|
| LTD Claim Benefits | 4,499.78 | | 09/01/2012 | 09/30/2012 |
| - SSDB | 2,294.10 | BENEFIT AMOUNT | | 4,499.78 |
| - Medical | 203.19 | LESS OFFSET | | 2,294.10 |
| - Dental | 23.79 | ADD'L BENEFITS | | 0.00 |
| - Mandatory FIT W4 | 44.32 | | | 2,205.68 |
| | | LESS ADJUSTMENTS | | 0.00 |
| | | | | 2,205.68 |
| | | LESS DEDUCTIONS | | 271.30 |
| | | AMOUNT PAYABLE | | 1,934.38 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: **September 24, 2012**

Deposit Amount:     $1,934.38

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX | $1,934.38 |

To the Accounts of

CRICKETT GRISSOM

This is not a Check

Not Negotiable

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

## IN THIS SECTION

INTRODUCTION ........................................................................................................................... 3

PLAN HIGHLIGHTS .................................................................................................................... 4

ELIGIBILITY ............................................................................................................................... 5

INITITIAL PARTICIPATION ....................................................................................................... 5
    Core FLEX Benefits ............................................................................................................. 5
    Optional FLEX Benefits ...................................................................................................... 6
    If You are on Disability During an Annual Enrollment Period ........................................... 6

WHEN COVERAGE BEGINS ...................................................................................................... 7
    Core FLEX Benefits ............................................................................................................. 7
    Optional FLEX Benefits ...................................................................................................... 7
    Delay of Effective Date ........................................................................................................ 8

CHANGING YOUR SELECTIONS .............................................................................................. 8

COST OF COVERAGE ................................................................................................................. 8

FLEX EARNINGS ......................................................................................................................... 8

SHORT-TERM DISABILITY (STD) BENEFITS ......................................................................... 9
    Short-Term Disability Benefits for Part-Time Employees ................................................. 9
    STD Benefit Amount .......................................................................................................... 10
    Extension of Benefits Due to Part-Time Employment ...................................................... 10
    Definition of Disability ...................................................................................................... 10
    When Benefits Begin and End ............................................................................................ 11
    If You are Disabled Again .................................................................................................. 12
    Reduction of Benefits Due to Other Income ..................................................................... 12
    Exclusions .......................................................................................................................... 14

NNI-LTD-00004918

LONG-TERM DISABILITY (LTD) BENEFITS .................................................................................. 14
    LTD Benefit Amount.................................................................................................................... 14
    Definition of Disability ............................................................................................................... 15
    When Benefits Begin and End...................................................................................................... 16
    If You are Disabled Again ............................................................................................................ 17
    Waiver of Premium...................................................................................................................... 18
    Reduction of Benefits Due to Other Income ................................................................................ 18
    Social Security Disability Benefits and Medicare ........................................................................ 20
    Mandatory Vocational Rehabilitation Program ........................................................................... 20
    Cost of Living Adjustment........................................................................................................... 21
    Exclusions ................................................................................................................................... 21

OCCUPATIONAL DISABILITY BENEFITS ...................................................................................... 22

WHEN COVERAGE ENDS................................................................................................................... 22

OTHER IMPORTANT INFORMATION ............................................................................................... 23
    A Note About State Disability Laws............................................................................................. 23
    Limits on Assignments ................................................................................................................ 23
    Errors in Payments...................................................................................................................... 23

ADMINISTRATIVE INFORMATION ................................................................................................. 23

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

## INTRODUCTION

Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information (including the relevant information under the FLEX Overview, Administrative Information, and FLEX Glossary sections of the Employee Benefits and Programs binder) is a summary plan description (SPD) and a plan document under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find an explanation of these words in the FLEX Glossary of this handbook.

