**EXHIBIT   A**

April 12, 1999

**Mr.** Mark R. Janis
36 East Hickory Street
Hinsdale, Illinois 60521

Dear Mark:

I am looking forward to your acceptance of our offer to join the Professional Services team at Clarify.

Your responsibilities as Western Region Director of Professional Services, reporting to me will be to direct the operations of the Western region professional services organization at Clarify.   Along with other team members, you will be expected to maintain a "do whatever needs to be done" attitude toward Clarify's primary objective - development of best-of-breed, integrated sales and support solutions.

**Employment Terms**

**Start Date:**  April 30, 1999
**Salary:** $165,000 annually. Your first performance review will be conducted in September, 1999.
**Incentive Bonus:** You will also be eligible for the PSO annual bonus program targeted at 25%.
**Relocation:**  You will also be eligible for up to $40,000 for documented and standard reimbursable relocation expenses. If you are terminated for cause, or voluntarily terminate your employment prior to your one year anniversary date of hire, you will be required to reimburse Clarify this bonus.
**Benefits:** Clarify provides medical, dental & vision care insurance, life & accidental death insurance, long-term disability coverage, and a 401(k) plan.  In addition, you will be eligible to participate in our Employee Stock Purchase Plan during our next enrollment period, which begins May 3, 1999.
**Stock Option Plan:**  You will be provided the option to purchase 30,000 shares of Clarify common stock based on the closing fair market value on your date of hire. The vesting schedule is 25% at the end of the first year, then 2% per month thereafter for 36 months.  The stock grant is subject to Board approval.  You will be eligible for an additional grant after one year of service.
**Vacation:** You will accrue two weeks vacation in addition to 10 paid holidays.

As with all employees, your employment will be "at will" as either you or Clarify may terminate your employment at any time and for any reason. All employees at Clarify must sign our Proprietary Information and Inventions Agreement.  To indicate your acceptance of this offer, please return a signed copy of the letter to me via fax at (408)573-3030.

We look forward to your prompt acceptance of this offer by Thursday, April 15, 1999.

Sincerely,

*Jeanne Urich /w.*

Jeanne Urich
Senior Vice President
Worldwide Professional Services

Accepted: _____   Date: **4/13/99**   Start Date: **4/30/99**

Clarify Inc. 2125 O'Nel Drive, San Jose, CA 95131  www.clarify.com
T 408.573.3000
F 408.573.3001



# EMPLOYEE BENEFITS SUMMARY - CLARIFY INC., 1999

**(Benefits effective on date of hire)**
**\* Employee benefits are paid 100% by Clarify**

**MEDICAL: United Healthcare** Either plan requires you to choose a primary care physician - OB/GYN only exception

**EPO Plan:** $5 co-pay per office visit, 100% coverage within the network (non - network providers not covered except in case of an emergency). No premiums for dependents

**POS Plan:** $10 co-pay per office visit, 100% coverage within network; 80% outside the network - chiropractic & acupuncture covered 80% (after $100 deductible met), infertility assistance maximum of $15,000/ yr.

> Premiums:  Employee + 1 - $20 each pay period
> Employee + 2 or more - $34 each pay period

**Prescriptions  (both plans):**
> Retail Rx:    30 day—$5 generic / $10 preferred brand name  / $25 non-preferred brand name
> Mail Order Rx:    90 day supply—$10 generic / $20 brand name / $50 non-preferred brand name

**DENTAL: MetLife** (You may see an in-network provider or any dentist of your choice)
100% diagnostic and preventative (includes 2 cleanings / yr., X-rays), 80% basic services, 50% major services ($1500/yr. Maximum; $2000 Lifetime Maximum Orthodontia)
> Employee: $25 deductible / yr.
> Family: $75 deductible / yr.

**VISION:  Vision Service Plan - VSP**
> 100% - annual exam, lenses, frames (designer frame maximum) or contact lenses
> $25 co-pay, per individual

**SAVINGS AND RETIREMENT PLAN / 401K: Principal Mutual Life**
> Immediate eligibility - contribute up to 20% of your gross salary to a maximum of $10,000/yr.
> 13 accounts to choose from; you may contribute to 12 accounts at a time

**EMPLOYEE STOCK PURCHASE PROGRAM:**
> 1% - 15% of salary, 6 month period, discounted 15%.  Prior enrollment necessary for May 3, and November 1, plan start dates.

