**EXHIBIT F**



Nortel Health Services
Nortel Networks
4001 East Chapel Hill-Nelson Hwy
P.O. Box 13010
Research Triangle Park, NC 27709-3010
Mail-stop 808/01/R22
Tel    800-949-8190 or ESN 357-2770
Fax   877-992-3702 or (919) 905-5790 ESN 355

E. Reese, RN
Regional Case Manager

October 4, 2001

Mark Janis
7886 Medinah Court
Pleasanton, CA 94588

Dear Mark:

Enclosed are the following forms:

1. "Short Term Disability Checklist" which *you* will need to read thoroughly, sign and date it with the current date.  Please correct any information that is incorrect or missing and return all three pages to the Disability Case Management Team **BY** OCTOBER 19, 2001.

2. "Physician's Statement": Please have your *physician(s)*complete and return to the Disability Case Management Team **BY** OCTOBER 19, 2001.

3. "Return to Work Statement" form must be completed by your *physician* and returned to the Disability Case Management Team **preferably five (5) days prior to your actual return-to-work date**. Notify the Disability Case Management Team and your manager when you are medically able to return to work.

4. " **Your Rights under the Family and Medical Leave Act of 1993**" is provided to you to answer any questions regarding FMLA.  Please retain for your records.

Please call us at 1-800-949-8190 or 919-997-2598(ESN 357) and **choose option #1 or #3 for a staff member** to ensure that this office has received your completed forms.

This information may also be faxed *CONFIDENTIALLY* to 919-905-5790 (ESN 355). Any forms marked COPY are provided for your files.

Sincerely,

E. Reese, RN
**Regional Case Manager**



## Short Term Disability Checklist

X   Initial Request
___ Extension Request

Employee Name: MARK JANIS          SS# ██████          Employee # 0473736

Home Address: 7886 MEDINAH COURT                    Birth Date: ██████

City: PLEASANTON          State: CA                    ZIP: 94588

Home Phone: (925) 249-1291          Work Phone: 535-7518

Dept #: RE76          Location: ORCH          Business Unit: eBusiness

Supervisor:  JOHN KOGURA          Work Phone: 535-4745

Last Day Worked:  SEP/27/2001          Return to work: _____

### PROCEDURE

Any period of absence convered by Short Term Disability (STD) benefits will be considered for a Medical Leave of Absence as outlined in Nortel Network's Medical Leave of Absence Process. Refer to  **Services @ Work**  website: http://services canada.ca.nortel -.com/livelinksupport/saw/ (People/Benefits/Leaves of Absence). **All Short Term Disability applications will be reviewed for concurrent Family Medical Leave eligibility and will apply toward leave entitlement as provided by the Family and Medical Leave Act or similar state laws if applicable. ( Please refer to the attachment: Your Rights Under the Family and Medical Leave Act of 1993.) If you are approved for Short Term Disability, you are also protected under the Family and Medical Leave Act.**

1.  Short Term Disability (STD) is considered only after absences of more than five (5) consecutive workdays.  If the STD leave is approved, the first 5 days are counted as a waiting period, but included in total time away from work on medical leave*. Any vacation or sick time used to satisfy the waiting period will be reinstated with the approved medical leave. Notify the Nortel Disability Service Center at 800-949-8190 or ESN 352-2651 as soon as you become aware of the need for Short Term Disability.

**California Residents Only:**
* The five (5) day waiting period may be waived if:
  **You are disabled fourteen (14) calendar days or more during any one disability or you are hospitalized. You received treatment in a hospital surgical unit and are disabled at least 8 calendar days during the disability period.**

  ☐ I do wish to waive   ☒ I do not wish to waive the five-day waiting period.
  This five-day waiting period is to be   ☒ sick time   ☐ vacation time.

* **Medical Release of Information**
  **Under the California Unemployment Insurance Code, the Civil Code and California Law State Disability Insurance, records are available to other governmental departments. These records are subject to release consistent with California regulations. For further information, you may contact your Disability Case Manager or the State of California.**

2.  All unapproved/unauthorized medical leaves of absences greater than 5 consecutive days will be unpaid and may be subject to disciplinary action up to and including termination. Any pay will be retrieved by payroll if the medical leave is denied or extends beyond the approved benefit time limit.

