**EXHIBIT K**

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718
Fax: (877) 889-4885

February 29, 2004

Mark R Janis
1886 Medinan Ct
Pleasanton, CA  94588

Claimant: Mark R Janis
Control #/Br: 39900  /  000RB
Claim #:
Date of Birth

||.|...|..|.|.|.|..|.|.|..|..||..|

Dear Mr. Janis:

We are writing you with regard to your claim under the Group Policy/Plan G-39900.  We are requesting you complete the enclosed form(s) and return it to our office at the above address.

If you have any questions, please contact us at (800) 842-1718.

**Prudential Financial**

CLAIM # ▓▓▓▓▓▓▓
CONTROL # 039900          PPT   012
CLAIMANT   MARK JANIS          BR  000RB          COV  LTD

**GROUP DISABILITY CLAIM**

MARK JANIS
193 VIA SODERINI
APTOS  CA   95003

MAIL COMPLETED FORM DIRECTLY TO:

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA  PA   19101

Dear MARK JANIS:

We received notification of your request for a change in address on your Short/Long Term Disability claim under Group Policy # 039900 issued to NORTEL NETWORKS, INC.

The current addresses on file that will be effective 03/15/2005 for mailing and residence are noted below:

Residence:
193 VIA SODERINI
APTOS  CA   95003

Mailing:

If any corrections need to be made to your new residence and/or mailing address, please contact our office immediately at 1-800-842-1718.

Sincerely,

Disability Management Services

B2ADR1      07-2001

Claims Services Provided by

## The Prudential Insurance Company of America

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/inst/gldi

June 17, 2008

Mark R Janis
193 Via Soderini
Aptos, CA 95003

Claimant: Mark R Janis
Claim No.: ▮▮▮▮▮
Date of Birth: ▮▮▮▮▮
Control No./Br.: 39900  /  000RB

llılıılılılııllııllııllı

Dear Mr. Janis:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..  We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by July 17, 2008.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,

*Prudential Financial*
Prudential Financial

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

June 4, 2012

Mark R Janis
193 Via Soderini
Aptos, CA  95003

Claimant: Mark R Janis
Claim No.:
Date of Birth:
Control No./Br.: 39900  /  000RB

Ildudaldladlumlluulld

Dear Mr. Janis:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc.. We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by July 4, 2012.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
*Prudential Financial*
Prudential Financial

**EXHIBIT L**

# Prudential Financial

**Claimant's Statement/Attending Physician's Statement**

Employee/Association   Nortel Networks, Inc.                          Control No.   39900

Notice to all parties completing this form: It is fraudulent to fill out this form with information you know to be false or to omit important facts. Criminal and/or civil penalties can result from such acts.

Your Name (Please print)   Mark R Janis                    Social Security No. ▮▮▮▮▮▮
Your Home Address   7886 Medinan Ct        Pleasanton, CA 94588
| No. | Street | City | St./Prov. | Zip/Pac |

Your Mailing Address
(if different from home address)
| No. | Street | City | St./Prov. | Zip/Pac |

To establish your continued eligibility for benefits, we are asking for current information regarding your health. Please complete the Claimant's Statement and have your doctor complete the Attending Physician's Statement . Return the completed form to:

I hereby make claim for benefits and authorize the attending physician(s), hospital(s), and other providers of medical services to release to Prudential any medical information required for acceptance of this claim. A Photostatic copy of this authorization should be considered as effective and valid as the original.

Claimant's Signature   *Mark R Ja*                          Date   1/28/2003

**The Patient is responsible for the completion of this form without expense to Prudential.**

**Claimant's Statement:**

1. Describe your illness or injury:   MULTIPLE SCLEROSIS

2. Describe any change in your condition and/or living situation since you stopped working.   MY CONDITION REMAINS THE SAME. LIVING SITUATION IS STABLE

3. What symptoms/limitations interfere with you performing work?   EXTREME FATIGUE, COGNITIVE PROBLEM! UNABLE TO CONCENTRATE FOR LONG PERIODS, BLADDER FREQUENCY + URGENCY, HEADACHES, MEMORY PRO

4. What are your plans for returning to work?   NOT EXPECTED TO RETURN
   Are you currently working or have you attempted to return to work? ☐ Yes  ☒ No
   If yes, please provide employers name and dates:

   Are you attempting to obtain support/resources to help you find work for wages/volunteer work?
   Please explain:   NO

5. What are your daily activities and how do you spend your time?   PERSONAL HYGIENE AND LIGHT ACTIVITIES OF DAILY LIVING AS TOLERATED DUE TO DISEASE SYMPTOMS

6. Are you receiving Disability or Retirement benefits from the Social Security Administration? ☐ Yes ☐ No
   For what illness?   I HAVE APPLIED FOR BENEFITS AND THE APPLICATION IS UNDER REVIEW.

