## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
|  | **Objection Deadline: Oct. 22, 2012 at 10 a.m.**<br>**Hearing Date:**    **Feb. 12, 2013 at 10 a.m.**<br>**RE:**        **D.I. # 8067** |

### OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Bruce Wayne Francis (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Bruce Wayne Francis respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I hired on with Nortel October 12, 1981. I met with Nortel at the RTP building and NORTEL review all material salary and benefits. I believed at that time that Nortel would take care of me until I retire.

2. I first work in installation as a level F2 installer where I installed Nortel products the customer had purchased our customer. Within 2.5 years I had been promoted to the top level (F5) level of installation, where I install, test, and cut over Nortel equipment into the customer network. I also managed multiple jobs and performed upgrades to existing in service Nortel products for our customers.

3. I moved to RTP to work in house for Installation Engineering Group in 1985. I was responsible for providing technical Support of installation weather it was Nortel or our Customer. In 1986-87 I worked at Nortel Training Center were I became Certified Technical Instructor. I thought the customer hoe to maintain and work on Nortel Equipment. In 1987 I moved back to Installation Technology as a Senior Engineer. I provided support for installation along with our customer. I provide onsite emergency support were we had to get phone service Elba, Alabama after being flooded. I have received many awards, pay raises and stock options for job well done.

4. I was diagnosed with Trigeminal Neuralgia on the right side of my face along with Chronic Facial pain from past surgeries and recurrent infections. Nortel took me through the Disability process. Nortel told me when and which forms needed to be filled out and where they need to be sent. After my claims were verified with my Attending Physician, Prudential Insurance Company determined that my disability date was March 13, 1998.

## RELIEF REQUESTED

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Proof of Claim is $639,961.08, Reference **Exhibit 1**

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

8. All of my planning targets my loan payments being completed by May 2025. If I lose my income It will be devastating to me and my family. I would not be able to pay for medication, doctor appointment and I would lose our house.

## BASIS FOR RELIEF

I feel NORTEL has not acted in good faith. I have kept in line with Nortel LTD process. I planned that Nortel would provide me Long Term Disability income until my age of 65 (May 31,2025) which is outlined in my SPD Exhibit 25. Our family has felt the impact of being on disability were we cannot take well need family vacations/getaways, not being able to supports my son with the cost of going to college after grants/student loans. If for some reason if NORTEL terminates our LTD I would not be able to make my house payments, health insurances and life insurance. This is an additional impact because my wife who is battling her own medical problems. She is currently fighting Crohn's disease of the Small Intestine with Stricture. Because of this condition it keeps her from being able to work, be able supplement our home with income and medical insurance.

All I ask your Honor please do not allow Nortel to Terminate LTD Benefits.

Listed is all my Exhibits provided in order as received from Nortel, Cigna and Prudential.
1   Proof of Claim
2   Pay Check Stub before Disability
3   First LTD Paycheck from Cigna with Account and Policy Numbers
4   Current LTD Paycheck
5   Long Term Disability (LTD) Process
6   Disclosure Agreement
7   Disability Claim
8   Group Long Term Disability
9   Receipt for your Social Security Disability Insurance Benefits
10  W4-S Request for Federal income Tax with holdings from sick pay
11  Cigna Requesting Information so my claim can be evaluated
12  NORTEL Long Term Work sheet
13  Reimbursement Agreement
13b Social Security Disability Approval
14  Cigna Policy #2059005 for LTD has been approved
15  Review and Evaluation for Social Security Disability Income (SSDI) benefits
16  LTD Repayment letter for Policy#205900501350
17  Cost of Living Adjustment (COLA) for LTD Benefits fir Cigna Policy 2059005
18  Prudential assumes all responsibilities for Nortel Networks LTD Claims
19  Group Disability Income Plan may be subject to Federal Tax
20  Prudential Financial Authorization to Release Information
21  Enrollment Information has been submitted to Social Security Adminstration
22  ALLSUP INC Notice of Change in Benefits
23  ALLSUP INC Notify change or Primary and Secondary Insurance
24  Complete Information for Prudential Insurance for claim under Group Policy Plan
    G-39900
25  1999 STD/LTD Summary Plan Description

# **EXHIBITS**

## 1.  **Proof of Claim.**

Proof Of Claim

| | | |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | Bruce W. Francis | |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | 0201022 | |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | March 28, 1998 | |
| WHAT IS YOUR AGE (As of January 1, 2013)... | | |
| Years | 52 | |
| Months | 7 | |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 631 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "55" | 149 | |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $ | 83,423.00 |
| IF YOU HAD A 401K AND SIGNED UP FOR FOR Capital Accumulation Retirement Plan (CARP) Contributions ... | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | 0.04 | |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K... | $ | 2,550.00 | $ | 31,800.09 |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | |
| SEVERANCE PERIOD | | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | 31 | |
| | $ | 1,219.62 | $ | 37,808.97 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ... | | |
| "GROSS" MONTHLY QCK PAY FROM PRUDENTIAL | $ | 2,826.34 | $ | 421,078.96 |
| SSDI MONTHLY OFFSET | $ | 880.00 | $ | 132,910.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 | $ | 16,464.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 2,045.94 | $ | 304,824.46 |
| Estimates On What Replacement Coverage Would Cost You | | |
| MEDICAL CARE | $ | 7,000.00 | $ | 68,916.67 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 12,000.00 | $ | 115,000.00 |
| DENTAL ASSIGN-HEARING CARE | $ | | $ | 7,466.60 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 1,500.00 | $ | 18,825.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 300.00 | $ | 3,725.00 |
| CLAIM GRAND TOTAL | | | $ | 833,861.00 |

Page 1

## 2. Regular Pay Check Stub (Before Disability)

| CO. | FILE | DEPT. | CLOCK | VCHR.NO. | 1500 |
| DED | 102712 | 000000 | 1 | 0000010199 | 1 |
| | | | 0000018 | 18 | |

**NORTEL**
NORTHERN TELECOM

NORTHERN TELECOM
200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

Social Security Number:
Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:    1
NC:         0

**Earnings Statement**

Period Ending:      01/02/1998
Pay Date:           01/02/1998

**BRUCE W FRANCIS**
**5506 LAKE ELTON RD**
**DURHAM NC 27713-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.4919 | 80.00 | 2,439.35 | 2,439.35 |
| Flex Credits | | | 27.30 | 27.30 |
| **Gross Pay** | | | **$2,466.65** | 2,466.65 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -408.15 | 408.15 |
| | Social Security Tax | -148.18 | 148.18 |
| | Medicare Tax | -34.65 | 34.65 |
| | NC State Income Tax | -133.77 | 133.77 |
| | **Other** | | |
| | Checking 2 | -1,218.22 | |
| | Child Life ins | -0.55 | 0.55 |
| | Dental, Vis, Hear | -11.44* | 11.44 |
| | Flex Medical In | -55.20* | 55.20 |
| | Long Term Dis | -7.28* | 7.28 |
| | Savings 2 | -90.00 | |
| | Short Term Dis | -3.52* | 3.52 |
| | Spousal Life | -0.77 | 0.77 |
| | Supp Life Ins | -6.53 | 6.53 |
| | 401K Loan | -55.67 | |
| | 401K Matched | -146.36* | 146.36 |
| | 401K Unmatched | -146.36* | 146.36 |
| | **Net Pay** | **$0.00** | |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,096.49

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 0.72 | 0.72 |

### 3. **First LTD Pay Check from CIGNA with Account /Policy Number**

CIGNA COMPANIES
SUITE 655, LB 179
12225 GREENVILLE AVE
DALLAS             TX 75243-9382

NORTHERN TELECOM INC

JEFF    GARNER
972-997-8709
Please direct any questions to the above analyst.
Be sure to provide your account and ID numbers
in all letters and telephone calls.

