# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

Janetta Hames (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this motion for Objection to Terminate Long-Term Disability Plans and Employment of the LTD Employees (the "Motion"). In support of this Motion, Janetta Hames respectfully represents as follows:

1. Nortel promised me salary AND benefits in return for my services. LTD coverage and continued medical insurance to 65, should I ever become totally disabled, was one of those benefits. I relied on that benefit being there for myself and my family.

2. Once I became totally disabled and Prudential approved my LTD claim, Nortel

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

became financially responsible for my LTD benefits until I am 65.

## NOTICE

3. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Janetta Hames respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

## RELIEF REQUESTED

4. I please ask the Court NOT allow Nortel to terminate my LTD benefits. These benefits vested once I became disabled. The personal impact on medical and income loss would be disastrous.

**Name:**  Janetta Hames

**Address:**  649 Fossil Wood Drive
Saginaw, TX 76179

**Phone #:**  214-244-8616

**Signature:** *Janetta Hames*