# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
|  | Objection Deadline: Oct. 22, 2012 at 10 a.m.<br>Hearing Date: Feb. 12, 2013 at 10 a.m.<br>RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

I request that you deny debtors motion to terminate the long term disability benefits and employment of those of us on LTD with Nortel.

Northern Telecom, who became Nortel, promised me in 1980 when I was hired that I would be covered by a very generous benefits package which included medical and life insurance AND salary in the event I became disabled. This promise was repeated many times each and every year in employee meetings hosted by their human resources department, in addition to our retirement package once vested.

Upon becoming disabled in 1991 I was told by the facility on-site nurse that I would be covered by LTD insurance until age 65.

I believe that we had a contract with Nortel, and now they are attempting to rid themselves of their moral and contractual responsibilities. Losing these benefits now would be disastrous...not only the loss of income, but the loss of this health coverage to supplement medicare would leave me with no way of paying for the huge medical bills that medicare does not cover.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Name:  Susan Paperno

Address: 1632 Julius Bridge Rd
Ball Ground, Ga. 30107

Phone #: 678-467-9498
Signature: *Susan Paperno*