# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

1) Nortel wrote to me on March 30, 2004 (attached) indicating my benefits would go from Short to Long Term Disability on 3-30-04 and indicates the amount of benefit and states that I would receive LTD benefits as long as my Doctors provided proof of disability. My Doctors always have, and Nortel has always approved continuation of benefits. (See attached continuation of objection)

**Name:** Jeffrey Borron

**Address:** 13851 Tanglewood Dr., Farmers Branch, TX 75234

**Phone #:** 972-841-2364

**Signature:** JB Borron    10-16-12

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2) On March 19, 2005 I received a letter from Nortel (enclosed) which indicated that Prudential had fully evaluated my claim and determined that I was totally disabled as required by the plan. It further stated that as long as I was determined to be totally disabled, benefits would continue. I was informed by Janie Reed, Nortel Disability Claim Manager that the end date of benefits would be age 65. I am currently 59.

3) On Aug. 10, 2004 I was informed by Nortel's (enclosed) that at no cost to me, they would assist with obtaining Social Security Disability, which they did. Everything sent to me or stated to me has indicated I would receive LTD benefits until age 65, with the Social Security offset.

4) Today's date is Tues, Oct. 16, 2012. I will be having surgery tomorrow, Wednesday, Oct. 17. Yesterday, I obtained some prescriptions and Medco (drug benefit company for Nortel LTD) approved and paid

4) continued: Today, I called Medco for information regarding faxing my physician the forms needed for him to write the prescription.

✱ **I was informed today, Tuesday, Oct 16, 2012 that my drug benefit had been discontinued. I have surgery tomorrow morning**

I have received no information from Nortel, or anyone, for that matter that my drug benefit would discontinue.

5) I depend on the drug benefit and the Disability income as the primary means of my income. Do I now assume I will not have that income, or the CIGNA insurance?

Again, I have surgery tomorrow morning and will be unable to call Nortel HR. I received the drug plan cancellation information after they were closed today.

6) I paid for LTD benefit insurance every month since my employment with Nortel, just in case something should

6) continued: happen to me. Well, years later something did happen and I am totally disabled. How can they discontinue an insurance benefit that I paid for, and now depend on

7) Nortel is responsible for the insurance I paid for. And I have been assured, year after year, that the plan was totally funded, so I need not worry. Well, it appears it's time to worry.

8) I please ask the court to make Nortel live up to it's obligations to fund LTD. We're talking about the lives of <u>individuals</u>, and their very survival in many cases. How can this, the lives of totally disabled people, be less important than other non life threatening debt that exists.

Sincerely, Jeffrey Borron
JSBorron  10-16-12



Janie Reid
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone: (800) 842-1718  Ext: 5599
Fax: (877) 889-4885
Hours: 08:00 AM  04:30 PM

March 30, 2004

Jeffrey Borron
1412 Melody Lane
Carrollton, TX  75006

Claimant: Jeffrey Borron
Control #/Br: 39900 / 000TB
Claim #: 10631944
Date of Birth: 07/21/1953

Dear Mr. Borron:

Effective March 30, 2004, your disability benefits will convert from bi-weekly Short Term Disability (STD) benefits to monthly Long Term Disability (LTD) benefits. You can expect to receive your LTD checks shortly before the first of each month.

Monthly LTD benefits are calculated as follows:

| | |
|---|---|
| Monthly Salary: | $8,616.67 |
| Scheduled Benefit (70% of salary): | $6,031.67 |

Contributions for medical and dental coverages may also be deducted from your gross LTD benefit, if you remain eligible to participate in those benefit programs.

**Definition of Disability**

The LTD Program provides benefits to covered employees who meet all contractual provisions, including the definition of disability. According to the LTD Program, you are disabled when Prudential determines that:

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's

expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

We will be in regular contact with you and your attending physician regarding your condition and treatment plan throughout the duration of your claim. We may require you to be examined by doctors, other medical practitioners or vocational experts of our choice. Prudential will pay for these examinations. We can require examinations as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Prudential Representative. Refusal to be examined or interviewed may result in denial or termination of your claim.

