IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

*Nortel Networks offered and assured me Income Protection benefits such as **insurance coverage** (LTD) in an event that I would become totally disabled in return for my services. That I would be covered until the age **65**.*

I depend entirely on those benefits once I became totally disabled. **Prudential approved** my LTD Claim. Nortel is to protect me from a **financial & health devastation** to my future. Please I want to ask the Court **NOT** to set aside Nortel's responsibility to me.

"PLEASE DON'T Let Nortel **terminate my LTD benefits**".

**Name: Leona Purdum**

**Address: 2532 N. 4th Street #254
Flagstaff, AZ 86004**

**Phone #: 928-310-6777**

**Signature:** _[signed]_

The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.