# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
Nortel Networks Inc., et al.,[1] ) Case No. 09-10138 (KG)
)
Debtors. ) Jointly Administrated
)
) Objection Deadline: Oct. 22, 2012 at 10 a.m.
) Hearing Date: Feb. 12, 2013 at 10 a.m.
) RE: D.I. # 8067

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

*See attachment A*

*See attachment B*

Name: Victoria Anstead

Address: 3894 Ridge Lea Road #A; Amherst, New York 14228

Phone #: 716-839-2102

Signature: *Victoria Anstead*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Attachment A     <u>For Victoria Anstead</u>

(A) The Summary Plan Description (SPD) regarding Long Term Disability (LTD) benefits contains misleading content. and errors of omission. For the year my health condition necessitated that I go on LTD, (1998), Nortel documents and personnel indicated that my LTD benefits would continue until the age of 65. It is not acceptable that all former employees on LTD receive the unconscionable treatment of having our insured benefits cut. By common definition, people on LTD acutely need the very benefits (especially health insurance, prescription drugs, and medical tests) that Nortel wants to terminate.

(B) Every communication I received from Prudential contained the name Prudential **Insurance** Company. The word insurance indicates that there is protection or assurance that benefits and salary, are protected. The Prudential communications include claim forms, W2 statements, and other communications such as individual and group announcements. That the benefits and salary were insured indicates they would continue until age 65. I also have a letter from Prudential stating my benefits would continue until age 65. See Attachment B.

(C) Financial obligations are not met if Nortel does not pay the contractual amount of salary and benefits to each LTD employee until they are 65.

(D) Even in bankruptcy liquidation, Nortel is able to their fulfil their benefits for all employees on LTD to the age of 65.

(E) My total benefit and salary claim is $415,420. This includes expensive but medically necessary prescriptions to treat chronic conditions that I have. Nortel knew through regular review of my doctors and of me that my disability is permanent and progressive.

Summary: Nortel gave me salary and benefits in exchange for my services. One of those benefits was that if I became permanently disabled, I would have LTD salary and benefits to age 65. Having LTD benefits in effect when I became permanently disabled, gave me the financial resources that would enable me to subsist. That LTD benefits and income would end prematurely would put me in an untenable situation in which basic needs could not be met. I ask the Court to NOT allow Nortel to terminate LTD benefits. The personal impact of lost income and medical benefits would be disastrous for me.

Victoria Anstead
3894 Ridge Lea Rd. #A
Amherst, New York 14228

©

*Attachment B*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 2, 2012

Victoria M Anstead
3894 Ridge Lea Rd
Apt A
Amherst, NY 14228

Claimant: Victoria M Anstead
Claim No.: 10280744
Date of Birth: 7/14/1950
Control No./Br.: 39900 / 000TB

Dear Ms. Anstead:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $1,538.65 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through July 13, 2015, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
***Sophie Costanza***
Sophie Costanza
Disability Claim Manager