IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

### Background

1. I, Gary W. Garrett, am a fifty six year old man, employed by Nortel Networks Inc. (the Debtor) since September 1989, who was placed on Long-Term Disability on December 14, 1994, due numerous injuries suffered in a tragic accident on July 31, 1993.
2. My Permanent Disability is the product of crippling leg fractures, hip fracture, spinal fractures, fractures to the skull, resulting in brain damage, hearing difficulties, and blindness.
3. Since the tragic accident, I have undergone twenty eight separate reconstructive and therapeutic surgical procedures, leaving me with surgically fused ankles and spinal vertebrae, and moderate paralysis.
4. I significantly exceed the qualifying criteria established by Debtor, Debtors' affiliates and Disability Management Services moderators CIGNA and Prudential Insurance, and have been Medically diagnosed by licensed physicians (Exhibits A and B), the Social Security Administration (Exhibit C) and all physicians designated by Debtor.
5. In addition to the physical impairments I have suffered, I have been emotionally and financially destructive, with no hope of ever obtaining gainful employment. My only source of income and life support, is that provided by Social Security Disability Benefits and Nortel Networks Inc. Long-Term Disability Benefits.

Page 1 of 3

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Relief Requested

6. By this motion, Gary W. Garrett seeks the entry of an order, denying the Debtors' Motion to Terminate the Long-Term Disability Benefits or the Employment of Gary W. Garrett.
7. Should the Court deem it so necessary and appropriate, an alternative settlement should be offered, equal or in excess of the amount listed on the attached Proof of Claim (POC) and Nortel United States Benefits Confirmation Statement, which define the Total Cost to be $1,680,176.41 (Exhibits D and E).
8. Should an alternate Settlement be reached or so ordered by the Court, it is hereby requested, that the Court upon good cause, shall order that all Settlement funds be distributed within thirty days of Court Order Settlement.

## Basis for Relief Requested

9. Nortel Networks Inc. promised me salary and benefits in return for my services, along with numerous employee benefits and insured services.
10. All Terms and Conditions relevant to the receipt of Lang-Term Disability Benefits have been and will continue to be met, by Gary W. Garrett
11. At the time of his employment by the Debtor, Gary W. Garrett was presented with all associated Employee Benefits, associated documents published by the Debtor and was informed by representatives from Northern Telecom/Noretl Networks Human Resources and Senior Management, that all such services and benefits were offered to employees until age 65.
12. In addition to the above referenced employee benefits, Gary W. Garrett enrolled into the Employee Retirement Plan and is contractually entitled to retain all associated health, life and retirement income benefits.
13. Since filing a voluntary petition for relief under chapter 11Bankruptcy Protection Code in January 24, 2009, Nortel Networks Inc. has undergone numerous restructuring measures, which included but were not limited to the sale of patents, buildings, materials, contracts and materials, resulting in the establishment of a multi-billion dollar estate.
14. As referenced above, the Debtor has far more than enough financial resources remaining in the estate of Nortel Networks, to continue to meet the financial requirements they agreed to, or to offer restitution in full for the amounts shown in the employee's proof of Claim.

## Notice

15. Notice of the Motion has been given via first class mail to (i) the U.S. Trustee;
    (ii) counsel to Debtors;                 Robert J. Ryan
                                             Cleary Gottlieb Steen & Hamilton, LLP
    (iii) counsel to the LTD Committee;      Rafael X. Zahralddin-Aravena, Esq
                                             Eric Sutty
                                             Theresa M. Snow
                                             Elliott Greenleaf
    (iv) Chairman of the LTD Committee:      Barbara Gallagher

| | | |
|---|---|---|
| Attachments: | Exhibit A | Attending Physician's Diagnosis from George Medley, M.D. |
| | Exhibit B | Attending Physician's Diagnosis from Amy Hosch, D.O. |
| | Exhibit C | Permanent Disability Status Confirmation letter from the United States Social Security Administration |
| | Exhibit D | Nortel Networks United States Benefits Confirmation Statement |
| | Exhibit E | Prepared Proof of Claim |

Name:      Gary W. Garrett

Address:   4093 Hogan Dr.
           Unit 4114
           Tyler, TX 75798

Email:     gabrielministry@hotmail.com

Phone #:   (903) 593-9527

Signature: *[signed]* Gary W. Garrett
           **Gary W. Garrett**
           **Nortel Networks Employee**

**George E. Medley, M.D.**
Orthopedic Surgery
1318 Doctors Drive
Tyler, Texas 75701
214-595-1137

January 21, 1997

Cigna Group Insurance
12225 Greenville Avenue
Suite 655-LB179
Dallas, Texas 75243-9384

RE: Gary W. Garrett
SS#: 458-08 1675
Employer: Northern Telecom
Policy #; 2059005
Connecticut General Life Ins. Co.

Dear Mr. Gaither:

    Mr. Gary Garrett was last seen in this office on January 14, 1997. Mr. Garrett remains totally and permanently disabled from injuries sustained in the plane crash in 1993. He now demonstrates progressive degeneration and avascular necrosis in his left talus, ankle, and foot due to the old fracture of the talus. He needs to have a fusion operation, fusing the tibia to his calcaneous on the left side. This is a very serious, not always successful procedure, and he is quite naturally trying to avoid this as long as possible.
    Mr. Garrett's other major problems include unstable fractures of his lumbar spine with resultant partial paralysis and weakness in his hip extensors, hip abduction, hip flexors, quadriceps, hamstrings, ankle dorsiflexion and ankle planter flexions in the left leg.
    Mr. Garrett is able to walk with a lurch, but all of the muscle groups in his left leg need physical therapy and strengthening exercise to keep him ambulatory. Mr. Garrett has a high threshole for pain, and most people that have his combination of injuries would not be walking at all.
    I feel that Mr. Garrett is totally and permanently disabled from gainful employment. I make this determination purely on his physical impairments which are multiple. I have not considered any type of mental impairment in making this determination.

                              Sincerely,

                              *George E. Medley, MD*

                              George E. Medley, M.D.

GM/ch

**GARY GARRETT**                                          Home: (903)593-9527 Work: (214)276-4000
Male  DOB: 09/30/1956                    093956605                      Ins: MEDICARE (N75)

## 04/01/2010 - Imaging Report: MRI BRAIN W/O CONT
**Provider:** Amy Hosch MD
**Location of Care:** Trinity Clinic

MRI BRAIN W/O CONT

                                    FINAL

                       TRINITY MOTHER FRANCES HOSPITALS
T
  CLINICS
                              800 E DAWSON
                              TYLER, TX 75701
                          RADIOLOGY SERVICES REPORT


    GARRETT, GARY                  PT LOCATION:  HEALTH PARK PLAZA

        MRN:  93956605             ORDERING MD:  AMY HOSCH, M.D.
        DOB:  09/30/1956
        AGE/SEX:    53Y M          ATTENDING MD: AMY HOSCH, M.D.


  STUDY DATE      ORDER #      PROCEDURE
  04/01/2010      HM10-1008    MRI BRAIN W/O CONT 70551

    REASON FOR STUDY                      ICD9      780.93
    MEMORY LOSS                           MEMORY LOSS


------------------------------------------------------------------
DICTATED AT HEALTH PARK PLAZA

MRI BRAIN WITHOUT CONTRAST

HISTORY: MEMORY LOSS

TECHNIQUE:
THE BRAIN IS IMAGED IN MULTIPLE PLANES, USING T1, T2, FLAIR, AND
DIFFUSION TECHNIQUES. .

FINDINGS:
GENERALIZED ATROPHY IS BEYOND EXPECTATION FOR AGE. THIS IS MOST
SEVERE IN THE MEDIAL ASPECT OF BOTH FRONTAL LOBES. THIS PATTERN IS
SUGGESTIVE OF FRONTOTEMPORAL DEMENTIA (PICK DISEASE). IT IS VERY
SYMMETRICAL. HOWEVER, IF THERE IS A HISTORY OF SEVERE PRIOR HEAD
TRAUMA, THIS MIGHT HAVE PRODUCED SIMILAR RESULTS. THERE IS A SMALLER
AREA OF APPARENT FULL-THICKNESS INFARCTION OF THE LEFT OCCIPITAL
CORTEX. IF THERE IS NO HISTORY OF TRAUMA, THE INVOLVEMENT OF THE
OCCIPITAL CORTEX WITH RAISES THE QUESTION OF DIFFUSE LEWY BODY
DISEASE.

IN THE RIGHT CENTRUM SEMIOVALE IS OVAL 8MM FLUID COLLECTION
SURROUNDED BY A THICK RIM OF GLIOSIS, PROBABLY AN OLD LACUNAR
INFARCT. THERE IS NO MASS OR HEMORRHAGE. THE BRAINSTEM AND BASAL
CISTERNS AND VENTRICLES ARE NORMAL. WITHIN THE LEFT SPHENOID SINUSES
ROUNDED 1 CM HETEROGENEOUS MASS, APPARENTLY A MUCOUS CYST.
INTRACRANIAL ARTERIAL FLOW-VOIDS ARE NORMAL.

IMPRESSIONS:
1. SEVERE BIFRONTAL PARENCHYMAL LOSS AND GLIOSIS, WHICH COULD BE DUE
TO FRONTOTEMPORAL DEMENTIA, BILATERAL INFARCTION, OR OLD TRAUMA

**Trinity Clinic Douglas**
520 E Douglas Tyler, TX 75702
903-593-1721  Fax: 903-525-1777

*April 6, 2010*
Page 2
Chart Document

**GARY GARRETT**
Male  DOB: 09/30/1956                    093956605

Home: (903)593-9527 Work: (214)276-4000
Ins: MEDICARE (N75)

2. SMALL OLD INFARCTION OF THE LEFT OCCIPITAL CORTEX

3. 8 MM LACUNAR INFARCT IN THE RIGHT CENTRUM SEMIOVALE

4. 1 CM HETEROGENEOUS MUCOUS CYST IN THE LEFT SPHENOID SINUS

5. GENERALIZED CEREBRAL AND CEREBELLAR ATROPHY

ELECTRONICALLY SIGNED BY: 01028 RICHARD HANDLEY,  MD
DATE/TIME ELECTRONICALLY SIGNED:            04/01/2010 15:17

DICTATED BY: RICHARD HANDLEY,  MD          04/01/2010 14:54
TRANSCRIBED BY:  <NONE>          N/A
ASSISTED BY: NONE

**Signed by Amy Hosch MD on 04/01/2010 at 4:56 PM**

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

>Office of Central Operations
>1500 Woodlawn Drive
>Baltimore, Maryland 21241-1500
>Date: December 16, 2000
>Claim Number: 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HA

GARY W GARRETT
1203 WILLS POINT DR
ALLEN, TX 75013-8517

You are entitled to monthly disability benefits beginning December 1999.

**The Date You Became Disabled**

We found that you became disabled under our rules on July 1, 1999. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is December 1999.

**What We Will Pay And When**

- You will receive $16,284.00 around December 22, 2000.

- This is the money you are due for December 1999 through November 2000.

- Your next payment of $1,404.00, which is for December 2000, will be received on or about the fourth Wednesday of January 2001.

- After that you will receive $1,404.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                     See Next Page

# Your New Benefit Amount

143658

BENEFICIARY'S NAME: GARY W GARRETT

Your Social Security benefits will increase by 5.8 percent in 2009 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?

- Your new monthly amount (before deductions) is   $1,784.40.
- The amount we are deducting for Medicare medical insurance is   $96.40.
  (If you did not have Medicare as of Nov. 20, 2008,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is   $0.00.
  (If you did not elect withholding as of Nov. 1, 2008, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is   $0.00.
  (If you did not elect voluntary federal tax withholding as of
  Nov. 20, 2008, we show $0.00.)
- After taking any other deductions, we will deposit   $1,688.00
  into your bank account on Jan. 28, 2009.

If you disagree with any of these amounts, you should write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. You can also call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778.** If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

SUITE 250
14280 E JEWELL AVE
AURORA CO

BNC#: 08B1811J50426

143658

Over ➤

---

**SOCIAL SECURITY ADMINISTRATION**
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE MD 21241-1500

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out
our website:** *www.socialsecurity.gov*

GARY W GARRETT
1868 SALIDA STREET
LOT 113
AURORA CO 80011-5018

Proof Of Claim

Gary W. Garrett
0193829
June 14, 1995

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**

**WHAT IS YOUR AGE_ (As Of January 1, 2013)...**
Years — 56
Months — 3
*AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 — 675
*AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" — 105

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT** — $ 150,942.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? — 0.04
*AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K — $ 6,037.68   $ 52,829.70
BACKOWED EST. LTD % PAY (FORMAL APPEAL SUBMITTED) — $457,357.32

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**
SEVERANCE PERIOD — 27
*AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY — $ 2,902.73   $ 78,373.73

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL — $ 8,804.95   $ 924,519.75
SSDI MONTHLY OFFSET — $ 1,246.50   $ 130,882.50
Medicare Part B Reimbursement Per LTD Plan — $ 110.50   $ 11,602.50
*AUTOMATICALLY CALCULATED FOR YOU - NET PAY — $ 7,668.95   $ 805,239.75

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE — $ 18,368.16   $ 160,721.40
SUBSIDIZED PRESCRIPTION PLAN — $ 12,000.00   $ 105,000.00
DENTAL/VISION/HEARING CARE — $ 1,826.28   $ 15,979.95
CORE EMPLOYEE LIFE INSURANCE — $ 233.55   $ 2,043.56
ACCIDENTAL DEATH & DISMEMBERMENT — $ 300.00   $ 2,625.00

**CLAIM GRAND TOTAL** — $ 1,680,176.41

Page 1

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

                                      Office of Central Operations
                                      1500 Woodlawn Drive
                                      Baltimore, Maryland 21241-1500
                                      Date: December 16, 2000
                                      Claim Number: 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HA

GARY W GARRETT
1203 WILLS POINT DR
ALLEN, TX 75013-8517

You are entitled to monthly disability benefits beginning December 1999.

**The Date You Became Disabled**

We found that you became disabled under our rules on July 1, 1999. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is December 1999.

**What We Will Pay And When**

- You will receive $16,284.00 around December 22, 2000.

- This is the money you are due for December 1999 through November 2000.

- Your next payment of $1,404.00, which is for December 2000, will be received on or about the fourth Wednesday of January 2001.

- After that you will receive $1,404.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C                               See Next Page