IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Steven Edward Bennett (the "Nortel Networks LTDer") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Steven Edward Bennett respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Bennett

## BACKGROUND

1. I was hired by Nortel in 1980 when Silicon Valley was experiencing a boom in business. Many companies were offering generous benefit packages in addition to pay to attract the best employees. At the time I was hired I chose Nortel specifically because of their benefits package and pay.

2. Although I began as a warehouse worker, I was young and able to work myself into higher level positions within the company by being an exceptional employee that exceeded expectations. Nortel demanded mandatory overtime and we worked through most vacation days. The last position I held was as the Lead Marketing Analyst for the Asian Pacific Market at the Santa Clara, California location. I worked the hours that were daytime halfway around the world so I could be available to employees calling from companies Nortel sold systems to. They were able to call me directly with specific concerns or problems during their normal business hours. This meant I usually came to work around noon and worked until midnight every workday. I also over saw the entire department and had eight employees that reported to me.

3. I was forced onto STD and then LTD because I was hurt at work. I went on disability in December of 1999. I ruptured discs in my lower back. Since my initial injury I have had numerous invasive medical procedures in an attempt to reduce my pain, but they have been unsuccessful. I suffered severe side effects from medication used to control pain. Also the sedentary life I have been forced into has caused further illnesses such as obstructed blood flow first in my legs and now in other areas. As of today's date (10/15/12) I have

Bennett

undergone three surgeries in the last two weeks to control obstructions in my arteries. In the last year I have had six surgeries for this condition. Also, all these physical conditions and pain have seriously affected my mental health and depression has become a serious problem also.

4. I have been classified totally and permanently disabled by the Social Security Administration, The Workers Compensation Insurance company Liberty Mutual and by Prudential Insurance company. All three reviewed medical records and/or had me examined by their own doctors (Worker's Comp. and The Social Security Administration). Prudential has frequently asked for and received updated documentation from my current doctors to confirm my disability status.

## RELIEF REQUESTED

5. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled. My Total Claim is $412,200.32.

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me and my family would be both financially and medically devastating. My wife and I are both very dependent on our medical insurance for medications and medical interventions. Since our

conditions are pre-existing, it will be impossible to replace our medical insurance and life insurance.

Bennett

## BASIS FOR RELIEF

**8.** My wife became ill with a chronic disease in 1990 and went onto Social Security. Because of this I always carried the highest disability benefit Nortel offered. My wife and I carefully selected it every enrollment period. I recall sitting with an insurance broker at one point in time after we purchased a townhouse and he felt my disability insurance from Nortel was adequate. After we had a baby we were even more vigil in our understanding of my disability and life insurance options through Nortel. I frequently called human resources with questions about coverage and relied heavily on the enrollment guide given to employees each year. I was never lead to believe that our insurance was funded by Nortel and could cease if the company went out of business. The medical, disability and life insurance were always presented as real insurance policies provided by real insurance companies. The disability insurance always guaranteed benefits to age 65. After that my retiree benefits would go into effect, so there could never be a lapse in income for my family.

**9.** Premiums were automatically deducted from every paycheck I received from Nortel. I chose to raise my benefit for disability to the highest level offered each year. STD and LTD were represented as group insurance (policy #039900) issued and paid by Prudential.

**10.** The words "The Prudential Insurance Company of America" were in bold type at the top of every letter I received from them. It is also on every pay stub and W-2 I receive from Prudential. In the plan booklet for the year I went out on disability the words "evidence of insurability" were used when describing the

Bennett

NNI-LTD-00003971

enrollment of a new dependent or new hire. All these reinforced my certainty that my disability was being provided by Prudential in the form of insurance policies.

11. The language in all plan booklets, at benefit meetings and many conversations with HR all lead me and my spouse to believe that my disability insurance was issued through a real insurance company and would remain in effect until I was no longer disabled or turned 65. I should not be penalized for ambiguous or misleading language used in the plan booklets or by human resources personnel.

12. I was able to refinance my home and finance a car loan using my disability income from Prudential as part of my income when I presented two consecutive months of check stubs as proof of income form Prudential. Letters stating my benefits would continue until age 65 from Prudential also confirmed this.

13. When I reached the conclusion of my Worker's Compensation trial, Prudential took my entire award claiming it as an offset. This amount was $26, 971.99. In copies of letters I have from that time Nortel and Prudential indicated to my attorney that I had a disability insurance plan that placed a lien on my reward claiming it as an offset. In court they represented themselves as a carrier of disability insurance for me and did take my entire award from me.

14. Fiduciary responsibilities are not served when an essentially insolvent benefit is offered; or when the same agent seeks to terminate employment expressly to deny LTD benefits.

15. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are

Bennett

indeed liquidating. According to documents submitted by Nortel in document discovery Nortel did set up at least two trust funds to cover disability claims in the future. This is a life and death situation for the LTD employees versus the portfolio health of some investors.

16. Without the disability benefits our family will face dire consequences. My wife relies on nine medications daily. I rely upon four and our daughter takes one medication. Without insurance this alone will be a financial burden we will be unable to meet. Cobra medical coverage for our family exceeds $17,000.00 per year in premiums. That is almost three times the amount we pay now for premiums and is impossible on our tight budget. When we lose other disability money, which is drawing near, we will not have any insurance plan replacing our lost income which we have come to rely upon to cover basic living expenses. Without the Prudential long term disability or LTD, when other disability plans decrease or end we will lose our home of over 13 years and will not have enough income to meet even our basic needs. Soon, our family will lose the Social Security benefits our dependent child receives. I was always certain that when those benefits ended the LTD plan benefits would no longer be offset and would increase to replace the lost SSI income. This is also true for my worker's compensation benefits that were only guaranteed for a fixed amount of time. Again I was confident that the loss of that money would also be replaced by an increase in my LTD pay. This is how the plan was laid out. Nortel and Prudential did show up in my worker compensation court and took my entire award from Liberty Mutual meant for me, but now are trying to not pay me the benefits I was

supposed to have until age 65. I do not understand how Nortel can collect and keep my award money and then refuse to pay me benefits later. Once a person is disabled there is no longer any opportunity to work or purchase new disability plans. There are no other options. Nortel is well aware of my disability and that it is 100% and permanent. I was injured working for Nortel at their facility. They appeared in my court and seized my award money meant to replace my lost income. It is too late to claim their LTD policy is not valid or funded or in effect once a person is depending on it and has filed a claim for their benefits.

## NOTICE

2. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Steven Edward Bennett respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Steven Edward Bennett respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Steven Edward Bennett in full for LTD benefits projected to age 65; Total Claim being $412,200.32.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Steven Edward Bennett.

Dated: October 15, 2012

*[signature]*
Steven Edward Bennett
37052 Chestnut St.
Newark, CA 94560
Telephone: 510-796-4626
Facsimile: N/A
Email: bennettt555@aol.com

*Appearing Pro Se*

Bennett

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE
DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS
AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
       Wilmington, Delaware

                                             _____
                                             HONORABLE KEVIN GROSS
                                             CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Bennett