## **EXHIBITS**

A – Proof of Claim.

B – Two letters from Prudential Confirming LTD income through age 65.

C –Letter between Nortel and Attorney Jonathon Brand discussing offset.

D –Three Nortel Pay Stubs showing Disability Insurance deducted from pay.

E- LTD plan summary from 1999.

F-Flex Benefit Confirmation Statements 2009-2011.

G-Flex benefit election statement from 1994

Bennett

Proof Of Claim

Steven E. Bennett

0197280

## WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

## WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?

## WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

December 12, 1999

## WHAT IS YOUR AGE (As Of January 1, 2013) ...

| | |
|---|---|
| Years | 58 |
| Months | 2 |

## YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT

$ 58,720.00

## IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?

0.04

## FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD

36

## FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...

| | | |
|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 3,425.33 |
| SSDI MONTHLY OFFSET | $ | 1,459.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 |

## Estimates On What Replacement Coverage Would Cost You

| | | |
|---|---|---|
| MEDICAL CARE | $ | 17,270.40 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | - |
| DENTAL/VISION/HEARING CARE | $ | 1,875.72 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 7,956.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | - |

CLAIM GRAND TOTAL

Exhibit A
Bennett

Page 1

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
Website: www.prudential.com/disability

*mybenefits*

August 5, 2009

Steven E Bennett
37052 Chestnut St
Newark, CA  94560

Claimant: Steven E Bennett
Claim No.: 10308048
Date of Birth: 11/4/1954
Control No./Br.: 39900  /  000CB

lldllll...ll...lll...ll...lll..llll..l.l..l.l

Dear Mr. Bennett:

Please be advised that the above noted claimant is receiving Long Term Disability (LTD) in the amount of $246.62 net per month.  Mr. Bennett will continue to receive LTD benefits until the maximum duration date of November 3, 2019 provided he remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above.  If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
*Donna A Pranio*
Donna A Pranio
Claim Examiner

Exhibit B  Bennett

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: **www.prudential.com/mybenefits**

August 27, 2012

Steven E Bennett
37052 Chestnut St
Newark, CA  94560

Claimant: Steven E Bennett
Claim No.: 10308048
Date of Birth: 11/4/1954
Control No./Br.: 39900  /  000CB

Ilhlhululuhlhlulhulluulhul

Dear Mr. Bennett:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $349.32 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your benefits will continue through November 3, 2019,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Exhibit B



THE LAW OFFICES OF
## JONATHAN M. BRAND

PERSONAL INJURY, WORKERS' COMPENSATION & MEDIATION SERVICES

March 24, 2005

Ruth A. Hillis, Senior Benefits Counsel
Nortel Networks, Inc.
200 Athens Way
Nashville, TN 37228

      RE:   Our Client     :  Steven Bennett
             Claim No.     :  10308048
             Date of Birth  :  11/4/54
             Social Security No.  :  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

Dear Ms. Hillis:

I represent Steven Bennett in connection with his workers' compensation case. I understand that you are counsel for his long-term disability insurance carrier. I recently spoke to David Moran at Prudential. He informed me that the lien was now in the amount of $26,971.99. I would request at this time that you file an updated lien. In addition, I am mindful of your company's position that Mr. Bennett was overpaid LTD. However, I fail to understand the legal basis for your lien against his benefits. I would greatly appreciate your legal position on this point.

At this time, we have the choice of litigating the lien in the workers' compensation arena or attempting to reach a compromise on the level of reimbursement due out of his case. Please let me know if you are interested in a negotiated settlement of your lien.

Sincerely,

Jonathan Brand
(925) 295-1670, ext. 13
mailbox5@jb-law.com

JB/cll

cc:  ✓ Steven Bennett

JONATHAN M. BRAND • MICHAEL J. RYAN • ALYCE MAURER

1777 BOTELHO DRIVE, SUITE 220 • WALNUT CREEK, CALIFORNIA 94596

TEL: (925) 295-1670 • FAX: (925) 955-1636 • EMAIL: MAILBOX9@JB-LAW.COM • WWW.JB-LAW.COM

ASSOCIATE LAWYERS ARE "OF COUNSEL."

Exhibit C, Bennett



**northern telecom**
200 ATHENS WAY, DEPT. 8417
NASHVILLE, TN 37228-1397

Period Ending: 08/19/94
Pay Date: 08/19/94

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
State: 3

**STEVEN BENNETT**
**4529 VIRIO COMMON**
**FREMONT CA 94536-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9404 | 80.00 | 1,275.23 | 19,687.42 |
| Overtime | 23.9106 | 18.50 | 442.35 | 4,774.80 |
| Doubletime Pay | 15.9404 | 6.00 | 191.28 | 191.28 |
| Flex Credits | | | 25.13 | 75.39 |
| Lead Pay | | | 190.88 | 1,907.06 |
| Holiday Pay | | | | 123.81 |
| Lump Sum Nth | | | | 50.00 |
| Lump Sum Th | | | | 183.00 |
| Sick Pay | | | | 628.32 |
| Vacation Pay | | | | 1,016.46 |
| **Gross Pay** | | | **$2,124.87** | 28,637.54 |

**Net Pay** $0.00

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are
$1,917.70

**Other Benefits and**
**Information** | this period | total to date
Vacation Balanc | | 100.62

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -322.44 | 3,458.99 |
| Social Security Tax | | -126.80 | 1,705.05 |
| Medicare Tax | | -29.66 | 398.77 |
| CA State Income Tax | | -104.70 | 1,107.10 |
| **Voluntary** | | | |
| Checking 1 | | -1,312.83 | |
| Flex D/V/H Ins | | -5.98* | 17.94 |
| Flex Medical In | | -67.97* | 1,101.67 |
| Ltd | | -3.84* | 11.52 |
| Savings 3 | | -20.00 | |
| Spousal Life In | | -1.27 | 3.81 |
| Std | | -1.86* | 5.58 |
| 401K Matched | | -76.51* | 1,298.27 |
| 401K Unmatched | | -51.01* | 865.55 |

© 1991 ADP, Inc.

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW



**northern telecom**
200 ATHENS WAY
NASHVILLE, TENNESSEE 37228

Advice number: 00000330635
Pay date: 08/19/94

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| STEVEN BENNETT | 230752 | 3211 7679 | $1,312.83 |
| | 230751 | 3211 7679 | $20.00 |

**NON-NEGOTIABLE**

Bennett ~~Exb~~ Exhibit D



**Earnings Statement**

ADP

NORTHERN TELECOM
200 ATHENS WAY, DEPT.8417
NASHVILLE, TN 37228-1397

Period Ending:   12/04/1998
Pay Date:        12/04/1998

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   3
  CA:        3

STEVEN BENNETT
4529 VIRIO COMMON
FREMONT CA 94536-0000

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.8875 | 80.00 | 2,151.00 | 50,346.08 |
| Overtime | 26.8875 | 16.00 | 430.20 | 4,241.09 |
| Flex Credits | | | 25.02 | 625.50 |
| 2Nd Shift Diff | | | 258.12 | 500.84 |
| Cal Disability | | | | 158.84 |
| Recognition Aw | | | | 50.00 |
| Retroactive Ot | | | | 97.43 |
| Retroactive Reg | | | | 602.46 |
| **Gross Pay** | | | **$2,864.34** | 64,164.04 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Pre-Paid Award | | 50.00 |
| **Net Pay** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,539.73

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 25.4154 TO
26.8875.

CALL 1-800-676-4636 TO UPDATE HOME PHONE AND/OR
ADDRESS.

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -474.66 | 9,858.05 |
| | Social Security Tax | -169.47 | 3,775.09 |
| | Medicare Tax | -39.63 | 882.88 |
| | CA State Income Tax | -157.10 | 3,258.79 |
| | CA SUI/SDI Tax | | 158.84 |
| | **Other** | | |
| | Checking 1 | -1,677.10 | |
| | Child Life Ins | -0.55 | 13.75 |
| | Dental, Vis, Hear | -11.44* | 286.00 |
| | Flex Medical In | -112.22* | 2,805.50 |
| | Long Term Dis | -4.96* | 124.00 |
| | Savings 3 | -20.00 | |
| | Short Term Dis | -2.40* | 60.00 |
| | Spousal Life | -1.22 | 30.50 |
| | 401K Matched | -129.06* | 3,056.85 |
| | 401K Unmatched | -64.53* | 1,528.52 |

© 1991 ADP, Inc

THIS BLUE AREA OF THE DOCUMENT CHANGES SHADE GRADUALLY AND EVENLY WITH DARKER AREAS ON TOP AND BOTTOM. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW

NORTEL  200 ATHENS WAY
NORTHERN TELECOM  NASHVILLE, TN 37228-1397

Advice number:   0900048079O
Pay date:        12/04/1998

THIS IS NOT A CHECK

Deposited to the account of
STEVEN BENNETT

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | 230752 | 3211 7679 | $1,677.10 |
| | 230751 | 3211 7679 | $20.00 |

NON-NEGOTIABLE

Bennett

**NØRTEL**
NORTHERN TELECOM

NORTHERN TELECOM
200 ATHENS WAY, DEPT.8417
NASHVILLE, TN 37228-1397

Period Ending: 01/01/1999
Pay Date: 12/31/1998

ADP

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 3
    CA: 3

**STEVEN BENNETT**
**4529 VIRIO COMMON**
**FREMONT CA 94536-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.8875 | 80.00 | 2,151.00 | 54,648.08 |
| Overtime | 26.8875 | 13.00 | 349.54 | 4,886.39 |
| Flex Credits | | | 25.02 | 675.54 |
| 2Nd Shift Diff | | | 250.05 | 995.57 |
| Cal Disability | | | | 158.84 |
| Recognition Aw | | | | 50.00 |
| Retroactive Ot | | | | 97.43 |
| Retroactive Reg | | | | 602.46 |
| **Gross Pay** | | | **$2,775.61** | 69,656.11 |

| Other | this period | year to date |
|---|---|---|
| Pre-Paid Award | | 50.00 |
| **Net Pay** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,451.00

**Important Notes**
CALL 1-800-676-4636 TO UPDATE HOME PHONE AND/OR
ADDRESS.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -449.26 | 10,740.01 |
| | Social Security Tax | -163.96 | 4,099.35 |
| | Medicare Tax | -38.35 | 958.72 |
| | CA State Income Tax | -148.85 | 3,550.99 |
| | CA SUI/SDI Tax | | 158.84 |
| | **Other** | | |
| | Checking 1 | -1,628.81 | |
| | Child Life Ins | -0.55 | 14.85 |
| | Dental, Vis, Hear | -11.44* | 308.88 |
| | Flex Medical In | -112.22* | 3,029.94 |
| | Long Term Dis | -4.96* | 133.92 |
| | Savings 3 | -20.00 | |
| | Short Term Dis | -2.40* | 64.80 |
| | Spousal Life | -1.22 | 32.94 |
| | 401K Matched | -129.06* | 3,314.97 |
| | 401K Unmatched | -64.53* | 1,657.58 |

© 1991 ADP, Inc

THIS BLUE AREA OF THE DOCUMENT CHANGES SHADE GRADUALLY AND EVENLY WITH DARKER AREAS ON TOP AND BOTTOM. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW

**NØRTEL**
NORTHERN TELECOM    200 ATHENS WAY    NASHVILLE, TN 37228-1397

Advice number: 0000927831
Pay date: 12/31/1998

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVEN BENNETT** | 230752 | 3211 7679 | $1,628.81 |
| | 230751 | 3211 7679 | $20.00 |

**NON-NEGOTIABLE**

Bennett

- Short-Term Disability (100% of FLEX Earnings for up to the first 6 weeks, then 70% for up to the next 20 weeks)

- Long-Term Disability (50% of FLEX Earnings)*

- Employee Life Insurance (1 X FLEX Earnings)

- Employee AD&D Insurance (1 X FLEX Earnings)

- Business Travel Accident Insurance (5 X FLEX Earnings)

- Travel Well Service

## During the Annual Enrollment Period

Each year during the Annual Enrollment period (generally in the fall), you will make your FLEX selections for the next Plan Year. Before theAnnual Enrollment period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll.

The FLEX selections you make during the Annual Enrollment period will go into effect on the first day of the following Plan Year.

## Evidence of Insurability

You may be required to provide Evidence of Insurability, or EOI, when you enroll for certain Optional Employee Life or Optional Dependent Life coverages during the Annual Enrollment period, when you change coverage because of a Qualified Family Status Change (Life Event) or as a new hire.

To provide EOI, you will have to submit a completed medical questionnaire to the Claims Administrator, and you may have to provide additional information. For example, you may be asked to have a physical exam or laboratory work, at your expense. (If you participate in a Managed Care Plan, these medical expenses may be covered at in-network rates when you use your Primary Care Physician and submit a Claim form. Any charges for completing paperwork will be at your expense.)

EOI must be satisfactory to the Claims Administrator before coverage can be approved. The Claims Administrator uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Life Insurance coverage will be provided at the existing level while the decision on your EOI is pending.

*If you are a new hire, you will not be covered for twelve months for any disability caused by, contributed to or resulting from a Pre-Existing Condition occurring within the three-month period before coverage is effective.*

*The FLEX selections you make during the Annual Enrollment period will go into effect on the first day of the following Plan Year.*

*You may be required to provide Evidence of Insurability, ... when you enroll for certain Optional Employee Life or Optional Dependent Life coverages ...*

NNI-LTD-00003971

*FLEX Earnings are your base salary.*

*If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).*

hours per week, your FLEX Earnings are based on a 40-hour work week. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives paid at 100% annual objectives, as defined each year by the Company (excluding bonuses).

If your FLEX Earnings change during the Plan Year, related FLEX Payroll Deductions and FLEX Credits will not change during the year since these deductions and credits are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings decrease during the year, pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## STD Benefit Amount
### Core STD Benefit
The plan pays a weekly benefit of 100% of your FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) After that, the plan pays 70% of your FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11-12.

NNI-LTD-00000065

Exhibit E Bennett

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required in order to arrive at this final determination.

# When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. (The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of FLEX Earnings.) These benefits end when you are no longer Totally Disabled or have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or

- you have not returned for one day of full-time Active Work between the two disability periods

For example, you have received STD benefits for 10 weeks, and you...

1. return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

NNI-LTD-00000067

E Bennett

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  - unemployment compensation benefits

  - no-fault wage replacement benefits

  - statutory disability benefits

  - Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump

*... the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

NNI-LTD-00000068

E Bennett

sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

*It is your responsibility to complete any required applications, such as for Social Security benefits …*

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administrative Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

NNI-LTD-00000069

E Bennett

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $50.

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 16-18), with a minimum monthly benefit of $100.

NNI-LTD-00000070

E Bennett

# Definition of Disability

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

*After the first 24-month period of covered Total Disability ... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period (STD)), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork AND before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits (and

NNI-LTD-00000071

E Bennett

any retroactive payments) could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period …*

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 24 months of LTD.

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age | LTD benefits will continue no longer than |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

NNI-LTD-00000072

E Bennett

### Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

## Waiver of Premium

*While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental LTD or Optional Employee Life Insurance coverage you have selected.*

While you are receiving LTD benefits, you will not be required to pay premiums for any Supplemental STD, LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for com-

NNI-LTD-00000073



pensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

  – statutory disability benefits

  – Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

NNI-LTD-00000074

E Bennett

1. Apply for Social Security benefits.
2. Appeal at the reconsideration level, if benefits are denied.
3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 15 of the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.
2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

## Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered which are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment

*It is your responsibility to complete any required applications, such as for Social Security benefits ...*

**Plan Year 1999**
**Pub. 8/99**

NNI-LTD-00000075

E Bennett

process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation, or

- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability earnings. Here is an example:

*... you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

*... your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From This Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

NNI-LTD-00000076

E Bennett

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

## Cost of Living Adjustment

*The current LTD plan ... provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability.*

The current LTD plan which began July 1, 1994 provides a cost of living adjustment for LTD benefits. This adjustment applies to your Core and Supplemental LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

## Exclusions

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

*• intentionally self-inflicted injuries ...*

*• your participation in the commission of an assault or felony*

*• war or any act of war*

*• a Pre-Existing Condition ...*

LTD benefits will not be paid for any disability which is in any way caused by the following:

- intentionally self-inflicted injuries, including:

  – a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction

- your participation in the commission of an assault or felony

- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

- a Pre-Existing Condition, as described below

Plan Year 1999
Pub. 8/99

NNI-LTD-00000077

E Bennett



**United States Benefits
Confirmation Statement** *for 2009*

This confirms your Benefits selections and costs, which take effect 01/01/2009. These selections remain in effect through 12/31/2009 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Steven Bennett |
| Global ID: Date | 0197280 |
| of Birth: Pay | 11/04/1954 |
| Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 58720.00 *×2 =* |
| Event:s | Annual Enrollment |
| Event Date: | 10/29/2008 |
| Prepared On: | 11/24/2008 |

*life insurance for Steve
$ 117,440.00 + 1x core provide
total = 176,160.00*

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received.
**Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care**<br>90/70 PPO, Anthem | EE & Family | $ 121.75 | $3,165.50 | $9,654.32 |
| **Dental/Vision/Hearing Care**<br>PLUS | EE & Family | $ 26.93 | $ 700.18 | $1,473.94 |
| **Health Care Reimbursement Account** | | $ 0.00 | $ 0.00 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability**<br>Raise-90%of Coverage Amt.Shown | | $ 3.61 | $ 93.86 | $ 0.00 |
| **Long-Term Disability**<br>70% of Benefits Earnings | | $ 5.22 | $ 135.72 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 157.51 | $4,095.26 | 11,128.26 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| *Core Employee Life Insurance*<br>1x Benefits Earnings   *58,720.00* | $ 0.00 | $ 0.00 | $ 39.00 |
| **Optional Employee Life Insurance**<br>2x Benefits Earnings Smoker   *117,440.00* | $ 8.50 | $ 221.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP**<br>$25,000   *176,160.00* | $ 1.73 | $ 44.98 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)**<br>$15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment**<br>No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 10.78 | $ 280.28 | $ 39.00 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

*Exhibit F   Bennett*

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (under age 19: until age 25 if full-time student)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|---|---|---|---|---|
| Tamara Bennett | xxx-xx-3634 | S | F | 05-27-1958 |
| Sadie Bennett | xxx-xx-5740 | C | F | 10-21-1997 |

The Wellness Incentive will appear on your pay stub in early January 2009. Incentive for 2009 is based on the points earned in 2008.

Steven Bennett
37052 Chestnut St

Newark, CA  94560

*Confirmation for 2010*



## United States Benefits
## Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2010. These selections remain in effect through 12/31/2010 unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Steven Bennett |
| Global ID: | 0197280 |
| Date of Birth: | 11/04/1954 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 58720.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2009 |
| Prepared On: | 12/02/2009 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE & Family | $ 153.35 | $3,987.10 | $9,908.60 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 28.26 | $ 734.76 | $1,548.04 |
| **Health Care Reimbursement Account** | | $ 0.00 | $ 0.00 | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** | | | | |
| Raise-90%of Coverage Amt.Shown | | $ 3.61 | $ 93.86 | $ 0.00 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 5.22 | $ 135.72 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 190.44 | $4,951.44 | 11,456.64 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 39.00 |
| **Optional Employee Life Insurance** | | | |
| 2x Benefits Earnings Smoker | $ 15.96 | $ 414.96 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $10,000 | $ 0.69 | $ 17.94 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 17.20 | $ 447.20 | $ 39.00 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

*Exhibit F Bennett*

| Steven Bennett | 0197280 | 12/02/2009 | Page 2 |
|---|---|---|---|

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected.  The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy.  Please note: all eligible dependents have access to the Employee Assistance Program (EAP).  If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (under age 19; until age 25 if full-time student)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|---|---|---|---|---|
| Tamara Bennett | xxx-xx-3634 | S | F | 05-27-1958 |
| Sadie Bennett | xxx-xx-5740 | C | F | 10-21-1997 |

Steven Bennett
37052 Chestnut St

Newark, CA  94560

Page 2  Bennett



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2011. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Steven Bennett |
| Global ID: | 0197280 |
| Date of Birth: | 11/04/1954 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 58720.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 12/17/2010 |

### Total Cost Summary

This summary is for Benefits that are already approved.  If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE & Family | $ 186.86 | $4,858.36 | 12,073.62 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 33.25 | $ 864.50 | $1,821.56 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 383.50 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 5.22 | $ 135.72 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 225.33 | $5,858.58 | 14,278.68 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 92.04 |
| **Optional Employee Life Insurance** | | | |
| 2x Benefits Earnings Smoker | $ 15.96 | $ 414.96 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 1.73 | $ 44.98 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 18.24 | $ 474.24 | $ 92.04 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Exhibit F Bennett

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Tamara Bennett | xxx-xx-3634 | S | F | 05-27-1958 |
| Sadie Bennett | xxx-xx-5740 | C | F | 10-21-1997 |

Steven Bennett
37052 Chestnut St

Newark, CA   94560

  northern telecom  BNR  789-1 filed 10/27

# :FLEX benefits
it's
your
call
### Your Personalized Worksheet for 1994 Flexible Benefits

*Enrolled April 20, 1994 @ 4:14 pm*

**Prepared for STEVEN BENNETT**

Using this worksheet and your enrollment materials, circle your benefit selections and then enroll by calling the Telephone Enrollment System. Call 1-800-545-0352 on a touch-tone phone between April 11 and April 22, 1994 and respond to the recorded prompts.

| | | |
|---|---|---|
| Access Code: | 68872 | Your 1994 FLEX Credits: |
| Social Security Number: | 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 | Annualized $ 653.31 |
| Enrollment Identification Number: | 1154 | Per Pay Period $ 25.13 |

## 1994 Before-Tax Selections

### Medical

| | [1] You Only | [2] You + Your Child(ren) Only | [3] You + Your ~~Spouse~~ | [4] You + Your Family | Your Cost Per Pay Period |
|---|---|---|---|---|---|
| [0] No coverage | $ 0.00 | | | | |
| [1] Indemnity  *CIGNA* | $ 40.26 | $ 56.14 | $ | $ 75.99 | |
| [2] Managed Care (100%/80%)  *Prudential HMO* | $ 28.62 | $ 34.84 | $ | $ 48.30 | |
| [3] Managed Care (80%/60%) | $ 18.27 | $ 28.06 | $ | $ 36.01 | |
| [4] Managed Care (EPO) | $ 26.34 | $ 31.19 | $ | $ 41.68 | |
| [9] HMO: [1] Kaiser N CA | $ 32.42 | $ 39.25 | $ | $ 53.38 | |
|       [2] Cigna San Fran | $ 26.34 | $ 31.19 | $ | $ 41.68 | |

$ 67.97

### Dental, Vision and Hearing Care (Refer to your *Enrollment Workbook* for lock-in provisions.)

*canceled on 1/1/95*

| | | | | | |
|---|---|---|---|---|---|
| [0] No coverage | — no change | $ 0.00 | | | |
| [1] Premium | — no change | $ 3.43 | $ 4.91 | $ | $ 7.86 |
| [2] Comprehensive | til 1/1/96 | $ 2.94 | $ 4.27 | $ | $ 6.68 |
| [3] Basic | | $ 1.91 | $ 2.67 | $ | $ 3.80 |

*CIGNA*

*1/1/95*

$ 5.98

### Reimbursement Accounts

Health Care (minimum $4.00 / maximum $400.00)
  [0] No Contribution
  [1] Per Pay Period Contribution of

$ ☐☐☐ #

Dependent Care (minimum $4.00 / maximum $384.00)
  [0] No Contribution
  [1] Per Pay Period Contribution of

$ ☐☐☐ #

### Short-Term Disability

You receive core coverage of 6 weeks at 100% of FLEX Earnings followed by 20 weeks at 70% of FLEX Earnings (for a total period of 26 weeks) at no cost to you.
You may choose additional coverage as follows:

| | | |
|---|---|---|
| [0] | No additional coverage | $ 0.00 |
| ■ | Raise 70% benefit to 90% | $ 1.86 |

*26 weeks* $ 1.86

### Long-Term Disability

You receive core coverage of 50% of FLEX Earnings at no cost to you.
You may choose additional coverage as follows:

| | | |
|---|---|---|
| [0] | No additional coverage | $ 0.00 |
| ■ | Raise 50% benefit to 70% | $ 3.84 |

$ 3.84

### Cost of Your 1994 Before-Tax Selections

Add the amounts in the boxes above and write the total here:    $ _____

*Exhibit G Bennett*

## 1994 After-Tax Selections

### Employee Life and AD&D Insurance

Your Cost
Per Pay
Period

You receive core Life coverage of $   33,000 at no cost to you.
You receive core AD&D coverage of $   33,000 at no cost to you.
You may choose additional Employee Life Insurance coverage as follows:

```
  [0]  No additional coverage          $    0.00
* [1]  1 x FLEX Earnings  ($  32,000)  $    1.62
  [2]  2 x FLEX Earnings  ($  64,000)  $    3.25
  [3]  3 x FLEX Earnings  ($  96,000)  $    4.87   —— 9.74    32.00  100,000.
  [4]  4 x FLEX Earnings  ($ 128,000)  $    6.50   —— 13.00
  [5]  5 x FLEX Earnings  ($ 161,000)  $    8.17   —— 16.34
```

* Indicates current coverage

$ [        ]

### Dependent Life Insurance - Spouse

2.54

```
  [0]  No coverage                     $    0.00
  [1]  $ 10,000 coverage               $    0.51  ⎫
  [2]  $ 25,000 coverage               $    1.27  ⎬
  [3]  $ 50,000 coverage               $    2.54  ⎭
```

$ [        ]

### Dependent Life Insurance - Child(ren)

```
  [0]  No coverage                     $    0.00
  [1]  $ 10,000 per child              $    0.58
       (Cost shown is the total for all your children.)
```

$ [        ]

### Cost of Your 1994 After-Tax Selections

Add the amounts in the boxes above and write the total here:

$ 79.65
per pay

25.13
_____

54.52

save $10.10 per
pay period

**This enrollment worksheet is your record of your benefit selections. Compare this form with the confirmation statement you will receive in a few weeks.**

### Personal Information

Call the HR Info Center (1-800-676-4636 or ESN255-4636) if any of the information below is incorrect.

```
Social Security Number: 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          SCL  NTB009585    E   E    17727
Date of Birth:          11/04/54             STEVEN BENNETT
Organization Code:      Santa Clara          4529 VIRIO COMMON
Pay Frequency:          Biweekly             FREMONT, CA  94536-6455
FLEX Earnings:          $   32,190
```