IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) Jointly Administrated |
| Debtors. | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:    Feb. 12, 2013 at 10 a.m. |
| | ) RE:    D.I. # 8067 |

## OWENBY'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Danny L. Owenby (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Danny L. Owenby respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. Nortel extended to me a total compensation package that was comprised of salary and benefits. I relied heavily upon Nortel delivering on <u>both</u> per their communications.

2. I worked as a Lead Installation Supervisor in the Global Operations division in Richardson, Texas and Atlanta, Georgia, depending on the customer. I was the Lead Installation Supervisor for the AT&T accounts both local and long distance telephone systems being installed. This was a very specialized task, and I was personally requested by the AT&T engineering group to supervise installation of their switching systems. I was also the Lead Installation Supervisor for several independent telephone companies at their request: Cox Cable, Intermediate Communications, Deltacom Communication, Williams Communications and others. The AT&T accounts were controlled out of Richardon Texas and the independent companies were controlled from Atlanta GA. Therefore, I had offices in both locations and spent many weekends traveling when I was scheduled to be home.

3. I received much recognition from Nortel for these efforts. I required perfection from myself and all the employees under my supervision..

4. I was awarded recognition in the form of cash, bonuses, stock options, salary increases; I was ranked in the top 1% of all employees in the entire Global Solutions Group..

5. In August 2001, I was leaving a job site in Ocala, Florida, starting on my vacation, when my motorcycle was hit by a car. The accident was not charged to me. Immediately upon impact, my left leg was crushed and my left ankle was cut off. As time went on, more medical problems developed: I lost my left leg below the knee due to blood poisoning; I had two back surgeries, and my kidneys shut down due to medications. There were other health issues, but by this time Prudential had placed me on LTD.

## **RELIEF REQUESTED**

6. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## **BASIS FOR RELIEF**

8. I understood through communication with Nortel over the years that I had a medical insurance as well as income continuance to age 65.

9. Prudential references the LTD Plan as a "contract". Therefore, all LTD employees should consider our agreement as a binding contract and receive all benefits listed in the contract.

10. Once I was on LTD, both Nortel Human Resources and Prudential representatives communicated that my disability benefits would continue to age 65.

11. Language across the LTD Summary Plan Descriptions (SPD) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD; it is not equitable for me to be adversely penalized for miscues that the document author, Nortel, owns.

12. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors.

13. For Nortel, this is just another business transaction. For the LTD group, it is a matter of survival. We were the people sweating every day: missing our children's plays and school activities to work through the weekends to complete a job on time. We all deserve what we now have to fight for, what by contract is already ours.

## NOTICE

Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Danny L. Owenby respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Danny L. Owenby respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Danny L. Owenby.

Dated: October 19, 2012

*Danny L. Owenby*
Mr. Danny L. Owenby
2136 Sapelo Ct.
Fernandina Beach FL 32034
Telephone: 904-277-6788
Facsimile: N/A
Email: ddano2005@aol.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 8067** |

### ORDER GRANTING OWENBY'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.