## EXHIBITS

A – Medical Leave of Absence Process.

B – Prudential Eligibility for LTD

C – Prudential Monthly Pay Stub

D – Nortel Flex Benefit Package for 2012

Issued: Jan 1, 1997
Modified: Jan 12, 2006
Validated: Jan 12, 2006

# U.S. - LEAVES OF ABSENCE

# Medical Leave of Absence Process

EXHIBIT A

**Contents**

- Introduction
- Eligibility
- Duration
- STD Process
- STD/LTD Extension Process
- Return to Work from Leave Process
- Benefits
- Short-Term and Long-Term Disability Plan
    - Short-Term Disability (STD) Coverage
    - Long-Term Disability (LTD) Coverage
- Definitions

Gates McDonald using TOPS (Time Off Planning System), provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves. All Short-Term and Long Term Disability claim processing and monitoring is administered by The Prudential Insurance Company of America.

# Introduction

This document presents the guidelines and process information for a U.S. Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The U.S. Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

Keep in mind that the Family and Medical Leave Act of 1993 (FMLA) requires that certain employers provide to their employees up to twelve (12) weeks of unpaid leave per calendar year with job protection:

- due to the employee's own serious health condition;
- to care for a newborn, newly adopted or placed foster child;
- to care for an immediate family member or domestic partner with a serious health condition

As a result, any time an employee is away from work on an approved short-term disability leave, they are also considered to be on an approved Family Care Leave. Since the Family Care Leave runs

The process for requesting a Medical Leave of Absence is as follows:

1. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim or <u>Family Care Leave of Absence Process</u>.
2. If a Short-Term Disability, Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Medical Leave.

   **For new claims, if Prudential is unable to obtain from your physician the medical information that certifies you as being disabled within 7 days and you do not return to work, Prudential will request that you obtain and submit the required medical information. If the medical information is not provided to Prudential within 15 days, your claim will be invalidated and you will be moved to an unpaid leave of absence status. Once the required medical information is submitted and your claim is approved, your pay will be reinstated on the next available pay date. For active/approved claims, when updated medical information is requested and not received by the claims administrator within 15 days, your claim and any additional benefits will be suspended. Should this occur, your pay will be suspended and you will be responsible for repaying any outstanding overpayments that may result. If you subsequently submit additional supporting medical documentation and your claim is extended, your pay will be reinstated on the next available pay date. You must also contact Global Employee Services to make arrangements to pay your benefit premiums in order for your other benefits to continue during the unpaid leave of absence. Remember that you do not have coverage for short-term or long-term disability while you are on an unpaid leave of absence.**

    <u>Regarding instances where your pay is/was suspended due to late submission of medical documentation:</u> When your claim is approved/reinstated, you must contact the 401(k) Service Network (800-726-0026) in order to resume your contributions through payroll deductions.

3. Prudential may request additional updated medical information for each 30-day period that the leave continues, or if the circumstances described by the original or subsequent certifications change significantly, or after receiving information that is inconsistent with your previous certifications.

    4. **Failure to provide additional certification within the specified time will result in termination of the Medical Leave of Absence. If you do not return to work at that time, you will be considered to have voluntarily terminated your employment as of the date the form was due.**

5. Prudential may request an Independent Medical Evaluation (IME) to provide a second opinion at the company's expense, if the information submitted for the Medical Leave is insufficient for approval of Short-Term Disability. The objective of the IME is to obtain information from an independent source that can be used in making the decision about eligibility for Short-Term Disability. This independent evaluator will not be affiliated with or utilized by the company on a regular basis. This evaluation may be requested at any time during the period of disability.

6. At any point that your claim is denied or terminated, you will be notified of your appeal rights via a letter from Prudential.

If you are requesting Medical Leave of Absence with a Reduced Work Schedule, you must follow the requirements of the leave. In addition, this leave must be scheduled so that the disruption to Nortel operations is minimal. In this case, Nortel may assign you to an equivalent position that better accommodates the Reduced Work Schedule. The Reduced Work Schedule will consist of regularly worked hours and days, whenever possible.



Note that if you are on a full-time Medical Leave of Absence and wish to change to leave on a Reduced Work Schedule, you must contact the TOPS Leave Administrator to request another leave.

##  STD/LTD Extension Process

If you are not medically able to return to work on the indicated return to work date, you may request an extension by contacting the TOPS Leave Administrator before the indicated return to work date. **The extension must be approved by Prudential** and will be processed following the Process for the original request.



**If you do not obtain an approved extension when your Medical Leave of Absence ends and you do not return to work, you will be considered to have voluntarily terminated employment, effective the first working day following the expiration date of your leave.**

##  Return to Work from Leave Process

You must notify Prudential at least 5 days before your desired return to work date or 5 days before the return to work date indicated on the qualification letter, whichever is earlier. At that time, you must obtain from your Health Care Provider a Return to Work Statement. The statement should provide the date that you may return to work along with any restrictions or accommodations that may be required. **The Return to Work statement must be submitted to Prudential before you return to work.** Prudential will verify that you are medically able to perform the essential duties of the position to which you are reinstated, with or without accommodations. If Prudential determines that you are medically able to return to work, they will inform your manager of the need for any job-related restrictions and will advise you as to whether or not your manager can accommodate those restrictions. You must also call the TOPS Leave Administrator at 877-664-8677 to report your "Actual Return to Work Date" so that your Family Care Leave is properly closed. On the day you return to work, your manager must call Global Employee Services @ 1-800 676-4636 or ESN 352-4636 and report your return to work date to ensure pay is returned to active employee status.



**After confirmation of your return to work, Prudential will notify Global Employee Services so you are returned to *active* status.**

Remember that Family Care Leave runs concurrent to your STD leave, If your combined period of Short-Term Disability and Family Care Leave period(s) totaled 12 weeks or less in a calendar year and, in the case of the Family Care Leave, you have worked 1250 hours in the 12 months before the leave began, you will be placed in your same position, an equivalent position or any position for which you are qualified, depending on availability. If no position is available, you will be terminated.

Reinstatement to employment is not required if your position has been eliminated or if your leave was obtained fraudulently. If the applicable state law requires reinstatement following longer period of absence or contains less stringent eligibility requirements, Nortel will comply with the state law.

If your leave has been longer than 12 weeks, you may be placed in any available position for which you are qualified, as determined solely by Nortel. If there are no positions available within 30 days of the time you are eligible to return to work, you will be terminated.

## Compensation & Benefits while on Medical Leave of Absence

The following benefits will continue as noted during your Medical Leave of Absence if you are eligible for these benefits under the terms and conditions of the benefit plans and if you continue to make all necessary and timely contributions for the applicable coverage. However, Nortel retains the unilateral right to change its benefit plans, including reducing or eliminating such plans, at any time; these changes will apply to employees on Medical Leave of Absence.

- **Compensation** - You will receive 100% of your pay for the first 6 weeks of your absence. During weeks 7-26 of your leave, your pay will be determined by the level of STD coverage you have chosen.

  For part-time employees, your pay for the first 6 weeks of leave is determined by the number of hours you regularly work. The number of hours you are regularly scheduled to work, based on the number of hours you averaged over the last 12 weeks preceding your disability, will be used in determining the amount of your disability benefit.

  **Note:** If at any time your STD claim is not approved, invalidated, suspended, or terminated, and you do not return to work, your pay will be suspended. You will be responsible for repaying any overpayments that may occur as a result of your unapproved absence. Global Employee Services will arrange billing of your benefit premiums in order to continue your benefit coverages until your pay is reinstated.

  If there is a conflict between this Nortel leave policy and the Country Specific Requirement No. US.017 - Pay Deductions For Time Not Worked by Exempt Employees regarding deduction or withholding of pay for time not worked by an exempt employee, the applicable provisions of the Country Specific Requirement No. US.017 will take precedence.

- **Holidays** - Any holiday that occurs during the approved short-term disability leave will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Life Insurance** - Life and accidental death and dismemberment (AD&D) insurance, including spouse and dependent coverage, continues.

- **Long-Term Investment Plan (401(k))** - If you are participating in this plan when your leave begins, you will continue as a participant during the leave. As long as you are receiving partial pay from Nortel, your contributions to the plan will continue to be deducted from your paycheck, unless you contact the Nortel Long-Term Savings Center at 1-800-726-0026 and notify them to suspend your deductions or change your contribution rate to 0% at the Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks. If you stop your contributions while you are on leave, you must contact Nortel Long-Term Savings Center at 1-800-726-0026 when you return to work in order to resume your contributions through payroll deductions or visit the

Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks.



> If you have an outstanding loan against your 401(k) plan and you are repaying this loan through payroll deductions, you may need to contact the Nortel Long-Term Savings Center to arrange to continue making loan payments. As long as you are receiving pay from Nortel, your loan payments will continue to be deducted from your paycheck. However, if your paycheck is not enough to cover the amount of the scheduled loan payments, you must contact the Nortel Long-Term Savings Center at 1-800-726-0026 to arrange to continue making the loan payments yourself. If you are going on LTD, you'll receive written notice from the Nortel Long-Term Savings Center to arrange payment of your loan.

- **Medical and Dental/Vision/Hearing Care Coverage** - Medical and dental/vision/hearing care coverage, including spouse and dependent coverage, continues.

- **Merit Increase** - If your salary is planned for a merit increase while you are on leave and you return to work during the same salary plan year, the merit increase will automatically take place when you return to work.

- **Reimbursement Accounts**- If you are participating in these accounts when your leave begins, you may choose to continue or discontinue participation during your leave. As long as you are receiving partial pay from Nortel, contributions to the accounts will continue unless you contact Global Employee Services (ESN 352-4636 or 1-800-676-4636) to suspend your deductions. If you return to work during the same calendar year and wish to resume your contributions through payroll deductions, you must call Global Employee Services.

- **Retirement Plan** - The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of leave.

- **Short-Term Disability (STD) and Long-Term Disability (LTD)** - STD and LTD coverage remain at the level of coverage you have when you begin the leave until you return to work. If you are on a Reduced Work Schedule and receiving partial pay from Nortel, STD and LTD coverage is continued during the approved leave. If at any time your status is changed to Unpaid Leave of Absence, you do not have STD or LTD coverage during the unpaid leave. Your STD and LTD coverage will be reinstated once you have returned to active work.

- **Vacation** - You will continue to accrue vacation during the leave as long as you meet the following 2 requirements:
    - You are receiving STD benefits.
    - You return to work when your leave ends.

If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of the approved LTD leave.

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose

supplemental coverage for STD and LTD.

To ensure you understand all details and requirements of the disability plans, read and thoroughly review the Summary Plan Description (SPD) located in the Employee Benefits and Programs folder on Services@Work.

## Plan Highlights

| *Short-Term Disability (STD)* | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 66 $^2/_3$% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |
| *Long-Term Disability (LTD)* | |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 55% of FLEX Earnings after 26 weeks of total disability | 66 $^2/_3$% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. If you are on an unpaid Leave of Absence (Family Care, Military or Personal), you are not eligible for STD benefits. This means that if you are on one of these unpaid leaves and you are injured or become ill, STD benefits would not be available to you.
- There is a 5-day waiting period which is counted in the total time away from work on Medical Leave of Absence. The 5-day waiting period counts as week 1 of the 6 weeks of STD in which you receive 100% of your FLEX earnings.
- If the leave is not approved, the first 5 days must be taken as incidental time off without pay (unpaid leave) or unused vacation time or sick days, if available in areas outlined by local attendance policy. If your 5-day waiting period is reported in one of these ways and your STD is subsequently approved, the 5-day waiting period becomes week 1 of your STD and you will receive credit for any sick or vacation days or unpaid leave that was reported.
- **In all cases, if you need to take a STD or LTD Leave of Absence, you must call TOPS Leave Administrator to initiate the process at 1-877-664-8677.**

This applies to all US employees, except employees within the state of California where state laws differ. For more information on California benefits, call Global Employee Services at ESN 352-4636 or 1-800-676-4636.

- Birth of a child - Leave taken for the birth of a child is considered a Short-Term Disability (STD) event. Once the Short-Term Disability benefits has been exhausted. Additional time can be taken under the Unpaid Family Care Leave.
- Entitlement for child birth Short-Term Disability -For a normal, vaginal delivery, you receive 6

weeks of leave (from the onset of your leave) paid at 100% of your FLEX Earnings. For a Cesarean section, you receive 6 weeks of leave (from the onset of your leave) paid at 100% of your FLEX earnings and up to 2 more weeks at 66 $^2/_3$% or 90% of your FLEX Earnings (depending on the level of STD Benefit you have chosen), upon recommendation by your Health Care Provider (see the chart below).

| Maternity Leave (STD) | | | |
|---|---|---|---|
| Type of Delivery | First 6 Weeks | Next 2 Weeks | Continued Leave |
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 66 $^2/_3$% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave* |

*Residents of California - Please see information on additional leaves available to you on Services@Work at: http://services-canada.ca.nortel.com/Livelink/livelink.exe/fetch/-13095/2246/2247/9688/1080294/Leaves%2Bof%2BAbsence%2B%252D%2BCalifornia%2BBased%2BEmployees%2BOnly?vernum=0

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:

  - You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - You will continue to be eligible for disability benefits under your current plan selections.
  - After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.

  

  **Note: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.**

- **Work Related Injury** - If you experience a work related injury and require a medical leave of absence, you must contact your local Health Services professional to initiate your Workers' Compensation claim. You must also contact TOPS within 15 days of your 1st day of absence, (see instructions above for process) to initiate your Nortel disability benefits in conjunction with your Workers' compensation claim (if you do not apply and/or get approved for Nortel disability benefits, your pay during your Workers' Compensation leave will consist solely of your Workers' Compensation payment, if approved, and your Nortel pay will be stopped). Contact information for your local Health

Professional is shown below.

| Employee Work Location | Internal Phone Number | External Phone Number |
|---|---|---|
| Alpharetta/Atlanta | ESN 268-4874 | 770-708-4874 |
| Billerica, Nashville, Rochester | ESN 222-4058 | 615-432-4058 |
| Raleigh | ESN 352-8360 | 919-992-8360 |
| Richardson | ESN 444-5947 | 972-684-5947 |
| Santa Clara | ESN 265-0412 | 408-495-0412 |
| Sunrise | ESN 228-7876 | 954-858-7876 |
| All other locations & field installers | ESN 222-4058 | 615-432-4058 |

- **Work Related Injury (Workers' Compensation) or Social Security Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible. You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.

## Long-Term Disability (LTD) Benefits

 **If you are a newly hired Employee, you will not be covered if Total Disability occurs within 12 months after coverage is effective and if the disability is caused or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on an unpaid leave of absence/sickness (not to exceed 1 year) until **one of the following** occurs:

    1. Your long-term disability (LTD) coverage is approved.
    2. You return to work.
    3. You terminate from the company.

    LTD benefits will provide you with either 55% or 66 $\frac{2}{3}$% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

    **You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.**

- **Duration of Benefits** - LTD benefits are payable as long as clinical evidence supports total disability up to age 65 or for the <u>Maximum Benefit Period</u> if you are age 60 or over.

- **Holidays** - Any holiday that occurs during the LTD will be treated as any other day, and you will be compensated according to the LTD benefit level you chose.

- **FLEX Benefits Enrollment** Enrollment - If you are on LTD during an annual FLEX Benefits enrollment period, you are not eligible to enroll in STD or change your current LTD selection. In addition, the following provisions apply:
    - You may change your Medical coverage, Dental/Vision/Hearing Care coverage and Dependent Life Insurance selections.
    - You continue to be eligible for LTD benefits under your current plan selection.
    - you have returned to active work for 30 consecutive days, you may change your enrollment selections, because this is considered a Status Change.

    **NOTE: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum LTD benefit) you will have no STD or LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.**

 **Any employee who engages in work anywhere for pay or profit during an approved Medical Leave of Absence will be considered to have voluntarily terminated employment with Nortel, and the Medical Leave will automatically end.**

## Definitions

- **Benefits**- The benefits, if any, as specified in the Nortel Group Benefits Plan that are in effect when the Medical Leave of Absence begins.

- **Diability**- You are considered Totally Disabled for STD and LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

- **Equivalent Position** - A position having equivalent pay, benefits and working conditions and involving the same or substantially similar duties and responsibilities as the job that the eligible employee held just prior to the beginning of the Medical Leave of Absence.

- **Health Care Provider** Provider - A doctor of medicine or osteopathy authorized to practice medicine or surgery in the state where the practice occurs, or any other person capable of providing health care services as determined by the Secretary of the Department of Labor. The latter includes:
    - podiatrists
    - dentists
    - clinical psychologists
    - optometrists
    - o chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist)
    - o nurse practitioners and nurse-midwives who are authorized to practice in the state and who are performing within the scope of their practice as defined by state law
    - o Christian Science practitioners listed with the First Church of Christ, Scientist, in Boston, MA.

- **Maximum Benefit Period** - The maximum length of time benefits will be paid, depending on your age when your Total Disability begins, according to the following schedule:

    | *If your disability begins at age:* | *LTD benefits will continue no longer than:* |
    |---|---|
    | under 60 | to age 65 |
    | 60 | 60 months |
    | 61 | 48 months |
    | 62 | 42 months |
    | 63 | 36 months |
    | 64 | 30 months |
    | 65 | 24 months |
    | 66 | 21 months |
    | 67 | 18 months |
    | 68 | 15 months |
    | 69 to 74 | 12 months |
    | 75 or over | 6 months |

- **Prudential Insurance Company of America** - The claims administrator for all short-term (including child birth) and long-term disability leaves. Prudential is responsible for approving and monitoring your STD and LTD leave, as well as providing medical clearance prior to your return to work.

- **The TOPS Leave Administrator - provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves.** Since all Short-Term Disability (STD) leaves are considered part of the leave under the Family and Medical Leave Act, you must first request your leave through the TOPS Leave Administrator, for completing your application for the short-term disability leave. TOPS Leave Administrator communicates all Short Term Disability applications to Prudential to process/approve the claim. At the conclusion of your leave, you must also report your 'Actual Return to Work Date' to the TOPS Leave Administrator in order to close your Family Care Leave and STD absence.

- **Reduced Work Schedule Leave** - A type of Medical Leave of Absence that involves, when medically necessary, a reduction in the number of an employee's usual work hours. The Reduced Work Schedule consists of regularly scheduled work hours and days whenever possible.

- **Serious Health Condition** - An illness, injury, impairment, or physical or mental condition that:
    - affects the eligible employee's health to the extent that the employee is unable to perform the essential functions of his/her job or any job **and**
    - requires inpatient care and/or continuing treatment by or under the supervision of a Health Care Provider.

**Examples of Serious Health Conditions** include but are not limited to the following:
- heart attacks
- heart conditions requiring heart bypass or valve operations
- most cancers
- back conditions requiring extensive therapy or surgical requirements
- strokes
- severe respiratory conditions
- spinal injuries
- appendicitis
- pneumonia
- emphysema
- severe arthritis
- severe nervous disorders
- injuries caused by serious accidents on or off the job
- severe morning sickness
- the need for prenatal care
- childbirth
- recovery from childbirth

Claims Services Provided by

**The Prudential Insurance Company of America**

**Lashondrea Tucker**
Disability Claims Manager II

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 8579
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

January 24, 2002

Danny L Owenby
2136 Sapelo Ct
Fernandina, FL 32034

Claimant: Danny L Owenby
Control #/Br: 39900 / 000TB
Claim #: 1044916
Social Security #: 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
Date of Birth: 06/23/1950

Dear Mr. Owenby:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that you are eligible for benefits effective February 01, 2002.

In order to receive benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

> You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.
>
> After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $5,416.68 |
| Scheduled LTD Benefit (70.00%) | $3,791.68 |
| Less Any Social Security Benefits | $0.00 |
| Adjusted Benefit | $3,791.68 |

EXHIBIT B (pg 1)

Under the Nortel Networks, Inc. Group LTD Policy, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB application process.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. Enclosed is a reimbursement agreement. Please sign it and send it in the self stamped envelope enclosed for your convenience.

In addition, we will follow up with you and your physcians for medical udpates regarding your prognosis and return to work plans.

If you have any questions, please contact me at (800) 842-1718, extension 8579.

Sincerely,

*Lashondrea Tucker*

Lashondrea Tucker
Disability Claims Manager II

cc:   Nortel Networks , Joan Buskin

Exhibit B (pg 2)

If you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA    PA   19176
800-842-1718

Date: February 23, 2012

CNTRL# 0039900
CLAIM# 10449116
ID# XXX-XX-0013



BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   DANNY L OWENBY

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 3,791.68 | 02/01/2012 | 02/29/2012 |
| - SSDB | 2,075.90 | BENEFIT AMOUNT | 3,791.68 |
| - Voluntary FIT | 100.00 | LESS OFFSET | 2,075.90 |
| - Medical | 404.86 | ADD'L BENEFITS | 0.00 |
| - Dental | 72.04 | | 1,715.78 |
| - Mandatory FIT W4 | 40.74 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 1 | 6.80 | | 1,715.78 |
| - Free Form 2 | 1.19 | LESS DEDUCTIONS | 737.86 |
| - Free Form 3 | 3.90 | | |
| - Free Form 4 | 108.33 | AMOUNT PAYABLE | 977.92 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.



EXHIBIT C

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Danny Owenby |
| Global ID: | 0509662 |
| Date of Birth: | 06/23/1950 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 65000.00 |
| Events | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE & Family | $ 186.86 | $4,858.36 | 12,073.62 |
| Spousal/DP Access Fee* | | $ 50.00 | $ 1300.00 | $ 0.00 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Family | $ 33.25 | $ 864.50 | $1,821.56 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 424.58 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 5.75 | $ 149.50 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 275.86 | $7,172.36 | 14,319.76 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 101.40 |
| **Optional Employee Life Insurance** | | | |
| 3x Benefits Earnings Smoker | $ 40.50 | $1,053.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 3.14 | $ 81.64 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 3x Benefits Earnings Family | $ 1.80 | $ 46.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 45.99 | $1,195.74 | $ 101.40 |

* Spousal/Qualifed DP access fee will be after tax.

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

EXHIBIT D