IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administrated<br><br>**Objection Deadline: Oct. 25, 2012 at 10 a.m.**<br>**Hearing Date:    Feb. 13, 2012 at 10 a.m.**<br>**RE:              D.I. # 8067 ?** |

### OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Adella Venneman (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees .In support of this Objection, Adella Venneman respectfully represents as follows:

## BACKGROUND

1. I worked for Nortel from 1984 through 1999 when I became disabled.

2. I paid the extra amount to increase the STD and LTD percentages.

3. The plan documents stated I would receive LTD benefits through age 65.

4. I kept my end of the contract. Nortel needs to keep theirs.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## RELIEF REQUESTED

5. I request that Nortel not be allowed to terminate my benefits or employment or, if they are terminated, that Nortel be required to pay the cumulative value of my benefits (LTD payments, medical benefits, life insurance, etc.) through age 65 and my vested retirement benefits after age 65. Note that the cumulative value of medical benefits and life insurance should include replacement cost of individual private coverage for a person with a preexisting incurable condition.

6.

**Name: Adella Venneman**

**Address: 5269 Rio Grande Drive, San Jose, CA 95136**

**Phone #: (408) 717-8373**

**Signature:** *Adella Venneman*