## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
|  | ) |
| Debtors. | ) Jointly Administrated |
|  | ) |
|  | ) **Objection Deadline: Oct. 25, 2012 at 10 a.m.** |
|  | ) **Hearing Date:        Feb. 12, 2013 at 10 a.m.** |
|  | ) **RE:                D.I. # 8067** |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**

I started at Northern Telecom/Nortel 11/27/79 and worked almost 10 years, and when I had to leave (because of my disability) Nortel promised me salary and benefits in return for my services. LTD coverage to 65, should I ever become totally disabled, this was one of those benefits. I relied on that being there.  I have asked for information in my file, and have not received it, as of yet showing the papers that I signed showing this.

Once I became totally disabled and Prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65. This is what I count on because I am unable to work, and this is what I was told I could always count on.

I ask the Court **NOT** allow Nortel to terminate my LTD benefits. These benefits are vested once I became disabled. The personal impact on medical and income loss would be horrendous. Because of my disability, it is extremely difficult to acquire new insurances; such as dental, life, and especially medical, due to my chronic muscle disease.  Also because I rely so much on family and friends, this would also be another burden on them.

**Name:**     **Jane Neumann**
**Address:**  **11730 Co Road 24  Watertown, MN  55388**
**Phone #:**  **952-955-2334**

**Signature:**  *Jane Neumann*

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**    Jane F Neumann

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**    0205753

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**    December 21, 1989

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**

| | |
|---|---|
| Years | 52 |
| Months | 0 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 624 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 156 |

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**    $  21,528.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...    $  861.12    $  11,194.56

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

| | | | |
|---|---|---|---|
| SEVERANCE PERIOD | 36 | | |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $  414.00 | $ | 14,904.00 |

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**

| | | | |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $  1,255.80 | $ | 195,904.80 |
| SSDI MONTHLY OFFSET | $  733.00 | $ | 114,348.00 |
| Medicare Part B Reimbursement Per LTD Plan | $  110.50 | $ | 17,238.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $  633.30 | $ | 98,794.80 |

**Estimates On What Replacement Coverage Would Cost You**

| | | | |
|---|---|---|---|
| MEDICAL CARE | $  5,571.24 | $ | 72,426.12 |
| SUBSIDIZED PRESCRIPTION PLAN | $  5,000.00 | $ | 65,000.00 |
| DENTAL/VISION/HEARING CARE | $  900.36 | $ | 11,704.68 |
| CORE EMPLOYEE LIFE INSURANCE | $  1,500.00 | $ | 19,500.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $  300.00 | $ | 3,900.00 |

**CLAIM GRAND TOTAL**    $  **297,424.16**

Page 1