IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *IN RE:* | ) | |
| | ) | |
| **NORTEL NETWORKS, INC., et. al.** | ) | **CHAPTER 11** |
| | ) | |
| | ) | **CASE NO. 09-10138 (KG)** |
| **DEBTORS.** | ) | **Jointly Administered** |
| | ) | |

## RESPONSE OF GLORIA BENSON
## TO LTD TERMINATION MOTION

1. I am an employee of Nortel who has received long term disability benefits since 1999. I have received many documents over the past few weeks that are very difficult to understand. I do not want my long term disability benefits terminated, so I'm filing this response.

2. I received an Amended Scheduling Order signed October 17, 2012, which on page 3, stated a response needed to be filed on October 25, 2012. I also received a notice from the court on October 15, 2012, that I had until October 15, 2012, to serve discovery on Nortel. I can not figure out how anybody in my position, particularly a person on disability, can understand this paperwork or know where to find information pertaining to them.

3. I have been on long term disability benefits since 1999. I am 57 years of age. The only other income I have is Social Security disability of $1800.00 a month. Nortel wants to terminate my disability benefit of $3,452.17 and other benefits.

4. Nortel says its long term disability plan allows it to terminate my benefits, but there is no copy of the plan. I think it is important for me to have a copy of the plan when I was awarded benefits in 1999 to see what it says.

5. The last time Nortel tried to terminate my benefits, I filed an objection on July 6, 2010. In that objection I asked for the 1999 plan, but did not get a copy of it, even though they sent me other documents. I also asked about the severance mentioned in a June 28, 2012, letter. I have attached a copy of this letter. On page 3, it says there is a severance period of 39 weeks. I have no idea what this means. In the latest motion to terminate, is Nortel proposing I get severance, and if so, how much? I don't think there is anything said about severance in the LTD Termination Motion.

6. Since I have been receiving benefits since 1999, I think I have a right to have my benefits continue. Nortel can not now change its mind.

7. I don't know what assets Nortel has. Nortel states an estimated cost to pay benefits, but does not tell what assets there are to pay the benefits.

8.  Nortel does not tell me if there is some kind of plan for reorganization and how stopping my benefits fits into a plan. I can't tell what is getting paid instead of my benefits. Am I a creditor if Nortel is able to terminate my benefits, and if so, how do I proceed?

9.  I don't know if Nortel is the administrator of my long term disability plan. Doesn't the administrator have a duty to help me?

10. I don't understand why Nortel is saying that it can now terminate my employment and then stop my benefits. Nortel knows that I have been unable to work since 1999.

11. I also don't understand what Nortel says about my pension benefits. When I reach a certain age, I'm entitled to a pension.

12. I feel like Nortel is taking advantage of us who are on disability and trying to do so without giving us the ability to have representation and understand what is going on. This is very confusing. This is a miscarriage of justice.

13. I don't understand the role of the Long Term Disability Committee. Can't they help me? They are better able to represent me and present legal arguments. If it presents legal arguments, I'd like its arguments to apply to me.

14. Because of my disability, I'm unable to travel to Delaware. I hope the court will not grant this motion or allow Nortel to terminate my benefits.

15. Again, I'd like to have a copy of my 1999 plan.

Sincerely

*[signature]*
GLORIA BENSON

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Gloria Benson

Employee Number: 0192895

Continuous Service Date: 1976/02/05

Severance Eligibility Date: 1976/02/05

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/05/31

Employee Home Address:

1824 WILSON PIKE
BRENTWOOD
TN     37027

Severance Period (for employees with at least 6 months of service): 39
(Number of Weeks to Commence Following Termination Date)

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/OC2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636