## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline:** Oct. 25, 2012 at 10:00 a.m |
| | ) | **Hearing Date:**        Feb. 13, 2013 at 10:00 a.m. |
| | ) | **RE:**                          D.I. #8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. 88 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Robert Dale Dover (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection"). In support of this Objection, Robert Dale Dover respectfully represents as follows:

### BACKGROUND

1. I am 62 years old. In 1974, I joined Sycor Inc., a company that was subsequently purchased by *Nortel* in 1976. My career with *Nortel* was in *Research and Development* as a software designer, manager, and a consultant to Sales. Together with two other employees, I was granted a patent from the United States Patent Office (#5,937,345 "Method and Apparatus for Intercepting Calls in a Communications System"). I devoted myself to the needs of *Nortel*, often sacrificing time with my family. My devotion was recognized with consistently favorable reviews every year.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2. I became disabled in 2007 due to eyesight failure and subsequent kidney failure, both due to diabetes. At this point, I applied for, and was granted, disability status by the Social Security Administration (SSA). I was placed on dialysis until I received a kidney transplant in July 2008. The transplant was initially viewed successful and I was discharged five days after the operation. Two days later, however, I was re-admitted due to errors made during the operation. This resulted in an eight week hospitalization and three months of home health care. Both my doctors and the SSA still consider me disabled.

3. My father died at age 41 from a heart attack. The financial impact his death had on our family made me very sensitive to planning for my own family. To that end, I selected disability, life, and AD&D insurance each year. In addition, I took full advantage of Nortel's program of matching funds with my 401k contributions.

4. My 401k was very strong until 2000 when the share price of Nortel stock dropped from $88(US) to fractions of a cent due to the accounting fraud committed by its CEO, CFO, and other executives to increase their bonuses. As a result, Nortel went from market and technology leader to bankruptcy. Believing in its strength and technology, I had invested heavily in Nortel. When the accounting irregularities were uncovered, all 401k transactions involving Nortel stock were frozen. When the freeze was lifted, Nortel share price had fallen below $24 (US). I decided to continue my investment in Nortel, still believing in its resilience. As a result, the value of my 401k is a fraction of its 2000 value.

5. The Merriam-Webster online dictionary defines "insurance" as *coverage by contract whereby one party undertakes to indemnify or guarantee another against loss by a specified contingency or peril*. It was not until after I became disabled that I became aware Nortel's guarantee was conditional. I had understood the disability, life, and AD&D insurance to be actual insurance policies Nortel had purchased, along with my contribution, from actual insurance companies. This was the case when I worked for Sycor. When Sycor was purchased by Nortel, these benefits were "grandfathered" with us. If I had known these benefits were no longer actual insurance, I would have made other plans. Since becoming disabled, I've attempted to acquire life insurance from State Farm. They decided I was uninsurable, though I've been a customer for over 38 years.

6. In addition to the income supplement provided by Nortel's Disability insurance, I rely on Nortel's Health Insurance for the care and medications I require. As a transplant recipient, my disease is not one where you can become "fully recovered". Periodic tests are required to confirm the transplanted kidney is functioning well and not being rejected. I'm required to take ten (10) medications, some twice daily and additional over-the-counter medicines to suppress my immune system and treat my other conditions. Some of these are very expensive. As a result, pre-transplant counseling is given so that the recipient is made fully aware of the costs beyond the immediate transplant operation. Having a good health insurance policy was one of the reasons I pursued a transplant.

## RELIEF REQUESTED

7. Reject the Debtors' Motion to Terminate LTD plans until Robert Dale Dover reaches age 65 or provide compensation due to the loss of Nortel's promised benefits (insurance, income payments and welfare payments, as outlined in various Summary Plan Documents) to be awarded as detailed in the "Proof of Claim". (Exhibit A)

8. My Total Claim is **$329,046.59**, which is a projection to age 65 for LTD benefits, welfare benefits beyond age 65 (per the retiree plan, for which I qualify), and severance benefits (Exhibit A).

## BASIS FOR RELIEF

9. Nortel has represented (through employee handbooks and Summary Plan documents) that LTD benefits are insured through a Group Policy and would continue until age 65. In addition to the core LTD benefit of 50% of salary, I purchased expanded coverage to provide for 66.67% of salary. The Employee Cost for this coverage represented on the Nortel Benefits Confirmation Statement appears to be a premium. In no manner is this "Employee Cost" identified as an employee contribution to the LTD trust fund. Please refer to Exhibits B and C for specifics for 2008, the 1st year of my disability, and for 2012.

10. Life insurance (employee and dependant) and Accidental Death and Dismemberment Insurance programs are described as "…underwritten by The Prudential Insurance Company of America" in the Flex Benefits Plan Summary (Exhibit D). Once again, as with LTD coverage, I elected additional life insurance coverage for myself and my wife.

11. Transplant recipients have special needs. For the rest of his life, a recipient is required to follow a strict medication regimen to suppress the autoimmune system and be tested periodically to ascertain the health of the transplanted kidney. My prescription medications have an annual retail cost of $22,824 (per Medicare, see Exhibits E and F).. With my current Nortel health insurance via Cigna, my copayment total for 2011 was $1133.38 (copayments for my wife in 2011 were $1578.44). Doctors and laboratory fees further increase our medical costs. Uninterrupted medical health insurance is not an option for me.

12. In Nortel's Benefit Plan Summaries, it failed to define "self-funded" or "self-insured" but felt it necessary to define "doctor" and "hire date". Nortel also failed to identify the risks to employees due to self-insured and self-funded benefits. See Exhibit G.

13. I devoted 33 years to Nortel. It is well within the Debtors' means to meet their contractual obligations to myself and all the LTD employees who generated the assets they possess.

## **EXHIBITS**

A – Exhibit A - Proof Of Claim
B - 2008 Nortel Benefits Confirmation Statement
C - 2012 Nortel Benefits Enrollment Worksheet from Nortel files
D – 2008 Flex Benefits Life Insurance Description
E – Medicare Plan Finder Drug List (online from medicare.gov)
F – Medicare Plan Finder Search Results (online from medicare.gov)
G – 2008 Flex Enrollment Guide, Consumer Tips

## NOTICE

Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system.   Robert Dale Dover respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE,** Robert Dale Dover respectfully requests the entry of an Order, in the form attached, specifying that Health Insurance and LTD benefits continue until age 65 and other welfare benefits continue thereafter per the retiree plan for which I qualify.

Dated:  10/22/2012

Robert Dale Dover
2509 Quail Ridge Rd.
Melissa, TX 75454
Telephone:  972*898*0996
Facsimile:  NA
Email:  bob_dover@yahoo.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. _____** |

### ORDER GRANTING MOTION FOR Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors Long-Term Disability Plan and the employment of the LTD Employees

Upon consideration of the *Motion for OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. 88 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES* (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

ORDERED that Debtors provide an allowed claim in the amount of $329,046.59,

ORDERED that Nortel continue to pay benefits to Robert Dale Dover until they close their bankruptcy case.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: _____, 2012
         Wilmington, Delaware

                                    _____
                                    HONORABLE KEVIN GROSS
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

Exhibit "A"

| NORTEL NETWORKS CLAIM FOR | Date of birth | LTD DATE | POC or today's date | | |
|---|---|---|---|---|---|
| Robert Dale Dover | 1/25/1950 | 11/24/2007 | 10/14/2012 | | |
| GLOBAL ID | 1547332 | | | | |
| EMPLOYEMENT START DATE | 12/2/1974 | | | | |
| YOUR ANNUAL SALARY | $ 98,530.00 | | | | Gender: 1-Male, 2-Female  1 |
| marital status Married or Single | Married | #under 18 dep | 0 | | number of dependents UNDER 18  0 |
| Dependents over 18 at home/dorm and under 26 | | | | | NO DEPENDENTS AGE8-26 |
| Did you have a 401k before 12/31/2007 and signed up for CARP ? Y/N | | | y | | Capital Accum. & Retirement Prog. |
| what % did you sign for 2,4 or ? | 4 | | | | |
| AGE IN MONTHS | 752 TO AGE 65 | | | 28 MONTHS | |
| If on work comp # of payments left | 0 | | | | |
| MONTHLY SICK PAY FROM PRUDENTIAL | $ 5,473.91 | * minus - | $ 153,269.48 | | Monthly sick pay from pay stub |
| ENTER SSDI MONTHLY OFFSET | $ 2,184.00 | * plus + | $ 61,152.00 | | ssdi offset from pay stub |
| Medicare B reimbersement | $ 96.40 | * minus - | $ 2,699.20 | | medicare B premium |
| workcomp/settlement. payment * | $ - | * minus - | $ - | | |
| workcomp. Medical payment * | $ - | * minus - | $ - | | |
| Dependents SSDI offset | | * minus - | $ - | | |
| NET PAY | $ 3,386.31 | | $ 94,816.68 | | |

ENTER EMPLOYER'S YEARLY AMOUNT FROM FLEX BENEFIT CONFIRMATION STATEMENT

Calculation column

| | | | | |
|---|---|---|---|---|
| MEDICAL INS. | $ 4,400.00 | $ 10,266.67 | | Medical Ins, Employer's yearly amt |
| Annual Medicine Co-Pay | $ 2,711.82 | $ 6,327.58 | | Per Medco Pharm 2011 Claims Stmt |
| DENTAL/VISION PREMIUM | $ 720.00 | $ 1,680.00 | | Dental/vision Employers yearly amt |
| CORE LIFE INS. PREMIUM | $ 134.16 | $ 313.04 | | Yearly employer cost |
| OPTIONAL LIFE INS. | $ 907.14 | $ 2,116.66 | | |
| A D&D INS. PREMIUM | $ 56.68 | $ 132.25 | | |
| Dependent medical | $ - | $ - | | |
| dependent dental/vision | $ - | $ - | 0 | |
| COLA- LTD f > 6/30/1994 and < 1/1/2000 increase if applicable 60% of 6 % (CPI) | $ - | 6/30/1994 $ - | | |

# Exhibit "A"

| | | | |
|---|---|---|---|
| % OF SALARY TO 401K CARP program | $ 3,941.20 | $ 9,196.13 | automatically calculated |
| SEVERANCE WEEKS | 42 | | |
| SEVERANCE PAY IN WEEKS (calculated) | $ 1,894.81 | $ 79,266.12 | Severance pay: years of service + 6 / automatically calculated |
| LIFE EXPECTENCY FOR US FROM U.N. CENSUS | MALE | 75.5 YEARS | |
| RETIREE BENEFITS IN MONTHS ESTIMATES FROM mutual of omaha | | | |
| Monthly Medical Premiums until 65 | $ 1,118.00 | $ 31,304.00 | Med/Dent/Vis Cigna $3000 deduct. |
| MEDICAL MULTPLIER(EXPT.YRS-65) | $ 179.09 | $ 22,565.34 | Medicare A&B, Cigna Rx Plan Two |
| Estimated Annual Medicine Co-Pay | | $ 28,474.11 | 2011 Medco Pharm co-pays |
| LIFE INS. MULTPLIER(EXPT.YRS-65) | $ 114.00 | $ 14,364.00 | $100,000 term life for 20 years |
| LONG TERM CARE MULTP(EXPT.YRS-65) | $ 224.00 | $ 28,224.00 | $5000/mo for life aft medicare stops (90/100 days) |
| CLAIM GRAND TOTAL | | $ 329,046.59 | |



# NORTEL

## United States Benefits
## Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2009.  These selections remain in effect through 12/31/2009 unless your eligibility changes or you make changes due to a Status Change.  If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Robert Dover |
| Global ID: Date | 1547332 |
| of Birth: Pay | 01/25/1950 |
| Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 98530.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/29/2008 |
| Prepared On: | 11/24/2008 |

## Total Cost Summary

This summary is for Benefits that are already approved.  If any coverage is pending, your costs may change later when approval is received.  **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE Only | $ 25.34 | $ 658.84 | $3,476.72 |
| **Dental/Vision/Hearing Care** | | | | |
| COMP | EE Only | $ 4.39 | $ 114.14 | $ 240.50 |
| **Health Care Reimbursement Account** | | | | |
| **Dependent Care Reimbursement** | | $ 0.00 | $ 0.00 | |
| | | $ 0.00 | $ 0.00 | |
| **Short-Term Disability** | | | | |
| Raise-90%of Coverage Amt.Shown | | $ 6.06 | $ 157.56 | $ 0.00 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 4.17 | $ 108.42 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 39.96 | $1,038.96 | $3,717.22 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 65.26 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $ 24.86 | $ 646.36 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 2x Benefits Earnings Single | $ 1.01 | $ 26.26 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 25.87 | $ 672.62 | $ 65.26 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

Exhibit "C"



# NØRTEL

**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

Name:                  Robert Dover
Global ID:             1547332
Date of Birth:         01/25/1950
Pay Frequency:         US Bi-weekly
Benefits Earnings:     $ 98530.00
Event:                 Annual Enrollment
Prepared On:           11/01/2011



Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Cigna Medical | $ 25.66 | $ 0.00 | $ 76.17 | $ 0.00 |
| * 90/70 PPO, Cigna Medical | $ 41.88 | $ 0.00 | * $ 121.13 | $ 0.00 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 121.13 (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere?        ___ yes  ✗ no  NO
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $ 121.13 (b)

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| * Dental/Vision/Hearing,  Comp | $ 5.43 | $ 0.00 | * $ 11.11 | $ 0.00 |
| Dental/Vision/Hearing,  Plus | $ 10.93 | $ 0.00 | $ 22.16 | $ 0.00 |
| Dental/Vision/Hearing,  Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 11.11 (c)

**Health Care Reimbursement Account**                    Minimum    Maximum

Annual Contribution: 0 (d)

Plan not available in 2011

**Dependent Care Reimbursement Account**                 Minimum    Maximum

Annual Contribution: $ 0 (e)

Plan not available in 2011

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.                $ 134.24 (f)

Exhibit "C"

| Robert Dover | 1547332 | 11/01/2011 | Page 2 |

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.                                    $ _0_ (g)

### Long Term Disability

$ _N/A_ (h)

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

| 50,000 Core Life Insurance | $ 0.00 |
| * 1x Benefits Earnings | $ 0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $ 18.69 | $ 20.56 |
| * 2x Benefits Earnings | * $ 37.38 | $ 41.12 |
| 3x Benefits Earnings | $ 55.88 | $ 61.48 |
| 4x Benefits Earnings | $ 74.56 | $ 82.04 |
| 5x Benefits Earnings | $ 93.06 | $ 102.39 |
| No Optional Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.                         $ 37.38 (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| No Coverage | $ 0.00 |
| $10,000 | $ 1.26 |
| * $25,000 | $ 3.14 |
| $50,000 | $ 6.28 |
| $75,000 | $ 9.42 |
| ($100,000) | $ 12.55 |

bts
Rec'd an
Approval Letter
for $ 100,000 - Summer 2011 on Debra                     $ 12.55 (j)

---

**Page 2 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.                  $ 49.93 (k)

Exhibit "C"

## AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance - Child(ren)**
Cost shown is the total for all Child(ren). Age limits may apply.

| | |
|---|---|
| *  No Coverage | $  0.00 |
| $5,000 Per Child | $  0.18 |
| $10,000 Per Child | $  0.36 |
| $15,000 Per Child | $  0.55 |

$ _O_ (l)

| Accidental Death and Dismemberment | You Only | You & Family |
|---|---|---|
| 1x Benefits Earnings | $  0.50 | $  0.91 |
| *  2x Benefits Earnings | *  $  1.01 | $  1.83 |
| 3x Benefits Earnings | $  1.50 | $  2.73 |
| 4x Benefits Earnings | $  2.01 | $  3.65 |
| 5x Benefits Earnings | $  2.50 | $  4.55 |
| No Optional AD&D Coverage | $  0.00 | $  0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ 1.83 (m)



**Page 3 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ 1.83 (n)

**Effect on Your Pay**

Enter the total cost per-pay-period of your selections here:

$ 1.83 (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records. If you complete your enrollment using the Employee Self Service Enrollment Tool, please print your confirmation statement.

| Robert Dover | 1547332 | 11/01/2011 | Page 4 |

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-876-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| __Add __Delete __Change | Debra Dover | Redacted -- Personal Information | Spouse | F | 06-17-1953 |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |
| __Add __Delete __Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-876-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Robert Dover
2509 Quail Ridge Road

Melissa, TX 75454

## Employee Group Term Life Insurance

**New for 2008! Life Insurance and AD&D Available for Domestic Partners**

Starting with the 2008 plan year, you will be able to purchase Dependent Life Insurance and AD&D for your domestic partner and domestic partner's children.

The Company provides you with core employee group term life insurance benefits – no cost – to help cover your family's financial needs if something should happen to ┊ This insurance is underwritten by The Prudential Insurance Company of America a┊ provides coverage equal to one times your **FLEX Earnings** up to $1 million.

You also have the choice to select:

* Optional employee group term life insurance,
* Optional dependent group term life insurance,
* Optional accidental death and dismemberment (AD&D) insurance.

**Beneficiary Information is Required!** You must designate a beneficiary for your life insurance. If you have not yet designated a beneficiary or want to change your beneficiary, contact HR Shared Services to request a beneficiary form.

### Imputed Income Tax

Federal regulations require you to pay imputed income tax on the value of Comp┊ provided life insurance in excess of $50,000. To avoid this tax, you may select the $50,000 option if one times your FLEX Earnings is more than $50,000. To se┊┊┊ option, you must complete and return the Core Life Insurance Waiver. If you ┊┊ "cap" your employee life insurance at $50,000, you're not eligible to purchase ┊┊┊ life insurance.

Note: Your cost is based on your age. Costs increase significantly as you reach ┊┊┊ "milestone" age bracket: i.e., 30, 35, 40, 45, 50, etc.

**Do You Need to Change Your "Smoker Status"?**

To change your "smoker status," contact HR Shared Services anytime during the year. It's important to note that in order to change your "smoker status" from smoker to non-smoker you must have been a non-smoker for at least 12 months.

Exhibit "E"

# Medicare Plan Finder

## My Drug List

Your Name:_____

Date: **10/19/2012**

Drug List ID: **3983140928**

Password Date: **10/15/2012**

Zip Code: **75454**

Total Drugs in My Drug List: 10

| Medicine Name | Quantity | Frequency & Pharmacy | Generic Options |
|---|---|---|---|
| Atorvastatin Calcium TAB 40MG | 90 | Every 3 Months Mail Order Pharmacy | Already Generic |
| Carvedilol TAB 25MG | 270 | Every 3 Months Mail Order Pharmacy | Already Generic |
| Humalog Kwikpen INJ 100/ML | 20 X 3ML Pen (sold in a package of 5 pens) | Every 3 Months Mail Order Pharmacy | Generic Not Available |
| Lantus Solostar INJ SOLOSTAR | 25 X 3ML Pen (sold in a package of 5 pens) | Every 3 Months Mail Order Pharmacy | Generic Not Available |
| Methyldopa TAB 500MG | 270 | Every 3 Months Mail Order Pharmacy | Already Generic |
| Mycophenolate Mofetil TAB 500MG | 60 | Every 1 Month Mail Order Pharmacy | Already Generic |
| Prednisone TAB 5MG | 90 | Every 3 Months Retail Pharmacy | Already Generic |
| Prograf CAP 0.5MG | 60 | Every 1 Month Mail Order Pharmacy | Tacrolimus |
| Sulfamethoxazole-Trimethoprim TAB 400MG-80MG | 36 | Every 3 Months Mail Order Pharmacy | Already Generic (You originally entered Bactrim) |
| Zolpidem Tartrate Er TAB 12.5MG | 90 | Every 3 Months Mail Order Pharmacy | Already Generic |

# meɑicɑre.gov
The Official U.S. Government Site for Medicare

## meɑicɑre.gov

**Medicare.gov**
The Official U.S. Government Site for Medicare

## meɑicɑre.gov
The Official U.S. Government Site for Medicare

## *Your Plan Results*

Return to previous page

Your plan results are organized by plan type and are in order of lowest estimated cost. To view more plans, click View 20 or 50. Click on any plan name for details. Compare up to 3 plans by using the checkboxes and clicking Compare Plans. The costs displayed are estimates; your actual costs may vary.

You are now viewing 2013 plan data.  View 2012 plan data.

— My Current Profile    Update Search

Zip Code: 75454
Current Coverage: **Original Medicare (H0001-001-0)**
Current Subsidy: **No Extra Help** [?]
Drug List ID: **3983140928**
Password Date: **10/15/2012**

Important Coverage Information

### Symbols

⚠️ When you see this symbol near a plan name, it means that Medicare has given this plan a low summary rating for 3 years in a row. Online enrollment has been disabled for low performing plans.

🔘 Nationwide Coverage

### — Your Current Plan(s)

🗹 **Original Medicare (H0001-001-0)**
Organization: N/A

| Estimated Annual Drug Costs:[?] | Monthly Premium: [?] | Deductibles: [?] and Drug Copay [?] / Coinsurance:[?] | Health Benefits: [?] | Drug Coverage [?], Drug Restrictions[?] | Estimated Annual Health and Drug Costs:[?] | Overall Plan Rating:[?] |
|---|---|---|---|---|---|---|
| **Retail** Annual: $22,823 | Standard Part B: $99.90 | Part B Deductible: $140 | Doctor Choice: Any Doctor | N/A | $25,850 Includes $22,823 for drug costs | Not Available |
| | | | Out of Pocket Spending Limit: Not Applicable | | | |
| | | | 🔘 | | | |

### — Prescription Drug Plans

Plan Ratings

There are 32 plans in **75454** that match your preferences.    View 10 View 20 View 50

Compare Plans            **Sort Results By**    Sort

🗹 **Cigna Medicare Rx Plan Two (PDP) (S5617-192-0)**
Organization: Cigna Medicare Rx

| Estimated Annual Drug Costs:[?] | Monthly Premium: [?] | Deductibles:[?] and Drug Copay[?] / Coinsurance: [?] | Drug Coverage [?], Drug Restrictions[?] and Other Programs: | Overall Plan Rating:[?] | |
|---|---|---|---|---|---|
| **Retail** Pharmacy Status: Network Annual: $4,269 | $79.10 | Annual Drug Deductible: $0 Drug Copay/ Coinsurance: $0 - $90, 33% | All Your Drugs on Formulary: Yes | 3 out of 5 stars | Enroll |
| | | | Drug Restrictions: Yes | | |
| | | | Few Generics | | |
| **Mail Order** Annual: $4,205 | | | Lower Your Drug Costs | | |
| | | | MTM Program[?]: Yes | | |
| | | | 🔘 | | |

🗹 **MedicareRx Rewards Standard (PDP) (S5960-128-0)** ⚠️
Organization: UniCare

| Estimated Annual Drug Costs:[?] | Monthly Premium: [?] | Deductibles:[?] and Drug Copay[?] / Coinsurance: [?] | Drug Coverage [?], Drug Restrictions[?] and Other Programs: | Overall Plan Rating:[?] |
|---|---|---|---|---|

# Exhibit "G"

## Consumer Tips

The key to better and more effectively managing the rising cost of health care is for employees and the Company to work together. For its part, the Company will provide information and other resources to educate employees on how they can better manage their use of health care services. Here are a few things that you can do to begin making a difference:

- When selecting a Medical Plan option, carefully evaluate your personal situation in terms of health care needs and whether cost or level of coverage is the higher priority. If you have Internet access, use eValuator to compare the Medical Plan options available to you.

- Consider any coverage available to you and your eligible dependents through your spouse's domestic partner's employer. Use the "Compare Spouse Plan" feature on eValuator to do a direct comparison. It may be more cost-effective for you and/or your dependents to enroll in your spouse's/domestic partner's plan.

- Use lower-cost health care alternatives such as in-network providers and outpatient treatment centers whenever available and medically appropriate.

- Only use an emergency room facility when it's necessary and there are no other alternatives in your area, such as an urgent care clinic.

- If your doctor prescribes a prescription drug, always ask if a generic option is available and suitable for your needs; if not, check to see if a preferred brand-name drug is available.

- If you take maintenance medications, take advantage of the home delivery pharmacy service.

- Make sure all of your doctors are aware of everything you're taking – not only prescription drugs, but also over-the-counter medicines and dietary supplements, including vitamins.

- Review your health care provider's charges whenever you receive a doctor's bill or an explanation of benefits from the health plan to make sure they seem reasonable and the services performed are correct.

- Follow your doctor's recommendations, observe good health habits and get appropriate preventive care to help stay healthy.

- Take advantage of seminars, courses, resources, etc. offered through Nortel's and/or your Medical Plan's health management program.

