IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Nortel Networks Inc., *et al.*, The Debtors, | ) ) ) | Case No. 09-10138 (KG) |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**

**BACKGROUND**

1. I worked at Nortel as an Administrative Assistant. I went out on Long Term Disability 5/29/1992. I have had long standing severe Fibromyalgia, and Degenerative Disk Disease. I have bi-lateral Carpel Tunnel. I had surgery on my right wrist which was unsuccessful. Doctors said it would not do any good to do surgery on my left hand due to bad keloid formation. I suffered repeated bouts of Tendonitis and Bursitis. There is a long list of debilitating problems that I have with Fibromyalgia. I have depression, stress, anxiety attacks, extremely bad dry eye problems, and terrible short term memory loss.

2. Since Nortel filed for Bankruptcy I have been very scared of loosing my pay from Prudential, plus my Health, Dental, Vision, Hearing, and Prescription Insurance. Your Honor, the amount I receive from Social Security is $908.69. I only get $393.01 from Prudential. At $1,301.70 it's really hard to make ends meet. I don't know how I will survive with almost $400.00 a month less. There is no way I can afford supplemental insurance, much less long term care or life insurance. I live alone and have no children or other family that I can rely on.

3. I always felt like Nortel was a great company to work for. I was proud that I was employed by Nortel. No one would have ever thought that Nortel would go bankrupt. If I loose the pay and other benefits that Nortel provided it will be disastrous to my life.

4. Your Honor, I request that you please not allow the Debtors motion to terminate the LTD Plan, and all of my other benefits. If the plans are allowed to be terminated I request I be compensated for salary and benefits until age 65 as promised. The attached Proof Of Claim shows to the best of my ability as a disabled person an estimate of what it would cost to replace what I cannot afford to do alone.

See Attached:  Latest pay stub from Prudential
             Proof of Claim
             2011/2012 Cobra Plan

Name:  Olive Jane Stepp

Address:  470 Fairview Rd.  Asheville, NC  28803

Phone #:  828-505-1917

Signature:  *Olive J. Stepp*

Prudential Insurance Company of America  Explanation of Benefit  L (2 of 2)
Disability Claim Services Provider

if you have any questions about this claim, please contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA    PA    19176
800-842-1718

Date: September 24, 2012

CNTRL# 0039900
CLAIM# 10280792
ID# ████████

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC    27709-3010

CLAIMANT    OLIVE J STEPP

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 1,236.67 | 09/01/2012 | 09/30/2012 |
| - SSDB | 560.10 | BENEFIT AMOUNT | 1,236.67 |
| - Medical | 90.74 | LESS OFFSET | 560.10 |
| - Dental | 23.68 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT | 169.14 | | 676.57 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 676.57 |
| | | LESS DEDUCTIONS | 283.56 |
| | | AMOUNT PAYABLE | 393.01 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:    $393.01

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXXX2921 | $393.01 |

To the Accounts of:
OLIVE STEPP
470 FAIRVIEW RD
ASHEVILLE    NC    28803

This is not a Check                                              Not Negotiable

| | | |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | | Olive J. Stepp |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | | 1063899 |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | | may 29 1992 |
| WHAT IS YOUR AGE (As Of January 1, 2012) | | |
| Years | | 59 |
| Months | | 2 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2011 | | 710 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | 70 |
| YOUR ANNUAL SALARY PER YOUR 2012 FLEX BENEFITS CONFIRMATION STATEMENT | 21,200.84 | |
| IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions …. | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | | 0.00 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K … | | 0.00 |
| FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION" | | |
| SEVERANCE PERIOD | | 28 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | | 11,415.73 |
| FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. August 2012 LTD Paystub) … | | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | 1,236.67 | 86,566.90 |
| SSDI MONTHLY OFFSET | 560.10 | 39,207.00 |
| Medicare Part B Reimbursement Per LTD Plan | 110.50 | 7,735.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | 787.07 | 47,359.90 |
| Estimates On What Replacement Coverage Would Cost You | | |
| MEDICAL CARE | 464.27 | 2,708.24 |
| DENTAL/VISION/HEARING CARE | 75.03 | 437.68 |
| CORE EMPLOYEE LIFE INSURANCE | 224.00 | 1,306.67 |
| ACCIDENTAL DEATH & DISMEMBERMENT | 114.00 | 665.00 |
| CLAIM GRAND TOTAL | | 93,893.21 |

*** DISCLAIMER: This is NOT Legal Advice. This is NOT an LTD 1102 Committee activity. At the end-of-the-day, each INDIVIDUAL owns their own deliverables ***
Ladies & Gents,
Our trusty "intel" man, Bill, has found some reference material Should u wish to leverage it in the definition of your Proof of Claim; a key Exhibit within your Individual Objection to Nortel's Motion to Terminate. This first email scopes out replacement costs for medical, etc. per Cobra.
A follow-up email will provide Life (& ADB=accidential death benefit) replacement costs.
- Deb

For Information Only - Not Legal Advise

Link >>> http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/

For a current 2012 accurate estimate of your Medical cost from Group to Individual Coverage, to include in a POC calculator spreadsheet, use the COBRA rates below or in the link above. Remember to use only the current coverage that you have on your 2012 Benefits Confirmation Statement. If you have the time and can get additional individual quotes include those too if you wish.

Click on the link above if you can't read the chart below.

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child (ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |