IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

I devoted my entire professional career in service to Nortel in exchange for salary,and secure benefits. This included LTD benefits to age 65.. I am a US citizen by birth, 56 years of age and after 22+ years of continuous employment, I filed my disability claim in May of 2001 when I, with the support of my manager, concluded that I was unable to overcome disabilities resulting from a massive ischemic stroke that occurred in Jan. 1999.It was approved within 2 years by Prudential, who has paid me continuously since. My condition is left side hemiparesis, and is unchanged to date.

As a disabled American, I am aware of so-called businesses that profit from preying on the disabled and it frightens me to realize that Nortel is the most dangerous of them to me. Nortel was a huge corporation. Who will be enriched by the funds (Canadian Press Sep. 28,2012: "US$7.7Bn"} accumulated from the liquidation of Nortel's vast assets if LTD and retired employees are thrown from the lifeboat?

It is greatly disturbing to see that I must now fight for these LTD benefits in a court of law.

I, therefore, strenuously beg this court to deny the debtors motion to terminate my LTD benefits. I am currently in the process of home mortgage refinance and the loss of so much of my income will be immediately devastating, and could result in losing my home.

Respectfullt,
Patrick C. Merwin

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Name:** Patrick C. Merwin

**Address:** 206 Amberglow Pl. Cary, NC 27513

**Phone #:** 919-650-1329

**Signature:** *Patrick C. Merwin*