IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                            :
                                                            :    Chapter 11
In re                                                       :
                                                            :    Case No. 09-10138 (KG)
Nortel Networks Inc., et al.,[1]                            :
                                                            :    Jointly Administered
                    Debtors.                                :
                                                            :    RE: D.I. 8754
                                                            :
                                                            :
------------------------------------------------------------X

**CONFIDENTIAL FILED UNDER SEAL –Affidavit of Service Re: Notice of Amended Agenda of Matters Scheduled for Hearing on October 18, 2012 at 11:00 a.m. (Eastern Time) - Cancelled and Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees**

Dated:    Wilmington, Delaware
          October 19, 2012

CLEARY GOTTLIEB STEEN & HAMILTON LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                 Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)               Eric D. Schwartz (No. 3134)
One Liberty Plaza                           Ann C. Cordo (No. 4817)
New York, New York 10006                    Tamara K. Minott (No. 4817)
Telephone: (212) 225-2000                   1201 North Market Street
Facsimile: (212) 225-3999                   Wilmington, Delaware 19899-1347
                                            Phone: (302) 658-9200
*Counsel for the Debtors and Debtors in Possession*    Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4370337.1