## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | Hearing Date:  Feb. 12, 2013 at 10 a.m. |
| | RE:  D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Manuel Segura (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Manuel Segura respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. Nortel extended to me a total compensation package that was a combination of salary and benefits. I relied heavily upon Nortel delivering on both per their commitment.

2. I was hired by Bell Atlantic in 1984, and rose through the ranks promoted to System Design Engineer in my last position. As System Design Engineer, I designed, programmed and presented the Nortel system to a diversified customer base, facilitating their use of the voice and data application. Throughout my tenure at Nortel, formerly Bell Atlantic, I was awarded the President's Club Award, "Employee of the Year," in 1987 and 1993. I also received numerous letters of commendation from both my superiors and customers.

3. On September 13, 1996, as I was returning from implementing a system in northern New Jersey and returning to my office, I was involved in a 5 car accident, which left me disabled for life. I was placed on permanent disability on March 13, 1997.

4. My Long-Term Disability, LTD claim was validated by Prudential Insurance Company; Prudential recognized the effective date of LTD as being March 13, 1997.

## RELIEF REQUESTED

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $183,231.19

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

8. Procurement of quality medical and Long-Term Disability (LTD) insurance during my active years of employment was a significant priority for me, as I was the head of household for my family and my income was critical to their well being. I understood from Nortel's communications that I was being provided LTD insurance that would provide medical coverage and income continuance to age 65 should I ever become totally disabled. When I was first hired I trusted Nortel to comply with this coverage.

9. I have the reference and communications letter from Prudential to substantiate my claim. I have trusted this institution and it never crossed my mind that 1. I'd have such a terrible accident, or 2. That I'd be left without insurance.

10. Since my accident I have had 3 major surgeries and for the last 15 years have needed ongoing treatment, pain management, and therapy as well as taking medicine every single day.

11. Since my disability, and before, I depended 100% on my Medicare benefits, without them I cannot survive. Furthermore, I will not have the financial power to pay for all the care I need. I believe that Nortel has the responsibility to comply with all LTDs as I became disabled while performing my job.

12. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated de Debtors assets. Fulfilling the LTD benefits obligation is no way detrimental to the ability of Nortel to recover. This issue is one of life and death not only for me, but for all LTD base.

## **EXHIBITS**

A – Proof of Claim from Prudential

B – Flex Benefits Confirmation Statements (1996-Present)

C –

D -

Z – **Year** LTD Summary Plan Description.

## NOTICE

2.      Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Manuel Segura respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Manuel Segura respectfully requests the entry of an Order, in the form attached:

1.      Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.      Compel the Debtors to compensate Manuel Segura in full for LTD benefits projected to age 65; Total Claim being $$183,231.19.

3.      Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Manuel Segura.

Dated: October 18, 2012

Manuel Segura
215 Sheridan St. Apt. B43
Perth Amboy, NJ 08861
Telephone: 609-477-2552
Facsimile: N/A
Email:

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 8067 |

### ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: *10/17/2012*        , 2013
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.