## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | **Objection Deadline: Oct. 25, 2012 at 10 a.m.**<br>**Hearing Date:**    **Feb. 12, 2013 at 10 a.m.**<br>**RE:**            **D.I. # 8067** |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

John Allan Mercer (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, John Allan Mercer respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I was hired by Nortel (then Northern Telecom) in Raleigh, NC on Nov. 4, 1990, as an engineer testing product software. One of the projects was implemented by me on-site in Florida and in Montreal.

2. In 1993 I transferred to Richardson, TX and worked there with Bell Northern Research (part of Northern Telecom), and then with Nortel Networks. I was part of the engineering software test group working on US Sprint software. I headed up the team that went to Mexico City to install the first Sprint software into the telephone system of Mexico (TELMEX).

3. In 1996, at the age of 48, I was approved to go on STD due to my medical diagnosis. During this 26 week period I began the application process for LTD. In May 1997, I received a letter from CIGNA advising me that the LTD benefits were approved. I remain living with this chronic yet incurable disease. In addition, I also developed Type 2 Diabetes in March 2005, but this is not part of my LTD claim. The health benefits and income provided by Nortel, especially since I went on disability, have allowed me to maintain a sustainable quality of life.

4. As of Feb. 1, 2013, I will be exactly 5 months from turning age 65. I am extremely concerned about maintaining an income and health benefits both while on LTD and also as a retiree. I will mention the retiree situation in several places during my objection and I am not trying to be inappropriate, but I don't know how else to make this point.

## RELIEF REQUESTED

5.  I request that the Debtors Motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6.  I request the Debtors compensate me in full for my LTD benefits to age 65. Since the first day of my disability Nortel has assumed financial liability for all disability benefits. My total claim for this period (until age 65) is $32,353.14. (Exhibit A)

7.  I request the Debtors, since I am retirement-eligible, compensate me in full for my retirement benefits that have been detailed in my Pension Service Plan statement (Exhibit B), whatever that current dollar amount may be at this time. I don't know how to figure this out.

8.  I request the Debtors provide a way to convert both my core life insurance ($59,000.00) as well as my supplemental life insurance ($177,000.00).

9.  I request the Debtors provide me a severance payment if this applies in my situation, which is being on LTD now, and approaching retirement in a short time.

## BASIS FOR RELIEF

11. According to the LTD SPD, I would be eligible to obtain LTD benefits until the age of 65, as long as I remained disabled. (Exhibit C – chart on page 16)

12. In March 1997, I received a letter from Nortel regarding the application process for LTD. In the "Benefit Entitlement" section of this checklist, in number 8b the compensation for LTD is explained. Specifically, item 8b states…."For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday". (Exhibit D)

13. In the May 1997 letter from CIGNA regarding the approval of my LTD benefits, it was stated that…."The LTD contract provides benefits at 70% of your contractually defined earnings…". (Exhibit E)

14. Future benefits have depended on the certification of my continuing disability, which I have complied with by submitting all required status requests. These 15 years I have planned my life and my budget based on the provisions by Nortel stated in the LTD SPD, the LTD approval letter and the LTD application process checklist.

15. Medical benefits (including dental, vision/hearing and prescription drugs) have always been important to me, even before I became disabled, but especially for these last 15 years. Each year I have done my best to choose the plan best suited to my needs for the coming year. Without an affordable plan in place going forward, my health care will be in jeopardy.

16. To provide some security for my family going forward, I contributed to the Life Insurance plan to increase my benefit to three times my base salary, in addition to the

base salary payment paid for by Nortel. In a packet I received from Nortel HR Shared Services dated June 16, 2010, there were two figures regarding life insurance conversion. The first was for the core life insurance which was $59,000.00, and the second was for the supplemental life insurance which was $177,000.00 .(Exhibit F) I feel that there would be a cost to convert the life insurance, and I am not sure what that would be.

17. I also contributed to the company sponsored AD&D plan, resulting in a base salary benefit amount of $59,000.00. (Exhibit G). I am not sure how to enter these amounts into my POC.

18. During the Court Call on Oct. 3, 2012, a concern was raised regarding the status of those employees currently on LTD who are also retirement-eligible. I want to be included in any retirement benefit, since that is also an item that Nortel said I would receive upon becoming eligible, which I am. As with LTD, I have planned my life and my budget based on the expectance of a retirement income from Nortel once I transitioned from LTD to retiree status.

## EXHIBITS

A – Proof of Claim.

B – Nortel Pension Service Center Letter July 1, 2008

C – LTD Summary Plan Description (SPD) 1996 (excerpts re: LTD)

D –LTD Application Process Checklist

E –LTD Approval letter from CIGNA

F – Nortel HR Shared Services Termination Notification Packet June 2010

G – Nortel Benefits Confirmation Statement for 2012

H – September 2012 Paycheck stub (for current benefit information only)

## NOTICE

19.    Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via overnight delivered mail. Other parties will receive notice through the Court's electronic filing system. John Allan Mercer respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, John Allan Mercer respectfully requests the entry of an Order, in the form attached:

1.    Reject the Debtors Motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.    Compel the Debtors to compensate John Allan Mercer in full for LTD benefits projected to age 65; Total Claim being $32,353.14

3.    Compel the Debtors to allow John Allan Mercer to transition to retirement status and be compensated in full for retirement benefits.

4.    Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to John Allan Mercer.

Dated:  Oct. 22, 2012

John Allan Mercer
121 Monastery Road
Pine City, NY  14871
Telephone:  607-737-9797
Facsimile:  N/A
Email: yeahhh@earthlink.net

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[2] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
      Wilmington, Delaware

 

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## Proof Of Claim

John Allan Mercer

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?

0200969

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

May 5, 1997

WHAT IS YOUR AGE (As Of January 1, 2013) ...

Years                                                              64
Months                                                             7
AGE IN MONTHS AS OF JANUARY 1, 2013                                775
MONTHS UNTIL I REACH AGE "65"                                      5

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT    $    58,750.00

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD                                                                    24
SEVERANCE PAY PER WEEK                                             $    1,129.81    $    27,115.38

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...

"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                           $    2,667.67    $    13,338.35
SSDI MONTHLY OFFSET                                                $    1,385.00    $    6,925.00
Medicare Part B Reimbursement Per LTD Plan                         $    110.50     $    562.50
NET PAY                                                            $    1,393.17    $    6,965.85

Estimates On What Replacement Coverage Would Cost You
MEDICAL CARE                                                       $    5,462.08    $    2,275.87
DENTAL/VISION/HEARING CARE                                         $    882.70      $    367.79
CORE EMPLOYEE LIFE INSURANCE                                       $    1,500.00    $    625.00
ACCIDENTAL DEATH & DISMEMBERMENT                                   $    7.80        $    3.25

CLAIM GRAND TOTAL                                                                   $    37,353.14

Page 1

EXHIBIT "A"

Nortel Pension Service Center
PO Box 994
Deerfield, IL 60015-0994



July 1, 2008


Dear Plan Participant:

The purpose of this letter is to notify you of your ACCRUED benefit under the Nortel Networks Inc. Retirement Income Plan ("Plan"). Your benefit in the Plan has been calculated under the plan provisions through 12/31/2007, at which time benefit accumulation stopped and your account balance was determined and frozen. Upon retirement or termination from Nortel, you will receive the 12/31/2007 frozen account balance plus interest (6% per year) if you have met the vesting requirements as outlined in accordance with plan provisions in effect on 12/31/2007.

A Benefit Calculation Statement showing your accrued benefit as of 12/31/2007 is enclosed. The statement presents a calculation of estimated monthly or lump sum payments that would begin at an *Immediate Retirement/Benefit Start Date* if you had terminated employment on 12/31/2007. Since the Start Date of the benefit is in 2008, the lump sum shown is the Account Balance as of 12/31/2007 plus 6% interest for 2008. The statement also presents a projected calculation of monthly payment amounts under the options that apply to payment beginning at Normal Retirement Benefit at (age 65).

The Benefit Calculation Statement uses birth dates, employment dates and salary history to calculate your benefit. Please review this important information. If you have any questions or issues related to the data used in the calculation, it is your responsibility to notify and seek corrections through the Nortel Pension Service Center within **60 days** of the date of this letter. Using the data currently available, your vesting and benefit service were calculated as required by the definitions of those terms in the official written Plan document. You may request a copy of that document by contacting our office via email or the toll free number listed below.

Please note that this benefit is not available to you until you terminate employment with Nortel Networks. If you are age 55 or over, your benefit commencement date will be the first of the month following the later of your date of termination, or your total severance end date. If you are under age 55, your benefit commencement date can be no earlier than the first day of the fifth month following the later of your date of termination, or your total severance end date.

As always, we will assist you with any questions you may have about your retirement benefits from Nortel Networks. We are available during standard business hours at: 1-866-667-8358; or you can e-mail us at nortelpensionadmin@mercer.com. You may also obtain information about your benefit and model your own calculations at www.merceroneview.com/nortel.

ES (03/08)

EXHIBIT "B"

# NORTEL NETWORKS INC. PENSION SERVICE PLAN
## BENEFIT CALCULATION STATEMENT



| | | | | |
|---|---|---|---|---|
| Employee Name: | John Mercer | | Calculation Type: | Projection |
| Social Security Number: | XXX-XX-8990 | | Date of Hire: | November 5, 1990 |
| Vested Status: | Yes | | Plan Eligible Date: | November 5, 1990 |
| Vesting Service: | 17 | | Employee Date of Birth: | June 1, 1948 |
| Benefit Service: | 17 | | Spouse Date of Birth: | |
| NNL Service Credits: | | | | |
| Qualified Final Average Earnings: | $58,750.21 | | | |
| Unlimited Final Average Earnings: | $58,750.21 | | Plan Freeze Date: | December 31, 2007 |
| Accumulated Percentage Credits: | 157% | | Calculation End Date: | December 31, 2007 |
| Grandfathered Benefit Calculated: | Yes | | | |

---

**IMMEDIATE QUALIFIED RETIREMENT BENEFIT – Age 60 – Benefit Start Date: January 1, 2008**

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $722.51 | | |
| *Social Security Leveling: | $0.00 | - Prior to age 62 | |
| *Social Security Leveling: | $0.00 | - Post age 62 | |
| 10 Year Certain: | $682.77 | | **Beneficiary** |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| *Lump Sum: | $97,772.10 | - Payable on Benefit Start Date plus processing time | |

*The Social Security Leveling payment option is available to retirees age 55 to 61, provided there is a large enough benefit to meet the formula qualifications.

*Qualified Lump Sums of $1,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Beneficiaries may also be eligible to roll their Lump Sum over to an IRA. Please check with your tax advisor. The lump sum shown is the account balance as of 12/31/2007 + 6% interest for 2008.

This calculation assumes you terminated employment on December 31, 2007. Payment options shown are for either a single lump sum payment or monthly annuities.

---

### QUALIFIED NORMAL RETIREMENT BENEFIT
#### Age 65 - Start Date: June 1, 2013

| Payment Options | Employee (per month) | Beneficiary (per month) |
|---|---|---|
| Life Only Amount: | $988.48 | |
| 10 Year Certain: | $909.40 | **Beneficiary (per month)** |
| 50% J & S: | $0.00 | $0.00 |
| 75% J & S: | $0.00 | $0.00 |
| 100% J & S: | $0.00 | $0.00 |
| | Lump Sum to be determined at actual retirement date. | |

---

**Note:** This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. This plan was frozen effective December 31, 2007. No future accruals are provided, but you will earn interest annually at the rate of 6%. A final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & factors in effect on the date the final calculation is prepared. This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfathered benefits under the prior plan. If the Grandfathered clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. **The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you. You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.**

EXHIBIT "B" CONT'D

*1996 Plan Doc*

# IN THIS SECTION

INTRODUCTION ........................................................................................................................ 1

PLAN HIGHLIGHTS ................................................................................................................ 2

ELIGIBILITY.............................................................................................................................. 3

PARTICIPATION ...................................................................................................................... 4
    Core FLEX Benefits ............................................................................................................ 4
    Optional FLEX Benefits ..................................................................................................... 4
    If You are on Disability During an Open Enrollment Period ...................................... 4

WHEN COVERAGE BEGINS ................................................................................................ 6
    Core FLEX Benefits ............................................................................................................ 6
    Optional FLEX Benefits ..................................................................................................... 6
    Delay of Effective Date ....................................................................................................... 6

CHANGING YOUR SELECTIONS ....................................................................................... 7

COST OF COVERAGE ............................................................................................................. 7

FLEX EARNINGS ..................................................................................................................... 8

SHORT-TERM DISABILITY (STD) BENEFITS ................................................................. 9
    STD Benefit Amount ......................................................................................................... 9
    Extension of Benefits Due to Part-Time Employment ............................................... 9
    Definition of Disability ..................................................................................................... 10
    When Benefits Begin and End ........................................................................................ 10
    If You are Disabled Again ................................................................................................ 10
    Reduction of Benefits Due to Other Income ............................................................... 11
    Exclusions ........................................................................................................................... 13

*EXHIBIT "C"*

NNI-LTD-00005048

LONG-TERM DISABILITY (LTD) BENEFITS ................................................................. 14

    LTD Benefit Amount .................................................................................................. 14

    Definition of Disability ............................................................................................... 14

    When Benefits Begin and End ................................................................................... 15

    If You are Disabled Again .......................................................................................... 16

    Waiver of Premium .................................................................................................... 17

    Reduction of Benefits Due to Other Income ............................................................. 17

    Approved Rehabilitation Program ............................................................................. 19

    Cost of Living Adjustment ......................................................................................... 20

    Exclusions .................................................................................................................. 20

OCCUPATIONAL DISABILITY BENEFITS ................................................................... 21

WHEN COVERAGE ENDS ............................................................................................... 22

OTHER IMPORTANT INFORMATION ........................................................................... 23

    A Note About State Disability Laws .......................................................................... 23

    Limits on Assignments .............................................................................................. 23

    Errors in Payment ..................................................................................................... 23

ADMINISTRATIVE INFORMATION .............................................................................. 23

EXHIBIT "C" CONT'D

NNI-LTD-00005049

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 50% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks. Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $50.

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

### Supplemental LTD Benefits

Supplemental LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks. Supplemental LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100.

*During the first 24 months of a covered Total Disability ... you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

## Definition of Disability

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26-consecutive week waiting period), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

EXHIBIT "C" CONT'D

NNI-LTD-00005063

After the first 24-month period of covered Total Disability (after the 26-consecutive week waiting period), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.

# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period, provided that you give written proof of your Total Disability satisfactory to the Claims Administrator before the end of the 26-consecutive week waiting period. Otherwise, monthly LTD benefits may be delayed up to the day six months after the date you provide written proof of your Total Disability.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You go back to work (other than an approved rehabilitation program).

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the following chart.

*After the first 24-month period of covered Total Disability you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...*

EXHIBIT "C" CONT'D

NNI-LTD-00005064

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended, any new period of Total Disability will be treated separately. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.

Disability · 16

EXHIBIT "C" CONT'D

NNI-LTD-00005065



NØRTEL
NORTHERN TELECOM

Date: *3 -10- 97*

*John Mercer*
*9459 Mason Creek Rd.*
*Norfolk, Va, 23563*

RE: Long-Term Disability (LTD) Application Process

Dear: *John*

The purpose of this letter is to advise you of the need to begin the LTD application process. Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived. Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks. Since your STD benefits will expire on *5-11-97*the LTD application process must now begin. For this reason, I have enclosed for your completion your "LTD package". Also included in the package are informational materials to assist you in the application process. Because the LTD application is more complex than the STD process, I encourage you to make an appointment with Health Services. During this meeting, we will also review your package contents and address any questions or concerns you may have. Please call me at (972) 684-7600 to make an appointment.

As indicated above, CIGNA determines claim approval or denial. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

You must also now apply for social security. Contact your local social security office for information as soon as possible.

Please bring or mail your completed application to:

> Northern Telecom
> Health Services - M/S C0102
> P.O. Box 833858
> Richardson, Texas 75083-3858

Call Linda Federle, Janet McChesney or Priscilla Barnes at (972) 684-7600 if you need assistance with the application process. Contact HR Info Center at 1-800-676-4636 if you have questions about your benefits.

Sincerely,

*Jan A McChesney RN*

Health Services

cc: Benefits Prime

EXHIBIT "D"

# NORTEL
**NORTHERN TELECOM**

## Long Term Disability Checklist

EMPLOYEE _John A. Mercer_    BUS. UNIT _Nortel_    DEPT. _2656_
                                            _Technology_

### PROCEDURE

1. In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms:
   - **Reimbursement Agreement:** Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.
   - **Attending Physician's Statment of Disability Group Benefits** Take this form to your treating physician to complete. CIGNA must be provided with proof of disability from the first missed work due to diability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.
   - **Group Long Term Disabilty Claim Form** Legibly complete, date, and sign the Claimant's statement Sections. Return this form with your LTD package.
   - **W-4S Request for Federal Income Tax Withholding from Sick Pay** Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request no to have federal income tax withheld by entering 0 in the appropriate space.
   - **Disability Questionaire** Complete this form and return with your LTD application

2. Return the above forms (your LTD package) and a copy of your birth certificate or driver's license to Health Services by ___4-1-97___. Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeopardize your employment status.

3. You and Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4. CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

### BENEFIT ENTITLEMENT

1. Outlined below are the **monthly** medical, dental, vision, hearing, supplemental and spousal and dependent life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance.

| | |
|---|---|
| Health Care | $137.38 |
| Dental | 8.37 |
| Life Insureance | 0 |
| Spousal Life | -0- |
| Dependent Life | -0- |
| TOTAL | $145.75 |

**revised 4/24/96**

EXHIBIT "D" CONT'D

## BENEFIT ENTITLEMENT Cont

These premiums will be continued to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decrease each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center C/O Northern Telecom, Dept 1096, P.O. Box 13010, RTP, NC 27709 or by calling 800-676-4636.

2. Long Term Investment (Thrift Savings) /Flexible Spending Plans: You become a suspended participant in these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

3. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4. Vaction/Sick Leave: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absense, you must negotiate with your manager to reschedule.

5. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

6. Salary Review Date: Is extended by the length of leave so that the performance appraisal period can be maintained.

7. Credit Association: No deductions are withheld for Crediit Association accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Association.

8. Compensation for Long Term Disability (LTD) leaves: Long Term Disbility benefits for full and part-time employees working more than 20 hours/week:
   a. Long term disability benefis provide income continuation during your leave based upon your disability selection with the company.
   b. Long Term Disability benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benfits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Worker's Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

9. If you are a part-time/casual employee working less than 20 hours/week
   a. Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
   b. Long Term Investment Plan contributions will cease while on an unpaid leave of absense.
   c. You are eligible for medical leave of absence only if you have worked for Northern Telecom at least 1250 hours. If you are not eligible and are medically unable to work, you may request a Personal Leave of Absencce.

NOTE: **Long Term Disability Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**

EXHIBIT "D" CONT'D

**10.** Taxes: Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package.  No state taxes are withheld from your long term disability benefits.

**11.** For bargaining units consult your Human Resource Associate for any adjustment to these guidelines.

**12.** For employees in California, Rhode Island, Hawaii, New Jersey, and New York, consult your Human Resource Associate for any adjustment to these guidelines.

EXHIBIT " D"   CONT'D



CIGNA Group Insurance
Life · Accident · Disability

12255 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

MAY 30, 1997

MAIL: JOHN A MERCER
      9459 MASON CREEK ROAD
      NORFOLK, VA 23503-3345

TO:   JOHN A MERCER
      9459 MASON CREEK ROAD
      NORFOLK, VA 23503-3345

RE:   CLAIMANT      :  JOHN A MERCER
      CERTHOLDER    :  S348428990
      POLICY KEYS   :  205900501350  001011
      ACCOUNT NAME  :  NORTHERN TELECOM INC
      COMPANY NAME  :  CONNECTICUT GENERAL LIFE INSURANCE COMPANY

WE ARE PLEASED TO ADVISE YOU THAT YOUR CLAIM FOR LONG TERM DISABILITY (LTD)
BENEFITS HAS BEEN APPROVED.  YOUR FIRST CHECK WILL BE SENT SEPARATELY  IN THE
AMOUNT OF $1872.81 REPRESENTING BENEFITS DUE FOR THE PERIOD OF 05-05-1997
THROUGH 05-31-1997.

PLEASE REFER TO THE ENCLOSED LTD BENEFIT WORKSHEET WHICH SHOWS HOW YOUR BENEFITS
WERE CALCULATED IN ACCORDANCE WITH THE PROVISIONS OF THE LTD CONTRACT.

YOU SHOULD BE AWARE OF THE FOLLOWING ITEMS CONCERNING YOUR LTD BENEFIT POLICY:

THE LTD CONTRACT PROVIDES BENEFITS AT 70.00% OF YOUR CONTRACTUALLY-DEFINED
EARNINGS LESS OTHER APPLICABLE BENEFITS YOU RECEIVE OR ARE ENTITLED TO RECEIVE
DUE TO YOUR DISABILITY.  BENEFITS COMMENCE FOLLOWING THE BENEFIT WAITING PERIOD
WHICH ENDS ON 05-04-1997.  YOUR CURRENT NET BENEFIT OF $3427.09 PER MONTH WILL
BE ISSUED AT MONTHLY INTERVALS AT THE END OF EACH BENEFIT PERIOD.  OF COURSE,
PAYMENT OF FUTURE BENEFITS WILL DEPEND ON CERTIFICATION OF YOUR CONTINUING
DISABILITY, AND ON OTHER, APPLICABLE CONTRACT PROVISIONS.

YOUR LTD BENEFITS ARE GENERALLY REDUCED BY ANY OTHER BENEFITS YOU RECEIVE, AND
IF SO STATED IN YOUR CONTRACT, BY ANY SOCIAL SECURITY BENEFITS YOUR DEPENDENTS
RECEIVE ON ACCOUNT OF YOUR SOCIAL SECURITY AWARD.  PLEASE NOTIFY US IMMEDIATELY
IF YOU ARE RECEIVING OR SHOULD BECOME ENTITLED TO RECEIVE ANY INCOME FROM OTHER
SOURCES SUCH AS SOCIAL SECURITY DISABILITY OR RETIREMENT, STATUTORY
DISABILITY**, EMPLOYER SICK LEAVE, VA, WORKERS' COMPENSATION, NO-FAULT, EMPLOYER
PENSION, ETC.

  **IF YOU WORK IN CALIFORNIA, HAWAII, NEW JERSEY, NEW YORK, RHODE ISLAND, OR
PUERTO RICO, YOU SHOULD BE ELIGIBLE FOR DISABILITY BENEFITS UNDER STATUTORY
DISABILITY BENEFIT PLANS.

IF YOUR GROSS LTD BENEFIT IS TO BE REDUCED BY ANY SOCIAL SECURITY BENEFITS TO
WHICH YOU ARE ENTITLED, YOU SHOULD HAVE ALREADY RECEIVED OR WILL BE RECEIVING

Connecticut General Life Insurance Company
Insurance Company of North America
Life INS Insurance Company of New York
Guardians of CIGNA Corporation

EXHIBIT "E"

ADDITIONAL INFORMATION FROM US CONCERNING SOCIAL SECURITY.

IN THE EVENT THAT THE SUM OF ANY OTHER BENEFITS YOU RECEIVE EXCEEDS YOUR GROSS
LTD BENEFIT FOR A GIVEN PERIOD, THE CONTRACT PROVIDES A MINIMUM BENEFIT OF
100.00.

YOUR LTD BENEFITS ARE CURRENTLY CONSIDERED TAXABLE INCOME FOR SOCIAL SECURITY
(FICA) TAX, FEDERAL INCOME TAX (FIT), AND, IN SOME CASES, STATE TAX PURPOSES.
FICA TAXES ARE MANDATORY AND ARE AUTOMATICALLY DEDUCTED FROM THE LTD BENEFITS
ISSUED DURING THE 6 CALENDAR MONTHS IMMEDIATELY FOLLOWING THE MONTH IN WHICH YOU
LAST WORKED.

FEDERAL INCOME TAXES MAY BE DEDUCTED FROM YOUR LTD BENEFITS ON AN ENTIRELY
VOLUNTARY BASIS.  SHOULD YOU WISH TO HAVE ALL OR A PORTION OF YOUR FIT TAXES DUE
ON YOUR LTD BENEFITS WITHHELD FROM YOUR LTD CHECK, YOU WILL NEED TO COMPLETE A
FEDERAL TAX WITHHOLDING FORM (W-4S), WHICH YOU MAY OBTAIN THROUGH OUR OFFICE OR
YOUR LOCAL IRS OFFICE, AND SUBMIT IT TO OUR OFFICE IN ORDER FOR WITHHOLDING TO
COMMENCE ON FUTURE CHECKS.  THE LAW REQUIRES THAT YOU DESIGNATE ON THE FORM W-4S
THE AMOUNT YOU WANT WITHHELD AND THAT THE AMOUNT BE NO LESS THAN $88 PER MONTH
AND EXPRESSED IN WHOLE DOLLARS.  YOU MAY CANCEL OR CHANGE YOUR DEDUCTION AMOUNT
AT ANY TIME BY COMPLETING ANOTHER FORM W-4S.

TO QUALIFY FOR BENEFITS UNDER YOUR LONG TERM DISABILITY CONTRACT, DURING THE
FIRST 24 MONTHS, YOU MUST BE UNABLE TO PERFORM THE ESSENTIAL DUTIES OF YOUR
OCCUPATION.  THEREAFTER, YOU MUST BE UNABLE TO ENGAGE IN THE ESSENTIAL DUTIES OF
ANY OCCUPATION TO QUALIFY FOR BENEFITS, SUBJECT TO ANY OTHER BENEFIT LIMITATIONS
STATED IN YOUR CONTRACT.  WE WILL BE REQUESTING PERIODIC UPDATES ON THE STATUS
OF YOUR DISABILITY AND WE RESERVE THE RIGHT TO HAVE YOU EXAMINED BY A PHYSICIAN
OF OUR CHOICE.

PLEASE NOTE THAT MONTHLY BENEFITS ARE PAYABLE ONLY WHILE YOU ARE UNDER THE CARE
OF A LICENSED PHYSICIAN.

OUR EVALUATION OF YOUR CLAIM FOR LONG TERM DISABILITY BENEFITS IS NOW COMPLETE
AND WE ARE PLEASED TO ADVISE THAT YOU ARE ELIGIBLE FOR CONTINUING DISABILITY
BENEFITS.  FUTURE BENEFITS WILL BE PAID IN ACCORDANCE WITH THE CONTRACT
PROVISIONS AND ON RECEIPT OF PROOF OF CONTINUING DISABILITY.

PLEASE BE ADVISED THAT BEGINNING WITH YOUR JUNE BENEFIT, WE WILL  DEDUCT $145.75
PER MONTH FROM YOUR BENEFIT FOR PREMIUMS AS ADVISED  BY YOUR EMPLOYER.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.

SINCERELY,

ANDY GAITHER
SENIOR BENEFIT ANALYST

CC: NORTHERN TELECOM

EXHIBIT "E"



**Nortel**                                Tel: 1-800-676-4636
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709


John Mercer
121 Monastery Road

Pine City, New York  14871



June 16, 2010

Name of employee:  John Mercer

Global ID:  200969

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $59,000

Total amount of supplemental life insurance eligible to convert: $177,000

Name of spouse:  n/a

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential: 39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later.  However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

### Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.

HR Shared Services
1-800-676-4636

EXHIBIT "F"



# N☯RTEL

**June 28, 2010**

Dear US LTD Program Participant:

This package is a follow up to the letter dated June 17, 2010 that you received in the mail. As indicated, on August 31, 2010, Nortel Networks Inc., as the plan sponsor, is planning to terminate the existing long-term disability (LTD) plan, and has filed for approval with the bankruptcy court to do so. Since the company has sold most of its divisions and is now maintaining only a small transition support staff, your employment will terminate on August 31, 2010, as there are no jobs to return to.

Enclosed is the following:

1. Your employment termination information package. Employment termination packages are standard, and as such there may be information that is not relevant to you given your long-term disability status.

   If you have questions regarding the employment termination package, contact Nortel HR Shared Services at 1-800-676-4636.

2. A life insurance conversion letter. Should you wish to convert your policy to a personal policy, this letter provides important instructions on the process and timing.

**IMPORTANT REMINDER:** As indicated in your June 17 letter, long-term disability payments will be discontinued August 31, 2010. Your long-term disability payment from Prudential in August 2010 will be the last plan payment you will receive.

For all other questions and contact details, please refer to the June 17 letter and Frequently Asked Questions document for additional information.

EXHIBIT "F" CONT'D

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: John Mercer

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1990/11/05

EMPLOYEE ADDRESS:

121 MONASTERY ROAD
PINE CITY
NY 14871

GLOBAL ID: 0200969

ENTITY: LTD        DEPT: 8900

EMPLOYEE STATUS:  Full Time: F
                              Part Time:

LOCATION : 438

LOCATION  DESCRIPTION:  NASHF

---

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

---

**WITHHOLDINGS & AMOUNTS OWED**
Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

EXHIBIT "F" CONT'D

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: **John  Mercer**

Employee Number: **0200969**

Continuous Service Date: **1990/11/05**

Severance Eligibility Date: **1990/11/05**

Employment Termination Date: **2010/08/31**

Severance Stop Date: **2011/02/15**

Employee Home Address:

121 MONASTERY ROAD
PINE CITY
NY        14871

Severance Period (for employees with at least 6
months of service): **24**
(Number of Weeks to Commence Following
Termination Date)

HR Contact: **Nortel HR Shared Services**
           **Mail Stop 570/02/0C2**
           **PO Box 13010**
           **4001 E. Chapel Hill-Nelson Hwy**
           **Research Triangle Park, NC  27709-3010**
           **1-800-676-4636**

EXHIBIT "F" CONT'D

 **United States Benefits**
**Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | John Mercer |
| Global ID: | 0200969 |
| Date of Birth: | 06/01/1948 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 58750.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 383.76 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 5.22 | $ 135.72 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 58.03 | $1,508.78 | $5,355.48 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 92.04 |
| **Optional Employee Life Insurance** | | | |
| 3x BENE Earnings Non-Smoker | $ 33.41 | $ 868.66 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 1x Benefits Earnings Single | $ 0.30 | $ 7.80 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 33.71 | $ 876.46 | $ 92.04 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

EXHIBIT "G"

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

If you have any
questions about
this claim, please
contact

Date
September 24, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10278983
ID#      XXX-XX-8990

CLAIMANT   JOHN A MERCER

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,667.67 | 09/01/2012 | 09/30/2012 |
| - Voluntary FIT | 250.00 | | |
| - Medical | 90.74 | | |
| - Dental | 23.68 | | |
| - Mandatory FIT W4 | 337.03 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 2,667.67 |
| LESS OFFSET | 0.00 |
| ADD'L BENEFITS | 0.00 |
| | 2,667.67 |
| LESS ADJUSTMENTS | 0.00 |
| | 2,667.67 |
| LESS DEDUCTIONS | 701.45 |
| AMOUNT PAYABLE | 1,966.22 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date: September 24, 2012

Deposit Amount:    $1,966.22

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXXX2618 | $1,966.22 |

To the
Accounts
of

JOHN MERCER
121 MONASTERY RD
PINE CITY          NY   14871-9785

This is not a Check

Not Negotiable

EXHIBIT "H"