# **EXHIBITS**

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Exhibit A

## EXHIBIT A
## INDEX

A) Letter from Prudential dated October 12, 2012, confirming my benefit     1 page
Payable through August 22, 2020

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 12, 2012

Janette M Head

▬▬▬▬▬▬▬▬
Bedford, NH 03110

Claimant: Janette M Head
Claim No.: 10280374
Date of Birth: ▬▬▬▬
Control No./Br.: 39900 / 000RA

lllⁿ...ll...ll...llllⁿ...l.l.l

Dear Ms. Head:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $2856.10 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your  benefits will continue through August 22, 2020,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Exhibit A  Page 1 of 1

[Janette M Head]  "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Exhibit B

## EXHIBIT B
## INDEX

| | | |
|---|---|---|
| B) Proof of Claim Form | | 20 pages |
| a. | Calculation Worksheet (page 1 of 20) | 1 page |
| b. | Nortel U.S. Benefits Confirmation, 2012, confirming Annual Salary and Global ID (page 2 of 20) | 1 page |
| c. | Employee Data Sheet attachment to Termination Notice received June 16, 2010, confirming Severance (page 3 of 20) | 1 page |
| d. | Nortel Long Term Investment Plan (LTIP) December 9, 2007, confirming 4% (CARP) (pages 4-5 of 20) | 2 pages |
| e. | Pay Stub confirming monthly LTD claim payment, September 24, 2012  (page 6 of 20) | 1 page |
| f. | SSA Award Notice, June, 1996, confirming original SSA amount  (pages 7,8 of 20) | 2 pages |
| g. | Nortel Networks Inc. web site page, 2011/2012, Confirming COBRA Rates  (page 9 of 20) | 1 page |
| h. | Termination Notice, June 16, 2020, confirming life Insurance to be used in conversion  (page 10 of 20) | 1 page |
| i. | Prudential Booklet "Converting Group Term Life Insurance to Individual Insurance", confirming life insurance rates  (pages 11-20 of 20) | 10 pages |
| | see pages 17 and 18 | |

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

| PROOF OF CLAIM | | MONTHLY | TOTAL |
|---|---|---|---|
| **NAME** | Janette M Head | | |
| | | | |
| **NORTEL GLOBAL ID #** | 188732 | | |
| | | | |
| **DATE FORCED ONTO LONG TERM DISABILITY** | July 6, 1993 | | |
| | | | |
| **AGE AS OF JANUARY 1, 2013:** | | | |
| Years | 57 | | |
| Months | 4 | | |
| Age in Months as of January 1, 2013 | 688 | | |
| **MONTHS UNTIL REACHING AGE "65"** | 92 | | |
| | | | |
| **ANNUAL SALARY PER 2012 FLEX BENEFITS CONFIRMATION STATEMENT** | $    76,800 | | |
| | | | |
| **401K Capital Accumulation Retirement Plan (CARP) Contributions** | | | |
| CARP Contribution % | 4% | | |
| **MONTHLY CONTRIBUTION BY NORTEL INTO 401K** | | $    256.00 | $    23,552.00 |
| | | | |
| **AS PER "TERMINATION NOTIFICATION" DATED 16JUN10 + 2 YEARS** | | | |
| Severence Period | 34 | | |
| Severence Pay | $    50,215.38 | | $    50,215.38 |
| | | | |
| **PER SEPTEMBER 2012 PRUDENTIAL PAY STUB** | | | |
| LTD Claim Benefits | $    4,480.00 | | |
| - SSDB offset | $    (1,248.30) | | |
| - Medicare Part B Reimbursement Per LTD Plan | $    110.50 | | |
| **NET PAY** | | $    3,342.20 | $    307,482.40 |
| | | | |
| **MONTHLY INSURANCE COVERAGE (DIFFERENCE IN CURRENTLY PAID AND ESTIMATED COST)** | | | |
| Medical Care - Employee and Dependent | $    974.95 | | |
| Dental, Vision, Hearing - Employee and Dependent | $    152.19 | | |
| Core Life Insurance - Employee | $    460.92 | | |
| Supplemental Life Insurance - Employee | $    462.12 | | |
| Life Insurance - Spouse | $    80.89 | | |
| **TOTAL MONTHLY INSURANCE DIFFERENTIAL** | | $    2,131.07 | $    196,058.44 |
| | | | |
| **CLAIM TOTAL** | | | $    577,308.22 |

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"



## United States Benefits
## Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Janette Head |
| Global ID: | 0188732 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 76800.00 |
| Events: | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| Medical Care 90/70 PPO, Cigna | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.76 |
| ental/Vision/Hearing Care PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| Short-Term Disability 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 501.54 |
| Long-Term Disability 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Cost of Your Before-Tax Selections: | | $ 143.29 | $3,725.54 | 10,036.52 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| Core Employee Life Insurance 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| Optional Employee Life Insurance 2x BENE Earnings Non-Smoker | $ 19.33 | $ 502.58 | $ 0.00 |
| Dependent Life Insurance - Spouse/DP $25,000 | $ 3.14 | $ 81.64 | $ 0.00 |
| Dependent Life Insurance - Child(ren) No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| Accidental Death & Dismemberment 2x Benefits Earnings Single | $ 0.78 | $ 20.28 | $ 0.00 |
| Total Cost of Your After-Tax Selections: | $ 23.25 | $ 604.50 | $ 0.00 |

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Exhibit B   Page 2 of 20

** If an increase was selected for Optional Life and/or Spouse/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost

*. EMPLOYEE DATA

Notice Date:  2010/08/31

Employee: Janette Head

Employee Number: 0188732

Continuous Service Date: 1983/02/14

Severance Eligibility Date: 1983/02/14

Employment Termination Date: 2010/08/31

Severance Stop Date: 2011/04/12

Employee Home Address:

~~[redacted]~~

BEDFORD
NH      03110

Severance Period (for employees with at least 6
months of service): 32
(Number of Weeks to Commence Following
Termination Date)

HR Contact: **Nortel HR Shared Services**
**Mail Stop 570/02/0C2**
**PO Box 13010**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC  27709-3010**
**1-800-676-4636**

Exhibit B  Page 3 of 20

[Janette M Head]  "Objection to Nortel Motion to Terminate LTD Plan & Employees"

## Nortel Networks Long-Term Investment Plan (LTIP)
### Enrollment and Investment Selection Form
### (For use by employees on Long-Term Disability (LTD) prior to 01/01/2008)

*Sent 9 Dec 2007*

As a Nortel employee currently in receipt of Long-Term Disability (LTD) benefits, you are eligible for monthly company contributions to the Long-Term Investment Plan (LTIP) equal to 4% of your monthly base pay at the time you became disabled provided that you continue to receive LTD benefits. There is no cost to you to receive this benefit.

To receive this benefit starting Jan. 1, 2008, **you must complete and return this** enrollment form **'postmarked' no later than Dec. 31, 2007.** Applications postmarked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs.

**If you do not complete and return this form, you will not receive this benefit.**

### Personal Identification
Please print or type:

Nortel Global ID    O188732

First Name    JANETTE    Last Name    HEAD

Mailing Address    16 GLENEAGLE DRIVE
BEDFORD, NH 03110

Phone Number    ▮▮▮▮▮▮▮▮▮

Birth date    ▮▮▮▮▮▮    m/yyyy

Email Address    MRS-H@HEADNETWORKS.com

---

### Investment Election
Please check one of the following elections:

☒ I currently have an LTIP account at Hewitt – If you have an LTIP account with current investment elections, your distribution will be invested in the LTIP in accordance with those current LTIP investment elections, which you can review by accessing your account on the plan web site at http://resources.hewitt.com/nortelnetworks/ or calling the Savings Center at 1-800-726-0026.

☐ I do not have an LTIP account at Hewitt – If you do not have an LTIP account, the contribution will default to one of the Masterworks LifePath target maturity funds according to when you would reach the normal retirement age of 65 unless you actively select from the LTIP investment funds. You may select one fund or in combinations of more than one fund in 1% minimum increments.

Exhibit B  Page 4 of 20

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

To obtain information on the investment funds, change from the default fund, or change future investment elections, log into the plan's web site at http://resources.hewitt.com/nortelnetworks. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password. You may also call the Savings Center toll-free at (800) 726-0026; press the star key then zero to speak to a representative.

## Acknowledgement and Election

I acknowledge that I have received sufficient information about the options presented to me to make an informed decision.

By completing and returning this form, I elect to receive this benefit.

Employee Signature _Janette M Head_ Date _9 Dec 07_

## Mail this completed form to:

**Nortel Networks**
**HR Shared Services – LTIP Enrollment**
**P.O. Box 13010, Mailstop 570/02/0C2**
**Research Triangle Park, NC 27709**

Exhibit B  Page 5 of 20

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Disability Claim Services Provider

If you have any
questions about
this claim, please
co…

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA        PA    19176

Date
**September 24, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC    27709-3010

CNTRL#    0039900
CLAIM#    10280374
ID#

CLAIMANT    **JANETTE M HEAD**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 4,480.00 | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,148.10 | BENEFIT AMOUNT | 4,480.00 |
| - Medical | 262.45 | LESS OFFSET | 1,148.10 |
| - Dental | 48.01 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT W4 | 158.54 | | 3,331.90 |
| - Free Form 1 | 6.80 | LESS ADJUSTMENTS | 0.00 |
| | | | 3,331.90 |
| | | LESS DEDUCTIONS | 475.80 |
| | | AMOUNT PAYABLE | 2,856.10 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  **September 24, 2012**

Deposit Amount:    $2,856.10

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXXXXXXXX3641 | $2,856.10 |

To the
…ounts



JANETTE HEAD
BEDFORD                    NH    03110

Exhibit B  Page 6 of 20

{Janette M Head} "Objection to Nortel Motion to Terminate LTD Plan & Employees"

This is not a Check                                        Not Negotiable

Telephone:████████████          <u>NOTE TO PROCESSING CENTER</u>
                                 <u>FURTHER ACTION NECESSARY</u>

**DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**
Social Security Administration
**OFFICE OF HEARINGS AND APPEALS**
10830 N. Central Expwy, Suite 480
Dallas, Texas 75231

                          Refer to :████████████

Janette Markes-Head
████████████

### NOTICE OF FAVORABLE DECISION - PLEASE READ CAREFULLY

**This Decision Is Favorable To You**

• Another office will process the decision.  You will receive a
notice from that office.

• Your local Social Security office or another office may ask
you to give more information before you receive the notice.  If
so, please answer promptly.

• If you hear nothing about this decision for 60 days, please
contact your local Social Security office.

**If You Think the Decision is Wrong**

• You have the right to appeal.  You must file your appeal
within 60 days from the date you receive this notice.  (It will
be presumed that you received the notice within 5 days after the
date shown below, unless you show us that you did not receive it
within the 5-day period.)

• When you appeal, you request the Appeals Council to review the
decision.  If the Appeals Council grants your request, it will
review the entire record in your case.  It will review those
parts of the decision which you think are wrong.  It will also
review those parts which you think are correct and may make them
unfavorable or less favorable to you.  You will receive a new
decision.

• You (or your representative) have to ask for the appeal in
writing.  You may sign a form HA-520, called "Request for Review
by the Appeals Council," or write a letter.

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Janeete Markes-Head

▬▬▬▬▬▬▬

• **You** may submit your appeal to your local Social Security office, a hearing office, or mail it directly to the Appeals Council, Office of Hearings and Appeals, P.O. Box 3200, Arlington, VA 22203.

**The Appeals Council May Review the Decision on its Own Motion**

• Within 60 days from the date shown below, the Appeals Council may review the decision on its own motion. This could change the decision.

• After the 60-day period, the Appeals Council may reopen and revise the decision in certain situations.

• The Appeals Council will notify you if it decides to review the decision on its own motion or to reopen and revise the decision.

**Unless you request** review or the Appeals Council reviews the decision on its own motion, you may not obtain a court review of your case (sections 205(g), 1631(c)(3) or 1869(b) of the Social Security Act).

**If you have** any questions, you may call, write or visit any Social Security Office. If you visit an office, please bring this notice and decision with you.

This notice and the enclosed copy of<br/>decision mailed



cc:
Name and Address of Representative
•
Stanley Denman
Suite 460, LB 30
7502 N. Greenville Ave.
Dallas, TX 75231

(214) 750-1133

Replaces Form HA-L502-U7

[Janette M Head]  "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95✓ | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19✓ | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Sun, 21 Oct 12 09:06:50 -0400.
Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

Exhibit B  Page 9 of 20

(Janette M Head)  "Objection to Nortel Motion to Terminate LTD Plan & Employees"

**Nortel**                              Tel: 1-800-676-4636
HR Shared Services
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709



Janette Head

██████████

Bedford, New Hampshire  3110

June 16, 2010

Name of employee:  Janette Head

Global ID:  188732

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $153,600

Total amount of supplemental life insurance eligible to convert:  $154,000

Name of spouse:  James Head

Total amount of spousal life insurance eligible to convert:  $25,000

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential: 39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later.  However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

### Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.

HR Shared Services
1-800-676-4636

Exhibit B  Page 10 of 20

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"



# Converting
# Group Term
# Life Insurance
# to Individual
# Insurance

 Prudential

The Prudential Insurance Company of America
0177151

Exhibit B  Page 11 of 20

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Converting Group Term Life Insurance to Individual Insurance

A Prudential representative can assist you, without cost or obligation, with the conversion process and answer any questions you may have. If you do not have a Prudential representative currently handling your insurance and financial needs, you can locate the Prudential office most convenient to you in the telephone directory or through our website, www.prudential.com/giconversions.

Under the terms of your group life policy, some or all of your insurance coverage may be converted to permanent insurance. If you are age 76 and above, your only conversion option is for a Single Pay Life Policy. Please carefully read the provisions in your Booklet-Certificate which describe your conversion privilege, if any.

If you were insured for Accidental Death Benefits (ADB) under the group plan, you may be eligible to add an Accidental Death Benefit rider to the conversion policy. Subject to approval by Prudential, the amount of ADB is equal to the amount of life insurance coverage you are converting and may be included in policies issued at age 70 and under. The ADB is available for amounts between $25,000 and $500,000. Conversion rates are shown in the Rates Tables under the heading "With ADB."

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

You should submit your application and first premium within the 31-day period specified in your Booklet-Certificate.

Premium rates for the Prudential Guaranteed Life Insurance policy, issued by The Prudential Insurance Company of America, are included in this brochure. These are standard rates per $1,000 of insurance and apply to most individuals who are converting. The right to convert to a Prudential Guaranteed Life Insurance policy is guaranteed, provided the terms as described in your Booklet-Certificate are met.

### Servicemembers/Reservists:

If you wish to convert Servicemembers' Group Life Insurance (SGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, the letter you received from the Office of Servicemembers' Group Life Insurance, and the proof of SGLI as defined in the above mentioned letter to a Prudential office within 120 days of your release from uniformed service or release from assignment to the Ready Reserves.

### Veterans:

If you wish to convert Veterans' Group Life Insurance (VGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, and your VGLI Conversion Notice, SGL 183, to a Prudential office.

---

**Like most insurance policies, Prudential's policies contain exclusions, limitations, reductions of benefits, and terms for keeping them in force. A Prudential representative can provide you with costs and complete details.**

2                                           Exhibit B Page 13 of 20

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Policy Description

The following is a brief description of the policy available as
a conversion for which rates are included in this brochure.
Additional information regarding the policy described below
may be obtained from a Prudential representative.

## Prudential Guaranteed Life Insurance

Prudential Guaranteed Life Insurance is a whole life product
with a guaranteed cash value and a guaranteed death benefit
for the lifetime of the insured, provided premiums are paid
when due and there are no outstanding loans or withdrawals.
The face amount is payable at death.

The basic premiums are level and payable to the policy
anniversary when the insured is age 85, or until death, if
earlier. If the insured survives the premium payment period,
the policy is continued with no further premium required.
Prudential Guaranteed Life Insurance is a non-participating
policy, which means dividends will **not** be paid on the policy.

Guarantees are based on the claims-paying ability of
The Prudential Insurance Company of America.

If you have any questions, call the number indicated on the
cover letter. When requesting information, please state your
date of birth, your group policy number, and the name of the
organization through which your group insurance was obtained.

Acceptance and negotiation of your conversion premium
payment by The Prudential Insurance Company of America is
not a guarantee that an individual conversion policy will be
issued as requested on the Conversion Request Form. All
conditions precedent to issue of an individual conversion
policy, including, without limitation, confirmation of your
eligibility for conversion coverage, confirmation of the
maximum amount of coverage eligible for conversion,
completion of all reasonably required paperwork, and payment
of any additional conversion premiums, must be received by
Prudential in a timely manner. A delay in submitting required
information, documentation, or additional premium will not
extend the conversion time period specified above.

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Instructions for Calculating Premiums

### ALL CONVERSION APPLICATIONS MUST BE ACCOMPANIED BY THE ENTIRE FIRST PREMIUM.

### How to Calculate Prudential Premiums

Premiums are payable annually, semi-annually, quarterly, or by pre-authorized monthly check draft (Prumatic). The mode of payment selected must produce a minimum premium of $15.00.

Use standard rates per $1,000 shown on pages 5–7 in this brochure. After determining the premium for the amount of insurance being converted, add the following policy constant to obtain the premium for the policy:

- $85.00 for annual mode of payment
- $45.00 for semi-annual mode of payment
- $23.00 for quarterly mode of payment
- $8.00 for monthly (Prumatic) mode of payment

The example below illustrates a premium calculation for a $25,000 Prudential Guaranteed Life Insurance policy with Accidental Death Benefit (ADB) for someone who is 40 years old. The payment mode is quarterly. (The rates for $25,000-$99,999 are contained on page 6.)

1. The rate per $1,000 with ADB for a quarterly payment shown on page 6 is $4.61.

2. Multiply the amount of insurance being converted (i.e., the number of $1,000 units) by the rate per $1,000 and add the quarterly policy constant:

**$25 \times \$4.61 = \$115.25 + \$23.00 = \$138.25$**

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

**Prudential Guaranteed Life** (For Policies $1-$24,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.

Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

**UNISEX**

| Issue Age | Annual | Semi-Annual | Quarterly | Prumatic |
|---|---|---|---|---|
| 15 | 10.92 | 5.68 | 2.89 | 0.97 |
| 16 | 11.07 | 5.76 | 2.93 | 0.99 |
| 17 | 11.46 | 5.96 | 3.04 | 1.02 |
| 18 | 11.76 | 6.12 | 3.12 | 1.05 |
| 19 | 11.95 | 6.21 | 3.17 | 1.06 |
| 20 | 12.15 | 6.32 | 3.22 | 1.08 |
| 21 | 12.49 | 6.49 | 3.31 | 1.11 |
| 22 | 12.82 | 6.67 | 3.40 | 1.14 |
| 23 | 13.14 | 6.83 | 3.48 | 1.17 |
| 24 | 13.46 | 7.00 | 3.57 | 1.20 |
| 25 | 13.79 | 7.17 | 3.65 | 1.23 |
| 26 | 14.19 | 7.38 | 3.76 | 1.26 |
| 27 | 14.61 | 7.60 | 3.87 | 1.30 |
| 28 | 15.06 | 7.83 | 3.99 | 1.34 |
| 29 | 15.51 | 8.07 | 4.11 | 1.38 |
| 30 | 15.98 | 8.31 | 4.23 | 1.42 |
| 31 | 16.45 | 8.55 | 4.36 | 1.46 |
| 32 | 16.96 | 8.82 | 4.49 | 1.51 |
| 33 | 17.46 | 9.08 | 4.63 | 1.55 |
| 34 | 17.97 | 9.34 | 4.76 | 1.60 |
| 35 | 18.49 | 9.61 | 4.90 | 1.65 |
| 36 | 19.16 | 9.96 | 5.08 | 1.71 |
| 37 | 19.84 | 10.32 | 5.26 | 1.77 |
| 38 | 20.54 | 10.68 | 5.44 | 1.83 |
| 39 | 21.26 | 11.06 | 5.63 | 1.89 |
| 40 | 22.00 | 11.44 | 5.83 | 1.96 |
| 41 | 22.73 | 11.82 | 6.02 | 2.02 |
| 42 | 23.49 | 12.21 | 6.22 | 2.09 |
| 43 | 24.25 | 12.61 | 6.43 | 2.16 |
| 44 | 25.04 | 13.02 | 6.64 | 2.23 |
| 45 | 25.84 | 13.44 | 6.85 | 2.30 |
| 46 | 26.84 | 13.96 | 7.11 | 2.39 |
| 47 | 27.89 | 14.50 | 7.39 | 2.48 |
| 48 | 28.96 | 15.06 | 7.67 | 2.58 |
| 49 | 30.09 | 15.65 | 7.97 | 2.68 |
| 50 | 31.26 | 16.26 | 8.28 | 2.78 |
| 51 | 32.51 | 16.91 | 8.62 | 2.89 |
| 52 | 34.08 | 17.72 | 9.03 | 3.03 |
| 53 | 35.78 | 18.61 | 9.48 | 3.18 |
| 54 | 37.61 | 19.56 | 9.97 | 3.35 |
| 55 | 39.57 | 20.58 | 10.49 | 3.52 |
| 56 | 41.68 | 21.67 | 11.05 | 3.71 |
| 57 | 43.97 | 22.86 | 11.65 | 3.91 |
| 58 | 46.47 | 24.16 | 12.31 | 4.14 |
| 59 | 49.24 | 25.60 | 13.05 | 4.38 |
| 60 | 52.29 | 27.19 | 13.86 | 4.65 |
| 61 | 55.41 | 28.81 | 14.68 | 4.93 |
| 62 | 58.83 | 30.59 | 15.59 | 5.24 |
| 63 | 62.56 | 32.53 | 16.58 | 5.57 |
| 64 | 66.64 | 34.65 | 17.66 | 5.93 |
| 65 | 70.35 | 36.58 | 18.64 | 6.26 |
| 66 | 76.49 | 39.77 | 20.27 | 6.81 |
| 67 | 83.46 | 43.40 | 22.12 | 7.43 |
| 68 | 91.35 | 47.50 | 24.21 | 8.13 |
| 69 | 100.61 | 52.32 | 26.66 | 8.95 |
| 70 | 109.25 | 56.81 | 28.95 | 9.72 |
| 71 | 119.04 | 61.90 | 31.55 | 10.59 |
| 72 | 130.05 | 67.63 | 34.46 | 11.57 |
| 73 | 142.56 | 74.13 | 37.78 | 12.69 |
| 74 | 156.98 | 81.63 | 41.60 | 13.97 |
| 75 | 171.02 | 88.93 | 45.32 | 15.22 |

*ADB is not available with face amounts of less than $25,000. These rates are effective 1/1/09 ˑˑˑ ᵃ ᵃᵃ ᵃᵇˡᵘᵉ. to change at Prudential's discretion. Your rate is based on your age on the effective date of yo

Exhibit B  Page 16 of 20

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

**Prudential Guaranteed Life** (For Policies $25,000-$99,999)
Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

**UNISEX**

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 6.91 | 7.71 | 3.59 | 4.01 | 1.83 | 2.04 | 0.61 | 0.68 |
| 16 | 7.16 | 7.96 | 3.72 | 4.14 | 1.90 | 2.11 | 0.64 | 0.71 |
| 17 | 7.41 | 8.21 | 3.85 | 4.27 | 1.96 | 2.17 | 0.66 | 0.73 |
| 18 | 7.62 | 8.41 | 3.96 | 4.37 | 2.02 | 2.23 | 0.68 | 0.75 |
| 19 | 7.78 | 8.55 | 4.05 | 4.45 | 2.06 | 2.26 | 0.69 | 0.76 |
| 20 | 7.96 | 8.72 | 4.14 | 4.54 | 2.11 | 2.31 | 0.71 | 0.78 |
| 21 | 8.23 | 8.98 | 4.28 | 4.67 | 2.18 | 2.38 | 0.73 | 0.80 |
| 22 | 8.53 | 9.27 | 4.44 | 4.82 | 2.26 | 2.46 | 0.76 | 0.83 |
| 23 | 8.85 | 9.58 | 4.60 | 4.98 | 2.35 | 2.54 | 0.79 | 0.85 |
| 24 | 9.17 | 9.89 | 4.77 | 5.14 | 2.43 | 2.62 | 0.82 | 0.88 |
| 25 | 9.52 | 10.24 | 4.95 | 5.32 | 2.52 | 2.71 | 0.85 | 0.91 |
| 26 | 9.85 | 10.58 | 5.12 | 5.50 | 2.61 | 2.80 | 0.88 | 0.94 |
| 27 | 10.19 | 10.93 | 5.30 | 5.68 | 2.70 | 2.90 | 0.91 | 0.98 |
| 28 | 10.55 | 11.30 | 5.49 | 5.88 | 2.80 | 3.00 | 0.94 | 1.01 |
| 29 | 10.94 | 11.70 | 5.69 | 6.09 | 2.90 | 3.10 | 0.97 | 1.04 |
| 30 | 11.33 | 12.10 | 5.89 | 6.29 | 3.00 | 3.20 | 1.01 | 1.08 |
| 31 | 11.75 | 12.53 | 6.11 | 6.52 | 3.11 | 3.32 | 1.05 | 1.12 |
| 32 | 12.18 | 12.97 | 6.33 | 6.74 | 3.23 | 3.44 | 1.08 | 1.15 |
| 33 | 12.64 | 13.45 | 6.57 | 6.99 | 3.35 | 3.56 | 1.12 | 1.19 |
| 34 | 13.13 | 13.96 | 6.83 | 7.26 | 3.48 | 3.70 | 1.17 | 1.24 |
| 35 | 13.62 | 14.46 | 7.08 | 7.52 | 3.61 | 3.83 | 1.21 | 1.28 |
| 36 | 14.14 | 15.00 | 7.35 | 7.80 | 3.75 | 3.98 | 1.26 | 1.34 |
| 37 | 14.69 | 15.57 | 7.64 | 8.10 | 3.89 | 4.12 | 1.31 | 1.39 |
| 38 | 15.27 | 16.17 | 7.94 | 8.41 | 4.05 | 4.29 | 1.36 | 1.44 |
| 39 | 15.86 | 16.78 | 8.25 | 8.73 | 4.20 | 4.44 | 1.41 | 1.49 |
| 40 | 16.47 | 17.42 | 8.56 | 9.05 | 4.36 | 4.61 | 1.47 | 1.55 |
| 41 | 17.10 | 18.07 | 8.89 | 9.39 | 4.53 | 4.79 | 1.52 | 1.61 |
| 42 | 17.76 | 18.76 | 9.24 | 9.76 | 4.71 | 4.98 | 1.58 | 1.67 |
| 43 | 18.44 | 19.47 | 9.59 | 10.13 | 4.89 | 5.16 | 1.64 | 1.73 |
| 44 | 19.14 | 20.20 | 9.95 | 10.50 | 5.07 | 5.35 | 1.70 | 1.79 |
| 45 | 19.87 | 20.96 | 10.33 | 10.90 | 5.27 | 5.56 | 1.77 | 1.87 |
| 46 | 20.78 | 21.90 | 10.81 | 11.39 | 5.51 | 5.81 | 1.85 | 1.95 |
| 47 | 21.72 | 22.88 | 11.29 | 11.89 | 5.76 | 6.07 | 1.93 | 2.03 |
| 48 | 22.68 | 23.87 | 11.79 | 12.41 | 6.01 | 6.33 | 2.02 | 2.13 |
| 49 | 23.65 | 24.88 | 12.30 | 12.94 | 6.27 | 6.60 | 2.10 | 2.21 |
| 50 | 24.66 | 25.94 | 12.82 | 13.49 | 6.53 | 6.87 | 2.19 | 2.30 |
| 51 | 25.75 | 27.07 | 13.39 | 14.08 | 6.82 | 7.17 | 2.29 | 2.41 |
| 52 | 27.07 | 28.44 | 14.08 | 14.79 | 7.17 | 7.53 | 2.41 | 2.53 |
| 53 | 28.51 | 29.94 | 14.83 | 15.57 | 7.56 | 7.94 | 2.54 | 2.67 |
| 54 | 30.08 | 31.57 | 15.64 | 16.41 | 7.97 | 8.36 | 2.68 | 2.81 |
| 55 | 31.78 | 33.33 | 16.53 | 17.34 | 8.42 | 8.83 | 2.83 | 2.97 |
| 56 | 33.39 | 35.01 | 17.36 | 18.20 | 8.85 | 9.28 | 2.97 | 3.11 |
| 57 | 35.14 | 36.84 | 18.27 | 19.15 | 9.31 | 9.76 | 3.13 | 3.28 |
| 58 | 37.05 | 38.83 | 19.27 | 20.20 | 9.82 | 10.29 | 3.30 | 3.46 |
| 59 | 39.16 | 41.03 | 20.36 | 21.33 | 10.38 | 10.88 | 3.49 | 3.66 |
| 60 | 41.50 | 43.46 | 21.58 | 22.60 | 11.00 | 11.52 | 3.69 | 3.86 |
| 61 | 43.86 | 45.93 | 22.81 | 23.89 | 11.62 | 12.17 | 3.90 | 4.08 |
| 62 | 46.45 | 48.63 | 24.15 | 25.28 | 12.31 | 12.89 | 4.13 | 4.32 |
| 63 | 49.28 | 51.59 | 25.63 | 26.83 | 13.06 | 13.67 | 4.39 | 4.60 |
| 64 | 52.36 | 54.81 | 27.23 | 28.50 | 13.88 | 14.53 | 4.66 | 4.88 |
| 65 | 55.17 | 57.77 | 28.69 | 30.04 | 14.62 | 15.31 | 4.91 | 5.14 |
| 66 | 59.89 | 62.66 | 31.14 | 32.58 | 15.87 | 16.60 | 5.33 | 5.58 |
| 67 | 65.23 | 68.18 | 33.92 | 35.45 | 17.29 | 18.07 | 5.81 | 6.07 |
| 68 | 71.28 | 74.45 | 37.07 | 38.72 | 18.89 | 19.73 | 6.34 | 6.62 |
| 69 | 78.34 | 81.75 | 40.74 | 42.51 | 20.76 | 21.66 | 6.97 | 7.27 |
| 70 | 84.90 | 88.58 | 44.15 | 46.06 | 22.50 | 23.48 | 7.56 | 7.89 |
| 71 | 92.32 | N/A | 48.01 | N/A | 24.46 | N/A | 8.22 | N/A |
| 72 | 100.65 | N/A | 52.34 | N/A | 26.67 | N/A | 8.96 | N/A |
| 73 | 110.11 | N/A | 57.26 | N/A | 29.18 | N/A | 9.80 | N/A |
| 74 | 120.98 | N/A | 62.91 | N/A | 32.06 | N/A | 10.77 | N/A |
| 75 | 133.79 | N/A | 69.57 | N/A | 35.45 | N/A | 11.91 | N/A |

6    These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

**Prudential Guaranteed Life** (For Policies $100,000 +)
Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"
### UNISEX

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01X | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on
your age on the effective date of your policy.

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Rate Calculation Sheet

Number of Units per $1,000
(E.g. $10,000 = 10 Units)                                    _____

Rate per $1,000                                              _____
(Refer to rate charts based on
amount of coverage being converted)

Policy constant per premium mode                            _____
(Refer to page 4:
- $85.00 = annual mode
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

                                                            _____

Please note that your rate will be based on your age on the
effective date of your policy.

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Group Basic and Optional Term Life Insurance coverages are issued by
The Prudential Insurance Company of America, a New Jersey company,
751 Broad Street, Newark, NJ 07102-3777. (Contract Series: 83500)

© 2010 The Prudential Insurance Company of America.

Prudential and the Rock logo are registered service marks of
The Prudential Insurance Company of America. www.prudential.com.
California COA #1179, NAIC #68241.

0177151-00002-00

114888

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# Exhibit C

## EXHIBIT C
## INDEX

C) Correspondence between myself and Debtor regarding my          12 pages

Fact Discovery Request,  their Objection and my Objection

Dispute

    a.  Fact Discovery Request submitted to Debtor          2 pages

              September 13, 2012  (pages 1-2 of 12)

    b.  Objection Response to "Fact Discovery Request"

       from Debtor

             Cover Letter    (pages 3-4 of 12)          2 pages

             The Debtors Responses and Objections…          6 pages

             (pages 5-10 of 12)

    c.  Fact Discovery Request Dispute email submitted          2 pages

        to Debtor  (pages 11-12 of 12)


Documents Pending Discovery are identified as

      Exhibit D:    1983 Summary Plan Description

      Exhibit G:    Cigna Insurance Policy in effect from 1983 – 1993

      Exhibit H:    Pay Stubs with payroll deductions for LTD Insurance

      Exhibit K:    Letters regarding mortgage approvals

      Exhibit L:    Approval Letter from Cigna upon STD and LTD determination


[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# "FACT DISCOVERY" REQUEST

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010

September 13, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired (1983) **AND** the year I was forced onto Long-Term Disability (1993):

## Section#1

o Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
o Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
o Employee Benefits Binders.

**Further, I would like to request copies of the following information be forwarded to me reflecting <u>ALL Nortel communications</u> regarding Employee Benefits from the year I was hired, 1983, <u>through</u> Sept. 2012 for the following:**

o <u>All</u> Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
o Copies of all my Flex Benefits Confirmation Statements.
o A dump of detailed call logs for all calls I placed into Nortel HR.
o A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 <u>through</u> Sept. 2012.
o A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
     o Trust Documents
     o all financial information
     o Names of Trustees
     o Bank accounts pertinent to Form 5500 transactions
o Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.
o Copies of my complete personnel file including but not limited to: hiring paperwork, MFA reviews, salary history, etc.
o Copies of all documentation provided to Mortgage lenders regarding confirmation of my benefit continuation for their use in approving mortgage applications, as required in FNMA Documentation Retention Rules. There should be documentation available for Dallas, TX (1994), Richmond, CA (2000), and Bedford, NH (2002).
o Pay stubs for years 1991, 1992, 1993, and 1994
o Copies of all documents and procedures within Nortel referencing "Disability Benefits", "Disability Insurance", and "Disability coverage under a self-insured program".

Exhibit C Page 1 of 12

1

# "FACT DISCOVERY" REQUEST

**Further,** I would like to request a copy of the following documents:

○  A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
○  A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

**Lastly,** "Interrogatories"

○  Please admit that there were no procedures in place to inform me or employees whether "Disability Benefit" as per the Flex Benefits Confirmation Statements was or wasn't a true insurance policy, leaving me with the risk of becoming disabled under your plan, and impossible to obtain Disability Insurance

○

Sincerely,


Janette M Head

Bedford, NH 03110

Exhibit C  Page 2 of 12
[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

### 1201 NORTH MARKET STREET
### P.O. BOX 1347
### WILMINGTON, DELAWARE 19899-1347

(302) 658-9238

October 12, 2012

Janette Head

Bedford, NH 03110

Re:   *In re Nortel Networks, Inc., et. al.,* Case No. 09-10138 (KG)

Dear Ms. Head:

I am writing on behalf of Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"). We received your letter dated 9/13/2012, requesting documents and/or other information in connection with the pending litigation concerning termination of the Debtors' long-term disability ("LTD") plans and employment of the Debtors' LTD employees, and your request for documents and/or other information made via the Rust/Omni limited access website (together, the "Requests"). The Debtors are treating the Requests as a formal request for the production of documents directed to the Debtors, pursuant to Rule 34 of the Federal Rules of Civil Procedure (the "Civil Rules") and Rule 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

As you may be aware, on September 20, 2012, the Court entered the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with the Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employments of the LTD Employees and (B) Amending the Scheduling Order for Hearing on the Debtors' Process to Terminate Benefits* [D.I. 8562] (the "Order"). A copy of the Order is enclosed for your reference.

The Order sets forth certain procedures for LTD employees to obtain information from the Debtors in connection with this contested matter. The Order provides specific procedures for individual LTD employees, like yourself, to access: (1) non-confidential information (the "Non-Confidential Information") requested by the Official Committee of Long-Term Disability Participants (the "LTD Committee"); and (2) certain potentially confidential information from an individual LTD employee's personnel file (the "Individual LTD Employee Information").

Exhibit C  Page 3 of 12

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Janette Head
October 12, 2012
Page 2

　　　　In addition to the Non-Confidential Information and Individual LTD Employee Information which will be accessible through the website, the Order also permits an individual LTD employee, like yourself, to submit supplemental written document requests to the Debtors for documents related to the pending litigation that do <u>not</u> otherwise constitute Non-Confidential Information or Individual LTD Employee Information (each a "<u>Supplemental Document Request</u>") on or before October 15, 2012, and that the Debtors reserve the right to object to such Supplemental Documents Requests.[1]  The Order also provides that the Debtors "shall not be required to respond to requests deemed to constitute requests for admission and/or interrogatories submitted by individual LTD employees."

　　　　To the extent that your Requests include Supplemental Document Requests, enclosed with this letter are the Debtors' responses and objections to such requests for the production of documents pursuant to Rule 9014 of the Bankruptcy Rules, which are being served upon you.

　　　　Elliot Greenleaf, counsel to the LTD Committee, is maintaining the limited access website.  Please contact Theresa Snow at Elliot Greenleaf with any questions regarding access to the website and the documents requested.  Ms. Snow can be reached via telephone at 302-384-9409 or via email at TMS@elliottgreenleaf.com.

　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　Ann C. Cordo

ACC/clh

Enc.

---

[1]　　Per the terms of the Order, making Supplemental Document Requests shall "constitute an agreement by the LTD Employee to submit to document discovery requests by the Debtor.  Exhibit C  Page 4 of 12

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                    :
*In re*                             :        Chapter 11
                                    :
Nortel Networks Inc., *et al.*,[1]  :        Case No. 09-10138 (KG)
                                    :
                    Debtors.        :        Jointly Administered
                                    :
                                    :
---------------------------------------------------X

## DEBTORS' RESPONSES AND OBJECTIONS TO REQUEST FOR PRODUCTION OF DOCUMENTS OF JANETTE M. HEAD DIRECTED TO THE DEBTORS

Nortel Networks Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), by their undersigned attorneys, hereby respond pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to the *Request for Production of Documents Directed to the Debtors* (the "Supplemental Document Requests"), as follows:

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Exhibit C Page 5 of 12

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

*The Debtors' general and specific responses and objections to the Supplemental Document Requests herein are subject to the following reservations of rights:*

1) These objections are based upon information now available to the Debtors and are made without in any way waiving or intending to waive but, on the contrary, intending to reserve and reserving: (a) the right to object on any ground at any time to a demand for any further response to the requests or any other discovery request; and (b) the right at any time to revise, supplement, withdraw, correct or clarify these responses and objections.

2) Any responses by the Debtors shall not be deemed or construed in any way to be an adoption, admission or agreement by the Debtors of or to any such definition or term used in the Request, or the materiality, admissibility or relevance thereof.

3) The Debtors reserve all objections to the use of these responses and of any documents or electronically stored information ("ESI") the Debtors produce. All such objections may be interposed by the Debtors at any hearing or other court appearance, or as otherwise required by the Order, the applicable rules or any other order of the Court.

4) Insofar as the intentional production of any document or ESI by the Debtors pursuant to the Request may be deemed to be a waiver of any privilege or right, such waiver shall be deemed to be a limited waiver with respect to that particular document or ESI only. Any inadvertent production of any document or ESI shall not be deemed or construed to constitute a waiver of any privilege or right of the Debtors, and the Debtors reserve their right to demand that you return to them any such document or ESI and all copies thereof.

5) The Debtors reserve the right to redact from any documents produced pursuant to the Request any confidential research, development, commercial, financial, trade secret or personally sensitive information not relevant to the subject matter of this contested matter.

*The Debtors hereby respond and object to the Supplemental Document Requests as follows:*

1) The Debtors object generally to each document request in the Supplemental Document Requests to the extent that it: (i) purports to impose obligations beyond those required or permitted by the Civil Rules, the Bankruptcy Rules or the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), or that exceeds the scope of the Order or of any applicable order entered by the Court; (ii) seeks information, documents or ESI that are not relevant to this contested matter nor reasonably calculated to lead to the discovery of admissible evidence; (iii) is vague, ambiguous, overbroad, unduly burdensome, harassing or oppressive; (iv) seeks information from outside the time period relevant to this contested matter; (v) requires that the Debtors draw legal conclusions in producing certain documents; (vi) calls for the production of documents or ESI already in the possession of the LTD Committee or that is otherwise available from public sources including documents that are on file with the Court; (vii) seeks documents or ESI that are protected from disclosure by the attorney-client privilege, the work product doctrine, a joint defense or common interest privilege, a

Exhibit C  Page 6 of 12

2

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

right to privacy pursuant to the Health Insurance Portability and Accountability Act
Privacy Rule ("HIPAA") or any other applicable privilege or immunity from discovery,
or whose disclosure is prohibited by any law, regulation or order of any state, the United
States or any other country or jurisdiction; and (viii) seeks the production of documents
or ESI from sources that are not reasonably accessible because of undue burden or cost.

2) Subject to the foregoing general objections[2], the Debtors have previously produced or
will produce to the LTD Committee for posting to the limited access website (to the
extent not deemed Confidential or Highly Confidential) any reasonably accessible, non-
privileged documents in the Debtors' possession, custody or control responsive to the
following Supplemental Document Requests:

  • Long Term Disability Summary Plan Documents and Flex Benefits Enrollment
    Guides[3]

  • Employee Benefits Binders

  • A copy of all annual 5500 Financial Forms that Nortel filed with regard to the
    LTD Plans

  • Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision,
    Hearing and Retirement Plan Documents for years 2001, 2002 and 2003

  • Financial information, including all Trust documents and bank accounts that long
    term disability funds were held in[4]

  • Copies of all documents and procedures within Nortel referencing "Disability
    Benefits", "Disability Insurance", and "Disability coverage under a self-insured
    program"

  • All Nortel HR Communications that were transmitted to employees regarding
    explicitly Notification of Changes to all of the above documents/benefits
    identified in Section #1 of your Request

3) The Debtors specifically object to the following Supplemental Document Requests on the
grounds that the information the requests seek is not relevant to this contested matter nor
reasonably calculated to lead to the discovery of admissible evidence:

  • Copies of all documentation provided to Mortgage lenders regarding confirmation
    of my benefit continuation for their use in approving mortgage applications, as

---

[2] In addition, the Debtors incorporate by reference the General and Specific Objections set forth in the Debtors'
Responses and Objections to the Official Committee of Long Term Disability Plan Participants' Request for
Production of Documents Directed to Debtors, dated August 20, 2012.
[3] With respect to the request for Flex Benefits Enrollment Guides, the Debtors are continuing to review potentially
responsive documents and will produce non-privileged responsive documents to the extent any are identified.
[4] The Debtors have produced to the LTD Committee on a confidential basis certain documents responsive to this
request and are continuing to review additional potentially responsive documents for production purposes.

Exhibit C  Page 7 of 12

3

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

required in FNMA Documentation Retention Rules. There should be
documentation available for Dallas, TX (1994), Richmond, CA (2000) and
Bedford, NH (2002)

- Copies of my Job Description, Annual Reviews, Copy of Awards, etc.

- A copy of all performance reviews

- A copy of all personnel profiles, showing: salary, grade level, Department #, etc

- A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims
  that Nortel paid for me as well as for any dependents for the last three (3) years;
  i.e. Sept. 2009 through Sept. 2012[5]

- A dump of detailed call logs for all calls I placed into Nortel HR

4) The Debtors specifically object to the following Supplemental Document Requests on the
grounds that they are vague and ambiguous, and/or the Debtors are unable to identify
what is being requested:

- A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by
  Prudential Insurance Co.[6]

- A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.[7]

- Copies of all my Flex Benefits Confirmation Statements

5) The Debtors specifically object to the following Supplemental Document Requests on the
grounds that they are overbroad in time and scope and unduly burdensome:

- Copies of all communications/data transmitted to Prudential regarding my STD &
  LTD benefits

- A dump of detailed call logs for all calls I placed into Nortel HR

---

[5] To the extent documents responsive to this request have been produced by the Debtors to the LTD Committee, the
Debtors do not object to the LTD Committee sharing such documents with you.
[6] To the extent this request seeks production of the Administrative Services Agreement between the Prudential
Insurance Company of America and Nortel Networks Inc., which is identified on its face as Prudential Agreement
No. 39900-4, the Debtors respond, based on information and belief, that this agreement is not a group LTD plan.
The Administrative Services Agreement has been produced to the LTD Committee with the designation of
"Confidential Information" and the Debtors are not authorized at this time to share this document with individual
LTD employees.
[7] To the extent this request seeks production of the Administrative Services Agreement between the Prudential
Insurance Company of America and Nortel Networks Inc., which is identified on its face as Prudential Agreement
No. 39900-4, the Debtors respond, based on information and belief, that this agreement is not a group Life Insurance
plan. The Administrative Services Agreement has been produced to the LTD Committee with the designation of
"Confidential Information" and the Debtors are not authorized at this time to share this document with individual
LTD employees.

6) To the extent the Request includes requests for documents or information from Prudential Disability Management Services and/or Cigna, or any affiliates of Prudential or Cigna, the Debtors will provide no further response to such requests in this letter as such requests are not directed to the Debtors.

7) Per the terms of the Order, the Debtors need not respond to any request deemed to constitute requests for admission or interrogatories – as opposed to a request for the production of documents – and therefore will provide no further response to such requests in this letter.

*[Remainder of page intentionally left blank.]*

(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

Dated:  October 12, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*

## Nette Head

**From:** Nette Head
**Sent:** Friday, October 12, 2012 2:23 PM
**To:**
**Cc:**
**Subject:** Fact Discovery Request

Upon examination of the VDR uploads I haven't found several of the items requested during the fact discovery submission process. Items that I'm still waiting for include:

Long Term Disability Plan Documents and Summary Plan Documents for 1983

Employee Benefits Binder for 1983

All Nortel HR communications that were transmitted to Employees regarding Notification of Changes to all Benefits from 1983 through 1993

Copies of all my Flex Benefits Confirmation Statements from 1983 - 2012

A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sep 2010 - Sep 2012

Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits from 1983 - 2012

Copies of my complete personnel file including but not limited to: hiring paperwork, MFA reviews, salary history, etc. from 1983 - Sept. 2012

Copies of all documentation provided to Mortgage lenders regarding confirmation of my benefit continuation for their use in approving mortgage applications, as required in FNMA Documentation Retention Rules. 1983 - 2012

Pay stubs for years 1991, 1992, 1993, and 1994

Copies of all documents and procedures within Nortel referencing "Disability Benefits", "Disability Insurance", and "Disability coverage under a self-insured program" from 1983 - 1993

A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Copies of all written communication between Northern Telecom Inc. (aka Nortel Networks) and Cigna Insurance, and/or Prudential regarding my LTD case from 1983 - 2012

Copies of every internal record that Prudential and Cigna referenced or authored in determination of my benefits from 1983 - 2012

A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.

A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Copies of all documents supplied by Cigna to Prudential about me or my Claim (Policy #2059005), including but not limited to the original paperwork submitted for Long Term Disability approval and the award letter during the transition period from 1999 to 2001

Exhibit C  Page 11 of 12
(Janette M Head) "Objection to Nortel Motion to Terminate LTD Plan & Employees"

A copy of Cigna Policy #2059005 referenced in correspondence from Cigna

Copies of all documentation to Nortel and Nortel employees regarding the specific role that Prudential plays in handling LTD claims from 1999 - 2012

Please let me know when to expect any of the above referenced documents.

Thanks and regards,

Janette Head

# **Exhibit D**

## EXHIBIT D
## INDEX

D) Pending Discovery from Debtor:

    1983 Summary Plan Benefits Booklet for Long Term Disability

.

[Janette M Head] "Objection to Nortel Motion to Terminate LTD Plan & Employees"

## **EXHIBIT D**

Page Marker

1983 Summary Plan Description

# **Exhibit E**