*Supplemental/Addendum to Docket # 8702*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

*Docket # 8702 10/16/2012*

*New deadline Oct. 25, 2012*

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

In return for my services I was promised a salary and benefits from NORTEL Telecon. Under my impression from NORTEL I had LTD coverage until age 65 if I ever became totally disabled. This was one of my benefits. This benefit is one of the only ways that I've been able to provide for myself and family. I depend on that being there until at least I turned 65. Without this benefit being provided Wells Fargo surely would have disapproved my home loan request. Reference attached NORTEL Long-Term Disability Application Process Letter dated Aug 12 97. BENEFIT ENTITLEMENT: 1.Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life Premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care + Life Insurance+Spousal Life+Dependent Life = Total (This information is available from your paycheck stub). These premiums will continue to be automatically deducted for the duration of your disability. Benefit Entitlement: 8b Compensation for Long Term Disability (LTD) leaves: Long Term Disability benefits for full and part time employees working more than 20 hours/week: Long Term Disability Benefits are payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.On numerous occasions Prudential personnel have put me at ease by telling me my LTD benefits were good until I turned 65.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Reference attached Prudential Insurance Company of America letter dated June 12 2008 with my personal note. 12 Aug 2008 my LTD benefits have been approved till Apr 15 2018 (day before my 65th birthday) per Dawn and Nicole at Prudential. After I became totally disabled and CIGNA/Prudential approved my LTD claim NORTEL became financially responsible for my LTD benefits until I turned 65.**

**I plead that the Court does not allow NORTEL to terminate my LTD benefits. The loss of my medical benefits and income would be disastrous to myself and my family.**

**4 attachments**
**Atch 1 dated Aug 12 97 NORTEL LTR and LTD Checklist**
**Atch 2 dated July 7, 1998 CIGNA Group Insurance Ltr approval for LTD benefits**
**Atch 3 dated April 12, 2000 Prudential Ltr approval for reconsideration of LTD benefits**
**Atch 4 Prudential Insurance Company ltr dated June 12, 2008 with personal note LTD benefits approved till Apr 15, 2018**

Supplemental attachment Ltr from Prudential Ins dated October 12, 2012 stating my benefits will continue through April 15, 2018. (Day before my 65th Birthday)

**Name:** George I Hovater Jr

**Address:** 9009 Casals St Unit 1 Sacramento Ca 95828

**Phone #:** 916-366-3402

**Signature:** *[signed]*

*Supplemental Atch.*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 12, 2012

George Hovater Jr
9009 Casals St.
Unit #1
Sacramento, CA  95826

Claimant: George Hovater Jr
Claim No.: 10279502
Date of Birth: 4/16/1953
Control No./Br.: 39900 / 000RB

Dear Mr. Hovater Jr:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

You are receiving $489.42 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through April 15, 2018, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager