## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
| | **Hearing Date:** Feb. 12, 2013 at 10 a.m. |
| | **RE:** D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

**Herbert Preston Stansbury** (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, **Herbert Preston Stansbury** respectfully represents as follows:

### BACKGROUND

1.  My decision to accept Nortel's employment offer was based on both benefits primarily. In my case, I had a good salary and Nortel could only match, so I waited a year to get my finances in order to allow me to accept a job available and identified by Nortel.

2.  Nortel hired me in February 20, 1984 as a Voice Systems Technician. I advanced to higher support rolls on equipment for both voice and data. I received many awards supporting marketing with new Voice Mail products and bonus awards within my own department due to my support and dedication and long hours to aid completion to projects, such as support completion of installation of systems in RTP, Perimeter Park, Alabama, USA and Montreal,

---

[1]    The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Canada. I also accepted a position as supervisor when requested by two senior managers. I served as a supervisor over a period of a year at two local sites, Perimeter Park and BNR. During a re-organization I was restructured under an engineering position on voice systems.

3. My disability, I'm now a double amputee with other medical conditions such as high blood pressure and high cholesterol and diabetes that are being controlled by medications. Being over-weight to the point of obesity does not help. Limited mobility reduces one's ability to exercise (like walking, running, etc.) as used in combination with reducing calorie intake in order to lose my weight. Since I also have diabetes, I am already watching what and when I eat. Weight reduction on-going as a personal challenge I hope to overcome.

### *Short Medical History Overview:*

Serious trouble with my ligaments in my ankles and high arches occurred in late 1996.

My first (1) operation occurred in January 1997, surgery on *ligaments in left ankle* and arches in both the left and right ankle to *drop my high arches*. My neighbor had to aid lifting me into my home as I could not put any pressure on feet.

My second (2) operation, May 2000 occurred to my left foot to *split my heel* to help support and to aid removing side to side motion of my ankle. I returned to work September 2000.

Prosthetic required to my left leg in April 2002.

My third (3) foot operation May 2002 (LTD disability date, May 3rd, 2002) performed *total fusion to my left leg with a steel pin*.

*Staph infections* occurred both in November and December 2002.

*Skin grafts* failed (1) January 2003 and *skin graft* started in hospital June 2003.

Another *staph infection* August 2003 put me back in hospital. I had a spiral of *Mercer Staff Infections* that nearly cost me life. *An Infectious Disease Expert for NC* was requested to view my condition to insure *Infection didn't get in my blood stream*. Consultation with hospital doctors and my doctor recommended amputation of my left leg to provide me a better quality of life. I requested a second opinion and went to another expert at Duke University and he also supported best to have the amputation. I decided it best to go into surgery to amputate my left leg.

My right leg started giving me trouble. Having been through several procedures prior history with left leg; it seemed identical so I decided to try to get out in front. My visit with the doctor identified Osteoarthrosis and scheduled surgery a month out, the first schedule opening the doctor had open to perform necessary surgery, March 31st, 2009.

My wife has been my transportation since my second amputation. My driver's license had been up for renewal and had elapsed due to my condition preventing me to go renew. My travels since amputation of right leg only consist of doctor visits primarily; however once only exception. I did attend my grandson's graduation at church.

***Notably I should mention***:
My wife was contacted on December 24, 2007 that she had *Cancer*.

February 25, 2008 she had *Mastectomy surgery*.

She started *Chemo treatment* July 18, 2008.

She had *thirty (30) Radiation Treatments* starting September 2008.

She additionally now has to have *CT Scans* twice a year and has to take *Arimidex* tablets daily.

4. Prudential validated Claimant: Herbert Stansbury, Group LTD Plan G39900 Long Term Disability (LTD) Plan, Claim #10522537.   May 3rd, 2002 my medical leave converted to LTD Benefits under Nortel Networks, Inc. Group LTD Plan.

## RELIEF REQUESTED

5. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $151,165.12.

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me and my spouse would be both financially and medically devastating.  My wife has no job and does not work outside our home.  I am the soul supporter of our family.

## BASIS FOR RELIEF

8. *I placed a very high value on obtaining benefits as protection for myself and my family*.  I attended HR Benefit presentations and read Nortel Networks Benefits documentation.  I *utilized the above resources mentioned to confirm my understanding of the benefits plans*.  I focused on the Short Term Disability (STD) and Long Term Disability (LTD) Plans.  I reviewed the Employee Benefits and Plans binder sent out to employees. *My understanding the STD/LTD benefits could never be terminated if/once I became disabled and I was already receiving the STD/LTD benefits.*

9. I read the Flex Benefits Enrollment Guides and *provided extra money out of my paycheck to boost 70% LTD pay.  My understanding, all my benefits, such as Medical, Dental, Hearing and Vision for my children or Life insurance for my spouse were under the same Group 039900 plan.*  My wife and I, it would be almost impossible for us to acquire comparable Life Insurance and at our age insurance cost goes up and at a very high rate, which we would no longer be able to afford.  We would also lose all cost already invested into a plan I believed was there for us, especially as we are entering into our senior lives.

10. *Under my double amputation I required transportation of a handicapped vehicle to support my condition to make trips to the doctor.* Handicap vehicles are expensive. I couldn't afford a new one so I also had to shop around and finally purchased a used vehicle which *I had to finance and still owe a balance on that vehicle.* Cost to add equipment new or used vehicles with handicap accessibility run from $9=11K *above the cost of the vehicle.* I called for confirmation to cost on installing handicap accessible equipment.

I understood from the LTD Summary Plan Descriptions (SPD) that I would receive LTD benefits as long as disabled up until 65 years of age. *I am presently 63 years of age.* Two (2) years is a life time to a disabled LTD employee who needs the LTD Benefits Plan as currently provided by Nortel Networks, Inc. Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when same agent seeks to terminate employment to expressly deny LTD benefits.

11. Nortel is well within their means to meet the contractual obligations. LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to liquidate. These benefits are life support to my family versus the portfolio health of investors. Investors are important to a company and investing comes at a high risk. I also took a risk with Nortel and invested my life also. I'm sure no one means to liquidate, but to do so one still has to honor their promises made along the way before liquidating if at all possible. My belief, Nortel has an obligation to both parties, however as an employee working with Nortel I believe LTD employee plan as vested and also should be a priority before final closure with investors.

12. Reality, the harsh/terrible circumstances my wife and I face if my LTD benefits are unjustly taken away will be some inabilities to pay for some critical life saving medicines like *Arimidex* tablets go for $500 for a month supply, not being able to pay off my handicap vehicle which will additionally effect my visits to the doctor. *These are some reasons why I have included a 'Proof of Claim' (POC) document for your review and add as a consideration to my family should Nortel Networks, Inc. achieve the Motion to Terminate LTD employees and thusly also Terminate LTD benefits.*

## EXHIBITS

A. Proof of Claim (POC)

B. Check Stub September 24, 2012

C. Prudential Disability Claim File Documents as relates to my LTD

D. Financial Statement on Handicap Accessible Vehicle September 30, 2012

**Name:**       **Herbert Preston Stansbury**

**Address:**    **3193 US HIGHWAY 15, STEM, NC 27581**

**Phone #:**    **(919) 528-6858**

**Signature:**