EXHIBIT

A.    Proof of Claim (POC)

Proof Of Claim

| | | | |
|---|---|---|---|
| **WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** | | | Herbert P. Stansbury |
| **WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** | | | 104916 |
| **WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?** | | | May 3, 2002 |
| **WHAT IS YOUR AGE  (As Of January 1, 2013) ....** | | | 63 |
| Years | | | 4 |
| Months | | | 760 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | | | 20 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | | |
| **YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT** | $ | | 73,800.00 |
| **IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ....** | | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | $ | $ | - |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K .... | | | |
| **FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"** | | | |
| SEVERANCE PERIOD | | | 33 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | $ | 46,834.62 |
| **FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ....** | | | 1,419.23 |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | $ | 86,100.00 |
| SDI MONTHLY OFFSET | $ | $ | 36,180.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | $ | 5,249.00 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | $ | 55,169.00 |
| | | | 4,305.00 |
| | | | 1,809.00 |
| | | | 262.45 |
| | | | 2,758.45 |
| **Estimates On What Replacement Coverage Would Cost You** | | | |
| MEDICAL CARE | $ | $ | 13,000.00 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | $ | 24,166.67 |
| DENTAL/VISION/HEARING CARE | $ | $ | 1,200.00 |
| CORE EMPLOYEE LIFE INSURANCE | $ | $ | 3,170.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | $ | 666.67 |
| | | | 7,800.00 |
| | | | 14,500.00 |
| | | | 720.00 |
| | | | 1,902.00 |
| | | | 400.00 |
| Financial Cost to Pay-off Handicap Accessible Van | $ | $ | 6,958.17 |
| | | | 6,958.17 |
| **CLAIM GRAND TOTAL** | | $ | 151,165.12 |

EXHIBIT

B.

Check Stub September 24, 2012

025276-02-47-02-0-0-0-0

Disability Claim Services Provider



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
**September 24, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10522537
ID#      **XXX-XX-4182**

CLAIMANT   **HERBERT STANSBURY**

| DESCRIPTION | AMOUNT | | FROM | TO |
|---|---:|---|---|---|
| LTD Claim Benefits | 4,305.00 | | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,684.10 | BENEFIT AMOUNT | | 4,305.00 |
| - Medical | 262.45 | LESS OFFSET | | 1,684.10 |
| - Dental | 48.01 | ADD'L BENEFITS | | 0.00 |
| - Mandatory FIT | 655.23 | | | 2,620.90 |
| - Free Form 1 | 7.82 | LESS ADJUSTMENTS | | 0.00 |
| - Free Form 3 | 4.44 | | | 2,620.90 |
| | | LESS DEDUCTIONS | | 977.95 |
| | | AMOUNT PAYABLE | | 1,642.95 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  **September 24, 2012**

Deposit Amount:      $1,642.95

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXX7481 | $1,642.95 |

To the Accounts of

HERBERT STANSBURY
3193 US HIGHWAY 15
STEM                 NC   27581

This is not a Check

Not Negotiable

# EXHIBIT

## C. Prudential Disability Claim File Documents as relates to my LTD

SEP 07 2001 12:46 FR NORTEL DISABILITY    919 905 5796 TO 65521529    P.04/04

# Prudential 🌀 Financial

**Group Disability Insurance**
**Employer Statement**

Employee Last Name: `S t a n s b u r y`

Social Security Number: `___` - `__` - `____`

## 2  Employee Information (Continued)

Is employee covered under a Prudential Group Life Insurance Policy?  ☒ Yes  ☐ No

If Yes, what is the Face Amount?  $ `_` , `2 2 2` . `0 0 0` .00

## 3  Other Income, Deductions & Workers' Comp. Information

Please indicate any applicable deductions, such as Local Tax, State Income Tax, Medical, Dental, Life, 401K, that should be withheld from the employee's benefits, if approved. Please also indicate if the employee is receiving, or is eligible to receive, benefits from any other sources because of this absence, such as Salary Continuance, Workers' Compensation, Social Security Disability or Retirement Benefits, Statutory Benefits, No Fault Auto Insurance, Retirement or Pension Plan. Please send copies of any letters or notices approving or denying benefits.

| Source | Applied For Yes | Applied For No | Amount | Frequency | Date Benefit Begins | Date Benefit Ends |
|---|---|---|---|---|---|---|
| Salary Continuance | | | | | | |
| State Disability Benefits | ☐ | ☐ | | | | |
| Workers' Compensation | ☐ | ☐ | | | | |
| Other: ____ | ☐ | ☐ | | | | |
| Other: ____ | ☐ | ☐ | | | | |

Has the employee indicated that the absence is work related?  ☐ Yes  ☐ No

Has a Workers' Compensation claim been filed?  ☐ Yes  ☐ No

## 4  Job Information

Occupation: `I n f o   T e c h   N e t w k   O P S`

DOT Job Code: ____

— What Job Category best describes the employee's essential job duties?  (Please check appropriate box) —

| ☐ Sedentary | ☐ Light | ☐ Medium | ☐ Heavy | ☐ Very Heavy | ☐ Other |
|---|---|---|---|---|---|
| Negligible Weight Mostly Sitting | Up to 10 lbs. frequently Up to 20 lbs. occasionally and / or Frequent Walk/Stand and / or Constant Push/Pull | 10 to 25 lbs. freq. Up to 50 lbs. occ. | 25 to 50 lbs. freq 50 to 100 lbs. occ. | More than 50 lbs. freq. 100 lbs. occasionally | (Please describe below) |

As the employer, would you be able to accommodate modified duty to facilitate early return to work?  ☐ Yes  ☐ No

If Yes, please explain (reduced hours, job modification, etc): ____

## 5  Fraud Notice

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes the Employee and Attending Physician portions of the claim form.

x  _Wendy Swisher_
Employer Signature

Date Signed: `0 9` / `2 3` / `2 0 0 2`





# Prudential Financial

**Group Disability Insurance
Employer Statement**

## 1 Employer Information

**Employer Name:** M O R T E L   M E T W O R K S
**Control Number:** 3 9 9 0 0

**Address:** 4 0 0 1   E   C h a p e l   H i l l   N e l s o n
**Branch Number:**

**City:** R T P
**State:** N C   **Zip Code:** 2 7 7 0 9 - 

**Employer Phone Number:** ___ - ___ - ___

**Email Address:**

## 2 Employee Information

**First Name:** H e r b e r t
**MI:**
**Social Security Number:** 2 6 3 - 8 6 - 4 1 8

**Last Name:** S t a n s b u r y
**Suffix:**

**Coverage in force when absence began (check all that apply):** ☒ STD  ☒ LTD

**Employee Phone Number:** 9 1 9 - 6 8 8 - 6 9 5 5

**Gender:** ☒ Male  ☐ Female

**STD Coverage Selected:** ☐ Core  ☒ Optional _____

**LTD Coverage Selected:** ☐ Core  ☒ Optional _____

**Date employee became a covered individual for the applicable coverages:**
STD: Same as Date Hired
LTD:

**Date Hired (MM/DD/Year):** 0 2 / 2 0 / 1 9

**Coverage Termination Date:** N A / /

**Date Last Worked:** 0 5 / 0 2 / 2 0 0 2
**Date First Absent:** 0 5 / 0 3 / 2 0 0 2
**Date Work Was Resumed:** N A / /

**Normal Earnings Prior To This Absence (exclude bonus, overtime, etc.)**
$ 7 3 , 8 0 0 . 0 0

**Frequency of Normal Earnings:**
☐ Hourly  ☐ Monthly
☐ Weekly  ☒ Annually
☐ Bi-Weekly  ☐ Other ____

**Last Date Employer Paid Any Compensation:** / /

### Work Hours

**Is the employee's work week Monday thru Friday?** ☒ Yes  ☐ No

**Number of hours worked per normal work week:** 4 0

**If not Mon thru Fri, Check Days Worked:**
☐ Varies  ☒ Wednesday  ☐ Saturday
☒ Monday  ☒ Thursday  ☐ Sunday
☒ Tuesday  ☒ Friday

**Employment Status:**
☒ Salary
☐ Hourly
☐ Other ____

**Does employee contribute toward the STD Premium?** ☒ Yes  ☐ No
If Yes: ☒ Pre Tax  ☐ Post Tax
If Post Tax:
_____ % paid by employer
_____ % paid by employee

**Does employee contribute toward the LTD Premium?** ☒ Yes  ☐ No
If Yes: ☒ Pre Tax  ☐ Post Tax
If Post Tax:
_____ % paid by employer
_____ % paid by employee

**For Internal Use Only**

Claims Services Provided by

**The Prudential Insurance Company of America**

**Joan M Van Splinter**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5602
Fax: (877) 889-4885
Hours: 07:00 AM  03:00 PM

November 07, 2002

╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷╷
Herbert Stansbury
2117 Faucette Avenue
Durham, NC 27704-5725

Claimant: Herbert Stansbury
Control #/Br: 39900 / 000RB
Claim #: 10522537
Date of Birth: 08/07/1949

Dear Mr. Stansbury:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Group Plan #39900 issued to Nortel Networks, Inc. We have completed our review of your
pending claim for Long Term Disability Benefits under the Nortel Networks Group Long Term
Disability (LTD) Plan G-39900. The Group Plan provides disability benefits for covered
employees who meet all contractual requirements. We have determined that you do not meet the
requirements to receive benefits under the terms of the Group Plan and are therefore disallowing
your LTD benefits. This letter will outline the reasons for our decision.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the
following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work
because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You
must provide written proof of your Total Disability to the Claims Administrator, who will make
the final determination of disability. You must be under the regular care of the Physician who
has treated you personally for the Illness or Injury causing the Total Disability for at least 31
days. During the first 18 months of a covered Total Disability (from the first date of STD), you
will be considered unable to work if you cannot perform the work you were normally
performing at the time of your disability with or without reasonable accommodations for the
limitations resulting from your Illness or Injury.

After the first 18 month period of a covered Total Disability (from the first date of STD), you
will be considered unable to perform any reasonable occupation. A "reasonable occupation" is
any job you are or could become qualified to do with your education, training or experience.

In addition, to be eligible to receive benefits under the Group Plan, an employee must meet the
Plan's Elimination period which is defined below.

The Group Plan indicates that you must meet the above definition of disability for a 26-
consecutive week waiting period before benefits become payable. Since you stopped working
on May 3, 2002, the Group Plan requires that you continue to meet the above definition of
disability from May 3, 2002 through November 1, 2002, your LTD In-Benefit Date.

In order to evaluate your eligibility for LTD benefits, as of November 1, 2002, we reviewed information provided by you and your employer, along with medical documentation .

Prior to stopped work, you were employed by Nortel Networks as a Voice Engineer, which is light duty in nature. You worked from home providing a voice interface to Facilities, Real Estate, Product Groups and Vendors. You would report to the office to meet with vendors, contractors and or peers, about 5 % of the time.

On May 3, 2002, Dr. James Lawrence Frank, performed a fusion on your left ankle, due to Osteoarthrosis. Dr. Frank submitted office visit notes dated July 11, 2002. During the exam, you stated you had leg pain, caused by your dog tripping you. X-rays were interpreted by Dr. Frank noting a stress fracture of the left tibia. In addition the x-ray revealed proper healing of the fusion. You were to continue to ambulate with a 3D walker.

Dr. Frank notes a telephone call into his office on August 21, 2002, as you thought you had an infection at the surgical site. Notes indicate you had a superficial infection and was prescribed medication. You followed up on September 12, 2002 with Dr. Frank. Notes indicate you were still having some pain in the area of the stress fracture, but the pain is less and is now more of a twinge than a pain. Examination of the fusion area shows the medial open area is 1 x 1 ½. Does not appear to be infected. There is mild varus. No pain on stress. The doctor reports you are doing well and can start to ambulate without the 3D walker as much as you desire, but is unable to return to work.

On October 14, 2002, you saw Dr. Frank for a follow up visit. Office visit notes state your ankle is healing, you have no restrictions or limitations, but stated you just can't return to work in a heavy occupation, only a desk job. We received a office note from Dr. Frank on October 30, 2002, dated for October 15, 2002, The note states you now have an open wound on the medial aspect of your ankle. You were also having edema in the leg and oozing of fluid through the wound. Dr.Frank indicated restrictions and limitations, now include no sitting, standing or walking for more than an hour. If you would like vocational assistance to help you in returning to work, when you are released, please contact our office.

Although you may continue to experience symptoms related to your medical condition, we have determined that the medical evidence does not support a Total Disability caused by a physical impairment.

After a thorough evaluation of the above information, we have determined that you do not meet the definition of Total Disability as defined above. Therefore, we have disallowed your claim. A separate letter of explaination is being sent to your employer with medical information removed.

Prudential determines eligibility for LTD benefits based on the terms of the Group LTD Plan, separate from the criteria used by the Social Security Administration and Worker's Compensation Claims District in determining eligibility of Social Security Disability Benefits and Worker's Compensation benefits. Prudential must evaluate claims based on terms of the Group LTD Plan independent of the Social Security Administration and Workers' Compensation Claims District.

We realize there may be factors of which we are unaware, and if you feel this denial is incorrect, we will review any evidence you may wish to submit which will support your appeal and, if the information warrants, alter our decision.

The appeal must be in writing and must contain the following information:

- the reason for appeal and/or disagreement
- the insured's name and claim number, and
- medical evidence or documentation to support your position.

Evidence of documentation may include but is not limited to such material as:

- copies of physical therapy treatment notes,
- any other treatment records from physicians
- actual test results (e.g., MRI, EKG) or
- functional capacity results.

The written request for review must be sent **within 60 days of receipt of this letter** and state the reason why your claim should not have been denied. Include any documentation that supports your claim. Under normal circumstances, you will be notified of the final decision within 60 days of the date your request for review is received. If there are special circumstances requiring a delay of the final decision, you will be notified of the final decision no later than 120 days of the date your request for review is received.

Nothing contained in this letter should be construed as a waiver of any rights or defenses under the policy. This determination has been made in good faith without prejudice under the terms and conditions of the contract, whether or not specifically mentioned herein. Should you have information which would prove contrary to our determination, please submit it to us per the process outlined above. We will be pleased to review any objective information you may wish to submit.

This denial is based on the information in our file. If you are not satisfied or do not agree with the reason(s) for the denial of your claim, you or your authorized representative may appeal the decision to:

Appeals Review Unit
The Prudential Insurance Company Of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19101

If you have any questions, please contact me at (800) 842-1718, extension 5602.

Sincerely,

*Joan M Van Splinter*

Joan M Van Splinter
Disability Claim Manager

Claims Services Provided by

**The Prudential Insurance Company of America**

**Joan M Van Splinter**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone: (800) 842-1718  Ext: 5602
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

November 22, 2002

ԱԱ.ԱԱ.ԱԱ.ԱԱ.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.Ա.ԱԱԱԱ
Herbert Stansbury
2117 Faucette Avenue
Durham, NC  27704-5725

Claimant: Herbert Stansbury
Control #/Br: 39900 / 000RB
Claim #: 10522537
Date of Birth: 08/07/1949

Dear Mr. Stansbury:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Group Plan #39900 issued to Nortel Networks, Inc. and have determined that you are eligible for benefits effective November 01, 2002.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26 consecutive week waiting period), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18 month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $6,083.33 |
| Scheduled LTD Benefit  (70.00%) | $4,258.33 |
| Less Medical Insurance | $  100.73 |
| Less Dental Insurance | $    22.79 |
| Less Spousal Life Insurance | $    10.75 |
| Less Child Life Insurance | $     1.88 |
| | |
| Adjusted Benefit | $4,122.15 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Plan, you are required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. Please be aware that should SSDB be awarded, an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. We already have your signed Reimbursement Agreement dated September 9, 2002 on file.

Since a return to work is anticipated in the near future, we will defer the above SSDB application requirement for the time being.

When your condition improves and you are able to return to work on a full time or part time basis, please call our office. We will remain in contact with you and your care giver (s) for periodic updates regarding your condition to determine your eligibility for continued LTD benefits.

If you have any questions, please contact me at (800) 842-1718, extension 5602.

Sincerely,

*Joan M Van Splinter*

Joan M Van Splinter
Disability Claim Manager



**Douglas Bandstra**
**Social Security Coordinator**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480,
Philadelphia, PA 19101
Tel 800-842-1718 ext. 5581
Fax 877-889-4885

HERBERT STANSBURY

2117 FAUCETTE AVENUE
DURHAM, NC 27704-5725

Wednesday, March 05, 2003          Claim # 10522537

Dear HERBERT:

According to the information in our files, we believe that it may be in your best interest
to seek professional assistance from a representative specializing in Social Security claim
work. Therefore, we are making available to you the services of **Disability Benefits
Corporation,** a Social Security Assistance agency who will assist you in a renewed effort
to obtain Social Security benefits.

Their services are available at absolutely **no cost** to you, as Prudential will pay their
entire fee. Also, their services will require only minimal contact between you and the
Social Security Administration, and you will not be required to travel to your local Social
Security office. Their knowledge of the Social Security program and claims process will
allow them to act on your behalf entirely from one of their field offices throughout the
process. Realizing and understanding the frustration you have probably already incurred
in dealing with the Social Security Administration, their services are designed to relieve
you of this burden.

Though your Long Term Disability benefit from Prudential would be reduced for any
Social Security Disability benefits you might receive, there are still several very import-
ant reasons why Social Security entitlement would benefit you and your family. These
reasons all represent financial savings in one form or another and could have a major
impact on your life both now and in the future. They include:

> Increased Disability Benefits - Though you and your dependents'
> initial Social Security Benefit would be offset from your Long Term
> Disability payment, your future Social Security cost of living
> increases would not  Thus, your combined benefit amounts would
> increase each year with your Social Security increases not being
> subject to offset.



**DISABILITY**
**DBC**
**BENEFITS**
**CORPORATION**

29610 Southfield Road • Southfield, MI 48076
(248) 559-7170 • 1-800-336-4322 • Fax: (248) 559-7466

### FEES FOR SERVICES

MY REPRESENTATIVE AND I UNDERSTAND THAT FOR A FEE TO BE PAYABLE, THE SOCIAL SECURITY ADMINISTRATION MUST APPROVE ANY FEE MY REPRESENTATIVE CHARGES OR COLLECTS FOR SERVICES PROVIDED IN PROCEEDINGS BEFORE SSA IN CONNECTION WITH MY CLAIM(S) FOR BENEFITS

WE AGREE THAT IF SSA FAVORABLY DECIDES THE CLAIM(S) **PRUDENTIAL INSURANCE,** WILL PAY MY REPRESENTATIVE A FEE OF NO MORE THAN THE LESSER OF 25% OF THE PAST-DUE BENEFITS RESULTING FROM MY CLAIM(S) OR $4000 00.

WE UNDERSTAND THAT SOCIAL SECURITY PAST-DUE BENEFITS ARE THE TOTAL AMOUNT OF MONEY TO WHICH I (AND ANY AUXILIARY BENEFICIARIES) BECOME ENTITLED THROUGH THE MONTH BEFORE THE MONTH SSA EFFECTUATES A FAVORABLE DETERMINATION OR DECISION ON MY CLAIM.

WE HAVE BOTH RECEIVED SIGNED COPIES OF THIS AGREEMENT

X _Keele t Custon Hanln_      3 / 2t /2003
CLAIMANT'S SIGNATURE              DATE

X _Kael Du_                    2 /2 /2003
REPRESENTATIVE'S SIGNATURE         DATE

X --------------------------------      --- / --- /2003
REPRESENTATIVE'S SIGNATURE         DATE

**- IMPORTANT -**
**- SIGN AND RETURN TO DBC -**

## Activities of Daily Living Questionnaire

| Name: | Herbert Stansbury | Claim No.: | 10522537 |
|---|---|---|---|
| Address: | 2117 Faucette Avenue Durham, NC 27704-5725 | Control No.: | 39900 |
| | | Date of Birth: | 08/07/1949 |
| E-Mail Address: | | Phone No.: | |

## MEDICAL

What is your height? 6 ft 3 in. What is your weight? >350 lbs.

Please describe your *current* medical condition and any progress you believe you have made since you stopped working:

UNABLE TO STAND ON LEFT ANKLE; USE CRUTCHES LAST YEAR. CURRENTLY BEING ATTENDED SKIN GRAFT.

List *all* your medical conditions that you see a doctor for:

HIGH BLOOD PRESSURE, HIGH CHOLESTEROL, LEFT ANKLE AND SKIN GRAFT AND OBESITY STAPH INFECTION, SLEEP APNIA

Provide the names, addresses and telephone numbers of *all* physicians who have treated you *within the past 12 months, and* list all medications you are currently taking, along with their dosage and frequency.

### H P Stansbury - Medications

| Doctor's Full Name: | DR KIHN | | |
|---|---|---|---|
| Address: | 3811 ROXBORO ROAD DURHAM NC 27704 | | |

Please list corresponding medication(s) prescribed by this physician

| Medication Name | Dosage | Frequency Taken |
|---|---|---|
| VERAPAMIL | 240 MG | 1 TWICE DAY |
| NIACIN | 500 MG | 3 TWICE DAY |
| SEE ATTACHED | | |

| REXALL | Medicine and Measurement_UPS | Tabs x Day |
|---|---|---|
| 6973260 | VERAPAMIL HCL ER 240MG ZENITH GOLDLINE | 1T x 2 |
| 6934314 | ATENOLOL 25MG | 1T x 1 |
| OTC | NIACIN 500MG RUGBY | 3T x 2 |
| 6850671 | K-TAB (KCl 10mEq) ABBOTT | 1T x 2 |
| 8857075 | ALLOPURINOL 300MG SCHEIN | 1T x 1 |
| 6953921 | FUROSEMIDE 60MG (WATSON) | 1T x 1 |
| 6947843 | INDOMETHACIN CAP 50MG ZENITH | 1T x 3 |

| Doctor's Full Name: | DR FRANK | Specialty: | ORTHOPEDIC |
|---|---|---|---|
| Address: | 120 WILLIAM PENN PLAZA DURHAM NC 27704 | Telephone: FAX: | (919) 220-5255 |

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| CEPHALEXIN | 500 MG | 1 EVERY 6 HRS | WALMART | 3500 ROXBORO ROAD |

## ACTIVITIES OF DAILY LIVING (*Page 2*)

| Doctor's Full Name: DR LANIEL | | Specialty: PLASTIC SURGEON | | |
|---|---|---|---|---|
| Address: 300 CRUTCHFIELD STREET DURHAM, NC 27704 | | Telephone: (919) 971-3406 FAX: | | |
| Please list corresponding medication(s) prescribed by this physician. | | | | |
| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
| SILVER SULFA | 1% CRE | 2 TIMES DAILY | WAL-MART | 3500 ROXBORO ROAD |
| | | | | |
| | | | | |

| Doctor's Full Name: | | Specialty: | | |
|---|---|---|---|---|
| Address: | | Telephone: FAX: | | |
| Please list corresponding medication(s) prescribed by this physician. | | | | |
| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
| | | | | |
| | | | | |
| | | | | |

(Note: If you require additional space, please supplement on additional paper.)

## PERSONAL CARE

What time do you usually get up? ___6 AM___    What time do you usually go to bed? ___11 PM___
Do you have any trouble sleeping? Yes _ No ☒    Do you take naps? Yes ☒ No _

Describe any changes in your sleeping habits since your condition began:

_____

_____

Do you need any assistance in dressing and or grooming? Yes ☐ No ☒ If you need assistance in dressing and/or grooming, describe the help you require *and* how frequently:

_____

_____

Do you require the use of assistive devices to aid with ambulating? Yes ☒ No ☐. If yes, please list the devices you utilize: ___WEDGE TO ELEVATE LEFT ANKLE / CRUTCHES FOR MOBILITY___

Do changes in your routine upset you? Yes ☐ No ☒ If changes in your routine upset you, what is your response *or* reaction to these changes?

_____

_____

Do you have any problems with your memory? Yes ☐ No ☒ If you have problems with your memory, please describe the problems *and* how often they occur:

_____

_____

**ACTIVITIES OF DAILY LIVING** (*Page 3*)

Do you prepare your own meals? Yes ☐ No ☑  If you prepare your own meals, which meals do you prepare?
Breakfast ☐  Lunch ☐  Dinner ☐  If you do not prepare your own meals, who helps you?

_WIFE_

Have your eating habits changed since your condition began? Yes ☑ No ☐
Provide examples of the type(s) of meal(s) you prepare/eat *and* any changes in your eating habits:

_SNACKS    MORE    FREQUENT    SINCE    LOST    MOBILITY_

---

## TRANSPORTATION

Do you have a valid driver's license? Yes ☐ No ☐

Do you drive? Yes ☐ No ☑      How many times per week do you drive? _____
What is the distance you can travel as a driver? _____ miles; as a passenger? _15_ miles
If you do not drive, has your doctor restricted you from driving? Yes ☐ No ☑

Do you take public transportation? Yes ☐ No ☑  Do you need assistance to travel? Yes ☐ No ☑
If you need assistance to travel, describe why you need assistance; who assists you; and, any changes in your travel
since your condition began:

---

## HOUSEHOLD CARE

Do you live alone? Yes ☐ No ☑  Are you married? Yes ☑ No ☐

If you are married, what is your spouse's name? _DELORES_   Date of Birth: _2/7/43_
Does your spouse work? Yes ☐ No ☑  If yes, spouse's occupation? _DOMESTIC    ENGINEER_

Do you have dependent children? Yes ☐ No ☑ If yes, please provide the following information:

| Dependent Name: | Date of Birth: |
|---|---|
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |

Are you responsible for the financial management of your household? Yes ☐ No ☑  If you are responsible for the
financial management of your household, explain what you do (*for example*, write checks, pay mortgage, maintain
bank records, make bank deposits, etc.).

If you are not responsible for the financial management of your household, who is?
_DELORES    (WIFE)_

Do you have a power of attorney? Yes ☐ No ☑ If yes, please provide us with the name of the individual and
relationship. Be sure to attach a copy of the power of attorney record to this document for file records.

## ACTIVITIES OF DAILY LIVING (*Page 4*)

Do you perform any type of housework? Yes ☑ No ☐

If you perform housework, check the kinds of household activities you do:
Laundry ☐   Dusting ☐  Vacuuming ☐   Washing dishes ☑   Mopping ☑  Gardening ☐  Lawn care ☐
Household repair ☐  House Painting ☐ Car care ☐   Trash ☐   Recycling ☐  Other ☐ *Specify*  _____

How often do you do household activities? Daily ☐   Twice a week ☐  Weekly ☐  Monthly ☑
Approximate time spent on household activities  Daily? ___  ___   Weekly? _____   Monthly? _2_ hrs

If you *do not* perform the above mentioned household activities, who is responsible for assisting you with these
duties? In addition, please describe any changes in your ability to care for your household *and* any assistance
required since your disability began:

_____ WIFE _____

*If you have child care responsibilities*, as a parent, grandparent or baby-sitter, circle which one of these roles
you provide, and answer the following questions on what child care are you able to provide:
**Infants/Toddlers** _
Bathing ☐  Changing clothes ☐  Changing diapers ☐  Feeding ☐  Carrying ☐  Lifting ☐ Reading ☐
Play activities ☐
**Youths** ☐
Reading ☐  Play activities ☐  Volunteer Work for School ☐ Volunteer Work for Sports leagues ☐
Transportation to school/sporting events ☐ Other ☐ *Specify* : _ ___  ___ ___ ___ ___ ___ ___

Approximate time spent on childcare activities. Daily? ___ _ Weekly? ____ Monthly? ___ ___

Do you require assistance to perform any of these childcare activities? Yes ☐  No ☐
If you require assistance to perform childcare activities, describe the assistance you need; who provides this
assistance; and, how frequently you require this assistance:

_____

## INTERESTS AND HOBBIES

Do you shop? Yes ☐  No ☑
What kinds of shopping do you do? Food ☐  Clothes ☐  Gifts ☐  Other ☐ *Specify*: ___ ___ ___
How often do you shop? Daily ☐  Twice a week ☐  Weekly ☐  Monthly ☐
Approximate time spent on shopping: Daily? _____  Weekly? _____  Monthly? ___ ___ ___ ___
Do you require any assistance when you shop? Yes ☐  No ☐  If you require assistance when you shop, describe the
assistance you require:

_____

Do you read? Yes ☑  No ☐  If you read, what do you read? Books/Novels ☐  Magazines ☑  Newspapers ☑  Other ☐
*Specify*: _____ .
Approximate time spent reading: Daily? ____  Weekly? _2_ hrs  Monthly? _____ ___ ___

Do you watch TV? Yes ☑  No ☐ If you watch TV, how many hours do you watch daily? _4 hrs_

Do you listen to the radio? Yes ☑  No ☐ If you listen to the radio, how many hours do you listen? _2 hrs_ .

What types of hobbies or activities do you participate in? (please check all that apply)

## ACTIVITIES OF DAILY LIVING (*Page 5*).

Fishing □ - Type ___ ____  Hunting □ - Type ___ ____  Crafts □ - Type: ___ ____  Sewing □ Knitting ___
Swimming □ Aerobics □ Gym.: Running ☐ Bowling ___ Sports - Type· ___ ___  Movies □

Do you own a computer? Yes☑ No ¯
Please check all computer skills you possess·  Word processing✓ E-mail✓ Spreadsheets ☑ Database Management
□ Computer Graphics ✓ Web Page Design □ Please provide your Web Page Address ___ ___

Continuing Education Courses □  Other hobbies interests not mentioned ☑ *Specify:*  WOOD wORKING / POOL

How often do you do any given activity or hobby? Daily □ Twice a week □ Weekly □ Weekends □ Monthly □
What is the amount of time you spend on each activity·hobby mentioned?  ___ ___ ___ ___ ___ ___

Has there been any change in your interests and hobbies, or in the frequency with which you participate in them, or
in your requirement for assistance to participate in them since your disability began? Yes☒ No □ If there has been
any change in your interests and hobbies, in the frequency you participate in them or in your requirement for
assistance to participate in them, describe the change(s) and the assistance you require:

LIMITED  mobiLiTY  PREVENTS  ANY  PARTCIPATION

## SOCIAL CONTACTS

Are you an active member of any club(s) or community organization(s)? Yes □ No ☑
How often do you participate in these activities? Daily ☐ Twice a week □ Weekly □ Weekends □ Monthly □
Please list the organizations you are presently a member of:

| Organization Name | Your Position | Responsibilities | Scheduled Meeting Days | Scheduled Times |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(Note  If you require additional space, please supplement on additional paper.)

Do you perform any volunteer work? Yes ___ No ☑
If you do volunteer work, please provide the name of the volunteer program, describe your volunteer activities,
frequency of participation, and scheduled hours of participation below:

| Volunteer Organization/Group | Activities Performed | Scheduled Days of Participation Each Week | Scheduled Hours Per Day; (provide times) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(Note: If you require additional space, please supplement on additional paper.)

Do you visit with friends or relatives? Yes☑ No ¯
How often do you visit? Daily □ Twice a week □ Weekly □ Weekends □ Monthly ☑
Estimate how long these visits last (i.e, number of hours). ___ 1-2 ___ HRS

Has there been any change in your social contacts since your disability began? Yes☑ No □ If there has been any
change in your social contacts or you require assistance to maintain these social contacts, describe the change(s) and
assistance you require

**ACTIVITIES OF DAILY LIVING** (*Page 6*)

_LIMITED MOBILITY REDUCES CONTACT BY 85%_

---

## ONGOING EDUCATION/TRAINING

**Check** your highest level of *formal* education completed:
Elementary school: 1◻ 2◻ 3◻ 4◻ 5◻ 6◻ 7◻ 8◻        Secondary school: 9◻ 10◻ 11◻ 12◻ GED☑
College/University 13◻ 14◻ 15◻ 16◻, Name of College/University ___ ___ ___ ___ ___
Post Graduate ◻ Name of College/University: ___ ___ ___ ___ ___ ___ ___

Are you presently attending college? o Yes ☑ No, For a Degree? o Yes  o No  Type: _ ___ ___ ___
Name of college ___ ___ ___ ___ ___        Address ___ ___ ___ ___ ___
Number of years completed. ___ ___ ___ ___    Anticipated Graduation Date. ___ ___ ___ ___
Area(s) of concentration:
___ ___ ___ ___ ___ ___ ___ ___ ___

Are you presently pursuing any vocational training? (i.e formal training obtained through business, vocational, or other training institutions.)
Where? ___ ___ ___ ___ ___ ___        When? _ ___ ___
Length of training. ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
Certificates or licenses obtained: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

Have you, or, are you presently pursuing any other training or adult classes in computers, personal finance, real estate, crafts, art, etc.? o Yes  o No,  If yes, please advise type of classes, facility name and location, frequency of classes, duration, and dates of class(es).
___ ___ ___ ___ ___ ___ ___ ___ ___

Military Services Training:        o Yes  ☑ No        Type:
Where? ___ ___ ___ ___ ___ ___ ___        When?
___ ___ ___ ___ ___ ___
How skill was used:
___ ___ ___ ___ ___ ___ ___ ___ ___

Are you currently active in the military reserves? o Yes ☑ No  Branch: ___ ___ ___ ___ ___
Branch Location:
___ ___ ___ ___ ___ ___ ___ ___

---

## REHABILITATION EFFORTS

Have you participated in a rehabilitation or retraining program? Yes ◻  No ☑ If you have participated in a rehabilitation or retraining program, provide the name of the program, along with the address and telephone number of the provider, counselor name, and the dates of the program:

## ACTIVITIES OF DAILY LIVING *(Page 7)*

Are you currently working? Yes: __ No ☑
If yes, how many hours per week do you work? __ __ __
Please provide the name and address of the employer, position held, and current salary

_____

_____

Have you attempted working since this claim began?  *N0*
If yes, please provide the name and address of the employer, position held, salary, and reason you stopped working

_____

_____

If you are not presently working, do you believe that you will be able to return to work?  If you do not believe that you will be able to return to work, describe the reason(s) supporting your belief:

*NO, ƎFIVE YEAR, 3 OPERATIONS: STAGE INFECTION AND CONTINUED LEFT ANKLE PROBLEMS, 1 YEAR ON CRUTCHES THUS FAR*

## OTHER INCOME

Please report all the current sources of income you receive and the amount received from each source

| Type of Income | Please check: | Effective Date | Amount of Benefit |
|---|---|---|---|
| Social Security Disability –Primary * | Yes☐  No☑ | | |
| Social Security Disability Dependent/Spouse* | Yes☐  No☑ | | |
| Social Security Retirement* | Yes☐  No☑ | | |
| Social Security Survivor* | Yes☐  No☑ | | |
| Pension and/or Retirement Benefits* | Yes☐  No☑ | | |
| Workers' Compensation Benefits* | Yes☐  No☑ | | |
| Individual or group disability benefits secondary to this claim coverage | Yes☐  No☑ | | |
| Any other type of government benefits* | Yes☐  No☑ | | |
| Auto Insurance Settlement* | Yes☐  No☑ | | |
| Rehabilitative Employment | Yes☐  No☑ | | |
| Other: | | | |
| Other: | | | |

***If not previously provided**, attach a copy of any award/denial notice you have received.

## Social Security Application Information

Please provide the status of your SS disability claim  (check all that apply)

**Primary:** ☐ No application filed   ☐ Approved, Date: __ __
☑ Pending: Level (please circle) Initial Reconsideration. Administrative Law Judge, Date: ___
☐ Denied: Level (please circle): Initial. Reconsideration. Administrative Law Judge, Date. ___
☐ Appeal Filed (on most recent denial): Yes☐  No☐, Date filed: ____
(Please provide copies of correspondence from Social Security regarding status of application.)

**Family:** ☑ No application filed   ☐ Approved, Date: __ __

## ACTIVITIES OF DAILY LIVING (*Page 8*)

II Pending: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
II Denied: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
ū Appeal Filed (on most recent denial): Yes ˉ  No ū, Date filed: ___  __

Do you have an attorney of record or an agency representing you in your claim for SS disability benefits, or for any other type of income benefit? Yes / No II  If you do have an attorney or agency representing you, provide name, address and telephone number:

_____

_____

**Notice to all persons completing this questionnaire.** It is fraudulent to fill out this form with information you know to be false or to knowingly omit important facts. Criminal and/or civil penalties can result from such actions. **The information I have provided on this form is accurate to the best of my knowledge.**

_Herbert P. Stansly_                                  05/12/03
**Claimant Signature**                                 '*Date*

*If someone other than the insured has completed form, please provide the name and telephone number.*

_____              _____
**Printed Name**                              **Telephone**

_____
Signature

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  July 7, 2003
Claim Number:  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HA

HERBERT P STANSBURY
2117 FAUCETTE AVE
DURHAM, NC 27704

You are entitled to monthly disability benefits beginning November 2002.

**The Date You Became Disabled**

We found that you became disabled under our rules on May 3, 2002.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is November 2002.

**What We Will Pay And When**

- You will receive $14,423.00 around July 13, 2003.

- This is the money you are due for November 2002 through June 2003.

- Your next payment of $1,809.00, which is for July 2003, will be received on or about the second Wednesday of August 2003.

- After that you will receive $1,809.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**See Next Page**

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| November | 2002 | $1,772.80 | Entitlement began |
| December | 2002 | $1,797.60 | Cost-of-living adjustment |
| January | 2003 | $1,809.40 | Credit for additional earnings |

## Information About Representative's Fees

Your representative must receive approval from the Social Security Administration before a fee can be charged. If the representative wants to charge a fee, a request for approval must be sent to us as soon as all work for you is finished. If no fee will be charged, we should also be told right away.

Any request for fee approval should be sent to:

Office of Disability and
International Operations
1500 Woodlawn Drive
BALTIMORE, MARYLAND 21241-1500

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

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HA

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Other Information

We are sending a copy of this notice to KARL BROWN.

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

## Things To Remember For The Future

The doctors and other trained personnel who decided that you are disabled expect your health to improve. Therefore, we will review your case in May 2004. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

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HA

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security.  If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-919-541-1914.  We can answer most questions over the phone.  If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.  You can also write or visit any Social Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> DUKE FOREST BLDG
> 3308 CHAPEL HILL BLVD
> DURHAM, NC 27707

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

▲ **Prudential 🌐 Financial**   **Group Disability Insurance Authorization** ▲

---

**1**

**Claimant Information**

Social Security Number

Employee Phone Number

First Name

HERBERT

MI

Last Name

STANSBURY

Suffix

Email Address

Employer Name

NORTEL NETWORKS

Control Number

3 9 9 0 0

---

**2**

**Authorization to Release Information**

## Authorization for Release of Information to Prudential Insurance Company

### This Authorization is intended to comply with the HIPAA Privacy Rule

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data or records relating to my Social Security, Workers' Compensation credit, financial, earnings, activities or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may  1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance, 3) administer coverage, and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration  A copy of this authorization is as valid as the original  I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at : PO Box 13480, Philadelphia, PA 19101  I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under an insurance policy or to contest the policy itself  I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal rules governing privacy and confidentiality of health information

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments  I understand that I have the right to receive a copy of this authorization.

*Limits, if any ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

x _Herbert P Stansbury_
Claimant Signature

Date Signed
0 5 / 1 2 / 2 0 0 3

**Notice to Montana residents:**  You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of personal or privileged information.

---

For Internal Use Only

Claim Number
1 0 5 2 2 5 3 7


* 1 0 5 B 0 1 *

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

▲ ▲

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone:  (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

October 31, 2003

Herbert Stansbury
2117 Faucette Avenue
Durham, NC 27704-5725

Claimant: Herbert Stansbury
Control #/Br: 39900  /  000RB
Claim #: 10522537
Date of Birth: 08/07/1949

I.hIIh.,IIh.IIh..hI.hhI.hhI..h.hIhI,hhI.hh..h.IhI

Dear Mr. Stansbury:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc. Group LTD Plan.

In order to receive LTD benefits under the Group Plan, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18-month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Our records indicate that the initial 18-month period of covered Total Disability ends as of November 1, 2003. We have completed our evaluation of your claim based on the definition of Total Disability that applies after this initial period. We have determined that you meet the requirements for eligibility for benefits under this definition of disability. We have determined that you are totally disabled as required. Your LTD benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Plan.

Periodically, we will contact you and your attending physician for updated medical information. Please continue to keep us advised on any changes in your medical condition.

2

If you have any questions regarding your LTD claim, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,


David Moran
Disability Consultant

cc:    Nortel Networks

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718
Fax: (877) 889-4885

June 01, 2004

Herbert Stansbury
2117 Faucette Avenue
Durham, NC  27704-5725

Claimant: Herbert Stansbury
Control #/Br: 39900 / 000RB
Claim #: 10522537
Date of Birth: 08/07/1949

I.I.II...II...II....I.I.I.I...I.I.I.I.I...I.I....II.I

Dear Mr. Stansbury:

We are writing you with regard to your claim under the Group Policy/Plan G-39900.  We are requesting you complete the enclosed form(s) and return it to our office at the above address.

If you have any questions, please contact us at (800) 842-1718.

Claims Services Provided by

**The Prudential Insurance Company of America**

**Lynn Schneider**
Disability Consultant

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87626
Fax: (877) 889-4885
**Website:  www.prudential.com/disability**

January 15, 2009

Herbert Stansbury
3193 Us Highway 15
Stem, NC  27581

Claimant: Herbert Stansbury
Claim No.: 10522537
Date of Birth: 8/7/1949
Control No./Br.: 39900  /  000RB

Iabllubbhldalimllbull .

Dear Mr. Stansbury:

Upon a quality control review of your Long-Term Disability (LTD) benefit payments, we
uncovered an error in the calculation and subsequent payment of your benefits. The incorrect
calculation was in regard to your pre-disability earnings. We have corrected your pre-disability
earnings to reflect that your monthly salary was $6,150.00 . As a result, your claim has been
underpaid by $3,453.58. A copy of the calculation chart is enclosed for your reference.

You have been reimbursed the amount of the underpayment. We apologize for any
inconvenience this error may have caused you.

Your corrected monthly gross LTD benefit as of January 2009 will be $4305.00, less offsets and
deductions.

If you have questions about this letter, please contact me at (800) 842-1718, ext. 87626. If you
wish to review your claim information, you may access our *website* at the address listed above, or
call our *Interactive Voice Response System* at the number listed above.

Sincerely,
***Lynn Schneider***
Lynn Schneider
Disability Consultant

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
**Website:  www.prudential.com/mybenefits**

February 19, 2010

Herbert Stansbury
3193 Us Highway 15
Stem, NC  27581

Claimant: Herbert Stansbury
Claim No.: 10522537
Date of Birth: 8/7/1949
Control No./Br.: 39900  /  000RB

IıIıIIııIıIıIıIıIııIIIııII

Dear Mr. Stansbury:

This letter is in reference to your Long Term Disability (LTD) claim for continuing benefits under the Nortel Networks, Inc. Group LTD Plan.

We have been notified by Nortel Networks, Inc. that your primary medical insurance has transferred from the Nortel Networks, Inc. Plan to Medicare.  Due to this change, Nortel Networks, Inc. will reimburse you for the Medicare premium that is being deducted from your Social Security Disability Benefit (SSDB) check.  Effective November 1, 2009, Prudential will increase your monthly LTD benefit by $96.40 per month for the period November 1, 2009 through December 31, 2009.  Effective January 1, 2010 your LTD benefit will be increased by an additional $14.10 as $110.50 is monthly Medicare premium for 2010.  A benefit check for additional benefits due to you for the period of November 1, 2009 through January 31, 2010 has been issued.

The amount of Medicare premiums could change December of each year and therefore, your Medicare reimbursement amount is subject to change at that time, as we are made aware of such changes.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718.

Sincerely,
**Donna A Pranio**
Donna A Pranio
Claim Examiner

=============================================================================

CLAIMID: 10522537    CLAIMANT: Herbert Stansbury

AGE: 63    GENDER: M    OCC: Info Services Engr    JOB CLASS: Light

DT OF HIRE: 02/20/1984    LDW: 05/02/2002

PRIMARY DX: Osteoarthrosis, Unspecified whether Gene

EXP DUR:    BENEFITS BEGINS: 11/01/2002    DISABILITY DT: 05/03/2002

=============================================================================


=============================================================================

SOAP ID: 20    PREPARED BY: Vincent Brazdzionis    DATE: 09/11/2012

MILESTONE DATE:    TYPE: Capacity/Clinical Review    REASON: Stop & Check/Sort

SORT CODE: NC/M===========================================================================


SUBJECTIVE:


OBJECTIVE:


ANALYSIS:

Age: 63

M/F: M

Occ: Info Service Engineer

Class: Light

Diagnosis: Osteoarthrosis, Unspecified whether Generalized or Localized, Lower Leg; Fibula; Knee Joint; Patella; Tibia

Rec'd: CS

Benefits/Offsets: None

Max Duration: 8/6/2014

APS: N/A (ee is over age 60)

CS: High Blood Pressure, Cholesterol, Joint Pain, Arthritis, Obesity, On Meds, Double Amputee, Infections, Failed Skinn Grafts

ADLs: No attendence outside home with exception of going to see medical doctors, perform sink bath, can get dressed, listen to music, watch television, access internet, family visits at home

Per prior SOAP, ee oow since2002, Based on CS, ee is still capacity NC/M

PLAN:

Continue w/ Benefits through Max

NC/M

==================================================================================

SOAP ID: 19   PREPARED BY: Donna Pranio                  DATE: 10/20/2010

MILESTONE DATE:   TYPE: Claim Mgmt.   REASON: cs/aps reviewed - updated benefits

==================================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

cl is a 61 yom former engineer out since 2002 with osteoarthrosis, rt leg amputation below knee, rt leg infection and DJD - cl states wheelchair bound, shortness of breath, high blood pressure, high cholestrol and arthritis - cl takes about 45 minutes totend to daily needs - minimal activity, stays home, listens to music and watch tv - cl rec'v ssdb - aps states bilateral BKA, ostomyelitis, HTN, high cholestrol, obesity, DJD and gout -Left BKA 2003 and right BKA 2009 - nonambulory w/both BKA - pt to avoid walking, lifting and reaching - no return to work

PLAN:

pay thru 8/6/2014

send cs/aps 7/2012

==========================================================================

SOAP ID: 18    PREPARED BY: Donna Pranio                    DATE: 02/19/2010

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: mediare reimbursement

==========================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

Medicare Reimbursement eff 11-1-09.  2009 Rate--$96.40. 2010 rate --$110.50  EE is entitled to a Medicare reimbursement for the period 11-1-09 through 1-31-10 in the amount of $303.30 (96.40 x 2 +110.50)

PLAN:

Reduce SSDB for the period 11-1-09 through 12-31-09 by $96.40.  Effective 1-1-10, reduce the SSDB effective 11-1-09 by an additional $14.10. Send EE w/ CC to ER letter, Set 1-3-11 Follow for Benefit change for Medicare Reimbursement.

==========================================================================

SOAP ID: 17    PREPARED BY: Jeff Dell                    DATE: 12/24/2008

MILESTONE DATE:    TYPE: Adjustment    REASON: underpayment

==========================================================================

SUBJECTIVE:

OBJECTIVE:

due to scheduled benefit increase, underpayment is $46.67 per month x 74 mos. = $3453.58

period is from 11-1-2002 to 12-31-2008, chart shows the entire history.

ANALYSIS:

adj complete with log of calculation and entry of online payment

PLAN:

dcm to review as needed.

===========================================================================

SOAP ID: 16    PREPARED BY: Lynn Schneider                    DATE: 12/15/2008

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: Refer to adjustment team for IP calc

===========================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

Per ER, EE has been underpaid due to incorrect documentation of salary in DCMS. (see 11-2-07 correspondence). Will refer to Adj team now for calculation of UP as it spans multiple years (11-1-02 to 12-31-08). Once UP is calculated, & issued, letter from core team to be sent to EE to explain adjustment in benefits

DCMS notes salary amount of $73,000 annually or $6083.33/ mt. Per ER, salary should be $73,800 annually.

PLAN:

dcm to handle as noted above.

==========================================================================

SOAP ID: 15    PREPARED BY: Colette Howe RN                    DATE: 09/22/2008

MILESTONE DATE:    TYPE: Capacity/Clinical Review    REASON: Claim Discussion

SORT CODE: NC/M===========================================================================

SUBJECTIVE:

.

OBJECTIVE:

59 yo male, info services engineer-light, who has been oow since 5-2-02 due to diabetes related chronic LE infections, left below knee amputee & currently w/rt leg osteomyelitis. File brought to FCD for comment regarding change in capacity, R&L's, prognosis for improvement.

*Prior 10-20-03 dcm "rvw of medical w/ clinical"- RN who opined that as long as ee has open wounds, then has no capacity.

*6-9-04 Dr. Frank MD Ortho notes unable to be on feet for more than a few minutes due to amputation, obesity, skin infections. Dx of osteomyelitis, purulent dermatitis right leg, morbid obesity & left BKA. Keflex 500 mg.

*8-26-08 Supplemental Claimant Statement:

-Being tx'd for left BKA (orthotic), rt ankle infection tx'd w/skin graft-EMG's. Has a rt ankle wrap & bandage, hanges 2x a wk. Has infection average of every 6 months. Skin is non-healing long term. Walks w/ cane for assist, has SOB, leg has to be elevated, able to walk only 20-30 ft on legs, to bathroom a lot for fluid relief. To many complex conditions to hold down any job. Has no outside activities. Takes 1.5 hrs to bathe, dress w/out assist. Mainly reads, watches TV, listens to music.

*8-28-08 APS Dr. Kihm Internal Medicine: ee has rt ankle osteomyelitis, left below the knee amputee(BKA); is seen every 4 months. Cannot really work as restricted from walking, lifting, reaching. No RTW plans.

-Primary dx: left BKA, 2ndary dx: left ankle osteomyelitis, Rt ankle osteomyelitis. Co-morbid hypertension, obesity, DJD, Gout.

ANALYSIS:

*There is no change in ee's condition based on 2004 & recent 8-08 APS. EE continues to have limited ambulatory ability due to chronic bilateral LE bone infections-osteomyelitis as well as left BKA w/ limited use of orthotic. EE has co-morbid obesity whichcontributes to ambulatory limitations restricting walk, stand to less than occasional & on a non-sustained basis. Based on MR's, ee does not have UE restrictions, no indications of cognitive restrictions.

*MR's support no change in ee's LE ambulatory limitations w/ poor prognosis for gain in capacity as time passes based on chronicity of condition. Due to co-morbid obesity, SOB ee does not have sustainability. Expect ee is at MMI-NC/M.

-C.Howe RN,BS,COHN,CCM


. PLAN:

*Refer to dcm to set plan.


=========================================================================

SOAP ID: 14    PREPARED BY: Janie Reid                DATE: 09/22/2008

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: Mature team referral

=========================================================================


SUBJECTIVE:


OBJECTIVE:


ANALYSIS:

59 Y/O male

oow 5-3-02

Dx--osteoarthrosis

SS-awarded

CR/FCD completed

APS notes that EE continues to have osteomyletis of the right leg. Per prior claim history, EE has had ongoing infections of R leg. EE cannot work with infections, EE is likely at NC/M,therefore will refer claim back form mature team handling.

PLAN:

Refer to authority, refer for mature team handling

F/U every 2 yrs

extend benefits through 08/06/2014 max duration

=============================================================================

SOAP ID: 13    PREPARED BY: Lynn Schneider                DATE: 09/22/2008

MILESTONE DATE:    TYPE: LTD File Plan    REASON: fcd

=============================================================================

SUBJECTIVE:

OBJECTIVE:

presenter--Janie Reid

facilitator--Lynn Schneider

ANALYSIS:

59 yo m

oow 5-3-02

Dx--osteoarthrosis

See SOAP dated 8-12-08 for background

Question: What is capacity?

APS notes that EE continues to have osteomyletis of the right leg.  Per hx of claim, EE has had ongoing infections of rt leg.  EE cannot workwith infections, claim is likely at NC/M and shd be returned to mature handling w/ 2 year f/u

PLAN:

dcm to set plan

=============================================================================

SOAP ID: 12    PREPARED BY: Lynn Schneider                    DATE: 08/12/2008

MILESTONE DATE:    TYPE: Capacity/Clinical Review    REASON: Stop & Check/Sort

SORT CODE: UC=================================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

59 yo male oow since 5-3-02.

Occ:--Info Services Engineer--Light duty--since 1984

Education--GED

EE went oow due to osetoarthrosis.  EE is obese--at last report 400 lbs.  EE had recurring infections and ended up w/. a BKA of left leg.  Rt leg had infections.  Last MR in file from 6-04 indicated that EE had the BKA in 1-04 and that EE was exp dermatitis of rt leg.  9-16-05 TC w/ EE noted that EE had prothesis and seemed to be adjusted to it, altho afraid to walk outside.  Noted hadn't had an infection in the last six mts.

Unclear as to what EE's CAP is at this time. Can EE perform sed occ? Wd send CS/APS now and upon recpt review in FCD to determine if EE has CAP or shd be placed back on Mature handling. TC to EE may be needed once CS/APS isrec'd.

PLAN:

DCM to f/u as noted above.

==============================================================================

SOAP ID: 11    PREPARED BY: Donna Pranio                    DATE: 06/13/2008

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: deduction correction

==============================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

FF-1 $4.10 should be $7.82 per ER's 5/15/08 spreadsheet - 7.82 - 4.10 = 3.72 X 3 = 11.16 + 7.82 = 18.98

FF-1 for june $18.98

FF-1 for july $7.82

PLAN:

as above

==============================================================================

SOAP ID: 10    PREPARED BY: Dave Moran                    DATE: 09/16/2005

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: for mature claim team consideration

==========================================================================

SUBJECTIVE:

OBJECTIVE:

post a/o 11/1/03, SS awarded

ANALYSIS:

per TC to clmt, post left leg below knee amputation 1/23/04, morbid obeisity (400 lbs), and osteoporsis. can't stand or walk few minutes. GED education. no rtw plan

PLAN:

1. refer for mature claim team consideration

2. future medical and max duration follows set

==========================================================================

SOAP ID: 9    PREPARED BY: Dave Moran                    DATE: 06/28/2004

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: receipt cs/aps

==========================================================================

SUBJECTIVE:

OBJECTIVE:

receipt cs/aps -

* clmt reports below left knee amputation

* 5/04 staph infection - recurring infections right leg

* adjusting to crutches and prostethic

* uses shower stool

aps - dr frank

* left leg below knee amputation 1/23/04, morbid obeisity, osteoporsis

* can't stand or walk few minutes

* no rtw plan

ANALYSIS:

clmt remains under doctor's care . no rtw plan. ssdb awarded. post a/o

PLAN:

1. extend benefits with request for updated cs/aps 6/06

===============================================================================

SOAP ID: 8    PREPARED BY: Dave Moran                    DATE: 10/31/2003

MILESTONE DATE:    TYPE: Decision    REASON: a/o approval

===============================================================================

SUBJECTIVE:

OBJECTIVE:

a/o 11/1/03

ANALYSIS:

clmt to have left leg below the knee amputation 1/04.  approximately 6 months post op for permanent prosthesis. clmt remains 350+ pounds.

PLAN:

1. approve benefits beyond a/o at this time

2. follow for medical update 6/04 and determine if rtw appropriate once recovered from amputation.

=============================================================================

SOAP ID: 7    PREPARED BY: Dave Moran                    DATE: 10/20/2003

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: review medical with clinical

=============================================================================

SUBJECTIVE:

OBJECTIVE:

clinician: adele glita, rn

ANALYSIS:

as of 6/03 clmt was to have skin graft on left ankle ulcer to attempt to close wound. as long as remains open, continue to be eligible for benefits beyond a/o date.

PLAN:

1. follow up with clmt and ap - wound healed since 6/03? length, size, width - other wounds develop?

2. if continues to have open wound - no rtw at this time

=============================================================================

SOAP ID: 6    PREPARED BY: Colleen Mahoney                DATE: 07/25/2003

MILESTONE DATE:    TYPE: Adjustment    REASON: Overpayment calc

=============================================================================

SUBJECTIVE:

OBJECTIVE:

ee was awarded ssdb eff 11/02 in the amt of 1772.00 per month...an earnings increase eff 1/03 makes the offset 1784.00 per month

ANALYSIS:

gross op is 14248.00, net is 10,925.41 for the period of 11/1/02 thru 6/30/03

annual breakdown is 03: 7516.98, 02: 3408.43

2002 fica is 109.87 oasdi and 25.70 hi based on a gross of 1772.00

mfit applies to 2003 in the amt of 3187.02

cyclical w/holdingis 2358.89 from 8/03 thru 1/04, then 94.66 for 2/04

PLAN:

req net op of 10,925.41..follow 8/15/03 for rec..upon rec of reimb, inactivate cyclicals

================================================================================

SOAP ID: 5    PREPARED BY: Joan VanSplinter                DATE: 12/03/2002

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: update on ee

================================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

called for the ee

his wife related that he is in the hospital. He had developed a fever at home on Sunday  then the next day when she looked at the wound and ee was running a higher fever, she noticed that the wound and almost the entire leg was crimisonred. She called the doctor and they told her to get him to a hospital now. ( She was later told that if she waited one more day he would not have made it) It turned out that the infection was not localized and it has gone to his blood stream. EE underwent 3 hours of sx for the removal of the rods, as that is where the infeciton

was and is now left with open wounds. EE will need another sx next week or this week to clean out the area again and insert new rods. The ap told Mrs Stansbury that the area was actually non union anyway and that is probably where the infection began. They have brought in a Infectious Disease ap from the university of duke to attend to ee.

He will be in the hospital for a while longer and then when disacharged ee will be home inbed with IV for about three to four months.

PLAN:

follow to call ee for update on infection

=============================================================================

SOAP ID: 4    PREPARED BY: Regina Carter              DATE: 11/21/2002

MILESTONE DATE:    TYPE: Decision    REASON: Approve Claim

=============================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

Review of 10/10 ofc note indicates some swelling and drainage of 1X1-1/2cm, w/slight redness around wound. there is some varus at fracture.

Review of 11/7 ofc note reveals that EE has to spend a great deal of time in elevation. He cannot sit or standfor as long as an hour at a time before he has to lie down and elevate leg, or there is increased swelling and drainage. Fluid is not coming through skin as it was one month ago.

Examination showed an open, clean incision.  Some surroundingerythema 2to 3 cm in width. Red granulator tissue about 1x1cm.

Dr Frank opines that EE is unable to work at this time because of the open wound, pain, and swelling - Dr does not want EE even working around house.

NOV in 4 weeks when x-ray will be taken.

Although sx was performed in 5/02, Wound continues to be open w/swelling and drainage. EE also requires increased elevation of leg, and job is not totally sedentary. Per ER, EE must be able to work between work stations as needed.

Would approve claim and referto sr mngr for auth coding.

Need to follow up for 12/02 ofc note.

PLAN:

Referred back to DCM.

Needs to be referred to sr mngr for auth coding.

=========================================================================

SOAP ID: 3    PREPARED BY: Jodi Lejuez                    DATE: 11/11/2002

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: Steps needed prior to decision

=========================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

Office visits notes in file through and including 9/12/02 office visit. Do not document infection or symptoms that doctor reports in his October letters to us (that he states supports his inability to RTW yet). We should obtain copies of office visits beyond this date to determine if letters are supportive of what was occuring after 9/12. In addition, we should contact the doctor directly to advise him that the claimant's job is work from home and he would be allowed to change positions as needed. Asthis is the case, what would prevent work?

PLAN:

Contact doctor

## DCMS

## Telephone Call Log

10/05/2012

**Claim Number :**  **10522537**
**Claimant SSN:**  **###-##-4182**
**Claimant Name : STANSBURY**

| **Reason:** | initial call | **Direction:** | Outgoing |
|---|---|---|---|
| **Call Date/Time:** | 09/27/2002 | **Contact Name:** | ee |
| **Made/Rec'd by:** | VanSplinter, Joan | | |

oow sx on 5-3-02: fusion of ankle due to osteoarthritis.
Was recovering somewhat then his dog tripped him and he also fx his leg
He is coming along now, seeing ap every 4 weeks with xrays taken each time
the ankle was non union, but now looks as if it
is healing ok.
AP is taking it ov to ov
EE is now ambulating with crutches
His wife does what he cant do
He has been layed off from Nortel
He is weight bearing as tolerated. Had an infection in the surgical site 8-21-02, antibotics were taken
EE agr
eed to assistance in finding work after he is released

| **Reason:** | routing number is 053100465 | **Direction:** | Outgoing |
|---|---|---|---|
| **Call Date/Time:** | 09/30/2002 | **Contact Name:** | bank |
| **Made/Rec'd by:** | Miller, Stephen | | |

| **Reason:** | education,prior work history | **Direction:** | Outgoing |
|---|---|---|---|
| **Call Date/Time:** | 10/09/2002 | **Contact Name:** | ee |
| **Made/Rec'd by:** | VanSplinter, Joan | | |

called Mr Stansbury
He will see the doctor tomorrow in the am
He will get what ever the doctors say should be his R&L and will call dcm with that information
For TSA, the following information was gathered:
EE has a high school education
He also has
had classes for telecommunicating, which he used at Nortel.
He also worked for a company like Verizon for 16 years, doing basically the same thing he is doing now.
He has a knowledge of systems, and knows the computer.
his hobbies are wood working

ee will call after nov

| **Reason:** | rtw plans | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 10/14/2002 | **Contact Name:** | ee |

*Page 1*
Telephone Call Log
ClaimId = 10522537



10/05/2012

**Claim Number :** **10522537**
**Claimant SSN:** **###-###-4182**
**Claimant Name :** **STANSBURY**

**Made/Rec'd by:** VanSplinter, Joan

ee called LM
He saw the ap Dr Frank and the ankle is healing well
He doesnt have any R&L just will not be able to rtw in at a heavy occupation.
His nov with Dr Frank is in four weeks, ( about November 8, 2002)
Should do a desk job

| **Reason:** | LM | **Direction:** | Outgoing |
| **Call Date/Time:** | 10/14/2002 | **Contact Name:** | ee |

**Made/Rec'd by:** VanSplinter, Joan

please call back for education training work history intersts etc.
need to refer to voc for employment

| **Reason:** | returned your call | **Direction:** | Incoming |
| **Call Date/Time:** | 10/15/2002 | **Contact Name:** | EE/Herbert |

**Made/Rec'd by:** Reid, Janie

| **Reason:** | | **Direction:** | Outgoing |
| **Call Date/Time:** | 10/16/2002 | **Contact Name:** | returned ee call |

**Made/Rec'd by:** VanSplinter, Joan

just wanted to know what i said on my last message to him

| **Reason:** | received our status letter | **Direction:** | Incoming |
| **Call Date/Time:** | 10/30/2002 | **Contact Name:** | ee |

**Made/Rec'd by:** VanSplinter, Joan

did not under stand
dcm explained
dcm related to ee that we sent Dr Frank on 10-14-02 a fax, indicating we were requesting ov notes, and rtw plans.
EE said he supplied all that infor in Sept. DCM agreed, but since he was healing, a lot can take place w
ith a healing bone, and perhaps he would be healed and released to rtw prior to the in benefit date.
We requested info from the doctor and he has not replied.
EE will call him to day.. ok
EE did see ap in october and the foot is still not completly
healed. It is a slow process. He is still on crutches and will follow up with ap in four weeks.
dcm will await the mecical from the ap and make decision if applicable

| **Reason:** | claim | **Direction:** | Incoming |
| **Call Date/Time:** | 11/06/2002 | **Contact Name:** | ee |

**Made/Rec'd by:** VanSplinter, Joan

status
we are still reviewing the claim

| **Reason:** | ee and ov notes | **Direction:** | Outgoing |



Prudential Financial

10/05/2012

**Claim Number :** **10522537**
**Claimant SSN:** ###-###-4182
**Claimant Name : STANSBURY**

---

**Call Date/Time:** 11/12/2002      **Contact Name:** Dr Lakes office

**Made/Rec'd by:** VanSplinter, Joan

called dr franks office spoke with triage nurse
she in dicated that the ee saw dr lake on 10-10-02 and did still have an open wound. It did have a little red around the site but no infection is indicated. It is draining clear fluid.
ee was seen again on
11-7-02
Pain, needs to keep leg elevated after an hour or so on it. Needs to lay down to elevate the leg.

dcm was transferred to medical records
LM for Tara to please fax over ov notes 10-10-02 and 11-7-02

**Reason:** need OV notes beyond 9-12-02      **Direction:** Outgoing

**Call Date/Time:** 11/18/2002      **Contact Name:** Gloria Medical Records

**Made/Rec'd by:** VanSplinter, Joan
ok
She will send them

**Reason:** Needs claim status: also EE's job is not sedentary **Direction:** Incoming

**Call Date/Time:** 11/21/2002      **Contact Name:** ER Case Mngr Reese

**Made/Rec'd by:** Carter, Regina

Reese states that although EE's job is mostly sedentary, he is responsible for walking around between different work stations as needed.

Advised Reese that per review of medical, EE remains TD and that claim will be referred for approval.

**Reason:** update ov      **Direction:** Outgoing

**Call Date/Time:** 12/03/2002      **Contact Name:** ee

**Made/Rec'd by:** VanSplinter, Joan

called for the ee
his wife related that he is in the hospital. He had developed a fever at home on Sunday then the next day when she looked at the wound and ee was running a higher fever, she noticed that the wound and almost the entire leg was crimson
red. She called the doctor and they told her to get him to a hospital now. ( She was later told that if she waited one more day he would not have made it) It turned out that the infection was not localized and it has gone to his blood stream. EE underwen
t 3 hours of sx for the removal of the rods, as that is where the infeciton was and is now left with open wounds. EE will need another sx next week or this week to clean out the area again and insert new rods. The ap told Mrs Stansbury that the area was a
ctually non union anyway and that is probably where the infection began. They have brought in a Infectious Disease ap from the university of duke to attend to ee.
He will be in the hospital for a while longer and then when disacharged ee will be home in bed with IV for about three to four months.

**Reason:** insurance premium change      **Direction:** Incoming

---

 **Prudential Financial**

10/05/2012

**Claim Number :**  10522537
**Claimant SSN:**  ###-###-4182
**Claimant Name :**  STANSBURY

---

**Call Date/Time:**  02/10/2003                **Contact Name:**  nortel

**Made/Rec'd by:**  Moran, Dave

Regina Carter
Disability Management Services
Phone Number: 973-548-5590
Fax Number: 877-889-4885-
Monday February 10, 2003 03:43 PM

To: David Moran/GLDI/INST/Prudential@Prudential
cc:
Subject: Herbert Preston Stansbury - Benefit chan
ge

----- Forwarded by Regina Carter/GLDI/INST/Prudential on 02/10/2003 03:43 PM -----
"Wendy Swisher" <wswisher@nortelnetworks.com>

Friday February 7, 2003 09:53 AM

To: "'regina.carter@prudential.com'" <regina.carter@prudential.com>

cc:
Subject: Herbert Preston Stansbury - Benefit change

Hi Regina,

Herbert Stansbury, SSN# 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, has changed benefit coverage.  Please
update premiums to:

Medical - $84.75
Dental/Vision - $15.35
Spouse life - $15.34
Child l
ife - $0

Thanks.  Let me know if you have any questions.  Have a great weekend!

Wendy Swisher
Employee Services
Nortel Networks
wswisher@nortelnetworks.com


- C.htm

**Reason:**          input premium changes eff 2/1/03        **Direction:**       Outgoing
**Call Date/Time:**  02/11/2003                              **Contact Name:**  to nortel

---

*Page 4*
Telephone Call Log
ClaimId = 10522537



10/05/2012

**Claim Number :**  **10522537**
**Claimant SSN:**  **###-###-4182**
**Claimant Name :**  **STANSBURY**

**Made/Rec'd by:**  Moran, Dave
David Moran
Disability Management Services
Phone Number: (973) 548-5598
Fax Number: (887) 889-4885
Tuesday February 11, 2003 09:57 AM

To: wswisher@nortelnetworks.com
cc: Regina Carter/GLDI/INST/Prudential, (bcc: David Moran/GLDI/INST/Prudential)

Subject: Re: Herbert Preston Stansbury - Benefit change

done - i made the premium changes effective 2/1/03

| | | | |
|---|---|---|---|
| **Reason:** | pre-a/o warning | **Direction:** | Outgoing |
| **Call Date/Time:** | 05/06/2003 | **Contact Name:** | to nortel |
| **Made/Rec'd by:** | Moran, Dave | | |



10/05/2012

**Claim Number :   10522537**
**Claimant SSN:      ###-###-4182**
**Claimant Name :  STANSBURY**

David Moran
Disability Management Services
Phone Number: (973) 548-5598
Fax Number: (887) 889-4885
Tuesday May 6, 2003 07:52 AM

  To: droger2@nortelnetworks.com, cglass@nortelnetworks.com, dlorimer@nortelnetworks.com
  cc: (bcc: David Moran/
GLDI/INST/Prudential)
  Subject: Herbert Stansbury (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): pre-A/O warning

Claim Services Provided by
The Prudential Insurance Company of America

  David Moran
  Disability Consultant

  The Prudential Insurance Company Of America
  Disabi
lity Management Services
  Po Box 13480
  Philadelphia, PA  19101

  Phone:  (800) 842-1718  Ext: 5598
  Fax: (877) 889-4885
  Hours:  07:00 AM  03:00 PM
May 06, 2003
Herbert Stansbury
2117 Faucette Avenue
Durham, NC  27704-5725
  Claimant: Herbert



10/05/2012

**Claim Number :  10522537**
**Claimant SSN:     ###-###-4182**
**Claimant Name : STANSBURY**

Stansbury
Control #/Br: 39900  /  000RB
Claim #: 10522537
Date of Birth: 08/07/1949

Dear Mr. Stansbury:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc. Group LTD Plan.

In
order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental In
jury, and the clinical evidence supports this opinion.  You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability.  You must be under the regular care of the Physician who has
treated you personally for the Illness or Injury causing the Total Disability for at least 31 days.  During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the wor
k you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18-month period of covered Total Disability (from the first date of STD),
 you will be considered unable to work if you are unable to perform any reasonable occupation.  A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible fo
r determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

A review of our records indicates that the initial 18-month period of benefits as defined abov
e will end on October 31, 2003.  We will be conducting a thorough evaluation to determine your eligibility for benefits beyond that date.  Even though benefits may continue beyond this initial period, we do not waive our right to evaluate your claim under
 the more restrictive definition of Total Disability.

2

In order to properly assist us in determining your eligibility for benefits beyond the initial period please:
 ú Sign and return the enclosed Medical Authorization form.
 ú Complete and

*Page  7*
Telephone Call Log
ClaimId = 10522537



10/05/2012

**Claim Number :** **10522537**
**Claimant SSN:** **###-##-4182**
**Claimant Name :** **STANSBURY**

return the enclosed Activities of Daily Living Questionnaire.
ú Have your physician complete the enclosed Supplemental Attending Physicians Statement.

The benefits that you and any eligible dependents receive from other sources are offset (reduced) f
rom your monthly LTD benefit.  This includes, but is not limited to, Social Security Disability Benefits (SSDB).  We
will continue to follow on the status of your claim for SSDB.  Please remember, if you are awarded SSDB and the
award is retroactive, an o
verpayment will occur on your LTD claim which will need to be repaid in a lump sum in accordance with the terms
of your "Reimbursement Agreement" that you signed on September 1, 2002 (copy enclosed).

If you have any questions regarding these matters, p
lease contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,




David Moran
Disability Consultant

Enclosures
cc: Nortel Networks

| | | | |
|---|---|---|---|
| **Reason:** | update on status | **Direction:** | Outgoing |
| **Call Date/Time:** | 10/31/2003 | **Contact Name:** | tc to clmt |
| **Made/Rec'd by:** | Moran, Dave | | |

tc to clmt

he said the wound has not healed on his ankle. bone is so messed us. they recommend amputation below the
knee. had second opinion and they agreed the amputation was appropriate.  planning surgery for mid january
2004.

in 8/03 had staph in
fection and was in the hospital about a week.

would take 2 months for temporary prosthesis. and then 6 months for permanent prosthesis.

weight is still heavy - 350+  needs to try and loose weight.

no rtw plan. depressed right now because of throu
ght of amputation.  he can't walk on leg now with ankle so messed up.  the doctors told him he'd have better quality
of life with amputation.

| | | | |
|---|---|---|---|
| **Reason:** | advise a/o approval | **Direction:** | Outgoing |
| **Call Date/Time:** | 10/31/2003 | **Contact Name:** | to nortel |
| **Made/Rec'd by:** | Moran, Dave | | |

**Prudential** 🔷 **Financial**

10/05/2012

**Claim Number :** 10522537
**Claimant SSN:** ###-###-4182
**Claimant Name :** STANSBURY

David Moran
Disability Management Services
Phone Number: (973) 548-5598
Fax Number: (877) 889-4885
Friday October 31, 2003 09:49 AM

To: droger2@nortelnetworks.com, jpickrel@nortelnetworks.com, dlorimer@nortelnetworks.com
cc: (bcc: David
Moran/GLDI/INST/Prudential)
Subject: Herbert Stansbury (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): A/O approval

Claim Services Provided by
The Prudential Insurance Company of America
David Moran
Disability Consultant

The Prudential Insurance Company Of America
Disab
ility Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM
October 31, 2003
Herbert Stansbury
2117 Faucette Avenue
Durham, NC  27704-5725
Claimant: Her
bert Stansbury
Control #/Br: 39900  /  000RB
Claim #: 10522537
Date of Birth: 08/07/1949

Dear Mr. Stansbury:

We are writing in regard to your claim for Long Term Disability (LTD) benefits under the Nortel Networks, Inc.
Group LTD Plan.

In order to receive LTD benefits under the Group Plan, covered employees must meet the following definition of
Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or
accidental
Injury, and the clinical evidence supports this opinion.  You must provide written proof of your Total Disability to the
Claims Administrator, who will make the final determination of disability.  You must be under the regular care of the
Physician who ha

*Page 9*
Telephone Call Log
ClaimId = 10522537



10/05/2012

**Claim Number :** **10522537**
**Claimant SSN:** **###-###-4182**
**Claimant Name : STANSBURY**

s treated you personally for the Illness or Injury causing the Total Disability for at least 31 days.  During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the w

ork you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18-month period of covered Total Disability (from the first date of STD
), you will be considered unable to work if you are unable to perform any reasonable occupation.  A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible
for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing.

Our records indicate that the initial 18-month period of covered Total Disability ends as of
 November 1, 2003.  We have completed our evaluation of your claim based on the definition of Total Disability that applies after this initial period.  We have determined that you meet the requirements for eligibility for benefits under this definition of
 disability.  We have determined that you are totally disabled as required.  Your LTD benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Plan.

Periodically, we will contact you and
your attending physician for updated medical information.  Please continue to keep us advised on any changes in your medical condition.
2

If you have any questions regarding your LTD claim, please contact our office at 1-(800) 842-1718, extension 55 98.

Sincerely,


David Moran
Disability Consultant
cc: Nortel Networks

| **Reason:** | update on status - no change | **Direction:** | Outgoing |
|---|---|---|---|
| **Call Date/Time:** | 09/16/2005 | **Contact Name:** | tc to clmt |
| **Made/Rec'd by:** | Moran, Dave | | |



10/05/2012

**Claim Number :  10522537**
**Claimant SSN:    ###-###-4182**
**Claimant Name : STANSBURY**

tc to clmt

wife answered phone and carried phone to husband.  he has prosthesis at this time. seems to be adjusted to it.
still hasn't lost weight. difficulty walking.  able to be a little more mobile.  if he sweats, slips off.

he said his currentw
eight is 400 lbs.

ADL's - limited to home. afraid to walk outside.  challenging for him.  if he makes a long walk, gets short of breath.

he said he was fighting staff infections.  hasn't had one in about 6 months.

wife drives.  he can occassional
ly drive locally - had difficulty maneuvering in and out of car. uses crutch.

| | | | |
|---|---|---|---|
| **Reason:** | E-Claim Address or Phone Number Change | **Direction:** | Incoming |
| **Call Date/Time:** | 08/31/2006 | **Contact Name:** | Employee |
| **Made/Rec'd by:** | Canton, Malaury | | |

Subject: Claim: 10522537
inputed new address into system
3193 us highway 15 stem nc 27581

phn# (919) 528-6858
Epiphany Call Doc ID: 741822  Request Type: Claim Processing
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Address:

        Type:
Escalated: NO
Complaint: NO

| | | | |
|---|---|---|---|
| **Reason:** | notify of new address | **Direction:** | Incoming |
| **Call Date/Time:** | 10/18/2006 | **Contact Name:** | nortel EBC |
| **Made/Rec'd by:** | Moran, Dave | | |



10/05/2012

**Claim Number :** **10522537**
**Claimant SSN:** **###-##-4182**
**Claimant Name :** **STANSBURY**

"Kimberly Pulliam" <kpulliam@nortel.com>

Wed 10/18/2006 03:52 PM
To
<david.moran@prudential.com>
cc

Subject
Change of address

David,

I have been notified of a change of address for LTD employee Herbert Stansbury (0204466). Pl ease update his information to reflect the following mailing address:

Old Address:
2117 Faucette Ave
Durham, NC 27704

New Address:
3193 US Hwy 15
Stem, NC 27581

No new home phone number was given for him.

Thanks,

Kim Pulliam
Sr. Benefits Specialist
Nortel
External: (919)992-2618
Esn: 352-2618
Fax: (919)905-9301

This e-mail and attachments may be confidential or legally privileged. If you received this message in error or are not the intended recipient, you should
destroy the e-mail message and any attachments or copies ASAP. You are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform the sender of the erroneous delivery by return e-mail (or calling 919/992 -2618). Thank you for your cooperation.

| | | | |
|---|---|---|---|
| **Reason:** | Claim Information | **Direction:** | Incoming |
| **Call Date/Time:** | 12/15/2008 | **Contact Name:** | Roger Donodeo--Email w/ info from ER |
| **Made/Rec'd by:** | Schneider, Lynn | | |

*Page 12*
Telephone Call Log
ClaimId = 10522537

 Prudential Financial

10/05/2012

**Claim Number :  10522537**
**Claimant SSN:    ###-###-4182**
**Claimant Name : STANSBURY**

Roger Donodeo/GLDI/INST/Prudential
National Accounts - Atlanta
Phone Number: 770.604.7822
Fax Number: 770.604.7336
Fri 12/12/2008 02:23 PM
To
Lynn Schneider/GLDI/INST/Prudential@Prudential
cc

Subject
Fw: Correcting Prudential Payments on
Two Employees


Lynn,
Here are some additional FAS 112 issues that need attention.

Thanks!
Roger F. Donodeo, Jr.
Sr. Account Manager
National Account Operations - Atlanta
(770) 604-7822  Office
(770) 604-7336  Fax
CA License #0D15001


The Information Contained in This Transmission Is Privileged And Confidential And Is Intended Only For Use of The Individual or Entity Named Above.  If The Reader of This Message Is Not The Intended Recipient, You Are Hereby Notified That Any Disseminati



10/05/2012

**Claim Number :**  **10522537**
**Claimant SSN:**  ###-###-**4182**
**Claimant Name : STANSBURY**

on, Distribution or Copying of This Communication Is Strictly Prohibited. If You Have Received This Transmission in Error, Do Not Read It. Please Immediately Reply to Sender That You Have Received this Communication in Error. Then Delete this communica
tion.
----- Forwarded by Roger Donodeo/GLDI/INST/Prudential on 12/12/2008 02:22 PM -----
"Nancy Gell" <gell@nortel.com>

Thu 12/11/2008 08:19 PM
To
<roger.donodeo@prudential.com>
cc
"Sara Adcox" <sadcox@nortel.com>
Subject
Correcting Prude
ntial Payments on Two Employees

Hi Roger,
I'm back once again for your assistance.  As I mentioned our FAS 112 valuation alerted us to some of the salary discrepancies between Nortel systems and Prudential. As a result of this review, two
 employees were highlighted as not being paid consistently with the Employer Statements. We would like to see the employees alerted to the change and the corrections made for 1/1/09.  Please review and let me know if we need to discuss further.
For one
 individual, Mr. Stansbury, there has been  underpayment from the ER statement so we'd like to provide him what he is owed and correct  his monthly base salary to the $6150.00  for January 1/ going forward.

| **Reason:** | Other | | **Direction:** | Incoming |
|---|---|---|---|---|
| **Call Date/Time:** | 02/19/2010 | | **Contact Name:** | email from er |
| **Made/Rec'd by:** | Pranio, Donna | | | |

 Prudential Financial

10/05/2012

**Claim Number :**  **10522537**
**Claimant SSN:**  **###-###-4182**
**Claimant Name :**  **STANSBURY**

"Kimberly Pulliam" <kpulliam@nortel.com>

Wed 01/13/2010 04:17 PM

To
<janieree@verizon.net>
cc
"Lynn Schneider" <lynn.schneider@prudential.com>
Subject
Medicare Part B Reimbursements

Janie,

The enclosed list contains the in
formation for LTD participants that responded to the Part B reimbursement audit after I sent the list to you on
10/22/09. Please begin reimbursement for the people on the enclosed list as of November 2009. Please let me
know if you have any questions.
<<Medicare_Premium_Reimbursement.xls>>
Thanks,

Kim Pulliam
HR Shared Services
External: 919-905-2424
ESN: 355-2424
Fax: 919-905-9301

> This e-mail and attachments may be confidential or legally privileged. If you received this message in err
or or are not the intended recipient, you should destroy the e-mail message and any attachments or copies ASAP.
You are prohibited from retaining, distributing, disclosing or using any information contained herein. Please inform
the sender of the errone
ous delivery by return e-mail (or calling 919/905-2424). Thank you for your cooperation.

| | | | |
|---|---|---|---|
| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
| **Call Date/Time:** | 09/08/2010 | **Contact Name:** | Herbert Stansbury |
| **Made/Rec'd by:** | Rogers, Tashay | | |



**Prudential Financial**

10/05/2012

**Claim Number :   10522537**
**Claimant SSN:     ###-###-4182**
**Claimant Name : STANSBURY**

Subject: Ctrl# 039900 Claim: 10522537

\*\*\* 9/8/10 12:55 PM  by: Rogers, Tashay  \*\*\*

ee inq about paid thru date
csp adv 8/6/2010

Epiphany Call Doc ID: 6194404  Request Type: Claim Information
Caller Type: Employee
Caller Phone:    Ext.    Type
:
Caller Address: 2117 Faucette Avenue
          Durham, North Carolina  27704-5725  United States
      Type:
Escalated: NO
Complaint: NO

| **Reason:** | E-Claim status inquiry | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 09/06/2012 | **Contact Name:** | Herbert Stansbury |
| **Made/Rec'd by:** | Reynolds, Nakisha | | |

Subject: Ctrl# 039900 Claim: 10522537

\*\*\* 9/6/12 2:04 PM  by: Reynolds, Nakisha  \*\*\*

ee called, said he will resend the cs w/the meds on it b/c the one he just sent he forgot to put it on the form

Epiphany Call Doc ID: 8546331  Request Type: Claim
 Information
Caller Type: Employee
Caller Phone:    Ext.    Type:
Caller Address: 2117 Faucette Avenue
          Durham, North Carolina  27704-5725  United States
      Type:
Escalated: NO
Complaint: NO

| **Reason:** | E-(REVISED)Claim status inquiry | **Direction:** | Incoming |
|---|---|---|---|
| **Call Date/Time:** | 09/06/2012 | **Contact Name:** | Herbert Stansbury |
| **Made/Rec'd by:** | Reynolds, Nakisha | | |



**Prudential Financial**

10/05/2012

**Claim Number :**  **10522537**
**Claimant SSN:**  **###-###-4182**
**Claimant Name :**  **STANSBURY**

Subject: Ctr# 039900 Claim: 10522537

\*\*\* 9/6/12 2:04 PM by: Reynolds, Nakisha \*\*\*

ee called, said he will resend the cs w/the meds on it b/c the one he just sent he forgot to put it on the form

\*\*\* 9/6/12 2:04 PM by: Reynolds, Nakisha \*\*\*

ee
 sending via mail

Epiphany Call Doc ID: 8546331  Request Type: Claim Information
Caller Type: Employee
Caller Phone:     Ext.     Type:
Caller Address: 2117 Faucette Avenue
          Durham, North Carolina  27704-5725  United States
      Type:
Escalated: NO
Complaint: NO



## Reese, E [YRK:3819:EXCH]

**From:**          Reese, E [YRK:3819:EXCH]
**Sent:**          Sunday, June 02, 2002 3:19 PM
**To:**            Smith, David [CAR:1334:EXCH]
**Subject:**       Job Description

Hey David,
Hope you are enjoying the weekend.

Thanks for the Job Description but I need further clarification regarding the physical demand of the job.
What percentage of standing ,walking, climbing is required in the job?
Is he home based?

Please elaborate.
Hope to hear from on or before June 6,2002.

Thanks
Reese

-----Original Message-----
**From:**       Smith, David [CAR:1334:EXCH]
**Sent:**       Friday, May 24, 2002 11:37 AM
**To:**         Reese, E [YRK:3819:EXCH]; Sechler, BD [GWRTP:2204:EXCH]
**Subject:**    FW: Short Term Disability Status


Overall Objective:
To provide voice engineering solutions for the RTP campus

General Focus:
Provide a voice engineering interface to Facilities, Real Estate, Product Groups, vendors and IS Second Level Voice
Support relating to overall campus strategy and direction for voice specific services and initiatives. To include
partnering with Product Groups, Design, and NA100 Support to provide voice engineering solutions on new products
introduced into IS Voice Infrastructure, as well as existing services. Adhere to engineering guidelines and processes
to insure timelines are met for deliverables on voice projects. Work with IS RTP Succession Delivery Real Estate, and
Facilities on commissioning and de-commissioning voice equipment. Keep schematics which show footprint and
connectivity into RTP switches as well as other relevant data current in Engineering website.


-----Original Message-----
**From:**     Reese, E [YRK:3819:EXCH]
**Sent:**     Monday, May 20, 2002 3:44 PM
**To:**       Smith, David [CAR:1334:EXCH]; Sechler, BD [GWRTP:2204:EXCH]
**Subject:**  Short Term Disability Status

Good afternoon David,

Regarding Herbert Stansbury

Medical Information was received/reviewed and approved beginning on May 3,3002 per Nortel's Short Term
Disability guidelines.

I need your assistance, please forward a copy of his Job Description on or before 6/6/02.

1

## Reese, E [YRK:3819:EXCH]

| | |
|---|---|
| **From:** | Everhart, Donna [PGC:9478:EXCH] |
| **Sent:** | Thursday, June 06, 2002 12:05 PM |
| **To:** | Reese, E [YRK:3819:EXCH] |
| **Cc:** | Smith, David [CAR:1334:EXCH] |
| **Subject:** | Preston Stansbury |

**Importance:**     High

Per your request, I am following up with an email regarding the physical requirements of the Voice Engineering position that was held by Preston.

Preston was a full time work at home employee.  In his role as the RTP Voice Engineer, he was not required to do any extensive walking or standing while on the job.  On occasion, there was a need to come into the office to meet with vendors, contractors and/or peers.  This activity did prove to be difficult for him and it was visibly evident to those that he met with.   I would say the percentage of time he needed to be on site for meetings, etc was approximately 5% of the time. (i.e. approx one day a month)

Please call me if any questions about the above information or if you need more detail.

**Donna Everhart**
Information Services
RTP Succession Delivery
Nortel Networks
External 919-905-5755
Internal ESN 355 5755
**UNITED WE STAND**

1

PAGE.03          9192225375                                    JUL 11 2022 15:54

JUL 10 2002 19:47 FR NORTEL DISABILITY    919 905 5790 TO 92206379    P.03/25

**Diagnosis specific report:**
**Musculoskeletal**

**NORTEL**
**NETWORKS** Page 1 of
(819) 905-5790

Please return to Employee's Location Health Center in a sealed envelope or Fax to Health Center at :

Confidential -    Statement of Confidentiality: This form is used for the purpose of administering this benefit claim and the potential development of a
rehabilitation plan for your patient. Nortel Networks health professionals and their agents will manage the use of the information
confidentially by all parties required to review it to make a decision regarding your claim for benefits. Review may be required by Nortel
health professionals and their agents, consulting physicians, as well as physicians conducting independent medical examinations, third
party administrators, and members of the Nortel Employee Benefits Committee.

| Global ID 0204466 | Surname STANSBURY | First Name HERBERT | [X] M [ ] F | First date absent MAY/3/2002 | Date issued to employee APR/19/2002 |
|---|---|---|---|---|---|

Description of regular hours of work and usual job duties. As applicable, description of available job accommodations (please attach
any additional information as necessary).

**Section to be completed by employee**
**AUTHORIZATION FOR RELEASE OF INFORMATION**
This authorizes any physician or practitioner, hospital, clinic, Nortel Health Center and its representatives to supply
and share information relevant to my current condition. If there is a charge for completing this form, it will be my
responsibility to the extent permitted by law.

Employee's signature : _____    Date : _____

**Section to be completed by attending physician**
We need your cooperation to return your patient to full capacity as quickly as possible. Nortel Networks is committed to accommodating employees by
providing carefully monitored work rehabilitation programs as early as appropriate to assist in maximizing recovery from illness or injury. Please
complete this form with our commitment in mind. Important - if this form is not returned promptly, your patient may incur economic loss.

**1. Diagnosis of current disabling condition(s)**
a) Primary 717.1     b) Secondary (if applicable) 354.71     c) Underlying cause of this disability ankle pain

Is this a work-related illness/injury?  [ ] Yes  [X] No  [ ] Unknown     If Yes, have you reported to Workers' Compensation?  [ ] Yes  [X] No

**2. History**
Previous similar condition  [ ] Yes  [X] No  [ ] Unknown     Dates     Details

**3. Findings**
Date of first examination for current absence  3-18-02     Date of latest examination  6-13-02     Location of pain ankle

Radiation of pain (if applicable)     See attached

Limitation of movement
| Flexion | Extension | Rotation | Straight leg raising [ ] Right [ ] Left |
|---|---|---|---|

Please describe any conditions which exacerbate prolonged disability

Diagnostics and Results
| X-rays | CAT / MRI | EMG studies | Lab Other |
|---|---|---|---|

Neurological deficits
Power [ ] Yes [ ] No     Sensory [ ] Yes [ ] No     Reflexes [ ] Yes [ ] No

Limitations returning to work  [ ] Yes  [ ] No     If "Yes", explain

**4. Treatment**
| Physiotherapy | Frequency | Expected Duration |
|---|---|---|

Specify if done at  [ ] clinic  [ ] home  [ ] hospital     Other     Frequency

Medication     Frequency

Hospitalization  [ ] Yes  [ ] No     Procedure:     Date:

Admission Date:     Discharge date:

Surgery    ☒ Yes    ☐ No    ☑ Performed/Planned    Hospital Name/Location:

Treatment Plan:    5-3-02    Ankle Fusion

_____

_____

**5. Current limitations** (Identify from the list below what functional limitations affect your patient related to his/her usual job tasks as described by the Employer Health Center)

| Function | None | Slight | Moderate | Severe |
|----------|------|--------|----------|--------|
| Dexterity | ☐ | ☐ | ☐ | ☐ |
| Driving | ☐ | ☐ | ☐ | ☐ |
| Walking | ☐ | ☐ | ☐ | ☐ |
| Standing | ☐ | ☐ | ☐ | ☐ |
| Climbing | ☐ | ☐ | ☐ | ☐ |
| Sitting | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ |

Please provide details of the functional limitations, physical or psychological, which you consider to be major obstacles to your patient's ability to work.

Patient is unable to work 3-D walker

Maximum recommended weight able to lift: _____ lbs    _____ kgs
Maximum recommended weight able to carry: _____ lbs    _____ kgs
Maximum recommended weight able to push/pull: _____ lbs    _____ kgs

**6. Rehabilitation**
Do you and your patient feel your patient would benefit from any of the following rehabilitation opportunities arranged by Nortel?

Gradual return to work    ☐ Yes ☐ No       Functional abilities evaluation  ☐ Yes ☐ No
Work hardening program   ☐ Yes ☐ No       Rehabilitation consulting services ☐ Yes ☐ No
Modified work    ☐ Yes ☐ No       Confidential counselling services ☐ Yes ☐ No
Chronic pain management  ☐ Yes ☐ No                  Physiotherapy ☐ Yes ☐ No
Vocational counselling   ☐ Yes ☐ No

Other:

**7. Prognosis**

Have you discussed a return to work plan with your patient?    ☐ Yes ☐ No

If no, why not? _____

If yes, please provide details about the return to work plan, including preparedness for modified work, work rehabilitation and approximate time frames.    but will follow-up

Do you wish to discuss this patient's illness with a Company Nurse/Physician?    ☐ Yes ☐ No

Comments: _____

| Physician's name | Speciality | Telephone & Fax Number |
|---|---|---|
| Triangle Orthopaedic Associates, PA<br>120 William Penn Plaza<br>Durham, NC 27704 | | |
| **Address** | **Signature** Lawrence Frank | **Date** 7-11-02 |

Diagnosis_musculoskeletal 0504003

RF_us_dsr_musc_skel

JUL 11 2002

PAGE.04          9192206379                          JUL 11 2002 15:55

JUL 10 2002 19:48 FR NORTEL DISABILITY    919 905 5790 TO 92206379        P.05/05

**Please FAX to Health Centre at  (919) 905-5790**

## RETURN TO WORK STATEMENT

# N☗RTEL NETWORKS

"I expressly waive, on behalf of myself and of any person who shall have or claim any interest in this claim, all provisions of law forbidding any physician or any other person who has heretofore attended or examined me from disclosing any knowledge or information which has acquired."

HERBERT STANSBURY                                    0204466
Employee Name (Please Print)                         Global ID Number

_____    _____    _____
Signature of Employee                    Date          SSN

To the Attending Physician: The nature of the work environment may influence the disability period. Please be aware that there are opportunities to return the employee useful employment while fully complying with your recommended limitations to work. Gradual return to work with reduced hours and/or physical limitations is accomodated.

Diagnosis:  754.1 PES CAVUS

Date patient able to return to any work:  Unknown

State limitations to work. (Please be specific, include exact poundage regarding lifting and/or flexibility and repetitive motion of extremities):

Patient is unable to work

Period of limitation: _____

Follow-up visit scheduled: _____

Referral (Physical Therapy, Medical Specialist, other...)

Name: _____    Date : _____

Full duties to begin : _____

Comments : _____

_____

Name of Physician (please print)                 (    )
                                                 Phone
X  Lawrence Fraik/bro                            7-11-02
Signature of Physician                           Date

Address: Street  Triangle Orthopaedic Associates, PA        State        ZIP
                 120 William Penn Plaza
                 Durham, NC 27704

JUL 11 2002

** TOTAL PAGE.05 **

PAGE.03

9132525379

AUG 16 2002 12:05 FR NORTEL DISABILITY    919 905 5790 TO 92206379    P.03/05.1

**Diagnosis specific report**
**-Musculoskeletal** ·

NORTEL
NETWORKS Page 1 of 2

Please return to Employee's Location Health Center in a sealed envelope or Fax to Health Center at: (918) 905-5790
Confidential. Statement of Confidentiality: This form is used for the purpose of administering this benefit claim and the potential development of a rehabilitation plan for your patient. Nortel Networks health professionals and their agents will manage the use of the information confidentially by all parties required to review it to make a decision regarding your claim for benefits. Review may be required by Nortel health professionals and their agents, consulting physicians, as well as physicians conducting independent medical examinations, non plan administrators, and members of the Nortel Employee Benefits Committee.

| Global ID 02044CC | Surname STANSBURY | First Name HERBERT | ☒ M ☐ F | First date absent MAY/3/2002 | Date issued to employee APR/19/2002 |

Description of regular hours of work and usual job duties. As applicable, description of available job accommodations (please attach any additional information as necessary).

Section to be completed by employee
AUTHORIZATION FOR RELEASE OF INFORMATION
This authorizes any physician or practitioner, hospital, clinic, Nortel Health Center and its representatives to supply and share information relevant to my current condition. If there is a charge for completing this form, it will be my responsibility to the extent permitted by law.
Employee's signature : _____                    Date : _____

Section to be completed by attending physician
We need your cooperation in return your patient to full capacity as quickly as possible. Nortel Networks is committed to accommodating employees by providing carefully monitored work rehabilitation programs as early as appropriate to assist in maintaining recovery from illness or injury. Please complete this form with this commitment in mind. Important - If this form is not returned promptly, your patient may incur service delays.

1. Diagnosis of current disabling condition(s)
a) Primary         b) Secondary (if applicable)         c) Underlying cause of this disability
715.96 Osteoarthritis L ft of Ankle, Unspec
Is this a work related illness/injury?         If Yes, have you reported to Workers' Compensation?
☐ Yes  ☐ No  ☐ Unknown         ☐ Yes  ☐ No

2. History
Previous similar condition  ☐ Yes  ☑ No  ☐ Unknown   | Dates | Details

3. Findings
Date of first examination for current absence   5-3-02   | Date of latest examination   5-15-02   | Location of pain
Radiation of pain (if applicable)

Limitation of movement
Flexion   Weight bearing    | Extension   no tolerated    | Rotation   | Straight leg raising  ☐ Right  ☐ Left
Please describe any conditions which exacerbate prolonged disability         3D Walker

Diagnostics and Results
X-rays   | CAT / MRI   | EMG studies   | Lab / Other
Neurological deficits
Power  ☐ Yes  ☐ No     Sensory  ☐ Yes  ☐ No     Reflexes  ☐ Yes  ☐ No
Limitations returning to work  ☐ Yes  ☐ No         If Yes, explain

4. Treatment
Physiotherapy   | Frequency   | Expected Duration
Specify if done at  ☐ clinic  ☐ home  ☐ hospital   | Other   | Frequency
Medication   | Frequency
Hospitalization  ☑ Yes  ☐ No   | Procedure:  L ankle fusion   | Date: 5/3/02
Admission date:   Discharge date:

AUG 20 2002

—Laurence Frank MD/K

PAGE.04
9192206375

AUG 16 2002 12:06 FR NORTEL DISABILITY        919 905 5790 TO 92206379

P.24/05

Surgery    ☐ Yes ☐ No    ☐ Performed/Planned    Hospital Name/Location:

Treatment Plan: __Weight bearing as tolerated__

**X Current limitations** (Identify from the list below what functional limitations affect your patient related to his/her usual job tasks as described by the Employer Health Center)

| Function | None | Slight | Moderate | Severe |
|----------|------|--------|----------|--------|
| Dexterity | ☐ | ☐ | ☐ | ☐ |
| Driving | ☐ | ☐ | ☐ | ☐ |
| Walking | ☐ | ☐ | ☐ | ☐ |
| Standing | ☐ | ☐ | ☐ | ☐ |
| Climbing | ☐ | ☐ | ☐ | ☐ |
| Sitting | ☐ | ☐ | ☐ | ☐ |
| Bending | ☐ | ☐ | ☐ | ☐ |
| Lifting | ☐ | ☐ | ☐ | ☐ |

Please provide details of the functional limitations, physical or psychological, which you consider to be major obstacles to your patient's ability to work.

Maximum recommended weight able to lift:        _____ lbs    _____ kgs
Maximum recommended weight able to carry:       _____ lbs    _____ kgs
Maximum recommended weight able to push/pull:   _____ lbs    _____ kgs

**6. Rehabilitation**
Do you and your patient feel your patient would benefit from any of the following rehabilitation opportunities arranged by Nortel?

| | | | |
|---|---|---|---|
| Gradual return to work | ☐ Yes ☐ No | Functional abilities evaluation | ☐ Yes ☐ No |
| Work hardening program | ☐ Yes ☐ No | Rehabilitation consulting services | ☐ Yes ☐ No |
| Modified work | ☐ Yes ☐ No | Confidential counseling services | ☐ Yes ☐ No |
| Chronic pain management | ☐ Yes ☐ No | Physiotherapy | ☐ Yes ☐ No |
| Vocational counselling | ☐ Yes ☐ No | | |

Other: _____

**7. Prognosis**

Have you discussed a return to work plan with your patient?        ☐ Yes ☐ No

If no, why not?    __unknown__

If yes, please provide details about the return to work plan, including preparedness for modified work, work rehabilitation and approximate time frame: _____

Do you wish to discuss this patient's illness with a Company Nurse/Physician?        ☐ Yes ☐ No

Comments: __the treatment 9/15/02__ __Weight bearing as tolerated__

Physician's name    Triangle Orthopaedic Associates, PA
Address    120 William Penn Plaza
            _____ 27704
Diagnosis _musculoskeletal_

Specialty    __Ortho__
Signature    __Laurence Frank MD__
Telephone & Fax Number (919) 220-5250
Date 8-20-

RF us_osr_musc_skel

AUG 2 0 2002

PAGE.05

9;6222253?9

AUG 16 2002 12:06 FR NORTEL DISABILITY        919 905 5790 TO 92206379

23 2002 11:07

P. 05/05

**Please FAX to Health Centre at  (919) 905-5790**

**NORTEL NETWORKS**

## RETURN TO WORK STATEMENT

"I expressly waive, on behalf of myself and of any person who shall have or claim any interest in this claim, all provisions of law for binding any physician or any other person who has heretofore attended or examined me from disclosing any knowledge or information which has acquired."

HERBERT DTANSBURY                                      0204456
Employee Name (Please Print)                           Global ID Number

_____
Signature of Employee              Date              SSN

To the Attending Physician:  The nature of the work environment may influence the disability period. Please be aware that there are opportunities to return the employee useful employment while fully complying with your recommended limitations to work.  Gradual return to work with reduced hours and/or physical limitations is accommodated.

Diagnosis: 715.97  Osteoarthrosis foot/ankle

Date patient able to return to any work: _____

State limitations to work.  (Please be specific, include exact poundage regarding lifting and/or flexibility and repetitive motion of extremities):

_____
_____
_____
_____

Period of limitation: _____

Follow-up visit scheduled: _____

Referral (Physical Therapy, Medical Specialist, other...)

Name: _____      Date: _____

Full duties to begin : _____

Comments _____
_____
_____

Name of Physician (please print)                  (         )
                                                  Phone

_____
Signature of Physician                      Date

Address:  Street              City              State          ZIP

AUG 20 2002

** TOTAL PAGE.05 **

# N**O**RTEL
## NETWORKS

## AUTHORIZATION FOR RELEASE OF INFORMATION
To be completed by the employee

Employee Name (printed):      *HERBERT  P.  STANSBURY*

Date:                                      *SEPTEMBER  01 , 2002*

I hereby request that:          **Nortel Networks Health Services**

Release the following information: all my medical records pertaining to my Short Term Disability Claim to Prudential Insurance Co. This information in addition to Prudential forms will be used to evaluate eligibility for the Long Term Disability Benefit. This Release is in effect until I advise Nortel Networks Health Service that I want to revoke it.

To:                                        **Nortel Networks Health Services**

Signed:                          *Herbert P. Stansbury*
                                   Employee

Social Security Number          *263   86   4182*

Home Address:                   *2117 FAUCETTE AVENUE*
                                *DURHAM ,  NC   27704 - 5125*

Witness Signature:              *Dolores Stansbury*

# Prudential Financial

**Group Disability Insurance**
**Attending Physician's Statement**

Employee Last Name: S T A N S B U R Y

Social Security Number: 2 0 3 - 8 6 - 4 1 8 2

**2 Attending Physician Information (Cont'd)**

Describe Medical Obstacles to Return to Work: _as noted_

Are there any Non-Medical Factors which have a significant impact on Functional Abilities (i.e., interpersonal, financial, family)? _her_

Work related illness or injury? ☐ Yes ☒ No

Was Condition caused by a MVA? ☐ Yes ☒ No

If MVA, in what state did it occur? __

First Visit: 8 / 20 / 96

Last Visit: 8 / 15 / 1

Frequency of Visits: _each 4 wks_

What Job Category best describes the claimant's functional abilities? (Please check appropriate box)

☐ Sedentary — Negligible Weight Mostly Sitting

☐ Light — Up to 10 lbs frequently Up to 20 lbs occasionally and/or Frequent Walk/Stand and/or Constant Push/Pull

☐ Medium — 10 to 25 lbs freq Up to 50 lbs occ

☐ Heavy — 25 to 50 lbs freq 50 to 100 lbs occ

☐ Very Heavy — More than 50 lbs freq 100 lbs occasional

☒ Other (Please describe below) — _Unable to do any work_

**3 Physician Information**

Physician Name: J A M E S   L a w r e n c e   F r a n k

Primary Phone Number: 9 1 9 - 2 2 0 - 5 2 5 5

Office Address: 1 2 0   W i l l i a m   P e n n   P l a z a

Fax Number: 9 1 9 - 2 8 1 - 1 7 5 3

City: D u r h a m

State: N C

Zip Code: 2 7 7 0 4 -

Specialty: O r t h o p a e d i c s

**4 Fraud Notice**

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

X 

Physician Signature

Date Completed: 9 / 5 / 2

* 1 0 3 A 0 3 *

**N❂RTEL**
**NETWORK**

EMPLOYEE   Herbert Stansbury          UNIT NORTEL NETWORKS    DEPT   1334
PROCEDURE

1.    In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the fol
      forms by September 12, 2002.

      * *Reimbursement Agreement.* Please complete this form and sign it and have it witnessed.  This form authoriz
        Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

      * *Attending Physician's Statement.* Take this form to your treating physician to complete.
        Prudential must be provided with proof of disability, from the day you first missed work due to
        disability through to present.  If several physicians are treating you or have treated you for your disability
        conditions, request additional statements for these physicians to complete.

      * *Group Disability Employee Statement.* Legibly complete and sign all sections as indicated:
        Section A: Employee Information
        Section B: Authorization to Release Medical Information
        Section C: Tax Notice

2.    Return all of the above forms to :           Nortel Networks Health Services
                                                    Disability Case Management
                                                    PO Box 13010 (MS 808/01/R22)
                                                    Research Triangle Park, NC 27709

      Failure to return the forms by the specified date can result in a lapse between the expiration of your STD
      benefits and the onset of your LTD benefits and jeopardize your employment status.

3.    You will be notified by mail from Prudential upon your approval/denial of LTD benefits.
      If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the
      address indicated on your LTD application.

4.    Prudential determines LTD approval and continuation.  Therefore, it is imperative that you respond promptly t
      Prudential's requests for additional information.  Failure to do so could result in the suspension or termination
      LTD benefits.

BENEFIT ENTITLEMENT
(this information has been requested from the INFO CENTER

1.    Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent
      Life premiums that are currently being  deducted from your short term disability benefits, and must be continued
      through your  disability period to prevent disability discontinuance. Health Care 100.73 +DVH 22.79
      Life Insurance_____ – Spousal Life 10.75 + Dependent Life 1.88 = 136.15 Total.

US/HlwI/1087/Form Rev 02



# NORTEL
## NETWORKS

# LONG TERM DISABILITY WORKSHEET

**Date:** SEPTEMBER 24, 2002

| | |
|---|---|
| **TO:** Regina Carter, Team Manager<br>Prudential Insurance Company<br>Six Campus Drive<br>Parsippany, NJ 07054-9857<br>Phone: 800-842-1718 ext. 8779<br>Fax: 973-285-8800 | **FROM:** E. REESE, RN<br>Nortel Networks<br>35 Davis Drive<br>RTP, NC 27709<br>Phone: 919-997-2770<br>Fax: 919-905-5790 or 1-877-992-3702 |

**LTD APPLICATION FOR:**

Employee Name: HERBERT STANSBURY

Social Security Number: 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

Location: PGC

Place: RESEARCH TRIANGLE PARK

---

FIRST DAY OUT OF WORK: MAY 3, 2002

LAST DAY OF PAID STD: OCTOBER 31, 2002

Birth Date: AUGUST 7, 1949

Diagnosis: (1) LEFT ANKLE FUSION

Diagnosis: (2) OSTEOARTHROSIS-LEFT ANKLE

Hire Date: FEBRUARY 20, 1984

Occupation: INFO TECH NETWK OPS: NETWK DESIGN & ENG

---

**ENCLOSED:**

x ☐ Medical Reports
x ☐ Employee's Job Description or Position Profile
x ☐ Other: Authorization for release, Benefit Entitlement, EE statement, Reimbursment Agreemt,
    Employer Statement, Attending Physician Statement

**COMMENTS:**

| **HR INFO CENTER** | | **WORKER'S COMPENSATION CLAIMS** |
|---|---|---|
| Type of LTD Plan Elected: | ☒ 70%<br>☐ 90% | Travelers Claims Manager:<br>Phone Number: |
| **Monthly Premiums:** | | |
| Medical | 100.73 | Liberty Mutual Claims Manager: |
| Dental | 22.79 | Phone Number: |
| Employee Life | 0 | |
| Spousal Life | 10.75 | |
| Child Life | 1.88 | |
| TOTAL | 135.15 | |

Benefits Administrator: HR INFO CENTER: 800-676-4636

**EXHIBIT**

D.    Financial Statement on Handicap Accessible Vehicle September 30, 2012

**VISION FINANCIAL FEDERAL CREDIT UNION**
P.O.BOX 15818
214 PACIFIC AVENUE
DURHAM, NC 27704

**Statement of Account**
*As of 09/30/2012*

**Account Number**
907962
**Statement mailed**

For questions, please call
(919) 477-0696

HERBERT P STANSBURY
3193 U.S. HIGHWAY 15
STEM, NC 27581

2-489
Dept FAM

| S&B | DESCRIPTION | PREVIOUS BALANCE | ADDITIONAL LOANS Increases | PRINCIPAL PAID Decreases | NEW BALANCE | YTD FINANCE CHARGE PAID |
|---|---|---|---|---|---|---|
| 01 | Used Auto Loan | 7,266.17 | 4.73 | -312.73 | 6,958.17 | 478.51 |

## OPEN-END PLAN

### 01 -   Used Auto Loan
Loan Is Open End.    Note Number: 1127069    Annual Percentage Rate: 7.5000

| DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE SUBJECT TO INTEREST RATE** |
|---|---|---|---|
| 09/01/2012 | PREVIOUS BALANCE | | 7,266.17 |
| 09/15/2012 | DISTRIBUTION TRANSFER FROM ACCT# 907962 95 | -359.00 | 6,953.44 |
| 09/30/2012 | INSURANCE PREMIUM | 4.73 | 6,958.17 |
| 09/30/2012 | NEW BALANCE | | 6,958.17 |

#### FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | No Fees This Period | |

#### INTEREST CHARGED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15/2012 | INTEREST CHARGE | 46.27 |

**The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

### SUMMARY OF LOANS UNDER OPEN-END PLAN
For details about fees included in this summary, refer to the separate loan account transaction details.

| ACCOUNT | FEES THIS PERIOD | FEES THIS YEAR | INTEREST THIS PERIOD | INTEREST THIS YEAR |
|---|---|---|---|---|
| 01-Used Auto Loan | 0.00 | 49.99 | 46.27 | 478.51 |
| PLAN TOTAL | 0.00 | 49.99 | 46.27 | 478.51 |