## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )    Chapter 11
Nortel Networks Inc., et al.,[1]          )
                                          )    Case No. 09-10138 (KG)
          Debtors.                        )
                                          )    Jointly Administered
                                          )
                                          )    **Objection Deadline:** Oct. 22, 2012 at 10 a.m.
                                          )    **Hearing Date:**      Feb. 12, 2013 at 10 a.m.
                                          )    **RE:**                D.I. # 8067

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

Laurie Adams (the "Define Party) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to the Debtor' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Laurie Adams respectfully represents as follows:

### Background

1.  I started working at Nortel at a CO-OP in 1988 and was hired permanently in 1989. I was promoted and achieved great success during my Nortel career. Nortel was stood by me during my first brain tumor (1993) and I was dedicated to the company in return.

2.  In January, 1997 I took a job-share position within Nortel, due to decline in health, so that I could continue to work and receive Nortel benefits. This resulted in my salary decreasing by half but, I was dedicated to the company and wanted to continue at Nortel by working through job-share.

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel

3. I am a 47 years old and went on Long Term Disability in 1998 due to seizure activity impairments from an Oliodendroglimoa Brain Tumor. My brain tumor was discovered during a pregnancy in 1993. Exhibit A.

4. My health has further deteriorated since 1998 due to a recurrence (2001) of my brain tumor that required second surgery and multiple chemotherapy treatments.

5. During my recurrence, I depended on my Nortel benefits which covered me having my second brain surgery at Cedars Siani Medical Center. I feel this probably saved my life, but my seizure activity has never and will never fully subside..

6. In 2009 Prudential notified me that my benefits would be cease, due to "no re-currence" of my brain tumor. I appealed their decision and took all their requested tests (both cognitive and medical). Prudential determined that due to the Group LTD Plan 39900 issued by Nortel Networks, made me still eligible for benefits, so my benefits were reinstated. See Exhibit B and Exhibit C.

7. I was dedicated to Nortel and I thought they were dedicated to me. I have twice established my need for the LTD Plan and for the rest of my I'll have to fight against my brain tumor. Hopefully, Nortel and the Insurance LTD policy that I purchased through my employee benefits package will not be taken away – my life depends on it.

## Relief Requested

8. I request that the Debtors motion to terminate the LTD Plans and LTD Employees (DI#8067) be rejected.

9. I request that the Debtors compensate me in full for my LTD benefits package that I purchased to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $561,106.51. Exhibit D.

10. I request that there is no interruption in the disbursement of LD benefits (or compensation of the same) as the impact to me would devastate financially and medically.

## Basis for Relief

11. The Nortel LTD benefits are invaluable to me and my family. Due to having a recurring brain tumor, I am unable to attain health or life insurance due to having a pre-existing and recurring condition. I have always provided Nortel any requested updates or information pertaining to my condition. I was always confident that Nortel would adhere to our LTD contract. Exhibit E

12. Nortel has always represented (through employee handbook and Summary Plan documents) that the LTD benefits are insured through the Group Policy and will continue until I reach age 65. I never explored LTD insurance on the open market because Nortel let me to believe I had an extremely reliable safety net.

13. Beginning in 1995, I paid additional premiums to raise my LTD and Life insurance above core coverage levels. The two benefits were represented as group insurances (both Policy # 039900) issued by Prudential to Nortel.

14. Prudential references the LTD Plans as a "contract" and communications from prudential carried banners of "Prudential Insurance Company": claims forms, correspondents, paystubs, W2 statements, required reimbursement to prudential, etc.

15. Language across the LTD Summary Plan Descriptions (SPD) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission injected by Nortel do exist in the SPD: it is not equitable for me to be adversely penalized for miscues that the document author, Nortel, owns.

16. Fiduciary Obligations are not served when an essentially insolvent benefit is offered; Nor when same the agent seeks to terminate employment to expressly deny LTD benefits.

17. Nortel is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio health of investors.

18. I have relied on the LTD Plan Contract because, I am unable to purchase "other" LTD insurance. I have lived through two brain cancer surgeries and one year of chemotherapy. I take great deal of seizure medication everyday just to keep my seizure activity under control. My total LTD claim is $561,106.51. Nortel became liable for the claim when Prudential validated my LTD claim in 1998 and again in 2009.

**Exhibits**
Exhibit A – 1998 Flex Benefits Package
Exhibit B – Prudential Letters of determination of Group LTD Plan No. 39900 Benefits
Exhibit C – Call Trax Report Form stating LTD was extended through pay date 10/29/12
Exhibit D – Proof of Claim
Exhibit E – Northwestern Mutual Life Letter - denying purchase of insurance due to existing seizure condition.
Exhibit F – LTD Summary Plan document – 2008


**Name:  Laurie Adams**

**Address: 217 Ridge Creek Drive**
**Morrisville, NC 27560**

**Phone #:  919-380-7332 or 919-815-3822**

**Signature:**  *Laurie Adams*

---

The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.



NØRTEL
NORTHERN TELECOM

# flex benefits

it's
your
call

HIGHLIGHTS

**ANNUAL ENROLLMENT**
October 27 through
November 10, 1997

# Introduction

**I**t's time to make your call to elect the FLEX Benefits package that will best meet your needs in 1998. Each Fall, you have the opportunity to review your current benefits, make changes to your FLEX Benefits elections, and enroll in the Reimbursement Accounts for the following calendar year.

These benefits are an important part of your total pay at Northern Telecom Inc. (Nortel). Taking a few minutes once a year to rethink your needs is important to you and to any family members you cover.

This brochure highlights the 1998 FLEX Benefits choices. Please review this information along with your personalized *1998 U.S. Confirmation Form/Enrollment Worksheet*, which shows your current benefits and your choices for 1998. Also enclosed for your reference is a comprehensive *Summary of Medical Benefits and Coverages.*

For more detailed information, refer to the *1998 FLEX Enrollment Workbook* or your *Employee Benefits and Programs* binder. The workbook is available electronically on the Employee Services Portfolio (ESP) Website. (http://47.28.160.90/esp). If you don't have access to ESP, you may obtain a workbook, Provider Directories for the Managed Care and HMO Options, or the *Employee Benefits and Programs* binder by calling the U.S. HR Info Center (hereafter referred to as the U.S. HRIC) at 1-800-676-4636 or ESN 255-4636.

# A Quick FLEX Review

Nortel automatically covers you with the Core FLEX Benefits shown on page 1. Your Core FLEX Benefits coverage is partially based on your FLEX Earnings. FLEX Earnings are your base salary as of September 15, 1997. FLEX Earnings do not include other types of pay, including, but not limited to, overtime, shift differential and relocation payment or bonuses.

- **If you are a part-time employee regularly working 20 to 34 hours per week,** your FLEX Earnings are based on a 25-hour work week.

- **If you are a part-time employee regularly working 35 to 37.5 hours per week,** your FLEX Earnings are based on a 40-hour work week.

- **If you are eligible for sales incentives,** your FLEX Earnings include your base salary and target incentives paid at 100% of annual objectives, as defined each year by the Company (excluding bonuses).

The cost of Core coverage, except for medical, is paid by Nortel. The Company also provides you with FLEX Credits which you can use to purchase Core medical benefits and/or Optional FLEX Benefits. You may elect the optional coverage that best suits your needs.

**If the FLEX Benefits you elect cost more than your FLEX Credits,** you pay the difference through payroll deductions. **If your FLEX Benefits cost less than your FLEX Credits,** you receive any excess FLEX Credits as additional taxable income added to your pay. The amount of FLEX Credits you will receive for 1998 is printed on the second page of your *1998 U.S. Confirmation Form/Enrollment Worksheet.*



| Your Core FLEX Benefits | Optional FLEX Benefits for Which You're Eligible |
|---|---|

The Optional FLEX Benefits elections supplement or replace the following company-paid Core FLEX Benefits:

### Medical Coverage
(Employee Only)

- Managed Care 80%/60% (Network Area)
  or
- Comprehensive 300 (Non-Network Area)

### Short-Term Disability

- 100% of FLEX Earnings for up to six weeks
- 70% of FLEX Earnings for up to the next 20 weeks

### Long-Term Disability

- 50% of FLEX Earnings

### Employee Life Insurance

- 1 times FLEX Earnings

### Employee Accidental Death & Dismemberment Insurance

- 1 times FLEX Earnings (or a percentage of FLEX Earnings based on loss)

### Business Travel Accident

- 2 times FLEX Earnings coverage for full-time employees (minimum $100,000/maximum $300,000) (or a percentage of FLEX Earnings based on loss)
- $100,000 coverage for part-time employees (or a percentage of FLEX Earnings based on loss)

### Medical Coverage (Employee and eligible dependents*)
*Network Area:*

- No Coverage
- Network Indemnity
- Managed Care 80%/60%
- Managed Care 100%/80%
- Managed Care Exclusive Provider Option (EPO)
- Health Maintenance Organization (HMO)

*Non-Network Area:*

- No Coverage
- Non-Network Indemnity
- Comprehensive 150
- Comprehensive 300
- Health Maintenance Organization (HMO)

### Dental, Vision and Hearing Care
(Employee and eligible dependents*)

- No coverage
- Basic
- Comprehensive
- Premium

### Short-Term Disability

- Raise 70% Core Benefit to 90% benefit for 7th to 26th week of disability

### Long-Term Disability

- Raise 50% Core Benefit to 70% benefit

### Health Care Reimbursement Account

- No contribution
- Contribution between $120 and $5,200 (family maximum) for the calendar year

### Dependent Day Care Reimbursement Account

- No contribution
- Contribution between $120 and $5,000 (family maximum) for the calendar year

### Optional Employee Life Insurance

- 1 times FLEX Earnings
- 2 times FLEX Earnings
- 3 times FLEX Earnings
- 4 times FLEX Earnings
- 5 times FLEX Earnings

### Optional Dependent Life Insurance - Spouse*

- No coverage
- $10,000
- $25,000
- $50,000

### Optional Dependent Life Insurance - Child(ren)*

- No coverage
- $10,000 per child

Note: Child(ren) of age 14 days to 6 months are covered at $1,000

*Refer to your *1998 FLEX Enrollment Workbook* or *Employee Benefits and Programs* binder for the definition of eligible dependents.

**1**

NNI-LTD-00012002

# What's Changed to FLEX Benefits?

## Changes Effective 1/1/97

**The 60-Day FLEX Benefits Rule:** The FLEX Benefits plan offers employees 60 days to modify their coverage after a Qualified Family Status Change (also known as a life event change or QFSC). This 60-day period begins on the date of the event change. Examples of these status changes include: marriage, birth, divorce, death, dependent child reaching 19 years of age (or 25, if a full-time student), etc.

A dependent (or domestic partner) may be added to or dropped from the employee's Medical plan and Dental, Vision and Hearing Care plan, or dropped from Dependent Life Insurance (if applicable) after 60 days have elapsed, so long as the dependent is added or dropped within 12 consecutive months of the event and within the calendar year in which the end of the 60-day election period occurred.

Appropriate coverage for the change, when you make an election after 60 days have elapsed, begins on the date the information is received or postmarked, whichever occurs first, not the date of the event. Payroll deductions reflecting the change will begin no more than two pay periods after the information is recorded.

Changes to other optional FLEX elections (i.e., Disability plans, Reimbursement Accounts, or Optional Employee Life Insurance), must wait until the next annual enrollment period or QFSC. This rule does not apply to adding dependents who may have previously been eligible but had not been enrolled by the employee.

The availability of making changes after the 60 days have elapsed does not apply to the Prudential EPO option and certain HMO options. The HMO options that do not permit additions or deletions after 60 days have elapsed are:

Blue Choice

Care Choices

Harvard Community

Kaiser North Carolina

Kaiser Northern and Southern California

Medica

Preferred Care

Prudential Raleigh/Durham, North Carolina

## Changes Effective 2/1/97

**Increase in Maternity Hospital Stay:**
For Indemnity, Comprehensive and Managed Care (except some Prudential EPO options) participants, beginning February 1, 1997, the pre-approved maternity hospital stay increased from 24 hours to 48 hours for a normal delivery and 96 hours for a Cesarean section. As of January 1, 1998, this rule will also be applicable to Prudential EPO and HMO option participants.

## If You Need a Provider Directory . . .

If you are enrolled in a Health Maintenance Organization (HMO) or a Managed Care Option, you may call for either a Provider Directory for your area or for information on the plans. An easy-to-use menu will connect you with the questions you need. The hours of operation are: call the HR Info Line at 1-800-676-4636, and to directly your pain and medical hours. Please review any portion of this information in your Provider Directory. The current list of enrollment ends on November 10.

## If You Need a 1998 FLEX Enrollment Workbook . . .

The 1998 FLEX Enrollment Workbook contains more detailed information on benefit changes and the enrollment process. You may access the workbook electronically on your personal computer by visiting the Employee Services Portfolio (ESP) Website at https://47.26.160.90/esp. For more detailed locations where the workbook will be available.

**2**

NNI-LTD-00012003

# What's Changing for 1998?

## Changes Effective 1/1/98

### Dental, Vision and Hearing Care Plan —

The two-year coverage level (for example: you only, you + your spouse only, etc.) lock-in rule at the annual enrollment period for the Premium and Comprehensive options will be eliminated. **This means that coverage level changes (adding or deleting dependents) will now be allowed during the annual enrollment period.**

Note: The two-year enrollment requirement for the Premium and Comprehensive options is still applicable.

### Mental Health/Substance Abuse Program —

The in-network and out-of-network lifetime maximums will be combined for a total lifetime maximum benefit of $1,000,000. Also, the following maximums for out-of-network benefits will be eliminated:

- Inpatient and outpatient day and visit maximums

- $3,000 out-of-pocket maximum (as a result, the 100% out-of-network coverage will no longer exist)

- Lifetime maximum

## Important Notes:

If you are on disability leave on January 1, 1998, you will continue to receive disability benefits under your 1997 coverage (and pay the applicable payroll deductions) until you have returned to work for 14 days for Short-Term Disability (STD) or 30 days for Long-Term Disability (LTD). After satisfying these return-to-work periods, payroll deductions and coverage for any newly elected options will begin.

Life Insurance rates for 1998 are based on your age as of December 31, 1998, and whether you are a smoker. Because of the effect smoking has on health, nonsmokers pay lower rates for Optional Employee Life Insurance than smokers pay. You are eligible for nonsmoking rates in 1998 if you have not smoked or used a tobacco product since January 1, 1997. See the Life Insurance section of the *1998 FLEX Enrollment Workbook* for additional information.

If you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied life insurance benefits in the future due to your falsely claiming a non-smoker status.

If you want to increase your Optional Employee Life Insurance coverage or choose to increase your Spousal Life Insurance coverage to $50,000, evidence of insurability must be approved before new coverage will become effective. Statement of Health (Evidence of Insurability) forms will be sent with your Confirmation Statement if you make changes requiring evidence of insurability.

If you want to participate in the Health Care and/or Dependent Day Care Reimbursement Accounts, you must enroll for 1998 even if you are not changing your 1997 contribution amount. If you do not enroll, you will not be able to participate in a Reimbursement Account in 1998 unless you experience a Qualified Family Status Change.

Call the U.S. HRIC at 1-800-676-4636 to enroll a Domestic Partner for Medical and/or Dental, Vision and Hearing Care coverage. Do not add a Domestic Partner as a spouse; doing so constitutes fraud and will be dealt with accordingly. Children of Domestic Partners are not eligible unless they are also eligible dependents of the employee.

**3**

NNI-LTD-00012004

# Your Choices for 1998

## More on Your Health Care Choices for 1998

For further details, refer to the enclosed *Summary of Medical Benefits and Coverages* and/or your on-line *1998 FLEX Enrollment Workbook*, available on the ESP Website (http://47.28.160.90/esp), or your *Employee Benefits and Programs* binder.

### Medical Benefits

| Network Area | No Coverage | Indemnity | Managed Care 80%/60% In-Network   Out-of-Network | | Managed Care 100%/80% In-Network   Out-of-Network | | Managed Care EPO In-Network |
|---|---|---|---|---|---|---|---|
| **DEDUCTIBLE** | | | | | | | |
| Annual Individual | -- | $200 | $0 | $400 | $0 | $150 | N/A |
| Annual Family | -- | $400 | $0 | $800 | $0 | $300 | N/A |
| Per Hospital Admission | -- | -- | -- | -- | $150 | $300 | $100 |
| **REIMBURSEMENT** | | | | | | | |
| Hospital | -- | 100%[3] | 80% | 60%[1,3] | 100%[4] | 80%[1,3,4] | 100%[3,4] |
| Office Visits | -- | 80%[2] | $15 Copay (Preventive care is not covered out-of-network) | 60%[1] | $15 Copay (Preventive care is not covered out-of-network) | 80%[1] | $10 Copay |
| **OUT-OF-POCKET MAXIMUM** [PLUS DEDUCTIBLE/COPAY] | | | | | | | |
| Individual | -- | $1,500 | $1,500 | $3,500 | None | $2,000 | None |
| Family | -- | $3,000 | $3,000 | $7,000 | None | $4,000 | None |
| Lifetime Medical Maximum | -- | $1,000,000 | $1,000,000[5] | $1,000,000[5] | $1,000,000[5] | $1,000,000[5] | Unlimited |

| Non-Network Area | No Coverage | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|---|
| **DEDUCTIBLE** | | | | |
| Annual Individual | -- | $200 | $150 | $300 |
| Annual Family | -- | $400 | $300 | $600 |
| **REIMBURSEMENT** | | | | |
| Hospital | -- | 100%[3] | 80%[1,3] | 80%[1,3] |
| Office Visits | -- | 80%[5] | 80%[1] | 80%[1] |
| **OUT-OF-POCKET MAXIMUM** [PLUS DEDUCTIBLE/COPAY] | | | | |
| Individual | -- | $1,500 | $1,500 | $2,000 |
| Family | -- | $3,000 | $3,000 | $4,000 |
| Lifetime Medical Maximum | -- | $1,000,000 | $1,000,000 | $1,000,000 |

[1] Based on reasonable and customary limits and subject to a deductible
[2] Subject to a deductible
[3] If precertified
[4] Less deductible per hospital admission
[5] In-network benefits count toward the out-of-network benefit maximum, and vice versa

NOTES:

**Eligibility for HMOs and Managed Care Networks** is based on the area in which you live. The networks available to you are listed on your 1998 U.S. Confirmation Form/Enrollment Worksheet. One or more HMO options may also be available to you. Refer to your 1998 U.S. Confirmation Form/Enrollment Worksheet for the Medical Plan options specifically available to you.

You may enroll for coverage for:
- You only
- You + your child(ren) only
- You + your spouse only
- You + your spouse + your child(ren)
- You + your domestic partner only
- You + your domestic partner + your child(ren).

You must call the U.S. HRIC for an affidavit to apply for your **domestic partner's coverage prior to enrolling him/her for the first time.** The company-paid cost of coverage for your domestic partner will be considered imputed income and added to your gross earnings.

**4**

NNI-LTD-00012005

Prescription drug coverage through Rx PRIME, **the mail order drug program** through National Pharmacies (Merck/Medco) and **mental health/substance abuse benefits** through United Behavioral Health (UBH) are **included with** the following medical options:

- Indemnity option

- Managed Care 80%/60%, Managed Care 100%/80%, and Managed Care EPO options

- Comprehensive 150 and 300 options.

Prescription drug coverage, mail order prescription coverage and mental health/substance abuse (other than EAP) coverage are **NOT AVAILABLE under the HMO options (unless those benefits are offered by the HMO) and are also NOT AVAILABLE if you elect no medical coverage.**

## Network Medical Plan Names

You will find that plan names shown on your *1998 U.S. Confirmation Form/Enrollment Worksheet* are slightly different from the names shown in the Provider Directories. This table shows both names for your convenience.

| Worksheet Plan Name | Provider Directory Plan Name |
|---|---|
| Managed Care EPO | Prudential Health Care HMO |
| Managed Care 80%/60% | Prudential Health Care POS |
| Managed Care 100%/80% | Prudential Health Care POS |

CIGNA and Healthsource have one directory for each city. If you have questions, please contact the U.S. HRIC at 1-800-676-4636 or ESN 255-4636.

## Dental, Vision and Hearing Care

| REIMBURSEMENT LEVEL | No Coverage | Basic | Comprehensive | Premium |
|---|---|---|---|---|
| Preventive Dental Services — routine exams, cleaning and x-rays twice a year. This category also includes fluoride treatments for covered dependents up to 18 years of age twice a year. | — | 80% | 100% | 100% |
| Minor Dental Services — fillings, extractions, periodontal, root canal therapy, and treatment of gums | — | 80% | 80% | 100% |
| Major Dental Services — crowns, inlays, dentures and bridges | — | Not Covered | 50% | 80% |
| Orthodontic Services — braces and related expenses | — | Not Covered | 50% | 50% |
| Vision Care — eye exams, frames, lenses and contact lenses | — | 80% | 80% | 100% |
| Hearing Care — hearing exams and hearing aids | — | 80% | 80% | 100% |
| **MAXIMUM BENEFITS** | | | | |
| Annual Dental Maximum (excluding orthodontia) | — | $500/person | $1,500/person | $1,500/person |
| Lifetime Orthodontia Maximum | | N/A | $1,500/person | $2,500/person |
| Vision Care Maximum | — | $100/person every 24 months | $200/person every 24 months | $250/person every 24 months |
| Hearing Care Maximum | — | $250/person every 24 months | $300/person every 24 months | $500/person every 24 months |

NOTES:

Dental charges are subject to **reasonable and customary limits.**

You may enroll for coverage for:

- You only
- You + your child(ren) only
- You + your spouse only
- You + your spouse + your child(ren).
- You + your domestic partner only
- You + your domestic partner + your child(ren)

The Comprehensive and Premium options require a **two-year enrollment.** If you enrolled in either option for 1997, you will be locked into the option for 1998, and may not change your option until 1999. However, **you may add or delete dependent coverage to your "locked-in" option during the 1998 annual enrollment or if you have a Qualified Family Status Change — QFSC — (life event change) during 1998.** You must request the addition or deletion and document the qualifying event within 60 days of the event for the change to be effective on the event date. Please refer to your *1998 FLEX Enrollment Workbook* for details.

The **Vision and Hearing Care maximum 24-month accumulation period** runs on a calendar-year basis and resets at the beginning of odd-numbered years, regardless of when you enrolled. The Vision 24-month maximum applies to frames and lenses, including contact lenses. An annual eye and hearing exam does not count toward the 24-month maximum.

NNI-LTD-00012006

# Qualified Family Status Change (QFSC)

Most of your FLEX elections will remain in effect for the entire calendar year, January 1 through December 31. Your Dental, Vision and Hearing Care election will remain in effect for two plan years, unless you elect the Basic option or no coverage.

If you experience a Qualified Family Status Change (QFSC), which is also referred to as a life event change, you may be allowed to make certain changes in your coverage during the year.

A QFSC includes but is not limited to:

- Marriage

- Divorce or legal separation

- Birth, adoption or change in legal custody of a dependent child

- Death of a spouse or dependent child

- Change in your employment status affecting benefit eligibility (from/to part-time or full-time)

- Change in your spouse's employment status affecting benefit eligibility (from/to part-time or full-time)

- Commencement or loss of your spouse's employment

- Certain work-related relocations affecting a network area

- Covered child's loss of dependent status.

The benefit elections you may make when you experience a QFSC (life event change) must be consistent with the change in family status. You must call the U.S. HRIC at 1-800-676-4636, request the benefit change, and document the qualifying event within 60 days of the occurrence for the coverage to become effective on the event date.

If you fail to do so within the 60-day limit, your coverage change will not become effective until all documentation is received or postmarked, whichever occurs first. Certain limitations apply on the changes that you are allowed after the 60 days have elapsed. Reference page 2 of this document for more details. Note: Ineligible dependent coverage is terminated back to the date of the event. Also note: **HMOs do not allow additions past 60 days.**

# Mid-Year Change in Reimbursement Accounts

Whenever you change your contribution level to the Health Care or Dependent Day Care Reimbursement Account due to a QFSC, there are two details important for you to consider.

First, Nortel cannot make adjustments back to the beginning of the year because of legal requirements. Your change in contribution level will only affect the pay you receive during the remainder of that year.

Second, your change cannot be processed until the U.S. HRIC receives all of your paperwork. Generally, new contributions will be deducted from your pay within two pay periods after documentation is received and recorded by the U.S. HRIC.

As you think about changing contributions, consider these details. With some planning, you will be able to maximize the tax advantages you can receive from participating in these accounts.

**6**

NNI-LTD-00012007

# Focus on Cost

Benefits represent a significant portion of your total compensation at Nortel. The FLEX Benefits program has helped employees tailor benefits to meet individual needs for security from health, disability or death-related expenses. The cost of the FLEX Benefits program is shared between Nortel and employees with Nortel bearing over 80% of the total cost. The largest FLEX benefit expenditure is for health benefits.

## How Does FLEX Help?

The Nortel FLEX Benefits program has had a significant positive impact on our ability to manage health care benefit costs and to continue to offer a competitive, comprehensive benefit program. Although costs have continued to increase since FLEX was introduced in 1994, the annual rate of increase has been leveling off. It remains uncertain whether this trend will continue in the future.

The chart below shows Nortel's medical costs since the introduction of FLEX.



**Average Annual Medical Cost Per Employee Enrolled***

Average Medical Cost for All Options Combined

Average Managed Care and HMO Cost

Average Indemnity and Comprehensive Options Cost

*Dental, Vision and Hearing Care plan would add an additional 25% to the costs shown. Employee costs for the Medical plan over the same period average 15% of the total cost.

Nortel continues to be very careful in its management of these plans to keep them affordable and efficient. For example, Nortel has audited the plans and has been working with providers of coverage to pursue performance guarantees — making sure employee service needs are being met by the vendors serving the plan.

In addition, a number of program features have contributed to curbing cost increases, including:

■ The opportunity for employees to opt into the managed care medical options or opt out of Nortel's Medical and Dental plans completely

■ The transition to an 80%/20% employer/employee sharing of costs for the Medical and Dental, Vision and Hearing Care plans

■ The introduction of the mental health/substance abuse coverage program that is integrated with the EAP and is designed to deliver high-quality treatment in a cost-effective manner

■ The introduction of the Prescription Drug Card program, which provides discounts and safeguards to watch for drug interactions that could be harmful for employees or covered dependents

■ The introduction of provider discounts in the non-network areas to better manage the escalating costs of the Indemnity and Comprehensive medical options

FLEX also enables Nortel to offer highly valued plans on a cost shared basis, and to continually refine the plans to meet changing needs.

NNI-LTD-00012008

# Nortel Scores Well in Hewitt Benefits Index Study

The results of a 1997 Benefits Index Study conducted by Hewitt Associates confirm that our FLEX Benefits program continues to rank well against the programs of other companies in our industry. The Index shows that our overall benefits program, including FLEX, ranks above average among the 20 companies who participated in the study. For complete details, refer to the 1997 Benefits Index Study communication sent to you in September.

# Coming Soon

A Web-based application for enrolling in FLEX Benefits is currently being developed by Nortel employees for Nortel employees in the U.S. and Canada. The goal is to offer flexibility and make it easier for employees to:

■ Make mid-year changes when they experience a Qualified Family Status Change (i.e., life event change),

■ Enroll for the first time (newly hired employees), and

■ Change elections during the annual enrollment process each Fall.

For 1998's enrollment, there will be a controlled test of this Web-based system. Beginning second quarter 1998, Nortel will phase-in operation of this system for employees who have QFSCs and need to make mid-year election changes. Next Fall, you will have the option to enroll electronically for 1999 FLEX Benefits from your own computer.

## Did You Know?

Your medical, dental, vision and hearing care benefits, except those provided by HMOs, are self-insured by Nortel. You send your claims to a claims administrator for reimbursement, but Nortel ultimately receives a bill for all of those claims. This method of financing benefits has a direct impact on the bottom line. It's not an anonymous insurance company paying those costs. It's your company.

## You Will Need a Self-Service Personal Code...

In future enrollments and for Qualified Family Status Changes (life events), you will need a Self-Service Personal Code. You may obtain a Self-Service Personal Code by calling NT4-HELP (1-800-684-4357 or ESN 684-4357) and pressing option 1. You will need to know your 7-digit Global ID (found on your Nortel employee badge), Social Security number, date of birth, home phone number and annual salary (look on your most recent paystub; multiply your gross earnings by 26 weeks, if you are paid biweekly, to obtain your annual salary).

8

NNI-LTD-00012009

*Exhibit B*

Claims Services Provided by

**The Prudential Insurance Company of America**

**James E Furman**
Sr. Appeals Analyst

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87423
Fax: (866) 285-8569
**Website: www.prudential.com/disability**

January 27, 2010

Samuel Roberti
Roberti, Wittenberg, Lauffer and Wicker, PA
100 East Parrish Street, suite 200
Durham, NC 27701

Claimant: Laurie Adams
Claim No.: 10279265
Date of Birth: 10/21/1964
Control No./Br.: 39900 / 000RA

|..|.||...|.|.||..||..||...||..|

Dear Mr. Roberti:

We have completed our review of Ms. Laurie Adams' claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc. We have determined that she is eligible for additional benefits and have reinstated her claim.

We will continue to obtain records from her attending physician to support her continued eligibility for benefits.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 24 months of a covered Total Disability (after the 26 consecutive week waiting period), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 24 month period of covered Total Disability (after the 26 consecutive week waiting period),you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
*James E Furman*
James E Furman
Sr. Appeals Analyst

*Exhibit C*

Universe: CALLTRAX

10/5/12 5:58 PM

## CALLTRAX Form Report·

### Ticket #: 3025994

| Ticket Create Date | Ticket Close Date | Category Description | Subcategory Description |
|---|---|---|---|
| 2010/02/01 | 2010/03/08 | BENEFITS | Paid Leaves (STD,LTD, CAPFL)(T if RTW) |

| | |
|---|---|
| Global Id | 0203403 |
| First Name | LAURIE |
| Last Name | ADAMS |
| Birth Date | 1964/10/21 |
| Govt Id | *Redacted – Personal Information* |
| Home Address Line 1 | 217 RIDGE CREEK DR |
| Home Address Line 2 | |
| Home Address City | MORRISVILLE |
| Home Address State | NC |
| Home Address Country | US |
| Home Addres Zip | 27560 |
| Home Phone# | 9193807332 |

| Comment |
|---|
| Please reference ticket # 2952223 |

as per 2-1-10 control report ee has been approved for ltd through 1-31-10. Deleted unpaid sickness in sap.
YYvette Tarsitano : 2010 02 01 11:09:43
Thank you
YAnn Whitehurst : 2010 02 02 14:27:18


YYvette Tarsitano : 2010 02 03 14:57:43

HI Ann,

Not sure if you need this info but LTD was extended through pay date 10-20-29.
YYvette Tarsitano : 2010 03 08 15:24:13

Thank you
YAnn Whitehurst : 2010 03 08 16:20:47


YYvette Tarsitano : 2010 03 08 16:38:58

Highly Confidential - Attorneys' Eyes Only

Proof Of Claim

**Exhibit D**

Laurie H. Adams

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?                0203403

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?                May 8, 1998

WHAT IS YOUR AGE (As Of January 1, 2013)...

| | |
|---|---|
| Years | 48 |
| Months | 2 |
| 62 Months | 578 |
| | 202 |

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT                $ 31,252.00

IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions...
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?                0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K...                $ 1,250.08   $ 21,043.01

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"
SEVERANCE PERIOD
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                27

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX: September 2012 LTD Paystub)...                $ 601.00   $ 16,227.00
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL
SSDI: MONTHLY OFFSET                $ 2,604.33   $ 526,074.66
Medicare Part B Reimbursement Per LTD Plan                $ 1,205.00   $ 243,410.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                $ 110.50   $ 22,321.00
                $ 1,509.83   $ 304,985.66

Estimates On What Replacement Coverage Would Cost You

MEDICAL CARE                $ 10,027.92   $ 168,803.32
SUBSIDIZED PRESCRIPTION PLAN
DENTAL/VISION/HEARING CARE                $ 2,739.72   $ 46,118.62
CORE EMPLOYEE LIFE INSURANCE including ACCIDENTAL DEATH & DISMEMBERMENT                $ 233.40   $ 3,928.90
ACCIDENTAL DEATH & DISMEMBERMENT                $    $ -

CLAIM GRAND TOTAL                $ 661,106.51

*Exhibit E*

# Northwestern Long Term Care
# Insurance Company™

A Northwestern Mutual Company

September 16, 2012

LAURIE H ADAMS
217 RIDGE CREEK DR
MORRISVILLE, NC 27560

Re:   Laurie H Adams    LTC19995019    ISA 1518465

Dear Laurie Adams:

Thank you for selecting Northwestern Long Term Care Insurance Company for your insurance needs.

After a careful review of your application, I regret we are unable to issue a policy because of the seizures controlled with 3 medications as noted on the application. We would like the opportunity to reconsider a new application in 24 months if seizures are able to be controlled with less than 3 medications for a period of 12 months with stable medication regimen. At that time we will review the medical history and determine if we need additional information.

Please remember that we may view your medical information differently than your doctor. Although your case was reviewed individually, we also need to consider our experience with groups of people who have a similar health profile. While your doctor is able to meet with you on a regular basis, our decision is based on information available to us at the time of underwriting.

Since we are unable to issue a policy, no insurance has been in effect at any time under the terms of the Conditional Long-Term Care Insurance Agreement. If a refund of premiums paid on the policy is due, it will be mailed separately.

You may receive information regarding the underwriting decision if you make a written request within 90 business days from the date of this letter. We will provide a response to you within 21 business days of the receipt of your written request. Enclosed you will find our Notice of Information Practices for your review. Please pay special attention to the section in this brochure that details your right to obtain information.

Again, thank you for considering Northwestern Long Term Care. We encourage you to contact your financial representative Robert Rauf, with any questions you may have.

Sincerely,

*Chris Espirit*

Chris Espirit
Northwestern Long Term Care
Administration Office

Enclosure

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2008

# IN          SUMMARY PLAN DESCRIPTION

ABOU      ............................................

SEC       SHORT-TERM DISABILITY PLAN AND LONG
TER       ..........................................

INTRO     ..........................................
          Claim Determinations .......................................

PLAN      .............................................

WHO       .............................................
          ....................................................

HOW       ..............................................
          Annual Enrollment Period.................................
          Disability Plan Options under FLEX ......................

WHEN      ..............................................
          Term Disability Plan Benefits.............................
          Term Disability Plan Benefits.............................
          ............................................
          ..............................................
          ..............................................
          ..............................................

WHEN      ..............................................
          ..............................................

WHAT      ..............................................

WHE?      ..............................................

FLEX      ..............................................

SHOR      ..............................................
          ..............................................
          ..............................................
          ..............................................
          ..............................................
          ..............................................
          ..............................................

Exclusions.................................................................................................................................20

LONG-TERM DISABIITY BENEFITS ...............................................................................................20

    LTD Benefit Amount.............................................................................................    .20

    Definition of Disability for LTD Purposes ................................................................20

    Reasonable Accommodations..................................................................................21

    When Benefits Begin and End.................................................................................22

    Waiver of Premium...............................................................................................23

    Reduction of LTD Benefits Due to Other Income......................................................24

    Applying for Social Security Benefits......................................................................25

    Social Security Disability Benefits and Medicare......................................................25

    Mandatory Vocational Rehabilitation Program.........................................................26

    Cost-of-Living Adjustment.....................................................................................27

    Exclusions..........................................................................................................27

    Preexisting Conditions Exclusion...........................................................................27

OCCUPATIONAL DISABILITY BENEFITS........................................................................................28

OTHER IMPORTANT INFORMATION..............................................................................................28

    A Note about State Disability Laws.........................................................................28

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION......................................................................................................29

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW...........................................30

    Claims Administrator Contact Information...............................................................30

    Final Appeal Reviewer Contact Information.............................................................30

    Filing Claims and Appeals ...................................................................................30

    - Filing a Claim for payment of a benefit under the Short-Term Disability Plan...............................31

    - Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential ......31

    - Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential...................... 32

    - Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Level Claim to HR Shared Services and Employee Benefits Committee ............ ....................................................................................33

    Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals ................................. 35

YOUR

FUTU

SEC

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Short-Term Disability Plan and the Long-Term Disability Plan that are in effect for the 2008 Calendar Year. It is designed to provide you with a comprehensive resource providing detailed information about your short-term and long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD. It is divided into the following sections:

- **SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Short-Term Disability Plan and the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document. References to "you" throughout this document are references to the enrolled Employee.

# SE          ...L... SPORT-TERM
# DI          Y PLAN AND LONG-TE...
# DI          Y PLAN BENEFITS

This s...
includ...        ...ses of ... Short-Term Disability Plan and the Long-Term Disability Plan...
                 ...ncluding who is covered, what benefits are paid, and when certain terms...

## Intr          ... Short-Term Disability Plan and Long-
## Ter           ... Plan Benefits

The Sl...           ...and the Long-Term Disability Plan are two parts of the Nortel Networks
FLEX...            Program ... ... the benefits or "cafeteria" plan that offers ... to each
among...           ...ce as ... FLEX... offers two kinds of benefits: "Core" and "Optional."
Under...           ...and ... and Optional FLEX Program benefits to each ...
own c...           ...Under the Short-Term Disability Plan and the Long-Term Disability
Plan, y...         ...disability coverage as part of your Core Program benefits
and, as...         ...FLEX Program ... choose optional short-term and long-term
disabil...         ...disability coverage as optional coverage.

Your c...           ...sources have a portion of your income for a period of time ... if you
your i...           ...are unable to ... able to work due to illness or injury ... under the
definit...          ...terms of the ... company has chosen. The Prudential Insurance Company of
Ameri...            America ... Short-Term and Long-Term Disability Plans.

The in...            ...is document ... a summary plan description (SPD) under ... terms of the
Emple...             Employee Retirement ... Act of 1974 (ERISA).   The complete terms of Short-Term
Disabi...            ...Term Disability Plans consist of:

  •                    ...this document;
  •                    ... about plan changes from year to year ... that
  •                    ... of statements of the Claims Administrator in evaluating your claims
Such i...              and such ... established by ...

## Clai             ...that are Used In Claim Determinations

In con...             ...the Claims Administrator of the Long-Term Disability
Plan a...             Plans ... "Disability Plans"), the Plan Administrator ... to ... the
exclus...             ...and ... the provisions of the Disability Plans, including:
discret...

§                       ...construe the terms of the Plans,

§                       ...determine the ... under the Disability Plans, and

§                       ...determine ... the availability of benefits under the Disability Plans.

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim—including any written standards that were relevant other than this SPD. For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

(3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| Core STD Benefit | Optional STD Benefit |
|---|---|
| 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 66 2/3%* of your pre-disability FLEX Earnings up through the next 20 weeks | Increase core coverage from 66 2/3% to 90% of your pre-disability FLEX Earnings for the 7th week through the 26th week |

## Long-Term Disability (STD)

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from55% to 66 2/3% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*Or statutory minimum (if greater)

STD an
is indep
period (
circums

# WI

## WHEN

You an
are a re

If you a
Long-T
payroll
Long-T

# HC

## HOW I

You are
Disabil
Highlig
disabili

• While on the date you become eligible if you are not enrolled on

•

• See the section titled "Changing Your Selections" in Section ...

To enro
Term I
for thei
you do
decisio
Service
Change
and the
Service
Disabi
Claims

... and pay the applicable Employee contributions. The Enroll-

# If You are on Disability During an Annual Enrollment Period

## STD

If you are receiving STD Plan benefits during an Annual Enrollment Period, and you are still receiving such benefits when your newly selected coverage is supposed to begin, the following provisions will apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including optional STD and/or optional LTD.  However, your new choices will not affect the benefits you are currently receiving, as explained further below.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well.

- Once you return to Active Work for 30 days, you will be covered under your new selections (your choices at the Annual Enrollment Period), and any Payroll Deductions for the new coverage will begin.

## LTD

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

Sho...
Pla...

Cor...

You a...
core S...
availal...

Opt...

You n...
- 
- 
- 

If you...
- 

The a...
pages...

# W...

Co...
Di...

Core...
a new...

Op...
Di...

If you...
FLE...

| If you enroll and pay the required contribution | Your coverage will be effective on ... |
|---|---|
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core STD and core LTD plans only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional STD or optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Short-Term Disability Plan and the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Short-Term Disability Plan and the Long-Term Disability Plan coverage will be effective on the date HR Shared Services receives your selections. You will not have coverage under any optional Short-Term Disability Plan or Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under core Short-Term and Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 7.) YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Short-Term Disability Plan and the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 12.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Short-Term Disability Plan and Long-Term Disability Plan option and coverage level in which you were enrolled in 2007 continue in 2008.

Del                    Live M...

If you a      of ... ans ...... ... or change in coverage would ... ...... be ........... ...
Effecti       d ... tri ...... .t ... .. ....... Work status, regardless of th ...... ... ... ... ...... ...

## Cha                    ....... ... During the Plan ... ...

Your F        ... ... ... Short ... ... ... Disability Plan and Long-Term Los... ... ... ... ... ...
in effe       ... Plan ... ... ... ... ... 1st). You generally cannot char... ... ... ... ... ...
until th      ... ... ... ... ... ... ... ... experience a Status Change that p... ... ...

You ca        ... ... ... ... ... ... ... ... choices during the 31-day period ... ... ... ... ... ...
one of        ... ... ... ... ... ... ... Changes includes but is not li ... ... ...

              ...  ... ... ... ...

              ...  ... ... ... ... or change in legal custody of a ... ... ... ... ... .

              ...

              ...  ... ... a ... ... ... benefit eligibility (such as ... ... ... ... ... ... ... ...

              ...  ... ... ... ... ... affecting benefits eligibility ... ... ... ... ... ...

              ...  ... ... ... ... ... ment.

If you        b ... ... ... ... ... ... ... Status Change, the change m... ... ... ... ... ... ... ...
the St        ... ... ... ... ... ... ... ... ... birth of a Dependent child, yo ... ... ...
wish t        a S ... ... ... ... ... because of your new added responsib... ... ... ... ... ...

To ma         ... ... ... ... ... ... you ... ... contact HR Shared Services w... ... ... ... ... ... ...
Chang         ... ... ... ... ... ... ... ... ment changes due to the Statu... ... ... ... ... ...
Servic        ... ... ... ... ... ... ... ... ine enrollment tool, which w... ... ... ... ... ...
to ma         ... ... ... ... ... ... ... within 31 days of the Status Change ... ... ... ...
the da

Altern        ... ... ... ... ... ... ... ... tions by fax or mail. Contact ... ... ... ... ... ...
Person        ... ... ... ... ... ... affidavit, which you must complete and re ... ... ... ... ...
Servic        a Status ... ... ...

When          ... ... ... ... ... ... ... ... to a Status Change, HR Shar ... ... ... ... ... ... ...
provid        ... ... ... ... ... ... ... ... or birth certificate, or a divorce ... ... ... ... ...
may c         ... ... ... ... ... ... Status Change or at a later date for a... ... ... ... ...

If you        ... ... ... ... ... ... authorized affidavit more than 31 days at ... ... ... ...
Status        ... ... ... ... ... ... ... ... Benefit Program options (e.g. ... ... ... ...
Short         ... ... ... ... ... ... ... ... ... ... Annual Enrollment Period.

# WHEN COVERAGE ENDS

Your core and optional STD and LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

If you stop Active Work for any reason, you should contact HR Shared Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# WHAT COVERAGE COSTS

Core STD and Core LTD coverage are provided at no cost to you. You pay the full cost of optional STD and optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.

If you select optional STD or LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you do not use your FLEX Credits to pay for other benefits. The Company makes available FLEX Credits which may be used to pay for Optional FLEX Benefits under the FLEX Program. (More information about FLEX Credits is provided in the FLEX Overview SPD, located on Services@Work.) All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits. The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access). The Amount of FLEX Credits may also be changed by the Company.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Short-Term Disability Plan and the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 10.

Core STD and Core LTD coverage is provided at no cost to you. You will pay for optional STD and LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

# FL                          MINGS

FLEX
the ber                      ... calculated.  For example on base total of...
% of y                       ... FLEX earnings for six weeks and then 66 2...
your b                       ... for the next 20 weeks. FLEX Earnings are only your...
incenti                      If you are should for sales incentives, your FLEX Earnings include your target...
determ                       ... including bonuses). Your FLEX Earnings are...
                             dated.

If you                       Your FLEX Earnings are your base salary as of:

For 20                       ... 2008
As a n                       Date

Part-ti            ... Date of employment Status Change

FLEX              ...
 •
 •
 •
 •

If you            FLEX ... during the Calendar Year (except ...) Cannot ...
Status            ... FLEX Payroll Deductions and Checks will not change
during            ... FLEX Earnings as of the administrative
prepar            ... period of the preceding year. If you ...
*increa*          ... for disability, term life insurance, etc.) will be based on
your b            ... of your base salary. However, if your FLEX Earnings over... in such
year (            ... Status change, e.g., full-time to part-time), pays due on those units will be
based             ... the administrative preparation period just prior to the annual
Enroll            ... event.

FLEX              ... your annual base salary. However, if you are eligible for sales incentives,
your F             ... your base salary and target incentives as defined each year by the Company
(exclu

# SH                  SHORT TERM DISABILITY PLAN (STD

# BE

STD                ... weeks if you become Totally Disabled ... by ... for
Illness            ... to receive STD benefits, ... ...
Admin              ... your physician within 15 days of the first day you
are ab             ... received by the Claims Administrator ... the 15-day
deadli             ... STD benefits. The receipt of the required paperwork ...
Admin              ... determination ... if you qualify for STD benefits. The authority to ...
make               ... the STD benefit has been delegated to the Claims
Admin

2008

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar state laws if applicable.

# STD Benefit Amount

## Core STD Benefit

Before STD benefits can begin, you must be Ill or Injured for five consecutive days. These five days constitute the "waiting period." If you are subsequently approved for STD, the five-day waiting period is treated as week one of your STD benefit period. The STD plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up through six weeks of your disability. After the first six weeks of disability, the core STD Plan pays 66 2/3% of your pre-disability FLEX Earnings for up through the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## Optional STD Benefit

If you elected optional STD coverage, it increases your coverage so that after the first six weeks of disability, the plan pays 90% of your pre-disability FLEX Earnings for up through the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## STD Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work will be used to determine the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid, unless otherwise required by applicable state law.

- You are eligible for a medical leave of absence only if you have been Actively at Work for at least 1,250 hours during the 12 months immediately prior to the beginning of the period of disability.

You may request a personal leave of absence if you are not eligible for a medical leave of absence but you are medically unable to work.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis during the first six weeks that you are receiving STD benefits, you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits.

Because your return to work on a part-time basis will decrease the amount of STD benefits you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings.

## Def

You ar
Totally
functic
cannot
accom
regular
benefit

A "Phy
a Tota
"Physi
reason
the nec

The pr
rays, n
for ST
examii
Compa
provid

Disabi
self-re
manife
and cli
includ
numbr
object
treatm

## Rea

Reaso
would
choose
to acce
Reaso

- 
- 

## Disability for STD Plan Purposes

You are totally disabled and are considered "Totally Disabled" if you are considered totally disabled at the time the Administrator determines that you are unable to perform at a decent at a distinct minimum... documentation from your Physician. This means that you cannot reasonably perform at the time of your disability... if this now cannot reasonable... as resulting from your Illness or Injury. In addition, you must at the time of the time... when you claim to be Totally Disabled be unable to...

A "Physician" that is a treating arts acting within the scope of his or her licensed... we have a medically determinable physical or mental a medical professional who specializes in the practice of psychiatric in the case of a... the business allowed to take a key in the field of psychiatric... related to an injury...

The proof is submitted and is written proof of objective clinical doctor or acon done... x-rays... the Claims Administrator will approve or deny your claim... Independent Medical Evaluations (IMEs) (either additional or initial... including medical records) may also be required at the discretion of the Claims Administrator. Your benefit will be denied if you do not... provide the information in the required time.

Disability is not determined by the Claims Administrator or claims... based on self-reported symptoms during your lifetime. "Self-reported symptoms" are those that cannot be... and a Doctor which are not verifiable using standard medical procedures... in the practice of medicine. Examples of self-reported symptoms include... but not limited to... stiffness and soreness, ringing in the ears, dizziness... If the documentation is at the discretion of the Claims Administrator... If... document is inadequate or changes in the treatment... within a reasonable period of the benefit will be terminated.

## Reasonable Accommodations

You may be able to return to work with accommodations resulting from your Illness or Injury which... when a reasonable accommodation has been identified, but you cannot... your STD benefit may be discontinued. If the accommodation is unable... because of your Illness or Injury, your benefit will not be discontinued. Reasonable accommodations include but are not limited to:

- changes to the physical structural, communication, or other barriers; and
- scheduling
  o of shifts;
  o tasks;
  o of books, equipment, and/or furniture; and
  o work schedules.

# When Benefits Begin and End

Administratively, STD Plan benefits will begin on the sixth consecutive working day of your disability. At the onset of your disability, if you are a full-time employee working part-time (due to your disability)and on partial disability the remainder of the time, STD benefits will not begin until your absence satisfies the equivalent of five full-time work days, e.g., 10 part-time work days. If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability.
 If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability benefit payments.

STD benefits end when:

- Your eligibility ends,

- You are no longer Totally Disabled,

- Your employment with the Company ends, or

- You have received 26 weeks of STD benefits.

# If You Are Disabled Again

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status.

If, after you return to Active Work, you become Totally Disabled again, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, *and*

- You were Actively at Work less than 30 consecutive days since you were Totally Disabled, *or*

- You have not returned for one full day of full-time Active Work between the two disability periods.

You will be considered Actively at Work on any of the Company's scheduled workdays if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Here are some examples of how this provision works:

- You have received STD benefits for 10 weeks, and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, STD benefits continue under the previous Claim for the rest of the 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for 30 consecutive days.. Then, the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks, and you return to Active Work for one day. Then, a different Illness requires you to stay at home again. In this case, you will have to file a new Claim

...as for a new ... week period (if you are determined to be disabled any ...)

• ... the last ... weeks and are released to return to work ... disability ... the ... Illness or Accident prevents you as an Accident ... the ... ... a new or previous claim as you ... [re]ceive ... ... an active Employee at the time an Illness or Injury occur[ed]

# Rec                    STD Benefits Due to Other Income

STD b...
disabil...
maxim...
you ar...

... the other income available to you or your Dependents as a result of your ... ... the sum of ... benefits and any other income w... in excess of the ... ... with a limitation ... The Plan also takes into account other income benefits ... ... ... have received.

For the

... other income may include:

• ... income from any occupation for compensation or profit, that distri...

• ... a lump sum ... payments of legal fees incurred in the claim ... fees in...

• ... disability benefits provided under any group insurance or pension ... ... ... of individuals in a group (whether or not an insured or...

• ... disability ... retirement benefits required or provided for under any law of a ... or government,

    ... including;

    ... benefits;

    ... ...

    ... benefit offset is applicable, the family benefit will be applied regard[less] of whether or not a Dependent ... was working (and ... for tax purposes) and

    ... the ... ... Pension Plan, including Dependents benefits, ... ... benefits after STD benefit payments have started under

For ex...
Comp...
$200 ;

... STD benefit ... STD and you are also receiving $100 a week ... workers' ... benefits will be reduced to $100 a week so that your total benefit is equal to ...

For th

... STD benefit will be treated as follows:

• ... is counted to weekly periods,

• ... a ... any periodic payments that you or your Dependents ... ... ... will be allocated to weekly periods. However, ...

single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income that you receive is different from the amount used to determine your STD benefits, the following rules apply:

- If STD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If STD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security Disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you may choose to sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an STD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your STD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending. Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded. The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the STD plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Exc

STD be

This benefits are not paid from:

- a disability or an injury that results from the use of
  a drug not legally prescribed by a Physician and taken in
  the quantity

- from civil or assault or felony, or

- civil or public force, insurrection, or rebellion, or war, nation, or war

# LONG-TERM DISABILITY (LTD) PLAN

# BE

LTD P
becom
if you

the LTD plan pays up to the applicable maximum level of income
because of a Total Disability, Injury or Illness while you are covered under the LTD Plan (the
Long-Term Disability (LTD Plan).

# LT

at 12 c.m.

# Core

Core L
been T
minim

benefits are calculated on your pre-disability FLEX Earnings observed you have
received benefits from the STD Plan for 26 consecutive weeks and that
you are under a Physician's Gross Disability Payment whichever is greater.

Core L
receive

the benefit amount is income tax, as well as by any other income you may
in "Reduction of LTD Benefits Due to Other Income" section at page

# Opti

32%.

Option
your p
is $100

benefits for additional amounts that the LTD plan pays a monthly benefit that is less
your gross total your guidelines for LTD Plan benefits. The minimum monthly benefit
a benefit for the larger of whichever is greater.

Option
may re

additional amounts of additional income tax, as well as by any other income you
in "Reduction of LTD Benefits Due to Other Income" section on page

# De

Disability for LTD Plan Purposes

You a
consid
perfor

for the LTD Plan under, if you are considered "Totally Disabled", you are
totally disabled if the Claims Administrator determines that you are unable to
as of your total and if your finding is supported by documentation from your

Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

# Wh                    Claim and End

You ar
benefit
beyond
Claims
Claims
docum
and/or
days y
approv
notifie

be not satisfied that you have been Totally Disabled and have received STD Plan
benefits... you must give written proof of the continuation... Total disability
beyond... to show... that proof is satisfactory to the Claims Administrator. It is...
to... be in... contact with you during STD. Towards the end of your STD Plan
benefit... continuation, a formal review of your condition. If this additional material
is... received the Claims Administrator will request it from treating physicians.
If the additional information is not received by the Claims Administrator within 20
business days following... payments could be delayed. If claims cannot be made
or you... do not... automatically transitioned from STD to LTD and you will not be

Benefi                 a... of benefits and if so... This happens when the first of the following occurs, and

•                          •   ... and a

•

•                          •   ... of a Physician;

•                          •   continued to not of the continuance of your Total Disability to a re
                              or to be examined by a Physician designated by the Plan;

•                          •   ... such 30 period for any one period of Total Disability was received
                              Benefit... under a...

•                          •   ... Total Disability.

# Ma>                      Benefit

The m                      STD benefit... will be... at depends on your age when your Total Disability
begins                     begins. See...

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected.  You

will be
have s

o b fo a ..s of may ... or optional spouse life insurance coverage you

# Red
Inc

## D Plan Benefits Due to Other

LTD b
your d
the ma
which

For th

For e then ... s a become payable to you or your Dependents as a result that
... ... the e ... ... LTD benefits and any other income will not exceed
a ... that ... ... of ... ... The plan also takes into account ... other are ... to
for ... of ... ... received.

For th ... ... ... ... ... .. ...

• a ... a ... and be s d .. any occupation for compensation or profit ... ... ...

• b ... ... ... payments of legal fees incurred in t ... or on ... ces a ...

• non ... y ... ... benefits provided under any group insurance plan on
... of ... r for individuals in a group (whether ... ... ... ... r ...

• ... ... or retirement benefits required or provided for una ... any t ...
 ... a ... or

  a ... benefits,

  b ... enefits

  c ... ... ...

  d. ... is offset is applicable, the family ... t will be ... ...
   ... ... of whether or not a Dependen ... w... wit ... ... ... ...
   ... i ... or tax purposes) and,

  e ... ... ... bec Pension Plan, including Dep ... ... s ... ... ...
   ... b ... ... ... fits after STD benefit payments ... ... ... ... ... ...

For ex
Comp
$800 a

a LTD benefit ... of $800 ... and you are also receiving $400 a ... ... ... ... We... are
... ... benefits ... ... ... ... ... to $400 a month so that your ... of ... ... ...

For th

... on ... ... ... ... t ... d as follows:

• ... ... of ... ... ... ... nthly periods,

• ... ... ... ... ... ... periodic payments that you or ... ... ... pay ... ...
 for ... ... ... will be allocated to 60 monthly ... ... ad ... ... ... ...
 ... ... ... ... ... ... Compensation laws will be fully offset in t ...
 ... ... ... ... ... ... by this plan, or

• ... ... pa ... ... ... received as a retroactive award ... ... ... ...

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- **If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

**While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.   You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending.  Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded.  The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.**

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabl
years a
covera
on beh

…been receiving Social Security Disability Income (SSDI) for at least two … to the program as completely as possible, you need to … of medical … when you are … You may be contacted by a representative … begin … with a … of your … Medicare enrollment process.

Cover:
service
you be
increas
Part B

… will be reimbursed … under Medicare Part B (Outpatient and Physician …) … amount which will be deducted from your monthly SSDI … the date … disability benefits you receive from … Company will be reduced to … (retroactive to January 1, 19… … due to the … enrollment …

Once y
plan w
not co*

… medical Claims first and the Company's may … … for medical benefits it previously covered that are … … …

# Ma

# … Rehabilitation Program

For di
rehabi
are rec
termin

… that January 1, 1999, you will be required to take part in an approved rehabilitation program if you are deemed able to be rehabilitated and when you become physically able … an approved rehabilitation program would result in … …

An apj

… …

- … …

- … …: … for purposes of rehabilitation when … … and approved by the Claims Administrator … … … … your Physician, the Claims Administrator … … … … in writing and will end when you … … Claims Administrator withdraw their approval.

Each r
gainfu

… individually tailored goal-oriented program designed to return you to …

You n
During
rehabi
of you

… full-time while in an approved rehabilitation Claim, … … … will be reduced by 50% of your earnings from … … … and any other income you earn … … … … …

Here

| | | | $1,600 |
| --- | --- | --- | --- |
| | | | $300 |
| | | | $150 |
| | | | $1,750 |

If the
progr
The n

… will … … become self supporting through a rehabilitation program … … program, at the discretion of the … … …

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Pre...                    ...disability... ...that occurs:

- ...ross... ...a leave of absence, or while... ...active...

- ...more than... ...prior to your returning to Active...

The Pro...           ...the ...will not... ...employees who become covered under the plan...
Networ...             ...to the acquisition of their employer by the Company and to... ...
subseq...             ...its employees under their LTD plan as an Affiliate.

# OC                    ## ...DISABILITY BENEFITS

Disabil...             ...able... ...for an occupational disability. Occupational...
caused...

- ...employment for wage or profit, or

- ...payment by any Workers' Compensation law... ...similar legislation.

This be...            ...same term... ...for a non-occupational disability... ...Reduction
of STI...             ...LTD Benefits Due to... ...
page 2...             ...your Worker's Compensation pay... ...County
benefit...            ...LTD... ...LTD benefit amounts.

# OT                    ## ...INFORMATION

# A N                   ## ...Laws

In cert...             ...supersede the Company's plans, as applicable...
state d...             ...this summary.

# Lim                   ## ...ents

Benefi...             ...assignment. The Claims Administrator...

- ...purported gift assignment, o

- ...has received a copy of it.

For m...             ...how to assign disability benefits as... ...contact the
Claim...              ...

# Erro                  ...

---

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

## Identifying Information

Plan Type under ERISA: Welfare Plan

Plan Number: 509

Funding Method: Self-funded with contributions held in trust

Contribution Source: the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan: Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
Attn: Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

CON                  ... FOR CLAIMS FILING ...
API

The lis            ... for filing Claims and appeal...
Claim              ... Services at 1-800-676-4636 if you need...
inform             ...

The e              ... and appeal of denied Claims under the ...
Disabi             ...Disability Plan... noted in the list below:

**Initial**        ...coverage level and initial Claims are... is
**for de**         ...Benefit Center.

The Pl             ...
PO Bo
Philad
1-800-

**First**          First letter... to participate/ coverage levels Claims:

HR Sl
Nortel
PO Bo
Resea
Direct
ESN:
Toll F

**Secon**          ...denied... to participate/ coverage levels Claims:

Emplo
Norte
220 A
Nashv
615-4


# FIL            ... CLAIMS

This s            ...times... the limits for filing Claims and...
denied            ...the Short-Term Disability Plan... Long-Term
Disab             ...comply with the requirements of... will be
interp            ...

In ord            ...to the "Contact Information for...
Appea             ...Claims Administrators, their respective...
phone

A.               ...and Long-Term Disability Plan...
Clai

### 1. Filing a Claim for payment of a benefit under the Short-Term Disability Plan:

The process for requesting a Short-Term Disability Plan benefit is as follows:

a.  Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process.  An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim.

b.  Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Short-Term Disability Plan benefits. If Prudential is unable to reach the physician, s/he will communicate to you and send necessary forms by regular mail to you for your physician to complete. To avoid delay in processing the claim, you may also download the necessary forms Medical Release and Attending Physicians Statement from S@W and send to Prudential. (If Prudential does not receive the completed medical forms within **15 calendar days of last day worked, your pay will be suspended.**)

### 2. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

### 3. Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.   the specific reason(s) for the denial,
b.   references to the specific plan provisions on which the benefit determination was based,
c.   a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.   a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.   if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

### 4. Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential

The Prudential Appeals Review Unit will make a determination on the second Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by you and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

## 5. Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Levels Claim to HR Shared Services and Employee Benefits Committee

### First Level Appeals for Denied Participation/Coverage Levels Claims to HR Shared Services

Appeals regarding eligibility to participate in the LTD Plan or the STD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Short or Long-Term Disability Plan coverage) must be made in writing to HR Shared Services. See the list above for contact information. Your appeal should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. HR Shared Services will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services will notify you of the appeal decision on your participation or coverage level issue under the Short-Term Disability Plan or your Long-Term Disability Plan (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your appeal, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services expects to decide on your appeal, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to render a decision, the period for making the benefit determination by HR Shared Services will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,

d.   a c
below)
under s

2.   I fi_e several [?] ar appeal with the Employee Benefi__ _o__ ___ __ __ ____ ____
as an_ ____ __ __ ___ _oints, including a statement of yo_ ____ to r___ a_ a ____ __ __n
(A)_or ___ ___ ___ ___ ____ of your appeals.

**Second**
**Comm**

**for Denied P___ _____ _____ Coverage Levels Claims to C___ ____ ___ __ _____**

If a Sh_
is deni_
you fil_

__ ___ ___ ___ _____ ____ ___ Plan eligibility to participate or a ____ __ ___ __ _____
__ __ ___ __ ___ ___ __ __ __ Committee reviews any add____ __ ___ ___ ___
___ ___ ___ ___ ___ __t d **appeal**.

If your
appeal
your re
contac_
notice
written
you wi
to your

__ __ __ __ ___ __ __ denied or if you do not receive a ___ __ __ __ __ ___
_ _me t__ __ __ __ __ __ case the appeal is deemed to have __ __ __ __ __ __
__ __ __ __ __ __ ___ __ ___ Benefits Committee (EBC), ___ __ __ __ __ __ to
__ __ ___ ___ ___ __ __ __ __ __ mitted within 180 days of your re__ __ __ __ __ __ __
__ __ __ __ __ __ __ ___ is denied. You may submit v __ __ __ __ __ __ _ny
__ __ __ and ___ __ ___ __mation relating to your app__ __ __ __ __ __ __ __
__ __ __ __ __ __ __ __ es of, all documents, records a_ __ __ to __ __ __ __ __

You ha

1.  S_   
    le
2.  R_   
    in
    or
3.  A
    y_
    p_
4.  A
    P_
    th
5.  I_
    j_
    p_
    _t
    d_
6.  T
    a_

__   __ __ __ __ S_ __ __ is and other information relating to __ __ __ __ __ __ __

__   __ __ __ __ __ to __ __ __ __ ies of, all documents, records a_ __ __ __
    __ __ __ __ __ __ __ __ __ level appeal. For this purpose __ d__ __ __ __ __ __ __ __
    __ __ __ __ __ to ___ __ participation/coverage level appr__ __ __ __.

        __   __ __ __ __ __ rmination
        __   __ __ __ __ __ __ __ the course of making the ber__ __ __ __ __ __ __,
             __ __ __ __ __ rd or other information was re__ __ __ __ __ __ __ __

        __   __ __ __ __ __ arative processes and safeguard_ __ __ __ __ __
             __ __ __.

__   __ __ __ __ __ __ __ __ __ ments, records and other inf__ __ __ __ __ __ __ __ __ __ __ __
    __ __ __ __ __ __ __ such information was submitted __ __ __ __ __ __ __ __ __

__   __ __ __ __ __ __ __ __ appeal determination and that is __ __ __ __ __ __ __ __
    __ __ __ __ __ __ __ __ dividual who made the adverse __ __ __ __ __ __ __ __ __

__   __ __ __ __ __ __ __ __ tion based in whole, or in part, __ __ __ __ __
    __ __ __ __ __ __ __ administrator to consult with a __ __ __ __
    __ __ __ __ __ and exp__ ience in the field of medicine __ __ __ __ __ __ __
    __ __ __ __ __ __ __ __ in connection with the prior ad__ __ __ __ __
    __ __ __ __ __ __ __ __ __idual.

__   __ __ __ __ __ __ __ __ __ whose advice was obtained in __ __ __ __ __ __ __ __
    __ __

The I
the p_
if the
for re
exten_
made,

__ __ __ __ __ __ __ __ __ __ _rial of your participation/coverage __ __ __ __ __ __ __
__ __ __ __ __ __ __ __ __ _est request. This period may be ___ __ __ __ __ __ p to 9_ day
__ __ __ __ __ __ __ __ __ __ an extension of time. If such an extension of time
__ __ __ __ __ __ ___ stan__ the EBC will provide you w__ __ __ __ __ __ __ __ __ __
__ __ __ __ __ __ __ __ __ Thi_ date as of which the benefit __ __ __ __ __ __ __ __ __
__ __ __ __ __ __ __ __ __.

In the
timef_

__ __ __ __ __ __ __ __ failure to submit necessary informa__ __ __ __ p__ __ __
__ __ __ __ __ __ __ __ __ew stops on the date the EBC s__ __ __ __ __ __ __

notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

# Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

In addi
for the

...addi... ...ERISA imposes duties upon those who are responsible
...

The pe
and in 1
any oth
obtaini

...persons... ...called "fiduciaries," have a duty to do so prudently
...in the interest of you and other beneficiaries. No one, including your employer or
any other person, may discriminate against you in any way to prevent you from
obtaining... ...under ERISA.

## Enfo

E...

If your
done, t
within

...claim... in whole or in part, you have a right to know why this was
done, to obtain... ...without charge, and to appeal... ...denial...

Under
of plan
may fil
materi
becaus
or igno

...enforce... ...the above rights. For instance, if you request a copy
of plan... ...of the plan and do not receive them with... ... days, you
may file... ...the court may require the Plan Administrator to provide the
materials... ...provide the materials, unless the materials were not sent
because... ...reasons... or. If you have a Claim for benefits... ...in a U.S.
...state or federal court.

If it sho
assertin

...fiduciaries misuses the plan's money or if you are discriminated against for
asserting... ...seek assistance... ...U.S. Department of Labor or... ...in federal court.

In the o
succes:
may or

...if you... ...should pay court costs and legal fees. If you are
successful... ...pay these costs and fees. If you lose... ...the court
may order you... ...if the court finds your Claim is... ...

## Assi

QUESTIONS...

If you
questic
docum
Securi
Divisic
Depar
certain
of the :

...questions you should contact the Plan Administrator. If you have any
questions about your... ...under ERISA, or if you need assistance in obtaining
documents... ...contact the nearest office of the Employee Benefits
Security... ...Department of Labor, listed in your telephone book, or the
Division of... ...Employee Benefits Security Administration, Department of Labor,
Washington, D.C. 20210. You may also obtain
certain publications about your rights under ERISA by calling the publications hotline
of the Employee Benefits Security Administration.

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2008 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

# SE...    ...H... ...GLOSSARY

If a diff
section
the defi

**Accide...**
An une...

**Active**
You wi
schedul
days if
schedul
travel f

**Affiliat**
Subsidi
Board o
Plan an

**Annua**
The pe...
year. T
Period

**Before**
A cont...
Securit
money

**Behav...**
A men...

**Calen...**
Januar...

**Childr...**
Depen...
- ...
- ...
- ...
- ...
- ...
- ...

To be
legal g
and liv

... ...for ...name w... is provided in the
...ected ... ...t... ...efinition applies instead of

*Someti...... ......*
*a benefi... is ... instead of*
*accura...*
*technic...*
*used. I...*
*unders... ...*
*brief d...*
*alphab... ...*

...to body ... inju... ...to ...external trauma.

...work
...tive ... ...an an ... ... Company's

... ...u... ...t ... ...ation on that day in accordance with ...our pay la... to
...ompany's ... ...place ...f ...usiness or at some location to which ...or a... are ...cted to

...ranes, ... ...v... ...Nortel Networks Inc. (NNI), that have been included in the
...ortel Nc... ...tw... ...r b... employees under the Company's ...short-...erm Disability
...ty Plan ...re... to participate in those programs

...may enroll ...urse... or ...t... your eligible Dependents in benefits ... ... contact
...oth... ... ...ation s ... ...can enroll. Benefits selected during the ...Annual ...nrollment ...
...t the ...nnual Enro...ent Period

...count that is deducted from your pay before federal income, ...and so...
...local ... ... ...ar... are deducted, reducing your taxable in...

...n...entally as described as chemical dependency (alcohol and...

... The c...lendar ...a... ...so known as the Plan Year.

...child... ...placed ...th you for adoption,

...child...
... ...children
... ...stepchild...
...child for ...hom you have health coverage, as specified by a qualified
...medical child ... (a QMCSO is an order of judgment ...)
... ... that the benefits under a health care plan
To be...ible ...ild, ...ur ...egalized foster Children, Children or ...
if you ...annot ...t them, must depend on you for support, ...
months of the ...calendar Year in a regular parent-child rela...ship.

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company – Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

**Enroll**
See "Ar
you firs

... Benefits may be ... elected during a 31-day enrollment period when you first ... or after you experience a Status Change.

**FLEX**
One of
levels c
your fa

... the flexibility to choose from ... different levels of ... benefits program that is best for you and your fa...

**FLEX**
Compa

... to purchase Optional FLEX Benefits.

**FLEX**
Genera
overtin
incenti
Compa
and AI
week, a
calcula
average
If you a
regular
disabili

FLEX pay does not include other types of pay, including ... overtime ... or bonuses. However, if you are eligible for sales ... and target incentives, as defined ... Par... the employee ... premium calculations under the ... and a 35-hour work week ... the employee regularly works a 40-hour week per ... hours worked that a part-time earn ... the event which caused a claim for benefits ... or more per week, the number of hours worked ... will be the ... number of hours you will receive each ... week ...

**Gross**
60% of
66 2/3%
Disabil

... before ... deductions are taken for Core Short Term Disability ... before ... deductions are taken for Optional ... Term

**Hire D**
The da

... the date upon ... hire ...

**HR Sh**
The se
questic
home a

... benefits ... by contacting HR Shared Services, you can ... remain at ... or change your employee information ... as your

**Illness**
Any di
miscar

... illness ... but not an Injury or pregnancy, ... not ... an accident.

**Injury**
A cond

... action ... body, independently of Illness.

**Medic**
Title X
amend

... (Programs) of the Federal Social Security ... as amend...

**Medic**
A plan

... provide ... for you and your enrolled Dependents.

**Medic**
Title X
from t

... (Programs) of the Federal Social Security ... as amend...

2008 D

**Optional FLEX Benefits**
Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**
Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**
Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness**
See "Illness."

**Status Change**
You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,

- ... ... ... ... tner of Dependent child,
- ...es ... ...der ... Dependent child,
- ... ... ... ... eligibility for you, your spouse or ... ... ... ... partner (transfer to part-time or full-time or a paid leave ... ... ...;
- ... ... ... ... tner's or Dependent Child's emplo ... ... status a ... (transition part-time or full-time or a paid leave or a ...;
- ... ... of ... ... Domestic Partner's employment,
- ... ... ... ... take an unpaid leave of absence,
- ... Plan has ... availability,
- ... ... ... ... no longer a full-time student)
- ... ... ... ... ... ... a full-time student).
- ... ... ... ... ...ered Domestic Partner,
- ... ... ... ...past en... or dental, vision and hearing care con ... ...
- ... ... ... ... ... become eligible for Medicare or ...
- 
- ... ... ... for the employee who declined cov ... ... ... and ... (has not ... ... ... ... ... ... on a timely basis, voluntary as a remover...
- 
- ... ... ... ... ... group health plan coverage (for the employee ... ... other ... ...),
- ... ... ... ... the other coverage was COBRA and t ... ...
- ... ... de ...t part ... ner's plan differs from Nortel ... ... Plan ... ...
- ... ... ... Account participants - dependent ent ... ... ... ...
- ... ... ... Account participants - certain cost en ... ... that ... ... ... ... to ... ... the costs should increase or de ... ... ... ... Account.

The ben ... ... ... ... with the Status Change. For example, if you have ... ... ... ... Medical, Dental, Vision and Hearing ... ... ... to the status to ... ... can increase your Optional Employer ... ... ... ... ... ... for Dependent Day Care Reim ... ... ...

You ma ... ... ... ... ... ... within 31 days of the status change ... ... ... ... ... FLEX Benefits system that will all ... you ... ... ... ... ... you may request to make your select ... by the deadline ... ... ... ... Personalized Enrollment Worksheet and a ... ... ... ... ... ... days of the Status Change. Employee ... ... ... ... ... ... ... spouse or birth certificate or divorce d ... ... at such time as ... ... ... ... ... purposes.

If you ... ... ... ... change affidavit) more than 31 days after ...t event:
- ... ... ... FLEX Benefit options (e.g., medic, ... ... ... ... ... ... period
- ... ... ... on and hearing care dependent ... ... ... ... ... ... ... requesting the addition or de ... ... ... ... ... ... ... ... vision and hearing care opti ... and
- ... ... ... effective the date all documents a... ... ... HR Shared Services.

No    ... ... ... ... ... after 31 days of the event.

**Termi**
The la ... ... ...

**Total Disability, Totally Disabled**

For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**

Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**

Benefits covered under Workers' Compensation law.