## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 09-10138 (KG) |
|  | ) |
|  | ) Jointly Administered |
|  | ) |
| Nortel Networks Inc., et al.,[1] | ) **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
|  | ) **Hearing Date:      Feb. 12, 2013 at 10 a.m.** |
| Debtors. | ) **RE:              D.I. # 8067** |

## OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Shirley P. Bloom, (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an Order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.  In support of this Objection, Shirley P. Bloom respectfully represents as follows:

---

[1]  The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1.  I was one of the few persons working for Nortel Networks Inc. ("NNI") in the U.S.
    (in this particular type of job) who travelled to different "vended out" sites as an
    Operations Project Manager.

2.  I didn't mind too much about the long 16 hour days and the weight I had to carry
    because I loved NNI, and with their benefits and working until 65+ ; I knew that my
    husband and I would have a comfortable retirement.

3.  But all the hours and heavy carrying got to me, and I became sick.  I was put on STD
    for Bipolar I on June 11, 1997.

4.  I was devastated when I became sick; my boss immediately replaced me and
    wouldn't even call me nor did my teammates (except one woman).

5.  I tried to find a job in another area of NNI, but had no luck; by November 1, I was
    forced to sign forms to get SSDI (I don't remember when I got my SSDI), but it was
    in December 1997, and I received my LTD on December 2, 1997.

6.  At that time I was diagnosed with continuing Bipolar I and a Disintegrating Neck and
    Back Disease.

7.  During this time my health has continued to worsen and now I continue to have
    Bipolar I (with severe Clinical Depression).  I also now have a broken neck and back,
    narcolepsy, cancer, and neuropathy.

## RELIEF REQUESTED

1.  I request that you reject the Debtors' Motion to Terminate the LTD Employees and Benefit Plans.

2.  I request the Debtors compensate me in full for my LTD benefits to age 65 that NNI became liable for once I became totally disabled.

3.  I request the Motion to force retire those LTD'ers who are at or near 62 to be rejected unless there is no other alternative. [( I am almost 62 and told I might be forced into early retirement), which means the ("the Debtors") won't have to pay me my salary from 2013 until I reach 65, a total of $99,418.90 (lump sum), which I desperately need to pay for medical and insurance needs. .

4.  I would also lose about $200.00 in pension money if they give me my retire at 62 pension money ($761.64), instead of ($964.99), which I would get if forced retired. To lose approximately $200 per month in my pension and lose an accumulated amount of almost $100,000 in salary benefits would be devastating!).

5.  The Exhibits and Proof of Claim will be delineated in short later in this document.  If I am forced into early retirement, I believe I would be eligible for all Medical Benefits, including: Cigna, UBH (United Behavioral Health), Medco, Dental and Vision; Life Insurance; and Long Term Care.  NNI used to pay for my Medicare, but they recently stopped, due to an unknown reason.

## EXECUTIVE SUMMARY

A. I was told by both the Debtors (Kim Pullium-LTD Claims Manager) and Prudential (Sophia Costanza-Disability Claims Manager) and other key personnel that I was vested for everything; that there was a binding contract between the Debtors and Prudential that we would get our benefits, including salary, and Retirement Benefits (including Pension Plan, Medical Insurance, Life Insurance, 401K Benefits, and Long Term Care, as long as we continued to meet the Debtors' and Prudential's Disability Requirements under the Group Plan).

B. We certainly didn't get sick to inconvenience the Debtors and cost them extra money. It has cost many of us extra thousands of dollars to pay for our illnesses, which is why we need our salaries and benefits so badly. Most of us are already in serious debt, but are trying to keep it under control.

C. The Debtors certainly have the money to give us what we are asking for; we're only asking for the accumulated costs of our salaries, and benefits like medical insurance, and life insurance, etc., but the feeling is that we should get nothing to pay for our hard work and loyalty to a company who doesn't care what we did for them.

## PROOF OF CLAIM

## DATES AND BENEFITS

Exhibit A:. Employment start date:  August 12, 1991

Exhibit A1: Start of Long Term Disability Date: December 9 ,1997.

Exhibit A2:  Status allowing me to remain on Salary plus Benefits into Retirement with all their Benefits.

Exhibit A3: US Benefits Personalized Enrollment Worksheet: Proof of Annual Salary when I went out on Sick Leave in June 10, 1997 ($59,500), showing selection of 90/70 PPO, CIGNA @ $121.13 Dental/Vision/Hearing Care @ $22.16; pg. 2 shows Optional Employees Life Insurance @ $1X Core Employee Life Insurance = O; Optional Employee Life Insurance @ 2x Benefits Earnings = $22.46; and Dependent Life Insurance – Spouse -$25,000 Coverage @ $14.94; Total of all Benefit Requests for 2012 = $180.69.

Exhibit: A4:  Proof from Prudential on October 12, 2012  that all my benefits, including my Gross Monthly Salary Benefit of $2,840.54, and all other applicable benefits shown on letter and on following Pay Stub are: $262.45 (including Vision) and $48.01 for Dental.

Exhibit A5:  Flex Benefits Worksheet showing I selected 50% to 70% for Long Term Disability for 1997, the year I went out on Disability

{Exhibits (where available) are stapled to these Documents}

## PROOF OF CLAIM (cont.)

Exhibit A6: My SSDI Benefit Statement shows the amount I was to receive in the year 2012 to be $1,813.90 minus $99.90 for Medicare. The Debtors used to pay for insurance because they didn't feel I should have to pay for two insurances, but that stopped in 2012.

Exhibit A61: My SSDI Initial Award Letter showing I became officially disabled on December 1997 at an amount of $1,276.00 monthly.

## MEDICAL

Exhibit B: I am now paying $121.13 for Cigna, including Medco, UBH, Vision, and EAP. Dental is separate at $48.01, which is a total of $169.14. Under Cobra, I will be paying $974.95 for Employee and Spouse for Medical PPO 90/70, EAP is $2.89, and Dental Plus is $152.19, which is a total of $1,130.03, which when minus Cobra from what we pay now is a difference of $960.89.

Exhibit B1: I am now paying about $ 247.84 in discount prescriptions for long-term medications from Medco, which is part of our Medical Benefit (most of this shows on a CC statement-$200.84) and the $47.00 from my regular pharmacy.

{Exhibits (where available) are stapled to these Documents}

## PROOF OF CLAIM(cont)

### LIFE INSURANCE

Exhibit C: We now pay $0 for the Debtors  Core Employee Life Insurance at $0 ; Optional Employee Life Insurance at 2X = $22.46, and Dependent Life Insurance for Spouse at $$14.94.

Exhibit C1:  Cost of conversion from our existing Term Life Policies was not available when I called; am still working on it.  Cost of Core Employee Whole Life at $59,000 is $714.39 Quarterly; cost of Optional Employee Life Insurance for $178,500 is $2,025.77 Quarterly, and Dependent Life Insurance for Spouse is $824.50 Quarterly.

### PENSION

Exhibit D: The Pension for retiring at age 62 is $761.64 (Single Annuity).  The Pension for retiring at age 65 is $964.99 (Single Annuity).

Exhibit D1:  PBGC has a 2-page document guaranteeing Pensions at higher rates if they fall under certain parameters such as having to retire early, but keeping the higher Pension that one was due to get at 65.

{Exhibits (where available) are stapled to these Documents}

## PROOF OF CLAIM (cont.)

## LOSS OF SERVICE

Exhibit E: Due to my Bipolar I, and broken neck and back, I was unable to do my share of house chores, as I usually did. My husband works long days and he wasn't prepared to do everything that needs to be done around the house, so we hired a housekeeper. It took a lot of strain off us, and made life more bearable. She charged us $75.00 a visit, though we could ill afford it, it was worth the ease of strain on our marriage.

{Attachments (where available) are stapled to these Documents}

**NØRTEL**
**NETWORKS** A1
A2

Northern Telecom
4001 E. Chapel Hill-Nelson Hwy.
P.O. Box 13010
Research Triangle Park, NC 27709-3010
Tel 919 992-5000
www.nortelnetworks.com

April 09, 2001

Mrs. Shirley Bloom
151 East 31 Street
New York, NY 10016

Mrs. Bloom,

This is to verify that you are currently employed Nortel Networks. Your employment with Nortel began on August 12, 1991. On June 10, 1997, you were placed on Short Term Disability (STD). The STD benefit offered by Nortel has a maximum allowable time of 26 weeks. After the 26 weeks had been exhausted, you then progressed to Long Term Disability (LTD) on December 09, 1997.

As a LTD employee, you are considered an "Inactive Employee." This status allows you continued eligibility for benefits through Nortel Networks. It also allows you to remain an employee of Nortel Networks until you are eligible for retirement (as long as your disability continues to meet the LTD plan requirements).

Please let me know if you have any questions or require additional information.

Thank You,

Kim Pulliam

Kim Pulliam
Employee Services
1-800-676-4636

How the world shares ideas.



### United States Benefits
### Personalized Enrollment Worksheet

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| | |
|---|---|
| Name: | Shirley Bloom |
| Global ID: | 0187324 |
| Date of Birth: | 12/04/1950 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 59500.00 |
| Event: | Annual Enrollment |
| Prepared On: | 11/01/2011 |

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit Income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Cigna Medical | $ 25.66 | $ 0.00 | $ 76.17 | $ 0.00 |
| * 90/70 PPO, Cigna Medical | $ 41.88 | $ 0.00 | * $ 121.13 | $ 0.00 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 121.13 (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere?  ___ yes ✓ no
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $ _____ (b)

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | $ 5.43 | $ 0.00 | $ 11.11 | $ 0.00 |
| * Dental/Vision/Hearing, Plus | $ 10.93 | $ 0.00 | * $ 22.16 | $ 0.00 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 22.16 (c)

---

**Health Care Reimbursement Account**          Minimum    Maximum

Plan not available in 2011

Annual Contribution: _____ (d)

---

**Dependent Care Reimbursement Account**        Minimum    Maximum

Plan not available in 2011

Annual Contribution: $ _____ (e)

---

**Page 1 Subtotal: Cost Per-Pay-Period**

EXHIBIT A



| Shirley Bloom | 0187324 | 11/01/2011 | Page 2 |
|---|---|---|---|

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.                                                          $ _____ (g)

### Long Term Disability

$ _____ (h)

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

   50,000 Core Life Insurance                                           $  0.00

\*  1x Benefits Earnings                                                 $  0.00

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $ 11.33 | $ 12.46 |
| * 2x Benefits Earnings | *$ 22.46 | $ 24.72 |
| 3x Benefits Earnings | $ 33.79 | $ 37.18 |
| 4x Benefits Earnings | $ 44.93 | $ 49.43 |
| 5x Benefits Earnings | $ 56.25 | $ 61.89 |
| No Optional Coverage | $  0.00 | $  0.00 |

*Stopped smoking
3/22/10 completely*

You may only retain or decrease you current coverage level during this enrollment.

$ __22.46__ (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| No Coverage | $  0.00 |
| $10,000 | $  5.98 |
| * $25,000 | $ 14.94 |
| $50,000 | $ 29.88 |
| $75,000 | $ 44.83 |
| $100,000 | $ 59.77 |

$ __14.94__ (j)

EXHIBIT A3

## AFTER-TAX SELECTIONS (continued)

### Dependent Life Insurance - Child(ren)
Cost shown is the total for all Child(ren).  Age limits may apply.

| | |
|---|---|
| * No Coverage | $ 0.00 |
| $5,000 Per Child | $ 0.18 |
| $10,000 Per Child | $ 0.36 |
| $15,000 Per Child | $ 0.55 |

$ _____ (l)

| Accidental Death and Dismemberment | You Only | You & Family |
|---|---|---|
| No Optional Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ _____ (m)

### Page 3 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ 0.00 (n)

### Effect on Your Pay

Enter the total cost per-pay-period of your selections here:

$ 180.69 (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete your enrollment using the Employee Self Service Enrollment Tool, please print your confirmation statement.

EXHIBIT.A4

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| __Add<br>__Delete<br>__Change | Raphael Bloom | xxx-xx-2436 | Spouse | M | 09-13-1938 |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |
| __Add<br>__Delete<br>__Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Shirley Bloom
151 E. 31 St. Apt 22 E

New York, NY   10016

EXHIBIT A9



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parties, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Shirley Bloom |
| Global ID: | 0187324 |
| Date of Birth: | 12/04/1950 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 59500.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Cigna | EE & Spouse | $ 121.13 | $3,149.38 | $8,320.78 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE & Spouse | $ 22.16 | $ 576.16 | $1,214.20 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 388.44 |
| Long-Term Disability | | | | |
| 70% of Benefits Earnings | | $ 5.31 | $ 138.06 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 148.60 | $3,863.60 | $9,923.42 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 93.60 |
| **Optional Employee Life Insurance** | | | |
| 2x BENE Earnings Non-Smoker | $ 22.46 | $ 583.96 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| $25,000 | $ 14.94 | $ 388.44 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 37.40 | $ 972.40 | $ 93.60 |

59,500

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

| Shirley Bloom | 0187324 | 11/30/2011 | Page 2 |

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Raphael Bloom | xxx-xx-2436 | S | M | 09-13-1938 |

Shirley Bloom
151 E. 31 St. Apt 22 E

New York, NY  10016



Claims Services Provided by

The Prudential Insurance Company of America

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

October 12, 2012

Shirley P Bloom
151 E 31 St
Apt 22e
New York, NY 10016

Claimant: Shirley P Bloom
Claim No.: 10281026
Date of Birth: 12/4/1950
Control No./Br.: 39900 / 000TB

|..llll..ll....ll.ll...l.ll

Dear Ms. Bloom:

We are writing to you to confirm that you are receiving Long Term Disability (LTD) benefits
under the Nortel Networks Group Policy with Prudential.

Your Long Term Disability benefits began December 2, 1997. Your gross monthly LTD benefit
is $2840.54, less $875.61 for the following deduction ;$400.00 for Voluntary FIT, $262.45 for
Medical , $48.01 for Dental, $132.33 for Manditory FIT W4, and $32.37 Free Form 1, resulting
in a Net monthly benefit of $1965.38 . This benefit will remain the same provided your income
from other sources does not change. Your benefits will continue through December 3, 2015,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager

Prudential Insurance Company of America
Disability Claim Services Provider                    Explanation of Benefit    L (2 of 2)

EXHIBIT A4

| you have any | DISABILITY MANAGEMENT SERVICES |
| questions about | PO BOX 13480 |
| this claim, please | PHILADELPHIA          PA    19176 |
| contact | 800-842-1718 |

Date
September 24, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10281026
ID#      XXX-XX-5067

CLAIMANT   SHIRLEY P BLOOM

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,840.54 | 09/01/2012 | 09/30/2012 |
| - Voluntary FIT | 400.00 | | |
| - Medical | 262.45 | BENEFIT AMOUNT | 2,840.54 |
| - Dental | 48.01 | LESS OFFSET | 0.00 |
| - Mandatory FIT W4 | 132.33 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 32.37 | | 2,840.54 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 2,840.54 |
| | | LESS DEDUCTIONS | 875.16 |
| | | AMOUNT PAYABLE | 1,965.38 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

Date:  September 24, 2012

Deposit Amount:    $1,965.38

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXXX8865 | $1,965.38 |

| To the Accounts of | SHIRLEY BLOOM<br>151 E 31 ST<br>APT 22E<br>NEW YORK          NY   10016 |
|---|---|

This is not a Check                                    Not Negotiable



# ☰ flex benefits

it's your call

**Prepared for SHIRLEY BLOOM**

*EXHIBIT A5*

Using this worksheet and your enrollment materials, circle your benefit selections and then enroll by calling the Telephone Enrollment System. **Call 1-800-545-0352 on a touch-tone phone between October 21 and November 4, 1996 and respond to the recorded prompts.** Refer to the highlights brochure in your enrollment package for complete instructions. If your 1997 Confirmation Statement is not received by 12/1/96, call the HR Info Center immediately.

| | |
|---|---|
| Access Code: | 68872 |
| Social Security Number: | 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 |
| Enrollment Identification Number: | 1250 |
| * INDICATES CURRENT COVERAGE | |

Your Annualized 1997 FLEX Credits: $ 735.42
Your Per Pay 1997 FLEX Credits: $ 28.29

---

## 1997 Before-Tax Selections

### Medical

| | Provider Codes (see below) | [1] You Only | [2] You + Your Child(ren) Only | [3] You + Your Spouse Only | [4] You + Your Spouse + Child(ren) | Cost Per Pay Period |
|---|---|---|---|---|---|---|
| [0] No Coverage | | $ 0.00 | | | | |
| [1] CIGNA Indemnity | C | $ 55.73 | $ 82.31 | $ 102.12 | $ 115.55 | |
| * [2] Managed Care (100%/80%) | [1]C * [2]P | $ 31.78 | $ 39.50 | $ 45.95* | $ 56.25 | |
| [3] Managed Care (80%/60%) | [1]C [2]P | $ 18.90 | $ 30.55 | $ 34.18 | $ 40.01 | |
| [4] Managed Care (EPO) | [1]C [2]P | $ 28.49 | $ 34.25 | $ 39.04 | $ 46.71 | $ *45.95* |

Provider Codes: C = CIGNA NEW YORK  (P) = PRUDENTIAL HEALTHCARE POS

---

### Dental, Vision and Hearing Care (See highlights brochure for revised coverage and lock-in provisions.)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [0] No Coverage | $ 0.00 | | | | | | | | |
| [1] Basic | $ 2.12 | $ 3.04 | $ 3.47 | $ 4.39 | | | | | |
| [2] Comprehensive | $ 3.30 | $ 4.85 | $ 5.84 | $ 7.65 | | | | | |
| * [3] Premium | $ 4.60 | $ 6.80 | $ 8.34* | $ 11.27 | | | | | $ *8.34* |

---

### Reimbursement Accounts

Health Care (minimum $ 4.62/maximum $ 200.00 per pay period)
    [0] No Contribution
    [1] Per Pay Period Contribution of                $ _____

Dependent (Day) Care (minimum $ 4.62/maximum $ 192.30 per pay period)
    [0] No Contribution
    [1] Per Pay Period Contribution of                $ _____

---

### Short-Term Disability

You receive core coverage of 6 weeks at 100% of FLEX Earnings followed by up to 20 weeks at 70% of FLEX Earnings (for a total period of up to 26 weeks) at no cost to you.
    [0] No additional coverage       $ 0.00
    * [1] Raise 70% benefit to 90%     $ 3.27*            $ *3.27*

---

### Long-Term Disability

You receive core coverage of 50% of FLEX Earnings at no cost to you.
You may choose additional coverage as follows:
    [0] No additional coverage       $ 0.00
    * [1] Raise 50% benefit to 70%     $ 6.75*            $ *6.75*

---

### Cost of Your 1997 Before-Tax Selections

Add the amounts in the right column, and write the total here.          $ _____
Carry forward this amount to the appropriate space on the reverse side of this worksheet (marked B).

# 1997 After-Tax Selections

*EXHIBIT A5*

## ployee Life and Accidental Death and Dismemberment Insurance (AD&D)

**Cost Per Pay Period**

receive core Life coverage of $ 57,000 at no cost to you.
receive core AD&D coverage of $ 57,000 at no cost to you.
may choose additional Employee Life Insurance coverage as follows:

|  |  |  | Non-Smoker | Smoker |
|---|---|---|---|---|
| 0] No additional coverage |  |  |  |  |
| 1] 1 x FLEX Earnings ($ | 57,000) |  | $ 0.00 | $ 0.00 |
| 2] 2 x FLEX Earnings ($ | 114,000) |  | $ 4.50 | $ 5.21 |
| 3] 3 x FLEX Earnings ($ | 170,000) | (Evidence of Insurability required.) | $ 9.00 | $ 10.42* |
| 4] 4 x FLEX Earnings ($ | 227,000) | (Evidence of Insurability required.) | $ 13.42 | $ 15.54 |
| 5] 5 x FLEX Earnings ($ | 284,000) | (Evidence of Insurability required.) | $ 17.92 | $ 20.74 |
|  |  |  | $ 22.41 | $ 25.95 |

Ξ: A smoker is defined as anyone who has used a tobacco product since 1/1/96.

$ *10.42*

## endent Life Insurance - Spouse

| 0] No coverage | $ 0.00 |
|---|---|
| 1] $ 10,000 coverage | $ 0.83 |
| 2] $ 25,000 coverage | $ 2.08* |
| 3] $ 50,000 coverage   (Evidence of Insurability required.) | $ 4.15 |

$ *2.03*

## endent Life Insurance - Child(ren)

| 0] No coverage | $ 0.00* |
|---|---|
| 1] $ 10,000 coverage   (Age limitation may apply.) | $ 0.58 |
| (Cost shown is the total for all your children.) | |

$ _____

## of Your 1997 After-Tax Selections

he amounts in the right column, and write the total here:   **A** $ *12.50*

the cost of your Before-Tax selections from the front of this worksheet here:   **+B** $ *64.31*

he amounts in A and B for the total cost of your Before and After-Tax benefits:   **=C** $ *76.81*

## · 1997 FLEX Credits Per Pay Period:   **- D** $ 28.29

## 1997 Net Benefit Cost (or Cash Back) Per Pay Period

act the amount in D from C and write the total here:   **= $ *48.52***

rollment Worksheet is your record of your benefit selections.  Compare this form with the confirmation statement you will receive in a few weeks.

## nal Information

e HR Info Center (1-800-676-4636 or ESN 255-4636) if any of the information below is incorrect.

ed on:             09/30/96

Security Number:   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
f Birth:           12/04/50
ID Number:         0187324
quency:            Biweekly
arnings:           $ 56,650.00
s of:              09/16/96

DAL E E 05688
SHIRLEY BLOOM
151 E 31 ST
APT 22E
NEW YORK, NY 10016

# Your New Benefit Amount

EXHIBIT A6

**BENEFICIARY'S NAME: SHIRLEY P BLOOM**

Your Social Security benefits will increase by 3.6 percent in 2012 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.

## How Much Will I Get And When?
• Your monthly amount (before deductions) is                                        $1,813.90.
• The amount we deduct for Medicare medical insurance is                    $99.90.
(If you did not have Medicare as of Nov. 17, 2011,
or if someone else pays your premium, we show $0.00.)
• The amount we deduct for your Medicare prescription drug plan is     $0.00.
(If you did not elect withholding as of Nov. 1, 2011, we show $0.00.)
• The amount we deduct for voluntary Federal tax withholding is           $0.00.
(If you did not elect voluntary tax withholding as of
Nov. 17, 2011, we show $0.00.)
• After taking any other deductions, we will deposit                             $1,714.00
into your bank account on Jan. 11, 2012.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

## What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

> 3RD FL
> 755 2ND AVE AT 41ST
> NEW YORK NY

EXHIBIT K61

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: August 30, 1998
Claim Number: 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HA

SHIRLEY P BLOOM
151 EAST 31ST STREET
APT 22E
NEW YORK, NY 10016-9507

You are entitled to monthly disability benefits beginning December 1997.

**The Date You Became Disabled**

We found that you became disabled under our rules on June 2, 1997.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is December 1997.

**What We Will Pay And When**

- You will receive $11,458.00 around September 5, 1998.

- This is the money you are due for December 1997 through August 1998.

- After that you will receive $1,276.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Your Benefits**

We raised your monthly benefit amount beginning January 1998 to give you credit for your 1997 earnings. We use each year's earnings to raise benefits the following January.

Enclosure(s):
Pub 05-10153

C                                   See Next Page

EXHIBIT R6!

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A

## Information About Representative's Fees

Your representative must receive approval from the Social Security
Administration before a fee can be charged. If the representative wants to
charge a fee, a request for approval must be sent to me as soon as all work for
you is finished. If no fee will be charged, we should also be told right away.

Any request for fee approval should be sent to:

ARTHUR KLEIN
HEARING OFFICE
RM 2909
26 FEDERAL PLAZA
NEW YORK, NY 10278

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social
Security. If you think that you might qualify for another kind of Social Security
benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If
this information changes, it could affect your benefits. For this reason, it is
important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability
Benefits...What You Need To Know." It will tell you what must be reported and
how to report. Please be sure to read the parts of the pamphlet which explain
what to do if you go to work or if your health improves.

## Other Information

We are sending a copy of this notice to ARTHUR KLEIN and RAPHAEL
BLOOM.

## Do You Disagree With The Decision?

This action supersedes our previous determination and is in accordance with the
decision on your hearing request. You have already been notified of your appeal
rights regarding the decision made on your hearing request and what you must
do to have that decision reexamined. If you feel any action we are taking to
carry out the decision is wrong, you also have the right to appeal that part of
your case. If you want this reconsideration, you must request it not later than
60 days from the date you receive this notice. You may make any such request
through any Social Security office. If additional evidence is available, you should
submit it with your request.

EXHIBIT A61

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A

Page 3 of 3

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-212-689-7858. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
5TH FLOOR
33 EAST 29TH STREET
NEW YORK, NY 10016

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Kenneth S. Appel*

Kenneth S. Apfel
Commissioner
of Social Security

Subj:     **Fwd: Nortel LTD - POC - NORTEL 2012 COBRA Rates**
Date:     10/11/2012 7:53:04 A.M. Central Daylight Time
From:
To:

From: beagles357@hotmail.com
To: beagles357@hotmail.com
Sent: 10/9/2012 10:53:56 A.M. Central Daylight Time
Subj: Nortel LTD - POC - NORTEL 2012 COBRA Rates

**\*\*\* DISCLAIMER: This is NOT Legal Advice. This is NOT an LTD 1102 Committee activity. At the end-of-the-day, each INDIVIDUAL owns their own deliverables \*\*\***
Ladies & Gents,
Our trusty "intel" man, Bill, has found some reference material Should u wish to leverage it in the definition of your Proof of Claim; a key Exhibit within your Individual Objection to Nortel's Motion to Terminate. This first email scopes out replacement costs for medical, etc. per Cobra.
A follow-up email will provide Life (& ADB=accidental death benefit) replacement costs.
- Deb


For Information Only - Not Legal Advise

Link  >>>

For a current 2012 accurate estimate of your Medical cost from Group to Individual Coverage, to include in a POC calculator spreadsheet, use the COBRA rates below or in the link above.  Remember to use only the current coverage that you have on your 2012 Benefits Confirmation Statement.  If you have the time and can get additional individual quotes include those too if you wish.

Click on the link above if you can't read the chart below.

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

=

Optima® Platinum Card

SHIRLEY P BLOOM
Closing Date 08/24/12

Account Ending 7-09006



FILL UP WITH MORE THAN
# JUST FUEL

USE YOUR AMERICAN EXPRESS® CARD AT MAJOR GAS STATIONS
ALL OVER TOWN AND EARN REWARDS THAT CAN REALLY TAKE YOU PLACES
EXPLORE MORE GREAT PLACES TO USE YOUR CARD AT AMEXNETWORK.COM/WELCOME



## Payments and Credits

### Summary

|  | Total |
|---|---|
| Payments | -$200.84 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$200.84** |

### Detail    *Indicates posting date

| Payments | Amount |
|---|---|
| 08/05/12*    PHONE PAYMENT - THANK YOU | -$200.84 |

## New Charges

### Summary

|  | Total |
|---|---|
| **Total New Charges** | **$167.81** |

### Detail

**SHIRLEY P BLOOM**
Card Ending 7-09006

|  | Amount |
|---|---|
| 07/31/12    MEDCO HEALTH NETPK 0TAMPA        FL<br>800-282-2881<br>Description<br>PRESCRIPTION | $65.00 |
| 08/08/12    MEDCO HEALTH FT WORTFORT WORTH        TX<br>800-888-7010<br>Description<br>PRESCRIPTION | $15.00 |
| 08/10/12    MEDCO HEALTH FT WORTFORT WORTH        TX<br>800-888-7010<br>Description<br>PRESCRIPTION | $37.81 |
| 08/21/12    MEDCO HEALTH NETPK 0TAMPA        FL<br>800-282-2881<br>Description<br>PRESCRIPTION | $50.00 |

Continued on reverse

EXHIBIT C



**Converting
Group Term
Life Insurance
to Individual
Insurance**

Prudential

EXHIBIT C

u should submit your application and first premium within the
-day period specified in your Booklet-Certificate.

emium rates for the Prudential Guaranteed Life Insurance
licy, issued by The Prudential Insurance Company of America,
e included in this brochure. These are standard rates per $1,000
insurance and apply to most individuals who are converting.
.e right to convert to a Prudential Guaranteed Life Insurance
licy is guaranteed, provided the terms as described in your
ooklet-Certificate are met.

ervicemembers/Reservists:

you wish to convert Servicemembers' Group Life Insurance
GLI) to a Prudential individual life insurance policy, you must
bmit your application, first month's premium, the letter you
ceived from the Office of Servicemembers' Group Life Insurance,
nd the proof of SGLI as defined in the above mentioned letter to
Prudential office within 120 days of your release from uniformed
rvice or release from assignment to the Ready Reserves.

eterans:

you wish to convert Veterans' Group Life Insurance (VGLI) to a
udential individual life insurance policy, you must submit your
plication, first month's premium, and your VGLI Conversion
otice, SGL 183, to a Prudential office.

**ike most insurance policies, Prudential's policies contain
xclusions, limitations, reductions of benefits, and terms
r keeping them in force. A Prudential representative
an provide you with costs and complete details.**

# Policy Description

The following is a brief description of the policy available as
a conversion for which rates are included in this brochure.
Additional information regarding the policy described below
may be obtained from a Prudential representative.

### Prudential Guaranteed Life Insurance

Prudential Guaranteed Life Insurance is a whole life product
with a guaranteed cash value and a guaranteed death benefit
for the lifetime of the insured, provided premiums are paid
when due and there are no outstanding loans or withdrawals.
The face amount is payable at death.

The basic premiums are level and payable to the policy
anniversary when the insured is age 85, or until death, if
earlier. If the insured survives the premium payment period,
the policy is continued with no further premium required.
Prudential Guaranteed Life Insurance is a non-participating
policy, which means dividends will **not** be paid on the policy.

Guarantees are based on the claims-paying ability of
The Prudential Insurance Company of America.

If you have any questions, call the number indicated on the
cover letter. When requesting information, please state your
date of birth, your group policy number, and the name of the
organization through which your group insurance was obtained.

Acceptance and negotiation of your conversion premium
payment by The Prudential Insurance Company of America is
not a guarantee that an individual conversion policy will be
issued as requested on the Conversion Request Form. All
conditions precedent to issue of an individual conversion
policy, including, without limitation, confirmation of your
eligibility for conversion coverage, confirmation of the
maximum amount of coverage eligible for conversion,
completion of all reasonably required paperwork, and payment
of any additional conversion premiums, must be received by
Prudential in a timely manner. A delay in submitting required
information, documentation, or additional premium will not
extend the conversion time period specified above.

EXHIBIT C

## Prudential Guaranteed Life (For Policies $25,000-$99,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

### UNISEX

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Prumatic Without ADB | Prumatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 65 | 55.17 | 57.77 | 28.69 | 30.04 | 14.62 | 15.31 | 4.91 | 5.14 |
| 66 | 59.89 | 62.66 | 31.14 | 32.58 | 15.87 | 16.60 | 5.33 | 5.58 |
| 67 | 65.22 | 68.18 | 33.92 | 35.45 | 17.29 | 18.07 | 5.81 | 6.07 |
| 68 | 71.28 | 74.45 | 37.07 | 38.72 | 18.89 | 19.73 | 6.34 | 6.62 |
| 69 | 78.34 | 81.75 | 40.74 | 42.51 | 20.76 | 21.69 | 6.97 | 7.27 |
| 70 | 84.90 | 88.98 | 44.15 | 46.06 | 22.50 | 23.48 | 7.56 | 7.89 |
| 71 | 92.32 | N/A | 48.01 | N/A | 24.46 | N/A | 8.22 | N/A |
| 72 | 109.65 | N/A | 52.34 | N/A | 26.67 | N/A | 8.96 | N/A |
| 73 | 110.11 | N/A | 57.26 | N/A | 29.18 | N/A | 9.80 | N/A |
| 74 | 120.98 | N/A | 62.91 | N/A | 32.06 | N/A | 10.77 | N/A |
| 75 | 133.79 | N/A | 69.57 | N/A | 35.45 | N/A | 11.91 | N/A |

## Prudential Guaranteed Life (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

### UNISEX

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Prumatic Without ADB | Prumatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 65 | 52.69 | 55.29 | 27.41 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.30 |
| 67 | 61.41 | 64.41 | 31.96 | 33.49 | 16.29 | 17.02 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.93 | N/A | 9.71 | N/A |
| 75 | 118.60 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

Privacy Act Data

| **SHIRLEY BLOOM** | 04/22/2010 08:56 AM<br>Page 2 of 2 |
|---|---|

| | |
|---|---|
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $761.34 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $731.72 |

## YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
-----------------------------------------------------------------

| | |
|---|---|
| Years of Vesting Service: | 17 |
| Vesting Percentage: | 100% |

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
-------------------------

| (1) | Pension Service Plan (PSP) Account Balance at ARD: | $106,346.38 |
|---|---|---|
| (2) | Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD: | 139.6836 |
| (3) | PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:<br>(1) / (2) = $106,346.38 / 139.6836 = | $761.34 |
| (4) | Plan's Adjustment Factor for Joint-and-50% Survivor Annuity: | 0.96110 |
| (5) | PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:<br>(3) x (4) = $761.34 x 0.96110 = | $731.72 |

EXHIBIT D



## PRIVACY ACT DATA

# Optional Benefit Form

**Plan Name:**
**Plan Number:**                NORTEL NETWORKS RETIREMENT INCOME PLAN
                                21391900

| | | | |
|---|---|---|---|
| **Participant:** | BLOOM, SHIRLEY | **Beneficiary:** | BLOOM, RACHEL |
| **SSN:** | XXX–XX–5067 | **Date of Birth:** | September 13, 1938 |
| **Cust Id:** | 4285061 | **Beneficiary Type:** | Non–Spouse |
| **Date of Birth:** | December 4, 1950 | | |
| **Pension Benefits Beginning:** | January 1, 2013 | | |

| | Benefit Form | Participant's Benefit | Survivor's Benefit |
|---|---|---|---|
| **A:** | Plan's Automatic Form for **Unmarried** Participant: <br> Straight Life Annuity | $761.34 | None |
| **B:** | Plan's Automatic Form for **Married** Participant: | **Only available for spouse as beneficiary** | |
| **C:** | Straight Life Annuity | $761.34 | None |
| **D:** | Joint–and–50% Survivor Annuity | $731.72 | $365.86 |
| **E:** | Joint–and–75% Survivor Annuity | $720.81 | $540.61 |
| **F:** | Joint–and–100% Survivor Annuity | $710.23 | $710.23 |
| **G:** | Joint–and–50% Survivor "Pop-up" Annuity <br> * If the beneficiary dies first, the participant's benefit <br> increases to the amount shown in Line C. | $716.16 | $358.08 |
| **H:** | 5–year Certain–and–Continuous Annuity | $755.26 | $755.26 |
| **I:** | 10–year Certain–and–Continuous Annuity | $737.46 | $737.46 |
| **J:** | 15–year Certain–and–Continuous Annuity | $709.99 | $709.99 |

Please read the information about your benefit choices that PBGC has provided with your application.
Some optional annuity forms offered by PBGC may be identical to your plan's automatic annuity forms.

**Prepared by:**       Anne–Emilie LaForest
**Date Prepared:**     05/03/2010

Manually–keyed Report



**PBGC**
Protecting America's Pensions

Privacy Act Data

SHIRLEY BLOOM

# Benefit Estimation

08/17/2011 03:06 PM
Page 1 of 2

## NORTEL NETWORKS RETIREMENT INCOME PLAN

**PBGC Case Number:**                                                      **21391900**
**Date of Plan Termination (DOPT):**                                  **July 17, 2009**

*PBGC used the data below to compute your estimated monthly payment.*
*We will send you a formal determination of your benefit when*
*we have collected all data and reviewed all provisions of your plan.*

Please verify the accuracy of the following information used to calculate your benefit. If there are any discrepancies, contact PBGC at 1(800)400-7242.

### YOUR BENEFIT SUMMARY

Participant's Information
-----------------------------------

| | |
|---|---|
| Name: | SHIRLEY BLOOM |
| Social Security Number: | XXX-XX-5067 |
| Gender: | Female |
| Date of Birth: | 12/04/1950 |
| Date of Hire: | 08/12/1991 |
| Last Date Benefits Earned | 12/31/2007 |
| Bankruptcy Petition Date: | 01/14/2009 |
| Date of Termination of Employment: | Actively Employed at Date of Plan Termination |
| Normal Retirement Date: | 01/01/2016 |

Beneficiary's Information
-----------------------------------

| | |
|---|---|
| Name: | RAPHAEL BLOOM |
| Social Security Number: | XXX-XX-2436 |
| Date of Birth: | 09/13/1938 |

Summary of Participant's Benefit
---------------------------------------------



**PBGC**
Protecting America's Pensions

| Privacy Act Data | **Benefit Estimation** | |
|---|---|---|
| SHIRLEY BLOOM | | 08/17/2011 03:06 PM<br>Page 2 of 2 |

| | |
|---|---|
| Actual Retirement Date (ARD): | 01/01/2016 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $964.99 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $927.45 |

### YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation

----------------------------------------------------------------

| | |
|---|---|
| Years of Vesting Service: | 17 |
| Vesting Percentage: | 100% |

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation

-------------------------

| | | |
|---|---|---|
| (1) | Pension Service Plan (PSP) Account Balance at<br>ARD: | $126,660.24 |
| (2) | Plan's Present Value Factor for Conversion to a Straight Life Annuity at<br>ARD: | 131.2560 |
| (3) | PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:<br>(1) / (2) = $126,660.24 / 131.2560 = | $964.99 |
| (4) | Plan's Adjustment Factor for Joint-and-50% Survivor<br>Annuity: | 0.96110 |
| (5) | PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:<br>(3) x (4) = $964.99 x 0.96110 = | $927.45 |

EXHIBIT DI



# Guarantees for disabled participants

PBGC guarantees your disability benefit if your pension plan provides a disability benefit and you became entitled to that disability benefit before the date your plan terminated (or the date your employer's bankruptcy proceeding began, if applicable).

## Disabled participants receiving non-disability benefits

If you did not elect a disability retirement but you met the requirements explained below, your benefit will be subject to the higher limits that apply to disability benefits.  The key point isn't whether you retired on a disability benefit under your plan but whether

- your plan provided disability benefits;
- you were entitled to a disability benefit under your plan; and
- you have been awarded disability benefits from the Social Security Administration for that disability.

If you retired with a plan disability benefit that converts to a non-disability benefit at a specified age, such as normal retirement age, the higher limits continue to apply.

## Higher Guarantee Limits

In two key ways, the guarantee limits for people who met their plan's requirements for a disability pension (whether they are receiving a disability pension or a non-disability pension) are higher, generally, than the guarantee limits that apply to retirement benefits for non-disabled participants.

## 1. No age reduction for maximum guaranteed benefit

Normally, the maximum guaranteed amount is reduced if benefit payments from PBGC start before age 65. However, the maximum guaranteed amount is not reduced for age for workers who begin receiving disability payments from PBGC before reaching age 65. This rule applies to you if:

1. you met your plan's requirements for a total disability benefit before your plan's termination date or the date your employer's bankruptcy proceeding began, if applicable,  and
2. you have a Social Security disability award for that disability.

As noted earlier, if you meet these two requirements the higher guarantee limit will apply even if you did not apply to your plan for a disability benefit or if your plan benefit converts to a non-disability benefit at a specified age.  In addition, the maximum is increased if you begin receiving payments from PBGC after age 65. The maximum is reduced if your pension includes benefits for a surviving spouse or other beneficiary.

For 2008, the maximum guaranteed amount is $4,312.50 per month ($51,750.00 per year).  The maximum benefit that PBGC can guarantee is fixed as of your plan's termination date except when termination occurs during a plan sponsor's bankruptcy and the sponsor entered bankruptcy on or after September 16, 2006.  In such a case, the maximum guarantee is fixed as of the date the sponsor entered bankruptcy. Examples of PBGC's maximum guarantee for all years dating back to 1974 may be found on PBGC's Web site at www.pbgc.gov/workers-retirees/benefits-information/content/page789.html.

## 2. Guarantee of temporary supplements that are part of disability benefits

Some plans provide early retirees a temporary supplement in addition to their regular lifetime pension.

A temporary supplement is a benefit that is payable for a fixed number of years, often from the first month of retirement until the date the retiree is eligible to receive a benefit from Social Security.

Generally, PBGC cannot guarantee an early retirement benefit that is greater than the monthly benefit your plan would have provided if you had retired at your normal retirement age. However, if you are receiving a temporary supplemental benefit as part of your plan's disability benefit, PBGC will guarantee your temporary supplement, subject to other legal limits, even if your total disability benefit is greater than the monthly benefit your plan would have provided if you had retired at your normal retirement age.

## Guarantee limit on benefit improvements

If your plan was created, or was amended to add or increase disability benefits, within five years before its termination date (or the date your employer's bankruptcy proceeding began, if applicable), your benefit may not be fully guaranteed. PBGC guarantees the larger of 20% of the new benefit or $20 per month for each full year the new benefit was in effect. If you own 50% or more of the business, stricter limits apply.

Also see: What PBGC guarantees

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**  Shirley Bloom

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**  0187234

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**  December 9, 1997

**WHAT IS YOUR AGE  (As Of January 1, 2013) ....**

Years                                                                                          62
Months                                                                                          0
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013                         744
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"                              36

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**         $59,500.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ....**

WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?       0.02
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ....    $1,190.00

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD                                                                               25
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                                         $1,144.23

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ....**

GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                                  $3,470.83
SSDI  MONTHLY OFFSET                                                                     $1,714.00
Medicare Part B Reimbursement Per LTD Plan                                                $110.50
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                               $1,867.33

**Estimates On What Replacement Coverage Would Cost You**

MEDICAL CARE                                                                           $13,560.00
SUBSIDIZED PRESCRIPTION PLAN                                                            $2,962.00
DENTAL/VISION/HEARING CARE                                                                $600.00
CORE EMPLOYEE LIFE INSURANCE                                                            $1,500.00
ACCIDENTAL DEATH & DISMEMBERMENT                                                        $4,300.00

**CLAIM GRAND TOTAL**                                                                  $352,378.00

## NOTICE

•     Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Shirley P. Bloom respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE,** Shirley P. Bloom respectfully requests the entry of an Order, in the form attached:

1.     Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.     Compel the Debtors to compensate Shirley P. Bloom in full for LTD benefits projected to age 65; Total Claim being $352,378.00.

3.     Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Shirley P. Bloom.

Dated: October 23, 2012

Shirley P. Bloom
151 East 31st St., Apt 22E
New York, New York 10016
212-251-0035
Facsimile: N/A
E-Mail: shirleybloom62@aol.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
     Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.