## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administrated |
|  | ) |  |
|  | ) | **Objection Deadline:** Oct. 22, 2012 at 10 a.m. |
|  | ) | **Hearing Date:**      Feb. 13, 2012 at 10 a.m. |
|  | ) | **RE:**             D.I. # 8067 ? |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Scott S. Gennett (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees .In support of this Objection, Scott S. Gennett respectfully represents as follows:

## BACKGROUND

[This is where you describe the facts supporting your Motion, in chronological order]

1.      January 1980 was hired. Received  full description of benefits that would
be                    allotted at time of employment

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Scott S. Gennett

2.   In 2000 when Nortel purchased Periphonics a description of insurance benefits was made available to employees so they can choose the coverage of their choice based on their flex credit and how much additional they wanted to pay. I chose additional and paid into the insurance to cover my family if I was unable to provide for my family.

3.   On June 4th, 2008 I went out on short term disability due to additional cardiac determination. This short term disabity turned into Long term Disability on December 5th, 2008 due to continuing irreversible cardiac damage which caused cognitive deteration. During this time there were many insurance forums issued to my Doctors and myself to support my medical findings/ condition.

4.   December 5th, 2008 Prudential Insurance Company supplied Allsup as and outside service to help obtain social security benefits to offset the LTD benefit I am / would to receive indefinitely until I am 65. I received the social security check May 6th, 2009 and the net over payment was sent back to Prudential per the plans agreement.

5.   To date I am receiving monthly Social Security and my Long Term Disability as Three One Hundred percent blocked vessels to my heart that will not or ever get better.

### RELIEF REQUESTED

6.   I Scott S. Gennett would like to receive the health insurance and plans that is supposed to be maintained up to the age of 65this is what I paid into for over thirty years and on my D.O.H I was told this is what I would receive which includes Life, Health, Dental, Vision, Disability Benefits.

## BASIS FOR RELIEF
## EXECUTIVE SUMMARY

**(A)** From the point of extending a total employment package (inclusive of salary <u>and</u> benefits) to a "New Hire" through the years of <u>truly</u> active employment with Nortel … Nortel Directors, Officers & Employees stressed in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

**(B)** Language across the LTD summary plan description both for the year I was hired (1980) and the year I was forced onto Long-Term Disability (2008) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission do exist in the SPD; these were injected by the Plan Administrator who also failed to notify me of modifications to my benefits throughout my years of employment.

**(C)** All the communication from Prudential, carried banners of "Prudential <u>Insurance</u> Company": claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc.

**(D)** Both Nortel & Prudential <u>Insurance</u> Company spokespersons confirmed I would receive LTD benefits to age 65.

**(E)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

**(F)** *Quantified impact of loss of LTD benefits should Nortel deny my already validated claim.*

**(G)** Nortel is seeking to breach a contract that they had with me and should be required to make good on it as I provided all my work services to them in good faith, paid my premiums, etc.

**(H)** My Total Claim is $1,167,274.53 which is a projection to age 65 for LTD benefits.

## <u>DETAILS</u>

**(A)** From the point of extending a total employment package (inclusive of salary <u>and</u> benefits) to a "New Hire" through the years of <u>truly</u> active employment with Nortel … Nortel Directors, Officers & Employees stressed in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

## DETAILS

**(B)** Language across the LTD summary plan description both for the year I was hired (1980) and the year I was forced onto Long-Term Disability (2008) fed the reliable & repeatable understanding that I was to receive LTD benefits until age 65. Ambiguities and errors of omission do exist in the SPD; these were injected by the Plan Administrator who also failed to notify me of modifications to my benefits throughout my years of employment.

### 2008 LTD SPD - Language throughout document supports benefits to age 65.

- P.6, 3rd Paragraph. "Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans."

- P.9, 2nd Paragraph "LTD", 3rd Bullet Point. "You will continue to be eligible for LTD benefits under the selections in which you were enrolled when your LTD began."

- P.20, 2nd Paragraph "Long-Term Disability (LTD) Plan Benefits. LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan)."

- P.22.1st Paragraph "When Benefits Begin And End ... Benefits end when your period of Total Disability ends. This happens when the first of the following occurs: *You are no longer Totally Disabled; *You die; *You are no longer under the care of a Physician;

*You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan; *You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or; *Your employment with the Company ends."

- o The only criteria that might meet the termination of my benefits is the last point "Your employment with the Company ends". To a layperson this clearly infers termination by the Company due to Cause. Also, please see p.36, Paragraph 2 of same document that outlines "Your Rights Under ERISA ... No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA."

- P.23, 3rd Paragraph "Waiver of Premium While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected."

  - o Please note the verbiage of "premium" and "waiver of premium" as they infer strong connotations of LTD coverage being an insurance policy.

    - We looked up the legal definition of premium, and for instance in the state that I resided when I had to go on Long-Term Disability, New York law defines Premium as "the price paid for an insurance contract equal to the cost per unit times the number of units".

    - Indeed a "waiver of premium" consistently showed up in legal dictionaries as "a waiver of premium clause is a provision in an insurance policy that

permits the waiver of premium payments upon the disability of the insured. Commonly such waivers take effect only after a certain time of disability". This is in keeping with timing around my disability, once it converted to Long-Term Disabled, the LTD SPD plan defined a waiver of premium for optional LTD and optional employee life insurance plans.

- o Further the policy # of 039900? Is Both the policy # for our LTD plan as well as the policy number for our fully-insured group life insurance policy with Prudential Life Insurance. Implication of insurance policy standing for both.

o <u>Error of Omission</u> wherein Nortel recognizes that it is critical to employee comprehension of the terms of the LTD Plan with their inclusion of a Glossary and Nortel explicitly stating its' importance. However, critical & core concepts such as defining self-insured which is key to ensuring repeatable & reliable understanding is omitted.

- o Section Three-Glossary, p.38. Shaded Box At Top Right Flags "Sometimes to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order".

- o Nortel feels it necessary to define "Doctor", "Hire Date", etc. But they fail to define critical terms unique to what has come to be understood as a "self-funded" LTD Plan, terms such as "self-funded" or an insightful definition of "Plan Administrator" is glaringly absent.

o <u>Error of Omission</u> wherein Nortel fails to identify the risks of a self-insured LTD plan.

o <u>Nortel's Self-Contradiction Of "Active" Employee Terminology.</u> Nortel currently likes to refer to the LTD as "active" employees. This is a convenient spin given their own

glossary contradicts this identification as Nortel LTD in no way fit Nortel's own formal definition of "Active".

- o Section Three-Glossary, p.38. "Active Work, Actively At Work:  You will be considered Actively at Work on any of the Company's scheduled work days if you are performing regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business".

1980 LTD SPD - present language throughout documents supporting benefits to age 65. AND never received notification of any modifications between hired under LTD SPD and forced on LTD SPD in 2008.

- Point A - From ***2000 The U. S Guide "FLEX Benefits, Enrollment Guide ... explore YOUR possibilities*** ( Nortel Networks Copyright 1999 Nortel Networks- Use-ER-GDB.001.003/09-99. States Paragraph one: " WE are very happy to inform you that integration is processing very well. WE are now ready to introduce the Nortel Net works benefit programs, payroll and other people processes. Paragraph 2: For your convenience, we have organized several Employee Information Sessions and we invite you to attened. They will be held in Bohemia, NY on Tuesday, Wednesday and Thursday, January 25 through 27, and in Pleasanton February 2.

- Point B- ***The Corrections and Additions*** form that was handed out at the meeting in Bohemia explaing That we had to pick plans and that our STD, LTD, Dental, Vision, Life, Health Insurance would all remain the same up to the age of 65 and/or if person/s were terminated. If termination was to arise this would Terminate all benefits. The website we had to go on and access all of this information was given to us at this meeting https:// 47.28.160.212:49185.

- Point C- All of my ***Nortel Networks U.S Confirmation Statement's*** with my **Global ID: 0466551** till present day **all SUPPORT my objection.**

## DETAILS

**(C)** All the communication from Prudential, carried banners of "Prudential Insurance Company": claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc.

---

EXHIBIT C1 – Please notice "Prudential Group Disability Insurance Information".

EXHIBIT C2 – Please notice on this letter regarding STD claims examination: "Prudential Insurance Company of America", verbiage of "under Group Plan No. 39900 issued to Nortel Networks, Inc."

## DETAILS

**(D)** Both Nortel & Prudential spokespersons confirmed I would receive LTD benefits to age 65.

---

- EXHIBIT D1 – Approximately April of 2009 My wife Maureen Gennett has had multiple conversation's with Nortel HR representative Janie Reid, Natalie Strickland Phone # 1-(919) 905-2257.

Question#1: "Having been instructed by attending Physician's that Scott Gennett's condition is Permanent & Total Disability, what type of Leave of Absence would be available?"

Nortel HR Response: "Approved Long-Term Disability at this point ,and indefinitely until the age 65, forced to retire".

Question#2: "How does this effect Scott Gennett's standing with her Long-Term Disability insurance coverage through Prudential?"

Nortel HR Response: "Forever, until 65".

Question#3: "How does this effect Scott Gennett's Medical & Dental coverage?"

Nortel HR Response: "Until age 65".

## **DETAILS**

**(E)** Fiduciary obligations are not served when an essentially insolvent benefit is offered; nor when the same agent seeks to terminate my employment to expressly deny me LTD benefits.

---

*Note to self: refer to my interrogatories – lots of facts in that.*

- ○ P. 36, 2nd Paragraph "The people who supervise the operation of your plans, called "fiduciaries", have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries."

  - ○ How is Nortel serving in its capacity as a fiduciary that is obligated to do so in the interest of plan beneficiaries, continued offerance of a plan that is now understood to be self-funded even through all the years of financial accounting re-issuance and more lately in its' final throes of bankruptcy being prudent when they in essence are not providing a "long-term" disability plan at all if they did not take appropriate measures to ensure that it was funded to age 65 for its' participants?

  - ○ How is Nortel serving the best interest of me and other plan beneficiaries when they seek to terminate the existing plan and hold it up as "their right"?

- ○ P.29, 2nd Paragraph "Section Two – Administrative Information" ... Funding Method: Self-funded with contributions held in trust". This implies that once Nortel & Prudential received a determination from 3 primary physicians each diagnosing separate Total &

Permanently disabling conditions that at a minimum, the very fixed and therefore projectable Income Replacement portion of my LTD benefit should have been placed in Trust as responsible fiduciaries.

---

Loose thoughts / brainstorming ensues from here on ...

- Presentation to Employee at time of hiring

    a. Benefits Package – Verbal communication/best benefits/competitive/employees are a priority

    b. All documentation available on internal HR server, as well as in common area "information centers", pointed to 3 claims forms – all labeled "INSURANCE":

        i.   FMLA

        ii.  STD – Prudential INSURANCE Company

        iii. LTD – Prudential INSURANCE Company

    c. Never received LTD SPD until Nortel HR pointed me to their internal server to suggest I get a copy once I was forced onto LTD.  Further, never received notification of any modifications/updates to the LTD Plan from date of hire version to date of LTD entry or after.

## <u>Other Salient Self-Contradictory Points Within The LTD Summary Plan Descriptions</u>

- o Fails to define "self-funded"

- o Fails to identify risks

- o Is not acting in fiduciary role responsible for the best outcome for recipient if offering a plan that is not "long-term" thereby denying disabled person access to "open market" for purchase of a ltd plan.

**Follow the process trail once disabled – all pointing to INSURANCE coverage-OVERVIEW** of PROCESS w/SUMMARY of repeat language. Followed by details in documents below

    d.  FMLA docs/communications – verify/review FMLA docs to make sure support case before using/referring to.

e. STD docs/communications

Letter from Prudential Approving STD and Seeking SS Award Reimbursement Once
Approved By SS

f.  LTD docs – all forms, crspndnce, payment=W2s (before & after)

LTD Insurance Claim Statement

Fund Xfer Authorization

LTD Claim Form

Handwritten Note From Conversation With Nortel HR - LTD Until Age 65

Approved Mortgage from BoA based upon proof of incomine continuance based explicitly on LTD SPD & notes from attending physicians-total & permanent

Letter From Allsup stating Financial Obligation to Prudential

W2's

Flex Benefits Confirmation Statements

...

**Other discussion points want to flesh out that support.**

Speak to "vesting" with employee contribution to up %ltd pay.

Evidence of Nortel Mentality / Bad Faith Offering

g. Financial reports re-issued multiple times across most years 1992 – present

h. Letter to executives reflecting mantra in townhalls & focus on short-term #s versus long-term solvency of company

i. "convenient" current interpretation by Debtors with regard to their view of termination of plan; termination of employment

Address that offering of a "Long-Term Disability" plan that gives those that become disabled no recourse to go back on market and purchase is violation of fiduciary acting to benefit recipients.

Ubiquitous position that Nortel has $ in coffers – not reorganizing/liquidating – no harm to restructure therefore to make good on LTD contract.

## EXHIBITS

A – At time of Hire in January 1980 was I Received a full description of benefits that would be allotted at time of employment. I would receive these benefits as long as I was stayed with employer, also if I was to go out on STD or LTD and this if this ever occurred I would retain my benefits until the age of 65.

B – As I stated in page 2 number:  In 2000 when Nortel purchased Periphonics a description of insurance benefits was made available to employees so they can choose the coverage of their choice based on their flex credit and how much additional they wanted to pay. I chose additional and paid into the insurance to cover my family if I was unable to provide for my family.

C – As I stated in page 2 number 3: On June 4th, 2008 I went out on short term disability due to additional cardiac determination. This short term disability turned into Long term Disability on December 5th, 2008 due to continuing irreversible cardiac damage which caused cognitive deterioration. During this time there were many _insurance_ forums issued to my Doctors and myself to support my medical findings/ condition.

D – Again as I stated in page 2 number 4 & 5: December 5th, 2008 Prudential Insurance Company supplied Allsup as an outside service to help obtain social security benefits to offset the LTD benefit I am / would to receive indefinitely until I am 65. I received the social security check May 6th, 2009 and the net over payment was sent back to Prudential per the plans agreement. To date I am receiving monthly Social Security and my Long Term Disability as Three One Hundred percent blocked vessels to my heart that will not or ever get better.

E – I Scott S. Gennett would like to receive the health insurance and plans that is supposed to be maintained up to the age of 65this is what I paid into for over thirty years and on my D.O.H I was told this is what I would receive which includes Life, Health, Dental, Vision, Disability Benefits.

## NOTICE

6.       Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Scott S. Gennett respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Scott S. Gennett respectfully requests the entry of an Order, in the form attached $1,167,274.53 in addition to vacation pay.

Dated:  10 / 16 / 12

Scott S. Gennett
16 Wildwood Street
Lake Grove NY 11755
Telephone: 631-738-9652
Facsimile: 631-738-9652
Email: SGenn@optonline.net

*Appearing Pro Se*

Personally appeared before me Scott Gennett on October 16, 2012.

CAROLINE D. BARON
Notary Public - State of New York
NO. 01BA6229274
Qualified in Suffolk County
My Commission Expires 10/4/14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Re: Docket No. _____** |

## ORDER GRANTING MOTION FOR [_____]

Upon consideration of the *Motion for* _____ (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____, 2012
         Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?          Scott S. Gennett

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?          0466551

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?          December 8, 2008

WHAT IS YOUR AGE (As of January 1, 2013)...          54
Years
Months          1
34

(AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013)
(AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOUR REACH AGE 65)

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT          $ 119,996.00

IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...          0.02
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?
(AUTOMATICALLY CALCULATED FOR YOU)
(AUTOMATICALLY CALCULATED FOR YOU - AMOUNT THAT YOU WOULD HAVE CONTRIBUTED BY THE TIME YOU REACH...)

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"          37
SEVERANCE PERIOD
(AUTOMATICALLY CALCULATED FOR YOU - REFERENCE...)

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL          $   6,666.48
SSDI MONTHLY OFFSET          $   2,187.00
Medicare Part B Reimbursement Per LTD Plan          $    110.50
(AUTOMATICALLY CALCULATED FOR YOU - NET PAY)

Estimates On What Replacement Coverage Would Cost You
MEDICAL CARE          $  14,000.00
SUBSIDIZED PRESCRIPTION PLAN          $  14,000.00
DENTAL/VISION/HEARING CARE          $   1,200.00
CORE EMPLOYEE LIFE INSURANCE          $  12,000.00
ACCIDENTAL DEATH & DISMEMBERMENT          $    425.00

CLAIM GRAND TOTAL



**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| | |
|---|---|
| Name: | Scott Gennett |
| Global ID: | |
| Date of Birth: | 11/20/1958 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 119996.00 |
| Event: | Annual Enrollment |
| Prepared On: | 11/01/2011 |

*Nothing has Changed* (handwritten)

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

### AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit Income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | $ 25.66 | $ 0.00 | $ 76.17 | $ 0.00 |
| * 90/70 PPO, Anthem | $ 41.88 | $ 0.00 | * $ 121.13 | $ 0.00 |
| Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 121 13 (a) *(handwritten)*

Does your spouse/DP have access to employer-provided medical coverage elsewhere?
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply. See Enrollment Guide for additional information. ___ yes  (no) *(circled)*

*No other Coverage for Spouse
Scott has Medicare* (handwritten)

Bi-weekly Fee: $ 0 (b) *(handwritten)*

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | $ 5.43 | $ 0.00 | $ 11.11 | $ 0.00 |
| * Dental/Vision/Hearing, Plus | $ 10.93 | $ 0.00 | * $ 22.16 | $ 0.00 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 22 16 (c) *(handwritten)*

### Health Care Reimbursement Account

Minimum   Maximum

Plan not available in 2011

Annual Contribution: _____ (d)

### Dependent Care Reimbursement Account

Minimum   Maximum

Plan not available in 2011

Annual Contribution: $ _____ (e)

### Page 1 Subtotal: Cost Per-Pay-Period
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.

$ 143 29 (f) *(handwritten)*

| Scott Gennett | 0466551 | 11/01/2011 | Page 2 |
|---|---|---|---|

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.                              $ _____ (g)

### Long Term Disability

$ _____ (h)

### Core Employee Life Insurance

Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

| | |
|---|---|
| 50,000 Core Life Insurance | $  0.00 |
| * 1x Benefits Earnings | $  0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $  8.31 | $  8.64 |
| * 2x Benefits Earnings | $ 16.62 | $ 17.28 |
| 3x Benefits Earnings | $ 24.92 | $ 25.92 |
| 4x Benefits Earnings | $ 33.23 | $ 34.56 |
| 5x Benefits Earnings | $ 41.54 | $ 43.20 |
| No Optional Coverage | $  0.00 | $  0.00 |

You may only retain or decrease you current coverage level during this enrollment.                              $ 16.62 (i)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)

The cost of life insurance for your spouse/DP is based on his or her age.  Costs for a spouse/DP whose date of birth is on record are shown below.  See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials.  Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| No Coverage | $  0.00 |
| $10,000 | $  0.44 |
| * $25,000 | $  1.11 |
| $50,000 | $  2.22 |
| $75,000 | $  3.32 |
| $100,000 | $  4.43 |

$ 1.11 (j)

### Page 2 Subtotal: Cost Per-Pay-Period

Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.                              $ 17.73 (k)

| Scott Gennett | 0466551 | 11/01/2011 | Page 3 |
|---|---|---|---|

## AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance - Child(ren)**
Cost shown is the total for all Child(ren). Age limits may apply.

| | |
|---|---|
| * No Coverage | $  0.00 |
| $5,000 Per Child | $  0.18 |
| $10,000 Per Child | $  0.36 |
| $15,000 Per Child | $  0.55 |

$  ⌀  (l)

| Accidental Death and Dismemberment | You Only | You & Family |
|---|---|---|
| 1x Benefits Earnings | $  0.61 | $  1.11 |
| 2x Benefits Earnings | $  1.22 | $  2.22 |
| * 3x Benefits Earnings | $  1.83 | * $  3.32 |
| 4x Benefits Earnings | $  2.44 | $  4.43 |
| 5x Benefits Earnings | $  3.05 | $  5.54 |
| No Optional AD&D Coverage | $  0.00 | $  0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$  3.32  (m)

---

**Page 3 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$  3.32  (n)

**Effect on Your Pay**

Enter the total cost per-pay-period of your selections here:

$  164.34  (f+k+n)

NOTE: Please double-check your selections above  These selections are final.
Please keep a copy of this completed worksheet for your personal records.  If you complete your enrollment using the Employee Self Service Enrollment Tool, please print your confirmation statement.

| Scott Gennett | 0466551 | 11/01/2011 | Page 4 |

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

|  | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| __Add __Delete __Change | Maureen Gennett | xxx-xx-9300 | Spouse | F | 12-21-1962 |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |
| __Add __Delete __Change |  |  |  |  |  |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Scott Gennett
16 Wildwood Street

Lake Grove, NY 11755



*Natalie Strickland*

*Letter Claim*
*Discuss Claim*
*Fax # 877-889 4835*

*919-905-2257*

*w/ claim #*

*Claim # 11078657*

*Global ID 046655!*

# Nortel Networks Inc.
# Short-Term Disability Plan
# and Long-Term Disability
# Plan

*Short term thour Dec 4, 2008*
*L/T Dec 5 → 65*

*55*
*3855359 l*

# Summary Plan Description
# 2008

*Everything stays the same*

*Per audrey 6/23/08*

*Benefits Center   1 800 676 4636*

*8 30 - 5 00*

*Short term / Long term DBL Group 1 877 664-8677*

order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

The aforementioned 12 months of payments on your claim ends on December 4, 2009. As a result, in order to continue to be eligible for benefits beyond this date, you must be unable to perform the duties of any reasonable occupation for which you are fitted by education, training, or experience.

We have determined that, based on the information in your file at this time, you meet the requirements for eligibility for benefits under the definition of disability as stated above. Benefits will continue provided that you continue to meet the group plan requirements, including that you remain disabled under the terms of the group plan.

Periodically, we will conduct reviews of the information in file regarding your work capacity to establish eligibility for continued benefits. We will also contact you and your treating physician(s) for updated medical information.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc., Benefits Administrator

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L  (2 of 2)
023534-02-68-02-0-0-0-0

If you have any
questions about
this claim, please
contact

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
February 23, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

CNTRL#     0039900
CLAIM#     11078657
ID#        XXX-XX-5959

CLAIMANT    SCOTT S GENNETT

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 6,666.48 | 02/01/2012 | 02/29/2012 |
| - SSDB | 2,187.00 | BENEFIT AMOUNT | 6,666.48 |
| - Medical | 262.45 | LESS OFFSET | 2,187.00 |
| - Dental | 46.01 | ADD'L BENEFITS | 0.00 |
| - Mandatory FIT | 1,119.87 | | 4,479.48 |
| - Free Form 1 | 2.41 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 3 | 7.19 | | 4,479.48 |
| | | LESS DEDUCTIONS | 1,439.93 |
| | | AMOUNT PAYABLE | 3,039.55 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: February 23, 2012

Deposit Amount:      $3,039.55

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXXXXXX9377 | $3,039.55 |

To the
Accounts
of

SCOTT GENNETT
16 WILDWOOD STREET
LAKE GROVE              NY   11755

This is not a Check

Not Negotiable

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
**Website: www.prudential.com/disability**

April 22, 2009

Scott S Gennett
16 Wildwood Street
Lake Grove, NY  11755

Claimant: Scott S Gennett
Claim No.: 11078657
Date of Birth: 11/20/1958
Control No./Br.: 39900 / 0B057

ɪɪɪ�727-ɪɪɪ

Dear Mr. Gennett:

We are writing in regards to your claim for Long Term Disability (LTD) benefits under Group LTD Plan No. 39900 issued to Nortel Networks, Inc..

Your claim was approved for LTD effective December 5, 2008 under the definition of disability, outlined below.  We made our determination for your eligibility for benefits based on your inability to perform your occupation as P08 ROD REG. After 12 months, the definition of disability changes.

After 12 months of LTD benefits, we review your claim to determine whether, based on your current restrictions and limitations along with your education and employment history, you could be employed in any "reasonable occupation".

Our review of your file has determined that based on your medical condition, restrictions and limitations, you cannot perform any reasonable occupation and are eligible to continue to receive LTD benefits.

In order to receive benefits under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

"You are disabled when Prudential determines that:

In order to receive benefits under the Nortel Networks, Inc. Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job.  This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.  In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification.  The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability.  The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion.  Independent Medical Evaluations (IME's) may also be required at the Company's expense in



# Prudential Financial

**Group Disability Insurance**
**Electronic Funds Transfer Authorization**



*Instructions Only: It is not necessary to return this page with your EFT Authorization.*

**5** **Instructions for completing Section 3, "Banking Information"**

This will help you identify the necessary bank information to initiate electronic withdrawals. The nine-digit transit routing number is how we recognize the bank you do business with.

Record all banking information on page 1 of the form in Section 3, "Banking Information".
Please call your bank to confirm that the information you are supplying is correct.

---

**Customer's Name**
**Street Address**
**City, State, ZIP**

**Check No.** 1245

PAY TO THE
ORDER OF _____

$ _____

_____ Dollars

**Bank Name**
**Street Address**
**City, State, ZIP**

⑆272078048⑆ 005555⑈55555⑈ 1245

---

This is the bank transit routing number.

It is always 9 digits and appears between the ⑆ symbols.

Record this number in the boxes provided in Section 3, "nine-digit bank transit routing number."

This is your bank account number. It varies in number of digits and may include dashes or spaces.

The ⑈ symbol indicates the end of the account number.

Record the account number in the boxes provided in section 3, "Bank Account Number" and include any dashes and spaces that are within the account number.

If there are any digits to the right of the ⑈ symbol (which do not represent the check sequence number), record them in the boxes provided

This is the check sequence number. It may be on either end of your check. Please do not include this on the authorization form.

---



*113A02*