## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: Oct. 25, 2012 at 10 a.m.<br>Hearing Date:        Feb. 12, 2013 at 10 a.m.<br>RE:                        D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Carol F. Raymond, Long-Term Disabled (LTD) Employee, of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Carol F. Raymond respectfully represents as follows:

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. I conceded a $10,000 annual salary pay cut when I accepted a position in Contract Management with Nortel Networks in 1992 because Nortel presented a benefits package that balanced loss of income with what I believed to be a reliable safety net with respect to providing medical coverage for me and my two children along with Long-Term Disability and Life Insurance should the worst ever happen.

2. I worked on high profile accounts and received several awards for outstanding work. I thrived in the challenging environment of Contract Management and gave my all to Nortel. Eager to learn more about the company and the business, I later migrated into Proposal Management, another high stress area of the business. I once again devoted a great deal of overtime and energy into the company. As time went by, I moved into a position of Advisor to Information Services that utilized my combined expertise in Contract and Proposal Management to help optimize the processes for an upcoming seamless product. Throughout my years at Nortel, I sacrificed my personal life to deliver quality product on tight deadlines that resulted in earnings for Nortel.

*EXHIBIT*
*"J"* →

3. In January of 2001, I was forced onto Short-term Disability under the advisement of my neurologist due to a diagnosis of Multiple Sclerosis. Multiple Sclerosis is a degenerative auto immune disease for which there is no cure as of yet.

*EXHIBIT*
*"K"* →

4. Prudential Insurance Company approved my Long Term Disability claim on July 24, 2001; as of that date, back in 2001, Debtors had a liability to cover my benefits to 65.

**RELIEF REQUESTED**

5. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request that the Debtors compensate Carol F. Raymond in full for my LTD benefits projected to age 65; including, but not limited to, income replacement as well as replacement costs for <u>Family</u> Medical, subsidized prescription, life insurance and AD&D, monetary loss in being forced to take PBGC pension at age 55 vs. 65, etc.

7. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as impact would be both financially & medically devastating.

**BASIS FOR RELIEF**

8. I accepted the employment offer extended to me by Nortel, even with a significant income loss, due to its' complimentary packaging with what was presented as a reliable safety net of benefits by Nortel representatives. This was an equitable compromise as the benefits "as they were presented" were a priority to me with a young family. Provision of a safety net for me and my family, should I lose my health or life, was critical to me. Due to Nortel's presentation of benefits, including LTD and Life Insurance, I accepted their employment offer versus staying at a higher paying job and securing reliable benefits on the open market as I felt I had it all right there at Nortel Networks.

9. Over the years, all the information I received from Nortel Human Resources via emails, internal memos, annual Flex Benefits Enrollment Guides and benefits presentations sustained my understanding of Nortel benefits being secure. Nortel Human Resources never identified either the LTD or Life Insurance benefit to be

terminable once you were already receiving them. Who would ever have placed such a critical reliance on such a benefit? No one.

EXHIBIT "7"

10. The 2000/2001 Medical Plan SPD promises once you are on LTD, medical benefits that are in place are interminable; the ones you enrolled in prior to LTD stay in place.

11. In fact, I paid extra premiums every single paycheck from my point of hire to increase the LTD and Life Insurance coverages should I ever need them. Both were presented as insured policies with the same plan #39900.

12. There is not one place in my 2001 LTD Summary Plan Description nor in any communications I materially or verbally received from Nortel Human Resources that stated Nortel could terminate my LTD benefits once I was already disabled. On the contrary, all these communications only supported the common understanding that LTD benefits were there until age 65 should I ever become totally disabled.

13. In my 2001 LTD Summary Plan document governing my LTD benefits as I was forced out on LTD in 2001, p. 15 identifies the conditions that LTD "When Benefits Begin And End as 1. You stop being Totally Disabled or die; 2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program; 3. You are no longer under the care of a Physician; 4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan; 5. You reach the end of maximum benefit period for any one period of Total Disability as shown in the chart on the following page." Please note, there is no statement indicating the Debtors can terminate the actual benefits received by an approved totally disabled employee. The current positioning of the Debtors is a flagrantly convenient manipulation of facts that is inaccurate.

14. When I was unexpectedly forced onto LTD with a diagnosis of MS, it was Prudential Insurance Company that followed up with me to ensure I applied for Social Security Disability benefits in a timely manner. It was also Prudential that stuck out their hand for what they deemed as "overpayment" that they gave me once I was awarded my Social Security Disability benefits. I was required to submit this overpayment directly to "The Prudential Insurance Company of America." Both my Social Security attorney, Judge Lyle Lieberman, and I were led to believe I had a LTD insurance policy under Prudential. *EXHIBIT 'C'*

15. All of my LTD Paystubs denoted the Employer as "Prudential Insurance Company" as did the W2s at the end of each year, as well as all correspondence from Prudential Claims Managers. This continued to foster the understanding this was a benefit provided by Prudential Insurance Company. *EXHIBITS D, E*

16. Unfortunately, in 2003, my husband filed for divorce. I then had to consult with a Divorce attorney and begin the dreadful ordeal. As with any divorce, salary and benefits are important components in the negotiations/wrangling. My attorney and I believed my Compensation Package and Plan documents that detailed my benefits to be correct and true and that I would have long term disability benefits until age 65. This is a critical factor because if the LTD benefits were presented in version that the Debtors are now trying to cast, I would have received more income and support from my husband during the Divorce Negotiations continued and Mediation concluding in 2004. Judge Gross, this event as you can understand, was a major and traumatic episode in my life. I needed to be certain that I would be able to take care of myself and my children on my own. I relied on my Plan Documents of 2001 and all

discussion that I had had in previous years with Nortel Human resources and Prudential that I was secure.

17. As of September 2012, I am trying to reorganize my finances and requested a letter reflecting income continuance through age 65. My Claims Manager readily generated that for me and I provide it as an Exhibit.    *Exhibit "I"*

18. The Debtors should not be allowed to get away with this ruse of trying to deny me my LTD welfare benefits via termination of me or an LTD Plan as I am already disabled; they have no right to terminate my disability benefits as I am already disabled. Myself and my family will be placed in dire straits at the hand of the Debtors. I will not be able to pay the mortgage on my home so the roof over our head will be lost. More importantly, what will happen to my children as I always contributed to family medical benefits that Nortel offered and these medical benefits are protected while I am on LTD per Nortel Medical SPD 2001. My son has suffered from Asthma from a very young age and my daughter recently tore her ACL and required surgery. I am very grateful to have my benefits. The medications for MS are not inexpensive and my neurologist is planning on putting me on a new oral pill scheduled to be released in 2013, especially in light of the fact that I have had considerable reactions to the injections. I placed a life critical reliance on Nortel's benefits as they were presented both orally and across many forms of written materials. I invested my career and trust in Nortel Networks to deliver both the salary and benefits put on the table. I can't go out and purchase LTD insurance at this point as I am "uninsurable" given an existent diagnosis of MS. Nortel became liable to meet their financial obligation to me once their administrator, Prudential, validated me as an LTD back in 2001.

## EXHIBITS

A – 2012 Nortel United States Benefits Confirmation Statement.

 **K.** ●– Long Term Disability Letter from Prudential.

B – Letter from my SSDB attorney, Lyle Lieberman, Esq. to Prudential regarding my approval

for SSDB.

C –Letter from Prudential acknowledging my SSDB award.

D -LTD pay stub bearing Prudential Insurance's name.

E - W2 statement bearing Prudential Insurance's name.

F - Letter from Nortel detailing Life Insurance coverages.

G - Nortel HR statement showing Severance eligibility.

H - Call log printout showing LTD coverage end date.

I - Letter from Prudential showing coverage end date.

J - 2001 Long Term Summary Plan Description.

 L – NORTEL DISABILITY WORKSHEET

### NOTICE

18. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee via first class mail. Other parties will receive notice through the Court's electronic filing system. Carol F. Raymond respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Carol F. Raymond respectfully requests the entry of an Order, in the form attached:

19. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

20. Compel the Debtors to compensate Carol F. Raymond in full for my LTD benefits projected to age 65; including, but not limited to, income replacement as well as replacement costs for Family Medical, subsidized prescription, life insurance and AD&D, monetary loss in being forced to take PBGC pension at age 55 vs. 65, legal costs towards counsel engaged to fight for protection of my LTD benefits, etc.

21. Order that there is no interruption in disbursement of LTD benefit (or compensation or same) to Carol F. Raymond.

Dated: October 23, 2012

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL 3157
Telephone: 305-238-4951
Facsimile: N/A
Email: carolfraymond@yahoo.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors

to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD

employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of

the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.


Dated: _____, 2013
        Wilmington, Delaware

                                        _____
                                        HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE


---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

---

**EXHIBITS**



# N⊘RTEL

**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Carol Raymond |
| Global ID: | 0240719 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 68170.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 90/70 PPO, Anthem | EE & EE Chld | $ 93.78 | $2,438.28 | $7,393.10 |
| **Dental/Vision/Hearing Care** PLUS | EE & EE Chld | $ 22.01 | $ 572.26 | $1,205.88 |
| **Short-Term Disability** 66 2/3% of Coverage Amt Shown | | $ 0.00 | $ 0.00 | $ 445.12 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 6.10 | $ 158.60 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 121.89 | $ 3,169.14 | $9,044.10 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 1x Benefits Earnings | $ 0.00 | $ 0.00 | $ 107.64 |
| **Optional Employee Life Insurance** 2x BENE Earnings Non-Smoker | $ 9.48 | $ 246.48 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** $15,000 Per Child | $ 0.55 | $ 14.30 | $ 0.00 |
| **Accidental Death & Dismemberment** 3x Benefits Earnings Family | $ 1.89 | $ 49.14 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 11.92 | $ 309.92 | $ 107.64 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

| Carol Raymond | 0240719 | 11/30/2011 | Page 2 |

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Tiffany Raymond | | C | F | |
| Tyler Raymond | | C | M | |

Carol Raymond
7962 SW 185th St.

Miami, FL  33157

*ExHIBIT B*

LAW OFFICES

*Lieberman, Gutierrez & Merlino, P.A.*

COURTHOUSE TOWER • SUITE 2050

44 WEST FLAGLER STREET

*Miami, Florida 33130*

LYLE D. LIEBERMAN
ROBERT M. GUTIERREZ
RICHARD A. MERLINO, JR.

PARALEGALS
MIGUEL F. DIAZ — BUIL
DALIA J. LOPEZ

(305) 358-0115
FAX (305) 358-1322

SUITE 100
801 NORTHEAST 2ND STREET
FORT LAUDERDALE, FLORIDA 33301

BROWARD (954) 761-3466
BOCA RATON (561) 394-8422
WEST PALM BEACH (561) 655-6598

SOCIAL SECURITY LAW

REPLY TO: MIAMI OFFICE

July 28, 2003

David Moran
Disability Consultant
The Prudential Insurance Company of America
P.O. Box 13480
Philadelphia, PA 19101
**FAX NO. (877)889-4885**

> **RE: CAROL RAYMOND**
> **CONTROL #BR: 39900/ 000RB**
> **CLAIM #: 10397892**
> **D/O/B: 12/27/60**

Dear Mr. Moran:

Pursuant to your request, I am enclosing the Award Notices for my client, Carol F. Raymond, and her two minor children. The Award Notices for the children are in error since the benefits are listed to start in May, 2002, rather than July, 2001.

Please calculate the overpayment based upon the monies that my client has actually received for her and her children. When the Social Security Administration issues corrected Award Notices for the children, you can make an adjustment on the overpayment.

Cordially,

LYLE D. LIEBERMAN

LDL/ymp
Enc.

*EXHIBIT "B"*

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 16, 2003
Claim Number:

CAROL F RAYMOND
7962 SW 185 ST
MIAMI, FL 33157

(305) 238 - 4951

You are entitled to monthly disability benefits beginning July 2001.

### The Date You Became Disabled

We found that you became disabled under our rules on January 19, 2001.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is July 2001.

### What We Will Pay And When

- You will receive $26,565.50 around May 22, 2003.

- This is the money you are due for July 2001 through April 2003.

- Your next payment of $1,613.00, which is for May 2003, will be received on or about the fourth Wednesday of June 2003.

- After that you will receive $1,613.00 on or about the fourth Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on your date of birth.

See Next Page

*EXHIBIT B*

Page 2 of 6

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| July | 2001 | $1,546.90 | Entitlement began |
| December | 2001 | $1,587.10 | Cost-of-living adjustment |
| January | 2002 | $1,591.10 | Credit for additional earnings |
| December | 2002 | $1,613.30 | Cost-of-living adjustment |

## Information About Medicare

You are entitled to medicare hospital and medical insurance beginning July 2003.

We will send you a Medicare card. You should take this card with you when you need medical care. If you need medical care before receiving the card and your coverage has already begun, use this letter as proof that you are covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Information About Lawyer's Fees

We have approved the fee agreement between you and your lawyer.

Your past-due benefits are $33,270.00 for July 2001 through March 2003. Your family's past-due benefits are $8,782.00 for May 2002 through March 2003. Under the fee agreement, the lawyer cannot charge you and your family more than $5,300.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the lawyer.

## How To Ask Us To Review The Determination On The Fee Amount

You, the lawyer or the person who decided your case can ask us to review the amount of the fee we say the lawyer can charge. Your family members who have filed claims on your Social Security number (SSN) also may ask us to review the amount of the fee.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the lawyer, we will assume you both agree with the amount of the fee shown.

### Information About Past-Due Benefits Withheld To Pay A Lawyer

Because of the law, we usually withhold 25 percent of the total past-due benefits to pay an approved lawyer's fee. We withheld $8,317.50 from your past-due benefits to pay the lawyer. We also withheld $2,195.50 from your family's past-due benefits. We base the amount of the fee the lawyer can charge on the total past-due benefits due your and your family.

We are paying the lawyer from the benefits we withheld. Therefore, we must collect from the lawyer a service charge of 6.3 percent of the fee amount we pay. We will subtract the service charge from the amount payable to the lawyer. This means that we subtract $333.90 from the $5,300.00 we are paying toward the lawyer's fee, and send him or her $4,966.10. After we subtract the amount we are paying towards the lawyer's fee, we will send you the balance of the amount withheld.

The lawyer cannot ask you to pay for the service charge. If the lawyer disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The lawyer must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

### Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.


*EXHIBIT B*

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work. The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage. For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

### Other Information

We are sending a copy of this notice to LYLE D LIEBERMAN ESQ.

### Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for a. hearing.

- You have to ask for a hearing in writing. If you want to make a request, please contact one of our offices. We can help you complete the required form.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

### Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

*EXHIBIT B*



Page 5 of 6

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-305-252-7861. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    CR-1
                    10700 CARIBBEAN BLVD
                    MIAMI, FL 33189

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

                    Jo Anne B. Barnhart
                    Commissioner
                    of Social Security





# PAYMENT SUMMARY

**Your Payment Of $26,565.50**

Here is how we figured your
first payment:

      Benefits due for July 2001
      <u>through April 2003</u>
      including any cost of living increase,
      less monthly rounding of benefits   ........................$34,883.00

      Amount we subtracted because of

        •  money to pay
           your lawyer   ..................................  8,317.50

This equals the amount of
your first payment   ....................................$26,565.50

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective May 2003:

      You are entitled to a monthly benefit of   ...................$ 1,613.30

      Amount we subtracted because of

        •  rounding (we must round down to
           a whole dollar)   ...............................  .30

This equals the amount of
your regular monthly payment   .............................$ 1,613.00

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 16, 2003
Claim Number:



CAROL RAYMOND FOR
TIFFANY FRANCES RAYMOND
7962 SW 185 ST
MIAMI, FL 33157

RF
MAY
BY:

TIFFANY F RAYMOND is entitled to monthly child's benefits beginning
May 2002. → should be 7/01

We have chosen you to be her representative payee. Therefore, you will receive
her checks and use the money for her needs.

### What We Will Pay And When

- You will receive $3,696.25 around May 22, 2003.

- This is the money TIFFANY is due for May 2002 through April 2003.

- TIFFANY F RAYMOND's next payment of $403.00, which is for
  May 2003, will be received on or about the fourth Wednesday of
  June 2003.

- After that you will receive $403.00 on or about the fourth Wednesday of
  each month.

- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on CAROL F RAYMOND's
date of birth.

### Your Benefits

We raised her monthly benefit amount beginning December 2002 because the
cost of living increased.

### Work And Earnings Affect Payments

The monthly earnings test applies only to 1 year. That year is the first year a
beneficiary has a non-work month after entitlement to Social Security benefits.
Our records show that TIFFANY had or will have at least one non-work month
in 2002. If she ever goes to work, we will pay benefits for each year based on
her work and earnings for that year.

See Next Page

07/30/2003   16:34    3053581322

*EXHIBIT B*

  --

### Health Insurance For Children

If this notice is for a child under age 19 who is not covered by health insurance, there is a Children's Health Insurance Program that may help. To find out more, you can look on the Internet at www.insurekidsnow.gov or call, toll free, 1-877-KIDS-NOW (1-877-543-7669). The number connects you to your state program.

### Information About Lawyer's Fees

When CAROL RAYMOND filed her claim for benefits, she used a lawyer to help with the claim. We have approved a fee agreement between CAROL RAYMOND and the lawyer. The lawyer's work involved the benefits of everyone on the record.

### How To Ask Us To Review The Determination On The Fee Amount

You, CAROL F RAYMOND, the lawyer or the person who decided your case can ask us to review the amount of the fee we say the lawyer can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the lawyer, we will assume you both agree with the amount of the fee shown.

### Other Social Security Benefits

The benefit described in this letter is the only one she can receive from Social Security. If you think that she might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

TIFFANY's benefits are based on the information you gave us. If this information changes, it could affect her benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security or Survivors Benefits...What You Need to Know". It tells you what must be reported and how to report. Please be sure to read that part of the pamphlet which explains how work could change payments.

*EXHIBIT B*



Page 3 of 5

As a representative payee, you have additional responsibilities. They are discussed in the enclosed pamphlet, "A Guide for Representative Payees."

## Other Information

We are sending a copy of this notice to LYLE D LIEBERMAN.

## Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide TIFFANY's case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to her.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-305-252-7861. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
CR-1
10700 CARIBBEAN BLVD
MIAMI, FL 33189

07/30/2003  16:34    3053581322

*EXHIBIT B*

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security





# PAYMENT SUMMARY

### TIFFANY's Payment Of $3,696.25

Here is how we figured TIFFANY's
first payment:

     Benefits due for May 2002
     through April 2003
     including any cost of living increase,
     less monthly rounding of benefits   ......................$ 4,794.00

     Amount we subtracted because of

     •  money to pay
       TIFFANY's lawyer  .............................. 1,097.75

This equals the amount of
TIFFANY's first payment  ..................................$ 3,696.25

### TIFFANY's Regular Monthly Payment

Here is how we figured TIFFANY's
regular monthly payment effective May 2003:

     She is entitled to a monthly benefit of  ....................$   403.30

     Amount we subtracted because of

     •  rounding (we must round down to
       a whole dollar)  .................................  -.30

This equals the amount of
TIFFANY's regular monthly payment  ........................$  403.00

# Social Security Administration
**Retirement, Survivors and Disability Insurance**

Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 16, 2003
Claim Number: ▓▓▓▓▓▓▓▓▓

CAROL RAYMOND FOR
TYLER JOHN RAYMOND
7962 SW 185 ST
MIAMI, FL 33157

*? should be 7/o*

TYLER J RAYMOND is entitled to monthly child's benefits beginning May 2002.

We have chosen you to be his representative payee. Therefore, you will receive his checks and use the money for his needs.

## What We Will Pay And When

- You will receive $3,696.25 around May 22, 2003.

- This is the money TYLER is due for May 2002 through April 2003.

- TYLER J RAYMOND's next payment of $403.00, which is for May 2003, will be received on or about the fourth Wednesday of June 2003.

- After that you will receive $403.00 on or about the fourth Wednesday of each month.

- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on CAROL F RAYMOND's date of birth.

## Your Benefits

We raised his monthly benefit amount beginning December 2002 because the cost of living increased.

## Work And Earnings Affect Payments

The monthly earnings test applies only to 1 year. That year is the first year a beneficiary has a non-work month after entitlement to Social Security benefits. Our records show that TYLER had or will have at least one non-work month in 2002. If he ever goes to work, we will pay benefits for each year based on his work and earnings for that year.

See Next Page





## Health Insurance For Children

If this notice is for a child under age 19 who is not covered by health insurance, there is a Children's Health Insurance Program that may help. To find out more, you can look on the Internet at www.insurekidsnow.gov or call, toll free, 1-877-KIDS-NOW (1-877-543-7669). The number connects you to your state program.

## Information About Lawyer's Fees

When CAROL RAYMOND filed her claim for benefits, she used a lawyer to help with the claim. We have approved a fee agreement between CAROL RAYMOND and the lawyer. The lawyer's work involved the benefits of everyone on the record.

## How To Ask Us To Review The Determination On The Fee Amount

You, CAROL F RAYMOND, the lawyer or the person who decided your case can ask us to review the amount of the fee we say the lawyer can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the lawyer, we will assume you both agree with the amount of the fee shown.

## Other Social Security Benefits

The benefit described in this letter is the only one he can receive from Social Security. If you think that he might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

TYLER's benefits are based on the information you gave us. If this information changes, it could affect his benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security or Survivors Benefits...What You Need to Know". It tells you what must be reported and how to report. Please be sure to read that part of the pamphlet which explains how work could change payments.

*EXHIBIT B*



Page 3 of 5

As a representative payee, you have additional responsibilities. They are discussed in the enclosed pamphlet, "A Guide for Representative Payees."

**Other Information**

We are sending a copy of this notice to LYLE D LIEBERMAN.

**Do You Disagree With The Decision?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide TYLER's case. We will correct any mistakes. We will review those parts of the decision which are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to him.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-305-252-7861. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> CR-1
> 10700 CARIBBEAN BLVD
> MIAMI, FL 33189

*EXHIBIT B*

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security

07/30/2003   16:34      3053581322



*Exhibit B*

Page  5 of  5

# PAYMENT SUMMARY

## TYLER's Payment Of $3,696.25

Here is how we figured TYLER's
first payment:

     Benefits due for May 2002
     through April 2003
     including any cost of living increase,
     less monthly rounding of benefits   . . . . . . . . . . . . . . . . . . . . . . . .$  4,794.00

     Amount we subtracted because of

        •  money to pay
           TYLER's lawyer   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1,097.75

This equals the amount of
TYLER's first payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 3,696.25

## TYLER's Regular Monthly Payment

Here is how we figured TYLER's
regular monthly payment effective May 2003:

     He is entitled to a monthly benefit of   . . . . . . . . . . . . . . . . . . . . .$     403.30

     Amount we subtracted because of

        •  rounding (we must round down to
           a whole dollar)   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      .30

This equals the amount of
TYLER's regular monthly payment   . . . . . . . . . . . . . . . . . . . . . . . . .$    403.00

*EXHIBIT "C"*

Claims Services Provided by

The Prudential Insurance Company Of America
Disability Management Services
PO Box 13480
Philadelphia, PA  19101

**The Prudential Insurance Company of America**

Fax: (877) 889-4885

August 06, 2003

Carol Raymond
7962 Southwest 185th Street
Miami, FL  33157

Claimant:  Carol Raymond
Control #/Br:  39900 / 000RB
Claim #:  10397892
Date of Birth: ▮▮▮▮▮▮

Dear Mrs. Raymond:

This will acknowledge receipt of your Social Security Disability Benefits award notices.  Social Security Benefits are offset from your Long Term Disability (LTD) benefits as provided under the Nortel Networks group Plan #39900.

The Social Security notices indicate you were awarded Social Security Disability Benefits retroactive to July 1, 2001.  Therefore, an overpayment has occurred on your LTD claim, which must be repaid.

Payments under this LTD Plan were released to you, without an offset for primary and family Social Security Disability Benefits (SSDB), for the period from July 24, 2001 through July 31, 2003.  We have adjusted your claim in accordance with the non-duplication offset provisions of the group plan and determined an overpayment in the amount of $51,384.37 has occurred on your claim.  After adjusting applicable taxes, we have determined a net overpayment exists in the amount of $48,261.30.  This is the amount due after the Social Security Administration refunds to you all attorney fees held in excess of $5300.00 and corrects the onset date of payments for family Benefits to July 1, 2001.  If the overpayment is reimbursed in a lump sum payment, then you may reimburse the net amount of the overpayment.  A copy of our calculation is enclosed for your reference.

Please forward to our office your personal check for the net amount of the overpayment, $48,261.30.  Your check should be made payable to "The Prudential Insurance Company of America."  Your claim number, 10397892, should be indicated on the check.  We would appreciate full reimbursement of this overpayment by August 26, 2003.  Future LTD benefits due after August 31, 2003 will be withheld pending our receipt of your reimbursement.

Enclosed is a self-addressed envelope for your convenience in replying.  Should you have any questions, please feel free to contact David Moran at (800) 842-1718 extension 5598.

Sincerely,

*Jeff Dell*
Jeff Dell
Disability Claim Manager

cc:   Nortel Networks

Explanation of Benefit   L (2 of 2)
000064-02-28-02-0-0-0-0

Prudential Insurance Company of America

Disability Claim Services Provider

# EXHIBIT "D"



| | |
|---|---|
| **If you have any questions about this claim, please contact** | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA      PA   19176<br>800-842-1718 |

Date
September 24, 2012

CNTRL#   0039900
CLAIM#   10397892
ID#

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   CAROL RAYMOND

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 3,976.58 | 09/01/2012 | 09/30/2012 |
| − SSDB | 2,225.10 | BENEFIT AMOUNT | 3,976.58 |
| − Medical | 203.19 | LESS OFFSET | 2,225.10 |
| − Dental | 47.69 | ADD'L BENEFITS | 0.00 |
| − Mandatory FIT W4 | 104.60 | | 1,751.48 |
| − Free Form 2 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| − Free Form 3 | 4.10 | | 1,751.48 |
| | | LESS DEDUCTIONS | 360.77 |
| | | AMOUNT PAYABLE | 1,390.71 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. 21,144.96 | 2 Federal income tax withheld 1,321.80 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA GROUP INSURANCE - PREMIUM ACCOUNTING PO BOX 70190 PHILADELPHIA PA 19176 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| CAROL RAYMOND 7962 SOUTHWEST 185TH STREET MIAMI FL 33157 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|
| 13 Statutory employee [ ] Retirement plan [ ] Third-party sick pay [X] | | 11 Nonqualified plans | |
| | 15 State Employer's state I.D. # | 16 State wages, tips, etc. | 17 State Income Tax |
| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2011    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury – Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.    PAGE 2 OF 3

1021402    0071626

EXHIBIT "E"

*EXHIBIT F*

**Nortel**                                    Tel: 1-800-676-4636
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709


Carol Raymond
7962 SW 185th St.

Miami, Florida  33157


June 16, 2010

Name of employee:  Carol Raymond

Global ID:  240719

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $69,000

Total amount of supplemental life insurance eligible to convert: $137,000

Name of spouse:  n/a

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  Tyler Raymond, Tiffany Raymond

Total amount of dependent life insurance eligible to convert: $15,000

Life Insurance Group/Policy # with Prudential: 39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later. However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

### Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.

HR Shared Services
1-800-676-4636

*EXHIBIT "G"*

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: Carol Raymond

TERMINATION EFFECTIVE DATE: 2010/08/31

BENEFITS END DATE: 2010/08/31

CONTINUOUS SERVICE DATE : 1992/08/24

EMPLOYEE ADDRESS:

7962 SW 185TH ST.
MIAMI
FL 33157

GLOBAL ID: 0240719

ENTITY: LTD          DEPT: 8900

EMPLOYEE STATUS: Full Time: F
                          Part Time:

LOCATION : 438

LOCATION DESCRIPTION: NASHF

---

SAP ACTION CODE : 84

SAP SEPARATION REASON CODE:
33
SAP SEPARTION REASON DESCRIPTION:
Work force reduction

---

**WITHHOLDINGS & AMOUNTS OWED**

Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

EXHIBIT G

## I. EMPLOYEE DATA

Notice Date: 2010/08/31

Employee: Carol  Raymond

Continuous Service Date: 1992/08/24

Employment Termination Date: 2010/08/31

Employee Home Address:

7962 SW 185TH ST.
MIAMI
FL      33157

HR Contact: Nortel HR Shared Services
Mail Stop 570/02/0C2
PO Box 13010
4001 E. Chapel Hill-Nelson Hwy
Research Triangle Park, NC  27709-3010
1-800-676-4636

Employee Number: 0240719

Severance Eligibility Date: 1992/08/24

Severance Stop Date: 2011/02/01

Severance Period (for employees with at least 6
months of service): 22
(Number of Weeks to Commence Following
Termination Date)

*EXHIBIT "H"*

=============================================================================

SOAP ID: 17    PREPARED BY: Donna Pranio                    DATE: 12/02/2010

MILESTONE DATE:    TYPE: Capacity/Clinical Review    REASON: Stop & Check/Sort

SORT CODE: NC/M==============================================================================

SUBJECTIVE:

OBJECTIVE:

ANALYSIS:

cl is a 50 yof former advisor out since 2001 with multiple sclerosis - cl gets refib injections and gets side effects - cl states discussing a new treatment with either tysabri and 4 new oral pills - cl has more difficulty walking, writing, and trouble with extreme fatigue, heat sensitivity, poor balance and coordination - cl takes care of her chilldren, getting them ready for school, meals, homework and after school activities, visit her parents and doctor appointments - cl is forunate to be able to takecare of her daily needs - choldren help with button, zippers adn opening things - cl tries to do some yoga, exercise, read and listen to music - cl rec'v sddb - aps states pt has multiple sclerosis - decreased stength, balance and walking - pt will neverreturn to work - her disease is progressive, will not improve - based on review of info in file, cl has less than part time (pt) sedentary capacity, no expectation of improvement - NCM

PLAN:

pay thru 12/26/2026

send cs/aps 11/2012

=============================================================================

SOAP ID: 16    PREPARED BY: Donna Pranio                    DATE: 06/04/2008

MILESTONE DATE:    TYPE: Claim Mgmt.    REASON: deduction correction

=============================================================================



*Exhibit I*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

August 27, 2012

Carol Raymond
7962 Southwest 185th Street
Miami, FL 33157

Claimant: Carol Raymond
Claim No.: 10397892
Date of Birth:
Control No./Br.: 39900  /  000RB

lullullullluilidddulullI

Dear Ms. Raymond:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $ 1,390.71 per month.  This benefit will remain the same provided your income
from other sources does not change.  Your benefits will continue through December 26, 2026,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager



Claims Services Provided by

**The Prudential Insurance Company of America**

**Elizabeth Mendoza**
Disability Claims Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 8501
Fax: (877) 889-4885
Hours: 08:00 AM 04:30 PM

July 19, 2001

|.||..||.||....|.||..|.|.|.|
Carol Raymond
3945 S.W. 149 Terr.
Miramar, FL 33027

Claimant: Carol Raymond
Control #/Br: 39900 / 000RB
Claim #: 10397892
Social Security #
Date of Birth:

Dear Ms. Raymond:

We have completed our review of your Long Term Disability (LTD) claim under the Nortel
Networks Group LTD Plan and we are writing to inform you that your claim has been approved
with benefits effective July 24, 2001. Your first LTD check will be mailed under separate cover.
Future benefits will be sent to you at the end of each month for as long as you remain disabled,
and have been calculated as follows:

|               |           |
|---------------|-----------|
| Monthly Salary    | $5,680.83 |
| Monthly LTD (70%) | $3,976.58 |

The following monthly deductions will be effective July 24, 2001:

|              |         |
|--------------|---------|
| Medical      | $73.32  |
| Dental       | $21.12  |
| Spousal Life | $ 2.49  |
| Child Life   | $ 1.24  |

In order to be eligible for these benefits, you must be considered Totally Disabled from your
occupation. Under the terms of Nortel Networks LTD plan:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work
because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You
must provide written proof of your Total Disability to the Claims Administrator, who will make
the final determination of disability. You must be under the regular care of the Physician who has
treated you personally for the Illness or Injury causing the Total Disability for at least 31 days.
During the first 18 months of a covered Total Disability (from the first date of STD), you will be
considered unable to work if you cannot perform the work you were normally performing at the
time of your disability with or without reasonable accommodations for the limitations resulting
from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD),
you will be considered unable to work if you are unable to perform any reasonable
occupation. A "reasonable occupation" is any job you are or could become qualified to do
with your education, training or experience."

As part of Nortel Networks Plan, there is a Mandatory Vocational Rehabilitation Program. "Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an approved rehabilitation program to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)"

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Policy, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB application process.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. Enclosed is a reimbursement agreement. Please sign it and send it in the self stamped envelope enclosed for your convenience.

If you have any questions, please contact me at (800) 842-1718, extension 8501.

Sincerely,


Elizabeth Mendoza
Disability Claims Manager


c:    Nortel Networks

*EXHIBIT "L"*

# N⊘RTEL
# NETWORKS

## LONG TERM DISABILITY WORKSHEET

| Date: | May 30, 2001 | | |
|---|---|---|---|
| **TO:** | Patricia Daugherty, Team Manager<br>Prudential<br>P.O. Box 2300<br>Parsippany, NJ 07054<br>Phone: 800-842-1718 ext. 8779<br>Fax: 973-285-8800 | **FROM:** | E, Reese, RN<br>Nortel Networks<br>P.O. Box 13010 MS 11A/<br>RTP, NC 27709<br>Phone: 919-992-5993<br>Fax: 919-992-6590 or 1-877-9! |

### LTD APPLICATION FOR:

Employee Name: CAROL RAYMOND

Social Security Number: ██████████

Location: CORD 07C

FIRST DAY OUT OF WORK: JAN/23/2001

LAST DAY OF PAID STD: JUL/23/2001

Birth Date: ██████████

Diagnosis: MULTIPLE SCLEROSIS

Hire Date: AUG/24/1992

Occupation: ADVISOR INFO SYS

### ENCLOSED:

☒Medical Reports
☐Employee's Job Description or Position Profile
☒Other:

COMMENTS: Will submit job description upon receipt.

| **HR INFO CENTER** | | WORKER'S COMPENSATION CLAIM |
|---|---|---|
| Type of LTD Plan Elected: | ☐60%<br>☒70% | **Travelers Claims Manager:**<br>**Phone Number:** |

| **Monthly Premiums:** | | |
|---|---|---|
| Medical | 73.32 | **Liberty Mutual Claims Manager:** |
| Dental | 21.12 | **Phone Number:** |
| Employee Life | 0 | |
| Spousal Life | 2.49 | |
| Child Life | 1.24 | |
| TOTAL | 98.17 | |

Benefits Administrator: HR INFO CENTER: 800-676-4636



*EXHIBIT J*

# IN THIS SECTION

INTRODUCTION ................................................................................................................................. 1

PLAN HIGHLIGHTS ........................................................................................................................... 2

ELIGIBILITY ........................................................................................................................................ 3

PARTICIPATION ................................................................................................................................ 4
    Core FLEX Benefits ...................................................................................................................... 4
    Optional FLEX Benefits ................................................................................................................ 4
    If You are on Disability During an Annual Enrollment Period ................................................. 4

WHEN COVERAGE BEGINS ........................................................................................................... 6
    Core FLEX Benefits ...................................................................................................................... 6
    Optional FLEX Benefits ................................................................................................................ 6
    Delay of Effective Date ................................................................................................................. 7

CHANGING YOUR SELECTIONS ................................................................................................... 7

COST OF COVERAGE ....................................................................................................................... 7

FLEX EARNINGS ............................................................................................................................... 7

SHORT-TERM DISABILITY (STD) BENEFITS ............................................................................ 8
    STD Benefit Amount ..................................................................................................................... 8
    Extension of Benefits Due to Part-Time Employment ................................................................ 9
    Definition of Disability ................................................................................................................. 9
    When Benefits Begin and End ..................................................................................................... 10
    If You are Disabled Again ........................................................................................................... 10
    Reduction of Benefits Due to Other Income .............................................................................. 11
    Exclusions .................................................................................................................................... 13

# EXHIBIT J

LONG-TERM DISABILITY (LTD) BENEFITS ................................................................ 13
    LTD Benefit Amount ................................................................................................ 13
    Definition of Disability ............................................................................................ 14
    When Benefits Begin and End ............................................................................... 14
    If You are Disabled Again ....................................................................................... 16
    Waiver of Premium ................................................................................................. 16
    Reduction of Benefits Due to Other Income ........................................................ 16
    Mandatory Vocational Rehabilitation Program .................................................... 19
    Cost of Living Adjustment ...................................................................................... 20
    Exclusions ................................................................................................................ 20

OCCUPATIONAL DISABILITY BENEFITS .............................................................. 21

WHEN COVERAGE ENDS ........................................................................................... 22

OTHER IMPORTANT INFORMATION ..................................................................... 22
    A Note About State Disability Laws ...................................................................... 22
    Limits on Assignments ........................................................................................... 23
    Errors in Payment .................................................................................................. 23

ADMINISTRATIVE INFORMATION ......................................................................... 23

*EXHIBIT J*

# IN THIS SECTION

INTRODUCTION ........................................................................................................... 1

PLAN HIGHLIGHTS ..................................................................................................... 2

ELIGIBILITY ................................................................................................................... 3

PARTICIPATION ............................................................................................................ 3
    Core FLEX Benefits .................................................................................................. 3
    Optional FLEX Benefits .......................................................................................... 3
    If You are on Disability During an Annual Enrollment Period ............................ 4

WHEN COVERAGE BEGINS ....................................................................................... 6
    Core FLEX Benefits .................................................................................................. 6
    Optional FLEX Benefits .......................................................................................... 6
    Delay of Effective Date ............................................................................................ 7

CHANGING YOUR SELECTIONS .............................................................................. 7

COST OF COVERAGE ................................................................................................... 7

FLEX EARNINGS ........................................................................................................... 7

SHORT-TERM DISABILITY (STD) BENEFITS ......................................................... 8
    STD Benefit Amount ............................................................................................... 8
    Extension of Benefits Due to Part-Time Employment .......................................... 9
    Definition of Disability ............................................................................................ 9
    When Benefits Begin and End ................................................................................ 9
    If You are Disabled Again ...................................................................................... 10
    Reduction of Benefits Due to Other Income ....................................................... 10
    Exclusions ................................................................................................................ 11
     .................................................................................................................................. 13

EXHIBIT J

LONG-TERM DISABILITY (LTD) BENEFITS ..................................................................... 13

   LTD Benefit Amount ................................................................................................... 13

   Definition of Disability ............................................................................................... 14

   When Benefits Begin and End ..................................................................................... 15

   If You are Disabled Again ........................................................................................... 16

   Waiver of Premium ..................................................................................................... 17

   Reduction of Benefits Due to Other Income ................................................................ 17

   Social Security Disability Benefits and Medicare ......................................................... 19

   Mandatory Vocational Rehabilitation Program ........................................................... 19

   Cost of Living Adjustment .......................................................................................... 20

   Exclusions .................................................................................................................. 21

OCCUPATIONAL DISABILITY BENEFITS ....................................................................... 22

WHEN COVERAGE ENDS .............................................................................................. 22

OTHER IMPORTANT INFORMATION ............................................................................. 23

   A Note About State Disability Laws ............................................................................ 23

   Limits on Assignments ............................................................................................... 23

   Errors in Payments ..................................................................................................... 23

ADMINISTRATIVE INFORMATION ................................................................................. 23

*EXHIBIT J*
*Short-Term and Long-Term Disability Plan*

# INTRODUCTION



Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term and Long-Term Disability Plans can be found in the plan document. If there is a difference between the information in this summary and the plan document, the plan document will govern. In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the binder.



# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

*Core STD Benefit*

100% of gross pre-disability FLEX Earnings for up to 6 weeks of disability, then 70%* for up to the next 20 weeks of disability

*Optional STD Benefit*

Raise 70% Core Benefit to 90% of gross pre-disability FLEX Earnings for the 7th to 26th week of disability

## Long-Term Disability (LTD)

*Core LTD Benefit*

60%* of gross pre-disability FLEX Earnings after 26 weeks of disability

*Optional LTD Benefit*

Raise 60% Core Benefit to 70% of gross pre-disability FLEX Earnings after 26 weeks of disability

*\* or statutory minimum (if greater)*

*EXHIBIT J*

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# PARTICIPATION

Core STD and LTD benefits are available to you on your Hire Date. Optional STD and LTD benefits are available to you on your Hire Date provided you complete the enrollment process by your date of hire and pay the applicable Employee contributions. If you enroll for Optional STD or LTD within 31 days of your date of hire, coverage will be effective on the date the InfoCenter receives your choices.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

You do not need to enroll for Core STD or Core LTD coverage.



## Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

## If You are on Disability During an Annual Enrollment Period

### STD

If you are on STD during an Annual Enrollment period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in during your STD. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your newly elected selections (your choices at the Annual Enrollment period) and any Payroll Deductions for the new coverage will begin.

*You do not need to enroll for Core STD or Core LTD coverage.*

*You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.*

*EXHIBIT J*

## LTD

If you are on LTD during an Annual Enrollment period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental, Vision and Hearing Care, Life and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental, Vision and Hearing Care and Dependent Life Insurance selections.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled during your LTD.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Qualified Family Status Change (Life Event). Your newly selected coverage will be effective according to plan provisions.

*EXHIBIT J*

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

*Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.*

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX eligible, when you experience a Qualified Family Status Change (Life Event) (as described in the FLEX Overview section on pages 10–11) or during an Annual Enrollment period.

Your coverage will begin as follows:

| If you enroll and pay the required contribution... | Your coverage will be effective on... |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days of your Hire Date | The day the InfoCenter receives your choices. |
| Within 31 days of a Qualified Family Status Change | The date the Qualified Family Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact the InfoCenter if you have questions. |
| During Annual Enrollment | The first day of the Plan Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment period (or experience a Qualified Family Status Change) to make an Optional STD or Optional LTD selection.



## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Plan Year. You will not be able to change your selections during the Plan Year unless you experience a Qualified Family Status Change (Life Event) as described in the FLEX Overview section on pages 10–11.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.

*The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or before-tax Payroll Deductions.*

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

*FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).*

| *If you are enrolling:* | *Your FLEX Earnings are your base salary as of:* |
|---|---|
| For 2000 annual enrollment | September 30, 1999 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment status change |

*EXHIBIT J*

FLEX Earnings do *not* include:

- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Plan Year (except due to an employment status change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings *decrease* during the year, pay-related benefits (except due to an employment status change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to Health Services within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15 day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply to total leave entitlement as provided by the Family and Medical Leave Act of 1993 or similar state laws if applicable.

*EXHIBIT J*

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings.) After that, the plan pays 70% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

### Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your gross pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 11–13.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your gross pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus your reduced STD benefit for the period you receive disability benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your gross pre-disability FLEX Earnings. This determination is made on a weekly basis.

## Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury and the clinical evidence supports this opinion. This means that you cannot perform the work you

*The plan pays a weekly benefit of 100% of your gross pre-disability FLEX Earnings for up to six weeks of your disability…*

*…you will receive 100% of your gross pre-disability FLEX Earnings for the period that you work plus the applicable STD benefit for the period you receive disability benefits.*

*EXHIBIT J*

*You are considered Totally Disabled for STD purposes when a Physician certifies that you cannot work because of an Illness or accidental Injury. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Physician.*

were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

You must provide written proof of your Total Disability to Nortel Networks Inc. Health Services. Health Services will complete the approval or denial of STD benefits for the Company. Independent Medical Evaluations (IMEs) may be required at the company's expense in order to arrive at this final determination. Your benefit may be delayed based on the date you provide written proof of your disability.

# When Benefits Begin and End

*Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.*

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD.  If you do progress to STD, this five day period counts toward your total period of disability as week one of your six weeks of 100% of gross pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than two consecutive weeks since you were Totally Disabled or

- you have not returned for one day of full-time Active Work between the two disability periods.

*EXHIBIT J*

For example...

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  – unemployment compensation benefits

  – no-fault wage replacement benefits

*...the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.*

*EXHIBIT J*

– statutory disability benefits

– Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week. For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security benefits, you are expected to pursue, in a timely and diligent manner, each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 6 of the Administrative Information section.



*EXHIBIT J*

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1. If STD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If STD benefits have been overpaid, this plan will require a lump sum reimbursement payment to the plan or reduce or eliminate future payments.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

*STD benefits will not be paid for any disability resulting from:*

- *intentionally self-inflicted injuries*
- *your participation in the commission of an assault or felony*
- *war or any act of war*

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a specified period of time if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on

*EXHIBIT J*

*You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion.*

pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your gross pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 17-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

# Definition of Disability

*During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.*

You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

*After the first 18-month period of covered Total Disability...you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.*

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her practice. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.



# When Benefits Begin and End

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period (STD), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from receipt of such paperwork *and* before the end of the 26-consecutive week waiting period (STD). (Your monthly LTD benefits and any retroactive payments could be delayed based upon the date you provide written proof of your Total Disability.) If you do not provide your paperwork within 30 days after the end of your STD, you will not be entitled to LTD benefits.

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or die.

2. You are able to return to work at any reasonable occupation (other than an approved rehabilitation program) after the first 12 months of LTD

3. You are no longer under the care of a Physician.

4. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

5. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

*The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of his or her choosing.*

*LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...*

*EXHIBIT J*

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

*For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.*

For Total Disability due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and

- you were Actively at Work less than three consecutive months since your first disability.



If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

# Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

*While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.*

# Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)

- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)

- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:

  -- unemployment compensation benefits

  -- no-fault wage replacement benefits

  -- statutory disability benefits

  -- Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan



For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments which you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement, your Social Security or other income will not be estimated while your applications and appeals are pending. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined on page 8 of the Administration Information section.



If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay Claims first and the Company's plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

*It is your responsibility to complete any required applications, such as for Social Security benefits...*

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation pro-

EXHIBIT J

gram could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or
- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

*...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.*

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your gross pre-disability FLEX Earnings. Here is an example:

*...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.*

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

## Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan (which began July 1, 1994) provide a cost of living adjustment for LTD benefits for disabilities beginning before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if



*EXHIBIT J*

you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described on the following page

## *Preexisting Conditions Exclusion*

If you are a newly hired Employee, you will not be covered for 12 months after coverage is effective for any disability caused or in any way related to a condition existing within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,
- took drugs or medicines prescribed by a Physician,
- incur expenses or
- receive a diagnosis.

*LTD benefits will not be paid for any disability which is in any way caused by the following:*

- *intentionally self-inflicted injuries...*
- *your participation in the commission of an assault or felony*
- *war or any act of war*
- *a Preexisting Condition...*

*EXHIBIT J*

# OCCUPATIONAL DISABILITY BENEFITS

*Disability benefits may also be payable to you for a Total Disability which is an Occupational Disability...*

Disability benefits may also be payable to you for a Total Disability that is an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational (non-employment related) disability. The amount of disability benefits payable, however, is equal to the excess of the non-occupational disability benefit over the benefits payable under any Workers' Compensation law, occupational disease law or similar legislation.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or

- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or

- the date the part of the plan providing the coverage ends or

- the date you fail to pay the required premium or contribution or

- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness, your coverage may be continued.

If you stop Active Work for any reason, you should contact the Company at once to determine what arrangements, if any, can be made to continue any of your coverage.



# OTHER IMPORTANT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined on page 6 of the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.