IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | ) | Hearing Date:  Feb. 12, 2013 at 10 a.m. |
| | ) | RE:  D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Wendy Boswell Mann (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Wendy Boswell Mann respectfully represents as follows:

1. I was offered employment with Nortel in May of 2006. I accepted the offer based on my desire for the position offered and because of the great benefits offered. Nortel promised me salary AND benefits in return for my services. LTD coverage to 65, should I ever

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

become totally disabled, was one of those benefits. I relied on that being there. I also paid in premiums to increase my disability benefit from 50% to 66 2/3 of my salary at time of disability.

2. I was placed on Short Term Disability in June of 2007 then placed on LTD in December 2007. Approval for my LTD was given by Nortel, Prudential and Social Security. I was re-evaluated by Prudential in May of 2011 and was again approved until March of 2026 (when I turn 65). Copy of letter from Prudential attached.

3. Once I became totally disabled and Prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65.

### **RELIEF REQUESTED**

1. I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

2. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim $ 531,572.60

3. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## BASIS FOR RELIEF

1. Letter from Prudential stating that my benefits will continue until March 8, 2026.

2. 2007 SPD which states that if you are under age 60 when going out on disability (I was 46 in 2007 when I went out on LTD) you will receive benefits until age 65.

3. Nortel, through various documents such as SPD's, employee handbooks, letters to employees, stated or represented that LTD benefits which include both Financial and Medical coverage are insured through group policies (Prudential policy #039900) and that these would be continued until I reached the age of 65.

4. Nortel is well within its means to continue LTD for myself and the others on LTD. This is based on the fact that Nortel liquidated the assets of the company as opposed to restructuring.

5. You can't tell someone who has fire insurance on their home that yes, the fire already burnt your house down but we will only pay you for a month and then terminate the coverage. In other words, once approved for LTD they can't terminate it unless the person is no longer disabled or has died.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware

through the Court's electronic filing system. Wendy Boswell Mann respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Wendy Boswell Mann respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Wendy Boswell Mann in full for LTD benefits projected to age 65; Total Claim being $ 531,572.60

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Wendy Boswell Mann.


Dated: October 22, 2012

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NC 27560
919-651-0931
wbmann@nc.rr.com

*Appearing Pro Se*