## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      )   Chapter 11
Nortel Networks Inc., *et al.*,[1]          )   Case No. 09-10138 (KG)
                                            )   Jointly Administered
Debtors.                                    )
                                            )   Objection Deadline: Oct. 25, 2012 at 10 a.m.
                                            )   Hearing Date: Feb. 12, 2013 at 10 a.m.
                                            )   RE: D.I. # 8067
                                            )

---

### OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Barbara Gallagher, a Long Term Disability ("LTD") employee of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Barbara Gallagher respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

### BACKGROUND

1. I worked in the telecommunications industry for over 25 years and was hired by the Nortel in 1997 after a year of contract work.  It was the excellent benefit and compensation package (including bonuses and  stock options) that lured me to the company as well as the being the leader in telecom evolution.

2. I held several different positions within Nortel at management levels and in one position I was hand-picked by senior management to build a new department for next generation wireless software test.  I was awarded with Quality Manager of the Year in 2000 by my Vice President.

3. With the amount of work I was handling and working seven days a week, it ultimately took a toll on my health.  I was diagnosed with Grave's Disease which is either inherited or caused by stress – there is no history of this illness in either of my parents families.  Because Grave's Disease is a thyroid disease, it affects your body's metabolism and any underlying minor health issues will become major issues (i.e., allergies, migraines became uncontrollable).  I am in the 2% category of patients who have Grave's Disease and suffer from 100% of the symptoms (including Thyroid-Associated Orbitopathy which is not curable; I've had over 30 eye surgeries to correct placement of my eyes as well as my vision.   Surgery is the primary way of maintaining this disease.).   I was also diagnosed with Narcolepsy which is the main reason I can not work as I have episodes of extreme sleepiness or I go catatonic and fall asleep at inappropriate times.  Unfortuantely, my health continues to deteriorate due to brain damage caused by both the Narcolepsy and excessive migraines.  I went out on STD in November, 2001 and my doctor allowed me to go back to work a few months later.  I was unable to fulfill my duties and my doctor put me back on STD and eventually LTD.  I can not provide a specific date as to when this occurred as I have yet to receive the Fact Discovery documents I requested from Nortel that would provide me with this information.

4. I have several documents that show different disability dates. **Exhibit 1** lists my last day worked as

November 15, 2001 (STD). **Exhibit 2** is a letter from the Nortel dated December 20, 2002, advising me that I needed to start the process for LTD approval (STD expiration stated as March 24, 2003). I received a letter from Prudential dated March 26, 2003 (**Exhibit 3**) advising me that I was eligible for LTD benefits effective March 25, 2003. In **Exhibit 4**, which was printed from Prudential's on-line benefit information, my last worked date is September 23, 2002 with a claim received date of February 12, 2003. In **Exhibit 5**, the Notice of Award from Social Security states that they considered me disabled on September 23, 2002. Again, I have requested in my Fact Discovery documentation that will confirm what date I actually became disabled.

## RELIEF REQUESTED

5. I request that the Debtors' Motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

6. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled. My total claim amount is approximately $634,219.55.

7. I further request that there be no interruption in disbursement of my LTD benefits (or compensation of same) as the impact to me would be devastating as I would not be able to afford my health care as well as living expenses.

## BASIS FOR RELIEF

8. In **Exhibit 6**, from Nortel's' LTD Benefits Application Process, on page 2, number 8 b., it clearly states that my LTD benefits would continue until age 65. In **Exhibit 7**, a letter from Prudential dated October 4, 2004 refers to receiving LTD benefits under Group Plan #39900. And in **Exhibits 8 and 9** (LTD SPD's for 2002 and 2003), both plan documents state that LTD benefits will be provided until age 65 if your disability begins before age 60. All of the information contained in these exhibits led

me to believe that no matter what happened to Nortel, I had LTD benefits until age 65. Additionally, calls that I placed to Prudential (refer to **Exhibit 7** for the name of the Prudential Supervisor I spoke to in 2004) confirmed that my benefits would continue until age 65. I also made repeated calls to the Nortel's HR Shared Services Department and was told the same: my LTD benefits would continue until I turn 65. Calls made before AND after Nortel filed for bankruptcy to both Nortel's HR Shared Services and Prudential resulted in both entities stating that no matter what happened, my LTD benefits would continue until I turned 65. At one point I asked specifically about the LTD benefit being self-funded, if that would affect my benefits and the answer was always: Yes, the LTD benefit is self-funded and you will receive your benefits until age 65. Based on all of this information, I reassured family members that I would have the means to support myself and manage my illnesses.

9. Nortel was considered to be a leader in the telecom industry amassing a portfolio of cutting edge technology and patents. I was not surprised when the liquidation of Nortel's assets proved profitable. However, I am surprised at how unsympathetic the Nortel is towards it's disabled employees when it has the assets in a trust account to meet it's fiduciary obligation to recipients of the LTD benefits.

10. Nortel has been able to afford massive legal and administrative expenses while expressing the inability to meet it's obligation to pay the disabled employee's their LTD benefits which I believe is a contractual agreement as an employee and funds were supposed to be held in trust for payment of said benefits.

11. Documentation and conversations with Nortel's HR Shared Services employee's were misleading and I was assured that I would be covered. Life decisions were made based on this information and without the benefits that I currently receive, I will be unable to afford to manage all of my health care needs as well as normal living expenses. My doctor has informed me that I will never work again and therefore I am at the mercy of this court to grant my objection to Nortel's' Motion to Terminate LTD benefits.

"Gallagher - Objection To Nortel Motion To Terminate LTD Plan & LTD Employees"          Page 5

## EXHIBITS

1 – Short-Term Disability Checklist

2 – Letter dated December 20, 2002 from Nortel regarding LTD Application Process

3 – Letter dated March 26, 2003 from Prudential confirming approval of LTD benefits

4 – Copy of Prudential's on-line claim information

5 – Copy of Social Security Notice of Award

6 – Copy of Nortel's application for LTD benefits

7 – Letter dated October 4, 2004 indicating LTD benefits under Group Plan #39900

8 – Copy of LTD SPD "When benefits begin and End" - Plan year 2002

9 – Copy of LTD SPD "When benefits begin and End" - Plan year 2003

## NOTICE

12. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Barbara Gallagher respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

WHEREFORE, Barbara Gallagher respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Barbara Gallagher in full for LTD benefits projected to age 65; Total Claim being $634,219.55.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Barbara Gallagher.

Dated: October 22, 2012

Barbara Gallagher
410 West Acres Road
Whitesboro, TX 76273
Telephone: 903-564-9676
Email: ballyglas@pobox.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | ) | Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) | RE: D.I. # 8067 |
| | ) | |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2012
        Wilmington, Delaware


_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**NORTEL NETWORKS**

**Short Term Disability Checklist**    *Exhibit 1*

Employee Name: BARBARA GALLAGHER     SS# 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     Employee # _____

Home Address: RT 2 BOX 285                            Birth Date: _____

City: LEONARD            State: TX                ZIP: 75452

Home Phone: (972) 509-0999          Work Phone: 445-8505

Dept #: J320          Location: RICH2        Business Unit: Technology

Supervisor: _____          Work Phone: 444-5915

Last Day Worked: NOV/15/2001 _____     Return to work: _____

## PROCEDURE

Any period of absence covered by Short Term Disability (STD) benefits will be considered for a Medical Leave of Absence as outlined in Nortel Network's Medical Leave of Absence Process. Refer to the Services@Work website: http://services-canada.ca.nortel.com/saw/ (path: People/Benefits/Leaves of Absence).

**All Short Term Disability applications will be reviewed for concurrent Family Medical Leave eligibility and will apply toward leave entitlement as provided by the Family and Medical Leave Act or similar state laws if applicable(Please refer to the attachment: Your Rights Under the Family and Medical Leave Act of 1993.)**
If you are approved for Short Term Disability, your employment is protected to the extent provided under the Family and Medical Leave Act.

1.  Short Term Disability (STD) is considered only after absence of more than five (5) consecutive workdays. If the STD leave is approved, the first 5 days are counted as a waiting period, but included in total time away from work on medical leave*.
2.  Any vacation or sick time used to satisfy the waiting period will be reinstated with the approved medical leave. Notify the Nortel Networks Disability Service Center at 1-800-949-8190 or ESN 357-2770 or (919) 997-2770 as soon as you become aware of the need for Short Term Disability.

    **California Residents Only:**
    The five (5) day waiting period may be waived if:
    You are disabled fourteen (14) calendar days or more during any one disability or you are hospitalized.
    You received treatment in a hospital surgical unit and are disabled at least 8 calendar days during the disability period.

- I do wish to waive _____

- I do not wish to waive _____ the five-day waiting period.

- This five-day period is to be _____ sick time _____ vacation time.

**Medical Release of Information**
Under the California Unemployment Insurance Code, the Civil Code, and California Law, State Disability Insurance records are available to other governmental departments. These records are subject to release consistent with California regulations. For further information you may contact your Disability Case Manager, or the State of California.

3.  All unapproved/unauthorized medical leaves of absence greater than 5 consecutive days will be unpaid and may be subject to disciplinary action up to and including termination. Any pay will be retrieved by payroll if the medical leave is denied or extends beyond the approved benefit time limit.



Nortel Health Services
Nortel Networks
4001 East Chapel Hill-Nelson Hwy
P.O. Box 13010
Research Triangle Park, NC  27709-3010
Mail Stop 808/01/R22
Tel    800-949-8190
Fax    919-905-5790 (ESN 355) or 877-992-3702

http://47.119.161.120./aralia

JAMES SMAWLEY, RN
Disability Case Manager

December 20, 2002

Barbara Gallagher
1358 CR 4940
Leonard, TX 75452

Re: Long Term Disability (LTD) Application Process

Dear Barbara:

The purpose of this letter is to advise you of the need to begin the LTD application process.  Approved STD benefits are payable for 26 weeks which includes the five day waiting period unless the waiting period has been waived.  Upon PRUDENTIAL's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks.  Since your STD benefits will expire on **March 24, 2003** the LTD application process must now begin.  For this reason, I have enclosed for your completion your "LTD package."  Also included in the package are informational materials to assist you in the application process.  Because the LTD application is more complex than the STD process, please consult the appropriate Health Professional to address any questions or concerns you may have at the number listed below.

As indicated above, PRUDENTIAL determines claim approval or denial.  Therefore, it is imperative that you respond promptly to PRUDENTIAL's requests for additional information.  Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

Please mail your completed application BY January 4, 2003 to:

NORTEL
Disability Case Management
P.O. Box 13010
Mail Stop 808/01/R22
Research Triangle Park, NC  27709

**Please call me at 1-800-949-8190 if you need assistance with the application process.**

Contact HR INFO CENTER (919) 992-4636 (ESN 352) or 800-676-4636 for questions regarding benefits.

Sincerely,
James Smawley, RN
Disability Case Manager

Claim Services Provided by

The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718  Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

March 26, 2003

Barbara L Gallagher
1358 CR 4940
Leonard, TX 75452

Claimant: Barbara L Gallagher
Control #/Br: 39900  /  000TA
Claim #: 10556077
Date of Birth: 05/02/1958

ll..l.l.l.l.l.l.l.l..l.ll..ll

Dear Ms. Gallagher:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Nortel Networks, Inc. Group LTD Plan issued to Nortel Networks, Inc. We have determined that
you are eligible for benefits effective March 25, 2003. *infers insured plan*

In order to receive LTD benefits under the Nortel Networks Group LTD Plan, covered employees
must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD if a Physician certifies that you cannot
> work because of an Illness or accidental Injury, and the clinical evidence supports this
> opinion. You must provide written proof of your Total Disability to the Claims
> Administrator, who will make the final determination of disability. You must be under the
> regular care of the Physician who has treated you personally for the Illness or Injury
> causing the Total Disability for at least 31 days. During the first 18 months of a covered
> Total Disability (from the first date of STD), you will be considered unable to work if you
> cannot perform the work you were normally performing at the time of your disability with
> or without reasonable accommodations for the limitations resulting from your Illness or
> Injury.
>
> After the first 18-month period of covered Total Disability (from the first date of STD),
> you will be considered unable to work if you are unable to perform any reasonable
> occupation. A "reasonable occupation" is any job you are or could become qualified to do
> with your education, training or experience."

The Plan also has the following 24-month Behavioral Illness Limitation:

> For total disabilities due to mental disorders, nervous disorders or chemical dependency,
> the LTD maximum benefit period is limited to 24 months if treated in an outpatient
> setting. However, if you are confined in a Hospital within 90 days following the date
> ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definition of
disability, and has the right to require that you be examined by a Physician of our choosing.

2

Benefits will be payable on a monthly basis and have been calculated as follows:

Monthly Salary                                           75
Scheduled LTD Benefit  (60.00%)
Less Any Social Security Benefits
Less Dental Insurance Premium


Adjusted Benefit

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month.  As requested, your monthly LTD check will be sent to your bank account via Electronic Fund Transfer (EFT).  Your LTD benefit is subject to Federal Income Tax (FIT) withholding.  FICA tax will be withheld through March 31, 2003.

Under the Nortel Networks, Inc. Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level.  We will be further contacting you in regards to assisting you in the SSDB application process if your condition does not stabilize in the near future.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid.  The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement" that you signed on January 31, 2003 (copy enclosed).

We will continue to follow with you and your physicians for updated medical information to support your continued eligibility for benefits.  Please advise us of any changes in your condition.

If you have any questions regarding your LTD claim, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

Enclosure

cc:   Nortel Networks

*Exhibit 4*

Home | Help | Contact Us | Logout

Welcome BARBARA GALLAGHER | Edit Profile

**View My**
**BENEFITS**

**Report**
**TIME OUT OF WORK**

**View My Absence**
CLAIMS

**Access**
**FORMS**

**Access**
**TAX FORMS**

**Explore**
**INFO CENTER**

Use arrow button () to expand or close each section.

Gallagher-10556077        Claim #: 10556077              Status: Open

Your most recent payment was $2,663.42.

Your next payment will be mailed by Oct 29, 2012.
Click here to view your estimated payment amount

| | | Other Information you can update: |
|---|---|---|
| Claim Received Date | Feb 12, 2003 | |
| Last Worked Date | Sep 23, 2002 | **Contact Information** |
| | | **Direct Deposit** |
| Expected Return to Work Date | May 01, 2003 | **E-Delivery Preference** |
| | | **Medical Authorization** |
| Actual Return to Work Date | | **Physician Information** |
| | | **Return to Work Date** |

| Coverage status | Payments | Claim Documents | Claim Events |
|---|---|---|---|
| LTD Coverage: Approved | | | |

*Requested Leave Date/Time*                          Top 1( ≎ )

| Leave Name ▼▲ | Date ▼▲ | Begin ▼▲ | End ▼▲ | Status ▼▲ |
|---|---|---|---|---|

**Action Required**

**No Action Required**

**Go Green!**
Prudential's Green Options...

• *E-Delivery...* speeds up
communication to you and
helps protect your privacy. To
enroll and receive emails when
new correspondence is
available to view on this site,
**click here**

Use the handy *My Disability*
**calculator to find out how**
**much Disability Insurance I**
**need.**
Open calculator



Group life insurance, disability, and AD&D are issued by The Prudential Insurance Company of America, a New Jersey company. 751 Broad Street, Newark, NJ 07012. The
Booklet-Certificate contains all details, including any policy exclusions, limitations and restrictions which may apply. Contract Series: 83500 or 96945.

Prudential, the Prudential logo and the Rock symbol are service marks of Prudential Financial, Inc. and its related entities, registered in many jurisdictions worldwide. ©
Copyright 2011 The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07012-3777. All rights reserved. Prudential is authorized to transact business
in all U.S states and the District of Columbia. Product availability varies by state. This does not constitute a recommendation or endorsement of Prudential by these states.
NAIC# 68241 California COA# 1179

Terms and Conditions | Privacy | Business Integrity

*Exhibit 5*

# Social Security Administration
# Retirement, Survivors and Disability Insurance
## Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 17, 2004
Claim Number: 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HA

0413 MCS,PC7,I,BA,T128,153,281

BARBARA L GALLAGHER
410 WEST ACRES ROAD
WHITESBORO, TX 76273-7542

000017706 03 MB    0.718

You are entitled to monthly disability benefits beginning March 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on September 23, 2002.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is March 2003.

**What We Will Pay And When**

- You will receive $_____ around April 23, 2004.

- This is the money you are due for March 2003 through March 2004.

- Your next payment of $_____ ), which is for April 2004, will be received on or about the second Wednesday of May 2004.

- After that you will receive $_____ on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C

See Next Page

**NØRTEL**
**NETWORKS**

**EMPLOYEE**  Barbara Gallagher    **UNIT**    **NORTEL NETWORKS**    **DEPT J320** **PROCEDURE**

1.  In order to request Long Term Disability (LTD) benefits, it is your responsibility to complete and return the following forms by **January 4, 2003.**

   - ***Reimbursement Agreement.*** Please complete this form and sign it and have it witnessed. This form authorizes Prudential to reduce your LTD benefits if awarded Social Security Disability benefits.

   - ***Attending Physician's Statement.*** Take this form to your treating physician to complete.
     Prudential must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete.

   - ***Group Disability Employee Statement.*** Legibly complete and sign all sections as indicated:
     Section A: Employee Information
     Section B: Authorization to Release Medical Information
     Section C: Tax Notice

2.  Return all of the above forms to :     **Nortel Networks Health Services**
                                           **Disability Case Management**
                                           **PO Box 13010 (MS 808/01/R22)**
                                           **Research Triangle Park, NC 27709**

   Failure to return the forms by the specified date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits and jeopardize your employment status.

3.  You will be notified by mail from Prudential upon your approval/denial of LTD benefits.
    If your LTD claim is approved, Prudential will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4.  Prudential determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to Prudential's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**
***(this information has been requested from the INFO CENTER***

1.  Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care_____ + _____
    Life Insurance_____ + Spousal Life_____ + Dependent Life_____ = _____ Total.

US/Hlwl/1087/Form  Rev 02

**BENEFIT ENTITLEMENT, Cont.**

These premiums will continue to be automatically deducted for the duration of your disability. Additionally, these premiums are subject to change in accordance to premium increases or decreases each year. Any questions regarding premium deductions should be directed to the Human Resource Information Center c/o of Nortel Networks , Dept. 1094, P. O. Box 13010, RTP, N.C.  27709,  Ph# 1-800-676-4636

2.  Long Term Investment (Thrift Saving) /Flexible Spending Plans:  You become a suspended participant in the these plans.  No employee contributions are deducted from disability payments.  Contributions are reinstated upon return to work.

3.  Retirement Plan:  The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

4.  Vacation/Sick Leave:
     Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable).  If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

5.  Holiday Pay:  Employees will not be eligible for holiday pay during a medical leave of absence.  Any holiday which  falls during your medical leave is treated as any other day, and is compensated accordingly.

6.  Salary Review Date:  Is extended by the length of leave so that the performance review period can be maintained. (has this changed?)

7.  Credit Union :  No deductions are withheld for Credit Union accounts.  To continue your savings deposits and/or loan payments, you must contact the Credit Union .

8.  Compensation for Long Term Disability (LTD) leaves:  Long Term Disability  benefits for full and part time employees working more than 20 hours/week:

     a.  Long  Term Disability Benefits provide income continuation during your leave based upon your disability selection with the company.
     b.  Long Term Disability benefits are payable for up to one year while you are totally disabled from your job.  Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified.  For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday.  For employees disabled at age 61 or older, the maximum benefit period varies.  The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits.  These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

 9.  If you are a part-time/casual employee working less than 20 hours/week:

     a.  Your medical leave of absence will be unpaid unless otherwise stated by applicable state law.
     b.  Long Term Investment Plan contributions will cease while on an unpaid leave of absence.
     c.  You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours.  If you are not eligible and are medically unable to work, you may request a Personal Leave of Absence.

NOTE:  **Long Term Disability.  Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.**
10.  Taxes:  Employees are responsible for determining the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax  Notice which is part of the LTD package.  No state taxes are withheld from your Long-Term Disability benefits.

11.  For  bargaining units consult your Human Resource Associate for any adjustments to these guidelines.

12.  For employees in California, Rhode Island, Hawaii, New Jersey and New York, consult your Human Resource Associate for any adjustments to these guidelines.

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5599
Fax: (877) 889-4885
Hours: 08:00 AM 04:30 PM

October 04, 2004

Barbara L Gallagher
410 West Acres Road
Whitesboro, TX 76273

Claimant: Barbara L Gallagher
Control #/Br: 39900 / 000TA
Claim #: 10556077
Date of Birth: 05/02/1958

llilllllllllllllllll

Dear Ms. Gallagher:

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under the Group #39900 issued to Nortel Networks, Inc.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work because of an Illness or accidental Injury, and the clinical evidence supports this opinion. You must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the Illness or Injury causing the Total Disability for at least 31 days. During the first 18 months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.

After the first 18-month period of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of disability, and has the right to require that you be examined by a Physician of our choosing. The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

*Exhibit 1 pg.2*

This initial 24 month period of disability will end as of March 24, 2005. The current medical documentation on file pertains to the above policy guidelines, therefore, your claim will most likely terminate effective March 25, 2005. Please return the enclosed completed forms to our office by December 6, 2004.

If you have any questions, please contact me at (800) 842-1718, extension 5599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

*2002 LTD SPD*    *EXHIBIT 8*    *Pg.1*

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – the removal of structural, communication or other barriers.
- Job Related Accommodations:
  o   Part-time or Modified Work Schedules
  o   Home Based Work
  o   Reassignment to Vacant Positions
  o   Acquisition or modification of tools, equipment, and/or furniture
  o   Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

# When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period ...

Plan Year 2002
12/11/02

DISABILITY
Page 16

NNI-LTD-0000493

2002 LTD SPD

For Total Disabilities that are due in whole or in part to mental disorders, nervous d sor ers or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

## If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

Plan Year 2002
12/11/02

DISABILITY
Page 17

NNI-LTD-00004934

2003 LTD SPD

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o  Part-time or modified work schedules,

    o  Home-based work,

    o  Reassignment to vacant positions,

    o  Acquisition or modification of tools, equipment, and/or furniture, and

    o  Modifications to business travel schedules.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability. The Claims Administrator also has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

# When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of your Total Disability satisfactory to the Claims Administrator within the required timeframe. The Disability Service Center will provide you with the LTD benefit application during week 14 of the STD period. Then, you should submit all paperwork to apply for LTD benefits to the Claims Administrator within 30 days from your receipt of the LTD application. If you do not, your monthly LTD benefits and any retroactive payments could be delayed.

You will not be entitled to LTD benefits if you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator within 30 days after the end of your STD Plan benefits.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

2003 Disability SPD                                         20

NNI-LTD-0000564



- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

## Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

- You were Actively at Work less than three consecutive months since your first disability.

NNI-LTD-000056