o Increased office visit and specialist copayments

    o New outpatient surgery copayment

Click here for details on EPO and PPO plan design changes.

- **Plan design changes to the HMO options.**
  - o Changes to Kaiser and Harvard Pilgrim HMOs

  Click here for details on HMO plan design changes.

- **Short-Term Disability (STD) and Long-Term Disability (LTD) coverage levels will be reduced for 2006.**
  - o New STD core coverage level is $66^2/_3$%
  - o New LTD core coverage level is 55%, and optional coverage level is $66^2/_3$%

Click here for details on STD coverage levels.

Click here for details on LTD coverage levels.

- **Recurrent STD provision changing to 30 days from 14 days.**
  - o If, after a period of STD leave, you return to work, and then go on STD leave again, your new disability period will be considered a continuation of your first disability if:
    - Your new disability has the same or related cause as the first disability, and
    - You were actively at work for less than 30 consecutive days since your previous STD leave, or
    - You have not returned for one full day of full-time active work between the two disability periods.

eValuator™ is now available to help you assess how these changes will affect your health care costs, to see which Medical Plan option would work best for you, and to determine how much you could save by participating in the HCRA. Participation in the HCRA is a very effective way of minimizing the impact of the increased cost of health care. Click here to access eValuator™.

**Disclaimer**
If there are any discrepancies between the information in this FLEX 2006 Benefits Site and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to amend or discontinue the plan and/or program described in this site at any time without prior notice to, or consent by, employees.

The Basic Term Life, Optional Term Life, Dependent Term Life, Accidental Death & Dismemberment, Short-Term Disability and Long-Term Disability coverages are issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. The Booklet-Certificate contains all details, including any policy exclusions, limitations and restrictions, which may apply. Contract Series: [83500 or 96945.]

IFS A096118 Ed. 9/2004



Seite 1 von 2



Dr. Bertagnoli, Dr. Fenk-Mayer

**spine-centre**
(www.pro-spine.com)

Klinikum St. Elisabeth, Straubing, Germany (www.klinikum-straubing.de)
Krankenhaus Bogen, Germany (www.kkh-bogen.de)

Mussinanstraße 6
D - 94327 Bogen,
Deutschland

bertagnoli@pro-spine.com
foreign patient contact:
medical issues: Dr. A. Fenk-Mayer
fenk-mayer@pro-spine.com

other: Frau. Nowag, nowag@pro-spine.com
fax: Germany - (0)9421 – 530 475

July, 21st 2005

## Medical report

Patient`s name:    **Carlsen, ~~Robert~~** ROGER

d.o.b.:    ████████

The above-mentioned patient was treated as an in-patient from July, 14th 2005 until July 21st 2005 at our department at Bogen hospital, Germany

Surgical diagnosis:
 Symptomatic degenerative disc disease (DDD) levels L4-S1.

Surgery performed:

ADR (artificial disc replacement) with full disc prosthesis (Pro Disc, Spine Solutions) into levels L4-S1 and verteroplasty.

Date of surgery: 15.07.05

The patient has been suffering with pseudoradicular lower back pain, non-responsive to previous treatment.

Surgery was performed as above.
Post-operative course was uneventful. Re-mobilization with an adjustable lumbar orthesis. Primary wound healing. X-ray showed correct implant positioning and a good restoration of the disc height and vertebral alignment.

**Our medication on discharge:**
Diclofenac 75      1-0-1
Mydocalm       1-1-1 — *Tolperisone hydrochloride*
Home medication

Seite 2 von 2

## Recommendations:

The patient has been grouped into the **"careful"** rehabilitation scheme:

- Pat. is allowed to sit. He should avoid lower level seating.
- Adjustable lumbar orthesis for 12 weeks pop. Its rigidity should be reduced by gradual demounting after 6 weeks pop.
- Progressive physiotherapy has started. Intensivied work-out not before 12 weeks pop.
- Light recreational sports or medium intensity labor allowed after 12 weeks. Contact sports or heavy manual labor allowed after 12 weeks.
- X-ray control after 3, 6 and 12 months.

Yours sincerely

Dr. Rudolph Bertagnoli, M.D.

Dr. Andrea Fenk-Mayer, M.D.

Gemeinschaft praxis
Dr. med. univ. Rudolf Bertagnoli
Facharzt für Orthopädie
Dr. med. Andrea Fenk-Meyer
Fachärztin für Orthopädie - Chirotherapie
Mussinanstr. 6, Tel. 0 94 22/8 08 90
Fax 0 94 22/80 89
94327 Bogen
69 / 44 008

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax (877) 889-4885
Website: www.prudential.com/inst/gldi

July 30, 2007

Roger G Carlsen
4521 Spring Meadow Ave
Eugene, OR  97404

Claimant: Roger G Carlsen
Claim No.: ████████
Date of Birth: ████████
Control No./Br.: 39900  /  0B057

Il.l.I.l.l.ll.ll.ll.ll.l.l.l.l.l

Dear Mr. Carlsen:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the Nortel Group LTD Plan. We have determined that you are eligible for benefits effective August 16, 2007.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

In addition, the plan further states that:

Disabilities due to sickness or injury, which as determined by the Claims Administrator, are primarily abased on self-reported symptoms, have limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $11,833.33 |
| Scheduled LTD Benefit (66.667%) | $7,888.93 |
| Less Medical Insurance Premium | -$196.07 |
| Less Dental/Vision/Hearing Premium | -$40.39 |
| Adjusted Benefit | $7,652.47 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. Your LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
  - Unemployment compensation benefits,
  - No-fault wage replacement benefits,
  - Statutory disability benefits,
  - Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
  - the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have any questions, please contact me at (800) 842-1718, extension 85599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

## Reflex Sympathetic Dystrophy Syndrome Association

# I Have CRPS

- I have Complex Regional Pain Syndrome (CRPS), also known as Reflex Sympathetic Dystrophy Syndrome (RSD).

- Physicians do not know why it develops or what causes it, but CRPS is a nerve disorder that usually occurs after a traumatic injury, surgery, sprain, fracture, or a period of immobilization. The principal symptom is pain dramatically disproportionate to the injury.

- More than 140 years ago Dr. Silas Weir Mitchell, a Union Army surgeon, first described the excruciating pain that we know as CRPS.

- CRPS can lead to disability.

- I may look "healthy," but I often suffer unbearable, unrelenting, and burning nerve pain. The McGill Pain Scale rates the pain of people with CRPS higher than that of people with cancer.

- My skin may swell, sweat, change colors, change temperature, or hurt to the slightest touch.

- CRPS can spread.

- Often it is difficult for me to sleep so I may have trouble with attention and concentration.

- I am frequently following a prescribed medication regimen that usually involves powerful drugs with many side effects that may affect my alertness or attentiveness.

- It is often hard to move easily or keep my body steady.

- Chronic pain, like that caused by CRPS, often leads to depression because we undergo significant, and often negative, life changes.

- I have good and bad days; even hours. Stress increases my pain.

- Presently, there is no cure for CRPS. I always have hope because of the support of my family and friends and ongoing research.

http://www.rsds.org/pdfsall/I%20have%20CRPS%20card.pdf

Copy B To Be Filed With Employee's FEDERAL Tax Return

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | 69,719.16 | 5,487.85 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| ROGER G CARLSEN 4521 SPRING MEADOW AVE EUGENE OR 97404 | |

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

**13**

| Statutory employee | ☐ | 11 Nonqualified plans | |
|---|---|---|---|
| Retirement plan | ☐ | 15 State Employer's state I.D. # OR\00023129 | 16 State wages, tips, etc. 69,719.16 | 17 State income tax |
| Third-party sick pay | ☒ | | | |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement 2009    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury — Internal Revenue Service

---

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

OMB No. 1545-0008

| c Employer's name, address, and ZIP code | 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA | 69,719.16 | 5,487.85 |
| GROUP INSURANCE - PREMIUM ACCOUNTING | 3 Social security wages | 4 Social security tax withheld |
| PO BOX 70190 | | |
| PHILADELPHIA PA 19176 | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| ROGER G CARLSEN 4521 SPRING MEADOW AVE EUGENE OR 97404 | |

| 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

**13**

| Statutory employee | ☐ | 11 Nonqualified plans | |
|---|---|---|---|
| Retirement plan | ☐ | 15 State Employer's state I.D. # OR\00023129 | 16 State wages, tips, etc. 69,719.16 | 17 State Income Tax |
| Third-party sick pay | ☒ | | | |

| Customer service phone# 1-866-648-2225 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|

Form W-2 Wage and Tax Statement 2009    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury — Internal Revenue Service
If you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.





December 3, 2008


ROGER G. CARLSEN
4521 SPRING MEADOW AVE
EUGENE OR   97404


Dear Mr. Carlsen:

I am pleased that your Social Security disability claim has been successfully resolved.

If you have not already, you should soon be receiving a notice from Social Security giving detailed information about your benefits.  At the same time, or even before you receive the written notice, your Social Security benefit should be direct deposited in your bank account. Please leave these funds in this account for overpayment resolution.

We will notify your disability plan administrator that your Social Security claim was approved. We will also inform them as to the amount of your retroactive benefits, your future monthly payment from Social Security and your Medicare entitlement date.

If you have any questions regarding your Social Security claim, please do not hesitate to contact our Customer Information Center at (800) 560-1410.  Also, please be sure to read the other enclosed letter that contains additional information you need to be aware of.

Sincerely,

Gail Theising

Gail Theising
Claimant Representative

dmi

clmtj1ltr.doc

 **Prudential**

The Prudential Insurance Company of America
Group Insurance
Disability Tax Reporting
PO Box 70190
Philadelphia, PA 19176

ROGER CARLSEN
4521 SPRING MEADOW AVE
EUGENE, OR 97404

| | |
|---|---|
| Control Number: | 39900 |
| Branch: | 0B057 |
| Social Security Number: | ###-##-7555 |
| Date: | 1/19/2009 |

Dear ROGER CARLSEN :

Thank you for returning $9,151.28 of the overpaid disability benefits you received for the following year(s). We are sending this Claim of Right letter to provide you with the information necessary for you to either claim credit on your current income tax return for taxes paid on your prior income tax return(s) or, take a deduction on your current income tax return.

| Year | Amount Overpaid |
|---|---|
| 2007 | $9,151.28 |

If you previously included the overpayment in your reported income, you may be entitled to a deduction on your prior year tax return(s). You may report the overpayment as an income tax deduction this year under the Claim of Right if you:

1. Had to repay the amount that was previously included in your income, and
2. Included the repayment in your gross income because you thought you had an unrestricted right to it.

If your overpayment was more than $3,000, you may be able to claim a credit for prior year taxes paid instead of taking an income tax deduction. An example of how to calculate your taxes is in IRS Publication 525, "Taxable and Nontaxable Income."

Please note that this letter is not a guarantee that you are, in fact, entitled to a tax deduction. Neither are we attempting to provide legal or tax advice. We suggest that you refer any questions about the Claim of Right, tax deductions and the completion of your return to your tax adviser. Because each situation is unique, neither we nor our representatives can provide tax advice.

If you have questions regarding overpayment of disability benefits, please contact me. You can reach me between 8:00 a.m. and 5:00 p.m. EST, Monday through Friday.

Sincerely,

Sony John
Tax Technician
866-648-2225

S

# Nortel Enterprise Assets Now Belong to Avaya

Copyright 2012 by Virgo Publishing.
http://www.channelpartnersonline.com/
By: Kelly M. TealKelly Teal, Senior Editor
Posted on: 12/18/2009

📧 PRINT

Avaya Inc. is the official owner of Nortel Networks' enterprise assets.

The $900 million deal, stemming from a September auction in which Siemens battled Avaya for control of the properties, closed on Friday. The challenge now for Avaya is to defy some telecom analysts' predictions that integration will be messy and protracted. Some observers have even said Avaya will mishandle Nortel talent, putting even more pressure on Avaya to exceed expectations.

To that point, approximately 6,000 Nortel workers are joining Avaya, including 25 key managers. Joel Hackney is one of them. He served as president of Nortel's enterprise division and now holds the title of senior vice president of the Avaya Executive Committee and president of Avaya's government solutions and data unit.

Meanwhile, the addition of Nortel assets doesn't just expand Avaya's product portfolio – it also boosts its channel partner reach. Avaya has not yet announced which Nortel products it will keep and those it will toss, nor has it said much about how it will handle the partner aspect. The company said it will address those questions within the next 30 days.

In the interim, Avaya executives are expressing confidence over the Nortel takeover.

"The new Avaya will redefine business communications and help customers to reduce costs, simplify operations and increase their business agility," Kevin Kennedy, Avaya's president and CEO, said in a prepared statement.

Bankrupt Nortel has spent much of 2009 auctioning off its various divisions as it tries to make enough money to pay off creditors.

# NORTEL NETWORKS

# WELFARE BENEFITS PLAN

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000037

## TABLE OF CONTENTS

Page

ARTICLE I    GENERAL TERMS AND CONDITIONS ...................................................... 1
Section 1    Purpose ........................................................................................ 1
Section 2    Definitions ...................................................................................... 1
Section 3    General ......................................................................................... 2

ARTICLE II    SECTION 125 CAFETERIA PLAN .................................................... 7
Section 1    General ......................................................................................... 7
Section 2    Eligibility ........................................................................................ 7
Section 3    Irrevocable Elections ..................................................................... 7
Section 4    Additional Required Terms ............................................................. 7

ARTICLE III    HEALTH BENEFIT PROGRAMS ...................................................... 7
Section 1    Health Benefit Programs ................................................................ 7
Section 2    HIPAA Privacy and Security Standards .......................................... 9
Section 3    Family and Medical Leave Act ....................................................... 9
Section 4    COBRA .......................................................................................... 10
Section 5    USERRA ........................................................................................ 10
Section 6    Qualified Medical Child Support Order Procedures ......................... 10
Section 7    Medicaid ........................................................................................ 10
Section 8    Coverage of Dependent Children in Case of Adoption ..................... 10
Section 9    HIPAA Portability and Nondiscrimination Requirements ................... 11
Section 10    Newborn and Mothers Health Protection Act ................................ 11
Section 11    Mental Health Parity Act .............................................................. 12
Section 12    Women's Health and Cancer Rights Act ........................................ 12
Section 13    Subrogation and Recovery ........................................................... 12
Section 14    Coordination of Benefits ............................................................... 12
Section 15    Claims Procedures ....................................................................... 13

ARTICLE IV    FULLY INSURED BENEFIT PROGRAMS ........................................ 14
Section 1    General ......................................................................................... 14
Section 2    Claims Procedures ........................................................................ 14

M PRO 1969476 v3
2789126-000005

i

NNI-LTD-00000038

**ARTICLE I**

**GENERAL TERMS AND CONDITIONS**

**Section 1      Purpose**

This Nortel Networks Welfare Benefits Plan is maintained for the purpose of providing the employee welfare benefits listed herein for the benefit of the Employer's eligible employees and dependents. It is intended that the Plan encompass as a single ERISA welfare benefit plan the various elements of an overall welfare benefit program which are funded in whole or in part through the Nortel Networks Health & Welfare Benefits Trust, which constitutes a voluntary employees' beneficiary association ("VEBA") for tax law purposes, This Plan, together with the governing documents for each element program described on Appendix A constitutes the written plan document required by ERISA § 402(a), and is an employee welfare benefit plan (within the meaning of ERISA § 3(I)). Some or all of the benefit programs may be offered through a cafeteria plan arrangement under Code § 125.

**Section 2      Definitions**

The following capitalized terms shall have the meanings set forth below.

2.1      "Administrator" means the Company or such other person or committee as may be appointed from time to time by the Company to supervise the operation and administration of the Plan. The Administrator shall be the "named fiduciary" under the Plan. However, discretionary authority to make the final fiduciary decision about claims determinations may be delegated to an Insurer or a Claims Administrator.

2.2      "Benefit Program" means an arrangement providing employee welfare benefits (within the meaning of Section 3(I) of ERISA), maintained or established by the Company or an Employer, which is a part of this Plan; provided, neither a Cafeteria Plan Arrangement nor a flexible spending account offering dependent care or adoption assistance expense reimbursements shall be deemed to be an employee welfare benefit plan. The Benefit Programs that are a part of this Plan are listed in Appendix A.

2.3      "Cafeteria Plan Arrangement" means a Benefit Program that meets the requirements of Internal Revenue Code § 125, and pursuant to which an Employee can choose between cash or other taxable benefits and the Benefit Programs on a non-taxable basis.

2.4      "Claims Administrator" means the person or entity designated by the Administrator in accordance with Section 3.1 of this Article I to manage the payment of claims under a Benefit Program. If authority and responsibility to determine adverse claims determinations (within the meaning of ERISA § 503) is delegated by the Administrator to the Claims Administrator, the Claims Administrator shall act as claims fiduciary.

2.5      "Code" means the Internal Revenue Code of 1986, as amended.

2.6      "Company" means Nortel Networks Inc. and any successor corporation resulting from a merger or consolidation with the Company or transfer of substantially all of the assets of the Company, if such successor or transferee shall adopt and continue the Plan.

2.7      "Dependent" means any person eligible for dependent coverage under a Benefit Program.

2.8      "Employee" means each common-law employee of an Employer who is eligible to become a Participant under a Benefit Program which is a part of this Plan. Except to the extent specifically provided otherwise in the Governing Documents of a Benefit Program, "Employee" shall not include any individual designated or considered by an Employer as an independent contractor; a leased

1

© SunGard 2008
M PRO 1969476 v3
2789126-000005

employee within the meaning of Code § 414(n); or a temporary or seasonal employee; even if such designation is found to be in error by a court or administrative agency of competent jurisdiction.

2.9     "Employer" means an entity, including the Company, that adopts the Plan for the benefit of its eligible Employees, and the Dependents of such Employees, as provided in Section 3.6 of this Article I. Employers other than the Company may participate in the Plan with the consent of the Company. Participating Employers are listed on Appendix B to the Plan.

2.10    "ERISA" means the Employee Retirement Income Security Act of 1974, as amended from time to time, and the applicable regulations and rulings thereunder.

2.11    "Fully Insured Benefit Program" means a Benefit Program that provides benefits solely under an insurance contract or policy, which benefits are paid directly to or on behalf of the Participant.

2.12    "Governing Documents" means, with respect to a Benefit Program and as applicable, the insurance contracts, certificates of coverage, summary plan description and any other document which governs the terms of the Benefit Program.

2.13    "Health Benefit Program" means a Benefit Program which is a group health plan and which provides benefits for health care (directly or otherwise) to Employees, former Employees, and their families, as provided under the terms of such Health Benefit Program.

2.14    "HIPAA" means the Health Insurance Portability and Accountability Act of 1996, as amended, and the applicable regulations and rulings thereunder.

2.15    "Insurer" means the insurance company issuing the contract or policy with respect to a Fully Insured Benefit Program.

2.16    "Participant" means any individual (including a Dependent) who is enrolled in and participates in a Benefit Program in accordance with Section 3.2 of this Article I.

2.17    "Plan" means this Nortel Networks Welfare Benefits Plan and the covered Benefit Programs, as described herein.

2.18    "Plan Year" means the calendar year.

2.19    "Program Year" means the calendar year.

## Section 3     General

3.1     **Administration of Plan and the Benefit Programs.**  The Administrator shall be responsible for the general administration of the Plan, including the Benefit Programs, and shall be the "plan administrator" and "named fiduciary" within the meaning of ERISA under the Plan and the Benefit Programs (except to the extent another person or entity is specifically designated in the Governing Documents to perform fiduciary functions); provided, however, for Fully Insured Benefit Programs, unless specifically provided otherwise in the Governing Documents, the Insurer shall be the "named fiduciary," and claims fiduciary responsible for administering and determining benefits under such Benefit Program, and shall have full authority and discretion to interpret the terms of the Benefit Program for those purposes. With respect to the Plan, including the Benefit Programs, the Administrator shall have, without limitation, the following discretionary authority, duties and powers:

(a)     To make and enforce such rules and regulations as it deems necessary or proper for the efficient administration of the Plan, including the establishment of any claims procedures that may be required by applicable provisions of law;

2

NNI-LTD-00000040

(b)    Except to the extent reserved to the Insurer with respect to a Fully Insured Benefit Program or to a Claims Administrator with respect to a Benefit Program under which the Governing Documents so delegate such authority, to interpret the provisions of the Plan, make findings of fact, and correct errors in, supply omissions from, and resolve inconsistencies or ambiguities in the language of the Plan, and to decide all claims and appeals arising under the Plan;

(c)    To decide all questions concerning the Plan and the eligibility of any person to participate in the Plan;

(d)    To appoint such agents, counsel, accountants, consultants and other persons as may be required to assist in administering the Plan; and

(e)    To allocate and delegate its fiduciary and administrative responsibilities under the Plan and to designate other persons to carry out any of its responsibilities under the Plan, any such allocation, delegation, or designation to be in writing. Without limitation, the Administrator may designate other organizations or persons (who also may be employed by an Employer) to carry out the following:

(1)    pursuant to an administrative services or claims administration agreement, the responsibility for administering and managing a Benefit Program or Programs, including the processing and payment of claims under the Program and the recordkeeping related thereto;

(2)    the responsibility to prepare, report, file and disclose any forms, documents and other information required to be reported and filed by law with any government agency or to be prepared and disclosed to Employees, Participants or other persons entitled to disclosure under the Benefit Programs; and

(3)    the responsibility to review claims or claim denials under the Benefit Programs, including discretionary authority to act as claims fiduciary to determine adverse claims determinations within the meaning of Department of Labor Regulation § 2560.503-1.

Subject to applicable law, any interpretation of the provisions of the Plan and the Benefit Programs and any decisions on any matter within the discretion of the Administrator made by the Administrator in good faith shall be binding on all persons. A misstatement or other mistake of fact shall be corrected when it becomes known, and the Administrator shall make such adjustment on account thereof as it considers equitable and practicable. The Administrator shall not be liable in any manner for any determination of fact made in good faith. This paragraph shall also apply to the interpretations and decisions of an Insurer or a Claims Administrator to the extent that authority to make discretionary decisions has been delegated to such Insurer or Claims Administrator by a Governing Document.

3.2    **Eligibility.** Each Employee (and his or her Dependents) will become Participants, and will be eligible for the benefits provided by the Plan, solely in accordance with the terms of the Benefit Program, including any enrollment and premium payment requirements, applicable to the group or classification of Participants of which a Participant is a member. Participation in a Benefit Program will cease in accordance with the terms of such Benefit Program. Participation in the Plan will cease upon termination of the Plan or upon amendment of the Plan to exclude a group or classification of which a Participant is a member.

Retired Employees are not eligible to participate in the Plan, except as may be specifically provided under the terms of a Benefit Program.

Former Participants will become Participants again if and when they meet the eligibility requirements of the applicable Benefit Program.

3

NNI-LTD-00000041

3.3    **Benefits.** The benefits provided under the Plan for each group or classification of Participants are those set forth in the Governing Documents for the applicable Benefit Program.

3.4    **Contributions.**

(a)    **Employer Contributions.** For each Plan Year, each Employer shall make such contributions under the Benefit Programs in such amounts and at such times as the Company shall determine are appropriate to fund the Benefit Programs. Benefits may also be provided through a VEBA funded in whole or part by Employer contributions.

(b)    **Employee Contributions.** As a condition of eligibility under a Benefit Program, a Participant may be required to make contributions, in amounts and at times specified by the Company and the applicable Benefit Program, applicable to the coverage option selected and the group or classification of Participants of which such Participant is a member. Such contribution requirements may be adjusted from time to time. Contributions shall be made in such manner as the Administrator shall specify.

3.5    **Amendment and Termination.**

(a)    **Amendment.** The Company reserves the right to amend any part or all of the Plan or a Benefit Program at any time or from time to time by written instrument.

(b)    **Termination.** The Company reserves the right to terminate the Plan or a Benefit Program at any time by written instrument. The Plan or Benefit Program, as applied to any single Employer, may be terminated at any time by such Employer, subject to consent of the Company.

3.6    **Additional Employers.** Any affiliate of the Company may, with the consent of the Company, adopt the Plan and become an Employer hereunder, and designate any one or more existing plans or programs as a Benefit Program, applicable to its Employees or a group of its Employees or establish one or more Benefit Programs as applicable to such Employees.

3.7    **Discrimination.** To the extent any provision of ERISA, the Code or other applicable law or regulation prohibits discrimination in eligibility, benefits or other feature of a Benefit Program, the Administrator reserves the right to adjust, terminate or otherwise modify the terms and operation of the Benefit Program to the extent necessary to avoid, reduce or eliminate such discrimination.

3.8    **Claims Procedures.**

(a)    **Claims.** All claims for benefits under the Plan and any assignment of benefits to a provider shall be made, processed and paid in accordance with Department of Labor Regulations § 2560.503-1 and the terms and conditions of the applicable Benefit Program and the related provisions of the summary plan description for such program. The Administrator shall be the claims fiduciary unless this function is delegated to another person or entity under this Section 3.

(b)    **No Estoppel of Plan.** No person is entitled to any benefit under the Plan except and to the extent expressly provided under the terms and conditions of the applicable Benefit Program. The fact that payments have been made from the Plan in connection with any claim for benefits does not (a) establish the validity of the claim; (b) provide any right to have such benefits continue for any period of time; or (c) prevent the Plan from recovering the benefits paid to the extent that the Administrator determines that there was no right to payment of the benefits under the Plan. Thus, if a benefit is paid and it is thereafter determined that such benefit should not have been paid (whether or not attributable to an error by the Participant or any other person), then the Administrator may take such action as it deems necessary or appropriate to remedy such situation, including without limitation, by deducting the amount of any overpayment theretofore made to or on behalf of such Participant from any succeeding payments to or on behalf of such Participant under the Plan or from any amounts due or owing to such Participant

4

NNI-LTD-00000042

by the Company or under any other plan, program or arrangement benefiting the Employees or former Employees of the Company, or otherwise recovering such overpayment from whomever has benefited from it.

If the Administrator determines that an underpayment of benefits has been made, then the Administrator shall take such action as it deems necessary or appropriate to remedy such situation.

### 3.9 **Miscellaneous**

(a) Information to be Furnished by Participants. Participants under the Plan must furnish the Administrator with such evidence, data or information as the Administrator considers necessary or desirable to administer the Plan and the Benefit Programs. A fraudulent or knowing misstatement or omission of fact made by a Participant or Dependent in an enrollment form, a claim for benefits or similar manner may result in cancellation of coverage and/or denial of claims for benefits.

(b) Records. As a condition of receiving benefits payable under a Benefit Program, a Participant may be required to provide the Administrator with any evidence and records of expenses incurred by such Participant and each of such Participant's Dependents in such form as the Administrator shall from time to time specify.

(c) Uniform Rules. The Administrator shall administer the Program and the Benefit Programs on a reasonable and nondiscriminatory basis and shall apply uniform rules to all persons in similar situations.

(d) Waiver of Notice. Any notice required under the Plan or a Benefit Program may be waived by the person entitled to such notice.

(e) Gender and Number. Where the context permits, words in the masculine gender shall include the feminine and neuter genders, the singular shall include the plural, and the plural shall include the singular.

(f) Controlling Law. Except to the extent superseded by the laws of the United States, the laws of the state of Tennessee shall be controlling in all matters relating to the Plan and the Benefit Programs.

(g) Interests Not Transferable. Except as otherwise expressly permitted by a Benefit Program or as may be required by the tax withholding provisions of the Internal Revenue Code or any state's income tax act, benefits under the Plan and the Benefit Programs are not in any way subject to the debts or other obligations of the persons entitled thereto and may not be voluntarily or involuntarily sold, transferred, alienated, assigned or encumbered. Any attempt to accomplish the same is void. If the Administrator finds that such an attempt has been made, it may, in its sole discretion, elect to pay the benefits due the covered person to the covered person's spouse, parent, adult child, legal guardian of a minor child, sibling or other relative. Any such payment constitutes a complete discharge of the liability of the Plan, the Administrator and all Employers with respect to such benefits.

(h) Facility of Payment. When any person entitled to benefits under the Plan or a Benefit Program is under legal disability or in the Administrator's opinion is in any way incapacitated so as to be unable to manage his or her affairs, the Administrator, in its sole discretion, may cause such person's benefits to be paid to such person's legal representative for his benefit, or to be applied for the benefit of such person in any other manner that the Administrator may determine. Such payment shall constitute a full discharge of liability of the Plan, the Benefit Programs, the Administrator and all Employers for such benefits.

(i) No Vested Interest. No person shall have any right, title or interest in or to any contributions made under the Plan and the Benefit Programs, such contributions being made for the sole

5

NNI-LTD-00000043

purpose of providing benefits under the Programs in accordance with their terms. Neither the Company, the Administrator, nor any Employer shall in any way guarantee the payment of any benefit that may be or become due to any person under the Plan or the Benefit Programs.

(j)     Employment Rights. Employment rights of an Employee shall not be deemed to be enlarged or diminished by reason of establishment of, or participation in, the Plan or any Benefit Program, nor shall establishment of the Plan and the Benefit Programs confer upon any Employee any right to be retained in the service of an Employer.

(k)     Cost of Plan and Program Administration. The costs and expenses incurred in the administration of the Plan and the Benefit Programs shall be paid, in the discretion of the Administrator, (i) from assets accumulated under the Plan and the Benefit Programs, if any; (ii) from Employee contributions; or (iii) by the Employers in such proportion as the Company or the Administrator shall determine.

(l)     Evidence. Evidence required of anyone under the Plan and the Benefit Programs may be by certificate, affidavit, document or other information which the Administrator considers pertinent and reliable, and signed, made or presented by the proper party or parties.

(m)     Physical Examination and Autopsy. In addition to any rights and privileges granted under a Benefit Program, the Administrator, at its own expense, shall have the right and opportunity to have a physician, designated by the Administrator, examine any individual whose injury or sickness is the basis of a claim under the Plan and the Benefit Programs, when and as often as it may reasonably require during the pendency of a claim or any period of benefits under the Plan and the Benefit Programs and to make an autopsy in case of death, provided it is not otherwise prohibited by law.

(n)     Recovery of Benefits. If, because of fraud, mistake or any other reason, a person receives a benefit payment under the Plan and the Benefit Programs that exceeds the benefit payment that should have been made, the Administrator shall have the right to recover the amount of such excess from such person. The Administrator may, however, at its option, deduct the amount of such excess from any subsequent benefits payable to, or for, the Participant or such Participant's Dependents to whom or on whose behalf the excess payment was made.

(o)     Lawsuits Concerning Benefits. No lawsuit may be brought by any person or entity to recover benefits under the Plan or any Benefit Program more than one year from the date Plan or benefit Program benefits are finally denied.

(p)     Workers' Compensation Not Affected. The Plan is not in lieu of, and does not affect any requirement for, coverage under Workers' Compensation.

(q)     Severability. In case any provisions of the Plan or any Benefit Program shall be held illegal or invalid for any reason, such illegality or invalidity shall not affect the remaining provisions of the Plan or any Benefit Program, and the Plan and all Benefit Programs shall be construed and enforced as if such illegal and invalid provisions had never been set forth in the Plan or Benefit Program.

(r)     Failure to Enforce. Failure to enforce any provision of the Plan shall not affect the Employer's or Administrator's right thereafter to enforce such provision, nor shall such a failure affect the Employer's or Administrator's right to enforce any other provision of the Plan.

(s)     Indemnification. In addition to whatever rights of indemnification the members of the board of directors of the Employer or any Employee or Employees of the Employer to whom any power, authority, or responsibility is delegated pursuant to this Plan or any Benefit Program, may be entitled under the articles of incorporation, by-laws or regulations of the Employer, under any provision of law, or under any other agreement, the Employer shall satisfy any liability actually and reasonably incurred by any such person or persons, including expenses, attorneys' fees, judgments, fines, and

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000044

amounts paid in settlement (other than amounts paid in settlement not approved by the Employer in connection with any threats and pending or completed action, suit, or proceeding that is related to the exercising or failure to exercise by such person or persons of any of the powers, authority, responsibilities, or discretion as provided under the Plan or a Benefit Program, or reasonably believed by such person or persons to be provided hereunder, and any action taken by such person or persons in connection therewith, unless the same is judicially determined to be the result of such person or persons' gross negligence or willful misconduct.

## ARTICLE II

## SECTION 125 CAFETERIA PLAN

### Section 1    General

The Benefit Programs may include a Cafeteria Plan Arrangement which shall permit Employees to choose between cash (or other taxable benefits) and the Benefit Programs on a non-taxable basis, subject to the requirements of Code § 125 and the regulations thereunder.

### Section 2    Eligibility

Notwithstanding anything to the contrary contained in the Governing Documents, participation in the Cafeteria Plan Arrangement shall be restricted to Employees, which may include former Employees if permitted in the Governing Documents.

### Section 3    Additional Required Terms

Additional terms required under Code § 125 shall be set forth in the Governing Documents for the Cafeteria Plan Arrangement.

## ARTICLE III

## HEALTH BENEFIT PROGRAMS

### Section 1    Health Benefit Programs

The Plan shall include the Health Benefit Programs identified in Appendix A. Such Health Benefit Programs are designated as the health care component of the Plan within the meaning of the Standards for Privacy of Individually Identifiable Health Information (45 CFR Part 164, the "Privacy Standards") and the Security Standards for the Protection of Electronic Protected Health Information (45 CFR Part 164.300 et. seq., the "Security Standards"). Each reference to the "Plan" in Section 2 below shall mean the health care component of the Plan.

### Section 2    HIPAA Privacy and Security Standards

2.1    **General.**  If a Health Benefit Program is not exempted from the requirements of the Privacy Standards and the Security Standards, then this Section shall apply.

2.2    **Privacy and Security Standards.**

(a)    The Plan shall not disclose Protected Health Information to any member of an Employer's workforce unless each of the conditions set out in this Section are met. "Protected Health Information" shall have the same definition as set forth in the Privacy Standards but generally shall mean individually identifiable information about the past, present or future physical or mental health or condition of an individual, including information about treatment or payment for treatment.  "Electronic Protected

7

NNI-LTD-00000045

Health Information" shall have the same definition as set out in the Security Standards, but generally shall mean Protected Health Information that is transmitted by or maintained in electronic media.

(b)     Protected Health Information disclosed to members of Employer's workforce shall be used or disclosed by them only for purposes of Plan administrative functions. The Plan's administrative functions shall include all Plan treatment, payment functions and health care operations. The terms "treatment," "payment" and "health care operations" shall have the same definitions as set out in the Privacy Standards, but the term "payment" shall include activities taken to determine or fulfill Plan responsibilities with respect to eligibility, coverage, provision of benefits, or reimbursement for health care.

(c)     The Plan shall disclose Protected Health Information only to members of the Employer's workforce, who are authorized to receive such Protected Health Information, and only to the extent and in the minimum amount necessary for that person to perform his or her duties with respect to the Plan. "Members of the Employer's workforce" shall refer to all employees and other persons under the control of the Employer. The Employer shall keep an updated list of those authorized to receive Protected Health Information.

(1)     An authorized member of the Employer's workforce who receives Protected Health Information shall use or disclose the Protected Health Information only to the extent necessary to perform his or her duties with respect to the Plan.

(2)     In the event that any member of the Employer's workforce uses or discloses Protected Health Information other than as permitted by this Section and the Privacy Standards, the incident shall be reported to the Plan's privacy officer. The privacy officer shall take appropriate action, including:

(i)     investigation of the incident to determine whether the breach occurred inadvertently, through negligence or deliberately; whether there is a pattern of breaches; and the degree of harm caused by the breach;

(ii)    appropriate sanctions against the persons causing the breach which, depending upon the nature of the breach, may include oral or written reprimand, additional training, or termination of employment;

(iii)   mitigation of any harm caused by the breach, to the extent practicable; and

(iv)    documentation of the incident and all actions taken to resolve the issue and mitigate any damages.

(d)     The Company and each Employer agrees to:

(1)     Not use or further disclose the information other than as permitted or required by the Plan documents or as required by law;

(2)     Implement reasonable and appropriate administrative, physical and technical safeguards to protect the confidentiality, integrity and availability of Electronic Protected Health Information that the Employer creates, maintains or transmits on behalf of the Plan.

(3)     Ensure that any agent or subcontractor, (i) to whom it provides Protected Health Information received from the Plan, agrees to the same restrictions and conditions that apply to the Employer with respect to such information, and/or (ii) to whom it provides Electronic Protected Health Information shall agree, in writing, to implement reasonable and appropriate security measures to protect the Electronic Protected Health Information.

NNI-LTD-00000046

(4)     Not use or disclose Protected Health Information for employment-related actions and decisions or in connection with any other benefit or employee benefit plan of the Employer;

(5)     Report to the Plan any use or disclosure of the Protected Health Information of which it becomes aware that is inconsistent with the uses or disclosures permitted by this Section, or required by law;

(6)     Make available Protected Health Information to individual Plan members as required by Section 164.524 of the Privacy Standards;

(7)     Make available Protected Health Information for amendment by individual Plan members and incorporate any amendments to Protected Health Information as required by Section 164.526 of the Privacy Standards;

(8)     Make available the Protected Health Information required to provide an accounting of disclosures to individual Plan members as required by Section 164.528 of the Privacy Standards;

(9)     Make its internal practices, books and records relating to the use and disclosure of Protected Health Information received from the Plan available to the Department of Health and Human Services for purposes of determining compliance by the Plan with the Privacy Standards;

(10)    If feasible, return or destroy all Protected Health Information received from the Plan that the Employer still maintains in any form, and retain no copies of such information when no longer needed for the purpose for which disclosure was made, except that, if such return or destruction is not feasible, limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible; and

(11)    Ensure the adequate separation between the Plan and members of the Employer's workforce, as required by Section 164.504(f)(2)(iii) of the Privacy Standards and set out in (d) above, and to use reasonable and appropriate security measures to comply with this provision.

**Section 3     Family and Medical Leave Act**

If an Employer is subject to the Family and Medical Leave Act of 1993, as amended (FMLA), then this Section shall apply. A Participant who is on an approved leave of absence under the FMLA shall be entitled to continue his participation in the Health Benefit Programs during such leave to the extent required by and in accordance with the FMLA and applicable regulations.

**Section 4     COBRA**

If the Health Benefit Program is not exempted from the requirements of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA"), and the regulations thereunder, the Health Benefit Program shall be operated in accordance with such requirements, as set out in the Governing Documents of such Benefit Program.

9

NNI-LTD-00000047

**Section 5    USERRA**

If the Health Benefit Program is not exempted from the requirements of the Uniformed Services Employment and Reemployment Rights Act and the regulations thereunder, the Health Benefit Program shall be operated in accordance with such requirements. This Section 5 shall be interpreted to comply with USERRA and any pertinent regulations. USERRA provisions may vary slightly among the various Health Benefit Programs. To the extent consistent with applicable law, the specific USERRA provisions in any Health Benefit Program shall govern over the terms of this Section 5.

Unless otherwise specifically provided in the applicable Governing Documents:

(1)    a Participant must notify the Employer of his intention to elect USERRA prior to the expiration of the COBRA election period provided under the Health Benefit Program; and

(2)    any period of USERRA continuation of coverage shall run concurrently with COBRA continuation coverage.

**Section 6    Qualified Medical Child Support Order Procedures**

If a Health Benefit Program is subject to ERISA § 609(a), then this Section shall apply. Such Health Benefit Program shall provide benefits in accordance with the terms of a qualified medical child support order that meets the requirements of ERISA § 609(a). Each Health Benefit Program shall establish reasonable written procedures to determine whether a medical child support order is a qualified medical child support order. Such procedures shall be made available upon request of a Participant at no charge.

**Section 7    Medicaid**

If a Health Benefit Program is subject to ERISA § 609(b), then this Section shall apply.

7.1    Payment for benefits with respect to a Participant under a Health Benefit Program will be made in accordance with any assignment of rights made by or on behalf of such Participant or a beneficiary of the Participant as required by a State plan for medical assistance approved under title XIX of the Social Security Act pursuant to Section 1912(a)(1)(A) of such Act (as in effect on the date of the enactment of the Omnibus Budget Reconciliation Act of 1993).

7.2    The fact that a Participant is eligible for or is provided medical assistance under a State plan for medical assistance approved under title XIX of the Social Security Act will not be taken into account in enrolling such Participant or in determining or making benefit payments for such Participant.

7.3    To the extent that payment has been made under a State plan for medical assistance approved under title XIX of the Social Security Act in any case in which a Health Benefit Program has a legal liability to make payment for items or services constituting such assistance, payment for benefits under such program will be made in accordance with any State law which provides that the State has acquired the rights with respect to a Participant to such payment for such items or services.

**Section 8    Coverage of Dependent Children in Case of Adoption**

If a Health Benefit Program is subject to ERISA § 609(c), then this Section shall apply.

8.1    With respect to any such Health Benefit Program that provides coverage for the dependent children of Employees, such Health Benefit Program shall provide benefits to dependent children placed with an Employee for adoption (as defined by ERISA Section 609(c)) under the same terms and conditions as apply to the natural children of the Employee, irrespective of whether the adoption has become final.

10

NNI-LTD-00000048

8.2    Such Health Benefit Program shall not restrict coverage of a child adopted or placed for adoption by an Employee, solely on the basis of a preexisting condition of such child at the time such child would otherwise become eligible for coverage under the Health Benefit Program, if the adoption or placement for adoption occurs while the Employee is eligible for coverage under the Health Benefit Program.

### Section 9    HIPAA Portability and Nondiscrimination Requirements

If a Health Benefit Program is not exempted from the HIPAA portability and nondiscrimination requirements as set out in ERISA §§ 701 through 706 and the regulations thereunder, the Health Benefit Program shall be operated in accordance with such requirements.

### Section 10    Newborn and Mothers Health Protection Act

If a Health Benefit Program is subject to ERISA § 711, then this Section shall apply.

10.1    If such Health Benefit Program provides benefits for hospital lengths of stay in connection with childbirth for a mother or her newborn child, such Health Benefit Program shall not:

    (a)    Except as provided in subsection (b):

        (i)    restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child, following a cesarean section, to less than 96 hours or following a vaginal delivery to less than 48 hours; or

        (ii)    require that a provider obtain authorization from the Health Benefit Program or the health insurance issuer for prescribing any length of stay required under clauses (i) and (ii).

    (b)    Paragraph (a) shall not apply in connection with any Health Benefit Program or health insurance issuer in any case in which the decision to discharge the mother or her newborn child prior to the expiration of the minimum length of stay otherwise required under paragraph (a) is made by an attending provider in consultation with the mother.

10.2    Such Health Benefit Program shall not:

    (a)    deny to the mother or her newborn child eligibility, or continued eligibility, to enroll or to renew coverage under the terms of the Health Benefit Program, solely for the purpose of avoiding the requirements of Section 10.1 above.

    (b)    provide monetary payments or rebates to mothers to encourage such mothers to accept less than the minimum protections available under Section 10.1 above.

    (c)    penalize or otherwise reduce or limit the reimbursement of an attending provider because such provider provided care to an individual Participant or beneficiary in accordance with Section 10.1 above.

    (d)    provide incentives (monetary or otherwise) to an attending provider to induce such provider to provide care to an individual Participant or beneficiary in a manner inconsistent with Section 10.1 above; or

    (e)    restrict benefits for any portion of a period within a hospital length of stay required under Section 10.1 above in a manner which is less favorable than the benefits provided for any preceding portion of such stay; provided, nothing herein shall be construed to limit the terms of the Health

11

NNI-LTD-00000049

Benefit Program with respect to deductibles, copayments or other cost-sharing provisions and limitations, except that such terms may not impose greater limits or cost sharing on any length of stay required under Section 10.1 above than for any preceding portion of such stay.

### Section 11    Mental Health Parity Act

If a Health Benefit Program is subject to ERISA § 712, then the terms of this Section shall apply.

A Health Benefit Program that provides both medical and surgical benefits and mental health benefits shall not impose any lifetime or annual limits on mental health benefits that violate the requirements of ERISA § 712. In accordance with the Mental Health Parity and Addiction Equity Act of 2008, effective January 1, 2010, such Health Benefit Programs will not impose any caps or limitations on mental health treatment or substance abuse benefits that are not applied to medical and surgical benefits. Requirements such as co-payments and deductibles and limitations such as number of visits or frequency of treatments will be no more restrictive on mental health and substance use disorder benefits than the requirements or limitations imposed on medical and surgical benefits.

### Section 12    Women's Health and Cancer Rights Act

If a Health Benefit Program is subject to ERISA § 713 and provides medical and surgical benefits with respect to a mastectomy, then this Section shall apply.  Such Health Benefit Program shall, with respect to a Participant who is receiving benefits in connection with a mastectomy, and who elects breast reconstruction in connection with such mastectomy, provide coverage for the following (subject to applicable deductibles, copayments and other Health Benefit Program limitations):

    (1)    reconstruction of the breast on which the mastectomy has been performed;

    (2)    surgery and reconstruction of the other breast to produce a symmetrical appearance; and

    (3)    prostheses and physical complications for all stages of mastectomy, including lymphedemas;

in a manner determined in consultation with the attending physician and the patient.

### Section 13    Subrogation and Recovery

If a Participant incurs covered expenses or receives benefits under a Benefit Program with respect to an injury or illness for which a third party (or its insurer) may be liable, the Plan retains all rights of subrogation, recovery and reimbursement as set out more specifically in the Governing Documents for each Benefit Program.

### Section 14    Coordination of Benefits

    14.1    **Coordination of Benefits**. When a Participant is covered by this Plan and another plan, the plans will coordinate benefits when a claim is received.  The terms of this Section 14 shall apply, except to the extent specifically provided otherwise in the Governing Documents of a Health Benefit Program.

The plan that pays first according to the rules will pay as if there were no other plan involved. If this Plan is secondary or subsequent, it will pay the amount it would have otherwise paid, minus whatever the primary plan paid, so that benefits are not duplicated. The total reimbursement will never be more than the amount that would have been paid if this Plan had been the primary plan.

    14.2    **Benefit Plan**. This provision will coordinate the health benefits of a benefit plan. The term benefit plan means this Plan or any one of the following plans:

12

NNI-LTD-00000050

(1)     Group or group-type plans, including franchise or blanket benefit plans.

(2)     Blue Cross and Blue Shield group plans.

(3)     Group practice and other group prepayment plans.

(4)     Federal government plans or programs. This includes, but is not limited to, Medicare and Tricare.

(5)     Other plans required or provided by law. This does not include Medicaid or any benefit plan like it that, by its terms and applicable law, does not allow coordination.

(6)     No Fault Auto Insurance, by whatever name it is called, when not prohibited by law.

14.3     **Allowable Charge**. For a charge to be allowable it must be a Usual and Reasonable Charge and at least part of it must be covered under this Plan.

14.4     **Claims Determination Period**. Benefits will be coordinated on a yearly basis. This is called the claims determination period.

14.5     **Right to Receive or Release Necessary Information**. This Plan may give or obtain needed information from another insurer or any other organization or person. This information may be given or obtained without the consent of or notice to any other person. A Participant must give this Plan the information it asks for about other plans and their payment of Allowable Charges.

14.6     **Facility of Payment**. This Plan may repay other plans for benefits paid that the Administrator determines it should have paid. That repayment will count as a valid payment under this Plan.

14.7     **Right of Recovery**. This Plan may pay benefits that should be paid by another benefit plan. In this case this Plan may recover the amount paid from the other benefit plan or the Covered Person. That repayment will count as a valid payment under the other benefit plan.

Further, this Plan may pay benefits that are later found to be greater than the Allowable Charge. In this case, this Plan may recover the amount of the overpayment from the source to which it was paid.

### Section 15     Claims Procedures

15.1     **Claims Procedures**. The specific guidelines for filing a claim or a request for a review of a denied claim shall be set out in the summary plan description for each Health Benefit Program.

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000051

## ARTICLE IV

## FULLY INSURED BENEFIT PROGRAMS

**Section 1**    **General**

The Plan may include any Fully Insured Benefit Programs identified in Appendix A.

**Section 2**    **Claims Procedures**

The specific guidelines for filing a claim or a request for a review of a denied claim shall be set out in the summary plan description for each Benefit Program.

14

NNI-LTD-00000052

# APPENDIX A

## COMPONENT PROGRAMS

Nortel Networks FLEX Benefits Program

Nortel Networks Health Care Reimbursement Account Plan

Nortel Networks Inc. Dental/Vision/Hearing Care Plan

Nortel Networks Inc. Medical Plan

Nortel Networks Inc. Short-Term Disability Plan

Nortel Networks Inc. Long-Term Disability Plan

Nortel Networks Retiree Medical Plan

Nortel Networks Retiree Life Insurance and Long-Term Care Plan

Nortel Networks Life Insurance and AD&D Insurance Plan


Nynex Meridian Systems Medical Coverage Plan for Bargaining Unit Employees

Nynex Meridian Systems Dental Plan for Bargaining Unit Employees

Nynex Meridian Systems Term Life Insurance and AD&D Plan for Bargaining Unit Employees

Nynex Meridian Systems Short-Term Disability and Long-Term Disability Plan for Bargaining Unit Employees

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000053

# APPENDIX B

## COVERED EMPLOYERS

Nortel Networks Inc.

Nortel Altsystems Inc.

16

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000054

IN WITNESS WHEREOF, this Plan is hereby executed by a duly authorized officer of Nortel Networks Inc. on this _____ day of November 2009 to be effective as of January 1, 2009.

NORTEL NETWORKS INC.

By:_____

Title: _____

M PRO 1969476 v3
2789126-000005

NNI-LTD-00000055

REDACTED





November 9, 2010

To:    Board of Directors of Nortel Networks, Inc.

CC:    Lynn Egan
       Ruth Hillis Jenkins

From:  Julie Graffam

Re:    Approval for Amendments to Nortel Networks Long Term Disability Plan

Your approval is requested on resolutions for adoption of the following actions regarding the US Nortel Networks Long Term Disability Plan effective December 31, 2010 and a new fully-insured long-term disability plan effective January 1, 2011:

> Amend the Nortel Networks Long-Term Disability Pan ("LTD Plan") by adopting resolutions to "freeze" the current plan design and participation so that only participants receiving benefits under the LTD Plan or receiving benefits under the Nortel Networks Short-Term Disability Plan ("STD Plan") as of December 31, 2010 may continue to receive or begin to receive benefits under the LTD Plan in 2011. Participants receiving benefits under the LTD Plan on December 31, 2010 who continue to be "disabled" as defined under that Plan on January 1, 2011 will continue to be covered by the benefits provided under the LTD Plan until the LTD Plan is terminated or they recover from their disability or reach retirement age (whichever occurs first). Participants receiving benefits under the STD Plan on December 31, 2010 who continue to be "disabled" on January 1, 2011 and continue to be disabled for the maximum period of benefit payments under the STD Plan will become eligible to file a claim for benefits under the LTD Plan at the end of the maximum period of benefits under the STD Plan. No other employees or participants will be covered under the LTD Plan after December 31, 2010.

> Adopt a new fully-insured long-term disability plan for US employees actively at work on January 1, 2011 and working 20 or more hours per week. The new plan will be entitled the "Nortel Networks Long Term Disability Income Insurance Plan" (the "Insured LTD Plan"). A copy of the insurance contract eo;tablishing the provisions of the new plan is attached. Based on current employee population, the estimated annual premium for the Insured LTD Plan is $165K; the actual premiums paid monthly will decrease as the employee population decreases.

# N*O*RTEL

Roger Carlsen
462 E Calle de Ocaso
Sahuarita, AZ 85629

July 20, 2010

Subject: Withdrawal of Motion to Terminate US Retiree and Long Term Disability Plans

As you are aware, on June, 21, 2010, Nortel Networks Inc. and its affiliated U.S. debtors filed a motion seeking to terminate certain retiree and long-term disability benefits effective as of August 31, 2010.

In light of certain recent developments, Nortel filed a notice of withdrawal last week with the U.S. Bankruptcy Court.  You might have already received a copy of this notice in the mail as a result of the court notification process.

What this means is your benefits under the applicable plans will *not* be discontinued on August 31, 2010. and the plans, including your monthly LTD income check and the administration of claims, are expected to continue uninterrupted.  You should disregard the Employment Termination Package and COBRA notifications you have already received as they are **no longer applicable.** Participants should continue to remit plan contributions on a timely basis consistent with past practice.

In light of this decision, Nortel has requested that UnitedHealthcare suspend its enrollment of participants, including any scheduled meetings and conference calls. Anyone who has already enrolled and paid a premium for this alternative coverage may contact UnitedHealthcare directly at 1-877-709-0758 (65 and over) or 1-877-247-0085 (under 65) to initiate a cancellation and request a refund of premium.  As the policies are individual policies between the enrollee and UnitedHealthcare the participant must initiate the cancellation.

Although your benefits under the plans will not be terminated effective August 31, 2010 the company continues to review its various benefit programs in light of its current circumstances to determine the appropriate status of these plans now and in the future.  It is possible that the company will seek modification or termination of some or all of the benefits at a later time.

If you have any questions, please contact HR Shared Services at 1-800-676-4636.

Sincerely,

Elena King
Senior Vice President, Human Resources

$\mathcal{W}$

Proof Of Claim

<u>WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?</u>

Roger G Carlsen

<u>WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?</u>

4724164

<u>WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?</u>

August 16, 2007

<u>WHAT IS YOUR AGE (As Of January 1, 2013) ...</u>

| | |
|---|---|
| Years | 57 |
| Months | 7 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 691 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 89 |

<u>YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT</u>    $    142,000.00

<u>IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...</u>
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K. ...    $    5,680.00    $    42,126.67

<u>FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"</u>

SEVERANCE PERIOD    20
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY    $    2,730.77    $    54,615.38

<u>FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...</u>

| | | | |
|---|---|---|---|
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 7,888.93 | 702,114.77 |
| SSDI MONTHLY OFFSET | $ | 2,126.00 | 189,214.00 |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 | 9,834.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 5,873.43 | 522,735.27 |

<u>Estimates On What Replacement Coverage Would Cost You</u>

| | | | |
|---|---|---|---|
| MEDICAL CARE | $ | 8,430.00 | 62,522.50 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 2,190.00 | 16,242.50 |
| DENTAL/VISION/HEARING CARE | $ | 608.00 | 4,509.33 |
| CORE EMPLOYEE LIFE INSURANCE | $ | 6,972.00 | 51,709.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | - | |

CLAIM GRAND TOTAL    $    754,460.65



2002

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

# IN THIS SECTION

INTRODUCTION ................................................................................................................................. 3

PLAN HIGHLIGHTS ........................................................................................................................... 4

ELIGIBILITY ...................................................................................................................................... 5

INITITIAL PARTICIPATION ............................................................................................................. 5
    Core FLEX Benefits ........................................................................................................................ 5
    Optional FLEX Benefits .................................................................................................................. 6
    If You are on Disability During an Annual Enrollment Period ...................................................... 6

WHEN COVERAGE BEGINS ............................................................................................................. 7
    Core FLEX Benefits ........................................................................................................................ 7
    Optional FLEX Benefits .................................................................................................................. 7
    Delay of Effective Date ................................................................................................................... 8

CHANGING YOUR SELECTIONS ..................................................................................................... 8

COST OF COVERAGE ........................................................................................................................ 8

FLEX EARNINGS ............................................................................................................................... 8

SHORT-TERM DISABILITY (STD) BENEFITS ................................................................................ 9
    Short-Term Disability Benefits for Part-Time Employees ............................................................. 9
    STD Benefit Amount ....................................................................................................................... 10
    Extension of Benefits Due to Part-Time Employment ................................................................... 10
    Definition of Disability ................................................................................................................... 10
    When Benefits Begin and End ......................................................................................................... 11
    If You are Disabled Again ............................................................................................................... 12
    Reduction of Benefits Due to Other Income .................................................................................. 12
    Exclusions ........................................................................................................................................ 14

NNI-LTD-00004918

LONG-TERM DISABILITY (LTD) BENEFITS .............................................................................................. 14

    LTD Benefit Amount ............................................................................................................................. 14

    Definition of Disability ......................................................................................................................... 15

    When Benefits Begin and End ............................................................................................................. 16

    If You are Disabled Again .................................................................................................................... 17

    Waiver of Premium ............................................................................................................................... 18

    Reduction of Benefits Due to Other Income ....................................................................................... 18

    Social Security Disability Benefits and Medicare ............................................................................... 20

    Mandatory Vocational Rehabilitation Program ................................................................................... 20

    Cost of Living Adjustment .................................................................................................................... 21

    Exclusions ............................................................................................................................................. 21

OCCUPATIONAL DISABILITY BENEFITS ............................................................................................. 22

WHEN COVERAGE ENDS ......................................................................................................................... 22

OTHER IMPORTANT INFORMATION ...................................................................................................... 23

    A Note About State Disability Laws .................................................................................................... 23

    Limits on Assignments ......................................................................................................................... 23

    Errors in Payments ............................................................................................................................... 23

ADMINISTRATIVE INFORMATION ......................................................................................................... 23

NNI-LTD-00004919

# SHORT-TERM AND LONG-TERM DISABILITY PLANS

## INTRODUCTION

Your disability benefits are designed to continue all or part of your income if you are unable to work due to Illness or Injury. In addition to the Short-Term Disability (STD) and Long-Term Disability (LTD) coverage provided to you by the Company as part of your Core FLEX Benefits, FLEX gives you the option to select optional coverage in these areas.

This is a brief description of the various options the Company has designed for your review and selection. Please read the description carefully to understand the options the Company is offering to you.

This information (including the relevant information under the FLEX Overview, Administrative Information, and FLEX Glossary sections of the Employee Benefits and Programs binder) is a summary plan description (SPD) and a plan document under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in each section are capitalized. You can find an explanation of these words in the FLEX Glossary of this handbook.

NNI-LTD-00004920

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

### Core STD Benefit

100% of pre-disability FLEX
Earnings for up to 6 weeks of disability,
then 70%* for up to the next 20 weeks
of disability

### Optional STD Benefit

Increase 70% Core FLEX Benefit to 90% of
pre-disability FLEX Earnings
for the 7th to 26th week of
disability

## Long-Term Disability (LTD)

### Core LTD Benefit

60%* of pre-disability FLEX
Earnings after 26 weeks of disability

### Optional LTD Benefit

Increase 60% Core FLEX Benefit to 70% of
pre-disability FLEX Earnings
after 26 weeks of disability

* or statutory minimum (if greater)

NNI-LTD-00004921

# ELIGIBILITY

You are eligible for the Short-Term Disability (STD) and Long-Term Disability (LTD) plans if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for Short-Term or Long-Term Disability benefits unless specified in the collective bargaining agreement.

# INITIAL PARTICIPATION

You may enroll for Optional STD and LTD benefits within 31 days of your Hire Date. If you choose to enroll you must complete the enrollment process and pay the applicable Employee contributions. Your coverage will be effective on the date Employee Services receives your enrollment (online, by mail or fax). You are covered by Core STD and LTD benefits automatically effective on the first day you are Actively at Work as a new Employee.

You do not contribute toward the cost of these Core benefits.

STD and LTD benefits are mutually exclusive and each plan pays benefits independent of the other. Under no circumstances will STD and LTD benefits be paid concurrently.

## Core FLEX Benefits

Effective on your Hire Date, you are automatically enrolled in Core STD and Core LTD coverage.

Effective on your Hire Date, you are automatically enrolled in Core STD and Core LTD coverage.

NNI-LTD-00004922

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage.

## Optional FLEX Benefits

You may increase the amount of your Core STD and Core LTD coverage by electing Optional STD and Optional LTD coverage. You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX-eligible, when you experience a Status Change (as described in the FLEX Overview section) or during an Annual Enrollment Period.

## If You are on Disability During an Annual Enrollment Period

### STD

If you are on STD during an Annual Enrollment Period, and you are still on STD when your newly selected coverage is supposed to begin, the following provisions apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including your Optional STD and/or Optional LTD selections.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well. Once you return to Active Work for two consecutive weeks, you will be covered under your new selections (your choices at the Annual Enrollment Period) and any Payroll Deductions for the new coverage will begin.

### LTD

If you are on LTD during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, Medical, Dental/Vision/Hearing Care, Life Insurance and AD&D benefits will continue to be available to you.) In addition, the following provisions apply:

- You may change your Medical, Dental/Vision/Hearing Care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for Long-Term Disability benefits under the selections in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections since this is considered a Status Change. Your newly selected coverage will be effective according to plan provisions as described in the FLEX Overview section.

NNI-LTD-00004923

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

# WHEN COVERAGE BEGINS

## Core FLEX Benefits

Core Short-Term Disability and Core Long-Term Disability coverage is automatically effective on the first day you are Actively at Work as a new Employee.

## Optional FLEX Benefits

You may enroll for Optional STD and Optional LTD coverage within 31 days of your date of hire or the date you become FLEX-eligible, when you experience a Status Change (as described in the FLEX Overview) or during an Annual Enrollment Period.

Your coverage will begin as follows:

| If you enroll and pay the required contribution... | Your coverage will be effective on... |
|---|---|
| As a new Employee on or before your Hire Date | Your Hire Date. |
| As a new Employee within 31 days after your Hire Date | The day Employee Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. Note: Some events allow for a choice in coverage effective date. Contact Employee Services if you have questions. |
| During the Annual Enrollment Period | The first day of the Calendar Year, normally January 1. |

If you do not enroll under any of the above circumstances, you will be covered under Core STD and Core LTD only, and you must wait until an Annual Enrollment Period (or experience a Status Change) to make an Optional STD or Optional LTD selection.

NNI-LTD-00004924

## Delay of Effective Date

If you are disabled and away from work on the date you would otherwise first become covered as a new Employee, your coverage will not start until you are Actively at Work.

# CHANGING YOUR SELECTIONS

Your Optional STD and Optional LTD selections remain in effect for the entire Calendar Year. You will not be able to change your selections during the Calendar Year unless you experience a Status Change as described in the FLEX Overview section.

# COST OF COVERAGE

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or Before-Tax Contributions. The cost of Optional STD and Optional LTD coverage is based on your FLEX Earnings.

# FLEX EARNINGS

FLEX Earnings equal your base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
| --- | --- |
| During an Annual Enrollment Period | Late September of Current Year |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective date of employment Status Change |

The Company pays the entire cost for Core STD and Core LTD coverage. You will pay for Optional STD and Optional LTD coverage with FLEX Credits or Before-Tax Contributions.

FLEX Earnings are your annual base salary. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses).

NNI-LTD-00004925

FLEX Earnings do not include:

- Overtime pay,
- Shift differentials,
- Relocation payments or
- Bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change – e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings increase during the year, pay-related benefits (e.g., disability, life insurance, etc.) will be based on your FLEX Earnings at the time of your disability, dismemberment or death. However, if your FLEX Earnings decrease during the year, pay-related benefits (except due to an employment Status Change – e.g., full-time to part-time) will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

# SHORT-TERM DISABILITY (STD) BENEFITS

STD benefits will be paid to you for a period of time up to a maximum period of 26 weeks if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan. In order to be eligible to receive STD benefits, you must complete all the required paperwork and return it to the Nortel Networks Disability Service Center within 15 days of your first day absent from work. Failure to submit the required paperwork within the 15-day deadline may result in denial of STD benefits.

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar State laws if applicable.

## Short-Term Disability Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you're regularly scheduled to work (based on the number of hours you averaged over the last 12-weeks preceding your disability) will be used in determining the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid unless otherwise required by applicable state law.
- You are eligible for medical leave of absence only if you have worked for Nortel Networks at least 1250 hours during the 12 months immediately prior to the beginning of the period of disability.
- If you are not eligible for a medical leave of absence but you are medically unable to work, you may request a Personal Leave of Absence.

NNI-LTD-00004926

## STD Benefit Amount

### Core STD Benefit

The plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period. (The five-day waiting period is a period of Illness that must occur before your STD benefit begins. It counts toward your total period of disability as week one of your six weeks of benefits payable at the rate of 100% of pre-disability FLEX Earnings.) After that, the plan pays 70% of your pre-disability FLEX Earnings for up to the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 12–14.

### Optional STD Benefit

Optional STD increases your coverage so that the plan pays 100% of your pre-disability FLEX Earnings for up to six weeks of your disability after completion of a five-day waiting period (defined above), then 90% of your pre-disability FLEX Earnings for up to the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described on pages 12–14.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis while you are still eligible for STD benefits equal to 100% of your pre-disability FLEX Earnings (your first 6 weeks of STD), you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits. STD benefits from the STD Plan are reduced if you received certain types of "other income" during your STD benefit period. See pages 12–14 for information regarding reduction in benefits. Since your return to work on a part-time basis will decrease the STD benefit amount you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings. This determination is made on a weekly basis.

## Definition of Disability

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Nortel Networks Inc. Disability Service Center which establishes you are unable to perform the essential functions of your job. This means that you can't perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician. The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability. The Nortel Networks Disability Service Center will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

The plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up to six weeks of your disability.

NNI-LTD-00004927

You are considered Totally Disabled for STD purposes when a Physician submits documentation that is approved by the Nortel Networks Inc. Disability Service Center which establishes you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician.

Administratively, STD benefits begin on the sixth consecutive working day of your disability due to Illness or Accident. These benefits end when your eligibility ends, you are no longer Totally Disabled or you have received 26 weeks of STD benefits.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

* General Accommodations – the removal of structural, communication or other barriers.
* Job Related Accommodations:
    o Part-time or Modified Work Schedules
    o Home Based Work
    o Reassignment to Vacant Positions
    o Acquisition or modification of tools, equipment, and/or furniture
    o Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

## When Benefits Begin and End

Administratively, STD benefits will begin on the sixth consecutive working day of your disability due to Illness or Accident. The first five days are considered a waiting period (a period of illness that must occur before your STD benefit begins) to determine if you will progress to STD. If you do progress to STD, this five-day period counts toward your total period of disability as week one of your six weeks of 100% of pre-disability FLEX Earnings. These benefits end when your eligibility ends, you are no longer Totally Disabled, your employment with the Employers that sponsor the Plan ends, or you have received 26 weeks of STD benefits.

NNI-LTD-00004928

# If You are Disabled Again

If you are Totally Disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same or related cause as the first disability and
- You were Actively at Work less than two consecutive weeks since you were Totally Disabled or
- You have not returned for one full day of full-time Active Work between the two disability periods.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Disability Service Center that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

For example...

1. You have received STD benefits for 10 weeks and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, benefits continue under the previous Claim for the rest of the 26-week period.

2. You have received STD benefits for 10 weeks and you return to Active Work for three weeks, then the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

3. You have received STD benefits for 10 weeks and you return to Active Work for one day, then a new Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for a new 26-week period of benefits.

# Reduction of Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the applicable STD benefit level.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits

It is your responsibility to complete any required applications, such as for Social Security benefits.

- statutory disability benefits
- Social Security benefits, the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week. For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to weekly periods.

2. Any single lump sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If you anticipate that recovery from your illness or injury will be long-term or result in a permanent disability, you must pursue, in a timely and diligent manner, application for Social Security Disability benefits by completing each of the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan may estimate your weekly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement under which you agree to reimburse the plan for the amount of the excess payment that you receive as an STD benefit before your Social Security benefit begins, your Social Security or other income will not be estimated while your applications and appeals are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined in the Administrative Information section.

NNI-LTD-00004930

If the Claims Administrator finds that the actual amount of Social Security and other income is different than the amount used to determine your STD benefits, these rules apply:

1.  If STD benefits have been underpaid, this plan will be required to make a lump sum payment to bring the total payments to the amount that should have been paid.

2.  If STD benefits have been overpaid, you will be required to make a lump sum reimbursement payment to the plan or future payments to you will be reduced or eliminated.

## Exclusions

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion

# LONG-TERM DISABILITY (LTD) BENEFITS

LTD benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan.

## LTD Benefit Amount

### Core LTD Benefits

Core LTD benefits pay a monthly benefit of 60% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Core LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

STD benefits will not be paid for any disability resulting from:

- intentionally self-inflicted injuries
- your participation in the commission of an assault or felony
- war or any act of war

NNI-LTD-00004931

You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential function of your job.

During the first 18 months of a covered Total Disability (from the first date of STD) you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability.

After the first 18-month period of covered Total Disability... you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

## Optional LTD Benefits

Optional LTD increases your Core LTD coverage so that the plan pays a monthly benefit of 70% of your pre-disability FLEX Earnings after you have been Totally Disabled for a period of 26 consecutive weeks (STD period). Optional LTD benefits are reduced by federal and state income tax, as well as any other income you may receive (as described on pages 18-19), with a minimum monthly benefit of $100 or 10% of your gross disability payment (whichever is greater).

## Definition of Disability

You are considered Totally Disabled for LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. After the first 18 months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience.

Disabilities due to a sickness or injury, which, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Administrator and if objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

NNI-LTD-00004932

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – the removal of structural, communication or other barriers.
- Job Related Accommodations:
    - Part-time or Modified Work Schedules
    - Home Based Work
    - Reassignment to Vacant Positions
    - Acquisition or modification of tools, equipment, and/or furniture
    - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

## When Benefits Begin and End

You are eligible for LTD benefits after you have been Totally Disabled for the 26-consecutive week waiting period (STD period), provided that you give written proof of your Total Disability satisfactory to the Claims Administrator within the required time. The Disability Case Manager provides the LTD benefit application to the employee during week 14 of the Short-Term Disability period. Paperwork to apply for LTD benefits must be submitted to the Claims Administrator within 30 days from your receipt of the LTD application. Your monthly LTD benefits and any retroactive payments could be delayed if you do not provide written proof of your Total Disability within 30 days from your receipt of the LTD application. If you do not provide your completed application and supporting clinical evidence proving your disability to the Claims Administrator **within 30 days after the end of your STD, you will not be entitled to LTD benefits.**

Benefits end when your period of Total Disability ends, which happens when the first of the following occurs:

1. You stop being Totally Disabled or you die.

2. You are no longer under the care of a Physician.

3. You fail to furnish the latest required proof of the continuance of your Total Disability or refuse to be examined by a Physician designated by the plan.

4. You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart on the following page.

5. Your employment with the Employers that sponsor the Plan ends.

The Claims Administrator will be responsible for determining if your disability meets the definition of disability, and has the right to require that you be examined by a Physician of the Claims Administrator's choosing.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period...

NNI-LTD-00004933

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency, the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting.

## Maximum Benefit Period

The maximum length of time benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24-month period, benefits will continue during your Hospital confinement.

# If You are Disabled Again

Once a period of Total Disability has ended (i.e., you have returned to Active Work), any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- it has the same or related cause as the first disability and
- you were Actively at Work less than three consecutive months since your first disability.

If it is considered a continuation of your initial disability, LTD benefits are immediately payable. If it is a new disability, LTD benefits are payable only after a new 26-week waiting period.

NNI-LTD-00004934

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit, you will have no LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

## Reduction of Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents because of your disability or retirement.

For the purposes of this plan, "other income" includes:

- income received from any employer or from any occupation for compensation or profit, including self-employment
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process)
- disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis)
- any other disability, retirement or unemployment benefits required or provided for under any law of any government — for example:
  - unemployment compensation benefits
  - no-fault wage replacement benefits
  - statutory disability benefits
  - Social Security benefits (family offset), the Canada Pension Plan and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan

While you are receiving LTD benefits, you will not be required to pay premiums for any Optional STD, Optional LTD or Optional Employee Life Insurance coverage you have selected.

NNI-LTD-00004935

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

1. Any periodic payments will be allocated to monthly periods.

2. Any single lump sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to 60 monthly periods. However, any single lump sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan.

3. Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

This plan takes into account other income for which you are eligible, but may have not yet received. It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

In the case of Social Security, you are expected to pursue the following steps:

1. Apply for Social Security benefits.

2. Appeal at the reconsideration level, if benefits are denied.

3. Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give the plan written proof that your application for other disability benefits has been finally denied, the plan will estimate your monthly Social Security and other income and use that amount to determine your benefit under this plan.

If you sign a Reimbursement Agreement under which you agree to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit before your Social Security benefit begins, your Social Security or other income will not be estimated while your applications and appeals are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins. To obtain a Reimbursement Agreement, contact the Claims Administrator as defined in the Administration Information section.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different than the amount used to determine your LTD benefits, these rules apply:

1. If LTD benefits have been underpaid, this plan will make a lump sum payment to you to bring the total payments to the amount that should have been paid.

2. If LTD benefits have been overpaid, this plan will either require you to make a lump sum reimbursement payment to the plan or reduce or eliminate future payments. In this case, plan minimums will not apply.

It is your responsibility to complete any required applications, such as for Social Security benefits...

NNI-LTD-00004936

# Social Security Disability Benefits and Medicare

Disabled employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (like prescription drugs). To be protected as completely as possible, you need to accept Medicare coverage when you become eligible. (You may be contacted by a representative acting on behalf of the Company who will assist you in the Medicare enrollment process.) Coverage under Medicare Part A is free while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefit you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

# Mandatory Vocational Rehabilitation Program

Effective for disabilities commencing on or after January 1, 1999, if you are deemed able to be rehabilitated while you are receiving LTD benefits, you will be required to take part in an "approved rehabilitation program" to help you get back to work. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.) An approved rehabilitation program is:

- a program of vocational rehabilitation or
- a period of part-time work with the Company for purposes of rehabilitation, recommended by your Physician, and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator and the Plan Administrator approve such program in writing and will end when your Physician, the Claims Administrator and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while on an approved rehabilitation program. During this period, your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings. Here is an example:

| Monthly LTD Benefit From The Plan | Rehabilitative Earnings | 50% Reduction | Net LTD Benefit From The Plan |
|---|---|---|---|
| $1,600 | $300 | $150 | $1,750 |

If this plan determines that a program that should make you self-supporting is within your ability, the plan may pay certain expenses of a vocational rehabilitation program at the discretion of the Plan Administrator. If this benefit applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program. The maximum payment is $10,000.

...you may continue to receive LTD benefits for a limited time while on an approved rehabilitation program.

...your regular monthly LTD benefit will be reduced by 50% of your earnings from your rehabilitative job.

NNI-LTD-00004937

# Cost of Living Adjustment (COLA)

Prior provisions of the LTD plan provide a cost of living adjustment for LTD benefits for disabilities beginning on or after July 1, 1994 before January 1, 2000. This adjustment applies to your Core and Optional LTD benefits each year after the first year of Long-Term Disability. This adjustment increases your total LTD benefit by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one year anniversary date that your LTD benefit began and is increased each year thereafter (when a CPI increase applies) beginning the same calendar month of your first COLA increase.

Effective for disabilities beginning on or after January 1, 2000, the LTD plan will no longer provide a cost of living adjustment for LTD benefits.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by the following:

- intentionally self-inflicted Injury, including:
  - a disability or Injury that results from the use of hallucinogenic or narcotic drugs except when legally prescribed by a Physician and taken in accordance with the Physician's direction
- your participation in the commission of an assault or felony
- war or any act of war (declared or undeclared), insurrection, rebellion or participation in a riot or civil commotion
- a Preexisting Condition, as described below
- a disability or Injury that occurs while on a personal leave of absence, a military leave of absence, or while not actively at work
- a disability or Injury that occurs after a period of Total Disability has ended, but prior to returning to Active Work.

## Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered if Total Disability occurs within 12 months after coverage is effective and if the disability is caused or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

The Preexisting Condition exclusion will not apply to employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its employees under the LTD plan as an Affiliate.

NNI-LTD-00004938

A "Preexisting Condition" is an Illness, Injury or condition for which you:

- received treatment or services from a Physician,

- took drugs or medicines prescribed by a Physician,

- incur expenses,

- receive a diagnosis,

- a disability or Injury that occurs while on a personal leave of absence, a military leave of absence or while not actively at work or

- a disability or Injury that occurs after a period of total disability has ended, but prior to returning to Active Work.

Disability benefits may also be payable to you for an Occupational Disability...

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may also be payable to you for an Occupational Disability as defined below. This benefit is provided on the same terms as the benefit for a non-occupational disability. (see page 12 Reduction of Benefits Due to Other Income) Nortel Networks short-term disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD benefit amount.

Occupational Disabilities are those caused by:

- an Injury arising out of, or in the course of, any employment for wage or profit or

- a disease covered with respect to such employment by any Workers' Compensation law, occupational disease law or similar legislation.

# WHEN COVERAGE ENDS

LTD and STD coverage will end on the earliest of the following dates:

- the date your employment ends or you stop qualifying for coverage or

- the date the part of the plan providing the coverage ends or

- the date you fail to pay the required premium or contribution or

- the date you begin an unpaid leave of absence.

For coverage purposes, your employment will end when you are no longer an active full-time or part-time Employee. However, the Company may consider you as still an active Employee during certain types of approved leaves of

NNI-LTD-00004939

absence. For example, if you are on an unpaid medical leave of absence because of Injury or Illness that does not qualify you for benefits under the STD or LTD plan, your coverage may be continued.

If you stop Active Work for any reason, you should contact Employee Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# OTHER IMPORTANAT INFORMATION

## A Note About State Disability Laws

In certain locations, state mandated disability plans supersede the Company's plan. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plan may be assigned only as a gift assignment. The Claims Administrator will not:

- be responsible for determining the validity of a purported gift assignment, or
- be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as defined in the Administrative Information section).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits, you will be required to reimburse the Claims Administrator or have the overpayment deducted from subsequent benefit payments payable under this plan or any other Company welfare plan.

# ADMINISTRATIVE INFORMATION

Please see the Administrative Information section of this handbook for further administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

NNI-LTD-00004940

- o **Increased office visit and specialist copayments**

- o **New outpatient surgery copayment**

Click here for details on EPO and PPO plan design changes.

- **Plan design changes to the HMO options.**
  - o Changes to Kaiser and Harvard Pilgrim HMOs

Click here for details on HMO plan design changes.

- **Short-Term Disability (STD) and Long-Term Disability (LTD) coverage levels will be reduced for 2006.**
  - o New STD core coverage level is $66^2/_3$%

  - o New LTD core coverage level is 55%, and optional coverage level is $66^2/_3$%

Click here for details on STD coverage levels.

Click here for details on LTD coverage levels.

- **Recurrent STD provision changing to 30 days from 14 days.**
  - o If, after a period of STD leave, you return to work, and then go on STD leave again, your **new disability period will** be considered a continuation of your first disability if:
    - Your new disability has the same or related cause as the first disability, and

    - You were actively at work for less than 30 consecutive days since your previous STD **leave, or**

    - You have not returned for one full day of full-time active work between the two disability periods.

eValuator™ is now available to help you assess how these changes will affect your health care costs, to see which Medical Plan option would work best for you, and to determine how much you could save by participating in the HCRA. Participation in the HCRA is a very effective way of minimizing the impact of the increased cost of health care. Click here to access eValuator™.

**Disclaimer**
If there are any discrepancies between the information in this FLEX 2006 Benefits Site and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to amend or discontinue the plan and/or program described in this site at any time without prior notice to, or consent by, employees.

The Basic Term Life, Optional Term Life, Dependent Term Life, Accidental Death & Dismemberment, Short-Term Disability and Long-Term Disability coverages are issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. The Booklet-Certificate contains all details, including any policy exclusions, limitations and restrictions, which may apply. Contract Series: [83500 or 96945.]

IFS A096118 Ed. 9/2004

# Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan

# Summary Plan Description 2007

NNI-LTD-00000279

# IN THIS SUMMARY PLAN DESCRIPTION

ABOUT THIS SUMMARY PLAN DESCRIPTION...................................................................................5

## SECTION ONE - SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

INTRODUCTION TO SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS...6

    Claims Administrator Information Used in Claim Determinations ......................................................6

PLAN HIGHLIGHTS...............................................................................................................7

WHO IS ELIGIBLE ...............................................................................................................8

    You.............................................................................................................................8

HOW TO ENROLL ...............................................................................................................8

    If You are on Disability During an Annual Enrollment Period..............................................................9

    Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX.............................................10

WHEN COVERAGE BEGINS.......................................................................................................10

    Core Short-Term Disability Plan and Long-Term Disability Plan Benefits.....................................................10

    Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits..................................................11

    During the New Hire Enrollment Period......................................................................................11

    During the Annual Enrollment Period........................................................................................11

    Delay of Effective Date......................................................................................................12

    Changing Your Selections....................................................................................................12

WHEN COVERAGE ENDS.........................................................................................................13

    For You ....................................................................................................................13

WHAT COVERAGE COSTS........................................................................................................13

WHEN CONTRIBUTIONS BEGIN...................................................................................................13

FLEX EARNINGS................................................................................................................14

SHORT-TERM DISABILITY BENEFITS.............................................................................................14

    STD Benefit Amount.........................................................................................................15

    Definition of Disability for STD Purposes ...................................................................................16

    Reasonable Accommodations.................................................................................................16

    When Benefits Begin and End................................................................................................17

    Reduction of STD Benefits Due to Other Income..............................................................................18

    Applying for Social Security Benefits........................................................................................19

NNI-LTD-00000280

Exclusions...................................................................................................................................19

LONG-TERM DISABIITY BENEFITS ......................................................................................20

    LTD Benefit Amount.......................................................................... ..20

    Definition of Disability for LTD Purposes ...............................................................20

    Reasonable Accommodations.............................................................................21

    When Benefits Begin and End...........................................................................21

    Waiver of Premium.........................................................................................23

    Reduction of LTD Benefits Due to Other Income....................................................24

    Applying for Social Security Benefits..................................................................25

    Social Security Disability Benefits and Medicare....................................................25

    Mandatory Vocational Rehabilitation Program.......................................................26

    Cost-of-Living Adjustment...............................................................................27

    Exclusions...................................................................................................27

    Preexisting Conditions Exclusion.......................................................................27

OCCUPATIONAL DISABILITY BENEFITS................................................................28

OTHER IMPORTANT INFORMATION......................................................................28

    A Note about State Disability Laws.....................................................................28

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION.......................................................................................................30

CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW.........................................31

    Claims Administrator Contact Information.............................................................31

    Final Appeal Reviewer Contact Information..........................................................31

    Filing Claims and Appeals.............................................................................................31

    - Filing a Claim for payment of a benefit under the Short-Term Disability Plan ............................32

    - Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential ......32

    - Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential............. . 33

    - Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Level Claim to HR Shared Services and Employee Benefits Committee .... ....... ............ ...... . . . . . . .. ... ....... ........... . ... ... . ..... ...34

    Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals..................................36

NNI-LTD-00000281

YOUR RIGHTS UNDER ERISA ............................................................................................................................ 36

FUTURE OF THE PLAN ...................................................................................................................................... 37

## SECTION THREE - GLOSSARY

NNI-LTD-00000282

# ABOUT THIS SUMMARY PLAN DESCRIPTION

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Short-Term Disability Plan and the Long-Term Disability Plan that are in effect for the 2007 Calendar Year. It is designed to provide you with a comprehensive resource providing detailed information about your short-term and long-term disability benefits and connecting you to other sources of information that could not be described fully in this SPD. It is divided into the following sections:

- **SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS** describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about the Short-Term Disability Plan and the Long-Term Disability Plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this SPD.

In no case does this document indicate or guarantee any right of future employment.

Please note that certain key words in this document are capitalized. You can find these words defined in the applicable sections of this SPD or in the Glossary section at the end of this document.   References to "you" throughout this document are references to the enrolled Employee.

NNI-LTD-00000283

# SECTION ONE – SHORT-TERM DISABILITY PLAN AND LONG-TERM DISABILITY PLAN BENEFITS

This section describes the provisions of the Short-Term Disability Plan and the Long-Term Disability Plan, including who is eligible, how participation is elected, what benefits are paid, and when participation ends.

## Introduction to Short-Term Disability Plan and Long-Term Disability Plan Benefits

The Short-Term Disability Plan and the Long-Term Disability Plan are two parts of the Nortel Networks FLEX Program. The FLEX Program is a flexible benefits or "cafeteria" plan that offers you a choice among different types and levels of benefits. FLEX offers two kinds of benefits: "Core" and "Optional". Under FLEX, you may choose among various Core and Optional FLEX Program benefits to create your own customized benefits package. Under the Short-Term Disability Plan and the Long-Term Disability Plan, you are provided short-term and long-term disability coverage as part of your Core FLEX Benefits and, as part of your Optional FLEX Benefits, you can choose optional short-term and optional long-term disability coverage for yourself. Or you may decline optional coverage.

Your disability benefits are designed to continue all of your income for a period of time and a portion of your income for an additional period if you are unable to work due to Illness or Injury and meet specific definitions of "Disabled" under the plans. The Company has chosen The Prudential Insurance Company of America (Prudential) to administer the Short-Term and Long-Term Disability Plans.

The information contained in this document is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Short-Term Disability Plan and the Long-Term Disability Plan  consist of:

- this SPD, as well as
- subsequent information that is provided to you about plan changes from year-to-year, and
- certain information developed and used by the Claims Administrator in evaluating your Claims.

Such information includes the resources listed below.

## Claims Administrator Information Used In Claim Determinations

In connection with the appointment of Prudential as the Claims Administrator of the Long-Term Disability Plan and the Short Term Disability Plan (the "Disability Plans"), the Plan Administrator delegated the exclusive authority to interpret and administer the provisions of the Disability Plans, including discretionary authority to:

§    construe and interpret the terms of the Disability Plans,

§    determine the validity of charges submitted under the Disability Plans, and

§    make final, binding determinations concerning the availability of benefits under the Disability Plans.

NNI-LTD-00000284

In addition to the standards described in this SPD, when Prudential makes a claims decision they also rely on standard texts and Prudential policies concerning medical conditions, disabling conditions, and physical and mental requirements for the performance of different occupations.

In connection with the determination of your Claim, you may request, free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your Claim—including any written standards that were relevant other than this SPD. For this purpose, a document, record, or other information is treated as "relevant" to your Claim if it:

(1) was relied upon in making the determination on your Claim;

(2) was submitted, considered, or generated in the course of making the determination on your Claim, regardless of whether such document, record, or other information was relied upon in making the determination;

(3) demonstrates compliance with the administrative processes and safeguards required in making the determination on your Claim; or

(4) constitutes a statement of policy or guidance with respect to the Long-Term Disability Plan, regardless of whether such statement was relied upon in making the determination on your Claim.

To request a document, record, or other information described above in determination of your Claim, send a written request to Prudential at the following address:

Prudential Insurance Company of America
2 Ravinia Drive
Suite 1650
Atlanta, GA 30346

# PLAN HIGHLIGHTS

## Short-Term Disability (STD)

| Core STD Benefit | Optional STD Benefit |
|---|---|
| 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 66 2/3%* of your pre-disability FLEX Earnings up through the next 20 weeks | Increase core coverage from 66 2/3% to 90% of your pre-disability FLEX Earnings for the 7th week through the 26th week |

## Long-Term Disability (STD)

| Core LTD Benefit | Optional LTD Benefit |
|---|---|
| 55%* of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks | Increase your core coverage from55% to 66 2/3% of your pre-disability FLEX Earnings after you have been disabled and receiving benefits from the Nortel STD Plan for 26 consecutive weeks |

*Or statutory minimum (if greater)

NNI-LTD-00000285

STD and LTD benefits are mutually exclusive and the determination of whether each option pays benefits is independent of the decision made under the other. However, you must receive benefits for the maximum period of 26 weeks under the STD Plan to be eligible for benefits under the LTD Plan. Under no circumstances will STD and LTD benefits be paid concurrently.

# WHO IS ELIGIBLE

You are eligible to participate in the Short-Term Disability Plan and the Long-Term Disability Plan if you are a regular Employee working 20 or more hours per week.

If you are a member of a bargaining unit, you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan unless specified in the collective bargaining agreement. If you are a non-payrolled worker or independent contractor you are not eligible for the Short-Term Disability Plan and the Long-Term Disability Plan.

# HOW TO ENROLL

You are automatically enrolled in the portion of the Short-Term Disability Plan and the Long-Term Disability Plan that provides the Core STD Benefits and the Core LTD Benefits (as described under "Plan Highlights" above. You may choose to enroll for **optional** short-term disability and/or **optional** long-term disability plan benefits:

- Within 31 days of your Hire Date or the date you become eligible if you are not eligible on your Hire Date,
- During an Annual Enrollment Period, or
- When you experience a Status Change (see "Changing Your Selections" on page 12 for more information on status changes).

To enroll, you must complete the enrollment process and pay the applicable Employee contributions. The Short-Term Disability Plan and the Long-Term Disability Plan options you are eligible to choose from and your costs for these options are shown on the FLEX online enrollment tool (or your Personalized Enrollment Worksheet if you do not have intranet access). You will automatically be provided with materials to help you make your decision when you are hired and prior to the Annual Enrollment Period. However, you must contact HR Shared Services and report your Status Change to receive information and make new elections following a Status Change. To report a Status Change or to obtain information about enrollment in the Short-Term Disability Plan and the Long-Term Disability Plan upon your hire or during the Annual Enrollment Period, contact HR Shared Services at: 1-800-676-4636. You may not enroll in the Short-Term Disability Plan and the Long-Term Disability Plan or change your coverage by contacting any of the Claims Administrators that process benefit Claims under the Plan; you must contact HR Shared Services to do that.

NNI-LTD-00000286

# If You are on Disability During an Annual Enrollment Period

## STD

If you are receiving STD Plan benefits during an Annual Enrollment Period, and you are still receiving such benefits when your newly selected coverage is supposed to begin, the following provisions will apply:

- You will receive FLEX Credits and may select new choices for your FLEX Benefits, including optional STD and/or optional LTD. However, your new choices will not affect the benefits you are currently receiving, as explained further below.

- You will continue to be eligible for STD benefits under the selections you were enrolled in at the time your STD began. Should you become eligible for LTD, your benefits would be paid under the provisions of the selections you were enrolled in during your STD as well.

- Once you return to Active Work for 30 days, you will be covered under your new selections (your choices at the Annual Enrollment Period), and any Payroll Deductions for the new coverage will begin.

## LTD

If you are receiving LTD Plan benefits during an Annual Enrollment Period, you will not be eligible to enroll in STD or change your current LTD selection. (However, medical, dental/vision/hearing care, life insurance, and AD&D benefits will continue to be available to you.) In addition, the following provisions will apply:

- You may change your medical and/or dental/vision/hearing care selections.

- You may not increase optional life insurance or optional AD&D insurance coverage for yourself or your eligible Dependents. However, you may decrease or drop this coverage.

- You will continue to be eligible for LTD benefits under the selection in which you were enrolled when your LTD began.

- Once you return to Active Work for 30 days, you may change your enrollment selections, since this is considered a Status Change. For more information on status changes, refer to page 12.

NNI-LTD-00000287

# Short-Term Disability Plan and Long-Term Disability Plan Options under FLEX

## Core FLEX Benefits

You are eligible for core STD and core LTD coverage on your Hire Date. You do not need to enroll for core STD and core LTD coverage in order to participate. The amount of core STD and core LTD coverage available is described on pages 7, 14 and 19.

## Optional FLEX Benefits

You may select from the following options for disability plan benefits under the FLEX Program:
- No Coverage
- Optional Short-Term Disability
- Optional Long-Term Disability

If you choose to enroll in optional benefits, you may select coverage as follows:
- You only

The amount of optional short-term and optional long-term disability coverage available is described on pages 7, 15 and 20.

# WHEN COVERAGE BEGINS

## Core Short-Term Disability Plan and Long-Term Disability Plan Benefits

Core Short-Term and Long-Term Disability Plan coverage is automatically effective on your date of hire as a new Employee. Refer to "Plan Highlights" on page 7 for more information about this coverage.

## Optional Short-Term Disability Plan and Long-Term Disability Plan Benefits

If you select any optional Short-Term or Long-Term Disability Plan coverage during your election of FLEX Benefits, your coverage will begin as follows:

NNI-LTD-00000288

| If you enroll and pay the required contribution ... | Your coverage will be effective on ... |
| --- | --- |
| As a new Employee within 31 days after your Hire Date | The day HR Shared Services receives your selections. |
| Within 31 days of a Status Change event | The date the Status Change event occurs. |
| During the Annual Enrollment Period | The first day of the next Plan Year, normally January 1 |

If you do not enroll under any of the above circumstances, you will be covered under core STD and core LTD plans only, and you must wait until the next Annual Enrollment Period (or experience an applicable Status Change) to select optional STD or optional LTD coverage.

# During the New Hire Enrollment Period

You have 31 days from your Hire Date to enroll in the optional benefits provided under the Short-Term Disability Plan and the Long-Term Disability Plan. If you enroll within 31 days of your Hire Date, your optional Short-Term Disability Plan and the Long-Term Disability Plan coverage will be effective on the date HR Shared Services receives your selections. You will not have coverage under any optional Short-Term Disability Plan or Long-Term Disability Plan benefits until you enroll in the Plan. The Effective Date of the enrollment is explained above.

## If You Do Not Enroll

If you do not enroll under any of the above circumstances, you will be covered under core Short-Term and Long-Term Disability Plan coverage only. (Information about the core benefits is provided on page 7.) YOU WILL HAVE NO OPTIONAL COVERAGE until the next Plan Year (if you elect such optional coverage during the next Annual Enrollment Period) or until you elect optional coverage following an applicable Status Change.

# During the Annual Enrollment Period

Each year during the Annual Enrollment Period (generally in the fall), you will make your FLEX selections, including your choices among the Short-Term Disability Plan and the Long-Term Disability Plan options, for the next Plan Year. Before the Annual Enrollment Period begins, you will receive materials to help you make your decisions, as well as instructions on how to enroll. The FLEX selections you make during the Annual Enrollment Period will go into effect on the first day of the following Plan Year and remain in effect through the end of the Plan Year unless you make a new selection due to a Status Change. The Effective Date of the enrollment is explained under "Changing your Selections During the Plan Year" on page 12.

## If You Do Not Enroll

If you do not enroll during the Annual Enrollment Period the Short-Term Disability Plan and Long-Term Disability Plan option and coverage level in which you were enrolled in 2006 continue in 2007.

NNI-LTD-00000289

# Delay of Effective Date

If you are not Actively at Work on the day your enrollment or change in coverage would otherwise be effective, the Effective Date will be delayed until you return to Active Work status, regardless of the reason for your absence.

# Changing Your Selections During the Plan Year

Your FLEX Benefits selections for your Short-Term Disability Plan and Long-Term Disability Plan remain in effect through the end of the Plan Year (December 31st). You generally cannot change your selections until the next Annual Enrollment Period, unless you experience a Status Change that permits it.

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. The list of Status Changes includes but is not limited to:

- Marriage,
- Divorce, annulment, or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Death of a spouse,
- Death of Dependent Child
- Change in your employment status affecting benefit eligibility (such as from or to part-time or full-time),
- Change in your spouse's employment status affecting benefits eligibility (such as from or to part-time or full-time),
- Beginning or end of your spouse's employment.

If you make changes to your benefit selections due to a Status Change, the change must be consistent with the Status Change. For example, if you experience the birth of a Dependent child, you may wish to add additional optional STD and LTD because of your new added responsibilities as a parent..

To make a change to your benefit selections, you must contact HR Shared Services within 31 days of the Status Change and indicate that you wish to make FLEX enrollment changes due to the Status Change. HR Shared Services will initiate the Status Change in the FLEX online enrollment tool, which will allow you to go online to make your benefit changes. Changes submitted within 31 days of the Status Change event will be effective the date of the event.

Alternatively, you may ask to change your benefit selections by fax or mail. Contact HR Shared Services for a Personalized Enrollment Worksheet and an affidavit, which you must complete and return to HR Shared Services within 31 days of the Status Change.

When you request to change your benefit selections due to a Status Change, HR Shared Services may ask you to provide supporting documentation (such as a marriage or birth certificate, or a divorce decree). Such a request may either be made at the time you report your Status Change or at a later date for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after the date your Status Change occurred, you cannot change any FLEX Benefit Program options (e.g., adding optional Short-Term Disability Plan coverage) until the next Annual Enrollment Period.

---

NNI-LTD-00000290

# WHEN COVERAGE ENDS

Your core and optional STD and LTD Plan coverage will end on the earliest of:
- the date your employment ends, or
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required premium contribution.

For coverage purposes, your employment will end when you are no longer Actively at Work as an eligible full-time or part-time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence from work.

If you stop Active Work for any reason, you should contact HR Shared Services at once to determine what arrangements, if any, can be made to continue any of your coverage.

# WHAT COVERAGE COSTS

Core STD and Core LTD coverage are provided at no cost to you. You pay the full cost of optional STD and optional LTD coverage. The cost of coverage is determined by the Company each year. The Company reserves the right to change your cost of coverage as necessary.

If you select optional STD or LTD coverage, your Employee contributions are deducted from your paycheck each pay period on a Before-Tax basis or you may be able to use FLEX Credits to pay some of the cost if you do not use your FLEX Credits to pay for other benefits. The Company makes available FLEX Credits which may be used to pay for Optional FLEX Benefits under the FLEX Program. (More information about FLEX Credits is provided in the FLEX Overview SPD, located on Services@Work.) All full-time and part-time Employees who are eligible to participate in the Plan receive the same number of FLEX Credits. The amount of FLEX Credits you receive as well as your cost for each of the options available under FLEX is shown on the FLEX online enrollment tool or your Personalized Enrollment Worksheet (if you don't have intranet access). The Amount of FLEX Credits may also be changed by the Company.

# WHEN CONTRIBUTIONS BEGIN

Contributions for the optional Short-Term Disability Plan and the optional Long-Term Disability Plan benefits begin with the first full pay cycle following the Effective Date of your coverage. Effective Dates are described under " When Coverage Begins " on page 10.

Core STD and Core LTD coverage is provided at no cost to you. You will pay for optional STD and LTD coverage with before-tax dollars. Contributions are deducted from your paycheck each pay period.

NNI-LTD-00000291

# FLEX EARNINGS

FLEX Earnings are the basis on which your STD benefits are calculated. For example, under Core STD, the benefit is 100% of your pre-disability FLEX Earnings for six weeks and then 66 2/3 % of your pre-disability FLEX earnings up through the next 20 weeks. FLEX Earnings generally equal your base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your target incentives, as defined each year by the Company (excluding bonuses). Your FLEX Earnings are determined on the following dates:

| If you are enrolling: | Your FLEX Earnings are your base salary as of: |
|---|---|
| For 2007 annual enrollment | January 1, 2007 |
| As a new hire | Your Hire Date |
| Part-time to full-time or vice versa | Effective Date of employment Status Change |

FLEX Earnings do not include:
- overtime pay,
- shift differentials,
- relocation payments or
- bonuses.

If your FLEX Earnings and FLEX Credits change during the Calendar Year (except due to an employment Status Change - e.g., full-time to part-time), related FLEX Payroll Deductions and Credits will not change during the year since these deductions are based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year. If your FLEX Earnings *increase* during the year, pay-related benefits (e.g., disability, term life insurance, etc.) will be based on your FLEX Earnings at the time of your disability. However, if your FLEX Earnings *decrease* during the year (except due to an employment Status Change - e.g., full-time to part-time), pay-related benefits will be based on your FLEX Earnings as of the administrative preparation period just prior to the Annual Enrollment Period of the preceding year.

**FLEX Earnings are generally your annual base salary. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives as defined each year by the Company (excluding bonuses).**

# SHORT-TERM DISABILITY PLAN (STD) BENEFITS

STD benefits will be paid to you for up through 26 weeks if you become Totally Disabled by an Injury or Illness while you are covered under the plan. To be eligible to receive STD benefits, the Claims Administrator must receive the required paperwork from your physician within 15 days of the first day you are absent from work. If required paperwork is not received by the Claims Administrator within the 15-day deadline it may result in a denial of STD benefits. On receipt of the required paperwork, the Claims Administrator will review the information to determine if you qualify for STD benefits. The discretion to make the decision about your qualification for the STD benefit has been delegated to the Claims Administrator.

NNI-LTD-00000292

STD applications are reviewed for concurrent Family Medical Leave eligibility. STD benefits will apply toward meeting the total leave entitlement required under the Family and Medical Leave Act of 1993 or similar state laws if applicable.

# STD Benefit Amount

## Core STD Benefit

Before STD benefits can begin, you must be Ill or Injured for five consecutive days. These five days constitute the "waiting period." If you are subsequently approved for STD, the five-day waiting period is treated as week one of your STD benefit period. The STD plan pays a weekly benefit of 100% of your pre-disability FLEX Earnings for up through six weeks of your disability. After the first six weeks of disability, the core STD Plan pays 66 2/3% of your pre-disability FLEX Earnings for up through the next 20 weeks. Core STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## Optional STD Benefit

If you elected optional STD coverage, it increases your coverage so that after the first six weeks of disability, the plan pays 90% of your pre-disability FLEX Earnings for up through the next 20 weeks. Optional STD benefits are reduced by federal and state income tax, as well as other income you may receive, as described under the "Reduction of STD Benefits Due to Other Income" section on page 18.

## STD Benefits for Part-Time Employees

If you are a part-time Employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work will be used to determine the amount of your disability benefit.

If you work less than 20 hours a week:

- Your medical leave of absence will be unpaid, unless otherwise required by applicable state law.

- You are eligible for a medical leave of absence only if you have been Actively at Work for at least 1,250 hours during the 12 months immediately prior to the beginning of the period of disability.

You may request a personal leave of absence if you are not eligible for a medical leave of absence but you are medically unable to work.

## Extension of Benefits Due to Part-Time Employment

If your Physician and the Company approve your return to work (for any company) on a part-time basis during the first six weeks that you are receiving STD benefits, you will receive all of your earned wages for the period that you work plus a reduced STD benefit for the period you receive disability benefits.

Because your return to work on a part-time basis will decrease the amount of STD benefits you receive, the resulting savings will be used to extend the number of weeks that you are eligible to receive benefits at 100% of your pre-disability FLEX Earnings.

NNI-LTD-00000293

# Definition of "Disability" for STD Plan Purposes

You are entitled to benefits from the STD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled only when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician at all times during the period when you claim to be Totally Disabled to receive a benefit from the STD Plan.

A "Physician" means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a "Physician" means a legally qualified Physician who specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for STD benefits at its discretion. Independent Medical Evaluations (IMEs) (either additional physical examinations and medical testing or file reviews of existing medical records) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required time.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. "Self-reported symptoms" means the manifestations of your condition you share with your Doctor which are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness, and loss of energy. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o  Part-time or modified work schedules,

    o  Home-based work,

    o  Reassignment to vacant positions,

    o  Acquisition or modification of tools, equipment, and/or furniture, and

    o  Modifications to business travel schedules.

NNI-LTD-00000294

# When Benefits Begin and End

Administratively, STD Plan benefits will begin on the sixth consecutive working day of your disability. At the onset of your disability, if you are a full-time employee working part-time (due to your disability)and on partial disability the remainder of the time, STD benefits will not begin until your absence satisfies the equivalent of five full-time work days, e.g., 10 part-time work days. If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability.
 If you begin to receive STD benefits, the five-day waiting period will count toward your total period of disability benefit payments.

STD benefits end when:

*   Your eligibility ends,

*   You are no longer Totally Disabled,

*   Your employment with the Company ends, or

*   You have received 26 weeks of STD benefits.


# If You Are Disabled Again

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status.

If, after you return to Active Work, you become Totally Disabled again, your new period of Total Disability will be considered a continuation of your first disability if:

*   It has the same cause as the first disability, or a related cause, *and*

*   You were Actively at Work less than 30 consecutive days since you were Totally Disabled, *or*

*   You have not returned for one full day of full-time Active Work between the two disability periods.

You will be considered Actively at Work on any of the Company's scheduled workdays if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

Here are some examples of how this provision works:

*   You have received STD benefits for 10 weeks, and you return to Active Work for one week before the same Illness requires you to stay at home again. In this case, STD benefits continue under the previous Claim for the rest of the 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

*   You have received STD benefits for 10 weeks, and you return to Active Work for 30 consecutive days.. Then, the same Illness requires you to stay at home again. In this case, you will have to file a new Claim and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

*   You have received STD benefits for 10 weeks, and you return to Active Work for one day. Then, a different Illness requires you to stay at home again. In this case, you will have to file a new Claim

NNI-LTD-00000295

and are eligible for STD benefits for a new 26-week period (if you are determined to be Totally Disabled under the STD plan provisions).

- You have received STD benefits for 10 weeks and are released to return to work. You do not return to work and a different (or the same) Illness or Accident prevents you from working. In this case, you are not eligible for STD benefits under a new or previous claim as you did not return to Active Work (i.e., you must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits).

# Reduction of STD Benefits Due to Other Income

STD benefits will be reduced by any other income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your STD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not have yet received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o Unemployment compensation benefits,

    o No-fault wage replacement benefits,

    o Statutory disability benefits, and

    o Social Security benefits (if a family offset is applicable, the family offset will be applied against your STD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and

    o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan,

For example, if your weekly STD benefit is $200, and you are also receiving $100 a week from Workers' Compensation, then your STD benefits will be reduced to $100 a week so that your total income equals $200 a week.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to weekly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum will be allocated to weekly periods. However, any

NNI-LTD-00000296

single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income that you receive is different from the amount used to determine your STD benefits, the following rules apply:

- If STD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If STD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.

# Applying for Social Security Benefits

If you anticipate that your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security Disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you may choose to sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an STD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your STD benefit while your applications, and any subsequent appeals, are pending. However, you will have to pay that amount back immediately when your Social Security benefit begins.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the STD plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Exclusions

STD benefits will not be paid for any disability resulting from:

- Intentionally self-inflicted injuries, including a disability or an Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony, or

NNI-LTD-00000297

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion.

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

## Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

NNI-LTD-00000298

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your STD benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. . Reasonable accommodations may include, but are not limited to:

- General accommodations -- the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:

    o   Part-time or modified work schedules,

    o   Home-based work,

    o   Reassignment to vacant positions,

    o   Acquisition or modification of tools, equipment, and/or furniture, and

    o   Modifications to business travel schedules.

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD. Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator

---

NNI-LTD-00000299

approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

## Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

NNI-LTD-00000300

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

*   It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

NNI-LTD-00000301

will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

  o Unemployment compensation benefits,

  o No-fault wage replacement benefits,

  o Statutory disability benefits,

  o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

  o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

NNI-LTD-00000302

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

NNI-LTD-00000303

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

*   A program of vocational rehabilitation, or

*   A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

Here is an example:

| Monthly LTD Benefits From the Plan | $1,600 |
| --- | --- |
| Rehabilitative Earnings | $300 |
| 50% Reduction | $150 |
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

NNI-LTD-00000304

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,

- Took drugs or medicines prescribed by a Physician,

- Incurred expenses, or

- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

NNI-LTD-00000305

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or

- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of STD Benefits Due to Other Income on page 18 or Reduction of LTD Benefits Due to Other Income on page 24.) STD benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable STD and LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

- Be held to know about an assignment unless it has received a copy of it.

For more information on limits of assignments or how to assign disability benefits as a gift, contact the Claims Administrator (as listed on page 31).

## Errors in Payments

If the Claims Administrator determines that you have received an overpayment of benefits due to an error, you will be required to reimburse the Claims Administrator or have the overpayment deducted from

NNI-LTD-00000306

subsequent benefit payments payable under the STD plan, the LTD plan, or any other Company welfare plan.

# SECTION TWO – ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights and how the Company may amend the plan.

## Identifying Information

Plan Type under ERISA: Welfare Plan

Plan Number: 509

Funding Method: Self-funded with contributions held in trust

Contribution Source: the Companies that sponsor the Plan pay the full cost of the core STD and core LTD plan coverage and participating Employees contribute to the cost of the optional STD and optional LTD plan coverages.

Companies that Sponsor the Plan: Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR Shared Services at 1-800-676-4636.

The address for Nortel Networks Inc. is:
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228

Agent for Service of Legal Process:
Attn: Lynn Egan
Nortel Networks Inc.
220 Athens Way, Suite 300
Nashville, TN 37228-1397
615-432-4787

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
Retirement Services Group
Bank of America
213 South LaSalle Street
Chicago, IL 60697
312-828-2345

NNI-LTD-00000307

# CONTACT INFORMATION FOR CLAIMS FILING AND APPEAL REVIEW

The list below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits. Call HR Shared Services at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The entities responsible for each type of Claim and Appeal of denied Claims under the Short-Term Disability Plan and the Long-Term Disability Plan are noted in the list below:

**Initial Claims for STD/LTD eligibility to participate/coverage level and initial Claims and all appeals for denied payment of STD/LTD benefits Claims:**

The Prudential Insurance Company of America
PO Box 13480
Philadelphia, PA 19101
1-800-842-1718

**First level appeals of denied eligibility to participate/ coverage levels Claims:**

HR Shared Services
Nortel Networks
PO Box 13010
Research Triangle Park, NC 27709-3010
Direct: 919-905-9351
ESN: 355-9351
Toll Free 1-800-676-4636

**Second/final level appeals of denied eligibility to participate/ coverage levels Claims:**

Employee Benefits Committee
Nortel Networks
220 Athens Way, Suite 300
Nashville, TN 37228
615-432-4787

# FILING CLAIMS AND APPEALS

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Short-Term Disability Plan and the Long-Term Disability Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements.

In order to properly process your request, please refer to the "Contact Information for Claims Filing and Appeal Review" chart above for a complete list of all Claims Administrators, their respective addresses and phone numbers.

## A. Short-Term Disability Plan and Long-Term Disability Plan Benefit Claims and Appeals

NNI-LTD-00000308

### 1. Filing a Claim for payment of a benefit under the Short-Term Disability Plan:

The process for requesting a Short-Term Disability Plan benefit is as follows:

a. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim.

b. Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Short-Term Disability Plan benefits. If Prudential is unable to reach the physician, s/he will communicate to you and send necessary forms by regular mail to you for your physician to complete. To avoid delay in processing the claim, you may also download the necessary forms Medical Release and Attending Physicians Statement from S@W and send to Prudential. (If Prudential does not receive the completed medical forms within **15 calendar days of last day worked, your pay will be suspended.)**

### 2. Filing a Claim for payment of a benefit under the Long-Term Disability Plan:

Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 15 days your monthly LTD benefits and any retroactive payments could be delayed  If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

### 3. Decision Regarding An Initial Claim for Short-Term Disability Plan Benefits or Long-Term Disability Plan Benefits by Prudential

Prudential will notify you of the Claim decision on your Short-Term Disability Plan claim or your Long-Term Disability Plan claim (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which Prudential expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.  a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

### 4. Appealing a Denied Short-Term Disability Plan Claim or Long-Term Disability Plan Claim to Prudential

NNI-LTD-00000309

If your Claim for benefits under the Short-Term Disability Plan or the Long-Term Disability Plan is denied or if you do not receive a response to your Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), you or your representative may appeal your denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date the Claim is denied. See the "Claims Administrators" chart above for contact information. You may submit with your appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims Management Team members are made up of individuals not involved in the initial benefit determination. This review will not give any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on your Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include:

(a) the specific reason(s) for the adverse determination,
(b) references to the specific plan provisions on which the determination was based,
(c) a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d) a description of Prudential's review procedures and applicable time limits,
(e) a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f) your right to a second appeal to Prudential, applicable time limits, and how to contact the Prudential Appeals Review Unit and
(g) your right to bring a civil suit under section 502(a) of ERISA following the conclusion of all of your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If your initial appeal is denied or if you do not receive a response to the appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may make a second appeal of the denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such Claim is deemed denied. You may submit with the second appeal any written comments, documents, records and any other information relating to the Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to the Claim free of charge.

Upon receipt of a second appeal, the Prudential Appeals Review Unit will again conduct a full review of the Claim file and any additional information submitted. The Claim decision will be made by a member of the Prudential Senior Claims Management Team. The Appeals Unit and Senior Claims Management Team member would not have been involved in the initial benefit determination or in the first appeal.

NNI-LTD-00000310

The Prudential Appeals Review Unit will make a determination on the second Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by you and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

## 5. Appealing a Denied Short-Term Disability Plan or Long-Term Disability Plan Participation/Coverage Levels Claim to HR Shared Services and Employee Benefits Committee

### First Level Appeals for Denied Participation/Coverage Levels Claims to HR Shared Services

Appeals regarding eligibility to participate in the LTD Plan or the STD Plan and elections regarding coverage levels under those Plans (such as whether you had a Status Change that would entitle you to change your coverage level or whether you elected Optional Short or Long-Term Disability Plan coverage) must be made in writing to HR Shared Services. See the list above for contact information. Your appeal should include an explanation of the eligibility to participate or coverage level issue, the facts surrounding the request, and any documentation that will support the request for the approval of eligibility or coverage level including a copy of the applicable enrollment confirmation form, proof of status change date, or documentation supporting the request for eligibility outside the enrollment periods for Annual Enrollment, New Hire enrollment, or Status Change deadlines. HR Shared Services will review the information and review enrollment files, call center tickets, and refer to the plan document for the particular eligibility or coverage change being requested.

HR Shared Services will notify you of the appeal decision on your participation or coverage level issue under the Short-Term Disability Plan or your Long-Term Disability Plan (as applicable) within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your appeal, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which HR Shared Services expects to decide on your appeal, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to render a decision, the period for making the benefit determination by HR Shared Services will be stopped from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from HR Shared Services of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the denial,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,

NNI-LTD-00000311

d.  a description of your right to file a second/final appeal with the Employee Benefits Committee (as explained below), the appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following the conclusion of your appeals.

### Second/Final Level Appeal for Denied Participation/Coverage Levels Claims to the Employee Benefits Committee (EBC)

If a Short-Term Disability Plan or Long-Term Disability Plan eligibility to participate or a coverage level appeal is denied by HR Shared Services, the Employee Benefits Committee reviews any additional appeal request that you file, i.e. they make the decision concerning your final appeal.

If your eligibility to participate/coverage level appeal is denied or if you do not receive a response to such appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may appeal in writing to the Employee Benefits Committee (EBC). See the list above for contact information.  Your final appeal must be submitted within 180 days of your receipt of the written notice of denial or 180 days from the date such an appeal is denied. You may submit with your appeal any written comments, documents, records and any other information relating to your appeal. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your appeal free of charge.

You have the right to:

1.  Submit written comments, documents, records and other information relating to the participation/coverage level appeal.
2.  Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation/coverage level appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation/coverage level appeal if it:
    o  Was relied upon in making the benefit determination
    o  Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
    o  Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3.  A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4.  A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5.  If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the Plan Administrator to consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment and who was neither consulted in connection with the prior adverse benefit determination nor the subordinate of any such individual.
6.  The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination.

The EBC will make a decision on your appeal of a denial of your participation/coverage level appeal under the plan no later 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if the EBC determines that special circumstances require an extension of time. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension

NNI-LTD-00000312

notification until the date you respond to the request for additional information. The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The EBC's notice of an adverse benefit determination on your final appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## Final Note on Short-Term Disability Plan and Long-Term Disability Plan Claim Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and the Plan representatives may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office.

# YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

## Receive Information about Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

## Prudent Actions by Plan Fiduciaries

NNI-LTD-00000313

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your Claim for a welfare benefit is denied in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a Claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal or state court.

If it should happen that a plan fiduciary misuses the plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in Federal court.

In the event of legal action, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if the court finds your Claim is frivolous.

## Assistance with Your Questions

If you have questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration (EBSA), U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration (EBSA).

# FUTURE OF THE PLAN

Although the benefits currently available (in the 2007 Plan Year) are described in this summary for the Company's Short-Term Disability Plan and the Long-Term Disability Plan, the Company reserves the right to change or end the plans described in this summary at any time. Any plan changes will result from actions taken and approved by the Company. The Company may adopt such changes or terminate the plan at any time and for any reason.

The Company's practices, polices, and benefits are outlined here for your information as required by law. However, this does not constitute an implied or expressed contract or guarantee of employment.

NNI-LTD-00000314

# SECTION THREE – GLOSSARY

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

*Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order.*

**Accident/Accidental**
An unexpected event resulting in bodily Injury by an external trauma.

**Active Work, Actively at Work**
You will be considered Actively at Work on any of the Company's scheduled work

days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at a Company defined place of business or at some location to which you are required to travel for Company business.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's Short-Term Disability Plan and Long-Term Disability Plan and have adopted those programs.

**Annual Enrollment Period**
The period during which you may enroll yourself and/or your eligible Dependents in benefits for the coming year. The FLEX Annual Enrollment Period is held each fall. Benefits selected during the Annual Enrollment Period are generally effective the following January 1.

**Before-Tax Contribution**
A contribution for benefits coverage that is deducted from your pay before federal income, FICA (Social Security), and most state and local income taxes are deducted, reducing your taxable income and saving you money in taxes.

**Behavioral Illness**
A mental, psychoneurotic or personality disorder, or chemical dependency (alcohol and substance abuse).

**Calendar Year**
January 1 through December 31. This period is also known as the Plan Year.

**Children**
Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption,
- your stepchildren,
- your legal foster Children,
- your responsibility as a legal guardian,
- Children of your Domestic Partner (Children of a Domestic Partner are not eligible for coverage under Optional Dependent Life Insurance, Optional Family AD&D Insurance or the Health Care and Dependent Day Care Reimbursement Accounts), or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan.

To be eligible for coverage, stepchildren, legally authorized foster Children, Children for whom you are the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you at least six months of the Calendar Year in a regular parent-child relationship.

NNI-LTD-00000315

**Claim**
A request by a covered person for a benefit under a specific plan.

**Claims Administrator**
The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

Company -- Nortel Networks Inc.

**Core FLEX Benefits**
Benefits fully paid by the Company. You are automatically enrolled in the following core coverage and have no choices to make in order to have coverage in these benefits:
- Short-Term Disability coverage at 100% of your pre-disability base salary (called FLEX Earnings - see this glossary for more on what is and isn't included in this amount) for six weeks, then 66 /3% of your pre-disability FLEX Earnings for up to 20 additional weeks,
- Long-Term Disability coverage at 55% of your pre-disability FLEX Earnings after you have been disabled for 26 consecutive weeks,
- Employee Life Insurance equal to one times your FLEX Earnings,
- Employee Assistance Program provides free confidential counseling for up through the first 8 visits.

You can supplement your Core FLEX Benefits by purchasing Optional FLEX Benefits with FLEX Credits provided by the Company and with Before-Tax and After-Tax Contributions.

**Dependent**
For the purpose of Status Changes, Dependents include:
- your spouse, including your common-law spouse as recognized by applicable state law,
- your qualified Domestic Partner, (see definition of Domestic Partner),
- your unmarried Children and your Domestic Partner's unmarried Children under the age of 19, (see definition of Children),
- your unmarried Children and your Domestic Partner's unmarried Children between the ages 19 and 25 who are full-time students at an accredited school and are primarily supported by you, and
- your unmarried Children and your Domestic Partner's unmarried Children of any age who have a mental or physical disability that began before age 19 (or age 25 if they are a full-time student) and who are Wholly Dependent on you for support and maintenance and became dependent before age 19 (or age 25 if a full-time student).

For the purpose of a reduction in STD or LTD benefits due to other income (i.e., application of the family offset), a Dependent includes:
- any Dependent receiving Social Security Disability Benefits due to your disability regardless of whether or not that Dependent is living with you and is or is not considered a Dependent for tax purposes.

**Doctor**
A licensed practitioner of the healing arts acting within the scope of the license.

**Effective Date**
The date coverage goes into effect under the plan.

**Employee**
A person employed by the Company or any of its Affiliates on a permanent basis; the term also applies to that person for any rights after coverage ends. The term specifically excludes independent contractors and all other workers providing services to the Company or an Affiliate who are not recorded as employees on the payroll records of the Company or an Affiliate, including any such individual who is subsequently reclassified by a court of law or a regulatory body as a common law employee of an Employer.

NNI-LTD-00000316

**Enrollment Period**
See "Annual Enrollment." The FLEX Benefits may be selected during a 31-day enrollment period when you first become eligible for benefits as a new employee or after you experience a Status Change.

**FLEX Benefits**
One of the Company's benefit programs, which offers you the flexibility to choose from different types and levels of benefits. Through FLEX Benefits you can design the benefits program that is best for you and your family.

**FLEX Credits**
Company-provided benefit dollars you may use to purchase Optional FLEX Benefits.

**FLEX Earnings**
Generally, your base salary. FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. However, if you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). Part-time employees' premium calculations under the FLEX Disability, Life and AD&D plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on these benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed. If you are a part-time employee and work 20 hours or more per week, the number of hours you are regularly scheduled to work each week will be the number of hours you will receive each week for your disability benefit.

**Gross Disability Payment**
60% of pre disability FLEX Earnings before any deductions are taken for Core Short Term Disability
66 2/3% of pre-disability FLEX Earnings before any deductions are taken for Optional Long Term Disability

**Hire Date**
The date your employment with the Company begins.

**HR Shared Services**
The service center for the Company's benefit plans. By contacting HR Shared Services, you can ask questions about any of the plans, request needed forms or change your employee information, such as your home address.

**Illness**
Any disorder of the body or mind of a covered person, but not an Injury or pregnancy, including abortion, miscarriage or childbirth.

**Injury**
A condition that results in damage to the covered person's body, independently of Illness.

**Medicaid**
Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

**Medical Plan**
A plan that provides medical benefits for you and your enrolled Dependents.

**Medicare**
Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

NNI-LTD-00000317

**Optional FLEX Benefits**

Benefits you pay for with FLEX Credits, Before-Tax Contributions or After-Tax Contributions. Optional FLEX Benefits supplement Company paid Core FLEX Benefits. You can apply FLEX Credits or make Before-Tax Contributions to the following options:

- Medical coverage for yourself or yourself and your enrolled Dependents (you have sufficient FLEX Credits to buy medical coverage for yourself only under the Preferred Provider Organization, or Out-of-Area Comprehensive option if you don't live within a Network Area, but you may waive medical coverage if you choose),
- Dental, Vision and Hearing Care coverage for yourself or yourself and your eligible dependents,
- Optional Short-Term Disability coverage that increases your Core benefit to 90% of your pre-disability FLEX Earnings for up to 20 weeks after the first six weeks of disability,
- Optional Long-Term Disability coverage that increases your Core benefit to 66 2/3% of your pre-disability FLEX Earnings when you have been disabled for 26 consecutive weeks, and/or
- Health Care and/or Dependent Day Care Reimbursement Accounts

You can apply FLEX Credits or make After-Tax Contributions to the following options:

- Additional life insurance for yourself,
- Dependent life insurance for your spouse and/or Children, and
- Optional AD&D insurance for your spouse and/or Children.

**Payroll Deduction**

Contributions taken from your pay either before or after federal income, FICA (Social Security) and most state and local income taxes are deducted.

**Physician**

See "Doctor."

**Plan Administrator**

Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**

January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

**Preexisting Condition**

Any condition for which you:

- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication

before coverage begins.

**Sickness**

See "Illness."

**Status Change**

You can make certain changes in your FLEX Benefits choices during the 31-day period after you experience one of the following Status Changes. Other than the Annual Enrollment Period, the occurrence of a Status Change is the only time you can change your FLEX choices. The list of Status Changes includes but is not limited to:

- Marriage,
- Domestic Partner relationship becoming qualified for eligibility and verified by HR Shared Services
- Divorce, annulment or legal separation,
- Rescinded divorce,
- Birth, adoption, placement for adoption or change in legal custody of a Dependent child,
- Disability of a spouse, enrolled Domestic Partner or Dependent child,

2007 Disability SPD                    40

- Death of a spouse, enrolled Domestic Partner or Dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled Domestic Partner or Dependent Child (such as from or to part- time or full-time or a paid leave of absence),
- Change in your spouse's, enrolled Domestic Partner's or Dependent Child's employment status affecting benefits eligibility (such as from or to part- time or full-time or a paid leave of absence),
- Beginning or end of your spouse's or enrolled Domestic Partner's employment,
- You, your spouse or enrolled Domestic Partner take an unpaid leave of absence,
- Relocations affecting a Medical Plan network availability,
- Covered child's loss of Dependent status (e.g., no longer a full-time student)
- Dependent child becomes eligible (e.g., becomes a full-time student),
- Termination of your relationship with an enrolled Domestic Partner,
- Loss of spouse's or Domestic Partner's medical or dental, vision and hearing care coverage,
- You, your spouse or enrolled Domestic Partner become eligible for Medicare or Medicaid,
- Shift change,
- Loss of other group health plan coverage (for the employee who declined coverage due to having other coverage but not due to failure to pay premiums on a timely basis, voluntary disenrollment or termination for cause),
- Loss of the employer contribution toward other group health plan coverage (for the employee who declined coverage due to having other coverage),
- Loss of other group health plan coverage when the other coverage was COBRA and the maximum COBRA coverage period ends,
- Benefits plan year of a spouse's or domestic partner's plan differs from Nortel Networks' plan year,
- For Dependent Day Care Reimbursement Account participants - dependent child turns 13, or
- For Dependent Day Care Reimbursement Account participants - certain cost changes that occur related to dependent child's day care provider. The costs should increase or decrease a minimum of 5% to warrant a change to your Reimbursement Account.

The benefit selections you may make must be consistent with the Status Change. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Optional Dependent Life Insurance for your child, increase your Optional Employee Life Insurance and/or change your contribution to your Health Care and/or Dependent Day Care Reimbursement Accounts.

You must contact HR Shared Services and make your selection within 31 days of the Status Change. HR Shared Services will initiate the Status Change in the FLEX Benefits system that will allow you to go online to make your benefits changes. If you prefer you may request to make your selections by fax or mail. Contact HR Shared Services and they will send you a Personalized Enrollment Worksheet and an affidavit which must be completed and returned within 31 days of the Status Change. Employees must be able to provide supporting documentation (such as a marriage or birth certificate or divorce decree) at such time as may be requested by HR Shared Services for audit purposes.

If you submit your changes (either online or by notarized affidavit) more than 31 days after your event occurred:

- the plan does not permit you to change any FLEX Benefit options (e.g., medical, life or disability coverage) until the next Annual Enrollment period
- you may change your medical and dental, vision and hearing care dependent coverage level (e.g., employee and spouse, employee and child) by requesting the addition or deletion of Dependent coverage under your current medical or dental, vision and hearing care option and
- your dependent coverage level change will be effective the date all documents are received (i.e., via fax or mail) or via online affidavit in HR Shared Services.

Note: most HMOs do not allow Dependent additions after 31 days of the event.

**Termination Date**
The last day you work for the Company.

NNI-LTD-00000319

**Total Disability, Totally Disabled**

For the Short-Term Disability plan, the inability to perform the work you normally perform due to Illness or accidental Injury, as certified by a Physician.

For the Long-Term Disability plan, during the first 12 months, the inability to perform the work you normally perform. After the first 12-month period, you will be considered Totally Disabled if you are unable to perform any job you are or could become qualified to do with your education, training or experience.

**Wholly Dependent**

Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as Room and Board, health and comfort of the Dependent.

**Workers' Compensation Benefits**

Benefits covered under Workers' Compensation law.

NNI-LTD-00000320