# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $865.15 |
| Photos/Art/ Spec Duplicating | Out of Office | 6,220.04 |
| Travel | | 25.00 |
| Messenger Service | | 6.00 |
| Courier/Delivery Service | | 1,502.76 |
| In House Duplicating | | 279.20 |
| Postage | | 2.60 |
| Facsimile | | 1,281.25 |
| Conference Calls | | 19.83 |
| **Grand Total Expenses** | | **$10,201.83** |

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 973818 | 09/20/12 | B | 865.15 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 09/20/2012 | 506 | 904 | 190287 |
| 971826 | 09/12/12 | B | 1,174.82 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 09/12/2012 | 510 | 904 | 190094 |
| 974772 | 09/19/12 | B | 1,152.12 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 09/19/2012 | 510 | 684 | 190438 |
| 974771 | 09/24/12 | B | 1,561.08 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 09/24/2012 | 510 | 904 | 190437 |
| 974770 | 09/27/12 | B | 1,847.62 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 09/27/2012 | 510 | 904 | 190436 |
| 974769 | 09/28/12 | B | 484.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 09/28/2012 | 510 | 684 | 190435 |
| 973831 | 09/19/12 | B | 25.00 | Travel - ROADRUNNER EXPRESS INC.` D. HARRINGTON - PU; BANKRUPTCY COURT - DO; WILMINGTON TRAIN STATION - 09/19/2012 | 511 | 000 | 190304 |
| 973135 | 09/04/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 973136 | 09/04/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 972214 | 09/17/12 | B | 32.00 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190201 |
| 971952 | 09/17/12 | B | 20.23 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971953 | 09/17/12 | B | 23.82 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971954 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971955 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971956 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971957 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971958 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971959 | 09/17/12 | B | 25.14 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971960 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971961 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971962 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971963 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971964 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971965 | 09/17/12 | B | 24.99 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971966 | 09/17/12 | B | 20.40 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971967 | 09/17/12 | B | 23.82 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971968 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971969 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971970 | 09/17/12 | B | 23.57 | Courier/Delivery Service | 514 | 322 | 190132 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 971971 | 09/17/12 | B | 21.14 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971972 | 09/17/12 | B | 21.14 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971973 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971974 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971975 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971976 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971977 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971978 | 09/17/12 | B | 23.85 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971979 | 09/17/12 | B | 27.44 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971980 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971981 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971982 | 09/17/12 | B | 23.82 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971983 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971984 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971985 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971986 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971987 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971988 | 09/17/12 | B | 27.44 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971989 | 09/17/12 | B | 34.82 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971990 | 09/17/12 | B | 21.14 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971991 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971992 | 09/17/12 | B | 23.82 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971993 | 09/17/12 | B | 15.47 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971994 | 09/17/12 | B | 15.47 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971995 | 09/17/12 | B | 25.27 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971996 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971997 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971998 | 09/17/12 | B | 21.42 | Courier/Delivery Service | 514 | 322 | 190132 |
| 971999 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972000 | 09/17/12 | B | 16.88 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972001 | 09/17/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972002 | 09/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972003 | 09/17/12 | B | 21.64 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972004 | 09/17/12 | B | 23.85 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972005 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972006 | 09/17/12 | B | 17.80 | Courier/Delivery Service | 514 | 322 | 190132 |
| 972007 | 09/17/12 | B | 22.70 | Courier/Delivery Service | 514 | 322 | 190132 |
| 975247 | 09/17/12 | B | 62.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190485 |

```
Nortel Networks, Inc.                                        PROFORMA   30/429       AS OF 09/30/12                    INVOICE#  ******
63989-DIP
DATE: 10/24/12 15:16:00
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 973953 | 09/17/12 | B | 72.30 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190334 |
| 975330 | 09/18/12 | B | 62.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190488 |
| 975331 | 09/18/12 | B | 62.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190488 |
| 973621 | 09/18/12 | B | 62.31 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190218 |
| 974821 | 09/26/12 | B | 6.90 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190473 |
| 974110 | 09/26/12 | B | 12.12 | Courier/Delivery Service | 514 | 322 | 190341 |
| 969678 | 09/05/12 | B | 3.40 | In-House Duplicating | 519 | 691 | |
| 970143 | 09/07/12 | B | 10.80 | In-House Duplicating | 519 | 546 | |
| 970331 | 09/10/12 | B | 6.60 | In-House Duplicating | 519 | 624 | |
| 971326 | 09/13/12 | B | 0.30 | In-House Duplicating | 519 | 670 | |
| 971416 | 09/14/12 | B | 4.50 | In-House Duplicating | 519 | 684 | |
| 971536 | 09/17/12 | B | 5.20 | In-House Duplicating | 519 | 684 | |
| 971537 | 09/17/12 | B | 147.50 | In-House Duplicating | 519 | 670 | |
| 971630 | 09/17/12 | B | 6.10 | In-House Duplicating | 519 | 691 | |
| 971631 | 09/18/12 | B | 5.60 | In-House Duplicating | 519 | 684 | |
| 971632 | 09/18/12 | B | 2.50 | In-House Duplicating | 519 | 691 | |
| 972119 | 09/19/12 | B | 0.10 | In-House Duplicating | 519 | 691 | |
| 973439 | 09/24/12 | B | 3.70 | In-House Duplicating | 519 | 684 | |
| 973549 | 09/24/12 | B | 5.20 | In-House Duplicating | 519 | 691 | |
| 973710 | 09/26/12 | B | 0.20 | In-House Duplicating | 519 | 691 | |
| 973711 | 09/26/12 | B | 0.10 | In-House Duplicating | 519 | 691 | |
| 973876 | 09/27/12 | B | 7.80 | In-House Duplicating | 519 | 684 | |
| 973877 | 09/27/12 | B | 5.10 | In-House Duplicating | 519 | 691 | |
| 973993 | 09/28/12 | B | 0.20 | In-House Duplicating | 519 | 691 | |
| 972560 | 09/10/12 | B | 2.60 | Postage | 520 | 000 | |
| 971820 | 09/05/12 | B | 11.25 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 09/05/2012 | 522H | 546 | 190089 |
| 973651 | 09/17/12 | B | 1,200.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 09/17/2012 | 522H | 904 | 190260 |
| 973650 | 09/18/12 | B | 70.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 09/18/2012 | 522H | 684 | 190259 |
| 969679 | 09/05/12 | B | 3.40 | In-House Printing - black & white | 541 | 691 | |
| 970144 | 09/07/12 | B | 0.95 | In-House Printing - black & white | 541 | 546 | |
| 970332 | 09/10/12 | B | 1.00 | In-House Printing - black & white | 541 | 624 | |
| 970581 | 09/11/12 | B | 1.05 | In-House Printing - black & white | 541 | 594 | |
| 971633 | 09/18/12 | B | 11.20 | In-House Printing - black & white | 541 | 670 | |
| 971884 | 09/19/12 | B | 2.95 | In-House Printing - black & white | 541 | 971 | |
| 972330 | 09/21/12 | B | 1.95 | In-House Printing - black & white | 541 | 203 | |
| 973712 | 09/26/12 | B | 22.10 | In-House Printing - black & white | 541 | 322 | |

```
Nortel Networks, Inc.                    PROFORMA   30/429          AS OF 09/30/12              INVOICE# ******
63989-DIP
DATE: 10/24/12 15:16:00
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 973994 | 09/28/12 | B | 7.20 | In-House Printing - black & white | 541 | 691 | |
| 970333 | 09/10/12 | B | 0.50 | In-House Printing - color | 542 | 624 | |
| 970582 | 09/11/12 | B | 0.25 | In-House Printing - color | 542 | 594 | |
| 970791 | 09/12/12 | B | 11.25 | In-House Printing - color | 542 | 624 | |
| 972331 | 09/21/12 | B | 0.25 | In-House Printing - color | 542 | 203 | |
| 973995 | 09/28/12 | B | 0.25 | In-House Printing - color | 542 | 691 | |
| 976108 | 09/10/12 | B | 19.83 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 190659 |
| | | | 10,201.83 | | | | |