## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Objection Deadline:** Oct. 25, 2012 at 10 a.m. |
|  | ) | **Hearing Date:**    Feb. 12, 2013 at 10 a.m. |
|  | ) | **RE:**        D.I. # 8067 |

## OBJECTION OF DIANNA L. IRISH TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Dianna L. Irish, Long-Term Disabled Employee (the "LTD Employee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion For Entry of an Order Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees. In support of this Objection, Dianna L. Irish respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I left my position with a law firm and took a pay cut to accept the combined package of salary and (what was presented as) superior benefits by Nortel Networks in July 2000. Securing the best benefits possible as a backstop should I ever face a health issue was critical to me; I made a conscious career choice placing that as a priority and relied upon the benefits package that Nortel proffered as being better than the benefits I had at the law firm; I left "truly" insured LTD benefits at the law firm as Nortel offered higher coverages and presented them as secured as well. Further, I explicitly did not look to purchase LTD benefits external to Nortel as I relied upon Human Resources/HR Shared Services communications as being trustworthy.

2. I served as Legal Administrative Assistant to two attorneys at Nortel. After just 6 months, I received a salary increase in recognition of my contributions to the team. I worked extra hours and would do whatever it took to get the job done right and on time.

3. In the year 2001, I was diagnosed with Systemic Lupus Erythmetosis, Fibromyalgia and Chronic Fatigue Syndrome. After changes in MRIs showed inflammation and fluid in my joints, in 2002, I was diagnosed with Rheumatoid Arthritis. All of the above diagnoses have caused many ancillary medical conditions such as Cyclic Edema, Sjögrens Syndrome and Raynaud's Phenomenon. I also have many other diseases, any one of which would be enough to qualify for Long-Term Disability.

4. On October 7, 2002, Prudential pronounced my Total Disability via letter dated October 21, 2002, from Regina M. Carter, Disability Consultant at Prudential.

5. I am currently serving as one of the seven LTD Committee members.

## RELIEF REQUESTED

6. I request that the Debtors motion to terminate the LTD Plans and LTD Employees be rejected.

7. I request that Nortel Networks, Inc. honor their contractual commitment to me which vested on October 7, 2002, for my LTD benefits until age 65.

8. I request that there be no interruption in paying for or compensating me for my vested benefits. In all SPD's since the year 2000 (and maybe earlier) Nortel expressly sets out that if a plan is terminated or the company goes out of business or an employee is terminated and the employee is on Long Term Disability, their medical coverage will be extended for the length of time they remain totally disabled. Filing Bankruptcy is not a stated deterrent to this stated policy.

9. I request that in the alternative, if Nortel is allowed to end our benefits, all LTD employees of Nortel be allowed to join the MetLife fully insured LTD insurance plan that Nortel procured in 2010 for coverage beginning 2011 for their currently working employees.

10. I request that Debtors compensate me for both Medical, Life Insurance and Long-Term Care insurance that was promised to me once I reach age 65 as I was a member of the Balanced Compensation Retirement Plan prior to December 31, 2007; i.e., I meet the criteria for Retirement benefits and Retirement benefits were never presented as being mutually exclusive to LTD benefits, but rather as a linear benefit. LTD to age 65 if you are disabled and Retirement benefits from age 65 on.

## BASIS FOR RELIEF

11. All the times that Nortel presented employee benefits, whether it was at the point of extending an employment opportunity or through the annual flex benefits enrollment periods, the LTD benefits were presented as being in place for employees if we ever became totally disabled. Further, LTD benefits were presented as being there for the duration of the total disability, period.

12. Nortel indicated in my Orientation session and in handouts at Benefit Open Enrollment times that all our benefits, including Long-Term benefits, were offered to us as "Rewards" for our accepting employment with and continuing employment with Nortel. Once earned and given, rewards are not something that can be taken back.

13. Once I was forced into long-term disability in October 2002, Nortel Human Resources presentation of LTD benefits kept the same message and tone as that communicated during my active career:  LTD benefits were rendered as being there as long as I was disabled. There was never any presentation that they could terminate actively received benefits. That is illogical as then it wouldn't have been a "long-term" disability benefit by its nature. In fact, in a conversation with Kim Pulliam of HR Shared Services, she stated to me that my benefits would continue to age 65 as long as I remained disabled. This fact was confirmed to me many times by HR Shared Services Representatives.

14. When referencing the Nortel Summary Plan Descriptions for Medical Coverage from 2000 through 2012, in the "When Coverage Ends" sub-section of the "Continuation of Coverage" section, Nortel consistently and explicitly states that LTD employees are exempt from medical coverage ending as long as they remain disabled.

15. Debtors are not serving their fiduciary duties to their LTD employees. They failed to fund the Welfare Trust to cover existing LTD claim liabilities which is required by law.

16. Debtors are paying their professionals hundreds of millions of dollars. The creditors of Nortel stand to reap even more benefit if Nortel is allowed to walk away from its fiduciary obligations to its LTD employees. Unjust profit at the expense of Nortel's LTD employees is abhorrent and I ask that it not be allowed. LTD employees are not looking for a paid vacation. We are trying to pay the outrageous cost for our next prescription or the next procedure that may prolong our lives. Allowing Nortel to abandon their fiduciary duties to their vested LTD employees will cause certain death within weeks for many of these individuals.

17. If Nortel prevails, my cost for Medicare coverages for just medical treatment and prescriptions will be more than I make on Social Security Disability, which means I will have to stop taking almost all of my prescriptions which will certainly put me in a wheelchair and shorten my life. I have checked into it and I am not eligible for any drug assistance programs or Medicaid.

18. With respect to my Retirement benefits, Nortel HR Shared Services informed me that I was grandfathered (at the time they announced that our Retirement Plan was being discontinued and in its sted a 401K plan would be instituted). They also informed me that I would, because I was in the Cash Balanced Retirement Plan prior to December 31, 2007, and had met the age and service requirements, be allowed to choose from several retirement options including a Long-Term Care policy. I have relied heavily on this as I have no one to care for me when I have to go into a nursing home. I had

planned from my first day of employment with Nortel to join the Cash Balanced Retirement Plan because of the fact that I needed the Long-Term Care option which would pay for the 20% that was not covered by Medicare for treatment in a nursing home setting.    Nortel Shared Services Representatives assured me on several occasions (and I, in fact, have notes from one such phone call to Shared Services) that, when I crossed over from LTD status to Retiree status, I would receive a subsidy toward my medical coverage and would be able to choose the Long-Term Care option tied to a $10,000 life insurance policy. Now Nortel has told me that when I retire, I will not be able to participate in the Long-Term Care policy or receive remuneration for this benefit because I am on LTD.  (Why would an employer exclude LTD employees who are about to retire from this benefit, while maintaining it for all other Retirees? Retirees are Retirees and should be treated the same.) As it stands now in 2012, I will only be allowed a $35,000 Life Insurance policy and medical care subsidy.  In the 2012 Retirement Plan SPD, Long Term Care is still proffered as an option for Retirees, but the LTD employees who retire, even though they are considered active employees by the Debtor, have been excluded from this part of the benefit. After 12 years of expecting to have this benefit, I now learn that I have been discriminated against because of my disabilities. I, therefore, request that Long-Term Care coverage be provided to me (and all LTD employees) if and when I desire to retire or that I be compensated for the lack thereof.

19. Any interruption in my LTD benefits would be extremely detrimental to my health and to me financially.  I cannot go out and buy a long-term disability insurance policy because I am already disabled. No insurance company will insure a person after the

fact for long-term disability, and for the past 12 years, according to my doctors, I have been and remain incapable of working at any job. Had I known that Nortel's Long-Term Disability insurance policy was one that could not be converted, I would have never accepted the Prudential policy and paid for the Prudential upgrade policy. I would have researched and purchased my own long-term disability policy from a reputable insurance company as I thought I was doing when I accepted and paid an additional premium amount for Prudential's Long-Term Disability coverage for Nortel Employees.

20. In 2010, Nortel obtained a private, fully-insured and fully convertible Long-Term Disability insurance policy from MetLife for its employees still actively working to be effective January 1, 2011 and denied its current LTD employees access to this policy. This was an egregious act against Nortel's current LTD employees whom Debtors are attempting to terminate and for whom they are trying to end all LTD benefits.    This action was a slap in the face to all Debtors' employees who are currently on LTD and being threatened with termination of employment and benefits. If Debtors' current LTD employees had access to this policy, we would have conversion privileges and protection for the rest of our lives. I ask that this be rectified. As an aside, the millions of dollars Debtor's have given to professionals to fight for termination of its LTD employees and LTD benefits would have been saved and could have been put to much better use.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware, both via Federal Express; and (c) counsel to the LTD 1102 Committee via facsimile. Other parties will receive notice through the Court's electronic filing system.   Dianna L. Irish respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Dianna L. Irish respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Dianna L. Irish in full for LTD benefits projected to age 65; Total Claim being $34,469.00.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation or same) to Dianna L. Irish.

Dated:  October 24, 2012

_____

Dianna L. Irish
235 Atrium Court
Warner Robins, GA 31088-5600
Telephone:  478-293-1612
Facsimile:  N/A
Email:  mgbdi@hotmail.com


*Appearing Pro Se*

## EXHIBITS

A. Letter from Prudential confirming my total disability effective October 7, 2002.

B. Excerpt proffering LTD benefits to age 65 on page 7 of 10 pages from Nortel's U. S.-
Leaves of Absence Medical Leave of Absence Process last edited March 8, 2001,
under heading "Long-Term Disability (LTD) Benefits", Subheading "Duration of
Benefits" page 7.

C. Page 23 of Nortel's 2008 Disability Summary Plan Description showing length of
Long-Term Disability to be age 65 (as long as you remain disabled).

D. Excerpt from Nortel's Flex Benefit Open Enrollment Guide for 2008, proving that
our Flex Benefits are considered by Nortel to be "Rewards".

E. Excerpt from Nortel's Flex Benefit Open Enrollment Guide for 2009, proving that
Nortel's Flex Benefits are considered by Nortel to be "Rewards".

F. Excerpt from Nortel's year 2000 Benefits in Brief For New Employees, Heading
"When Coverage Ends" (pg. 70), Subheading "Continuing Coverage" (pg.71),
Subheading "Extension of Health Care Protection" (pg. 71), beginning with "Your
protection under the Plan may be extended..."

G. Excerpt from Nortel's year 2012 Medical Plan Summary Plan Description, Heading
"When Coverage Ends" (pg. 68), Subheading "Continuing Coverage" (pg. 68),
Subheading "Extension of Health Care Protection" (pg. 68), beginning with "Your
coverage under the plan may be extended if you are totally disabled..." and
continuing with the next paragraph "The extension covers all sicknesses and
illnesses...

H. Cheapest Quotes for me to be covered for medical and drugs which would be under original Medicare ($106 per month), a Medigap policy (Plan F at $999.28 per month for those on Medicare Disability) and a Prescription Policy (Medicare Part D at $40.10 per month for prescription costs of $1,784 for first month, $1,655 for second month and $568 per month in the catastrophic months)

I. Notes from conversation with Janice in HR Shared Services on September 21, 2006, confirming I would be grandfathered and that I would be allowed, when I retired from LTD, to choose the option of $10,000 life insurance policy and the Long-Term Care Policy in addition to subsidized medical coverage.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[2] | ) |
| | ) Case No. 09-10138 (KG) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
      Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[2]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*EXHIBIT A*

Claims Services Provided by

**Regina M Carter**
Disability Consultant

**The Prudential Insurance Company of America**

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842-1718  Ext: 5590
Fax: (877) 889-4885
Hours:  07:00 AM  03:00 PM

October 21, 2002

Dianna L Irish
2351 Abrams Rd
Unit 224
Dallas, TX  752431666

Claimant: Dianna L Irish
Control #/Br: 39900 / 000TB
Claim #: 10520391
Date of Birth: 11/22/1948

Dear Ms. Irish:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Group Plan #39900 issued to  Nortel Networks, Inc.  and have determined that you are eligible for
benefits effective October 07, 2002.

In order to receive LTD benefits under Group Plan #39900, covered employees must meet the
following definition of Disability:

"You are considered Totally Disabled for LTD if a Physician certifies that you cannot work
because of an Illness or accidental Injury, and the clinical evidence supports this opinion.  You
must provide written proof of your Total Disability to the Claims Administrator, who will make
the final determination of disability.  You must be under the regular care of the Physician who
has treated you personally for the Illness or Injury causing the Total Disability for at least 31
days.  During the first 18 months of a covered Total Disability (from the first date of STD), you
will be considered unable to work if you cannot perform the work you were normally
performing at the time of your disability with or without reasonable accommodations for the
limitations resulting from your Illness or Injury.

After the first 18 month period of covered Total Disability (from the first date of STD), you
will be considered unable to work if you are unable to perform any reasonable occupation.  A
"reasonable occupation" is any job you are or could become qualified to do with your
education, training or experience."

Prudential will be responsible for determining if your disability meets the above definition of
disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $3,500.00 |
| Scheduled LTD Benefit  (70.00%) | $2,450.00 |
| Less Dental Monthly Premium | $     7.93 |
| Adjusted Benefit | $2,442.07 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7
days prior to the end of each month.

Under the Nortel Networks, Inc. Group LTD Plan, you are required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum. We already have your signed Reimbursement Agreement dated July 11, 2001 on file.

If at any time your condition improves and you are able to return to work on a full time or part time basis, please call our office. We will remain in contact with you and your care giver(s) for periodic updates regarding your condition to determine your eligibility for continued LTD benefits.

If you have any questions, please contact me at (800) 842-1718, extension 5590.


Sincerely,

*Regina M Carter*

Regina M Carter
Disability Consultant

cc:    Nortel Networks

*[handwritten: address for]*

Doc.#100070
Policy Effective: Jan 1, 1997
Document Modified: Mar 8, 2001

*[handwritten: TWYLA COLE / NNI / GMS 11A020 C6 / H307 Emperon Blvd / Durham NC 27703]*

# U.S. - LEAVES OF ABSENCE

# Medical Leave of Absence Process

*[handwritten: 919 992 2651]*
*[handwritten: Craig Weigel another local HR contact    twylac@nn.com    (RN in charge)]*

## Contents

*[handwritten: 972 685 6607]*
*[handwritten: fax 972 685 3940]*
*[handwritten: 991 10 B30]*

*[handwritten: LOCAL HR CONTACT  BARBARA PEHLE / 972 685-4485  bpehle@nn.com / 991 10 A30 in RICH1]*

*[handwritten: CORP HR CONTACT: KATHY BAXTER / 905 863 2241  Kbaxter@nn.com / GMS 036 MP105]*

*[handwritten: CORP HR CONTACT: REBECCA LAIRD / 905 863 1351  GMS 05 NO JS4 / 8200 Dixie Road ste 10 / 905 863 8477  Brampton Ontario / L6T 5P6]*

- Introduction
- Eligibility
- Duration
- Approval
- Process
- Extension
- Return to Work from Leave
- Benefits
- Short-Term and Long-Term Disability Plan
  - Short-Term Disability (STD) Coverage
  - Long-Term Disability (LTD) Coverage
- Definitions

## ⬆ Introduction

This document presents the guidelines and process information for an approved Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

## ⬆ Eligibility

All regular full-time or regular part-time (working 20-37.5 hours per week) employees of Northern Telecom Inc. are eligible for the Medical Leave of Absence.

## ⬆ Duration

A Medical Leave of Absence may be granted for an illness, accidental injury or birth of a child that requires an absence longer than 5 consecutive work days or more than one full week of work (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The entire period of absence will be considered to be part of the leave under the Family and Medical Leave Act of 1993 or applicable state law.

**California Residents Only** - The 5-day waiting period may be waived if:

*07/24/2001 11:57 AM*

○ You return to work when your leave ends.

If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of LTD.

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose supplemental coverage for STD and LTD.

## Plan Highlights

| Short-Term Disability (STD) | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |

| Long-Term Disability (LTD) | |
| --- | --- |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 50% of FLEX Earnings after 26 weeks of total disability | 70% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The 5-day waiting period is counted in the total time away from work on Medical Leave of Absence. If the leave is not approved, the first 5 days must be taken as vacation time, incidental time off without pay or sick days, if available in areas outlined by local attendance policy.

  **California Residents Only** - The 5-day waiting period may be waived if:
  ○ you have been disabled 14 days or more during any one disability **or**
  ○ If you have been hospitalized or have received treatment in a hospital surgical unit and are disabled at least 8 days during the disability period

- **Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Holidays** - Any holiday that occurs during the STD will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Maternity Leave** - Leave taken for the birth of a child is considered an STD. For a normal, vaginal delivery, you receive 6 weeks of leave paid at 100% of your FLEX Earnings. For a

Cesarean section, you receive 6 weeks of leave paid at 100% of your FLEX earnings and up to 2 more weeks at 70% or 90% of your FLEX Earnings (depending on the level of STD Benefit you have chosen), upon recommendation by your <u>Health Care Provider</u> (see the chart below).

| | | | |
|---|---|---|---|
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 70% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave |

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:
  - You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - You will continue to be eligible for disability benefits under your current plan selections. If your disability extends beyond 26 weeks so that you become eligible for LTD, your benefits will be paid under your current LTD plan selection. After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.

## Long-Term Disability (LTD) Benefits

⚠️ **Newly-hired employees will not be covered for 12 months for any disability caused by, contributed to or relating from a pre-existing condition occurring within the 90-day period of your coverage effective date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on personal leave of absence (not to exceed 1 year) until **one of the following** occurs:

  1. Your long-term disability (LTD) coverage is approved.
  2. You return to work.
  3. You terminate the company.

  LTD benefits will provide you with either 50% or 70% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Duration of Benefits** - LTD benefits are payable as long as you remain totally disabled up to age 65 or for the <u>Maximum Benefit Period</u> if you are age 60 or over.

*EXHIBIT C*

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

## Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You

# What's New – Looking Ahead to FLEX 2008

It's nearly time to enroll in FLEX 2008! The **FLEX 2008 annual enrollment period will run from October 31 - November 13, 2007.**

To help you make your FLEX 2008 selections, we've included:

- A Personalized Enrollment Worksheet, which lists your current FLEX selections and 2008 options and costs,
- This FLEX Enrollment Guide, which explains:
  - What's changing,
  - Plan benefits and cost information,
  - Detailed plan feature charts for Medical Plan options and Dental/Vision/ Hearing Care Plan options,
  - Information about who needs to enroll and the steps you need to take to successfully complete FLEX 2008 annual enrollment,
- An enrollment reply envelope.

Throughout this guide, you will see certain words in **bold**. These terms have special meanings for FLEX. They are described in the "Glossary" section of this guide.

Once enrollment begins, you'll be able to call or e-mail **HR Shared Services** if you have any questions about FLEX 2008.

## Plan Changes for 2008

Nortel is committed to providing you with a comprehensive and valued set of rewards. Your FLEX Program is just one piece of the Comprehensive Rewards you receive at Nortel. Every year, we must decide how to balance fiscal responsibility with providing a high-quality benefits program that helps us attract and retain the people we need to succeed. We continue to maximize the value you get from the money you spend on your health care.

EXHIBIT E



# BUILDING

# A HEALTHIER FUTURE

YOUR **2009**
HEALTH & GROUP BENEFITS
ENROLLMENT OVERVIEW GUIDE

**Now is the time to choose your 2009 Nortel benefits.**

U.S.



# BRINGING It All Together for You...

You'll see some changes this year in how we communicate with you during annual enrollment. We've made a commitment to transform Nortel's benefits communication so it's simpler, easier and more accessible for our people. That's why we're providing new resources and tools to help you understand your benefits choices and make the right decisions. We've also created a new, interactive Internet site where you and your family can get answers 24/7—not just during enrollment, but every day throughout the year.

## Build a Healthier Future With Nortel Benefits

Nortel remains strongly committed to providing you and your family with a comprehensive and high-quality benefits program. We evaluate Nortel's benefits each year to ensure that we're offering you the best plans at a fair price. Our benefits continue to be competitive within our industry and are an important part of your total rewards package.

To get the most out of Nortel's benefits and our new online resources, you need to take action. It's up to you to evaluate your options and choose the benefits that make the best sense for you and your family.

## USE OUR NEW RESOURCES TO GET STARTED

This enrollment overview guide is part of our new approach to working with you to build a healthier future—which benefits both you and Nortel. Making your health and insurance choices during annual enrollment is just the beginning. Every day, you have the opportunity to make lifestyle choices that can play a big role in your current and future well-being—whether it's quitting smoking, losing weight, getting in shape, eating better or managing stress.



As part of our commitment to your health and well-being, we've recently introduced two new health and wellness resources to help you and your family build a healthier future today—and all year long:

■ **Health N-site**—A confidential, anytime, anyplace Web site where you and your family can find health insights, get answers to your benefits questions, learn how to manage your health care costs and get the most from your Nortel benefits—no NorPASS required!

■ **Healthy Lifestyles**—A personalized health program designed to help you and your family take charge of your health, get discounts on gym memberships and health services, and earn rewards for your efforts. Healthy Lifestyles is confidential, available 24/7 and free!

To access the resources on Health N-site and link to the Healthy Lifestyles program, go to **www.NortelHealthN-site.com**.

*EXHIBIT F*



How the world shares ideas.

**April 2000**

**U.S. Benefits Eligible Employees:**

As an active, benefits eligible employee you are entitled to written information regarding the benefit plans offered by Nortel Networks. In 1997, three ring binders entitled "Employee Benefits and Programs" were distributed to all U.S. FLEX eligible employees. This binder contains various sections of information (referred to as Summary Plan Descriptions (SPD's)) relating to your benefits and is designed to inform you of the specific details of those plans as well as address questions you may have about your employee benefits. Please read the information below regarding updates to this binder.

Enclosed you will find eight sections which should each be inserted to replace the corresponding section currently in your binder. Please remove each section of existing information from your binder and replace it with the enclosed, updated section so that your binder will be as current as possible. Each section included in this mailing provides details about the benefit programs for the 2000 plan year.

The "Long Term Investment Plan", "Severance Plan" and "Retirement Benefits" sections have not been updated for this distribution and therefore you should retain the current information in your binder for these three sections. There remains only one section of the binder that has not been distributed to date. That section is the "Retiree Medical/Life/Long Term Care Plan". We expect to deliver that section to you in late 2000.

You will periodically be sent other addendum's or revised information that will update this binder in efforts to keep it current with each plan year. It is imperative that you insert or replace any pages you receive as you receive them so your binder will remain as updated as possible.

We hope you find your "Employee Benefits and Programs" binder to be an informative and useful tool. (You can also access the binder on the Nortel Networks home page, "Services@Work", U. S. website.) If you have any questions regarding this information or would like to request a copy of the binder, please contact the U. S. InfoCenter at (800)676-4636 or ESN 352-4636.

NNI-LTD-00004558

# N⊘RTEL



## BENEFITS IN BRIEF FOR NEW EMPLOYEES...

**Nortel currently offers eligible employees a wide variety of market-competitive benefits including: a flexible benefits package called FLEX Benefits; assistance in accumulating capital for retirement; paid time off; and programs aimed at improving the quality of work life.**

*This document is intended only as a summary of benefits currently offered by the Company in the U.S. This summary is not intended as a comprehensive description of all programs and coverage that are available now or may be available in the future. Plan documents govern interpretation in all cases.*

## FLEX Benefits Program

Nortel FLEX Benefits Program allows you to tailor your benefits to your personal needs within a program of specific options. The program currently features a *core* set of benefits automatically provided and paid for by the Company and a menu of *optional* benefits to choose from, including a choice among several medical options and two (2) dental/vision/hearing care options. Company provided FLEX Credits help offset the cost of optional benefits. If you select more optional benefits than the FLEX Credits will cover, you pay for these optional benefits through either before or after-tax payroll deductions.

### Core Benefits – automatic enrollment and the Company pays the full cost:

- Short-Term Disability
- Long-Term Disability
- Employee Life Insurance
- Employee Assistance Program

### Optional Benefits – Company subsidized and employees also pay a premium for coverage:

- Medical – for you, your spouse or domestic partner and children or domestic partner's children
- Dental/Vision/Hearing Care – for you, your spouse or domestic partner and children or domestic partner's children

### Optional Benefits – employee paid:

- Health Care Reimbursement Account
- Dependent Day Care Reimbursement Account
- Optional Short-Term Disability
- Optional Long-Term Disability
- Optional Life Insurance – for you, your spouse and children
- Optional Accidental Death & Dismemberment (AD&D) Insurance – for you only or you and spouse and/or children

# WHEN COVERAGE ENDS

## For You

Medical Plan coverage will end on the last day of the month in which the following occurs:

- the date your employment ends
- the date you stop qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

*For coverage purposes, your employment will end when you are no longer Actively at Work as a Full-Time or Part-Time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence.*

For coverage purposes, your employment will end when you are no longer Actively at Work as a Full-Time or Part-Time Employee. However, the Company may consider you as still Actively at Work during certain types of approved leaves of absence.

## For Your Dependents

Medical Plan coverage for your Dependents will end on the last day of the month in which the following occurs:

- the date your employment ends or your covered Dependent stops qualifying for coverage, or
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution.

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004648

# Continuing Coverage

If you stop Active Work for any reason, you should contact the InfoCenter at once to determine what arrangements, if any, can be made to continue any of your coverage.

## Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program:

Your protection under the Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if, on the date you cease to be covered, you are totally disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and are under a Doctor's care. The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Disability Section of this binder) from a Sickness or Injury and under a Doctor's care.

In the event of your death, if you are enrolled with Dependent Coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you or a covered Dependent is totally disabled (as defined in the Disability Section of this binder) and under a Doctor's care on the date coverage under the Plan terminates, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the Plan was terminated, or

- the Hospice Care Program within the Plan was terminated for all Employees of the Company or for a group of Employees of which the person is a member. If such coverage terminates for any other reason, Hospice Care Program coverage during that total disability will be extended for up to twelve (12) months.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

NNI-LTD-00004649

*You and your covered Dependents may continue Medical Plan coverage under certain circumstances due to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA).*

## COBRA

You and your covered Dependents may continue Medical Plan coverage under certain circumstances due to the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). See the information about COBRA in the Administrative Information section of this handbook.

## Conversion Privilege

You must first enroll for continuation of coverage through COBRA prior to the following conversion privilege (except in the following states: Maryland, New York, South Carolina, South Dakota and Wisconsin).

The Conversion Privilege describes when and how you, or your covered Dependent, may get an individual Health Care converted contract when your, your spouse's or covered Dependent's coverage under the Plan ends.

## Right to Convert

A right under this provision is subject to the rest of this Conversion Privilege.

You have the right to get a Health Care converted contract if both of these are met:

- your Medical coverage ends for any reason other than:

  - your failure to pay, when due, any contribution required by the Plan, or

  - the end of your employment (other than retirement) if you then have the right to elect to continue your group Health Care coverage.

- you have been covered for at least three (3) months for Medical coverage (or for it and for similar benefits under any group plan that it replaced).

Plan Year 2000
Pub. 6/2000

NNI-LTD-00004650

EXHIBIT G

# Nortel Networks Inc.
# Medical Plan

# Summary Plan Description
# 2012

NNI-LTD-00003482

Summary of Mental Health and Substance Abuse Treatment Benefits...................................27
Prescription Drug Benefits ...............................................................................................29
Health Management Program...........................................................................................34
Preventive Care Benefits...................................................................................................35
    Network Area Options..................................................................................................35
    Non-Network Area Options.........................................................................................36
Other Covered Expenses....................................................................................................36

WHAT IS NOT COVERED...................................................................................................48

HOW THE NETWORK AREA MANAGED CARE OPTIONS WORK.....................................51
    Provider Directory.........................................................................................................51
    Network Medical Plan Names........................................................................................52
    Plan Benefits..................................................................................................................52
    Your Medical ID Card.....................................................................................................55
    Member Services............................................................................................................56
    Managed Care Options Summary of Health Benefits (PPO)............................................57

HOW THE OUT-OF-AREA COMPREHENSIVE OPTION WORKS........................................62
    Annual Deductible..........................................................................................................62
    Reimbursement Level.....................................................................................................62
    Out-of-Pocket Maximum................................................................................................62
    Common Accident Exception.........................................................................................63
    Hospital Precertification.................................................................................................63
    Filing Medical Claims.....................................................................................................63
    Out-of-Area Comprehensive Option Summary of Health Benefits..................................64

WHEN COVERAGE ENDS....................................................................................................68
    For You .........................................................................................................................68
    For Your Dependents .....................................................................................................68
    Continuing Coverage......................................................................................................68
        Extension of Health Care Protection...........................................................................68
        COBRA........................................................................................................................69

# SECTION TWO - ADMINISTRATIVE INFORMATION

IDENTIFYING INFORMATION.............................................................................................69

CONTACT INFORMATION FOR CLAIMS FILING....................................................................70
    Claims Administrator Contact Information......................................................................70
    Filing Claims..................................................................................................................72
        Payment of Plan Claims..............................................................................................73
    Claim Determinations.....................................................................................................73
        Appealing a Denied Claim...........................................................................................75
        Final Note on Medical Plan Claim Appeals..................................................................78

YOUR RIGHTS UNDER COBRA...........................................................................................78
    COBRA Participation......................................................................................................79
    COBRA Continuation Period...........................................................................................79
    Notification ....................................................................................................................80

NNI-LTD-00003484

# WHEN COVERAGE ENDS

## For You

Medical Plan coverage for you will end on the last day of the month in which one of the following occurs:

- the date your employment ends or you stop qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## For Your Dependents

Medical coverage for your eligible Dependents will end on the last day of the month in which one of the following occurs:

- the date your employment ends or your covered Dependent stops qualifying for coverage,
- the date the part of the plan providing the coverage ends, or
- the date you fail to pay any required contribution

## Continuing Coverage

If you stop Active Work for any reason, you should contact HR at once to determine what arrangements, if any, can be made to continue any of your coverage.

### Extension of Health Care Protection

The following applies to all coverages other than the Hospice Care Program:

Your coverage under the plan may be extended if you are totally disabled (as defined in the Disability Summary Plan Description) from a Sickness or Injury and are under a Doctor's care.

The extension covers all Sicknesses or Injuries. Coverage will be extended for the time you remain disabled (as defined in the Nortel Networks Disability Plan Summary Plan Description) from a Sickness or Injury and are under a Doctor's care.

In the event of your death, if you are enrolled with Dependent coverage, such coverage will be extended for a maximum of ninety (90) days from your date of death.

The following applies to Hospice Care Program coverage:

If you are totally disabled (as defined in the Nortel Networks Disability Plan Summary Plan Description) and under a Doctor's care, Hospice Care coverage during that total disability will be extended up to three (3) months if coverage terminated because:

- the plan was terminated, or

2012 Medical Plan SPD                        - 68 -

NNI-LTD-00003549

- the Hospice Care Program within the plan was terminated for all Employees of the Company or for a group of Employees of which the person is a member. If such coverage terminates for any other reason, Hospice Care Program coverage during that total disability will be extended for up to twelve (12) months.

This provision also applies to Hospice Care Program coverage for your Dependent. Your Dependent will be considered Totally Disabled if, because of an Injury or Sickness:

- Your Dependent is unable to engage in the normal activities of a person of the same age, sex and ability; or
- In the case of a Dependent who normally works for wage or profit, he is not performing such work.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.

## COBRA

You and your covered Dependents may continue Medical Plan coverage under certain circumstances under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). See the information about COBRA in **"SECTION TWO - ADMINISTRATIVE INFORMATION."**

# SECTION TWO - ADMINISTRATIVE INFORMATION

This Administrative Information section provides further administrative details about this plan, such as identifying information about the Plan that is required under ERISA, how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, HIPAA Privacy Notice and how the Company may amend the plan.

# IDENTIFYING INFORMATION

Plan Type under ERISA: Welfare Plan

Plan Number: 506

Funding Method: Self-funded with Employee and employer contributions held in the VEBA.
Contribution Source: the Companies that sponsor the Plan and participating Employees contribute to the cost of coverage

Companies that Sponsor the Plan: Nortel Networks Inc. (employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR.

The address for Nortel Networks Inc. is:  Nortel Networks Inc.
4001 E. Chapel Hill Nelson Hwy.
Research Triangle Park, NC. 27709

2012 Medical Plan SPD                        - 69 -

NNI-LTD-00003550

EXHIBIT H

Phone Quote from Standard Life:

For Anyone on Medicare under the age of 65:

Medigap Plan F Policy:  $999.28/month

Medigap Plan G Policy:  $737.80/month

# Medicare.gov
the Official U.S. Government Site for Medicare

Return to previous page

– **My Current Profile**   **Update Search**

**Zip Code:** 31088
**Current Coverage:** Original Medicare
**Current Subsidy:** No Extra Help [?]
**Drug List ID:** 0970398976
**Password Date:** 07/05/2012

**Important Coverage Information**

Click the tabs below for more detailed information about the plan health benefits, drug costs and more coverage and plan ratings.

You are now viewing 2013 plan data. **View 2012 plan data.**

| Symbols |
|---|
| **Ⓝ** Nationwide Coverage |

**Overview    Health Plan Benefits    Drug Costs & Coverage    Plan Ratings**

## AARP MedicareRx Preferred (PDP)
(S5820-009-0)

**Organization:** UnitedHealthcare

**Plan Type:** PDP

View Plan Medication Therapy Management (MTM) program eligibility information

Ⓝ

P.O. Box 29300
Hot Springs, AR 71903

**Members:**
1-888-867-5575

**Non Members:**
1-888-867-5564

**Overall Plan Rating:** [?]
Coming Soon

Enrollment begins October 15, 2012

**NOTE: Health Plan Benefits are based on Original Medicare**

| Fixed Costs | |
|---|---|
| Monthly Drug Plan Premium [?] | $40.10 |
| Monthly Health Plan Premium [?] | N/A |
| Annual Drug Deductible [?] | $0.00 |

Learn more about Medicare premiums

| Estimated Annual Drug Costs | Full Year Cost (based on January enrollment) [?] |
|---|---|
| CENTRAL GEORGIA CANCER CARE PHARMACY | $9,123.85 |
| WALGREENS #9643 | $9,237.37 |
| Mail Order Pharmacy | $8,751.18 |

Lower your drug costs

### What You Pay

| CENTRAL GEORGIA CANCER CARE PHARMACY | WALGREENS #9643 | Mail Order Pharmacy |
|---|---|---|

**CENTRAL GEORGIA CANCER CARE PHARMACY – Network Pharmacy**

| SELECTED DRUGS | FULL COST OF DRUG | Refill Frequency | Initial Coverage Level [?] | What You Pay Coverage Gap [?] | Catastrophic Coverage[?] |
|---|---|---|---|---|---|
| Advair HFA AER 115/21 | $718.08 | Every 1 Month | $45.00 | $341.09 | $35.90 |
| Amlodipine Besylate TAB 10MG | $3.77 | Every 1 Month | $3.77 | $2.98 | $2.65 |
| Astepro SPR 0.15% | $120.65 | Every 1 Month | $45.00 | $57.31 | $6.60 |
| Celebrex CAP 200MG | $294.61 | Every 1 Month | $45.00 | $139.94 | $14.73 |
| Climara DIS 0.05MG | $95.19 | Every 1 Month | $95.19 | $95.19 | $95.19 |
| Clonidine Hcl TAB 0.3MG | $8.26 | Every 1 Month | $8.26 | $6.53 | $2.65 |
| Cymbalta CAP 30MG | $186.42 | Every 1 Month | $45.00 | $88.55 | $9.32 |
| Cymbalta CAP 60MG | $186.42 | Every 1 Month | $45.00 | $88.55 | $9.32 |
| Folic Acid TAB 1MG | $37.16 | Every 1 Month | $37.16 | $37.16 | $37.16 |
| Hydroxychloroquine Sulfate TAB 200MG | $18.59 | Every 1 Month | $10.00 | $14.69 | $2.65 |
| Lidocaine/Prilocaine CRE 2.5-2.5% | $68.91 | Every 1 Month | $45.00 | $54.44 | $6.60 |
| Lidoderm DIS 5% | $688.94 | Every 1 Month | $45.00 | $327.25 | $34.45 |
| Methotrexate Sodium TAB 2.5MG | $12.71 | Every 1 Month | $10.00 | $10.04 | $2.65 |
| Metoprolol Succinate Er TAB 25MG ER | $41.80 | Every 1 Month | $41.80 | $33.02 | $6.60 |
| Novolin 70/30 INJ 70/30 | $363.48 | Every 1 Month | $45.00 | $172.65 | $18.17 |
| Omeprazole CAP 40MG | $25.30 | Every 1 Month | $10.00 | $19.99 | $2.65 |
| Pramipexole Dihydrochloride TAB 0.75MG | $9.06 | Every 1 Month | $9.06 | $7.16 | $6.60 |
| Proair HFA AER | $43.94 | Every 1 Month | $43.94 | $20.87 | $6.60 |
| Provigil TAB 200MG | $1,136.84 | Every 1 Month | $95.00 | $540.00 | $56.84 |
| Qnasl AER 80MCG | $123.99 | Every 1 Month | $123.99 | $123.99 | $123.99 |
| Singulair TAB 10MG | $161.79 | Every 1 Month | $45.00 | $76.85 | $8.09 |
| Sulfasalazine TAB 500MG | $14.80 | Every 1 Month | $10.00 | $11.69 | $2.65 |

| SELECTED DRUGS | FULL COST OF DRUG | Refill Frequency | Initial Coverage Level [?] | What You Pay Coverage Gap [?] | Catastrophic Coverage[?] |
|---|---|---|---|---|---|
| Triamcinolone Acetonide (Topical) CRE 0.1% | $49.12 | Every 1 Month | $10.00 | $38.80 | $2.65 |
| Victoza INJ 18MG/3ML | $466.70 | Every 1 Month | $45.00 | $221.68 | $23.34 |
| Voltaren Topical GEL 1% | $205.01 | Every 1 Month | $45.00 | $97.38 | $10.25 |
| MONTHLY TOTALS: | $5,081.54 | | $1,003.17 | $2,627.80 | $528.30 |

## Estimated Monthly Drug Costs

| CENTRAL GEORGIA CANCER CARE PHARMACY | WALGREENS #9643 | Mail Order Pharmacy |
|---|---|---|

**Monthly Costs (based on January enrollment)**

$1,784   $1,655   $568   $568   $568   $568   $568   $568   $568   $568   $568   $568



Jan   Feb   Mar   Apr   May   Jun   Jul   Aug   Sep   Oct   Nov   Dec

Graph depict an estimate of your monthly prescription drug costs, including any applicable premium for this plan. Actual costs may vary.
Click here for a more detailed explanation of these costs.

## Drug Coverage Information

| SELECTED DRUGS | TIER (FORMULARY STATUS) [?] | Restrictions PRIOR AUTHORIZATION [?] | QUANTITY LIMITS [?] | STEP THERAPY [?] |
|---|---|---|---|---|
| Advair HFA AER 115/21 | Tier 3: Preferred Brand | | | |
| Amlodipine Besylate TAB 10MG | Tier 1: Preferred Generic | | | |
| Astepro SPR 0.15% | Tier 3: Preferred Brand | | | |
| Celebrex CAP 200MG | Tier 3: Preferred Brand | | | |
| Climara DIS 0.05MG | Not on Formulary | | 15 | |
| Clonidine Hcl TAB 0.3MG | Tier 2: Non-Preferred Generic | | | |
| Cymbalta CAP 30MG | Tier 3: Preferred Brand | | | |
| Cymbalta CAP 60MG | | | | |

## Pharmacy & Mail Order Information

**Mail Order is available.**

**Pharmacy Network [?]**

**9 network pharmacies in your ZIP code**

### Drug List

| MEDICINE NAME | QUANTITY | FREQUENCY & PHARMACY | ORIGINAL DRUG ENTRY |
|---|---|---|---|
| Advair HFA AER 115/21 | 3 X 12GM Inhaler (sold in a package of 1 Inhaler) | Every 1 Month Retail Pharmacy | Advair HFA |
| Amlodipine Besylate TAB 10MG | 30 | Every 1 Month Retail Pharmacy | Amlodipine Besylate |
| Astepro SPR 0.15% | 1 X 30ML Spray Bottle | Every 1 Month Retail Pharmacy | Astepro |
| Celebrex CAP 200MG | 60 | Every 1 Month Retail Pharmacy | Celebrex |
| Climara DIS 0.05MG | 1 X 1 Box of 4 patches | Every 1 Month Retail Pharmacy | Climara |
| Clonidine Hcl TAB 0.3MG | 60 | Every 1 Month Retail Pharmacy | Clonidine Hcl |
| Cymbalta CAP 60MG | 30 | Every 1 Month Retail Pharmacy | Cymbalta |
| Cymbalta CAP 30MG | 30 | Every 1 Month Retail Pharmacy | Cymbalta |
| Folic Acid TAB 1MG | 120 | Every 1 Month Retail Pharmacy | Folic Acid |
| Hydroxychloroquine Sulfate TAB 200MG | 60 | Every 1 Month Retail Pharmacy | Hydroxychloroquine Sulfate |
| Lidocaine/Prilocaine CRE 2.5-2.5% | 2 X 30GM Tube (sold in a package of 1 tube) | Every 1 Month Retail Pharmacy | Lidocaine/Prilocaine |
| Lidoderm DIS 5% | 1 X 1 Box of 90 patches | Every 1 Month Retail Pharmacy | Lidoderm |
| Methotrexate Sodium TAB 2.5MG | 20 | Every 1 Month Retail Pharmacy | Methotrexate Sodium |
| Metoprolol Succinate Er TAB 25MG ER | 60 | Every 1 Month Retail Pharmacy | Metoprolol Succinate Er |
| Novolin 70/30 INJ 70/30 | 5 X 10ML Vial (sold in a package of 1 vial) | Every 1 Month Retail Pharmacy | Novolin 70/30 |
| Omeprazole CAP 40MG | 60 | Every 1 Month Retail Pharmacy | Omeprazole |
| Pramipexole Dihydrochloride TAB 0.75MG | 30 | Every 1 Month Retail Pharmacy | Pramipexole Dihydrochloride |

| SELECTED DRUGS | TIER (FORMULARY STATUS) [?] | Restrictions PRIOR AUTHORIZATION [?] | QUANTITY LIMITS [?] | STEP THERAPY [?] |
|---|---|---|---|---|
| | Tier 3: Preferred Brand | | | |
| Folic Acid TAB 1MG | Not on Formulary 4 | | | |
| Hydroxychloroquine Sulfate TAB 200MG | Tier 2: Non-Preferred Generic | | | |
| Lidocaine/Prilocaine CRE 2.5-2.5% | Tier 3: Preferred Brand | Yes | | |
| Lidoderm DIS 5% | Tier 3: Preferred Brand | | | |
| Methotrexate Sodium TAB 2.5MG | Tier 2: Non-Preferred Generic | | | |
| Metoprolol Succinate Er TAB 25MG ER | Tier 3: Preferred Brand | | | |
| Novolin 70/30 INJ 70/30 | Tier 3: Preferred Brand | | | |
| Omeprazole CAP 40MG | Tier 2: Non-Preferred Generic | | | |
| Pramipexole Dihydrochloride TAB 0.75MG | Tier 3: Preferred Brand | | | |
| Proair HFA AER | Tier 3: Preferred Brand | | | |
| Provigil TAB 200MG | Tier 4: Non-Preferred Brand | Yes | | |
| Qnasl AER 80MCG | Not on Formulary 15 | | | |
| Singulair TAB 10MG | Tier 3: Preferred Brand | | | |
| Sulfasalazine TAB 500MG | Tier 2: Non-Preferred Generic | | | |
| Triamcinolone Acetonide (Topical) CRE 0.1% | Tier 2: Non-Preferred Generic | | | |
| Victoza INJ 18MG/3ML | Tier 3: Preferred Brand | | | |
| Voltaren Topical GEL 1% | Tier 3: Preferred Brand | | | |

Add/Edit Drugs      Print My Drug List      Print Plan Report      View Drug Benefit Summary

*This is a non-formulary drug. In addition, this type of drug is excluded from coverage under the Medicare program. This plan does not offer a supplement benefit for this type of drug. Any amount you spend for non-formulary drugs are not counted toward any deductibles, initial coverage or out-of-pocket limits. The drug cost displayed is only an estimate and actual cost may vary.

15Any amount you spend for a non-formulary drug is not counted towards the deductible, initial coverage limit or out-of-pocket costs UNLESS the plan approves a formulary exception. If an exception is approved, the non-formulary drug will be covered at Tier 4. The drug cost displayed is only estimate and actual cost may vary. Please contact the plan for more information.

| MEDICINE NAME | QUANTITY | FREQUENCY & PHARMACY | ORIGINAL DRUG ENTRY |
|---|---|---|---|
| Proair HFA AER | 1 X 8.5GM Inhaler | Every 1 Month Retail Pharmacy | Proair HFA |
| Provigil TAB 200MG | 30 | Every 1 Month Retail Pharmacy | Provigil |
| Qnasl AER 80MCG | 1 X 8.7GM Inhaler | Every 1 Month Retail Pharmacy | Qnasl |
| Singulair TAB 10MG | 30 | Every 1 Month Retail Pharmacy | Singulair |
| Sulfasalazine TAB 500MG | 120 | Every 1 Month Retail Pharmacy | Sulfasalazine |
| Triamcinolone Acetonide (Topical) CRE 0.1% | 1 X 454GM Jar | Every 1 Month Retail Pharmacy | Triamcinolone Acetonide (Topical) |
| Victoza INJ 18MG/3ML | 3 X 3ML Pen (sold in a package of 3 pens) | Every 1 Month Retail Pharmacy | Victoza |
| Voltaren Topical GEL 1% | 6 X 100GM Tube (sold in a package of 3 tubes) | Every 1 Month Retail Pharmacy | Voltaren Topical |

Return to previous page

**Medicc**
The Official U.S. G

**Medicare**



**Medicc**
The Official U.S. Gove

**Medicare.gov**
The Official U.S. Government Site for Medicare
**Medicare.gov**

A federal government website managed by the Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

**Medicare.gov**
The Official U.S. Government Site for Medicare

EXHIBIT I

**Unknown**

| | |
|---|---|
| **Subject:** | Spoke with Nortel Benefits @ 3:45 today... |
| **Start:** | Thu 9/21/2006 3:45 PM |
| **End:** | Thu 9/21/2006 4:00 PM |
| **Recurrence:** | (none) |

Spoke with Janice in Employee Benefits. She confirmed that, even though I am on LTD, I am considered an employee and as such fall into the category of having been 50+ with at least 5 years service as of 7/01/2006 and as such will be grandfathered and will receive choice of $35K Life Ins policy or $10K Life Ins policy and a LT Care policy (she is sending info on Life Ins Policy and LT Care policy to go out in mail 9/22/06). She also confirmed that, as of 1/1/2008 I will have money remaining in pension plan accruing interest and Nortel will continue to put 4% of my monthly salary into the Long Term Investment Program (aka the Nortel 401K) in which I can direct investments, but I will not be allowed to put any money into it as employee contributions must be made is by payroll deduction only as dictated by the Fed Govt.

*Diania & Ohul*

1