IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Leah K. McCaffrey, a disabled participant in the Debtors' LTD plan, hereby submits this Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to terminate the Long-Term Disability Plan and the employment of the LTD employees. In support of this Objection, Leah K. McCaffrey respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I became an employee of Nortel when they took over the operations of Bell Northern Research/Northern Telecom. I continued my employment with Nortel because the salary and benefits were good. With a pension, life insurance and protection for both short and long term disability, I felt I was protected. I also received promotions on a regular basis on my merit.

2. I was a software programmer with a degree in Computer Sciences from Texas A&M. I wrote and tested software for MCI and other telephony companies. I was sent to England to assist in a Nortel installation and performed on-site testing and installation of a DMS-250 computer system for Mercury Telecom. The vast majority of my employment was in the Richardson, Texas location.

3. On December 16, 1986, I was injured in an accident and sustained fractures to three vertebrae. I was paralyzed and I had terrible pain in my hips and legs . It took three weeks before I was stabile enough to have surgery on my back. The surgery lasted twelve hours and involved removal of bone fragments, replacement of the missing bone, removal of two of the intervertebral disks and the installation of a large metal plate with four screws to fuse the vertebrae. It required removal of a large portion of my hip for use as replacement bone. My diaphragm was detached, one of my ribs was removed and my left lung deflated to gain access to the injured area. My spinal cord was crushed by swelling and the blood supply to my spinal cord was compromised. I had a bruise that covered my entire back.. Numerous bone fragments were impossible to remove and adhered to surrounding tissue and are a source of pain. The spinal canal at vertebrae L1 is completely blocked as no spinal fluid passes beyond that level.

A week after surgery, I was fitted with a body cast and transferred to the Dallas Rehabilitation Institute on January 8, 1987. I received physical therapy and instruction on how

to live with my injury at the Institute until my discharge on April 2, 1987 and for three weeks thereafter as an outpatient. I learned to drive a car with hand controls and to handle my wheelchair. My treatment and rehabilitation took 4 ½ months and I returned to work in late April 1987.

I was promoted to first level management and placed in charge of eight DMS-250 software designers. I eventually became a senior manager supervising about sixty (60) software designers, testers and patch writers with a yearly budget of between 40 and 60 million dollars. I reported directly to a Vice-President.

After my return to work, I suffered pain most of the time. I was under the care of numerous doctors and receiving pain medications and various therapies including electrical implants, but they did not resolve or lessen the pain. My pain levels steadily increased over the years but I continued to work actively for Nortel. I have endured pain since my injury from my hips downward like an electrical shock and it felt as though my legs were being crushed. I also had sharp shooting pains down my left leg at least two times a week or more. It reached the point that I felt intense crushing pain from any touch to my mid to lower back. My buttocks and crotch feel like they are on fire. I had several incidents that felt like a heart attack and I could not get enough oxygen. My doctor said that I have "triggers" that bring on a Vasovagal syncope. After many years of searching for a way to control my pain, I began to have negative reactions to the medications and now I cannot tolerate many of the pain medications.

My bones and joints have deteriorated. I have had ten (10) fractures in five separate incidents in my wheelchair. My Orthopedist says I have "bones like butter." My joints are easily injured.

I have frequent bouts of bladder and kidney infections caused by necessary

catheterization four times a day. I have to digitally remove fecal material which has caused damage to my rectum. I cannot control my bladder and bowel functions at times. My urologist has compared the level of my "normal pain" with the pain of passing kidney stones.

My skin has begun to break down on my buttocks and crotch because of longtime wheelchair use and I suffer from overuse problems in my neck, back and arms which require extensive physical therapy. Any uneven or bumpy surface that I encounter in my wheelchair or in a car causes a marked increase in my pain level.

My sleep is sporadic since I am awakened about every two hours and must "rearrange" myself in the bed.. I suffer from bed sores frequently.

I have suffered from severe depression and anxiety since my injury. I worked at Nortel and coped with my pain and disability for fourteen years (14) until my pain level was too much to bear.

4.  On March 27, 1999, I was placed on Short Term Disability. My condition did not improve and I was placed on Long Term Disability on September 27, 1999. Nortel validated my Long Term Disability Claim at that time. The records furnished Nortel and Prudential explicitly stated that my disability was permanent and that I would never be able to work again in any capacity.

## RELIEF REQUESTED

1. That Debtor's Motion (DI #8067) requesting authorization from the Court to terminate Debtor's Long Term Disability Plan be DENIED.

2. That Debtor's Motion (DI #8067) requesting authorization from the Court to terminate the employment of Nortel's LTD employees be DENIED.

3. A determination by the Court that Nortel's failure to establish and fund a TRUST FUND for the company's obligations under its LTD plan was a fraud upon the beneficiaries and a breach of fiduciary duties it assumed in its representations to its employees to induce them to join such plan.

4. That the Court enter such Orders as are necessary to continue payments of benefits to me under the LTD plan without interruption because the impact would be disastrous to me and I would not be able to survive either financially or medically without those benefits.

5. Establishment of a TRUST FUND that assures the continuation of benefits to LTD employees at the level to which Nortel obligated itself originally.

6. Alternatively, that my claim against Nortel be granted in the amount of $3,596,818.44.

## BASIS FOR RELIEF

1. All literature from Nortel stressed that benefits under the Long Term Disability Plan would be paid until I reached sixty-five (65) years of age and that my pension benefits would then be paid. I firmly believed that Nortel's representations meant that I was protected by these plans. They represented that the LTD benefits could never be terminated and the contributions and TRUST FUND could never be used for any other purpose.

2. Based on Nortel's representations, I paid extra premiums so that I would receive a larger percentage of my salary if I were permanently disabled.

3. The various plans that Nortel offered were offered as "insurance." Our contributions were referred to as "premiums." This created my belief that I was secure and protected if any of the eventualities occurred.

4. Any and all ambiguities in the plan document should be construed against Nortel.

5. Nortel has the assets needed to meet its obligations to me and all others who will be greatly harmed if they are allowed to terminate this plan.

6. I have now been in a wheelchair for twenty-five (25) years and being a paraplegic requires medical support and enormous expense to furnish all the medicine, equipment and supplies to deal with life every day. I have two children who need support to complete their education. My husband has a very serious eye condition and is facing surgery and the possible loss of his eyesight. If Nortel is able to terminate the LTD plan, my family will be placed in great jeopardy.

## **EXHIBITS**

A – Proof of Claim Spreadsheet.

B – Northern Telecom Group Benefits Plan - 1982 (VDR Room, Nortel-Debtor Provided Discovery to LTD Committee, Short Term and Long Term Disability Plans - SPDs)

C – Northern Telecom Group Benefits Plan - 1987 (VDR Room, Nortel-Debtor Provided Discovery to LTD Committee, Short Term and Long Term Disability Plans - SPDs)

D - Short and Long Term Disability Plan - PY 1999 (VDR Room, Nortel-Debtor Provided Discovery to LTD Committee, Short Term and Long Term Disability Plans - SPDs)

I have not received the discovery I requested from either Nortel or Prudential. I will supplement my exhibits and my Proof of Claim as ordered by the court.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the Creditors' Committee; (d) counsel to the Retirees Committee; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Leah K. McCaffrey respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Leah K. McCaffrey respectfully requests the entry of an Order, in the form attached:

1. That Debtor's Motion (DI #8067) requesting authorization from the Court to terminate Debtor's Long Term Disability Plan be DENIED.

2. That Debtor's Motion (DI #8067) requesting authorization from the Court to terminate the employment of Nortel's LTD employees be DENIED.

3. A determination by the Court that Nortel's failure to establish and fund a TRUST FUND for the company's obligations under its LTD plan was a fraud upon the beneficiaries and a breach of fiduciary duties it assumed in its representations to its employees to induce them to join such plan.

4. That the Court enter such Orders as are necessary to continue payments of benefits to me under the LTD plan without interruption because the impact would be disastrous to me and I would not be able to survive either financially or medically without those benefits.

5. Appropriate action by the Trustee under the Court's direction that assures the continuation of benefits to LTD employees at the level to which Nortel obligated itself

originally.

6. Alternatively, that my claim against Nortel be granted in the amount of $ 3,596,818.14.

Dated: October 22, 2012

*Leah Kathryn McCaffrey*
Leah Kathryn McCaffrey
7139 Debbe Dr.
Dallas, Texas 75252
Telephone: 972-250-3887
Facsimile: N/A
Email:lkmc_usa@sgcglobal.net

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

                                      HONORABLE KEVIN GROSS
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

# Proof Of Claim

| | | |
|---|---|---|
| WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR? | | Leah K. McCaffrey |
| WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL? | | 1540211 |
| WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY? | | September 1, 1999 |
| **WHAT IS YOUR AGE  (As Of January 1, 2013) …** | | |
| Years | | 52 |
| Months | | 11 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | | 635 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | | 145 |
| YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT | $ | 81,794.87 |
| **IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions …** | | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)? | | 0 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K … | $ | - |
| **FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"** | | |
| SEVERANCE PERIOD | | 40 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | $ | 62,919.13 |
| **FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) …** | | |
| GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | $ | 6,388.08 |
| SSDI MONTHLY OFFSET | $ | - |
| Medicare Part B Reimbursement Per LTD Plan | $ | 110.50 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | $ | 6,498.58 |
| **Estimates On What Replacement Coverage Would Cost You** | | |
| MEDICAL CARE | $ | 2,201.00 |
| SUBSIDIZED PRESCRIPTION PLAN | $ | 210.00 |
| DENTAL/VISION/HEARING CARE | $ | 600.00 |
| CORE EMPLOYEE LIFE INSURANCE | $ | - |
| ACCIDENTAL DEATH & DISMEMBERMENT | $ | 300.00 |
| Life Insurance | | $3,678.00 |
| **Unadjusted LTD Claim Amount** | | **$1,162,070.96** |
| Claim adjusted for FIT impact | | $1,743,106.44 |
| Retirement Benefit - Monthly | $116,849.81 | $1,235,808.00 |
| Claim adjusted for FIT impact | | $1,853,712.00 |
| **Total Adjusted Claim for LTD and Retirement Pension** | | **$3,596,818.44** |

Page 1