To The U.S. Bankruptcy Court

This is in Reference To Nortel Bankruptcy case # 09-10138 (KG)

I, Mary Moon am an LTD employee of Nortel. I was employed from Nov. 1979 to 1990.

I was diagnosed with migraine headaches + manic depression around 88 or 89.

I object to Nortels motion to Terminate LTD employees benefits. I wish the judge in this case to grant me full benefits until I reach 65.

It would be devastating to lose this income that I have depended on these 20 odd years. My husband + I are both disabled and have limited income. He has colon cancer, I just had a breast removed because of breast cancer (+ 17 lymph nodes) I have 3 deteriorated disk in my spine. The doctors put a cage around them. I also have neuropathy in both legs.

The doctors plan to remove my other breast in 1-13, + then reconstructive surgery after that.

Please consider my case favorably.

Thank you for your time.

Mary Moon