IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

When I started working for Nortel, I was promised salary and benefits in return for my services. One of the important benefits was LTD coverage to age 65, should I become totally disabled. When Prudential approved my LTD claim after I became totally disabled, I relied on this coverage being there until I turn 65. Nortel became financially responsible for my LTD benefits per its promise when I became an employee.

I feel that Nortel is obligated to stand by the terms of my employment and not terminate this benefit before I reach age 65. I also contributed additional money to increase the benefits to provide for my family.

I ask the Court to please <u>not</u> allow Nortel to terminate my LTD benefits, which became vested once I became disabled. I assure the court that the personal impact on my medical and income loss would be disastrous to me and my family.

**Name: Ralph MacIver**

**Address: 116 Honeycomb Lane**
**Morrisville, NC 27560**
**Phone #: 919-371-9081**

Signature: *Ralph MacIver*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.