Nortel Promised me salary and benefits in return for my services. LTD coverage to 65 should I ever become totally disabled, was one of those benefits. I relied on that being there. Once I became totally disabled and prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65. You can't tell someone who has fire insurance on their home or business that yes, the fire already burned your house or business down  but we will only pay you for a month and then terminate the coverage.

I ask the court please **NOT** allow Nortel to terminate my LTD benefits. These benefits vested once I came disabled. The personal impact on medical and income loss would be disastrous. Attached is a copy of a page from our employee handbook. It states our disability is to last untill you cease to be disabled or you die.

Vada Potts Wilson

101 Teny's Lane

Rougemont, NC 27572

(336)364-2700

*Vada Potts Wilson*

*10/20/2012*

1

**Period of Total Disability**

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than 31 days before he has been seen and treated you personally for the disease or injury causing the total disability.

Your period of total disability will end when any one of the following occurs:

1.  You cease to be totally disabled or you die; or

2.  You actually start working at the type of occupation in which you normally engage or at any reasonable occupation. Work at an Approved Rehabilitation Program as defined later will not count as work at the type of occupation in which you normally engage or at a reasonable occupation; or

3.  You cease to be under the care of a physician; or

4.  You fail to furnish the latest required proof of the continuance of your total disability to this Plan or refuse to be examined by a physician designated by this Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be considered as and combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or related causes separated by less than 3 months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

**Other Income Benefits**

This Plan defines "other income benefits" as

(1)  Income received from any employer or from any occupation for compensation or profit

(2)  Any disability, retirement, or unemployment benefits required or provided for under any law of a government — for example,
    (a)  unemployment compensation benefits,
    (b)  no-fault wage replacement benefits,
    (c)  statutory disability benefits,
    (d)  benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension Plan, including dependents benefits, but not counting any increase in benefits enacted after the monthly Long Term Disability benefit payments have started under this Plan.

13