IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Joyce Ann Robertson, Long-Term Disabled Employee (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Joyce Ann Robertson respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

My strongest objection regarding the termination of my Long-Term-Disability benefits is based on a lot of determinate facts. First of all my decision to accept Nortel's employment offer was based on both salary and benefits identified by Nortel. When I was healthy Nortel told me that these benefits will be in place until I was 65 years of age. I was never told or informed by anybody at Nortel from upper management, human resources or any other representative that my benefits would be terminated, furthermore know document was ever presented to me to support or state the fact of termination of benefits.

I was hired for employment at Nortel in 1987 located in Research Triangle Park, North Carolina. My official job description was that of a Line Card, in 1990 I was promoted to the position of Team Lead. In the position of team lead a few of my responsibility was the supervision of my team and writing daily reports of the teams overall production and performance. I actively worked for Nortel from 1987 until 1992 without incident or absence from work until I went out on short term disability or now as it is called medical leave in February of 1992 and my L T D benefits took effect in August of1992.

## RELIEF REQUESTED

1. I request that the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067] be rejected.
2. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled.
3. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

## **BASIS FOR RELIEF**

\_\_   My basis for relief is simply this. I'm a kidney transplant patient and before my doctor decided to grant me this kidney transplant he had to make sure that a lot things were in place. First of all, one of the key criteria, was that my income and medical coverage had to be in place to ensure that I was a reliable recipient both financially and health wise for the long term success of the transplant. The physician, social worker, and financial analysis on the medical board that reviewed my medical case found that the Nortel L T D benefits was quiet satisfactory and met their requirements.

Nothing in my 1992 L T D plan states explicitly, that my benefits were terminal once I was already disable and receiving my benefits. If the debtors are allowed to terminate my L T D benefits contradictory to everything that was communicated to me by Nortel. I will suffer not only the roof over my head, but the means to provide for my family welfare and the most important loss of all will be the loss of my life. Without my L T D benefits I can't maintain my organ transplant. Like I said at the outset, my medical staff qualified me for the transplant based on the facts that they found when they reviewed my L T D benefits plan. These doctors had faith in Nortel's L T D benefits plan, that I would be cover.

So at the decision point, when my doctor offered me a kidney transplant after 19 years of dialysis or to remain on dialysis for life. I would have rejected the transplant offer because I would have been better off remaining on dialysis, now since you all have already given me a death sentence. To be quiet honest with you, that is exactly what it will come to a death sentence if my L T D benefits are terminated. I can't afford those expensive kidney medicine, my kidney medicine without insurance runs me over a $1,000 a month not including my doctor's visits. With my L T D benefits I only pay $ 50 a month for all my medication. I've been disable since 1992 and I'm constantly in and out of the hospital at the age of 56. I have end stage renal failure even though I'm 5 years removed from a kidney transplant. I'm 100% blind in my left eye and have only 65% vision in my right eye and have been in surgery twice to try and save that eye. If I was physically able to return to work, I would have returned by now. I have box full of health issues that is the result of being on Kidney dialysis, from a

weak heart, to going blind, to confinement of a wheel chair 75% of the time because of weaken bones.

I believed I had a fully insured L T D Policy from Signa and over the years when I filed my taxes, I believed that Signa was my employer because they were identified on my W-2 form.

## **EXHIBITS**

A – Proof of Claim.

B – There is no plan L T D document for discovery under Erisa. These people are the plan administrators for my document and they have failed to produce that and that is a violation of Erisa that they can't produce that document.

C –

D -

Z – 2012 LTD Summary Plan Description.

## NOTICE

1. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Joyce Ann Robertson respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Joyce Ann Robertson respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Joyce Ann Robertson in full for LTD benefits projected to age 65.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Joyce Ann Robertson.


Dated: October 22, 2012        _____
                               Joyce Ann Robertson
                               604 S. Peedin Street
                               Selma, NC 27576
                               Telephone: (919) 965-3400
                               Facsimile: N/A
                               Email: joycerobertson13@yahoo.com


*Appearing Pro Se*
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) ) ) Case No. 09-10138 (KG) |
| Debtors. | ) ) ) Jointly Administrated |
| | ) ) **Re: Docket No. 8067** |

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

                                        HONORABLE KEVIN GROSS
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.