IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: Oct. 22, 2012 at 10 a.m.** |
| | ) | **Hearing Date:      Feb. 13, 2013 at 10 a.m.** |
| | ) | **RE:            D.I. # 8067** |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE
DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD
EMPLOYEES**

William A. Reed (the LTD Employee) of the above-captioned debtors and debtors-in-possession Nortel Networks Inc. hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, William A. Reed respectfully represents as follows:

**BACKGROUND**

1. I was hired by Northern Telecom, Inc. on June 4, 1974, in Mountain View, CA. I was one of the original Northern Telecom employees in the USA (Exhibit F18). I was hired for System Assembly. I built the first Pulse 80's by manual labor; No air or

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

William A. Reed

power tools then. Starting with empty System Cabinets (about the size of a refrigerator), I installed all the shelves, connected all cables, loaded all the PCB's (printed circuit boards), powered on and then covered for a 24 hour burn-in.

2. I was promoted to System Test. I tested each Pulse 80 and Pulse 120 System's, Central Control Shelf and all its PCBs, Power shelves and its PCBs, and Option Shelf and its PCBs on an HP 9500 Series Automatic Test System.

3. I was promoted to Quality Auditor and worked on the new SL-1 system products. I also was the Northern Telecom, Inc. representative to AT&T / Western Electric (WECO) and its on-site Quality Control Auditor.

4. The SL-1 was the world's first all-digital PABX in both control and switching. The SL-1 was more reliable and offered more features than an equivalent electromechanical system. The SL-1 (SL stands for Stored Logic) design evolved, we called this evolution "Evergreen", to create all the following system types and sizes over the years/decades: L, VL, LE, VLE, A, M, MS, S, N, XL, NT, XT, ST into the Meridian 1 Options 11, 11C, 21, 21C, 51, 61,61C, 71, 81, 81C as Nortel's private network enterprise flagship offering with hundreds of features. Now evolved and known as the CS1000x (CS stands for Communications Server) and acquired by Avaya in this bankruptcy of Nortel Networks. Note: The DMS (Digital Multiplexing System for the Carrier or Regulated market) digital concept designs were based on the SL-1 and the US manufacturing /design location was RTP, NC.

5. Promoted to Associate Quality Engineer worked on OCS Project and then promoted to Quality Engineer. I established the first Quality Audit Center to test all Nortel products, made in Santa Clara, independent of manufacturing. I wrote Quality

Engineering Procedures. I loved this job. I was always involved in new product R & D; software, hardware, VLSI, EMI & RFI testing, and all new manufacturing processes, including Surface Mount Technology. Government or industry approval: FCC, CSA, UL. I represented Quality for all major Project Reviews and New Product Introduction Gate Reviews. I traveled to Nortel's R&D centers in throughout Canada and the USA. I was the media (tape drive, disk drive) expert and would assist Corporate Purchasing on Vendor Surveys at 3M, IDT, Seagate, Maxtor, etc. I did design changes to the 3M Tape Drive and met with 3M at their Corporate Headquarters in St. Paul, MN and their manufacturing location in Camarillo, CA. These drives were used in the Northern Telecom Meridian SL-1 Systems and DMS-100, 10, and 1 Urban System product lines.

6. Field Quality Engineering. I helped establish the Field Quality Engineering Department. Quality did not end when the product left the manufacturing facility. I looked at system installations by NTI Directs and Distributors. Training Center classes audited. Established the importance of Power and Grounding for digital/computer PABX installations to the National Electric Codes. And, the requirements of end users to provide switch rooms that meet Uniform Building Codes and Equipment Room Thermal Control. Provided feedback to Manufacturing, Technology, Product Management, etc. on problems found at customer/end user locations. I reviewed the system software programming and hardware to provide the best operation for that installation. I provided on-site training to Installation and Maintenance groups for NTI Directs and Distributors. Thank you's (Exhibits F1-F5). I've assisted ETAS (Emergency Technical Assistance Service) on site at major End

User problem sites. I was responsible for Northern Telecom Japan, Inc. Quality issues regarding product design, manufacturing, and Japanese MIDI and JATE regulations. I wrote Field Quality Procedures and established a rating system for on-site field installation audits. Monthly reports to upper level management. During a CWA strike, I was dispatched to Yale University Medical Center, New Haven, CT to provide the system maintenance support for the entire campus. I was personally thanked by the Northern Telecom Group Vice President of IOS. (Exhibit F6) and the New England Operations Group VP, Ed Pierce (Exhibit F7). Awarded the Employee of the Month for May 1984 from Director of Human Resources and the General Manager, (Exhibit F8).

7. New Product Quality and Reliability Engineering: Helped establish the New Product Quality and Reliability Engineering Department. Projects I worked on for the New Product Introductions were: New System CPUs "Viking" (Exhibit F9), "Thor" Options 21,51,61,71, X11 Software Releases and Features, ISDN Basic Rate, ISDN Primary Rate, XFI –Fiber optics, Meridian Mail, Option 11 "FOX" (Exhibit F10), Digital Phones (Aries). Assisted in establishing a Reliability Testing Lab. I wrote Project Quality Plans and represented Quality at Project and Gate Reviews. Good comments from Don Schmidek, Director of Quality (Exhibits F12-F15) Newsletter where I lead the Operation FOX Track team. (Exhibit F11)

8. Associate Product Manager: X11Global Release Software merge/combination of X11 North America and X11 International. Letter from Rick Faletti, President Private Networks, Congratulations! (Exhibit F16) First Gate 0 ever held. Established an X11 International Feature Specification Library, for Santa Clara. I

wrote the ISO 9001 - Nortel Design Process Procedures for Santa Clara, CA, with signoff from each of the following Nortel locations:   Mountain View, CA, Richardson, TX, Nashville, TN, Belleville, Ontario, Canada, Maidenhead, England, Marne La Vallee, France, Frankfurt, Germany, CALA Miami, FL, and NTJI Tokyo, Japan.   Extremely rare 1st time pass achieved by any company for ISO9001.   I received a Northern Telecom BNR Spot Award for the ISO9001 Certification (Exhibit F17).

9. I loved my jobs at Nortel.   I was always learning.   I was at the forefront of technology.   I went above and beyond.   I worked many many long hours and volunteered off hours as part of the employee's activity group, planning Company: Picnics, fun days at Frontier Village or Great America Theme Park, and Christmas Parties.   I started the first NTI bowling league, held in Palo Alto, CA.   I was part of the first newsletter "**nt items**" (Exhibit F18).

10. When requested and my schedule allowed, I gave tours of the Santa Clara facilities for the Customer Relations Program.   I received many thanks from customers, end users, and Nortel employees: NASA, Bell South, California State Medical Center, University California, Davis, California State medical Center, Sacramento, United States Steel Corporation, Illinois Bell Ameritech, World Color Press, Institute of Industrial Engineers, Total Technical Institute, National Telecom, RAK Associates, Pioneer High School, Gary Andrews, HR Director,   (Exhibits F19-F32).

11. Companies and Headhunters were always offering me jobs.   I felt secure with Nortel due to our growth together and benefits received.

## RELIEF REQUESTED

12. I request that the Debtors' Motion to Terminate the Debtors' Long-Term Disability Plans and Employment of the LTD Employees be rejected.

13. I request the Debtors compensate me in full for my LTD Benefits Claim to my 65th birthday. Northern Telecom, Inc. / Nortel Networks, Inc. became liable and as Plan Administrator of the LTD Plan and as fiduciary of LTD Trust/Health and Welfare Benefit Trust became responsible when CIGNA approved my total disability. My Claim is for $553,883.12.

14. I request that the LTD benefits and monthly pay continues till bankruptcy closes. Any interruption will be financially and medically devastating.

15. I request that any lump sum settlement be placed in a tax deferred Vanguard Intermediate Annuity in my name, and controlled by me. This compensation disbursement shall be immediate when the LTD benefits and monthly pay closes at bankruptcy.

## BASIS FOR RELIEF

(A) Nortel VPs, management and HR, in their communications, stated that the employees were responsible for Nortel's and their success and Nortel provided and maintained competitive benefits package to retain them.

**(B)** The WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN for the last year I was an "at work active employee" gave me the reliable & repeatable understanding that I was to receive LTD benefits until age 65.

**(C)** Communication from CIGNA carried headers/banners of "CIGNA Group Insurance" or "CIGNA" and listed the CIGNA Companies: "Connecticut General Life Insurance Company, Insurance Company of North America, Life Insurance Company of North America, and INA Life Insurance Company of New York": claims forms, correspondence from Claims Managers, paystubs, and direct reimbursement requirement to Life Insurance Company of North America (CIGNA) from my Social Security award, etc.   CIGNA identified me by name as Insured and NTI as the Policyholder.

January 2000, Prudential Insurance Company of America has assumed all responsibility for Nortel Networks Long Term Disability (LTD) claims.  Communication from Prudential carried headers/banners of "Prudential Insurance Company": claims forms, correspondence from Claims Managers, W-2s and paystubs.

**(D)** Nortel, CIGNA & Prudential representatives confirmed I would receive LTD benefits to age 65. As of October 10, 2012, a letter received from Prudential Insurance Company of America, from Sophie Costanza, Disability Claim Manager, stated: ... *"Your benefits will continue through October, 8, 2020"*.

**(E)** Nortel Networks, Inc. has the funds to meet the contractual obligations for myself and all the LTD employees that generated the assets the Debtors have liquidated.  The key here is they are liquidating and not restructuring the business.  This is life and death for me and many

of the LTD employee's that built Nortel vs. Bondholders and other Creditors who can write off their investment or business losses to the IRS. I can't write off my LTD benefits losses. I can never work again. I can't make up for income, medical, dental, vision, life insurance, long term care and retirement benefit losses. The loss of my Medical and Medco/Express Scripts Prescription Drug Coverage will be very expensive or unaffordable. My 2011 total Medco Prescription claims was $41,913.31 of which the plan paid $39,349.46 and I paid $2,563.83. I know that 2012 will be more when that total becomes available. The 2013 Medicare Part "D" Prescription Drug coverage retail costs for my current medications is $59,154. Most of my meds are Tier 3 cost level, which means the co-pays can be 50% of the drug cost.

My Total Claim is $553,883.12 for my LTD benefits that became a financial obligation to the Debtor when my Long-Term Disability claim was approved by CIGNA in 1993. Nortel knew my disabilities were identified, as both Total & Permanent, by Doctors and the by my Social Security Award.

## DETAILS

- **(A)** Nortel management stated in their communications, recognition that the employees were responsible for their success and Nortel maintained competitive benefits package to retain them.

- **MEMORANDUM** Monson H. Hayes, Jr., President, Northern Telecom, October 20, 1976. 4th and 5th Paragraphs: *"NTI provides you with a superior group insurance plan. We will continue to review our benefits so as we grow and profit together as a company, we can offer improved benefits.*

*We believe you recognize the benefit of adequate insurance protection. We are sure that our plan will add to your peace of mind and to your financial security. We appreciate your efforts and loyalty to Northern Telecom and this is one of the ways we've chosen to express our appreciation for your efforts.*

*Yours very truly, "*

Monson H. Hayes, Jr.

President   (See Exhibit A1, please note that benefits were fully insured by Aetna Life & Casualty and so stated on the left side of Exhibit A1.)

- **MEMORANDUM** Kerry C. Bessey, Vice President, Human Resources, Statement of Benefits:   July 27, 1992. *"Attached with this memo is your Personal Statement of Benefits, which contains detailed, personal information on the primary benefits to which you are entitled as an employee of Northern Telecom or BNR. This document will be very useful to you and your family because it provides important information about your protection under the company's insurance plans, retirement benefits, and other information. We expect that most of you will be pleasantly surprised by the value and extent of your benefits. Northern Telecom/BNR offers its employees one of the most competitive benefits packages in the industry. It is one of the ways we attract the best people and keep them. As Stated in the Core Values, "our people are our strength," and our success is intimately linked to the quality of our employees. "*   (Exhibit A2)

- **Northern Telecom/BNR, 1993, Your Personal Statement of Benefits**, P.2, **TOTAL COMPENSATION = PAY + BENEFITS**, 1st Paragraph. *In order to attract and retain*

*highly qualified people, the Company provides a total compensation package which is a leadership position within our industry. Your total compensation package includes both salary and benefits.* See P.2. **TOTAL COST OF YOUR BENEFITS** (for William Reed 1993). *Adding together all the benefits, your total compensation package has an annual value of $80,353. This includes your salary of $67,800, and the value of all your benefits. As illustrated below, your cost for these programs is $5,022 and the Company's cost is $12,553. Your **benefits, in total, equal 19% of your annual pay.*** (Exhibit A3)

## **DETAILS**

**B)** Language across the LTD Summary Plan Descriptions repeatedly say that I would receive LTD benefits until age 65, unless I died. Ambiguities and errors of omission do exist in the Summary Plan Documents. These were caused by the Plan Administrator who failed to notify me of LTD modifications or Northern Telecom's self funding risks to my benefits, throughout my years of employment. I had LTD insurance with Aetna when, in 1974, I became a Northern Telecom employee. (Aetna 1977 Example found in the Rust Omni Nortel Networks LTD Virtual Data Room at NNI-LTD-00005731) (Exhibit A1). I don't know when Aetna Insurance was replaced by CIGNA Insurance. I asked for this in my Documentation Discovery request to the Debtor, but was refused.

Then I thought I had LTD insurance with CIGNA because they were the provider when I became Long-Term Disabled in 1993. When Prudential Insurance became the administrator in 2000, I may have thought that there was a Prudential buyout of the CIGNA disability insurance group. I don't know and was never informed when Nortel became self funded or what it meant until this bankruptcy. What does self funded mean? Was there/is there a separate LTD Trust? Were LTD

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees" Page 10

funds comingling with the VEBA Trust or Health and Welfare Trust (HWT)? This happened in Nortel Networks Canada (NNC). The Canadian LTDers and Retirees funds were mixed in the same HWT.   Were any LTD monies placed in the Retirement Trust?   Did PBCG take over the retirement trust that had LTD funds?   What are the risks to employees?   Was this explained? Why not say self insured?   Why not include it in a glossary?   I've also seen "This program is provided at no cost to the employee."   Does this mean it is self funded?   Why do the Prudential LTD and the Prudential Life Insurance Plans have the same Control/Policy #39900 numbers? (Exhibits C11-14)

Why were employees in 2011 and 2012 Benefit Annual Enrollments offered "Fully Insured" with the following details: Email: **From**: Office of, ElenaKing (APORT:8442), **Sent**: Monday, October 25, 2010 9:34 AM, **To**: All U.S. employees. **Subject**: Benefits Annual Enrollment Update, Third bullet on the page: *"New **fully insured long-term disability (LTD) plan**: Employees who are actively at work on January 1, 2011, and who work more than 20 hours a week may be eligible to participate in a new fully insured LTD plan.  **"Fully insured" means that employees who meet the eligibility requirements and go on LTD will see these benefits continue after Nortel ceases operation.**  The LTD payments would be 50% of pre-disability earnings to a maximum of $5,000/month.  This program is provided at no cost to the employee and there is no buy-up option."* (Exhibit A5)

The www.nortel-us.com/current/benefits/choose/benefits-overview/long-term-disability-ltd/   for current employees Long-Term Disability (LTD) has two scenarios for LTD.   MetLife insured LTD plan and self insured LTD Plan administered by The Prudential Insurance Company of America. (Exhibit A6)

Nortel tells me that I'm an active employee, but not actively at work. See Letter to William Reed from Kim Pulliam, no date, black out to cover SSN. (Exhibit A4)   Their website http://www.nortel-us.com/former/   **Former Employees** list Long Term Disability as Former Employees. Why are we not considered "Retired LTD"?

In April 2011, I finally received a photocopy of the "WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN" (Exhibit B1) from Nortel HR Shared Services for 1993.   This Summary Plan Description (SPD) was the first time I ever received or seen for the year 1993, the onset of my LTD. There is no date on the SPD, HR Shared Services said it was and sent it to me, and it matches the "Benefits Connection" graphics style of my confirmed 1993 benefits (Exhibit A3).

I was told by HR and my understanding is, that I am "Grandfathered" for 1993 Northern Telecom Inc. LTD benefits, due to the fact that is when my Long Term Disability "CLAIM" was approved by CIGNA and began. (Exhibit C1) My claim was approved and accepted by Northern Telecom; They cannot change or terminate the terms of a contract LTD claim.  Yes, plans can be changed or be discontinued (terminated) for employees that are NEW or future coverage, where NO claims have been filed and approved.  Why is there a "**Special Note for Employees On LTD**" in the Enrollment Guides?

- **FLEX 2008 ENROLLMENT GUIDE, For Employees Not Actively at Work**, P.58, **Long -Term Disability (LTD) Plan.** *If you're on LTD leave on January 1, 2008, you'll continue to receive disability benefits under the coverage level that was in effect at the onset of your LTD until you satisfy the plans' actively at work provisions.  Any new*

*coverage you select during the FLEX 2008 annual enrollment period will begin after you've returned to work for 30 consecutive days.* (Exhibit C2)

This message has been verbally communicated by HR Shared Services yearly and can be found in other Enrollment Guides.

All existing approved Claims must be paid as outlined in the LTD Summary Plan Description for the year the disability claim was first approved for that LTD employee.   You can't tell someone who has fire insurance on their home that yes, the fire already burnt your house down, and we will approve the claim, but terminate the coverage so we won't have to pay the claim.  This would be unjust enrichment to Nortel and its Non LTD Creditors, on the lives of the approved Nortel long-term disabled employees.

**WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN 1993 - Language in the document supports benefits to age 65.**

- P.7, 7th Paragraph, **How Long Benefits are Paid.** *"You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown."*

- P.8, 1st Paragraph **How Long Benefits are Paid.** *"Maximum Benefit Period for any one period of total disability:* **Chart**

Your Age at Commencement of Disability | Your maximum Benefit Period
---|---
Under age 61 | To Age 65, but not less than 60 months

- P.8, **Period of Total Disability**, 4th Paragraph

  *Your benefit period of total disability will end when the first of the following occurs:*

  1. *you cease to be totally disabled or die; or as otherwise provided for in this booklet, or*

  2. *you actually start working at the type of occupation in which you normally engage or at any reasonable occupation. (Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation), or*

  3. *you cease to be under the care of a Physician, or*

  4. *you fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a physician designated by the Plan.*

- P.15, **TERMINATION OF COVERAGE**, 1st Paragraph,  *Your benefits under the Weekly Disability and Long Term Disability Plan will end on the earliest of the following dates:*

  1. *The date your employment ends or you cease to qualify for the coverage, or*

  2. *The date the part of the Plan providing the coverage ends.*

  *For coverage purposes, your employment will end when you are no longer a full-time, active Employee. If you are on an unpaid medical leave of absence because of injury or sickness, your coverage may be continued.*

  *If you stop active, full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your coverage.*

---

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees" Page 14

○ The only criteria that might meet the termination of my benefits is the first point; *"The date your employment ends"*. To a layperson this clearly infers termination by the Company due to Cause. Also, please see p.18, Paragraph 1 of same SPD document that outlines *"Your Rights Under ERISA ... No one, including the Company, your union, or any other person, may terminate you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA."*

## Employee Benefits and Programs, memo

- In 1997, Nortel sent a three ring binder to all active benefits eligible Nortel employees entitled "Employee Benefits and Programs". This was the very first time that I had ever received SPD(s). (Exhibit B2) is the Flex Overview, Memo dated April 2000).    No updates for the binder received after July 2000. Note: This is four years after 1993 when I began LTD.

## Long Term Disability Checklist

- Northern Telecom, Long Term Disability Checklist, PROCEDURE, Number 3. *You and your Benefits Administrator/Health Services (Nortel) will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application* (Exhibit C3).

This indicated to me that I have LTD <u>insurance</u> through/from CIGNA. They have approval/denial of LTD benefits and CIGNA will issue and send LTD checks to me. My paycheck will not be coming from Northern Telecom. It will coming from CIGNA, an insurance company.

- Northern Telecom, Long Term Disability Checklist, PROCEDURE, Number 4. *CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in suspension or termination of LTD benefits* (Exhibit C3).

This indicated to me that I have LTD <u>insurance</u> through/from CIGNA. They (CIGNA) have/had approval/denial of LTD benefits in 1993 through 1999.

## Northern Telecom letter, dated May 13

- Northern Telecom letter, dated May 13, 1993, Re: Long-Term Disability (LTD) Application Process, first paragraph, last sentence: *Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.* The Insurance Company decides approval. (Exhibit C4).

This indicated to me that I have LTD <u>insurance</u> through/from CIGNA.

## Northern Telecom REIMBURSEMENT AGREEMENT

- Northern Telecom, REIMBURSEMENT AGREEMENT, signed by me, William Alan Reed, June 3, 1993, 1st Paragraph, *"I have filed a claim for benefits under the <u>Group</u>*

*Long Term Disability Policy #2019429 issued by Life Insurance Company of North America to William Alan Reed, for a period of Total Disability beginning on 2/6/93.*" (Exhibit C5).

This indicated to me that I have LTD insurance through/from CIGNA.

- Paragraph 4.  "*While I pursue Social Security benefits, I would like my LTD monthly benefit to be: (x) Not Reduced by the amount of Social Security Benefits Life Insurance Company of North America assumes I and my dependents would have received had my social security claim not been denied.*"  (Exhibit C5).

This indicated to me that I have LTD insurance through/from CIGNA.  Life Insurance Company of North America is a CIGNA company.

- Paragraph 5.  "*If I later receive Social Security Disability Old Age Benefits for myself or my dependents, I will reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that result from these benefits*".  (Exhibit C5).

This indicated to me that I have LTD insurance through/from CIGNA.  Life Insurance Company of North America is a CIGNA company.

- Paragraph 6.  "*I understand that I must reimburse Life Insurance Company of North America only for the amount of overpayment.  I will make reimbursement in one lump sum, within 30 days after receiving my social security award.  Life Insurance Company of*

*North America may, at its option, unilaterally recover the overpayment by reducing future monthly benefits.* " (Exhibit C5).

This indicated to me that I have LTD <u>insurance</u> through/from CIGNA. Life Insurance Company of North America is a CIGNA company.

- Paragraph 7. *"I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy.* " (Exhibit C5).

This indicated to me that I have LTD <u>insurance</u> through/from CIGNA. Life Insurance Company of North America is a CIGNA company.

**CIGNA letter August 31, 1993: We are please to advise you that your claim for long-term disability (LTD) benefits has been approved.** My name is identified as the "CLAIMANT", My Social Security Number identifies me as the "CERTHOLDER",   POLICY KEYS 205900501350   001011,   Account Name is Northern Telecom Inc, Company name is Connecticut General Life Insurance Company. On the two benefit worksheets, pages 3&4, I'm Identified by full name, in top left boxes, as INSURED.  NTI is identified as Policyholder. (Exhibit C1). This indicated that I have LTD <u>insurance</u> through/from CIGNA.

And, since that day, all my financial and health decisions, "detrimental reliance", were based on being approved for disability income and medical, dental, vision, hearing, life insurance, retirement and long term care benefits.

**FLEX 2008 ENROLLMENT GUIDE, For Employees Not Actively at Work, P.58, Long-Term Disability (LTD) Plan.** Bottom of page *"Note:* <u>*This policy provides disability income*</u> <u>*insurance only.*</u> *It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department."* (Exhibit C2).


## <u>DETAILS</u>

**(C)** All the document communication from CIGNA carried headers or banners of "CIGNA Group <u>Insurance</u>: Life - Accident - Disability", "Connecticut General Life <u>Insurance</u> Company", "<u>Insurance</u> Company of North America", "Life <u>Insurance</u> Company of North America", "INA Life <u>Insurance</u> Company of New York", CIGNA companies. GROUP LONG TERM DISABILITY claims forms, DISABILITY CLAIM form, SUPPLEMENTARY CLAIM DISABILITY BENEFITS, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc. (Exhibits C1, C6 – C9)

- Each CIGNA claim had a front page Header Box stating: *"Any person who knowingly and with intent to defraud any <u>insurance</u> company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, Information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime."* (Exhibits C6, C7, C8)

- **Prudential <u>Insurance</u> Company of America** to assume the Nortel Networks LTD claims. See Letter dated November 1999 (Exhibit C10)

- All the communication from Prudential, carried banners of "Prudential Insurance Company of America", "Prudential Insurance Company":    GROUP LONG TERM DISABILITY claims forms, letters from LTD Claims Managers, LTD paystubs, LTD tax statements, etc. (Exhibits C10-15)

## DETAILS

### (D)    Nortel, Cigna, Prudential – told me LTD benefits till 65

- Anne Gray, Admin. Support, Health Services, Northern Telecom, Santa Clara, CA: I applied for weekly (short) term disability in 1993, she said that short term was for 26 weeks and since I'd be going to long-term, that would be to your 65th birthday.

- Northern Telecom HR Santa Clara, CA said I'd be covered to age 65.

- Phillip Roarke of CIGNA Dallas said till 65.

- Prudential Insurance Company of America, October 10, 2010, 2nd paragraph, 2nd sentence: Your benefits will continue through October 8, 2020, (Exhibit C15)

## DETAILS

### (E)    CLAIMS:

**The following was used to calculate Claim total:**

- Proof Of Claim - Spreadsheet Calculator (Exhibit E1):

- My Nortel United States Benefits Confirmation Statement 2012, Benefit Earnings, Medical Care 90/70 PPO, Anthem, Dental/Vision/Hearing Care – PLUS , Core Employee Life Insurance, 2x Benefits Earnings, Optional Employee Life Insurance, 1x Benefits Earnings (Exhibit E2).

- 2011 / 2012 COBRA Rates | Nortel Networks Inc. for the corresponding benefits identified in the Benefits Confirmation 2012. (Exhibit E3)

- I imputed my current drug information in the Medicare Part "D" and the Retail Annual Costs showed $59,154. The various plans available in my state, county, city may not cover these drugs in their formulary. There is no apple to apple comparison of my Nortel prescription plan and what is available to me where I live. (Exhibit E3-M)

- I've included my 2011 Medco Prescription Claims & balances to prove both the number of meds and the extreme costs. Prescription cost total of $41,913.31, of which plan paid $39,349.46 and I paid $2,563.85. (Exhibit E4)

- Social Security Disability Insurance Notice of Award, August 01, 1993 to show the original dollar "constant" that should used for benefit offset less Medicare Part B. (Exhibit E5).

- Nortel, Letter, June 16, 2010, Life Insurance Termination date August 31, 2010, amounts of core and supplemental life insurance eligible to convert. (Exhibit E6)

- Prudential Group Term Life Insurance to Individual Insurance. (Exhibit E7)

- HR Shared Services U.S.-Termination Notification, August 2010 (8 pages) used to show that I'm eligible for Severance Pay. (Exhibit E8)

- Changes to the Nortel Capital Accumulation and Retirement Program (CARP) Effective January 1, 2008, To: U.S. Employees in Receipt of LTD Benefits, (Exhibit E9) used to show the 4% of base pay for monthly company contributions to the Long-Term Investment Plan (LTIP)

**Other Information for claims not included in the POC Calculator and should be included for retirement vested benefits:**

- Nortel Networks Capital Accumulation and Retirement, Letter, April 19, 2000, confirming receipt of my CARP selection. Effective May 1, 2000 of my decision to remain under the provisions of the TRADITIONAL PROGRAM. This decision is irrevocable. The Tradition program provisions include: Pension Plan, Long-Term Investment Plan, and Retiree Medical, Life and Long-Term Care Insurance (Exhibit E10).

- Nortel Pension Service Center, Letter, July 1, 2008, Benefit Calculation Statement (Exhibit E11).

- PBGC Inquiry for a Benefit Estimate, July 26, 2012, I asked for benefit calculations if I was terminated December 31, 2012. PBGC said they could not provide other estimates until I was terminated, but could provide estimate at normal retirement date of age 65

(Exhibit E12). I asked if the Nortel Plan had Disability Retirement. They would not answer.

- I referenced the disability information on the PBGC website and still no answer. http://www.pbgc.gov/wr/benefits/guaranteed-benefits/guarantees-for-disabled-participants.html :

*Guarantees for Disabled Participants*

*PBGC guarantees your disability benefit for as long as you remain disabled if your pension plan provides a disability benefit and you became entitled to that disability benefit before the date your plan terminated (or the date your employer's bankruptcy proceeding began, if applicable).*

*Disabled participants receiving non-disability benefits*

*If you did not elect a disability retirement but you met the requirements explained below, your benefit will be subject to the higher limits that apply to disability benefits as long as your disability continues. The key point isn't whether you retired on a disability benefit under your plan but whether*

- *your plan provided disability benefits;*
- *you were entitled to a disability benefit under your plan; and*
- *you have been awarded disability benefits from the Social Security Administration for that disability.*

*If you retired with a plan disability benefit that converts to a non-disability benefit at a specified age, such as normal retirement age, the higher limits continue to apply.*

*Higher Guarantee Limits*

*In two key ways, the guarantee limits for people who met their plan's requirements for a disability pension (whether they are receiving a disability pension or a non-disability pension) are higher, generally, than the guarantee limits that apply to retirement benefits for non-disabled participants. These higher limits continue to apply as long as you remain disabled.*

*1. No age reduction for maximum guaranteed benefit*

*Normally, the maximum guaranteed amount is reduced if benefit payments from PBGC start before age 65. However, the maximum guaranteed amount is __not__ reduced for age for workers*

*who begin receiving disability payments from PBGC before reaching age 65. This rule applies to you if:*

1. *you met your plan's requirements for a total disability benefit before your plan's termination date or the date your employer's bankruptcy proceeding began, if applicable, and*
2. *you have a Social Security disability award for that disability.*

*As noted earlier, if you meet these two requirements the higher guarantee limit will apply as long as your disability continues, even if you did not apply to your plan for a disability benefit or if your plan benefit converts to a non-disability benefit at a specified age. In addition, the maximum is increased if you begin receiving payments from PBGC after age 65. The maximum is reduced if your pension includes benefits for a surviving spouse or other beneficiary.*

*For 2009 and 2010, the maximum guaranteed amount is $4,500.00 per month ($54,000.00 per year). The maximum benefit that PBGC can guarantee is fixed as of your plan's termination date except when termination occurs during a plan sponsor's bankruptcy and the sponsor entered bankruptcy on or after September 16, 2006. In such a case, the maximum guarantee is fixed as of the date the sponsor entered bankruptcy.*

*2. Guarantee of temporary supplements that are part of disability benefits*

*Some plans provide disabled retirees a temporary supplement as part of their disability benefit. A temporary supplement is an additional benefit, on top of the benefit the participant has accrued, that is payable for a fixed number of years, often from the first month of retirement until the date the retiree reaches a certain age or becomes eligible to receive a benefit from Social Security.*

*Generally, PBGC cannot guarantee an early retirement benefit that is greater than the monthly benefit your plan would have provided if you had retired at your normal retirement age. However, if you are receiving a temporary supplemental benefit as part of your plan's disability benefit, PBGC will guarantee your temporary supplement, subject to other legal limits, even if your total disability benefit is greater than the monthly benefit your plan would have provided if you had retired at your normal retirement age.*

*Guarantee limit on benefit improvements*

*If your plan was created, or was amended to add or increase disability benefits, within five years before its termination date (or the date your employer's bankruptcy proceeding began, if applicable), your benefit may not be fully guaranteed. PBGC guarantees the larger of 20% of the new benefit or $20 per month for each full year the new benefit was in effect. If you own 50% or more of the business, stricter limits apply.*

- Nortel, Memo, July 17, 2009, U.S. Pension Q & A, page 2, item 7, **What benefits does PBGC guarantee?** *"The PBGC guarantees "basic pension benefits" subject to the legal limit. "Basic pension benefits" include: pension benefits at normal retirement age, most early retirement benefits, **disability benefits**, and annuity benefits for survivors of plan participants. Exactly what pension benefits the PBGC pays depends on the provisions of the plan, the legal limits, the form of the benefit and your age when payments begin."* (Exhibit E13)

  The Nortel memo mentions disability benefits for PBGC. Is it true? How can I make any informed decision if can't get an answer?

## DETAILS

**(F)    Thank you, Awards, etc**

- The F Exhibits were included show that I added value to Nortel from its very beginning in the USA; to 19 years later when in 1993, I went on LTD. These were the growing and extremely profitable years of the company's history.

## EXHIBITS

## EXHIBITS A:

- A1    Memo to NTI's Employees 1977 Aetna Group Insurance Plan from Northern Telecom President.

- A2    Memorandum, July 27, 1992, Statement of Benefits, Kerry Bessey, Vice President, Human Resources.

- A3    Northern Telecom/BNR, Your Personal Statement of Benefits, Benefits Connection, 1993, William A Reed, (4 pages).

- A4    Nortel Networks letter to William Reed, "active employee", Kim Pulliam, Global Employee Services.

- A5    Email from Office of Elena King, October 25, 2010, Benefit Annual Enrollment, 3rd Bullet "New fully insured long-term disability (LTD)

- A6    Nortel US webpage, http://nortel-us.com/current/benefits-overview/long-term-disability-ltd/ Long-Term Disability (LTD)  Two LTD plans.

- A7    Nortel US webpage, http://nortel-us.com/former/  Long Term Disability listed as Former Employees, 9/10/2012

## EXHIBITS B:

- B1    Weekly Disability and Long Term Disability Plan, Benefits Connection 1993 ( 23 pages)

- B2    Nortel Networks, April 2000, U.S. Benefits Eligible Employees:  Updates to 1997 three ring binder SPD's Memo.

## EXHIBITS C:

- C1    CIGNA, August 31, 1993, William A Reed, LTD Benefits Approved, list me as claimant and certholder, 2 worksheets lists me as insured (4 pages).

- C2    FLEX 2008 Enrollment Guide, Page 58, Long-Term Disability (LTD), Special Note for Employees on LTD, ... coverage level in effect at the onset of your LTD ... Second Note at bottom: This policy provides disability income insurance only.

- C3    Northern Telecom, Long Term Disability Checklist, Page 2, Item 9, LTD paid to period ending the day prior to the 65th birthday.  Items 3 and 4 CIGNA determines Approval.

- C4    Northern Telecom, letter, May 13, 1993, Re: Long-Term Disability Application Process, Paragraphs 1 and 3, CIGNA determines approval.

- C5    Northern Telecom, Reimbursement Agreement, Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North America{n} to William Alan Reed, Social Security overpayments reimbursement.  As of October 18, 2012, Debtors have refused to provide my document discovery request for the various CIGNA and Prudential Policies.

- C6    CIGNA header box warning fraudulent insurance act; Also identifies CIGNA Insurance companies, Attending Physician's Statement of Disability, (2 pages)

- C7    CIGNA Group Long Term Disability, To be completed by the employee, header box warning fraudulent insurance act; Also identifies CIGNA Insurance companies.

- C8    CIGNA Supplementary Claim Disability Benefits, header box warning fraudulent insurance act; Also identifies 4 CIGNA Insurance companies (2 pages)

- C9    CIGNA letter, January 6, 1999, Re: William A Reed, Policy# 2059005, Another header example of CIGNA Group Insurance Life – Accident - Disability  Note:  As of October 18, 2012, Debtors have refused to provide my document discovery request for the various CIGNA and Prudential Policies #s.

- C10    Prudential Insurance Company of America, Prudential Disability Group Insurance, November 1999, has assumed all responsibility of Nortel Networks Long

Term Disability (LTD) claims. Patricia Daugherty, Team Manager, Prudential Disability Group <u>Insurance</u>.

- C11    Prudential, Group Disability <u>Insurance</u>, Supplemental Claimant Statement, Group Disability <u>Insurance</u>, The Prudential <u>Insurance</u> Company of America, header example of Insurance mentioned. (3 times)

- C12    The Prudential Insurance Company of America, letter, November 1, 2011, example of <u>letterhead</u> repeating the word insurance. (2 times)

- C13    Form W-2 Wage and Tax Statement 2011, Employer's name, address, and ZIP code PRUDENTIAL INSURANCE CO OF AMERICA, GROUP INSURANCE-PREMIUM ACCOUNTING, PO BOX 70190, PHILADELPHIA, PA 19176

- C14    Prudential paystub

## EXHIBITS D:

- D1    Prudential Insurance Company of America, October 10, 2010, 2nd paragraph, 2nd sentence: Your benefits will continue through October 8, 2020,

## EXHIBITS E:

- E1    Proof Of Claim – Spreadsheet Calculator

- E2    2012 Benefits Confirmation Statement ( 2 pages)

- E3    2011 / 2012 COBRA Rates | Nortel Networks Inc.

- E4    *medco* Claims & balances, 2011 Prescriptions claims, William Reed (4 pages)

- E5    Social Security Notice of Award, William A Reed, August 01, 1993

- E6     Nortel, Letter,  June 16, 2010, Life Insurance Eligible to Convert
- E7     Prudential, Converting Group Term Life Insurance to Individual Insurance ( 3 pages, cover, page 7 chart $100,000 +, page 8 Rate Calculation Sheet)
- E8     HR Shared Services U.S.-Termination Notification , August 2010 (8 pages)
- E9     Changes to Nortel CARP
- E10    CARP Traditional program selection confirmed
- E11    Nortel Pension Service Center, Benefit Calculation Statement ( 2 pages)
- E12    PBGC Benefit Estimate, July 26, 2012 (4 pages)
- E13    Nortel, July 17, 2009, U.S. Pension Q&A (3 pages)

**EXHIBITS F:**

- F1     EDS Electronic Data Systems
- F2     Pacific Mutual ( home of PIMCO Bill Gross)
- F3     Churchill County Telephone & Telegraph, Naval Air Station – Fallon
- F4     Southwestern Bell Telecom (SWBT) headquarters
- F5     Motorola – Phoenix Operations
- F6     Group VP, Robert Potter
- F7     New England Operations Group VP, Ed Pierce
- F8     Employee of the Month, May 1984
- F9     Successful In Service 1st Viking
- F10    FOX Success
- F11    Vision Newsletter, Operation FOX Track
- F12    Quality Director Don Schmidek  - Sigma Quality Plan

- F13      "     "     "     "      - CE Complex Presentation

- F14      "     "     "     "      - "V" Quality Plan

- F15      "     "     "     "      - FQE Audit – Yale

- F16      Rick Faletti, President Private Networks , Congratulations

- F17      SPOT Award for ISO9001

- F19      BellSouth – NASA Team

- F20      California Microwave

- F21      Les Wulf, Major Accounts Manager, CSMC, UC Davis, CSU Sacramento

- F22      Robert A. Uhlhorn, Major Account Manager, United States Steel Corp.

- F23      "     "     "     "     "     "      , USS, Customer Relations

- F24      CT Schmidt, NT Account Director – Ameritech, Illinois Bell Communications, World Color Press

- F25      Institute of Industrial Engineers,  - Earl Hewitt, NT GM Santa Clara, Thanks for a Job Well Done!

- F26      Total Technical Institute

- F27      National Telecom, RAK Associates

- F28      Pioneer High School, Gary Andrews, Director, Human Resources

- F29      Barbara Bowen, H/R Rep

- F30      NT BCS Market Management

- F31      Keith Newman, NT Richardson

## NOTICE

1.    Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via USPS Priority Mail. Other parties will receive notice through the Court's electronic filing system. William A. Reed respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, William A. Reed respectfully requests the entry of an Order, in the form attached:

1.    Reject the Debtors motion to Terminate the Long-Term Disability Plans and the Employment of the LTD Employees. Re: Docket # D.I 8067.

2.    Compel the Debtors to compensate William A. Reed in full for his LTD benefits projected to age 65;    Total of Claim is $553,883.12.

3.    Ordered that the LTD benefits and pay continues monthly till bankruptcy closes.

4.    Ordered that any lump sum settlement, without interruption of disbursement, be placed in a tax deferred Vanguard Intermediate Annuity in my name and controlled by me.

Dated:  _10 - 20 - 2012_

William A. Reed
7810 Heaton Drive
Theodore, AL 36582
Telephone: 251-653-6459
Facsimile: N/A
Email: zdogguy@gmail.com

*Appearing Pro Se*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Re: Docket No: 8067** |

## ORDER GRANTING REED'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINAT THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an Order *authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

ORDERED that Nortel Networks Inc. will provide an allowed claim of $553,883.12.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ORDERED that Nortel Networks Inc. will continue to pay William A. Reed until they close the bankruptcy case.


Dated: _____, 2013
       Wilmington, Delaware

                          _____
                          HONORABLE KEVIN GROSS
                          CHIEF UNITED STATES BANKRUPTCY JUDGE