William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT  A

- A1      Memo to NTI's Employees 1977 Aetna Group <u>Insurance</u> Plan from Northern Telecom President.

- A2      Memorandum, July 27, 1992, Statement of Benefits, Kerry Bessey, Vice President, Human Resources.

- A3      Northern Telecom/BNR, Your Personal Statement of Benefits, Benefits Connection, 1993, William A Reed, (4 pages).

- A4      Nortel Networks letter to William Reed, "active employee", Kim Pulliam, Global Employee Services.

- A5      Email from Office of Elena King, October 25, 2010, Benefit Annual Enrollment, 3rd Bullet "New fully insured long-term disability (LTD)

- A6      Nortel US webpage, <u>http://nortel-us.com/current/benefits-overview/long-term-disability-ltd/</u> Long-Term Disability (LTD)  Two LTD plans.

- A7      Nortel US webpage, <u>http://nortel-us.com/former/</u>  Long Term Disability listed as Former Employees, 9/10/2012

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page.

Northern Telecom
Inc.

Interregional Plaza
Nashville, Tenn 37217

Tel (615) 361-5500
TWX 810-371-1205
         810-371-1321
Telex 554388

TO NTI'S EMPLOYEES

The following pages of this booklet-certificate describe NTI's Group Insurance Plan which is underwritten by Aetna Life Insurance Company.

Northern Telecom, Inc. is pleased to pay the entire cost of these benefits for you and your eligible dependents and to also offer you supplemental life and Accidental Death and Dismemberment coverage, over and above what the company provides, at a favorable cost to you.

Please review the Plan Summary and the rest of the booklet carefully so you will be familiar with all of the benefits provided. Your Personnel Office will be happy to answer any questions you may have. Be sure the "Insert A" you receive shows the beneficiary you want and the correct amounts of coverage for you.

NTI provides you with a superior group insurance plan. We will continue to review our benefits so as we grow and profit together as a company, we can offer improved benefits.

We believe you recognize the benefit of adequate insurance protection. We are sure that our plan will add to your peace of mind and to your financial security. We appreciate your efforts and loyalty to Northern Telecom and this is one of the ways we've chosen to express our appreciation for your efforts.

Yours very truly,

*Thomas H. Hayes, Jr.*

Monson H. Hayes, Jr.
President

---

## Your Group Coverage Plan

If you become covered, the Insurance Company will issue an individual Certificate Insert which you should include in this Booklet. This Booklet, with the Certificate Insert, will become your Certificate of Coverage. The Certificate of Coverage will replace and supersede any and all Certificates of Coverage issued to you by the Insurance Company under the group contracts specified on the Certificate Insert.

This plan is underwritten by the Ætna Life Insurance Company, of Hartford, Connecticut. The benefits and principal provisions of the group contracts which apply to individuals covered under this plan are described in this Booklet. These benefits and provisions are effective only if you are eligible for the coverage, become covered, and remain covered in accordance with the provisions of the applicable group contracts.

**ÆTNA LIFE INSURANCE COMPANY**

*William O. Bailey*

President

102076

GR-8

*A1*

NNI-LTD-00005731

 **northern telecom**

MEMORANDUM

July 27, 1992

TO:        Northern Telecom/BNR U.S. Employees

FROM:      K. C. Bessey

SUBJECT:   Statement of Benefits

Attached with this memo is your Personal Statement of Benefits, which contains detailed, personal information on the primary benefits to which you are entitled as an employee of Northern Telecom or BNR.

This document will be very useful to you and your family because it provides important information about your protection under the company's insurance plans, retirement benefits, and other information. We expect that most of you will be pleasantly surprised by the value and extent of your benefits. Northern Telecom/BNR offers its employees one of the most competitive benefits packages in the industry. It is one of the ways we attract the best people and keep them. As stated in the Core Values, "our people are our strength," and our success is intimately linked to the quality of our employees.

If you have questions, your local Human Resources representative should be able to answer them.

Kerry C. Bessey
Vice President, Human Resources

A2

# Northern Telecom/BNR

## Your
## Personal Statement
## of Benefits



**BENEFITS CONNECTION**

# 1993

A3

# TOTAL COMPENSATION = PAY + BENEFITS

In order to attract and retain highly qualified people, the Company provides a total compensation package which is in a leadership position within our industry. Your total compensation package includes both salary and benefits.

The sections in this brochure describe each of the components of your total compensation package and summarize your current participation level.

At the end of this brochure is a summary of the cost of all these components.

Adding up your pay plus the cost of the various benefit programs paid by the Company, less any costs you pay, gives you your total compensation. The charts below illustrate the value of total compensation on a Company-wide basis.

### Total Compensation



Direct Pay
$1,172,500,000

Benefits
$279,373,500

### Benefits



Health Care
$94,650,000

Pension & Thrift
$62,746,000

Disability & Survivor
$34,177,500

Government Required-
FICA, Unemployment,
Workers' Compensation, etc.
$87,800,000

# IF YOU NEED HEALTH CARE

You have elected medical coverage through a local health maintenance organization.

When necessary medical treatment is authorized by your primary care physician, the HMO provides coverage for services obtained through affiliated health centers, hospitals, and physician's offices, including a wide range of medical expenses such as hospital/surgical expenses, outpatient expenses, doctor's office visits and prescription drugs.

In addition to medical coverage through your HMO, the Northern Telecom Indemnity Plan (through CIGNA), provides dental benefits. You also have vision care benefits provided through your HMO or CIGNA. Please refer to your plan booklets or call your plan provider for details on your health care benefits.

# IF YOU SHOULD BE DISABLED

If you are ill or injured, the Company provides income continuation benefits through the Short and Long Term Disability Programs. After a five working day waiting period, you are eligible for short term disability benefits based on the following schedule:

- Two weeks at 100% of pay for each year of service, and
- 60% of pay for the remaining weeks up to a maximum of 26 weeks.

If you are disabled for more than six months, you may be eligible for long term disability benefits at 70% of pay.

# IN THE EVENT OF YOUR DEATH

The Company's group life insurance benefits provide protection for your beneficiaries in the event of your death. Your current life insurance coverage is as follows:

| | |
|---|---|
| Basic Group Life...................................... $ | 136,000 |
| Supplemental Life.................................... $ | 68,000 |
| Dependent Life (6 months or older)......... | N/A |
| Spouse Life............................................. | N/A |

Additional benefits will apply if your death should occur in an accident.

# YOUR FLEXIBLE SPENDING ACCOUNT

The Flexible Spending Account Plan gives you an opportunity to pay for certain unreimbursed health care and dependent care expenses with pre-tax dollars. You can choose to participate in the Flexible Spending Account Plan once each year prior to the beginning of the effective year.

# PAID TIME OFF

## Vacation

You are eligible for paid vacation based on your length of service with the Company. Your vacation is accrued on a monthly basis in accordance with the following schedule:

| | |
|---|---|
| less than 1 year | 1 day/month up to 10 days |
| 1 but less than 5 | 10 days |
| 5 but less than 15 | 15 days |
| 15 but less than 25 | 20 days |
| 25 and over | 25 days |

### 1993/1994 Holiday Schedule

Thanksgiving - November 25 & 26
Christmas - December 27 - 31

---

| | |
|---|---|
| New Year's Day - January 3 | Labor Day - September 5 |
| Memorial Day - May 30 | Thanksgiving - November 24 & 25 |
| Independence Day - July 4 | Christmas - December 26 - 30 |
| | One Personal Holiday |

A3

# YOUR RETIREMENT BENEFITS

To help provide for your financial security in your retirement years, the Company provides two benefit plans (the Long-Term Investment Plan and the Retirement Plan). These two plans, along with Social Security benefits, can combine to provide income for your retirement.

## Long-Term Investment Plan

The Long-Term Investment Plan offers you an opportunity to accumulate personal savings for retirement.

For every dollar you save, up to 6% of your pay, the Company will contribute 60 cents.

Using your current salary, current contribution rates, and assuming continuous employment with the Company, your estimated balance at retirement will be:

**Estimated Long-Term Investment Plan Balance at age 65** ............................................. **$   804,173**
(Assumes 7.5% earnings per year.)

As a participant in the Long-Term Investment Plan, your account balance on July 31, 1993 is:

| | |
|---|---:|
| Fixed Income Investment Fund ............... $ | 37,322 |
| Northern Telecom Limited Stock Fund ...... $ | 0 |
| Large Capitalization Equity Index Fund ..... $ | 0 |
| Capital Appreciation Fund ....................... $ | 0 |
| Asset Management Fund ........................... $ | 0 |
| **Total** ................................................ $ | **37,322** |

**Your Vested Account Balance =**      **$      37,322**

## Retirement Plan

After completing 5 years of service, you are fully vested in the Retirement Plan. Vested participants are entitled to receive a monthly benefit at age 65 or as early as age 55 in a reduced amount.

Using your current salary and assuming continuous employment with the Company, your estimated retirement benefit will be:

**Monthly Retirement benefit at age 65** ............... **$ 1,976**

If you are married when you retire, you may elect a joint and survivor annuity. This monthly lifetime benefit is less than the regular monthly retirement benefit, but it provides continuing income to your spouse in the event of your death.

## Social Security

The Company matches the contribution you make to the Social Security system every paycheck. Assuming continuous employment, your estimated Social Security benefit will be:

**Monthly Social Security benefit at age 65** ........ **$ 1,244**

# THE TOTAL COST OF YOUR BENEFITS

In addition to the benefits summarized in this statement, the Company offers other benefit programs such as educational assistance, the employee assistance program, the matching gift program, adoption expense reimbursement, bereavement pay, and jury duty pay.

Adding together all of these benefits, your total compensation package has an annual value of **$ 80,353.** This includes

your salary of **$ 67,800,** and the value of all your benefits. As illustrated below, your cost for these programs is **$ 5,022** and the Company's cost is **$12,553.** Your benefits, in total, equal **19%** of your annual pay.

In addition, the value of your paid time off such as vacation and holidays is $ 8,345.



| | You Pay | The Company Pays |
|---|---:|---:|
| Health | $    420 | $   1,490 |
| Disability & Survivor | $      48 | $   1,973 |
| Pension & Thrift | $       0 | $   3,627 |
| Government Required-FICA, Unemployment, Workers' Compensation, etc. | $  4,554 | $   5,463 |
| | $  5,022 | $ 12,553 |

Prepared especially for WILLIAM A REED
With personnel data as of August 1, 1993 and Long-Term Investment Plan data as of July 31, 1993

18992

A3

# INFORMATION ABOUT YOUR BENEFIT STATEMENT

This benefit statement is your own personal benefit summary. The amounts contained in your benefit statement are estimates designed to give you a general idea of the value of your benefits based on your current earnings and current benefit plan formulas. These estimates should not be the basis for major personal and financial decisions. For example, if you are considering retirement, you should first contact the Human Resources Information Center so that precise retirement benefit information can be provided to you. It is important for you to make an informed decision based on correct and complete information.

While every effort has been made to report this benefit information accurately, your actual benefits will be calculated in accordance with the controlling legal documents (plan documents). To the extent that this benefit statement or any other written or oral statement or communication is inconsistent with the benefit calculated in accordance with the applicable plan document, the plan document will always control. Nothing in this benefit statement is intended to constitute a contract between the Company and its employees concerning duration of employment or to limit the right of the Company to amend or discontinue any employee benefit plan at any time.

If you have any questions about your benefit statement or about your benefits, please contact the Human Resources Information Center at 1-800-676-4636 or ESN 225-4636.

SCL    503    1920    18992
WILLIAM A REED
805 COOLIDGE AVE
SUNNYVALE CA 94086

18992

A3



**NORTEL**
**NETWORKS**

4001 E. Chapel Hill-Nelson Hwy.
P.O. Box 13010
Research Triangle Park, NC 27709-3010, USA
**Tel** 919 992 5000

www.nortelnetworks.com

William Reed
7810 Heaton Drive
Theodore, AL  36582



Mr. Reed,

Per your request, this is to verify that while Nortel Networks does list you as an active employee in our database, you are not actively at work.  The last day you worked was Thursday, February 04, 1993.  On Friday, February 05, 1993 you were placed onto Short Term Disability.

When your Short Term Disability ended on August 05, 1993, you were placed on Long Term Disability as of August 06, 1993. Since that date, you have continued to meet the disability requirement, and have continued to be disabled.

I am also enclosing the Summary Plan Description for Nortel's disability policy.

If you have questions or require additional information, please contact Global Employee Services at 1-800-676-4636.

Thank You,

*Kim Pulliam*

Kim Pulliam
Global Employee Services

A 4

**From:** Office of, ElenaKing (APORT:8442)
**Sent:** Monday, October 25, 2010 9:34 AM
**To:** All U.S. employees
**Subject:** Benefits Annual Enrollment Update

The Benefits Annual Enrollment process for 2011 will take place a bit later than usual this year: from November 29 through December 8. We pushed it back to give us time to ensure we've put together the best offering possible - one that preserves the core set of benefits at a reasonable price, despite the fact that we're a much smaller organization with considerably reduced buying power on the benefits front.

The purpose of this communication is to provide you with a preview of what's coming. I encourage you to take time this year to consider whether the options you've selected in the past are still right for you and to explore other options that may be available to you through spousal plans.

Some important points about the 2011 program:

- **Health benefit options will remain the same:** We have succeeded in maintaining the same core set of medical, dental and vision benefit options that we currently provide. However, cost of premiums will rise. Some of the increase is driven by the fact that small companies can't benefit from the economies of scale available to companies with larger employee populations. But rising health care costs are also a big factor driving increases in health benefit premiums for employers and employees across the industry. Both you and the company will pay approximately 22% more for your benefits this year if you stay with last year's choices.

- **Life insurance options will remain the same:** There are no changes to the core, dependent and optional life insurance programs, and no rate increases this year.

- **New fully insured long-term disability (LTD) plan:** Employees who are actively at work on January 1, 2011, and who work more than 20 hours a week may be eligible to participate in a new fully insured LTD plan. **"Fully insured" means that employees who meet the eligibility requirements and go on LTD will see these benefits continue after Nortel ceases operation.** The LTD payments would be 50% of pre-disability earnings to a maximum of $5,000/month. This program is provided at no cost to the employee and there is no buy-up option.

- **Short-term disability (STD) buy-up option discontinued:** The optional buy-up benefit for STD will no longer be available. The core coverage at 100% of salary for the first six weeks and 66⅔% for the remaining 20 weeks remains unchanged.

- **Flexible Spending Accounts (FSA)/Health Care and Dependent Care Reimbursement Accounts discontinued:** We will not be offering these plans in 2011. You will continue to have access to any funds left in your 2010 FSA accounts, subject to current eligibility and plan rules and deadlines.

- **Medical Benefits Abroad Plan limited to business travel:** Personal travel, part-time employees and dependents will no longer be covered. Employees traveling on business will continue to receive the same coverage levels.

- **Minor plan changes to reflect evolving legislation:** Nationally, planned health care reform changes are being phased-in gradually between now and 2014. For 2011, lifetime

A5

HOME » CURRENT EMPLOYEES » BENEFITS (HEALTH N-SITE) » CHOOSE THE RIGHT PLANS » BENEFITS OVERVIEW » LONG-TERM DISABILITY (LTD)

# Long-Term Disability (LTD)

Employees actively at work in 2012 who begin a STD in 2012 and are unable to return to work after exhausting 180 days of STD may be eligible for an insured LTD plan benefit administered by MetLife. Nortel provides this LTD Plan coverage at no cost to you. If eligible, you'll receive coverage equal to 50% of your pre-disability Benefits Earnings up to a maximum monthly benefit of $5,000. Please note there is no optional buy-up option under this policy.

If you did not return to work after 26 weeks of disability that commenced in 2010 or before, you may be eligible for the self-insured Nortel LTD plan benefits. This means your disability benefit would be funded by Nortel. That is, the benefits are paid from the general assets of Nortel. The self insured LTD Plan is administered by The Prudential Insurance Company of America. Those on LTD prior to 1/1/11 who continue to be eligible for disability benefits will remain on the Nortel self-insured plan until this self insured plan is terminated or they recover from their disability or reach retirement age (whichever occurs first)

Any LTD benefit you receive will be taxable. For complete LTD plan details and qualification requirements, refer to the LTD Plan Summary Plan Description (SPD) or the MetLife Long Term Disability Certificate of Insurance, as applicable, which can be found on Explore Plans and Services or by calling HR Shared Services toll-free at 1-800-6 6- 6 6.

Medical

Prescription Drug

Employee Assistance Program (EAP)

Mental Health and Substance Abuse

Dental, Vision and Hearing Care Plan

Health Management Program

Short-Term Disability (STD)

Life Insurance and Accidental Death and Dismemberment (AD&D) Insurance

Long-Term Disability (LTD)

Additional Benefits

Notice of Privacy Practices

Notice of Creditable Prescription Drug Coverage

Notice of Women's Health and Cancer Rights

This document was retrieved from http://www.nortel-us.com/current/benefits/choose/benefits-overview/long-term-disability-ltd/ on Sat, 22 Sep 12 10:27:55 -0400.

Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

HOME » *FORMER EMPLOYEES*

# Former Employees

## Pension / Retirement

The Pension Benefit Guaranty Corporation (PBGC), a US Government agency, is responsible for the Retirement Income Plan. They can be reached at:

- www.pbgc.gov
- Customer contact center: 800-400-7242
- Hours: Monday-Friday, 8:00am – 7:00pm ET

## Long Term Investment Plan / 401(k)

The LTIP / 401(k) plan is administered by Hewitt Associates, LLC. You can reach them at the following:

- Phone: 800-726-0026
- Web: http://resources.hewitt.com/nortelnetworks

## Stock Options / RSUs

For questions regarding your stock options or RSUs, contact ComputerShare at 800-834-9814.

## Chapter 11 Claims Process

For any questions regarding a mailing from Epiq, information on the claims process in the U.S. or other information concerning the chapter 11 proceedings, contact the U.S. claims agent at the following:

- Epiq Bankruptcy Solutions, LLC
- Phone: 866-897-6435
- Web: http://chapter11.epiqsystems.com/nortel

## Long Term Disability

An information website of the Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al. is available at http://www.koclic.net/nortelltd/.

Nortel's Motion 1108 – *Motion for Entry of an Order Authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees.*
The motion describes the changes that Nortel is asking the court for permission to make to the LTD benefits, as well as the date when those changes would happen. You are encouraged to read the motion in full since it will affect your legal rights. If you still have questions after reading the motion, you can contact the LTD Committee's counsel, Elliott Greenleaf, by either phone (302-384-9400); email (rxza@elliottgreenleaf.com); or mail (Elliott Greenleaf, 1105 Market Street, Suite 1700, Wilmington DE, 19801, Attention: Rafael X. Zahralddin) or your own counsel. Nortel cannot provide any legal advice regarding the motion.

## Retiree Benefits

Nortel's Motion 1114 - *Motion for Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C.§ 1114.*
The motion describes the changes that Nortel is asking the court for permission to make to the Retiree benefits, as well as the date when those changes would happen. You are encouraged to read the motion in full since it will affect your legal rights. If you still have questions after reading the motion, you can contact the Retiree Committee's counsel, Togut Segal & Segal, by either phone (212-594-5000); email (rmilin@teamtogut.com); or mail (Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119, Attention: Richard Milin) or your own counsel. Nortel cannot provide any legal advice regarding the motion.

## Change of Address

It is important for Nortel to maintain your current address. Former employees of Nortel Networks Inc. in the United States may submit updated address information directly to Nortel. Select "Contact Us" at the bottom of this page to contact Nortel Networks Inc. to update your address in other areas

This document was retrieved from http://www.nortel-us.com/former/ on Mon, 10 Sep 12 09:41:36 -0400.
Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

A7

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT B

- B1    Weekly Disability and Long Term Disability Plan, Benefits Connection 1993 ( 23 pages, doublesided)
- B2    Nortel Networks, April 2000, U.S. Benefits Eligible Employees:  Updates to 1997 three ring binder SPD's Memo.

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page.

# WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN







B1

# BENEFITS CONNECTION

# WEEKLY DISABILITY
# AND LONG
# TERM DISABILITY PLAN

81

NTENTS

Eligibility and ............................................................

Weekly Disab .............................................................

Non-Occ .............................................................

Occupat .............................................................

Long Term Di .............................................................

Benefit Modif .............................................................

Termination c .............................................................

ERISA Inform .............................................................

## ELIGIBILITY AND EFFECTIVE DATE

If you are a regular full-time, non-union employee of Northern Telecom Inc., BNR or a participating affiliate ("Company"), you will become covered for Weekly Disability and Long Term Disability benefits under this coverage on your first day of employment provided you have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

The Company pays the entire cost for Weekly Disability and Long Term Disability Benefits.

βι

WEEKLY D

Weekly Disab
totally disable
on the sixth co

## Non-Occup

You are consid

(1)  you ca

(2)  you ar

(3)  the Cc
     will be
     or pro
     the Cc

For purposes o
defined in the

While you are
Payments shov

Successive peri
full-time, active
period of disab
you have returi

This Non-Occu
Occupational E

(1)  an inju

(2)  a disea
     law, oc

You may receiv

## Occupational Disability Benefit

Weekly Disability benefits may also be payable to you for a total disability which is an Occupational Disability as defined on the previous page. This benefit is provided on the same terms as the benefit for non-occupational disability. The amount of Weekly Disability benefit payable, however, is equal to the excess of the Non-Occupational Weekly Disability benefit over the benefits payable under any workers' compensation law, occupational disease law, or similar legislation.

### Amount of Weekly Disability Benefit

The amount of Weekly Disability benefits is determined according to your length of credited service with the Company, as follows:

| *Service* | *100% of your Weekly Basic Earnings are paid for the following number of weeks:* | *60% of your Weekly Basic Earnings are paid for the following number of weeks:* |
|---|---|---|
| Less than 6 months | 0 weeks | 26 weeks |
| 6 months | 1 | 25 |
| 1 year(s) | 2 | 24 |
| 2 | 4 | 22 |
| 3 | 6 | 20 |
| 4 | 8 | 18 |
| 5 | 10 | 16 |
| 6 | 12 | 14 |
| 7 | 14 | 12 |
| 8 | 16 | 10 |
| 9 | 18 | 8 |
| 10 | 20 | 6 |
| 11 | 22 | 4 |
| 12 | 26 | 2 |
| 13 | 26 | 0 |

βί

If your physic... ... return to work on a par... ...
you are still el... ... equal to 100% of your Wee... ...
Earnings, the a... ...benefits will be reduced by... ...
your part-time... ... result will be used to ...
of weeks for w... ... benefit.

During the we... ...your Weekly Basic E... ...
of your benefit... ...part-time wages. However,... ...
savings you ac... ... a 100% benefit will be used t...
your benefit to... ...until all the savings are ...

If any of your a... ...the end of the maxim...
payments, the... ...until all of the benefit sav...
("Extension Pe...

At any time tha... ...ompensation benefits ...
statutory disab... ...amount of Weekly ben...
to the extent no... ...ly benefits and any ot...
under the Fede... ...Act ... ompensation Law or any other...
disability benef... ... ...plicable pursuant to...
your Weekly Ba...

The word "pay... ...ory disability benefits a...
actually receive... ...utory disability bene...
have been avail... ... ovision for making clai...

This benefit is r... ...you receive for that...
would be entitle... ...had been made by yo...

**Other Income I...**

This Plan define...

(1) income... ... any occupation for com... ...
profit.

(2) any dis... ...benefits required or pr... ...
any law

(a) une...

(b) no-f...

(c) stat...

(d) bene... ... Act, the Canada Pens...
the C... ...dents benefits, but no...
incr... ...eekly Disability Benefit...
start

(3)   disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4)   any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1)   any periodic payments will be allocated to weekly periods,

(2)   any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to weekly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3)   any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

**Estimated Other Income Benefits**

"Other income benefits" also include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1)   application for such benefits,

(2)   appeal at the reconsideration level, if benefits are denied, and

(3)   appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1)   estimate your weekly Social Security and other income benefits, and

(2)   use that amount to determine your weekly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

$\beta$ {

If the Clai
have been
actually u

(1)   if We
      payn

(2)   if We
      reiml
      ment

## Maximum Pe

The maximun

## Weekly Basic

Your Weekly

For all regular
basic weekly
of total disabil
are a piece wo
for the three (3
weekly basic e

For an Employ
one fifty-secon
excluding bom
the start of the
year prior to th
shall be your to
of weeks of suc

## Exclusions

You are not cov

1.   intenti

2.   your p

3.   war or
     particij

# LONG TERM DISABILITY BENEFITS

Monthly Income Benefits are payable to you after you have been totally disabled due to an accidental bodily injury or disease for at least the Benefit Waiting Period of six (6) months.

## Total Disability

You are considered totally disabled if you are unable to work because of a disease or injury.

During the first twenty-four (24) months of a period of a covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you cannot perform the work you normally perform.

After the first twenty-four (24) month period of covered total disability (after your completion of the six (6) month Benefit Waiting Period), you will be considered unable to work if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

## Monthly Income Benefit

The Plan will pay you 70% of your "Monthly Basic Earnings" before you become totally disabled, but in no event more than the Maximum Monthly Benefit, $7,000. This benefit is reduced by any "other income benefits" you receive for that month, or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit, $50.

## When Benefits Begin

Your Monthly Income benefits will start as soon as you complete the requisite six (6) month Benefit Waiting Period, provided that written proof of your total disability satisfactory to the Claims Administrator is furnished within six (6) months following completion of the waiting period. Otherwise, Monthly Income benefits will commence on the day six (6) months following the date written proof of your total disability is furnished.

## How Long Benefits are Paid

You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown.

βl

Maximum Ben...          ... total disability:

| Your Age at | ... | Your Maximum ... | |
|---|---|---|---|
| | | To Age 65, but not le... | |
| | | 60 mon | |
| | | 60 mon | |
| | | 60 mon | |
| | | 60 mon | |
| | | To Age | |
| | | To Age | |
| | | To Age | |
| | | To Age | |
| | | 12 mon | |
| | | 6 mon | |

## Period of Total ...ity

Since benefits ar... ...al disability, it is impor...ant that you
understand whe...

Each period of t... ...you are both totally disai...ed and under the ...ed
care of a physici... ...under the care of a physician, a nurse clie...
been seen and tr... ...ss or injury causing the total disability to ...
least thirty-one (... ...shall have the right to ...
examined by a p...

Your benefit per... ...when the first of the following occurs

1. you ceas...          ...otherwise provided for in this cooupation

2. you actu...          ...occupation in which you ...
   engage c...        ...work at an Approved Re...ation
   Program...         ...work at the type of occupation ...
   which y...          ...able occupation), or

3. you ceas...          ...the care in ..., or

4. you fail...          ...the continuance of y...
   disabilit...        ...sician designated by th...

Once a period of... ...period of total disabili...
separately. How... ...an three (3) consecutive months, an...
then become disa... ...and illness or injury, ...
will begin as a co... ...

This combining of two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or relating causes separated by less than three (3) months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

**Other Income Benefits**

This Plan defines "other income benefits" as:

(1)   income received from any employer or from any occupation for compensation or profit.

(2)   any disability, retirement, or unemployment benefits required or provided for under any law of any government — for example:

(a) unemployment compensation benefits,

(b) no-fault wage replacement benefits,

(c) statutory disability benefits, or

(d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the Weekly Disability Benefit payments have started under this Plan.

(3)   disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

(4)   any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above which are payable to you or any of your or dependents because of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be treated as follows:

(1)   any periodic payments will be allocated to monthly periods,

(2)   any single lump sum payment including any periodic payments which you or your dependents have elected to receive in a single lump sum will be allocated to sixty (60) monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan, and

(3)   any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

B1

**Estimated Othe**   ome Benefits

"Other income I      of the amount of [...] that would be payable if timely application had been made      for welfare [...] [...] [...] ty benefits under the federal Social Security Act, this includ[e]      [...] disability [...] ibility benefits through each of the [...] ing:

(1) applica[tion]   [...] [...]

(2) appeal a[...]   [...] [...] [...] benefits are denied, and

(3) appeal a[...]   [...] [...] [...] level, if benefits are agam [...] [...]

Until you give tl[...]      [...] [...] [...] ave completed the application process for other income ber[...]      [...] [...] [...], is denied, this Plan may:

(1) estimate   [...] [...] [...] other income benefits, and

(2) use that   [...] [...] [...] ily benefit.

Your Social S[...]      [...] [...] [...] ll not be estimated w[...] [...] and appeals a[...]      [...] [...] Reimbursement Agreement on a form satisfactory [...] the Claims A[...]      [...] [...]

If the Claims[...]      [...] [...] [...] t of other income benefit [...] that actu[...]   s th[...] have been use[...]      [...] [...] income benefit differs from the amount actually used.      [...]

(1) if Month   [...] [...] [...] rpaid, this Plan will make [...] [...] payment      [...] [...] amount that should have been paid

(2) if Month   [...] [...] [...] epaid, this Plan may either [...] [...] sum rein[...]   [...] [...] [...] at its option, reduce [...] [...] payment[...]   [...] [...] future payments, the Monthly [...] [...] benefit o[...]   [...]

**Monthly Rate of**   ly Earnings

Your Monthly Ba[...]      [...] [...] [...] using provisions whi[...] [...] for each period of      [...] [...] [...] earnings will be consid[...] [...] on the date the ne      [...]

For all regular hou[...]      [...] [...] your Monthly Basic Earn[...] [...] basic monthly pay[...]      [...] [...] payroll period before the [...] [...] period of total dis[...]      [...] [...] [...] pay or any other fo[...] [...] If you are a piece [...]      [...] [...] e-work earnings over [...] [...]   [...] pay rate for the th[...]      [...] [...] the period of total disab[...] [...]   [...] to your monthly b[...]      [...] [...]

For an Employee in a Sales Compensation Program — your Monthly Basic Earnings shall be one twelfth of your total basic income consisting of base salary and commissions, but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your Monthly Basic Earnings shall be your total basic income for your actual period of employment divided by the number of months of such employment.

## Approved Rehabilitation Program

An "approved rehabilitation program" means:

(1)    a program of vocational rehabilitation, or

(2)    a period of part-time work with the Company for purposes of rehabilitation, which will be considered to begin only when the Claims Administrator approves such program, in writing, and to end when the Claims Administrator withdraws its approval.

This Plan includes this rehabilitation program to help you get back to work. With the Claims Administrator's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

| Example | | | |
|---|---|---|---|
| Monthly Income Benefit from the Plan | Monthly Earnings While You are Disabled | 80% Reduction | Net Monthly Income Benefit from the Plan |
| $1,600 | $300 | $240 | $1,360 |

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

B1

Physician

"Physician" mea[...] [...] arts acting within the [...]
practice; except t[...] [...] sability, or any portion [...]
which total disab[...] [...] than a medically determin[...]
impairment, "ph[...] [...] qualified physician who either[...]
practice of psych[...] [...] training or experience, [...]
competency in th[...] [...] to render the necessary services for
and treatment of [...]
Mental Illness L[...]

For total disabilit[...] [...] the benefit period w[...]
twenty-four (24) [...] [...]ement exists, or commences [...]
(90) days followin[...] [...] (24) month period, benefits will [...]
for the duration [...] [...] to the Maximum Benefit [...]
in page 6).

Pre-Existing Con[...]

No monthly bene[...] [...] caused or contributed [...] or [...]
from, a pre-existi[...] [...] apply if your disability [...]
have been covere[...] [...]

The term "pre-exi[...] [...] for which you:

(1)  receive tr[...]

(2)  incur exp[...]

(3)  receive a[...]

(4)  take pres[...] [...] days prior
     to the eff[...]

Other Exclusions

You are not cover[...] [...] way caused by any of the [...]

1.  intention[...]

2.  your part[...] [...] result or felony, or

3.  war or an[...] [...] or not), insurrection,
    rebellion, [...] motion.

## BENEFIT MODIFICATION FOR THIRD PARTY LIABILITY

**Third Party Liability**

In the event that you ("Claimant") suffer an injury or illness covered by this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the Claimant ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such injury or illness.

To the extent payments for lost wages or the like resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner), such expenses are excluded from the Claimant's coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1)  that payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party, and

(2)  that the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply:

(a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and

(b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

13

The Claimant a
may, as paymen
Responsible Th

When a final jud
Party by the Cla
received from o
or for the Respo
efits payable by
injury or illness
reimburse the P
Party previously
paid by this Plan
redetermination
included in such

Each Claimant o
Responsible Thi
receive benefits
actions being tak
including inform
any final judgme
the Responsible

This Plan shall h
recovery from th
option, to reject
the Responsible
connection with
with the Respon
for above.

**Limits On Assig**

Benefits under th
will not be respo
Administrator w
copy thereof.

**Errors in Payme**

If the Claims Adi
paid, the Claims
either requesting
incorrect benefit
any other welfare

## TERMINATION OF COVERAGE

Your benefits under the Weekly Disability and Long Term Disability Plan will end on the earliest of the following dates:

- the date your employment ends or you cease to qualify for the coverage, or

- the date the part of the Plan providing the coverage ends.

For coverage purposes, your employment will end when you are no longer a full-time, active Employee. If you are on an unpaid medical leave of absence because of injury or sickness, your coverage may be continued.

If you stop active, full-time work for any reason, you should contact the Company at once to determine what arrangements, if any, have been made to continue any of your coverage.

β1

|  | ATION |
|---|---|
| *Plan Name* | n Telecom Inc.<br>bility and Long Term disability plan |
| *Employer Iden* | [illegible] |
| *Plan Number* | |
| *Plan Sponsor* | ecom Inc.<br>Vay<br>nnessee 37228 |
| *Type of Plan* | |
| *Plan Year* | December 31 |
| *Plan Administ* | ecom Inc.<br>Vay<br>nnessee 37228<br>-4000 |
| *Agent for Servi* | [illegible] strator |
| *Claims Admini*<br>*Long Term Disa* | [illegible]<br>[illegible]    06152 |

Benefits under the [illegible] recom Inc. Company costs are [illegible] but of current or acc [illegible]

## Plan Changes and Termination

The Company expects to continue this Plan, but necessarily reserves the right to amend this Plan from time to time or terminate this Plan at any time. Any amendment to this Plan may reduce or eliminate benefits payable under the Plan to persons who are Employees as of the effective date of the amendment.

## Claims

This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial explaining the reason for the denial.

You may request a review of the denied claim. The request must be submitted, in writing, within sixty (60) days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within sixty (60) days of the receipt of your request for review. The final decision will be made by CIGNA which is providing claim services under this Plan.

## Your Rights under ERISA

As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA"). ERISA provides that all Plan participants shall be entitled to:

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements, and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

17

B1

In addition to
are responsib
ciaries" of the
participants a
person, may
from obtainir
welfare benet
reason for the
are steps you
this Plan and
In such a case
you up to $10
because of rea
benefits whicl
court. If sho
nated against
Labor, or you
costs and lega
example, if it l
should contac
Benefits for No
your rights un
Management S

... ERISA imposes duties upon ... people who operate ... prudently and in the interest of you and other ... including the Company, your ... no one ... may ... nate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. ... there are steps you can take. For instance, if you ... within ... (30) days, you may file ... the ... Administrator to provide ... you ... to the materials, unless the materials ... beyond the control of the ... Administrator. If your claim ... has been denied in whole or in part, you may file suit ... court. ... misuse the Plan's money, ... you ... may seek assistance from the ... court will decide who should pay the costs ... order you to pay these costs and ... If you have any questions about ... an explanation, contact the Director of Human Resources ... If you ... have any questions about this ... your rights under ... nearest Area Office of ... Administration, Department of Labor.

The Plan Adm ... under this Plar ... factual determ ... authority to determine ... provisions of this Plan and to make ... as are ...

# NOTES

B1



NORTEL NETWORKS™

*How the world shares ideas.*

April 2000

U.S. Benefits Eligible Employees:

As an active, benefits eligible employee you are entitled to written information regarding the benefit plans offered by Nortel Networks. In 1997, three ring binders entitled "Employee Benefits and Programs" were distributed to all U.S. FLEX eligible employees. This binder contains various sections of information (referred to as Summary Plan Descriptions (SPD's)) relating to your benefits and is designed to inform you of the specific details of those plans as well as address questions you may have about your employee benefits. Please read the information below regarding updates to this binder.

Enclosed you will find eight sections which should each be inserted to replace the corresponding section currently in your binder. Please remove each section of existing information from your binder and replace it with the enclosed, updated section so that your binder will be as current as possible. Each section included in this mailing provides details about the benefit programs for the 2000 plan year.

The "Long Term Investment Plan", "Severance Plan" and "Retirement Benefits" sections have not been updated for this distribution and therefore you should retain the current information in your binder for these three sections. There remains only one section of the binder that has not been distributed to date. That section is the "Retiree Medical/Life/Long Term Care Plan". We expect to deliver that section to you in late 2000.

You will periodically be sent other addendum's or revised information that will update this binder in efforts to keep it current with each plan year. It is imperative that you insert or replace any pages you receive as you receive them so your binder will remain as updated as possible.

We hope you find your "Employee Benefits and Programs" binder to be an informative and useful tool. (You can also access the binder on the Nortel Networks home page, "Services@Work", U. S. website.) If you have any questions regarding this information or would like to request a copy of the binder, please contact the U. S. InfoCenter at (800)676-4636 or ESN 352-4636.

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT C

- C1    CIGNA, August 31, 1993, William A Reed, LTD Benefits Approved, list me as claimant and certholder, 2 worksheets lists me as insured (4 pages).
- C2    FLEX 2008 Enrollment Guide, Page 58, Long-Term Disability (LTD), Special Note for Employees on LTD, … coverage level in effect at the onset of your LTD … Second Note at bottom: This policy provides disability income insurance only.
- C3    Northern Telecom, Long Term Disability Checklist, Page 2, Item 9, LTD paid to period ending the day prior to the 65th birthday. Items 3 and 4 CIGNA determines Approval.
- C4    Northern Telecom, letter, May 13, 1993, Re: Long-Term Disability Application Process, Paragraphs 1 and 3, CIGNA determines approval.
- C5    Northern Telecom, Reimbursement Agreement, Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North America{n} to William Alan Reed, Social Security overpayments reimbursement. As of October 18, 2012, Debtors have refused to provide my document discovery request for the various CIGNA and Prudential Policies.
- C6    CIGNA header box warning fraudulent insurance act; Also identifies CIGNA Insurance companies, Attending Physician's Statement of Disability, (2 pages)
- C7    CIGNA Group Long Term Disability, To be completed by the employee, header box warning fraudulent insurance act; Also identifies CIGNA Insurance companies.
- C8    CIGNA Supplementary Claim Disability Benefits, header box warning fraudulent insurance act; Also identifies 4 CIGNA Insurance companies (2 pages)
- C9    CIGNA letter, January 6, 1999, Re: William A Reed, Policy# 2059005, Another header example of CIGNA Group Insurance Life – Accident - Disability Note: As of October 18, 2012, Debtors have refused to provide my document discovery request for the various CIGNA and Prudential Policies #s.
- C10    Prudential Insurance Company of America, Prudential Disability Group Insurance, November 1999, has assumed all responsibility of Nortel Networks Long Term Disability (LTD) claims. Patricia Daugherty, Team Manager, Prudential Disability Group Insurance.
- C11    Prudential, Group Disability Insurance, Supplemental Claimant Statement, Group Disability Insurance, The Prudential Insurance Company of America, header example of Insurance mentioned. (3 times)
- C12    The Prudential Insurance Company of America, letter, November 1, 2011, example of letterhead repeating insurance. (2 times)
- C13    Form W-2 Wage and Tax Statement 2011, Employer's name, address, and ZIP code PRUDENTIAL INSURANCE CO OF AMERICA, GROUP INSURANCE-PREMIUM ACCOUNTING, PO BOX 70190, PHILADELPHIA, PA 19176
- C14    Prudential paystub

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page.

CiGNA Companies

Highpoint Center #4
12226 Greenville Avenue, Suite 655, LB179
Dallas, TX 75243-9384
(214) 907-6500



AUGUST 31, 1993

MAIL:  WILLIAM A REED
       805 COOLIDGE AVENUE
       SUNNYVALE, CA 94086

TO:    WILLIAM A REED
       805 COOLIDGE AVENUE
       SUNNYVALE, CA 94086

RE:    CLAIMANT      :  WILLIAM A REED
       CERTHOLDER    :
       POLICY KEYS   :  205900501350  001011
       ACCOUNT NAME  :  NORTHERN TELECOM INC
       COMPANY NAME  :  CONNECTICUT GENERAL LIFE INSURANCE COMPANY

WE ARE PLEASED TO ADVISE YOU THAT YOUR CLAIM FOR LONG TERM DISABILITY (LTD)
BENEFITS HAS BEEN APPROVED.  YOUR FIRST CHECK WILL BE SENT SEPARATELY  IN THE
AMOUNT OF $2252.42 REPRESENTING BENEFITS DUE FOR THE PERIOD OF 08-06-1993
THROUGH 08-31-1993.

PLEASE REFER TO THE ENCLOSED LTD BENEFIT WORKSHEET WHICH SHOWS HOW YOUR BENEFITS
WERE CALCULATED IN ACCORDANCE WITH THE PROVISIONS OF THE LTD CONTRACT.

YOU SHOULD BE AWARE OF THE FOLLOWING ITEMS CONCERNING YOUR LTD BENEFIT POLICY:

THE LTD CONTRACT PROVIDES BENEFITS AT 70.00% OF YOUR CONTRACTUALLY-DEFINED
EARNINGS LESS OTHER APPLICABLE BENEFITS YOU RECEIVE OR ARE ENTITLED TO RECEIVE
DUE TO YOUR DISABILITY.  BENEFITS COMMENCE FOLLOWING THE BENEFIT WAITING PERIOD
WHICH ENDS ON 08-05-1993.  YOUR CURRENT NET BENEFIT OF $2700.98 PER MONTH WILL
BE ISSUED AT MONTHLY INTERVALS AT THE END OF EACH BENEFIT PERIOD.  OF COURSE,
PAYMENT OF FUTURE BENEFITS WILL DEPEND ON CERTIFICATION OF YOUR CONTINUING
DISABILITY, AND ON OTHER, APPLICABLE CONTRACT PROVISIONS.

YOUR LTD BENEFITS ARE GENERALLY REDUCED BY ANY OTHER BENEFITS YOU RECEIVE, AND
IF SO STATED IN YOUR CONTRACT, BY ANY SOCIAL SECURITY BENEFITS YOUR DEPENDENTS
RECEIVE ON ACCOUNT OF YOUR SOCIAL SECURITY AWARD.  PLEASE NOTIFY US IMMEDIATELY
IF YOU ARE RECEIVING OR SHOULD BECOME ENTITLED TO RECEIVE ANY INCOME FROM OTHER
SOURCES SUCH AS SOCIAL SECURITY DISABILITY OR RETIREMENT, STATUTORY
DISABILITY**, EMPLOYER SICK LEAVE, VA, WORKERS' COMPENSATION, NO-FAULT, EMPLOYER
PENSION, ETC.

     **IF YOU WORK IN CALIFORNIA, HAWAII, NEW JERSEY, NEW YORK, RHODE ISLAND, OR
PUERTO RICO, YOU SHOULD BE ELIGIBLE FOR DISABILITY BENEFITS UNDER STATUTORY
DISABILITY BENEFIT PLANS.

IF YOUR GROSS LTD BENEFIT IS TO BE REDUCED BY ANY SOCIAL SECURITY BENEFITS TO
WHICH YOU ARE ENTITLED, YOU SHOULD HAVE ALREADY RECEIVED OR WILL BE RECEIVING

Cal #504360

C1

ADDITIONAL INFORMATION FROM US CONCERNING SOCIAL SECURITY.

YOUR LTD BENEFITS ARE CURRENTLY CONSIDERED TAXABLE INCOME FOR SOCIAL SECURITY (FICA) TAX, FEDERAL INCOME TAX (FIT), AND, IN SOME CASES, STATE TAX PURPOSES. FICA TAXES ARE MANDATORY AND ARE AUTOMATICALLY DEDUCTED FROM THE LTD BENEFITS ISSUED DURING THE 6 CALENDAR MONTHS IMMEDIATELY FOLLOWING THE MONTH IN WHICH YOU LAST WORKED.

FEDERAL INCOME TAXES MAY BE DEDUCTED FROM YOUR LTD BENEFITS ON AN ENTIRELY VOLUNTARY BASIS.  SHOULD YOU WISH TO HAVE ALL OR A PORTION OF YOUR FIT TAXES DUE ON YOUR LTD BENEFITS WITHHELD FROM YOUR LTD CHECK, YOU WILL NEED TO COMPLETE A FEDERAL TAX WITHHOLDING FORM (W-4S), WHICH YOU MAY OBTAIN THROUGH OUR OFFICE OR YOUR LOCAL IRS OFFICE, AND SUBMIT IT TO OUR OFFICE IN ORDER FOR WITHHOLDING TO COMMENCE ON FUTURE CHECKS.  THE LAW REQUIRES THAT YOU DESIGNATE ON THE FORM W-4S THE AMOUNT YOU WANT WITHHELD AND THAT THE AMOUNT BE NO LESS THAN $88 PER MONTH AND EXPRESSED IN WHOLE DOLLARS.  YOU MAY CANCEL OR CHANGE YOUR DEDUCTION AMOUNT AT ANY TIME BY COMPLETING ANOTHER FORM W-4S.

TO QUALIFY FOR BENEFITS UNDER YOUR LONG TERM DISABILITY CONTRACT, DURING THE FIRST 24 MONTHS  MONTHS, YOU MUST BE UNABLE TO PERFORM THE ESSENTIAL DUTIES OF YOUR OCCUPATION.  THEREAFTER, YOU MUST BE UNABLE TO ENGAGE IN THE ESSENTIAL DUTIES OF ANY OCCUPATION TO QUALIFY FOR BENEFITS, SUBJECT TO ANY OTHER BENEFIT LIMITATIONS STATED IN YOUR CONTRACT.  WE WILL BE REQUESTING PERIODIC UPDATES ON THE STATUS OF YOUR DISABILITY AND WE RESERVE THE RIGHT TO HAVE YOU EXAMINED BY A PHYSICIAN OF OUR CHOICE.

PLEASE NOTE THAT MONTHLY BENEFITS ARE PAYABLE ONLY WHILE YOU ARE UNDER THE CARE OF A LICENSED PHYSICIAN.

PLEASE ADVISE ON YOUR CURRENT STATUS REGARDING SOCIAL SECURITY  DISABILITY BENEFITS.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.


SINCERELY,

PHILIP J ROARKE
SENIOR BENEFIT ANALYST


CC: NORTHERN TELECOM, INC.

C1



Connecticut General Life Insurance Company
Life Insurance Company of North America
CIGNA companies

| Insured: | Policyholder: | Account #: |
|---|---|---|
| REED WILLIAM A. | NTI | 2059005 |

Date of Disability: 2-6-93

Comments

2252.42
- 38.76 (PR)
$2213.66
-172.31 (FICA)
$2,041.35

Waiting Period Calculation:

8-6-93/8-6-93 → 1.67
8-7-93/8-31-93 → 2250.75
$2252.42

Duration of Waiting Period

6 mo.

Benefits Begin 8-6-93

## LTD BENEFIT COMPUTATION  -  DIRECT OFFSET

Benefit Levels For This Case - Maximum Benefit $ 7000.00   Minimum Benefit $ 50.00

1. LTD % - Not to Exceed Maximum Shown Above

   70 % of Basic Monthly Salary of $ 5649.97          $ 3954.98

2. Other Income Benefits *Code Section Below

   | Code | Benefits |
   |---|---|
   | A | 1254.00 |

3. Item 1 Minus Item 2 = $ 2700.98

   MONTHLY PAYMENT AMOUNT                             $ 2700.98

4. Daily Rate (Amount on Line 3 Divided by 30 Days) = $ 90.03

5. AMOUNT OF LTD PAYABLE FOR THE PERIOD FROM 8-7-93 THROUGH 8-31-93
   25 DAYS                                            $ 2250.75

### *CODE

A. Approved, Estimated Federal Social Security Disability

B. Approved, Estimated Federal Social Security Old Age Benefits

C. Workmen's Compensation or Similar Law

D. State Disability or any Employer Sponsored Income Benefit Plan

E. Other - Refer to Comments

PR
8-26-93

This Policy requires that Federal Social Security Disability payments be deducted from Monthly Long Term Disability Benefits. We are deducting Estimated Social Security Payments until an Official Notice of Award is received or Proof is submitted that benefits have been applied for and denied. Adjustment of our payments will be made when the Proof of Award or Denial is submitted. APPLY FOR FEDERAL SOCIAL SECURITY BENEFITS NOW IF YOU HAVE NOT ALREADY DONE SO.

21

C1

Connecticut General Life Insurance Company
Life Insurance Company of North America
CIGNA companies



| Insured: REED, WILLIAM A. | Policyholder: NTI | Account #: 2059005 |
|---|---|---|

Date of Disability: 2-6-93

Comments

Waiting Period Calculation:

Duration of Waiting Period

6 mo.

Benefits Begin 8-6-93

---

LTD BENEFIT COMPUTATION  -  DIRECT OFFSET

Benefit Levels For This Case - Maximum Benefit $ 7000.00  Minimum Benefit $ 50.00

1. LTD % - Not to Exceed Maximum Shown Above

   70 % of Basic Monthly Salary of $ 5649 97                    $ 3954 98

2. Other Income Benefits *Code Section Below

   | | Code | Benefits |
   |---|---|---|
   | | A | 1254 00 |
   | | E | 5649 97 |

3. Item 1 Minus Item 2 = $ Ø

   MONTHLY PAYMENT AMOUNT                                        $ 50 00

4. Daily Rate (Amount on Line 3 Divided by 30 Days) = 1.67

5. AMOUNT OF LTD PAYABLE FOR THE PERIOD FROM 8-6-93 THROUGH 8-6-93     $ 1.67
   1 DAY

---

*CODE

A. Approved. Estimated Federal Social Security Disability -
B. Approved. Estimated Federal Social Security Old Age Benefits
C. Workmen's Compensation or Similar Law
D. State Disability or any Employer Sponsored Income Benefit Plan
E. Other - Refer to Comments

PR
8-26-93

This Policy requires that Federal Social Security Disability payments be deducted from Monthly Long Term Disability Benefits. We are deducting Estimated Social Security Payments until an Official Notice of Award is received or Proof is submitted that benefits have been applied for and denied. Adjustment of our payments will be made when the Proof of Award or Denial is submitted. APPLY FOR FEDERAL SOCIAL SECURITY BENEFITS NOW IF YOU HAVE NOT ALREADY DONE SO.

C1

### Special Note for Employees On LTD

If you're on LTD leave on January 1, 2008, you'll continue to receive disability benefits under the coverage level that was in effect at the onset of your LTD until you satisfy the plans' actively at work provisions. Any new coverage you select during the FLEX 2008 annual enrollment period will begin after you've returned to work for 30 consecutive days.

## Long-Term Disability (LTD) Plan

If you're unable to return to work after 26 continuous weeks of disability, you may l eligible for LTD Plan benefits. LTD Plan benefits are administered by The Prudenti Insurance Company of America and are available after you have exhausted your STI coverage of 26 weeks. Any LTD benefit you receive will be taxable. Refer to your SP for information on qualification requirements for LTD coverage.

You have the following LTD Plan coverage levels available:

### Core LTD Plan Coverage

The Company provides you with core LTD Plan coverage – at no cost to you. If elig you'll receive coverage equal to 55% of your pre-disability FLEX Earnings.

### Optional LTD Plan Coverage

If you want a higher level of LTD Plan coverage than what the Core LTD Plan prov you can select optional LTD Plan coverage during the FLEX 2008 annual enrollmei period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 66 2/3% of your pre-disability FLEX Earnings.

### 2008 Optional LTD Plan Rates

| Coverage | 2008 Cost per $100 of FLEX Earnings |
| --- | --- |
| Optional LTD Plan | $0.13 |

**Note:** This policy provides disability income insurance only. It does NOT provide ba sic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.

C2

 **nͦrthern telecͦm**          **Long Term Disability Checklist**

---

EMPLOYEE *William Reed*   DEPT. NAME  *l*    DEPT. # *1920*

**PROCEDURE**

Remember to apply for Soc. Security Benefits NOW! Please contact your local Social Security office.

1.  In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms

   - *Reimbursement Agreement*. Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.

   - *Attending Physician's Statement of Disability Group Benefits*. Take this form to your treating physician to complete. CIGNA must be provided with proof of disability, from the day you first missed work due to diability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.

   - *Group Long Term Disability Claim Form*. Legibly complete, date, and sign the Claimant's Statement Sections. Return this form with your LTD package

   - *W-4S Request for Federal Income Tax Withholding From Sick Pay.* Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request not to have federal income tax withheld by entering 0 in the appropriate space.

   - *Disability Questionnaire*. Complete this form and return with your LTD application

2.  Return the above forms (Your LTD package) and a copy of your birth certificate or driver's license to Health Services by ~~May~~ June 4 ~~(92)~~ Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeapordize your employment status.

3.  You and your Benefits Administrator/Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4.  CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

**BENEFIT ENTITLEMENT**

1.  No benefit premium deductions are withheld from your LTD benefit. Therefore, monthly premium payments to continue medical/dental, supplemental and spousal life must be submitted to your Human Resource Generalist monthly.

C3

## BENEFIT ENTITLEMENT, Cont.

Outlined below are the premiums that are currently being deducted and must be continued through your disability period to prevent benefit discontinuance.

Health Care __35.00__ + Life Insurance __3.76__ = __38.76__

All payments must be received by the 15th of the month. Make your check payable to Northern Telecom. Your first monthly payment of $ __38.76__ is due __8/93__. These premiums are subject to change in accordance to premium increases or decreases to all other employee's group coverage. Please coordinate payments through your HR Generalist.

2. Long Term Investment (Thrift Saving) Flexible Spending Plans: You become a suspended participant in the these plans. No employee contributions are deducted from disability payments. Contributions are reinstated upon return to work.

4. Retirement Plan: The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of the leave.

5. Vacation/Sick Leave: Upon returning to work, time spent on medical leave of absence is included in determining the employee's continuous service for vacation and sick leave (when applicable). If your preauthorized vacation occurs during your leave of absence, you must negotiate with your manager to reschedule.

6. Holiday Pay: Employees will not be eligible for holiday pay during a medical leave of absence. Any holiday which falls during your medical leave is treated as any other day, and is compensated accordingly.

7. Salary Review Date: Is extended by the length of leave so that the performance appraisal period can be maintained.

8. Credit Association: No deductions are withheld for Credit Association accounts. To continue your savings deposits and/or loan payments, you must contact the Credit Association.

9. Compensation for Medical Leaves: Long Term Disability benefits provide income continuation at 70% of your predisability salary. This benefit is payable for up to two years while you are totally disabled from your job. Thereafter, benefits may be extended if you are totally disabled from performing your job and any other job for which you are or may become qualified. For employees who are disabled before age 61, benefits may be paid for a maximum period ending the day prior to the 65th birthday. For employees disabled at age 61 or older, the maximum benefit period varies. The LTD benefit is reduced by any "other income benefits" you receive for that month had you made timely pursuit of those benefits. These "other income benefits" include, but are not limited to Social Security benefits, Workers' Compensation benefits, State Disability benefits, and No-Fault Insurance benefits.

NOTE: Long Term Disability. Benefits are payable for a maximum of 24 months for disabilities resulting from a mental or nervous disorder.

9. Taxes: Employees are responsible for determing the amount of Federal Income Tax to be withheld from the monthly LTD benefit, by completing the Tax Notice which is part of the LTD package. No state taxes are withheld from your Long-Term Disability benefits.

10. For bargaining units consult your Human Resource Generalist for any adjustments to these guidelines.

C3



**Northern Telecom Inc.**
2305 Mission College Blvd.
Santa Clara, CA 95054-1591

Tel. (408) 988-5550
TWX 910-338-7653

May 13, 1993

Mr. William Reed
805 Coolidge Ave.
Sunnyvale, CA 94086

Re:   Long-Term Disability (LTD) Application Process

Dear Mr. Reed:

The purpose of this letter is to advise you of the need to begin the LTD application process. Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived. Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks. Since your STD benefits will expire on August 9, 1993, the LTD application process must now begin. For this reason, I have enclosed for your completion your "LTD package". Also included in the package are informational materials to assist you in the application process. Because the LTD application is more complex than the STD process, I encourage you to make an appointment with Health Services. During this meeting, we will review your package contents and address any questions or concerns you may have. Please call me at (408) 764-3367 to make an appointment.

As indicated above, CIGNA determines claim approval or denial. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to submit you LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

You must also now apply for social security. Contact your local social security office for information as soon as possible.

Please bring or mail your completed application to:

Northern Telecom, Inc.
Attn: Anne Gray, Health Services
M/S 105
2305 Mission College Blvd.
Santa Clara, CA 95054

If you need assistance in filling out these forms, please call me at (408) 764-3367 or if you have any medical questions, please don't hesitate to call Caren McNally at (408) 764-2332.

Sincerely,

Anne Gray
Admin. Support, Health Services

cc: Benefits
    H. R. Generalist

C4



**nt** northern telecom

## REIMBURSEMENT AGREEMENT

I have filed a claim for benefits under the Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North American to _WILLIAM ALAN REED_, for a period of Total Disability beginning on _2/6/93_.

I have read this policy or a description of its main features. I understand that LTD Monthly Benefits for any month are reduced by:

(1)     any disability or Old Age benefits I receive on my own behalf under the Federal Social Security Act; and

(2)     the amount of dependents receive for that month on account of my disability under the Federal Social Security Act; or

(3)     the amount of Old Age benefits my dependents receive for that month on my account under the Federal Social Security Act.

If my claim for Social Security Disability benefits is denied, I agree to ask Social Security Administration to reconsider my claim. If necessary, I will appeal my Social Security claim to the hearing level.

While I pursue Social Security benefits, I would like my LTD monthly benefit to be:

( )     Reduced          (✓)  Not Reduced

by the amount of Social Security Benefits Life Insurance Company of North America assumes I and my dependents would have received had my social security claim not been denied.

If I later receive Social Security Disability or Old Age Benefits for myself or my dependents, I will reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that results from these benefits.

I understand that I must reimburse Life Insurance Company of North America only for the amount of this overpayment. I will make reimbursement in one lump sum, within 30 days after receiving my social security award. Life Insurance Company of North America may, at its option, unilaterally recover the overpayment by reducing future monthly benefits.

I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy.

_____          _6-3-93_
Signature                                                      Date

_____
Witness

11/24/92

C5

Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies



Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

Name of Patient ___WILLIAM ALAN REED___
Present Address ___805 COOLIDGE AVE. SUNNYVALE, CA 94086___
Name of Employer / Association ___NORTHERN TELECOM___

Date of Birth _____
Social Security No. _____
Group Policy No. ___2019429___

## ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY

The patient is responsible for the completion of this form without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

### 1. HISTORY
(a) When did symptoms first appear or accident happen?  Mo. _____ Day _____ 19 ____
(b) Date disability commenced  Mo. __2__ Day __6__ 19 _93_
(c) Has patient ever had same or similar condition?  ☐ Yes ☒ No  If "Yes" state when and describe _____

(d) Is condition due to injury or sickness arising out of patient's employment?  ☐ Yes ☐ No ☐ Unknown

### 2. DIAGNOSIS (Including any complications)
(a) Date of last examination  Mo. __5__ Day __18__ 19 _93_
(b) Diagnosis and ICD-9 or DSM-III Code (including any complications) ███████████████
(c) Subjective symptoms ███████████████

(d) Objective findings (including current X-rays, EKG's, Laboratory Data and any clinical findings)

### 3. DATES OF TREATMENT
(a) Date of first visit  Mo. __01__ Day __19__ 19 _88_
(b) Date of last visit  Mo. __5__ Day __18__ 19 _93_
(c) Frequency  ☐ Weekly ☐ Monthly ☒ Other (Specify) __AS NEEDED__

### 4. NATURE OF TREATMENT (Including Surgery and medications prescribed, if any)
███████████████████
Will treatment substantially improve function and employability?  ☐ Yes ☒ No
If yes, specify.

### 5. PROGRESS
(a) Has patient  ☐ Recovered? ☐ Improved? ☐ Unchanged? ☒ Retrogressed?
(b) Is patient  ☐ Bed confined? ☐ Hospital confined? ☒ Ambulatory? ☐ House confined?

(c) Has patient been hospital confined?  ☐ Yes ☒ No  If yes, give Name and Address of Hospital _____

Confined from _____ through _____

### 6. CARDIAC (If Applicable)
(a) Functional capacity  ☐ Class 1 (No limitation)  ☐ Class 2 (Slight limitation)
(American Heart Ass'n.)  ☐ Class 3 (Marked limitation)  ☐ Class 4 (Complete limitation)

(b) Blood Pressure (last visit) _____
SYSTOLIC _____  DIASTOLIC _____

CL500391

1/90

C6

**7. LIMITATION (If there is a limitation, check and describe below)**

Standing _____  Climbing _____  Bending _____  Use of hands _____  Sitting _____
Walking _____  Stooping _____  Lifting _____  Psychological _____  Other (state which) ✓_____

*Fatigues easily* ✓

---

**8. PHYSICAL IMPAIRMENT (* As defined in Federal Dictionary of Occupational Titles)**

☐ Class 1— No limitation of functional capacity; capable of heavy work*   No restrictions (0-10%)
☐ Class 2— Medium manual activity*   (15-30%)
☐ Class 3— Slight limitation of functional capacity; capable of light work*   (35-55%)
☐ Class 4— Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity   (60-70%)
☑ Class 5— Severe limitation of functional capacity; incapable of minimal (sedentary*) activity   (75-100%)
☑ Remarks: *Condition variable at times severely limited —*

---

**9. MENTAL/NERVOUS IMPAIRMENT (If Applicable)**

Please define "stress" as it applies to this claimant.
☐ Class 1— Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2— Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3— Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☑ Class 4— Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5— Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☑ Remarks: *significant mood swings and cognitive impairment.*

Do you believe the patient is competent to endorse checks and direct the use of the proceeds thereof? ☑ Yes ☐ No

---

**10. EXTENT OF DISABILITY**

|  | From Patient's Regular Occupation | From Any Occupation |
|---|---|---|
| (a) Is patient now totally disabled? | ☑ Yes ☐ No | ☑ Yes ☐ No |
| (b) If no, when was patient able to go to work? | Mo. ____ Day ____ 19 ____ | Mo. ____ Day ____ 19 ____ |

(c) If yes, when do you think patient will be able to resume any work?
- Approximate Date _____ Mo. ____ Day ____ 19 ____ ☐   |   Mo. ____ Day ____ 19 ____ ☐
- Indefinite _____ ☐
- Never _____ ☑   |   ☐

---

**11. REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services? ☐ Yes ☑ No
(b) Can present job be modified to allow for handling with impairment? ☐ Yes ☑ No

(c) When could trial employment commence?
PATIENT'S JOB                           ANY OTHER WORK
Mo. ____ Day ____ 19 ____               Mo. ____ Day ____ 19 ____
☐ Full-time ☐ Part-time                 ☐ Full-time ☐ Part-time

(d) Would vocational counseling and/or retraining be recommended? ☐ Yes ☑ No

---

**12. REMARKS**

---

| | | | |
|---|---|---|---|
| 5-27-93 | *[signature]* | M.D. | (708) 739-055_ |
| DATE | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |

SUNNYVALE MEDICAL CLINIC, INC.
301 OLD SAN FRANCISCO RD
SUNNYVALE, CA. 94086

STREET ADDRESS _____ CITY OR TOWN _____ STATE (OR PROVINCE) _____ ZIP CODE

*C6*

Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies 

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**TO BE COMPLETED BY THE EMPLOYEE**

**PLEASE TYPE OR PRINT • BE SURE TO ANSWER ALL QUESTIONS — FAILURE TO DO SO MAY DELAY YOUR CLAIM •**

NAME **WILLIAM ALAN REED**

SOCIAL SECURITY NO. ▮▮▮▮▮   SEX ☒ M ☐ F   DATE OF BIRTH

MAILING ADDRESS (Address where you may be reached during the next six months)
**805 COOLIDGE AVENUE  SUNNYVALE, CA  94086**   Zip Code   PHONE NUMBER (Incl. Area Code)

NAME OF SPOUSE | SPOUSE'S DATE OF BIRTH | IS SPOUSE EMPLOYED? ☐ Yes ☐ No | IF YES ☐ Full Time ☐ Part Time | SPOUSE'S SOCIAL SECURITY NO.

Do you have any children under age 18?   ☐ Yes ☒ No

Do you have any children age 18-19, who are full time students in elementary or secondary schools?   ☐ Yes ☒ No

Do you have any handicapped children (regardless of age)?   ☐ Yes ☒ No

If you answered yes to any of the above questions, please list names and dates of birth.

NAME                                   DATE OF BIRTH

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
**CALIFORNIA**

DATE OF ACCIDENT OR BEGINNING OF SICKNESS **11-10-86** | DATE YOU BECAME TOTALLY DISABLED **2-6-93** | DATE YOU PLAN TO RETURN TO WORK **UNKNOWN**

DESCRIBE IN YOUR OWN WORDS WHAT IS WRONG WITH YOU (IF ACCIDENT, DESCRIBE CIRCUMSTANCES)

NAMES OF ATTENDING PHYSICIANS  ADDRESS AND PHONE NUMBER   DATE FIRST CONSULTED
**ROBERT FRASCINO, M.D.   582 S. SUNNYVALE AVE. SUNNYVALE, CA 94086   1·19·88**
**(408) 524-5075**

NAMES OF HOSPITALS | ADDRESS | DATE ENTERED — DATE DISCHARGED

Have you applied for Social Security Benefits?   ☒ Yes ☐ No

If yes, please attach a copy of your Social Security notice for you and your dependents or a copy of your Social Security denial. If you have not applied, please do so as soon as possible. If you have not received a determination, please attach a copy of your receipt for application.

Are you a Veteran?   ☐ Yes ☒ No   If yes, have you applied for VA benefits for this disability?   ☐ Yes ☐ No
Please attach a copy of your VA Disability Award.

Are you receiving or eligible to receive:

|  |  | $ Amount/Frequency | Date Began | Date Paid Thru |
|---|---|---|---|---|
| ☒ Yes ☐ No | Salary Continuance | **67,800 annual** | **12-14-92** |  |
| ☐ Yes ☒ No | State Disability Benefits |  |  |  |
| ☐ Yes ☒ No | Group Disability Income |  |  |  |
| ☐ Yes ☒ No | Workers' Compensation |  |  |  |
| ☐ Yes ☒ No | Pension Benefits |  |  |  |
| ☐ Yes ☒ No | No-Fault Auto Disability Insurance |  |  |  |
| ☐ Yes ☒ No | Any other Disability Income (please identify) |  |  |  |

I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

SIGNATURE OF EMPLOYEE *William Alan Reed*   DATE **6-3-93**

**AUTHORIZATION TO RELEASE INFORMATION**

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGNATURE OF EMPLOYEE *William Alan Reed*   DATE **6-3-93**

CL500469  (9-90)

C7

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

**CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

## TO BE COMPLETED BY THE CLAIMANT

NAME OF CLAIMANT (Last Name) **REED** (First Name) **WILLIAM** (Middle Initial) **A**   SOCIAL SECURITY NUMBER   TELEPHONE NUMBER

ADDRESS (Street) **805 COOLIDGE AVE**   (City) **SUNNYVALE**   (State) **CA**   (Zip Code) **94086**

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS
**CALIFORNIA**

NAME OF EMPLOYER / ASSOCIATION
**NORTHERN TELECOM**   POLICY NUMBER

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW. SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE.

| [X] Social Security $ **1,286.00 Monthly** | [ ] Pension $ **NONE** | [ ] Governmental $ **NONE** | [ ] Workers' Compensation $ **NONE** | [ ] Other, Identify $ **NONE** |

ARE YOU CURRENTLY WORKING?  [ ] YES  [X] NO
If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION / RETRAINING PROGRAM?
[ ] YES  [X] NO

### AUTHORIZATION TO RELEASE INFORMATION

I certify that the information shown above is correct to the best of my knowledge and belief. I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of the authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGN HERE _____
CLAIMANT'S SIGNATURE   DATE **3/24/94**

## TO BE COMPLETED BY ATTENDING PHYSICIAN
The claimant is responsible for the completion of this form without expense to the company.

### 1. PRESENT CONDITION

DIAGNOSIS

DATE OF LAST VISIT **3/24/94**   FREQUENCY OF VISITS **monthly**

SUBJECTIVE SYMPTOMS
**Fatigue**
**Pain**
**Cognitive Changes**

OBJECTIVE FINDINGS (X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS)
**Thrombocytopenia**

### 2. PROGRESS

(a) Has patient [ ] Recovered? [ ] Improved? [ ] Unchanged? [X] Retrogressed?
(b) Is patient [ ] Bed confined? [ ] Hospital Confined? [X] Ambulatory? [ ] House Confined?
(c) Has patient been hospital confined? [ ] Yes [X] No  If yes, give Name and Address of Hospital _____

_____ Confined from _____ through _____

### 3. CARDIAC (If Applicable)

(a) Functional capacity _____ [ ] Class 1 (No limitation) [ ] Class 2 (Slight limitation)
(American Heart Ass'n.) [ ] Class 3 (Marked limitation) [ ] Class 4 (Complete limitation)   **N/A**

(b) Blood Pressure (last visit)   **130** SYSTOLIC   **80** DIASTOLIC

CL500462

**OVER**

C8

**LIMITATION**   (If there is a limitation, check and describe below)

Standing _____     Climbing _____     Bending _____     Use of hands ✓     Sitting _____
Walking _____      Stooping _____     Lifting ✓           Psychological ✓    Other (state which) _____

---

5. **PHYSICAL IMPAIRMENT**   (* as defined in Federal Dictionary of Occupational Titles)

☐ Class 1 — No limitation of functional capacity; capable of heavy work*   No restrictions (0-10%)
☐ Class 2 — Medium manual activity*   (15-30%)
☑ Class 3 — Slight limitation of functional capacity; capable of light work*   (35-55%)
☐ Class 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☐ Class 5 — Severe limitations of functional capacity; incapable of minimal (sedentary*) activity (75-100%)
☐ Remarks:   Condition Variable

6. **MENTAL/NERVOUS IMPAIRMENT**   (if applicable)

(a) Please define "stress" as it applies to this claimant.

☐ Class 1 — Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
☐ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☑ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 — Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
☑ Remarks:   Cognitive impairment
              Mood swings

Do you believe the patient is competent to endorse checks and direct the use of proceeds thereof?   ☐ YES ☐ NO

7. **EXTENT OF DISABILITY**

|  | From Patient's Regular Occupation | From Any Occupation |
|---|---|---|
| (a) Is patient now totally disabled? | ☑ YES ☐ NO | ☑ YES ☐ NO |
| (b) If no, when was patient able to go to work? | Mo. ___ Day ___ 19 ___ | Mo. ___ Day ___ 19 ___ |

(c) If yes, when do you        Approximate Date _____     Mo. ___ Day ___ 19 ___     Mo. ___ Day ___ 19 ___
think patient will be able     Indefinite _____           ☐                            ☐
to resume any work?
                               Never _____                ☑                            ☐

8. **REHABILITATION**

(a) Is patient a suitable candidate for further rehabilitation services?   ☐ YES ☑ NO
(b) Can present job be modified to allow for handling with impairment?   ☐ YES ☑ NO

|  | PATIENT'S JOB | | ANY OTHER WORK | |
|---|---|---|---|---|
| (c) When could trial employment commence? _____ | ___/___/___ Mo. Day Yr. | Full-time ☐ Part-time ☐ | ___/___/___ Mo. Day Yr. | Full-time ☐ Part-time ☐ |

(d) Would vocational counseling and/or retraining be recommended?   ☐ YES ☑ NO

9. **REMARKS**   Condition is progressive and terminal
Disability is permanent

| 3/24/94 | FRASCINO | Frascino | MD | 408 524 5075 |
|---|---|---|---|---|
| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |

524 So. Sunnyvale Ave     Sunnyvale CA     94086
STREET ADDRESS            CITY OR TOWN     STATE (OR PROVINCE)     ZIP CODE

CB



**CIGNA** Group Insurance
Life · Accident · Disability

January 6, 1999

Corporate Place
255 East Avenue
Rochester, NY 14604-2624
Telephone 716.258.1744
Toll Free 800.532.9288
Facsimile 716.258.1780

William A Reed
7810 Heaton Drive
Theodore, AL 36582

Re:    Claimant      :      William A Reed
       SS#           :      ▓▓▓▓▓▓▓▓▓
       Employer      :      Northern Telecom
       Policy #      :      2059005
       Connecticut General Life Insurance Company

Dear Mr. Reed,

This letter is in reference to the above mentioned Long Term Disability claim for continuing benefits.

The amount of Medicare premiums increased from $43.80 to $45.50 and therefore, your Medicare reimbursement amount increased by $1.70.

Beginning January 1, 1999 your regular Long Term Disability monthly benefit will be <u>increased by $1.70</u> reflecting this change.

Should you have any questions or concerns, please feel free to contact this office.

Sincerely,

Joan D. Justiniano
Benefit Administrator 800-532-9288 X6572

Life Insurance Company of North America,
Connecticut General Life Insurance Company,
Insurance Company of North America, INA Life
Insurance Company of New York, Subsidiaries of
CIGNA Corporation

Claim Services Provided by

The Prudential Insurance Company of America

Address all correspondence to
Claim Services Provider:

**Patricia Daugherty**
**Team Leader**
**Prudential Disability Group Insurance**
Phone: 1-800-842-1718 ext. 8779
Fax:  973-285-8800

November 1999

William A. Reed
7810 Heaton Dr.
Theodore, AL 36582

Dear Sir or Madam:

Effective January 1, 2000, The Prudential Insurance Company of America has assumed all responsibility for Nortel Networks Long Term Disability (LTD) claims.

Prudential has a proud history of providing group disability coverage and is firmly committed to meeting your needs as a premier Disability Management Services provider.

Prudential has a dedicated team of individuals who will service the Nortel Networks account and all of its employees.  You may be contacted by Prudential in the future to discuss your Long Term Disability claim.

If you have any questions regarding your claim, you may reach a Prudential representative by calling our free number at (800) 842-1718 between the hours of 8:00 a.m. to 5:00 p.m. Eastern Standard Time.  Please be sure to identify yourself as a Nortel Network associate and state that you would like to be transferred to either myself, or another available member of my staff.

Sincerely,

Patricia Daugherty
Team Manager
Prudential Disability Group Insurance

C10

 **Prudential**

**Group Disability Insurance**

**Group Disability Insurance**
**Supplemental Claimant Statement**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

**1 Employee Information**

First Name: WILLIAM   M.I. A   Last Name: REED

Social Security Number: [redacted]   Employee Phone Number: 251 653 6459

Email Address:

Employer's Name: NORTEL NETWORKS   Control Number: 39900

**2 Condition and Medication**

**3 Treatment**

GL.2003.246   Ed. 11/20

CII

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

November 1, 2011

William A Reed
7810 Heaton Drive
Theodore, AL 36582

Claimant: William A Reed
Claim No.: 10282908
Date of Birth: ▮▮▮▮▮▮▮▮▮
Control No./Br.: 39900 / 000CA

IıIIıIIııIıIıIııIıIıIIıI

Dear Mr. Reed:

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..  We are requesting you arrange for the prompt completion of the enclosed forms and return them to our office at the above address by December 1, 2011.

- Attending Physician's Statement (to be completed by your attending physician)
- Supplementary Claimant Statement (to be completed by you)

Sincerely,
**Prudential Financial**
Prudential Financial

C12

Copy C For EMPLOYEE'S RECORDS (See Notice on back.)

OMB No. 1545-0008

Employer's name, address, and ZIP code
PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA PA 19176

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 33,217.76 | 3,132.72 |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|

| Control number 39900 | b Employer's ID number 22-1211670 | a Employee's social security number | 7 Social security tips |
|---|---|---|---|

Employee's name, address, and ZIP code
WILLIAM A REED
7810 HEATON DRIVE
THEODORE AL 36582

12 See instructions for box 12

| Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

3

Statutory employee [ ]

Retirement plan [ ]

Third-party sick pay [X]

11 Nonqualified plans

| 15 State Employer's state I.D. # AL\39152 | 16 State wages, tips, etc. 33,217.76 | 17 State Income Tax |
|---|---|---|

Customer service phone#

1-866-648-2225

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|

Form W-2 Wage and Tax Statement 2011   This information is being furnished to the Internal Revenue Service.       Dept. of the Treasury -- Internal Revenue Service
you are required to file a tax return, a negligence penalty/other sanction may be imposed on you if this income is taxable and you fail to report it.

1076492   0266693

C13

025215-02-25-02-0-0-0-0

Disability Claim Services Provider

ou have any
estions about
s claim, please
ntact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
**September 24, 2012**

**BENEFITS ADMINISTRATOR**
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   **0039900**
CLAIM#   **10282908**
ID#

CLAIMANT   WILLIAM A REED

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 3,954.98 | 09/01/2012 | 09/30/2012 |
| - SSDB | 1,154.10 | | |
| - Medical | 90.74 | | |
| - Dental | 23.68 | | |
| - Mandatory FIT W4 | 262.01 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 3,954.98 |
| LESS OFFSET | 1,154.10 |
| ADD'L BENEFITS | 0.00 |
| | 2,800.88 |
| LESS ADJUSTMENTS | 0.00 |
| | 2,800.88 |
| LESS DEDUCTIONS | 376.43 |
| AMOUNT PAYABLE | 2,424.45 |

or claim or payment status, call 800-842-1718 and follow the prompts or visit
is on the web at www.Prudential.com/mybenefits and select the online option.

Date: **September 24, 2012**

Deposit Amount:   $2,424.45

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXX | $2,424.45 |

To the
Accounts
of

WILLIAM REED
7810 HEATON DRIVE
THEODORE          AL   36582

This is not a Check                                    Not Negotiable      C14

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT  D

- D1    Prudential Insurance Company of America, October 10, 2010, 2nd paragraph, 2nd sentence: Your benefits will continue through October 8, 2020,

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page.

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
**Website: www.prudential.com/mybenefits**

October 10, 2012

William A Reed
7810 Heaton Drive
Theodore, AL  36582

Claimant: William A Reed
Claim No.: 10282908
Date of Birth:
Control No./Br.: 39900  /  000CA

ldllllluhhhllulullllul

Dear Mr. Reed:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the
Nortel Networks Group Policy with Prudential.

You are receiving $2,424.45 per month. This benefit will remain the same provided your income
from other sources does not change. Your benefits will continue through October 8, 2020,
provided you remain totally disabled as defined by the Policy and continue to meet all other
contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager