William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT E

- E1      Proof Of Claim – Spreadsheet Calculator

- E2      2012 Benefits Confirmation Statement ( 2 pages)

- E3      2011 / 2012 COBRA Rates | Nortel Networks Inc.

- E4      *medco* Claims & balances, 2011 Prescriptions claims, William Reed (4 pages)

- E5      Social Security Notice of Award, William A Reed, August 01, 1993

- E6      Nortel, Letter,  June 16, 2010, Life Insurance Eligible to Convert

- E7      Prudential, Converting Group Term Life Insurance to Individual Insurance ( 3 pages, cover, page 7 chart $100,000 +, page 8 Rate Calculation Sheet)

- E8      HR Shared Services U.S.-Termination Notification , August 2010 (8 pages)

- E9      Changes to Nortel CARP

- E10    CARP Traditional program selection confirmed

- E11    Nortel Pension Service Center, Benefit Calculation Statement ( 2 pages)

- E12    PBGC Benefit Estimate, July 26, 2012 (4 pages)

- E13    Nortel, July 17, 2009, U.S. Pension Q&A (3 pages)

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page

Proof Of Claim *CALCULATOR*

WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?

William A. Reed

WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?

195693

WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?

August 6, 1993

WHAT IS YOUR AGE  (As Of January 1, 2013) ....

Years                                                                                          57
Months                                                                                          2
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013         686
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"             94

YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT         $      67,800.00

IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ....
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?              0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ....    $     2,712.00         $       21,244.00

FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"

SEVERANCE PERIOD                                                                              43
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                              $     1,303.85         $       56,065.38

FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ....
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                      $     3,954.98    $      371,768.12
SSDI  MONTHLY OFFSET                                                         $     1,154.10    $      108,485.40
Medicare Part B Reimbursement Per LTD Plan                                   $       110.50    $       10,387.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                   $     2,911.38    $      273,669.72

Estimates On What Replacement Coverage Would Cost You
MEDICAL CARE 90/70 PPO                                                       $     5,571.24    $       43,641.38
SUBSIDIZED PRESCRIPTION PLAN                                                 $    12,000.00    $       94,000.00
DENTAL/VISION/HEARING CARE                                                   $       900.36    $        7,052.82
CORE EMPLOYEE LIFE INSURANCE with AD5 $204K (136K Core Basic + 68K Supplemental)    $     7,431.04    $       58,209.81
ACCIDENTAL DEATH & DISMEMBERMENT (included in Prudential Rate Table for CORE in above cell)    $        -         $          -

CLAIM GRAND TOTAL                                                                              $      553,883.12

*E1*



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2012. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | William Reed |
| Global ID: | 0195693 |
| Date of Birth: | |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 67800.00 |
| Event:s | Annual Enrollment |
| Event Date: | 10/28/2011 |
| Prepared On: | 11/30/2011 |

### Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| 90/70 PPO, Anthem | EE Only | $ 41.88 | $1,088.88 | $4,373.20 |
| **Dental/Vision/Hearing Care** | | | | |
| PLUS | EE Only | $ 10.93 | $ 284.18 | $ 598.52 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 442.78 |
| **Long-Term Disability** | | | | |
| 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 52.81 | $1,373.06 | $5,414.50 |

#### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** | | | |
| 1x BENE Earnings Non-Smoker | $ 8.54 | $ 222.04 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 8.54 | $ 222.04 | $ 0.00 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

E2-1

| William Reed | 0195693 | 11/30/2011 | Page 2 |

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------|------|------|------|
| | | | | |

William Reed
7610 Heaton Dr

Theodore, AL  36582

$E2 -2$

HOME » CURRENT EMPLOYEES » MAKING THE TRANSITION FROM NORTEL » 2011 / 2012 COBRA RATES

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Tue, 09 Oct 12 01:17:35 -0400.
Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.

E3

## Original Medicare (H0001-001-0)

**Organization: N/A**

| Estimated Annual Drug Costs | Monthly Premium | Deductibles: Coinsurance: | Health | Drug Coverage, Drug Restrictions | Estimated Annual Health | Overall Plan Rating: |
|---|---|---|---|---|---|---|
| **Retail** Annual: $59,154 | Standard Part B: $99.90 | Part B Deductible: $140 | Doctor Choice: Any Doctor Out of Pocket Spending Limit: Not Applicable | N/A | $62,200 Includes $59,154 for drug costs | Coming Soon |

My estimated annual (2013) drug costs with the prescriptions I'm currently taking. This is on the Medicare website after inputting all the information.

http://plancompare.medicare.gov/pfdn/PlanFinder/DrugSearch .

Note: Most of my meds are NOT generic, but are TIER 3 which are 50% co-pays, if a Medicare "D" plan offers that medication.

( E3-M )

*medco*

# Claims & balances

### Prescription claims (Jan 01, 2011 - Dec 21, 2011)

The claims below include only those prescriptions that have been processed to date.

**Note:** Nonprescription items or any additional service fees or shipping costs are not included in the amounts shown below..

### 2011 Prescription claims

### Patient: William Reed

| Claims | Plan paid | You paid |
|--------|-----------|----------|
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $2491.65 | $100.00 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $1823.05 | $100.00 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $1351.39 | $100.00 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $1325.72 | $100.00 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $272.62 | $68.15 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $289.90 | $72.48 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $2570.84 | $100.00 |
| Rx Numl<br>Date of s<br>Drug inf<br>Filled at: | $5.00 | $15.00 |

E4-1

**Patient: William Reed**

| Claims | Plan paid | You paid |
|---|---|---|
| Rx Nu<br>Date<br>Drug<br>Filled | $14.41 | $7.00 |
| Rx Nu<br>Date<br>Drug<br>Filled | $286.96 | $71.74 |
| Rx Nu<br>Date<br>Drug<br>Filled | $2569.78 | $100.00 |
| Rx Nu<br>Date<br>Drug<br>Filled | $1883.29 | $100.00 |
| Rx Nu<br>Date<br>Drug<br>Filled | $1399.02 | $100.00 |
| Rx Nu<br>Date<br>Drug<br>Filled | $304.71 | $76.18 |
| Rx Nu<br>Date<br>Drug<br>Filled | $1372.67 | $100.00 |
| Rx Nur<br>Date o<br>Drug in<br>Filled a | $13.82 | $15.00 |
| Rx Nur<br>Date o<br>Drug in<br>Filled a | $1399.02 | $100.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled a | $1883.29 | $100.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled a | $2686.86 | $100.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled at MEDCO HEALTH WILLINGBORO | $2651.07 | $100.00 |

E4-2

**Patient: William Reed**

| Claims | Plan paid | You paid |
|---|---|---|
| Rx Num<br>Date of<br>Drug in<br>Filled a | $311.86 | $77.97 |
| Rx Num<br>Date of<br>Drug in<br>Filled a | $13.82 | $15.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled a | $1372.67 | $100.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled a | $304.71 | $76.18 |
| Rx Num<br>Date of<br>Drug in<br>Filled at | $2651.07 | $100.00 |
| Rx Num<br>Date of<br>Drug in<br>Filled at | $1372.67 | $100.00 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at | $304.71 | $76.18 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at | $13.82 | $15.00 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at | $311.86 | $77.97 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at | $2686.86 | $100.00 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at | $1430.30 | $100.00 |
| Rx Num<br>Date of<br>Drug inf<br>Filled at: MEDCO HEALTH WILLINGBORO | $1980.04 | $100.00 |
| **Subtotal:** | **$39349.46** | $2563.85 |

E4-3

| **Household Total for 2011:** | **$39349.46** | **$2563.85** |

This page was last updated on 12/21/2011.
© 1998-2011 Medco Health Solutions, Inc. All rights reserved.

E4-4

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241
Date: August 01, 1993
Claim Number: ████████████

WILLIAM A REED
805 COOLIDGE AVE
SUNNYVALE CA 94086

We are writing to let you know that you are entitled to monthly
disability benefits from Social Security beginning August 1993.

The amount of your first check is $ 1254.00.

Shortly after September 03, 1993, you will receive your first payment
which will include all benefits due you through August 1993.  After
that, a payment for $1254.00 will be sent each month.

Your monthly benefits will be sent to the financial institution you
have selected.  Please notify us if you change your mailing address
so we can send notices directly to you.

The following chart shows your benefit amount(s) before any
deductions or rounding.  The amount you actually receive may differ
from your full benefit amount.  When we figure how much to pay you,
we must deduct certain amounts, such as Medicare premiums and
worker's compensation offset.  We must also round down to the nearest
dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| August 1993 | $ 1254.10 | Entitlement began |

We have determined that you became disabled on February 06, 1993.
However, before you can receive benefits, you have to be disabled for
5 full calendar months in a row.

Doctors and other trained staff found that you are disabled under our
rules.  However, we must review all disability cases.  Therefore, we
will review your case in 5 to 7 years.  We will send you a letter
before we start the review.  Based on that review, your benefits will
continue if you are still disabled, but will end if you are no longer
disabled.

A state vocational rehabilitation agency may contact you.  This
agency provides counseling, training and other services that may help

SSA-L30
C

*E5*



**Nortel**                                    Tel: 1-800-676-4636
**HR Shared Services**
4001 E. Chapel Hill-Nelson Hwy.
P. O. Box 13010
Research Triangle Park, NC 27709


William Reed
7810 Heaton Dr

Theodore, Alabama  36582


June 16, 2010

Name of employee:  William Reed

Global ID:  195693

Termination date of life insurance:  August 31, 2010

Total amount of core life insurance eligible to convert:  $135,600

Total amount of supplemental life insurance eligible to convert:  $68,000

Name of spouse:  n/a

Total amount of spousal life insurance eligible to convert:  n/a

Name of dependent (s):  n/a

Total amount of dependent life insurance eligible to convert:  n/a

Life Insurance Group/Policy # with Prudential:  39900

To convert coverage, you must submit application and pay the first premium within 31 days after your group coverage ends or within 15 days after you receive written notice of the conversion privilege, whichever is later.  However, under no circumstances may you convert your coverage to an individual policy if you do not apply for individual coverage and pay the first premium within 92 days after your group coverage ends.

### Please contact a local Prudential Agent, or call 1-877-889-2070 for conversion information.

HR Shared Services
1-800-676-4636

*E6*



# Converting Group Term Life Insurance to Individual Insurance

 Prudential

The Prudential Insurance Company of America

0177151

E7-1

**Prudential Guaranteed Life** (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.

Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

## UNISEX

| Issue Age | Annual Without ADB | Annual With ADB | Semi-Annual Without ADB | Semi-Annual With ADB | Quarterly Without ADB | Quarterly With ADB | Prumatic Without ADB | Prumatic With ADB |
|---|---|---|---|---|---|---|---|---|
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.54 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

7

EF-2

# Rate Calculation Sheet

Number of Units per $1,000
(E.g. $10,000 = 10 Units)

$\underline{\quad 204 \quad}$

Rate per $1,000
(Refer to rate charts based on
amount of coverage being converted)

$\times \underline{36.01} = 7,346.04$

Policy constant per premium mode
(Refer to page 4:

$+ \underline{85}$

- $85.00 = annual mode ⟵
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

$ \underline{7431.04}

Please note that your rate will be based on your age on the
effective date of your policy.

8

E7-3

## HR SHARED SERVICES U.S. - TERMINATION NOTIFICATION
## PROBUSINESS / SAP INFORMATION

EMPLOYEE NAME: <u>William  Reed</u>

GLOBAL ID: <u>0195693</u>

TERMINATION EFFECTIVE DATE: <u>2010/08/31</u>

ENTITY: <u>LTD</u>        DEPT: <u>8900</u>

BENEFITS END DATE: <u>2010/08/31</u>

EMPLOYEE STATUS:  Full Time: <u>F</u>
                                     Part Time:

CONTINUOUS SERVICE DATE : <u>1974/06/05</u>

LOCATION : <u>438</u>

EMPLOYEE ADDRESS:

LOCATION  DESCRIPTION: <u>NASHF</u>

7810 HEATON DR
THEODORE
AL  36582

---

SAP ACTION CODE : <u>84</u>

SAP SEPARATION REASON CODE:
<u>33</u>
SAP SEPARTION REASON DESCRIPTION:
<u>Work force reduction</u>

### WITHHOLDINGS & AMOUNTS OWED

Nortel will withhold any and all applicable federal, state, or local tax from any monies or monetary equivalents paid. In addition, Nortel may, to the extent permitted by law, deduct from any payment provided to Employee any amounts (including, but not limited to, any advance, loans, overpayment, excess commissions or other monies including the monetary equivalent of equipment not returned to Nortel) that Nortel has determined that Employee owes Nortel without prejudice to subsequent revision or other collection methods.

INFORMATION MEMO FOR EMPLOYEES UPON EMPLOYMENT TERMINATION
INCLUDING THE OPPORTUNITY TO WAIVE SEVERANCE PAYMENTS AND
BENEFITS UNDER THE NORTEL NETWORKS SEVERANCE ALLOWANCE PLAN

---

**IMPORTANT PLEASE READ CAREFULLY**

---

**INTRODUCTION:** Section I below (Employee Data) sets forth payments under the Nortel Networks Severance Allowance Plan (the "Plan") that you may have been eligible for had Nortel Networks Inc. ("NNI") and Nortel Networks CALA Inc. ("NNCI") not filed for creditor protection under Chapter 11 of applicable US Bankruptcy law (the "Filing"). Employee may be eligible to file a claim in the Chapter 11 proceeding with respect to such payments and benefits under the Plan.

**IMPORANT NOTE:** Effective September 1, 2010, Nortel Networks Inc. will no longer provide employer-subsidized retiree medical benefits. At the same time, the retiree life insurance plan and the optional long term care plans will also be discontinued.

The timing of payment of benefits under the Retirement Income Plan ("RIP") and commencement of coverage under the Retiree Medical, Life Insurance and Long-Term Care Plan ("Retiree Medical Plan") depends on when Employee's "Severance Period" ends. (For more information, see Section III (B) (10) and (11) below). It is important to understand that Employee cannot commence such benefits until after the end of the total Severance Period described in the Plan. If Employee qualifies for benefits under the Severance Plan, that waiting period before Employee can commence benefits under the RIP and Retiree Medical still applies even though Employee may have to submit a claim for severance benefits through the Chapter 11 process rather than commencing benefits immediately following Employee's employment termination. For that reason, Employee should determine whether the ability to claim Employee's Severance Plan benefits or to start Employee's Retirement Income Plan benefits and Retiree Medical Plan coverage earlier is more important to you. **If starting the Retirement Income Plan and Retiree Medical Plan benefits earlier has greater value, Employee may start them earlier by waiving Employee's claim to Severance Plan benefits entirely. To do so, Employee must complete the "Waiver of Severance Plan Benefits" that appears at the end of this memo.**

However, please note that if Employee waives Employee's Severance Plan benefits, Employee will not receive credit for vesting service under the Retirement Income Plan during Employee's "standard severance period". The standard severance period is the period after Employee's Employment Termination Date that applies if Employee qualifies for benefits under the Severance Plan. The period equals 4 weeks plus 1 week for each year of Employee's service with Nortel. That credit also counts toward qualifying Employee for coverage and subsidies under the Retiree Medical Plan. If Employee will not have enough vesting service to qualify for a Retirement Income Plan benefit at Employee's Employment Termination Date or to qualify for coverage and the maximum subsidy available to Employee under the Retiree Medical Plan but would have such service at the end of Employee's standard severance period, Employee may not want to waive Employee's Severance Plan benefits. Note that Employee cannot waive the Severance Plan benefit for just a portion of the severance period, such as the period after the end of the standard severance period.

Please note that on July 17, 2009 the Pension Benefit Guarantee Corporation ("PBGC") announced that it will be assuming responsibility to administer and pay benefits with respect to Nortel's US Retirement Income Plan. As a result, the above waiver while currently applicable may be subject to change by the PBGC.

Further, the benefits set forth in Section III (B), below will be available to Employee as long as Employee meets the eligibility requirements for the identified benefits.

*E8*

EMPLOYEE DATA

Notice Date:  2010/08/31

Employee: **William  Reed**

Employee Number: **0195693**

Continuous Service Date: **1974/06/05**

Severance Eligibility Date: **1974/06/05**

Employment Termination Date: **2010/08/31**

Severance Stop Date: **2011/06/07**

Employee Home Address:

**7810 HEATON DR**
**THEODORE**
**AL      36582**

Severance Period (for employees with at least 6 months of service): **40**
(Number of Weeks to Commence Following Termination Date)

HR Contact: **Nortel HR Shared Services**
**Mail Stop 570/02/0C2**
**PO Box 13010**
**4001 E. Chapel Hill-Nelson Hwy**
**Research Triangle Park, NC  27709-3010**
**1-800-676-4636**

*E8*

V5.0

II. NOTICE

---

**IMPORTANT NOTICE**

---

Employee's employment is being terminated effective as of the Employment Termination Date specified above in Section I ("Termination Date"). However, notwithstanding the Filing, if Employee meets the eligibility requirements for benefits described in Section III (B) below, Employee will have access to them.

III. ADDITIONAL INFORMATION

(A)    **Notice Date:**  The last day on which Employee is required to report to work and/or perform job duties and responsibilities is the Notice Date set out in Section 1 of this Agreement ("Notice Date").

(B)    **Benefits Available To Employees:**  The following benefits shall be provided to Employee, to the extent   that the Employee qualifies for such benefits under the provisions of the official plan documents that establish the requirements for such benefits.

(1) *MEDICAL AND DENTAL/VISION/HEARING CARE COVERAGE AND EMPLOYEE ASSISTANCE PROGRAM COVERAGE (EAP)*

If enrolled, coverage ends on the last day of the month that includes Employee's Termination Date.

All eligible expenses incurred prior to the first day of the month following the Termination Date will be covered under the Employee's Medical Plan and Dental/Vision/Hearing Care Plan coverage.

However, certain Medical and Dental/Vision/Hearing Care Plan and EAP coverage may be continued beyond the last day of the month that includes Employee's Termination Date under COBRA (the Consolidated Omnibus Budget Reconciliation Act). If eligible, Employee may elect to purchase continuation under COBRA of the group Medical and Dental/Vision/Hearing care coverage for Employee and Employee's covered dependents (as defined by COBRA). Generally, Employee's coverage may be continued for 18 months after the coverage ends due to the Employee's termination. Employee's cost will be at the full COBRA rate (102% of the full group rate per person). Information on Employee's COBRA option will be forwarded to Employee's address of record from Ceridian within 30 days of Employee's Termination Date. If Employee has not received the COBRA enrollment package within 30 days, please call Ceridian at 1-800-877-7994.

(2) *HEALTH CARE REIMBURSEMENT ACCOUNT (HRCA)*

If enrolled, contribution ends on Employee's Termination Date, unless Employee elects to continue for the period provided under COBRA.  Please contact Ceridian at 1-800-877-7994 for additional information.

If Employee elects not to continue HCRA under COBRA, Employee may continue to receive reimbursements (up to the maximum Employee has elected) from that account for eligible expenses incurred through Employee's Termination Date. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is May 31 for expenses incurred thru the previous plan year Grace Period (March 15). For additional information, please contact WageWorks at 1-877-924-3967.

(3) *DEPENDENT DAY CARE REIMBURSEMENT ACCOUNT (DDCRA)*

If enrolled, the contribution to the DDCRA plan ends on Employee's Termination Date.

Employee may use any money in his/her account at the time his/her employment ends to pay eligible expenses incurred before your employment ends.  Expenses incurred after your employment ends cannot be reimbursed. Claims with dates of service on or before the Termination Date may be filed up to the deadline for all participants to file claims for the calendar year in which the Termination Date occurs. The filing deadline is March 31 of the year following the year in which expense occurred.  For additional information, please contact WageWorks at 1-877-924-3967.

*EB*

*(4) EMPLOYEE LIFE INSURANCE*

If enrolled, core and optional coverage ends on Employee's Termination Date.

Employee may convert the group life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

*(5) DEPENDENT LIFE INSURANCE – SPOUSE & CHILD(REN)*

If enrolled, coverage ends on Employee's Termination Date.

Employee may convert the group dependent life insurance to an individual policy (without a medical examination) within 31 days of Employee's Termination Date. Conversion forms must be requested by calling HR Shared Services at 1-800-676-4636.

*(6) ACCIDENTIAL DEATH & DISMEMBERMENT (AD&D) INSURANCE*

If enrolled, coverage ends on Employee's Termination Date.

There is no conversion privilege.

*(7) SHORT-TERM (STD) DISABILITY*

**The Long-Term Disability Plan will terminate August 31, 2010.**

If enrolled, coverage ends on Employee's Termination Date.

If Employee is actively at work (as defined in the applicable Short-Term Disability and Long-Term Disability Plan documents) on the Notice Date (and the Notice Date and the Termination Date are different), Employee's existing **Short-Term and Long-Term Disability Plan coverage will continue until the Termination Date. Upon the Termination Date, all disability plan coverage terminates. If Employee** becomes disabled and qualifies for Short-Term Disability Plan benefits between the Notice Date and the Termination Date, once a period of total disability has ended (by Employee's recovery, a finding by the claims administrator that benefits are no longer payable, or by payment of the maximum STD/LTD Plan benefit), Employee will not be returned to active work status unless Nortel identifies an available job for which Employee is qualified, with or without a reasonable accommodation. If Employee is not returned to active work status, Employee will have no further Short-Term or Long-Term Disability Plan coverage for any conditions that arise after that date (the date total disability ends).

If Employee is not actively at work on the Notice Date, Employee does not have coverage for Short-Term or Long-Term Disability Plan benefits on Employee's Notice Date and such coverage will not resume after the Notice Date. In this situation, it will not be possible for Employee to qualify for Short-Term or Long-Term Disability Plan benefits during the period between the Notice Date and Termination Date.

*(8) LONG-TERM (LTD) DISABILITY*

**The Long-Term Disability Plan will terminate August 31, 2010.**

If enrolled, coverage ends on Employee's Termination Date.

*(9) BUSINESS TRAVEL ACCIDENT INSURANCE*

Coverage ends on Employee's Termination Date.

(10)RETIREE MEDICAL PLAN ("RETIREE MEDICAL PLAN") and RETIREE LIFE AND
    LONG TERM CARE PLAN ("RETIREE LIFE INSURANCE PLAN")

Effective September 1, 2010, Nortel Networks Inc. will no long provide employer-subsidized retiree medical
benefits. At the same time, the retiree life insurance plan and the optional long-term care plan will also be
discontinued.

If eligible,

- Employee will have access to the Retiree Medical Plan and the Retiree Life and Long Term Care Insurance Plan
  on the date benefits commence under the Retirement Income Plan as administered by the Pension Benefits
  Guarantee Corporation (PBGC), if Employee (i) participated in the previously provided (now cancelled)
  Traditional or Balanced Program under the old Capital Accumulation Retirement Program ("CARP"), (ii) elects to
  commence benefits through the PBGC on the earliest date following the Termination Date or the Severance
  End Date, (iii) is at least age 55 and meets the Retiree Medical Plan and the Retiree Life and Long Term Care
  Insurance Plan service requirements when benefits commence through the PBGC and (iv) is a participant in
  the Nortel Networks Medical Plan on the date immediately prior to the date of commencement of pension
  benefits through the PBGC or;
- Employee will have access to the Retiree Medical Plan on the later to occur of the Termination Date or the
  Severance End Date, if Employee (i) participated in the previously provided (now cancelled) Investor Program
  under the old Capital Accumulation Retirement Program (CARP), (ii) is at least age 55 on the later to occur of
  the Termination Date or the Severance End Date, (iii) has ten years of service after age 40 and (iv) is a
  participant in the Nortel Networks Medical Plan on the date immediately prior to the later of the Termination
  Date or Severance End Date.

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable
Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.
Because Retiree Medical Plan benefits cannot commence until pension benefits begin through the PBGC, that
decision also affects the timing of commencement of Retiree Medical Plan coverage.

However, if Employee needs the service that Employee would earn during his or her standard severance period to
qualify for Retiree Medical Plan benefits or to earn the maximum subsidy for that benefit, waiving the Severance
Plan benefit would mean that Employee would not qualify for that coverage or would pay a greater share of the cost
of the coverage (with less of a company subsidy). Service requirements are different depending on when Employee
was grandfathered for coverage so Employee would need to check Employee's individual requirements to
determine whether Employee needs the service that would be earned during the severance period. All employees
must reach age 55 before the Retiree Medical Plan coverage date, plus they must earn either 5 or 10 years of
service to qualify for the coverage.  For subsidized coverage, Employee would have to qualify under the
grandfathering provisions that applied to the freezing of the Retiree Medical Plan as of December 31, 2007, and to
get the maximum subsidy that is available for grandfathered benefits, Employee would need 20 or 25 years of
service—depending on whether Employee qualified under a prior grandfathering of benefits that was granted in
2000 or not. So, Employee needs to consider these service issues before deciding whether it is advantageous for
Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan
through the PBGC and Retiree Medical Plan benefits earlier or not.

NOTE: To initiate pension benefit payments accrued under the Retirement Income Plan, Employee must call the
PBGC (US Government agency now responsible for Nortel Networks pension plan) at 1-800-400-7242. All pension
benefits related questions should be directed to the PBGC. Questions related to the Nortel Networks Retiree
Medical and the Retiree Life and Long Term Care Insurance Plans should be directed to the Nortel HR Shared
Services Center at 1-800-676-4636.

(11)Retirement Income Plan ("RIP")

As noted in the "Introduction" above, waiving his or her entitlement to Severance Plan benefits may enable
Employee to begin receiving benefits through the PBGC earlier than if Employee did not waive those benefits.

However, if Employee needs the service that Employee would earn during his or her standard severance period to
qualify , waiving the Severance Plan benefit would mean that Employee would not qualify for that coverage or
would pay a greater share of the cost of the coverage (with less of a company subsidy). Service requirements are
different depending on when Employee was grandfathered for coverage so Employee would need to check
Employee's individual requirements to determine whether Employee needs the service that would be earned during
the severance period.



Employee needs to consider these service issues before deciding whether it is advantageous for Employee to waive the Severance Plan benefit to begin pension benefits under the Retirement Income Plan.

To initiate pension benefit payments accrued under the Retirement Income Plan, Employee **must** call the PBGC (US Government agency now responsible for Nortel Networks pension plan) at **1-800-400-7242**. All pension benefits related questions should be directed to the PBGC.

## (12)LONG TERM INVESTMENT PLAN (Investment Plan)

If enrolled, Employee's contribution and company contribution end on Employee's Termination Date.

If Employee's account balance is more than $1,000, Employee may leave the account in the Investment Plan or may request a distribution from the Investment Plan. Statements regarding account activity and elections regarding investment options will continue to be available to the Employee if the Employee's account is not distributed. Employee will not be eligible to contribute or rollover new money into the account or take a loan from the account after Employee's Termination Date. If Employee's account balance is $1,000 or less, the account must be distributed to the Employee.

Loans from the Investment Plan become immediately due and payable on the Employee's Termination Date. Employee may initiate pay-off of Employee's loan balance by calling the Nortel Networks Long-Term Savings Service Center (Hewitt Associates LLC) at 1-800-726-0026 and requesting a payoff coupon. However, Employee will have the option to continue the 401(k) loan repayments through the Automated Clearing House (ACH) by making payments directly to Hewitt Associates LLC. Loans that are not repaid are treated as taxable distributions and may be subject to additional federal and state tax penalties.

## (13)DEFERRED COMPENSATION

If enrolled, normally any amounts in Employee's account in the Nortel Networks U.S. Deferred Compensation Plan ("NNDP") would be distributed to Employee pursuant to the terms of the NNDP. However, due to The Filing, NNI and NNCI are unable to distribute any amounts from the NNDP at this time.

## (14)EQUITY AWARDS (STOCK OPTIONS, STOCK APPRECIATION RIGHTS ("SARs"), RESTRICTED STOCK UNITS ("RSUs") AND PERFORMANCE STOCK UNITS ("PSUs")) (if applicable)

On February 27, 2009, Nortel obtained an order from the Canadian Court in the CCAA proceedings providing for the termination of the Nortel equity plans (the Nortel 2005 Stock Incentive Plan, As Amended and Restated, the Nortel Networks Corporation 1986 Stock Option Plan, As Amended and Restated and the Nortel Networks Corporation 2000 Stock Option Plan) and the equity plans assumed in prior acquisitions, including all outstanding equity under these plans (stock options, SARs, RSUs and PSUs), whether vested or unvested.

## (15)VACATION ENTITLEMENT

Annual vacation accrual ends on Employee's Termination Date. Employees will be credited with their monthly vacation accrual the final month of employment regardless of Employment Termination Date. All accrued but unused vacation will be paid out in compliance with Company policy.

## (16)OTHER BENEFITS

Some voluntary/ancillary benefits may be continued post Employment Termination Date by Employee contacting the provider (see below list of providers) directly. Any continuation of such benefits will be based upon the terms and conditions as set forth by that provider. Any other benefits not expressly extended to Employee following the Termination Date under this Agreement will end on 12:01am on the day immediately following the Termination Date.

MetLife:  1-800-GET-MET 8 (1-800-438-6388)
Wells Fargo Employee Mortgage Program: 1-800-525-3898
H&R Block Tax Preparation Program: 1-800-786-3429

## (17)END OF BENEFITS

Any benefit not expressly extended to Employee in this Section III (B) shall cease 12:01am on the day immediately following the Termination Date.

*EB*

(C)   **"Reporting" or "Non-Reporting" Insider Designation, if applicable.** If Employee has the designation of either "Reporting" or "Non-Reporting" Insider pursuant to Corporate Policy 320.28 of Nortel Networks Corporation (and under applicable Canadian/US securities legislation for Reporting Insiders), the Employee will cease to have this designation effective 12:01 a.m. the day following the Termination Date. Notwithstanding the fact that Employee will no longer have this designation, if Employee is in possession of material non-public information relating to Nortel Networks, Employee is prohibited from trading in Nortel securities (or informing another person of the material non-public information) in accordance with applicable laws. If Employee is a "Reporting" Insider, the Employee understands that s/he is required to amend his or her insider profile within 10 days of Employee's Termination Date on the Canadian System for Electronic Disclosure by Insiders (SEDI) to indicate that Employee is no longer a "Reporting" Insider of Nortel. The Employee should contact the Insider Reporting Department at phone number (905) 863-1220 and fax (905) 863-8524 for assistance in amending the SEDI profile.

(D)   **Trade Secret and Confidential Information Acknowledgement.** Employee shall have ongoing and continuing obligations to Nortel (including those specified in any agreement with Nortel that Employee has executed) which include, but are not limited to, the following:  keeping secret and confidential and not utilizing in any manner any trade secrets, proprietary or confidential information of Nortel made available to Employee during Employee's period of employment with Nortel and refraining from disclosing such information to any third party or using it for any purpose.

(E)   **Voluntary Waiver of all Benefits under the Nortel Networks Severance Allowance Plan.** By signing below, Employee acknowledges that Employee is voluntarily waiving all entitlement to any and all benefits described in the document "Nortel Networks Severance Allowance Plan" that might be available to Employee under such Plan. Further, Employee understands and has read this document and specifically those provisions in the INTRODUCTION paragraph and paragraphs 10 and 11 in Section III(B) above that discuss the timing of payment of benefits under the RIP and the Retiree Medical Plan. This waiver is granted voluntarily and with full understanding of the benefits that Employee is waiving. Employee understands that without Employee signing this waiver that Employee's benefits under the RIP and coverage under the Retiree Medical Plan cannot commence until after the end of the Employee's "severance period" that would apply to Employee under the Severance Plan, provided that Employee was entitled to benefits under the Severance Plan.   Employee shall have thirty (30) calendar days from the date of receipt of this document to sign and return the document to the HR contact address identified in Section I above.

Signature:_____   Date:_____

Printed Name:_____

**PLEASE NOTE:** If there are any discrepancies between the information in this memo and the applicable Nortel benefit plan, the actual plan document will, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to further amend or discontinue the plan(s) and/or program(s) described in this communication at any time without prior notice to, or consent by, employees.




Date:        December 3, 2007

To:          U.S. Employees in Receipt of LTD Benefits

From:        Corporate Benefits

Subject:     Changes to the Nortel Capital Accumulation and
             Retirement Program (CARP) Effective January 1, 2008

As communicated in mid-2006, Nortel will introduce a number of changes to its Capital Accumulation and Retirement Program (CARP) to take effect on January 1, 2008. These CARP changes will affect employees at all levels in the U.S. including employees receiving Long-Term Disability (LTD) benefits as of January 1, 2008.

Commencing 1/1/2008, Nortel will make a monthly Company contribution equal to 4% of your monthly base pay at the time you became disabled to the Nortel Long-Term Investment Program (LTIP) provided that you continue to receive LTD benefits. In order to take advantage of this contribution – you must complete the enclosed enrollment form and return it to Nortel "postmarked" no later than December 31, 2007. Applications post marked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs. However, if you do not complete and return this form, you will not receive this benefit.

Refer to the CARP changes newsletter mailed to your home in 2006 detailing the changes and how they affect you while you are on LTD and after you return from LTD.

For your convenience, we have enclosed a series of WebAlerts sent recently to active Nortel employees. These WebAlerts are intended to help keep you informed of the upcoming CARP changes, available tools, and information resources, although some of the changes described in the materials may apply to you only upon your return from LTD.

If you have questions about the CARP changes that take effect on January 1, 2008, you may contact HR Shared Services at 1-919-905-9351 (toll-free 1-800-676-4636).

Best regards,

Corporate Benefits

E9-1

# NORTEL



## Nortel Networks Long-Term Investment Plan (LTIP)
### Enrollment and Investment Selection Form
**(For use by employees on Long-Term Disability (LTD) prior to 01/01/2008)**

As a Nortel employee currently in receipt of Long-Term Disability (LTD) benefits, you are eligible for monthly company contributions to the Long-Term Investment Plan (LTIP) equal to 4% of your monthly base pay at the time you became disabled provided that you continue to receive LTD benefits. There is no cost to you to receive this benefit.

To receive this benefit starting Jan. 1, 2008, **you must complete and return this** enrollment form **'postmarked' no later than Dec. 31, 2007.** Applications postmarked after this date will be processed as soon as administratively possible with monthly contributions to the LTIP beginning after processing occurs.

**If you do not complete and return this form, you will not receive this benefit.**

### Personal Identification
Please print or type:

Nortel Global ID _0195693_

First Name _WILLIAM_   Last Name _REED_

Mailing Address _7810 HEATON DRIVE_
_THEODORE, AL_
_36582 - 2362_

Phone Number _251 - 653 - 6459_   Birth date ~~_____~~ dd/mm/yyyy

Email Address _billyboy36582@hotmail.com_

## Investment Election
Please check one of the following elections:

☒ I currently have an LTIP account at Hewitt - If you have an LTIP account with current investment elections, your distribution will be invested in the LTIP in accordance with those current LTIP investment elections, which you can review by accessing your account on the plan web site at http://resources.hewitt.com/nortelnetworks/ or calling the Savings Center at 1-800-726-0026.

☐ I do not have an LTIP account at Hewitt - If you do not have an LTIP account, the contribution will default to one of the Masterworks LifePath target maturity funds according to when you would reach the normal retirement age of 65 unless you actively select from the LTIP investment funds. You may select one fund or in combinations of more than one fund in 1% minimum increments.

E9-2

# NORTEL



To obtain information on the investment funds, change from the default fund, or change future investment elections, log into the plan's web site at http://resources.hewitt.com/nortelnetworks. If you have never logged on before, select the link 'Register as a new user'. You will be asked to provide identifying information. You will be assigned a user id and will be asked to create a password. You may also call the Savings Center toll-free at (800) 726-0026; press the star key then zero to speak to a representative.

---

## Acknowledgement and Election

I acknowledge that I have received sufficient information about the options presented to me to make an informed decision.

By completing and returning this form, I elect to receive this benefit.

Employee Signature _William A. Reed_ Date _12-05-~~06~~ 2007_

---

## Mail this completed form to:

**Nortel Networks**
**HR Shared Services – LTIP Enrollment**
**P.O. Box 13010, Mailstop 570/02/0C2**
**Research Triangle Park, NC 27709**

E9-3

# N⊙RTEL
# NETWORKS

Nortel Networks
Capital Accumulation and Retirement
4307 Emperor Blvd
Dept 1094
MS 11A010B5
Research Triangle Park, North Carolina 27703
GMS036/MG/101
Tel1–877–NORTEL2

www.nortelnetworks.com

Global Compensation and
Benefits

April 19, 2000

**0195693**
**WILLIAM REED**
**7810 HEATON DR**
**THEODORE, AL**
**36582**

Dear **WILLIAM REED,**

This will confirm receipt of your Capital Accumulation and Retirement Program selection. InfoCenter
records have been updated to reflect your decision as noted below:

Effective May 1, 2000 you have indicated your decision to remain under the provisions of the
**TRADITIONAL PROGRAM**. This decision is irrevocable.

Your Traditional program provisions include the following:

**Pension Plan**
You will continue as a member of the Nortel Networks Pension Service Plan (PSP). Funded entirely by
the company, this plan is focused on providing a lump sum pension benefit.

**Long–Term Investment Plan**
Nortel Networks will continue to provide a 60% match on the first 6% of eligible earnings you contribute
to the investment plan each pay period through payroll deductions.

**Retiree Medical, Life and Long–Term Care Insurance**
You are eligible for retiree medical, life and long–term care insurance provided you meet minimum age
and service requirements when you leave or retire.

Nortel Networks reserves the right to make changes to the capital accumulation and retirement
programs in the future. All of the company's financial rewards programs will continue to be monitored to
be sure the programs support our business strategies, are competitive within the marketplace, and meet
employee needs.

For details on your program provisions, please refer to the information package mailed to your home, or
review the information on Services@Work.

If your selection noted above is incorrect, please contact the InfoCenter as soon as possible toll–free at
1–877–NORTEL2 (1–877–667–8352). Hearing impaired employees may call ESN 352–6914 or (919)
992–6914.

InfoCenter
Dept 1094
Mail Stop 11AINFO

*How the world shares ideas.*



11857

E10

Nortel Pension Service Center
PO Box 994
Deerfield, IL 60015-0994



July 1, 2008

Dear Plan Participant:

The purpose of this letter is to notify you of your ACCRUED benefit under the Nortel Networks Inc. Retirement Income Plan ("Plan"). Your benefit in the Plan has been calculated under the plan provisions through 12/31/2007, at which time benefit accumulation stopped and your account balance was determined and frozen. Upon retirement or termination from Nortel, you will receive the 12/31/2007 frozen account balance plus interest (6% per year) if you have met the vesting requirements as outlined in accordance with plan provisions in effect on 12/31/2007.

A Benefit Calculation Statement showing your accrued benefit as of 12/31/2007 is enclosed. The statement presents a calculation of estimated monthly or lump sum payments that would begin at an *Immediate Retirement/Benefit Start Date* if you had terminated employment on 12/31/2007. Since the Start Date of the benefit is in 2008, the lump sum shown is the Account Balance as of 12/31/2007 plus 6% interest for 2008. The statement also presents a projected calculation of monthly payment amounts under the options that apply to payment beginning at Normal Retirement Benefit at (age 65).

The Benefit Calculation Statement uses birth dates, employment dates and salary history to calculate your benefit. Please review this important information. If you have any questions or issues related to the data used in the calculation, it is your responsibility to notify and seek corrections through the Nortel Pension Service Center within **60 days** of the date of this letter. Using the data currently available, your vesting and benefit service were calculated as required by the definitions of those terms in the official written Plan document. You may request a copy of that document by contacting our office via email or the toll free number listed below.

Please note that this benefit is not available to you until you terminate employment with Nortel Networks. If you are age 55 or over, your benefit commencement date will be the first of the month following the later of your date of termination, or your total severance end date. If you are under age 55, your benefit commencement date can be no earlier than the first day of the fifth month following the later of your date of termination, or your total severance end date.

As always, we will assist you with any questions you may have about your retirement benefits from Nortel Networks. We are available during standard business hours at: 1-866-667-8358; or you can e-mail us at nortelpensionadmin@mercer.com. You may also obtain information about your benefit and model your own calculations at www.merceroneview.com/nortel.

*E!!-|*

# NORTEL NETWORKS INC. PENSION SERVICE PLAN
## BENEFIT CALCULATION STATEMENT



| | | | | |
|---|---|---|---|---|
| Employee Name: | William Reed | | Calculation Type: | Projection |
| Social Security Number: | | | Date of Hire: | June 5, 1974 |
| Vested Status: | Yes | | Plan Eligible Date: | June 5, 1974 |
| Vesting Service: | 34 | | Employee Date of Birth: | |
| Benefit Service: | 34 | | Spouse Date of Birth: | |
| NNL Service Credits: | | | | |
| Qualified Final Average Earnings: | $67,800.00 | | | |
| Unlimited Final Average Earnings: | $67,800.00 | | Plan Freeze Date: | December 31, 2007 |
| Accumulated Percentage Credits: | 281% | | Calculation End Date: | December 31, 2007 |
| Grandfathered Benefit Calculated: | No | | | |

### IMMEDIATE QUALIFIED RETIREMENT BENEFIT – Age 53 – Benefit Start Date: May 1, 2008

| Payment Options | Employee | | Beneficiary |
|---|---|---|---|
| Life Only Amount: | $1,227.27 | | |
| *Social Security Leveling: | $0.00 - Prior to age 62 | | |
| *Social Security Leveling: | $0.00 - Post age 62 | | |
| 10 Year Certain: | $1,190.45 | | |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| *Lump Sum: | $201,949.08 - Payable on Benefit Start Date plus processing time | | |

*The Social Security Leveling payment option is available to retirees age 55 to 61, provided there is a large enough benefit to meet the formula qualifications.

*Qualified Lump Sums of $1,000 or less will be automatically paid in 1 payment. Employees may roll their Lump Sum over to a tax deferred plan or IRA. Beneficiaries may also be eligible to roll their Lump Sum over to an IRA. Please check with your tax advisor. The lump sum shown is the account balance as of 12/31/2007 + 6% interest for 2008.

This calculation assumes you terminated employment on December 31, 2007. Payment options shown are for either a single lump sum payment or monthly annuities.

### QUALIFIED NORMAL RETIREMENT BENEFIT
#### Age 65 - Start Date: November 1, 2020

| Payment Options | Employee (per month) | | Beneficiary (per month) |
|---|---|---|---|
| Life Only Amount: | $3,069.98 | | |
| 10 Year Certain: | $2,824.38 | | |
| 50% J & S: | $0.00 | | $0.00 |
| 75% J & S: | $0.00 | | $0.00 |
| 100% J & S: | $0.00 | | $0.00 |
| | Lump Sum to be determined at actual retirement date. | | |

**Note:** This Benefit Calculation Statement presents your pension benefits based on your personal data & applicable tables in effect on the date the calculation was prepared. This plan was frozen effective December 31, 2007. No future accruals are provided, but you will earn interest annually at the rate of 6%.   A final calculation will be completed immediately prior to your actual Retirement/Benefit Start Date based on the data & factors in effect on the date the final calculation is prepared.  This final calculation will be used to determine your payable benefit. If you attained age 50 with at least 4 years of vesting service as of December 31, 1998, you are eligible for Grandfathered benefits under the prior plan. If the Grandfathered clause applies, your benefits were calculated using the current plan provisions AND the prior plan provisions. The benefit amounts on this statement, including lump sum payments, are based upon the greater of the two formulas. **The written provisions of the Nortel Networks Retirement Income Plan (as it applies to Pension Service Plan Members) determines the amount of the benefit that will be paid to you.  You may not rely on any error in this benefit calculation statement (whether caused by data entry, the calculation process, erroneous data in the system or any other cause) to grant you rights to a benefit greater than that described for you under the terms of the Plan.**

E11-2

**PBGC**
Protecting America's Pensions
PBGC/Benefits Admin & Payment Dept
P.O. Box 151750
Alexandria VA 22315-1750

Inquiry for a Benefit Estimate     305
July 26, 2012

PBGC Case Number:
Plan Name:                NORTEL NETWORKS RETIREMENT INCOME PLAN

WILLIAM REED
7810 HEATON DR
THEODORE AL 365822362

Dear WILLIAM REED:

We are writing to you to provide the benefit estimate you requested.

An Annuity Benefit Estimate

The enclosed benefit statement gives an estimate of your benefit as of the starting date you requested. If you are married, it also shows the survivor benefit for your spouse. If you would like a retirement estimate for a J&S benefit with a beneficiary who is not your spouse, please contact us.

Note:
If you are currently employed by Nortel Networks or its subsidiaries you may not receive early retirement benefits from this plan. However, if you have reached the Normal Retirement age under your plan, you may receive your pension benefit from the PBGC and continue to work for Nortel Networks or its subsidiaries. Please contact us at the telephone number provided below if you have any questions regarding your eligibility.

To begin receiving your PBGC benefit when you are eligible, request an application package from our Customer Contact Center at **1 (800) 400-7242,** Monday through Friday, 8:00a.m. – 7:00p.m. ET. Please call no more than four months before you want your benefit to start. If you use a TTY/TDD, call **1 (800) 877-8339,** and give the relay operator our telephone number. Or, you may write to: PBGC/Benefits Admin & Payment Dept, P.O. Box 151750 , Alexandria VA 22315-1750. Please include your Social Security number, PBGC case number, 21391900, and a daytime telephone number.

This estimate is based on the information currently in our files. If the enclosed information is incorrect or if you have any questions, call our Customer Contact Center at **1 (800) 400-7242.**

There is an IRS tax credit for health care insurance premiums called the Health Coverage Tax Credit (HCTC), which may apply to certain individuals who are 55 - 65 years of age and are receiving benefits from the PBGC. This credit does not apply if you are entitled to coverage under Medicare Part A, enrolled in Medicare Part B or a State's Medicaid program. In cases where individuals are 65 or older and not eligible for Medicare, they may still be eligible for the credit. The HCTC is equal to 72.5 percent of the premiums paid by you for qualified health insurance. **HCTC information is also available from the IRS at its web site, www.irs.gov**

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**

$E12-1$

**Keyword: HCTC, or at the HCTC toll-free number 1-866-628-HCTC (TTD/TTY: 1-866-626-HCTC).**

PBGC offers online services. To learn more, go to www.pbgc.gov and click on 'Workers and Retirees' tab. Look for the link 'Online Pension Transactions (MyPBA)' on the left side of the webpage. If you open an online account, you will be able to:

- Request a benefit payment estimate
- Apply for pension benefits
- Designate or change beneficiary information
- Change your address, telephone number, or e-mail address
- Designate or edit your Federal Tax Withholdings
- Apply for electronic direct deposit (EDD)
- Edit your existing EDD information

Si usted prefiere recibir esta información en español, por favor llame a nuestro Centro de Contacto del Cliente al 1 (800) 400-7242. Si usa el TTY/TDD, llame a **1 (800) 845-6136** y pídale a la operadora que lo conecte con el 1 (800) 400-7242.

Please keep this letter in your records for future reference.

Sincerely,

*Maria Straetger*

Maria Straetger
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosure:
(Manual Insert) Benefit Statement

**Pension Benefit Guaranty Corporation**
**U.S. Government Agency**

E12-2



# PBGC

Protecting America's Pensions

Privacy Act Data

# Benefit Estimation

**WILLIAM REED**

12/06/2010 09:10 AM
Page 1 of 2

## NORTEL NETWORKS RETIREMENT INCOME PLAN

**PBGC Case Number:**
**Date of Plan Termination:**

July 17, 2009

*PBGC used the data below to compute your estimated monthly payment.*
*We will send you a formal determination of your benefit when*
*we have collected all data and reviewed all provisions of your plan.*

### YOUR BENEFIT SUMMARY

Participant's Information
-----------------------------------

| | |
|---|---|
| Name: | WILLIAM REED |
| Social Security Number: | |
| Gender: | Male |
| Date of Birth: | |
| Date of Hire: | 06/05/1974 |
| Last Date Benefits Earned | 12/31/2007 |
| Bankruptcy Petition Date: | 01/14/2009 |
| Date of Termination of Employment: | Actively Employed at Date of Plan Termination |
| Normal Retirement Date: | 11/01/2020 |

Summary of Participant's Benefit
---------------------------------------------

| | |
|---|---|
| Actual Retirement Date (ARD): | 11/01/2020 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $3,002.61 |

### YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
-----------------------------------------------------------

E12-3

Privacy Act Data

**WILLIAM REED**

| | |
|---|---:|
| Years of Vesting Service: | 35 |
| Vesting Percentage: | 100% |

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
--------------------------

(1)   Pension Service Plan (PSP) Account Balance at
      ARD:
                                                                              $406,361.23

(2)   Plan's Present Value Factor for Conversion to a Straight Life Annuity at
      ARD:
                                                                              135.3360

(3)   PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
      (1) / (2) = $406,361.23 / 135.3360 =
                                                                              $3,002.61

E12-4

# N✪RTEL



July 17, 2009

## U.S. Pension Q & A

In an email to U.S. employees today, Elena King, senior vice president, Human Resources, Nortel, reported that the Pension Benefit Guaranty Corp. announced July 17 it will assume responsibility to administer and pay benefits for Nortel's U.S. Retirement Income Plan in accordance with the plan documents and applicable law. Although the action announced by the PBGC is technically referred to as a "termination" of the pension plan, it is important to note that when the PBGC terminates a pension plan and becomes its trustee, the PBGC takes over administration of the plan. In other words, Nortel will no longer be the administrator of the plan, and the plan will be considered "terminated," although benefits will not cease. For more information, go to the PBGC website (http://www.pbgc.gov/).

### 1.  What is the PBGC and what is its role?

The Pension Benefit Guaranty Corporation (PBGC) is a federal agency created by the Employee Retirement Income Security Act of 1974 (ERISA) to protect the benefits of private sector employees participating in defined benefit pension plans. The PBGC ensures that participants in these pension plans will continue to receive their benefits up to a certain limit set by law. It is not unusual for the PBGC to take over a pension plan when the plan sponsor is engaged in a chapter 11 bankruptcy proceeding.

### 2.  Is the Nortel Networks Inc. defined benefit plan insured by the PBGC?

Yes.

### 3.  Can you explain the process used when the PBGC terminates a pension plan?

When the PBGC terminates a pension plan and becomes its trustee, the PBGC takes over administration of the plan. As a result, Nortel will no longer be the administrator of the plan, and the plan will be considered "terminated," although your benefits will not cease.

### 4.  What happens if the PBGC take over as trustee of our plans?

When the PBGC takes over the plan, it is usually a smooth transition, with the PBGC continuing to administer the plan in accordance with the plan documents.

If you are already receiving your pension, your payments will continue without interruption but is considered an estimated amount. For some, however, it may initially be lower than the amount you are currently receiving. After PBGC completes their review, they will provide you with a true-up if the actual amount is greater than the estimate. Note the final amount will be limited by the guaranteed limit set by law.

If you have not yet retired, the PBGC will pay your benefit when you become eligible and apply to the PBGC to begin payment.

### 5.  Will I lose my benefits if the PBGC takes over the plan?

No. As a general matter, the PBGC will continue to administer the plan in accordance with the plan document. You will be entitled to receive your benefits, up to the limit set by law.

E13-1

**6.  What do I need to do to ensure my pension is covered by the PBGC?**

No action is required on the employee's part. It is an automatic process. All plan members will be informed by the PBGC in a timely manner regarding how to contact the administrator to apply for benefits and other processes. If you have questions in the interim, please contact the PBGC at 1-800-400-7242.

**7.  What benefits does the PBGC guarantee?**

The PBGC guarantees "basic pension benefits" subject to the legal limit. "Basic pension benefits" include: pension benefits at normal retirement age, most early retirement benefits, disability benefits, and annuity benefits for survivors of plan participants. Exactly what pension benefits the PBGC pays depends on the provisions of the plan, the legal limits, the form of the benefit and your age when payments begin.

**8.  What is the maximum amount that the PBGC can guarantee by law?**

The maximum guaranteed benefit is set each year under the provisions of ERISA. For a plan terminated in 2009, the maximum guarantee is $54,000 per year for participants who begin receiving payments at age 65. The maximum guarantee is lower if you begin receiving payments before age 65 or if your pension includes benefits for a survivor or other beneficiary. Please visit the PBGC's website at www.pbgc.gov for more information on the level of insured benefits.

**11. What is the earliest age that I can begin receiving payments from the PBGC?**

Plan member may begin receiving benefit payments at age 55.

**12. Do I have to leave Nortel in order to begin receiving a benefit payment from the PBGC?**

Yes, benefit payments are made only after you cease to be employed by the company.

**13. Are both the Cash Balance Plan and the Pension Service Plan going to be administered by the PBGC?**

Yes, the Cash Balance plan and the Pension Service Plan are both part of the Nortel Networks Retirement Income Plan and both are going to be administered by the PBGC.

**14. Does the PBGC pay survivor benefits?**

Yes. The PBGC will pay benefits to your surviving beneficiary if you elect this option.

**15. Can I choose the form of my benefit from the PBGC?**

Yes, if you begin receiving benefits after the plan has terminated and the PBGC begins administering the plan, you will have a choice in the form of your benefit.

**16. Can I receive my benefit from the PBGC in the form of a lump sum?**

The PBGC pays benefits in monthly payments for life rather than in a lump sum, unless the total value of your benefit is $5,000 or less.

**17. Will the PBGC adjust my pension annually for inflation?**

No. There is no cost of living adjustment under the law.

E13-2

### 18. Will the PBGC honor the 6% interest accrual on my pension benefit?

The 6% annual interest accrual is part of the plan document's benefits formula for the plan, which is usually continued by the PBGC when they assume a plan. The PBGC would make the final decision on this.

### 19. What will happen to retiree medical and life insurance?

Retiree medical benefits, life insurance and long-term care insurance benefits are provided under benefits plans that are separate from the pension plan. No decisions have been made with respect to the future of Nortel's North American retiree medical benefits, life insurance and long-term care insurance benefits. However, Nortel retains the right to amend or terminate such benefits at any time. Until any such decisions are made, benefits under those plans for retirees and beneficiaries in North America will continue.

### 20. What did Nortel announce? (i.e. what is the headline and lead paragraph)

Earlier today (July 17th), the Pension Benefit Guaranty Corporation (PBGC) announced it was assuming responsibility for administering Nortel's U.S. Defined Benefit Pension Plan (also known as the U.S. Retirement Income Plan). No action is required on the part of plan members. Your records will be transferred to the PBGC and the agency will take over administration of the plan. They will communicate directly with you on the impact of this change.

### 21. When does this become effective?

The date of plan termination is July 17, 2009.

### 22. What does this mean for Nortel's future obligations to fund the plan?

Nortel's future obligations to the PBGC on behalf of the plan will be determined as part of the bankruptcy process.

### 23. Do employees have to do anything? (i.e. notify financial planners, sign documents, etc.)

No, employees do not need to take any steps at this time.

### 24. Should I expect to receive a mailing with more information from PBGC?

Yes, once the PBGC takes over as trustee of the plan, you will receive general information about the pension insurance program. After the PBGC reviews the plan's records, assets and benefit liabilities, you will receive more specific information about your benefits.

### 25. Who do I contact if I have questions?

Please contact the PBGC at 1-800-400-7242 or visit their website at www.pbgc.gov for more information.

---

Certain statements in the above communication may contain words such as "could", "expects", "may", "anticipates", "believes", "intends", "estimates", "targets", "envisions", "seeks" and other similar language and are considered forward-looking statements or information under applicable securities legislation. These statements are based on Nortel's current expectations, estimates, forecasts and projections about the operating environment, economies and markets in which Nortel operates. These statements are subject to important assumptions, risks and uncertainties, which are difficult to predict and the actual outcome may be materially different from those contemplated in forward-looking statements. For additional information with respect to certain of these and other factors, see Nortel's Annual Report on Form10-K, Quarterly Reports on Form 10-Q and other securities filings with the SEC. Unless otherwise required by applicable securities laws, Nortel disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. *Nortel, the Nortel logo and the Globemark are trademarks of Nortel Networks.

E13-3

William A. Reed "Objection To Nortel Motion To Terminate LTD Plan & Employees

# EXHIBIT F

- F1    EDS Electronic Data Systems
- F2    Pacific Mutual ( home of PIMCO Bill Gross)
- F3    Churchill County Telephone & Telegraph, Naval Air Station – Fallon
- F4    Southwestern Bell Telecom (SWBT) headquarters
- F5    Motorola – Phoenix Operations
- F6    Group VP, Robert Potter
- F7    New England Operations Group VP, Ed Pierce
- F8    Employee of the Month, May 1984
- F9    Successful In Service 1st Viking
- F10   FOX Success
- F11   Vision Newsletter, Operation FOX Track
- F12   Quality Director Don Schmidek  - Sigma Quality Plan
- F13      "      "      "      "           - CE Complex Presentation
- F14      "      "      "      "          - "V" Quality Plan
- F15      "      "      "      "          - FQE Audit – Yale
- F16   Rick Faletti, President Private Networks , Congratulations
- F17   SPOT Award for ISO9001
- F19   BellSouth – NASA Team
- F20   California Microwave
- F21   Les Wulf, Major Accounts Manager, CSMC, UC Davis, CSU Sacramento
- F22   Robert A.  Uhlhorn, Major Account Manager, United States Steel Corp.
- F23      "      "      "      "      "      "          , USS, Customer Relations
- F24   CT Schmidt, NT Account Director – Ameritech, Illinois Bell , World Color Press
- F25   Institute of Industrial Engineers, - Earl Hewitt, GM Santa Clara, Job Well Done!
- F26   Total Technical Institute
- F27   National Telecom, RAK Associates
- F28   Pioneer High School, Gary Andrews, Director, Human Resources
- F29   Barbara Bowen, H/R Rep
- F30   NT BCS Market Management
- F31   Keith Newman, NT Richardson

NOTE: Each EXHIBIT identifier is handwritten on the bottom right corner of each page.

# EXHIBIT F

- F1   EDS Electronic Data Systems
- F2   Pacific Mutual ( home of PIMCO Bill Gross)
- F3   Churchill County Telephone & Telegraph, Naval Air Station – Fallon
- F4   Southwestern Bell Telecom (SWBT) headquarters
- F5   Motorola – Phoenix Operations
- F6   Group VP, Robert Potter
- F7   New England Operations Group VP, Ed Pierce
- F8   Employee of the Month, May 1984
- F9   Successful In Service 1st Viking
- F10  FOX Success
- F11  Vision Newsletter, Operation FOX Track
- F12  Quality Director Don Schmidek  - Sigma Quality Plan
- F13    "      "      "      "           - CE Complex Presentation
- F14    "      "      "      "        - "V" Quality Plan
- F15    "      "      "      "        - FQE Audit – Yale
- F16  Rick Faletti, President Private Networks , Congratulations
- F17  SPOT Award for ISO9001
- F19  BellSouth – NASA Team
- F20  California Microwave
- F21  Les Wulf, Major Accounts Manager, CSMC, UC Davis, CSU Sacramento
- F22  Robert A.  Uhlhorn, Major Account Manager, United States Steel Corp.
- F23    "      "      "      "      "      "           , USS, Customer Relations
- F24  CT Schmidt, NT Account Director – Ameritech, Illinois Bell , World Color Press
- F25  Institute of Industrial Engineers, - Earl Hewitt, GM Santa Clara, Job Well Done!
- F26  Total Technical Institute
- F27  National Telecom, RAK Associates
- F28  Pioneer High School, Gary Andrews, Director, Human Resources
- F29  Barbara Bowen, H/R Rep
- F30  NT BCS Market Management
- F31  Keith Newman, NT Richardson



**Electronic Data Systems Corporation**
26533 Evergreen
P.O. Box 5121
Southfield, Michigan 48086-5121
(313) 262-7000

Mr. Joe Jasenovic
Group Director Quality Assurance and Reliability
Northern Telecom Inc.
2100 Lakeside Blvd.
Richardson, TX
75081

Dear Joe,

      I would like to take this opportunity to thank you for the tremendous assistance which we received from your staff; in particular Bill Read, Roger Klotz, Terry Brewer, Cathy Smith, and Rick McCaw.

      The information we received will greatly help us in the staffing and organizational tasks which lie ahead of us in forming our own Quality Organization.

      Again your help is greatly appreciated.

Thank you

Mark Lambo
Implementation
Quality Assurance

cc: **Bill Read**
    Roger Klotz
    Terry Brewer
    Cathy Smith
    Rick McCaw
    Bill Blackmer
    Jim Delguidice
    Gerry Hraster
    Joe Zuccati

/ss

F1



## PACIFIC MUTUAL

PACIFIC MUTUAL LIFE INSURANCE COMPANY

TeleSystems Department
(714) 640-3179

700 NEWPORT CENTER DRIVE
P. O. BOX 9000
NEWPORT BEACH, CALIFORNIA  92660

July 10, 1981

Mr. Ron Bowman
Branch Manager
Northern Telecom Inc.
11131 Winners Circle, Suite A
Los Alamitos, California  90270

Dear Mr. Bowman:

Mr. Mack B. Biggs and Mr. Bill Reed, Field Quality Engineers from Northern Telecom Inc., today completed their Field Audit of the SL-1 VLE System installed at Pacific Mutual.

This letter is to notify you that Pacific Mutual appreciates the follow up action and the professional manner in which Mr. Biggs and Mr. Reed conducted their study. We also want you to know that Pacific Mutual is very pleased with the SL-1 System and we are looking forward to expanding with the RPE Locations in the near future.

Mr. Biggs indicated that his report would be made to Northern Telecom Inc., and they in turn would forward the report to you with suggestions and recommendations.

Mr. Ken Garrison, Vice President Office and Administrative Systems, has requested that you provide Pacific Mutual with a copy of the report when received by you.

Sincerely,

Richard D. Dillon
Consultant for Pacific Mutual

RDD:kd 1113J

cc: Mr. Ken Garrison, Pacific Mutual
    Mr. Mack B. Biggs
    Mr. Bill Reed

F2



# CHURCHILL COUNTY TELEPHONE & TELEGRAPH SYSTEM

OWNED AND OPERATED BY CHURCHILL COUNTY

P.O. BOX 1390 - 50 WEST WILLIAMS AVE. - FALLON, NEVADA 89406

(702) 423-7171

November 21, 1983

*Good Work*
*well done*
*Rick*

Mr. Rick McCaw
2305 Mission College Boulevard
Santa Clara, California 95050

Attention:  MS 205

Dear Rick:

Churchill County Telephone System is taking this opportunity to thank
Mr. Jim Wilfers and Mr. Bill Reed for their expertise and assistance
in the evaluation of the Northern Telecom's SL-1 Digital PBX that was
recently installed aboard Naval Air Station, Fallon, Nevada.

We had been having considerable trouble with the unit and could not
seem to get anyone's attention, for help, to find out what the problems
were.

The customer had at one point, after being down repeatedly, offered not
to pay for their service or to let us upgrade the unit for their future
needs.

Through Jim's help Bill was scheduled to come to Fallon on November 17
and 18, this year.  He was able to find problems in the machine in the
areas of:  power and grounding; cards not in their proper locations;
field modifications not made because we had never received any informa-
tion on upgrading and modification; better use of memory capacity; better
use of the software; and obsolete or outdated cards, etc.

Jim and Bill did then meet with our telephone management and engineering
people and were able to give us direction in correcting the problems we
were having.

Bill has also agreed to send us a comprehensive report on his findings in
the near future.

Again thanks to Jim & Bill for their help.  We hope that we might be able
to call on them in the future if further help is needed.

Very truly yours,

Joseph E. Lister
Customer Services Manager

JEL/ja
cc:  Jim Wilfers
     Bill Reed

*F3*

**northern**
**telecom**

**Northern Telecom Inc.**     Tel. (314) 432-5522

11720 Borman Dr.
Suite 120
St. Louis, Missouri 63146

Integrated Office Systems

April 24, 1984

Northern Telecom Inc.
Mr. William Reed
2305 Mission College Blvd.
Santa Clara, CA.   95050

Dear Bill:

Thank you very much for your excellent support during your
recent visit to Southwestern Bell Telecom (SWBT) headquarters
in St. Louis.  The information SWBT absorbed while observing
your audit was invaluable.

Thank you again for helping to make SWBT feel good about dealing
with Northern Telecom.

Sincerely,

James A. Tognoni
District Sales Manager

JAT:mw
cc: Rick McCaw/Santa Clara
    G. Sawey
    T. Rosell

F4



**MOTOROLA INC.**

November 18, 1983

Bill Reed  MS217
Northern Telecom Inc.
2305 Mission College Blvd.
Santa Clara, CA  95050

Dear Mr. Reed:

In April 1983, NTI performed a Quality Audit of the 52nd Street
switch site and in early May 1983 issued a report.  This memo
will recap the current status of the recommended updates.

The report has been reviewed and emphasis to date has been in
the areas of improving switch grounding and power distribution
cabling, including the installation of "trip lead" alarm con-
nections.  During a planned outage on November 19, 1983, final
connection of the power and grounding rework will be completed
and CPU cabinet cabling redressed.

Preliminary cost estimates are being obtained from Motorola
facility personnel for rework of the AC Power distribution which
will allow control of the power source from the switchroom.
Similar estimates are being obtained for Air Conditioning up-
grades per your recommendation.

Some of the more straight forward programming changes have been
incorporated including the change of the night number to a non
DID number.  Corrupt templates have been eliminated.

Remaining software change recommendations will be implemented by
12/31/83 and it is our objective to complete modifications recom-
mended by that date.  Power and ground updates at the Scottsdale
SL-1 will begin after Thanksgiving with a year end target date
for incorporating changes.

. . .

*F5-1*

011450008

Page 2

Although we've been late in responding, we wanted you to know that Motorola considers the audit program a valuable NTI tool. An objective evaluation performed by a supplier independent of the sales and product people provides a valuable service. We appreciate your offer of assistance by phone and will contact you as the need arises.

Very truly yours,

P. Ronald Schneider
Manager of Telecommunications
Phoenix Operations


cc:  Steve Loggans




RS/ds

F5-2

**ntt northern telecom**

**Northern Telecom Inc.**    Tel. (214) 437-8000
                                                TWX 910-867-4784
2100 Lakeside Blvd.
Richardson, TX 75081-1599

Integrated Office Systems

April 21, 1986


Mr. William Reed
Q. A. Field Engineer
Northern Telecom Inc.
2305 Mission College Blvd.
Santa Clara, California 95050

Dear Mr. Reed:

I want to express my personal appreciation and that of IOS
management for the role you played during the recent CWA
strike in the Eastern Region.

In responding to our call for help, you became a member of
a special force of technical and professional experts whose
assistance kept us in business during the crisis.

Your willingness to help during a trying and difficult period
is appreciated.

Sincerely,

Robert J. Potter
Group Vice President

bs

cc:  R. McCaw

F6

**northern**
**telecom**

DISTRIBUTION

D. Gall/Parsippany
J. Ferguson
M. Barnes/Troy, MI
G. Herring/Richardsopn
R. Lowe/Nashville
C. Demmons/Concord, NH
J. Drake/Plano
B. Zegler/Santa Clara
J. Richardson/Richardson
B. Sparks/Richardson
D. Berg/Wausau, WI
M. Fritz/Santa Clara
J. Gooch/St. Louis
B. **Reed/Santa Clara**
C. Pinckney/Plano
L. Scott/Santa Clara

F 7-1

**nt** northern
**telecom**

MEMORANDUM

21 April 1986

To:       Attached Distribution

From:     Ed Pierce

Subject:  Strike Defense Plan


I would like to express the sincere appreciation from the New
England Operations Group to you personally for your assistance
during the recent work stoppage.  Your dedication, commitment to
the company, hard work and professionalism was an intergal part
of our ability to maintain our customer satisfaction and customer
service while on strike.  The entire New England Operations Group
would like to thank you for your much needed assistance.  If we
can repay the favor in the future, please don't hesitate to ask.


EP/eb
cc: Personnel File
    Bob Warstler
    Roger Moore
    Jean Vincent

F7-2

**nt** northern
telecom

June 1, 1984

Bill Reed

Dear Bill:

Congratulations on being selected Employee of the Month for
May, 1984.

You were chosen for your exceptional effort, and willingness
to go above and beyond your normal duties at Northern
Telecom.

Bill, your continuing hard work, perseverance and
initiative have certainly been a benefit to your department
and to Northern Telecom. We want to take this opportunity
to show you our appreciation.

We are very pleased to name you Employee of the Month, and
look forward to working together with you for many more
years. Again, congratulations and thank you.

Sincerely,

Gary Andrews                           Robert Kelsch
Director, Human Resources              General Manager

F8

| To: | Y. Conchesne | | E. Hewitt | |
|---|---|---|---|---|
| | B. Purnell | | M. Tsui | |
| | B. Bull | | E. Thomson | |
| | D. Doshi | MTV | G. Meuhle | |
| | M. Kemp | MTV | B. Galt | MTV |
| | A. Boleda | MTV | | |

| Copies To: | D. Kupitz | | D. West | |
|---|---|---|---|---|
| | J. McGee | | M. Miller | |
| | C. Santos | | M. Linger | |
| | M. Miller | | J. West | |
| | D. West | | J. Esguerra | |
| | L. Phan | | R. McCaw | |
| | D. Payne | | M. Mulholland | |
| | K. Baker | | B. Bruxvoort | |
| | A. Lam | | D. Meskimen | |
| | M. Callahan | | B. Reed | |
| | B. Chiverton | | T. Gregarick | |
| | **B. Reed** *MS-205* | | | |
| | R. McCaw | | | |
| | D. Grant | | | |
| | L. Johnson | | | |
| | C. Walz | | | |
| | S. Mejdal | | | |
| | J. Orsini | | | |
| | J. Edwards | | | |
| | K. Yamada | | | |
| | T. Cobbs | | | |
| | M. Hansen | | | |
| | Nhan Tran | | | |
| | Ching-Long Tzuang | | | |
| | R. Aylsworth | | | |
| | Ly To | | | |
| | J. Pennington | MTV | | |
| | J. Patel | MTV | | |
| | J. Fisher | MTV | | |
| | D. Winsick | MTV | | |
| | S. Ennis | MTV | | |
| | L. Koelbl | MTV | | |
| | A. Le | MTV | | |

*F9-1*

**northern telecom**

## MEMORANDUM

July 19, 1989

To:           Distribution

From:         Bob Smith

Subject:      Successful In Service of 1st Viking Complete System

The PTMS Viking System went into service Monday morning, 7/17/89, in San Ramon. The inservice was a tremendous success with no major problems reported.

This switch represents a major milestone in the Viking program and was accomplished through a superb team effort.

To all parties that assisted in the preparation and deployment of this system, we in Product Management would like to pass along our sincere thanks for a job well done.

Bobby E. Smith
Director
Advanced System Introduction

f9-2

 **northern telecom**

## MEMORANDUM

February 13, 1992

To:          See Distribution List

From:        S. Wright                    Dept 9T50          TOR

Subject:     **FOX  SUCCESS**

In celebration of the FOX success, we in the Toronto Lab, had this MOUSE PAD (FOX PAD!) created.

Please accept one as a souvenir of this exciting project in recognition of your team work.

Thank you,

Sandra Wright

SW/jb

Encl.

F10-1

## Distribution List

| | | |
|---|---|---|
| W. Estridge | Dept 303 | |
| S. Slattery | Dept 9703 | MIAM |
| A. Pierson | Dept 9705 | BVW |
| R. Brookes | Dept 9134 | BVW |
| K. Pericak | Dept 9963 | BVW |
| B. DalBello | Dept 9703 | BVW |
| P. Boyer | Dept 9970 | BVW |
| R. Kulinski | Dept 9970 | BVW |
| P. Hayes | Dept 9914 | BVW |
| T. Smith | Dept 9930 | BVW |
| P. Clark | Dept 9170 | BVW |
| B. Higgins | Dept 9911 | BVW |
| A. Kazmierczak | Dept 9511 | BVW |
| J. Lynch | Dept 9970 | BVW |
| C. Molloy | Dept 9170 | BVW |
| L. Cato | Dept 9134 | BVW |
| J. Alvi | Dept 9720 | BVW |
| S. Sewell | Dept 9970 | BVW |
| J. Trickett | Dept 4003 | BVW |
| M. Cowan | Dept 4004 | RICH |
| S. McElderry | Dept 1951 | RICH |
| D. Schenk | Dept 5232 | SC |
| J. Lally | Dept 5220 | SC |
| C. Sheu | Dept 5222 | SC |
| R. McCaw | Dept 5300 | SC |
| W. Reed | Dept 5310 | SC |
| G. Choi | Dept 4H60 | SC |
| A. Hazeldine | Dept 5521 | SC |
| D. Chan | Dept OS32 | SC |
| J. Drayton | Dept OS32 | KAN |
| W. Hui | Dept 4T22 | KAN |
| A. Armstrong | Dept 0752 | MTV |
| M. Webb | Dept 9722 | OTT |
| | | HWAY |

F10-2

northern telecom

Published for Northern Telecom employees in Santa Clara and Mountain View                    October 23, 1991

# VISION

# Operation FOX Track Adds New Dimension to Northern Telecom Quality Program

Team members from Santa Clara have helped add a new dimension to Northern Telecom's quality program. Called *Operation FOX Track*, it is a new quality tracking process implemented to assess customer response to the introduction of the latest in the family of Meridian 1 products — the Option 11. The Option 11 (Code name: FOX) is a compact, wall-mountable PBX introduced to the small-to-medium-sized business market. The voicemail portion (known as Foxmail) and peripheral equipment packs of the Option 11 are manufactured in Santa Clara.

The management directive that inspired *Operation FOX Track* was to track quality beyond the design and technical performance testing that are already an integral part of the company's overall quality program. Management wanted to ensure customer satisfaction with Northern Telecom products from the time the product order is generated to the time the product is actually received, installed, and put into use by the customer. In essence, they wanted a quality program which would leave no stones unturned.

A team led by Santa Clara engineers Bill Reed and Rick McCaw of New Product Quality, and Barry Bruxvoort, Field Quality, set out to track customer response to about 50 Option 11 systems. Northern Telecom organizations as far away as Belleville, Toronto, Nashville and Richardson were part of the team. They represented many different departments: Development, Quality, Manufacturing, Product Line Management (PLM), New Product Introduction (NPI), Marketing, Marketing Operations, and Emergency Technical Assistance Service (ETAS).

The team created an extensive out-of-box evaluation checklist and a success criteria matrix to assess the answers to a variety of questions. Was the order entered correctly? Was the product delivered on time? Did the product arrive complete and defect-free? Was the documentation clear and easy to understand? Was the product easy to install? Was additional support required? Most of this data was gathered firsthand by Field Quality personnel deployed to customer sites.

From the beginning, the team knew these factors were vital to the new product's success. Daily teleconferences, to discuss team members' progress, and weekly follow-up reports were part of the plan. Self-paced training, including a "How-to" installation video and user-friendly "Read Me First" type instructional manuals were scrutinized. Even the boxes used to ship the system's components labeled "Open me First," etc., were evaluated for their ease of use from the customer's perspective. All of this was done to show the customer that the people of Northern Telecom were thinking of them every step of the way.

Inspired by the six core values of Vision 2000 — excellence, teamwork, customers, commitment, innovation, and people — and supported by management, this team of dedicated professionals shared the corporate vision and came up with an innovative new way to satisfy our quest for quality — and our customers demand for it. Management, including Ian Craig, executive vice president, Private Networks, has been so pleased with the project's results that the success criteria of Operation FOX Track will now be applied to the entire Meridian 1 product line. ∎

upport organizations are equesting monetary ontributions to aid victims of e disastrous East Bay fire:

he Salvation Army ast Bay Disaster Relief 32 Folsom Street O. Box 193465 an Francisco, CA 94119

he American Red Cross ast Bay Fire Fund 111 East 14th St. akland, CA 94606

F-11

From The Desk Of **Don Schmidek**

BILL REED

Bill

YOUR SUMMARY to
PROSECUTION AT THE
OE COMPLEX PSA WAS
VERY GOOD & TO THE
POINT!

Thanks

F12

---

From The Desk Of **Don Schmidek**

cc.: A. DAIMSE

BILL REED

SIGMA QA PLAN!

JUST REVIEWED YOUR
DRAFT! GREAT JOB!
I= This is A DRAFT, THE
FINAL WILL BE A
MASTERPIECE!!!

Thanks

S.
4/24/87

F12-P13

From The Desk Of **Don Schmidek**    4/19/88

N.P.O.E.
APR 19 1988
RECEIVED

BILL REED

C. BRAILEY
W. BOPP
A. DAIMEE
R. McCAW

I WANT TO THANK YOU

& ALL THE CONTRIBUTORS

TO THE 'V' QUALITY

PLAN.

I BELIEVE YOU HAVE

CAPTURED THE ESSENCE

OF THE TASK. THE REST

SHOULD BE "EASY"!

Don Schidel

F14

**northern
telecom**

MEMORANDUM

August 13, 1986

To:     J. Carpenter
        R. McCaw

From:   W. Reed

Subject: Field Quality Engineering Audit
         NTI Hartford/Yale New Haven Medical Center


On July 31, 1986, a Pre-Soak Trial Audit was done at the
Yale New Haven Medical Center, in preparation for the CE
Complex Soak Trial.

The purpose of the audit was to evaluate the installed and
in-service system for compliance to Northern Telecom Prac-
tices and Product Bulletins.

The following areas were reviewed:

| AREA | ACTION REQ'D |
|------|--------------|
| Equipment Room Environmentals | NO |
| Commercial Power Supply (limited) | YES |
| Grounding | YES |
| -48V Wiring | YES |
| Common Equipment | NO |
| Peripheral Equipment | YES |
| Cabling | YES |
| Maintenance | NO |
| Software Data Base | YES |
| Memory Management | NO |
| System Operation | NO |
| Documentation | NO |

Discrepancies are documented in the body of this report.
Recommendations are also provided for Software Data Base
programming.

Overall, the system is operating smoothly, but the perfor-
mance and reliability will improve when the discrepancies
and recommendations are implemented.  This will also lead to
a successful Soak Trial for CE Complex.

F15


**northern
telecom**

**Northern Telecom
Limited**

Tel. (703) 712-8622
Facsimile (703) 712-8603

2010 Corporate Ridge
McLean, VA 22102-7838

**MEMORANDUM**

November 4, 1991

Richard P. Faletti
President
Private Networks

To:      Private Networks Management Team

From:    Rick Faletti

Subject: Third Quarter Performance

Congratulations to you for another successful three months of performance!
Due to the actions you have taken to improve the business, the global private
networks business had an excellent Third Quarter in both Financial and
Operating results.

Year-to-date revenues for global Private Network Products exceeded one
billion dollars in September which was 13% higher than at this time in 1990.
In spite of the severe adverse economic inpact on our business in North
America, the global Private Networks product line results were positive and
exceeded budget profit targets for both the quarter and on a year-to-date basis.
Europe is our fastest growing market region with year-to-date revenues over
90% higher than 1990.  DPN and Norstar are our fastest growing product lines
with year-to-date revenue  growth of over 50% and 35% respectively higher
than at this time last year.

Earnings continue to improve at a significantly higher rate than sales. Gross
margin improved over 3 points in the third quarter 1991 compared to third
quarter 1990.  This improvement is directly attributable to reduced product
expenses, reduced product costs, improvements in Meridian 1 software
quality,  and successful completion of major SL-100 projects.

As we move towards the end of 1991 and we complete our plans for 1992, I
would ask each of you to keep focused on our five prioritized objectives for
private networks:

> Improve Customer Satisfaction
> Accelerate Global Product Deployment
> Deliver Bottom Line Objectives
> Increase Market Share
> Invest for Future Growth

Our results on a year-to-date basis are achieving our aggressive 1991 targets.
The fourth quarter is a challenge but with your continued excellent
performance we will complete a successful first year!

F 16

 **northern telecom**

**BNR**

## SPOT AWARD RECOMMENDATION

This form must be completed when recommending an employee for a Spot Award.

Name of Employee:                    Bill Reed

Title:                               Product Manager

Department Name & Number:            Product Management, 1920

Employee's Manager:                  Steve Anderson

Reason for Recommendation:

Bill Reed provided his time, effort and support in preparing and
participating in the Design Control element of the ISO 9001 Certification
process for Private Networks, Santa Clara.  Bill's valuable assistance
and active participation directly contributed to Private Networks,
Santa Clara successfully passing the ISO 9001 audit and becoming
ISO 9001 certified.

One over one approval required unless nomination is Band 9 or above.

Greg Carlsted                        LOIS MITCHELL
Print Name                           Print Name

_____ 12/16/92            _____
Signature              Date          Signature              Date

NOT TO EXCEED $50.00

Reviewed in Human Resources by:

Previous Spot Awards in 1992?

YES _____   NO ___X___

F17                                                         F17

# nt items

VOL. 2 NO. 10   NORTHERN TELECOM BUSINESS COMMUNICATIONS DIVISION   JUNE 1979

# PICNIC
# COMING IN AUGUST

The 1979 Northern Telecom Activities Council presents:

THE ANNUAL NTI FAMILY PICNIC

This year's get-together will be held at Frontier Village Amusement Park on Saturday, August 11, 1979.

Tickets are now on sale at the receptionist lobby at the Mission College Blvd. and Martin Avenue buildings. Please see either Betty Barnhill or Barb Bain for tickets at the Augustine building. Tickets will also go on sale at the Mission College building cafeteria July 23 through August 1.

Ticket prices are:

$5.00 Adult Steak
$3.00 Child Steak
$1.75 Hamburger



## employees earn awards



Ann Vandagriff, George Espinosa, L. K. Tom, Bill Reed, David Aylsworth, Tonia Tena, A. B. Lipscomb - presenting the awards, Art Banez (Not pictured)

Seven NTI employees were recognized for their length of service with BCD. They were awarded service plaques by Burney Lipscomb, President.

These employees are those rare few who started with BCD at its inception. At that time, Boston was the "Corporate" office. A Pulse system had to be sent from Belleville to 500 Middlefield for the employees to learn from.

With only 35 employees, the environment was very "family". There were only two secretaries - one was Ann Vandagriff. We now number 865!

Congratulations are in order for these employees who have made a valuable and lasting contribution to NTI.

## "Productivity is up!"

A tremendous effort was made by BCD to produce a record breaking month: 45 SL-1 systems, 114 Pulse systems, six extensions, and approximately 18,000 lines were shipped. Employees worked around the clock displaying their skill and endurance to topple all previous shipment records.

Included in this effort was the largest system ever built by BCD. It consisted of 22 cabinets and 3,200 lines. The destination for this multi-million dollar system was EBASCO Service, New York, N.Y.

continued on page 4

F18

MAY 14 84

U.S. POSTAGE
≈ 0 2 0

Attn: Mr. William Reed

Northern Telecom Inc.

2305 Mission College Blvd.

Santa Clara, Ca. 95050

MS 205

Thank You!

F19-1

Bill,

THank you very much for your valued
Time and insights last week
While Bell South NASA TEAM WAS
at Santa Clara —
They were Thoroughly impressed with
our Facility and your Knowledge.

Best Regards
Jod

---

Tod Foley
NTI
4170 Ashford Dunwoody Rd. NE
Atl. Ga. 30319

F19-2


northern
telecom

MEMORANDUM

December 20, 1982

To:        Henry Theloosen

From:      Jan Eagye

Subject:   Tour Report:    California Microwave
           Tour Date:      December 13, 1982
           Distribution    Direct:  Santa Clara, Ken Hovaldt and
           Channel:                 Dave Judd
           System          LE
           Proposed:

This customer wouldn't even talk seriously with the Sales Office until
he had seen the factory and been convinced that the quality of our
product warrants his attention.  He is absolutely hung up on quality
and no matter what the sales reps say, he says, "Prove it to me."
Hope we did.  We tried.

Due to conflicting MED meetings, Bill Reed had to handle this most
difficult customer on his own.  He did a superlative job!

Sales reps to get back with customer week 12/20 for further dialog.
The customer told us on 12/13 that he intends to involve a consultant.

It came to my attention during this tour that the in-depth Quality
presentation developed by J. Jasenovic and his staff, which was sent to
Ron Russell's group for editing and publication, has never been completed.
Some of the slides and script were used in the MI$^2$ Quality presentation
(which is a very brief overview and is what we showed to this customer).
Quality is very disappointed that the entire presentation was never
completed, apparently has asked that the script and slides be returned
to them, and they intend to have the entire presentation published here.

Jan

Copy to:    Steve Carpenter      Santa Clara Sales
            Hugh Cash            Richardson
            Ken Hovaldt          Santa Clara Sales
            Joe Jasenovic        Santa Clara Plant
            Dave Judd            Santa Clara Sales
            William Reed         Santa Clara Plant
            Richard McCaw        Santa Clara Plant

F20

**nt** northern
telecom

April 27, 1983

TO:  Janet Whitlock
     Ric Dayem
     Arvind Bhopale
     Brian Downing
     Bill Reed
     Ted Harless
     Jan Eagye

FROM:  Les Wulf, Major Accounts Manager

SUBJECT:  Plant tour and presentations

I would like to take this opportunity to thank each of you for taking
time out of your busy schedules to present to California State Medical
Center; University of California, Davis and California State
University, Sacramento.  The comments from the participants were all
very favorable.  The above prospects represent over 17,500 lines of
digital PBX opportunity.  This opportunity was enhanced considerably
by the professionalism of each and every one of the presentations
given.

On the return trip from the plant, I was requested, by the five
attendees, to give a special thanks to Mr. Bill Reed, Field Quality
Engineer.  Bill's positive attitude and infectious enthusiasm regarding
Northern Telecom's quality, was the highlight of an excellent day.

Again, thank you all for your involvement.

Sincerely,

Les Wulf

LEW:gbs

cc:  Phil McDermott, V.P. Western Region
     Staunton Oppenheimer, V.P. Major Accounts

F21



**northern
telecom**

**Northern Telecom Inc.**   Tel. (412) 922-7200

200 Fleet Street
Sixth Floor
Pittsburgh, PA 15220

September 28, 1983

Business Communications Systems

Mr. Bill Reed
Sr. Field Quality Engineer
NORTHERN TELECOM INC.
2305 Mission College Blvd.
Santa Clara, CA  95050

Dear Bill:

Just a note of "Thanks" from Trees Friend, Sales
Representative and myself for your participation in
making our recent visit to Santa Clara a meaningful
experience for us and for United States Steel
Corporation.

Your evident knowledge and genuine interest were
clearly impressive to our customer and went a long
way to help us in continuing to solidify our position
with this Major Account.

I look forward to your participation in future visits
by my customers.

Very truly yours,

NORTHERN TELECOM INC.

Robert A. Uhlhorn
Major Account Manager

RAU/pk

F22

**nt** **northern**
**telecom**

**Northern Telecom Inc.**    Tel. (412) 922-7200

200 Fleet Street
Sixth Floor
Pittsburgh, PA 15220

September 28, 1983

Business Communications Systems

Ms. Janet Whitlock
Customer Relations Supervisor
NORTHERN TELECOM INC.
2305 Mission College Blvd.
Santa Clara, CA  95050

Dear Janet:

On behalf of myself, Trees Friend, Sales
Representative and the Corporate management people
from United States Steel Corporation I would like to
say "Thank you" for the hospitality extended us on
our recent tour of the Santa Clara Plant Facility.

Since March of this year we have worked very hard to
establish a close working relationship with U. S.
Steel.  Efforts, such as the one put forth by you,
Bill and Dave go a long way in helping us to
solidify Northern's presence with this Major Account.

Thanks again for all of your help and your interest
in making our trip to the West Coast a successful
endeavor.  I look forward to working with you in the
future.

Very truly yours,

NORTHERN TELECOM INC.

Robert A. Uhlhorn
Major Account Manager

RAU/pk

F23



northern
telecom

Bill Reed
M/S 125

MEMORANDUM

DATE:      March 11, 1985

TO:        K. T. Boyle, Santa Clara

FROM:      C. T. Schmidt, NT Account Director - Ameritech

SUBJECT:   Thanks

Thought you'd be interested in the attached letter of
thanks from Mike Marmion of Illinois Bell Communications
for you and your peoples assistance in the presentation for
World Color Press.

I would like to add my appreciation to Mike's.  Please see
that those involved get copies of Mike's letter.

Thanks again.

Chuck

C. T. Schmidt

CTS:bb

CC: Blaufus
Hoffman
Phipps
Blake
Reed ✓
Collins
Lipari
File

Thanks Again Bill!
K.T.

f24-1



**Illinois Bell
Communications**
*AN AMERITECH COMPANY*

February 19, 1985

Floor 2, Building C
701 Devonshire Drive
Champaign, Illinois 61820

Mr. C. T. Schmidt
Director IOS
Northern Telecom, Inc.
Integrated Office Systems
1699 Wall Street
Suite 300
Mt. Prospect, Illinois 60056

Dear Chuck:

On January 25, 1985, Mr. Woodland, Vice President World Color Press, Inc., and I, had the opportunity to visit your Santa Clara California facility. I must say it was a very rewarding experience for both of us, and it was all made possible by the efforts your staff exemplified in presenting the information we were there to see.

On behalf of both Mr. Woodland and myself, a note of thanks and a job well done is in order. Please convey this message to the entire team who put on what I consider, one of the most professional presentations I have ever seen.

> K. T. Boyle
> Doris Blaufus
> Bob Hoffman
> Tom Phipps
> Russ Blake
> Bill Reed
> Lloyd Collins

Also Kevin Hilliard, one of your own staff, assisted in making this trip possible and cared for our needs throughout the entire visit. He did an excellent job in maximizing the benefits of our trip.

As we move into 1985, I am very proud of my association with the caliber of people at Northern Telecom supporting Illinois Bell Communications. This professionalism and dedication to high quality products and service, working jointly for the benefit of our mutual customers, can do nothing but insure success for both companies.

Sincerely,

*mike Marmion*

Mike Marmion
Account Executive
Illinois Bell Communications/An Ameritech Company

cc:  L. L. Woodland
     M. E. Johanson
     C. E. Catron

F24-2

From    **Earl Hewitt**    1/5/87

R O U T E

~~J. Ostle~~ _____ ~~MS220~~

~~D. Schmidek~~ _____ ~~MS209~~

~~S. Stanberry~~ _____ ~~MS214~~

~~E. Thomson~~ _____ ~~MS209~~

~~B. Barrett~~ _____ ~~MS210~~

~~Return to Earl Hewitt, MS 225~~
~~after completely routed.~~

L. Orr _____ MS 118

B. Feyen _____ MS 114

G. Beattie _____ MS 145

J. Shiffer _____ MS 200

B. Reed _____ MS 205

Thanks for a job well done!

E. S. Hewitt

F25-1



# INSTITUTE OF INDUSTRIAL ENGINEERS

## American Institute of Industrial Engineers



INSTITUTE HEADQUARTERS   25 TECHNOLOGY PARK/ATLANTA, NORCROSS, GEORGIA 30092 (404) 449-0460

OFFICE OF CONFERENCES, MEMBERSHIP
AND COMMUNICATIONS

December 23, 1986

*Circulate to Thomson*
*Eric Feyen*
*Bob Feyen*
*Gord Beattie*
*John Shiffer*
*Larry Orr*
*Bill Reed.*

*Thanks for a job well done*

Mr. Earl Hewitt
Northern Telecom, Inc.
2305 Mission College Blvd.
Santa Clara, CA 95050

Dear Mr. Hewitt:

Now that the evaluations are in, I wanted to thank you on behalf of the
Institute for granting and organizing the tour of Northern Telecom as part of
the Seventh International Conference on Automation in Warehousing/Study Tour.
Our tour group of 28, representing 13 different countries, gave the tour through
your facility excellent reviews.

Unique to the total success of this program was the fact that participants
gained first-hand knowledge from observing the latest technologies and achieve-
ments employed within your organization. This aspect would not have been
possible without your efforts.

Mr. Hewitt, we appreciate the time you and your staff expended in arranging our
visit. Please thank Larry Orr, Bob Feyen, John Shiffer, Bill Reed, Gordon
Beattie, and of course K. T. Boyle and Eric Veldman on our behalf. Everyone was
most helpful and informative in making our tour an enjoyable one. The Northern
Telecom pens were especially appreciated.

Thank you again for your involvement in this important Institute continuing edu-
cation activity for material handling professionals worldwide. We look forward
to working with you in future IIE events.

Our very best to you and the entire Northern Telecom staff for this Holiday
Season!

Sincerely,

Tim Carrell

Tim Carrell
Continuing Education
  Program Coordinator

TC/tk

cc: K. T. Boyle

**WORLD PRODUCTIVITY FORUM**
INTERNATIONAL INDUSTRIAL ENGINEERING CONFERENCE & SHOW
May 17-20, 1987        Washington, D.C., U.S.A.

*F25-2*

cc: Bob Feyen - MIS 115
Tim Starritt - msl 205
Pete Putano - msl 116
Rick McCaw - msl 205
Larry Orr - msl 118
John Shiffer - msl 200
Bill Reed - msl 205
Human Resources - msl

June 26, 1985

Ms. Sara Southerby
Customer Relations Coordinator
NORTHERN TELECOM CORPORATION
2305 Mission College Blvd.
Santa Clara, CA 95050

Dear Sara:

Thank you so much for giving Total Technical Institute the opportunity to visit your Santa Clara facility on May 31, June 7 and June 10.

May I commend all the managers, who acted as our hosts, for their highly interesting and educational tours. Their impressive technical knowledge and experience helped our students understand the process of the product from receiving to final inspection in your organization. Specifically, being able to observe the practical application to their theoretical studies was very helpful.

Please do convey my sincere appreciation to all the managers who contributed their time, enrgy, and efforts so generously.

It was an invaluable experience! Hopefully, our students will be given the opportunity again in the future.

Thank you.

Sincerely,

Conny Doeve
Student Services Administrator

Thanks, for your experti
this makes Northern
Telecom's Customer
Relations program
a success!!

Sara

**TOTAL TECHNICAL INSTITUTE, INC.** 3180 NEWBERRY DRIVE, SUITE 110, SAN JOSE, CALIFORNIA 95118 (408) 978-8787
An Equal Opportunity Employer M/F/H

F 26

 **NATIONAL TELECOM, INC.**

September 21, 1982

Mr. Bill Reed
NORTHERN TELECOM, LTD.
2305 Mission College Blvd.
Santa Clara, CA 95050

Dear Mr. Reed:

On behalf of National Telecom I would like to thank you very much for the tour of Northern Telecom for my client Mr. Richard Kuehn, RAK Associates, on Thursday, September 16, 1982. Mr. Kuehn thoroughly enjoyed the whole day! I sincerely appreciated the trouble you went to so that Mr. Kuehn could visit your facility.

Thank you again for your hospitality.

Sincerely,

ILLINOIS NATIONAL TELECOM, INC.

Cynthia L. Shideler

CLS/fs

F27

**northern
telecom**

May 27, 1986

To:       Bill Reed

From:     Gary Andrews

Subject:  Pioneer High School Tour

Thank you, Bill, for the great job you did as a tour guide for our guests, Pioneer High School, last Thursday.

Your dialogue was interesting, informative and your professional delivery was very much appreciated by our guests.

Thank you again for the great job!

*Gary*

Gary T. Andrews
Director, Human Resources

GTA/lm

cc:  R. McCaw

F-28

Dear Bill,

I wanted to write you a note to thankyou, first of all for letting me tag along on your tour, and secondly for your copy of the BCS Quality Presentation ~ Both have really assisted me in understanding the functions + creation of the various groups that we have in-house.

Also, I have given a copy of your presentation to Linda Guerrero (here in H/R) who is doing the majority of compilation of material for our orientation booklet. She agreed that it is very well done, & would like to use some of it in the final package (How or how much I don't know).

At any rate, thankyou for the tour, and the use of your project!

Barbara Bowen
H/R Rep.

F 29

 **northern
telecom**

MEMORANDUM

| | | |
|---|---|---|
| To: | Henry Theloosen | Santa Clara |
| From: | Jan Eagye | Santa Clara |
| Subject: | Tour Report -- Market Management -- June 18, 1982 | |
| Copy to: | Ric McCaw | Santa Clara |
| | Bill Reed | Santa Clara |
| | Bonnie Gebhardt | Richardson |

Subject tour report is enclosed.

Jan

Enclosure

F30-1

**northern
telecom**

## TOUR REPORT

Tour Date:          June 18, 1982

Visitor:            Market Management, BCS Richardson

Barbara Trissel and Lisa Chatterton of Advertising and Sales
Promotion, BCS Richardson, who were in town relative to
Mission Intercept, requested a facilities tour.

In the interest of inter-location relations, I asked Bill Reed
if he would conduct an unofficial tour for the Dallas person-
nel plus Ric Bowman (new Product Specialist), Ann Vandagriff
and myself.

He graciously agreed to do so and gave one of the most thorough,
informative tours in which I have participated.

Bill is to be complimented for his comprehensive presentation!

Jan Eagye

F30-2

**nt**
**telecom**

MEMORANDUM

February 17, 1983

TO:   William Reed

FROM:  Keith W. Newman

I wanted to take this opportunity to thank you for the plant tour you provided to me on February 7, 1983. I enjoyed the tour immensely. My appreciation for the SL-1 has skyrocketed – and a dial tone now seems quite remarkable.

I regret only that there were not more folks along to enjoy the expert presentation you provided.

If I can ever assist you with anything in Dallas, please feel free to call.

My thanks

Keith W. Newman

cl.

F31