# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Objection Deadline: Oct. 25, 2012 at 10 a.m. |
| | Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

This is a relatively brief objection, I was just released from the hospital after surgery and have not been up to devoting energy to stand up for my LTD benefits that were committed to by Nortel.

I, Michael R. Thompson, left Hewlett-Packard to accept a position as a Sales Director at Nortel Networks in 1999 based upon the compensation package Nortel offered me in the form of both salary AND benefits. My wife had debilitating Rheumatoid Arthritis at the time and I had two young boys to provide for; I felt that I needed to provide a safety net for my family as I was the sole provider. Based on what Nortel communicated in the form of benefits I picked up my family and relocated us from California to New Hampshire to meet Nortel's North East region's needs. I sold fiber-optic networks to Fortune 100 companies; I had a $16 million quota that I met annually.

In 2002, I was forced onto Long-Term Disability due to a severe case of osteoarthritis. This has required a number of surgeries over the years, including the most recent hospital stay; I don't heal quickly at all. I relied on the benefits Nortel promised me at time of hire to be there for me if ever needed, no one ever expects to have to go on disability. I trusted in the original employment offer extended, made a decision to accept the position based on that – at no time did Nortel EVER state that they could terminate my LTD benefits if/when I actually was disabled. Who would have placed the future of their family and selves on such a transient benefit; not so "long-term", is it?

If the Debtors get away with this convenient twist on a one sentence "take away" from among all the communications of LTD benefits, then that would be an injust travesty.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

I personally have a significant medicine bill, there are more surgeries planned, medical expenses; indeed the roof over my head and my ability to afford living expenses and most importantly support my family would all be at risk. If Nortel had ever presented that they could terminate my LTD benefits if & when I ever became disabled then I would never have moved my family and accepted the position with Nortel. I would definitely have sought either other employment with truly reliable benefits or purchased additional coverage on the open market.

Your Honor, I please ask that the Debtors are not allowed to get away with walking away from their known liabilities. I placed a critical reliance on Nortel delivering benefits "as presented" should they ever be needed. The Debtors should be made to adhere to their commitments.


Thank you for your time Honorable Judge Gross.


EXHIBITS
    A- Nortel US Benefits Confirmation Statement
    B- Letter From Prudential Showing Income Replacement To Age 65
    C- A Mortgage Approval Letter; Salemfive Bank Based Upon My LTD Income From Nortel


Name: Michael R. Thompson
Address: 564 Old Candia Road, Candia, NH 03034
Phone #: 603-587-0999
Signature: M. R. Thompson 10/24/2012



Nortel Networks
PO Box 13010
Research Triangle Park, NC 27709
MS   570 02 0A3
Tel   800-676-4636
Fax   919 905-9301

March 16, 2004


Michael Thompson


Mr. Thompson:

Per your request, this is to verify the following information:

As a Nortel Networks employee, you are currently on Long Term Disability (LTD). Dependent upon the illness or injury and the clinical evidence, you may be eligible to receive LTD benefits through age 65. In the event that your current disability meets the definition of the plan, and your condition continues to meet the disability requirements of the plan, you would then be eligible for retirement as of age 65.

For additional information regarding your continued LTD benefit, please refer to the enclosed "Disability" section of you Employee Benefits and Programs binder.

If you have any questions or require additional information, please contact Global Employee Services at 1-800-676-4636.

Thank You,

*Kim Pulliam*

Kim Pulliam
Sr. HR Spec
1-800-676-4636

*How the world shares ideas.*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 16, 2012

Michael R Thompson
564 Old Candia Road
Candia, NH  03034

Claimant: Michael R Thompson
Claim No.: 10481270
Date of Birth: ▇▇▇▇
Control No./Br.: 39900 / 000RB

|||..||.||....||.|..|||..|

Dear Mr. Thompson:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Networks Group Policy with Prudential.

Your Long Term Disability benefits began on May 27, 2002. You are receiving $4359.23 per month. This benefit will remain the same provided your income from other sources does not change. Your benefits will continue through June 17, 2019, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager