IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Charles Vincent Barry (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Charles Vincent Barry respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. I have worked for Nortel Networks since March 1985. I have included in Exhibits some proof of my dedication, accomplishments, and my eagerness to give 100%, including the last few years volunteering to carry a 24/7/365 pager for Emergency Technical Support in maintaining UNIX/ORACLE Software and Hardware for Software Production Databases in RTP North Carolina, Richardson Texas, Canada, and Japan. I was quite proud of this as at this time Nortel maintained the largest databases in the world second only to American Airlines. Through the "Employee Suggestion Plan" employees were able to be compensated for their own idea on how to save the company money as long as it was outside the department you worked. I saved millions for NNI and the Exhibits shows proof of my dedication and quality of work.

2. I am 55 years, born 06/19/1957; I request the Debtors Motion to Terminate LTD Plan Benefits [DI#8067], Both LTD Income and Medical/Life Benefits including Motion to Terminate Employment, be totally rejected and the LTD persons be compensated. Having survived a 1/3 drop in income due to being permanently disabled in 1999, without compensation my current income will decrease by 2/3, leaving me only SSDI also for which I qualified as permanently disabled. The loss of these benefits will leave my family to make life changing decisions, once again, including my daughter

completing her education. She is currently a junior at the University of North Carolina at Chapel Hill which has been a huge strain the past few years with this stressful situation being in deliberation since July 2010. I shield my daughter from this as she is doing so well she does not need nor deserve added stress. I will suffer much more than this before I take away her education. There is so much at stake beyond the moments in court that pertains to facts and the law. I ask the court to question the balance of suffering due to losses sustained by either party in this case. I simply stated, this is not just about money to my family, it is about great losses and any future stability, and always stressing about how I will pay for surgeries I will require in the future that are not "elected", but will be required. I have bi-lateral artificial hips, and a trial Intra-Thecal Pump which drips non-narcotic pain medication into my spinal cavern where the non-narcotic "Gabapentin" is transferred straight to the brains receptors and my body's nerves bypassing the stomach, liver and the blood stream. Eighty percent necrosis of both my hips have put me through two total hip replacements, one artificial hip wore out and was revised with surgery at eight years and the other at twelve years. As they wear out again, I will need future hip surgeries. My Intra-Thecal Pump, implanted about 6 years ago has already had to be replaced once surgically as the power supply currently lasts only five years, again I will endure future surgeries to replace this pump implanted in my stomach. I also endured lumbar fusion surgery which fused the lower lumbar of my spine leaving 6 screws and three rods in my spine. After 13 years or so of extreme doses of the strongest narcotics known, I developed symptoms of "Opioid Induced Hypersensitivity". This complicated condition forces me to maintain Chronic Pain Control with non-narcotic

medication as the traditional therapy is not an option for me. I endure pain every day; it is a part of my life I had to accept. I spent one year of hell coming off narcotics even as my doctors doubted early on I had "OIH". I live life in a constant struggle to manage my pain through self control and countless hours in bed. I have spent most of the last 15 years in bed on average 20 to 22 hours a day. Through endurance and as I received a procedure where 6 facet nerves were frozen, another trial that kills nerves for up to 3 years, as they can grow back at any time. I am able to be up 6 to 8 hours currently, this number could decline again at anytime. I can deal with this.

3. The defense for the "debtors" has stated, our representation has done little to move to a settlement. I mention in this paragraph details I observed that show the "debtors" legal representation has done all they could from the start to make this experience as difficult for disabled people as they possibly could and delight in their glory of being paid extravagantly for doing so. The first step they took toward "working toward a settlement" was to mail termination letters to the Disabled and the Retirees. This letter stated our disability insurance was being terminated along with Dental, Eye Care, Life, Behavioral health. One of the Long Term Disabled, represented by a letter from lawyer, sent this to the court stating several reasons this termination was unconstitutional, a judge ruled the notice to terminate was against our Constitutional Rights. NNI was breaking the law by attempting first to try and slide this termination by all of us involved. It was judged premature and since that termination letter, mailed July of 2010, the disabled battling their individual disabilities have now been severely stressed on top of all of this as NNI "the debtors" do what they call their best to work with us. I have attached an excerpt from a local news story which a fellow

worker who started at the same time as I and had worked together for a few years was being interviewed as his severance pay which was just to start was to be terminated immediately. This gentleman felt that NNI's treatment of this situation was not fair and without notice. These persons did not seek legal representation as I know neither were they disabled, the news never covered what was happening to 150+ LTD persons and 4,000 Retirees across this country. We have waited and waited, trying to make some decisions, I requested Pension Estimates, a return phone call from PBGC stated no requests would be calculated prior to the NNI(debtors) Motion to Terminate was concluded. I was told NNI has worked with Insurers to assist us in gaining affordable replacement policies. The first response from Prudential Life was that NNI had made no agreements of any kind other than giving us a phone number at Prudential which led them to telling me I am considered a new client and there will be no roll over or special pricing for anyone currently working at NNI. With little time to produce this Motion against the Debtors my Request for Discovery pertaining to personal files only produced three documents (yearly benefit summaries) and a document I signed in 1989 stating I received my employee handbook. Again I state, this is not assisting us, I see scrupulous lawyers with big money stepping on the little guy and expecting us to lie down. One law firm alone billed almost two million dollars for one quarter. Not nearly what I call a balance of justice. Your Honor, We Respectfully Will Not Lie Down. I have spent 80% of the last fifteen years lying in my bed and caring for my family's needs best I could. Honestly, my wife and daughter cared for me. I know the guilt they feel as they go to dinner and a movie and leave me behind. I have taught them that this is my struggle and the less it effects

their lives the better I feel about mine. Again, this is my struggle, my fight, and I believe the amount of time that has passed since July 2010 when they first offered their "assistance" I am still in this for all the marbles. When the last legal word has been said, then I will lie down and rest for as long as it takes to recover from this weight on our shoulders for 27 months now. I await Your Honor's final say and will abide. The debtors motioned to conceal the list of those disabled in an effort to stop any communication between us or to seek out those uninformed that this concerns. The debtors also motioned we, the disabled, would not be considered in the Retiree case even those nearing or at retirement age, again adding to our stress in making decisions. I believe if I had more proof there would be means for asking for emotional and physical suffering from the stress of NNI obviously wanting to see us receive anything more than 0, I hope the Judge will see this through his own eyes before the end of this case. Expecting disabled persons cannot possibly beat some of the best lawyers in Bankruptcy Court in this world, they will learn that we have learned to survive, this is what we do, it has replaced the work we love. As long as we are alive we are in a constant state of survival due to illness. I hope the only thing the debtors come out of this with is a lesson in survival of the strong of heart and good of soul. We put our trust in the hands of our law firm E.G., and Honorable Judge Gross and we will move forward upon closure of this battle for some type of life we can only ask for in this great country, we ask for a life and dignity. It is time we get back to the everyday struggles put upon us by our health and end this day after day of needless stress as we "those Americans", disabled by no fault of our own ask the court systems that is America, for our just due as we were led to believe. I find myself

dumbfounded that I am here, in this position, begging mercy upon this court, that my day in court, the amount of money spent on representation does not speak in a court of law, but as our fore fathers envisioned, you Honor, I ask the intent of the law will be upheld. Expensive Law Firms known for their "Eat Them Alive" mentality to draw in large money to defend large money is not a matter of fact in this case but a truth, I Charles Vincent Barry do not have in possession .00000001 percent of the funds NNI and the (debtors) have and are spending rabidly (not to be a typo of rapidly), but rabidly as what is left of the Leading Digital Telecommunications Company in the world in the 70's and 80's earlier known as Bell Northern Research. My last point being while I have such a Courts Attention, where I live animals are put down so as they suffer less than we do because of modern medicine. I have no idea how this relates to this case other than, if debtors had a choice, their actions have showed me we all would have been put down around July of 2010, and so I said it here.

## RELIEF REQUESTED

1. I request the debtors motion to terminate my LTD Plan and Terminate Employment be rejected. [DI#8067]. **See Exhibit A 1999 SPD** stating Benefits end at 65, see Maximum Benefit Period bottom of page 15 and When Benefits Begin and End bottom of page 14, continued on page 15. 1999 LTD SPD – present language throughout documents supporting benefits to age 65 having never received notification of any modifications between 1999 and now, especially concerning LTD not being vested thus not allowing us to seek vested LTD benefits elsewhere.

2. I am 55 and request the debtors compensate me at time of retirement as determined by the debtors' Motion to Terminate Retiree Benefits *[DI#8066]*. I request I be given adequate time to determine my year of retirement once both the Motion to Terminate LTD Benefits and Employment [DI#8067] and the Motion to Terminate Retiree Benefits *[DI#8066]*, have been heard.

3. I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to my family would be devastating both financially immediately and medically which will increase exponentially with age due to my conditions. I request there be no termination of any LTD Benefits, Employment or Retiree benefits until the court has decided and an educated decision can be made according to any settlement, both LTD [DI#8067] and Retiree as ordered by the court. See EXHIBIT F – Application for LTD, see

details of medical condition, diagnosis, and prognosis as pertaining to being approved permanently disabled.

4. I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is $702,184.42. See EXHIBIT Proof of Claim is attached. This compensation in detrimental to my family being able to continue with what little way of life we have been forced to live due to my medical permanent disability. Without compensation my family will simply be without medical care, etc. as I will not have an income to replace our current benefits.

## EXECUTIVE SUMMARY

(A) – Every document I have states disability benefits till age 65, i.e. 1999 Benefits Plan Summary Document. I have found no documents which state otherwise. I requested a recent letter from Prudential which it states this to be a group policy (group policy #39900), and is to be paid till I reach age 65 in 2022, I also refer the same to Life Insurance (group policy #39900). I have not seen any text anywhere which interprets this policy as anything other than a group policy.

(B) – I have read that these are group policies as I see "Prudential Group Insurance" on all my letter heads.

(C) – Nortel has sufficient funds to meet their contractual duties due the LTD and Retirees If NNI's (the debtors) lawyers were so eager to assist the LTD and Retirees, Millions in denying these benefits would have gone straight to the beneficiaries of these benefits rather than the lawyers draining us of any way out of this other than to leave us with nothing. How do they sleep your honor, how much should one get paid to take from us what was promised.

(D) – I see evidence of fiduciary responsibility to manage stated insurance has not been met. I believe NNI led us to believe these were vested policies. Per ERISA they failed at this since 1985 when I started with NNI.

(E) -- I am legally permanently disabled per NNI and SSDI; I have contractually met my responsibilities and paid my premiums and co-pays per contract. As an employee I was designated "Important to the sustainment of the business" described by my manager at the time of many layoffs, my job was detrimental to the stability of NNI and laying me off would make sustaining our departments responsibilities more difficult than the laying off of others at that

time. I felt some form of job security; little did I know losing my job at NNI back then pales with the stress I am in at this moment.

Exhibit A - 2011 Flex Benefit confirmations, my selections are the maximum benefit we are allowed to enroll in each year.

- My LDT is frozen at 70% Gross Salary of $65,800 at time of start.
- Employee Core Life: $247,400. Spousal Life: $100,000, Dependant Life (daughter Kelly) $15,000.
- Medical 90/70, PPO, Anthem BCBS
- Dental/Vision/ Hearing Care Comprehensive
- STD 66 2/3% of Base Salary at time of start.

Exhibit B -

- 1999 LTD Plan Summary

Exhibit C –

- Letter from Prudential stating LTD benefits continue till 2022, this letter has been used by me in refinancing, as the Lending Institutions also see this letter as proof of coverage till 65 in 2022.

Exhibit D – Proof of lack of eagerness to assist L.T. Disabled

- Letter dated 6/16/2010 – giving us only Prudential to convert Group to Individual, I see no work from NNI in helping us convert insurances, as only Life was mentioned and no other companies were shared.
- Letter dated 6/28/2010 Notice of termination.
- Four documents in my Request for Discovery. One Letter acknowledging my receipt of my employee handbook (1 page), three document of benefit confirmation letters for 2010, 2011, and 2912 (1 to 2 pages each).

- A fifth document in my personal request for Discovery: The debtors motion to not honor most of my Request. For the record I received nothing I already have.
- NNI's withdrawal of termination...Court Ordered! It also contained more pages than the documents I received per my Request!

Exhibit E – NNI's Application for LTD dated 2/24/1999

- Application for LTD
- Doctor Statements
- Medical Diagnosis, Prognosis

Exhibit F – Employee Awards

- Employee Suggestion Plan Awards for saving the company millions.
- Team Building and Continuous Improvement Awards
- Various awards, not included are 23 awards for educational classes while actively working. I continued to improve myself in every area I touched at NNI thus so many attempts to increase my knowledge base at NNI

Exhibit G – Estimated Proof of Claim

**NOTICE**

Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. Charles Vincent Barry respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, Charles Vincent Barry respectfully requests the entry of an Order, in the form attached:

1. Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2. Compel the Debtors to compensate Charles Vincent Barry in full for LTD benefits projected to age 65; Total Claim being $702,184.42. This was an estimate I compiled and I reserve the right to a professional verify any settlement.

3. Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to Charles Vincent Barry.

Dated: October 17, 2012

_____
Charles Vincent Barry
4090 Old Franklinton Road
Franklinton, N.C., 27525
Telephone: 919-528-3868
Facsimile: N/A

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE