IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date:       Feb. 12, 2013 at 10 a.m. |
| | ) RE:                 D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

Att: To the Honorable Judge
David D. Bird
United Bankruptcy Court
District Of Delaware
824 North Market ST
3rd Floor
Wilmington, Delaware 19801

Robert J. Ryan
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Rafael X Zahralddin-Aravena, ESQ
Elliot Greenleaf
1105 N. Market ST
Suite 1700
Wilmington, DE 19801

**Nortel Networks & Honorable Judge Kevin Gross**

Please understand that Nortel never clarified through documentation until 2010 that we were ever in or cared about. I never ever dreamed that Nortel would conceive or be the kind of company that discarded me. I am dying; my health is now to the degree that I have cancer in both kidneys. I will need a transplant in which I just recently received the news from the North Cancer Center. My health problems really derived from working with hazardous chemicals. No one in my family ever had asthma. I warned management Health Care providers that the solvents and Freon was a danger and it was ignored. I was really afraid for others whom I worked with and myself. If you read my social security documents you will be able to see that it was based upon what I told the Honorable Judge Frances Talbort. I mentioned that I was getting sick it is clarified under exhibit Nortel. In which they hired me an attorney to represent me so that I would not file under a workers comp claim against them. I paid for services from Ronald G Oberg. It really was a hidden deal from Management Health Services that I was not to discuss my matters to other employees. Now my health has deteriorated from having asthma, hypertension, neuropathy, diabetes, depression, and uncontrolled diarrhea every day from every bite of food I put in my body. I have lost over 160 lbs. and now I also have heart problems , a cyst that has developed on my heart, and my liver enzymes are not at average. My health is malnourished, and my spine is in terrible condition. Now my kidneys both have masses. Now if I lose my benefits I will not be able to afford Cobra and would become homeless. Because I would not be able to [pay off my mortgage. I have as well lost to a 32 year marriage due to Nortel, and my disabilities. I am alone please don't do this. I may have one day or a few years only God can tell. I had so much faith that I would be taken care of until I reached 65 from Nortel. There was no indication because I had paid for the coverage prior to my disability and continue to due so. I really did not get a free ride like Nortel would like you to think. Nothing in this world is free. My todays are your tomorrows. Nortel has caused me so much distress that I will fight for my rights. Nortel obligated themselves from the beginning. Never did they say once in the beginning that I would lose benefits before age 65. Now because it benefits them Please don't forget about our LTD folks we are human, disabled, and distressed. I have supplied documents to the best of my abilities. I will lose everything my life my home my family my friends and I will never have the ability to look forward to tomorrow. Do you believe this is right? Thank you for taking the time to read my heartfelt objection as well as considering Nortels obligation to , me and other LTD employees. I object to all Nortel Claims.

    Respectfully,
    Miriam Stewart

Name:  Miriam Stewart

Address:  2615 Baileys Xrds RD
         Benson, NC 27504

Phone #:  919- 894- 8040

**Signature:**

*Miriam L. Stewart*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
|  | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
|  | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
|  | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

My Objections for examination.

Please examine all the attachments I have included in my objections. Especially Exhibit B and then the attachments that moved me to Prudential. None state that I would not be protected until the age of 65. One of the great interest is Exhibit B-2 1 of 5 Dated 6/25/1997 From Cigna which the paragraphs are highlighted.

Remember that I will be homeless, no transportation, no income other than social security. It doesn't cover my monthly expenses, Food, Housing, Utilities, Medicines nor Physician assistance that I will be able to afford.

Thank You,
Miriam Stewart

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Name: Miriam Stewart

Address: 2616 Baileys Xrds RD
Benson, NC 27504

Phone #: 919- 894- 8040

Signature: