*Exhibit A-1*
*1 of 1*


**N⊙RTEL**
NORTHERN TELECOM

Date: FEB 12 97

Rt 1 Box 337-F,

Benson, NC

27504

RE: Long-Term Disability (LTD) Application Process

Dear: Miriam Stewart

The purpose of this letter is to advise you of the need to begin the LTD application process. Approved STD benefits are payable for 26 weeks following a five day waiting period unless the waiting period has been waived. Upon CIGNA's approval, LTD benefits are payable beginning 6 months from the date you were disabled.

The LTD application and review process requires approximately 8-10 weeks. Since your STD benefits will expire on MAR/20/97, the LTD application process must now begin. For this reason, I have enclosed for your completion your "LTD package". Also included in the package are informational materials to assist you in the application process. Because the LTD application is more complex than the STD process, I encourage you to make an appointment with Health Services. During this meeting, we will also review your package contents and address any questions or concerns you may have. Please call me at (800) 684-9863 to make an appointment.

As indicated above, CIGNA determines claim approval or denial. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to submit your LTD claim in a timely manner may result in a lapse of benefits between the exhaustion of your STD benefits and the onset of your LTD benefits.

You must also now apply for social security. Contact your local social security office for information as soon as possible.

Please bring or mail your completed application to:

> Northern Telecom
> Health Services - M/S   407009
> P.O Box 13010
> RTP, NC 27707

Call Faye Smith at 800-684-9863 if you need assistance with the application process. Contact HR Info Center at 1-800-676-4636.

Sincerely,

*919-*
*fox 992.*
*3702*

Health Services

| Name: | Miriam Stewart | Policy No.: | 1 of 9 of A21 |
|---|---|---|---|
| Address: | 2615 Bailey's Cross Roads Rd | Social Security: | 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 |
| | Benson, N.C. 27504 | Date of Birth: | 8/25/57 |
| E-Mail Address: | | Phone No.: | 919-894-8040 |

## MEDICAL

What is your height? 64"    What is your weight? 281    lbs.

Please describe your *current* medical condition and any progress you believe you have made since you stopped working:

3.03 Asthma with 8. Episodes of severe attacks in spite of prescribed treatment, occurring at least once every 2 months or on an average of at least 6 times a year and prolonged expiration with wheezing or rhonchion physical exams between attacks or has worsened As time goes by

List *all* your medical conditions that you see a doctor for:

Astma        degenerative arthritis in spine
Obesity        Sight sometimes becomes impaired when sugar is high
diabetes      legs swell and feet hurt really bad.
              He degenerats and constant yeast infections

Provide the names, addresses and telephone numbers of *all* physicians who have treated you *within the past 12 months, and list all* medications you are *currently* taking, along with their dosage and frequency.

| Doctor's Full Name: Dr Vinod Singh | | | Specialty: M.D | |
|---|---|---|---|---|
| Central Medical Associates Address: 925 East Singh Plaza Benson, N.C. 27504 | | | Telephone: FAX: 919-894-2233 | |
| Please list corresponding medication(s) prescribed by this physician. | | | | |
| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
| Albuterol | PRSN | daily | Keri Drug | Benson, N.C. |
| Prilosec | 20mg 1x | daily | Kera Drug | " " |
| Accolate | 30N 2x | daily | | |
| Temazepam | 30Mg 1x | daily | " " | Benson, N.C. |
| Hydrocol/APAP | 7.5 3x | daily | " " | " " |

*(left margin: "Whaler Neubalyzer trial")*

| Doctor's Full Name: Dr John Mann | | | Specialty: MD | |
|---|---|---|---|---|
| Tilghman Drive Address: Dunn, N.C. 28334 | | | Telephone: 910-892-7175 FAX: | |
| Please list corresponding medication(s) prescribed by this physician. | | | | |
| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
| Prediniose | intravenous | plus + | | |
| Same as above He took care of me while my doctor | | | | |
| was out of the country and I was hospitalized for Astma | | | | |

4/6/01- 4/11/01? at Betsy Johnson Hosp. Dunn, N.C. 28334
Adt-3 11/00 He was only my physician during the hospital stay. He filled in for Dr. Singh

Exhibit A-2

To Whom This May Concern.

I have filled these forms
Out to the best of my ability If
you have any futher questions I will
try to respond the best I Can.

Thank-you,

Mirian Stewart

Here is list of other Med I take

Humlin Reg    used sliding scale        Ken Drug Benson
Actos    45mg      1 day                   "            "
maryl    4mg      2 x day                  "            "
Flovent    4 puffs every 12hrs            "            "

Doctor's Full Name: DR Allen HAYES   Specialty: Plumonary Spec.
Address: 3320 WAke Forest Road   Suit 200A   Raleigh, N.C.   Telephone: 876-5864   FAX:

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| Go once a year | and he | recomends that | | |
| meds DR sings | prescribe. | | | |

DR. J. Grant          Professor of Surgery 684-3314

Doctor's Full Name: DR Jaron Knowles   Specialty: MD General Surgery
Address: Duke University Medical Center   Durham, N.C. 27710   Telephone: 800 782-6945   FAX: 919-681-4053

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| Haven't prescribed anything yet | | | Will be having | |
| a surgical procedure through | | | Bariatric Clinic | |

(Note: If you require additional space, please supplement on additional paper.)

## PERSONAL CARE

What time do you usually get up? 5:00 Am          What time do you usually go to bed? 11:00 pM
Do you have any trouble sleeping? Yes ● No ○   Do you take naps? Yes ● No ○

Describe any changes in your sleeping habits since your condition began:

I don't sleep in a bed because I can breath easier Sitting in a chair so I sleep in a chair. I Take Restoral nightly to help me sleep.

Do you need any assistance in dressing and/or grooming? Yes ○ No ● If you need assistance in dressing and/or grooming, describe the help you require *and* how frequently:

Do you require the use of assistive devices to aid with ambulating? Yes ○ No ● If yes, please list the devices you utilize:

Do changes in your routine upset you? Yes ● No ○ If changes in your routine upset you, what is your response *or* reaction to these changes?

Stress will cause asthma attack
Blood pressure goes up.

Do you have any problems with your memory? Yes ○ No ● If you have problems with your memory, please describe the problems *and* how often they occur:

2
AdI-3 11/00

Breakfast ● Lunch ● Dinner ● If you do not prepare your own meals, who helps you?

Have your eating habits changed since your condition began? Yes ● No ⊙
Provide examples of the type(s) of meal(s) you prepare/eat *and* any changes in your eating habits:
I eat more convenice foods (microwave meals)
than before and I eat alone

## TRANSPORTATION

Do you have a valid driver's license? Yes ● No ⊙

Do you drive? Yes ● No ⊙     How many times per week do you drive?  Sometimes at least once
What is the distance you can travel as a driver? _15_ miles; as a passenger? _30_ miles
If you do not drive, has your doctor restricted you from driving? Yes ⊙ No ⊙

Do you take public transportation? Yes ⊙ No ● Do you need assistance to travel? Yes ⊙ No ●
If you need assistance to travel, describe why you need assistance; who assists you; and, any changes in your travel
since your condition began:

## HOUSEHOLD CARE

Do you live alone? Yes ⊙ No ● Are you married? Yes ● No ⊙

If you are married, what is your spouse's name? Eric Stewart     Date of Birth: 4/28/59
Does your spouse work? Yes ● No ● If yes, spouse's
occupation? My husband was employed by Midway airlines but was hoping
laid off on Sept 11, 2001 because of the attack on our country, He is hoping
Do you have dependent children? Yes ● No ⊙ If yes, please provide the following information:

| Dependent Name: Erika Leigh Stewart | Date of Birth:  8/9/88 |
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |

Are you responsible for the financial management of your household? Yes ⊙ No ● If you are responsible for the
financial management of your household, explain what you do (*for example*, write checks, pay mortgage, maintain
bank records, make bank deposits, etc.):

If you are not responsible for the financial management of your household, who is?  My husband
Eric Stewart

Do you have a power of attorney? Yes ⊙ No ● If yes, please provide us with the name of the individual and
relationship. Be sure to attach a copy of the power of attorney record to this document for file records.

Do you perform any type of housework? Yes ☑  No ☐

If you perform housework, check the kinds of household activities you do:
Laundry ☑  Dusting ☐  Vacuuming ☐  Washing dishes ☑  Mopping ☐  Gardening ☐  Lawn care ☐
Household repair ☐  House Painting ☐  Car care ☐  Trash ☐  Recycling ☐  Other ☐ *Specify*:

How often do you do household activities? Daily ●  Twice a week ☐  Weekly ☐  Monthly ☐
Approximate time spent on household activities: Daily? __4 hrs__   Weekly? 28 has   Monthly? 112 has

If you *do not* perform the above mentioned household activities, who is responsible for assisting you with these duties? In addition, please describe any changes in your ability to care for your household *and* any assistance required since your disability began: I can't tolerate any dusting or vacuuming my daughter takes over these chores. My husband does all major house repairs and car cares and gardening / lawn care

*If you have child care responsibilities* , as a parent, grandparent or baby-sitter, circle which one of these roles you provide, and answer the following questions on what child care are you able to provide:
Infants/Toddlers ☐
Bathing ☐  Changing clothes ☐  Changing diapers ☐  Feeding ☐  Carrying ☐  Lifting ☐  Reading ☐
Play activities ☐
Youths ☐
Reading ☐  Play activities ☐   Volunteer Work for School ☐   Volunteer Work for Sports leagues ☐
Transportation to school/sporting events ☐  Other ☐ *Specify*: _____ _____

Approximate time spent on childcare activities: Daily? _____ Weekly? _____ Monthly? _____

Do you require assistance to perform any of these childcare activities? Yes ☐  No ☐
If you require assistance to perform childcare activities, describe the assistance you need; who provides this assistance; and, how frequently you require this assistance:

## INTERESTS AND HOBBIES

Do you shop? Yes ☐  No ●
What kinds of shopping do you do? Food ☐  Clothes ☐  Gifts ☐  Other ☐ *Specify*: _____
How often do you shop? Daily ☐  Twice a week ☐  Weekly ☐  Monthly ☐
Approximate time spent on shopping: Daily? _____  Weekly? _____  Monthly? _____ _____
Do you require any assistance when you shop? Yes ☐  No ☐  If you require assistance when you shop, describe the assistance you require:
I don't like going anywhere there are large number of people because of perfumes, and solvents that I may come in contact with Husband does all shopping
Do you read? Yes ☑  No ☐  If you read, what do you read? Books/Novels ●  Magazines ●  Newspapers ●
Other ☐ *Specify*: _____
Approximate time spent reading: Daily? 4-5 hrs  Weekly? 35 has  Monthly? 140

Do you watch TV? Yes ●  No ☐  If you watch TV, how many hours do you watch daily? 3 to 4 hrs

Do you listen to the radio? Yes ●   ☐ No   ☐ If you listen to the radio, how many hours do you listen? 1 hrs
daily ... 7 hrs weekly

4
Adl-3  11 00

Swimming ⊗   Aerobics ⊗   Gym ⊗   Running ⊗   Bowling ⊗   Sports - Type: _____   Movies ⊗
*Don't have a hobby other than reading*
Do you own a computer? Yes ● No ⊗
Please check all computer skills you possess:   Word processing ⊗   E-mail ●   Spreadsheets ⊗   Database
Management ⊗   Computer Graphics ⊗   Web Page Design ⊗   Please provide your Web Page Address
_____

Continuing Education Courses ⊗   Other hobbies/interests not mentioned ⊗ *Specify:* Reading

How often do you do any given activity or hobby?  Daily ⊗   Twice a week ●   Weekly ⊗   Weekends ⊗   Monthly ⊗

What is the amount of time you spend on each activity/hobby mentioned?   3-4 a day  Reading

Has there been any change in your interests and hobbies, or in the frequency with which you participate in them, or in your requirement for assistance to participate in them since your disability began? Yes ● No ⊗ If there has been any change in your interests and hobbies, in the frequency you participate in them or in your requirement for assistance to participate in them, describe the change(s) and the assistance you require:

Yes, I used to go to Dog shows and was very comptive in handling and showing I had to give this up, because my Asthma and back wouldn't permit to enjoy. And since I have been on disability My ability to afford a hobby is Zip

## SOCIAL CONTACTS

Are you an active member of any club(s) or community organization(s)? Yes ⊗ No ●,
How often do you participate in these activities? Daily ⊗ Twice a week ⊗ Weekly ⊗ Weekends ⊗ Monthly ⊗

Please list the organizations you are presently a member of:

| Organization Name | Your Position | Responsibilities | Scheduled Meeting Days | Scheduled Times |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(Note: If you require additional space, please supplement on additional paper.)

Do you perform any volunteer work? Yes ⊗ No ●
If you do volunteer work, please provide the name of the volunteer program, describe your volunteer activities, frequency of participation, and scheduled hours of participation below:

| Volunteer Organization/Group | Activities Performed | Scheduled Days of Participation Each Week | Scheduled Hours Per Day; (provide times) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

(Note: If you require additional space, please supplement on additional paper.)

Do you visit with friends or relatives? Yes ⊗ No ●
How often do you visit? Daily ⊗ Twice a week ⊗ Weekly ⊗ Weekends ⊗ Monthly ⊗

5
Adl-3  11:00

change in your social contacts or you require assistance to maintain these social contacts, describe the change(s) and assistance you require: *My family members are all dead but my mother who is in a nursing home and she doesn't know who I am anymore. Which this has bothered me very badly.*

## ONGOING EDUCATION/TRAINING

*Check* your highest level of *formal* education completed:
Elementary school: 1 ⊙ 2 ⊙ 3 ⊙ 4 ⊙ 5 ⊙ 6 ⊙ 7 ⊙ 8 ● Secondary school: 9 ⊙ 10 ⊙ 11 ⊙ 12 ⊙ GED ●
College/University 13 ● 14 ⊙ 15 ⊙ 16 ⊙ , Name of College/University _Campbell University_
Post Graduate ⊙  Name of College/University: _____

Are you presently attending college? o Yes  ●No. For a Degree? o Yes  o No  Type: _____
Name of college _____       Address _____
Number of years completed: _____   Anticipated Graduation Date: _____
Area(s) of concentration: _____

Are you presently pursuing any vocational training? (i.e. formal training obtained through business, vocational, or other training institutions.)  *No*
Where? _____       When? _____
Length of training: _____
Certificates or licenses obtained: _____

Have you, or, are you presently pursuing any other training or adult classes in computers, personal finance, real estate, crafts, art, etc.? o Yes  ●No. If yes, please advise type of classes, facility name and location, frequency of classes, duration, and dates of class(es).

Military Services Training:      o Yes  ●No      Type: _____
Where? _____       When? _____
How skill was used: _____

Are you currently active in the military reserves? o Yes o No  Branch: _____
Branch Location: _____

## REHABILITATION EFFORTS

Have you participated in a rehabilitation or retraining program? Yes ⊙  No ● If you have participated in a rehabilitation or retraining program, provide the name of the program, along with the address and telephone number of the provider, counselor name, and the dates of the program:

Are you currently working? Yes ⊙  No ●
If yes, how many hours per week do you work? _____
Please provide the name and address of the employer, position held, and current salary.

6
Adl-3  11/00

If you are not presently working, do you believe that you will be able to return to work? If you do not believe that you will be able to return to work, describe the reason(s) supporting your belief:

*because I have a hard time Keep oxygen level up and I would have a hard time holding a job because of being out due to Asthma attacks, and severe back pain and other*

| OTHER INCOME | *medical problems.* |

Please report all the current sources of income you receive and the amount received from each source:

| Type of Income | Please check: | Effective Date | Amount of Benefit | |
|---|---|---|---|---|
| Social Security Disability –Primary * | Yes ● No ⊖ | 10/1998 | 12,648.00 | 2001 yr |
| Social Security Disability Dependent/Spouse* | Yes ⊖ No ● | | | |
| Social Security Retirement* | Yes ⊖ No ● | | | |
| Social Security Survivor* | Yes ⊖ No ● | | | |
| Pension and/or Retirement Benefits* | Yes ⊖ No ● | | | |
| Workers' Compensation Benefits* | Yes ⊖ No ● | | | |
| Individual or group disability benefits secondary to this claim coverage | Yes ⊖ No ● | | | |
| Any other type of government benefits* | Yes ⊖ No ● | | | |
| Auto Insurance Settlement* | Yes ⊖ No ● | | | |
| Rehabilitative Employment | Yes ⊖ No ● | | | |
| Other: | | | | |
| Other: | | | | |

***If not previously provided,** attach a copy of any award/denial notice you have received.*

| Social Security Application Information |

Please provide the status of your SS disability claim. (check all that apply)

Primary: ✗ No application filed        ⊖ Approved, Date: 10/1998
⊖  Pending: Level (please circle): Initial, Reconsideration. Administrative Law Judge, Date: _____
⊖  Denied: Level (please circle): Initial, Reconsideration. Administrative Law Judge, Date: _____
⊖  Appeal Filed (on most recent denial): Yes ⊖  No ⊖, Date filed: _____
(Please provide copies of correspondence from Social Security regarding status of application.)

Family: ⊖  No application filed    ⊖  Approved, Date: 10/1998
⊖  Pending: Level (please circle): Initial, Reconsideration. Administrative Law Judge, Date: _____
⊖  Denied: Level (please circle): Initial, Reconsideration. Administrative Law Judge, Date: _____
⊖  Appeal Filed (on most recent denial): Yes ⊖  No ⊖, Date filed: _____

Do you have an attorney of record or an agency representing you in your claim for SS disability benefits. or for any other type of income benefit? Yes ⊖  No ●  If you do have an attorney or agency representing you, provide name. address and telephone number:

Notice to all persons completing this questionnaire . It is fraudulent to fill out this form with information you know to be false or to knowingly omit important facts. Criminal and/or civil penalties can result from such actions. The information I have provided on this form is accurate to the best of my knowledge.

*Claimant Signature* Miriam Stewart                    *Date*  2/14/01

*If someone other than the insured has completed form, please provide the name and telephone number.*

*Printed Name*                                        *Telephone*

Signature

8
Adl-3  11/00

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0144

| For SSA Use Only - Do NOT Complete This Item. | |
|---|---|
| Name of Wage Earner *Miriam L. Stewart* | Social Security Number *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* |
| Name of Claimant | Social Security Number |
| Type of Claim: | |

Title II — ☐ Freeze ☑ DIB ☐ DWB ☐ CDB Title XVI — ☐ Disability ☐ Blind ☐ Child

## RECONSIDERATION DISABILITY REPORT

PLEASE PRINT, TYPE OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filing on behalf of someone else, answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT/ PAPERWORK REDUCTION ACT NOTICE: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows (1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g., to the General Accounting Office and the Veterans Administration); (3) to facilitate statistical research and audit activiites necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of Census and private concerns under contract to Social Security).
Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security Offices. If you want to learn more about this, contact any Social Security office.

Date Claim Filed *4/8/97*

### PART I — INFORMATION ABOUT YOUR CONDITION

1. Has there been any change (for better or worse) in your illness or injury since you filed your claim? .................................................... ☑ Yes ☐ No
If "Yes," describe any changes in your symptoms.

*Worse - found out had diabetes*
*Asthma worse*

2. Describe any physical or mental limitations you have as a result of your condition since you filed your claim.

*Can't be around oxidines, cleaning fluids, dust — Chemicals cause adverse reactions*

3. Have any restrictions been placed on you by a physician since you filed your claim? ........ ☑ Yes ☐ No
If "Yes," give name, address, and telephone number of the physician and show what kinds of restrictions have been imposed.

*Stay away from irritants*

4. Do you have any additional illness or injury that you feel we should know about? ........... ☑ Yes ☐ No
If "Yes," describe the kind of illness or injury and the date that it occurred.

*diabetes 5/97*

FORM SSA-3441-F6 (2-88)                    1                    ✪ Printed on recycled paper

## PART II — INFORMATION ABOUT YOUR MEDICAL RECORDS

5. Have you seen any physician since you filed your claim? ........................... ☑ Yes    ☐ No
   If "Yes," provide the following about the physician you last visited:

NAME *Dr Vinod Singh*

ADDRESS *(Include ZIP Code)* *Benson  NC*

AREA CODE AND TELEPHONE NUMBER

HOW OFTEN DO YOU SEE THIS PHYSICIAN? *every 2-3 weeks*

DATE YOU SAW THIS PHYSICIAN *9/10/97*

REASONS FOR VISITS *Chest pains*

TYPE OF TREATMENT RECEIVED *(Include drugs, surgery, tests)* *Ck blood gases, diabetes, echo-cardiogram*

6. Have you seen any other physician since you filed your claim? ........................... ☐ Yes    ☐ No
   If "Yes," show the following:

NAME *Dr Allen Hayes*

ADDRESS *(Include ZIP Code)* *Raleigh Internal Med. Raleigh NC*

AREA CODE AND TELEPHONE NUMBER

HOW OFTEN DO YOU SEE THIS PHYSICIAN?

DATE YOU SAW THIS PHYSICIAN *8/13/97*

REASONS FOR VISITS *Second opinion*

TYPE OF TREATMENT RECEIVED *(Include drugs, surgery, tests)* *exam*

If you have seen other physicians since you filed your claim, list their names, addresses, dates and reasons for visits in Part V.

7. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended
   care facility for your illness or injury since you filed your claim? ........................... ☑ Yes    ☐ No
   If "Yes," show the following:

NAME OF FACILITY *Betsy Johnson Hospital*

ADDRESS OF AGENCY *(Include ZIP Code)* *Dunn NC*

PATIENT OR CLINIC NUMBER

WERE YOU AN INPATIENT? (Stayed at least overnight)
☑ Yes    ☐ No    IF "YES," SHOW ⟶

DATES OF ADMISSIONS AND DISCHARGES *5/97 — for abt 5 days*

WERE YOU AN OUTPATIENT?
☐ Yes    ☑ No    IF "YES," SHOW ⟶

DATES OF VISITS

REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT *asthma*

TYPE OF TREATMENT RECEIVED *(Include drugs, surgery, tests)* *steroids, tests, medications*

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, list the names, addresses, patient or clinic numbers, dates and reasons for hospitalization, clinic visits, or confinement in Part V.

8. Have you been seen by other agencies for your injury or illness? ........................... ☐ Yes    ☑ No
   (VA, Workmen's Compensation, Vocational Rehabilitation, Welfare, Special Schools, Unions, etc.)
   If "Yes," show the following:

NAME OF AGENCY

ADDRESS OF AGENCY *(Include ZIP Code)*

YOUR CLAIM NUMBER

DATES OF VISITS

NAME OF COUNSELOR, SOCIAL WORKER, ETC.

TYPE OF TREATMENT OR EXAMINATION RECEIVED *(Include drugs, surgery, tests)*

If more space is needed, list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part V.

## PART III — INFORMATION ABOUT WORK

9. Have you worked since you filed your claim? .......................................... ☐ Yes  ☑ No

If "Yes," you will be asked to give details on a separate form.

## PART IV — INFORMATION ABOUT YOUR ACTIVITIES

10. How does your illness or injury affect your ability to care for your personal needs?

*Can care for self*

11. What changes have occurred in your daily activities since you filed your claim?
(If none, show, "None")

*Can't breathe at night – have to sit up all night – No energy to do things. Can't do lifting. husband & daughter help with HH chores.*

## PART V — REMARKS AND AUTHORIZATIONS

12.(a) READ CAREFULLY: I authorize the Social Security Administration to release information from my records, as necessary to process my claim, as follows:

Copies of my medical records may be furnished to a physician or a medical institution for background information if it is necessary for me to have a medical examination by that physician or medical institution. The results of any such examination may be given to my personal physician.

Information from my records may also be furnished, if necessary, to any company providing clerical and administrative services for the purposes of transcribing, typing, copying or otherwise clerically servicing such information. The State Vocational Rehabilitation Agency may also have access to information in my records to determine my eligibility for rehabilitative services.

I understand and concur with the statement and authorizations given above, except as follows (If there are no exceptions, write "None" in the space below. If you do not concur with any part of the above statement, state your objections clearly):

12.(b) Telephone number where you can be reached: *919-894-8040*     Best time to reach you:

**12.(b)** Use this section to continue information required by prior sections. Identify the section for which the information is provided. Note: This section may also be used for any special or additional information which you wish to be recorded.

Dr. Manjusii Chatterjee MD
Cary NC
       saw 8/97

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

The **Paperwork Reduction Act of 1995** requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

**TIME IT TAKES TO COMPLETE THIS FORM:** We estimate that it will take you about 30 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. **Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.**

**Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law, I certify that the above statements are true.**

NAME (SIGNATURE OF CLAIMANT OR PERSON FILING ON THE CLAIMANT'S BEHALF)

SIGN
HERE ▶

DATE 9/12/97

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state, and ZIP code) | Address (Number and street, city, state, and ZIP code) |

Northern TelecomHealth Services   Tel  919  992-1733(ESN 255)
MS 407009                          Fax  (919)  992-3702
P.O. Box 13010
Research Triangle Park, NC
27709
USA

# N☾RTEL
## NORTHERN TELECOM

Date: April 29, 1997

Dear  Miriam,

I am sending you a copy of your Long Term Disability application
for your files.  This is the same information that has been
forwarded to CIGNA for your continued disability under Nortel's
Long Term Disability plan.  CIGNA will notify you of their
decision, or if any additional information is needed.

If I can be of further assistance, please call me at (919) 992-
1733.

Sincerely,

Faye S. Smith, RN
Disability Case Mgr.
Nortel Health Services



# COPY

**Long Term Disability Checklist**



HEALTH SERVICES
NTP

EMPLOYEE _Miriam Stewart_    BUS. UNIT _____    DEPT. # _____

## PROCEDURE

1.  In order to request LTD benefits, it is your responsibility to timely complete and return the following LTD forms:

    - _Reimbursement Agreement._ Complete this form and sign and have witnessed. This form tells CIGNA if you want your LTD benefit reduced or not while you pursue social security benefits. Return with your LTD package.

    - _Attending Physician's Statement of Disability Group Benefits._ Take this form to your treating physician to complete. CIGNA must be provided with proof of disability, from the day you first missed work due to disability through to present. If several physicians are treating you or have treated you for your disability conditions, request additional statements for these physicians to complete. Return with your LTD application.

    - _Group Long Term Disability Claim Form._ Legibly complete, date, and sign the Claimant's Statement Sections. Return this form with your LTD package.

    - _W-4S Request for Federal Income Tax Withholding From Sick Pay._ Complete the upper portion of this form by indicating the amount of Federal Income Tax you wish to have withheld from your LTD benefit. There is a $88.00 monthly minimum. Sign and date this section of the form. Return the completed form with your LTD application. You may request not to have federal income tax withheld by entering 0 in the appropriate space.

    - _Disability Questionnaire._ Complete this form and return with your LTD application.

2.  Return the above forms (Your LTD package) and a copy of your birth certificate or driver's license to Health Services by _____. Failure to return the forms by this date can result in a lapse between the expiration of your STD benefits and the onset of your LTD benefits. Failure to return your LTD packet can jeopardize your employment status.

3.  You and Health Services will be notified by mail from CIGNA upon your approval/denial of LTD benefits. If your LTD claim is approved, CIGNA will send your first and subsequent LTD checks to you at the address indicated on your LTD application.

4.  CIGNA determines LTD approval and continuation. Therefore, it is imperative that you respond promptly to CIGNA's requests for additional information. Failure to do so could result in the suspension or termination of LTD benefits.

## BENEFIT ENTITLEMENT

1.  Outlined below are the monthly Medical, Dental, Vision, Hearing, Supplemental and Spousal and Dependent Life premiums that are currently being deducted from your short term disability benefits, and must be continued through your disability period to prevent disability discontinuance. Health Care $6.92 + Doctor 88.87 Life Insurance _-0-_ + Spousal Life 9.75 + Dependent Life 1.65 = 107.19 Total.

Revised 6/28/94



GROUP LONG TERM DISABILITY



Connecticut General Life Insurance Company
Insurance Company of North America
INA Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

*70% LTD*

| TO BE COMPLETED BY EMPLOYER | | |
|---|---|---|
| Name of Employee **STEWART, MIRIAM** | Social Security Number **243 02 2147** | Account Number **2059005** |
| Date Hired **10/15/1984** | Effective date of Employee's LTD Coverage with CIGNA Co. **10/16/1984** | Was employee's LTD insurance issued on the basis of a statement of physical condition? ☐ Yes ☒ No   If yes, attach copy. |
| Basic Earnings **492.31 Wk. 2133.33 Mo.** | Date of Last change in earnings **3/18/1996** | Last Date(s) Worked **9/12/1996** Hrs. **8** | Date(s) Returned to Work **UNKNOWN** |
| Has employee been terminated? ☐ Yes ☒ No | | If yes, Date | Reason |
| Percentage of employee contribution toward disability premium (see Internal Revenue Code Section 105(a) and Regulations thereunder) ____% | Employee's contributions were made on: ☒ Pre- or  ☐ Post-Tax basis | Premium paid thru date **3/21/97** |
| Was salary continue beyond last day worked? ☒ Yes ☐ No | If yes, Weekly Amount $ **492.31** | Paid Thru **3/24/97** |
| Has employee received short term benefits? ☒ Yes ☐ No | If yes, Weekly Amount $ **492.31 -wk alo 100%** $ **443.08 -wk alo 90%** | From **9/18/96** | Thru **3/21/97** |
| Has employee received state disability benefits? ☐ Yes ☒ No | If yes, Weekly Amount $ | From | Thru |
| Has employee filed a Workers' Compensation claim? ☐ Yes ☒ No | If yes, Weekly Amount $ | From | Thru |
| Name and address of Workers' Compensation Carrier | | |

492.31 -100%0
443.08 -90%0

| Is employee eligible for Group Pension? ☐ Yes ☐ No | If yes, Monthly Amount $ | Contribution to pension ____% | Effective | Is this a  ☐ Disability Pension  ☐ Early Retirement  ☐ Normal Retirement |
|---|---|---|---|---|

List any other source of income to which the employee is entitled as a result of this disability

Occupation  **Associate II**                 Attach job description if available; if not, describe job duties

Please check the appropriate blocks:
☐ Exempt   ☐ Management   ☐ Supervisory   ☐ Union Local #   ☒ Salaried   ☒ Full time ☐ Part Time
☒ Non-exempt ☒ Non-Management ☒ Non-supervisory ☒ Non-Union   ☐ Hourly   Hrs/Wk **40**

Was employee's job primarily ☐ sedentary or ☐ did it involve considerable physical activity?
As closely as possible, please estimate the percent of time spent:
____ Sitting   ____ Walking   ____ Stooping   ____ Pushing   ____ Carrying*
____ Standing  ____ Climbing  ____ Bending   ____ Lifting*
* If job duties require lifting or carrying, indicate average and maximum weights handled.

Remarks

| Employer **Northern Telecom Inc.** | Division | |
|---|---|---|
| Address **P.O. Box 13010   RTP, NC 27709** | | Telephone Number **1-800-676-4636** |
| Signature of authorized representative **Vicki Hodges - Phone** | | Date **2/26/97** |

COPY

7. Please list any hobbies and/or have you developed any new interests/hobbies since you became disabled.

   *Use to raise canaries was a real bird fancier but due to dust from feathers I have had to give up so I have tried to become more computer freindly.*

8. Please indicate the extent of your formal education.
   Circle one:  1  2  3  4  5  6  7  8  9  10  11  (12)  years
   College:  (1)  2  3  4  years   Master_____  Ph. D._____
   Trade School: _____

9. Briefly describe your past work experience for the last 20 years. Begin with your most recent job description.

   | | Job Title | Duties | Years Worked |
   |---|---|---|---|
   | a. | *Ass II* | *Flexible cell Assisting Any job -* | *12 years* |
   | b. | *Assy II* | *Assembled computer* | *5 years* |
   | c. | *Child care/caretaker* | *took care of children* | *5 years* |
   | d. | | | |

10. Have you contacted your State Department of Vocational Rehabilitation?

    Circle one:       Yes      (No)

11. Would you be interested in vocational rehabilitation assistance?

    Circle one:      (Yes)      No

12. Do you anticipate returning to your previous job or any other occupation in the near future?

    Circle one:      (Yes)      No

    If yes, when?   *Not really certain*

    If no, why?   _____

13. Telephone No: ( *919* )  *894-8040*

# INFORMATION THAT MAY HELP YOU GET SSI

You may be eligible for SSI if one or more of the following apply to you. If you think they might, contact your local Social Security office as soon as possible to file an application for SSI.

## A Plan For Achieving Self-Support (PASS)

A PASS can help you reach a work goal. It lets you set aside money and/or things you own to pay for things you need to reach the goal. For example, you could set aside money to start a business, go to school or get training for a job.

Any person who receives SSI because of a disability or blindness may have a PASS. In addition, a person who has a disability or is blind and does not receive SSI because his or her income or resources are too high may use an approved plan to become eligible for SSI.

Money that is saved under a PASS will not count against your resource limit of $2,000 ($3,000 for a couple) while the plan is in effect—usually up to 36 months. (In certain situations, it can be extended to 48 months.)

We can write a plan for you or you can get someone to help you write one. But we must approve the plan before you can use it.

## Burial Fund

You (and your spouse) can set aside up to $1,500 each to pay for burial expenses. In most cases this money will not count as a resource for SSI.

If you (and your spouse) own life insurance policies or have other burial arrangements in addition to your $1,500 burial funds, some of the money in the burial fund may count toward the resource limit of $2,000 for an individual or $3,000 for a couple.

Interest earned on your burial fund that is left in the fund does not count as a resource for SSI.

## Getting SSI While You Are Trying To Sell Excess Resources

You may be able to receive SSI for some months if you:

- Sign an agreement which allows you to receive SSI while you are trying to sell the property that causes your resources to be over the limit, *and*

- You agree to repay any SSI you receive while trying to sell the property.

## What If Your Income or Resources Change?

You may become eligible for SSI if your income or resources change. Contact us again if this happens.

**GROUP LONG TERM DISABILITY**

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York
CIGNA companies

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information or conceals for the purpose of misleading, information concerning any material thereto, commits a fraudulent insurance act, which is a crime.

**CIGNA**

**TO BE COMPLETED BY EMPLOYEE**
**PLEASE TYPE OR PRINT - BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM**

| Name of Employee | Social Security Number | Sex | Date of Birth |
|---|---|---|---|
| MIRIAM STEWART | 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 | M ☐ X F | 25 AUG 57 |

| Mailing Address (Address where you may be reached during the next six months) | Zip Code | Phone Number (Inc. Area Code) |
|---|---|---|
| RT 1 BOX 337-F  BENSON NC | 27504 | (919-)  894-8040 |

| Name of spouse | Spouse's Date of Birth | Is spouse employed? | If yes, | Spouse's Social Security Number |
|---|---|---|---|---|
| Eric | 4-28-59 | ✓Yes  ☐No | ☐Full Time  ☐Part Time | |

Do you have children under age 18? ✓Yes ☐No
Do you have children age 18-19, who are full time students in elementary or secondary schools? ☐Yes ✓No
Do you have any handicapped children (regardless of age)? ☐Yes ✓No
If you answered yes to any of the above questions, please list names and dates of birth

| Name | Date of Birth |
|---|---|
| ERIKA STEWART | August 9, 1988 |

List states in which you may be liable for filing tax returns  N.C.

| Date of accident or beginning of sickness | Date you became totally disabled | Date you plan to return to work |
|---|---|---|
| 9/27/96 | 9/27/96 | uncertain |

Describe in your own words what is wrong with you (if accident, describe circumstances)
Severe Asthma, Depression, Back pain, Hypertension

| Name(s) of Attending Physician(s) | Address and Phone Number | Date first consulted |
|---|---|---|
| DR. Vinod Singh | 925 E. Singh Plaza  P.O. Box 779  Benson, N.C. 27504 | 9/27/96 |

| Name(s) of Hospital(s) | Address | Date Entered - Date Discharged |
|---|---|---|
| | | |

Have you applied for Social Security Benefits? ✓Yes ☐No
If yes, attach a copy of your Social Security notice for you and your dependents or a copy of your Social Security denial. If you have not applied, please do so as soon as possible. If you have not received a determination, please attach a copy of your receipt for application.

Are you a Veteran? ☐Yes ✓No    If yes, have you applied for VA benefits for this disability? ☐Yes ☐No
Please attach a copy of your VA Disability Award.

Are you receiving or eligible to recieve:

| | | $ Amount / Frequency | Date Began | Date Paid Thru |
|---|---|---|---|---|
| ☐Yes | ✓No Salary Continuance | | | |
| ☐Yes | ✓No State Disability Benefits | | | |
| ✓Yes | ☐No Group Disability Income | | | |
| ☐Yes | ✓No Workers' Compensation | | | |
| ☐Yes | ✓No Pension Benefits | | | |
| ☐Yes | ✓No No=Fault Auto Disability Insurance | | | |
| ☐Yes | ✓No Any Other Disability Income (Please Identify) | | | |

**I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.**

| Signature of Employee | Date |
|---|---|
| Miriam L Stewart | 3-7-97 |

---

**AUTHORIZATION TO RELEASE INFORMATION**

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of this authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

| Signature of Employee | Date |
|---|---|
| Miriam L. Stewart | 3-7-97 |

CL 500469 (5/95)

# Social Security Administration
# Supplemental Security Income
Important Information

Office Address:  *LEAF BLVD.*
*...FIELD NC 27577*

*Miriam L. Stewart*

Office Hours:  9-4

Telephone Number:  934-5011

Date:  4/8/97

Social Security Number:  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

On _4/8/97_ we talked with _you_ about your eligibility for Supplemental Security Income (SSI). Based on that talk, we have made an informal decision that you are not eligible for SSI.

## Why You Are Not Eligible

We believe you are not eligible for SSI for the reason (s) checked below.

☐ You are not age 65 and are not blind or disabled.

☐ You are not a U.S. citizen, and the U.S. Immigration and Naturalization Service is not letting you stay in the U.S.

☐ You (or you and your spouse) have monthly income of about $ _____ . This is too high for SSI payments in your State. (See the enclosure for important information.)

☑ You (or you and your spouse) own resources worth about $ *(land)* *4pro* . This is more than the SSI limit of $ _____ . (See the enclosure for important information.)

☐ _____ told us that you do not want to file a claim for SSI.

☐ _____

## Why You May Want To File A Claim

You may want to file a claim for SSI if:

- You want a formal decision about your eligibility, or

- You disagree with our decision, or

- You want to give us more facts about your case.

See Next Page

Form SSA-L991-U3 (12-92)
Destroy Prior Editions

If you decide to file, you should do so right away. The sooner you file, the sooner we will make a formal decision about your eligibility. If we decide you are eligible, you could lose benefits if you file after ___6/8/97_____ .

## Things to Remember

This informal decision is only about your eligibility for SSI. This decision is not about your eligibility for Social Security benefits or Medicare.

## If You Have Any Questions

If you have any questions, you may call, write, or visit any Social Security office. If you call or visit our office, please have this letter with you and ask for _Ms. Dunn_____ . The telephone number is shown at the top of this letter.

Also, if you plan to visit, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Virginia Drummond/MT*
Manager

Enclosure

Form SSA-L991-U3 (12-92)





## REIMBURSEMENT AGREEMENT

I have filed a claim for benefits under the Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North America to _____NORTEL_____, for a period of Total Disability beginning on 20 MAR 97 .

I have read this policy or a description of its main features. I understand that LTD Monthly Benefits for any month are reduced by:

1)  any disability or Old Age benefits I receive on my own behalf under the Federal Social Security Act; and

2)  the amount my dependents received for that month on account of my disability under the Federal Social Security Act; or

3)  the amount of Old Age benefits my dependents received for that month on my account under the Federal Social Security Act.

If my claim for Social Security Disability benefits is denied, I agree to ask Social Security Administration to reconsider my claim. If necessary, I will appeal my Social Security claim to the hearing level.

While I pursue Social Security benefits, I would like my LTD benefit to be:

( )  Reduced          ( ✓ )  Not Reduced

by the amount of Social Security Benefits Life Insurance Company of North America assumes, I and my dependents would have received had my social security claims not been denied.

If I later receive Social Security Disability or Old Age Benefits for myself or my dependents, I will Reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that results from these benefits.

I understand that I must reimburse Life Insurance Company of North America only for the amount of this overpayment. I will make reimbursement in one lump sum, within 30 days after receiving my social security award. Life Insurance Company of North America may, at its option, unilaterally recover the overpayment by reducing future monthly benefits.

I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy.

_Mirian Stewart_                    _4-8-97_
Signature                          Date

_Guy Smith_
Witness

RF_US_LTD_REN_AGRE

**Disability Questionnaire**

COPY

7. Please list any hobbies and/or have you developed any new interests/hobbies since you became disabled.

Use to RAISE CANARIES WAS A REAL bird farier but due to dust From feathers I have had to give up So I have tried to become more computer freindly.

8. Please indicate the extent of your formal education.
Circle one: 1  2  3  4  5  6  7  8  9  10  11  (12)  years
College: (1)  2  3  4  years    Master_____ Ph. D._____
Trade School: _____

9. Briefly describe your past work experience for the last 20 years. Begin with your most recent job description.

| | Job Title | Duties | Years Worked |
|---|---|---|---|
| a. | Ass II | Flexible cell Assisting Any job - | 12 YEARS |
| b. | Assy II | ASSEmbled computer | 5 YEARS |
| c. | Child care/caretaker | took care of Children | 5 YEARS |
| d. | | | |

10. Have you contacted your State Department of Vocational Rehabilitation?

Circle one:        Yes        (No)

11. Would you be interested in vocational rehabilitation assistance?

Circle one:        (Yes)        No

12. Do you anticipate returning to your previous job or any other occupation in the near future?

Circle one:        (Yes)        No

If yes, when?    Not really certian

If no, why?    _____

13. Telephone No: ( 919 )  894-8040

Form **W-4S**
Department of the Treasury
Internal Revenue Service

COPY Request fo Federal Income Tax
Withholding From Sick Pay

► File this form with the payer of your sick pay

QMB No. 1545-0717

**1995**

Type or print your full name

MIRIAM L STEWART

Your social security number

2F3 | 02 | 2187

Home Address number and street or rural route

Rt 1 Box 337-F

City or town, state, and ZIP code

BENSON, N.C. 27504

Claim or identification number (if any)

I request income tax withholding from my sick pay payments.  I want the following amount to be withheld from each
payment. (See worksheet below)    $ 0.00

Employee's Signature ▼ Miriam L. Stewart                        Date 3/7/97

- - - - - -  Detach along this line.  Give the top part of this form to the payer, keep the lower part for your records.  - - - -

# *Disability Claim*



Connecticut General Life Insurance Company
Life Insurance Company of North America
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation



CIGNA

COPY

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

## ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY (PLEASE PRINT)

The insured is responsible for having this form completed by any/all treating physician(s), without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

### THIS SECTION IS TO BE COMPLETED BY THE PATIENT/INSURED

1. **NAME** MIRIAM L. STEWART

**EMPLOYER NAME** Nortel

**ADDRESS** Rt 1 Box 337-F

**SOCIAL SECURITY NUMBER** 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

**GROUP POLICY NUMBER**

**CITY** Benson  **STATE** NC  **ZIP CODE** 27504

**TELEPHONE** ( )

**OCCUPATION** Ass II

**DATE OF BIRTH**  Month 08  Day 25  Year 57

### THE REMAINING SECTIONS OF THIS FORM ARE TO BE COMPLETED BY YOUR PHYSICIAN(S)

1. **DIAGNOSIS (Including any complications)**

   (a) Diagnosis (Include ICD-9 or DSM-IV Code)
   296.32  301.9  crying spells, anxiety ↑ depressed mood. tiredness, anger ↑ helplessness,

   (b) Subjective symptoms _frustration, marital problems, many medical problems, (on medical leave now), H/o_

   (c) Objective findings (Please attach copies of current X-rays, EKG's, Laboratory Data and any clinical findings as applicable.) child hood abuse. panic attacks ↑ ↓ energy, interest, insomnia.

   (d) Are symptoms consistent with the clinical findings?  ☑ Yes  ☐ No, explain _____

   (e) Is illness work related?  ☐ Yes  ☐ No

   (f) If Pregnancy please indicate:  LMP: _____  EDC: _____  Actual Delivery: _____

2. **DATES OF TREATMENT**

   - Date patient first visited you for this accident/illness:  1st seen on  Month 11  Day 6  Year 96
   - Date patient first unable to work due to this accident/illness:  Pt. was on leave when seen 1st time
   - List frequency & date(s) patient was examined for this accident/illness:
   - Date of last visit:  3/12/97  Month  Day  Year

3. **NATURE OF TREATMENT (including Surgery & Medications prescribed, if any)**

   - Hospitalization on:  N/A  Month  Day  Year  **THROUGH**  Month  Day  Year
   - Surgery on:  Month  Day  Year  Type of Surgery:
   - Name and Address of Hospital: _____
   - Medications-type/dosage:  Paxil - 50mg po q AM  Therapy - individual
   - Other treatment methods (describe)  Recommend — Group therapy Biofeedback on 11/5/96? groups

**4. PHYSICAL LIMITATIONS / IF APPLICABLE:** In an 8 hour day is your patient able to:   *per Dr. Singh.*

|  | 0 hours | up to 2.5 hours | up to 5.5 hours | greater than 5.5 hours |
|---|---|---|---|---|
| Climb | ☐ | ☐ | ☐ | ☐ |
| Balance | ☐ | ☐ | ☐ | ☐ |
| Stoop | ☐ | ☐ | ☐ | ☐ |
| Kneel | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Crawl | ☐ | ☐ | ☐ | ☐ |
| Reach | ☐ | ☐ | ☐ | ☐ |
| Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Stand | ☐ | ☐ | ☐ | ☐ |

**Cardiac - If applicable (American Heart Association)**

☐ Class 1 - No Limitation
☐ Class 2 - Slight Limitation
☐ Class 3 - Marked Limitation
☐ Class 4 - Complete Limitation

Blood Pressure (last visit) _____ / _____

Please indicate the maximum level of ability (sedentary, light, medium, heavy) of your patient to:

_____ Lift   _____ Carry   _____ Push   _____ Pull

**Sedentary** = 10 lbs. maximum, walking occasionally. **Light** = 20 lbs. maximum, 10 lbs. frequently.
**Medium** = 50 lbs. maximum, 25 lbs. frequently, up to 10 lbs. constantly. **Heavy** = 100 lbs. maximum, 50 lbs. frequently, 20 lbs. constantly.

**5. MENTAL IMPAIRMENT/IF APPLICABLE:** Please complete the following (incomplete information will delay claim processing):

Axis I: *296.22*

II: *301.9*

III: *asthma*

IV: *moderate , medical problems, recent treat. for depression etc.*

V: Current GAF: *60*   Highest GAF in past year: *70*

Additional Comments: _____

**6. COMPETENCY**
Do you believe this patient is competent to endorse checks and direct the use of the proceeds thereof?   ☑ Yes   ☐ No

**7. EXTENT OF DISABILITY**   Patient's Regular Occupation   Any Occupation

When was patient able to go to work?   Mo. _____ Day _____ 19 _____   Mo. _____ Day _____ 19 _____

*Pt. is on medical disability Per Dr. Singh.*

**8. REHABILITATION**
(a) Is patient a suitable candidate for further PHYSICAL / PSYCHOLOGICAL rehabilitation services?   ☐ Yes   ☐ No

If no, explain: _____
(b) Can present job be modified to allow for handling with impairment?   ☐ Yes   ☐ No
(c) Is patient a suitable candidate for VOCATIONAL rehabilitation services?   ☐ Yes   ☐ No

If no, when: _____

**9. REMARKS**

*Pt. is improving. will start group Therapy in next weeks. makeing slow progress.*

| | | |
|---|---|---|
| DATE *3/14/97* | PRINT NAME (ATTENDING PHYSICIAN) M.D. *Manjusri Chatterjee* | SIGNATURE *M Chatterjee)* | DEGREE *M.D.* |

TELEPHONE NUMBER *(919) 859-2292*   FAX *(919)233-1533*   PROVIDER TAX ID NUMBER *56 - 1958089 -*

STREET ADDRESS *300 Keisler Dr. Suite 200*

CITY OR TOWN *CARY*   STATE (OR PROVINCE) *N.C.*   ZIP CODE *27511*

# Disability Claim



**CIGNA**

Life Insurance Company of North America
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

Any person who knowingly and with intent to defraud any insurance company or other person files a statement containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

## ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY (PLEASE PRINT)

The insured is responsible for having this form completed by any/all treating physician(s), without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

### THIS SECTION IS TO BE COMPLETED BY THE PATIENT/INSURED

1. **NAME** Miriam L Stewart
**EMPLOYER NAME** Nortel
**ADDRESS** Rt Box 337-F
**SOCIAL SECURITY NUMBER** 243.02-2187 – –
**CITY** Benson **STATE** N.C. **ZIP CODE** 27504
**GROUP POLICY NUMBER**
**TELEPHONE** (919) 894-8040 **OCCUPATION** Ass II
**DATE OF BIRTH** Month 8 Day 25 Year 57

### THE REMAINING SECTIONS OF THIS FORM ARE TO BE COMPLETED BY YOUR PHYSICIAN(S)

1. **DIAGNOSIS (Including any complications)**
(a) Diagnosis (Include ICD-9 or DSM-IV Code)
Severe Asthma, c frequent episodes of Acute Exacerbations

(b) Subjective symptoms  SOB c wheezing

(c) Objective findings (Please attach copies of current X-rays, EKG's, Laboratory Data and any clinical findings as applicable.)

(d) Are symptoms consistent with the clinical findings?  ☑ Yes   ☐ No, explain _____

(e) Is illness work related?   ☐ Yes   ☑ No

(f) If Pregnancy please indicate: N/A  LMP: _____  EDC: _____  Actual Delivery: _____

2. **DATES OF TREATMENT**
- Date patient first visited you for this accident/illness: Month 9 Day 27 Year 96
- Date patient first unable to work due to this accident/illness: Month 9 Day 27 Year 96
- List frequency & date(s) patient was examined for this accident/illness: 9/27/96, 10/1/96, 10/15/96, 10/23/96, 11/14/96, 1/8/97, 2/12/97, 3/6/97, 4/1/97, 4/2/97,
- Date of last visit: Month Day Year

3. **NATURE OF TREATMENT (Including Surgery & Medications prescribed, if any)**
- Hospitalization on: Month Day Year **THROUGH** Month Day Year
- Surgery on: Month Day Year  Type of Surgery: _____
- Name and Address of Hospital: _____
- Medications-type/dosage: Albuterol Nebulizer Treatments = QID or PRN
Serevent Inhaler = puffs BID  Atrovent Inhaler = puffs BID
Prednisone 10mg + Theodur SR 300 = BID
- Other treatment methods (describe)

**4. PHYSICAL LIMITATIONS / IF APPLICABLE:** In an 8 hour day is your patient able to: *N/A*

| | 0 hours | up to 2.5 hours | up to 5.5 hours | greater than 5.5 hours |
|---|---|---|---|---|
| Climb | ☐ | ☐ | ☐ | ☐ |
| Balance | ☐ | ☐ | ☐ | ☐ |
| Stoop | ☐ | ☐ | ☐ | ☐ |
| Kneel | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Crawl | ☐ | ☐ | ☐ | ☐ |
| Reach | ☐ | ☐ | ☐ | ☐ |
| Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Stand | ☐ | ☐ | ☐ | ☐ |

**Cardiac - If applicable**
**(American Heart Association)**

☐ Class 1 – No Limitation
☐ Class 2 – Slight Limitation
☐ Class 3 – Marked Limitation
☐ Class 4 – Complete Limitation

Blood Pressure (last visit) _148_ / _98_

Please indicate the maximum level of ability (sedentary, light, medium, heavy) of your patient to: *N/A*

_____ Lift    _____ Carry    _____ Push    _____ Pull

**Sedentary** = 10 lbs. maximum, walking occasionally. **Light** = 20 lbs. maximum, 10 lbs. frequently.
**Medium** = 50 lbs. maximum, 25 lbs. frequently, up to 10 lbs. constantly. **Heavy** = 100 lbs. maximum, 50 lbs. frequently, 20 lbs. constantly.

**5. MENTAL IMPAIRMENT/IF APPLICABLE:** Please complete the following (incomplete information will delay claim processing):

Axis I: _____*N/A*_____

II: _____

III: _____

IV: _____

V: Current GAF: _____  Highest GAF in past year: _____

Additional Comments: _____

**6. COMPETENCY**
Do you believe this patient is competent to endorse checks and direct the use of the proceeds thereof? ☑ Yes  ☐ No

**7. EXTENT OF DISABILITY**

Patient's Regular Occupation    Any Occupation

When was patient able to go to work?

| | Mo. | Day | 19 | Mo. | Day | 19 |
|---|---|---|---|---|---|---|
| | 9 | 27 | 96 | *Indefinite.* | | |

**8. REHABILITATION**
(a) Is patient a suitable candidate for further PHYSICAL / PSYCHOLOGICAL rehabilitation services? ☐ Yes ☑ No

If no, explain: _____

(b) Can present job be modified to allow for handling with impairment? ☐ Yes ☑ No
(c) Is patient a suitable candidate for VOCATIONAL rehabilitation services? ☐ Yes ☑ No

If no, when: _____

**9. REMARKS** *Patient continues to have recurrent episodes of acute exacerbation of Asthma, Nocturnal exacerbation, Asthma appears worsening. Patient may not ever be able to return to work. She will be closely monitored and work status will be addressed at a later date.*

| DATE | PRINT NAME (ATTENDING PHYSICIAN) | SIGNATURE | DEGREE |
|---|---|---|---|
| 2/1/01 | Vinod Singh | *(signature)* | M.D. |

| TELEPHONE NUMBER | PROVIDER TAX ID NUMBER |
|---|---|
| (919) 894-3933 | 56-180786 — |

STREET ADDRESS: 125 E. Singh MD, P.O. Box 119

| CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|
| Benson | N.C. | 27504 |

NH 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

PAGE 4

SG-SSA-16

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

MIRIAM L STEWART
RR1 BX 337-F
BENSON NC 27504

NAME OF PERSON TO CONTACT
ABOUT YOUR CLAIM: _____

```
: UNIT: MLTMLT       :
:                    :
:                    :
:                    :
: Sm. Hifield n c    :
:          4/8/97    :
```

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

BEFORE YOU RECEIVE A NOTICE OF AWARD:  934-5010

AFTER YOU RECEIVE A NOTICE OF AWARD:

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN 90 DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

CLAIMANT,
MIRIAM L STEWART

SOCIAL SECURITY CLAIM NO.
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

# AUTHORIZATION TO SECURE AWARD OR DISALLOWANCE INFORMATION
## ..SOCIAL SECURITY DISABILITY BENEFITS..

Complete the following form where indicated:

TO:
SOCIAL SECUIRTY ADMINISTRATION
DISTRICT OFFICE

SOCIAL SECURITY ADMINISTRATION
1 S. BRIGHTLEAF BLVD.
BUILDING 5
SMITHFIELD NC 27577

⬅ (USE LOCAL SSA OFFICE ADDRESS)

I, _Miriam L. Stewart_          _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_
　(Name of Claimant)              (Social Security Number)

Hereby authorize the Social Security Administration to either send a copy of the award or disallowance notice or furnish the information in item 2 below to:　CIGNA Companies
　　　　Special Risk Operations
　　　　12225 Greenville Ave., Suite 655
　　　　Dallas, Texas 72543

This information is required in the computation of benefits payable to me by that organization. I filed my claim for Social Security benefits with the district office at the above address.

Northern Telecom Work Location/Emloyer:

NORTHERN TELECOM              ✓ _Miriam Stewart_
　　Employer                       Signature of Claimant

P.O. BOX 13010                  _RR 1 B4 332-F_
　Street Address                    Street Address

RESEARCH TRIANGLE PARK, NC 27709    _Benson  NC 27504_

---

## SOCIAL SECURITY ADMINISTRATION REPORT

| NAME OF BENEFICIARY | SOCIAL SECURITY ACCOUNT NUMBER |
|---|---|

☐ 1. Has authorized us to send you a copy of his award or disallowance notice which is enclosed.

☑ 2. Has authorized us to furnish you the following information regarding his claim.

| Type of Claim Retirement or Survivor Disability | Date Claim Filed | Mo. of Settlement | Mo of 1st Payment | Amt. of 1st Payment | Current Mo. Benefit Amt. | Date of Allowance |
|---|---|---|---|---|---|---|
| ☑ | 4/8/97 ✓ | | | | | |

REMARKS: This information is furnished for your use in determining the amount of benefit payable under your benefit plans.
_Pending for a decision by 6/30/97_

SOCIAL SECURITY USE ONLY

Name and address to which information will be sent:

Signature: _Mary Tone_
Title: _Claim Rep_
Date: _4/8/97_

## RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

| PERSON TO CONTACT ABOUT YOUR CLAIM | SSA OFFICE | DATE CLAIM RECEIVED |
|---|---|---|
| TELEPHONE NUMBER (INCLUDE AREA CODE) | | |

Your application for Social Security disability benefits has been received and will be processed as quickly as possible.

You should hear from use within _____ days after you have given us all the information we requested. Some claims may take longer if additional information is needed.

In the meantime, if you change your address, or if there is some other change that may affect your claim, you - or someone for you - should report the change. The changes to be reported are listed below.

Always give us your claim number when writing or telephoning about your claim.

If you have any questions about your claim, we will be glad to help you.

| CLAIMANT | SOCIAL SECURITY CLAIM NUMBER |
|---|---|
| | |

### CHANGES TO BE REPORTED AND HOW TO REPORT
### FAILURE TO REPORT MAY RESULT IN OVERPAYMENTS THAT MUST BE REPAID

► You change your mailing address for checks or residence. To avoid delay in receipt of checks you should ALSO file a regular change of address notice with your post office.

► You go outside the U.S.A. for 30 consecutive days or longer.

► Any beneficiary dies or becomes unable to handle benefits.

► Custody Change—Report if a person for whom you are filing or who is in your care dies, leaves your care or custody, or changes address.

► You are confined to jail, prison, penal institution, or correctional facility for conviction of a felony.

► You become entitled to a pension or annuity based on your employment after 1956 not covered by Social Security, or if such pension or annuity stops.

► Change of Marital Status—Marriage, divorce, annulment of marriage.

► You return to work (as an employee or self-employed) regardless of amount of earnings.

► Your condition improves.

► If you apply for or begin to receive workers' compensation (including black lung benefits) or another public disability benefit, or the amount of your present workers' compensation or public disability benefit changes or stops, or you receive a lump-sum settlement.

**HOW TO REPORT**
You can make your reports by telephone, mail, or in person, whichever you prefer.

If you are awarded benefits, and one or more of the above changes occur, the change(s) should be reported by calling:

_____

(Telephone Number—Include Area Code)

# N⊕RTEL    CIGNA    BNR 

## DISABILITY QUESTIONNAIRE

**Please complete this form and return with your LTD Application.**

In order to assist with the processing of your disability claim, please complete this questionnaire and return it with your LTD application. If necessary, please use the reverse side of the form to complete any of the survey items.

1. Describe in your own words what prevents you from engaging in gainful employment.

   _Depression, Severe Asthma, Back problems, blood pressure_
   _Coming in contact with pollen, dust, solvents, perfumes_
   _cause REAL bad Attacks I don't do anything as far as house_
   _work because of dust and solvents used for cleaning._
   _I generally sleep in a chair At nite for fear of choking to death._
   _which cause problem with my back_

2. Please provide us with a copy of your birth certificate if this has not already been done.

3. List all the medications you take.

   _Paxil 30mg Paxil 20mg Prednisone, sulfacetamide Sod. Ophthalmic Solut._
   _Skelaxin 400mg, Promethazine, percect, Theodur 300mg. Cipro 250mg_
   _(sometime Naproxen) Aerobid, Proventil, Flovent, oral Ventilin For plumo aid_

4. Please identify the name and address of any hospital(s) in which you were confined during the last 12 months.

   Name: _____

   Address: _____

   _____

   Confined from: _____ thru _____

5. Advise current status of Social Security benefits.

   _Pending_

6. Briefly describe your activities during a normal day since your disability commenced.

   _Attending Doctor's appt, 3 times A week_
   _walking 1½ miles trying to build lung capacity. Reading,_
   _Attend weekly support group meeting. Day Activities are very low_
   _because my medical problem attacks At night and I'm very_
   _washed out during daytime. I cook sometime. Have been working_
   _At becoming more computer friendly. use a nebulizer 8 to_
   _10 times A day._

| **REPORT OF CONTINUING** | OFFICE Smithfield Social Security Office | | DATE March 16, 2002 |
|---|---|---|---|
| **DISABILITY INTERVIEW** | REPORT MADE | ☒ SELF HELP | PLACE OF REPORT |
| | ☐ IN PERSON | ☐ TELEPHONE | District Office |

| SOCIAL SECURITY NUMBER 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 | WAGE EARNER **MIRIAM A STEWART** | BENEFICIARY'S NAME IF NOT WAGE EARNER |
|---|---|---|
| PERSON REPORTING    ☒ BENEFICIARY | ☐ OTHER PERSON | (Show name, address, relationship, and why beneficiary is not reporting.) |

| NAME AND RELATIONSHIP | ADDRESS | WHY BENEFICIARY ISNOT REPORTING |
|---|---|---|
| | | |

| TYPE(S) OF ENTITLEMENT (CHECK ALL THAT APPLY.) | TITLE II | ☒ DIB | ☐ FZ | ☐ DWB | ☐ CDB | ☐ ESRD | ☐ HIB |
|---|---|---|---|---|---|---|---|
| | TITLE XVI | ☐ DI | ☐ DS | ☐ DC | ☐ BI | ☐ BS | ☐ BC |

PRIVACY ACT/PAPERWORK ACT NOTICE: The information requested on this form is authorized by the Social Security Act, Sections 205(a) and 1631(e)(a) and (b), and Title 20 CFR 404.1589 and 416.989. The information provided will be used to further document your claim and permit a determination about your continuing disability. Information requested on this form is voluntary. However, if you do not provide the required information, a decision based on the evidence in your file can result in a determination that your period of disability is ceased. While the information you furnish on this form would almost never be used for any purpose other than making a determination about your disability, such information may be disclosed by SSA for the following purposes: (1) To assist SSA in determining the right to Social Security benefits for yourself or another person; (2) To facilitate statistical research and audit activities necessary to assure the integrity and improvement of programs administered by the Social Security Administration, and (3) to comply with laws and regulations requiring the exchange of information between the Social Security Administration and another agency. These and other reasons why information about you may used or given out are explained in the Federal Register. If you would like more information about this, get in touch with any Social Security office.

Please use this form to describe your disabling condition since (date disability began or, if later, date of prior investigation.)    DATE: 11/30/98

Note: All information (except Part II) must reflect the beneficiary's (or his/her representative's) statements regarding the disabling condition since the last interview, i.e., the initial disability application or continuing disability investigation. This report will be one of the criteria in verifying continuing eligibility to disability benefits. If, after completion of the investigation it is determined that there no longer is a disabling condition, benefits will be terminated.

## PART I INFORMATION ABOUT YOUR CONDITION

1.
a. What is the disabling condition(s) for which you are receiving disability benefits?

Severe Asthma
Morbid Obesity

b. Has there been any change (for better or worse) in your disabling condition since you last reported such information to us?
☒ Yes (If "yes", describe any changes below.)    ☐ No

Have discovered I have diabetes Type 2
and also not for sure in first application that
I have ostoperosis.

c. Do you have any new injuries or illnesses?
☒ Yes (If "yes", describe below.)    ☐ No

Diabetes Type 2
Ostoperosis

2.
a. Do you feel you are able to return to work?
☐ Yes (If "yes", explain and describe any limitations in Part VI.)    ☒ No (If "no", explain in Part VI how your injuries or illness prevents you from working.)

b. Has your doctor told you that you are able to return to work?
☐ Yes (If "yes", answer items c, d and e.)    ☒ No    ☐ Did not say

Form **SSA-454 BK** (4-93)                    1

**2.**

**c.** List the name and address of the doctor(s) who told you to return to work.

Name

Address

**d.** What date did your doctor tell you that you could return to work? (Mo. Day, yr.)

**e.** Did the doctor restrict you to limited or part-time work?

☐ Yes (If "yes", explain in Part VI.)     ☐ No

## PART II -- INFORMATION ABOUT YOUR MEDICAL RECORDS

NOTE: When completing Part II, provide a summary of all medical examinations and treatments, which you have received in the last 12 months.

**3.**

| List the name address and telephone number of the doctor who has your latest medical records | If you have not seen a doctor, Check here ☐ |
|---|---|

NAME Dr. Vinod Singh

ADDRESS Central Medical Practice Singh Plaza Benson, N.C. 27504

TELEPHONE NUMBER 919-894-2233

| How often do you see this doctor? About every 4 to 6 weeks | Date you first saw this doctor I think it was in 1993 | Date you last saw this doctor 3/02 |
|---|---|---|

REASONS FOR VISITS *(show illness or injury for which you had an examination or treatment)* Checking for Asthma and to discuss Duke Hosp. visit

TYPE OF TREATMENT OR MEDICINES RECEIVED *(such as surgery, chemotherapy, radiation, and the medicines you take for your illness) or injury, if known. If no treatment or medicines, show "NONE".)* Refills on some of my medications Albuterol, Tenplazen, Lorcet

**a.** Have you seen any other doctors?   ☑ YES *(If "yes", show the following)*   ☐ NO

NAME Dr Allen Hayes Pulmonary Doctor Raleigh Pulmonary & Allergy Cons.

ADDRESS 3320 Wake Forest Road 3-200 A Raleigh, N.C. 27609

TELEPHONE NUMBER 919-876-5864

| HOW OFTEN DO YOU SEE THIS DOCTOR? I every couple of years | DATE YOU FIRST SAW THIS DOCTOR 3/96 | DATE YOU LAST SAW THIS DOCTOR 2/06/0X |
|---|---|---|

REASONS FOR VISITS *(show illness or injury for which you had an examination or treatment)* To see if he thought I could be a candidate for A gastric bypass he oversees or advises Dr. Singh my MD

TYPE OF TREATMENT OR MEDICINES RECEIVED *(such as surgery, chemotherapy, radiation, and the medicines you take for your illness) or injury, if known. If no treatment or medicines, show "NONE".)* To continue medication Dr Singh had prescribed. He also did different breathing test on me.

NAME Dr. Grant, Dr. Barbara Knowles Bariatic Clinic

ADDRESS Duke University Medical C. Duke Hosp. Durham, N.C.   History # CT7659

TELEPHONE NUMBER 919-684-8111

| HOW OFTEN DO YOU SEE THIS DOCTOR? Once | DATE YOU FIRST SAW THIS DOCTOR 2/6/02 | DATE YOU LAST SAW THIS DOCTOR 2/06/02 |
|---|---|---|

REASONS FOR VISITS *(show illness or injury for which you had an examination or treatment)* Morbid obesity

TYPE OF TREATMENT OR MEDICINES RECEIVED *(such as surgery, chemotherapy, radiation, and the medicines you take for your illness) or injury, if known. If no treatment or medicines, show "NONE".)* Need Advised that I ~~Have~~ a gastric by-pass. but concerns over my COPD levels in oxygen.

**NAME**
Dr. Eric Postel

**ADDRESS**
3320 Executive Drive
Suite 111
Raleigh, N.C.

**TELEPHONE NUMBER**
919-876-2427

| How often do you see this doctor? | Date you first saw this doctor | Date you last saw this doctor |
|---|---|---|
| Once | 4-16-01 | 4-16-01 |

**REASONS FOR VISITS** (show illness or injury for which you had an examination or treatment)

Vision became very blurring during hosp. stay due to high sugars concerns over damage to my eyes.

**TYPE OF TREATMENT OR MEDICINES RECEIVED** (such as surgery, chemotherapy, radiation, and the medicines you take for your illness) or injury, if known. If no treatment or medicines, show "NONE".)

Recommended that when sugar levels drop from taking steriods that sugar levels would improve 20/50 vision.

---

**4.** **Have you been hospitalized or treated at a clinic for your disabling condition?**    ☑ YES (IF "YES", SHOW THE FOLLOWING.)   ☐ NO

**NAME OF HOSPITAL OR CLINIC**
Betsy Johnson Hospital

**PATIENT OR CLINIC NUMBER**

**ADDRESS**
800 Tilghman Drive
Dunn, N.C. 28334

**WERE YOU AN INPATIENT? (I.E. stayed at least overnight?)**
☑ YES (IF "YES", FILL IN THE DATES BELOW)   ☐ NO

**WERE YOU AN OUTPATIENT?**
☐ YES (IF "YES", FILL IN THE DATES BELOW)   ☑ NO

| DATES OF ADMISSIONS | DATES OF DISCHARGES | DATES OF VISITS |
|---|---|---|
| 4-6-01 | 4-16-01 | |

**REASONS FOR HOSPITALIZATION OR CLINIC VISITS** (show illness or injury for which you had an examination or treatment)

Having chest pains, severe Asthma attacks lots of wheezing sugar out of control

**TYPE OF TREATMENT OR MEDICINES RECEIVED** (such as surgery, chemotherapy, radiation, and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE".)

Breathing treatments, IV's, heart monitoring Antibotics, steroids, x-rays observation.

---

**NAME OF HOSPITAL OR CLINIC**

**PATIENT OR CLINIC NUMBER**

**ADDRESS**

**WERE YOU AN INPATIENT? (I.E. stayed at least overnight?)**
☐ YES (IF "YES", FILL IN THE DATES BELOW)   ☐ NO

**WERE YOU AN OUTPATIENT?**
☐ YES (IF "YES", FILL IN THE DATES BELOW)   ☐ NO

| DATES OF ADMISSIONS | DATES OF DISCHARGES | DATES OF VISITS |
|---|---|---|
| | | |

**REASONS FOR HOSPITALIZATION OR CLINIC VISITS** (show illness or injury for which you had an examination or treatment)

**TYPE OF TREATMENT OR MEDICINES RECEIVED** (such as surgery, chemotherapy, radiation, and the medicines you take for your illness or injury, if known. If no treatment or medicines, show "NONE".)

---

**If you have been in other hospitals or clinics for your illness or injury, list the names, addresses, patient or clinic numbers, dates and reasons for hospitalization or clinic visits in Part VI**

**5.** Have you been seen by other agencies for your injury or illness?(VA, Workers Compensation, Vocational Rehabilitation, Welfare)
(List any other agencies, their addresses, your claim numbers, dates and treatment received in Part VI.)
☐ Yes (If "yes", fill in the information below.) ☑No

| NAME OF AGENCY | ADDRESS OF AGENCY |
|---|---|
| YOUR CLAIM NUMBER | |
| DATES OF VISITS (MO., DAY, YR.) | TYPE OF TREATMENT EXAMINATION OR MEDICINES RECEIVED |

If more space is needed list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part VI

**6.** Have you had any of the following tests?

| TEST | CHECK APPROPRIATE BLOCK OR BLOCKS | | IF "YES" SHOW | |
|---|---|---|---|---|
| | | | WHERE DONE | WHEN DONE |
| Electrocardiogram | ☑ YES | ☐ NO | Dr Singh's | 3/02 |
| Chest x-ray | ☑ YES | ☐ NO | Dr Singh Betsy Johnson | 4/8/01 |
| Other x-ray (specify) | ☐ YES | ☐ NO | 4/8/01 - 8/6 | 3/01 |
| Breathing Tests | ☑ YES | ☐ NO | Dr Singh's, Betsy Johnson Dr. Ha | |
| Blood Tests | ☑ YES | ☐ NO | & Duke Hosp. 2-6-02 | |
| Other (Specify) | ☐ YES | ☐ NO | | |
| Other (Specify) | ☐ YES | ☐ NO | | |
| Other (Specify) | ☐ YES | ☐ NO | | |
| Other (Specify) | ☐ YES | ☐ NO | | |

**PART III -- INFORMATION ABOUT YOUR ACTIVITIES**

**7.** Has your doctor told you to cut back or limit your activities in any way since the date shown on Page 1?
☐ Yes (If "yes", give the name of the doctor below and tell what he/she told you about cutting back or limiting your activities.) ☑No

NAME OF DOCTOR

EXPLANATION OF WHAT DOCTOR TOLD YOU

**8.** In the areas below, describe your daily activities and state what and how much you do of each; how often you do it; and any assistance you require.

PERSONAL MOBILITY (walking, moving about, exercising your legs, etc.)

I Really am limited on exercising because of my shortness of breath. I generally get up in morning bath then rest awhile and prepare something to eat then I rest a little bit after that and I generally try to clean up behind myself and I am not all that mobile.

PERSONAL NEEDS AND GROOMING (dressing, bathing, etc.):

I try to bath every or other day I'm having a huge problems with sores that will not heal and I try to keep those areas as dry As possible. I have to have someone else to trim my toe nails because I can't get to them.

**HOUSEHOLD MAINTENANCE (cooking, cleaning, shopping, and odd jobs around the house as well as any other similar activities):**

My household chores have suffered the most. My family can't no longer rely on me to do general cleaning or cooking. I have never enjoyed shopping so that is something I don't do

**RECREATIONAL ACTIVITIES AND HOBBIES (TV, radio, newspapers, fishing, bowling, musical instruments, etc.):**

I do watch a lot of TV, Read the news paper and listen to audio tapes. I have no hobbies that require any physical exersise. I do like to talk on the phone to my son and daughter.

**SOCIAL CONTACTS (visits with friends, relatives, neighbors, church, social clubs):**

I sometimes go to church on Sunday IF I had a real good night before where I rested well. I don't have living family members who live nearby. I don't travel

**OTHER (drive car, motorcycle, ride bus or subway, etc.)**

I do drive my car to the doctor's office sometimes in Benson, But if I have to go to the doctor in Raleigh or Durham My husband takes off and takes me. I drive probably 15% of what I drove out of 100% before.

| 9. | Have you attended (trade, vocational or academic) school or had any other type of vocational training since you began receiving disability benefits?  ☐ Yes (If "yes", explain below.)   ☑ No |
|----|----|

| 10. | Are you attending school?   ☐ Yes (If "yes", show the following)   ☑ No |
|----|----|

NAME OF SCHOOL

CURRENT GRADE

ADDRESS OF SCHOOL

## PART IV – INFORMATION ABOUT THE WORK YOU DID

When completing Part IV provide information since date that you became disabled.

| 11. | Since you became disabled, have you done any work?  ☐ Yes (If "yes", show the following for each work attempt, no matter how short it was.)   ☑ No |
|----|----|

| JOB TITLE (Be sure to begin with your usual job) | TYPE OF BUSINESS | DATES WORKED (Month and Year) | | DAYS PER WEEK | RATE OF PAY (PER HOUR, DAY, WEEK, MONTH OR YEAR) |
|---|---|---|---|---|---|
| | | FROM | TO | | |
| | | | | | |
| | | | | | |
| | | | | | |

12. Describe your basic duties (explain what you did and how you did it) below. Also, explain why you stopped working work attempt listed in item 11.

I did Assembly work and did a lot of brushing and Cleaning pcp boards Using chemicals and the dry material that formed on pcps would cause asthma attack. Also perfumes that people warn triggered attacks also. I would have severe attacks go on steroids get straighten out then I would have constant repeat eposides of attacks. Asthma exerts your energy.

## PART V – INFORMATION ABOUT REHABILITATION SERVICES

13. VOCATIONAL REHABILITATION

IMPORTANT: Even if it is determined that you are not disabled you may be eligible for continued payments if you are in an approved vocational rehabilitation program and meet other requirements of the law.

a. Are you receiving help such as services, training or counseling from the state vocational rehabilitation agency or other vocational rehabilitation program            ☐ Yes (If "yes", complete the following     ☒ No

b. What kind of help have you been receiving?

c. Do you expect to receive any type of training"        ☐ Yes (If "yes", when?)        ☒ No        | When

d. What is the name, address and phone number of your VR counselor, and the State vocational rehabilitation agency or other vocational rehabilitation service provider?

NAME

TELEPHONE NO. (Include area code)

ADDRESS

## PART VI – REMARKS

14. Use this section for additional space to answer any previous questions. Also use this space to give any additional information that you think will be helpful in the review of the continuing entitlement to Social Security disability benefits. (If you need more space, use a separate sheet of paper. Also, if you wish, you may attach any evidence that shows your current condition.)

I have battled with loss of energy from asthma. But since I have developed this diblating disease it has stole my life away. The quality of my life is so different than when before, not being able to have the breeth or energy to go and do with my family. To constantly be left behind because you are so afraid of not Knowing if you might have a reaction to something that cause the attacks. My eyesish is getting in poor shape the last year I can tell a big differents in my eyes and the feelings in my feet and legs.

**Remarks (continued)**

that the diabetes cause. And I can never ever get rid of the yeast infections so I'm tortured constantly by my medical conditions and I wouldn't wish any of these on anyone.

## PART VII – AUTHORIZATION AND NOTIFICATION STATEMENTS

I understand that this report will be used to determine whether to continue or to stop my disability benefits. I also understand that if I am receiving Social Security disability benefits and Supplemental Security Income payments, this questionnaire is applicable to both claims.

➤ Copies of medical records may be provided to a physician or medical institution prior to my appearance for an independent medical examination is an examination is necessary.

➤ Results of any such independent examination may be provided to my personal physician.

➤ Medical information may be furnished to any contractor for transcription, typing, record copying, or other related clerical or administrative service performed for the State Disability Determination Service.

➤ The State Vocational Rehabilitation Agency may review any medical evidence for determining my eligibility for rehabilitative services.

➤ I agree to notify the Social Security Administration if my medical condition improves or I go to work.

➤ I know that anyone who makes a false statement or representation of a material fact in an application or for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law. I affirm that the above statements are true.

| SIGNATURE of claimant or person filing on the claimant's behalf | DATE (Month, day, year) | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| Marian Stewart | 3/28/02 | 919 894 8040 |

MAILING ADDRESS (Number and street, Apt. No., PO Box, or Rural Route)
**2615 BAILEYS XRDS ROAD**

| CITY | STATE | ZIP CODE | ENTER NAME OF COUNTY IN WHICH YOU NOW LIVE |
|---|---|---|---|
| **BENSON** | **NC** | **27504** | **JOHNSTON** |

Witnesses are required only if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the individual must sign below, giving their full address.

| 1. SIGNATURE OF WITNESS | 2. SIGNATURE OF WITNESS |
|---|---|
| | |
| ADDRESS (No & Street, City, State & ZIP Code) | ADDRESS (No & Street, City, State & ZIP Code) |
| | |

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this

The paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may no conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

Form SSA-454-BK (4-02)

*Exhibit B-1*

*1 of 2 of B*

May 2, 1997

**CIGNA** Group Insurance
Life · Accident · Disability

MIRIAM W STEWART
RT 1 BOX 337-F
BENSON NC 27504

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

Re:    Claimant    : Miriam W. Stewart
       SS#         : 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
       Employer    : Northern Telecom
       Policy #    : 2059005
       Connecticut General Life Insurance Company

Dear Ms. Stewart:

Your application for Long Term Disability (LTD) benefits has been received. We have begun our evaluation of your claim and will notify you of our decision as soon as our evaluation is completed.

In the meantime, we would like to advise you about Social Security benefits and their impact on your LTD claim, if determined to be payable.

The LTD benefits provided by the contract are reduced by any Social Security benefits you receive. The contract allows us to estimate, beginning with the 6th month of disability, the amount of Social Security benefits you would be entitled to receive and to reduce your LTD benefits accordingly.

However, to avoid financial hardship, we will agree not to deduct an estimated Social Security (SS) benefit prior to your receipt of a Social Security Award *if* you:

1.    Apply for Social Security Disability benefits NOW,
2.    Promptly forward to us a copy of the receipt for your claim for Social Security Disability Insurance benefits, ***and***
3.    Sign and return the enclosed Reimbursement Agreement. This Agreement states that in the event you are awarded Social Security retroactively, you will agree to reimburse Life Insurance Company of North America for any LTD benefits overpaid. (If you have already submitted a signed Reimbursement Agreement, you do not have to complete a second one.)

Also, please send us a copy of your SS Award Certificate or Denial Notice as soon as you receive it, in addition to any other correspondence you have with the Social Security Administration--this will help keep our file up-to-date with regard to your SS claim.

Please note: If we do not receive your Reimbursement Agreement and proof that you have

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

SOCIAL SECURITY BENEFITS

**CIGNA** Group Insuran
Life · Accident · Disability

The following general information concerns Social Security Disability Income benefits and the possible effect on your Group Disability claim. They are offered to advise you of some of the benefits to which you MAY be entitled under the Social Security law. ANY SPECIFIC QUESTIONS REGARDING YOUR SOCIAL SECURITY CLAIM SHOULD BE REFERRED TO YOUR LOCAL SOCIAL SECURITY OFFICE.

If you are covered under Social Security, and are totally disabled as defined by the Social Security law you may be entitled to disability beginning with the sixth consecutive full month of disability. Terms of the Group Disability plan under which you are making claim provides that the group plan benefits are automatically adjusted to take into account any Social Security benefits to which you are entitled. Therefore, effective with the sixth month of disability we will assume you are receiving Social Security Disability benefits. We will reduce our benefits by the amount we estimate you are entitled to receive, unless you submit evidence that you have applied for these benefits and that they are not payable.

The Social Security law allows you to make application for disability income benefits at approximately the fourth month of disability. You should make application for Social Security Disability Income benefits (DIB) at your local Social Security Administration office. You will find the Social Security office listed in the telephone directory under United States Government, Department of Health, Education and Welfare.

When your Social Security DIB claim is processed, you will receive a "Certificate of Award" or "Disability Denial Notice". Whichever form is received, mail the original, or a copy, immediately to our office. If the original is sent, it will be returned to you.

If you have applied for Social Security Disability Income benefits and have been denied benefits on the basis that you are not totally disabled within the meaning of the law, we urge you to reapply and appeal for these benefits. You should carefully follow the instructions you receive from the Social Security Administration in reapplying. (There are time limits for appeal.) Please send us copies of any notices you subsequently receive.

If you are approved for Social Security benefits, you should also advise us of all benefits payable to your eligible dependents so that we may verify we are providing proper benefits to you under the Group insurance plan. Receipt of benefits by your eligible dependents may or may not affect your claim; however, we do encourage you to furnish this information. You should also notify us of subsequent changes in your Social Security benefits.

IF YOU OR YOUR SPOUSE ARE AGE 62 or older, please note the following. If you, the insured worker, are age 62 or older, please note the following. If you, the insured worker, are age 62 or older, you may be entitled to Social Security Retirement benefits immediately after you cease working. You should make application for these benefits even though you may be applying for Disability Income benefits at the same time. Receipt of Social Security Retirement or Old Age benefits does no waive any of your rights under your claim for Disability Income Benefits. The Social Security Administration is familiar with this situation and should be able to advise you on the proper filing of both claims.

In addition, if your spouse is age 62 or older, he or she may be entitled to benefits on your account because of your disability. We advise you to check with your local Social Security office regarding your particular situation.

B-2  10f 5

Exhibit B



CIGNA Group Insurance
Life · Accident · Disability

JUNE 26, 1997

MAIL: MIRIAM W STEWART
      RT. 1 BOX 337-F
      BENSON, NC 27504

TO:   MIRIAM W STEWART
      RT. 1 BOX 337-F
      BENSON, NC 27504

RE:   CLAIMANT      :  MIRIAM W STEWART
      CERTHOLDER    :  S243022187
      POLICY KEYS   :  205900501350   001011
      ACCOUNT NAME  : ·NORTHERN TELECOM INC
      COMPANY NAME  :  CONNECTICUT GENERAL LIFE INSURANCE COMPANY

WE ARE PLEASED TO ADVISE YOU THAT YOUR CLAIM FOR LONG TERM DISABILITY (LTD)
BENEFITS HAS BEEN APPROVED.  YOUR FIRST CHECK WILL BE SENT SEPARATELY  IN THE
AMOUNT OF $4357.54 REPRESENTING BENEFITS DUE FOR THE PERIOD OF 03-28-1997
THROUGH 06-30-1997.

PLEASE REFER TO ·THE ENCLOSED LTD BENEFIT WORKSHEET WHICH SHOWS HOW YOUR BENEFITS
WERE CALCULATED IN ACCORDANCE WITH THE PROVISIONS OF THE LTD CONTRACT.

YOU SHOULD BE AWARE OF THE FOLLOWING ITEMS CONCERNING YOUR LTD BENEFIT POLICY:

THE LTD CONTRACT PROVIDES BENEFITS AT 70.00% OF YOUR CONTRACTUALLY-DEFINED
EARNINGS LESS OTHER APPLICABLE BENEFITS YOU RECEIVE OR ARE ENTITLED TO RECEIVE
DUE TO YOUR DISABILITY.  BENEFITS COMMENCE FOLLOWING THE BENEFIT WAITING PERIOD
WHICH ENDS ON 03-27-1997.  YOUR CURRENT NET BENEFIT OF $1493.33 PER MONTH WILL
BE ISSUED AT MONTHLY INTERVALS AT THE END OF EACH BENEFIT PERIOD.  OF COURSE,
PAYMENT OF FUTURE BENEFITS WILL DEPEND ON CERTIFICATION OF YOUR CONTINUING
DISABILITY, AND ON OTHER, APPLICABLE CONTRACT PROVISIONS.

YOUR LTD BENEFITS ARE GENERALLY REDUCED BY ANY OTHER BENEFITS YOU RECEIVE, AND
IF SO STATED IN YOUR CONTRACT, BY ANY SOCIAL SECURITY BENEFITS YOUR DEPENDENTS
RECEIVE ON ACCOUNT OF YOUR SOCIAL SECURITY AWARD.  PLEASE NOTIFY US IMMEDIATELY
IF YOU ARE RECEIVING OR SHOULD BECOME ENTITLED TO RECEIVE ANY INCOME FROM OTHER
SOURCES SUCH AS SOCIAL SECURITY DISABILITY OR RETIREMENT, STATUTORY
DISABILITY**, EMPLOYER SICK LEAVE, VA, WORKERS' COMPENSATION, NO-FAULT, EMPLOYER
PENSION, ETC.

   **IF YOU WORK IN CALIFORNIA, HAWAII, NEW JERSEY, NEW YORK, RHODE ISLAND, OR
PUERTO RICO, YOU SHOULD BE ELIGIBLE FOR DISABILITY BENEFITS UNDER STATUTORY
DISABILITY BENEFIT PLANS.

IF YOUR GROSS LTD BENEFIT IS TO BE REDUCED BY ANY SOCIAL SECURITY BENEFITS TO
WHICH YOU ARE ENTITLED, YOU SHOULD HAVE ALREADY RECEIVED OR WILL BE RECEIVING

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

*B-2      2 of 3*

*Exhibit B*

**CIGNA** Group Insurance
Life · Accident · Disability

JUNE 26, 1997

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

MAIL: MIRIAM W STEWART
     RT. 1 BOX 337-F
     BENSON, NC 27504

TO:   VINOD SINGH MD
     804 S MARKET ST
     P O BOX 779
     BENSON, NC 27504

RE:   CLAIMANT     : MIRIAM W STEWART
     CERTHOLDER   : S243022187
     POLICY KEYS  : 205900501350  001011
     ACCOUNT NAME : NORTHERN TELECOM INC
     COMPANY NAME : CONNECTICUT GENERAL LIFE INSURANCE COMPANY

THIS LETTER IS IN REFERENCE TO THE ABOVE DISABILITY CLAIM.

WE ARE IN RECEIPT OF AND THANK YOU FOR YOUR RECORDS PROVIDED ON  THE ABOVE
PATIENT.  HOWEVER, WE WERE UNABLE TO DETERMINE WHEN YOU  EXPECT MS. STEWART TO
RETURN TO WORK.  PLEASE PROVIDE US WITH A  RETURN TO WORK PROGNOSIS AND
UP-TO-DATE STATUS RELATIVE TO HER  CURRENT MEDICAL CONDITION.

SHOULD THERE BE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.

SINCERELY,

ANDY GAITHER
SENIOR BENEFIT ANALYST

CC: MIRIAM W STEWART

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

ADDITIONAL INFORMATION FROM US CONCERNING SOCIAL SECURITY.

IN THE EVENT THAT THE SUM OF ANY OTHER BENEFITS YOU RECEIVE EXCEEDS YOUR GROSS LTD BENEFIT FOR A GIVEN PERIOD, THE CONTRACT PROVIDES A MINIMUM BENEFIT OF 100.00.

TO QUALIFY FOR BENEFITS UNDER YOUR LONG TERM DISABILITY CONTRACT, DURING THE FIRST 24 MONTHS, YOU MUST BE UNABLE TO PERFORM THE ESSENTIAL DUTIES OF YOUR OCCUPATION.  THEREAFTER, YOU MUST BE UNABLE TO ENGAGE IN THE ESSENTIAL DUTIES OF ANY OCCUPATION TO QUALIFY FOR BENEFITS, SUBJECT TO ANY OTHER BENEFIT LIMITATIONS STATED IN YOUR CONTRACT.  WE WILL BE REQUESTING PERIODIC UPDATES ON THE STATUS OF YOUR DISABILITY AND WE RESERVE THE RIGHT TO HAVE YOU EXAMINED BY A PHYSICIAN OF OUR CHOICE.

PLEASE NOTE THAT MONTHLY BENEFITS ARE PAYABLE ONLY WHILE YOU ARE UNDER THE CARE OF A LICENSED PHYSICIAN.

OUR EVALUATION OF YOUR CLAIM FOR LONG TERM DISABILITY BENEFITS IS NOW COMPLETE AND WE ARE PLEASED TO ADVISE THAT YOU ARE ELIGIBLE FOR CONTINUING DISABILITY BENEFITS.  FUTURE BENEFITS WILL BE PAID IN ACCORDANCE WITH THE CONTRACT PROVISIONS AND ON RECEIPT OF PROOF OF CONTINUING DISABILITY.

PLEASE BE ADVISED THAT BEGINNING WITH YOUR APRIL BENEFIT WE BEGAN  DEDUCTING $107.19 PER MONTH IN PREMIUMS AS ADVISED BY YOUR  EMPLOYER.

SHOULD YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME.


SINCERELY,


ANDY GAITHER
SENIOR BENEFIT ANALYST


CC: NORTHERN TELECOM

**CIGNA Group Insurance**

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: MIRIAM W STEWART | POLICYHOLDER: | NORTHERN TELECOM | ACCT # | 2059005 |
|---|---|---|---|---|

Social Security:

| | 03/28/97-03/31/97 | $ 199.12 |
|---|---|---|
| | 04/01/97-04/30/97 | 1,493.33 |
| | 05/01/97-05/31/97 | 1,493.33 |
| Date of Disability:  09/27/96 | 06/01/97-06/30/97 | 1,493.33 |

| | TOTAL PAYABLE | $4,679.11 |
|---|---|---|
| Duration of Waiting Period:  26 WEEKS | | |
| | LESS PREMIUMS OF $107.19 PER MONTH FOR APRIL, MAY & JUNE. | |
| Benefit Start Date:  03/28/97 | | – 321.57 |
| | PAYABLE TO CLAIMANT | $4,357.54 |

**LTD BENEFIT COMPUTATION-**       **Direct Offset**

Monthly Benefit Levels for This Case -       Maximum: _____       Minimum:  $100.00

1. Gross Benefit - Not to Exceed Maximum Shown Above

   70.00% Of Basic Monthly Salary of       $2,133.33       $1,493.33

2. Other Benefits from Code Section Below       Code       Amount

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | $0.00 |
| _____ | $0.00 |
| TOTAL | $0.00 |

3. Gross Benefit - Other Income       $1,493.33       NET MONTHLY BENEFIT  =  $1,493.33

4 Daily Rate (Amount on Line 3 divided by 30)       49.78

4.  BENEFIT PAYBLE FROM       04/01/97       THRU       04/30/97       $1,493.33

   Total Number of Days Payable       0
   Total Number of Months Payable       1

**CODE**
SSD= Approved/Estimated Federal al Security Disability
SSR= Approved/Estimated Federal Social Security Old Age Benefits
SD = State Disability or any Employer Sponsored Income Benefit Plan
W/C = Workmen's Compensation or Similar Law

SC = Salary Continuance
PEN= Pension
STD= Short Term Disability

CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: MIRIAM W STEWART | POLICYHOLDER: | NORTHERN TELECOM | ACCT # | 2059005 |
|---|---|---|---|---|
| Social Security #: 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 | | | | |

Date of Disability: 09/27/96

Duration of Waiting Period: 26 WEEKS

Benefit Start Date: 03/28/97

## LTD BENEFIT COMPUTATION-     Direct Offset

Monthly Benefit Levels for This Case -     Maximum: _____     Minimum: $100.00

1. Gross Benefit - Not to Exceed Maximum Shown Above

   70.00%   Of Basic Monthly Salary of     $2,133.33          $1,493.33

2. Other Benefits from Code Section Below

| | Code | Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | $0.00 |
| | _____ | $0.00 |
| | TOTAL | $0.00 |

3. Gross Benefit - Other Income   $1,493.33          NET MONTHLY BENEFIT  =   $1,493.33

4 Daily Rate (Amount on Line 3 divided by 30)          49.78

4. BENEFIT PAYBLE FROM   03/28/97   THRU   03/31/97          $199.12

   Total Number of Days Payable   4
   Total Number of Months Payable   0

CODE
SSD= Approved/Estimated Federal al Security Disability
SSR= Approved/Estimated Federal Social Security Old Age Benefits
SD = State Disability or any Employer Sponsored Income Benefit Plan
W/C = Workmen's Compensation or Similar Law

SC = Salary Continuance
PEN= Pension
STD= Short Term Disability

June 10, 1998

Miriam Stewart
RR1 Box 337-F
Benson, NC 27504

**CIGNA** Group Insurance
Life · Accident · Disability

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

Re:   Claimant     :Miriam Stewart
      SS#          : 243.02.2187
      Employer     : Northern Telecom
      Policy #     : 2059005
      Connecticut General Life Insurance Company

Dear Ms. Stewart:

We are pleased to provide this notification to you about your Northern Telecom Inc., Long Term Disability (LTD) plan benefits. The current LTD plan which began on July 1, 1994, provides for a cost of living adjustment (COLA) for Long Term Disability benefits. The COLA applies to Core and Supplemental LTD benefits and applies to each year after the first year of Long Term Disability benefits. The first adjustment is payable for the calendar month following the first anniversary date after LTD benefits began.

To be eligible for the LTD plan COLA, an employee must have been actively at work with Northern Telecom Inc. **and** covered by the current Northern Telecom Inc. Long Term Disability plan on or after July 1, 1994. Since your LTD period started after July 1, 1994, and you meet the eligibility criteria, you are eligible for the LTD plan COLA.

The COLA increases your total LTD benefit per month by the lessor of:

1.   60% of the percentage increase in the U.S. Department of Labor Consumer Price Index for Urban Wage Earners & Clerical Workers (CPI-W) during the 12 calendar months ending on the preceding November 30th; or

2.   6%

Effective April 1, 1998 your monthly net LTD benefit was adjusted by $13.44 reflecting a COLA based on a CPI of 1.5%. Therefore, your net benefit has been increased from $1493.33 to $1506.77 per month. Thereafter, your monthly benefit will be $1506.77. A copy of the COLA calculation sheet is enclosed for your reference.

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

Miriam Stewart
page 2

Your LTD benefit payment will be mailed under separate cover. Should you have any questions,
please feel free to contact this office.

Sincerely,

Grace Wynns
Managed Disability
CIGNA Group Insurance
1-800-352-0611 ext.8704

cc: Northern Telecom

# CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

INSURED: Miriam Stewart    POLICYHOLDER: NORTEL    ACCT #:    2059005

Social Security #: 243022187

Date of Disability: 9/27/96

Duration of Waiting Period: 26 weeks

Benefit Start Date: 3/28/97

LTD BENEFIT COMPUTATION-    Direct Offset

Monthly Benefit Levels for This Case -    Maximum: _____    Minimum: 100.

1. LTD % - Not to Exceed Maximum Shown Above
   70% Of Basic Monthly Salary of    2133.33    1493.33

2. Other Income Benefits

   |   |   | Code | Benefit |
   |---|---|------|---------|
   | A. | Approved/Estimated Federal Social Security Disability | _____ | Ø |
   | B. | Approved/Estimated Federal Social Security Old Age Benefits | _____ | _____ |
   | C. | Workmen's Compensation or Similiar Law | _____ | _____ |
   | D. | State Disability or any Employer Sponsored Income Benefit Plan | _____ | _____ |
   | E. | Other - Refer to Comments | _____ | _____ |

3. Item 1 minus Item 2   2 = $ 1493.33    MONTHLY PAYMENT AMOUNT:    $ 1493.33

   COLA Adjustment:

   (60% X 1.5 = .90)    X .90%

   COLA Increase:    $ 13.44

   Previous Monthly Benefit:    $ 1493.33

   NEW BENEFIT INCLUDING COLA    $ 1506.77

   Cola worksheet for 12/97-11/98

   6/10/98.

Cola was due 4/98- (owe for 4/98 - 5/98) (13.44 x 2) = $26.88

B-4    1 of 2

NOVEMBER 5, 1998



**CIGNA** Group Insurance
Life · Accident · Disability

MERIAM STEWART
ROUTE 1 BOX 337-F
BENSON, NC 27504

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

Re:    Claimant      :Meriam Stewart
       SS#           :243-02-218
       Employer      : Northern Telecom
       Policy #      : 2059005
       Connecticut General Life Insurance Company

Dear Mrs. Stewart:.

Congratulations! You received a favorable decision concerning your appeal for Social Security
Disability benefits.

As a results of retroactive Social Security Disability benefits approval, your Long Term
Disability claim may be substantially overpaid. Please contact our office immediately upon
receipt of any of the following:

1.    Your Social Security Award Notice showing your date of entitlement and the
      monthly benefit amount.

2.    Your retroactive Social Security benefit check.

3.    Your initial monthly Social Security Disability check.

A copy of your award notice should be sent to this office as soon as received.

Do not spend any of the retroactive award that you receive from the Social Security
Administration, we will recalculate your claim and advise you of the overpayment amount. A
major portion of the retroactive award will be money owed to Connecticut General Life
Insurance Company. This is within your policy provisions. A copy of the Reimbursement
Agreement you signed stating that you understood you would be required to reimburse
Connecticut General Life Insurance Company for the full amount of any overpayment that may
result from a Social Security Award is enclosed for your review.

So as not to cause financial hardship, your Long Term Disability benefits may continue to be
issued up to December 31, 1998. If by the time your December 1998, benefit check has been
issued, you have not received one of the items mentioned above, we will need a statement from
the Social Security Administration as to the reason for a delay in benefits being issued. Upon

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

11/5/98
M. Stewart
Page 2

receipt of this statement, we will determine if benefits will be continued and you will be advised accordingly. In the absence of an award amount, we will estimate social security disability benefits beginning 01/01/99. In the meantime, should you have any questions, please feel free to contact this office. Enclosed is a self-addressed envelope for your convenience.

Sincerely,

Grace Wynns
Managed Disability
CIGNA Group Insurance
1-800-352-0611 ext. 8704

Enclosure

1-800-
532-9288

**CIGNA** Group Insurance
Life · Accident · Disability

March 30, 1999

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

MIRIAM STEWART
2615 BAILEY'S X-ROAD
BENSON, NC 27504

RE:   Claimant          :     Miriam W. Stewart
      File/SS#          :     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
      Policy Name       :     NORTEL
      Policy Number     :     2059005
      Company Name      :     Connecticut General Life Insurance Company

Dear Ms. Stewart:

This letter is in reference to our telephone conversation we had on 3/29/99.

Upon further review and speaking with Grace Wynns (previous Case Manager), your file will now be handled in our Rochester Claim Service Center for long term management. This is standard protocol for claims that have reached a certain time frame and claimants who have reached maximum medical improvement.

As discussed, this will verify that we received your refund on 2/24/99 in the amount of $21,401.81.

Should you have any questions regarding the ongoing management of your claim, please contact the Rochester Claim Service Center at **1-800-532-9288** and the operator will direct you to the **Case Manager handling your claim.**

Sincerely,

Jeff Garner
Case Manager
Managed Disability

Cindy (Rochester)
Ext 6570

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

*Exhibit B5   1 of 1*

Department of Health and Human Services
Social Security Administration
Office of Hearings and Appeals

DIWC 10 DAF TGP

## NOTICE OF HEARING

STEWART, MIRIAM

Claim for A Period of Disability and Disability
Insurance Benefits (Title II)

(Claimant - Wage Earner)

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

(Social Security Number)

TO:     Ms. MIRIAMSTEWART
        ROUTE 1 BOX 337-F
        BENSON, NC 27504

NOTE: IF YOU DO NOT APPEAR AT THE SCHEDULED
HEARING AND I FIND THAT YOU DO NOT HAVE GOOD
CAUSE FOR NOT APPEARING, I MAY DISMISS YOUR
REQUEST FOR HEARING WITHOUT FURTHER
NOTICE.

THE HEARING YOU REQUESTED WILL BE HELD BY ME AT:

        9:00 a.m. on Friday, October 09, 1998, at Wingate Inn, 4182 Sycamore Dairy Road
        in Fayetteville, NC

YOU SHOULD REPORT 30 MINUTES EARLY FOR YOUR HEARING IN ORDER TO REVIEW YOUR FILE.

ISSUES: The general issue to be decided is whether you are entitled to a period of disability under section 216(i) of the Social Security Act and to disability insurance benefits under 223(a). The specific issues to be decided are (1) whether you have enough Social Security earnings to be insured for disability and, if so, as of what date; (2) the nature and extent of your impairment; (3) whether your impairment has lasted or can be expected to last for at least 12 months; or can be expected to result in death; (4) your ability to engage in substantial gainful activity since your impairment began; and (5) when your disability, if any, began. If I find that you are entitled to disability insurance benefits, I will also decide whether your disability continues. This depends on whether there has been any medical improvement in your impairment(s) or whether one of the exceptions to medical improvement applies and whether (except for certain limited situations) you can again engage in substantial gainful activity. This hearing involves your request for hearing filed on 02/12/98. You should be prepared to prove you were under disability on or before the date you are last insured for disability.

If pertinent, an additional issue to be decided is whether the disability is based upon alcoholism or drug addiction, I will also decide whether the drug addiction and/or alcoholism is a contributing factor material to your disability.

PLEASE COMPLETE THE ENCLOSED ACKNOWLEDGEMENT FORM AND RETURN IT TO ME AT ONCE. If you cannot attend the hearing as scheduled, you must telephone me at once or state your reasons on the enclosed acknowledgement form and mail it to me immediately. I will advise you whether or not I find good cause to grant your request for a change in the time or place of hearing. I will find good cause where the evidence shows that you or your representative are unable to attend the scheduled hearing because of serious injury or illness, or death in the family, or severe weather conditions which make it impossible for your to travel to the hearing. I will consider other reasons you give for requesting a change and will determine the impact of the change on the efficient administration of the hearing process, including the effect on the processing of other scheduled hearings, delays which might occur in rescheduling your hearing, and whether any prior requests for changes were granted to you. If an emergency arises after you mail the acknowledgement form stating you will be present, notify me promptly.

PLEASE COMPLETE THE ATTACHED FORMS AND RETURN PROMPTLY IN THE ENVELOPE PROVIDED. KEEP THIS LETTER FOR YOUR RECORDS.

Signature:

        FRANCIS F. TALBOT
        Administrative Law Judge

Date:  September 15, 1998    Phone:  803-727-4511

Hearing Office Address:

        Office of Hearing & Appeals
        334 Meeting Street, Suite 125
        Federal Building
        Charleston, SC  29403

Representative:

        RONALD C. OBERG
        Attorney at Law
        200 PINE AVENUE STE 360
        LONG BEACH, CA  90802

cc:

        Social Security Office (484)
        1329 N. Brightleaf Blvd.
        Smithfield, NC  27577

B-6

FEBRUARY 3, 1999



**CIGNA** Group Insurance
Life · Accident · Disability

MIRIAM W. STEWART
RT. 1 BOX 337-F
BENSON, NC 27504

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9382
Telephone 972.907.6500
1.800.352.0611

RE:  Claimant:        Meriam Stewart
       SS#:             243022187
       Policy Holder:   Nortel
       Policy Number:   2059005
       Connecticut General Life Insurance Company

Dear Ms. Stewart:

This letter is in reference to your Long Term Disability (LTD) claim.

We have completed our review to determine if you are totally disabled from performing any occupation. Based on our evaluation, continued LTD benefits have been approved at this time.

According to the terms of your contract, we will periodically request from you and your attending physician proof of your continued total disability from any occupation. The payment of future benefits will depend on this certification, and on other, applicable provisions.

Thank you for your cooperation. Should you have any questions, please feel free to contact me.

Sincerely,

Grace Wynns
Cigna Group Insurance
Managed Disability

1-800-352-0611, Ext. 8704

cc: HR Info Center-Kim Pulliam
     Corporate Benefits-Lauren Owens
     US Disability Advisor-Faye Smith
     Benefits Team #4

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

*Exhibit B7*  1 of 14                                                                 20



CIGNA Group Insurance
Life · Accident · Disability

February 9, 1999

P.O. Box 2170
Bala Cynwyd, PA 19004

MIRIAM W STEWART
2615 BAILY'S X-ROAD,ROAD
BENSON NC 27504

RE:  CONNECTICUT GENERAL LIFE INSURANCE CO./Long Term Disability Claim
     NORTHERN TELECOM INC
     Policy #:  205900501350  001011                SS #:  S243022187

Thank you for advising us that you have recently been awarded Social
Security Benefits.  This letter will serve as a reminder that the receipt
of these benefits has resulted in an overpayment on your Long Term
Disability claim in the amount of $21,601.81.

A full refund of the above amount is expected within 30 days.  Until your
refund check is received we will withhold your monthly benefit amount of
$100.90 toward recovery of the overpayment.

A calculation sheet explaining how we arrived at the overpayment figure
and your new monthly benefit amount is enclosed for your review.

A copy of the Reimbursement Agreement signed by you is enclosed.  As you
are aware, by signing this Reimbursement Agreement you agreed to refund
any overpayment amount in full within thirty (30) days after receiving
the award.

Please send your refund for this overpayment, and a copy of this letter
in the enclosed return envelope.  Checks or money orders should be made
payable to CIGNA Group Insurance.  Please write the reference number
shown below on your check to ensure proper identification.

If you have any questions or concerns please contact me at the telephone
number shown below.

Sincerely,
STEVE REMINI
RECOVERY SPECIALIST 0204
Phone #:  1-888-249-0346

VM03

99-018-000039/D212/3277
Please use this reference number on your correspondence/checks.

*Exhibit B7  2 of 14*



## REIMBURSEMENT AGREEMENT

I have filed a claim for benefits under the Group Long Term Disability Policy #2019429 issued by Life Insurance Company of North America to _____ NORTEL _____, for a period of Total Disability beginning on 20 MAR 97 .

I have read this policy or a description of its main features. I understand that LTD Monthly Benefits for any month are reduced by:

    1)    any disability or Old Age benefits I receive on my own behalf under the Federal Social Security Act; and

    2)    the amount my dependents received for that month on account of my disability under the Federal Social Security Act; or

    3)    the amount of Old Age benefits my dependents received for that month on my account under the Federal Social Security Act.

If my claim for Social Security Disability benefits is denied, I agree to ask Social Security Administration to reconsider my claim. If necessary, I will appeal my Social Security claim to the hearing level.

While I pursue Social Security benefits, I would like my LTD benefit to be:

    ( )   Reduced          ( ✓ )   Not Reduced

by the amount of Social Security Benefits Life Insurance Company of North America assumes, I and my dependents would have received had my social security claims not been denied.

If I later receive Social Security Disability or Old Age Benefits for myself or my dependents, I will Reimburse Life Insurance Company of North America for the full amount of any overpayment on my Long Term Disability claim that results from these benefits.

I understand that I must reimburse Life Insurance Company of North America only for the amount of this overpayment. I will make reimbursement in one lump sum, within 30 days after receiving my social security award. Life Insurance Company of North America may, at its option, unilaterally recover the overpayment by reducing future monthly benefits.

I agree to give Life Insurance Company of North America any reasonable information about my Social Security claim needed to determine the monthly benefits I am entitled to under the Long Term Disability policy.

*Mirian Stewart*
_____
Signature

*4-8-97*
_____
Date

_____
Witness

Exhibit B7   3 of 16

**OVERPAYMENT SCHEDULE**

| DATE | PAID | SHOULD HAVE PAID |
|------|------|------------------|
| 3/28/97-6/30/97 | $4,679.11 | $313.33 |
| 7/97-12/97 | $8,959.98 | $600.00 |
| 1/98-5/98 | $7,493.53 | $501.80 |
| 6/98-11/98 | $9,040.62 | $605.40 |
| 12/98 | $100.00 | $100.90 |

|  | $30,273.24 | $2,121.43 |

**OVERPAID**   $28,151.81

**GROSS OVERPAYMENT**   $28,151.81

**LESS ATTORNEY FEE'S**
**\*Prior Fee Agreement**   $6,550.00

OVERPAID   $21,601.81

# CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

INSURED: _Miriam Stewart_  POLICYHOLDER: NORTEL  ACCT #: 2059005

Social Security #: _24302 2187_

Date of Disability: _9/27/96_

Duration of Waiting Period: _26 weeks_

Benefit Start Date: _3/28/97_

**LTD BENEFIT COMPUTATION-**  **Direct Offset**

Monthly Benefit Levels for This Case -  Maximum: _____  Minimum: _____

1. LTD % - Not to Exceed Maximum Shown Above

   _70%_ Of Basic Monthly Salary of _2133.33_  _1493.33_

2. Other Income Benefits  Code  Benefit

   A. Approved/Estimated Federal Social Security Disability  _A_  _961.00_
   B. Approved/Estimated Federal Social Security Old Age Benefits  _A·Dep_  _480.00_
   C. Workmen's Compensation or Similiar Law
   D. State Disability or any Employer Sponsored Income Benefit Plan
   E. Other - Refer to Comments

3. Item 1 minus Item 2   2 = $ _52.33_  MONTHLY PAYMENT AMOUNT:  $ _100.00_

   COLA Adjustment:

   (60% X 1.5 = .90)  X  .90%

   COLA Increase:  $ _.90_

   Previous Monthly Benefit:  $ _100.00_

   NEW BENEFIT INCLUDING COLA  $ _100.90_

   Cola worksheet for 12/97-11/98

   _Cola Correction._  _1/8/99._

*Exhibit B7 Safile*

20

# CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: MERIAM STEWART | POLICYHOLDER: NORTEL | ACCT #: 2059005 |
|---|---|---|

Social Security #: 243022187

Date of Disability: 09/27/96

BENEFITS REMAIN THE SAME @ $100.00 1/98 THRU 12/98

Duration of Waiting Period: 26 WEEKS

Benefit Start Date: 03/28/97

**LTD BENEFIT COMPUTATION-**          **Direct Offset**

Monthly Benefit Levels for This Case -     Maximum: _____     Minimum: $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

     70.000%  Of Basic Monthly Salary of     $2,133.33          $1,493.33

2.  Other Benefits from Code Section Below                    Code          Amount

     If Partial Month Offset:                                SSD           $961.00

     _____ Divided by 30 days x _____ of days =      SSD-DEP       $480.00

     _____ Divided by 30 days x _____ of days =      _____     $0.00

     _____ Divided by 30 days x _____ of days =      _____     $0.00

                                                      TOTAL   $1,441.00

3. Gross Benefit - Other Income     $52.33          NET MONTHLY BENEFIT  =   $100.00

4.  BENEFIT PAYABLE FROM     01/01/98     THRU     01/31/98          $100.00

         Total number of months payable     1

| CODE | | CODE | | OPID |
|---|---|---|---|---|
| SSD= | Approved/Estimated Federal Social Security Disability | SC= | Salary Continuance | |
| SSR= | Approved/Estimated Federal Social Security Old Age Benefits | PEN= | Pension | INITIALS   GW |
| SD= | State Disability or any Employer Sponsored Income Benefit Plan | STD= | Short Term Disability | |
| W/C= | Workmen's Compensation or Similar Law | | | DATE  01/08/99 |

*Exhibit B7  6 of 14*

# CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| | | | |
|---|---|---|---|
| INSURED: MERIAM STEWART | POLICYHOLDER: NORTEL | ACCT #: | 2059005 |

Social Security #:    243022187

Date of Disability:    09/27/96

BENEFITS REMAIN THE SAME @ 100.00 4/97 THRU 12/97

Duration of Waiting Period:    26 WEEKS

Benefit Start Date:    03/28/97

## LTD BENEFIT COMPUTATION-        Direct Offset

Monthly Benefit Levels for This Case -        Maximum: _____        Minimum:  $100.00

1.  Gross Benefit - Not to Exceed Maximum Shown Above

   70.000%  Of Basic Monthly Salary of        $2,133.33                $1,493.33

2.  Other Benefits from Code Section Below                Code        Amount

   If Partial Month Offset:                SSD        $961.00

   _____  Divided by 30 days x _____  of days =        SSD-DEP        $480.00

   _____  Divided by 30 days x _____  of days =        _____        $0.00

   _____  Divided by 30 days x _____  of days =        _____        $0.00

                              TOTAL        $1,441.00

3.  Gross Benefit - Other Income        $52.33        NET MONTHLY BENEFIT    =        $100.00

4.  BENEFIT PAYABLE FROM        04/01/97        THRU        04/30/97        $100.00

   Total number of months payable        1

| CODE | | CODE | | OPID _____ |
|---|---|---|---|---|
| SSD= | Approved/Estimated Federal Social Security Disability | SC= | Salary Continuance | INITIALS    GW |
| SSR= | Approved/Estimated Federal Social Security Old Age Benefits | PEN= | Pension | |
| SD= | State Disability or any Employer Sponsored Income Benefit Plan | STD= | Short Term Disability | DATE  01/08/99 |
| W/C= | Workmen's Compensation or Similar Law | | | |

*Exhibit B7*

*78 / 6*

# CIGNA Group Insurance

Life Insurance Company of North America
Connecticut General Life Insurance Company

| INSURED: MERIAM STEWART | POLICYHOLDER: NORTEL | ACCT #: 20059005 |
|---|---|---|

Social Security #:    243022187

Date of Disability:    09/27/96

Duration of Waiting Period:    26 WEEKS

Benefit Start Date:    03/28/97

**LTD BENEFIT COMPUTATION-**        **Direct Offset - Partial Month**

Monthly Benefit Levels for This Case –

| | | | | | |
|---|---|---|---|---|---|
| Maximum: | | Divided by 30 days x | 4 | # of Days = | $0.00 |
| Minimum: | $100.00 | Divided by 30 days x | 4 | # of Days = | $13.33 |

1. Gross Benefit - Not to Exceed Maximum Shown Above

    70.000% Of Basic Monthly Salary of    $2,133.33   Divided by 30 days x   4   # of Days = $199.11

2. Other Benefits from Code Section Below

| | | | Code | Amount |
|---|---|---|---|---|
| $961.00 | Divided by 30 days x | 4 | of days = | SSD | $128.13 |
| $480.00 | Divided by 30 days x | 4 | of days = | SSD-DEP | $64.00 |
| | Divided by 30 days x | | of days = | | $0.00 |
| | | | | TOTAL | $192.13 |

3. Gross Benefit - Other Income    $6.98        NET BENEFIT   =   $13.33

4. BENEFIT PAYABLE FROM    03/28/97   THRU   03/31/97        $13.33

| CODE | | CODE | | OPID |
|---|---|---|---|---|
| SSD= | Approved/Estimated Federal Social Security Disability | SC= | Salary Continuance | |
| SSR= | Approved/Estimated Federal Social Security Old Age Benefits | PEN= | Pension | INITIALS   GW |
| SD= | State Disability or any Employer Sponsored Income Benefit Plan | STD= | Short Term Disability | |
| W/C= | Workmen's Compensation or Similar Law | | | DATE  01/08/99 |

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: December 12, 1998
Claim Number: 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HA

MIRIAM L STEWART
RR 1 BOX 337F
BENSON, NC 27504

DEC 1 7 1998

You are entitled to monthly disability benefits beginning March 1997.

### The Date You Became Disabled

We found that you became disabled under our rules on September 14, 1996.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is March 1997.

### What We Will Pay And When

- You will receive $15,300.00 around December 18, 1998.

- This is the money you are due for March 1997 through November 1998.

- After that you will receive $993.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

### Your Benefits

We raised your monthly benefit amount beginning December 1997 and again in December 1998 because the cost of living increased.

Enclosure(s):
Pub 05-10153
Return Envelope
Form (HCFA-2690)

See Next Page

## Information About Medicare

You are entitled to medicare hospital and medical insurance beginning March 1999.

We will send your Medicare card in about 4 weeks. You should take this card with you when you need medical care. If you need medical care before you receive the card, use this letter as proof that you are covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Information About Lawyer's Fees

We have approved the fee agreement between you and your lawyer.

Your past-due benefits are $20,400.00 for March 1997 through November 1998. Under the fee agreement, your lawyer cannot charge you more than $4,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and your lawyer.

## How To Ask Us To Review The Determination On The Fee Amount

You, your lawyer or the person who decided your case can ask us to review the amount of the fee we say your lawyer can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

Your lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low. If we withheld past-due benefits to pay your lawyer's fee, we will not pay the fee until 15 days pass and no one asks us to review the amount of the fee.

If we do not hear from you or your lawyer, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Lawyer

Because of the law, we usually withhold 25 percent of total past-due benefits to pay an approved lawyer's fee. We withheld $5,100.00 from your past-due benefits to pay your lawyer. If we are not asked to review the amount of the fee, we will pay your lawyer $4,000.00 from the benefits we withheld. We will pay you the balance of the amount we withheld.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## Other Information

We are sending a copy of this notice to FRANCIS F TALBOT and RONALD C OBERG ESQ.

## Do You Disagree With The Decision?

This action supersedes our previous determination and is in accordance with the decision on your hearing request. You have already been notified of your appeal rights regarding the decision made on your hearing request and what you must do to have that decision reexamined. If you feel any action we are taking to carry out the decision is wrong, you also have the right to appeal that part of your case. If you want this reconsideration, you must request it not later than 60 days from the date you receive this notice. You may make any such request through any Social Security office. If additional evidence is available, you should submit it with your request.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-910-433-3022. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
111 LAMON STREET
FAYETTEVILLE, NC 28301

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A

Exhibit-7
11 of 14

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Kenneth S. Apfel*

Kenneth S. Apfel
Commissioner
    of Social Security

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A

*Exhibit B-7*
*12 of 14*

# PAYMENT SUMMARY

**Your Payment Of $15,300.00**

Here is how we figured your
first payment:

> Benefits due for March 1997
> through November 1998
> including any cost of living increase,
> less monthly rounding of benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $20,400.00

> Amount we subtracted because of

> - money to pay
>   your lawyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5,100.00

This equals the amount of
your first payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $15,300.00

**Your Regular Monthly Payment**

Here is how we figured your
~~regular monthly payment effective December 1998:~~

> You are entitled to a monthly benefit of . . . . . . . . . . . . . . . . . . . . $    993.50

> Amount we subtracted because of

> - rounding (we must round down to
>   a whole dollar) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        .50

This equals the amount of
your regular monthly payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    993.00

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date:  December 14, 1998
Claim Number:  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HC1

MIRIAM STEWART FOR
ERIKA LEIGH STEWART
RR 1 BOX 337F
BENSON, NC 27504

DEC 2 1 1998

ERIKA L STEWART is entitled to monthly child's benefits beginning March 1997.

We have chosen you to be her representative payee.  Therefore, you will receive her checks and use the money for her needs.

## What We Will Pay And When

- You will receive $7,650.00 around December 20, 1998.

- This is the money ERIKA is due for March 1997 through November 1998.

- After that you will receive $496.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

## Your Benefits

We raised her monthly benefit amount beginning December 1997 and again in December 1998 because the cost of living increased.

## Work And Earnings Affect Payments

The monthly earnings test applies only to 1 year.  That year is the first year a beneficiary has a non-work month after entitlement to Social Security benefits. Our records show that ERIKA had or will have at least one non-work month in 1997.  If she ever goes to work, we will pay benefits for each year based on her work and earnings for that year.

Enclosure(s):
Pub 05-10076
Pub 05-10077

See Next Page

## Other Social Security Benefits

The benefit described in this letter is the only one she can receive from Social Security. If you think that she might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

ERIKA's benefits are based on the information she gave us. If this information changes, it could affect her benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security or Survivors Benefits...What You Need to Know". It tells you what must be reported and how to report. Please be sure to read that part of the pamphlet which explains how work could change payments.

As a representative payee, you have additional responsibilities. They are discussed in the enclosed pamphlet, "A Guide for Representative Payees."

## Other Information

We are sending a copy of this notice to RONALD C OBERG.

## Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide ERIKA's case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to her.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

*Exhibit B -*
*15 of 16*

## If You Have Any Questions

If you have any questions, call us at 1-800-772-1213. We can answer most questions over the phone. If you prefer to visit one of our offices, please check the local telephone directory for the office nearest you. Or call us and we can give you the office address. Please have this letter with you if you call or visit an office. It will help us answer your questions.

*Kenneth S. Apfel*

Kenneth S. Apfel
Commissioner
  of Social Security

# PAYMENT SUMMARY

**ERIKA's Payment Of $7,650.00**

Here is how we figured ERIKA's
first payment:

Benefits due for March 1997
through November 1998
including any cost of living increase,
less monthly rounding of benefits ................................$10,200.00

Amount we subtracted because of

- money to pay
  ERIKA's lawyer .................................    2,550.00

This equals the amount of
ERIKA's first payment ............................... $ 7,650.00

**ERIKA's Regular Monthly Payment**

Here is how we figured ERIKA's
regular monthly payment effective December 1998:

She is entitled to a monthly benefit of .................$    496.70

Amount we subtracted because of

- rounding (we must round down to
  a whole dollar) .............................      .70

This equals the amount of
ERIKA's regular monthly payment ...................$    496.00