*Exhibit B-6*
*1 of 2*

THE LAW OFFICES OF

# RONALD C. OBERG

- Long Beach, California
- Chicago, Illinois
- Springfield, Massachusetts

September 3, 1998

The Honorable Frank Talbot
Administrative Law Judge
Isaac Hunter Towers, Suite 310
4110 Wake Forest Road
Raleigh, NC 27609-2513

**Ronald C. Oberg**
*Member, Massachusetts Bar*

**David C. Brown**
*Member, Louisiana Bar*

**Debra L. Bice**
*Member, California Bar*
*Member, Ohio Bar*

*Practice Limited to*
*Social Security Appeals*

Re: Miriam Stewart
SSN: 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

Dear Judge Talbot:

Enclosed please find additional medical evidence regarding Ms. Stewart, whose claim for Social Security disability benefits is set for hearing on October 9, 1998.

You will note that the records include a report dated August 12, 1997 from pulmonary specialist D. Allen Hayes, M.D., who indicates that Ms. Stewart's pulmonary condition meets **"Social Security disability guidelines"** (i.e. Section 3.03 B. of the Listings of Impairments).

In addition to her pulmonary problem, the claimant's weight, which is currently 288 lbs with height of 65" or 66") has been persistently greater than 274 lbs and she suffers degenerative arthritis of the spine (confirmed by X-ray) with pain and limitation of motion. Her back pain is so severe that she requires daily use of narcotic analgesics. She also suffers from severe depression, for which she cannot afford treatment, and diabetes mellitus, which is poorly controlled due to her frequent need for Prednisone and her weight.

I have written for recent records, which will be forwarded to you upon receipt. Thank you for providing me with a copy of the medical exhibits and the courtesy that you and your staff have extended.

Very truly yours,

*Ronald C Oberg*

Ronald C. Oberg
Attorney at Law
Enclosures
RCO/gae
cc: Miriam Stewart

- Headquarters
  200 Pine Avenue
  Suite 360
  Long Beach
  California
  90802

- (562) 437-4434
  (800) 522-0529
  FAX (562) 590-0544

*Exhibit DO 2 of 2*

THE LAW OFFICES OF

# RONALD C. OBERG

■ Long Beach, California

■ Chicago, Illinois

■ Springfield, Massachusetts

August 29, 1997

Ronald C. Oberg
Member, Massachusetts Bar

David C. Brown
Member, Louisiana Bar

Debra L. Rice
Member, California Bar
Member, Ohio Bar

Practice limited to
Social Security Appeals

Ms. Miriam W. Stewart
Route 1, Box 337-F
Benson, NC 27504

Dear Ms. Stewart:

Enclosed please find an APPOINTMENT OF REPRESENTATIVE as well as a FEE AGREEMENT, AUTHORIZATION TO RELEASE ANY INFORMATION TO MY LONG TERM DISABILITY INSURANCE COMPANY, AUTHORIZATION TO DISCUSS AND DISCLOSE INFORMATION TO MY HUSAND, ERIC STEWART, REQUEST FOR RECONSIDERATION, RECONSIDERATION DISABILITY REPORT and AUTHORIZATIONS FOR SOURCE TO RELEASE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION. Please complete the enclosed documents and return in the enclosed envelope.

In addition, please make a current list of your treating physicians, therapists, any clinics and/or hospitals in which you have been treated, including the address and phone number for each. This information will assist in expediting any necessary development for your case. Also, please enclose a complete copy of your Initial Denial.

Any future correspondences, either verbal or written, with the Social Security Administration, should go to this office. Please do not submit anything to the Social Security Administration without having this office review the information. Also, please notify this office if Social Security schedules any examinations for you.

If you do not hear from us for an extended period, it does not mean that we are not diligently working on your case. We will continue to monitor your case and file necessary actions, until it is resolved. In addition, please feel free to call with any questions you may have regarding the status of your case as well as to advise us of any changes in your condition.

Thank you for your prompt attention to this matter. If you have any questions or concerns, please call or write.

Very truly yours,

*Ronald C. Oberg*

Ronald C. Oberg
Attorney at Law

RCO/jlg
Enclosures

■ Headquarters
200 Pine Avenue
Suite 360
Long Beach
California
90802

■ (562) 437-4434
(800) 522-0529
FAX (562) 590-0544

## Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: December 12, 1998
Claim Number: 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HA

MIRIAM L STEWART
RR 1 BOX 337F
BENSON, NC 27504-9615

You are entitled to monthly disability benefits beginning March 1997.

### The Date You Became Disabled

We found that you became disabled under our rules on September 14, 1996.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is March 1997.

### What We Will Pay And When

- You will receive $15,300.00 around December 18, 1998.

- This is the money you are due for March 1997 through November 1998.

- After that you will receive $993.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

### Your Benefits

We raised your monthly benefit amount beginning December 1997 and again in December 1998 because the cost of living increased.

Enclosure(s):
Pub 05-10153
Return Envelope
Form (HCFA-2690)

C

See Next Page

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A

## Information About Medicare

You are entitled to medicare hospital and medical insurance beginning March 1999.

We will send your Medicare card in about 4 weeks. You should take this card with you when you need medical care. If you need medical care before you receive the card, use this letter as proof that you are covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Information About Lawyer's Fees

We have approved the fee agreement between you and your lawyer.

Your past-due benefits are $20,400.00 for March 1997 through November 1998. Under the fee agreement, your lawyer cannot charge you more than $4,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and your lawyer.

## How To Ask Us To Review The Determination On The Fee Amount

You, your lawyer or the person who decided your case can ask us to review the amount of the fee we say your lawyer can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Hearings and Appeals
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

Your lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low. If we withheld past-due benefits to pay your lawyer's fee, we will not pay the fee until 15 days pass and no one asks us to review the amount of the fee.

If we do not hear from you or your lawyer, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Lawyer

Because of the law, we usually withhold 25 percent of total past-due benefits to pay an approved lawyer's fee. We withheld $5,100.00 from your past-due benefits to pay your lawyer. If we are not asked to review the amount of the fee, we will pay your lawyer $4,000.00 from the benefits we withheld. We will pay you the balance of the amount we withheld.

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A

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

## Other Information

We are sending a copy of this notice to FRANCIS F TALBOT and RONALD C OBERG ESQ.

## Do You Disagree With The Decision?

This action supersedes our previous determination and is in accordance with the decision on your hearing request. You have already been notified of your appeal rights regarding the decision made on your hearing request and what you must do to have that decision reexamined. If you feel any action we are taking to carry out the decision is wrong, you also have the right to appeal that part of your case. If you want this reconsideration, you must request it not later than 60 days from the date you receive this notice. You may make any such request through any Social Security office. If additional evidence is available, you should submit it with your request.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-910-433-3022. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
111 LAMON STREET
FAYETTEVILLE, NC 28301

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A

If you do call or visit an office, please have this letter with you. It will help us
answer your questions. Also, if you plan to visit an office, you may call ahead to
make an appointment. This will help us serve you more quickly when you arrive
at the office.

*Kenneth S. Apfel*

Kenneth S. Apfel
Commissioner
 of Social Security

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A

# PAYMENT SUMMARY

**Your Payment Of $15,300.00**

Here is how we figured your
first payment:

> **Benefits due for March 1997**
> **through November 1998**
> **including any cost of living increase,**
> **less monthly rounding of benefits** . . . . . . . . . . . . . . . . . . . . . .$20,400.00
>
> Amount we subtracted because of
>
> - money to pay
>   your lawyer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5,100.00

This equals the amount of
your first payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$15,300.00

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective December 1998:

> You are entitled to a monthly benefit of . . . . . . . . . . . . . . . . . . .$    993.50
>
> **Amount we subtracted because of**
>
> - **rounding (we must round down to**
>   **a whole dollar)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    .50

This equals the amount of
your regular monthly payment . . . . . . . . . . . . . . . . . . . . . . . . .$    993.00

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

```
                              Office of Central Operations
                              1500 Woodlawn Drive
                              Baltimore, Maryland  21241
                              Date:  December 27, 1998
                              Claim Number:  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 HC1
```

MIRIAM STEWART FOR
ERIKA L STEWART
2615 BAILEYS XRDS RD
BENSON NC 27504

We are writing to give you new information about the child's benefits
which ERIKA STEWART receives on this Social Security record.

### What We Will Pay

You will soon receive a check for $2,550.00 because we are sending
you money which we did not have to use to pay an attorney fee.

### Do You Think We Are Wrong?

If you think we are wrong, you have the right to appeal.  We will
correct mistakes.  We will look at any new facts you have.  Then a
person who did not make the first decision will decide your case
again.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter.

- You must have good reason if you wait more
  than 60 days to ask for an appeal.

- You have to ask for an appeal in writing.  We will
  ask you to sign a Form SSA-561-U2, called "Request
  for Reconsideration".  Contact one of our offices if
  you want help.

C

**SEE NEXT PAGE**

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 HC1

*Exhibit B7 2of 7*

**If You Have Any Questions**

If you have any questions, you may call us toll-free at
1-800-772-1213, or call your local Social Security office at
1-919-934-5010. We can answer most questions over the phone. You
can write or visit any Social Security office. The office that
serves your area is located at:

        SOCIAL SECURITY
        1329 N BRIGHTLEAF BLVD
        SMITHFIELD NC  27577

If you do call or visit an office, please have this letter with you.
It will help us answer your questions. Also, if you plan to visit an
office, you may call ahead to make an appointment. This will help us
serve you more quickly when you arrive at the office.

W. Burnell Hurt
Director

C

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland  21241
Date:  December 27, 1998
Claim Number:  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 HA

MIRIAM L STEWART
2615 BAILEYS XRDS RD
BENSON NC  27504

We are writing to give you new information about the disability benefits which you receive on this Social Security record.

## What We Will Pay

You will soon receive a check for $1,100.00 because we are sending you money which we did not have to use to pay an attorney fee.

## Do You Think We Are Wrong?

If you think we are wrong, you have the right to appeal. We will correct mistakes. We will look at any new facts you have. Then a person who did not make the first decision will decide your case again.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter.

- You must have good reason if you wait more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

C

**SEE NEXT PAGE**

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 HA

4 of 4

1321
2

## If You Have Any Questions

If you have any questions, you may call us toll-free at
1-800-772-1213, or call your local Social Security office at
1-919-934-5010.  We can answer most questions over the phone.  You
can write or visit any Social Security office.  The office that
serves your area is located at:

SOCIAL SECURITY
1329 N BRIGHTLEAF BLVD
SMITHFIELD NC   27577

If you do call or visit an office, please have this letter with you.
It will help us answer your questions.  Also, if you plan to visit an
office, you may call ahead to make an appointment.  This will help us
serve you more quickly when you arrive at the office.

W. Burnell Hurt
Director

C

NH 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

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY CHILD'S INSURANCE BENEFITS

MIRIAM    L STEWART
RR 1 BOX 337F
BENSON NC 27504

NAME OF PERSON TO CONTACT
ABOUT YOUR CLAIM:        *MRS DAVIS*

: UNIT: JWDJWD
:
:  *12.9.98*
:
:

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT ARE:

BEFORE YOU RECEIVE A NOTICE OF AWARD: *919 934.5010*

AFTER YOU RECEIVE A NOTICE OF AWARD: *1800 772-1213*

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS ON BEHALF OF THE CHILD(REN) NAMED BELOW HAS BEEN RECEIVED. YOU WILL BE NOTIFIED BY MAIL AS SOON AS A DECISION IS MADE ON YOUR CLAIM.

YOU SHOULD HEAR FROM US WITHIN *30* DAYS AFTER YOU HAVE GIVEN US ALL THE INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION IS NEEDED.

IN THE MEANTIME, IF YOU OR ANY CHILD(REN) CHANGES ADDRESS, OR IF THERE IS SOME OTHER CHANGE THAT MAY AFFECT YOUR CLAIM, YOU OR SOMEONE FOR YOU, SHOULD REPORT THE CHANGE.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO HELP YOU.

NH 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

SG-SSA-4L

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

CLAIMANT                        WORKER'S SURNAME      SOC SEC CLAIM NO.
ERIKA L STEWART                 STEWART               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

CAN/HUN          BOAN
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C1    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

3 of 5

YOU MUST NOTIFY THE SOCIAL SECURITY ADMINISTRATION PROMPTLY IF ANY OF THE
FOLLOWING EVENTS OCCUR AND PROMPTLY RETURN ANY PAYMENT TO WHICH THE CLAIMANT IS
NOT ENTITLED:

o the claimant DIES (Social Security entitlement ends the month before
  the month the claimant dies);
o the claimant MARRIES, if the claimant is entitled to child's,
  widow's, mother's, father's, widower's, or parent's benefits, or to wife's or
  husband's benefits as a divorced wife/husband, or to special age 72 payments;
o the claimant's marriage ends in DIVORCE or ANNULMENT, if the claimant
  is entitled to wife's, husband's or special age 72 payments;
o the claimant's SCHOOL ATTENDANCE CHANGES, if the claimant is age 18
  or over and entitled to child's benefits as a full time student;
o the claimant is entitled as a STEPCHILD AND THE PARENTS DIVORCE
  (benefits terminate the month after the month the divorce becomes final);
o the claimant is under age 70 and WORKS for more than the annual limit
  (as determined each year) or for more than the allowable time (for work
  outside the United States);
o the claimant receives a GOVERNMENT PENSION or ANNUITY or the amount
  of the annuity changes;
o the claimant leaves your custody or care or otherwise CHANGES
  ADDRESS;
o the claimant NO LONGER HAS A CHILD IN CARE, if he/she is entitled to
  benefits because of caring for a child under age 16 or who is disabled;
o the claimant is confined for CONVICTION OF AN OFFENSE PUNISHABLE BY
  IMPRISONMENT FOR MORE THAN ONE YEAR; or confined by COURT ORDER in an
  institution at public expense in connection with a verdict or finding of NOT
  GUILTY BY REASON OF INSANITY.

IF THE CLAIMANT IS RECEIVING DISABILITY BENEFITS, YOU MUST ALSO REPORT IF:

o the claimant's MEDICAL CONDITION IMPROVES;
o the claimant STARTS WORKING;
o the claimant applies for or receives WORKER'S COMPENSATION BENEFITS,
  Black Lung Benefits from the Department of Labor, or a public disability
  benefit;
o the claimant is DISCHARGED FROM THE HOSPITAL (if now hospitalized).

IF THE CLAIMANT IS RECEIVING SPECIAL AGE 72 PAYMENTS, YOU MUST ALSO REPORT IF:

o the claimant or spouse becomes ELIGIBLE FOR PERIODIC GOVERNMENTAL
  PAYMENTS, whether from the U.S. Federal government or from any State or local
  government;
o the claimant or spouse receives SUPPLEMENTAL SECURITY INCOME or
  PUBLIC ASSISTANCE CASH BENEFITS;
o the claimant or spouse MOVES outside the United States (the 50
  states, the District of Columbia and the Northern Mariana Islands).

CAN/HUN          BOAN
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C1    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

IN ADDITION TO THESE EVENTS ABOUT THE CLAIMANT, YOU MUST ALSO NOTIFY US IF:

o YOU change your address;
o YOU are convicted of a felony.

BENEFITS MAY STOP IF ANY OF THE ABOVE EVENTS OCCUR. You should read the
informational booklet we will send you to see how these events affect benefits.
You may make your reports by telephone, mail or in person.

REMEMBER:
o payments must be used for the claimant's current needs or saved if
  not currently needed;
o you may be held liable for repayment of any payments not used for the
  claimant's needs or of any overpayment that occurred due to your fault;
o you must account for benefits when so asked by the Social Security
  Administration. You will keep records of how benefits were spent so you can
  provide us with a correct accounting;
o to tell us as soon as you know you will no longer be able to act as
  representative payee or the claimant no longer needs a payee.

Keep in mind that benefits may be deposited directly into an account set up for
the claimant with you as payee. As soon as you set up such an account, contact
us for more information about receiving the claimant's payments using direct
deposit.

THE PRIVACY AND PAPERWORK REDUCTION ACTS

We are required by section 205(j) and 205(a) of the Social Security Act to ask
you to give us the information on this form. This information is needed to
determine if you are qualified to serve as representative payee. Although
responses to these questions are voluntary, you will not be named
representative payee unless you give us the answers to these questions.

Sometimes the law requires us to give out the facts on this form without your
consent. We must release this information to another person or government
agency if Federal law requires that we do so or to do the research and audits
needed to administer or improve our representative payee program.

We may also use the information you give us when we match records by computer.
Matching programs compare our records with those of other Federal, State or
local government agencies. Many agencies may use matching programs to find or
prove that a person qualifies for benefits paid by Federal government. The law
allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are
explained in the Federal Register. If you want to learn more about this,
contact any Social Security office.

CAN/HUN        BOAN
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C1    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

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 919-934-5888. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1329 N BRIGHTLEAF BLVD
SMITHFIELD, NC 27577


If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.


SSA OFFICE 484

**SOCIAL SECURITY ADMINISTRATION**

Refer to: 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

**Office of Hearings and Appeals**
334 Meeting Street, Suite 125
Federal Building
Charleston, SC 29403
803/727-4511   Fax: 803/727-4034
Date:          OCT 2 0 1998

MIRIAM STEWART
ROUTE 1 BOX 337-F
BENSON, NC 27504

## NOTICE OF DECISION -- FULLY FAVORABLE

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

### This Decision Is Fully Favorable To You

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another office may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

### The Appeals Council May Review The Decision On Its Own

The Appeals Council may decide to review my decision even though you do not ask it to do so. To do that, the Council must mail you a notice about its review within 60 days from the date shown above. Review at the Council's own motion could make the decision less favorable or unfavorable to you.

### If You Disagree With The Decision

If you believe my decision is not fully favorable to you, or if you disagree with it for any reason, you may file an appeal with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must request the Appeals Council to review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

See Next Page

Exhibit R-10   1 of 8

You may file your request at any local Social Security office or a hearing office.  You may also mail your request right to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA  22041-3255.  Please put the Social Security number shown above on any appeal you file.

## Time To File An Appeal

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period.  The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

## Time To Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider **with** your request for review.

## How An Appeal Works

Our regulations state the rules the Appeals Council applies to decide when and how to review a case.  These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart J.

If you file an appeal, the Council will consider all of my decision, even the parts with which you agree.  The Council may review your case for any reason.  It **will** review your case if one of the reasons for review listed in our regulations exists.  Section 404.970 of the regulations lists these reasons.

Requesting review places the entire record of your case before the Council.  Review can make any part of my decision more or less favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case.  The Council may also send it back to an Administrative Law Judge for a new decision.

## If No Appeal And No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review.  My decision will be a final decision that can be changed only under special rules.

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

**If You Have Any Questions**

If you have any questions, you may call, write or visit any
Social Security office.  If you visit an office, please bring
this notice and decision with you.  The telephone number of the
local office that serves your area is 919/934-5011.  Its
address is 1329 N. Brightleaf Blvd., Smithfield, NC  27577.


FRANCIS F. PALADOLA
Administrative Law Judge


Enclosures

cc:   RONALD C. OBERG
      200 PINE AVENUE STE 360
      LONG BEACH, CA  90802

B-10  3 078

# SOCIAL SECURITY ADMINISTRATION
## Office of Hearings and Appeals

### ORDER OF ADMINISTRATIVE LAW JUDGE

**IN THE CASE OF**

**CLAIM FOR**

MIRIAM STEWART
(Claimant)

Period of Disability and
Disability Insurance Benefits

(Wage Earner)

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
(Social Security Number)

I approve the fee agreement between the claimant and her
representative subject to the condition that the claim results in
past-due benefits.

My determination is limited to whether the fee agreement meets
the statutory conditions for approval and is not otherwise
excepted.  I neither approve nor disapprove any other aspect of
the fee agreement.

FRANCIS F. TALBOT
Administrative Law Judge

OCT 2 0 1998

Date

R-10   4 078

## FEE AGREEMENT

The undersigned claimant, Miriam W. Stewart, does employ and retain **THE LAW OFFICES OF RONALD C. OBERG** to represent my interests in the claim I filed under TITLE II and/or Title XVI of the Social Security Act.

The attorneys are hereby authorized and directed to take whatever actions at their discretion necessary in the prosecution of this claim. The attorneys have made no guarantees regarding the outcome of this case.

The claimant and attorneys hereby agree that if the Social Security Administration favorably decides the claim at any stage through the Appeals Council level, the claimant will pay an attorney fee equal to twenty-five percent (25%) of the past-due benefits resulting from the claim(s) or $4,000.00, which ever is the lesser. The attorney's fees shall not exceed $4000.00.

Executed by the Undersigned,

**THE CLAIMANT;**

X _Miriam W. Stewart_    on X _9/17/97_
   (Signature)                           (Date)
Miriam W. Stewart
Route 1,  Box 337-F
Benson, NC 27504
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

_Ronald C. Oberg_          on _10/16/97_
   (Signature)                           (Date)
Ronald C. Oberg Esq.

_David C. Brown_         on _10/16/97_
   (Signature)                           (Date)
David C. Brown Esq.

_Debra L. Bice_           on _10/16/97_
   (Signature)                           (Date)
Debra L. Bice

LAW OFFICES OF RONALD C. OBERG
200 Pine Avenue, Suite 360
Long Beach, CA 90802
  (310) 437-4434                                     jlg\forms\retainer.ins

# SOCIAL SECURITY ADMINISTRATION
## Office of Hearings and Appeals

### DECISION

**IN THE CASE OF**                         **CLAIM FOR**


                                           Period of Disability and
MIRIAM STEWART                             Disability Insurance Benefits
(Claimant)


                                           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
(Wage Earner)                             (Social Security Number)


### PROCEDURAL HISTORY

The claimant filed her Title II application for disability
insurance benefits on April 8, 1997, alleging disability since
September 14, 1996.  After proper notice, a hearing was held on
October 9, 1998, in Fayetteville, North Carolina.  The claimant
personally appeared and testified, represented by Ronald C.
Oberg, an Attorney at Law.

### ISSUES

The issues in this case are whether the claimant is under a
disability as defined by the Social Security Act and if so, when
her disability commenced, the duration of the disability, and
whether the insured status requirements of the Act are met for
the purpose of entitlement to a period of disability and
disability insurance benefits.

### EVALUATION OF THE EVIDENCE

After a thorough evaluation of the entire record, it is concluded
that the claimant has been disabled since September 14, 1996, and
met the insured status requirements of the Social Security Act on
that date and thereafter, through the dated of this decision.

B-10    6.078

MIRIAM STEWART
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

2

The claimant has not engaged in any substantial gainful activity since the disability onset date.  The claimant has asthma, which is considered to be "severe" under the Social Security Regulations.  The claimant's impairment is attended with the same findings as Medical Listing section 3.03B, 20 CFR Part 404, Appendix 1 to Subpart P.

The claimant testified that she is 41 years old, having been born on August 25, 1957, and has completed the twelfth grade.  Her testimony and past work records indicate that the claimant last worked as a assembler of PCV boards.  She reported that she had to quit her job because the dust and fumes in her work environment aggravated her asthma symptoms.

The claimant testified and reported that she was disabled due to asthma.  She stated that she had monthly flare ups of asthma requiring treatment in the doctor's office, emergency room, and hospital.

A review of the medical evidence of the record reveals that the claimant was last hospitalized from May 30, 1997, through June 1, 1997 at Betsy Johnson Memorial Hospital.  This hospitalization followed unsuccessful treatment at the doctor's office for her asthma with wheezing and cough.  The claimant was admitted to the hospital for acute exacerbations of asthma not improved with treatment and observation.

The medical records reveal that the claimant had been treated by Vinod Singh, M.D., from April 4, 1996 through September 24, 1998.  The claimant had been under the care of Dr. Singh for severe asthma with wheezing and a cough.  The claimant was prescribed multiple medications to control her asthma, including Ventolin two puffs three to four times per day, Aerobid 500 mg. four times per day, Theophylline 300 mg. b.i.d., a Proventil nebulizer p.r.n., Azmacort two puffs b.i.d., and Humibid one tablet twice per day.  In a letter dated July 30, 1997, Dr. Singh stated that the claimant had frequent asthma attacks with restrictive lung disease.  The claimant had been treated in Dr. Singh's office six times in the past year.  These attacks were in addition to nine asthma attacks when she tried to maximize her asthma treatment at home.

B-10   7   078

MIRIAM STEWART
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

3

The claimant is disabled within the meaning of the Social
Security Act and Regulations.

### FINDINGS

After consideration of the entire record, the Administrative Law
Judge makes the following findings:

1.   The claimant met the insured status requirements of the Act
     on September 14, 1996. The claimant has not performed any
     substantial gainful activity since September 14, 1996.

2.   The claimant's impairment which is considered to be "severe"
     under the Social Security Act is asthma.

3.   The claimant's impairment is attended with the same signs
     and findings as those published in section 3.03B of 20 CFR
     Part 404, Appendix 1 to Subpart P (Listing of Impairments).

4.   The claimant has been under a disability since September 14,
     1996.

### DECISION

Based on the Title II application filed on April 8, 1997, the
claimant is entitled to a period of disability beginning on
September 14, 1996, and to disability insurance benefits under
sections 216(i) and 223, respectively, of the Social Security
Act, and the claimant's disability has continued through at least
the date of this decision.

_____
FRANCIS F. TALBOT
Administrative Law Judge

OCT 2 0 1998

_____
Date

FFT/CSS

B-10  8 0 7 8

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-0001
Date: December 14, 1998
Claim Number: 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HC1

MIRIAM STEWART FOR
ERIKA LEIGH STEWART
RR 1 BOX 337F
BENSON, NC 27504-9615

ERIKA L STEWART is entitled to monthly child's benefits beginning March 1997.

We have chosen you to be her representative payee. Therefore, you will receive her checks and use the money for her needs.

## **What We Will Pay And When**

- You will receive $7,650.00 around December 20, 1998.

- This is the money ERIKA is due for March 1997 through November 1998.

- After that you will receive $496.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

## **Your Benefits**

We raised her monthly benefit amount beginning December 1997 and again in December 1998 because the cost of living increased.

## **Work And Earnings Affect Payments**

The monthly earnings test applies only to 1 year. That year is the first year a beneficiary has a non-work month after entitlement to Social Security benefits. Our records show that ERIKA had or will have at least one non-work month in 1997. If she ever goes to work, we will pay benefits for each year based on her work and earnings for that year.

Enclosure(s):
Pub 05-10076
Pub 05-10077

C                                    See Next Page

**Other Social Security Benefits**

The benefit described in this letter is the only one she can receive from Social
Security. If you think that she might qualify for another kind of Social Security
benefit in the future, you will have to file another application.

**Your Responsibilities**

ERIKA's benefits are based on the information she gave us. If this information
changes, it could affect her benefits. For this reason, it is important that you
report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security or Survivors
Benefits...What You Need to Know". It tells you what must be reported and how
to report. Please be sure to read that part of the pamphlet which explains how
work could change payments.

As a representative payee, you have additional responsibilities. They are
discussed in the enclosed pamphlet, "A Guide for Representative Payees."

**Other Information**

We are sending a copy of this notice to RONALD C OBERG.

**Do You Disagree With The Decision?**

If you think we are wrong, you have the right to appeal. A person who did not
make the first decision will decide ERIKA's case. We will correct any mistakes.
We will review those parts of the decision which you believe are wrong and will
look at any new facts you have. We may also review those parts which you
believe are correct and may make them unfavorable or less favorable to her.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an
  appeal.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that
can help you find a lawyer or give you free legal services if you qualify. There
are also lawyers who do not charge unless you win your appeal. Your local Social
Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we
must approve the fee before he or she can collect it. And if you hire a lawyer, we
will withhold up to 25 percent of any past due benefits to pay toward the fee.

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C1

## If You Have Any Questions

If you have any questions, call us at 1-800-772-1213. We can answer most questions over the phone. If you prefer to visit one of our offices, please check the local telephone directory for the office nearest you. Or call us and we can give you the office address. Please have this letter with you if you call or visit an office. It will help us answer your questions.

Kenneth S. Apfel
Commissioner
 of Social Security

R-1A        2 ~コ u

# PAYMENT SUMMARY

## ERIKA's Payment Of $7,650.00

Here is how we figured ERIKA's
first payment:

> Benefits due for March 1997
> through November 1998
> including any cost of living increase,
> less monthly rounding of benefits ......................$10,200.00
>
> Amount we subtracted because of
>
> - money to pay
>   ERIKA's lawyer .............................   2,550.00

This equals the amount of
ERIKA's first payment ....................................$ 7,650.00

## ERIKA's Regular Monthly Payment

Here is how we figured ERIKA's
regular monthly payment effective December 1998:

> She is entitled to a monthly benefit of ...................$   496.70
>
> Amount we subtracted because of
>
> - rounding (we must round down to
>   a whole dollar) ...............................      .70

This equals the amount of
ERIKA's regular monthly payment ..........................$   496.00

R-10   4074

*Exhibit B*

# DETERMINATION SERVICES

P.O. Box 243        Raleigh, N.C. 27602

...providing disability evaluation services for Social Security

5/1/02

MIRIAM L STEWART
2615 BAILEYS XRDS RD
BENSON NC 27504

RE: Your claim for disability benfits
SSN: 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

Dear Ms. Stewart,

We are now processing your claim for disability benefits and we need additional information about your condition. We need for you to complete the enclosed form and return it to us by _____5/15/02_____. It is very important for you to answer ALL of the questions and you need to give COMPLETE and DETAILED answers. If you have any questions or need help please call me TOLL FREE at 1-800-662-8723 between the hours of 7:00 a.m. and 12:00p.m. Mon - Thurs.

Sincerely,

Daniels

Judy Daniels
Disability Specialist II

23/166

# DAILY ACTIVITIES QUESTIONNAIRE

Name: Miriam L. Stewart
SSN: 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

Further information is needed in order to evaluate your Disability Claim. Please complete this form and return it as soon as possible. We will be more able to get a decision to you sooner if you complete this form fully and get it back to us quickly.

1. Describe your current living arrangement, i.e. home, apartment, boarding house, nursing home, etc. Do you live alone? If not, with whom do you live?

I live at home with my husband and my daughter and mother lived with us until & became ill and now she is in a nursing facilitate

2. How do you spend a typical day? How do you spend the evenings? What do you do on the weekends? How have your activities changed since you became ill.

I bath, prepare my lite breakfast and lunch give my own meds and shots I generally do some lite housework and read some, watch T.V. and I spend a couple of hours a day with my daughter Evening meal is prepared by whole family. Well I watch some TV in evening. I worked outside the home fulltime Drove 2 hes daily this has changed Use to compete in dog shows Attended with kids Sports events Cleaned my own home I didn't have to rely on others at all was very activate generally Worked 50 to 60 hes a week at my job and loved it and tuesed and care for my Mom—

3. What time do you go to bed? Do you sleep through the night? How long do you sleep at night? What time do you get up? Do you take any naps during the day? Please explain.

10:00-10:30 PM No generally awake between 2:00 Am and 2:30 Am to give myself a breathing treatment and I have lots of leg cramps. I get up at 5:30 Am so that I can have a bath. When someone is here. Yes I do take naps Generally my energy levels drop around 12:00 Noon and I rest from then until 2:30

4. Do you watch TV or listen to the radio? What do you watch or listen to? How long and how often do you watch TV or listen to the radio?

Yes I listen to WPTF And public radio and I enjoy watching talk shows I generally spend 3 to 4 hours a day listening or watching talk shows, discovery channel or history channel

5. Do you read? If yes, what kinds of books, magazines, or newspapers do you read? What sections of the newspaper do you read? How much time do you spend reading? How often do you read?

Yes National Geography, US weekly, Novels, Mysteries, local Newspaper from front page to back. News and Observer front page, life & metro, bb 1 to 1½ hours a day. I would read a lot more but sometimes my sugar effects my eyesight and blurred vision is a problem.

6. Do you handle your own money? Do you pay your own bills? If yes, do you pay them on time? Do you make correct change when you buy something? If you need someone to help you with these activities, please explain why. NO    I do not handle any money

My husband has taken on this responsibility I use to do
it but I make to many errors with my concentration and also
my vision tends sometimes to be a little blurry but not always.

7. Are you taking any medicine for any mental problems? If so, does the medicine seem to help? Do you take the medicine as directed- on time and proper dose? If not, please explain why.  NO

8. Do you dress yourself? Do you get dressed every day? How often do you bathe? If you need someone to help you with these activities, please explain why.

Yes and yes that my last hold on my sanity that I can
still put my clothes on, have had husband to purchase shoes that I
can slide on the do not require me to tye. I bath everyday husband assit m

9. Do you cook for yourself? How often do you cook? Describe the types of meals you cook. If you do not cook, who prepares your meals?    I usually prepare my own breakfast
and lunch But I'm assited with the dinner meal with my daughter
and husband and my daughter generally cleans kitchen up after we finish

10. What household chores do you do inside or outside of your home? Include cleaning, washing dishes, doing laundry, mowing the lawn, etc. How often do you perform these chores? If someone helps you with these chores, please explain why.

Daily wash dishes do some laundry lightly sweep kitchen and clean
ust also  the area in which is around the recliner. The heavy housework is
is a problem  done on Saturday I can't tolerate same of the cleaning fluids that
we have to be used because it activates a asthma attack.

11. What activities outside the home do you do? Include grocery shopping, sports activities, shopping, church, movies, etc. How often do you do them? Do you do them on your own or do you need help?   I don't get to go out very often and if do
a family member generally goes with me. I have not grocery
shopped in several years and use to enjoy doing that
I have panic attacks in crowds.

12. What are your hobbies, such as playing cards, gardening, handcrafts, etc.? Explain what they are and how often you do them. My favorite hobby was dog shows but can't tolerate them at

⊃  →  My hobby would be to play dominoes with my family
We generally play every weekend I enjoy watching figure
skating with my daughter on T.V. We use to go once and awhile
when they came to town but the walk from the parking lot
into the arena causes a asthma attack or I'm terrified of a panic
                                            attack.

13. How often do you visit with family members? How do you get along with them? How often do you visit with your friends? How do you get along with them? Describe some activities you do with your family and friends. I see my mother about once a month who is in a resthome. I get along very well with her. Sometimes a friend about once every two weeks will come by and we will play dominoies. Play dominioes alot everyone knows I enjoy this My son comes to visit every day and to see if need anything.

14. Do you use any drugs or alcohol? If so, explain in detail what you use, how much you use, and how often you use, including the last time.
No

15. Have you ever been to a mental health center? If so, include the complete name of the facility, town, state, dates attended, and explain in detail the reason for your visit.
No- but several years ago did consult a physician Dr. chartgee in Cary. But I couldn't handle the drive to Raliegh by myself she was treating me with paxil for panic attacks.

16. Describe in detail any mental health problems you may have.
Panic attacks, I don't enjoy being in a crowd because I have had incidents where I had asthma attacks and it drew so much attention with people looking and staring and also to the fact that I'm morbid obese I don't care about being in the presence of strangers.

17. Please list the name of the last school you attended. Include complete name of school, town, county, state, and dates you last attended. Were you in regular classes or special ed.? If you were in special ed., what was the reason?
Apex High School, Apex, N.C. 1974 - Regular class Wake county

18. Did you generally report to work on time? Did you have good attendance? If you had absences, what caused them? Did you require frequent breaks or rest periods for health reasons? Please explain.
Yes, No was out constantly or had to leave work at the time because I was having astma attacks, the materials we used just aggervated me to death. I would go and puff my inhaler constantly trying to avoid a attack.

19. Were you generally able to handle your work routine? Were you able to concentrate on your assigned work for extended periods of time? Please explain.

At the end it was wearing me out I was making errors and Just tired out because I was trying my best to make it to the end of the day because I just couldn't breathe and it is hard to do anything physical when your chest is squeezing you to death

20. How did you get along with your coworkers and supervisors? Please explain.

Excellent they knew me for a long time and that I had been a faithful and hardworking individual had gotten promotions loved the company loved my job the people I worked with until this on set Asthma appeared and they sympathized and really tried hard to help me

21. Did you ever have trouble completing all your daily assigned work? If so, why? How often did this happen? Did you ever have to leave work because of your impairment? If yes, please explain.

Yes when I would have an Asthma attack I would leave and it got where it was happening on a daily basis I would have to go Medical leave go on steroids for long periods get straighten out and return to work and the attacks would return at home and my job

22) Additional Comments?

We had to remove carpet from our home due to the fact that it holds dust very easily because it aggravated my asthma also we had to give up our house pets

Miriam L. Stewart
SIGNATURE

5-06-02
DATE

I would give anything to have my life back. To be able to get in the car and go and spend a maddening day at the mall with my daughter or for that part just to be able to go and see her at sports events that she participates. It truly breaks my heart that I no longer have a imitimate Sexually relationship with my husband. My life hasn't been the same and it really hurts that on a hot day you can't go out because something will pull the breath right out —
" Asthma "

*Exhibit C-1 of 5*

**Allsup Inc.**
Disability Financial Services

Serving the Nation
Since 1984

June 26, 2001

MIRIAM  STEWART
2615 ABILEY'S CROSSROADS
ROAD
BENSON NC 27504

Dear Ms. STEWART:

As a follow-up to Nortel Networks' previous correspondence, Nortel Networks' medical plan is no longer the primary payer for your medical claims.  Confirmation has been received from Medicare, and all your records have been updated to show Medicare as your primary payer.

Effective immediately, you should advise all providers of medical services to begin submitting medical claims as follows:

- First, to Medicare as primary payer

- Second, to Nortel Networks' medical plan as secondary payer

We are submitting your past bills, which Nortel Network paid as primary, to Medicare for reprocessing.  You may receive explanation of benefits statements or checks from Medicare.  If you receive a check from Medicare, please call us immediately so we can discuss how the reimbursement is to be made to Nortel Networks.

Thank you for your cooperation and if you have questions please call us at 1-800-883-6650.  You should ask for a Customer Support Specialist.

ALLSUP INC
BENEFITS INFORMATION CENTER

Certholder:  MIRIAM W STEWART
Claimant:  MIRIAM W STEWART
ID#: S24302218T   Special ID#:
Account Name: NORTHERN TELECOM INC

Account#: 2059005
Policy :  01            Div:      001

W STEWART
BOX 337-F
NC 27504

D212

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 03/28/1997 - 06/30/1997 | 94 DAYS | 1493.33/MO | 4679.11 | 321.57 |

Deductions:
PREMIUM REDUCTION        321.57

TOTAL PAYMENT $

Messages:

D212

MIRIAM W STEWART
RT. 1 BOX 337-F
BENSON            NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 11/01/1997 - 11/30/1997 | 30 DAYS | 1493.33/MO | 1386.14 | 107.19 |

Deductions:
PREMIUM REDUCTION        107.19

TOTAL PAYMENT $        1,386.14

Payments Issued:      11/21/1997
MIRIAM W STEWART                1,386.14

Messages:

MIRIAM W STEWART                D212
RT. 1 BOX 337-F
BENSON            NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 11/01/1998 - 11/30/1998 | 30 DAYS | 1493.33/MO | 1395.91 | 110.86 |

Deductions:
PREMIUM REDUCTION        110.86

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 07/01/1998 - 07/31/1998 | 30 DAYS | 1493.33/MO | 1395.91 | 110.86 |

Deductions:
PREMIUM REDUCTION          110.86

TOTAL PAYMENT $        1,395.91

MIRIAM W STEWART                    D212
RT. 1 BOX 337-F
BENSON          NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 10/01/1998 - 10/31/1998 | 30 DAYS | 1493.33/MO | 1395.91 | 110.86 |

Deductions:
PREMIUM REDUCTION          110.86

TOTAL PAYMENT $        1,395.91

Payments Issued:   10/23/1998
MIRIAM W STEWART

Messages:

MIRIAM W STEWART
RT. 1 BOX 337-F
BENSON          NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 04/01/1998 - 05/31/1998 | 60 DAYS | 26.88/MO | 26.88 | .00 |

Deductions:

TOTAL PAYMENT $        26.88

Payments Issued:   06/10/1998        26.88
MIRIAM W STEWART

Messages:

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 07/01/1998 - 07/31/1998 | 30 DAYS | 1493.33/MO | 1395.91 | 110.86 |

Deductions:
PREMIUM REDUCTION          110.86

TOTAL PAYMENT $          1,395.91

MIRIAM W STEWART
RT. 1 BOX 337-F                    D212
BENSON          NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 12/01/1998 - 12/31/1998 | 30 DAYS | 1493.33/MO | 100.00 | .00 |

Deductions:

TOTAL PAYMENT $          100.00

Messages:

MIRIAM W STEWART
RT. 1 BOX 337-F                    D212
BENSON          NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 12/01/1997 - 12/31/1997 | 30 DAYS | 1493.33/MO | 1386.14 | 107.19 |

Deductions:
PREMIUM REDUCTION          107.19

TOTAL PAYMENT $          1,386.14

Messages:

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 04/01/1998 - 05/31/1998 | 60 DAYS | 26.88/MO | 26.88 | .00 |

Deductions:

Messages:

TOTAL PAYMENT $         26.88

Payments Issued:    06/10/1998
MIRIAM W STEWART
                                    26.88

MIRIAM W. STEWART
RT. 1 BOX 337-F                                D212
BENSON          NC 27504

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 10/01/1998 - 10/31/1998 | 30 DAYS | 1493.33/MO | 1395.91 | 110.86 |

Deductions:
PREMIUM REDUCTION        110.86

Messages:

TOTAL PAYMENT $      1,395.91

Payments Issued:    10/23/1998
MIRIAM W STEWART

*Copy of Form That will be used in future from Prudential to Physician*

**Prudential Financial**

> "Notice to all parties using this Form: It is fraudulent to fill out this form with information you know to be false or to omit important facts. Criminal and/or civil penalties can result from such acts."

CLAIM #   993830276   PPT   012
CONTROL # 039900   BR 000RB   COV LTD
CLAIMANT  MIRIAM STEWART

**CLAIMANT'S STATEMENT AND ATTENDING PHYSICIAN'S STATEMENT**

MAIL COMPLETED FORM DIRECTLY TO:

MIRIAM STEWART
2615 BAILEY'S X-ROAD
BENSON NC  27504

DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA PA  19101

To establish your continued eligibility for benefits, we are asking for current information regarding your health. Please complete the claimant's statement and have your doctor complete the Attending Physician Statement. Return the completed form to the address shown above.
If your address has changed, please enter your new address below:

Number_____ Street_____ City_____ St/Prov_____ Zip/Pac

I hereby make claim for benefits and authorize the attending physician(s), hospital(s), and other providers of medical services to release to Prudential any medical information required for acceptance of this claim. A photostatic copy of this authorization should be considered as effective and valid as the original.

Claimant's Signature _____   Date ___/___/___

**The Patient is responsible for the completion of this form without expense to Prudential.**

**Claimant's Statement:**

1. Describe your illness or injury: *Acute asthma, Uncontrolled diabetes,*

2. Describe any change in your condition and/or living situation since you stopped working: *not much*
*improvement. uses more medication to try to control*

3. What symptoms/limitations interfere with you performing work? _____

4. What are your plans for returning to work? _____

Are you currently working or have you attempted to return to work?   ☐ Yes   ☒ No
If yes, please provide employers name and dates: _____

Are you attempting to obtain support/resources to help you find work for wages/volunteer work?
Please Explain: _____

5. What are your daily activities and how do you spend your time? _____

6. Are you receiving Disability or Retirement benefits from the Social Security Administration?   ☒ Yes   ☐ No
For what illness? _____

7. Are you receiving Workers' Compensation benefits?   ☐ Yes   ☒ No

I certify that the above statements are true
Claimant's Signature _____   Date ___/___/___   Home Tel. # (___)___

**Attending Physician's Statement**
Patient's Name _____   Date of Birth ___/___/___

1. Diagnosis _____   ICD – 9 Diagnosis _____
   What symptoms does the patient have? _____
   If Pregnancy, what is the EDC?? ___/___/___
DMS
AXIS I Clinical

*Exhibit B11    1 of 2*

**2. Treatment:**

a. First Visit _____/_____/_____   Last Visit _____/_____/_____   Frequency _____

b. What type of treatment is the patient receiving? _____

c. What recent changes have occurred in patient's condition? _____

d. Has patient been hospital confined? ☐ Yes ☐ No   Confined from _____/_____/_____ to _____/_____/_____

e. Names of other Treating Physicians/Consultants:
   Name _____ Specialty _____ Address _____ Phone No. _____

f. List all medications and dosages: _____

g. What improvement do you expect? _____  When? _____

**3. Psychosocial:**

a. Describe any significant changes in the patient 's lifestyle since illness began: _____

b. What are the patient's current supports? _____

c. What are the patient's current activities? _____

d. Is spouse employed? ☐ Yes ☐ No   Spouse's occupation _____

**4. Cardiac Capacity:**
American Heart Association Functional Capacity Limitation
☐ Class 1/None       ☐ Class 2/Slight       ☐ Class 3/Marked       ☐ Class 4/Complete
Was or is the patient in a Cardiac Rehab Program? ☐ Yes ☐ No   Dates from _____/_____ through _____/_____
Blood pressure (last visit)   Systolic _____   Diastolic _____

**5. Return to Work Plan:**
What specific symptoms impact job performance? How? _____

What work duties can employee perform at this time? _____

What changes would allow employee to work:
Own job? _____  When? _____
Job Modification? _____  When? _____
Trial work? _____  When? _____
Part–time? _____  When? _____
Any other job? – Type of work _____  When? _____

Have you discussed a return to work plan with your patient? ☐ Yes ☐ No
Please explain: _____

What would prevent the employee from working while receiving treatment? _____

Do you feel the patient is competent to endorse checks and direct the use of the proceeds? ☐ Yes ☐ No

Physician's Name _____
(please type or print)   Board Certified/Eligible _____ # _____

Office Address _____   Phone Number ( ) _____

Physician's Signature _____   Date Completed _____/_____/_____

B2GCAB  10/01

Exhibit B-11  2 of 2



August 27, 2012

000057 3960648275
MIRIAM STEWART
2615 BAILEY'S X-ROAD ROAD
BENSON                    NC   27504

Exhibit B-11  1 of 2

Prudential Insurance Company of America  Explanation of Benefit  L (2 of 2)
Disability Claim Services Provider

009057-02-14-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA      PA   19176
800-842-1718

Date
August 27, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#   0039900
CLAIM#   10280793
ID#      XXX-XX-2187

CLAIMANT  MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 08/01/2012 | 08/31/2012 |
| - Medical | 781.73 | BENEFIT AMOUNT | 781.73 |
| - Dental | 90.74 | LESS OFFSET | 0.00 |
| - Mandatory FIT | 72.04 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 195.43 | | 781.73 |
| - Free Form 2 | 3.75 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 3 | 1.19 | | 781.73 |
| | 2.56 | LESS DEDUCTIONS | 365.71 |
| | | AMOUNT PAYABLE | 416.02 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

R-11 2-062

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
**Website:  www.prudential.com/mybenefits**

August 23, 2012

Miriam W Stewart
2615 Bailey's X-road Road
Benson, NC  27504

Claimant: Miriam W Stewart
Claim No.: 10280793
Date of Birth: 08/25/1957
Control No./Br.: 39900  /  000RB

ԿdԿlԿlll ...

Dear Ms. Stewart:

## GO GREEN with Direct Deposit!



*Enroll in e-delivery. Save paper, save time!*

Did you know that there is a simple and secure way to receive your benefits more quickly? Our standard method of payment is through a Direct Deposit to your checking or savings account via Electronic Funds Transfer (EFT).  Direct Deposit is a fast, secure and convenient way to receive your disability benefits and it is provided with no cost to you.

Direct Deposit offers you the following advantages:

- Quicker access to your money – funds are more readily available than with paper checks since you do not have to wait for your check to arrive by mail or clear with the bank.
- Security – with Direct Deposit, you will not have to worry about your check being lost, delayed or stolen in the mail.
- Convenience – having Direct Deposit saves you time and eliminates the need for trips to the bank.
- Plus, going Green with Direct Deposit saves paper and helps the environment!

There are three easy methods for setting up Direct Deposit: You can either (1) enroll through our website, or (2) complete and return the enclosed EFT Authorization form to the address above, or (3) contact us at the phone number listed above.

If contacting us telephonically, please have the following information readily available:

      Bank Name
      Type of Account
      Bank Transit Routing Number – The transit routing number is 9 digits
      Bank Account Number – Please do not include the check number
      Account Owner Name – You must be the owner or co-owner of the account

We are pleased to offer you this service. If you have any questions, please contact us directly at the phone number listed above.

Exhibit  B-11    1 of 4

4

Sincerely,
**Prudential**

Enclosure:
Group Disability Insurance Electronic Funds Transfer Authorization

B-11    2 of 4

 **Prudential**

**Group Disability Insurance**

## Group Disability Insurance
## Electronic Funds Transfer Authorization

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718   Fax: 877-889-4885
http://www.prudential.com/disability

**1 Enrollment**

To enroll in Prudential's Electronic Funds Transfer (EFT) payment service, please provide the following information. If you elect to have Prudential deposit the funds in your savings account, you must first check with your bank to obtain the correct bank transit routing number and account number for electronic deposit. Please note that a deposit slip does not contain acceptable banking information. If you have any questions, please call us toll free at 800-842-1718.

**\*Please note that not all policies are designed to participate in the Electronic Funds Transfer option. Contact your employee benefits representative or disability plan trustee for details.**

**2 Claimant Information**

Employer's Name

Claimant's First Name          MI    Last Name

Social Security Number          Primary Phone Number

**3 Banking Information**

Bank Name

Branch Phone Number          Type of Account (Select One)
☐ Savings    ☐ Checking

Bank Transit Routing Number          Bank Account Number
(NINE-DIGIT BANK TRANSIT ROUTING NUMBER)    (BANK ACCOUNT NUMBER)

**4 Payment Plan Agreement**

I authorize the Prudential Insurance Company of America to make electronic fund deposits of my disability benefit payment to my account. I understand that any deposit made to an inactive account will be returned to Prudential and reissued as a manual check. In addition, if any overpayment of such disability benefits is credited to my account in error, I authorize Prudential to withdraw any payments necessary in order to assure the accuracy of my claim payments.

I can cancel this authorization at any time by giving Prudential written notice. Any notice hereunder will not be deemed effective until Prudential has received my written notice.

Account Owner
First Name          MI    Last Name

Street          Apartment

City          State    ZIP Code

X _____          Date Signed (MM DD YYYY)
Signature

GL.2003.247    Ed. 11/2007

*113011*

Page 1 of 2



 **Prudential**

Claimant's Social Security Number

**5** **Instructions for Completing Section 3, "Banking Information"**

This will help you identify the necessary bank information to initiate electronic withdrawals. The nine-digit transit routing number is how we recognize the bank you do business with.

Record all banking information on page 1 of the form in Section 3, "Banking Information". Please call your bank to confirm that the information you are supplying is correct.

---

Customer XYZ
XYZ Street
City, State, ZIP

Check No. 1246

**PAY TO THE ORDER OF** _____    $ [        ]

_____    **Dollars**

Bank XYZ
UXYZ Street
City, State, ZIP

A27202754        006666D66666C        1246

---

This is the bank transit routing number.

It is always nine digits and appears between the ":" symbols.

Record this number in the boxes provided in Section 3, "nine-digit bank transit routing number."

This is your bank account number. It varies in number of digits and may include dashes or spaces.

The "<" symbol indicates the end of the account number.

Record the account number in the boxes provided in Section 3, "Bank Account Number" and include any dashes and spaces that are within the account number.

If there are any digits to the right of the "<" symbol (which do not represent the check sequence number), record them in the boxes provided.

This is the check sequence number. It may be on either end of your check. Please do **not** include this on the authorization form.

---

This page consists only of **Instructions**: It is not necessary to return this page with your EFT Authorization.

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.



*  1  1  3  0  2  *

Prudential Insurance Company of America
Disability Claim Services Provider

L (2 of 2)

000066-02-32-02-0-0-0-0



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA            PA   19176
800-842-1718

Date
February 23, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#    0039900
CLAIM#    10280793
ID#       XXX-XX-2187

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 02/01/2012 | 02/29/2012 |
| - Medical | 772.16 | | |
| - Dental | 90.74 | BENEFIT AMOUNT | 772.16 |
| - Mandatory FIT | 72.04 | LESS OFFSET | 0.00 |
| - Free Form 1 | 193.04 | ADD'L BENEFITS | 0.00 |
| - Free Form 2 | 3.75 | | 772.16 |
| - Free Form 3 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| | 2.56 | | 772.16 |
| | | LESS DEDUCTIONS | 363.32 |
| | | AMOUNT PAYABLE | 408.84 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Exhibit 12-11   1072



| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA        PA   19176<br>800-842-1718 |
|---|---|

Date
July 25, 2012

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CNTRL#   0039900
CLAIM#   10280793
ID#      XXX-XX-2187

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT |  |  |
|---|---|---|---|
| LTD Claim Benefits |  | FROM | TO |
| - Medical | 781.73 | 07/01/2012 | 07/31/2012 |
| - Dental | 90.74 | BENEFIT AMOUNT | 781.73 |
| - Mandatory FIT | 72.04 | LESS OFFSET | 0.00 |
| - Free Form 1 | 195.43 | ADD'L BENEFITS | 0.00 |
| - Free Form 2 | 3.75 |  | 781.73 |
| - Free Form 3 | 1.19 | LESS ADJUSTMENTS | 0.00 |
|  | 2.56 |  | 781.73 |
|  |  | LESS DEDUCTIONS | 365.71 |
|  |  | AMOUNT PAYABLE | 416.02 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

B-11   2072

Prudential Insurance Company of America
Disability Claim Services Provider

L (2 of 2) 6

000072-02-44-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA
800-842-1718                    PA    19176

Date
**November 22, 2011**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC    27709-3010

| CNTRL# | 0039900 |
| CLAIM# | 10280793 |
| ID# | XXX-XX-2187 |

CLAIMANT   **MIRIAM W STEWART**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | 11/01/2011 | 11/30/2011 |
| - Medical | 782.76 | | |
| - Dental | 90.74 | BENEFIT AMOUNT | 782.76 |
| - Mandatory FIT | 72.04 | LESS OFFSET | 0.00 |
| - Free Form 1 | 195.69 | ADD'L BENEFITS | 0.00 |
| - Free Form 2 | 3.75 | | 782.76 |
| - Free Form 3 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| | 2.56 | | 782.76 |
| | | LESS DEDUCTIONS | 365.97 |
| | | AMOUNT PAYABLE | 416.79 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Exhibit R-11      1025

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefits L (2 of 2)

000065-02-29-02-0-0-0-0

| | | |
|---|---|---|
| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES PO BOX 13480 PHILADELPHIA PA 19176 800-842-1718 | Date April 24, 2012 |

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   0039900
CLAIM#   10280793
ID#      XXX-XX-2187

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | | | |
| - Medical | 781.73 | 04/01/2012 | 04/30/2012 |
| - Dental | 90.74 | BENEFIT AMOUNT | 781.73 |
| - Mandatory FIT | 72.04 | LESS OFFSET | 0.00 |
| - Free Form 1 | 195.43 | ADD'L BENEFITS | 0.00 |
| - Free Form 2 | 3.75 | | 781.73 |
| - Free Form 3 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| | 2.56 | | 781.73 |
| | | LESS DEDUCTIONS | 365.71 |
| | | AMOUNT PAYABLE | 416.02 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

B-11   2 075

The Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefits   L (2 of 2)

000066-02-31-02-0-0-0-0



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
March 26, 2012

CNTRL#   0039900
CLAIM#   10280793
ID#      XXX-XX-2187

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 772.16 | 03/01/2012 | 03/31/2012 |
| - Medical | 90.74 | | |
| - Dental | 72.04 | | |
| - Mandatory FIT | 193.04 | | |
| - Free Form 1 | 3.75 | | |
| - Free Form 2 | 1.19 | | |
| - Free Form 3 | 2.56 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 772.16 |
| LESS OFFSET | 0.00 |
| ADD'L BENEFITS | 0.00 |
| | 772.16 |
| LESS ADJUSTMENTS | 0.00 |
| | 772.16 |
| LESS DEDUCTIONS | 363.32 |
| AMOUNT PAYABLE | 408.84 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Prudential Insurance Company of America
Disability Claim Services Provider



000060-02-20-02-0-0-0-0

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
**June 25, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

| CNTRL# | 0039900 |
|---|---|
| CLAIM# | 10280793 |
| ID# | XXX-XX-2187 |

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 781.73 | 06/01/2012 | 06/30/2012 |
| - Medical | 90.74 | | |
| - Dental | 72.04 | | |
| - Mandatory FIT | 195.43 | | |
| - Free Form 1 | 3.75 | | |
| - Free Form 2 | 1.19 | | |
| - Free Form 3 | 2.56 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 781.73 |
| LESS OFFSET | 0.00 |
| ADD'L BENEFITS | 0.00 |
| | 781.73 |
| LESS ADJUSTMENTS | 0.00 |
| | 781.73 |
| LESS DEDUCTIONS | 365.71 |
| AMOUNT PAYABLE | 416.02 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/mybenefits and select the online option.

B-11 4075

Prudential Insurance Company of America

Explanation of Benefits

000060-02-20-02-0-0-0-0



**Disability Claim Services Provider**

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA    19176
800-842-1718

Date
**May 24, 2012**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

| | |
|---|---|
| CNTRL# | 0039900 |
| CLAIM# | 10280793 |
| ID# | XXX-XX-2187 |

CLAIMANT  MIRIAM W STEWART

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 781.73 | 05/01/2012 | 05/31/2012 |
| - Medical | 90.74 | BENEFIT AMOUNT | 781.73 |
| - Dental | 72.04 | LESS OFFSET | 0.00 |
| - Mandatory FIT | 195.43 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 3.75 | | 781.73 |
| - Free Form 2 | 1.19 | LESS ADJUSTMENTS | 0.00 |
| - Free Form 3 | 2.56 | | 781.73 |
| | | LESS DEDUCTIONS | 365.71 |
| | | AMOUNT PAYABLE | 416.02 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

D-11   S-025

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit  L (2 of 2)

000070-02-38-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA                    PA    19176
800-842-1718

Date
December 20, 2011

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

CNTRL#    0039900
CLAIM#    10280793
ID#       XXX-XX-2187

CLAIMANT   MIRIAM W STEWART

| DESCRIPTION | AMOUNT |
|---|---|
| LTD Claim Benefits | |
| - Medical | 782.76 |
| - Dental | 90.74 |
| - Mandatory FIT | 72.04 |
| - Free Form 1 | 195.69 |
| - Free Form 2 | 3.75 |
| - Free Form 3 | 1.19 |
| | 2.56 |

| | FROM | TO |
|---|---|---|
| | 12/01/2011 | 12/31/2011 |
| BENEFIT AMOUNT | | 782.76 |
| LESS OFFSET | | 0.00 |
| ADD'L BENEFITS | | 0.00 |
| | | 782.76 |
| LESS ADJUSTMENTS | | 0.00 |
| | | 782.76 |
| LESS DEDUCTIONS | | 365.97 |
| AMOUNT PAYABLE | | 416.79 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Exhibit B-11

# Prudential  Financial

**Group Disability Insurance
Medical Authorization**

**1 Claimant Information**

Social Security Number: 2 4 3 - 0 2 - 2 1 8 7

Employee Phone Number: 9 1 9 - 8 9 4 - 8 0 4 0

First Name: M I R I A M

MI: L

Last Name: S T E W A R T

Suffix:

Email Address:

Employer Name: N o r t e l

Control Number: 9 1 1

**2 Authorization to Release Medical Information**

**PERSONS OR INSTITUTIONS:** This authorizes you to give The Prudential Insurance Company of America, its affiliates and representatives, any information, data or records you have regarding my medical history and treatment (including records pertaining to psychiatric, drug or alcohol use, and any medical condition I may now have or have had), and any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, credit, financial, earnings and employment history) needed to evaluate my claim for benefits. I understand that any such information obtained may be provided to a person or agency requested by Prudential to assist with this purpose. This authorization is valid during the dependency of my claim. I understand that I have the right to request and receive a copy of this authorization. A photocopy of this authorization is as valid as the original.

Unless limits* are shown below, this form pertains to all of the records listed above.

This information is for the sole use of Prudential or the group contract holder which will process the claim. Unless the law requires it, information will not be given in an identifiable form to any other persons unless I agree to its release in writing.

I can revoke this authorization by giving notice to Prudential. The notice will not apply to information released before the date Prudential has the notice. If not revoked, this authorization will be valid while the claim is pending, but not more than one year from the date it is signed.

I agree that a photocopy of this form will be valid as the original.

*Limits, if any: _____

_____

_____

_____

I certify that the above statements are true.

X  Miriam Stewart
Claimant Signature

0 1 / 1 0 / 2 0 0 2

GEN937

**For Internal Use Only**

Claim Number



\* 1 0 5 A 0 1 \*

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

Exhibit B-11   1079

## Activities of Daily Living Questionnaire

| Name: | MIRIAM STEWART | Policy No.: | |
| Address: | 2615 BAiley Crossroad Road | Social Security: | 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 |
| | Benson, N.C. 27504 | Date of Birth: | 8/25/57 |
| E-Mail Address: | | Phone No.: | 919-894-8040 |

## MEDICAL

What is your height? 5'4    What is your weight? ~~231~~ lbs.

Please describe your *current* medical condition and any progress you believe you have made since you stopped working: I haven't made any progress I have extreme asthma, diabetes

List *all* your medical conditions that you see a doctor for:

Asthma          High blood Pressure          Sinus
Morbid obesity   Osteoporosis
Diabetes         Lower back pain

Provide the names, addresses and telephone numbers of *all* physicians who have treated you *within the past 12 months, and list all* medications you are *currently* taking, along *with* their dosage and frequency.

| Doctor's Full Name: | Specialty: |
| Address: | Telephone: FAX: |

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Doctor's Full Name: | Specialty: |
| Address: | Telephone: FAX: |

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

Adl-3 11/00

| Doctor's Full Name: DR. V | | | Specialty: | |
| Address: | | | Telephone: 919·894-2293 FAX: | |

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Doctor's Full Name: | | | Specialty: | |
| Address: | | | Telephone: FAX: | |

Please list corresponding medication(s) prescribed by this physician.

| Medication Name | Dosage | Frequency Taken | Pharmacy Name | Pharmacy Address |
|---|---|---|---|---|
| | | | | |
| | | | | |

(Note: If you require additional space, please supplement on additional paper.)

## PERSONAL CARE

What time do you usually get up? 5:30 am to 6:00 am What time do you usually go to bed? different times

Do you have any trouble sleeping? Yes ● No ☐ Do you take naps? Yes ☐ No ●

Describe any changes in your sleeping habits since your condition began: Sleep in small time frames Sleep in a chair. Haven't sleept in a bed in years due to breathing difficulties

Do you need any assistance in dressing and/or grooming? Yes ☐ No ● If you need assistance in dressing or grooming, describe the help you require *and* how frequently:

Do you require the use of assistive devices to aid with ambulating? Yes ☐ No ● If yes, please list the devices you utilize:

Do changes in your routine upset you? Yes ● No ☐ If changes in your routine upset you, what is your response or reaction to these changes? Generally blood pressure and insulin increases

Do you have any problems with your memory? Yes ☐ No ● If you have problems with your memory, please describe the problems *and* how often they occur:

2

AdI-3 11/00

R-11 2 079

Do you prepare your own meals? Yes ☑ No ☐   If you prepare your own meals, which meals do you prepare?
Breakfast ☑   Lunch ☑   Dinner ☑   If you do not prepare your own meals, who helps you?

Have your eating habits changed since your condition began? Yes ● No ☐
Provide examples of the type(s) of meal(s) you prepare/eat *and* any changes in your eating habits:

## TRANSPORTATION

Do you have a valid driver's license? Yes ● No ☐

Do you drive? Yes ● No ☐   How many times ~~per week~~ a month do you drive? *Once*
What is the distance you can travel as a driver? *6* miles; as a passenger? *30* miles
If you do not drive, has your doctor restricted you from driving? Yes ☐ No ☐

Do you take public transportation? Yes ☐ No ☑ Do you need assistance to travel? Yes ☐ No ●
If you need assistance to travel, describe why you need assistance; who assists you; and, any changes in your travel
since your condition began:

## HOUSEHOLD CARE

Do you live alone? Yes ☐ No ☑ Are you married? Yes ● No ☐

If you are married, what is your spouse's name? *Erie*   Date of Birth: *4/28/59*
Does your spouse work? Yes ● No ☐   If yes, spouse's
occupation? *laid off worked for Midway Airlines*

Do you have dependent children? Yes ● No ☐ If yes, please provide the following information:

| Dependent Name: *Erika Stewart* | Date of Birth: *9/9/88* |
|---|---|
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |
| Dependent Name: | Date of Birth: |

Are you responsible for the financial management of your household? Yes ☐ No ● If you are responsible for the
financial management of your household, explain what you do (*for example*, write checks, pay mortgage, maintain
bank records, make bank deposits, etc.):

If you are not responsible for the financial management of your household, who is? *Husband*

Do you have a power of attorney? Yes ☐ No ● If yes, please provide us with the name of the individual and
relationship. Be sure to attach a copy of the power of attorney record to this document for file records.

Adl-3 11/00

*B-11   4079*

Do you perform any type of housework? Yes ● No ⊗

If you perform housework, check the kinds of household activities you do:
Laundry ● Dusting ⊗ Vacuuming ⊗ Washing dishes ● Mopping ⊗ Gardening ⊗ Lawn care ⊗
Household repair ⊗ House Painting ⊗ Car care ⊗ Trash ⊗ Recycling ⊗ Other ⊗ *Specify:*

How often do you do household activities? Daily ● Twice a week ⊗ Weekly ⊗ Monthly ⊗
Approximate time spent on household activities: Daily? <u>1½ hrs</u>  Weekly? _____  Monthly? _____

If you *do not* perform the above mentioned household activities, who is responsible for assisting you with these duties? In addition, please describe any changes in your ability to care for your household *and* any assistance required since your disability began: <u>I just don't have the energy to hold up to keep up a house. Spouse and child do 98% of housework and meals</u>

*If you have child care responsibilities*, as a parent, grandparent or baby-sitter, circle which one of these roles you provide, and answer the following questions on what child care are you able to provide:
Infants/Toddlers
Bathing ⊗ Changing clothes ⊗ Changing diapers ⊗ Feeding ⊗ Carrying ⊗ Lifting ⊗ Reading ⊗
Play activities ⊗
Youths ⊗
Reading ● Play activities ⊗ Volunteer Work for School ⊗ Volunteer Work for Sports leagues ⊗
Transportation to school/sporting events ⊗ Other ⊗ *Specify:* _____

Approximate time spent on childcare activities: Daily? <u>½ hr</u> Weekly? _____ Monthly? _____

Do you require assistance to perform any of these childcare activities? Yes ⊗ No ●
If you require assistance to perform childcare activities, describe the assistance you need; who provides this assistance; and, how frequently you require this assistance:

## INTERESTS AND HOBBIES

Do you shop? Yes ⊗ No ●
What kinds of shopping do you do? Food ⊗ Clothes ⊗ Gifts ⊗ Other ⊗ *Specify:* _____
How often do you shop? Daily ⊗ Twice a week ⊗ Weekly ⊗ Monthly ⊗
Approximate time spent on shopping: Daily? _____ Weekly? _____ Monthly? _____
Do you require any assistance when you shop? Yes ⊗ No ⊗ If you require assistance when you shop, describe the assistance you require:

Do you read? Yes ● No ⊗ If you read, what do you read? Books/Novels ● Magazines ● Newspapers ●
Other ⊗ *Specify:* _____
Approximate time spent reading: Daily? <u>3 to 4 hrs</u> Weekly? _____ Monthly? _____

Do you watch TV? Yes ● No ⊗ If you watch TV, how many hours do you watch daily? 3-4 hrs

Do you listen to the radio? Yes No ● If you listen to the radio, how many hours do you listen?

B-11  S 079

What types of hobbies or activities do you participate in? (please check all that apply)
Fishing ☒ - Type _____ Hunting ☒ - Type _____ Crafts ☒ - Type: _____ Sewing ☒ Knitting ☒
Swimming ☒ Aerobics ☒ Gym ☒ Running ☒ Bowling ☒ Sports - Type: _____ Movies ☒

Do you own a computer? Yes ☒ No ●
Please check all computer skills you possess: Word processing ☒ E-mail ☒ Spreadsheets ☒ Database Management ☒ Computer Graphics ☒ Web Page Design ☒ Please provide your Web Page Address
_____

Continuing Education Courses ☒ Other hobbies/interests not mentioned ☒ *Specify*:

How often do you do any given activity or hobby? Daily ☒ Twice a week ☒ Weekly ☒ Weekends ☒ Monthly ☒
What is the amount of time you spend on each activity/hobby mentioned? _____

Has there been any change in your interests and hobbies, or in the frequency with which you participate in them, or in your requirement for assistance to participate in them since your disability began? Yes ● No ☒ If there has been any change in your interests and hobbies, in the frequency you participate in them or in your requirement for assistance to participate in them, describe the change(s) and the assistance you require:

I can't because I'm no longer physically able to participate in the hobby I use to do at all

## SOCIAL CONTACTS

Are you an active member of any club(s) or community organization(s)? Yes ☒ No ●
How often do you participate in these activities? Daily ☒ Twice a week ☒ Weekly ☒ Weekends ☒ Monthly ☒
Please list the organizations you are presently a member of:

| Organization Name | Your Position | Responsibilities | Scheduled Meeting Days | Scheduled Times |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(Note: If you require additional space, please supplement on additional paper.)

Do you perform any volunteer work? Yes ☒ No ●
If you do volunteer work, please provide the name of the volunteer program, describe your volunteer activities, frequency of participation, and scheduled hours of participation below:

| Volunteer Organization/Group | Activities Performed | Scheduled Days of Participation Each Week | Scheduled Hours Per Day; (provide times) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(Note: If you require additional space, please supplement on additional paper.)

Do you visit with friends or relatives? Yes ● No ☒
How often do you visit? Daily ☒ Twice a week ☒ Weekly ☒ Weekends ☒ Monthly ●

B-11     6    079

Estimate how long these visits last (i.e., number of hours): _1½ hrs_

Has there been any change in your social contacts since your disability began? Yes ● No ⊗ If there has been any change in your social contacts or you require assistance to maintain these social contacts, describe the change(s) and assistance you require: _I just don't go much anymore because by the time you get a bath and get ready I am worn out. and I don't have large # of family member left to visit they are all dead._

## ONGOING EDUCATION/TRAINING

*Check* your highest level of *formal* education completed:
Elementary school: 1 ⊗ 2 ⊗ 3 ⊗ 4 ⊗ 5 ⊗ 6 ⊗ 7 ⊗ 8 ⊗ Secondary school: 9 ⊗ 10 ⊗ 11 ⊗ 12 ⊗ GED ●
**College/University** 13 ● 14 ⊗ 15 ⊗ 16 ⊗ . Name of College/University _Wake Tech, Central Carolina_
**Post Graduate** ⊗ **Name of College/University**: _____

Are you presently attending college? o Yes ● No. For a Degree? o Yes o No Type: _____
Name of college _____
Number of years completed: _____  Address _____
Area(s) of concentration: _____  Anticipated Graduation Date: _____

Are you presently pursuing any vocational training? (i.e. formal training obtained through business, vocational, or other training institutions.) _NO_
Where? _____
Length of training: _____  When? _____
Certificates or licenses obtained: _____

Have you, or, are you presently pursuing any other training or adult classes in computers, personal finance, real estate, crafts, art, etc.? o Yes ● No, If yes, please advise type of classes, facility name and location, frequency of classes, duration, and dates of class(es).

Military Services Training:  o Yes  o No
Where? _____  Type: _____
How skill was used: _____  When? _____

Are you currently active in the military reserves? o Yes o No Branch: _____
**Branch Location:** _____

## REHABILITATION EFFORTS

Have you participated in a rehabilitation or retraining program? Yes ⊗ No ● If you have participated in a rehabilitation or retraining program, provide the name of the program, along with the address and telephone number of the provider, counselor name, and the dates of the program:

Are you currently working? Yes ⊗ No ●
If yes, how many hours per week do you work? _____
Please provide the name and address of the employer, position held, and current salary.

B-11  7079

Have you attempted working since ***** (Date disability commenced)? **NO**
If yes, please provide the name and address of the employer, position held, salary, and reason you stopped working.

If you are not presently working, do you believe that you will be able to return to work? If you do not believe that you will be able to return to work, describe the reason(s) supporting your belief: *NO*

**Health has not improved.**

## OTHER INCOME

Please report all the current sources of income you receive and the amount received from each source:

| Type of Income | Please check: | Effective Date | Amount of Benefit |
|---|---|---|---|
| Social Security Disability –Primary * | Yes ● No ⊖ | | |
| Social Security Disability Dependent/Spouse* | Yes ⊖ No ● | | |
| Social Security Retirement* | Yes ⊖ No ● | | |
| Social Security Survivor* | Yes ⊖ No ● | | |
| Pension and/or Retirement Benefits* | Yes ⊖ No ● | | |
| Workers' Compensation Benefits* | Yes ⊖ No ● | | |
| Individual or group disability benefits secondary to this claim coverage | Yes ⊖ No ● | | |
| Any other type of government benefits* | Yes ⊖ No ● | | |
| Auto Insurance Settlement* | Yes ⊖ No ● | | |
| Rehabilitative Employment | Yes ⊖ No ● | | |
| Other: | | | |
| Other: | | | |

*If not previously provided*, attach a copy of any award/denial notice you have received.

## Social Security Application Information

**Please provide the status of your SS disability claim. (check all that apply)**

**Primary** ● No application filed    ⊖ Approved, Date: 10/06
⊖ Pending: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
⊖ Denied: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
⊖ Appeal Filed (on most recent denial): Yes ⊖ No ⊖, Date filed: _____
(Please provide copies of correspondence from Social Security regarding status of application.)

**Family:** ⊖ No application filed    ⊖ Approved, Date: _____
⊖ Pending: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
⊖ Denied: Level (please circle): Initial, Reconsideration, Administrative Law Judge, Date: _____
⊖ Appeal Filed (on most recent denial): Yes ⊖ No ⊖, Date filed: _____

Do you have an attorney of record or an agency representing you in your claim for SS disability benefits, or for any other type of income benefit? Yes ⊖ No ● If you do have an attorney or agency representing you, provide name, address and telephone number:

B-11   8 079

Notice to all persons completing this questionnaire . It is fraudulent to fill out this form with information you know to be false or to knowingly omit important facts. Criminal and/or civil penalties can result from such actions. The information I have provided on this form is accurate to the best of my knowledge.

Claimant Signature *Miriam Stewart*          Date 1/10/02

*If someone other than the insured has completed form, please provide the name and telephone number.*

Printed Name                                        *Telephone*

Signature

B-11     9 079