IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al., | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: Oct. 25, 2012 at 10:a.m. |
| | ) Hearing Date:       Feb. 13, 2012 at 10:a.m. |
| | RE:                 D.I. # 8067 |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OS AN OEDER PURSUANT TO 11 U.S.C. §§ 105,363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Kenneth Hazelrig (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this **Objection to Debtors' Motion for entry of an order authorizing the debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees.** In support of this Objection, Kenneth Hazelrig respectfully represents as follows:

## BACKGROUND

1. Kenneth Hazelrig suffered a major brain bleed and 2 strokes on April 13, 2011 which left him severely impaired; he has just learned to talk again but has lost most of his cognition. This objection is being written by his spouse and legal guardian/conservator, Mary Hazelrig.
2. Kenneth Hazelrig has worked with Western Electric and Nortek Networks his entire life; he has been with their company for over 35 years. His has worked as an Installer, Field Engineer, Product Engineer and finally as a **"Senior Design Engineer"**. According to my husband, he spent most of his work time in the 80's working overseas for months at a time. He was always the "go to" man.
3. Kenneth Hazelrig was officially documented as disabled in May of 1991 due to an accident that happened in 1989 whereas he fell 2 stories to the ground. Due to resulting complications, this left him unable to perform his job duties.
4. Kenneth Hazelrig has been classified as completely disabled by the SSA, Nortel Networks and Prudential Ins. Co. and various doctors since 1991 to the present time. (Exhibit D)
5. Because of my husband recent health events, I have had to leave my job of 16 years with and independent company as a sales director to stay at home and take care of him. Loosing my income has had a great negative impact on our finances to say the least, if we loose my husbands income we will stand to loose everything, not to mention his ongoing medical needs. **He is in the hospital as I am writing this**. This is the reason for the last minute filing, in addition my husband used to handle all of these matters. My husband's needs are 24/7 supervision and total assistance. Most of the time he doesn't recognize me and needs full assistance to perform any activity, bathing, eating, dressing, etc...
6. Kenneth Hazelrig has always understood from Nortel's own Plan summary and employee handbook and through conformation from Prudential Ins. Co., that he would receive his LTD benefits until age 65.

7. It seems Northern Telecoms former CEO's and management had no conscious when it came to profiting off of the company and leaving its hard working employees left holding the bag. I think the most egregious act from Nortel was their initial attempt to terminate their employees, retirees, LTD's, STD's, their severance and all benefits to generate funds to give retention bonuses for it's high ranking executives. 2009 Nortel handed out 45 million dollars

in retention bonuses. I object to Nortel's handling of the companies funds in general, especially their **"Illegal Breach of trust In Nortel's Health and Welfare Trust"**...<u>100 million dollars was missing.</u>, this trust was to provide for the medical, dental, life insurance, long-term disability and survivor income and pension transition benefits.

8. Kennth Hazelrig was one of the good guys who helped build and profit Nortel, not one of the men who helped destroy it.

## RELIEF REQUESTED

9. Reject the Debtors Motion to Terminate LTD plans until Kenneth Hazelrig reaches age 65 or compensate for the "promise" of the benefits (insurance income payments plus welfare benefits, outlined in various Summary Plan Documents) to be awarded as per the "Proof Of Claim".

10. My Total Claim is **$330562.46**, which is a projection to age 65 for LTD benefits, welfare benefits beyond, **not including** benefits beyond age 65 per the retiree plan that I qualify. (Exhibit A)

## BASIS FOR RELIEF

11. Nortel has always represented (through the Employee Handbook and Summary Plan Document) that the LTD benefits are insured thorough a group policy and was to continue until the age of 65 years. He was to receive was to receive 60% of his income at the time of disability to supplement SSA.
12. Proof of claim. (Exhibit A)
13. Benefit conformation for 2010 (Exhibit B)
On my benefit portal internet page it states "Prudential Group Insurance". (Exhibit C)
14. Nortel Is trying to breach this contract after my disability occurred. I paid the premium for this disability insurance policy and other welfare benefits such as life insurance. (policy # 39900)
15. Current documented health status of Kenneth Hazelrig (Exhibit D)
16. Legal Guardianship/Conservatorship for Kenneth Hazelrig (Exhibit E)
17. Prudential disability benefit payment sheet. (Exhibit F)
18. Social Security Approval and payment benefit sheet (Exhibit G)
19. Nortel Estate has sufficient funds to take over their contract for the continued care of its LTD employees.

## EXECUTIE SUMMARY

(A) Language or the LTD Summary Plan Description, for the year Kenneth Hazelrig became disabled and was forced onto Long-Term disability stated that he receive his LTD benefits until the age of 65.

(B) Every communication from Prudential Insurance Co., indicated and still indicates that Kenneth Hazel rig's disability benefits are paid by an insurance policy, which my husband paid the premiums for during my years working for Nortel networks.

(C) Prudential and Nortel networks spokespersons confirmed that my husband would receive LTD benefits until the age of 65.

(D) Fiduciary responsibilities and duties are still being blatantly ignored, when the same agent seeks to terminate my husbands employment and LTD benefits.

(E) It appears that Nortel is still well funded enough to meet their contractual obligations with all of their LTD employees. Fulfilling the LTD benefits obligation would not hinder Nortel recovery or liquidation. The employees of Nortel in good faith traded their time away from their families and skills for money and benefits from Nortel Networks Company.

(F) Nortel Networks is wrongly seeking to breach their contracts with my husband as well as all of the LTD employees. Nortel should be held accountable for their responsibility to either settle or continue to provide the insurance policies, benefits for its LTD employees.

Exhibit A – Proof Of Cloaim

Exhibit B – Nortel Benefit Confirmation 2010

Exhibit C – Prudential disability portal page

Exhibit D -- Current documented health status of Kenneth Hazelrig

Exhibit E -- Prudential disability benefit payment sheet

Exhibit F -- Social Security Approval and payment benefit sheet.

## NOTICE

20. Notice of this Objection has been provided to (a) counsel to the Debtors (Cleary); (b) the United States Trustee for the District of Delaware; and (c) counsel to the LTD 1102 Committee (Elliott Greenleaf) via first class mail. Other parties will receive notice through the Court's electronic filing system. Kenneth Hazelrig respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

Dated Oct 23, 2012

Kenneth Hazelrig
By Mary Hazelrig
Legal Guardian

8170 Solway CT

Winston GA 30187

Hm: 770-949-5235

Cell: 404-200-5419

Email: marybiz444@aol.com

*Appearing Pro Se*

8;"Times New Roman,Regular"&12&A

| | |
|---|---|
| **WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?** | Kenneth Hazelrig |
| **WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?** | 0205671 |
| **WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?** | November 04, 1991 |
| **WHAT IS YOUR AGE (As Of January 1, 2013) ...** | |
| Years | 60 |
| Months | 1 |
| AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013 | 720 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65" | 60 |
| **YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT** | 62,379.84 — Prudential/SocSec   net  46,881.34 |
| **IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...** | |
| WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04 | 0.02 |
| AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ... | 1,247.60 |
| | 6,237.98 |
| **FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"** | |
| SEVERANCE PERIOD | 39 |
| AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY | 1,199.61 |
| | 46,784.88 |
| **FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...** | |
| "GROSS" MONTHLY SICK PAY FROM PRUDENTIAL | 3,327.92 |
| SSDI MONTHLY OFFSET | 992.30 |
| Medicare Part B Reimbursement Per LTD Plan | 165.04 |
| AUTOMATICALLY CALCULATED FOR YOU - NET PAY | 2,500.66 |
| | 199,675.20 |
| | 59,538.00 |
| | 9,902.40 |
| | 150,039.60 |
| **Estimates On What Replacement Coverage Would Cost You** | |
| MEDICAL CARE | 10,000.00 |
| SUBSIDIZED PRESCRIPTION PLAN | 12,000.00 |
| DENTAL/VISION/HEARING CARE | 800.00 |
| CORE EMPLOYEE LIFE INSURANCE | 2,100.00 |
| ACCIDENTAL DEATH & DISMEMBERMENT | 600.00 |
| | 50,000.00 |
| | 60,000.00 |
| | 4,000.00 |
| | 10,500.00 |
| | 3,000.00 |
| **CLAIM GRAND TOTAL** | **330,562.46** |



United States Benefits
Confirmation Statement

This confirms your Benefits selections and costs, which take effect 01/01/2011. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Kenneth Hazelrig |
| Global ID: | 0205671 |
| Date of Birth: | 09/04/1952 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 57050.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 12/17/2010 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. Please make sure your dependent information (listed on the next page) is accurate.

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** 80/60 PPO, Cigna | EE & Spouse | $ 76.17 | $1,980.42 | $8,436.74 |
| **Dental/Vision/Hearing Care** COMP | EE & Spouse | $ 11.11 | $ 288.86 | $ 608.66 |
| **Short-Term Disability** 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $ 372.58 |
| **Long-Term Disability** 70% of Benefits Earnings | | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 87.28 | $2,269.28 | $9,417.98 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** 2x Benefits Earnings | $ 0.00 | $ 0.00 | $ 0.00 |
| **Optional Employee Life Insurance** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** $25,000 | $ 1.11 | $ 28.86 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 1.11 | $ 28.86 | $ 0.00 |

*** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|---|---|---|---|---|
| Mary Hazelrig | xxx-xx-6351 | S | F | 12-17-1962 |

Kenneth Hazelrig
8170 Solway Court

Winston, GA  30187



**Exhibit D**

Medical Group

Neurosurgery
55 Whitcher Street
Suite 3110
Marietta, GA 30060
p 770.422.2326
f 770.422.7767

William J. Benedict, M.D.
Said Elshihabi, M.D.

March 7, 2012

RE: Kenneth Hazelrig
DOB: 09/04/1952

Kenneth Hazelrig had a subdural hematoma on 04/13/2011.
Mr. Hazelrig has been unable to write, fill in blanks, check off boxes, etc., since 04/13/2011 and is currently still unable to achieve these tasks.

Mr. Hazelrig does not have the ability to hold a paper or sign his name.

If you have any further questions regarding Mr. Kenneth Hazelrig's medical diagnosis or surgical procedures, please contact me at 770-422-2326.

*[signature]*

William J. Benedict, Jr., M.D.
55 Whitcher Street #3110
Marietta, GA 30060
(770) 422-2326

Exhibit D

# Prudential Financial

Group Disability Insurance
Attending Physician's Statement

Employee Last Name

Social Security Number

Was Claimant hospital confined? [X] Yes [ ] No

If hospitalized, give dates.

If Yes, please provide name and address of hospital

Initial Hospitalization

WellStar Kennestone Hospital
677 Church St Marietta GA 30060

From: 04/13/2011
To: 07/13/2011

Other Treating Physicians or Consultants

| Physician Name | Specialty | Phone Number |
|---|---|---|
| William Benedict | Neurosurgery | 770-422-8320 |
| Joseph Hermes | Neurology | 770-422-3600 |

Do you feel the claimant is competent to endorse checks and direct the use of proceeds? [ ] Yes [X] No

Nature of Medical Impairment / Limitation (Please specify nature of corresponding loss of function):

CVA (stroke) with right sided paralysis and decreased cognition

Date when significant loss of function occurred: 04/13/2011

Are there Corresponding Medical Restrictions (i.e., What activities should the claimant not perform because of a significant risk to self or others?)

Patient requires assistance with all activities of daily living - bathing, dressing, eating.

Prognosis for Return to Function / Return to Work: Patient is disabled

Return to Work Plan (Please describe): N/A

Target Date:

**Exhibit D**

WELLSTAR REHAB MEDICINE
Vimala Nair, M.D./Rochelle Cothar, M.D./Daymond McDuffey, M.D.
100 Lacy Street, Suite 150
Marietta, Georgia 30060
(770) 792-7635

PATIENT:                    HAZELRIG, KENNETH
DOB:                        09/04/1952

DICTATING PHYSICIAN:        Daymond McDuffey, M.D.

DATE OF SERVICE:            02/17/2012

## OUTPATIENT RE-EVALUATION

**HISTORY OF PRESENT ILLNESS:** The patient is a 59-year old gentleman who returns for followup for CVA with right hemiparesis and spasticity. The patient was last seen 06/06/2012 for right upper extremity and right lower extremity Botox injections. At that time, the patient's biceps were injected with 200 units of Botox, the brachialis 100 units, his medial hamstrings 100 units and lateral hamstrings units 100 units. The patient reports an improvement in his right upper extremity range of motion and decreased pain. No significant change was noted in his right lower extremity with range of motion. He continues to deny any pain in the right lower extremity. The patient also has been discharged from Southern Therapy Services. The patient continues to perform his home exercise program with his family. The patient also reports that he is tolerating a p.o. diet with thin liquids. He also reported a recent fever and some nausea and vomiting over the last 2 days but denies any symptoms this morning. He denies any new problems today. The patient still has some urinary incontinence. Denies any shortness of breath or any coughing. The patient's wife states that his oral secretions have improved. The patient's wife also states that they are looking to obtaining a stair lift so the patient will be able to go upstairs at his home. They also reported persistent improvement in the patient's cognition.

**PHYSICAL EXAMINATION:** The patient is alert, awake, more verbal today. Following commands. The patient with some improvement in passive range of motion in his right elbow. The patient still with approximately 2/5 muscle strength in the right upper extremity, 1-2/5 muscle strength in the right lower extremity, 5/5 muscle strength in the left upper extremity and left lower extremity. The patient does have decreased passive range of motion in the bilateral knees with decreased terminal extension. Chest: Clear to auscultation bilaterally. Heart: S1, S2, regular rate and rhythm. Abdomen: Soft, nontender, nondistended, positive bowel sounds. Extremities: No cyanosis, clubbing or edema. Some ecchymosis is noted in the left upper extremity.

**ASSESSMENT AND RECOMMENDATIONS:**
1. CVA with right hemiparesis. The patient is to continue with his home exercise program since he has been discharged from Southern Therapy Services. Will discontinue Robinul secondary to wife's reports that secretions did not improve with it. The patient also will

**Exhibit D**

Outpatient Re-Evaluation
07/17/2012
Page 2

    need to be continued to be monitored on his p.o. diet as speech therapy had reported the patient is unsafe with thin liquids. Discussed with the patient and family at length that if he continues to have fevers with associated symptoms, he will need to notify his M.D. or go to the emergency room to be evaluated for some infectious process, i.e., urinary tract infections or pneumonia.

2. Spasticity. The patient's spasticity did improve status post Botox injections into the right upper extremity utilizing 300 units total in the right biceps and brachialis. The patient should continue to use his Dynasplint as well. He is having some improvement in his elbow range of motion. Will again plan to repeat Botox injections in 2 months into the right upper extremity.

3. Bilateral knee flexion contractures. Discussed with the wife to continue to perform some stretching and range of motion activities with the patient. Encouraged them to use superficial heat prior to stretching activities. Botox was ineffective in helping with his decreased range of motion. It is less likely that the patient has spasticity in the right lower extremity. It is likely the patient has experienced flexion contractures after a long period of immobilization. This is further confirmed now with the presence of his left knee flexion contracture as well.

4. Sialorrhea. The patient's secretions have improved per the patient's family. Discontinue Robinul as the patient's wife felt it did not help.

5. The patient is to follow up in 2 months for repeat Botox injections. If there are any questions or concerns prior to followup, they were instructed to notify the office.

Daymond McDuffey, M.D.

DMD/ITS/4343/44455

DD: 07/17/2012
DT: 07/19/2012

Exhibit D

## Prudential Financial — Group Disability Insurance, Attending Physician's Statement

**1. To Be Completed By Employee**

- Employer/Association Name: NORTEL NETWORKS
- Control Number: [blank]
- Employee First Name: KENNETH
- Social Security Number: 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
- Employee Last Name: HAZELRIG
- Employee Address Line 1: 8170 SOLWAY CT
- Birthdate (MM/DD/YY): 09/04/1952
- Gender: X Male
- City: WINSTON
- State: GA
- Zip: 30187
- Occupation: SENIOR DESIGN ENGINEER

I hereby authorize release of information requested on this form by the below named physician for the purpose of claim processing.

X Ken Hazelrig — Employee Signature
Date Signed: 08/06/2012

**2. To Be Completed By Attending Physician**

Clinical Diagnosis:
- Primary: CVA w/m (R) Hemiparesis — ICD: 438.2
- Secondary: Spasticity — ICD: 781.0
- Secondary: [blank]
- Pregnancy EDD: [blank]

Treatment/test procedures performed (Please provide reports): [blank]

Surgical procedures performed (Please be specific) — See bottom

- April 3rd, 2011 — Right Hemicraniectomy of Subdural Hematoma
- June 3rd, 2011 — Right Cranioplasty

Both surgeries performed by William Bendok. Details of those surgeries should be obtained from his office.

Current meds as of 2/12: Vimpat, Ambien

For Internal Use Only — Claim Number: [blank]

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19101
Tel: 1-800-842-1718  Fax: 1-877-889-4885

**Exhibit E**

## AFFIDAVIT OF CONSERVATOR OF AN ADULT WARD

I certify that as Conservator of _____, adult ward, and having taken the oath as such and giving bond (if required by law), I understand the following duties and responsibilities required of me as such conservator:

a) I am to deposit all monies into an interest bearing account in my ward's name with me listed as conservator;
b) I am to keep a just and true account of the monies coming into the Estate and an account of monies paid out from said estate;
c) I am to make an annual return in writing and in acceptable form to the Probate Court on the anniversary date of my appointment as Conservator each year until dismissed from my trust;
d) I am to notify the court of any change of the Ward's or my mailing address;
e) I understand statutory court costs shall be assessed for filings on behalf of my Ward;
f) I understand the requirement of my surety bond shall continue until I am dismissed from my trust;

I further understand that should I fail or refuse to perform my duties as said Conservator, that my bondsman is liable under the law to the Probate Court.

And I further understand that should I fail to make annual returns, it is the duty of the Judge of the Probate Court to issue citation against me to show cause on a day certain why I am unable to make required returns.

This _____ day of _____, 20___.

_____
Signature of Conservator

_____
Print Name

DOUGLAS COUNTY
COURT OF PROBATE

MAY 28 2012

CLERK, JUDGE, COURT OF PROBATE

**Exhibit E**

COUNTY OF _Douglas_

## LETTERS OF GUARDIANSHIP AND CONSERVATORSHIP OF ADULT WARD

From the Judge of the Probate Court of said County:    Date of Birth: 06/01/195_

TO:  Mary Margaret Hazelrig , Guardian(s) and Conservator(s)
RE:  Kenneth Stewart Hazelrig , Adult Ward

The above-named adult ward has been found by this Court to be in need of a guardian and conservator, and this Court has entered an order designating you as such guardian(s) and conservator(s). You have assented to this appointment by taking your oath and posting a bond. In general, your powers and duties are to protect and maintain the person and property of the ward.

Special Instructions

1. It is your duty to see that your ward is adequately fed, clothed, sheltered and cared for, and that your ward receives all necessary medical attention.

2. You must keep your ward's funds separate from your own. You should put your ward's funds in a separate checking or savings account, as appropriate, and make all payments by check.

3. You may not sell, mortgage, give away, or otherwise dispose of any of your ward's property without a court order.

4. You may not spend any of your ward's funds for any purpose, except as set forth in the court approved budget, without a court order.

5. You must file within two months of your appointment an inventory showing the ward's property and a plan for managing, expending, and distributing the property. Further, you must file, within 60 days of each anniversary date of these Letters an annual return, showing all receipts and disbursements, accompanied by an affidavit certifying that the original vouchers (checks) have been compared with the items listed on the return and that the return is correct, together with an updated inventory and plan for managing the property. A copy of said return shall be sent by first class mail to the surety, the ward, and the guardian, if any.

6. The regular commissions allowed a conservator are 2.5% on all sums of money received and 2.5% on all sums paid out, as shown by the annual or final return. There are special rules concerning commissions for property delivered in kind, interest earned, extraordinary services, and market value of property held as of the last day of your reporting period.

7. You must keep the Court informed of any change in your name or address and promptly notify the Court of any conflict of interest arising between you and your ward.

8. Within 60 days after appointment and within 60 days after each anniversary date of appointment, you must file with the probate court a personal status report concerning your ward which shall include:

    (a) A description of your ward's general condition, changes since the last report, and needs;
    (b) Your recommendations for any alteration in the guardianship/conservatorship order;
    (c) All addresses of the ward during the reporting period and the living arrangements of the ward for all addresses.

9. Your authority to act pursuant to these Letters is subject to applicable statutes and to any special orders entered in this case.

Given under my hand and official seal, the _28_ day of _MARCH_, 20_12_.

NOTE: The following must be signed if the
judge does not sign the original of this document.    _____
Issued by:                                                                        Probate Judge

(Seal)

State of Georgia
County of Douglas

I, Barbara J. Harris, duly qualified and acting Clerk for the Court of Probate, Douglas County, Georgia, do hereby certify that the within and foregoing copy is a true and correct copy of the record on file in this office.

This ___ day of _____, 20__.

_____
Clerk, Probate Court, Douglas County, GA

## Exhibit F

```
           DISABILITY MANAGEMENT SERVICES
           PO BOX 13480
           PHILADELPHIA           PA  19176
           800-842-1718                              September 24, 2012

                                                     1039900
           BENEFITS ADMINISTRATOR                    10280338
           NORTEL NETWORKS                           XXX XX-0956
           OES DISB PRIME   MS 570/02/0C?
           PO BOX 13010
           RESEARCH TRIANGLE PARK   NC  27709-3010
           KENNETH S HAZELRIG

   Claim Benefits                      3,187.92    09/01/2012      09/25/2012
     SSDB                                 790.10                    3,187.92
   - Medical                              106.30                      492.3
     Dental                                39.07                       
     Free Form ..                           0.00                    2,305.52
   - Free Form 4                          106.35                        0.00
                                                                   2,335.62
                                                                     798.30
                                                                   2,335.77
```

```
 r claim or payment status, call 800-842-1718 and follow the prompts or visit
   on the web at www.Prudential.com/mybenefits and select the online option.
```

September 24, 2012

Check Amount     $2,035.

KENNETH HAZELRIG
8170 SOLWAY CT
WINSTON               GA  30187

**Exhibit G**

BENEFICIARY'S NAME: KENNETH S HAZELRIG

Your Social Security benefits will increase by 3.6 percent in 2012 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans, or for other business.

### How Much Will I Get And When?

| | |
|---|---|
| • Your monthly amount (before deductions) is | $1,970.90 |
| • The amount we deduct for Medicare medical insurance is | $99.90 |
| (If you did not have Medicare as of Nov. 17, 2011, or if someone else pays your premium, we show $0.00.) | |
| • The amount we deduct for your Medicare prescription drug plan is | $0.00 |
| (If you did not elect withholding as of Nov. 1, 2011, we show $0.00.) | |
| • The amount we deduct for voluntary Federal tax withholding is | $0.00 |
| (If you did not elect voluntary tax withholding as of Nov. 17, 2011, we show $0.00.) | |
| • After taking any other deductions, we will deposit into your bank account on Jan. 3, 2012. | $1,871.00 |

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

### What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call 1-800-772-1213 and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day. It is best to call at other times. If you are deaf or hard of hearing, call our TTY number, 1-800-325-0778. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

295 POSTAL WAY
CARROLLTON GA

**Exhibit G**

Kenneth S. Hazelrig
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

   2

5. The claimant has been under a "disability," as defined in the Social Security Act, since May 15, 1991 (20 CFR 404.1520(d)).

## DECISION

It is the decision of the Administrative Law Judge that, based on the application filed on November 4, 1991, the claimant is entitled to a period of disability commencing May 15, 1991, and to disability insurance benefits under sections 216(i) and 223, respectively, of the Social Security Act.

*[signature]*

CHARLES E. AUSLANDER, JR.
Administrative Law Judge

AUG 27 1993
_____
Date

CLAIMANT

**Exhibit G**

Kenneth S. Hazelrig
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

and regression. There was also a suggestion of a somatoform disorder, with exaggerated response to "whatever real physical problems there are. . ." Some hysterical features were noted, as was a schizoid personality and a history of alcohol abuse and of use of alcohol as medication for pain. The medical advisor went on to note the presence of some "A" and some "B" criteria in numerous areas but not enough to meet a Listing. However, in answer to further questioning, he opined that the claimant's condition did equal a Listing, specifically somatoform disorder, 12.07.

Even if it were not found that Mr. Hazelrig's condition was of a Listings level, the testimony of the vocational expert established that Mr. Hazelrig, with the credible limitations as shown in the record and in Mr. Hazelrig's testimony, could not perform substantial gainful activity. I find Mr. Hazelrig is "disabled" within the meaning of the Social Security Act, and that such disability dates from his alleged onset date through the date of this decision.

### FINDINGS

After careful consideration of the entire record, the Administrative Law Judge makes the following findings:

1. The claimant met the disability insured status requirements of the Act on May 15, 1991, the date the claimant stated he became unable to work, and continues to meet them through the date of this decision.

2. The claimant has not engaged in substantial gainful activity since May 1991.

3. The medical evidence establishes that the claimant has severe multiple impairments involving sleep apnea; emotional problems with depression and anxiety; somatoform disorder; schizoid personality disorder; a history of alcoholism; fibromyalgia; severe headaches; subjective dysfunction involving the claimant's vision; and chronic complaints of fatigue.

4. The severity of the claimant's impairments equals the requirements of section 12.07, Appendix 1, Subpart P, Regulations No. 4 and has precluded him from working for at least 12 continuous months (20 CFR 404.1526).

CLAIMANT