IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

I request that you deny debtors motion to terminate the long term disability benefits and employment of those of us on LTD with Nortel.

Northern Telecom, who became Nortel, promised me in 1980 when I was hired that I would be covered by a very generous benefits package which included medical and life insurance AND salary in the event I became disabled. This promise was repeated many times each and every year in employee meetings hosted by their human resources department, in addition to our supposed generous retirement package once vested.

Upon becoming disabled in 1991 I was told by the facility on-site nurse that I would be covered by LTD insurance until age 65. Until 2005 long term disability, along with the medical and life insurance benefits for those retired, was fully funded and covered in their Health and Welfare Trust, which they raided. According to recent testimony in a parliamentary committee, $100 million (please see attached information which I downloaded from the internet) is missing from this trust along with $37 million that Nortel borrowed from the HWT and never paid back. Through poor management and (SEC findings of) irregular financial handling they have stolen the futures of thousands of ill and retired employees. What has happened to the financial security they promised their employees...while their executives sit fat and wealthy due to the bonuses they were paid when the company was already in trouble.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**I believe that we had a contract with Nortel, and now they are attempting to rid themselves of their moral and contractual responsibilities. Losing these benefits now would be disastrous...not only the loss of income, but the loss of this health coverage to supplement medicare would leave me with no way of paying for the huge medical bills that medicare does not cover.**

**I ask that you not only deny this motion to terminate, but that you force Nortel to fund us from the proceeds of the bankruptcy sales.**

Name:   Susan Paperno

Address: 1632 Julius Bridge Rd
             Ball Ground, Ga. 30107

Phone #: 678-467-9498

Signature: *Susan Paperno*

**ATTACHMENT**

## Illegal breach of trust in Nortel's Health and Welfare Trust

There have been reports of financial irregularities at Nortel's Health and Welfare Trust. Diane Urquhart, a financial analyst, testified before a parliamentary committee that **$100 million is missing from the HWT and that a $37 million loan to the corporation has not been paid back. The HWT was an unregistered trust maintained by Nortel to provide medical, dental, life insurance, long-term disability and survivor income and pension transition benefits.** Until 2005 Nortel fully funded the disability insurance in its HWT. However, it is alleged that since then, the HWT Governance Committees and third party trustee, Northern Trust, **breached their fiduciary duties to protect Nortel's disabled employees and survivors of deceased employees by allowing Nortel to misdirect over $100 million from the HWT for purposes inconsistent with the terms of the HWT.** As of March 1, 2012, Northern Trust continues to act as the paying agent for Canadian Nortel pensioners.

## Bookkeeping irregularities

In 2007 both the U.S. Securities and Exchange Commission and the Ontario Securities Commission laid charges against former senior financial officials from Nortel including Frank Dunn who was fired from Nortel in 2004. Frank Dunn was promoted from chief financial officer to replace John A. Roth as CEO in November, 2001. According to the SEC, Dunn and three other financial officers began to fudge revenue by misusing "bill and hold" transactions starting "no later than September, 2000". The SEC said that at least a year's worth of the alleged book-keeping took place while John Roth was still CEO of Nortel, even though no charges were laid against him

## Executive compensation

### 2001 compensation

In the article "Nortel's Roth Rakes It In" published by Light Reading, Nortel was criticized for raising its CEO's pay just days before he announced his intention to retire in May 2001. The article went on to state that Nortel's share prices tumbled almost twentyfold during Roth's years at the helm of Nortel and its number of employees dropped dramatically.

### 2003 compensation

In 2003 Nortel paid tens of millions of dollars in so-called "return to profitability" bonuses, largely to a select group of senior managers. The "return to profitability" has been alleged to be a fabrication achieved by the release of $490 million in reserves to boost earnings.

### 2008 compensation

In 2008, despite continuing losses, layoffs, and declining share prices at the struggling telecom-gear maker, Nortel Networks CEO Mike Zafirovski was awarded a 21.5 percent pay increase to $10.1 million.

### 2009 compensation

As Nortel entered bankruptcy proceedings, it paid out retention bonuses to almost 1,000 top executives, totalling up to US$45 million, drawing criticism as the company withheld severance payments to employees laid-off prior to the creditor protection filing. Nortel proceeded with thousands of additional

layoffs without severance, and the pension fund remained underfunded, while Nortel paid $14.2 million in cash to seven executives. Nortel also paid $1.4 million to ten former and current directors, and paid $140 million to lawyers, pension, human resources and financial experts helping to oversee the company's bankruptcy proceedings.

### 2010 compensation

In a U.S. court filing on February 11, 2010, Nortel proposed to spend $92.3M on retention bonuses for 1,475 employees in its Nortel Business Services and Corporate groups. According to the plan, Christopher Ricaurte, president of Nortel Business Services, will receive $2.5 million in incentives. In all, Canadian employees are eligible for $27 million, U.S. employees $55 million, and about $10 million will go to others. This proposed plan came the same week Nortel negotiated a $57-million deal to wind up health care and other benefits for former Canadian employees. Claiming that the retention bonuses proposal is extraordinary, acting US trustee Roberta DeAngelis objected to the payment of $55.6 million to 866 employees. However, court appointed representatives for Nortel former employees, who are creditors in the Ontario bankruptcy court, have signed an agreement to not oppose any employee incentive program.

## Treatment of Nortel pensioners

On June 23, 2010 the News and Observer published a story criticizing treatment pensioners have been receiving from their former employer, Nortel. According to the article, **Nortel has asked a federal court to terminate medical coverage, prescription drug coverage, long-term disability, and life insurance of 4,000 retirees and dependents, claiming the benefits are costing the company $2 million per month. Nortel blamed the company's creditors for this decision.**

## Nortel ex-CEO files as a creditor seeking $1 billion from the proceeds of bankruptcy

In the middle of the decade several class-action lawsuits were filed against John Roth and others, by former employees who felt that their 401K company plans were depleted due to misrepresentation by the defendants. They claimed they were duped into investing in Nortel stock, when those who encouraged them to do so allegedly knew that the company was ailing. John Roth left Nortel in 2001 with more than $130 million.

In 2009 Mr. Roth filed a claim for $1 billion, aiming to become a creditor to the assets of Nortel along with all other Nortel employees, in case the class action lawsuits against him succeeded.

## Conflicts of interest

During Nortel's 2002 annual shareholders' meeting held in Halifax, Nova Scotia several shareholders (including Robert Verdun) complained about non-arms-length relationships with service providers such as director Yves Fortier who provided legal services to Nortel while sitting on its Board, and Nortel's auditors, Deloitte & Touche LLP, who were paid $15 million for non-auditing services.