To whom it may concern,

I Scott Gennett would like to submit the attached document for Case # 09-10138.

I would also like these papers incorporated into my timely submitted **OBJECTION** TO DEBTORS" MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C SS 105,363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS" LONG TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES.

And let it show that the insurance company, The Prudential Insurance Company of America has confirmed that I will be receiving my benefits through November 19, 2023 "provided you remain totally disabled as defined by **the Policy** and continue to meet all contractual requirements".

Thanks,

Scott Gennett

10/24/2012

Claims Services Provided by

**The Prudential Insurance Company of America**

**Sophie Costanza**
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87641
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

October 17, 2012

Scott S Gennett
16 Wildwood Street
Lake Grove, NY  11755

Claimant: Scott S Gennett
Claim No.: 11078657
Date of Birth: 11/20/1958
Control No./Br.: 39900 / 0B057

Dear Mr. Gennett:

We are writing to you to confirm that you are receiving Long Term Disability benefits under the Nortel Neworks Group Policy with Prudential.

You are receiving $3039.55 per month.  This benefit will remain the same provided your income from other sources does not change.  Your benefits will continue through November 19, 2023, provided you remain totally disabled as defined by the Policy and continue to meet all other contractual requirements.

Sincerely,
*Sophie Costanza*
Sophie Costanza
Disability Claim Manager



**Prudential**

The Prudential Insurance Company of America
GLDI Main
Post Office Box 13480
Philadelphia PA 19176

**ADDRESS SERVICE REQUESTED**

PRESORTED
FIRST CLASS

US POSTAGE
OCT 18 2012
ZIP 08332