**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                                        :

*In re*  :  Chapter 11

      :

Nortel Networks Inc., *et al.*,[1]  :  Case No. 09-10138 (KG)

      :

                       Debtors.  :  Jointly Administered

      :

---------------------------------------------------------- X

**NOTICE OF SERVICE**

         PLEASE TAKE NOTICE that on October 25, 2012, a copy of the Debtors' First Set of Requests for Production of Documents was served via email and first class mail on the individuals identified on Exhibit A.

Dated: October 25, 2012
Wilmington, Delaware

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      James L. Bromley (admitted pro hac vice)
                                      Lisa M. Schweitzer (admitted pro hac vice)
                                      One Liberty Plaza
                                      New York, NY 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999

                                      and

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Ann C. Cordo*
                                      Derek C. Abbott (No. 3376)
                                      Ann C. Cordo (No. 4817)
                                      Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6601262.1

**Exhibit A**

Shirley Bloom
151 East 31st St.
Apt. 22E
New York, NY 10016
Shirleybloom62@aol.com

Barbara Ann Carr
145 Grecian Pkwy.
Rochester, NY 14626
Barbcarr03@yahoo.com

Leona Purdum
2532 N. 4th St.
#254
Flagstaff, AZ 86004
lpurd@gmail.com

Betty Lewis
1301-H Leon St.
Durham, NC 27705
rndancer@nc.rr.com