IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 8636 |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING FINAL FEE
APPLICATION OF JEFFERIES & COMPANY, INC. FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD
FROM FEBRUARY 1, 2009 THROUGH AUGUST 31, 2012 [DOCKET NO. 8636]**

The undersigned hereby certifies that he has received no answer, objection or any

other responsive pleading with respect to the **Final Fee Application of Jefferies & Company,**

**Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of**

**Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the**

**Period from February 1, 2009 through August 31, 2012** [Docket No. 8636] (the

"Application") filed by the Official Committee of Unsecured Creditors (the "Committee") with

the United States Bankruptcy Court for the District of Delaware (the "Court") on October 3,

2012. The undersigned further certifies that no answer, objection or other responsive pleading to

the Application has appeared on the Court's docket in these cases. Pursuant to the Notice of

Application, any objection or response to the Application was to be filed and served no later than

**October 23, 2012 at 4:00 p.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

RLF1 7486608v.1

As no answers, objections or responses have been received, the Committee respectfully requests that the Order attached to the Application and attached hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

Dated: October 25, 2012
       Wilmington, Delaware

                           Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002

Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., *et al.*

RLF1 7486608v.1