# **EXHIBIT A**

## Demographics of LTD Participants

**Count of Nortel Disabled Employees by Age as of 11/1/2012***

| Age Ranges | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | Total |
|---|---|---|---|---|---|---|---|
| Count of Employees | 2 | 13 | 19 | 41 | 58 | 82 | **215** |

**Count of Nortel Disabled Employees by Disability Year***

| Disability Date Ranges | Prior to 1990 | 1990-1994 | 1995-1999 | 2000-2004 | 2005-2009 | 2010 or Later | Total |
|---|---|---|---|---|---|---|---|
| Count of Employees | 16 | 43 | 41 | 72 | 42 | 1 | **215** |

**Count of Nortel Disabled Employees by Disability Year***

| Disability Year | 1981 | 1984 | 1985 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Count of Employees | 1 | 2 | 2 | 1 | 1 | 9 | 3 | 8 | 14 | 8 | 10 | 2 | 8 | 7 |

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13 | 11 | 16 | 32 | 12 | 4 | 8 | 4 | 6 | 12 | 9 | 11 | 1 | **215** |

*Excludes participants aged 65 or older as of 11/1/2012