# **EXHIBIT B**







CORPORATE HEADQUARTERS
Nashville, Tn.

Salaried

GR-8

NNI-LTD-00005727

Printed 5/20/77



LIFE & CASUALTY

# plan summary

**EMPLOYER:** Northern Telecom, Inc.

**GROUP CONTRACTS:** GL-343163, GC-343163, LTD-343163

The benefits shown in this Plan Summary are available for you and your eligible dependents. When you become covered, or when your benefits change, you will receive an individual Certificate Insert which will indicate the benefits for which you have actually become covered and which of your eligible dependents are covered.

This Plan Summary replaces all Plan Summaries previously issued to you under the group contracts. Requests for amounts of coverage other than those to which you are entitled in accordance with this Plan Summary cannot be accepted.

*********************

## FOR YOU ONLY

**Life Insurance, Accidental Death & Dismemberment — Principal Sum**

Schedule of Insurance

| Classification | Life | Acc. D.&D. |
|---|---|---|
| Annual Rate of Basic Earnings | | |
| $30,000 or more.......... | 200% of your Annual Rate of Basic Earnings, the resulting amount, if not a whole multiple of $1,000, to be taken to the next higher whole multiple of $1,000, but in no event will the amount of insurance exceed $300,000 or be less than $60,000. | 200% of your Annual Rate of Basic Earnings, the resulting amount, if not a whole multiple of $1,000, to be taken to the next higher whole multiple of $1,000, but in no event will the amount of insurance (Principal Sum) exceed $300,000 or be less than $60,000. |

Salaried: Corporate Headquarters - Nashville, Tn.

GR-8                    102                    1-G

*Trademark of Aetna Life Insurance Company and its associated companies

NNI-LTD-00005728

| | |
|---|---|
| $25,000 but less than $30,000. . . . . . . | $50,000 |
| 20,000 but less than 25,000. . . . . . . | 35,000 |
| 15,000 but less than 20,000. . . . . . . | 25,000 |
| 12,000 but less than 15,000. . . . . . . | 16,000 |
| 9,000 but less than 12,000. . . . . . . | 12,000 |
| 7,000 but less than 9,000. . . . . . . | 9,000 |
| 5,000 but less than 7,000. . . . . . . | 7,000 |
| Less than $5,000. . . . . . . | 5,000 |

Your Company pays the entire cost of the above for you.

You may, if you so elect, obtain a Supplemental amount of Contributory Insurance equal to the Company Paid amount.

If you are covered by Contributory Life and Accidental Death and Dismemberment Insurance, your monthly contribution toward the cost is based on your age as outlined:

| If you are | Your Per $1000 Monthly Cost Is |
|---|---|
| Less than age 40 | $ .30 |
| 40 but less than 50 | .45 |
| 50 but less than 60 | .75 |
| 60 and Over | 1.00 |

The total amount of Accidental Death and Dismemberment Insurance may not exceed $300,000 including both the Company Paid and the Contributory Insurance.

If you are insured on or after the first day of the calendar month in which you attain age 70, your Life Insurance and Accidental Death and Dismemberment Coverage will each be limited to 50% or to $20,000, whichever is less.

Any Life Insurance in force for you on the first day of the calendar month in which you attain age 70 will be reduced by 50% or to $20,000, whichever is less, on that date. All Life Insurance Coverage terminates when you retire.

Any Accidental Death and Dismemberment Coverage in force for you on the first day of the calendar month in which you attain age 70 will be reduced by 50% or to $20,000, whichever is less, on that date. All Accidental Death and Dismemberment Coverage terminates when you retire.

**Long Term Disability Benefits**

Waiting Period—For any one period of total disability, the first 8 months of such period.

Maximum Monthly Income Benefit

50% of your monthly rate of basic earnings.

Non-Duplication Limit: 70% of your monthly rate of basic earnings.

Limit Maximum: $2,000

Long Term Disability Benefits will not be paid beyond age 65,

2-G

103

---

# FOR YOU AND YOUR DEPENDENTS

Your Booklet spells out the period to which each maximum applies.

**Basic Medical Expense Benefits**

Hospital Expenses
Board and Room Daily Maximum. . . . The hospital's applicable daily rate for board & room in semi-private accommodations.

Maximum for Miscellaneous Charges,. . . . . . Unlimited
Maximum Period of Payment. . . . . . . . . . . . 120 days
Convalescent Facility Expenses
Board and Room Daily Maximum. . . . The hospital's applicable daily rate for board & room in semi-private accommodations.

Maximum Period of Payment. . . . . . . . . . 120 days
Supplementary Accidental Expense Benefit Maximum,. . . . . $300

**Reasonable and Customary Expense Benefits**

Your Booklet spells out the benefits for each of the following:

Surgical, Surgical Assistance, Anesthesia Expense Benefits
Physicians Expense Benefits (In-Hospital)
Laboratory and X-Ray Expense Benefits
Maximum Period of Payment. . . . . . . . . 120 days

**Major Medical Expense Benefits**

Medical Benefit. . . . . . . . . . . . . 80% of Covered Medical Expenses in a calendar year after Basic Medical Expense Benefits and the Deductible.

However, a limitation applies to Covered Medical Expenses incurred for treatment of a mental or nervous condition while not confined in a hospital or similar place. For these expenses only, any benefits provided after the Deductible in a calendar year will be payable at 50% rather than 80% and with a maximum of $25 per visit.

Extra Benefit Feature. . . . . . . . . You will note that certain covered medical expenses incurred after any applicable Deductible are payable at the rate of 80% and you are responsible for paying the remaining 20%. When 20% of such expenses incurred as to a family member in

3-G

103

NNI-LTD-00005729

a calendar year equals $1,000, any benefits payable for such expenses incurred as to the family member in the rest of that year and in the next calendar year will, after any applicable Deductible, be payable at 100%, rather than 80%.

Deductible,.........................................$100
Family Limit on Deductibles,.............$200
Lifetime Maximum Benefit,...............$100,000
Private Room Limit,...............The hospital's average daily semi-private board and room rate.

**Maternity Benefits**

All Maternity expenses are covered the same as any other disability.

## ELIGIBILITY PROVISIONS

Effective Date of Revised Plan: December 1, 1976

Eligible Class: All Employees

In order to be eligible for Long Term Disability Benefits,

1. You must be under the age of 65 years,
2. You must be regularly scheduled to work at least 30 hours per week during your Employer's work week,
3. You must not be working outside the United States of Canada,
4. Your "Monthly Rate of Basic Earnings" must be $400 or more.

Probationary Period: None

Contributory Coverage: Supplemental Insurance

Non-Contributory Coverage: All Other Coverage

In order to obtain coverage, it is necessary to fill in the enrollment form promptly. This form will then be used to make up your Certificate Insert and to arrange any necessary payroll deductions.

If you do not request any contributory coverage within 31 days after you become eligible, contributory coverage will become effective only if and when the Insurance Company gives its written consent. Consent will be granted when evidence of good health satisfactory to the Insurance Company has been furnished at your own expense.

After your coverage becomes effective, it is necessary to notify your Employer of any change in the number of your dependents which will result in a change from one to the other of the following classifications.

1. Employee without Dependents.
2. Employee with Dependents.

## ADJUSTMENTS

If, for any reason, a change in the amount of any coverage is warranted, the change will become effective automatically as provided in the group contract. Your Employer will explain to you the rules for adjustment of your coverage.

No increase in any coverage will become effective while you are both disabled and away from work.

No increases or reductions in the amount of your Life Insurance and Accidental Death and Dismemberment Insurance will become effective on or after the date your insurance is reduced because of age.

Please see your Booklet/Certificate of Insurance for complete details. This summarizes only a portion of the benefits and the provisions of the Plan. "Reasonable and Customary Charges and Fees" are determined by the Insurance Company.

## YOUR CONTRIBUTIONS

Your contributions toward the cost of Supplemental Life Insurance and Supplemental Accidental Death and Dismemberment Insurance will be deducted from your pay. These contributions are subject to change.

The insurance described in this booklet-certificate will be provided under Aetna Life Insurance Company's policy forms GR-22, GR-23 and GR-33.

NNI-LTD-00005730

**Northern Telecom Inc.**
International Plaza
Nashville, Tenn. 37217

Tel (615) 361-3500
TWX 810-371-1296
810-371-1367
Telex 554368

nt northern telecom

## Your Group Coverage Plan

If you become covered, the Insurance Company will issue an individual Certificate Insert which you should include in this Booklet. This Booklet, with the Certificate Insert, will become your Certificate of Coverage. The Certificate of Coverage will replace and supersede any and all Certificates of Coverage issued to you by the Insurance Company under the group contracts specified on the Certificate Insert.

This plan is underwritten by the Ætna Life Insurance Company, of Hartford, Connecticut. The benefits and principal provisions of the group contracts which apply to individuals covered under this plan are described in this Booklet. These benefits and provisions are effective only if you are eligible for the coverage, become covered, and remain covered in accordance with the provisions of the applicable group contracts.

**ÆTNA LIFE INSURANCE COMPANY**

_William O. Bailey_

President

---

TO NTI'S EMPLOYEES

The following pages of this booklet-certificate describe NTI's Group Insurance Plan which is underwritten by Aetna Life Insurance Company.

Northern Telecom Inc. is pleased to pay the entire cost of these benefits for you and your eligible dependants and to also offer you supplemental life and Accidental Death and Dismemberment coverage, over and above what the company provides, at a favorable cost to you.

Please review the Plan Summary and the rest of the booklet carefully so you will be familiar with all of the benefits provided. Your Personnel Office will be happy to answer any questions you may have. Be sure the "Insert A" you receive shows the beneficiary you want and the correct amounts of coverage for you.

NTI provides you with a superior group insurance plan. We will continue to review our benefits so as we grow and profit together as a company, we can offer improved benefits.

We believe you recognize the benefit of adequate insurance protection. We are sure that our plan will add to your peace of mind and to your financial security. We appreciate your efforts and loyalty to Northern Telecom and this is one of the ways we've chosen to express our appreciation for your efforts.

Yours very truly,

_Monson H. Hayes_

Monson H. Hayes, Jr.
President

GR-8

102076



# eligibility provisions

## TABLE OF CONTENTS

Eligibility .......................................................... 1

Life Insurance Benefits ............................................ 3

Accidental Death and Dismemberment Benefits ................. 5

Long Term Disability Benefits ..................................... 6

Medical Expense Benefit Foreward ............................... 15

Hospital Expense Benefits ......................................... 16

Convalescent Facility Expense Benefits .......................... 18

Surgical Expense Benefits .......................................... 21

Physicians Expense Benefits (In-Hospital) ...................... 25

Laboratory and X-Ray Expense Benefits ......................... 27

Supplementary Accident Expense Benefits ....................... 28

Major Medical Expense Benefits ................................... 29

Miscellaneous Medical Expense Benefits ......................... 35

Termination of Coverage ........................................... 40

Extension of Benefits .............................................. 42

Conversion Privilege ............................................... 44

General Provisions .................................................. 47

### Eligibility

If you are a permanent full-time employee in an Eligible Class shown in the Plan Summary, you will become covered under the plan when you have met the requirements for coverage shown in the Eligibility Provisions of the Plan Summary. The actual effective date of your coverage will be shown on your Certificate Insert

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

A family member means, in addition to yourself, any one of your eligible dependents who is covered under this plan.

### Dependents

Dependents include your wife or husband and your unmarried children who are at least 14 days of age but under 19 years of age.

Your children include, in addition to your own or lawfully adopted child, any step child, foster child, or other child, who depends on you for support and lives with you in a regular parent-child relationship.

A child under fourteen days of age will be considered a dependent if, during such fourteen days, charges are incurred for treatment of the child in connection with a disease, injury, congenital abnormality, or hereditary complication.

742
LB

GR-8

1



## life
## insurance
## benefits

for you

This plan will pay a Life Insurance benefit in the amount for which you are insured or the amount available to you under the plan. See the Plan Summary for the amount available to you under the plan.

### Payment of Benefits

Your Life Insurance will be payable to your beneficiary upon satisfactory proof of your death from any cause, at any place, and at any time while you are insured. Payment will be made in one sum unless you have elected an optional method of settlement by agreement in writing with the Insurance Company. If you do not select an optional method of settlement prior to your death, your beneficiary may enter into an agreement in writing with the Insurance Company for an optional method of settlement.

You may request a change of beneficiary at any time. (See General Provisions).

Your Life Insurance benefits are exempt from legal or equitable process for your debts or those of your beneficiary, insofar as possible under any applicable law.

GR-8

3

900

---

Any other unmarried child under age 23 who attends school regularly and depends solely on you for support will also be considered your dependent.

No person may be eligible for benefits both as an employee and as a dependent or as a dependent of more than one employee. A dependent cannot become covered unless you are covered.

If you have met the requirements for covering your dependents shown in the Eligibility Provisions of the Plan Summary, an eligible dependent will become covered immediately.

However, for purposes of any Comprehensive Medical or Major Medical Expense Benefits included in the plan, if a dependent is confined at home, in a hospital, or elsewhere because of injury or disease on the date coverage would otherwise become effective or if a dependent has been confined in a hospital within 31 days prior to that date, his coverage for such benefits will be postponed until the end of a 31 day period during which there has been no confinement. Coverage may commence earlier, however, upon submission of satisfactory evidence of good health.

**Note:** This section determines when you and your dependents become covered. The sub-section entitled "Special Conditions" of the Major Medical or Comprehensive Medical Expense Benefits section of this Booklet describes the extent to which benefits for Covered Medical Expenses may be limited for a pre-existing disease or injury.

GR-8

2

744
23

NNI-LTD-00005733

# accidental death & dismemberment benefits

for you

## Benefits

The Plan Summary shows the maximum Principal Sum for which you are eligible

This plan will pay the benefits determined from the Table of Benefits below for loss of your life, loss of your hand or foot (by severance through or above the wrist or ankle joint), or permanent and complete loss of sight of an eye Benefits are payable if your loss

(a) occurs within 90 days after an accident which causes an injury to you while you are insured, and

(b) results directly and solely from an injury caused by the accident and not ex- cluded in the Limitations section below

### Table of Benefits

For this loss              The benefit is
Life                       The Principal Sum for which you are insured
Each hand, foot or eye     One-half your Principal Sum

Not more than your Principal Sum will be paid for all your losses through one ac- cident.

## Limitations

This is coverage only for losses due to accidents Benefits will be payable however for a loss which is caused by a pus-forming infection resulting directly and solely from an injury which is covered under this plan, or a surgical operation which is needed solely because of an injury which is covered by this plan and which is per- formed within 90 days after the injury occurs. This plan does not provide a benefit for any loss, other than those mentioned in the preceding sentence, which in any way is caused by any of the following.

1   Bodily or mental infirmity.
2   Disease, ptomaines or bacterial infections, of any kind.
3.  Medical or surgical treatment.
4.  Suicide or attempted suicide (sane or insane).
5.  Intentionally self-inflicted injury.
6.  War or any act of war (whether war is declared or not)

GR-8

5

1352
FULL

## Permanent and Total Disability

If you become totally disabled from injury or disease, while you are insured under the group Life Insurance policy and under age 60, so that you can do no work for pay or profit, you may be eligible under the group policy to have your Life In- surance extended without further payment by you or your Employer. This ex- tension will depend on the circumstances, nature, duration and proofs of your disability and the Insurance Company's examination of your person. Therefore, if you become totally disabled, your Employer should be notified immediately.

If your Life Insurance is extended because of disability and you die while so covered, written notice of your death should be given promptly to the Insurance Company.

**Effect of Exercising Conversion Privilege —** If, under the group policy, you have already been issued an individual converted policy, your rights to this Permanent and Total Disability Benefit may be reinstated if both of the following conditions are met.

1.  The required proofs of your total disability are furnished to the Insurance Com- pany not later than twelve months after premium payments for your group life in- surance cease.

2.  Your converted policy is surrendered without claim except for return of premiums paid on it.

GR-8

4

910
PW

NNI-LTD-00005734

# long term disability benefits

for you

**LTD**

This plan will pay you Monthly Income Benefits for a period of total disability caused by an accidental bodily injury or disease. There is a waiting period which must elapse before benefits become payable. This is described in the Plan Summary.

## Total Disability

You are considered totally disabled at any time that you are unable to work because of the disease or injury.

During the first 24 months of a period of total disability, you will be considered unable to work if you cannot work at the type of occupation in which you normally engage.

After the first 24 months of a period of total disability you will be considered unable to work only if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

The rules for determining a ''period of total disability'' are spelled out on the following page.

## Monthly Income Benefit

This benefit is based upon a percentage of your ''Monthly Rate of Basic Earnings'' before you become totally disabled.

If the amount of ''other income benefits'' for any month is equal to or less than the Non-Duplication Limit shown in the Plan Summary, the amount payable to you for that month will be equal to the Maximum Monthly Income Benefit shown in the Plan Summary. ''Other Income Benefits'' and ''Monthly Rate of Basic Earnings'' are explained later in this Booklet.

If the amount of ''other income benefits'' for any month is more than the Non-Duplication Limit, the amount payable to you for that month will be equal to the Maximum Monthly Income Benefit reduced by the amount of ''other income benefits'' in excess of the Non-Duplication Limit.

In no event will the amount payable to you for any month under this plan exceed the Limit Maximum shown in the Plan Summary.

GR-8

6

7OO6

**LTD**

## When Benefits Are Payable

Your Monthly Income Benefits will start as soon as your period of total disability (see below) has lasted longer than the waiting period. For benefits to be payable, the period of total disability must commence while you are insured.

You will continue to receive Monthly Income Benefits until either one of the following occurs.

1. Your period of total disability ends.

2. You reach the end of the calendar month in which you attain age 65.

## Period of Total Disability

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than 31 days before he has seen and treated you personally for the disease or injury causing the total disability.

Your period of total disability will end when any one of the following occurs:

1. You cease to be totally disabled or you die.

2. You actually start working at any reasonable occupation. Work at an Approved Rehabilitation Program as defined later will not count as work at a reasonable occupation

3. You cease to be under the care of a physician.

4. You fail to furnish the latest required proof of the continuance of your total disability to the Insurance Company or refuse to be examined by a physician designated by the Insurance Company.

GR-8

7

7106

*D2Y*

In addition, a period of total disability will end at any time after the first 24 months if it is determined that your disability is not at that time caused by a physical impairment which can be demonstrated by clinical and laboratory diagnosis. A mental or nervous condition, for example, is not a physical impairment. The only exception to this rule is that if you are confined as an inpatient in a hospital for a period of more than 30 days at the end of the first 24 months, for treatment of the condition causing the total disability, the period of total disability will continue even though not caused by a physical impairment. It will continue until the date you have been free of hospital confinement for that condition for a total of 90 days during any 12 month period, or until one of the conditions listed in the preceding paragraph occurs. The following two paragraphs do not apply to periods of disability which are subject to this paragraph.

Once a period of total disability has ended, any new period of disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any additional periods of total disability resulting from the same or related causes. Two periods will not be combined unless you were insured for this benefit at the start of the earlier period.

GR-8

8

7201

*D2Y*

## Other Income Benefits

The plan defines "other income benefits" as

(1) Income received from any employer or from any occupation for compensation or profit (other than in connection with an Approved Rehabilitation Program, as defined later)

(2) Disability, retirement, or unemployment benefits required or provided for under any law of a government (for example, unemployment compensation benefits, workmen's compensation benefits or benefits of a similar nature, no-fault wage replacement benefits, statutory disability benefits, and benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension Plan)

(3) Disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis).

(4) Distributions from profit sharing plans by reason of your disability or retirement

Benefits listed above payable to you or your spouse, children or dependents by reason of your disability or retirement are included as "other income benefits"

For the purposes of this plan, the Insurance Company will determine "other income benefits" as follows:

(1) Any periodic payments will be allocated to monthly periods

(2) Any single sum payment including any periodic payments which you or your spouse, children or dependents could have elected to receive in a single sum, will be allocated to sixty monthly periods

(3) Any periodic or single sum payments received as a retroactive award may be allocated retroactively

GR-8

9

7305

NNI-LTD-00005736



## Special Provision Regarding Increases In Governmental Benefits

If there is an increase in the level of any governmental benefit during a period of total disability, the amount of the increase will be considered an "other income benefit", to the extent provided under the group policy

The group policy has complete details as to the operation of this special provision Depending upon the circumstances in any particular instance, an increase in a governmental benefit may either

(1)  Not be considered to be an "other income benefit"
(2)  Be considered, in part, to be an "other income benefit"
(3)  Be considered to be, in total, an "other income benefit"

Should there be an increase in a governmental benefit during a period of total disability, you may request the Insurance Company for an explanation of the effect, if any, which it will have on the Monthly Income Benefit then being paid to you under the plan

GR-8

10

7404

## Monthly Rate of Basic Earnings

Your monthly rate of basic earnings will be determined from the rule below which applies to you, and separately for each period of total disability If you work at an Approved Rehabilitation Program, as defined later, your monthly rate of basic earnings will be reduced by any income you receive from the program A retroactive change in your rate of earnings will be considered to take effect on the date the new rate is determined

For all regular hourly and salaried employees--The employee's basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other extra compensation If the employee is a piece-worker, his average monthly piece-work earnings over his basic monthly pay rate for the three months before the start of the period of total disability will be added to his monthly rate of basic earnings

Commissioned Salesmen - One twelfth of the total income received from the employee's employer, including commissions, for the last full calendar year just before the start of the period of total disability If the employee has not been employed for a full calendar year prior to the commencement of the period of total disability, his average monthly income from his employer, including commissions, for the 12 months immediately preceding the start of the period of total disability, or the number of months so employed if less than 12 If the calculation is based on fewer than 12 months employment, the employee's monthly rate of basic earnings will not exceed $500

Executives eligible for an incentive bonus - The employee's basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, plus his average monthly bonus for the preceding two full calendar years before the start of the period of total disability, but excluding any other extra compensation.

GR-8

11

7200

## Approved Rehabilitation Program

An "approved rehabilitation program" means

(1) a program of vocational rehabilitation, or

(2) a period of part-time work for purposes of rehabilitation,

which will be considered to begin only when the Insurance Company approves it in writing, and to end when the Insurance Company withdraws its approval.

## Physician

"Physician" means a legally qualified physician; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

## Hospital

"Hospital" means an institution or subdivision thereof which either

(i) meets fully every one of the following tests:

(i-a) it is primarily and continuously engaged in providing, for compensation from its patients and on an in-patient basis, a full range of diagnostic and therapeutic facilities for the surgical and medical diagnosis, treatment, and care of injured and sick persons, by or under the supervision of a staff of physicians;

(i-b) it continuously provides 24 hour a day nursing service by or under the supervision of Registered Graduate Nurses (R.N.);

(i-c) it is not, other than incidentally, a place for rest, a place for the aged, a place for drug addicts, a place for alcoholics or custodial care, an extended care facility, or a nursing home; or

(ii) provides services directed wholly or chiefly to patients who collectively have conditions related either by a specialty field of medicine or by a specific category of disease and which meets fully every one of the tests enumerated above except that complete surgical services are not provided, but only for periods of confinement during which the patient is under regular therapeutic treatment by a physician for the injury or disease involved.

GR-8                    12                    7501

GR-8                    13                    7502

# medical expense benefits

## Foreword

The benefits described on the following pages are designed to help you meet expenses in connection with medical care. The Medical Expense Benefits, if any, for which you may cover your dependents, are specified on the Plan Summary. Benefits for each of your covered dependents will be determined on the same basis as for you except where otherwise specifically provided.

Since many people receive benefits for medical care costs under more than one plan, this plan contains a "Co-Ordination With Other Benefits" provision which may reduce the benefits of this plan in the event there is other coverage. How this provision works is explained in the Miscellaneous Medical Expense Provisions section. That section also contains exclusions which apply to all of the Medical Expense Benefits.

Certain terms used in this Booklet have special meanings. They are defined in the General Provisions Section.

15

1575

GR-8

---

# LTD

## Limitations

Pre-existing Disease or Injury—If, at the time you become insured for Long Term Disability Insurance, you have recently been treated for any condition, a period of total disability that starts within the first 12 months that you are presently insured under the policy will not be covered if its causes are in any way related to the causes of the condition for which you were treated. A recently treated condition is a disease or injury for which you received treatment or services or took drugs or medicines which were prescribed or recommended by a physician during the three month period just before you last became insured for this benefit.

## Other Limitations—

You are not insured for any disability which is in any way caused by any of the following:

1.  Pregnancy or resulting childbirth, miscarriage, or abortion. However, this limitation does not apply to a disability caused by a complication of pregnancy. If the pregnancy terminates in any manner other than a normal delivery, the entire pregnancy will be considered a "complication".

2.  Intentionally self-inflicted injuries.

3.  Your commission of, or your attempt to commit, an assault, battery or felony.

4.  War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

5.  Chronic alcoholism, or by the use of narcotics, barbiturates, or hallucinogenic substances.

14

7325A

GR-8

$\mathcal{M}$

for you
and your
dependents

.

## HOSPITAL EXPENSE BENEFITS

This plan will pay a Hospital Expense benefit for Board and Room Charges and Miscellaneous Charges in connection with a hospital confinement caused solely by a non-occupational disease or non-occupational injury.

### Board and Room Charges

The benefit payable is equal to the charges made by a hospital for board and room. The maximum amount payable for each day of confinement is the Board and Room Daily Maximum shown in the Plan Summary. The benefit will be payable until the expiration of the Maximum Period of Payments shown in the Plan Summary.

### Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below. The benefit will be payable until the expiration of the Maximum Period of Payments shown in the Plan Summary.

The charges for miscellaneous services and supplies for which hospital expense benefits are payable are the following.

1. The charges made by a hospital in its own behalf for necessary services and supplies, other than board and room.
2. The charges made by an agency other than a hospital for necessary professional ambulance service to or from the hospital, up to a maximum amount of $25.00 during any one continuous period of disability.
3. The charges made by a physician who is not the operating physician or his assistant, for the administration of anesthetics other than local infiltration anesthetics.

$\mathcal{M}$

### Continuous Period of Disability

Payment up to the maximum for Board and Room Charges will be made for as many separate and distinct periods of disability as may occur. In determining when one period of disability ends and a new one begins all hospital confinements are considered as having occurred during one continuous period of disability unless evidence acceptable to the Insurance Company is furnished that

1. the latest hospital confinement is due to causes entirely unrelated to the causes of all previous confinements, or
2. complete recovery has taken place since the last hospital confinement for a related cause, or you have returned to work for at least one full day (or your dependent, if he is the insured individual concerned, has been free of hospital confinement for at least 90 days)

### Limitations

As this coverage is intended for hospital expenses, benefits are payable only under the following conditions

1. The family member must be confined in a hospital.
2. The Hospital Benefit covers Miscellaneous Charges only if they are incurred during a period for which benefits are payable for Board and Room Charges. This requirement will be waived if treatment is given in a hospital and the only hospital charge is for services and supplies rendered in connection with and on the same day as a surgical procedure or is for emergency treatment of a non-occupational injury, given on the day of the injury or the next following day
3. Confinement must commence while the family member is insured for this benefit

No benefits are payable for charges for the services of any physician or intern, or for any private duty or special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise, or for charges described in the Medical Expense Benefits Exclusions.

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement

NNI-LTD-00005740



for you
and your
dependents



## CONVALESCENT FACILITY EXPENSE BENEFITS

This plan will pay a Convalescent Facility Expense Benefit for Board and Room charges and Miscellaneous Charges in connection with a convalescent facility confinement caused solely by a non-occupational disease or non-occupational injury

### Board and Room Charges

The benefit payable is equal to the actual charges made by a convalescent facility for board and room during a Convalescent Period. However, the maximum amount payable for each day of confinement in private accommodations is the Convalescent Facility Board and Room Daily Maximum shown in the Plan Summary. The benefit will be payable until the expiration of the Maximum Period of Payment during a Convalescent Period shown in the Plan Summary

### Miscellaneous Charges

The benefit payable is equal to the actual charges made for the miscellaneous services and supplies listed below during a Convalescent Period. The benefit will be payable until the expiration of the Maximum Period of Payment during a Convalescent Period shown in the Plan Summary

The charges for miscellaneous services and supplies for which Convalescent Facility Expense benefits are payable are the charges made by a convalescent facility in its own behalf for the following

1.  Use of special treatment rooms; x-ray and laboratory examinations, physical, occupational, or speech therapy; oxygen and other gas therapy, and other medical services customarily provided by a convalescent facility except private duty or special nursing services or physician services

2.  Drugs, biologicals, solutions, dressings and casts but no other supplies

GR-8                                                18
                                                    1882
                                                    SP

### Convalescent Period

Definition of "convalescent period" - In order for a convalescent period to begin an individual must have been confined in a hospital for at least three consecutive days and then within 14 days following the termination of the hospital confinement become confined in a convalescent facility to receive skilled nursing services and physical restoration services for convalescence from the injury or disease which caused the hospital confinement. The convalescent period will begin on the first day of that confinement in the convalescent facility and even though there may be several confinements in a Convalescent Facility, the Convalescent Period will continue until there has been a period of 90 consecutive days during which the individual has been free of confinement in any type of institution providing nursing care

### Limitations

Since Convalescent Facility Expense Benefits are intended to cover confinements while convalescing from a disease or injury, Convalescent Facility Benefits will be paid only under the following conditions.

1.  The charges must be for services and supplies which are solely for use during a convalescent facility confinement and for convalescing from the disease or injury which caused the confinement

2.  The charges must be other than in connection with care for mental disorders. Mental disorders include (but are not limited to) senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

GR-8                                                19
                                                    1886

*M*

for you
and your
dependents

*M*

If a confinement is in a distinct part of an institution which meets both the definition of a hospital and of a convalescent facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for convalescent facility confinement rather than those for a hospital confinement.

No benefits are payable for charges incurred unless both the hospital confinement for a particular disease or injury and the following convalescent facility confinement commence while the family member is covered for this benefit nor for any charges described in the Medical Expense Benefits Exclusions.

## SURGICAL EXPENSE BENEFITS

This plan will pay a Surgical Expense Benefit for the services described in this section in connection with the diagnosis or treatment of a non-occupational disease or a non-occupational injury equal to the reasonable and customary charge for the services.

A "reasonable and customary charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

### Surgical Charges

This benefit is equal to the reasonable and customary charges made by the operating physician for performing a surgical procedure.

A "surgical procedure" is any procedure in one of the following categories performed by a physician.

1. The incision, excision, or electrocauterization of any organ or part of the body.
2. The manipulative reduction of a fracture or dislocation.
3. The suturing of a wound.
4. The removal by endoscopic means of a stone or other foreign object from the larynx, bronchus, trachea, esophagus, stomach, urinary bladder or ureter.

A "surgical procedure" also means any obstetrical procedure in the following categories:

1. An abdominal operation for ectopic pregnancy.
2. The delivery of a child or children by caesarean section.
3. The delivery of a child or children by means other than a caesarean section.
4. Services in connection with spontaneous termination of pregnancy occurring during a period of gestation in which a viable birth is not possible, with or without dilation and curettage.

The usual, necessary and related pre-operative and post-operative care, pre-natal and post-natal care in a physician's office and the administration of an anesthetic by the operating physician will be considered as part of the surgical procedure.

20

1887A

GR-8

21

S - 2244

GR-8

NNI-LTD-00005742



**Oral Surgery**

The above benefits are also payable for the following oral surgical procedures

1. The excision of partially or completely unerupted impacted teeth.
2. The extraction of a tooth root without the extraction of the entire tooth.
3. The closed or open reduction of fractures or dislocation of the jaw.
4. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction of teeth.

For the purposes of the oral surgery covered by the benefit, the term "physician" includes a duly licensed dentist.

GR-8

22

2251

**Surgical Assistance Charges**

This benefit is equal to the reasonable and customary charges made by a physician for Surgical Assistance Services given in connection with a surgical procedure for which Surgical Expense Benefits are payable under this plan.

Surgical Assistance Services are the services of a physician for necessary technical surgical assistance given to the operating physician while the family member is confined in a hospital as an in-patient and at a time when surgical assistance is not routinely available as a hospital service. The Insurance Company will determine whether a surgical procedure requires technical assistance and whether surgical assistance is routinely available

GR-8

23

2237

NNI-LTD-00005743



for you
and your
dependents

## PHYSICIANS EXPENSE BENEFITS
### (IN HOSPITAL ONLY)

This plan will pay a Physicians Expense Benefit for the services described in this section in connection with the diagnosis or treatment of a non-occupational disease or a non-occupational injury equal to the reasonable and customary charge for the service.

A "reasonable and customary charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

### Physicians Charges

This benefit is equal to the reasonable and customary charges made for Physicians Services during any one continuous period of disability up to the number of days of hospital confinement shown in the Plan Summary.

Physicians Services are the services of a physician for medical treatment given to covered family members while the family member is confined in a hospital as an in-patient.

Physicians Services will not include

1. Any dental work or dental treatment, eye examinations or the fitting of glasses, diagnostic x-ray or laboratory services, x-ray or radioactive therapy, administration of an anesthetic, or consultations.

2. Any service for which a Surgical Expense Benefit is payable under this plan.

GR-8                                    25                                    2981A

---

## Limitations

Surgical Expense Benefits will be payable only for services performed while the family member is covered for this benefit.

Benefits will generally be payable only for post-operative care given during the first 14 days after the surgical procedure. However, if the surgical procedure is performed while the covered family member is confined in the hospital, any post-operative care given after the end of the 14 day period during the remainder of that hospital confinement will be covered.

Benefits will not be payable for cosmetic surgery unless necessary for prompt repair of a non-occupational injury.

Benefits will not be payable for post-natal care received more than 90 days after the end of the pregnancy. Care given to a child is not considered post-natal care.

Benefits will not be payable for any services performed by a resident physician or intern of a hospital.

Benefits will not be payable for diagnostic x-rays, laboratory services, x-ray or radioactive therapy, drugs or medicines, dental work or oral surgery except as described in the section entitled Oral Surgery, or for charges described in the Medical Expense Benefits Exclusions.

GR-8                                    24                                    2254

*M*

for you
and your
dependents

## Continuous Period of Disability

Payment up to the Maximum Period of Payment will be made for as many separate and distinct periods of disability as may occur. A "continuous period of disability" is defined in the Hospital Expense Benefits section.

## Limitations

For this benefit to be payable, the treatment must be performed, and the hospital confinement must have commenced, while the family member is covered for this benefit.

Benefits will not be payable for drugs or medicines or for charges described in the Medical Expense Benefits Exclusions.

The charges of a resident physician or intern will not be included as Physicians Services.

*M*

## LABORATORY AND X-RAY EXPENSE BENEFITS

This plan will pay a Laboratory and X-Ray Expense Benefit for the services described in this section in connection with the diagnosis of a non-occupational disease or a non-occupational injury equal to the reasonable and customary charge for the service.

A "reasonable and customary charge" is a charge by a physician for a service to the extent the charge is reasonable and is not greater than the usual fee charged for a comparable service by physicians in the area with training, experience, and professional standing similar to that of the physician performing the service.

## Examination Charges

This benefit is equal to the reasonable and customary charges made by a physician for Laboratory and X-Ray Services.

Laboratory and X-Ray Services are laboratory or x-ray examinations for diagnosis only given by a physician or the interpretation of the examination by a physician who is not a resident physician or intern of a hospital. Examinations made in or through a hospital are not included as Laboratory and X-Ray Services unless given as out-patient care and unless no hospital expense benefit of any kind is payable for the examination under this plan.

Dental X-Rays will not be included as Laboratory and X-Ray Services unless they are given in connection with either a non-occupational injury or oral surgery for which Surgical Expense Benefits are payable under this plan. For covered dental x-rays, the term "physician" includes a duly licensed dentist.

## Limitations

Benefits will be payable only for examinations performed while the family member is insured for this benefit.

Benefits will not be payable for charges described in the Medical Expense Benefits Exclusions.

GR-8    26    2983A
W/HEB

GR-8    27    3140A

for you
and your
dependents

# ACCIDENT EXPENSE BENEFITS

This Plan will pay an Accident Expense Benefit for covered expenses (see list below) incurred in connection with a non-occupational injury.

## Benefit

This benefit is equal to the amount by which the charges actually made for covered expenses exceed the amount of any other Basic Medical Expense Benefits payable under this plan for those expenses. The maximum amount payable, however, for all injuries sustained in connection with any one accident, is the Accident Maximum shown in the Plan Summary.

## List of Covered Expenses

Covered expenses are only the charges made for the following services, and only if those services are required for the treatment of the injury.

Hospital Services.
Services of a physician.
Services of a registered graduate nurse.
Professional ambulance service when used to transport a family member from the place where he is injured to the first hospital where treatment is given.

For the purposes of the services recognized by this paragraph, the term "physician" includes a duly licensed dentist.

## Limitations

Benefits will be payable only if the injury is sustained by a family member while the family member is insured for this benefit.

Benefits will not be payable for any expenses incurred more than 90 days after the date of the accident which caused that injury, or for charges described in the Medical Expense Benefits Exclusions.

GR-8    28    3250A AMB

---

for you
and your
dependents

# MAJOR MEDICAL EXPENSE BENEFITS

This plan will pay Major Medical Expense Benefits for Covered Medical Expenses (as described on the following pages) incurred in connection with a non-occupational disease or non-occupational injury.

## Benefit

This benefit will be payable if the amount of a family member's Covered Medical Expenses, incurred in any calendar year, exceeds the sum of (1) the Deductible shown in the Plan Summary and (2) the Basic Medical Expense Benefits, as described earlier in this Booklet, payable for such expenses. The amount of benefits payable for these excess Covered Medical Expenses and the family member's Maximum Benefit are shown in the Plan Summary.

## Covered Medical Expenses

Covered Medical Expenses are the expenses listed below, if such expenses are incurred while Major Medical insurance is in force for the family member. If, however, any of the listed expenses are excluded from coverage because of a reason described in the Special Conditions or Medical Expense Benefits Exclusions sections, those expenses will not be considered Covered Medical Expenses.

GR-8    29    3930

*M*

**Hospital Expenses**—These are the charges made by a hospital in its own behalf for the following.

1.  Board and Room. However, if private accommodations are used, any excess of daily board and room charges over the Private Room Limit shown in the Plan Summary will not be counted as a Covered Medical Expense.

2  Necessary hospital services and supplies, other than board and room, furnished by the hospital.

*M*

**Other Medical Expenses** — The following charges are considered "Other Medical Expenses," provided that they have not been considered as "Hospital Expenses."

1.  The fees of a physician.
2.  The charges of a registered graduate nurse — other than a nurse who ordinarily resides in your home, or is a member of your family or your spouse's family.
3.  The charges for the following medical services and supplies.

(a)  Drugs and medicines obtainable only upon the prescription of a physician.
(b)  Diagnostic laboratory and X-ray examinations.
(c)  X-ray, radium and radioactive isotopes therapy.
(d)  Anesthetics and oxygen.
(e)  Rental of iron lung and other durable medical or surgical equipment.
(f)  Artificial limbs and artificial eyes, but not eye examinations, eye glasses, or hearing aids.
(g)  Professional ambulance service when used to transport an individual from the place where he is injured by an accident or stricken by a disease to the first hospital where treatment is given — no other charges in connection with travel are included.

GR-8

30

GR-8

31

3810
I-PRL

3814

## Special Conditions

**Pre-existing Disease or Injury** — If, at the time a family member becomes covered for this benefit, he has recently been treated for a condition, any expenses he incurs during the first twelve months of coverage in connection with that condition will not be considered Covered Medical Expenses. A recently treated condition is a disease or injury for which the family member received treatment or services, or took prescribed drugs or medicines, during the three month period just before he became covered for this benefit.

If a family member incurs Covered Medical Expenses for which no benefit is payable under any other section of this plan or under any other group plan of your Employer, the preceding paragraph will not apply to the first $4,000 of those expenses.

**Dental Work and Oral Surgery** — Any of the listed expenses incurred in connection with dental work or oral surgery will be considered Covered Medical Expenses only if they are incurred for one of the following reasons.

1. The prompt repair of natural teeth or other body tissues, required as a result of a non-occupational injury occurring while covered.
2. The excision of partially or completely unerupted impacted teeth.
3. The excision of a tooth root without the extraction of the entire tooth.
4. Other incision or excision procedures on the gums and tissues of the mouth when not performed in connection with the extraction or repair of teeth.

For the purposes of the dental work or oral surgery recognized by this paragraph, the term "physician" includes a duly licensed dentist.

**Cosmetic Surgery** — Any of the listed expenses incurred in connection with cosmetic surgery will be considered Covered Medical Expenses only if the cosmetic surgery is necessary for the prompt repair of a non-occupational injury which occurs while the member is covered for this benefit.

S-3871A
FP-ALL-2000

GR-8                                    32

## The Deductible

The Deductible is the amount of Covered Medical Expenses, in excess of Basic Medical Expense Benefits, which must be paid before Major Medical Expense Benefits are payable. The amount of the Deductible is shown in the Plan Summary. A separate Deductible will apply to each covered member of your family.

The Deductible applies only once in any calendar year even though there may be several different injuries or diseases. So that Major Medical benefit payments will not be subject to a Deductible late in one calendar year and soon again in the next following year, any expenses applied against the Deductible in the last three months of a calendar year will reduce the Deductible for the next calendar year

### Family Benefit

If several family members have injuries or diseases in the same calendar year, an additional benefit may be payable under this plan. This additional benefit will be equal to 80% of the amount by which the sum of such Covered Medical Expenses which were not payable because of the application of the separate Deductibles, exceeds the Family Limit on Deductibles shown in the Plan Summary.

This additional benefit will not count against the Maximum Benefit of any family member.

3904A
FB-80

GR-8                                    33

NNI-LTD-00005748

*M*

## Maximum Benefit

The lifetime Maximum Benefit for each covered member of your family for all Covered Medical Expenses combined is shown in the Plan Summary

At any time when at least $1,000 has been counted against the Maximum Benefit, an individual may apply to have the total amount of his Maximum Benefit reinstated by submitting, at his own expense, satisfactory evidence of good health However, on each January 1 while covered, the amount which has been counted against the Maximum Benefit (but not more than $2,000 on any January 1) will be restored to the Maximum Benefit, for Covered Medical Expenses incurred after the date of the restoration, without the need for any further action on the individual's part.

---

*M*

## MISCELLANEOUS MEDICAL EXPENSE PROVISIONS

### Medical Expense Benefits Exclusions

No Medical Expense Benefits are provided under the plan for the following

1. Charges caused by a disease which is not a non-occupational disease or an injury which is not a non-occupational injury

2. Charges for services or supplies which are furnished, paid for or otherwise provided for (a) by reason of the past or present service of any person in the armed forces of a government, or (b) under any law of a government (national or otherwise) except where the payments or the benefits are provided under a plan specifically established by a government for its own civilian employees or their dependents. Some examples of the benefits provided under the laws referred to in (b) are those provided under the Medicare Law and any benefits to the extent required by law under any "no-fault" automobile reparations insurance law.

If any law of the jurisdiction in which the plan is delivered to the Employer prohibits or restricts the application of this exclusion as to a facility owned or operated by such jurisdiction or by any of its political subdivisions, this exclusion shall be applicable only to the extent permitted by such law.

3. Charges for services and supplies not recommended and approved by a physician and charges for services and supplies which are not necessary for treatment of the disease or injury concerned and charges which are unreasonable, or which would not have been made if no coverage existed, or charges which you or your dependent are not legally obliged to pay

The amount of any such charges will be deducted from a family member's expenses which are covered under any portion of the plan. No benefits are payable if the provision of such benefits is prohibited by any law of the jurisdiction in which the individual resides at the time the benefit liability is incurred.

---

NNI-LTD-00005749

## MISCELLANEOUS MEDICAL EXPENSE PROVISIONS

### Provision For Co-Ordination of Benefits Under The Group Policy With Other Benefits

The benefit provisions of the group policy have been designed to help meet the cost of medical expenses. Since it is not intended that greater benefits be received than the actual medical or dental expenses incurred, the amount of benefits payable under the group policy may be affected by any regular benefits payable under any other "plans" (defined below), determined without regard to any Co-ordination provision; that is, the benefits under the group policy will be co-ordinated with the benefits of other "plans".

Specifically, in a calendar year, the group policy will always pay either its regular benefits in full, or it will pay a reduced amount which, when added to the benefits payable by the other plan or plans, will equal 100% of "Allowable Expenses" incurred by the person for whom claim is being made. When a plan provides benefits in the form of services rather than cash payments, the reasonable cash value of the services will be considered both an "Allowable Expense" and a benefit paid. "Allowable Expenses" means any necessary, reasonable and customary expense, incurred during a calendar year and while eligible for benefits under the group policy, part or all of which is covered under any of the "plans" covering the person for whom claim is made. Allowable Expenses do not include any expenses enumerated in the Medical Expense Benefits Exclusions.

When the total amount of benefits is reduced, each benefit that would otherwise be payable will be reduced proportionately, and only that reduced amount will be charged against any applicable benefit limit of the group policy .

"Plan" (i.e., considered for co-ordination with the group policy) means any plan providing benefits or services for or by reason of medical or dental care or treatment, which benefits or services are provided by Group Insurance or any other arrangement of coverage for individuals in a group whether on an insured or unin-sured basis.

GR-8    37    4850 B

## MISCELLANEOUS MEDICAL EXPENSE PROVISIONS

### Medical Expense Benefits Exclusions

No Medical Expense Benefits are provided under the plan for charges for custodial care The amount of any such charges will be deducted from a family member's expenses which are covered under any portion of the plan.

### Definition of custodial care —

Custodial care is care which consists of services and supplies, including board and room and other institutional services, furnished to an individual primarily to assist him in activities of daily living, whether or not he is disabled These services and supplies are custodial care regardless of the practitioner or provider who prescribed, recommended or performed them.

When board and room and skilled nursing services must be combined with other necessary therapeutic services and supplies in accordance with generally accepted medical standards to establish a program of medical treatment, they will not be considered custodial care. However, to meet this test they must be provided to an individual in an institution for which coverage is available under the plan and the program of medical treatment must be one which can reasonably be expected to substantially improve the individual's medical condition.

GR-8    36    4822A

NNI-LTD-00005750

To administer this provision properly, and to determine whether the Insurance Company will reduce its regular benefit, it is necessary to determine the order in which the various plans will pay benefits. The order in which the plans will be considered to pay benefits is determined as follows.

1. A plan with no provision for co-ordination of other benefits will be considered to pay its benefits before a plan which contains such a provision.
2. A plan which covers a person other than as a dependent will be considered to pay its benefits before a plan which covers the individual as a dependent
3. A plan which covers a person as a dependent of a male employee will be considered to pay its benefits before a plan which covers the individual as a dependent of a female employee, and
4. Where 1, 2 and 3 above do not establish the order of payment, the plan under which the person has been covered for the longer period of time will be considered to pay its benefits before the other.

After this determination has been made, the Insurance Company will add up the regular benefits under each plan in the order in which the plans are considered to pay their benefits and compare the total with the total Allowable Expenses. If, on the basis of this comparison and the Insurance Company's position in the order of payments, regular benefit payments by the Insurance Company would result in benefits being paid which exceed Allowable Expenses, the Insurance Company will reduce the regular benefit to eliminate the excess.

In implementing this provision, the Insurance Company, without the consent of any person, will have the following rights.

1. To release or obtain any information the Insurance Company deems to be necessary for such purpose.
2. To make any payments necessary to satisfy the intent of this provision if payments have been made under any other plan which should have been made under the group policy.
3. To recover payments in excess of the maximum amount of payment necessary at that time to satisfy the intent of this provision.

The exclusion of governmental benefits or services under the group policy is described in the "Medical Expense Benefits Exclusions" section.

GR-8    38    4860

## How Medicare Affects Medical Insurance Benefits Under The Plan

It is recommended that your local Social Security Office be contacted for information concerning enrollment in Medicare at least 45 days before the month in which a family member can qualify for coverage under the Health Insurance portion of the Social Security Act of the United States known as Medicare

Medicare benefits largely duplicate this plan's medical expense benefits. The plan as described in the preceding pages does not provide coverage for any services or supplies that the family member may receive at any time that he is eligible for Medicare A person is considered to be eligible for Medicare during any period any coverage under Medicare is effective for him, or could have been effective by prompt enrollment

If, however, a family member is totally disabled at the time he becomes eligible for coverage under Medicare, the Extension of Benefits provision applicable to medical expense insurance will be available to him, but only for medical expenses which are covered under the plan, and are not covered under Medicare. The term "totally disabled" is defined in the Extension of Benefits provision.

Any Conversion Privilege that applies to medical expense insurance is not available when coverage under the plan stops because of eligibility for coverage under Medicare.

Even though medical expense benefits are no longer available to you under the plan while you are eligible for Medicare coverage, this will not affect the coverage under this plan of any other family member who is not eligible for Medicare. Coverage for your dependents will not, however, be continued after your death

GR-8    39    5004 NS

NNI-LTD-00005751



# termination of coverage provisions

## TERMINATION OF COVERAGE

When your employment terminates or you cease to be a member of a class eligible for coverage under any part of the plan your coverage under that part of the plan will cease. If you are required to make contributions for any part of this plan and if you fail to make such contributions, contributory coverage will cease, unless terminated sooner for other reasons, at the end of the period for which contribution has been made. Satisfactory evidence of good health must be furnished before coverage can again be obtained.

Your coverage under the group contract will terminate upon discontinuance of the group contract.

Ceasing active work will be considered to be immediate termination of employment, except that if you are absent from active work because of sickness, injury, temporary lay-off, or leave of absence, employment may be deemed to continue for the purposes of some of the coverages up to the limits specified in the group contract.

The group long term disability contract provides that if you are absent from active work because of temporary lay-off or leave of absence, your employment will be deemed to terminate on your last full day of active work prior to the start of the lay-off or leave of absence.

If you cease active work for any reason, you should find out immediately from your Employer what coverages, if any, can be continued in force so that you will be able to exercise any rights you may have under the plan.

### Dependents Coverage Only

A dependent's coverage will terminate at the earliest of the following dates (a) upon discontinuance of all dependents coverage under the policy, (b) when you cease to be in the classes of employees eligible for dependents coverage, (c) when a dependent becomes covered for employee coverage, (d) when such person ceases to meet this Booklet's definition of a dependent, (e) when your employee coverage terminates.

## Continuation of Coverage For Handicapped Children

If you have an unmarried child who is fully handicapped and insured under the plan at the time he reaches the maximum age for coverage of children as dependents, the child's insurance under the plan (except any life insurance) will be continued, as long as he remains fully handicapped, until termination of your dependent coverage under this plan, or, if sooner, the date he no longer meets this plan's definition of a dependent for any reason except age.

Your child is considered fully handicapped if he is unable to earn his own living because he is mentally retarded or physically handicapped and he depends chiefly on you for support and maintenance.

Proof that your child is fully handicapped must be submitted not later than 31 days after he would have ceased to be covered as a dependent under this plan. The Insurance Company also has the right to require, at reasonable intervals, proof that your child has been fully handicapped continuously since the last proof was submitted. After your child's coverage has been continued under this section for two years, the Insurance Company will not require this proof more often than once a year. If you fail to submit any required proof, or refuse to permit medical examination of your child by the Insurance Company, he will be considered to be no longer fully handicapped.

Your child's coverage will not be continued, however, if an individual medical expense policy has been issued to him under any Conversion Privilege available under this plan.

GR-8                                             40                                             5051
                                                                                          ED-IMMED

GR-8                                             41                                             5229B
                                                                                               HC



EXTENSION OF BENEFITS

**Life Insurance**

If you should die at any time while entitled to apply for an individual policy in accordance with the Conversion Privilege, the maximum amount for which you are entitled to apply under the individual policy is payable.

If your death should occur within 12 months following discontinuance of premium payments for your insurance, and the requirements for total disability described in the Life Insurance Benefits section are met and the proofs submitted within 12 months of death, the full amount of your life insurance death benefit is payable.

GR-8                    42                5254
                                          E-PW

---

EXTENSION OF BENEFITS

**Medical Coverage**

If a family member is totally disabled on the date his coverage terminates, Basic Medical Expense Benefits (except Poliomyelitis and Accident Expense Benefits) during that disability will be extended for a period of up to three months and Major Medical Expense Benefits during that disability will be extended for a period of up to 12 months. Major Medical Expense Benefits will be extended, however, only if the Maximum Benefit has not been paid. This extension applies to coverage of the totally disabled individual only.

The words "totally disabled" mean that

1. you are prevented because of injury or disease from engaging in your customary occupation and are performing no work of any kind for pay or profit; or
2. your dependent is prevented because of injury or disease from engaging in substantially all of the normal activities of a person of like age and sex in good health.

Extended Major Medical Expense Benefits will cease immediately when a family member becomes covered under any other group plan for benefits of a similar type.

If coverage with respect to a family member terminates during a pregnancy which commenced while coverage was in force for her, Medical Expense Benefits will continue to be available as to expenses incurred in connection with the pregnancy but not beyond the period of twelve months commencing on the date the coverage terminates.

GR-8                    43                S - 5270B

NNI-LTD-00005753



## CONVERSION PRIVILEGE

### Life Insurance

If any of your life insurance ceases because your employment terminates or you are no longer in a class eligible for insurance, or if any of your insurance terminates because of your age, pension or retirement, the amount of insurance which ceases (or a lesser amount if desired) may be converted to an individual life insurance policy.

If your life insurance ceases because any part of the group policy discontinues as to your employee class, and insurance on your life has been in force under the group policy for at least five consecutive years prior to such discontinuance, the amount that ceases, less the amount of any group life insurance for which you become eligible within 31 days of discontinuance may be converted to an individual policy. The maximum amount that can be converted, in any event, is $2,000.

In order to convert, you must make written application for an individual policy and pay the first premium on it within 31 days after cessation of insurance for any of the above reasons.

No evidence of insurability will be required for conversion.

Your converted policy may be any kind of individual policy then customarily being issued by Ætna Life Insurance Company for your age (nearest birthday) on the date it will be issued, and the amount being converted, except a term policy or one with disability or other supplementary benefits.

GR-8          44          5301 E

The individual policy will become effective at the end of the 31 day period during which conversion is possible.

The premiums for the converted policy will be at the Insurance Company's then customary rates for that same policy issued to any other person of the same class of risk and age at the time the converted policy is to become effective.

After an individual policy becomes effective for any person, that policy will be in exchange for all benefits and privileges under the group policy as regards the person involved and the amount that could have been converted.

However, if it is later determined that you were totally disabled at the time premium payments for your group life insurance ceased you may be entitled to certain rights described in the Life Insurance Benefits section.

GR-8          45          5321A E

NNI-LTD-00005754

# general
# provisions

G

**Assignments** — The coverage and benefits provided under the group contracts are not assignable without the consent of the Insurance Company.

**Misstatements** — If any facts relevant to the existence or amount of coverage shall have been misstated, the true facts will determine whether or not, and how much, coverage is in force

**Change or Discontinuance of Plan** — It is hoped that this Plan will be continued indefinitely, but, as is customary in group plans, the right of change or discontinuance of coverage under the terms of the group policy while you remain insured and for your surviving insured dependents should you die.

**Contracts** — This Booklet describes only the principal features of the group plan and should not be considered the contract. The complete terms of the plan are set forth in the group contracts issued by Ætna Life Insurance Company to the contractholder, and the terms of the group contracts will govern. In the event of any question regarding the interpretation of this Booklet or the proper payment of benefits, further information may be obtained from your Employer, or if you prefer, inquiries may be directed to the Insurance Company's Home Office, in Hartford, Connecticut.

**Compliance with Contract Provisions** — Failure of the Insurance Company to insist upon compliance with any given provision of the group contracts at any given time will not affect its right to insist upon compliance with such provision at any other time.

**Multiple Coverage** — If you are in the employ of or connected with two or more employers, you will not be eligible for multiple coverage under the group contracts.

47

GR-8

5522

2

## CONVERSION PRIVILEGE

**Medical Expense Benefits**

If insurance for all of your family members terminates because your employment terminates, or because you cease to be a member of the eligible classes, you may apply on behalf of yourself and, if desired, all of your insured dependents for an individual policy of insurance of a kind then being issued by the Ætna Life Insurance Company for group conversion purposes This conversion privilege is also provided for any of your insured dependents who cease to qualify for dependents coverage under the terms of the group policy while you remain insured and for your surviving insured dependents should you die.

No evidence of good health will be required However, written application must be made and the first quarterly (or at the option of the applicant, semi-annual or annual) premium paid within 31 days following termination of the individual's insurance under the group policy. The individual policy will be issued, provided it does not result in overinsurance, at the Insurance Company's customary rate applicable to the age of the individual and to the form and amount of insurance provided under the converted policy

The individual policy may provide for reduction of its benefits by the amount of any benefits payable by this plan

The Insurance Company may decline to issue a converted policy if it is not applied for in the jurisdiction in which the group policy was delivered or some other jurisdiction in which the Insurance Company is authorized to issue or deliver a converted policy or if insurance under the group policy terminates before you have been insured for three months.

The Insurance Company may decline to cover, under a converted policy, an individual whose coverage under this plan has terminated because he has exhausted his maximum benefit, or any individual as to whom applicable law prohibits coverage by the Insurance Company under a converted policy.

After an individual policy becomes effective for any person, that policy will be in exchange for all benefits and privileges under the group policy for that person.

46

GR-8

5350A
E D

G

**Beneficiaries** — Benefits for loss of your life are payable to your beneficiary in accordance with the terms of the group policy.

You may designate or change your beneficiary by filing written request at your Employer's Headquarters or at the Insurance Company's Home Office. Ask your Employer for the necessary forms. The change will be effective as of the date you execute the request, but the Insurance Company will be completely discharged of its obligations to the extent of any payment made by it before receiving your request at it's Home Office. Unless you specifically provide otherwise, if you designate more than one beneficiary, the beneficiaries who survive you will share equally

If, at your death, no beneficiary designated by you is living, any benefits payable on account of your death will be paid in accordance with the terms of the group policy

Payments made to you or your beneficiaries are subject to policy provisions allowing for payment to someone else where you or your beneficiary is a minor or otherwise not legally able to give a valid receipt for payment

GR-8

48

5550
BC

G

## THE FOLLOWING PROVISIONS APPLY TO ACCIDENT AND HEALTH INSURANCE ONLY

**Definition of Physician**—Any legally qualified physician The Long Term Disability section of this Booklet contains a special definition that applies to that coverage.

**Definition of Non-Occupational Disease**—A disease is considered non-occupational only if it does not arise out of (or in the course of) any work for pay or profit, nor in any way results from such disease. However, if proof is furnished to the Insurance Company that an individual covered under a Workmen's Compensation Law (or other law of similar purpose), is not covered for a particular disease under such law, that disease shall be considered "non-occupational" regardless of its cause

For Medical Expense Benefits and Weekly Disability Benefits, the term non-occupational disease shall include

1. any pregnancy of a family member which terminates in any manner other than normal delivery, and

2. any complication of a pregnancy occurring in connection with a pregnancy of a family member which terminates in normal delivery.

**Definition of Non-Occupational Injury**—An injury is considered non-occupational only if it is an accidental bodily injury and does not arise out of (or in the course of) any work for pay or profit nor, in any way, result from an injury which does.

**Definition of Hospital**—An institution which meets fully every one of the following tests.

1 It is primarily engaged in providing, for compensation and on an in-patient basis, medical and surgical facilities for the diagnosis, treatment, and care, of injured and sick persons under the supervision of a staff of physicians

2 It continuously provides 24-hour registered graduate nursing service.

3 It is not other than incidentally, a place for rest, for the aged, for drug addicts, for alcoholics, or a nursing home

The Long Term Disability section of this Booklet contains a special definition that applies to that coverage

**Definition of Board and Room Charges**—This includes, in addition to charges for board and room, any charges which are made by an institution as a condition of occupancy or on a regular daily or weekly basis for other services such as general nursing services.

GR-8

49

5581

**Definition of Complications of Pregnancy** — A Complication of Pregnancy is one of the following:

1. An ectopic pregnancy.
2. A Complication requiring abdominal surgery after termination of the pregnancy.
3. Pernicious vomiting of pregnancy (hyperemesis gravidarum).
4. Toxemia with convulsions (eclampsia of pregnancy).
5. Caesarean section.
6. Termination of pregnancy occurring during a period of gestation in which a viable birth is not possible.
7. Any condition requiring hospital confinement, prior to termination of pregnancy, the diagnosis of which condition is distinct from pregnancy but is adversely affected by pregnancy or caused by it, such as acute nephritis, nephrosis, cardiac decompensation, missed abortion and any similar medical and surgical condition of comparable severity, but excluding false labor, occasional spotting, physician prescribed rest, morning sickness, pre-eclampsia, and any similar condition associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy.

## THE FOLLOWING PROVISIONS APPLY TO ACCIDENT AND HEALTH INSURANCE ONLY (Continued)

**Definition of Convalescent Facility** — An institution (or distinct part thereof) which meets fully every one of the following tests:

1. It is primarily engaged in and licensed to provide skilled nursing services and physical restoration services to convalescing patients for compensation on an in-patient basis.
2. It is providing these services on a 24-hour basis and under the full-time supervision of a physician or a registered professional nurse with licensed nursing personnel on duty at all times.
3. It maintains a complete medical record on each patient and it has a utilization review plan for all of its patients.
4. It is not other than incidentally a place for rest, for custodial care, for educational care, for the care of mental disorders or a place for the aged. Mental disorders include, but are not limited to, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

A convalescent facility will be treated the same as a hospital as the term is used in determining benefits for physicians services.

**Definition of "skilled nursing services"** — The professional services that may be rendered by a registered professional nurse or by a licensed practical nurse under the direction of a registered professional nurse.

**Definition of "physical restoration services"** — Services which assist the patient to achieve a sufficient degree of body functioning to permit self-care in the essential activities of daily living.

GR-8

50

5692

GR-8

51

5665

NNI-LTD-00005757

G

**Time Limit on Certain Defenses** — An individual's claim, under any given coverage, for a loss which is incurred or which commences more than 2 years (1 year as to Long Term Disability Coverage) after the coverage becomes effective for the individual, will not be reduced or denied because there existed, prior to the effective date, a disease or physical condition not expressly excluded from the coverage on the date of the loss.

**Proof of Loss** — Written proof of loss under any Weekly Disability Benefit coverage must be given to the Insurance Company within 90 days after the end of the period for which the Company is liable. Written proof of total disability under Long Term Disability coverage must be given to the Insurance Company within 90 days after the end of the waiting period shown in the Plan Summary and subsequent written proof of the continuance of the disability must be furnished to the Insurance Company at such intervals as the Insurance Company may reasonably require. Written proof of loss under any other coverage must be given to the Insurance Company within 90 days after the loss.

Proof of loss must cover the occurrence, the character, and the extent of the loss.

Proof of loss under Long Term Disability coverage must also include evidence satisfactory to the Insurance Company that you, your spouse, child or dependent has made proper application, and reapplication within a reasonable time if benefits were denied, for all "other income benefits" payable. You need not make application for retirement benefits available only on a reduced basis or for disability benefits under a group life insurance policy if the payment would reduce the amount of life insurance; however, such benefits will be considered "other income benefits" if applied for and received. Evidence satisfactory to the Insurance Company must be furnished that all of the proofs required to support such application or reapplication for other income benefits have been submitted, that such benefits have not subsequently been waived and of the amount of such benefits.

Late proof may be accepted only if, under the particular circumstances, it was furnished as soon as was reasonably possible, and, in any event except in the absence of your legal capacity, within one year after the time it was otherwise required.

No action at law or in equity may be brought to recover on any group policy after 3 years from the time written proof is required to be furnished.

GR-8

52

5668

NNI-LTD-00005758