## **EXHIBIT C**



# FLEX 2006 ENROLLMENT GUIDE



## For U.S. FLEX Participants



NORTEL

NNI-LTD-00013551

NNI-LTD-00013552

# Table of Contents

What's New – Looking Ahead to FLEX 2006 .............................. 4

FLEX At-A-Glance ...................................................... 7

Medical Benefits ...................................................... 11

Prescription Drug Benefits ............................................. 24

Employee Assistance Program (EAP) .................................... 29

Mental Health & Substance Abuse ..................................... 30

Dental/Vision/Hearing Care Plan ...................................... 32

Health Care Reimbursement Account (HCRA) .......................... 35

Dependent Day Care Reimbursement Account (DDCRA) .................... 42

Health Management Program ........................................... 47

Life and Accidental Death and Dismemberment (AD&D) Insurance Plans ....... 49

Disability ............................................................. 53

Consumer Tips ........................................................ 55

How to Enroll ........................................................ 56

Contact Information .................................................. 59

How to Use eValuator ................................................. 61

Glossary .............................................................. 63

Appendix 1 ........................................................... 68

Appendix 2 ........................................................... 73

Notice of Creditable Coverage ......................................... 74

This FLEX 2006 Enrollment Guide is intended for employees who don't have access to the Nortel intranet and are unable to enroll online. It contains summary information to assist you with making your FLEX Benefits selections for 2006 and instructions for enrolling using your 2006 Personalized Enrollment Worksheet.

If there are any discrepancies between the information in this document and the applicable Nortel benefits plan, the actual plan document shall, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel reserves the right to amend or discontinue the plan and/or program described in this document at any time without prior notice to, or consent by, employees.

The Basic Term Life, Optional Term Life, Dependent Term Life, Accidental Death and Dismemberment, Short-Term Disability and Long-Term Disability coverages are issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. This document does not include all policy provisions, exclusions, and limitations. A booklet-certificate with complete information concerning the life insurance and AD&D insurance plans, including exclusions and limitations, will be provided. If there is a discrepancy between this document and the booklet-certificate issued by The Prudential Insurance Company of America, the terms of the booklet-certificate will govern. Contract Series 83500 or 96945

IFS A0961 18 Ed. 9/2004

NNI-LTD-00013553

# What's New – Looking Ahead to FLEX 2006

We're approaching that time when you're required to make important decisions about the benefits coverage that will meet your needs for the upcoming year. **The FLEX 2006 annual enrollment period will run from November 1 - November 22, 2005.**

To help you make your FLEX 2006 selections, we've included:

- A Personalized Enrollment Worksheet, which lists your current FLEX selections and 2006 options and costs,
- This FLEX Enrollment Guide, which explains:
  - What's changing,
  - Plan benefits and cost information,
  - Detailed plan feature charts for Medical Plan options and Dental/Vision/Hearing Care Plan options,
  - Information about who needs to enroll and the steps you need to take to successfully complete FLEX 2006 annual enrollment,
- An enrollment reply envelope.

Once enrollment begins, you'll be able to call or e-mail Global Employee Services (GES) if you have any questions about FLEX 2006.

## Plan Changes for 2006

Nortel is committed to providing you with a comprehensive and valued set of rewards. Your FLEX Program is just one piece of the Comprehensive Rewards. Every year, we must decide how to balance fiscal responsibility with providing a comprehensive, competitive benefits program that helps us attract and retain the people we need to succeed.

We continue to maximize the value you get from the money you spend on your health care. Through negotiations with our health care and prescription drug vendors, we've been able to achieve greater discounts in 2006, thereby reducing the impact of double digit medical inflation on our employees. Through CorSolutions – our Health Management Program – we've not only helped employees increase the quality of their health care, but have also assisted them in preventing the development of more acute conditions. In addition, we will continue to offer life insurance and disability coverage at the same price with no increase in rates.

NNI-LTD-00013554

Nortel will introduce the following FLEX plan changes in 2006:

- **WageWorks will be the new administrator for Reimbursement Accounts.** As the new Reimbursement Account vendor, WageWorks is introducing several process improvements that make it even easier to use the HCRA and DDCRA Plans. To learn more, refer to pages 35 and 42.

- **Networks for select Medical Plan options.** Effective January 1, 2006, participants in the following Medical Plan options will be covered under new networks:

  - CIGNA 80/60 PPO (Open Access Plus Network)
  - CIGNA 90/70 PPO (Open Access Plus Network)
  - UnitedHealthcare 80/60 PPO (CHOICE PLUS Network)
  - UnitedHealthcare 90/70 PPO (CHOICE PLUS Network)
  - UnitedHealthcare EPO (CHOICE Network)

  Using participating network providers will give you better value compared to when you use out-of-network providers. It is possible that your current provider does not participate in the CIGNA "Open Access Plus" network or the UnitedHealthcare "CHOICE" or "CHOICE PLUS" networks. Please check with your provider before making your Medical Plan option selection for 2006.

- **Plan design changes to the EPO and PPO options.** Some of the plan features of the EPO and PPO options are changing for 2006. Refer to page 14 for more details on these options.

- **Plan design changes to the HMO options.** Some of the plan features of the HMO options are changing for 2006. Refer to page 20 for more details on HMO options.

- **STD and LTD coverage level changes for 2006.** Refer to page 53 for more details on these coverage level changes.

NNI-LTD-00013555

## Employee Contributions

As a result of 2006 FLEX plan changes, you will see an increase in your premiums for Medical Plan options and the Dental/Vision/Hearing Care Plan. Make sure to use eValuator to assess how these changes will affect your health care costs, to see which Medical Plan option would work best for you, and how much you could save by participating in the HCRA, if eligible.

## Get Ready to Enroll

**The FLEX 2006 annual enrollment period is November 1 - November 22, 2005.** If you're going to be away during this three-week period, contact GES before you leave.

You can reach GES toll-free at 1-800-676-4636 or ESN 352-4636. You may also contact GES via external e-mail at gesna@nortel.com.

In preparation for enrollment, here are some things you can start doing now:

- Consider your estimated health care needs and expenses for the coming year.

- Consider any other similar coverage available to you. Don't forget, if you and your family members are covered under more than one plan, even if you and your spouse both work at Nortel, the maintenance of benefits provision allows you to coordinate payment of claims under each other's plans.

- Decide whether your dependent information needs updating. Even if you choose to waive coverage under the health plans, it's important that all your dependents are listed accurately.

- Consider enrolling in one or both of the Reimbursement Accounts. Becoming a better health care consumer means taking advantage of the tools available to you.

Finally, remember that if you don't enroll, **you'll be left with your 2005 coverage under the FLEX Benefits Program at 2006 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2006.**

NNI-LTD-00013556

# FLEX At-A-Glance

You automatically receive coverage for core benefits – which are fully paid by the Company. You don't have to enroll to receive this coverage. However, you can choose to purchase optional benefits that provide a higher level of coverage than your core benefits.

| Your FLEX 2006 Benefits At-A-Glance | |
|---|---|
| **Core Benefits – Company automatically provides these benefits to you** | |
| • STD Plan Coverage<br>• LTD Plan Coverage | • Employee Group Term Life Insurance<br>• Employee Assistance Program (EAP) |
| **Optional Benefits –  You can enroll in these optional benefits** | |
| • Medical Plan Coverage<br>• Dental/Vision/Hearing Care Plan Coverage<br>• Health Care Reimbursement Account (HCRA) Plan<br>• Dependent Day Care Reimbursement Account (DDCRA) Plan<br>• Optional Short-Term Disability (STD) Plan Coverage | • Optional Long-Term Disability (LTD) Plan Coverage<br>• Optional Employee Group Term Life Insurance<br>• Optional Dependent Group Term Life Insurance<br>• Optional Accidental Death and Dismemberment (AD&D) Insurance |

## How FLEX Works

You have the opportunity to choose from a wide variety of benefits to meet your and your family's needs. You're eligible to make these benefit choices:

- When you're a new hire,
- During the annual enrollment period,
- During the 31-day period after you experience a status change.

Other than the annual enrollment period or when you're a new hire, the occurrence of a status change is the only time you can change your FLEX choices. The FLEX selections you may make must be consistent with the status change. Status changes include, but aren't limited to, events such as:

- Marriage,
- Domestic partner relationship becoming qualified for eligibility and verified by GES,
- Divorce, annulment or legal separation,
- Birth, adoption, placement for adoption or change in legal custody of a dependent child,
- Disability of a spouse, enrolled domestic partner or dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled domestic partner or dependent child (such as from or to part-time or full-time or a paid leave of absence).

***Note:*** *If a doctor leaves your Medical Plan option's network, this is NOT considered a status change.*

NNI-LTD-00013557

## Paying For Benefits

The Company subsidizes the cost of your medical, dental/vision/hearing care and other optional benefits. As part of the Company subsidy, you receive **FLEX Credits** that can be used toward the purchase of optional coverage.

Each year, you will receive FLEX Credits in the amount of $540.67, or $20.79 bi-weekly. You'll see the net costs of your medical options on your Personalized Enrollment Worksheet. Your FLEX Credits will already be deducted from the Medical Plan costs listed. For example, if a Medical Plan option shows a cost of $5 on your Personalized Enrollment Worksheet, you will pay $5 per pay period for that coverage over and above the FLEX Credits you receive.

If you choose to purchase optional benefits, your FLEX Credits that remain after you have chosen a Medical Plan option will be applied to the cost, as appropriate. This table illustrates how it works:

| If... | Then... |
|---|---|
| You select options that cost more than your FLEX Credits | You will pay the difference with **before-tax contributions** or **after-tax contributions** |
| The cost of your options is equal to your FLEX Credits | There will be no impact on your pay |
| Your options cost less than your FLEX Credits | You receive the extra FLEX Credits as taxable pay |

The cost of your plan options depends on a variety of factors, including the type of benefit and coverage level selected.

## Eligibility and Coverage

### Eligibility

You're eligible for FLEX if you're a Nortel full-time or part-time employee regularly scheduled to work 20 hours or more per week.

The following dependents are eligible for benefits under many FLEX options:

- Your spouse, including a common law spouse under state law or domestic partner* if qualified under plan rules,

- Your unmarried children and/or your domestic partner's children under age 19,

- Your unmarried children and/or your domestic partner's children under age 25 who are full-time students at an accredited school and are primarily supported by you,

- Your eligible, unmarried, physically or mentally disabled children and/or domestic partner's children age 19 or over who are wholly dependent on you for their support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student).

NNI-LTD-00013558

Your spouse or child may not be considered a dependent under any plan while on active duty in the armed forces of any country. In addition, except for dependent life insurance, your spouse or child may not be considered a dependent under any plan if he or she is covered as an employee.

*Note: Domestic partners and their children are not eligible for optional dependent group term life insurance and optional AD&D insurance.*

### Who is Not Eligible

Please note that the following individuals are NOT eligible for coverage under the Nortel FLEX Program:

- Divorced spouses,
- Unmarried partners with no recognized relationship under the plan,
- Married children,
- Children of live-in parents with no legal relationship,
- Children not residing with the participant in a parent/child relationship,
- Overage dependents (not disabled or full-time students),
- Stepchildren following divorce of the natural parent,
- Grandchildren or other extended family dependents with no legal guardianship.

If your circumstances have changed or you have elected the wrong level of coverage, please contact GES to correct your dependents. Please note: Nortel plans to conduct an audit to verify the eligibility of all dependents. Purposely insuring dependents who are ineligible is fraudulent and could result in disciplinary action.

## Coverage Levels

For most plan options, your coverage levels include:

- You only,
- You and your spouse,
- You and your children and/or your domestic partner's children,
- You and your family (spouse or domestic partner, your children and/or your domestic partner's children).

You can choose one dependent coverage level for your Medical Plan option and a different dependent coverage level for your Dental/Vision/Hearing Care Plan options.

**Update Dependent Information!**

Even if you chose to waive Medical Plan and Dental/Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately. You may have spousal group term life insurance and/or AD&D insurance for which this information would be required. Also, your dependents must be listed accurately so they can have easy access to the EAP.

**Note:** You must elect the applicable coverage for each dependent listed in order for your dependents to receive coverage.

NNI-LTD-00013559

## When Coverage Takes Effect

Any changes you make to your coverage during the FLEX 2006 annual enrollment period are in effect for the following **calendar year**, unless your eligibility changes or you're allowed to make changes due to a status change (see below).

However, the effective date of any changes you make may be affected by the following:

- If life insurance coverage requires **evidence of insurability (EOI)**.

- If you're not actively at work on January 1, 2006, the effective date of your life insurance, AD&D insurance, and STD Plan and LTD Plan coverage will be delayed until you meet the plans' return-to-work requirements.

- If any of your dependents are confined for medical treatment at home or elsewhere on January 1, 2006, they won't be covered for any newly elected life insurance and AD&D insurance until they're released by their doctor and are no longer confined.

## If a Status Change Occurs...

You have 31 days from the date of the event to notify GES. This includes enrolling any new dependents you wish to cover and submitting the Affidavit of Status Change form.

If you make changes after the 31-day period, coverage takes effect on the day you make your selections and submit the Affidavit of Status Change form. Limitations apply as to what changes will be accepted more than 31 days after the event.

## Important Notes About Enrollment:

- **Dependent Enrollment:** If you experience a status change, you must actively select the plan option in which you want to enroll your new dependents. <u>New dependents won't be added automatically to your Medical Plan and/or Dental/Vision/Hearing Care Plan, even if you're already enrolled for family coverage.</u>

- **Smoker Status:** If you change your life insurance "smoker status" anytime during the year, notify GES immediately. If you're discovered to be a smoker and you falsely claimed non-smoker status and are paying non-smoker rates, you and your beneficiaries could be denied group term life insurance benefits in the future.

- **If you are planning to retire in 2006:** If you are planning to retire in 2006, you must be actively enrolled in a Nortel Medical Plan option to be eligible for the Nortel Retiree Medical Plan. (Other eligibility requirements may also apply.)

NNI-LTD-00013560

# Medical Benefits

## Overview

It's important that you review and familiarize yourself with the Medical Plan options available to you and your family. While the Company is committed to providing you with tools and education to help you make informed choices, it's ultimately your health care plan and your responsibility to make the best decisions during enrollment and throughout the year.

For more details, please refer to your Summary Plan Descriptions (SPDs). For a copy of the SPDs, contact GES.

The Medical Plan options available to you depend on your home zip code and whether you live in a network or non-network area.

## Network Area Options

If you live in a network area, your options include:

**80/60 Preferred Provider Organization (PPO) Option** – A **managed care option** that generally pays benefits at 80% of covered charges when you see providers within the preferred provider network after the calendar year deductible is met. If you go to a provider who is not a member of the network, the 80/60 PPO option pays 60% of covered charges after the calendar year deductible is met. Under this option, you're not required to have a **primary care physician (PCP)** coordinate your care and there are no claim forms for you to fill out, unless you receive services from an out-of-network provider. This may be a good option for you if you want lower bi-weekly employee contributions, but are prepared to pay higher out-of-pocket costs.

**90/70 Preferred Provider Organization (PPO) Option** – A managed care option that generally pays benefits at 90% of covered charges when you see providers within the preferred provider network after the calendar year deductible is met. If you seek care from a provider who is not a member of the network, the 90/70 PPO option pays 70% of covered charges after the calendar year deductible is met. Under this option, you're not required to have a primary care physician (PCP) coordinate your care, and there are no claim forms for you to fill out, unless you receive services from an out-of-network provider. This option provides a high level of coverage with lower out-of-pocket costs when you receive care. It may be a good choice if you expect to use a lot of medical care in 2006 and are willing to make higher bi-weekly employee contributions in exchange for lower out-of-pocket costs when care is received.

## Coinsurance vs. Copayment

### Coinsurance
The portion (percentage) of covered expenses paid after you satisfy your deductible and/or copayment. For example, if your coinsurance is 70% of the amount of covered expenses, you'll pay 30% of the cost and the plan will cover 70% of the cost.

### Copayment
The specified dollar amount (not a percentage of the cost) that you pay when you receive certain services, medications or supplies (e.g., the $20/$25 you pay when receiving care at a doctor's office). You're responsible for paying the copayment at the time you receive services.

NNI-LTD-00013561

**Exclusive Provider Organization (EPO) Option** – A managed care option that generally pays benefits at 100% of covered charges when you see providers within the exclusive provider network, after a copayment. There is no calendar year deductible to meet before the plan begins paying benefits. Similar to a Health Maintenance Organization (HMO), the EPO option pays no out-of-network benefits for non-emergency care. If you enroll in the EPO option, you must select a primary care physician (PCP) and coordinate your care through that physician to receive benefits. There are no claim forms to fill out. This may be a good option for you if you anticipate a high use of health care in 2006 and desire 100% coverage when you seek care. However, you **must** go to providers within the EPO network to receive benefits. Be sure to check with the provider directly to make sure he/she is part of the EPO network, as providers occasionally change networks.

**Health Maintenance Organizations (HMOs)** – Where available, an HMO generally pays benefits at 100% of covered charges (after you pay a copayment) when you receive care from doctors and hospitals affiliated with the HMO network, or to whom the HMO refers you (except care due to a life-threatening emergency). If you enroll in an HMO option, you **must** select a primary care physician (PCP) and coordinate your care through that physician. There is no reimbursement for care outside the HMO network, except in emergency situations. HMO participants receive prescription drug, mental health and substance abuse treatment benefits from the HMO in which they enroll.

**No coverage** – You also can decide not to participate in a Nortel Medical Plan option. However, if you are planning to retire in 2006, you must be actively enrolled in a Nortel Medical Plan option to be eligible for the Nortel Retiree Medical Plan when you retire. (Other eligibility requirements may also apply.)

Your Personalized Enrollment Worksheet will show all Medical Plan options available in your area. In some cases, the managed care options available to you may be offered through more than one plan administrator (e.g., CIGNA and UnitedHealthcare). If the option is available under both plan administrators where you live, the choice is yours. However, it's important to note the plan administrators may include different providers in their networks.

For more details on these Medical Plan options, refer to the SPDs. For a copy of the SPDs, contact GES.

NNI-LTD-00013562

## How to Find Network Providers

To find a provider that participates in your network, you can check the provider directory on the claims administrator's Web site or call them directly.

In some cases, vendors such as UnitedHealthcare and CIGNA list their plans differently on their Web sites than Nortel does. Use this chart to help you find what you're looking for on either the CIGNA or UnitedHealthcare Web sites

| Nortel calls the plan... | Vendor calls the plan... | To find in-network providers click on: | ID card says... | Provider directory is located at... |
|---|---|---|---|---|
| CIGNA PPO<br>• CIGNA 80/60 PPO<br>• CIGNA 90/70 PPO | Open Access Plus | Open Access Plus Only | Open Access Plus | **www.CIGNA.com** |
| CIGNA EPO | Network | Network | Network | **www.CIGNA.com** |
| UnitedHealthcare PPO<br>• UnitedHealthcare 80/60 PPO<br>• UnitedHealthcare 90/70 PPO | CHOICE PLUS | CHOICE PLUS | PPOChoice PLUS | **www.provider.uhc.com/nortel/** |
| UnitedHealthcare EPO | CHOICE | Choice Network | CHOICE | **www.provider.uhc.com/nortel/** |

## Non-Network Area Options

If you live in a non-network area, your options include:

**Out-of-Area Comprehensive Option, offered through CIGNA** – Available to those who live in a non-network area. There are no in-network or out-of-network benefit levels in the comprehensive option. This option pays 80% after the calendar year deductible for most covered expenses, including doctor's office visits. However, you'll receive 100% coverage for preventive care, such as routine physicals.

**HMOs** – Where available.

**No coverage** – You also can decide not to participate in a Nortel Medical Plan option. However, if you are planning to retire in 2006, you must be actively enrolled in a Nortel Medical Plan option to be eligible for the Nortel Retiree Medical Plan when you retire. (Other eligibility requirements may also apply.)

NNI-LTD-00013563

## Medical – Summary of Health Benefits – Network Area

The following chart outlines the main features of the Medical Plan options available to you if you live in a network area. For 2006, there will be some plan design changes to the Medical Plan options. Changes are indicated in **bold** in the chart below.

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
| Calendar year deductible<br>• Individual<br>• Family | **$400/person**<br>**$1,200/family** | $600/person<br>$1,800/family | **$250/person**<br>**$600/family** | **$400/person**<br>**$1,200/family** | None<br>None |
| **Hospital inpatient stay copayment** | **$300[2]** | **$400[2]** | **$250[2]** | **$300[2]** | **$300[2]** |
| **Outpatient surgery copayment** | **$150[2]** | **$250[2]** | **$150[2]** | **$200[2]** | **$150[2]** |
| Calendar year out-of-pocket maximum[10]<br>• Individual<br>• Family | **$3,500/person**<br>**$7,000/family** | $7,500/person<br>$15,000/family | **$3,500/person**<br>**$7,000/family** | $5,000/person<br>$10,000/family | None<br>None |
| Lifetime maximum benefit/person | Unlimited | $2 million[3] | Unlimited | $2 million[3] | Unlimited |

### Physician Services

| | | | | | |
|---|---|---|---|---|---|
| **Primary care physician** office visits | **$20 copayment** | 60%[4,5] | **$20 copayment** | 70%[4,5] | **$20 copayment** |
| **Specialist office visits** | **$25 copayment** | 60%[4,5] | **$25 copayment** | 70%[4,5] | **$25 copayment** |
| Prenatal visits | **$25 copayment**<br>(for first visit only) | 60%[4,5] | **$25 copayment**<br>(for first visit only) | 70%[4,5] | **$20 (primary care physician)<br>/$25 (specialist) copayment**<br>(for first visit only)[12] |
| Inpatient surgeon's fees | 80%[2,5] | 60%[2,4,5] | 90%[2,5] | 70%[2,4,5] | 100%[2] |
| Anesthetic services and ancillary services | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| Inpatient hospital services | 80%[2,5] | 60%[2,4,5] | 90%[2,5] | 70%[2,4,5] | 100%[2] |
| Allergy injections | $25 copayment[11] | 60%[4,5] | $25 copayment[11] | 70%[4,5] | $25 copayment[11] |

NNI-LTD-00013564

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |

## Other Professional Services

| | | | | | |
|---|---|---|---|---|---|
| CIGNA outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 90 visits per condition per calendar year<br><br>CIGNA plans also include chiropractic services under this description | **$25 copayment**[6,9] | 60%[4,5,6,9] | **$25 copayment**[6,9] | 70%[4,5,6,9] | **$25 copayment**[9] |
| UnitedHealthcare outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 30 visits per therapy per calendar year | **$25 copayment**[6,9] | 60%[4,5,6,9] | **$25 copayment**[6,9] | 70%[4,5,6,9] | **$25 copayment**[9] |
| Chiropractic care (Excluding CIGNA plans; see CIGNA outpatient short-term rehabilitation) | **$25 copayment** | 60%, up to 24 visits/calendar year[4,5] | **$25 copayment** | 70%, up to 24 visits/calendar year[4,5] | **$25 copayment** |
| Private duty nursing | 80%[3,5] | 60%, up to $10,000/person/ calendar year[3,4,5] | 90%[3,5] | 70%, up to $10,000/person/ calendar year[3,4,5] | 100% |

## Preventive Care

| | | | | | |
|---|---|---|---|---|---|
| Well-baby care (up to age 6) | $20 copayment | 60%[4,5] | **$20 copayment** | 70%[4,5] | **$20 copayment** |
| Child physical exam (age 6+) | $20 copayment | 60% up to $300 every 24 months[4,5] | **$20 copayment** | 70% up to $300 every 24 months[4,5] | **$20 copayment** |
| Adult physical exam | $20 copayment | 60% up to $300 every 24 months[4,5] | **$20 copayment** | 70% up to $300 every 24 months[4,5] | **$20 copayment** |
| Routine OB/GYN exam (includes routine mammogram) | **$25 copayment** | 60%[4,5] | **$25 copayment** | 70%[4,5] | **$20 (primary care physician) /$25 (specialist) copayment**[1,2] |

NNI-LTD-00013565

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
| **Hospital Services** | | | | | |
| Inpatient treatment | 80% after each hospital inpatient stay copayment[2,5] | 60% after each hospital inpatient stay copayment[2,4,5] | 90% after each hospital inpatient stay copayment[2,5] | 70% after each hospital inpatient stay copayment[2,4,5] | 100% after each hospital inpatient stay copayment[2] |
| Outpatient treatment | 80%[2,5] | 60%[2,4,5] | 90%[2,5] | 70%[2,4,5] | 100%[2] |
| **Outpatient surgery** | **80% after each outpatient surgery copayment[2,5]** | **60% after each outpatient surgery copayment[2,4,5]** | **90% after each outpatient surgery copayment[2,5]** | **70% after each outpatient surgery copayment[2,4,5]** | **100% after each outpatient surgery copayment[2]** |
| Emergency room | 80% after $75 copayment (waived if admitted) | 60% after $75 copayment (waived if admitted)[4,5,7] | 90% after $75 copayment (waived if admitted) | 70% after $75 copayment (waived if admitted)[4,5,7] | 100% after $75 copayment (waived if admitted); out-of-network emergency care paid at in-network level for approved emergency; no benefit if not an approved emergency |
| Urgent care | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% after $25 (United-Healthcare) /$75 (CIGNA) copayment |
| Skilled nursing facility, up to 60 days/ calendar year | 80%[2,5,6] | 60%[2,4,5,6] | 90%[2,5,6] | 70%[2,4,5,6] | 100%[2] |
| Hospice | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| **Other Medical Services** | | | | | |
| Assisted reproduction, up to $5,000 lifetime maximum per person | 80%[5,6,8] | 60%[4,5,6,8] | 90%[5,6,8] | 70%[4,5,6,8] | 100% |
| Infertility diagnosis and treatment | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |

NNI-LTD-00013566

| Benefit Description | Network Area Medical Options | | | | |
|---|---|---|---|---|---|
| | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |

## Other Medical Services

| Benefit Description | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
|---|---|---|---|---|---|
| Home health care | 80%[3,5] | 60% up to 100 visits/calendar year[3,4,5] | 90%[3,5] | 70% up to 100 visits/calendar year[3,4,5] | 100% |
| Diagnostic X-ray and lab | 80%[5] (must use network labs) | 60%[4,5] | 90%[5] (must use network labs) | 70%[4,5] | 100% |
| Radiation and chemotherapy | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| Durable medical equipment | 80%[3,5] | 60%, up to $2,000/calendar year[3,4,5] | 90%[3,5] | 70%, up to $2,000/calendar year[3,4,5] | 100% |

1  EPO coverage is not available in all areas of the United States. Unless otherwise noted, there are no out-of-network benefits under the EPO.
2  Precertification required.
3  In-network benefits count toward out-of-network maximum benefit.
4  Subject to reasonable and customary (R&C) limits.
5  Subject to calendar year deductible.
6  Under the PPO options, benefits paid for both in-network and out-of-network care for all services that require coinsurance count toward the Medical Plan's calendar year benefit limit. Examples of a calendar year benefit limit include "60 days/calendar year" or "30 visits/calendar year."
7  In-network benefits are available for emergency room charges only for medical emergencies. If the emergency room is used for a condition that is not a medical emergency, out-of-network benefits apply. A "medical emergency" is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, and apparent poisoning. Some examples of conditions that are NOT considered medical emergencies are colds, influenza, ordinary sprains, ear infections, nausea, and headaches.
8  The Medical Plan pays up to a $5,000 lifetime maximum/participant for assisted reproduction services (e.g., impregnation or fertilization). Under the PPO options, benefits paid for both in-network and out-of-network care count toward the Medical Plan's lifetime benefit limit.
9  Under the PPO and EPO options, when outpatient short-term rehabilitation services are received on an outpatient basis, at a hospital facility, the Medical Plan's benefits are described under "Hospital Services - Outpatient Treatment."
10  If not part of an office visit, no charge for the injection.
11  Your copayment will depend on your provider.

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the Medical Plan network area options.

| 2006 Medical Plan Costs – Network Area Options | | | |
|---|---|---|---|
| | 80/60 PPO Option | 90/70 PPO Option | EPO Option |
| You Only | $4.23 bi-weekly | $17.64 bi-weekly | $47.47 bi-weekly |
| You + Children | $11.05 bi-weekly | $34.80 bi-weekly | $88.50 bi-weekly |
| You + Spouse | $18.71 bi-weekly | $46.96 bi-weekly | $109.61 bi-weekly |
| You + Family | $27.50 bi-weekly | $69.52 bi-weekly | $161.99 bi-weekly |

NNI-LTD-00013567

# Medical – Summary of Health Benefits – Non-Network Area

The following chart outlines the main features of the CIGNA Out-of-Area Comprehensive option available to you if you live in a non-network area.

| Non-Network Area Medical Option | |
| --- | --- |
| **Benefit Description** | **Out-of-Area Comprehensive Option** |
| **Calendar year deductible**<br>• Individual<br>• Family | • $300/person<br>• $900/family |
| Hospital inpatient stay copayment | $300[1] |
| **Calendar year out-of-pocket maximum[5]**<br>• Individual<br>• Family | • $2,000/person<br>• $4,000/family |
| Lifetime maximum benefit/person | $2 million |
| **Physician Services** | |
| **Primary care physician** office visits | 80%[2,3] |
| **Specialist** office visits | 80%[2,3] |
| Prenatal visits | 80%[2,3] |
| Outpatient surgeon's fees | 80%[1,2,3] |
| Inpatient surgeon's fees | 80%[1,2,3] |
| Anesthetic services and ancillary services | 80%[2,3] |
| Inpatient hospital services | 80%[1,2,3] |
| **Other Professional Services** | |
| Outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 90 visits per condition per calendar year | 80%[2,3] |
| Also includes chiropractic services under this description | 80% up to 24 visits per calendar year[2,3] |
| Private duty nursing | 80%, up to $10,000/person/calendar year[2,3] |
| **Preventive Care** | |
| Well-baby care (up to age 6) | 100% with no deductible[2] |
| Child physical exam (age 6+) | 100% with no deductible, up to $300 every 24 months[2] |
| Adult physical exam | 100% with no deductible, up to $300 every 24 months[2] |
| Routine OB/GYN exam (includes routine mammogram) | 100% with no deductible[2] |

NNI-LTD-00013568

| Non-Network Area Medical Option | |
| --- | --- |
| Benefit Description | Out-of-Area Comprehensive Option |
| **Hospital Services** | |
| Inpatient treatment | 80% after each hospital admission deductible[1,2,3] |
| Outpatient treatment | 80%[1,2,3] |
| Emergency room | 80%[2,3] |
| Skilled nursing facility, up to 60 days/calendar year | 80%[1,2,3] |
| Hospice | 80%[2,3] |
| **Other Medical Services** | |
| Assisted reproduction, up to $5,000 lifetime maximum per person | 80%[2,3,4] |
| Infertility diagnosis and treatment | 80%[2,3] |
| Home health care | 80%, up to 100 visits/calendar year[2,3] |
| Diagnostic X-ray and lab | 80%[2,3] |
| Radiation and chemotherapy | 80%[2,3] |
| Durable medical equipment | 80%, up to $2,000/calendar year[2,3] |

1  Precertification required.
2  Subject to reasonable and customary (R&C) limits.
3  Subject to calendar year deductible.
4  The Medical Plan pays up to a $5,000 lifetime maximum/participant for assisted reproduction services (e.g., impregnation or fertilization).
5  Charges for mental health and substance abuse treatment, charges in excess of the R&C limits, charges above plan maximum amounts, charges applied to the deductible, and any expenses you incur under the plan's prescription drug benefit do not count toward the calendar year out-of-pocket maximum.

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the Medical Plan non-network area options.

| 2006 Medical Plan Costs – Non-Network Area Option | |
| --- | --- |
| | **Out-of-Area Comprehensive Option** |
| **You Only** | $14,63 bi-weekly |
| **You + Children** | $29.39 bi-weekly |
| **You + Spouse** | $40.40 bi-weekly |
| **You + Family** | $59.77 bi-weekly |

NNI-LTD-00013569

## Medical – Summary of Health Benefits – HMO

The following chart outlines the Health Maintenance Organization (HMO) options that may be available to you if you live in a network or non-network area. For 2006 there will be some plan design changes to the HMO options. Changes are indicated in **bold** in the chart below.

| HMO Options (Network and Non-Network Area) – Subject to change due to state mandates. | | | |
|---|---|---|---|
| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
| Calendar year deductible | None | None | None |
| Hospital inpatient stay copayment | $100 | $200 | **$300** |
| Outpatient surgery copayment | None | None | **$150** |
| Calendar year out-of-pocket maximum<br>• Individual<br>• Family | • None<br>• None | • $1,500/person/calendar year<br>• $3,000/family/calendar year | • $2,000/person/calendar year<br>• $4,000/family/calendar year |
| Lifetime maximum benefit/person | None | Unlimited | Unlimited |

### Physician Services

| | | | |
|---|---|---|---|
| Primary care physician (PCP) office visits | $20 copayment | **$25 copayment** | **$20 copayment** |
| Specialist office visits | $20 copayment | **$25 copayment** | **$25 copayment** |
| Prenatal visits | $5 copayment for first 10 visits | 100% after $5 copayment | 100% |
| Outpatient surgery | $20 physician copayment<br>Facility: $50 copayment per visit | **$25 copayment per procedure** | 100% |
| Inpatient surgery | 20% coinsurance or $100 copayment, whichever is less | 100% after $200 copayment/ hospital admission | 100% |

### Other Professional Services

| | | | |
|---|---|---|---|
| Physical therapy | $20 copayment (combined benefit with speech therapy, up to 45 visits) | $15 copayment | **$20 copayment**, up to 60 consecutive days/condition |
| Speech therapy | $20 copayment (combined benefit with physical therapy, up to 45 visits) | $15 copayment | **$20 copayment** |
| Chiropractic | $20 copayment if medically necessary | Not covered | $500/person/calendar year |
| Private duty nursing | Not covered | Not covered | Covered when medically necessary and prior authorization granted by the plan |

NNI-LTD-00013570

| HMO Options (Network and Non-Network Area) – Subject to change due to state mandates. | | | |
|---|---|---|---|
| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
| Well-baby care | 100%, up to age 19 | 100% after $5 copayment, up to age 2 | **$20 copayment** |
| Child physical exam | 100%, up to age 19 | **$25 copayment**, up to age 19 | **$20 copayment** |
| Adult physical exam | $20 copayment | **$25 copayment** | **$20 copayment** |
| Routine mammogram | $20 copayment (periodic) | No copayment | 100% |
| Routine OB/GYN exam | $20 copayment | **$25 copayment** | **$20 copayment** |
| Sigmoidoscopy | $20 copayment when medically necessary (referral required) | **$25 copayment** | **$20 copayment** (referral required) |

## Hospital Services

| | | | |
|---|---|---|---|
| Inpatient treatment | 100% after $100 copayment/ hospital inpatient stay | 100% after $200 copayment/ hospital inpatient stay | **100% after $300 copayment/ hospital inpatient stay** |
| Outpatient treatment | 100% after $50 copayment | **$25 copayment** | 100% |
| Outpatient surgery | 100% after $50 copayment | **$25 copayment** | **100% after each $150 outpatient surgery copayment** |
| Emergency room | $50 copayment (waived if admitted within 24 hours) | $75 copayment (waived if admitted) | **$75 copayment/visit (waived if admitted)** |
| Skilled nursing facility | 100% after $100 copayment, up to 120 days/admission; 360-day lifetime maximum; custodial care is not covered | 100%, up to 100 days/year | **100% after $300 inpatient copayment/admission**; up to 100 days/ calendar year for skilled nursing care and up to 60 days/ calendar year for inpatient rehab services at a semi-private rate for each benefit |
| Hospice | Unlimited days covered at 100% when arranged by a Blue Choice Value physician and approved by the Blue Choice Value medical director | 100% | **100% after $300 inpatient copayment/admission** with plan approval. Office based services subject to **$20 office visit copayment**, with plan approval |
| Home health care | Unlimited days covered at 100% when arranged by a Blue Choice Value physician and approved by the Blue Choice Value medical director | 100% | 100%, with plan approval |

NNI-LTD-00013571

## HMO Options (Network and Non-Network Area) – Subject to change due to state mandates.

| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
|---|---|---|---|
| **Other Medical Services** | | | |
| Assisted reproduction | Not covered | Not covered | Limited coverage (requires prior approval from HPHC) |
| Infertility | $20 copayment (referral required); contact member services for covered procedures | Medically necessary diagnostic planning services for infertility problems covered (diagnosis and treatment); **outpatient:100% after $25 copayment;** inpatient: 100% after $200 copayment/ hospital inpatient stay for approved treatment | **$20 office visit copayment** when referred by member PCP or plan OB/GYN provider |
| Diagnostic X-ray | $20 copayment/visit | 100% | 100% if billed without office visit; otherwise subject to office visit copayment |
| Radiation and chemotherapy | $20 copayment/visit | 100% | **$25 office visit copayment if performed in a hospital-based physician's office** |
| Medical supplies | $20 copayment for one-month supply (diabetic supplies) | 100% | Durable medical equipment limit may apply |
| Durable medical equipment | Standard equipment covered at 50% at participating providers | 20% coinsurance based on charges | 100%, up to $2,500/calendar year |
| **Mental Health** | | | |
| Outpatient | 50%, up to 20 visits/calendar year | **Individual: $25 copayment,** up to 20 visits/calendar year **Group: $5 copayment,** up to 20 visits/calendar year No limit for mental health parity diagnosis | Individual therapy: **$20 copayment,** up to 24 visits. Group therapy: $10 copayment, up to 25 visits; not to exceed a combined maximum of 25 individual and group therapy visits in a calendar year |
| Inpatient | 100%, after $100 copayment/ hospital inpatient stay, up to 30 days/calendar year | 100%, after $200 copayment per hospital inpatient stay | **100% after $300 copayment/ day** in a licensed general hospital; up to 60 days/member/calendar year in a psychiatric hospital |

NNI-LTD-00013572

| HMO Options (Network and Non-Network Area) – Subject to change due to state mandates. | | | |
|---|---|---|---|
| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |

## Substance Abuse Treatment

| | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
|---|---|---|---|
| Outpatient | $20 copayment per visit up to 60 visits per calendar year | **Individual: $25 copayment/visit** Group: $5 copayment/visit No outpatient visit limit | Visits 1 - 8: **$20 copayment/visit** for individual therapy and $10/visit for group therapy Visits 9 - 20: $25 copayment/visit for individual therapy and $10/visit for group therapy; covered up to 20 visits/calendar year or $500, whichever is greater |
| Inpatient | Detox: 100%, after $100 copayment/hospital inpatient stay, up to 7 days/calendar year | Detox: $200 copayment/ hospital inpatient stay | **100% after $300 copayment/ hospital inpatient stay;** up to 30 days/calendar year |

## Prescription Drugs

| | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
|---|---|---|---|
| Generic | $10 copayment for Tier 1 (30-day supply) Maximum allowable cost applies | **Retail:** $10 copayment (30-day supply of generic drugs) **Mail-order:** $20 copayment (100-day supply of generic drugs) | $10 copayment (30-day supply of generic drugs) |
| Brand-name | $25 copayment for Tier 2 (30-day supply) $40 copayment for Tier 3 (30-day supply) Maximum allowable cost applies | **Retail:** $20 copayment (30-day supply of brand-name drugs) **Mail-order:** $40 copayment (100-day supply of brand-name drugs) | Brand-name preferred drug: $25 copayment (30-day supply) Brand-name non-preferred drug: $40 copayment (30-day supply) |

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the HMO options.

| 2006 Medical Plan Costs – HMO Options | | | |
|---|---|---|---|
| | **Blue Choice Value** | **Kaiser Northern California** | **Harvard Pilgrim Health Care** |
| **You Only** | $22.83 bi-weekly | $21.98 bi-weekly | $27.99 bi-weekly |
| **You + Children** | $53.63 bi-weekly | $41.70 bi-weekly | $53.13 bi-weekly |
| **You + Spouse** | $52.03 bi-weekly | $46.90 bi-weekly | $59.52 bi-weekly |
| **You + Family** | $64.16 bi-weekly | $67.45 bi-weekly | $85.49 bi-weekly |

NNI-LTD-00013573

# Prescription Drug Benefits

When you enroll in a PPO, EPO or Out-of-Area Comprehensive Medical Plan option, your prescription drug benefits are provided through the Medco Health network. This means you'll receive the highest level of benefits if you use Medco's home delivery pharmacy service or a retail pharmacy that participates in the Medco Health network. If you enroll in an HMO, your prescription drug benefits are coordinated by that HMO.

## How It Works

Your prescription drug benefits are provided by Medco Health and are designed to give you a financial incentive to become a better health care consumer and ensure that you select the most appropriate and cost-effective drugs for you and your family.

You can have your prescriptions filled through a participating retail pharmacy and receive in-network benefits. If you take **maintenance medications** you can take advantage of the cost savings available through the home delivery pharmacy service for your prescription needs. If you choose to use an out-of-network retail pharmacy, you will be responsible for the full cost of the drug at the time of purchase. To receive the out-of-network benefits, you must submit a claim to Medco Health. For a list of participating network retail pharmacies, contact Medco Health at 1-800-711-3460 or visit **http://www.medcohealth.com**.

## Coverage

You can choose from among three levels of coverage when it comes to your prescription drug needs:

**Generic drugs** – After a manufacturer's exclusive rights to a brand-name drug expire, generic drugs can be manufactured and distributed by other manufacturers. The United States Food and Drug Administration requires that a generic drug be offered in the same form and have the same active chemical make-up as its brand-name equivalent. While the generic drug may be a different shape or color than the brand-name drug, the active ingredients are the same. In addition, the FDA requires that generic manufacturers meet the same quality standards as original manufacturers.

Generic drugs are typically more cost effective than brand-name drugs because generic manufacturers do not have to spend money on research and advertising costs. The major difference between generic and brand-name drugs is that the average cost of a generic drug is much lower than that of a comparable brand-name drug. Therefore, you'll pay the lowest copayment/coinsurance amount when you purchase generic drugs.

NNI-LTD-00013574

**Preferred brand-name drugs** - These are brand-name drugs that are included on the Medco Health Formulary and are marketed under a specific trade name by a pharmaceutical company. The brand-name drugs included on Medco Health's Formulary have been selected by Medco Health's independent pharmacy and therapeutics committee based on their safety, effectiveness, and cost. These drugs may offer greater discounts than non-preferred brand-name drugs, thereby reducing both your and the Company's costs. By checking the formulary each time your doctor is writing a prescription for you or a covered family member, you can determine whether a brand-name drug is included on the formulary and subject to the lower coinsurance/copayment amount.

**Non-preferred brand-name drugs** – These are brand-name drugs not included on the Medco Health Formulary that may have one or more Medco Health Formulary alternatives. When you select these drugs, you'll pay the highest coinsurance/copayment amount. Share the formulary with your doctor to make sure there is not a less costly drug available for your needs.

This means you have a choice when it comes to your needs and an opportunity to pay less for your prescriptions. You'll pay the least amount for generic and brand-name drugs included on the Medco Health Formulary – so it's important to talk to your doctor to see if a less costly drug is available and equivalent for your needs. To request a copy of the formulary, contact Medco Health at 1-800-711-3460 or visit **http://www.medcohealth.com**.

## Pay-the-Difference Feature

The "pay-the-difference" feature gives you a stronger financial incentive to use a generic drug, when it's available. If you choose a brand-name drug that has a generic equivalent available, you will pay:

- The applicable brand-name copayment/coinsurance amount (depending on whether you're using retail or the home delivery pharmacy service)

PLUS

- The dollar difference between the cost of the generic and the brand-name drug.

This rule applies even if your prescribing doctor indicates your prescription should be **"Dispense as Written."** To avoid paying more for a drug that has a generic equivalent, it is important that you always ask if a generic is available and appropriate for your needs when getting a prescription from your doctor.

*Note: The amount of the difference between the brand-name drug and generic alternative does not count toward satisfying the out-of-pocket maximum for drugs filled through the home delivery pharmacy service.*

NNI-LTD-00013575



## Retail Refill Allowance (RRA) for Maintenance Medications

You're permitted three fills (the original plus two refills) at a retail pharmacy at the retail coinsurance amount for long-term or **maintenance medications**. For additional refills of the same medication at an in-network retail pharmacy, you'll have to pay 60% of the cost of that medication.

To avoid paying 60% of the cost of the prescription, you'll be required to get additional refills of that same prescription through the home delivery pharmacy service. How does this work? After the second time you fill a long-term or maintenance drug through the retail pharmacy, you'll receive a letter from Medco Health reminding you of this provision, and explaining how to switch that prescription to the home delivery pharmacy service.

## Examples

The following two examples illustrate how your prescription drug benefits work and how the decisions you make have an impact on how much you spend on your prescription drugs.

*Note: The drug prices used in the following examples are for illustrative purposes only and your actual costs may vary.*

## Example 1: Generic Versus Brand-Name Drug Options

Your prescription drug benefits provide you with full choice when it comes to your needs. However, they are also designed to provide you with a financial incentive to select a less costly equivalent for your needs, when available. The following example shows how asking the right questions can help you get the most value from your benefits.

Your doctor prescribes a drug to treat heartburn/GERD called Prevacid®, which costs about $131.99 for a 30-day supply from an in-network retail pharmacy. This is a brand-name drug that is not included on Medco Health's Formulary so you must pay $39.60 (30% of $131.99) for your prescription. Since you're an educated health care consumer, you realize you can save money by asking your doctor if there is a less costly alternative available.

You talk to your doctor and your doctor informs you there is a similar drug that might work called omeprazole, which is a generic and would cost you only $12.88 (20% of $64.40) for a 30-day supply.

After weighing your alternatives, you decide to purchase the generic drug through the in-network retail pharmacy.

NNI-LTD-00013576

## Example 2: RRA for Maintenance Medications

By using the home delivery pharmacy service for your maintenance medications, you can save money on your prescription drugs, because you will only pay one copayment for **up to a 90-day supply** of medication. Plus, with the RRA for maintenance medications, you will pay significantly less for remaining refills beyond three by using the home delivery pharmacy service versus a retail pharmacy. Here's an example of how the RRA works.

You need a 6-month (180-day) supply of the Prevacid® non-preferred brand-name drug referred to in the previous example, which costs $131.99 for a 1-month (30-day) supply at an in-network retail pharmacy. Here is a breakdown of how much you would pay using an in-network retail pharmacy versus the home delivery pharmacy service.

|  | In-Network Retail Pharmacy | Home Delivery Pharmacy Service |
|---|---|---|
| **Month One** | $39.60 (30% of $131.99) for first 30-day prescription | $90 for a 90-day supply |
| **Month Two** | $39.60 (30% of $131.99) for first refill | N/A |
| **Month Three** | $39.60 (30% of $131.99) for second refill | N/A |
| **Month 4-6** | $237.58 (60% of $131.99) for 3 months) for additional refills | $90 for a 90-day supply |
| **TOTAL** | **$356.38 for a 180-day supply** | **$180 for a 180-day supply** |

By using the home delivery pharmacy service, you could save $176.38, and your prescriptions can be delivered to any address you choose.

*Note: With the home delivery pharmacy service, you'll always pay for a 90-day supply even if your prescription is written for up to a 30-day supply. This means if you fill a prescription that is written for a 30-day supply through the home delivery pharmacy service, you'll pay the applicable home delivery pharmacy service 90-day supply copay amount.*

NNI-LTD-00013577

# Prescription Drugs – Summary of Health Benefits

The following chart outlines the prescription drug benefits available to you if you enroll in a PPO, EPO or Out-of-Area Comprehensive option.

| Your Prescription Drug Benefit At-A-Glance[1] | | | | |
|---|---|---|---|---|
| | Retail Pharmacy[2] (up to a 30-day supply) | | Home Delivery Pharmacy Service (up to a 90-day supply) | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Out-of-Pocket Maximum** | Not applicable | Not applicable | $3,000/year/per person[3] | Not applicable |
| **Generic Drugs** | 20% coinsurance ($7 minimum, $25 maximum) | 60% coinsurance | $15 copayment[4] | Not applicable |
| **Preferred Brand-Name Drugs** | 20% coinsurance ($15 minimum, $50 maximum) | 60% coinsurance | $45 copayment[4] | Not applicable |
| **Non-Preferred Brand-Name Drugs** | 30% coinsurance ($30 minimum, $65 maximum) | 60% coinsurance | $90 copayment[4] | Not applicable |

[1] *If a brand-name drug is filled when a generic equivalent is available, you'll pay the brand-name drug employee coinsurance plus the difference in cost between the generic and brand-name drug.*

[2] *You're allowed one initial prescription plus two refills at the above coverage for maintenance medications filled at a retail pharmacy. For three or more refills, you'll pay 60% of the prescription cost.*

[3] *The amount of the difference between the brand-name drug and generic alternative does not count toward satisfying the out-of-pocket maximum.*

[4] *On occasion, the discounted cost of your prescription through the home delivery pharmacy service is less than the copayment. In those instances, you will be charged the discounted cost of the drug.*

NNI-LTD-00013578

# Employee Assistance Program

You and your eligible dependents automatically receive access to the Employee Assistance Program (EAP) – at no cost to you. You do not have to enroll in a Medical Plan option to have this benefit.

Provided through the United Behavioral Health (UBH) network, the EAP is a confidential information and counseling service designed to enrich and support you in both your personal and your working life. This service can help you or your family with resources and expertise on a wide variety of subjects to assist with the demands of everyday life as well as major events. It provides support for a wide range of concerns including stress, depression, relationship issues, family concerns, and alcohol or drug problems.

The EAP provides you with 24/7 telephonic access, up to eight in-person visits with a counselor or therapist per eligible family member, and other services (including financial consultation, legal consultation/family mediation and referral, child and family care resources and referral, elder care information and referral, educational resources and referral, convenience services, and online work/life information). Some outpatient services (e.g., psychiatrist visits, psychological testing, chronic conditions, medication management) are covered under your managed Mental Health and Substance Abuse Program benefit, not through the EAP. Contact UBH directly for proper authorization.

If you would like more information on EAP counseling or other EAP services, call 1-800-842-2991 or visit online at **http://www.liveandworkwell.com/** access code: 800-842-2991 (include the hyphens).

NNI-LTD-00013579

# Mental Health & Substance Abuse

When you enroll in a PPO, EPO or Out-of-Area Comprehensive option, you'll have access to mental health and substance abuse treatment benefits administered through UBH. These benefits cover any outpatient counseling you or your eligible dependents may need beyond the first eight visits covered by the EAP. If you're enrolled in an HMO, these benefits are offered through that HMO.

To receive the maximum level of benefits, you should call UBH first before you go for care, and follow the recommended course of treatment using the UBH network mental health professional to whom you're referred.

## Summary of Health Benefits

The following chart outlines the mental health and substance abuse treatment benefits available if you enroll in a PPO, EPO or Out-of-Area Comprehensive option under the Medical Plan. If you're enrolled in an HMO, contact your provider for more information.

NNI-LTD-00013580

## Mental Health and Substance Abuse Treatment Benefits

| Feature | In-Network | Out-of-Network |
|---|---|---|
| **Calendar year deductible** | None | $200/person[3,5] |
| **Calendar year out-of-pocket maximum** | None | None |
| **Lifetime maximum benefit** (all services combined) | $2 Million | $2 Million |
| **Inpatient services** (Precertification required) | | |
| • Mental health | • 100%, up to 60 days/calendar year[1,2] | • 70% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission, up to 60 days/calendar year[1,3,4,5,6,7] |
| • Substance abuse | • 100%, up to 30 days/calendar year[1,2] | • 70% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission, up to 30 days/calendar year with one episode per lifetime[1,3,4,5,6,7] |
| **Intermediate care** Mental health and substance abuse | 100%[2,8] | 80% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission[1,3,4,5,6,7,8] |
| **Outpatient services** Individual Treatment | • Visits 1 - 17: $20 copayment[2] (Does not include EAP visits)<br>• Visits over 17: $30 copayment[2] | 50% after $200 calendar year deductible, up to 25 visits/calendar year[5,6,7] (up to 25 visits total for combined individual and group treatment) |
| Group Treatment | • Visits 1 - 17: $10 copayment[2] (Does not include EAP visits)<br>• Visits over 17: $20 copayment[2] | 50% after $200 calendar year deductible, up to 25 visits/calendar year[5,6,7] (up to 25 visits total for combined individual and group treatment) |
| **In-home mental health care** | 100%[2] | No benefit |
| **Drug testing as an adjunct to substance abuse treatment** | 100%[2] | No benefit |
| **Medication management** | $5 copayment for up to 30-minute visit; no limit[2] | 50% after $200 calendar year deductible; unlimited visits[5,6,7] |

[1] *If hospital or intermediate care is not precertified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. There is a 48-hour grace period for emergencies.*

[2] *Subject to care manager approval.*

[3] *Inpatient and intermediate care are subject to precertification. If there is a combined medical/mental health or medical/substance abuse admission, only the inpatient deductible for the primary diagnosis applies.*

[4] *If inpatient or intermediate care is not precertified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. The $150 deductible/hospital admission for out-of-network admissions applies after the $200 calendar year deductible is met.*

[5] *The annual out-of-network mental health and substance abuse treatment deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200/person calendar year deductible is subtracted from a claim before any benefit is paid and is separate from the hospital admission deductible for inpatient services.*

[6] *Subject to reasonable and customary (R&C) limits.*

[7] *All out-of-network care is subject to retrospective review for medical necessity if not precertified by UBH.*

[8] *Includes, but is not limited to, 24-hour intermediate care facilities (e.g., residential treatment, group homes, halfway houses, therapeutic foster care, partial hospital/day treatment, structured outpatient treatment programs). Intermediate care is subject to the same plan maximums that apply to inpatient care benefits.*

NNI-LTD-00013581

# Dental/Vision/Hearing Care Plan

## Overview

To receive coverage for the Dental/Vision/Hearing Care Plan, you must actively enroll, as this is an optional FLEX benefit. When you enroll, your coverage is bundled together as a package (i.e., if you only need dental coverage you'll still automatically receive benefits for vision and hearing care as part of the package).

During enrollment, you can choose from the following two coverage options:

- Comprehensive Option,
- Plus Option.

## Dental/Vision/Hearing Care Plan - Summary of Health Benefits

The following chart outlines the main features of the Dental/Vision/Hearing Care Plan Comprehensive and Plus options.

| Dental/Vision/Hearing Care Plan Options | | |
|---|---|---|
| Feature | Comprehensive | Plus |

**Dental Care Coverage (provided by CIGNA Healthcare)**
Note: Reasonable and customary (R&C) limits apply to all coverage amounts.

| Feature | Comprehensive | Plus |
|---|---|---|
| Calendar year deductible<br>• Individual<br>• Family | • $25/person<br>• $75/family | • $50/person<br>• $150/family |
| Preventive services (e.g., x-rays, cleanings, fluoride treatments, sealants and space maintainers for children under 14 years) | 100% of covered expenses (no deductible) | 100% of covered expenses (no deductible) |
| Basic services (e.g., fillings, extractions, oral surgery, periodontal treatment, minor restorations) | 80% of covered expenses | 80% of covered expenses |
| Major services (e.g., crowns, onlays, dentures, bridges) | 50% of covered expenses | 60% of covered expenses |
| Orthodontics (treatment such as straightening of teeth) | 50% of covered expenses | 50% of covered expenses |
| Annual maximum dental benefit (excludes orthodontia, includes oral surgery) | $1,500/person | $2,000/person |
| Lifetime maximum orthodontics benefit | $1,500/person | $2,000/person |

**Vision Care Coverage (provided by EyeMed Vision Care)**

| Feature | Comprehensive | Plus |
|---|---|---|
| Copayment for vision care services | $10 copayment | None |
| Routine exam, frames and lens benefits from an EyeMed provider[1] | Covered up to plan allowance after copayment | Covered up to plan allowance |
| Contact lens benefit from an EyeMed provider[2] | Up to $150/calendar year for elective contact lenses[3]; medically necessary contact lenses are covered in full[4]; contact lenses are in lieu of spectacle lenses.<br>Note: Only one claim per year – please see footnotes. | |

NNI-LTD-00013582

## Dental/Vision/Hearing Care Plan Options

| Benefit Description | Comprehensive | Plus |
|---|---|---|

### Vision Care Coverage (provided by EyeMed Vision Care)

| Services from an out-of-network provider: | Reimbursed after copayment up to the following under Comprehensive and Plus options; the contact lens allowance is for professional evaluations, fitting and materials: | |
|---|---|---|
| • **Exam** | • $50 | |
| **Spectacle lenses[5]:** | | |
| • **Single** | • $40 | |
| • **Bifocal** | • $60 | |
| • **Trifocal** | • $80 | |
| • **Lenticular** | • $125 | |
| • **Contact lenses/elective** (in lieu of spectacle lenses) | • $105 | |
| • **Contact lenses/necessary[3]** (in lieu of spectacle lenses) | • $210 | |
| • **Frames** | • $45 | |
| **Lifetime maximum laser vision correction surgery benefit** | Each person is provided with a lifetime maximum allowance up to $250 (for both eyes) when arranged with an EyeMed participating doctor and performed by an EyeMed-approved laser surgeon and center. | |
| **Plan pays benefits for:** <br> • **Exams** <br> • **Spectacle lenses[5]** <br> • **Contact lenses** <br> • **Frames** | Once every: <br> • Calendar year <br> • Calendar year <br> • Calendar year <br> • Two calendar years | Once every: <br> • Calendar year <br> • Calendar year <br> • Calendar year <br> • Two calendar years |

### Hearing Care Coverage (provided by CIGNA Healthcare)

| **Eligible expenses** (hearing aids and hearing exams) | 80% of covered expenses | 100% of covered expenses |
|---|---|---|
| **Maximum benefit every two calendar years** | $750 | $1,000 |

[1] *The plan allowance is a retail equivalent amount of at least $115. There is full coverage for approved frames. When deciding on a frame, ask the doctor which ones are covered in full. The plan allowance covers approximately 60% of the 42,000 frames on the retail market nationwide. You may choose a frame outside the plan's coverage and pay the difference in cost.*

[2] *The contact lens exam is a special exam for ensuring proper fit of your contacts and evaluating your vision with the contacts. Your contact lens allowance is applied to both the contact lens exam (fitting and evaluation) and the contact lenses (material). You pay for expenses above the allowance.*

[3] *This is a one-time benefit per year. You must use the $150 allowance at one time during the year – any unused amount will be forfeited.*

[4] *Medically necessary contact lenses are for patients who cannot wear prescription glasses. Examples of conditions for prescribing medically necessary contact lenses include following cataract surgery or to correct extreme visual acuity problems that cannot be corrected with spectacle lenses. Prior authorization is not required but advisable if you're receiving services from an out-of-network provider.*

[5] *In-network, there are allowances or discounts for elective lens options. Out-of-network, expenses for elective lens options are your responsibility. Examples of elective lens options are tinting, polycarbonates, and progressives. If you have any questions, please contact EyeMed.*

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the Dental/Vision/Hearing Care Plan options for 2006.

| 2006 Dental/Vision/Hearing Care Plan Costs | | |
| --- | --- | --- |
| | **Comprehensive Option** | **Plus Option** |
| **You Only** | $2.53 bi-weekly | $5.10 bi-weekly |
| **You + Children** | $5.12 bi-weekly | $10.28 bi-weekly |
| **You + Spouse** | $5.19 bi-weekly | $10.35 bi-weekly |
| **You + Family** | $7.79 bi-weekly | $15.53 bi-weekly |

NNI-LTD-00013584

# Health Care Reimbursement Account (HCRA)

## Overview

Do you or your dependents require contact lenses or eyeglasses? Buy aspirin, cold medicine or other over-the-counter medications? Need braces? Depending on your tax situation, you could receive a tax savings of 15% - 40% by participating in the Health Care Reimbursement Account (HCRA).

During this year's FLEX enrollment period, you can enroll in the HCRA to lower your taxable income and save money. Administered by WageWorks, the plan helps you pay for eligible out-of-pocket health care (medical, dental, vision) expenses – for you and your eligible dependents – that you would otherwise pay for with after-tax earnings. Since the contributions to your HCRA are not taxed, your taxable income is reduced by the amount you put in your HCRA.

Depending on which Medical Plan option you choose, you're required to pay copayments and/or coinsurance amounts out-of-pocket. You can use the funds in your HCRA to pay for these and other expenses (including certain over-the-counter medications). With this year's increased copayments and cost-sharing, using the HCRA will reduce the effect these increases will have on your medical costs. The list of eligible expenses is more extensive than you might think – for a list of eligible and ineligible health care expenses, refer to Appendix 1.

Enrolling in an HCRA this year makes more sense than ever because of the added convenience of new reimbursement options offered through WageWorks, our new administrator. In addition to the option of filing a reimbursement claim form, now you can choose from two convenient automatic reimbursement options:

- **WageWorks Health Care Choice Card (WageWorks Card)** – You can use your WageWorks Card to pay for expenses – from doctor's office copayments to prescription drugs and certain over-the-counter medications.

- **Pay My Provider** – You can use this payment method if you have recurring, predictable expenses, or if your doctor bills you after you receive services.

If you can't use the WageWorks Card or Pay My Provider options, you can use the **Pay Me Back** option to file a claim form. WageWorks processes HCRA claims daily and pays them once a week.

**If you're currently participating in the HCRA and would like to re-enroll for 2006, you will need to actively enroll and select new contribution amounts for the HCRA. Your 2005 elections do not automatically roll over into 2006.**

*Note: For expenses incurred during 2005, you still need to use the current SHPS reimbursement process. SHPS claim forms can be submitted through March 31, 2006.*

NNI-LTD-00013585



## Does the HCRA Make Sense for You?

Still not sure if the HCRA makes sense for you? **Take the quiz.**

1. Do you have $120 or more per year in recurring, predictable out-of-pocket medical expenses?

2. Do you purchase over-the-counter medications on a regular basis?

3. Do you want to save money by lowering your taxable income?

If you answered **"yes"** to any of the questions above, you need to enroll in this plan for 2006!

## How It Works

### The HCRA is very easy to use:

- Determine how much money you wish to place in your HCRA based on your estimate of out-of-pocket health care expenses for the upcoming plan year – use the WageWorks Health Care FSA Savings Calculator on **www.wageworks.com** to help determine this amount.

- Before-tax contributions to your HCRA are deducted each pay period and used to reimburse you for your eligible expenses.

- When you have an eligible health care expense, simply choose one of the three methods of payment: WageWorks Card, Pay My Provider, or Pay Me Back claim form. If you use your WageWorks Card or Pay My Provider to pay for the expense, the amount will be automatically deducted from your HCRA. You will not need to file a Pay Me Back claim form. You should always save your receipts/documentation in case you're asked to provide additional information on a particular card transaction

The amount you contribute to your HCRA should reflect your best estimate of predictable expenses, since you can't change the amount once you enroll – unless you experience a status change. Please note not all status changes allow for a change to the HCRA. Remember, Federal Law requires you to forfeit any money left in your account after the filing deadline has passed ("Use It or Lose It" rule). You can receive reimbursement for approved claims from your HCRA at any time during the year, up to your total annual amount. To check your account balance, go to the WageWorks Web site at **www.wageworks.com**. WageWorks will also send you a health care statement each month by email, or quarterly by mail.

NNI-LTD-00013586

## Good News – You'll Have More Time to Spend Your Money

A new "grace period" means you will be able to use your 2006 HCRA balance to pay for eligible expenses incurred throughout 2006 and now also in early 2007.

If you don't use up your account with 2006 expenses you will have additional time in early 2007 to incur expenses to apply to your remaining balance and avoid the "Use It or Lose It" rule. The grace period begins with the 2006 plan year. Watch out for more details to come on this change.

**Note:** The grace period does not apply to the 2005 plan year. Contributions made during the 2005 FLEX plan year can be used only for expenses incurred January 1 - December 31, 2005. For expenses incurred in 2005 you still need to use the current SHPS reimbursement process – claims can be submitted up to March 31, 2006.

## Features At-A-Glance

| HRCA Features | |
|---|---|
| Minimum Contribution Amount | $120/year |
| Maximum Contribution Amount* | $5,200/year |
| Covered Expenses | Eligible health care expenses only |

*\* If your spouse is working, and plans on contributing to an HCRA through his/her company, be sure to discuss your contribution, so that your TOTAL contribution does not exceed IRS limits.*

**Note: During this year's FLEX enrollment period, you may also be able to enroll in the DDCRA Plan.** Although you may be able to participate in both accounts, you can't transfer money between them. In addition, health care expenses can't be reimbursed from the DDCRA, and vice versa.

NNI-LTD-00013587

## How it Works – WageWorks Health Care Choice Card

The WageWorks Card is a "signature-based debit card" that deducts from the balance in your HCRA. By using the card, you avoid the process of paying for eligible medical expenses out-of-pocket, filing a claim, and then waiting for reimbursement. You can use your card to pay for eligible medical expenses, such as prescription drugs, medical and dental copayments/coinsurance, and eye care expenses on the spot.

### Why Use It?

* You don't need to file any claim forms or wait for reimbursement.

* It automatically deducts your eligible expenses from your HCRA.

* It's the most convenient way to pay for most eligible health care products and services.

* There's no minimum purchase amount.

### Where to Use It?

* Doctor and dentist offices.

* Pharmacies.

* Discount chain and club stores.

* Most merchants who sell health care products or services and accept either VISA® or MasterCard®.

**Note:** The card is restricted and can only be used at qualified merchants for eligible expenses verified through the WageWorks authorization system.

## How to Use It?

* **Enroll:** After you enroll in the HCRA for 2006, WageWorks will send you your WageWorks Card, along with an instruction booklet on how to use it.

* **Activate:** Before you can make an initial purchase, you will need to activate your card by signing the back and calling the toll-free number on the card. Read the 'Terms and Conditions of Use' attached to the card carefully because you're agreeing to them upon activation. Although the card is the most convenient payment method, you're not required to use it. If you decide not to use the card, don't activate it.

NNI-LTD-00013588

- **Separate:** If you're purchasing both eligible and ineligible items at the same time, be sure to pay for them separately, and save the receipt that clearly identifies the eligible items so that you can provide proof when asked by WageWorks on your Health Care Account statement or when you view your account activity on **www.wageworks.com.**

- **Swipe:** When you have an eligible expense covered by your HCRA, simply swipe the WageWorks Card through the point-of-sale machine and choose "credit," if prompted. The transaction will automatically be deducted from the funds in your HCRA. You can use your WageWorks Card at qualified providers accepting cards backed by the VISA® or MasterCard® networks. If a provider does not accept VISA® or MasterCard®, you will need to pay for the expense out-of-pocket and file a Pay Me Back claim form and provide receipts in order to receive reimbursement.

- **Track your account balance:** Each time you use your WageWorks Card, your account balance and transaction history are automatically updated on the WageWorks Web site. To view your personalized account information, log on to **www.wageworks.com**. If you have not yet registered, go to the WageWorks Web site and click on **First Time User?/Register Now**. If you prefer the phone, you can also call WageWorks toll-free at 1-877-924-3967.

- **Keep your receipts:** Saving your receipts for eligible purchases is **extremely important** because the IRS requires all card transactions be validated and audited, except in some special circumstances. If a transaction cannot be substantiated by WageWorks, the transaction is flagged and you're notified on your health care account statement or on your account activity at **www.wageworks.com** that additional information is needed to complete the transaction. For this reason, WageWorks will request your receipt to comply with these IRS regulations. **Please make saving your receipts a habit.**

  - **If you do not provide the information by the specified time, you're required to pay back your account or your card could be suspended. Abuse of the card will be acted upon accordingly.**

## Exceptions:

- You cannot use your WageWorks Card to pay for past services or to prepay for future services. The IRS prohibits you from using the card to pay for services you received before your current coverage period or those you plan to receive in the future.

- You cannot use your WageWorks Card for ineligible expenses. Refer to Appendix 1 for a list of eligible and ineligible health care expenses.

NNI-LTD-00013589



## How it Works – Pay My Provider

The Pay My Provider option allows you to pay your providers directly from your HCRA. By using this option, you avoid the process of paying for eligible medical expenses out-of-pocket, filing a claim form, and then waiting for reimbursement.

### Why Use It?

- You don't need to file any claim forms or wait for reimbursement.
- It works like a bill pay service and automatically deducts your expenses from your HCRA.
- It's the most convenient way to pay for most recurring eligible health care services.

### When to Use It?

- Regularly scheduled payments for eligible expenses such as orthodontic care or physical therapy.
- Balance billing (i.e., when your provider bills your health plan and then bills you for your coinsurance amount).
- Invoices you receive after the date of service.
- Your payment is $20 or more (Pay My Provider can only be used for amounts in excess of $20).

### How to Use It?

- Log onto **www.wageworks.com** and click on the **Health Care** tab.
- Click **Request Pay My Provider.**
- Confirm or enter your email address.
- Enter your provider information, patient information, and payment amount(s).
- WageWorks will then make the requested payment(s) from your account and mail it directly to your provider.
- WageWorks will send you an email each time a requested payment is made.

NNI-LTD-00013590

## How it Works – Pay Me Back

If you are unable to use your WageWorks Card or the Pay My Provider option, you can use the Pay Me Back claim form for reimbursement from your HCRA for eligible expenses you pay for out-of-pocket.

### When to Use It?

- You're required to pay in advance. Pay for the services as required and then file your claim once you have received the service.

- Your provider does not accept VISA® or MasterCard®

- The expense is listed as a "Maybe" in the Health Care Expense list and requires additional information for approval.

- You receive a bill from your provider after your health plan pays and your portion is less than the $20 minimum for the Pay My Provider option.

- The minimum reimbursement amount is $5. (You can submit a claim for less than $5, but WageWorks will hold your claim and not reimburse you until you add another claim that brings your total to at least $5. If, at the end of the plan year, you have less than $5 in your account, you can submit a claim for less than $5 and WageWorks will reimburse you for that amount.)

### How to Use It?

- Pay for your eligible expense out-of-pocket and save your detailed receipt clearly identifying the item.

- Complete a Health Care Pay Me Back form.

- Fax your form and receipt(s) to the number indicated on the form, or mail your form and a photocopy of your receipt(s) to the address indicated on the form.

- When your reimbursement is approved, if WageWorks has your direct deposit information on file, the amount will be deposited in your bank account via your Nortel direct deposit payroll authorization. If direct deposit data is not available, your reimbursement check will be mailed to your home.

- With the introduction of the grace period, 2006 claims (including resubmissions) must be received no later than May 31, 2007 to be processed for reimbursement, as long as you were a participant on the last day of the plan year. Otherwise, claims are due no later than March 31, 2007.

NNI-LTD-00013591

# Dependent Day Care Reimbursement Account (DDCRA)

## Overview

Do you pay for before or after school care? Pre-school? Depending on your tax situation, you could receive a tax savings of 15% - 40% by participating in the Dependent Day Care Reimbursement Account (DDCRA).

The DDCRA can be used to pay for eligible dependent day care expenses for children under age 13 or other eligible dependents who can't care for themselves (as defined by the IRS). You may use the DDCRA to pay for the care of eligible dependents so that you and your spouse can work. You're eligible to participate in this account if your spouse is currently employed or searching for a job, enrolled as a full time student, or disabled. You're also eligible if you're a single parent.

Eligible dependents as defined by the IRS include:

- Dependents under the age of 13 who can be claimed as exemptions on your federal income tax,

- Dependents and spouses of any age (including parents) who are physically or mentally unable to care for themselves, and who you can claim as exemptions. (Disabled spouses and other dependents other than children under age 13 must spend at least eight hours of each day in your home for their care outside the home to be covered. Such individuals must also have the same principal residence as you do for more than one-half of the year.)

Since you make before-tax contributions, the biggest advantage of the DDCRA is reduction of your personal income taxes. This can translate into a tax savings of 15% to more than 40% of the amount you would otherwise spend on reimbursable expenses. For a list of eligible and ineligible dependent day care expenses, refer to Appendix 2.

It's important to note, however, that participation in the DDCRA will reduce or eliminate your option to use the Federal Tax Credit for dependent care. The best method for you (DDCRA versus Federal Tax Credit) depends on your income, the number of dependents you have and other factors. You should carefully consider the impact a DDCRA will have on your tax status and consult a qualified tax advisor to make sure the option you select is right for you.

New reimbursement options offered through WageWorks, our new administrator, make participating in the DDCRA even easier. In addition to the option of filing a reimbursement form, you can choose **Pay My Provider**, an automatic payment option. Use this payment method if you have predictable monthly expenses and if your provider does not require payment in advance.

If you can't use Pay My Provider, you can use the **Pay Me Back** option. WageWorks processes claims daily and pays them twice a week.

**If you're currently participating in the DDCRA and would like to re-enroll for 2006, you will need to actively enroll and select new contribution amounts for the DDCRA. Your 2005 elections do not automatically roll over into 2006.**

NNI-LTD-00013592

## Does the DDCRA Make Sense for You?

Still not sure if the DDCRA makes sense for you? **Take the quiz.**

1. Do you anticipate dependent day care expenses totaling more than $120 this upcoming year?

2. Do you have dependents, such as young children under age 13 enrolled in day care, or elderly parents for whom you're responsible for paying the cost of care?

3. Is your spouse either incapable of self-care, working full-time, or a full-time student?

4. Do you want to save money by lowering your taxable income?

If you answered "**yes**" to any of the questions above, and your tax advisor determines the DDCRA makes more sense for you than the Federal Tax Credit, you need to enroll in the DDCRA for 2006!

**Note: If you're also participating in the Health Care Reimbursement Account (HCRA), please note that the WageWorks Health Care Choice Card (WageWorks Card) may only be used for eligible health care expenses – you may not use the card to pay for eligible dependent care expenses.**

## How It Works

**The DDCRA is very easy to use:**

- Determine how much money you wish to place in your DDCRA based on your estimate of dependent day care expenses for the upcoming plan year. Plan carefully, because IRS rules require you to forfeit any unused funds left in your DDCRA from the previous calendar year.

- Before-tax contributions to your DDCRA are deducted each pay period and used to reimburse you for your eligible expenses.

- When you have an eligible dependent day care expense, simply choose one of the two methods of payment: Pay My Provider or Pay Me Back claim form. If you use Pay My Provider to pay for the expense, the amount will be automatically deducted from your DDCRA. You will not need to file a Pay Me Back claim form. You should always save your receipts/documentation in case you're asked to provide additional information on a particular expense.

NNI-LTD-00013593

The amount you contribute to your DDCRA should reflect your best estimate of predictable expenses, since you can't change the amount once you enroll – unless you experience a status change. Remember, Federal Law requires you to forfeit any money that is not used for claims incurred January 1 - December 31, 2006 ("Use It or Lose It" rule). You can receive reimbursement for approved claims up to the amount in your DDCRA at the time your claim is processed. To check your account balance, go to the WageWorks Web site at **www.wageworks.com**. WageWorks will also send you a dependent care statement quarterly by email or mail.

Contributions made during the 2006 FLEX plan year can only be used to pay for expenses incurred from January 1, 2006 - December 31, 2006. For 2006 expenses, you must submit your claims by March 31, 2007. **The new "grace period" applicable to the HCRA does not apply to the DDCRA.**

**For expenses incurred in 2005, you still need to use the current SHPS reimbursement process – claims can be submitted up to March 31, 2006.**

## Features At-A-Glance

| DDCRA Features | |
| --- | --- |
| **Minimum Contribution Amount** | $120/year |
| **Maximum Contribution Amount** | • **if single, or married and filing a joint tax return - $5,000/year\*** <br> • **if married and filing a separate tax return - $2,500/year** <br> • **if spouse is full-time student or incapable of self care:** <br>   - contribute $200/month, up to $2,400/year, for each month spouse is full-time student or incapable of self-care if you have one eligible dependent (including your spouse, if applicable) <br>   - contribute $400/month, up to $4,800/year, for each month spouse is full-time student or incapable of self-care if you have two or more eligible dependents |
| **Covered Expenses** | Eligible dependent day care expenses only |

*\*If your spouse's employer offers a similar program, your combined contribution limit for both accounts is $5,000 (e.g., you and your spouse can each contribute $2,500 to your respective employer's account, or $5,000 to only one employer's program).*

**Note: During this year's FLEX enrollment period, you may also be able to enroll in the HCRA Plan.** Although you may be able to participate in both accounts, you can't transfer money between them. In addition, dependent day care expenses can't be reimbursed from the HCRA, and vice versa.

NNI-LTD-00013594

## How it Works – Pay My Provider

The Pay My Provider option allows you to pay your providers directly from your DDCRA. You can use this option if you have predictable dependent day care expenses each month and if your providers do not require payment in advance and will accept monthly payments.

### Why Use It?

- You don't need to file any claim forms or wait for reimbursement.
- It works like a bill pay service and automatically deducts your expenses from your DDCRA.
- It's the most convenient way to pay eligible dependent care services on a monthly basis.

### How to Use It?

- Log onto **www.wageworks.com** and click on the **Dependent Care** tab.
- Click **Request Pay My Provider**.
- Confirm or enter your email address.
- Enter your provider information, dependent information, and payment amount(s).
- WageWorks will make the requested payment(s) from your account and mail it directly to your provider.
- WageWorks will send you an email each time a requested payment is made.

NNI-LTD-00013595

## How it Works – Pay Me Back

If you're unable to use the Pay My Provider option, you can use Pay Me Back for reimbursement from your DDCRA for eligible expenses you pay for out-of-pocket.

### When to Use It?

- You're required to pay in advance. Pay for the services as required and then file your claim once you have received the service.

- Your provider wants to get paid other than monthly, or your expenses vary month to month.

### How to Use It?

- Pay for your eligible expense and save your detailed receipt (or you can have your dependent day care provider sign your claim form).

- Complete a Dependent Care Pay Me Back form.

- Fax your form and proof(s) of expense to the number indicated on the form, or mail your form and a photocopy of your proof(s) of expense to the address indicated on the form.

- When your reimbursement is approved, if WageWorks has your direct deposit information on file, the amount will be deposited in your bank account via your Nortel direct deposit payroll authorization. If direct deposit data is not available, your reimbursement check will be mailed to your home.

- All 2006 claims (including resubmissions) must be received no later than May 31, 2007 to be processed for reimbursement.

NNI-LTD-00013596

# Health Management Program

## Overview

As a Nortel employee, you have access to the Health Management Program offered by Nortel and CorSolutions, a nationally recognized leader in health improvement. CorSolutions serves as your partner in health by providing a wide array of services designed to help you lead a healthier lifestyle. This confidential program is offered to employees enrolled in a non-HMO Medical Plan and their eligible dependents at no cost. It includes:

- **Nurse Connections at 1-866-676-0740**, a toll-free support line that provides access to registered nurses 24 hours a day, 7 days a week, for questions about conditions, symptoms, medications, or other health related issues.

- **CorSolutions Web site at www.ecorsolutions.com** for health-related information, health tools (e.g., health risk assessment, weight and exercise logs, carbohydrate calculator, blood sugar tracker), e-mail a nurse feature, links to other useful Web sites, and more. Be sure to register to take full advantage of all the resources available on this Web site.

- **Voice Connections at 1-877-267-5266**, a toll-free recorded health information line.

- **Chronic disease (diabetes, hypertension, heart disease, etc.) management assistance for:**

  - Understanding your condition and how to manage symptoms,

  - Understanding and following your doctor's treatment plan,

  - Understanding medications, side effects, contraindications, etc.,

  - Becoming a good health care consumer,

  - Navigating the health care system, and

  - Providing your doctor with updates (requires your consent) and national treatment guidelines on your condition.

NNI-LTD-00013597

## How this Program Helps Manage Costs

People with chronic conditions generally use more health care services, including doctor visits, hospital care, and prescription drugs. In fact, about 80% of our benefit costs come from only about 20% of our health plan participants – those who suffer from chronic conditions.

Contracting with a disease management company such as CorSolutions can help mitigate the costs of these diseases while improving the overall health and quality of life enjoyed by program participants.

## No Need to Enroll

If you have health related questions, or to see if you're eligible for the chronic disease management program, simply call CorSolutions at 1-866-676-0740 or send an email to **info@ecorsolutions.com** to reach a nurse. To access the CorSolutions Web site, go to **www.ecorsolutions.com**, click on "register," and fill out the online registration form. CorSolutions will verify your eligibility as a Nortel employee, and then you're free to use the online resources at any time.

NNI-LTD-00013598

# Life and Accidental Death and Dismemberment (AD&D) Insurance Plans

## Employee Group Term Life Insurance

The Company provides you with core employee group term life insurance benefits — at no cost – to help cover your family's financial needs if something should happen to you. This insurance is underwritten by The Prudential Insurance Company of America and provides coverage equal to one times your **FLEX Earnings** up to $1 million.

You also have the choice to select:

- Optional employee group term life insurance,
- Optional dependent group term life insurance,
- Optional accidental death and dismemberment (AD&D) insurance.

### Imputed Income Tax

Federal regulations require you to pay imputed income tax on the value of Company-provided life insurance in excess of $50,000. To avoid this tax, you may select the lower $50,000 option if one times your FLEX Earnings is more than $50,000. To make this request, you must complete and return the Core Life Insurance Waiver. If you choose to "cap" your employee life insurance at $50,000, you're not eligible to purchase optional life insurance.

Note: Your cost is based on your age as of December 31, 2006. Costs increase significantly as you reach the next "milestone" age bracket: i.e. 30, 35, 40, 45, 50, etc.

## Do You Need to Change Your "Smoker Status"?

To change your "smoker status," contact GES anytime during the year. It's important to note that in order to change your "smoker status" from smoker to non-smoker you must have been a non-smoker for at least 12 months.

If you're a smoker and have falsely claimed yourself as a non-smoker and are paying non-smoker rates, you or your beneficiaries could be denied group term life insurance benefits in the future.

### Update Your Beneficiary Information!

You must designate a beneficiary for your life insurance.

If you have not yet designated a beneficiary or want to change your beneficiary, contact GES to request a beneficiary form.

NNI-LTD-00013599

## Optional Employee Group Term Life Insurance

In addition to the core coverage provided by the Company, you may choose to purchase optional employee group term life insurance – payable with after-tax contributions. Like your core employee life insurance, this insurance is underwritten by The Prudential Insurance Company of America.

You may choose from the following coverage levels:

* Core plus 1 x FLEX Earnings,
* Core plus 2 x FLEX Earnings,
* Core plus 3 x FLEX Earnings,
* Core plus 4 x FLEX Earnings,
* Core plus 5 x FLEX Earnings.

 This means – for example – if you select core plus one times FLEX Earnings, you're essentially receiving a total coverage of two times your FLEX Earnings.

The maximum amount of core employee group term life insurance that you carry can't exceed $1 million. Optional group term life insurance coverage can't exceed $3 million.

You may also be required to provide EOI when purchasing optional employee group term life insurance if you:

* Select four or five times your FLEX Earnings in optional employee group term life insurance coverage.

* Increase your optional life insurance during the annual enrollment period.

## Optional Dependent Group Term Life Insurance

Dependent group term life insurance pays benefits to you in the event of the death of your spouse or dependent children. This insurance is underwritten by The Prudential Insurance Company of America.

You have the option to purchase this additional coverage – payable with after-tax contributions – during the FLEX enrollment period.

| You can select coverage for your... | In the amount of... |
| --- | --- |
| **Dependent Children** | • $5,000<br>• $10,000<br>• $15,000 |
| **Spouse** | • $10,000<br>• $25,000<br>• $50,000*<br>• $75,000*<br>• $100,000* |

*\* EOI required for amounts of $50,000 or more.*

NNI-LTD-00013600

**If you select coverage for your dependent children**, the coverage amount is the same for each covered child and the cost is the same regardless of the number of children you cover.

**If you select coverage for your spouse**, the cost is based on:

- Spouse's age as of December 31, 2006,
- Amount of spousal coverage you choose.

**Note:** Domestic partners and children of domestic partners are not eligible for the dependent group term life insurance options.

## Calculate Optional Spousal Group Term Life Insurance Cost

The following table lists the cost for every $1,000 of spousal group term life insurance you can buy in 2006. Keep in mind that rates are subject to change in future years.

| Spouse's Age on 12/31/06 | Bi-Weekly Cost Per $1,000 of Group Term Life Insurance |
|---|---|
| Under 25 | $0.0221 |
| 25-29 | $0.0221 |
| 30-34 | $0.0290 |
| 35-39 | $0.0332 |
| 40-44 | $0.0443 |
| 45-49 | $0.0664 |
| 50-54 | $0.1020 |
| 55-59 | $0.1910 |
| 60-64 | $0.2935 |
| 65-69 | $0.5598 |
| 70 or older | $0.9156 |

To calculate what your optional spousal group term life insurance will cost:

- From the table, find the bi-weekly cost for your spouse's age at 12/31/06.
- Multiply the amount of group term life insurance divided by 1,000 by the appropriate cost.

Here's an example. If you want to buy $75,000 of group term life insurance for your 37-year-old spouse, your cost would be calculated as follows:

**[$75,000 divided by 1,000] x $0.0332 = $2.49 bi-weekly**

You'll be required to provide EOI, satisfactory to Prudential, for your spouse if you select optional spousal group term life insurance coverage greater than $25,000 and you don't already have this level of coverage in effect.

NNI-LTD-00013601

**Note:** Domestic partners and children of domestic partners are not eligible for optional AD&D insurance.

## Optional AD&D Insurance

You can choose to purchase optional AD&D insurance, providing you and your dependents protection against accidental injuries resulting in death or the loss of your limbs, hearing, speech or sight. This insurance is underwritten by The Prudential Insurance Company of America.

You will pay for this coverage with after-tax contributions. You can select single coverage for yourself only, or family coverage for yourself and your eligible dependents, as follows:

| For You* | For Spouse | For Children | For Spouse and Children |
|---|---|---|---|
| • 1 x FLEX Earnings<br>• 2 x FLEX Earnings<br>• 3 x FLEX Earnings<br>• 4 x FLEX Earnings<br>• 5 x FLEX Earnings | 60% of your optional AD&D coverage amount | 20% of your optional AD&D coverage amount for each child | Spouse:<br>50% of your optional AD&D coverage amount<br>For each child:<br>15% of your optional AD&D coverage amount |

*The maximum amount of AD&D coverage you can carry for yourself is $1 million.*

**Note:** *This AD&D policy does not provide coverage for sickness. It provides accident insurance only, and does provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.*

NNI-LTD-00013602

# Disability

## Short-Term Disability (STD) Plan

Short-Term Disability (STD) Plan benefits are designed to continue all or part of your income if you're unable to work due to an approved injury or illness as determined by the claims administrator. STD Plan benefits are available for up to 26 weeks and are administered by The Prudential Insurance Company of America. Any STD benefit you receive will be taxable. Refer to your SPD for information on qualification requirements for STD coverage.

STD coverage levels for 2006 have changed – these changes are indicated in **bold** in the following charts. You now have the following STD Plan coverage levels available:

## Core STD Plan Coverage

The Company provides you with core STD Plan coverage – at no cost to you – as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 66 2/3% of your pre-disability FLEX Earnings |

## Optional STD Plan Coverage

If you want a higher level of STD coverage for weeks 7-26 of disability than what the Core Plan provides, you can select optional STD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 90% of your pre-disability FLEX Earnings.

The Optional STD Plan pays benefits as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 90% of your pre-disability FLEX Earnings |

## 2006 Optional STD Plan Rates

| Coverage | 2006 Cost per $100 of FLEX Earnings |
|---|---|
| Optional STD Plan | $0.23 |

NNI-LTD-00013603

## Long-Term Disability (LTD) Plan

If you're unable to return to work after 26 continuous weeks of disability, you may be eligible for Long-Term Disability (LTD) Plan benefits. LTD Plan benefits are administered by The Prudential Insurance Company of America and are available after you have exhausted your STD coverage of 26 weeks. Any LTD benefit you receive will be taxable. Refer to your SPD for information on qualification requirements for LTD coverage.

LTD coverage levels for 2006 have changed – these changes are indicated in **bold** below. You now have the following LTD Plan coverage levels available:

## Core LTD Plan Coverage

The Company provides you with core LTD Plan coverage – at no cost to you. If eligible, you'll receive coverage equal to **55%** of your pre-disability FLEX Earnings.

## Optional LTD Plan Coverage

If you want a higher level of LTD Plan coverage than what the Core LTD Plan provides, you can select optional LTD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to **66 2/3%** of your pre-disability FLEX Earnings.

## 2006 Optional LTD Plan Rates

| Coverage | 2006 Cost per $100 of FLEX Earnings |
|---|---|
| **Optional LTD Plan** | $0.18 |

*Note: This policy provides disability income insurance only. It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.*

NNI-LTD-00013604

# Consumer Tips

The key to better and more effectively managing the rising cost of health care is for employees and the Company to work together. For its part, the Company will provide information and other resources to educate employees on how they can better manage their use of health care services. Here are a few things that you can do to begin making a difference:

- When selecting a health care plan, carefully evaluate your personal situation in terms of health care needs and whether cost or level of coverage is the higher priority. If you have Internet access, use eValuator to compare the Medical Plan options available to you.

- Consider any coverage available to you and your eligible dependents through your spouse's employer. Use the "**Compare Spouse Plan**" feature on eValuator to do a direct comparison. It may be more cost-effective for you and/or your dependents to enroll in your spouse's plan.

- Use lower-cost health care alternatives such as in-network providers and outpatient treatment centers whenever available and medically appropriate.

- Only use an emergency room facility when it's necessary and there are no other alternatives in your area, such as an urgent care clinic.

- If your doctor prescribes a prescription drug, always ask if a generic option is available and suitable for your needs; if not, check to see if a preferred brand-name drug is available.

- If you take maintenance medications, take advantage of the home delivery pharmacy service.

- Make sure all of your doctors are aware of everything you're taking – not only prescription drugs, but also over-the-counter medicines and dietary supplements, including vitamins.

- Review your health care provider's charges to make sure they seem reasonable whenever you receive a doctor's bill or an explanation of benefits from the health plan.

- Follow your doctor's recommendations, observe good health habits and get appropriate preventive care to help stay healthy.

NNI-LTD-00013605

# How To Enroll

## Overview

The FLEX 2006 annual enrollment period is **November 1 – November 22, 2005**. During this time you can choose from a wide variety of FLEX options to tailor a benefit package to your personal needs.

You must notify GES to make alternative arrangements if you're going to be away during the three-week enrollment period. See contact information on page 59.

| Mark These Key Enrollment Dates On Your Calendar! | |
| --- | --- |
| **Date** | **What This Means to You** |
| **Tuesday, November 1** | **Enrollment Begins** – Use the available materials and tools (like eValuator) to familiarize yourself with the 2006 changes. |
| **Tuesday, November 15** | **Enrollment is Almost Over** – If you haven't yet enrolled by this date you have one more week to make your decisions for 2006…begin taking action so you don't miss the deadline. |
| **Tuesday, November 22** | **Enrollment Ends** – You must enroll by this date or you'll be left with your 2005 coverage under the FLEX Benefits Program at 2006 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2006. |
| **Sunday, January 1, 2006** | **FLEX 2006 Selections Become Effective** – Any selections you make during the FLEX 2006 annual enrollment period cannot be changed until the next enrollment period unless you experience a status change. |

## Enrollment Checklist

Use this checklist as a guide to make sure you have completed the necessary action steps before you make your selections for 2006.

- ✔ Read the materials to learn about what's changing and to understand your options for 2006.

- ✔ Check your personalized information from your Personalized Enrollment Worksheet to understand which Medical Plan options are available in your area.

- ✔ If you have Internet access, use eValuator to estimate expected medical costs under each Medical Plan option and to help you make appropriate decisions during enrollment

- ✔ Call your doctor, check with the Medical Plan option's member services or visit their Web site to confirm whether your doctor participates in the option you're choosing. Note: With this year's network changes, some network names have changed. Be sure you ask about your doctor's participation in the "Open Access Plus" network (CIGNA) or the "CHOICE" and "CHOICE PLUS" networks (UnitedHealthcare).

NNI-LTD-00013606

✔ Consider taking advantage of the tax savings provided by the Reimbursement Accounts, if eligible. Use eValuator to estimate your contribution amount under the HCRA.

✔ If you have a spouse, check any benefits coverage offered by your spouse's employer to see if your spouse should enroll in his/her employer's plan before seeking coverage as a dependent under the Nortel plan. You can use the "Compare Spouse Plan" feature on eValuator to do this comparison.

✔ Review your dependent information on your Personalized Enrollment Worksheet and determine if it needs updating. Even if you choose to waive coverage under the Medical Plan and/or the Dental/Vision/Hearing Care Plan, it's important that all your dependents be listed accurately.

✔ Decide if you want or need to enroll. You need to enroll if you want to make changes to your current coverage, update your dependent information, enroll in one or both of the Reimbursement Accounts, or change your "smoker status."

✔ Contact GES if you still have questions after reviewing the enrollment materials.

## Do You Need to Enroll?

During the FLEX 2006 annual enrollment period, you can enroll in a number of optional FLEX benefits, including the Medical Plan, Dental/Vision/Hearing Care Plan, HCRA Plan, DDCRA Plan, Optional Life and AD&D Insurance Plans, STD Plan and LTD Plan.

To determine if you need to enroll, ask yourself – Do I want to:

1. Select a new Medical Plan option for 2006?

2. Select a new Dental/Vision/Hearing Care Plan option?

3. Make changes to any other current coverage, such as coverage under the HCRA Plan, DDCRA Plan, Optional Life and AD&D Insurance Plans, STD Plan and/or LTD Plan?

4. Select or make changes to my dependent coverage under the Medical Plan, Dental/Vision/Hearing Care Plan and/or Life and AD&D Plans?

5. Update my dependent information, whether or not my **dependents** are currently participating in the FLEX Benefits Program? Please note: Nortel plans to conduct an audit to verify the eligibility of all dependents. Purposely insuring **ineligible dependents** is fraudulent and could result in disciplinary action.

6. Take advantage of the new WageWorks Health Care Choice Card and contribute to the HCRA Plan?

7. Contribute to the DDCRA Plan?

8. Change my "smoker status" for optional employee life insurance?

If you answered "**yes**" to any of the above questions, you'll need to enroll this year.

---

**REMINDER: If You Need to Update Dependent Information, You Must Enroll!**

Even if you chose to waive Medical Plan and Dental/Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately, since this information may be required for other benefits (e.g., spousal life insurance, AD&D insurance). Also, your dependents must be listed accurately to have easy access to the EAP.

You can update your dependent information on your Personalized Enrollment Worksheet.

NNI-LTD-00013607

## If You Don't Enroll

If after considering the above questions you decide you don't want to make changes for 2006, you should still locate your Personalized Enrollment Worksheet in your enrollment package to review your 2005 coverage and confirm your dependent information. **Remember, if you don't enroll, you'll be left with your 2005 coverage under the FLEX Benefits Program at 2006 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2006.**

**Note:** If you do not enroll, your Medical Plan option may still be subject to the CIGNA and UnitedHealthcare network changes. See page 5 for more details on these network changes.

If you decide you don't want to make changes for 2006, there's no action required on your part. You'll receive a Confirmation Statement in the mail confirming your 2006 coverage and costs.

## Four Steps to Enrollment

Once you've reviewed the materials, familiarized yourself with the 2006 changes, and completed all the steps on the Enrollment Checklist, you're ready to enroll! Remember, the FLEX 2006 annual enrollment period is **November 1 – November 22, 2005**.

| Four Steps to Enrollment | |
|---|---|
| **Step 1:** | Locate your Personalized Enrollment Worksheet included in your enrollment package. This document lists your 2006 options and costs. |
| **Step 2:** | Complete your Personalized Enrollment Worksheet to make changes to your dependent information or to make new FLEX selections. |
| **Step 3:** | Mail your completed Worksheet in the enclosed reply envelope or fax it to GES at ESN 355-9303 or 1-919-905-9303. Include a phone number where you can be reached if a GES representative needs to contact you. Retain a copy of your Personalized Enrollment Worksheet. If you faxed your completed Worksheet, also retain a copy of the fax receipt confirmation for your records. |
| **Step 4:** | Watch the mail at home for your Confirmation Statement. You should receive it shortly after the annual enrollment period ends. Review your Confirmation Statement to make sure that it correctly reflects the coverage you selected. If there are errors, contact GES immediately. If you don't receive a Confirmation Statement by December 8, 2005, contact GES. Keep your Confirmation Statement for future reference. |

Your selections are effective from January 1, 2006 - December 31, 2006. You will not be able to make any changes during the year unless you experience a status change (subject to eligibility, as defined on page 8 under "Eligibility and Coverage").



NNI-LTD-00013608

# Contact Information

| | Phone Number | Web Site Address |
|---|---|---|
| **Nortel** | | |
| **Global Employee Services (GES)** | **ESN:** 352-4636<br>**Direct:** 1-919-992-4636<br>**Toll free:** 1-800-676-4636 | **Internal:** GES, North-America<br>**External:** gesna@nortel.com |
| **FLEX Benefits Enrollment Tool** (You may wish to use this online tool to enroll if you have Nortel Intranet access) | Not applicable | **Online:** https://eflex.us.nortel.com:49185/ |
| **For a NorPASS Password** | **ESN:** 684-4357 (NT4-HELP)<br>**Toll free:** 1-800-684-4357 | **Online:** http://norpass.ca.nortel.com/ |
| **Services@Work** (Can be accessed via Nortel Intranet) | Not applicable | **Online:** http://services-canada.ca.nortel.com/ |
| **Medical Benefits** | | |
| **CIGNA HealthCare PPO and Out-of-Area Comprehensive** (**Note:** CIGNA refers to its PPO network as "Open access Plus.") | **Toll free:** 1-800-257-2702<br>**In Puerto Rico:** 1-787-753-6868<br>**International Locations:**<br>1-800-441-2668 | **Online:** http://www.cigna.com/ |
| **CIGNA HealthCare EPO (EPP)** **Note:** CIGNA refers to its EPO plan as "Network." | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |
| **CIGNA International Health Services Plan** | **Direct:** 1-302-479-6617 | Not applicable |
| **United Healthcare (PPO and EPO)** **Note:** UHC refers to its PPO network as "CHOICE." | **Toll free:** 1-877-311-7846 | **Prospective members:** http://www.uhc.com/<br>**Participants:** http://www.myuhc.com/<br>Participants may see providers in the Nortel network at http://www.provider.uhc.com/nortel |
| **Blue Choice Value (HMO)** | **Toll free:** 1-800-462-0108 | **Online:** http://www.bcbsra.com/ |
| **Harvard Pilgrim Health Care (HMO)** | **Toll free:** 1-800-333-4742 | **Online:** http://www.harvardpilgrim.org/ |
| **Kaiser Permanente Northern California (HMO)** | **Toll free:** 1-800-464-4000 | **Online:**<br>http://www.kaiserpermanente.org/locations.california |
| **Prescription Drug Benefits** | | |
| **Medco Health** | **Toll free – Participants only:**<br>1-800-711-3460<br>**Toll free – First time users:**<br>1-877-782-7862 | **Online:** http://www.medcohealth.com/ |
| **Dental Care Benefits** | | |
| **CIGNA HealthCare** | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |

NNI-LTD-00013609

| | Phone Number | Web Site Address |
|---|---|---|
| **Vision Care Benefits** | | |
| EyeMed | **Toll free:** 1-866-680-1186 | **Online:** http://www.eyemedvisioncare.com (member site) <br> **Online:** http://www.enrollwitheyemed.com (non-member site) |
| Laser Benefit | **Toll free:** 1-877-5LASER6 | Not applicable |
| Replacement Contact Lens by Mail | Not applicable | **Online:** www.eyemedcontacts.com |
| **Hearing Care Benefits** | | |
| CIGNA HealthCare | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |
| **Reimbursement Accounts (2005 claims ONLY)** | | |
| SHPS | **Toll free:** 1-800-944-4492 | **Online:** http://www.shps.net/ |
| **Reimbursement Accounts (2006 claims)** | | |
| WageWorks | **Toll free:** 1-877-924-3967 | **Online:** http://www.wageworks.com |
| **Health Management Program** | | |
| CorSolutions | **Nurse Connections:** <br> 1-866-676-0740 <br> Provides access to registered nurses 24-hours a day, 7 days a week <br> **Voice Connections:** <br> 1-877-267-5266 <br> A toll-free recorded health information line | **Online:** http://www.ecorsolutions.com/ |
| **EAP, Mental Health and Substance Abuse Treatment Benefits** | | |
| United Behavioral Health (UBH) | **Toll free:** 1-800-842-2991 | **Online:** http://www.liveandworkwell.com/ <br> Access code: 800-842-2991(include the hyphens) |
| **STD Benefits** | | |
| Prudential Group Short-Term Disability Claims | **Toll free:** 1-877-664-8677 | **Online:** http://www.prudential.com/inst/gldi/ |
| **LTD Benefits** | | |
| Prudential Group Long-Term Disability Claims | **Toll free:** 1-800-842-1718 | **Online:** http://www.prudential.com/inst/gldi/ |
| **Life, AD&D Insurance** | | |
| Prudential Group Life Claims Division | **Toll free:** 1-800-524-0542 | Not applicable |
| **Other** | | |
| Internal Revenue Service (IRS) | **Toll free:** 1-800-TAX-FORM (1-800-829-3676) | **Online:** http://www.irs.gov |

NNI-LTD-00013610

# How To Use eValuator

eValuator is a confidential, interactive Web-based modeling tool that will help you choose the right Medical Plan option to suit your personal needs.

This tool is intended to provide general guidance only to help you make more informed decisions, as it estimates your expected share of medical cost based on national average medical cost data. For this reason, your actual costs will vary from the results shown within the tool. Please refer to the disclaimer statement you must accept before entering the tool for more information.

eValuator uses basic information about your and your family's anticipated 2006 health care needs to:

- Estimate the total cost of medical services and products.
- Compare your expected out-of-pocket costs and payroll contributions under each available Medical Plan option.
- Compare your Nortel coverage to your spouse's plan.
- Estimate how much you should contribute to the HCRA and see the potential tax savings you could realize through participation in the HCRA*.

*Note: eValuator refers to the HCRA modeler as the "FSA Modeler." When you see "FSA" mentioned, it's the same as the Nortel HCRA.*

## Include your Spouse

Because you can access eValuator from home, it's easy and convenient for your spouse to participate in the decision making. From your home computer, go to **www.my-benefits.com/nortel**. When accessing eValuator from your home computer, enter the password "evaluator" (all lowercase) to enter the tool.

NNI-LTD-00013611

**NOTE:**

eValuator is designed to provide only an estimate of your costs under the Medical Plan options available to you. The actual amount the option pays or your actual out-of-pocket costs could be higher or lower than the amounts estimated by eValuator. The personal information you enter is confidential and will not be seen by anyone but you. The information you enter or your results will not be saved or stored once your session is ended.

To get the most out of this tool, have the following information on hand before using eValuator:

- If comparing the Nortel plan to your spouse's plan, know the specific features and costs of your spouse's plan.
- Average number of prescriptions used by your family annually.
- Average number of doctors' office visits annually.
- Information about any elective procedures (e.g., LASIK vision correction surgery) you're considering in 2006.
- If estimating how much you should contribute to an HCRA, know the average amount you spend on copayments, coinsurance, and over-the-counter medications in one year.

Using eValuator is easy. If you have a home computer with Internet access, follow these steps to get started...

| How to Use Evaluator | |
|---|---|
| Step 1: | From your home computer go to **www.my-benefits.com/nortel** to get started. You'll need to enter the password "evaluator" (all lowercase) to enter the tool. Once on the tool, click **"Start"** to go to the home page where you will enter your zip code. After you enter your zip code, click the **"Cost Comparison"** link to continue. |
| Step 2: | Enter your number of dependents (spouse and children) and select a category (Basic, Moderate or Complex) that best describes the annual expected health care usage for yourself and each dependent and click **"Continue"** to proceed to the next step. Remember, you're estimating your total medical needs for 2006, so be sure to include the number of dependents you expect to have in 2006. |
| Step 3: | eValuator will display a summary of the annual health care services you've indicated for you and your family. Click the **"Modify Services"** button to see more details or to make any changes. From the list of Expected Medical Expenses, choose those that you anticipate you and your family will incur in the upcoming year. When making these selections keep in mind what your medical needs were in 2005 and any expected changes or additional needs you may have in 2006. |
| Step 4: | Click **"See Results"** to see your estimated costs for each available Medical Plan option available in your area based on the expected medical expenses and number of dependents you selected. From the results page you can click the **"Compare Spouse Plan"** button to compare your Nortel coverage to your spouse's employer's plan. You can also click **"View Tax Savings"** from this page to estimate the tax savings you could realize through participation in the HCRA. |

NNI-LTD-00013612

# Glossary

## After-tax contribution

A contribution for benefits coverage deducted from your pay **after** federal income tax, FICA (Social Security), and most state and local income taxes have been calculated and deducted.

## Before-tax contribution

A contribution for benefits deducted from your pay **before** federal income tax, FICA (Social Security), and most state and local income taxes have been calculated and deducted. Before-tax contributions reduce your taxable income and save you money in taxes.

## Calendar Year

January 1 through December 31. This period is also known as the Plan Year for purposes of all Nortel health care plans.

## Calendar Year Deductible for Medical Options

Before benefit payments begin, you must satisfy an annual deductible. Typically, there are individual and family deductible amounts. When any one person satisfies his/her individual deductible then benefits for that person are payable at the applicable coinsurance rate.

When the deductibles for all family members combined reach the family deductible amount, the family deductible will be considered satisfied for that calendar year. However, to satisfy the family deductible, no one person can contribute more than his/her individual deductible amount. For example, if the individual deductible is $400, no one person can contribute more than $400 toward satisfying the $1,200 family deductible.

Covered expenses you pay for both in-network and out-of-network care count toward both (individual and family) deductibles.

## Calendar Year Deductible for Dental/Vision/Hearing Care Options

Before benefit payments begin, you must satisfy an annual deductible. There are individual and family deductible amounts. When any one person satisfies his/her individual deductible, then benefits for that person are payable at the applicable coinsurance rate.

When the deductibles for all family members combined reach the family deductible amount, the family deductible will be considered satisfied for that calendar year. However, to satisfy the family deductible, no one person can contribute more than his/her individual deductible amount. For example, if the individual deductible is $25, no one person can contribute more than $25 toward satisfying the $75 family deductible.

NNI-LTD-00013613



## Calendar Year Out-of-Pocket Maximum for Medical Options

The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding deductibles, copayments and any amounts over reasonable and customary limits. This amount also excludes mental health and substance abuse treatment benefits and prescription drug benefit expenses. The plan pays 100% of any covered expenses after the maximum is reached, up to the Medical Plan's maximum benefit. Covered expenses you pay for both in-network and out-of-network care count toward both the in-network and out-of-network out-of-pocket maximums. Additionally, the out-of-pocket expenses that an individual accumulates toward the out-of-pocket maximum count toward the family out-of-pocket maximum.

The following expenses do not count toward the out-of-pocket maximums:

- Charges applied to the calendar year deductible,
- Copayments, including the hospital inpatient stay copayment and the outpatient surgery copayment,
- Mental health and substance abuse treatment and prescription drug expenses,
- Any penalties for failure to precertify, and
- Employee contributions.

## Dependents

The following dependents are eligible for benefits under the FLEX Benefits Program:

- Your spouse, including a common law spouse under state law or domestic partner if qualified under plan rules,
- Your unmarried children and/or your domestic partner's children under age 19,
- Your unmarried children and/or your domestic partner's children under age 25 who are full-time students at an accredited school and are primarily supported by you,
- Your eligible, unmarried, physically or mentally disabled children and/or domestic partner's children age 19 or over who are wholly dependent on you for their support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student).

Your spouse or child may not be considered a dependent under any plan while on active duty in the armed forces of any country. In addition, except for dependent life insurance, your spouse or child may not be considered a dependent under any plan if he or she is covered as an employee.

## Dispense as Written (DAW)

A phrase prescribers use when writing a prescription to indicate their preference that the pharmacy dispense the brand-name drug as ordered by the doctor rather than a generic substitute. The doctor may indicate DAW on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only the brand-name drug.

NNI-LTD-00013614

## Evidence of Insurability (EOI)

Any statement of proof of a person's physical condition verifying evidence of good health affecting his or her acceptance for coverage. You or your spouse may be required to provide EOI for life insurance. Your request for the increased coverage is dependent upon your EOI being approved.

**Note:** Providing EOI is not a guarantee that your request for increased coverage will be approved.

## FLEX Credits

Company-provided benefit dollars you may use to purchase optional FLEX benefits.

## FLEX Earnings

Your 2006 FLEX Earnings are your base salary from Nortel as of September 23, 2005. If you're eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. If you were hired after September 23, 2005, your FLEX Earnings are based on your salary as of your hire date.

Part-time employees' premium calculations under the FLEX Disability, Life and AD&D Plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on STD and LTD benefits are based on the average number of hours a part-time employee has worked over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed.

## Hospital Inpatient Stay

A hospital stay for which a room and board charge is made by the hospital.

NNI-LTD-00013615

## Ineligible Dependents

Please note that the following individuals are NOT eligible for coverage under the Nortel FLEX Program:

- Divorced spouses,
- Unmarried partners with no recognized relationship under the plan,
- Married children,
- Children of live-in parents with no legal relationship,
- Children not residing with the participant in a parent/child relationship,
- Overage dependents (not disabled or full-time students),
- Stepchildren following divorce of the natural parent,
- Grandchildren or other extended family dependents with no legal guardianship.

If your circumstances have changed or you have elected the wrong level of coverage, please contact GES to correct your dependents. Please note: Nortel plans to conduct an audit to verify the eligibility of all dependents. Purposely insuring dependents who are ineligible is fraudulent and could result in disciplinary action.

## In-Network

The level of benefits you receive when you seek care from network providers. For instance, the Medical Plan PPO options pay in-network benefits at a higher rate than out-of-network benefits. Network providers include hospitals, doctors, and other health care providers and pharmacies that have entered into an agreement to participate in a network – and thus, provide services for pre-negotiated, discounted fees.

## Maintenance Medications

Prescription drugs that you use on a long-term basis (for at least three months) to treat chronic conditions.

If your doctor prescribes a maintenance drug, you can use the home delivery pharmacy service to order up to a 90-day supply. In most instances you will pay less than you would at a retail in-network pharmacy, and the prescription will be delivered right to your doorstep. This could mean a significant savings for you when compared to getting three 30-day refills at a retail pharmacy and paying 20-30% of the cost.

## Managed Care Option

If you live in a network area, you can choose among several managed care options for your medical needs. A managed care plan is a type of health plan that negotiates discounted fees with hospitals, doctors and other providers in advance. These providers then form a managed care network. Generally, when you use the providers who have an agreement with the managed care network, you receive the highest benefits coverage level applicable under the plan.

NNI-LTD-00013616

## Out-of-Network

The level of benefits you receive when you seek care from out-of-network providers. If you seek treatment from an out-of-network provider, the plan will pay benefits at a lower level than it would for in-network benefits for the PPO Options. Some options under the Medical Plan (such as an HMO or the EPO) do not provide any reimbursement for out-of-network benefits.

## Outpatient Surgery

Surgery performed at an outpatient facility only, and for which an overnight stay at a hospital is not required or for which there is no room and board charge.

## Precertification

Under all Medical Plan options, you're required to get precertification for hospital admission and non-emergency surgery. If you don't get the required precertification, the Medical Plan will pay benefits at a lower level or might not pay benefits at all.

## Preferred Provider Organization (PPO)

A type of managed care option that allows you to choose any provider for your health care. The coverage level is higher when you receive care from an in-network provider because a claims administrator, such as CIGNA, has contracted with network providers to provide services for pre-negotiated, discounted fees. You can use out-of-network providers, but the coverage level is reduced.

## Primary Care Physician

A PCP is chosen by a covered person and provides primary medical care in medical specialties such as; internal medicine, pediatrics or family medicine. Under some plans, an OB/GYN is also considered a primary care provider.

## Reasonable and Customary (R&C)

A charge for a covered expense under the Medical Plan or the Dental/Vision/Hearing Care Plan that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

## Specialist

A physician whose practice is limited to a particular branch of medicine or surgery other than general practice, internal medicine, pediatrics or family practice.

NNI-LTD-00013617

# Appendix 1

## Eligible and Ineligible Health Care Expenses

The following chart lists the eligibility for many medically-related items and services. For a complete list of eligible expenses, call the IRS at 1-800-829-3676 or go to **http://www.IRS.gov**.

| Health Care Expense | Eligible? | Proof |
| --- | --- | --- |
| Acupuncture | Yes | Basic |
| Adoption (related medical expenses) | Yes | Basic |
| Adoption fees | No | |
| Alcoholism treatment | Yes | Basic |
| Allergy products (prescription or over-the-counter) | Yes | Basic |
| Alternative dietary substitutes | No | |
| Alternative drugs and medicines | Maybe | Basic+ |
| Alternative healers | Maybe | Basic+ |
| Ambulance | Yes | Basic |
| Aspirin | Yes | Basic |
| Birth control (over-the-counter) | Yes | Basic |
| Birth control pills | Yes | Basic |
| Body scans | Yes | Basic |
| Braille books and magazines (difference in cost only) | Maybe | Basic++ |
| Child or newborn care instruction | No | |
| Childbirth classes | Yes | Basic |
| Chiropractic treatment | Yes | Basic |
| Chiropractor (office visit) | Yes | Basic |
| Christian Science practitioners | Yes | Basic |
| Co-insurance (medical, dental/vision/hearing) | Yes | Basic |
| Condoms and spermicides | Yes | Basic |
| Contact lenses, cleaning solutions, etc. | Yes | Basic |
| Contraceptives (over-the-counter) | Yes | Basic |
| Co-payments (medical, dental/vision/hearing) | Yes | Basic |
| Cord blood storage (for future treatment of a birth defect) | Maybe | Basic+ |
| Cord blood storage (for unidentified future use) | No | |
| Corneal keratotomy | Yes | Basic |
| Cosmetic surgery | No | |
| Counseling (for treatment of a medical condition) | Yes | Basic+ |
| Counseling (health care related) | Yes | Basic+ |
| Crutches (purchase or rental) | Yes | Basic |

NNI-LTD-00013618

| Health Care Expense | Eligible? | Proof |
|---|---|---|
| Dancing lessons (for treatment of a medical condition) | Maybe | Basic+ |
| Deductibles (medical, dental/vision/hearing) | Yes | Basic |
| Dental products (excluding general health items) | Maybe | Basic+ |
| Dental treatments | Yes | Basic |
| Dental veneers | Maybe | Basic+ |
| Diagnostic services | Yes | Basic |
| Drug addiction treatment | Yes | Basic |
| Drugs (prescription) | Yes | Basic |
| Dyslexia treatment | Yes | Basic |
| Electrolysis | No | |
| Exercise equipment (for treatment of a medical condition) | Maybe | Basic+ |
| Eye examinations | Yes | Basic |
| Eye related equipment/materials | Yes | Basic |
| Eyeglasses (over-the-counter) | Yes | Basic |
| Eyeglasses (prescription) | Yes | Basic |
| Face lifts | No | |
| Fertility monitor (over-the-counter) | Yes | Basic |
| Fertility treatment (for employee, spouse or dependent) | Yes | Basic |
| Fertility treatment (for non-dependent surrogate) | No | |
| Fitness programs | No | |
| Flu shots | Yes | Basic |
| Funeral expenses | No | |
| Guide dog (dog, training, care) | Yes | Basic |
| Hair removal | No | |
| Hair transplant | No | |
| Health club dues | No | |
| Hearing aids and batteries | Yes | Basic |
| Herbal treatments (non-prescription) | No | |
| Hospital services | Yes | Basic |
| Household help | No | |
| Illegal operations | No | |
| Illegal substances | No | |
| Immunizations | Yes | Basic |
| Infertility treatment (for employee, spouse or dependent) | Yes | Basic |
| Insulin | Yes | Basic |
| Insulin testing materials and equipment | Yes | Basic |

NNI-LTD-00013619

| Health Care Expense | Eligible? | Proof |
|---|---|---|
| Insurance premiums | No | |
| Insurance premiums (employee portion or other) | No | |
| Laboratory fees | Yes | Basic |
| Lamaze classes | Yes | Basic |
| Laser eye surgery | Yes | Basic |
| Lasik | Yes | Basic |
| Learning disability treatments | Yes | Basic |
| Lodging (essential to receive medical care) | Maybe | Basic+ |
| Long-term care services | No | |
| Marriage counseling | No | |
| Massage therapy (for treatment of a medical condition) | Maybe | Basic+ |
| Mastectomy-related special bras | Yes | Basic |
| Maternity clothes | No | |
| Medical equipment (for treatment of medical condition) and repairs | Yes | Basic |
| Medical monitoring and testing devices | Yes | Basic |
| Medical records charges | Yes | Basic |
| Medical savings accounts | No | |
| Medical supplies (for treatment of a medical condition) | Maybe | Basic+ |
| Medical abortion | Yes | Basic |
| Medicines (over-the-counter) | Yes | Basic |
| Medicines (prescription) | Yes | Basic |
| Modified equipment | Maybe | Basic++ |
| Non-prescription drugs and medicines | Yes | Basic |
| Norplant insertion or removal | Yes | Basic |
| Nursing services (wages and taxes) | Yes | Basic |
| Nutritional supplements (for treatment of a medical condition) | Maybe | Basic+ |
| OB/GYN fees | Yes | Basic |
| Occlusal guards to prevent teeth grinding | Yes | Basic |
| Office visits (medical, dental/vision/hearing) | Yes | Basic |
| Operations (excluding cosmetic) | Yes | Basic |
| Optometrist / ophthalmologist fees | Yes | Basic |
| Organ transplants (recipient and donor) | Yes | Basic |
| Orthokeratotomy | Yes | Basic |
| Orthodontic treatment (adult or child) | Yes | Basic |

NNI-LTD-00013620

| Health Care Expense | Eligible? | Proof |
|---|---|---|
| Over-the-counter medication | Yes | Basic |
| Ovulation monitor (over-the-counter) | Yes | Basic |
| Oxygen | Yes | Basic |
| Personal use items (toothbrush, toothpaste, etc.) | No | |
| Physical exams | Yes | Basic |
| Physical therapy | Yes | Basic |
| Pregnancy tests (over-the-counter) | Yes | Basic |
| Premiums (health plan or insurance) | No | |
| Prescription drugs | Yes | Basic |
| Prostheses | Yes | Basic |
| Psychiatric care | Yes | Basic |
| Psychoanalysis | Yes | Basic |
| Psychologist fees | Yes | Basic |
| Radial keratotomy (RK) | Yes | Basic |
| Reading glasses (over-the-counter) | Yes | Basic |
| Reconstructive surgery following mastectomy | Maybe | Basic+ |
| Removal of benign mole, cyst or tumor | Yes | Basic |
| Retin-A (excluding cosmetic uses) | Maybe | Basic+ |
| Rogaine | No | |
| Smoking cessation (programs / counseling) | Yes | Basic |
| Smoking cessation drugs (prescription) | Yes | Basic |
| Smoking cessation gum or patches (over-the-counter) | Yes | Basic |
| Special equipment | Maybe | Basic++ |
| Special foods (e.g., gluten-free or salt-free diet) | No | |
| Speech therapy | Yes | Basic |
| Sterilization | Yes | Basic |
| Student health fees (for medical services) | Yes | Basic |
| Sunglasses (over-the-counter) | No | |
| Sunglasses (prescription) | Yes | Basic |
| Supplies (for treatment of a medical condition) | Maybe | Basic+ |
| Surgery (cosmetic) | No | |
| Surgery (excluding cosmetic) | Yes | Basic |
| Swimming lessons (for treatment of a medical condition) | Maybe | Basic+ |
| Teeth bleaching or whitening | No | |
| Therapy (for treatment of a medical condition) | Yes | Basic |

NNI-LTD-00013621

| Health Care Expense | Eligible? | Proof |
|---|---|---|
| Toothpaste, toothbrush, floss | No | |
| Transgender treatments / surgery | No | |
| Transportation, parking and related travel expenses (essential to receive medical care) | Maybe | Basic+ |
| Tubal ligation | Yes | Basic |
| UV protection clothing | No | |
| Vaccinations | Yes | Basic |
| Varicose veins surgery | Yes | Basic |
| Vasectomy | Yes | Basic |
| Viagra (prescription) | Yes | Basic |
| Vitamins (over-the-counter) | No | |
| Vitamins (prescription) | Yes | Basic |
| Weight loss counseling | Maybe | Basic+ |
| Weight loss foods | No | |
| Weight loss program (to improve or maintain general health) | No | |

## Health Care Expense Eligible Proof

You can pay for eligible expenses that require Basic proof using your Health Care Card. For expenses requiring more than Basic proof, you will need to use an alternate payment method and then file a claim form to get reimbursed.

## Proof of Expense

**Basic** = You must provide proof for each expense listed on your claim form. Your proof should be appropriate for the type of expense:

- Pharmacy receipt for prescriptions and other pharmacy purchases,

- Doctor's office receipt for office visit,

- Explanation of Benefits (EOB) from your insurance or health plan, for covered medical and dental expenses,

- Bill or invoice from doctor or dentist for expenses not covered by your insurance or health plan,

- Payment contract, monthly payment coupon or statement from your orthodontist,

- Receipt from your optometrist or other medical service provider.

**Basic+** = Same as Basic plus a written statement from your provider indicating (1) the diagnosis and (2) the medical necessity of the expense.

**Basic++** = Same as Basic+ plus proof of difference in cost: (1) the cost of standard, unmodified item and (2) the cost of special or modified item. The reimbursable amount is the difference between these two.

NNI-LTD-00013622

# Appendix 2

## Eligible and Ineligible Dependent Day Care Expenses

The following chart lists the eligibility for many dependent day care expenses.
For a complete list of eligible expenses, call the IRS at 1-800-829-3676 or go to
**http://www.IRS.gov**.

| Child Care Expenses | Eligible? |
|---|---|
| After school programs | Yes |
| Babysitting (in someone else's home) | Yes |
| Babysitting (in your home) | Yes |
| Before school programs | Yes |
| Child care | Yes |
| Dance lessons | No |
| Educational services (other than preschool) | No |
| Kindergarten | No |
| Language classes | No |
| Nursery school | Yes |
| Piano lessons | No |
| Preschool | Yes |
| Private school tuition (for kindergarten and up) | No |
| Sick child care | Yes |
| Sleep-away camp | No |
| Summer day camp | Yes |
| Transportation to and from eligible care | No |
| Tutoring | No |
| **Elder Care Expenses** | **Eligible?** |
| Adult day care | Yes |
| Day nursing care | No |
| Elder care (in your home) | Yes |
| Elder care (outside your home) | Yes |
| Medical care | No |
| Nursing home care | No |
| Senior day care | Yes |
| Transportation to and from eligible care | No |

Care providers must meet the business and licensing requirements of your state.
In addition, you will need to obtain the providers' federal identification/Social Security
number to use on your own tax filing form.

NNI-LTD-00013623

# Notice of Creditable Coverage

### Important Notice from Nortel Networks Inc. About Your Prescription Drug Coverage and Medicare

**This notice applies to Medicare-eligible Nortel employees and their dependents who are eligible for coverage under the Nortel Medical Plan and eligible for Medicare.**

**If you are eligible for Medicare, and/or if you have a dependent who is eligible for Medicare, please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with Nortel Networks Inc. and the new prescription drug coverage available January 1, 2006, for people with Medicare. It also tells you where to find more information to help you make decisions about your prescription drug coverage.**

1. **Starting January 1, 2006, new Medicare prescription drug coverage will be available to everyone with Medicare.**

2. **Nortel has determined that the prescription drug coverage offered by the Nortel Medical Plan is, on average for all plan participants, expected to pay out as much as the standard Medicare prescription drug coverage will pay.**

3. **Read this notice carefully – it explains the options Medicare-eligible individuals have under Medicare prescription drug coverage, and can help those individuals decide whether or not they want to enroll.**

You may have heard about Medicare's new prescription drug coverage, and wondered whether it would affect you. Nortel has determined that prescription drug coverage through the Nortel Medical Plan is, on average for all plan participants, expected to pay out as much as the standard Medicare prescription drug coverage will pay.

Starting January 1, 2006, prescription drug coverage will be available to everyone with Medicare through Medicare prescription drug plans offered by private insurance companies. These plans will provide at least a standard level of coverage set by Medicare. Some plans might also offer more coverage for a higher monthly premium.

**Because coverage through the Nortel Medical Plan is on average at least as good as standard Medicare prescription drug coverage, Medicare-eligible individuals can keep the Nortel coverage and not pay extra if they later decide to enroll in Medicare coverage.**

People with Medicare can enroll in a Medicare prescription drug plan from November 15, 2005 through May 15, 2006. However, because Medicare-eligible Nortel employees and their Medicare-eligible dependents have existing prescription drug coverage that, on average, is as good as Medicare coverage, they can choose to join a Medicare prescription drug plan later without any penalty. Each year after this initial enrollment period, Medicare-eligible individuals will have the opportunity to enroll in a Medicare prescription drug plan from November 15 through December 31.

NNI-LTD-00013624

**If Medicare-eligible individuals decide to enroll in a Medicare prescription drug plan, they will not have prescription drug coverage through the Nortel Medical Plan.***

In addition to prescription drugs, the Nortel Medical Plan coverage pays for other health expenses. If an individual enrolls in a Medicare prescription drug plan and continues to participate in the Nortel Medical Plan for medical coverage, the Nortel plan will not provide any additional drug coverage and his/her premiums will not be reduced.* If a drug is not covered by the Medicare plan or is covered at a lower level, the Nortel Medical Plan will not provide any additional prescription drug benefits.

You should also know that if you are eligible for Medicare, and if you drop or lose coverage with the Nortel Medical Plan and don't enroll in Medicare prescription drug coverage after your Nortel coverage ends, you may pay more to enroll in Medicare prescription drug coverage later. If after May 15, 2006, you go 63 days or longer without prescription drug coverage that's at least as good as Medicare's prescription drug coverage; your monthly premium will go up at least 1% per month for every month after May 15, 2006 that you did not have that coverage. For example, if you go nineteen months without coverage, your premium will always be at least 19% higher than what most other people pay. You'll have to pay this higher premium as long as you have Medicare coverage. In addition, you may have to wait until November 2006 to enroll.

***Note:** Does not apply to HMO Nortel Medical Plan options.

**For more information about this notice or your current prescription drug coverage...**

Contact Global Employee Services (GES) for further information at 1-800-676-4636 or email at **gesna@nortel.com**. NOTE: You may receive this notice at other times in the future such as before the next Medicare prescription drug coverage enrollment period, and if coverage through Nortel changes.

NNI-LTD-00013625



**For more information about new options under Medicare prescription drug coverage...**

More detailed information about Medicare plans that offer prescription drug coverage will be available in October 2005 in the "Medicare & You 2006" handbook. All Medicare-eligible individuals will get a copy of the handbook in the mail from Medicare. Individuals may also be contacted directly by Medicare prescription drug plans. For more information about Medicare prescription drug plans:

- Visit **www.medicare.gov** for personalized help,
- Call your State Health Insurance Assistance Program (see your copy of the "Medicare & You 2006" handbook for their telephone number),
- Call 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

For people with limited income and resources, extra help paying for a Medicare prescription drug plan may be available. Information about this extra help is available from the Social Security Administration (SSA). For more information about this extra help, visit the SSA online at **www.socialsecurity.gov**, or call them at 1-800-772-1213 (TTY 1-800-325-0778).

**Remember: Keep this notice. Medicare-eligible individuals who enroll in one of the new Medicare prescription drug plans after May 15, 2006 may need to give a copy of this notice when they join to show that they are not required to pay a higher premium amount.**

Global Employee Services
Nortel Networks Inc.
MS 570/02/0C2
P.O. Box 13010
Research Triangle Park, NC 27709-3010
Telephone: 1-800-676-4636
Email: **gesna@nortel.com**

September 20, 2005

NNI-LTD-00013626

NNI-LTD-00013627

NNI-LTD-00013628

NNI-LTD-00013629



© 2005 Nortel.

*Nortel, the Nortel logo, and the
Globemark are trademarks of Nortel.
Printed in Canada.

FLEX 2006 Enrollment Guide