NNI-LTD-00004920

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of pre-disability FLEX
Earnings for up to 6 weeks of disability,
then 70%* for up to the next 20 weeks
of disability

*Optional STD Benefit*

Increase 70% Core FLEX Benefit to 90% of
pre-disability FLEX Earnings
for the 7th to 26th week of
disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

60%* of pre-disability FLEX
Earnings after 26 weeks of disability

*Optional LTD Benefit*

Increase 60% Core FLEX Benefit to 70% of
pre-disability FLEX Earnings
after 26 weeks of disability

\* or statutory minimum (if greater)

NNI-LTD-00004921

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# INITIAL PARTICIPATION

You may enroll for Optional STD and LTD benefits within 31 days of your Hire Date. If you choose to enroll you must complete the enrollment process and pay the applicable Employee contributions. Your coverage will be effective on the date Employee Services receives your enrollment (online, by mail or fax). You are covered by Core STD and LTD benefits automatically effective on the first day you are Actively at Work as a new Employee.

You do not contribute toward the cost of these Core benefits.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

Effective on your Hire Date, you are automatically enrolled in Core STD and Core LTD coverage.

Effective on your Hire Date, you are automatically enrolled in Core STD and Core LTD coverage.

NNI-LTD-00004922

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.

# Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX-eligible, when you experience a Status Change (as described in the FLEX Overview section) or during an Annual Enrollment Period.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are on STD during an Annual Enrollment Period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your new selections (your choices at the Annual Enrollment Period) and any Payroll Deductions for the new coverage will begin.

## LTD

If you are on LTD during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental/Vision/Hearing Care, Life Insurance and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental/Vision/Hearing Care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Status Change. Your newly selected coverage will be effective according to plan provisions as described in the FLEX Overview section.

NNI-LTD-00004923

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX-eligible, when you experience a Status Change (as described in the FLEX Overview) or during an Annual Enrollment Period.

Your coverage will begin as follows:

| If you enroll and pay the required contribution... | Your coverage will be effective on... |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days after your Hire Date | The day Employee Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact Employee Services if you have questions. |
| During the Annual Enrollment Period | The first day of the Calendar Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment Period (or experience a Status Change) to make an Optional STD or Optional LTD selection.

NNI-LTD-00004924

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Calendar Year. You will not be able to change your selections during the Calendar Year unless you experience a Status Change as described in the FLEX Overview section.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or Before-Tax Contributions. The cost of Optional STD and Optional LTD coverage is based on your FLEX Earnings.

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| During an Annual Enrollment Period | Late September of Current Year |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment Status Change |

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or Before-Tax Contributions.

FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses).

NNI-LTD-00004925

FLEX Earnings do not include:

- Overtime pay,
- Shift differentials,
- Relocation payments or
- Bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings decrease during the year, pay-related benefits (except due to an employment Status Change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a period of time up to a maximum period of 26 weeks if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to the Nortel Networks Disability Service Center within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15-day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar State laws if applicable.

## Short-Term Disability Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you're regularly scheduled to work (based on the number of hours you averaged over the last 12-weeks preceding your disability) will be used in determining the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid unless otherwise required by applicable state law.
- You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours during the 12 months immediately prior to the beginning of the period of disability.
- If you are not eligible for a medical leave of absence but you are medically unable to work, you may request a Personal Leave of Absence.

NNI-LTD-00004926

# STD Benefit Amount

## Core STD Benefit

The plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of benefits payable at the rate of 100% of pre-disability FLEX Earnings.) After that, the plan pays 70% of your pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 12–14.

## Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 12–14.

# Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits. STD benefits from the STD Plan are reduced if you received certain types of "other income" during your STD benefit period. See pages 12–14 for information regarding reduction in benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings. This determination is made on a weekly basis.

# Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Nortel Networks Inc. Disability Service Center which establishes you are unable to perform the essential functions of your job. This means that you can't perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Nortel Networks Disability Service Center will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

The plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up to six weeks of your disability...

NNI-LTD-00004927

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Nortel Networks Inc. Disability Service Center which establishes you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – the removal of structural, communication or other barriers.
- Job Related Accommodations:
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

# When Benefits Begin and End

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five-day period counts toward your total period of disability as week one of your six weeks of 100% of pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled, your employment with the Employers that sponsor the Plan ends, or you have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same or related cause as the first disability and

- You were Actively at Work less than two consecutive weeks since you were Totally Disabled or

- You have not returned for one full day of full-time Active Work between the two disability periods.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Disability Service Center that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

For example...

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

NNI-LTD-00004929

It is your responsibility to complete any required applications, such as for Social Security benefits.

- statutory disability benefits

- Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents'
  benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers'
Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.
For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments that you or your Dependents have elected to
   receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under
   Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this
   plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your
responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any
necessary processes for appeal if initially denied.

If you anticipate that recovery from your illness or injury will be long-term or result in a permanent disability, you
must pursue, in a timely and diligent manner, application for Social Security Disability benefits by completing each of
the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan
may estimate your weekly Social Security and other income and use that amount to determine your benefit under this
plan.

If you sign a Reimbursement Agreement under which you agree to reimburse the plan for the amount of the excess
payment that you receive as an STD benefit before your Social Security benefit begins, your Social Security or other
income will not be estimated while your applications and appeals are pending. However, you will have to pay that
amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact
the Claims Administrator as defined in the Administrative Information section.

NNI-LTD-00004930

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

NNI-LTD-00004931

You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

NNI-LTD-00004932

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – the removal of structural, communication or other barriers.
- Job Related Accommodations:
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

## When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...

NNI-LTD-00004933

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit, you will have no LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

NNI-LTD-00004935

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement under which you agree to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit before your Social Security benefit begins, your Social Security or other income will not be estimated while your applications and appeals are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined in the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to you to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require you to make a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

It is your responsibility to complete any required applications, such as for Social Security benefits...

NNI-LTD-00004936

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or

- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings. Here is an example:

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.

...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.

NNI-LTD-00004937

# Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan provide a cost of living adjustment for LTD benefits for disabilities beginning on or after July 1, 1994 before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described below
- a disability or Injury that occurs while on a personal leave of absence, a military leave of absence, or while not actively at work
- a disability or Injury that occurs after a period of Total Disability has ended, but prior to returning to Active Work.

## Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered if Total Disability occurs within 12 months after coverage is effective and if the disability is caused or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

The Preexisting Condition exclusion will not apply to employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its employees under the LTD plan as an Affiliate.

NNI-LTD-00004938

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,

- took drugs or medicines prescribed by a Physician,

- incur expenses,

- receive a diagnosis,

- a disability or Injury that occurs while on a personal leave of absence, a military leave of absence or while not actively at work or

- a disability or Injury that occurs after a period of total disability has ended, but prior to returning to Active Work.

Disability benefits may also be payable to you for an Occupational Disability...

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational disability. (see page 12 Reduction of Benefits Due to Other Income) Nortel Networks short-term disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD benefit amount.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or

- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or

- the date the part of the plan providing the coverage ends or

- the date you fail to pay the required premium or contribution or

- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of

NNI-LTD-00004939

absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness that does not qualify you for benefits under the STD or LTD plan, your coverage may be continued.

If you stop Active Work for any reason, you should contact Employee Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# OTHER IMPORTANAT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignmnent. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined in the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00004940

Doc.#100070
Policy Effective: Jan 1, 1997
Document Modified: Mar 8, 2001

# U.S. - LEAVES OF ABSENCE

# Medical Leave of Absence Process

## Contents

- Introduction
- Eligibility
- Duration
- Approval
- Process
- Extension
- Return to Work from Leave
- Benefits
- Short-Term and Long-Term Disability Plan
  - Short-Term Disability (STD) Coverage
  - Long-Term Disability (LTD) Coverage
- Definitions

## Introduction

This document presents the guidelines and process information for an approved Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

## Eligibility

All regular full-time or regular part-time (working 20-37.5 hours per week) employees of Northern Telecom Inc. are eligible for the Medical Leave of Absence.

## Duration

A Medical Leave of Absence may be granted for an illness, accidental injury or birth of a child that requires an absence longer than 5 consecutive work days or more than one full week of work (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The entire period of absence will be considered to be part of the leave under the Family and Medical Leave Act of 1993 or applicable state law.

Case 3:08-cv-00278 Document 78   Filed 10/22/12   Page 40 of 57

**California Residents Only** - The 5-day waiting period may be waived if:

- you have been disabled 14 days or more during any one disability **or**
- If you have been hospitalized or have received treatment in a hospital surgical unit and are disabled at least 8 days during the disability period

The duration of the Medical Leave of Absence will be determined by the nature of your illness or injury, the necessity of the absence from your job and your continued timely submission of the required documentation for the leave. The responsible Nortel Networks Disability Service Center will regularly review your documentation to ensure that the leave is appropriate. You are responsible for informing the Disability Service Center and your manager of any change in the expected duration of the leave or leave status.

A Medical Leave of Absence involving a Reduced Work Schedule may be granted or continued solely at the discretion of Nortel Networks when your combined periods of Medical Leave and Family Care Leave period(s) exceed 12 weeks in the calendar year.

If your absence is less than the required duration for a Medical Leave of Absence (i.e., 5 days or less) but otherwise meets all the requirements of such a leave, including documentation, your leave will be treated according to the attendance requirements of the your business unit. If your absence occurs at a time when your combined periods of Medical Leave and Family Care Leave are 12 weeks or less in the calendar year, the absence will not adversely affect your employment status, such as your attendance record, availability record or performance assessment.

The Medical Leave of Absence will terminate when you are released to return to work or after a continuous period of absence of 26 weeks, whichever is earlier. STD benefits begin on the first day of absence and continue through the 26th week of absence. LTD benefits begin on the 27th week of absence and continue as long as you remain totally disabled up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

⚠️ **If you do not return to work when your Medical Leave of Absence ends, you will be considered to have voluntarily terminated employment effective the first working day following the expiration of the leave.**

## Approval

The Nortel Networks Disability Service Center is responsible for approving and monitoring your Medical Leave of Absence, as well as providing medical clearance prior to your return to work.

*opt 1 start*
*Carla*

## 🖼 Process

The process for requesting a Medical Leave of Absence is as follows:

1. Contact the U.S. Disability Service Center at 1-800-949-8190 or ESN 352-2651 or 919- 992-2651 to initiate the leave process. All related forms will be mailed to you via fed-ex.

2. Complete the *Short-Term Disability Checklist* and *Certification of Physician or Practitioner*

form, obtain the appropriate signatures and submit the forms to the Disability Service Center within the time specified by the Disability Service Center. The Disability Service Center is responsible for approving and monitoring Medical Leaves of Absence and for providing medical clearance prior to your return to work.

3. Upon receipt of the *Short-Term Disability Checklist* and *Certification of Physician or Practitioner* form, the Disability Service Center will review your documentation and notify you of the decision to approve or deny your request for Medical Leave.

4. If your leave is approved, the Disability Service Center will notify Employee Services of the terms of your leave. Employee Services is responsible for ensuring that your compensation and benefits are handled according to the Medical Leave of Absence policy.

 **If the completed *Short-Term Disability Checklist* and *Certification of Physician or Practitioner* form is not returned within the specified time and you do not return to work, you will be considered to have voluntarily terminated employment effective the first day on which your absence began.**

5. The responsible Nortel Networks Disability Service Center may request that you provide an additional updated *Certification of Physician or Practitioner* form for each 30-day period that the leave continues, or if the circumstances described by the original or subsequent certifications changes significantly, or after receiving information that is inconsistent with your previous certifications.

 **Failure to provide additional certification within the specified time will result in termination of the Medical Leave of Absence. If you do not return to work at that time, you will be considered to have voluntarily terminated your employment as of the date the form was due.**

6. The Disability Service Center may request an Independent Medical Evaluation (IME) to provide a second opinion at the company's expense, if the information submitted for the Medical Leave is insufficient for approval of Short-Term Disability. The objective of the IME is to obtain information from an independent source that can be used in making the decision about eligibility for Short-Term Disability. This independent evaluator will not be affiliated with or utilized by the company on a regular basis. This evaluation may be requested at any time during the period of disability.

If you are requesting Medical Leave of Absence with a Reduced Work Schedule, you must follow the requirements of the leave. In addition, this leave must be scheduled so that the disruption to Nortel Networks operations is minimal. In this case, Nortel Networks may assign you to an equivalent position that better accommodates the Reduced Work Schedule. The Reduced Work Schedule will consist of regularly worked hours and days, whenever possible.

 Note that if you are on a full-time Medical Leave of Absence and wish to change to leave on a Reduced Work Schedule, you must complete and submit another request form.

## Extension

If you are not medically able to return to work on the indicated return to work date, you may request an extension by contacting the responsible Nortel Networks Disability Service Center and completing and submitting a *Certification of Physician or Practitioner* form before the indicated return to work date. **The extension must be approved by the Disability Service Center** and will be processed following the Process for the original request.

 **If you do not obtain an approved extension when your Medical Leave of Absence ends and you do not return to work, you will be considered to have voluntarily terminated employment, effective the first working day following the expiration date of your leave.**

## Return to Work from Leave

You must notify the Disability Service Center at least 5 days before your desired return to work date or 5 days before the return to work date indicated on the *Certification of Physician or Practitioner* form, whichever is earlier. At that time, the Disability Service Center will provide you with a *Return to Work Statement* that must be completed by your Health Care Provider and submitted to the Disability Service Center before you return to work. The Disability Service Center will verify that you are medically able to perform the essential duties of the position to which you are reinstated, with or without accommodations. If the Disability Service Center determines that you are medically able to return to work, he/she will inform your manager of the need for any job-related restrictions through the *Work Status Report*.

 **After confirmation of your return to work, the Disability Service Center will notify Employee Services so you are returned to *active* status.**

If your combined Medical Leave and Family Care Leave period(s) totaled 12 weeks or less in a calendar year **and**, in the case of the Family Care Leave, you have worked 1250 hours in the 12 months before the leave began, you will be placed in your same position, an equivalent position or any position for which you are qualified, depending on availability. If no position is available, you will be terminated. Reinstatement to employment is not required if your position has been eliminated or if your leave was obtained fraudulently. If the applicable state law requires reinstatement following longer period of absence or contains less stringent eligibility requirements, Nortel Networks will comply with the state law.

If your leave has been longer than 12 weeks, you may be placed in any available position for which you are qualified, as determined solely by Nortel Networks. If there are no positions available within 30 days of the time you are eligible to return to work, you will be terminated.

## Benefits

The following benefits will continue as noted during your Medical Leave of Absence if you are eligible for these benefits under the terms and conditions of the benefit plans and if you continue to make all necessary and timely contributions for the applicable coverage. However, Nortel Networks retains the unilateral right to change its benefit plans, including reducing or eliminating such plans, at any time; these changes will apply to employees on Medical Leave of Absence.

- **Compensation** - You will receive 100% of your pay for the first 6 weeks of your absence. During weeks 7-26 of your leave, your pay will be determined by the level of STD coverage you have chosen.

  For part-time employees, your pay for the first 6 weeks of leave is determined by the number of hours you regularly work:
    o If you work between 35-37.5 hours per week, 40 hours will be used in determining pay.
    o If you work between 20-34.5 hours per week, 25 hours will be used in determining pay.

- **Holidays** - Any holiday that occurs during a Medical Leave of Absence will not be paid, unless you are on a Reduced Work Schedule and receiving partial pay from Nortel Networks.

- **Life Insurance** - Life and accidental death and dismemberment (AD&D) insurance, including spouse and dependent coverage, continues.

- **Long-Term Investment Plan (401k)** - If you are participating in this plan when your leave begins, you will continue as a participant during the leave. As long as you are receiving partial pay from Nortel Networks, your contributions to the plan will continue to be deducted from your paycheck, unless you contact the Plan Administrator (MetLife: 1-800-726-0026) and notify them to suspend your contributions. If you stop your contributions while you are on leave, you must contact MetLife (1-800-726-0026) when you return to work in order to resume your contributions through payroll deductions.

   If you have an outstanding loan against your 401(k) plan and you are repaying this loan through payroll deductions, you may need to contact MetLife to arrange to continue making loan payments. As long as you are receiving pay from Nortel Networks, your loan payments will continue to be deducted from your paycheck. However, if your paycheck is not enough to cover the amount of the scheduled loan payments, you must contact MetLife (1-800-726-0026) to arrange to continue making the loan payments yourself. If you are going on LTD, MetLife will contact you to arrange payment of your loan.

- **Medical and Dental/Vision/Hearing Care Coverage** - Medical and dental/vision/hearing care coverage, including spouse and dependent coverage, continues.

- **Merit Increase** - If your salary is planned for a merit increase while you are on leave and you return to work during the same salary plan year, the merit increase will automatically take place when you return to work.

4/10/02

- **Reimbursement Accounts** - If you are participating in these accounts when your leave begins, you may choose to continue or discontinue participation during your leave. As long as your are receiving partial pay from Nortel Networks, contributions to the accounts will continue unless you contact Employee Services (ESN 352-4636 or 1-800-676-4636) to suspend your deductions. If you return to work during the same calendar year and wish to resume your contributions through payroll deductions, you must call the InfoCenter.

- **Retirement Plan** - The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of leave.

- **Short-Term Disability (STD) and Long-Term Disability (LTD)** - STD and LTD coverage remain at the level of coverage you have when you begin the leave until you return to work. If you are on a Reduced Work Schedule and receiving partial pay from Nortel Networks, STD and LTD coverage is continued during the leave.

- **Vacation** - You will continue to accrue vacation during the leave as long as you meet the following 2 requirements:
  - o You are receiving STD benefits.
  - o You return to work when your leave ends.

If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of LTD.

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose supplemental coverage for STD and LTD.

## Plan Highlights

| Short-Term Disability (STD) | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |
| Long-Term Disability (LTD) | |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 50% of FLEX Earnings after 26 weeks of total disability | 70% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The 5-day waiting period is counted in the total time away from work on Medical Leave of Absence. If the leave is not approved, the first 5 days must be taken as vacation time, incidental time off without pay or sick days, if available in areas outlined by local attendance policy.

**California Residents Only** - The 5-day waiting period may be waived if:

    ○ you have been disabled 14 days or more during any one disability **or**

    ○ If you have been hospitalized or have received treatment in a hospital surgical unit and are disabled at least 8 days during the disability period

- **Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Holidays** - Any holiday that occurs during the STD will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Maternity Leave** - Leave taken for the birth of a child is considered an STD. For a normal, vaginal delivery, you receive 6 weeks of leave paid at 100% of your FLEX Earnings. For a Cesarean section, you receive 6 weeks of leave paid at 100% of your FLEX earnings and up to 2 more weeks at 70% or 90% of your FLEX Earnings (depending on the level of STD Benefit you have chosen), upon recommendation by your <u>Health Care Provider</u> (see the chart below).

| Maternity Leave (STD) | | | |
|---|---|---|---|
| **Type of Delivery** | **First 6 Weeks** | **Next 2 Weeks** | **Continued Leave** |
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 70% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave |

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:
  - ○ You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - ○ You will continue to be eligible for disability benefits under your current plan selections. If your disability extends beyond 26 weeks so that you become eligible for LTD, your benefits will be paid under your current LTD plan selection. After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.

## Long-Term Disability (LTD) Benefits

⚠ **Newly-hired employees will not be covered for 12 months for any disability caused by, contributed to or relating from a pre-existing condition occurring within the 90-day period of your coverage effective date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on personal leave of absence (not to exceed 1 year) until **one of the following** occurs:

Case 09-10138-MFW   Doc 8778   Filed 10/22/12   Page 46 of 57

1. Your long-term disability (LTD) coverage is approved.
2. You return to work.
3. You terminate the company.

LTD benefits will provide you with either 50% or 70% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Duration of Benefits** - LTD benefits are payable as long as you remain totally disabled up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

- **Holidays** - Any holiday that occurs during the LTD will be treated as any other day, and you will be compensated according to the LTD benefit level you chose.

- **FLEX Benefits Enrollment** - If you are on LTD during an annual FLEX Benefits enrollment period, you are not eligible to enroll in STD or change your current LTD selection. In addition, the following provisions apply:
    - o You may change your Medical coverage, Dental/Vision/Hearing Care coverage and Dependent Life Insurance selections.
    - o You continue to be eligible for LTD benefits under your current plan selection.
    - o Once you have returned to active work for 30 consecutive days, you may change your enrollment selections, because this is considered a Status Change.

> ⚠️ **Any employee who engages in work anywhere for pay or profit during an approved Medical Leave of Absence will be considered to have voluntarily terminated employment with Nortel Networks, and the Medical Leave will automatically end.**

##  Definitions

- **Benefits** - The benefits, if any, as specified in the Nortel Networks Group Benefits Plan that are in effect when the Medical Leave of Absence begins.

- **Diability** - You are considered Totally Disabled for STD or LTD purposes when a Physician certifies that you cannot work because of an illness or accidental injury, and the evidence supports this opinion. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Health Care Provider.

  For an STD, you must provide written proof of your Total Disability to the responsible Nortel Networks Disability Service Center, who will make the final determination of disability. For an LTD, you must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the illness or injury causing the Total Disability for at least 31 days.

- **Equivalent Position** - A position having equivalent pay, benefits and working conditions and involving the same or substantially similar duties and responsibilities as the job that the eligible employee held just prior to the beginning of the Medical Leave of Absence.

- **Health Care Provider** - A doctor of medicine or osteopathy authorized to practice medicine or surgery in the state where the practice occurs, or any other person capable of providing health care services as determined by the Secretary of the Department of Labor. The latter includes:
  - o podiatrists
  - o dentists
  - o clinical psychologists
  - o optometrists
  - o chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist)
  - o nurse practitioners and nurse-midwives who are authorized to practice in the state and who are performing within the scope of their practice as defined by state law
  - o Christian Science practitioners listed with the First Church of Christ, Scientist, in Boston, MA

- **Disability Service Center** - A registered nurse or licensed physician responsible for the employee's business unit. To determine your responsible Nortel Networks Disability Service Center, call the Disability Service Center in your area (see the Global Contact List).

- **Maximum Benefit Period** - The maximum length of time benefits will be paid, depending on your age when your Total Disability begins, according to the following schedule:

| *If your disability begins at age:* | *LTD benefits will continue no longer than:* |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

- **Reduced Work Schedule Leave** - A type of Medical Leave of Absence that involves a reduction in the number of an employee's usual work hours. The Reduced Work Schedule consists of regularly scheduled work hours and days whenever possible.

- **Serious Health Condition** - An illness, injury, impairment, or physical or mental condition that:
  - o affects the eligible employee's health to the extent that the employee is unable to perform

the essential functions of his/her job or any job **and**
o requires inpatient care and/or continuing treatment by or under the supervision of a Health Care Provider.

**Examples of Serious Health Conditions** include but are not limited to the following:
o heart attacks
o heart conditions requiring heart bypass or valve operations
o most cancers
o back conditions requiring extensive therapy or surgical requirements
o strokes
o severe respiratory conditions
o spinal injuries
o appendicitis
o pneumonia
o emphysema
o severe arthritis ✓
o severe nervous disorders
o injuries caused by serious accidents on or off the job
o severe morning sickness
o the need for prenatal care
o childbirth
o recovery from childbirth

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
### PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Crickett Grissom

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1998/08/10

EMPLOYEE ADDRESS:

2580 WEST PORTER CREEK AVE
PORTERVILLE
CA 93257

GLOBAL ID: 5031371

ENTITY:        DEPT: 9295

EMPLOYEE STATUS: Full Time: F
                Part Time:

LOCATION : M49

LOCATION DESCRIPTION: GRTO

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

V5.0

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

---

### IMPORTANT PLEASE READ CAREFULLY

---

INTRODUCTION: Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing"). Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

IMPORANT NOTE:    Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends.  (For more information, see Section III (B) (10) and (11) below).  It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan.   If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination.  For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you.  If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period". The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan. The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel. That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan.   If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits.  Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan.  As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Crickett  Grissom

Employee Number: 5031371

Continuous Service Date: 1998/08/10

Severance Eligibility Date: 1998/08/10

Employment Termination Date: 2010/08/31

Severance Stop Date: 2010/12/21

Employee Home Address:

2580 WEST PORTER CREEK AVE
PORTERVILLE
CA      93257

Severance Period (for employees with at least 6 months of service): 16
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
            Mail Stop 570/02/0C2
            PO Box 13010
            4001 E. Chapel Hill-Nelson Hwy
            Research Triangle Park, NC  27709-3010
            1-800-676-4636

II. NOTICE

---

### IMPORTANT NOTICE

---

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.

III. ADDITIONAL INFORMATION

(A)    **Notice Date:**  The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B)    **Benefits Available To Employees:**  The following benefits shall be provided to Employee, to the extent    that the Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.

(1)  *MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

(2)  *HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA.  Please contact Ceridian at 1-800-877-7994 for additional information.

If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15).  For additional information, please contact WageWorks at 1-877-924-3967.

(3)  *DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends.  Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred.  For additional information, please contact WageWorks at 1-877-924-3967.

V5.0

I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Crickett  Grissom

Employee Number: 5031371

Continuous Service Date: 1998/08/10

Severance Eligibility Date: 1998/08/10

Employment Termination Date: 2010/08/31

Severance Stop Date: 2010/12/21

Employee Home Address:

2580 WEST PORTER CREEK AVE
PORTERVILLE
CA        93257

Severance Period (for employees with at least 6
months of service): 16
(Number of Weeks to Commence Following
Termination Date)

HR Contact: Nortel HR Shared Services
            Mail Stop 570/02/0C2
            PO Box 13010
            4001 E. Chapel Hill-Nelson Hwy
            Research Triangle Park, NC  27709-3010
            1-800-676-4636

V5.0

**(4)  EMPLOYEE LIFE INSURANCE**

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

**(5)  DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)**

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

**(6)  ACCIDENTIAL DEATH & DISMEMBERMENT (AD&D) INSURANCE**

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

**(7)  SHORT-TERM (STD) DISABILITY**

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

**(8)  LONG-TERM (LTD) DISABILITY**

The Long-Term Disability Plan will terminate August 31, 2010.

If enrolled, coverage ends on Employee's Termination Date.

**(9)  BUSINESS TRAVEL ACCIDENT INSURANCE**

Coverage ends on Employee's Termination Date.

V5.0

(10) RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")

Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be discontinued.

If eligible,

- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled) Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to commence benefits through the PBGC on the earliest date following the Termination Date or the Severance End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension benefits through the PBGC or;

- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits. Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period. All employees must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of service to qualify for the coverage.  For subsidized coverage, Employee would have to qualify under the grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in 2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan through the PBGC and Retiree Medical Plan benefits earlier or not.

NOTE: To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared Services Center at 1-800-676-4636.

(11) Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to qualify , waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee was grandfathered for coverage so Employee would need to check Employee's individual requirements to determine whether Employee needs the service that would be earned during the severance period.

V5.0

Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension benefits related questions should be directed to the PBGC.

### (12)LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

### (13)DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

### (14)EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

### (15)VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

### (16)OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife: 1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

### (17)END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately following the Termination Date.

(C) **"Reporting" or "Non-Reporting" Insider Designation, if applicable.** If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D) **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following:  keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E) **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan.  Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____    Date:_____

Printed Name:_____

**PLEASE NOTE:** If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.