**BASIC TERM LIFE INSURANCE:  Paul Revere Insurance - Paid 100% by Clarify**
> 2X annual base salary, rounded to the highest $1,000.
> $300,000 maximum

> **Accidental Death and Dismemberment:** Accidental death - 2X annual base salary rounded to the next $1,000 (in addition to Basic Term Life)

**LONG TERM / SHORT TERM DISABILITY:  Paul Revere Insurance**
> Long Term - Benefit (employees only): 66 2/3% of monthly earnings to age 65.  Maximum monthly benefit : $10,000. (90 day waiting period)

**EMPLOYEE ASSISTANCE PROGRAM: U.S. Behavioral Health**
> Confidential program. For assessment and referral purposes.

**FLEXIBLE SPENDING ACCOUNT: BeneSphere**

Clarify Inc. · 2125 O'Nel Drive, San Jose, CA 95131 · www.clarify.com · T 408.573.3000 · F 408.573.3001



**EXHIBIT B**



February 11, 2000

Dear Clarify Stockholder:

You are cordially invited to attend a Special Meeting of Stockholders of Clarify Inc. which will be held on March 16, 2000, at 10:00 a.m., Pacific Time, at Clarify's principal executive offices located at 2560 Orchard Parkway, San Jose, California 95131.

At the meeting, you will be asked to approve the acquisition of Clarify by Nortel Networks Corporation. The acquisition will be carried out by way of a merger under a merger agreement between Clarify and Nortel Networks. If the merger is approved, you will be entitled to receive 1.3 common shares of Nortel Networks in exchange for each share of Clarify common stock that you own. The value of 1.3 Nortel Networks common shares was $158.275 on February 9, 2000, based on the closing price of the shares on the New York Stock Exchange on that date, which was $121.750. Nortel Networks will apply to list the Nortel Networks common shares to be issued in the merger on the New York and Toronto stock exchanges.

The accompanying proxy statement/prospectus provides a detailed description of the proposed merger and the consideration you will receive in the merger, as well as the effects of the merger on you as a stockholder and on Clarify. I urge you to read the enclosed materials carefully.

**After careful consideration, Clarify's board of directors has unanimously determined that the merger is fair to and in the best interests of Clarify and its stockholders and unanimously recommends that you vote FOR the approval and adoption of the merger agreement.**

**YOUR VOTE IS IMPORTANT.** Whether or not you plan to attend the special meeting, please take the time to vote on the proposal submitted to you by completing and mailing the enclosed proxy card to us as soon as possible.

Sincerely,

Anthony Zingale
*President and Chief Executive Officer*

---

**See "Risk Factors" beginning on page 10 for a discussion of matters you should consider in deciding whether to vote in favor of the merger.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved the Nortel Networks common shares to be issued in the merger or determined if this proxy statement/prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

No securities commission or similar regulatory authority in Canada has in any way passed upon the merits of the Nortel Networks common shares offered under this proxy statement/prospectus or the disclosure contained in this proxy statement/prospectus. Any representation to the contrary is an offense.

---

This proxy statement/prospectus is dated February 11, 2000 and is first being mailed to stockholders on or about February 16, 2000.

**EXHIBIT C**

**John A. Roth**
**President and**
**Chief Executive Officer**
**Nortel Networks**
8200 Dixie Road, Suite 100
Brampton, Ontario  L6T 5P6

Tel:  (905) 863-1001  ESN 333
Fax:  (905) 863-8406  ESN 333



*How the world shares ideas.*

October 24, 2000

Mark Janis
Nortel Networks

Dear Mark:

It is my pleasure to congratulate you for being recognized by your leadership team as one of our Top Talent, and to thank you for your outstanding contribution to Nortel Networks in the 1st half of 2000.

Top Talent are people who make a significant impact on the business through exceptional, sustained results. They have a "can-do" attitude, achieve results through teamwork, learn aggressively, and consistently demonstrate leadership. They're the type of people we need to sustain momentum and continue to grow the business.

In identifying you as Top Talent, your leadership team has recognized you as someone who had a substantial opportunity to drive the business forward and who made the most of that opportunity.

Thanks to your efforts, we had an outstanding 1st half.  We led the industry in revenue growth and exceeded our targets for revenue, earnings per share, and earnings per employee.

In recognition of your significant contribution, I am pleased to award you a Top Talent Bonus — an enhancement to your mid-year incentive award. Your Top Talent Bonus of USD 4125 will appear in your next paycheck.

I look to you and your leaders to continue to seek out the challenging assignments and development opportunities that will allow you to sustain your high level of contribution and continue to progress in your career at Nortel Networks.

Yours sincerely,

John A. Roth

Cc:  John Kogura

**EXHIBIT D**


## NORTEL
### NETWORKS

**2001 U.S.**
## FLEX Benefits Annual Enrollment
## Personalized Enrollment Worksheet

Before you begin to make your selections, please read this Personalized Enrollment Worksheet and all the materials in your FLEX Benefits 2001 enrollment package carefully. These materials will also tell you where you can find more details on making changes, eligibility, FLEX Earnings, tax implications and other important information.

### PERSONAL INFORMATION

| | |
|---|---|
| Name: | MARK JANIS |
| Global ID: | 0473736 |
| Social Security Number: | |
| Date of Birth: | |
| Pay Frequency: | US Bi-Weekly Paycycle |
| FLEX Earnings: | $ 174,900 (as of September 30, 2000) |
| Event: | Annual Enrollment |
| Event Date: | January 01, 2001 |
| Prepared on: | October 03, 2000 |
| Enrollment Deadline: | November 15, 2000 |
| FLEX Credits Per Pay Period: | $ 20.79 |

> Your action is required by the enrollment deadline **November 15, 2000** or you will receive **default coverage.** See the enrollment materials for further details.
>
> To enroll on the FLEX Benefits on-line enrollment tool, go to: https://eflex.us.nortel.com:49185/

For 2001, costs for medical options reflect your share of the costs after company-provided FLEX Credits are applied.

### YOUR 2001 ENROLLMENT OPTIONS

Your current FLEX Benefits coverage (if available) or your default coverage (if current coverage is not available) is highlighted in the shaded areas on pages 1, 2 and 3.

## 2001 BEFORE-TAX CHOICES

**Medical**  (Any negative costs represent FLEX Credit income to you)

| | (1) You Only | (2) You & Child(ren) | (3) You & Spouse | (4) You & Family | Your Cost Per Pay Period |
|---|---|---|---|---|---|
| ( 1) No coverage | $ -20.79 | | | | |
| ( 2) Preferred Provider, CIGNA | $ 0.00 | $ 5.66 | $ 6.29 | $ 9.13 | |
| ( 3) Preferred Provider, UNITED HEALTHCARE | $ 0.00 | $ 5.66 | $ 6.29 | $ 9.13 | |
| ( 4) Point of Service, CIGNA | $ 12.13 | $ 21.00 | $ 23.33 | $ 33.84 | |
| ( 5) Point of Service, UNITED HEALTHCARE | $ 12.13 | $ 21.00 | $ 23.33 | $ 33.84 | |
| ( 6) Exclusive Provider, CIGNA | $ 8.04 | $ 13.91 | $ 15.46 | $ 22.41 | |
| ( 7) Exclusive Provider, UNITED HEALTHCARE | $ 8.04 | $ 13.91 | $ 15.46 | $ 22.41 | |
| ( 8) Comprehensive, CIGNA | $ 34.68 | $ 60.01 | $ 66.67 | $ 96.68 | |
| ( 9) HMO, KAISER | $ 8.42 | $ 16.00 | $ 17.69 | $ 25.27 | $_____.__ (a) |
| (10) HMO, LIFEGUARD | $ 7.42 | $ 14.10 | $ 15.59 | $ 22.26 | |

**Dental, Vision and Hearing Care**

| | (1) You Only | (2) You & Child(ren) | (3) You & Spouse | (4) You & Family | |
|---|---|---|---|---|---|
| ( 1) No coverage | $ 0.00 | | | | |
| ( 2) Basic | $ 0.58 | $ 0.96 | $ 1.08 | $ 1.62 | |
| ( 3) Comprehensive | $ 1.69 | $ 2.89 | $ 3.21 | $ 4.83 | |
| ( 4) Plus | $ 3.39 | $ 5.84 | $ 6.49 | $ 9.74 | $_____.__ (b) |

**Page 1 Subtotal: Cost (or Income if Negative Number) Per Pay Period**
Add the amounts shown above (a plus b) in the right column of this worksheet and enter the total here.

$_____.__ (c)

**NOTE: Your benefit costs and FLEX Credits have been rounded down to the nearest cent on a per-pay-period basis.**

US.EN.1.32

JANIS, MARK                          0473736        Prepared on: October 03, 2000

## 2001 BEFORE-TAX CHOICES (continued)

### Health Care Reimbursement Account
You must enroll every year to contribute to this Account. Your chosen amounts do not carry over from year to year.                          $_____.____   (d)

( 1 ) No contribution
( 2 ) Per-pay-period contribution
    (Yearly family minimum of $120 and maximum of $5,200.)

### Dependent Day Care Reimbursement Account
You must enroll every year to contribute to this Account. Your chosen amounts do not carry over from year to year.                          $_____.____   (e)

( 1 ) No contribution
( 2 ) Per-pay-period contribution
    (Yearly family minimum of $120 and maximum of $5,000.)

### Short-Term Disability
| | |
|---|---|
| ( 1 ) No optional coverage | $ 0.00 |
| ( 2 ) Increase core coverage from 70% to 90% | $ 10.09 |

$_____.____   (f)

### Long-Term Disability
| | |
|---|---|
| ( 1 ) No optional coverage | $ 0.00 |
| ( 2 ) Increase core coverage from 60% to 70% | $ 10.76 |

$_____.____   (g)

## 2001 AFTER-TAX CHOICES

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when FLEX Earnings are greater than $50,000.
You can select from:

| | |
|---|---|
| ( 1 ) 1 X FLEX Earnings $ 175,000 | $ 0.00 |
| ( 2 ) $ 50,000 | $ 0.00 |

### Optional Employee Life Insurance

|  | (1) Non-Smoker | (2) Smoker |
|---|---|---|
| ( 1 ) No optional coverage | $ 0.00 | |
| ( 2 ) 1 X FLEX Earnings $ 175,000 | $ 11.30 | $ 12.11 |
| ( 3 ) 2 X FLEX Earnings $ 350,000 | $ 22.61 | $ 24.23 |
| ( 4 ) 3 X FLEX Earnings $ 525,000 | $ 33.92 | $ 36.34 |
| ( 5 ) 4 X FLEX Earnings $ 700,000 | $ 45.23 | $ 48.46 |
| ( 6 ) 5 X FLEX Earnings $ 875,000 | $ 56.53 | $ 60.57 |

$_____.____   (h)

NOTE: A smoker is defined as anyone who has used a tobacco product since January 01, 2000. An increase in coverage will require evidence of insurability. A Health Statement will be included with your Confirmation Statement, if applicable.

### Dependent Life Insurance — Spouse
The cost of life insurance for your spouse is based on his or her age. Costs for a spouse whose date of birth is on record are shown below. If costs are not shown below, see the Optional Spousal Life Insurance Costs worksheet in your enrollment package. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (i).

| | |
|---|---|
| ( 1 ) No coverage | $ 0.00 |
| ( 2 ) $ 10,000 | $ 0.69 |
| ( 3 ) $ 25,000 | $ 1.73 |
| ( 4 ) $ 50,000 | $ 3.46 |
| ( 5 ) $ 75,000 | $ 5.19 |
| ( 6 ) $ 100,000 | $ 6.92 |

$_____.____   (i)

Selecting coverage greater than $25,000 requires evidence of insurability. A Health Statement will be included with your Confirmation Statement, if applicable. **A domestic partner is not eligible for Dependent Life Insurance.**

### Page 2 Subtotal: Cost Per Pay Period                          $_____.____   (j)

Add the amounts shown above (d through i) in the right column of this worksheet and enter the total here.

0473736                 Prepared on: October 03, 2000

JANIS, MARK

## 2001 A F T E R - T A X   C H O I C E S (continued)

**Dependent Life Insurance — Child(ren)**
Cost shown is the total for all your Child(ren).  Age limits may apply.

|   |   |   |   |
|---|---|---|---|
| ( 1) | No coverage | $ 0.00 | |
| ( 2) | $ 5,000 per child | $ 0.32 | |
| ( 3) | $ 10,000 per child | $ 0.57 | $_____.___   (k) |
| ( 4) | $ 15,000 per child | $ 0.86 | |

**A domestic partner's child(ren) is not eligible for Dependent Life Insurance unless he or she is also an eligible dependent of the employee.**

| Accidental Death and Dismemberment | | (1) You Only | (2) You & Family |
|---|---|---|---|
| ( 1) | No coverage | $ 0.00 | |
| ( 2) | 1 X FLEX Earnings $ 175,000 | $ 1.21 | $ 2.22 |
| ( 3) | 2 X FLEX Earnings $ 350,000 | $ 2.42 | $ 4.44 |
| ( 4) | 3 X FLEX Earnings $ 525,000 | $ 3.63 | $ 6.66 |
| ( 5) | 4 X FLEX Earnings $ 700,000 | $ 4.84 | $ 8.88 |
| ( 6) | 5 X FLEX Earnings $ 875,000 | $ 6.05 | $ 11.10 |

$_____.___   (l)

**A domestic partner's child(ren) is not eligible for AD&D unless he or she is also an eligible dependent of the employee.**

**Page 3 Subtotal: Cost Per Pay Period**

$_____.___   (m)

Add the amounts shown above (k plus l) in the right column of this worksheet and enter the total here.

## Effect on Your Pay

Total - Enter the total cost (positive) or income (negative) per pay period of your 2001 choices here:     $_____.___( c + j + m )

— **If this total is greater than $0**, the cost of your selections exceeds your FLEX Credits, and this amount will be deducted from each paycheck. This is the **cost to you**.
— **If this total is less than $0**, the amount represents unused FLEX Credits, and the total amount will be added to your gross pay each pay period. This is your **Cash Back — and will be treated as taxable income.**

**Please keep a copy of this completed worksheet for your personal records.**

**NOTE:** Please double-check your selections above.  These 2001 selections are final.
**WHEN COMPLETING YOUR ENROLLMENT SELECTIONS ON THE FLEX BENEFITS ON-LINE ENROLLMENT TOOL, PLEASE RECORD AND KEEP YOUR CONFIRMATION NUMBER.**

Should you have any questions regarding the information on this enrollment worksheet, please call Employee Services (formerly known as the InfoCenter) at ESN 352-4636 or 1-800-676-4636.

**Please turn to page 4 to review your dependent information.**

JANIS, MARK        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     0473736     Prepared on: October 03, 2000

## DEPENDENT INFORMATION

Review the information below for all of your eligible dependents, even if you are not enrolling them in a Medical or Dental, Vision and Hearing Care option, so that they will have access to the Employee Assistance Program (EAP). Refer to the FLEX Benefits Glossary in your Employee Benefits and Programs binder (summary plan descriptions) for a definition of eligible dependents. If you need to make corrections to your dependent information, mark the changes below and then access the FLEX Benefits on-line enrollment tool at https://eflex.us.nortel.com:49185/ to enter your dependent information.

**Relationship Code**

S = Spouse
D = Domestic partner  **(see NOTE below)**
C = Child (under age 19; under age 25 if a full-time student)
K = Child of domestic partner

**Gender**

M = Male
F = Female

| | Name (Last, First, MI) | Soc. Sec. Number | Relationship Code | Gender | Date of Birth |
|---|---|---|---|---|---|
| ☐ Delete ☐ Change | JANIS, DAVID M | ▓▓▓▓▓ | C | M | ▓▓▓▓▓ |
| ☐ Delete ☐ Change | JANIS, ROBYN C | ▓▓▓▓▓ | C | F | ▓▓▓▓▓ |
| ☐ Delete ☐ Change | JANIS, ELIZABETH A | ▓▓▓▓▓ | C | F | ▓▓▓▓▓ |
| ☐ Delete ☐ Change | JANIS, LORELEI S | ▓▓▓▓▓ | S | F | ▓▓▓▓▓ |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |

**NOTE:** Call Employee Services at ESN 352-4636 or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental, Vision and Hearing Care coverage. **Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you don't have access to the FLEX Benefits on-line enrollment tool and you need assistance in completing your enrollment and/or updating your dependent data, please call Employee Services at ESN 352-4636 or 1-800-676-4636. Hearing-impaired employees should call 919-992-6914 (TDD).

**For Employee Services Use Only**
Event Name: ANENROL
Event Date: January 01, 2001
CSD: May 08, 2000
Core Network: UNITED HEALTHCARE, SAN FRAN/CENTRAL COAST, CA
     "United HealthCare  PO Box 740800  Atlanta, GA  30374-0800"
     (94568)

A E US  MS I99 0473736
MARK JANIS
7886 MEDINAH COURT
PLEASANTON, CA  94588



## NORTEL NETWORKS

**2003 U.S.**
**FLEX Benefits Annual Enrollment**
**Personalized Enrollment Worksheet**

This worksheet shows your current benefit selections highlighted in the shaded area below. Before you start, please read your enrollment materials. These materials include details on making changes, eligibility, FLEX Earnings, tax implications and other important information.

### PERSONAL INFORMATION

| | |
|---|---|
| Name: | MARK JANIS |
| Global ID: | 0473736 |
| Social Security Number: | |
| Date of Birth: | |
| Pay Frequency: | U.S. Monthly Pay Cycle |
| FLEX Earnings: | $ 190,640 (as of September 27, 2002) |
| Event: | Annual Enrollment |
| Event Date: | January 01, 2003 |
| Prepared on: | October 09, 2002 |
| Enrollment Deadline: | November 19, 2002 |

> Your action is required by the enrollment deadline **November 19, 2002** or you will receive **default coverage.** See the enrollment materials for further details.
>
> Fax your completed worksheet to Employee Services at 919-991-2537 or mail via the enclosed envelope.

## YOUR 2003 ENROLLMENT OPTIONS

Your current FLEX Benefits coverage (if available) or your default coverage (if current coverage is not available) is highlighted in the shaded areas on pages 1, 2 and 3.

### 2003 AFTER-TAX SELECTIONS

**Medical**

| | You Only | You & Child(ren) | You & Spouse | You & Family | Your Cost Per-Pay-Period |
|---|---|---|---|---|---|
| ( 1) No coverage | $ 0.00 | | | | |
| ( 2) Preferred Provider, CIGNA | $ 0.00 | $ 20.25 | $ 22.49 | $ 32.62 | |
| ( 3) Preferred Provider, UNITED HEALTHCARE | $ 0.00 | $ 20.25 | $ 22.49 | $ 32.62 | |
| ( 4) Point of Service, CIGNA | $ 44.07 | $ 76.27 | $ 84.75 | $ 122.90 | |
| ( 5) Point of Service, UNITED HEALTHCARE | $ 44.07 | $ 76.27 | $ 84.75 | $ 122.90 | $ 122.90 (a) |
| ( 6) Exclusive Provider, CIGNA | $ 30.09 | $ 52.06 | $ 57.84 | $ 83.89 | |
| ( 7) Exclusive Provider, UNITED HEALTHCARE | $ 30.09 | $ 52.06 | $ 57.84 | $ 83.89 | |
| ( 8) Comprehensive, CIGNA | $ 124.03 | $ 214.62 | $ 238.47 | $ 345.78 | |
| ( 9) HMO, KAISER | $ 22.83 | $ 43.38 | $ 47.95 | $ 68.49 | |

**Dental/Vision/Hearing Care**

| | You Only | You & Child(ren) | You & Spouse | You & Family | |
|---|---|---|---|---|---|
| ( 1) No coverage | $ 0.00 | | | | |
| ( 2) Basic | $ 1.36 | $ 2.28 | $ 2.55 | $ 3.84 | |
| ( 3) Comprehensive | $ 3.99 | $ 6.83 | $ 7.60 | $ 11.41 | $ 23.04 (b) |
| ( 4) Plus | $ 8.03 | $ 13.80 | $ 15.35 | $ 23.04 | |

---

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a plus b) in the right column of this worksheet and enter the total here.     $ 145.94 (c)

**NOTE:** Your benefit costs have been rounded down to the nearest cent on a per-pay-period basis.

JANIS, MARK                                    0473736        Prepared on: October 09, 2002

## 2003 AFTER-TAX SELECTIONS (continued)

**Health Care Reimbursement Account**
You are not eligible at this time to receive this benefit.                                    $ 0.00    (d)
  ( 1) No contribution

**Dependent Day Care Reimbursement Account**
You are not eligible at this time to receive this benefit.                                    $ 0.00    (e)
  ( 1) No contribution

**Short-Term Disability**
You are not eligible at this time to receive this benefit.
  ( 1) No optional coverage                               $ 0.00                      $ 0.00    (f)

**Long-Term Disability**
You cannot make changes to your benefit until you have returned to Active Work for 30 consecutive days.
  ( 1) No optional coverage                               $ 0.00                      $ 0.00    (g)

**Core Employee Life Insurance**
Core coverage is provided at no cost to you; however, there are tax implications when FLEX Earnings are greater than $50,000.
  ( 1) 1 X FLEX Earnings  ($ 191,000)                      $ 0.00

**Optional Employee Life Insurance**
  ( 1) 3 X FLEX Earnings Non-Smoker ($ 572,000)            $ 0.00                      $ 0.00    (h)
You may only retain or decrease coverage during this enrollment period.

**Dependent Life Insurance — Spouse**
The cost of life insurance for your spouse is based on his or her age. Costs for a spouse whose date of birth is on record are shown below. If costs are not shown below, see the Optional Spousal Life Insurance Costs worksheet in your enrollment package. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (i).

You may only retain or decrease coverage during this enrollment.          $ 0.00
  ( 1) No coverage                                                    $ 2.13
  ( 2) $ 10,000                                                       $ 5.34
  ( 3) $ 25,000                                                       $ 10.69
  ( 4) $ 50,000                                                       $ 16.04
  ( 5) $ 75,000                                                       $ 21.39          $ 21.39    (i)
  ( 6) $ 100,000

Selecting coverage greater than $25,000 requires evidence of insurability.  A Health Statement will be included with your Confirmation Statement, if applicable. **A domestic partner is not eligible for Dependent Life Insurance.**

**Page 2 Subtotal: Cost Per-Pay-Period**                                              $ 21.39    (j)

Add the amounts shown above (d through i) in the right column of this worksheet and enter the total here.

JANIS, MARK                    0473738        Prepared on: October 09, 2002

## 2003 AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance — Child(ren)**
Cost shown is the total for all your Child(ren). Age limits may apply.
You may only retain or decrease coverage during this enrollment.

|   |   |   |
|---|---|---|
| ( 1) No coverage | $ 0.00 | |
| ( 2) $ 5,000 per child | $ 0.65 | |
| ( 3) $ 10,000 per child | $ 1.16 | $ _Ø_ . __ (k) |
| ( 4) $ 15,000 per child | $ 1.74 | |

A domestic partner's child is not eligible for Dependent Life Insurance unless he or she is also an eligible dependent of the employee.

**Accidental Death and Dismemberment**

You may only retain or decrease coverage during this enrollment.

|   |   | You Only | You & Family |
|---|---|---|---|
| ( 1) | No coverage | $ 0.00 | |
| ( 2) | 1 X FLEX Earnings $ 191,000 | $ 0.00 | $ 4.88 |
| ( 3) | 2 X FLEX Earnings $ 382,000 | $ 0.00 | $ 9.77 |
| ( 4) | 3 X FLEX Earnings $ 572,000 | $ 0.00 | $ 14.63 |
| ( 5) | 4 X FLEX Earnings $ 763,000 | $ 0.00 | $ 19.52 |
| ( 6) | 5 X FLEX Earnings $ 954,000 | $ 0.00 | $ 24.40 |

$ 24.40 (l)

A domestic partner's child is not eligible for Dependent Life Insurance unless he or she is also an eligible dependent of the employee.

**Page 3 Subtotal: Cost Per-Pay-Period**

Add the amounts shown above (k plus l) in the right column of this worksheet and enter the total here.       $ 24.40 (m)

## Effect on Your Pay

**Total** - Enter the total cost per pay period of your 2003 selections here:       $ 191.73 c + j + l

**Note:**  Please double-check your selections above.  These 2003 selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete enrollment using the online enrollment tool, please record and keep your confirmation number.

Should you have any questions regarding the information on this enrollment worksheet, please call Employee Services at ESN 352-4636 or 1-800-676-4636.

Please turn to page 4 to review your dependent information.

JANIS, MARK                    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      0473736      Prepared on: October 09, 2002

# DEPENDENT INFORMATION

Review the information below for all of your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your FLEX Benefits enrollment materials for a definition of eligible dependents. To make corrections to your dependent information, mark the changes below or if you have online access, go to: https://eflex.us.nortel.com:49185/ to enter your dependent information.

**Relationship Code**

S = Spouse
D = Domestic partner   (see NOTE below)
C = Child (under age 19; under age 25 if a full-time student)
K = Child of domestic partner

**Gender**

M = Male
F = Female

| | Name (Last, First, MI) | Soc. Sec. Number | Relationship Code | Gender | Date of Birth |
|---|---|---|---|---|---|
| ☑ Delete ☐ Change | JANIS, ROBYN C | ███████ | C | F | ███████ |
| ☐ Delete ☐ Change | JANIS, ELIZABETH A | ███████ | C | F | ███████ |
| ☐ Delete ☐ Change | JANIS, LORELEI S | ███████ | S | F | ███████ |
| ☑ Add | JANIS, DAVID M. | ███████ | C | M | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |
| ☐ Add | | | | | |

**NOTE:** Call Employee Services at ESN 352-4636 or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care. Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

Fax your completed worksheet to Employee Services at 919-991-2537 and include a phone number where you can be reached. Retain a copy of the fax receipt confirmation for your records, along with your worksheet. In the event that you do not have access to a fax machine, a self-addressed envelope has been enclosed for your use.

For Employee Services Use Only
Event Name: ANENROL
Event Date: January 01, 2003
CSD: April 30, 1999
Core Network: UNITED HEALTHCARE, Point of Service
              *United HealthCare  PO Box 740800  Atlanta, GA  30374-0800
              (94588)

A EL US EN RE76 MS I99 0473736
MARK JANIS
7886 MEDINAH COURT
PLEASANTON, CA  94588

**EXHIBIT E**



*How the world shares ideas.*

This **"Employee Benefits and Programs"** binder for U.S. benefits eligible employees is divided into 12 sections:

1) FLEX Overview
2) Medical
3) Dental/Vision/Hearing Care
4) Reimbursement Accounts
5) **Disability**
6) Life/Accidental Death & Dismemberment
7) Long Term Investment Plan
8) Retirement Benefits
9) Severance Plan
10) Retiree Medical/Life/Long Term Care
11) Administrative Information
12) Glossary

Sections 2 through 9 contain information and details specific to the Plan that particular section describes whereas, sections 1, 11 & 12 contain general information that can be applied to many or all of the Plans. (Section 10, "Retiree Medical/Life/Long Term Care" is currently not included.)

Each section has been carefully designed to be easy to follow as well as consistent in the flow and placement of information. For example, generally, you should be able to find information on "Eligibility" in the same order of appearance from one section to another.

Throughout each section you will find many words that are capitalized. These are terms that require additional clarification and therefore, are the definitions that make-up the "Glossary" section.

It is important to read each section of this binder so that you will be aware of important information such as how the Plans are designed, what coverage's are available to you, when your benefits begin and end, how you can make changes to your benefits, where to call if you have questions and many other details pertaining to Nortel Networks' benefit plans.

# IN THIS SECTION

INTRODUCTION ................................................................................................................ 1

PLAN HIGHLIGHTS ........................................................................................................ 2

ELIGIBILITY .................................................................................................................... 3

PARTICIPATION ............................................................................................................. 3
    Core FLEX Benefits ................................................................................................ 4
    Optional FLEX Benefits .......................................................................................... 4
    If You are on Disability During an Annual Enrollment Period ..............................

WHEN COVERAGE BEGINS ......................................................................................... 6
    Core FLEX Benefits ................................................................................................ 6
    Optional FLEX Benefits .......................................................................................... 7
    Delay of Effective Date ........................................................................................... 7

CHANGING YOUR SELECTIONS ................................................................................. 7

COST OF COVERAGE ..................................................................................................... 7

FLEX EARNINGS ............................................................................................................ 8

SHORT-TERM DISABILITY (STD) BENEFITS ........................................................... 9
    STD Benefit Amount .............................................................................................. 9
    Extension of Benefits Due to Part-Time Employment ........................................... 9
    Definition of Disability ........................................................................................... 10
    When Benefits Begin and End ................................................................................ 10
    If You are Disabled Again ...................................................................................... 11
    Reduction of Benefits Due to Other Income .......................................................... 13
    Exclusions ...............................................................................................................

LTD-002975

LONG-TERM DISABILITY (LTD) BENEFITS ......................................................... 13

LONG-TERM DISABILITY (LTD) BENEFITS ......................................................... 13
    LTD Benefit Amount ............................................................................................. 14
    Definition of Disability ........................................................................................ 15
    When Benefits Begin and End ............................................................................. 16
    If You are Disabled Again .................................................................................... 17
    Waiver of Premium ............................................................................................... 17
    Reduction of Benefits Due to Other Income ....................................................... 19
    Social Security Disability Benefits and Medicare ............................................... 19
    Mandatory Vocational Rehabilitation Program .................................................. 20
    Cost of Living Adjustment ................................................................................... 21
    Exclusions ............................................................................................................ 22

OCCUPATIONAL DISABILITY BENEFITS ........................................................... 22

WHEN COVERAGE ENDS ....................................................................................... 22

OTHER IMPORTANT INFORMATION ..................................................................... 23
    A Note About State Disability Laws .................................................................... 23
    Limits on Assignments ........................................................................................ 23
    Errors in Payments .............................................................................................. 23

ADMINISTRATIVE INFORMATION ........................................................................ 23

# Short-Term and Long-Term Disability Plan

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plans can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.

Plan Year 2000
Pub. 6/2000

LTD-002977

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of gross pre-disability FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Optional STD Benefit*

Raise 70% Core Benefit to 90% of gross pre-disability FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

60%* of gross pre-disability FLEX Earnings after 26 weeks of disability

*Optional LTD Benefit*

Raise 60% Core Benefit to 70% of gross pre-disability FLEX Earnings after 26 weeks of disability

*\* or statutory minimum (if greater)*

Plan Year 2000
Pub. 6/2000

LTD-002978

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# PARTICIPATION

Core STD and LTD benefits are available to you on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 31 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

You do not need to enroll for Core STD or Core LTD coverage.

# Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

# If You are on Disability During an Annual Enrollment Period

## STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

*You do not need to enroll for Core STD or Core LTD coverage.*

*You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.*

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

Plan Year 2000
Pub. 6/2000

LTD-002980

## *LTD*

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled during your LTD.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

Your coverage will begin as follows:

| *If you enroll and pay the required contribution...* | *Your coverage will be effective on...* |
| --- | --- |
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs.  Note: Some events allow for a choice in coverage effective date.  Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make an Optional STD or Optional LTD selection.

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on pages 10–11.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

| *If you are enrolling:* | *Your FLEX Earnings are your base salary as of:* |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to Health Services within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15 day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply to total leave entitlement as provided by the Family and Medical Leave Act of 1993 or similar state laws if applicable.

**Plan Year 2000**
**Pub. 6/2000**

LTD-002984

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings.) After that, the plan pays 70% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

*The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability...*

### Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your gross pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your gross pre-disability FLEX Earnings. This determination is made on a weekly basis.

*...you will receive 100% of your gross pre-disability FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

## Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.*

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required at the company's expense in order to arrive at this final determination. Your benefit may be delayed based on the date you provide written proof of your disability.

## When Benefits Begin and End

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

## If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or

- you have not returned for one day of full-time Active Work between the two disability periods.

**Plan Year 2000**
**Pub. 6/2000**

LTD-002986

For example...

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

*...the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

For the purposes of this plan, "other income" includes:

• income received from any employer or from any occupation for compensation or profit, including self-employment

• Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

• disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

• any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

– unemployment compensation benefits

– no-fault wage replacement benefits

– statutory disability benefits

– Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week. For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 6 of the Administrative Information section.

For example...

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

*...the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability…you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

**Plan Year 2000**
**Pub. 6/2000**
LTD-002991

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period…*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

LTD-002993

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

# Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

# Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

LTD-002994

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

gram could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or
- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

*...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your gross pre-disability FLEX Earnings. Here is an example:

*...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

# Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan (which began July 1, 1994) provide a cost of living adjustment for LTD benefits for disabilities beginning before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if

LTD-002997

you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described on the following page

## *Preexisting Conditions Exclusion*

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,
- took drugs or medicines prescribed by a Physician,
- incur expenses or
- receive a diagnosis.

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

- *intentionally self-inflicted injuries...*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *a Preexisting Condition...*

LTD-002998

# OCCUPATIONAL DISABILITY BENEFITS

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability...*

Disability benefits may also be payable to you for a Total Disability that is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or
- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or
- the date the part of the plan providing the coverage ends or
- the date you fail to pay the required premium or contribution or
- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

LTD-00299

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.

# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined on page 6 of the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.