**N⌀RTEL**
**NETWORKS**

3. The Short Term Disability Checklist and a Diagnostic Specific Report or Health Care Provider Statement must be completed and returned to your designated Case Manager within 15 days from the date of your request. Any employee who fails to return the form within the specified time may be considered to have voluntarily terminated effective the first day on which the absence began. The HealthCare Provider must submit the completed Diagnostic form for disability within the scope of their practice. The Case Manager may request a second opinion prior to approval or anytime during the medical leave.*

4. Once you are placed on STD, the **Case Manager** is your contact regarding recuperation, questions, status, etc. It is your responsibility to keep the **Case Manager** informed regarding the status of your medical condition. You must contact the **Case Manager** weekly with a status report*. Failure to comply with requests for documentation may result in suspension of your STD benefits and termination. Questions regarding your *disability pay* should be directed to the *InfoCenter at 1-800-676-4636*. Before considering your request for any extensions, the Nortel Networks Case Manager must receive and review an updated Diagnostic Specific Report or Health Care Provider Statement. This form must include current diagnosis, treatment plan and the projected return to work date*.

5. If you are being treated by more than one Health Care Professional you may be required to provide medical information from all care providers. Failure to comply with requests for documentation may result in suspension of your STD benefits and disciplinary action up to and including termination.

6. Before considering your request for any extensions the Case Manager must receive and review an updated report from the Health Care Provider(s). This form must include a diagnosis, current treatment plan, response to treatment and a projected Return to Work date.*

7. **RETURNING TO WORK:**
- If your activity at work is restricted, *Workplace Accommodations must be approved before returning to work.* Notify the Case Manager and your manager when you are medically able to return to work, five (5) days *prior to* your actual return-to-work date.

- Failure to return to work when medically able will result in voluntary termination effective on the first working day following the expiration of the leave*.

- Upon returning to work from Short Term Disability, **REPORT FIRST TO THE Case Manager- NOT YOUR DEPARTMENT.** A Return to Work Statement from your attending physician (indicating any restrictions) must be submitted to the Case Manager prior to returning to work.

8. Any employee who engages in any work for pay or profit while on leave, other than part-time work authorized in writing by their physician, Nortel Health Center and the employee's manager, shall be considered to have voluntarily terminated and their medical leave of absence and STD benefits shall be terminated.

9. **BENEFIT ENTITLEMENT- For complete information regarding benefits, refer to Employee Benefits and Programs notebook.**
- Your deductions, such as Health, Dental, Vision, Hearing, Life, Spousal Life, Dependent Life, supplemental STD, Supplemental LTD and AD&D Insurance, if applicable, will continue automatically during STD.

- Reimbursement Account: Deductions will continue while you are receiving full pay, however, you may elect to suspend contributions when partial pay begins. If you elect to suspend contributions, contact the InfoCenter at 1-800-676-4636.

- You must notify the InfoCenter within 31 days of the birth of a child for benefit coverage.

- It is your responsibility to call Met Life (1-800-726-0026) to suspend Long Term Investment Plan contributions during leave and reinstate contributions after leave, if desired. If you have an outstanding loan, you must contact MetLife immediately regarding repayment schedule. Automatic suspension to the Long Term Investment Plan occurs only if on an UNPAID LEAVE.

- Reimbursement Account: Deductions will continue while you are receiving full pay, however, you may elect to suspend contributions when partial pay begins. If you elect to suspend contributions, contact the HR INFOCENTER at 1-800-676-4636.

- Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan

# NORTEL
## NETWORKS

### Benefit Entitlement continued

- Vacation: Upon request, an employee may take accrued but unused vacation days to cover the waiting period (where applicable) if sick pay is unavailable.

- For approved Short-Term disability you will receive 100% of your salary for up to six (6) weeks. Up to an additional 20 weeks will be paid according to your FLEX benefits selection :70% or 90% of your base salary if approved

- Holiday Pay: Employees on disability during a holiday will receive disability pay.

- Merit Increases- if your merit increase occurs while out on disability, the planned merit will automatically take place when you return to a full-time employee status. Any questions regarding merit increases should be reviewed with your manager.

### 10. Short Term Disability Benefits for: Part-time Employees

- If you work 20 hours or more per week, the number of hours you are regularly scheduled to work will be used in determining the amount of your disability pay.

- If you work less than 20 hours a week :
    a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
    b. You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours during the 12 months immediately prior to the beginning of the period of disability.
    c. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

### 11. Compensation for Occupational Medical Leave:    Short Term Disability benefits are provided as supplement to your Worker's compensation pay which varies according to state laws for occupational illnesses or injuries occurring after January 1, 1984.

NOTE: Please refer to your benefit plan about hospital admissions. Often a second opinion is required. Failure to contact your plan administrator regarding your hospital admissions/ second surgical opinion could result in reduced health care benefit coverage.

OTHER: Direct Deposit Accounts  : If applicable, contributions to your savings/checking account and or loan agreement will continue during your absence. Change forms may be submitted to discontinue your savings account allocation. Please contact the InfoCenter if you have questions.

REINSTATEMENT: If your combined medical/family care leave periods have totaled 12 weeks or less in the calendar year as of your return to work, and you have worked at least 1250 hours in the 12 months preceding the leave you will be reinstated to the same or an equivalent position when your leave ends, unless you would have not been employed if you had not taken the leave or if you obtained leave fraudulently. If you do not meet the requirements for reinstatement, you will be placed in your job if available or any job for which you are qualified. If no such position exists, your employment with Nortel Networks will be terminated. In the event that the applicable state law requires reinstatement following longer periods of absence, Nortel Networks will comply with such state law.

I hereby request the above Short-Term Disability benefits and have read and agree to comply with the stated guidelines.

Employee Signature: _____    Date: _10/17/2001_

*A copy of this document is retained in your medical file*

(*For employees on Maternity/STD refer to enclosure: "Medical Leave of Absence for Maternity")

Fax Number:  (919) 905-5790

*Revised 5/1/00*                                                                 RF_us_stdck2

**EXHIBIT G**

Claims Services Provided by
Barbara Alby
Disability Claim Manager

**The Prudential Insurance Company of America**

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5604
Fax: (877) 889-4885
Hours: 07:30 AM 04:00 PM

July 03, 2002

ll.l..l..l.l.l.l..l.l..l.l..ll.l

Mark R Janis
1886 Medinan Ct
Pleasanton, CA 94588

Claimant: Mark R Janis
Control #/Br: 39900 / 000RB
Claim #:
Date of Birth:

Dear Mr. Janis:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that you are eligible for benefits effective April 03, 2002.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $15,886.67 |
| Scheduled LTD Benefit  (70.00%) | $11,120.67 |
| Less Any Social Security Benefits | pending |
| Less Medical Monthly Premium | $100.73 |
| Less Dental Monthly Premium | $22.79 |
| Less Spousal Life Premium | $3.75 |
| Adjusted Benefit | $10,993.40 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Plan, you are required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. Please be aware that should SSDB be awarded, an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. We already have your signed Reimbursement Agreement dated March 27, 2002 on file.

If at any time your condition improves and you are able to return to work on a full time or part time basis, please call our office. We will remain in contact with you and your care giver(s) for periodic updates regarding your condition to determine your eligibility for continued LTD benefits.

Prudential would like to offer you vocational rehabilitation services (VRS) to assist you in returning to work. Through this program we can select a qualified rehabilitation professional in your area to work with you. This representative of a private rehabilitation provider will begin by meeting with you to discuss and evaluate your skills, education, experience, and vocational interests. After the initial evaluation, you may be offered job placement, job retraining, other vocational services to assist you in returning to work. Someone from our office will be in contact with you and your physician regarding your participation. Meanwhile contact our office for additional information regarding the VRS program.

If you have any questions, please contact me at (800) 842-1718, extension 5604.

Sincerely,

*Barbara Allu*

Barbara Allu
Disability Claim Manager


cc:   Nortel Networks , Debby Rogers

**EXHIBIT H**



Nortel Health Services
Nortel Networks
4001 East Chapel Hill-Nelson Hwy
P.O. Box 13010
Research Triangle Park, NC  27709-3010
Mail-stop 808/01/R22
Tel    919-997-2598 (ESN 357) or 800-949-8190
Fax   919-905-5790 (ESN 357) or 877-992-3702

http://47.119.161.120./aralia

Twyla Cole, RN
Disability Case Manager

March 12, 2002

Mark Janis
7886 Medinah Court
Pleasanton, CA  94588

Re: Long Term Disability (LTD) Application Process

Dear Mark:

The purpose of this letter is to advise you of the need to begin the LTD application process.  Approved STD benefits are payable for 26 weeks which includes the five day waiting period unless the waiting period has been waived.  Upon PRUDENTIAL's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks.  Since your STD benefits will expire on **APRIL 18, 2002**, the LTD application process must now begin.  For this reason, I have enclosed for your completion your "LTD package."  Also included in the package are informational materials to assist you in the application process.  Because the LTD application is more complex than the STD process, please consult the appropriate Health Professional to address any questions or concerns you may have at the number listed below.

As indicated above, PRUDENTIAL determines claim approval or denial.  Therefore, it is imperative that you respond promptly to PRUDENTIAL's requests for additional information.  Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

Please mail your completed application by MARCH 27, 2002 to:

NORTEL
Disability Case Management
P.O. Box 13010
Mail-stop 808/01/R22
Research Triangle Park, NC  27709

This information may also be faxed *CONFIDENTIALLY* to 919-905-5790

Please call me at 1-800-949-8190 if you need assistance with the application process.

Contact HR INFO CENTER (919) 992-4636 (ESN 352) or 800-676-4636 for questions regarding benefits.

Sincerely,
Twyla Cole, RN
Disability Case Manager

# NORTEL
## NETWORKS

---

## LTD PACKET EMPLOYEE CHECK LIST

☐ **"LTD INSTRUCTIONS AND FACTS"**
Residents of specified states, follow instructions according to
Respective states

☐ **"EMPLOYEE STATEMENT"**
Check for Employee Signature in Section 7

☐ **"MEDICAL AUTHORIZATION and TAX NOTICE"**
Check for Employee Signature in Section 1 and Section 2

☐ **"ATTENDING PHYSICIAN STATEMENT (S)"**
Check for completion of Section 1 and Employee Signature & Date
Check for completion of Section 3 MD Name, Address & Phone Number
Check for completion of Section 4 MD Signature & Date

☐ **"AUTHORIZATION FOR RELEASE OF INFORMATION"**
Check for Employee's Name, Date, Employee's Signature, SSN
Home Address, and Signature of Witness

☐ **"REIMBURSEMENT AGREEMENT FORM"**
Check for Employee's Signature
Check for Signature of Witness

☐ **"ELECTRONIC FUNDS TRANSFER AUTHORIZATION**
Check for Account Owner Signature & Date

---

**Company:**              Nortel Networks
**Site/Office Name:**   US Disability Service Center
**Physical Address:**  4001 E Chapel Hill-Nelson Hwy
**Mail Address:**        P O Box 13010 (MS 808/01/R22
**City, State, Zip:**      Research Triangle Park, NC  27709-3010

# Prudential  Financial

**Group Disability Insurance
Electronic Funds Transfer Authorization**

**1  Enrollment**

To enroll in Prudential's Electronic Funds Transfer (EFT) payment service, please provide the following information. If you elect to have Prudential deposit the funds in your savings account, you must first check with your bank to obtain the correct bank transit routing number and account number for electronic deposit. **Please note that a deposit slip does not contain acceptable banking information.** If you have any questions, please call us toll free at **(800) 842-1718.**

**2  Claimant Information**

Employer Name
`N O R T E L   N E T W O R K S`

Claimant First Name
`M A R K`

Last Name
`J A N I S`

Social Security Number
[redacted]

Primary Phone Number
`9 2 5 - 2 4 9 - 1 2 9 1`

**3  Banking Information**

Bank Name
`B A N K   O F   A M E R I C A`

Branch Telephone Number
[redacted]

Type of Account (Select One)
☐ Savings    ☒ Checking

Bank Transit Routing Number
[redacted]
*(Nine digit bank transit routing)*

Bank Account Number
[redacted]
*(Bank Account Number)*

**4  Payment Plan Agreement**

I authorize the Prudential Insurance Company of America to make electronic fund deposits of my disability benefit payment to my account. I understand that any deposit made to an inactive account will be returned to Prudential and reissued as a manual check. In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments.

I can cancel this authorization at any time by giving Prudential written notice. Any notice hereunder will not be deemed effective until Prudential has received my written notice.

Account Owner Name
`M A R K   R   J A N I S`

Street Address
`7 8 8 6   M E D I N A H   C T`

City
`P L E A S A N T O N`

State
`C A`

Zip Code
`9 4 5 8 8 - 3 1 0 7`

X _(signature)_ Mark R ___
*Account Owner Signature*

`6 3 / 2 7 / 2 0 0 2`
*Date Signed*

**For Internal Use Only**

Claim Number

`* 1 1 3 A 0 1 *`

 **Prudential Financial**

**Group Disability Insurance**
**Employee Statement**

Employee Last Name

| J | A | N | I | S | | | | | | | | | | | | | | |

Social Security Number



**5** **Medical Information**

All Other Physicians You Have Consulted for this Condition

| Physician Name | Specialty | Phone Number |
|---|---|---|
| DARCY COX PSYD | NEUROPSYCHOLOGIST | 4152214810 |
| KULVEEN SACHDEVA MD | NEUROLOGIST | 9258869255 |
| | | |

What medical condition is preventing you from working?  MULTIPLE SCLEROSIS

How does this condition interfere with your ability to perform your job?  FATIGUE, COGNITIVE DISORDER, LACK OF CONCENTRATION, INABILITY TO CONCENTRATE, ETC. (SEE ACCOMPANYING 11 PAGE LETTER)

Have you been hospitalized for this condition?  ☐ Yes ☒ No   ☐ In-Patient ☐ Out-Patient

If hospitalized, give dates:
From: N/A
To:

If you are pregnant: N/A

Estimated Delivery Date

Actual Delivery Date

Name of Your Health Insurance Company

| U | N | I | T | E | D | | H | E | A | L | T | H | C | A | R | E | | | |

Telephone Number

| 8 | 7 | 7 | - | 3 | 1 | 1 | - | 7 | 8 | 4 | 6 |

**6** **Other Income & Workers' Comp. Information**

What other income are you entitled to receive as a result of your disability? (Examples: Social Security Disability or Retirement Benefits, Workers' Compensation, State Disability, Pension Disability or Retirement, No-Fault Auto Insurance, Salary Continuance, Group Life or Disability Plan, Health or Welfare Plan, Individual Disability Benefits.) **Please send copies of any letters or notices approving or denying benefits.**

SELF FUNDED EMPLOYER PLAN

| Source | Applied For Yes / No | Amount | Frequency | Date Benefit Begins | Date Benefit Ends |
|---|---|---|---|---|---|
| Salary Continuance STD | YES | 90% OF SALARY | BI WEEKLY FOR 26 WEEKS | 10/2001 | 4/18/2002 |
| State Disability Benefits | ☐ ☐ | | | | |
| Workers' Compensation | ☐ ☐ | | | | |
| Other: SOCIAL SECURITY | ☐ ☐ | WILL APPLY FOR | | | |
| Other: | ☐ ☐ | | | | |

Is this condition work related?  ☐ Yes ☒ No   If Yes, do you intend to file a Workers' Compensation claim?  N/A  ☐ Yes ☒ No

BUT MEDICAL SYMPTOMS WORSENED BY WORKING

**7** **Fraud Notice**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form. (Please see state specific fraud warnings attached.)

X _Mak R Ch_   Employee Signature

| 0 | 3 | / | 2 | 7 | / | 2 | 0 | 0 | 2 |
Date Signed


* 1 0 1 A 0 2 *



**Group Disability Insurance**
**Medical Authorization**
**and Tax Notice**

Prudential 🜚 Financial



| First Name | | | | | | | | | | | | | | | MI | Social Security Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M A R K | | | | | | | | | | | | | | | R | |

Last Name
J A N I S                                          Suffix

**1** **Authorization To Release Medical Information**

PERSONS OR INSTITUTIONS: This authorizes you to give The Prudential Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by Prudential to assist with this purpose. This authorization is valid during the dependency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

Unless limits* are shown below, this form pertains to all of the records listed above.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless the law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this authorization will be valid while the claim is pending, but not more than one year from the date it is signed.

I agree that a photocopy of this form will be valid as the original.

*Limits, if any: _____

X _____   03 / 27 / 2002
Employee Signature (indicate how related if signed by other than claimant)   Date Signed

**2** **Tax Notice**

Benefits provided under your Group Disability Income Plan may be subject to federal, state and local taxation. Contact your employee benefits representative or disability plan trustee for details on your rights and obligations under the various tax codes. If you wish to have Federal Income Tax (FIT) withheld from any payments you may receive, indicate the amount to be withheld below and sign the authorization. Withholding requests may also be submitted on IRS Form W-4S. Withholding requests must be stated in whole dollar amounts. FIT will not be withheld if the disability benefit is not taxable.

I request voluntary Federal Income Tax withholding from each payment, as authorized under section 3402(c) of the Internal Revenue Code, in the amount(s) of:

*No*

For STD [ ][ ][ ] .00 weekly ($20.00 minimum)

For LTD [ ][ ][ ] .00 monthly ($88.00 minimum)

X _____   03 / 27 / 2002
Employee Signature (indicate how related if signed by other than claimant)   Date Signed

**For Internal Use Only**
[ ][ ][ ][ ][ ][ ]
Claim Number



* 1 0 4 A 0 1 *



 **Prudential**  **Financial**

**Group Disability Insurance
Claim Instructions**

**Instructions to File a Claim for Disability Benefits**

1. Complete all Sections of the Employee Statement.
2. Read the Tax Notice and complete it for voluntary Federal Income Tax withholding from disability benefit payments.
3. Ask your Doctor to complete an Attending Physician's Statement.
4. Submit these completed forms according to the directions you received from your Benefits Office.

> The Prudential Insurance Company of America
> Disability Management Services
> PO Box 13480, Philadelphia, PA 19101
> Voice: 1-800-842-1718
> Facsimile: 1-877-889-4885

For your protection, certain state laws require the following to appear on this form:

**California Residents Notice - Section 1879.2 of the California Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**Colorado Residents Notice - Section 10-1 -1 27(7)(a) of the Colorado Statutes regarding Insurance Fraud requires us to inform you of the following law:** "It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regards to a settlement of award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies."

**Delaware Residents Notice - Section 11.913(b) of the Delaware Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony."

**Florida Residents Notice - Section 81 7.234(1 )b of the Florida Statutes regarding "False and Fraudulent Insurance Claims" requires us to inform you of the following law:** "Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree."

**Idaho Residents Notice - Section 41 -1 331 of the Idaho Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement containing any false, incomplete, or misleading information is guilty of a felony."

**Indiana Residents Notice - Section 27-2-16-3 of the Indiana Statutes regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly, and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony."

**New York Residents Notice - Section 28:4-403(d) of the New York Statute regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation."

**Oklahoma Residents Notice - Section 36 3613.1 of the Oklahoma Statute regarding Insurance Fraud requires us to inform you of the following law:** "WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony."

**Pennsylvania Residents Notice - Section 18 Pa. C.S. 411 7(k)(l) of the Pennsylvania Statute regarding Insurance Fraud requires us to inform you of the following law:** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

---

ORD112164

***Do Not Return This Page - Keep for Your Records***



The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718   Fax: 1-877-889-4885

## REIMBURSEMENT AGREEMENT

As an employee insured under Group Plan #39900 , I have filed a claim for Disability (Short Term Disability and/or Long Term Disability) benefits.

With respect to Social Security benefits: I understand that benefits payable under this Plan are to be reduced by any benefits under the Social Security Act that I or members of my family receive or would be entitled to receive as a result of my disability, for that same period.

Should my claim for benefits be approved, I request that Prudential postpone making the reduction of benefits described in the second paragraph of this Agreement until I actually am awarded Social Security benefits or complete the Social Security application process described below.

I agree to make timely and diligent pursuit of Social Security benefits through each level of appeal up to and including the Administrative Law Judge level.

These steps may include:
1. Application for such benefits;
2. Appeal at the reconsideration level, if benefits are denied;
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

I understand that I must provide Prudential with written proof that I have completed the process above. Failure to complete this process and provide proof of same will result in Prudential (1) estimating my monthly Social Security benefit and (2) using that amount to determine my adjusted benefit.

I promise to notify Prudential immediately if I am awarded Social Security benefits.

If any benefits under the Social Security Act are awarded retroactively, I agree to repay Prudential immediately the amount paid to me under this Agreement in excess of the amount to which I would have been entitled under the terms of the Plan.

**With respect to Workers' Compensation or similar coverage:** Unlike the situation described above for Social Security benefits, I understand that regardless of whether or not I sign this Agreement, Prudential will not reduce my Disability Benefits by an estimate of Workers' Compensation (or similar coverage) benefits. Only Workers' Compensation (or similar coverage) benefits actually received by me will be used to determine the benefit I am entitled to receive under this Plan.

I agree to repay Prudential immediately the amount paid to me under this Group Plan in excess of the amount to which I would have been entitled under the terms of the Plan if I subsequently receive a Workers' Compensation or similar coverage award.

I hereby assign, transfer and set over to Prudential, to the extent of any excess so paid under this Agreement, the amount of future benefits which may become payable under this Plan

_____
Signature of Employee

MARK R JANIS
Name of Employee (please print)

Signature of Witness

3/27/2002
Date

R/A # I (Family)





**EMPLOYEE  MARK JANIS_____BUS. UNIT NORTEL NETWORKS        DEPT. _ORCH**
**PROCEDURE**

1. In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by **MARCH 27, 2002.**

   - *Reimbursement Agreement*. Please complete this form and sign it and have it witnessed. This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - *Attending Physician's Statement*. Take this form to your treating physician to complete. Prudential must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - *Group Disability Employee Statement*. Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2. Return all of the above forms to :           **Nortel Networks Health Services**
                                                **Disability Case Management**
                                                **PO Box 13010 (MS 808/01/R22)**
                                                **Research Triangle Park, NC 27709**

   Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3. You will be notified by mail from Prudential upon your approval/denial of LTD benefits.
   If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**
*(this information has been requested from the INFO CENTER*

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance, Health Care_____ Total.
   Life Insurance_____ + Spousal Life_____ + Dependent Life_____

US/Hlwl/1087/Form Rev 02



**BENEFIT ENTITLEMENT, Cont.**

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks , Dept. 1094, P. O. Box 13010, RTP, N.C.  27709, Ph# 1-800-676-4636

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan:  The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave:
   Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable).  If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance review period can be maintained. (has this changed?)

7. Credit Union : No deductions are withheld for Credit Union accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Union .

8. Compensation for Long Term Disability (LTD)  leaves: Long Term Disability  benefits for full and part time employees working more than 20 hours/week:

   a. Long  Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to one year while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.  For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
   c. You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours.  If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE:  **Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

10. Taxes:  Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package.  No state taxes are withheld from your Long-Term Disability benefits.

11. For  bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

**EXHIBIT I**

**ProBusiness**

| 1 Wages, tips, other comp.<br>56188.50 | 2 Federal income tax withheld<br>12091.18 |
|---|---|
| 3 Social security wages<br>63615.92 | 4 Social security tax withheld<br>3944.19 |
| 5 Medicare wages and tips<br>63615.92 | 6 Medicare tax withheld<br>922.43 |
| b Employer identification number<br>04-2486332 | d Employee's social security number |

c Employer's name, address, and ZIP code

NORTEL NETWORKS INC
4001 E. Chapel Hill-Nelson Hwy
Mailstop 355010B5
Research Triangle Park, NC 27709

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12<br>C 78.08 |
| 13 Statutory employee / Retirement plan [X] / Third-party sick pay | 12b<br>D 7427.42 |
| | 12c |
| 14 Other<br>CA-SDI 416.94 | 12d |

e Employee's first name and initial   Last Name

MARK JANIS
7886 MEDINAH COURT
PLEASANTON, CA 94588

f Employee's address and ZIP code

| 15 State Employer's state ID number<br>CA :217-4786-0 | 16 State wages, tips, etc.<br>56188.50 |
|---|---|
| 17 State income tax<br>3422.89 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

W-2 Wage and Tax Statement   2002   OMB No. 1545-0008
Copy C for EMPLOYEE'S RECORDS. (See Notice to employee on back.)
Department of the Treasury - Internal Revenue Service

**2002**

## Year To Date Earnings

| | |
|---|---|
| Vacation Pay | 14382.31 |
| Short Term Disability 90% | 47513.30 |
| Calculated Disability | 416.94 |
| NNSPP Imputed Income | 1837.38 |
| Group Term Life > $50000 | 78.08 |

## Year To Date Deductions

| | |
|---|---|
| Pretax Medical Plan | 418.41 |
| Pretax DVH Plan | 94.68 |
| Pretax STD | 99.00 |
| Voluntary AD&D | 108.99 |
| Life Insurance | 332.64 |
| Dependent Life Ins. Spouse | 15.57 |
| 401K Matched-Option C | 3713.71 |
| 401K Unmatched | 3713.71 |
| NN Stock Purchase Plan | 4751.35 |

Receive a TurboTax discount and Free W-2 Download at www.probusiness.com/turbotax

**NN-US-HDQ**

Social Security No.:

Marital Status:
Married

012-010186
**MARK JANIS**
**7886 MEDINAH COURT**
**PLEASANTON, CA 94588**

Exemptions/Allowances:
Federal: 4/0
Resident State: 4/0

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Copy C For EMPLOYEE'S RECORDS (See Notice on back.) | OMB No. 1545-0008 |
|---|---|

**c** Employer's name, address, and ZIP code

PRUDENTIAL INSURANCE CO OF AMERICA
PO BOX 481
LIVINGSTON NJ 07039

| **a** Control number | **1** Wages, tips, other comp. | **2** Federal income tax withheld |
|---|---|---|
| 39900 | 94,835.04 | 17,545.78 |

| Customer service phone# | **3** Social security wages | **4** Social security tax withheld |
|---|---|---|
| 1-866-648-2226 | | |

| **b** Employer's ID number | **5** Medicare wages and tips | **6** Medicare tax withheld |
|---|---|---|
| ▪▪▪▪▪▪▪ | | |

**d** Employee's social security number ▪▪▪▪▪▪▪

**e** Employee's name, address, and ZIP code

MARK R JANIS
1886 MEDINAN CT
PLEASANTON CA 94588



| **7** Social security tips | **8** Allocated tips | **9** Advance EIC payment |
|---|---|---|
| **10** Dependent care benefits | **11** Nonqualified plans | |

| **12** See instrs. for box 12 | **14** Other |
|---|---|

| **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☒ |
|---|

| **15** State Employer's state I.D. # | **16** State wages, tips, etc. | **17** State income tax |
|---|---|---|
| CA\01613058 | 94,835.04 | |

| **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement **2003**        Dept. of the Treasury -- IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2003
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| MARK R JANIS | ▬▬▬▬ |

| Box 3. Benefits Paid in 2003 | Box 4. Benefits Repaid to SSA in 2003 | Box 5. Net Benefits for 2003 *(Box 3 minus Box 4)* |
|---|---|---|
| *$36,918.00 | NONE | $36,918.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|
| Paid by check or direct deposit        $36,918.00<br>Benefits for 2003        $36,918.00 | NONE |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

MARK R JANIS
7886 MEDINAH CT
PLEASANTON CA 94588-3107

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

▬▬▬▬

*INCLUDES:
$14,616.00 Paid in 2003 for 2002

Form SSA-1099-SM (1-2004)        **DO NOT RETURN THIS FORM TO SSA OR IRS**

**EXHIBIT J**

December 3, 2002

Dear LTD claimant,

Effective January 1, 2003, all Short-term and Long-term disability payments will be subject to mandatory federal income tax withholding. Disability payments are considered supplemental wages and are subject to a mandatory federal income tax withholding rate that is scheduled to reduce over time per the Economic Growth and Tax Relief Reconciliation Act of 2001. In 2003, the federal income tax withholding rate will be 27 percent of the taxable benefit paid.

If you take no action prior to December 31, 2002, beginning with your January disability payment, the amount of your benefit will be reduced by 27% for the required federal income tax deduction. However, if you want to reduce the amount of your federal income tax withholding, you may submit to The Prudential Insurance Company of America (Prudential), the plan administrator, a completed W-4 form. The amount of the withholding will then be based on the number of allowances you identify on your completed Form W-4. In order to have this change processed in time to be reflected on your January disability check, your completed Form W-4 must be returned to Prudential **no later than December 31, 2002**. If you need assistance completing your Form W-4, contact your tax advisor or read IRS Publication 505.

Attached for your convenience is a Form W-4 which you must complete and submit to Prudential in the event you want to have your federal income tax withholding reduced. The form must be completed and returned to Prudential at the following address no later than December 31, 2002. Also attached is a list of Frequently Asked Questions that will provide additional information on this topic.

> Prudential Financial
> Tax Reporting Unit
> P.O. Box 481
> Livingston, NJ  07054

If you have questions or require additional information, please call Prudential at 1-800-842-1718, Ext. 7882 and follow the prompts to speak to a Customer Service Associate.

Sincerely,


Employee Services

Enclosures:
Form W-4

## Frequently Asked Questions

**Q1. Why did Prudential decide to implement a change in withholding?**

**A1.** Your disability insurance plan is financed by Nortel Networks through a financial instrument known as a Voluntary Employee Benefits Association (VEBA) trust. The Prudential Insurance Company of America provides administrative services (claim and claim related services) for our plan. Prior guidance and industry practice was to allow participants of VEBA Trusts to make voluntary federal income tax withholding elections. Over time the guidance and industry practice have changed; participants of VEBA Trusts can no longer avoid federal withholding on payments made under a disability insurance plan. In order to ensure we are in full compliance with IRS regulations, Prudential will withhold mandatory federal income tax on all long-term disability insurance benefit payments made to participants effective January 1, 2003.

**Q2.** How will this change affect my tax reporting from prior years?

**A2.** Taxable disability claim payments from prior years have been properly reported to you and the IRS on Form W-2. Any tax liability on these amounts would have been determined through the filing of your individual Federal tax return.

**Q3.** How will this change affect me now?

**A3.** Your disability benefit payments will be reduced by mandatory federal income tax (FIT) withholding effective with payments beginning January 1, 2003. The deduction will be based on the supplemental wage rate of 27% or the wage withholding method that is based on your Form W-4 elections. Disability claim payments will continue to be reported to you and the IRS on Form W-2 by Prudential. The withholding will be credited to your gross tax payments for the year. This withholding will either reduce your taxes owed or increase your refund at the time you file your individual federal tax return.

**Q4.**  How much FIT will be withheld from my disability payment?

**A4.**  The deduction will be based on the supplemental wage rate of 27% if you do not submit a completed Form W-4 to Prudential. The deduction will be based on your Form W-4 elections if you submit your completed Form W-4 to Prudential no later than December 31, 2002.

**Q5.**  What if Prudential receives my Form W-4 after December 31, 2002?

**A5.**  If Prudential doesn't receive your Form W-4 by December 31, your January check will be taxed at 27%. Forms received after December 31 will be processed and Prudential will make changes as received in conjunction with the next check to be distributed.

**Q6.**  What can I do to reduce the amount of the withholding from my disability benefit payment?

**A6.**  Prudential will calculate the amount of the withholding based on either the supplemental wage rate or the wage withholding method. The withholding method is based on the number of allowances identified on your Form W-4. If you need assistance completing your Form W-4, contact your tax advisor or read IRS Publication 505.

**Q7.**  Who will produce Form W-2?

**A7.**  Prudential will produce your Form W-2.

**Q8.**  Who do I contact with questions?

**A8.**  For additional information, call Prudential at 1-800-842-1718, extension 7882 and follow the prompts to speak to a Customer Service Associate.