7. Are you receiving Workers' Compensation benefits? ☐ Yes ☒ No

Claimant's Signature   *Mark R Ja*                          Date   1/28/2003        (925) 249-1291
                                                                                     Home Telephone Number

**Attending Physician's Statement**

Patient's Name   MARK R JANIS                          Date of Birth   ▮▮▮▮▮▮

1. **Diagnosis:**
   What symptoms does the patient have?   Chronic fatigue, cognitive problem, leg fatigability

   | ICD-9 Diagnosis | DSM |
   |---|---|
   | 340 | Axis I Clinical |
   |  | Axis II Developmental & Personality |
   |  | Axis III Physical Conditions |
   | Pregnancy EDC   /   / | Axis IV Psychosocial Stressors |

GRP88750  Ed. 4/92

What is the expected duration for this diagnosis?
What problems might prolong this duration for this patient? *Chronic course and progression poor prognosis of MS*

Objective Findings (Clinical, X-Ray, EKG, LAB, Tests): *MRI typical for MS, neuro exam (+)*

**2. Treatment:** *Neuropsychological test showed cognitive impairment*

a. First Visit *03/1-1900?*    Last Visit *11/2/1900?*    Frequency *3-6 months*

b. What problems might prolong this duration for this patient? *cognitive deficit may progress*

c. What recent changes have occurred in patient's condition? *No improvement of other symptoms, increased fatigue*

d. Has patient been hospital confined? ☐ Yes ☒ No    Confined from ___/___/___ to ___/___/___

e. Names of other Treating Physician's Consultants:

| Name | Specialty | Address | Phone No. |
|------|-----------|---------|-----------|
|      |           |         |           |

f. List all medications and dosages: *Avonex 30 mcg qwk, Provigil 100 mg qd*

g. What improvement do you expect? *None, only slowing of progression*

**3. Psychosocial:**

a. Describe any significant changes in patient's lifestyle since illness began: *longer problem thinking, concentration, multitasking. Patient unable to work. Requires frequent naps*

b. What are the patient's current supports? *children*    *patient leaves with spouse and adult*

c. What are the patient's current activities? *Daily living activities as tolerated*

d. Is the spouse employed? ☒ Yes ☐ No    Spouse's occupation *Registered Nurse.*

**4. Cardiac Capacity:**

American Heart Association Functional Capacity Limitation

☒ Class I/None    ☐ Class 2/Slight    ☐ Class 3/Marked    ☐ Class 4/Complete

Was or is the patient in a Cardiac Rehab Program? ☐ Yes ☐ No    Date from ___/___/___ through ___/___/___

Blood pressure (last visit)    Systolic _____    Diastolic _____

**5. Return to Work Plan:**

What specific symptom's impact job performance? How? *cognitive impairment and extreme fatigue prevent any type of occupation*

What work duties can the employee perform at this time? *None*

What changes would allow employee to work:

Own job? ⎫
Job Modification? ⎬ *None*
Trial Work? ⎭
Part-time?    When? _____
Any other job?- Type of work    When? _____

Have you discussed a return to work plan with your patient? ☐ Yes ☒ No

Please explain: *cognitive impairment and extreme fatigue prevent any return to work*

What would prevent employee from working while receiving treatment? *No treatment available to improve cognitive impairment*

Do you feel the patient is competent to endorse checks and direct the use of the proceeds? ☒ Yes ☐ No

Physician's Name *EMMANUELLE WAUBANT*    Specialties *Neurology*
(please type or print)

Office Address *350 PARNASSUS STREET*

*Suite 908, San Francisco CA 94117*    Phone Number *(415) 514 1684*    Fax Number *(415) 514 2443*

Physician's Signature *E. Waubant*    Date Completed *02/14/1900?*

# Prudential  Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name
JANIS

Social Security Number
[redacted] - [redacted] - [redacted]

**2** | Attending Physician Information (Cont'd)

Was Claimant hospital confined?  ☐ Yes  ☑ No

If Yes, please provide name and address of hospital:

If hospitalized, give dates:
From: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐
To: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐

Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| Darcy Cox PhD | Neuropsychologist | 415-221-4810 |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds?  ☐ Yes  ☐ No

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function)
*Significant daily fatigue, cognitive dysfunction, bladder urgency and frequency, numbness to left side.*

Date when significant loss of function occurred: 0 7 / ☐ ☐ / 2 0 0 1

Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)

Prognosis for Return to Function / Return to Work: *Mr. Mark Janis has a chronic, progressive disease. Cognitive dysfunction impairs his ability to function in his occupation.*

Return to Work Plan (Please describe):
*None*

Target Date: ☐ ☐ / ☐ ☐ / ☐ ☐ ☐ ☐



* 1 0 3 A 0 2 *

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name
J A W I S

Social Security Number

## 2  Attending Physician Information (Cont'd)

Describe Medical Obstacles to Return to Work: Significant daily fatigue - needs frequent periods of rests/naps; peripheral neuropathy; cognitive impairments related to disease process

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? _____

Work related illness or injury? [ ] Yes [X] No

Was Condition caused by a MVA? [ ] Yes [X] No

If MVA, in what state did it occur? [ ]

First Visit  0 2 / 1 8 / 2 0 0 2

Last Visit  1 0 / 2 5 / 2 0 0 7

Frequency of Visits: every 6-12 months.

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

[ ] **Sedentary**
Negligible Weight
Mostly Sitting

[ ] **Light**
Up to 10 lbs. frequently
Up to 20 lbs. occasionally
and / or
Frequent Walk/Stand
and / or
Constant Push/Pull

[ ] **Medium**
10 to 25 lbs. freq.
Up to 50 lbs. occ.

[ ] **Heavy**
25 to 50 lbs. freq.
50 to 100 lbs. occ.

[ ] **Very Heavy**
More than 50 lbs. freq.
100 lbs. occasionally

[X] **Other**
(Please describe below)

* Please see above #2 and the symptoms pt suffers from.

## 3  Physician Information

Physician Name
E m m a n u e l l e   W a u b a n t

Primary Phone Number
4 1 5 - 3 5 3 - 2 0 4 9

Office Address
4 0 0   P a r n a s s u s   A v e

Fax Number
4 1 5 - 3 5 3 - 2 4 3 3

City
S a n   F r a n c i s c o   C A

State  CA   Zip Code  9 4 1 4 3 -

Specialty
N e u r o l o g y - M S

## 4  Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X _____ E. Waubant

Physician Signature

0 7 / 0 7 / 2 0 0 8
Date Completed


* 1 0 3 A 0 3 *

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

**1** To Be Completed By Employee

Employer/Association Name: NORTEL NETWORKS

Control Number: 39900

Employee First Name: MARK

MI: R

Social Security Number: ███-██-████

Employee Last Name: JANIS

Suffix:

Employee Address - Line 1: 193 VIA SODERINI

Birth date (MM/DD/Year): ██/██/████

Employee Address - Line 2:

City: APTOS

State: CA

Zip Code: 95003-5844

Gender: ☒ Male  ☐ Female

Occupation: DISABLED

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _(signature)_

Employee Signature

Date Signed: 05/16/2010

**2** To Be Completed By Attending Physician

Clinical Diagnosis

Primary: Multiple Sclerosis

ICD-9 Code: 340

Pregnancy EDC: __/__/____

Secondary:

Secondary:

Relevant test procedures performed (Please provide results): MR Imaging of Brain, neuropsychological testing; Neurological exam

Surgical procedure(s) performed (Please be specific): NA

Date of Procedure: __/__/__

Current Medications: Copaxone, Cozaar, Xanax, Flovent

For Internal Use Only

Claim Number:



The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885



# Prudential  Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name
`J A N I S`

Social Security Number

---

**2** **Attending Physician Information (Cont'd)**

Was Claimant hospital confined?  ☐ Yes  ☑ No

If Yes, please provide name and address of hospital:

If hospitalized, give dates:
From:
To:

Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| Monique Browne, MD | Family Practice | 831-458-5805 |
| | | |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds?  ☑ Yes  ☐ No

---

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function)

Cognitive dysfunction, bladder issues - frequency and urgency, significant daily fatigue, sensory changes - numbness, muscle pain & spasticity, weakness.

Date when significant loss of function occurred:  `0 7` / `_` / `2 0 0 1`

Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)

---

Prognosis for Return to Function / Return to Work: Mr. Janis has been unable to since 2003. It is very unlikely he will improve to the point of ever being able to work again.

---

Return to Work Plan (Please describe):
None.

Target Date: `_` / `_` / `_`

---



`* 1 0 3 A 0 2 *`





# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: JARVIS

Social Security Number: ████ ███ ████

## 2 Attending Physician Information (Cont'd)

Describe Medical Obstacles to Return to Work: _Multiple sclerosis is a chronic and progressive disease, ∅ cure._

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? _____

Work related illness or injury? ☐ Yes ☑ No

Was Condition caused by a MVA? ☐ Yes ☑ No

If MVA, in what state did it occur? ☐☐

First Visit: 0 2 / 2 8 / 2 0 0 3

Last Visit: 0 8 / 2 7 / 2 0 0 9

Frequency of Visits: _Q6 munths – 12 mon and as needed_

**What Job Category best describes the claimant's functional abilities?** (Please check appropriate box)

☑ **Sedentary** — Negligible Weight Mostly Sitting

☐ **Light** — Up to 10 lbs. frequently Up to 20 lbs. occasionally and /or Frequent Walk/Stand and /or Constant Push/Pull

☐ **Medium** — 10 to 25 lbs. freq. Up to 50 lbs. occ.

☐ **Heavy** — 25 to 50 lbs. freq. 50 to 100 lbs. occ.

☐ **Very Heavy** — More than 50 lbs. freq. 100 lbs. occasionally

☑ **Other** (Please describe below)

_Needs frequent periods of rest/naps. ∅ strenuous activities. Must change positions frequently due to feeling changes._

## 3 Physician Information

Physician Name: Emmanuelle Waubant

Office Address: 400 Parnassus Ave

City: San Francisco   State: CA   Zip Code: 94143-

Specialty: Neurology – MS

Primary Phone Number: 415 - 353 - 2069

Fax Number: 415 - 353 - 2633

## 4 Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X _E. Waubant_
Physician Signature

Date Completed: 0 5 / 2 4 / 2 0 1 0



* 1 0 3 A 0 3 *




 **Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718    Fax: 877-889-4985
http://www.prudential.com/disability

## Group Disability Insurance
### Supplemental Claimant Statement

**1 Employee Information**

First Name: MARK

MI: R

Last Name: JANIS

Social Security Number: ■■■ ■■ ■■■■

Employee Phone Number: 831 684 1760

Email Address: MJANIS@COMCAST.NET

Employer's Name: NORTEL NETWORKS

Control Number: 39900

**2 Condition and Medication**

What is the primary condition for which you are currently being treated?

MULTIPLE SCLEROSIS

Please list any other condition that you are currently being treated for and the date that you first began treatment for each condition:

FATIGUE, ANXIETY, DEPRESSION

Please list all medications (provide name of medication, dosage, how often you need to take it and your understanding of what each medication is for):

COPAXONE   INJECTION   ONCE PER DAY
FOR   M.S   CONTROL

**3 Treatment**

Describe your current treatment and how often you receive treatment:

ANNUAL MRI AND PHYSICIAN
EXAM + MONITORING

Does the treatment help?  ☐ Yes  ☒ No

If Yes, in what way?



If No, have you discussed other options with your doctor?

YES

Describe any change in your condition since you stopped working:

NO IMPROVEMENT , SLIGHT
DECREASE IN FUNCTION + ABILITIES

Date Stopped (MM DD YYYY): ☐☐ ☐☐ ☐☐☐☐

GL.2003.246   Ed. 11/2007



Page 1 of 3

**Prudential**

**4 Return to Work**

Claimant's Social Security Number

How does your condition prevent you from working right now? (Please be specific)

YES, DUE TO FATIGUE ESPECIALLY MENTAL FATIGUE, LOW TOLERANCE OF STRESS, MUSCLE PAIN, WEAKNESS, AND SPASMS

Are you attempting to obtain resources to help you find work for wages or volunteer work?    ☐ Yes  ☒ No

What types of work do you feel you would be able to preform now or in the future?

NONE

List any accommodations you feel would enable you to work now or in the future:

NONE KNOWN

**5 Daily Activities**

Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, buying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming exercise programs, activities with children and/or grandchildren, etc.):

PREPARE MEALS FOR SELF, WASH OWN CLOTHES, SHOPPING, ACTIVITIES ASSOCIATED WITH DAILY LIVING, WALK DOGS

Describe how you attend to your daily needs (e.g., dressing, bathing, hair care, etc.):

I AM CURRENTLY ABLE TO CARE TO MY OWN NEEDS.

Do you need assistance with any of these activities?    ☐ Yes  ☒ No
If yes, who helps you and to what extent?

Describe any hobbies or other leisure activities that help you occupy your time:

SURF INTERNET, WATCH TV, WALK DOGS VISIT WITH FAMILY AND FRIENDS

GL.2003.246    Ed. 11/2007

**Prudential**

**6 Other Benefits**

Claimant's Social Security Number

Are you receiving Disability or Retirement benefits from Social Security?

YES

Are you receiving Disability benefits from a separate individual Policy?

Are you receiving Workers Compensation benefits?     ☐ Yes ☒ No

If yes, please provide the name and telephone number of the Workers' Comp carrier:     ☐ Yes ☒ No

Are you receiving Disability or Retirement benefits from any other source?     ☐ Yes ☒ No

I certify that the above statements are true.

X _____
Signature

Date Signed (MM DD YYYY)
05 10 2010

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

GL.2003.246    Ed. 11/2007

*1 0 8 0 3*

104752    Page 3 of 3

# Prudential  Financial

**Group Disability Insurance
Attending Physician's Statement**

## 1 To Be Completed By Employee

**Employer/Association Name**
NORTEL NETWORKS INC

**Control Number**
34900

**Employee First Name**
MARK

**MI**
R

**Social Security Number**

**Employee Last Name**
JANIS

**Suffix**

**Employee Address - Line 1**
193 VIA SODERINI

**Birth date (MM/DD/Year)**

**Employee Address - Line 2**

**City**
APTOS

**State** CA   **Zip Code** 95003 -

**Gender**
☒ Male   ☐ Female

**Occupation**
DISABLED

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X _Mark R Janis_
**Employee Signature**

**Date Signed**
06/19/2012

## 2 To Be Completed By Attending Physician

**Clinical Diagnosis**

Primary: Multiple Sclerosis        **ICD-9 Code** 3 4 0 .

**Pregnancy EDC**

Secondary: _____

Secondary: _____

**Relevant test procedures performed (Please provide results)** MRI of Brain with multiple
MS lesions, neuropsychological testing, neurological exam

**Surgical procedure(s) performed (Please be specific):**
N/A                    **Date of Procedure:**

**Current Medications:** Copaxone, Flovent, albuterol

**For Internal Use Only**

Claim Number


* 1 0 3 A 0 1 *

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

# Prudential ⬤ Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name
`J A N I S`

Social Security Number
████ - ██ - ████

## 2 Attending Physician Information (Cont'd)

Was Claimant hospital confined?  ☐ Yes  ☑ No

If Yes, please provide name and address of hospital:

If hospitalized, give dates:
From:
To:

### Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| Monique Brown, MD | Family Practice | 831-458-5865 |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds?  ☑ Yes  ☐ No

**Nature of Medical Impairment / Limitation** (Please specify nature of corresponding loss of function)

Cognitive dysfunction, bladder dysfunction — frequency
+ urgency, significant daily fatigue, sensory changes,
numbness, muscle pain, spasticity + weakness

Date when significant loss of function occurred: `0 7` / `____` / `2 0 0 1`

**Are there Corresponding Medical Restrictions** (i.e., What activities should the claimant not perform because of a significant risk to self or others?)

None

**Prognosis for Return to Function / Return to Work:** Mr. Janis has been unable to work since 2002. It is very unlikely he will improve to the point of ever being able to work again. neurological deficits are permanent.

**Return to Work Plan** (Please describe):

None

Target Date: `__` / `__` / `____`





`* 1 0 3 A 0 2 *`



# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: `JANIS`

**2** Attending Physician Information (Cont'd)

Social Security Number: [redacted]

Describe Medical Obstacles to Return to Work: Multiple sclerosis is a chronic and progressive disease ∅ cure

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? N/A

Work related illness or injury? ☐ Yes ☑ No

Was Condition caused by a MVA? ☐ Yes ☑ No

If MVA, in what state did it occur?

First Visit: `0 2 / 2 8 / 2 0 0 2`

Last Visit: `0 7 / 2 8 / 2 0 1 1`

Frequency of Visits: annually

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

☑ **Sedentary** — Negligible Weight Mostly Sitting

☐ **Light** — Up to 10 lbs. frequently Up to 20 lbs. occasionally and / or Frequent Walk/Stand and / or Constant Push/Pull

☐ **Medium** — 10 to 25 lbs. freq. Up to 50 lbs. occ.

☐ **Heavy** — 25 to 50 lbs. freq. 50 to 100 lbs. occ.

☐ **Very Heavy** — More than 50 lbs. freq. 100 lbs. occasionally

☐ **Other** (Please describe below)

Needs frequent periods of rest/naps. ∅ lifting > 10 lbs. must change position frequently due to sensory changes.

**3** Physician Information

Physician Name: `Emmanuelle Waubant`

Office Address: `400 Parnassus Ave`

City: `San Francisco` State: `CA` Zip Code: `94143 -`

Specialty: `Neurology`

Primary Phone Number: `415 - 353 - 2069`

Fax Number: `415 - 353 - 2633`

**4** Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X _E. Waubant_
Physician Signature

Date Completed: `0 6 / 2 5 / 2 0 1 2`



`* 1 0 3 A 0 3 *`



## Multiple Sclerosis Center at UCSF

Department of Neurology
400 Parnassus Avenue-8th Floor
Box #8102
San Francisco CA 94143-8133
tel 415 353 2069
fax 415 353 2633

### Neurology
Dorothée Chabas MD PhD
Elizabeth Crabtree MD
Bruce A.C. Cree MD PhD
Douglas S. Goodin MD
Ari J. Green MD
Stephen L. Hauser MD
Darin T. Okuda MD
Daniel Pelletier MD
Emmanuelle Waubant MD PhD
Scott S. Zamvil MD PhD

#### Clinical Nursing
Amy Schwarzberg FNP

#### Neurogenetics
Cari DeLosa B.S
Michaela George B.A
Concetta Gomez B.S
Ruby Gomez B.S.
Jorge R. Oksenberg PhD
Stan Cualley B.A., M.A.

#### Clinical Research
Cooper Brenneman
Dshradenise (DD) Brooks
Alan Evangelista B.A.
Elena Kornyeyeva MD PhD
Michael Rose B.A., B.S.
Ivo Vichek B.A., B.S.

#### Neuropsychology
Darcy Cox Psy D
David C. Mohr PhD

#### Neuro-urology
Sharon Knight MD

#### Neuro-ophthalmology
Jonathan Horton MD

#### Neuro-Rehabilitation
Gary M. Abrams MD

#### Administrative Staff
Melanie Doniantay
Rebecca Giordano
Diana Juan MHS
Jessica Lancy B.A., MFA
Julien Martin B.A.
Debbie Pangilinan
Marcia Thompson

March 30, 2010

Re: Mark Janis
DOB: ▓▓▓▓▓

To Whom It May Concern:

Mark Janis has been a patient of mine at the UCSF Multiple Sclerosis Center since February 2002. Mr. Janis carries the diagnosis of relapsing-remitting multiple sclerosis. As a consequence of this diagnosis, Mr. Janis has been permanently disabled since 2002. Multiple Sclerosis is a chronic progressive disease with no known cure so it is very unlikely that Mr. Janis will improve to the point of being able to work again.

Please feel free to contact me or my office with any additional questions at 415-353-2069.

Sincerely,

*E. Waubant*

Emmanuelle Waubant, M.D.
UCSF Multiple Sclerosis Center

**EXHIBIT M**

Mark R. Janis "Objection To Nortel Motion To Terminate LTD Plan & Employees"



# Claims & balances

## Prescription claims (Jan 01, 2012 - Oct 09, 2012)

The claims below may include prescriptions that have been processed to date as well as member submitted paper claims that require additional information to be processed (identified with an 'N/A').

**Note:** Nonprescription items or any additional service fees or shipping costs are not included in the amounts shown below.

## 2012 Prescription claims

### Patient: MARK

### Claims

| | Plan paid | You paid |
|---|---|---|
| **Rx Number:** 113000068118<br>**Date of service:** 01/31/12<br>**Drug information:** COPAXONE PREFLD SYR KIT 30'S 20MG<br>**Filled at:** ACCREDO HEALTH GROUP | $12314.61 | $100.00 |
| **Rx Number:** 112007441803<br>**Date of service:** 02/28/12<br>**Drug information:** PROAIR HFA INH 90MCG<br>**Filled at:** MEDCO HEALTH LAS VEGAS | $77.79 | $45.00 |
| **Rx Number:** 120874050317<br>**Date of service:** 03/27/12<br>**Drug information:** VIAGRA TABS 100MG<br>**Filled at:** MEDCO HEALTH LAS VEGAS | $91.46 | $14.40 |
| **Rx Number:** 113000068118<br>**Date of service:** 04/30/12<br>**Drug information:** COPAXONE PREFLD SYR KIT 30'S 20MG<br>**Filled at:** ACCREDO HEALTH GROUP | $12314.61 | $100.00 |
| **Rx Number:** 120874050317<br>**Date of service:** 06/12/12<br>**Drug information:** VIAGRA TABS 100MG<br>**Filled at:** MEDCO HEALTH LAS VEGAS | $60.86 | $45.00 |
| **Rx Number:** 112011386003<br>**Date of service:** 06/12/12<br>**Drug information:** FLOVENT HFA 120 INH 220MCG<br>**Filled at:** MEDCO HEALTH LAS VEGAS | $570.65 | $100.00 |
| **Rx Number:** 113000068118<br>**Date of service:** 08/01/12<br>**Drug information:** COPAXONE PREFLD SYR KIT 30'S 20MG<br>**Filled at:** ACCREDO HEALTH GROUP | $12314.61 | $100.00 |
| **Rx Number:** 122410929203<br>**Date of service:** 08/27/12<br>**Drug information:** PROAIR HFA INH 90MCG<br>**Filled at:** MEDCO HEALTH WILLINGBORO | $3.80 | $45.00 |

## Patient: MARK

### Claims

| | Plan paid | You paid |
|---|---|---|
| Subtotal: | | |

## Patient: LORELEI

| | $37748.39 | $549.40 |

### Claims

| | Plan paid | You paid |
|---|---|---|
| Rx Number: 000000234097<br>Date of service: 03/15/12<br>Drug information: VALACYCLOVIR HCL TABS 500MG<br>Filled at: CVS PHARMACY #03952 | $39.22 | $9.80 |

| Subtotal: | | |
|---|---|---|
| | $39.22 | $9.80 |

| Household Total for 2012: | | |
|---|---|---|
| | $37787.61 | $559.20 |

This page was last updated on 10/09/2012.
© 2012 Express Scripts Holding Company. All Rights Reserved.

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)
0Z5318-02-33-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA        PA   19176
800-842-1718

Date
August 27, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#  0039900
CLAIM#
ID#

CLAIMANT  MARK R JANIS

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 08/01/2012 | 08/31/2012 |
| - SSDB | 11,120.67 | | |
| - Medical | 1,733.10 | BENEFIT AMOUNT | 11,120.67 |
| - Dental | 262.45 | LESS OFFSET | 1,733.10 |
| - Mandatory FIT W4 | 48.01 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 952.52 | | 9,387.57 |
| - Free Form 3 | 6.80 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 4 | 19.09 | | 9,387.57 |
| | 108.33 | LESS DEDUCTIONS | 1,397.20 |
| | | AMOUNT PAYABLE | 7,990.37 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount:     $7,990.37

Date:  August 27, 2012

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | | $7,990.37 |

To the Accounts of

MARK JANIS
193 VIA SODERINI
APTOS            CA   95003

This is not a Check

Not Negotiable