***Explanation Of Benefits***    Recv'd
mon.
10/19/98

Page        1

Cardholder:  BRUCE W FRANCIS
Claimant:    BRUCE W FRANCIS
ID#:                    Special ID#:
Account Name:  NORTHERN TELECOM INC

Account#: 2059005
Policy :  01                    Div:    001

BRUCE W FRANCIS
5506 LAKE ELTON RD
DURHAM              NC 27713

D212

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 09/05/1998 - 09/30/1998 | 26 DAYS | 3699.68/MO | 2126.41 | .00 |

Deductions:

TOTAL PAYMENT $        2,126.41

Messages:

Payments Issued:    10/14/1998
BRUCE W FRANCIS                2,126.41

Total amount paid to date, including taxes, for this claim is $    2,126.41 for the period  09/05/1998 thru    09/30/1998

## 4. Current LTD Paycheck

Rec'd
Aug 3/1/12

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit **L (2 of 2)**
#25205-02-07-02-9-0-0-0

If you have any
questions about
this claim, please
contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA                    PA   19176
800-842-1718

Date
**August 27, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

CNTRL#   0039900
CLAIM#   10277628
ID#      XXX-XX-5814

CLAIMANT   BRUCE FRANCIS

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---|---|---|---|
| LTD Claim Benefits | 2,826.04 | | 08/01/2012 | 08/31/2012 |
| - Medical | 404.86 | BENEFIT AMOUNT | | 2,826.04 |
| - Dental | 36.16 | LESS OFFSET | | 0.00 |
| - Mandatory FIT-W4 | 177.66 | ADD'L BENEFITS | | 0.00 |
| - Free Form 1 | 3.75 | | | 2,826.04 |
| - Free Form 2 | 0.78 | LESS ADJUSTMENTS | | 0.00 |
| - Free Form 3 | 1.28 | | | 2,826.04 |
| | | LESS DEDUCTIONS | | 624.49 |
| | | AMOUNT PAYABLE | | 2,201.55 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Deposit Amount:    **$2,201.55**

Date: **August 27, 2012**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXX7184 | $2,201.55 |

To the
Accounts
of

BRUCE FRANCIS
5506 LAKE ELTON ROAD
DURHAM                    NC   27713-1704

This is not a Check                                        Not Negotiable

## 5.  Long-Term Disability (LTD) Application Process

# N☾RTEL

Date: 7/25/98

BRUCE FRANCIS
5506 LAKE ELTON ROAD
DURHAM,N.C. 27713

Re:  Long-Term Disability (LTD) Application Process

Dear: Bruce

The purpose of this letter is to advise you of the need to begin the LTD application process. Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived.  Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks.  Since your STD benefits will expire on SEPT. 13, 98 the LTD application process must now begin.  For this reason, I have enclosed for your completion your "LTD package."  Also included in the package are informational materials to assist you in the application process.  Because the LTD application is more complex than the STD process, you may wish to make an appointment with Health Services.  During this meeting, we will also review your package contents and address any questions or concerns you may have.  Please call me at (919) 992-3282   to make an appointment, to ask questions.

As indicated above, CIGNA determines claim approval or denial.  Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to submit you LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

You must also now apply for social security.  Contact your local social security office for information as soon as possible.

Please bring or mail your completed application to:

Health Services - 3619/ m 3407009
Northern Telecom
P. O. Box 13010
Research Triangle Park, NC 27709

Please call me at (919) 992-3282 if you need assistance with the application process.  Contact HR INFO CENTER (919) 992-4636 for questions regarding benefits.

Sincerely,

_signature_ R.N.

## 5   Long-Term Disability (LTD) Application Process (Cont'd)

# NORTEL

EMPLOYEE _BRUCE FRANCIS_  BUS. UNIT _____ DEPT. # _____

**PROCEDURE**

1. In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms:

   - *Reimbursement Agreement.* Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.

   - *Attending Physician's Statement of Disability Group Benefits.* Take this form to your treating physician to complete. CIGNA must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.

   - *Group Long Term Disability Claim Form.* Legibly complete, date, and sign the Claimant's Statement Sections. Return this form with your LTD package.

   - *W-4S Request for Federal Income Tax Withholding From Sick Pay.* Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request not to have federal income tax withheld by entering 0 in the appropriate space.

   - *Disability Questionnaire.* Complete this form and return with your LTD application.

2. Return the above forms (your LTD package) and a copy of your birth certificate or driver's license to Health Services by AUG. 10, 1994. Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeopardize your employment status.

3. You and Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**

1. Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____ +
Life Insurance_____ + Spousal Life_____ + Dependent Life_____ = _____ Total.

Revised 4/29/94

## 5   Long-Term Disability (LTD) Application Process (Cont'd)

BENEFIT ENTITLEMENT, Cont.

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Northern Telecom, Dept. 1096, P. O. Box 13010, RTP, N.C. 27709, Ph# 1-800-676-4636.

2. Long Term Investment (Thrift Saving) /Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vacation/Sick Leave: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance appraisal period can be maintained.

7. Credit Association: No deductions are withheld for Credit Association accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Association.

8. Compensation fo Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week:

   a. Long Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.

   b. Long Term Disability benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week:

   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.

   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absence.

   c. You are eligible for medical leave of absence only if you have worked for Northern Telecom at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE: Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.

10. Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

11. For bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12. For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.



## 6  Disclosure Agreement

### DISCLOSURE AGREEMENT

I, (Employee Name), hereby authorize each health care provider (including mental health, chemical dependency, or drug abuse treatment center) and U.S. Behavioral Health to disclose to the **Health Services Department of Northern Telecom, Inc.** (or any of its affiliated companies) and to each other all information, medical records, treatment records, and other documents related to any medical, mental health, and chemical dependency services and treatment received by me.  I understand that this authorization is for the purpose of administering my employer's disability benefit **plans and for other purposes relating to my leave of absence. I may revoke this authorization at any time except to the extent that action has also ready been taken in reliance on this consent, and I understand that such a revocation may affect my eligibility for benefits an/or leave of absence. I** understand that this consent will terminate, if not earlier revoked, upon my ineligibility for disability benefits, **provided that disclosure with regard to the period of disability may continue as long as necessary for the purposes set forth above.**

_Bruce W Lawson_    SSN: ███████████        _7-31-98_
Employee signature                                   date signed

Work Status:  ☐ Active    ☒ Disability

_____    _____    _____
Nortel Health Professional    date signed    phone

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                  Phone:_____
_____
**\*UBH Care Manager**

**\*Please return via confidential fax within 48hrs to : Nortel's Disability Case Management Team at  (919) 992-3702**

## 7   Disability Claim

### Disability Claim

Any person who knowingly and with intent to defraud any insurance
company or other person files a statement containing any materially false
information, or conceals for the purpose of misleading, information
concerning any fact material thereto, commits a fraudulent insurance act,
which is a crime.

Connecticut General Life Insurance Company
Life Insurance Company of North America
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

**CIGNA**

2882~~8~~

### ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY (PLEASE PRINT)

The insured is responsible for having this form completed by any/all treating physician(s), without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

**THIS SECTION IS TO BE COMPLETED BY THE PATIENT/INSURED**

1. NAME: _Boyce Wayne Francis_  EMPLOYER NAME: _Nortel_
ADDRESS: _5506 Lake Edge Road_  SOCIAL SECURITY NUMBER: ▮▮▮
CITY: _New Hope_  STATE: _NC_  ZIP CODE: _27713_  GROUP POLICY NUMBER: ▮▮▮
TELEPHONE: _(919) 544-2469_  OCCUPATION: _SR Engineer_  DATE OF BIRTH: Month _05_  Day _31_  Year _60_

**THE REMAINING SECTIONS OF THIS FORM ARE TO BE COMPLETED BY YOUR PHYSICIAN(S)**

1. DIAGNOSIS (Including any complications)
(a) Diagnosis (Include ICD-9 or DSM-IV Code) _Trigeminal Neuropathy, Massive facial Edema_

(b) Subjective symptoms _Pain_

(c) Objective findings (Please attach copies of current X-rays, EKG's, Laboratory Data and any clinical findings as applicable.) _Hypertension, Bilateral edema_

(d) Are symptoms consistent with the clinical findings? ☒ Yes   ☐ No, explain _____

(e) Is illness work related? ☐ Yes  ☒ No

(f) If Pregnancy please indicate:   LMP: ____   EDC: ____   Actual Delivery: ____

2. DATES OF TREATMENT
• Date patient first visited you for this accident/illness: _10-15-97_  Month   Day   Year
• Date patient first unable to work due to this accident/illness: _3/98_  Month   Day   Year
• List frequency & date(s) patient was examined for this accident/illness: _every 3 wks for last 6 months_
• Date of last visit: _7.24.98_  Month   Day   Year

3. NATURE OF TREATMENT (Including Surgery & Medications prescribed, if any)
• Hospitalization on: Month  Day  Year   THROUGH   Month   Day   Year
• Surgery on: Month  Day  Year   Type of Surgery: ____
Name and Address of Hospital: ____

• Medications & Dosages: _IV Abx, Clindamycin, Numerous oral Antibiotics, Percocet for pain_
• Other treatment methods (describe) _Referred to Neurosurgery @ Duke & UNC_

G9-826069 (11/98)

## 7  Disability Claim (Cont'd)

**4. PHYSICAL LIMITATIONS / IF APPLICABLE:** In an 8 hour day is your patient able to:

| | 0 hours | up to 2.5 hours | up to 5.5 hours | greater than 5.5 hours |
|---|---|---|---|---|
| Climb | ☑ | ☐ | ☐ | ☐ |
| Balance | ☑ | ☐ | ☐ | ☐ |
| Stoop | ☑ | ☐ | ☐ | ☐ |
| Kneel | ☑ | ☐ | ☐ | ☐ |
| Crouch | ☑ | ☐ | ☐ | ☐ |
| Crawl | ☑ | ☐ | ☐ | ☐ |
| Reach | ☐ | ☑ | ☐ | ☐ |
| Walk | ☐ | ☑ | ☐ | ☐ |
| Sit | ☐ | ☑ | ☐ | ☐ |
| Stand | ☐ | ☑ | ☐ | ☐ |

**Cardiac - if applicable (American Heart Association)**
- ☑ Class 1 - No Limitation
- ☐ Class 2 - Slight Limitation
- ☐ Class 3 - Marked Limitation
- ☐ Class 4 - Complete Limitation

Blood Pressure (last visit) __142__ / __88__

Please indicate the maximum level of ability (sedentary, light, medium, heavy) of your patient to:

____ Lift    ____ Carry    ____ Push    ____ Pull    NA

Sedentary = 10 lbs. maximum, walking occasionally. Light = 20 lbs. maximum, 10 lbs. frequently.
Medium = 50 lbs. maximum, 25 lbs. frequently, up to 10 lbs. constantly. Heavy = 100 lbs. maximum, 50 lbs. frequently, 20 lbs. constantly.

**5. MENTAL IMPAIRMENT/IF APPLICABLE:** Please complete the following (Incomplete information will delay claim processing):

Axis I: _____

II: _____

III: _____

IV: _____

V: Current GAF: _____    Highest GAF in past year: _____

Additional Comments: _____

**6. COMPETENCY**
Do you believe this patient is competent to endorse checks and direct the use of the proceeds thereof?    ☑ Yes    ☐ No

**7. EXTENT OF DISABILITY**

| | Patient's Regular Occupation | | | Any Occupation | | |
|---|---|---|---|---|---|---|
| When was patient able to go to work? | Mo. | Day | 19 | Mo. | Day | 19 |

Patient is unable to work due to the persistent pain

**8. REHABILITATION**
(a)  Is patient a suitable candidate for further PHYSICAL / PSYCHOLOGICAL rehabilitation services?  NA  ☐ Yes  ☐ No

If no, explain: _____

(b)  Can present job be modified to allow for handling with impairment?    ☐ Yes    ☑ No
(c)  Is patient a suitable candidate for VOCATIONAL rehabilitation services?    ☐ Yes    ☑ No

If no, when: _____

**9. REMARKS**

Patient will be able to return to work if he can get appropriate treatment

| DATE | PRINT NAME (ATTENDING PHYSICIAN) | SIGNATURE | DEGREE |
|---|---|---|---|
| 8-4-98 | Whitney Reerter | | MD |

| TELEPHONE NUMBER | PROVIDER TAX ID NUMBER |
|---|---|
| 919 942 5765 | 56 |

STREET ADDRESS: 391 W. Weston Drive Chapel Hill NC

| CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|
| Chapel Hill | NC | 27514 |

## 8  Group Long Term Disability

GROUP LONG TERM DISABILITY

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

**TO BE COMPLETED BY THE EMPLOYEE**

PLEASE TYPE OR PRINT - BE SURE TO ANSWER ALL QUESTIONS — FAILURE TO DO SO MAY DELAY YOUR CLAIM

NAME: Paul Wayne Irons   SEX: ☑ M ☐ F   DATE OF BIRTH: 5-31-

ADDRESS: 5506 Lake Elton Road   Durham NC   Zip Code: 27713   PHONE NUMBER (incl. Area Code)

Do you have any children under age 18?  ☑ Yes ☐ No
Do you have any children age 18-19, who are full time students in elementary or secondary schools?  ☐ Yes ☑ No
Do you have any handicapped children (regardless of age)?  ☐ Yes ☑ No
If you answered yes to any of the above questions, please list names and dates of birth.

| NAME | DATE OF BIRTH |
|------|---------------|
| Matthew Irons | 8-22-9 |

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS: North Carolina

DATE OF ACCIDENT OR BEGINNING OF SICKNESS: Oct 95   DATE YOU BECAME TOTALLY DISABLED: March 13, 1998   DATE YOU PLAN TO RETURN TO WORK:

NAMES OF ATTENDING PHYSICIANS   ADDRESS AND PHONE NUMBER   DATE FIRST CONSULTED

NAMES OF HOSPITALS   ADDRESS   DATE ENTERED — DATE DISCHARGED

Have you applied for Social Security Benefits?  ☑ Yes ☐ No
If yes, please attach a copy of your Social Security notice for you and your dependents or a copy of your Social Security denial. If you have not applied, please do so as soon as possible. If you have not received a determination, please attach a copy of your receipt for application.

Are you a Veteran?  ☐ Yes ☑ No   If yes, have you applied for VA benefits for this disability?  ☐ Yes ☐ No
Please attach a copy of your VA Disability Award.

Are you receiving or eligible to receive:   $ Amount/Frequency   Date Began   Date Paid Thru
☐ Yes ☑ No  Salary Continuance
☐ Yes ☑ No  State Disability Benefits
☐ Yes ☐ No  Group Disability Income
☐ Yes ☑ No  Workers' Compensation
☐ Yes ☑ No  Pension Benefits
☐ Yes ☑ No  No-Fault Auto Disability Insurance
☐ Yes ☑ No  Any other Disability Income (please identify)

I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

SIGNATURE OF EMPLOYEE   DATE: 7-31-98

**AUTHORIZATION TO RELEASE INFORMATION**

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of this original material shall be effective during the life of my claim.

SIGNATURE OF EMPLOYEE   DATE: 8-20-9

**9**   ## Receipt for Your Social Security Disability Insurance Benefits

NH 402-02-SB14                                    SG-SSA-16          PAGE   4

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS


BRUCE WAYNE FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

Social Security Administration
3308 Chapel Hill Boulevard
Durham, North Carolina 27707

NAME OF PERSON TO CONTACT
ABOUT YOUR CLAIM: *M. Shirley*

No. 328

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

BEFORE YOU RECEIVE A NOTICE OF AWARD: (919) 541-1914

AFTER YOU RECEIVE A NOTICE OF AWARD: (800) 772-1213

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN ___ DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

CLAIMANT                           SOCIAL SECURITY CLAIM NO.
BRUCE W FRANCIS

**10**   <u>W-4S Request for Federal Income Tax Withholding Fron Sick Pay</u>

From **W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

► Give this form to the third-party payer of your sick pay.

OMB No. 1545-0717

**1997**

Type or print your full name

[handwritten, illegible]

Home address (number and street or rural route)

[handwritten, illegible]

City or town, state, and ZIP code

[handwritten, illegible]

Claim or identification number (if any)

I request income tax withholding from my sick-pay payments. I want the following amount to be withheld from each payment. (See worksheet below.)   $ [handwritten]

Employee's signature ►                                                     Date ►

------------------------------ Detach along this line. Give the top part of this form to the payer; keep the lower part for your records. ------------------------------

**Worksheet (Keep for your records—Do Not Send to the Internal Revenue Service)**

1  Enter amount of adjusted gross income you expect in 1997 . . . . . . . . . . . . . **1**

2  If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 1997, you may have to reduce your itemized deductions if your income is over $121,200 ($60,600 if married filing separately). Get Pub. 919, Is My Withholding Correct for 1977, for details. Call 1-800-829-3676 to order this and any other IRS publication or form you may need. If you do not plan to itemize deductions, enter the standard deduction (see the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness) . . . . . . . . . . . . . . . . **2**

3  Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . **3**

4  Exemptions. Multiply $2,650 times the number of personal exemptions. For 1997, the value of your personal exemption(s) is reduced if your income is over $121,200 if single, $181,800 if married or qualifying widow(er), $90,900 if married filing separately, or $151,500 if head of household. Get Pub. 919 for details . . . . **4**

5  Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . **5**

6  Tax. Figure your tax on line 5 by using Tax Rate Schedule X, Y, or Z on the back. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 1996 Form 1040 instructions . . . . . . . . . . **6**

7  Credits (credit for child and dependent care expenses, etc.) . . . . . . . . . . . . **7**

8  Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . **8**

9  Estimated income tax withheld and to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 1997 or paid with Form 1040-ES . . . . . . . . . . . . **9**

10  Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . **10**

11  Enter the number of sick-pay payments you expect to receive this year to which this Form W-4S will apply **11**

12  Divide line 10 by line 11. Round off to the nearest dollar. This is the amount that should be withheld from each sick-pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount To Be Withheld. If it does, enter this amount on Form W-4S above . . . . . **12**

**General Instructions**

- Paperwork Reduction Act Notice.—We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires the information under sections 3402(o) and 6109 and their regulations. Failure to provide the information will result in no withholding on your payment(s).

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the [illegible] Revenue law. Generally, tax returns and return information

are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping 40 min.; Learning about the law or the form 8 min.; Preparing the form 36 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the tax form to this address. Instead, give it to your payer. Purpose of Form.—Use this form to tell the payer of your sick pay if you want Federal

income tax withheld. You do not have to use it if your employer makes the payments because employers are already required to withhold income tax from sick pay. Use it only if the payer is a third party, such as an insurance company.

Note: If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

Definition.—Sick pay is a payment you receive:

1. Under a plan your employer takes part in and

2. In place of wages for any period when you are temporarily absent from work because of sickness or injury.

(Continued on back.)

Cat. No. 10226E                                     Form **W-4S** (1997)

## 11    CIGNA Requesting Information So My Claim Can Be Evaluated

Fax: 972 - 907 - 7194
ATTN: Seff Garner



September 18, 1998

BRUCE FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713-1704

Re:    Claimant        : Bruce Francis
       SSN             :
       Policyholder    : Northern Telecom
       Policy No.      : 2059005
       Connecticut General Life Insurance Co

Dear Mr. Francis:

Your application for Long Term Disability (LTD) benefits has been received. We have begun our evaluation of your claim. To promptly evaluate your claim, we had to request additional information from Dr's Reardon and Dr Gerbe. We are also in need of information from you. We hope to receive this information within the next 30 days and will notify you of the status of your claim at that time.

Please provide me with proof of your age. A copy of your driver's license or birth certificate is acceptable.

In addition, please be advised that an Economic Consultant or Occupational Consultant may be contacting you in the future to discuss other issues that may affect your disability claim. We ask that you extend your full cooperation to either consultant if contacted.

If you have other types of coverage that may pay benefits for this condition, you may submit a claim. For example, if your life insurance plan includes a waiver of premium for disability, you may be eligible to submit a waiver claim. Please review the provisions of your booklet or certificate.

Thank you for your prompt response to this letter. Please feel free to call if you have any questions.

Sincerely,

Jeff Garner
Case Manager
Managed Disability
0-352-0611 ext. 8709

**12    Long Term Work Sheet**

# N⌀RTEL

## LTD WORKSHEET

TO:

Jeff Garner
CIGNA Comp.
Special Risk Operations
12225 Greenville Ave. Ste 855
Dallas, Texas 72543
phone: (800) 352-0811 ext.709

FROM: E. Reese, RN
4001E.ChapelHill Nelson Hwy.
PO. BOX 13010
RTP, NC 27709
MS 407-009
Phone: (919) 992-3282
FAX: (919) 992-3702

**SUBJECT:** LTD Application

EMPLOYEE NAME    *Bruce Francis*

SOCIAL SECURITY #    ███████████

BUSINESS UNIT(LOCATION)    *Nortel PPK 800*

FIRST DAY OUT OF WORK:    *3/9/98*

LAST DAY OF PAID STD:    *9/13/98*

| VOCATIONAL REHABILITATION: | ____ Recommend |
| | ____ NOT Recommended |
| | ____ Interest Letter, Only |
| | ____ W/C Rehab |

| LTD RECOMMENDATION: | ____ Approval |
| | ____ IME prior to approval |
| | ____ NOT Recommended |

COMMENTS: _____

### HRINFO CENTER

TYPE OF LTD PLAN ELECTED:    ____ 50%
                            _X_ 70%

MONTHLY PREMIUMS:
Medical      *83.26*
Dental       *23.60*
Employee Life  *___*
Spouse Life  *1.73*
Child Life   *1.25*

TOTAL        *104.84*

BENEFITS ADMINISTRATOR: Leroy Butler/Vicki Hodges    PHONE:(919) 992-4636

NT PER MONITOR *E. Reese RN*    PHONE *(919) 985-5943*    DATE *3/11/98*

REVISED 10/5/94

**13    Reimbursement Agreement**

REIMBURSEMENT AGREEMENT

Claimant _Bruce Francis_

Social Security ████████    Insuring Company _____

Account Name _____    Account Number _____

I have filed a claim for benefits under Group long Term Disability (LTD). I understand that under the terms of the LTD policy Monthly Benefits are reduced by any Social Security, Old Age or Railroad Retirement Benefits (collectively called "Other Benefits") I or my dependents, if applicable, receive on my account under the Federal Social Security Act, Railroad Retirement Act, or Railroad Unemployment Insurance Act. I also understand that the Insurance Company may immediately reduce benefits by an amount they estimate will be received.

I have applied for Other Benefits and am not currently receiving such Benefits. I request that the Insurance company

  ☐ REDUCE        ☑ NOT REDUCE

my Long Term Disability Benefits by the estimated amount of Other Benefits that my dependents and I may receive. I further understand that an agreement not to estimate my Other Benefits is only valid:

* if the insurance company receives my application for Other Benefits within the first _____ months from the date my disability commences; and

* for one year from the date my disability commences.

Even if I choose the option of NOT REDUCING my LTD Benefits, beginning with the 13th month after my disability commences, the Insurance Company will begin estimating my Other Benefits and will reduce my LTD Benefits accordingly. Such estimation will continue until I have satisfied the requirements stated in the LTD policy.

If I later receive Other Benefits for myself or my dependents, if applicable, I agree to reimburse the full amount of any overpayment within 30 days after receiving the award. In addition, I agree to let the insurance company, at its option, retain any future benefits payable, including an Minimum Monthly Benefits, and use it to reduce any overpayment not refunded within 30 days. The Insurance company reserves the right to obtain a lump sum payment to recover an overpayment even if future benefits are being withheld.

I agree to provide any information about my Other Benefits claim needed to determine the benefits I am entitled to under the Long Term Disability Policy. In addition, I agree to keep the Insurance Company advised of the progress of my claim for other Benefits and promptly notify the Insurance Company when benefits have been awarded. Failure to provide prompt notice may result in a suspension of disability benefits.

NOTE: As a service to you, we have created this agreement so that you are able to receive you Net LTD Benefit while waiting for your Other Benefits award or denial. If you choose not to sign and return this form, we will estimate Other Benefits and deduct the amount from your LTD benefit according to the provisions of the contract.

_BRUCE FRANKIS_                    _8-21-98_
Name (Please Print)                Date

_Signature_                        _Witness_

Y:\USERDATA\KWIKOPY\205296

**13b**    <u>**Social Security Disability Approval**</u>

## Social Security Administration
### Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  April 30, 1999
Claim Number:  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HA

BRUCE W FRANCIS
5506 LAKE ELTON RD
DURHAM, NC 27713-1704

You are entitled to monthly disability benefits beginning March 1998.

**The Date You Became Disabled**

We found that you became disabled under our rules on September 15, 1997.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is March 1998.

**What We Will Pay And When**

- You will receive $20,563.00 around May 6, 1999.

- This is the money you are due for March 1998 through April 1999.

- After that you will receive $1,481.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Your Benefits**

We raised your monthly benefit amount beginning December 1998 because the cost of living increased.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C                                    See Next Page

**14**    **Cigna Policy #2059005 For LTD Has Been Approved**

Rec'd 10/19/98

October 14, 1998

Bruce Francis
5506 Lake Elton Rd
Durham, NC 27713-1704

RE:    Claimant                    :    Bruce Francis
       File/SS #                   :    ▓▓▓▓▓▓▓▓
       Policyholder                :    Northern Telecom
       Policy #                    :    2059005
       Company Name                :    Connecticut General Life Insurance Co

Dear Mr. Francis:

This letter is in reference to the above claim for disability benefits.

We are pleased to advise you that your claim for Long Term Disability (LTD) benefits has been approved. Your first check will be sent separately in the amount of $2,126.41 representing benefits due for the period of 9/05/98 through 9/30/98.

Please refer to the enclosed LTD Benefit Worksheet which shows how your benefits were calculated in accordance with the provisions of the LTD contract.

You should be aware of the following items concerning your LTD Benefit Policy:

The LTD contract provides benefits at 70% of your contractually-defined earnings less other applicable benefits you receive or are entitled to receive due to your disability. Benefits commence following the Benefit Waiting Period which ends on 9/04/98. Your current net benefit of $3,699.68 per month will be issued at monthly intervals at the end of each benefit period. Of course, payment of future benefits will depend on certification of your continuing disability, and on other, applicable contract provisions.

Your LTD benefits are generally reduced by any other benefits you receive, and it so stated in your contract, by any Social Security benefits your dependents receive on account of your Social Security award. Please notify us immediately if you are receiving or should become entitled to receive any income from other sources such as Social Security disability or Retirement, Statutory disability** , Employer Sick Leave, VA, Workers' Compensation, No-Fault, Employer Pension, etc. **If you work in California, Hawaii, New Jersey, New York, Rhode Island, or Puerto Rico, you should be eligible for disability benefits under Statutory Disability Benefit plans.

If your gross LTD benefit is to be reduced by any Social Security benefits to which you are entitled, you should have already received or will be receiving additional information from us concerning Social Security.

In the event that the sum of any other benefits you receive exceeds your gross LTD Benefit for a given period, the contract provides a minimum benefit of $100.00 per month.

## 14    Cigna Policy #2059005 For LTD Has Been Approved (Cont"d)

Page 2
October 14, 1998

Your LTD benefits are currently considered taxable income for social Security (FICA) Tax, Federal
Income Tax (FIT), and , in some cases, State Income Tax purposes. FICA taxes are mandatory and
are automatically deducted from the LTD benefits issues during the 6 calendar months immediately
following the month in which you last worked.

Federal Income Taxes may be deducted from your LTD benefits on an entirely voluntary basis.
Should you wish to have all or a portion of your FIT taxes due on your Ltd benefits withheld from
your LTD check, you will need to complete a Federal Tax Withholding form (W-4S), which you
may obtain through our office or your local IRS office, and submit it to our office in order for
withholding to commence on future checks. The law requires that you designate on the form W-4S
the amount you want withheld on that the amount be no less than $88 per month and expressed in
whole dollars.  You may cancel or change your deduction amount at any time by completing another
Form W-4S.

To qualify for benefits under your Long Term Disability contract, during the first 24 months, you
must be unable to perform the essential duties of your occupation. Thereafter, you must be unable to
engage in the essential duties of any occupation to qualify for benefits, subject to any other benefit
limitations stated in your contract.  We will be requesting periodic updates on the status of your
disability and we reserve the right to have you examined by a physician of our choice.

Please note that Monthly Benefits are payable only while you are under the care of a licensed
physician.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Jeff Garner
Case Manager
Managed Disability
800-552-0611 ext.  8709

cc. Northern Telecom

**14**  ## Cigna Policy #2059005 For LTD Has Been Approved (Contd)

CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: | Bruce Francis | POLICYHOLDER: | NTL | ACCT #: | 2059005 |

Social Security #:

Date of Disability:          03/07/98

Duration of Waiting Period:     26 weeks

Benefit Start Date:         09/05/98     Per your employer's request we will deduct $109.84 per month in premiums beginning with your October benefit.

LTD BENEFIT COMPUTATION-          Direct Offset

Monthly Benefit Levels for This Case -          Maximum:                    Minimum:  $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

70.00%  Of Basic Monthly Salary of     $5,285.26              $3,699.68

2.  Other Benefits from Code Section Below                    Code          Amount

                                          TOTAL      $0.00

3.  Gross Benefit - Other Income     $3,699.68          NET MONTHLY BENEFIT  =     $3,699.68

4.  Daily Rate (Amount on Line 3 divided by 30)                          123.32

4.  BENEFIT PAYABLE FROM          09/14/98    THRU    09/30/98              $2,096.44
      Total Number of Days Payable          17
      Total Number of Months Payable

CODE
A.  Approved/Estimated Federal Social Security Disability
B.  Approved/Estimate Federal Social Security Old Age Benefits
C.  Workmen's Compensation or Similar Law
D.  State Disability or any Employer Sponsored Income Benefit Plan
E.  Other - Refer to Comments

14    **Cigna Policy #2059005 For LTD Has Been Approved (Cont'd)**

CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: | Bruce Francis | POLICYHOLDER: | NTI | ACCT #: | 2059005 |
| --- | --- | --- | --- | --- | --- |
| Social Security #: | | | | | |

Date of Disability:                        03/07/98

Duration of Waiting Period:        26 weeks

Benefit Start Date:                      09/05/98

LTD BENEFIT COMPUTATION-              Direct Offset

Monthly Benefit Levels for This Case -                    Maximum:                Minimum:    $100.00

1.    Gross Benefit - Not to Exceed Maximum Shown Above

_70.00%_ Of Basic Monthly Salary of        $5,285.26                $3,699.68

2.    Other Benefits from Code Section Below

|  | Code | Amount |
| --- | --- | --- |
|  | E-short term disability | $4,756.70 |
|  |  |  |
|  |  |  |
|  | TOTAL | $4,756.70 |

3    Gross Benefit - Other Income        ($1,057.02)              NET MONTHLY BENEFIT    =    $100.00

4    Daily Rate (Amount on Line 3 divided by 30)                                    3.33

4.    BENEFIT PAYBLE FROM                09/05/98    THRU    09/13/98              $29.97

Total Number of Days Payable        9
Total Number of Months Payable

CODE
A. Approved/Estimated Federal Social Security Disability
B. Approved/Estimate Federal Social Security Old Age Benefits
C. Workmen's Compensation or Similar Law
D. State Disability or any Employer Sponsored Income Benefit Plan
E. Other - Refer to Comments

**15**     ## Review and Evaluation For Social Security Disability Income (SSDI) Benefits

October 21, 1998

        

BRUCE FRANCIS
5506 LAKE ELTON ROAD
DURHAM NC 27713 1704

Re:     Claimant       :     BRUCE FRANCIS
        SS #           :
        Policyholder   :     NORTEL
        Policy No.     :     2059005
        CONNECTICUT GENERAL LIFE INSURANCE CO.

Dear BRUCE FRANCIS:

Your Long Term Disability claim file has been referred to me by Jeff Garner, Case Manager, for review and evaluation of the prospect of your qualifying for Social Security Disability Income (SSDI) benefits.

We have received proof that your Social Security application has been filed. Please keep me advised of the status and send in a copy of your award or denial letter, when received. Please be advised that your LTD policy requires you to appeal your Social Security denials up to the level of the Administrative Law Judge. We have the right to estimate your award amount and reduce your monthly benefit if you fail to provide us with timely proof of your application for other benefits and proof of your continued appeals of the denial. If we determine that further appeals are not necessary, we will notify you in writing. Unless you receive this determination in writing from us, please appeal all denials from Social Security Disability to avoid a reduction of your LTD benefit.

Under the Long Term Disability contract, your benefits will be reduced by the amount of SSDI benefits awarded to you and your dependents (if applicable). Receipt of a retroactive SSDI award may also result in an overpayment on your Long Term Disability claim. This overpayment will need to be refunded as soon as possible after you receive the retroactive benefits check from the Social Security Administration. We will provide you with the details of your new Long Term Disability benefit after the SSDI award and the actual amount of your overpayment. Please refer to the Reimbursement Agreement for further information.

You will find enclosed a Social Security's release of information which you should sign and return. The Social Security release allows CONNECTICUT GENERAL LIFE INSURANCE CO. to obtain information from the Social Security Administration. Also, the enclosed fact sheet will explain some of the advantages of your receipt of Social Security Disability benefits.

**15**    <u>**Review and Evaluation For Social Security Disability Income Benefits (Cont'd)**</u>

Page 2
BRUCE FRANCIS

Should you have any questions or concerns, feel free to contact me. I look forward to working with you.

Sincerely,

*Patricia A. Keys*

Patricia A. Keys
Economic Consultant
Dallas Claims Services
1-800-352-0611, Ext., 7161
972-907-7147, Fax

Enclosure(s)

**16**    <u>**LTD Repyment Letter for Cigna Policy #205900501350**</u>



**CIGNA** Group Insurance
Life · Accident · Disability

June 7, 1999

P.O. Box 2170
Bala Cynwyd, PA 19004

BRUCE W FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

RE:  CONNECTICUT GENERAL LIFE INSURANCE CO./Long Term Disability Claim
     NORTHERN TELECOM INC
     Policy #:  205900501350  001011          SS #: ▮▮▮▮▮▮

Thank you for advising us that you have recently been awarded Social
Security Benefits.  This letter will serve as a reminder that the receipt
of these benefits has resulted in an overpayment on your Long Term
Disability claim in the amount of $18,786.70.

A full refund of the above amount is expected within 30 days.  Until your
refund check is received we will withhold your monthly benefit amount of
$1,395.04 toward recovery of the overpayment.

A calculation sheet explaining how we arrived at the overpayment figure
and your new monthly benefit amount is enclosed for your review.

A copy of the Reimbursement Agreement signed by you is enclosed.  As you
are aware, by signing this Reimbursement Agreement you agreed to refund
any overpayment amount in full within thirty (30) days after receiving
the award.

Please send your refund for this overpayment, and a copy of this letter
in the enclosed return envelope.  Checks or money orders should be made
payable to CIGNA Group Insurance.  Please write the reference number
shown below on your check to ensure proper identification.

If you have any questions or concerns please contact me at the telephone
number shown below.

Sincerely,
BELINDA MARTIN
RECOVERY SPECIALIST 0206
Phone #:  1-800-251-3376

VM03

99-158-000082/D212/3308
Please use this reference number on your correspondence/checks.

**16**   <u>LTD Repyment Letter for Cigna Policy #205900501350 (Cont'd)</u>



CIGNA Group Insurance
Life · Accident · Disability

P.O. Box 2170
Bala Cynwyd, PA 19004

July 8, 1999

BRUCE W FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

RE:   Long Term Disability Claim
      CONNECTICUT GENERAL LIFE INSURANCE CO.
      NORTHERN TELECOM INC
      LTD - SOC. SECURITY AWARD-WITHHOLDING BENEFIT
      SS #: ███████
      Balance Due: $.00

This correspondence is to acknowledge and thank you for your
recent payment, which has been applied to your account.  Your
new current balance is shown above.

Thank you for your courtesy and cooperation in this matter.


Sincerely,
STEVE REMINI
RECOVERY SPECIALIST 0204

Phone #:  1-888-249-0346

VM23

2 99-158-000082 /D212/3308
Please use this reference number on all correspondence/checks.

**16**      <u>LTD Repyment Letter for Cigna Policy #205900501350 (Cont'd)</u>

Recv'd
monday 9/13/99

**CIGNA** Group Insurance
Life · Accident · Disability

P.O. Box 2170
Bala Cynwyd, PA 19004

September 9, 1999

BRUCE W FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

RE:  CONNECTICUT GENERAL LIFE INSURANCE CO./Disability Overpayment
     SS#:  [        ]    Balance Due:  $.00

Thank you for your payment. Because we cannot issue a revised W2 for the
portion of the overpayment from prior years, the following may be of
assistance to you in seeking relief for the Federal taxes already paid on
the income reported in prior calendar years.

It is an established principle of tax law that payments must be included
in gross income if the taxpayer receives them under a claim of right.
This is true even though it may be discovered in a later year that the
taxpayer had no right to the payments and is therefore required to repay
them. The Internal Revenue Code (IRC), allows the taxpayer to claim a
deduction for the amount repaid in the year of repayment.

If the amount repaid exceeds $3,000.00 a second option is available to the
taxpayer. Under this alternative, the taxpayer may reduce his tax for the
year of repayment by the amount of tax for the previous year, which was
attributable to the inclusion of the amount subsequently repaid. Any
excess is to be claimed as a refund. However, if a smaller tax liability
results from simply deducting the repaid amount in the year of repayment,
the taxpayer is to claim the deduction instead.

In either case, the adjustment is made for the year of repayment. The
return for the prior year in which the item was received is not reopened.
In no case is there an allowance for interest on the tax paid for the
earlier year.
Your overpayment has been broken down on a yearly basis. A (-) prior to
the dollar figure denotes an amount which will reduce the sum of the
overpayment amounts shown.

| Tax Year | Amount Overpaid |
|---|---|
| ATTORNEY FEES: | .00 |
| TAX YEAR 1999 | 10,965.00 |
| TAX YEAR 1998 | 7,821.70 |
|  | .00 |
|  | .00 |

Reference:  99-158-000082  / D212/3308/VM19    -over-

## 16    LTD Repyment Letter for Cigna Policy #205900501350 (Cont'd)

If you have any questions regarding this letter, please call your Case
Manager at the appropriate office below.

| | |
|---|---|
| Dallas | 800.352.0611 |
| Pittsburgh | 800.238.2125 |
| Rochester | 800.532.9288 |

Please be advised that we cannot provide you with tax advice, so you
should consult with a tax professional to determine how to properly
reflect your repayment of benefits on your tax forms.  You may use this
information if you consult with a tax professional to assist you with
this process.

SAVE THIS LETTER FOR TAX REPORTING PURPOSES.

Sincerely,
Overpayment Recovery Team

**17**    <u>**Cost of Living Adjustment (COLA) for LTD Benefits for Cigna Policy #2059005**</u>

October 13, 1999

Bruce Francis
5506 Lake Elton Rd.
Durham, NC 27713

Re:    Claimant      : Bruce Francis
       SS#           :
       Employer      : Nortel Networks
       Policy #      : 2059005
       Connecticut General Life Insurance Company

Dear Mr. Francis:

We are pleased to provide this notification to you about your Nortel Networks, Long Term Disability (LTD) plan benefits. The current LTD plan which began on July 1, 1994, provides for a cost of living adjustment (COLA) for Long Term Disability benefits. The COLA applies to Core and Supplemental LTD benefits and applies to each year after the first year of Long Term Disability benefits. The first adjustment is payable for the calendar month following the first anniversary date after LTD benefits began.

To be eligible for the LTD plan COLA, an employee must have been actively at work with Nortel Networks and covered by the current Nortel Networks Long Term Disability plan on or after July 1, 1994. Since your LTD period started after July 1, 1994, and you meet the eligibility criteria, you are eligible for the LTD plan COLA.

The COLA increases your total LTD benefit per month by the lessor of:

1.    60% of the percentage increase in the U.S. Department of Labor Consumer Price Index for Urban Wage Earners & Clerical Workers (CPI-W) during the 12 calendar months ending on the preceding November 30th; or up to

2.    6%

Effective 10/1/99, your monthly net LTD benefit was adjusted by $14.46 reflecting a COLA based on a CPI of .96%. Therefore, your net benefit has been increased from $1,506.68 to $1,521.14 per month. A copy of the COLA calculation sheet is enclosed for your reference.

Should you have any questions, please feel free to contact this office.

Sincerely,

Jeff Garner
Case Manager
CIGNA Group Insurance
800.352.0611 ext. 8709
972.907.7147 – fax

cc: Nortel Networks

**17** **Cost of Living Adjustment (COLA) for LTD Benefits for Cigna Policy #2059005**

**(Cont'd)**

**CIGNA Group Insurance**

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: | Bruce Francis | POLICYHOLDER: NORTEL | | ACCT #: | 2059005 |
|---|---|---|---|---|---|
| Social Security #: | | | | | |

| Date of Disability: | 03/07/98 |
|---|---|

| Duration of Waiting Period: | 26 Weeks |
|---|---|

| Benefit Start Date: | 09/05/98 |
|---|---|

**LTD BENEFIT COMPUTATION-**     **Direct Offset**

Monthly Benefit Levels for This Case -    Maximum $ _____     Minimum   $100.00

1. LTD % - Not to Exceed Maximum Shown Above

    70%    of Basic Monthly Salary of    $5,285.26      $3,699.68

2. Other Income Benefits                     Code         Benefit

    A. Approved/Estimated Federal Social Security Disability     A-primary     $1,462.00
    B. Approved/Estimated Federal Social Security Old Age Benefits     A-dependent     $731.00
    C. Workmen's Compensation or Similar Law
    D. State Disability or any Employer Sponsored Income Benefit Plan
    E. Other - Refer to Comments

3.  I   Item 1 minus Item 2 =2 = $    1,506.68     **MONTHLY PAYMENT AMOUNT:**     $    1,506.68

                                    Plus Previous Year(s) COLA    + $
                                                     + $

    COLA Adjustment:

    (60% x   1.6 = .96%)                                           x    .96%

    COLA Increase:                                                $    14.46

    Previous Monthly Benefit:                                  $    1,506.68

    NEW BENEFIT INCLUDING COLA                             $    1,521.14

## 18    Prudential Assumes all Responsibilty for Nortel Networks LTD Claims

Claim Services Provided by
The Prudential Insurance Company of America

Address all correspondence to
Claim Services Provider:

**Patricia Daugherty**
**Team Leader**
**Prudential Disability Group Insurance**
Phone: 1-800-842-1718 ext. 8779
Fax:  973-285-8800

November 1999

Bruce W. Francis
5506 Lake Elton Rd.
Durham, NC 27713

Dear Sir or Madam:

Effective January 1, 2000, The Prudential Insurance Company of America has assumed all responsibility for Nortel Networks Long Term Disability (LTD) claims.

Prudential has a proud history of providing group disability coverage and is firmly committed to meeting your needs as a premier Disability Management Services provider.

Prudential has a dedicated team of individuals who will service the Nortel Networks account and all of its employees. You may be contacted by Prudential in the future to discuss your Long Term Disability claim.

If you have any questions regarding your claim, you may reach a Prudential representative by calling our free number at (800) 842-1718 between the hours of 8:00 a.m. to 5:00 p.m. Eastern Standard Time. Please be sure to identify yourself as a Nortel Network associate and state that you would like to be transferred to either myself, or another available member of my staff.

Sincerely,

Patricia Daugherty
Team Manager
Prudential Disability Group Insurance

## 19    Group DisabilityInsurance Income Plan may be Subject to Tax

Notice to all parties completing this form: It is fraudulent to fill out this form with information you know to be false or to omit important facts. Criminal and/or civil penalties can result from such acts.

**Employee's Statement**

**Tax Notice**

Benefits provided under your Group Disability Income Plan may be subject to federal, state and local taxation. Contact your employee benefits representative or disability plan trustee for details on your rights and obligations under the various tax codes.

If you wish to have Federal Income Tax (FIT) withheld from any payments you may receive, indicate the amount to be withheld ( $88 monthly minimum for LTD) below and sign the authorization. Withholding requests may also be submitted on IRS Form W-4S. Withholding requests must be stated in whole dollar amounts. FIT will not be withheld if the disability benefit is not taxable.

I request voluntary income tax withholding from each payment, as authorized under section 3402(c) of the Internal Revenue Code, in the amount(s) of

For LTD $ __115__ .00 monthly ($88.00 minimum)

Signature of Employee _____    Date _7 / 12/ 00_

**20**   <u>**Prudential Financial Authorization to Release Information**</u>

Claims Services Provided by

**The Prudential Insurance Company of America**

Regina M Carter
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 8728
Fax: (877) 889-4885
Hours: 07:00 AM  03:30 PM

February 07, 2002

Bruce Francis
5506 Lake Elton Road
Durham, NC 27713-1704

Claimant: Bruce Francis
Control #/Br: 39900 / 000RB
Claim #: 10277628
Social Security #:
Date of Birth: 05/31/1960

Dear Mr. Francis:

We are writing you with regard to your Long Term Disability, (LTD) claim under the Group Policy/Plan G-39900. We are requesting you complete the enclosed form(s) and return it to our office at the above address. We have enclosed a self addressed stamped envelope for your convenience in replying.

If you have any questions, please contact me at (800) 842-1718, extension 8728.

Sincerely,

Regina M Carter
Disability Consultant

**20**    <u>Prudential Financial Authorization to Release Information (Cont'd)</u>

 Prudential Financial

Claimant: Bruce Francis
Claim #: 10277628
Social Security #: ███████

### Authorization to Release Information

To all physicians, hospitals, medical service providers, druggists, employers, and all other agencies and organizations. (This includes other insurers, Blue Cross-Blue Shield and prepaid health plans.)

For claim purposes, I agree that Prudential or its representatives may see, or get a copy of all records which pertain to Bruce Francis.

This form pertains to all of these records: medical, mental and dental care, drug or alcohol use, prescribed drugs, employment and insurance coverage records.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless a law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving written notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this form will be valid for the life of the claim.

I agree that a photo copy of this form will be as valid as the original.

*Limits, if any:

_____
Bruce Francis
Print Name

_____
████████
Social Security #

_____
*Bruce Francis*
Signature

_____
2-18-2002
Date

**21**    <u>**Enrollment Information has been Submitted to Social Security Adminstration**</u>

Nortel North America
200 Athens Way
Nashville, TN 37228-1397

Tel 615 734-4000



March 14, 2002

BRUCE FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

Dear Mr. Francis:

This letter is to inform you that as you requested, your enrollment information for Medicare Part B (medical insurance) has been submitted to the Social Security Administration (SSA). A Part B effective date of March 1, 2002 has been requested. Your large group health plan coverage began 10/12/81 and will no longer be primary payer as of 02/28/02.

Social Security's enrollment processing time varies, and could possibly take two to six months or longer. You should receive a SSA "Notice of Change in Benefits" letter once Social Security completes your enrollment. This notice will inform you of the premium deduction that will occur on your next SSA disability check.

The "Notice of Change in Benefits" letter is very important because it is proof of your enrollment in Medicare Part B, and it will serve in lieu of your card until you receive your new Medicare card (about 4-6 weeks later). You must send Allsup a copy of the "Notice of Change in Benefits" letter as soon as you receive it.

If you have not received the "Notice of Change in Benefits" letter, or a Medicare card indicating you have Medicare Part B within three months from the date of this letter, please call Marsha McCoy at 1-800-854-1418, extension 5527.

Sincerely,

*Holly R. Howard*

Authorized Representative for NORTEL

**22    <u>ALLSUP INC Notice of Change in Benefits</u>**



Allsup Inc
Disability Financial Services

Serving the Nation
Since 1975

April 12, 2002

BRUCE FRANCIS
5506 LAKE ELTON RD
DURHAM NC 27713

# URGENT RESPONSE REQUESTED

Dear Mr. Francis:

I am writing to determine if your enrollment for Medicare Part B has been processed by Social Security. As appointed representative for NORTEL, we have forwarded your application with all of the necessary materials to your local Social Security office, but have not been notified of its completion. <u>If you have received a Notice of Change in Benefits, please make a copy of it and mail it to our office, or send a copy of your new Medicare card.</u> We need these documents to complete your file. Please keep in mind. until you receive the SSA "Notice of Change in Benefits." your billing order should continue as it has in the past.

Enclosed is a self-addressed stamped envelope for your convenience. Please keep this envelope and use it to mail me a copy of your letter from Social Security stating you have Part B or a copy of your new Medicare card.

If you have not received confirmation of your Medicare part B from Social Security or have any questions concerning this matter, please contact me toll-free at 1-800-854-1418 extension 5527.

Sincerely,

Marsha McCoy
Enrollment Specialist

Enclosure

**23    ALLSUP INC  Notify The Change of Primary/Secondary Insurance**


**Allsup Inc**
Disability Financial Services

*Serving the Nation*
*Since 1984*

April 24, 2002

BRUCE FRANCIS
5506 LAKE ELTON RD
DURHAM NC  27713

Dear Mr. Francis:

As you were previously notified, your group health plan from NORTEL is no longer the primary payer for your health care claims.  We have received notice from the Social Security Administration verifying they have completed your enrollment in Medicare part B and have updated their records.

You should advise all providers of health care services in the future to bill as follows:

- Medicare as primary; and

- NORTEL's medical plan as secondary.

Thank you for your cooperation.  If you have any questions, please call me at 800/854-1418 ext. 5527.

Sincerely,

Marsha McCoy
Medicare Enrollments

300 Allsup Place • Belleville, Illinois 62223 8025
www.allsupinc.com

**24**    <u>**Forms Completed for Prudential for claim under Group Policy Plan G39900**</u>

Mailed 4/25/2006

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885

April 3, 2006

Bruce Francis
5506 Lake Elton Road
Durham, NC  27713-1704

Claimant: Bruce Francis
Control #/Br: 39900  /  000RB
Claim #: 10277628
Date of Birth: 05311960

l.l.ll.,ll...l...l.ll...llu.ll...l.ll.l.ll.l..l

Dear Bruce Francis:

We are writing you with regard to your claim under the Group Policy/Plan G-39900.  We are
requesting you complete the enclosed form(s) and return it to our office at the above address.

If you have any questions, please contact us at (800) 842-1718.

**24**    **Forms Completed for Prudential for claim under Group Policy Plan G39900 (Cont'd)**

---

**Prudential Financial**                                    Group Disability Insurance

Group Disability Insurance
Supplemental Claimant Statement

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 800-842-1718  Fax: 877-889-4885
http://www.prudential.com/inst/gldi

**1 Employee Information**

First Name: Bruce    MI: W    Last Name: Francis

Social Security Number: [redacted]    Employee Phone Number: 919 544 2467

Email Address: Brucefrancis@aol.com

Employer's Name: Nortel Networks    Control Number: 39900

**2 Condition and Medication**

What is the primary condition for which you are currently being treated?

Trigeminal Neuralgia with Atypical Facial pain with the Right maxillary and Infra Orbital areas of the Face

Please list any other condition that you are currently being treated for and the date that you first began treatment for each condition.

Please list all medications (provide name of medication, dosage, how often you need to take it and your understanding of what each medication is for)

Testosterone 1mg 2x mth for testosterone, Lasix 40mg 1x day & Amapro 300mg 1 day & Norvasc 5mg 1x daily for blood pressure, methadone 100mg & 1x day, Nexium 4omg 2 1x a day Acid Reflux

**3 Treatment**

Describe your current treatment and how often you receive treatment:

Daily Medications for pain, meet Physician every 2 months to review medications and current condition

Does the treatment help?  ☑ Yes  ☐ No

If Yes, in what way?

Able to attend to my activities of daily living and doctor advised very limited activities

If No, have you discussed other options with your doctor?

Describe any change in your condition since you stopped working.    Date Stopped (mm/dd/yyyy): 03/06/1998

No Change. My activities is still very limited because the severity of pain.

GL-2003.245  Ed. 10/2003                    1 0 8 0 1                    4.2004-PDF  Page 1 of 3

**24**   **Forms Completed for Prudential for claim under Group Policy Plan G39900 (Cont'd)**

**Prudential 🟠 Financial**

Claimant's Social Security Number
███████████

**4 Return to Work**

How does your condition prevent you from working right now? (Please be specific)

Chronic Facial Pain interferes with Concentration and the ability to focus

Are you attempting to obtain resources to help you find work for wages or volunteer work? ☐ Yes ☒ No

What types of work do you feel you would be able to perform now or in the future?

unable to work at all because Chronic Facial pain leaves me incapacitated and/or and require the use of Narcotics

List any accommodations you feel would enable you to work now or in the future.

none - See explanations above.

**5 Daily Activities**

Describe your activities during a typical day, emphasizing the extent of which there is any activity requiring physical or mental exertion or contact with others (e.g. extent of participation in household chores-cooking, cleaning, yard work, paying food and clothing, participation in outside activities such as church functions, attending movies/theater, golfing, fishing, crafts, sporting events, swimming exercise programs, activities with children and/or grandchildren, etc.)

Read, Light walking, watch TV. Due to severity of pain, doctor advised very limited activities. I take frequent breaks when doing household chores (dust), gardening (water vegetables) + yard work (mowing grass - Riding Lawn Mower)

Describe how you attend to your daily needs (e.g., dressing, bathing, hair care, etc.)

Shower, Shampoo hair and dress self daily - Spouse cuts my hair 1x monthly.

Do you need assistance with any of these activities? ☐ Yes ☒ No

If yes, who helps you and to what extent?

Describe any hobbies or other leisure activities that help you occupy your time.

Play cards + board games with wife and son. Spouse drives me to our son's baseball games.

GL.2003.246   Ed. 10/2003                              4.2004-PDF   Page 2 of 3

1 0 8 0 2

**24**    <u>Forms Completed for Prudential for claim under Group Policy Plan G39900</u>
<u>(Cont'd)</u>

**Prudential** **Financial**

| | | Claimant's Social Security Number |
|---|---|---|

**6 Other Benefits**

Are you receiving Disability or Retirement benefits from Social Security?

Disability

Are you receiving Disability benefits from a separate individual Policy?  ☐ Yes  ☑ No

Are you receiving Workers' Compensation benefits?  ☐ Yes  ☑ No

If yes, please provide the name and telephone number of the Workers' Comp carrier

Are you receiving Disability or Retirement benefits from any other source?  ☐ Yes  ☑ No

I certify that the above statements are true.

X _Bruce_ _____    Signature

Date Signed (mm-dd-yyyy)  0 4 1 4 2 0 0 6

Prudential Financial and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.

GL.2003.245    Ed. 10/2003    * 1 0 8 0 3 *    4.2004-PDF    Page 3 of 3

**25**    **1999 STD/LTD Summary Plan Description (SPD)**

## Short-Term and Long-Term Disability Plan

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select supplemental coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plan can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.



Plan Year 1999
Pub. 8/99                                    1        - Disability

NNI-LTD-00000058

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

# PLAN HIGHLIGHTS

### Short-Term Disability (STD)

**Core STD Benefit**

100% of FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

**Supplemental STD Benefit**

Raise 70% Core Benefit to 90% of FLEX Earnings for the 7th to 26th week of disability

### Long-Term Disability (LTD)

**Core LTD Benefit**

50%* of FLEX Earnings after 26 weeks of disability

**Supplemental LTD Benefit**

Raise 50% Core Benefit to 70% of FLEX Earnings after 26 weeks of disability

*\* or statutory minimum (if greater)*

Disability -    2

Plan Year 1999
Pub. 8/99

NNI-LTD-00000059

25    **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee of the Company and its Affiliates in one of the following categories:

- a full-time Employee who is regularly scheduled to work at least 35 hours per week
- a part-time Employee who is regularly scheduled to work between 20-37.5 hours per week

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

Plan Year 1999
Pub. 8/99

3    - Disability

NNI-LTD-00000060

**25**    **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

# PARTICIPATION

Core STD and LTD benefits are available on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 60 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

*You do not need to enroll for Core STD or Core LTD coverage.*

You do not need to enroll for Core STD or Core LTD coverage.

## Optional FLEX Benefits

*You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage.*

You may increase the amount of your Core STD and Core LTD coverage by electing Supplemental STD and Supplemental LTD coverage. You may enroll for Supplemental STD and Supplemental LTD coverage within 60 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

## If You are on Disability During an Annual Enrollment Period

### STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

Disability -        4

Plan Year 1999
Pub. 8/99

NNI-LTD-00000061

**25**     <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

* You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Supplemental STD and/or Supplemental LTD selections.

* You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

*LTD*

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

* You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

* You will continue to be eligible for Long-Term Disability benefits under the selections you were enrolled during your LTD.

* Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

Plan Year 1999
Pub. 8/99

5     - Disability

NNI-LTD-00000062

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Supplemental STD and Supplemental LTD coverage within 60 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on page 10) or during an Annual Enrollment period.

Your coverage will begin as follows:



| | |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date |
| As a new Employee within 60 days of your Hire Date | The day the InfoCenter received your choices. |
| Within 60 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs.  Note: some events allow for a choice in coverage effective date.  Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make a

**Disability -**    **8**    **Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000063

**25**  **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

Supplemental STD or Supplemental LTD selection.

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Supplemental STD and Supplemental LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on page 10.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Supplemental STD and Supplemental LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings are your base salary. FLEX Earnings do not include other types of pay, including, but not limited to, overtime, shift differential or relocation payments or bonuses. If you are a part-time Employee regularly working 20 to 34 hours per week, your FLEX Earnings are based on a 25-hour work week. If you are a part-time Employee regularly working 35 to 37.5

**Plan Year 1999**
**Pub. 8/99**

7          - Disability

NNI-LTD-00000064

**25**    <u>1999 STD/LTD Summary Plan Description (SPD) (Cont'd)</u>

*FLEX Earnings are your base salary.*

hours per week, your FLEX Earnings are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).

*If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).*

If your FLEX Earnings change during the Plan Year, related FLEX Payroll Deductions and FLEX Credits will not change during the year since these deductions and credits are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings decrease during the year, pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) After that, the plan pays 70% of your FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-12.

**Disability -**    **8**

**Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000085

## 25    1999 STD/LTD Summary Plan Description (SPD) (Cont'd)

### Supplemental STD Benefit

Supplemental STD increases your coverage so that the plan pays 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your FLEX Earnings for up to the next 20 weeks. Supplemental STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-12.

*The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability ...*

### Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your FLEX Earnings, (your first 6 weeks of STD), you will receive 100% of your FLEX Earnings for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your FLEX Earnings. This determination is made on a weekly basis.

*... you will receive 100% of your FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

### Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

**Plan Year 1999**
**Pub. 8/99**

9    - Disability

NNI-LTD-00000066

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required in order to arrive at this final determination.

## When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. (The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.

## If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

* it has the same or related cause as the first disability and

* you were Actively at Work less than two consecutive weeks since you were Totally Disabled or

* you have not returned for one day of full-time Active Work between the two disability periods

For example, you have received STD benefits for 10 weeks, and you...

1. return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

Plan Year 1999
Pub. 8/99

NNI-LTD-00000067

**25**   **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

## Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.
2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump

*... the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

NNI-LTD-00000068

**25**    **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administrative Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

NNI-LTD-00000089

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

## Exclusions

STD benefits will not be paid for any disability resulting from:

* intentionally self-inflicted injuries, including:
  – a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
* your participation in the commission of an assault or felony
* war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $50.

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $100.

*STD benefits will not be paid for any disability resulting from:*

* *intentionally self-inflicted injuries*
* *your participation in the commission of an assault or felony*
* *war or any act of war*

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

**Plan Year 1999**
**Pub. 8/99**

13    • **Disability**

NNI-LTD-00000070

## 25    1999 STD/LTD Summary Plan Description (SPD) (Cont'd)

### Definition of Disability

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*After the first 24-month period of covered Total Disability ... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

### When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork AND before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits (and

NNI-LTD-00000071

## 25    <u>1999 STD/LTD Summary Plan Description (SPD) (Cont'd)</u>

any retroactive payments) could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 24 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

### Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| Age When Your LTD Begins | Maximum Benefit Period |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

Plan Year 1999
Pub. 8/99                                15        - Disability

NNI-LTD-00000072

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

### Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

### If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

### Waiver of Premium

*While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental LTD or Optional Employee Life Insurance coverage you have selected.*

While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental STD, LTD or Optional Employee Life Insurance coverage you have selected.

### Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for com-

**25** **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

pensation or profit, including self-employment

* Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

* disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

* any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

Plan Year 1999
Pub. 8/99

17   - Disability

NNI-LTD-00000074

**25     1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

1. Apply for Social Security benefits.
2. Appeal at the reconsideration level, if benefits are denied.
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.
2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

## Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered which are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

Disability ·     18

Plan Year 1999
Pub. 8/99

NNI-LTD-00000075

25    **1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**

process.) Coverage under Medicare Part A is free while coverage under Medi-care Part B (Outpatient and Physician services) requires a monthly premium which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

## Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.) An approved rehabilitation program is:

* a program of vocational rehabilitation, or

* a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability earnings. Here is an example:

*... you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

*... your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From This Plan | Rehabilitation Earnings | 50% Reduction | Net LTD Benefit From This Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

Plan Year 1999
Pub. 8/99                                                                  19    - Disability

NNI-LTD-00000076

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

## Cost of Living Adjustment

*The current LTD plan ... provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability.*

The current LTD plan which began July 1, 1994 provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

## Exclusions

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

*• intentionally self-inflicted injuries ...*

*• your participation in the commission of an assault or felony*

*• war or any act of war*

*• a Pre-Existing Condition ...*

LTD benefits will not be paid for any disability which is in any way caused by the following:

• intentionally self-inflicted injuries, including:

– a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction

• your participation in the commission of an assault or felony

• war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

• a Pre-Existing Condition, as described below

Plan Year 1999
Pub. 8/99

NNI-LTD-00000077

**25**    <u>**1999 STD/LTD Summary Plan Description (SPD) (Cont'd)**</u>

### Pre-Existing Conditions Exclusion

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Pre-Existing Condition" is an Illness, Injury or condition for which you:

* received treatment or services from a Physician
* took drugs or medicines prescribed by a Physician
* incur expenses or
* receive a diagnosis

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability ...*

Occupational Disabilities are those caused by:

* an injury arising out of, or in the course of, any employment for wage or profit or
* a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

Plan Year 1999
Pub. 8/99                                                 21    - Disability

NNI-LTD-00000078

**25**    <u>1999 STD/LTD Summary Plan Description (SPD) (Cont'd)</u>

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| | |
|---|---|
| *Core STD Benefit* | *Supplemental STD Benefit* |
| 100% of FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability | Raise 70% Core Benefit to 90% of FLEX Earnings for the 7th to 26th week of disability |

## Long-Term Disability (LTD)

*\* or statutory minimum (if greater)*

| | |
|---|---|
| *Core LTD Benefit* | *Supplemental LTD Benefit* |
| 50%* of FLEX Earnings after 26 weeks of disability | Raise 50% Core Benefit to 70% of FLEX Earnings after 26 weeks of disability |

Disability -    2

Plan Year 1999
Pub. 8/99

NNI-LTD-00000059

## NOTICE

2.      Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.   Bruce Wayne Francis respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Bruce Wayne Francis respectfully requests the entry of an Order, in the form attached:

1.      Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.      Compel the Debtors to compensate Bruce Wayne Francis in full for LTD benefits projected to age 65; Total Claim being $639,961.08.

3.      Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Bruce Wayne Francis.

Dated: October 17, 2012

Bruce Wayne Francis
5506 Lake Elton Road
Durham, NC. 27713
Telephone: 919-544-2469
Facsimile: N/A
Email: brucefrancis1@aol.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
      Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.