**Taxability of Benefits**

Benefits under the core LTD program are subject to Federal Income tax, and we are authorized to utilize a W-4 form to withhold federal tax from your monthly benefits. Please be advised that we are currently basing deductions on the most recent W-4 form filed with our payroll department. If you wish to change the deductions, please complete and return the enclosed form. We will make any necessary adjustments with the next payment due after the form is received.

If you have any questions regarding your disability claim, please contact 800-842-1718

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks , Ms. Debbie Lorimer, Global Benefits

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5599
Fax: (877) 889-4885
Hours: 08:00 AM 04:30 PM

March 19, 2005

Jeffrey Borron
1412 Melody Lane
Carrollton, TX 75006

Claimant: Jeffrey Borron
Control #/Br: 39900 / 000TB
Claim #: 10631944
Date of Birth: 07/21/1953

||..|.|.|.||..||...||...|.||

Dear Mr. Borron:

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under the Group #39900 issued to Nortel Networks, Inc..

In order to receive benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.
>
> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

We have completed our evaluation of your claim based on the definition of disability as stated above. We have determined that you meet the requirements for eligibility for benefits under this definition of disability. We have determined that you are totally disabled as required. Benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Plan. Periodically, we will contact you and your attending physician for updated medical information.

If you have any questions, please contact me at (800) 842-1718, extension 5599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks ,

*Claims Services Provided by*

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5599
Fax: (877) 889-4885
Hours: 08:00 AM  04:30 PM

June 01, 2004

Jeffrey Borron
1412 Melody Lane
Carrollton, TX  75006

Claimant: Jeffrey Borron
Claim #: 10631944
Date of Birth: 07/21/1953

||..|.|.|.||..||...||...|.||

Dear Mr. Borron:

At this time we request that you apply for Social Security Disability Benefits (SSDB) if you have not done so already.

Under the contract, you are required to make timely and diligent pursuit of SSDB through the Administrative Law Judge level. **Your Long Term Disability (LTD) benefits may be reduced by an estimated SSDB amount if we do not receive your signed Reimbursement Agreement and proof of application.**

Prudential will not reduce your LTD benefit while your Social Security application and appeals are pending if you sign Prudential's Reimbursement Agreement, make timely and diligent pursuit of SSDB, and provide our office with proof of application.

After you have received a decision notice regarding your application for SSDB, you must submit a copy of the award certificate or denial notice to Prudential. We will then make any necessary adjustments to your LTD benefit.

Though your LTD benefits from Prudential would be reduced by any SSDB you might receive, there are several very important reasons why Social Security entitlement would benefit you and your family. These reasons all represent financial savings in one form or another and could have a major impact on your life both now and in the future. These include:

> Increased Disability benefits-Though you and your dependents' initial Social Security Benefits would be offset from your LTD benefit, your future Social Security cost of living increases would not. Therefore, your combined benefit amount would increase each year with your Social Security increase not being subject to offset.

> Increased Retirement benefits-Social Security Disability entitlement "freezes" your Social Security earning record. Social Security regulations stipulate that any years "wholly or partially within a period of disability" will be excluded from the computation of future benefits. Therefore, the amount of you and your spouse's eventual Social Security Retirement Benefits, or even a subsequent Disability or Survivors benefit, would be substantially higher, as these lost years of earnings would not be taken into consideration.

<u>Tax-free income</u>-Though effective January 1, 1984, a portion of an individual's Social Security benefits can be taxable if certain criteria are met, the majority of Social Security beneficiaries will continue to receive their benefits totally <u>tax-free</u>.

<u>Medicare coverage</u>-After you have received SSDB for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health protection.

<u>Reduced health insurance premiums</u>-Once you establish eligibility for Medicare, your premiums for any other health insurance coverage you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.

To avoid an estimated SSDB being placed on your claim, please provide our office with a copy of your SSDB proof of application.

If you have any questions, please contact me at (800) 842-1718, extension 5599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager