# **EXHIBIT D**



# FLEX 2005 ENROLLMENT GUIDE



For U.S. FLEX Participants



NORTEL
NETWORKS™

NNI-LTD-00013435

# Table of Contents

What's New – Looking Ahead to FLEX 2005 ............................ 3

Medical Benefits ....................................................... 10

Your Costs ............................................................ 15

Prescription Drug Benefits ............................................ 22

Employee Assistance Program ......................................... 26

Mental Health & Substance Abuse ..................................... 27

Dental/Vision/Hearing Care Plan ...................................... 29

Health Care Reimbursement Account (HCRA) ........................... 32

Dependent Day Care Reimbursement Account (DDCRA) ................. 34

Health Management Program ........................................... 36

Life and AD&D Insurance Plans ....................................... 37

Disability ............................................................. 41

Consumer Tips ........................................................ 43

How to Enroll ........................................................ 44

Contact Information .................................................. 47

How to Use eValuator ................................................. 49

Glossary ............................................................. 51

This FLEX 2005 Enrollment Guide is intended for employees who don't have access to the Nortel Networks intranet and are unable to enroll online. It contains summary information to assist you with making your FLEX Benefits selections for 2005 and instructions for enrolling using your 2005 Personalized Enrollment Worksheet.

If there are any discrepancies between the information in this document and the applicable Nortel Networks benefits plan, the actual plan document shall, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel Networks reserves the right to amend or discontinue the plan and/or program described in this document at any time without prior notice to, or consent by, employees.

The Basic Term Life, Optional Term Life, Dependent Term Life, Accidental Death & Dismemberment, Short Term Disability and Long Term Disability coverages are issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. This document does not include all policy provisions, exclusions, and limitations. A booklet-certificate with complete information concerning the life insurance and AD&D insurance plans, including exclusions and limitations, will be provided. If there is a discrepancy between this document and the booklet-certificate issued by The Prudential Insurance Company of America, the terms of the booklet-certificate will govern. Contract Series 83500 or 96945

IFS A096118 Ed. 9/2004

NNI-LTD-00013436

# What's New – Looking Ahead to FLEX 2005

We're approaching that time when you're required to make important decisions about the benefits coverage that will meet your needs for the upcoming year. **The FLEX 2005 annual enrollment period will run from November 2 to November 16, 2004.**

To help you make your FLEX 2005 selections, we've included:

- A Personalized Enrollment Worksheet, which lists your current FLEX selections and 2005 options and costs,
- This FLEX Enrollment Guide, which explains:
    - What's changing,
    - Plan benefits and cost information,
    - Detailed plan feature charts for Medical Plan options and Dental/Vision/Hearing Care Plan options,
    - Information about who needs to enroll and the steps you need to take to successfully complete FLEX 2005 annual enrollment,
- An enrollment reply envelope.

Once enrollment begins, you'll be able to call or e-mail Global Employee Services (GES) if you have any questions about FLEX 2005.

## Minimal Changes for 2005

Nortel Networks is committed to providing you with a comprehensive and valued set of rewards. The FLEX Benefits Program is a key part of your rewards package. It's currently designed to give you comprehensive coverage and protection from many of the financial burdens that can result from serious illness or injury.

Two important goals of the program are to **offer you choices** that match your personal needs at **reasonable costs** that reflect the level of use and degree of coverage provided by our plans.

In line with these goals, we introduced changes last year, both to plan designs and to employee contribution levels. The good news is that these actions – and more importantly your efforts to manage your use of health care services – made a difference. That's why the plan design changes for 2005 will be minimal.

NNI-LTD-00013437

# Plan Changes and Process Improvements

Nortel Networks will introduce the following FLEX plan changes and process improvements in 2005:

- **Introduction of eValuator – a new online tool to help you choose.** If you have a home computer and access to the Internet, as of November 2 you can use a new online tool called eValuator. This tool has been added in direct response to employee research, which revealed employees needed a tool to help them make more informed enrollment decisions. The eValuator will help you compare your Medical Plan options based on your and your dependents anticipated use of health plan services. You can also use this tool to compare your Nortel Networks' coverage to your spouse's plan, and estimate your appropriate contribution level for the Health Care Reimbursement Account and to see the potential tax savings that can be realized through participation. To access this tool go to **www.my-benefits.com/nortel**. When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

- **There will be a $3,000 out-of-pocket maximum per person for prescription drugs filled through the home delivery pharmacy service.** This means the plan will pay 100% of the cost of prescription drugs filled through the home delivery pharmacy service after the amount you have paid in the calendar year (January 1 through December 31) reaches $3,000. This new enhancement will greatly benefit those who have a high usage of prescription drugs while encouraging others to use the home delivery pharmacy service for maintenance medications.

- **EyeMed will be the new vision care claims administrator.** By transitioning to the EyeMed network, you will now have greater access to vision services and products available through national retail stores, such as Pearle Vision, LensCrafters and other smaller retail chains, in addition to independent eye care providers. These types of retailers typically offer extended hours, providing you with more flexibility when it comes to your vision care needs. Although EyeMed will be the new vision care claims administrator in 2005, there will be no changes to the plan features.

- **Decrease in optional life insurance rates.** The rates for optional employee group term life insurance and optional dependent group term life insurance will decrease in aggregate (across both options, including all levels of coverage) by 3.7%.

- **There will be minimal plan design changes to the HMO Options.** Some of the plan features of the HMO Options are changing for 2005. Refer to page 18 for more details on HMO options.

NNI-LTD-00013438

## Looking for Ways to Save Money?

If you are like most people, you're probably looking for opportunities to save money. Luckily, Nortel Networks provides a great way to help you do just that and save money on your eligible health care expenses – the Health Care Reimbursement Account (HCRA).

The HCRA covers eligible health care expenses that are typically not covered by your Medical Plan option – including certain over-the-counter medications. Your contributions to the HCRA are before-tax, so you are reducing your taxable income – and thus, saving money. Depending on which tax bracket you fall into, this can translate into a tax savings of 15% to more than 40%! Due to IRS regulations, you must use your entire account balance in the calendar year and cannot carry it over to the next year.

Besides doing your research and selecting the right FLEX benefits that complement your health care needs each year, taking advantage of the HCRA is another great way to manage your health care costs in 2005. If you have Internet access, you can use your computer to access the eValuator (available November 2) to project the potential tax savings you could realize by participation in the HCRA – you won't regret it! Go to **www.my-benefits.com/nortel** to access this tool. When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

## Employee Contributions

Thanks to the efforts of Nortel Networks employees to become better health care consumers and the changes we implemented last year, we've made progress in managing health care costs. However, we estimate the company will still spend more than $105 million in the U.S. on health care costs this year, an average of $7,860 per employee.

In 2005, we will again target a Nortel Networks/employee cost share target of 85%/15% as we did in 2004. As a result, there will be some increases to employee contributions for Medical Plan and Dental/Vision/Hearing Care Plan coverage in 2005. Increases will be minimal for employee ("you only") coverage, but those who choose to cover their dependents will see a higher cost increase, in line with competitive practice. If you have a spouse who is employed and has coverage available through his or her company, it will be more important than ever to take a close look at the options and costs of your spouse's plan. Once enrollment begins, if you have access to the Internet through your home computer, you'll be able to use the **"Comparing Your Spouse's Plan"** feature on eValuator to do this comparison easily.

NNI-LTD-00013439

# Get Ready to Enroll

**The FLEX 2005 annual enrollment period is November 2 to November 16, 2004.** If you're going to be away during this two-week period, contact Global Employee Services (GES) before you leave.

You can reach GES toll-free at 1-800-676-4636 or ESN 352-4636. You may also contact GES via external e-mail at gesna@nortelnetworks.com.

In preparation for enrollment, here are some things you can start doing now:
- Consider your estimated health care needs and expenses for the coming year.
- Consider any other similar coverage available to you. Don't forget, if you and your family members are covered under more than one plan, even if you and your spouse both work at Nortel Networks, the maintenance of benefits provision allows you to coordinate payment of claims under each other's plans.
- Decide whether your dependent information needs updating. Even if you choose to waive coverage under the health plans, it's important that all your dependents are listed accurately.
- Consider enrolling in one or both of the Reimbursement Accounts. Becoming a better health care consumer means taking advantage of the tools available to you.

Finally, remember that if you don't enroll, **you'll be left with your 2004 coverage under the FLEX Benefits Program at 2005 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2005.**

# FLEX At-a-Glance

You automatically receive coverage for core benefits – which are fully paid by the Company. You don't have to enroll to receive this coverage. However, you can choose to purchase optional benefits that provide a higher level of coverage than your core benefits.

| Your FLEX 2005 Benefits At-A-Glance | |
| --- | --- |
| **Core Benefits – Company automatically provides these benefits to you** | |
| • Short-Term Disability (STD) Plan Coverage<br>• Long-Term Disability (LTD) Plan Coverage | • Employee Group Term Life Insurance<br>• Employee Assistance Program (EAP) |
| **Optional Benefits – You can enroll in these optional benefits** | |
| • Medical Plan Coverage<br>• Dental/Vision/Hearing Care Plan Coverage<br>• Health Care Reimbursement Account Plan (HCRA)<br>• Dependent Day Care Reimbursement Account Plan (DDCRA)<br>• Optional Short-Term Disability (STD) Plan Coverage | • Optional Long-Term Disability (LTD) Plan Coverage<br>• Optional Employee Group Term Life Insurance<br>• Optional Dependent Group Term Life Insurance<br>• Optional Accidental Death and Dismemberment (AD&D) Insurance |

NNI-LTD-00013440

## How FLEX Works

You have the opportunity to choose from among a wide variety of benefits to meet your and your family's needs. You are eligible to make these benefit choices:

- When you're a new hire,
- During the annual enrollment period,
- During the 31-day period after you experience a status change.

Other than the annual enrollment period or when you're a new hire, the occurrence of a status change is the only time you can change your FLEX choices. The FLEX selections you may make must be consistent with the status change. Status changes include, but aren't limited to, events such as:

- Marriage,
- Domestic partner relationship becoming qualified for eligibility and verified by Global Employee Services,
- Divorce, annulment or legal separation,
- Birth, adoption, placement for adoption or change in legal custody of a dependent child,
- Disability of a spouse, enrolled domestic partner or dependent child,
- Change in employment status affecting benefit eligibility for you, your spouse or enrolled domestic partner or dependent child (such as from or to part-time or full-time or a paid leave of absence).

*Note that if a doctor leaves your Medical Plan option's network, this is NOT considered a status change.*

## Paying For Benefits

The Company subsidizes the cost of your medical, dental/vision/hearing care and other optional benefits. As part of the Company subsidy, you receive **FLEX Credits** that can be used toward the purchase of optional coverage.

Each year, you will receive **FLEX Credits** in the amount of $540.67, or $20.79 bi-weekly. You'll see the net costs of your medical options on your Personalized Enrollment Worksheet. Your FLEX Credits will already be deducted from the Medical Plan costs listed. For example, if a Medical Plan option shows a cost of $5 on your Personalized Enrollment Worksheet, you will pay $5 per pay period for that coverage over and above the FLEX Credits you receive.

If you choose to purchase optional benefits, your FLEX Credits that remain after you have chosen a Medical Plan option will be applied to the cost, as appropriate. This table illustrates how it works:

| If... | Then... |
|---|---|
| You select options that cost more than your FLEX Credits | You will pay the difference with **before-tax contributions** or **after-tax contributions** |
| The cost of your options is equal to your FLEX Credits | There will be no impact on your pay |
| Your options cost less than your FLEX Credits | You receive the extra FLEX Credits as taxable pay |

The cost of your plan options depends on a variety of factors, including the type of benefit and coverage level selected.

NNI-LTD-00013441

# Eligibility and Coverage

## Update Dependent Information!

Even if you chose to waive Medical Plan and Dental/Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately, since this information may be required for other benefits (e.g., spousal life insurance, AD&D insurance). Also, your dependents must be listed accurately to have easy access to the Employee Assistance Program (EAP).

Note that you must elect the applicable coverage for each dependent listed in order for your dependents to receive coverage.

## Eligibility

You are eligible for FLEX if you're a Nortel Networks full-time or part-time employee regularly scheduled to work 20 hours or more per week.

The following dependents are eligible for benefits under many FLEX options:

*   Your spouse, including a common law spouse under state law or domestic partner* if qualified under plan rules,
*   Your unmarried children and/or your domestic partner's children under age 19,
*   Your unmarried children and/or your domestic partner's children under age 25 who are full-time students at an accredited school and are primarily supported by you,
*   Your eligible, unmarried, physically or mentally disabled child(ren) and/or domestic partner's child(ren) age 19 or over who are wholly dependent on you for their support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student).

Your spouse or child may not be considered a Dependent under any plan while on active duty in the armed forces of any country. In addition, except for Dependent Life, your spouse or child may not be considered a Dependent under any plan if he or she is covered as an Employee.

*Note domestic partners and their child (ren) are not eligible for optional dependent group term life insurance and optional accidental death and dismemberment (AD&D) insurance.*

## Coverage

For most plan options, your coverage levels include:

*   You only,
*   You and your spouse,
*   You and your children and/or your domestic partner's children,
*   You and your family (spouse or domestic partner, your children and/or your domestic partner's children).

You can choose one dependent coverage level for your Medical Plan option and a different dependent coverage level for your Dental/Vision/Hearing Care Plan options.

NNI-LTD-00013442

## When Coverage Takes Effect

Any changes you make to your coverage during the FLEX 2005 annual enrollment period are in effect for the following **calendar year**, unless your eligibility changes or you are allowed to make changes due to a status change (see below).

However, the effective date of any changes you make may be affected by the following:

* If life insurance coverage requires **evidence of insurability (EOI)**.

* If you're not actively at work on January 1, 2005, the effective date of your life insurance, AD&D insurance, and Short-term Disability Plan and Long-term Disability Plan coverage will be delayed until you meet the plans' return-to-work requirements.

* If any of your dependents are confined for medical treatment at home or elsewhere on January 1, 2005, they won't be covered for any newly elected life insurance and AD&D insurance until they're released by their doctor and are no longer confined.

## If a Status Change Occurs...

You have 31 days from the date of the event to notify Global Employee Services. This includes enrolling any new dependents you wish to cover and submitting the Affidavit of Status Change form.

If you make changes after the 31-day period, coverage takes effect on the day you make your selections and submit the Affidavit of Status Change form. Limitations apply as to what changes will be accepted more than 31 days after the event.

## Important Notes about Enrollment

* **Dependent Enrollment:** You must actively select the plan option in which you want to enroll your new dependents if you experience a status change.

  **New dependents will not be added automatically to your Medical Plan and/or Dental/Vision/Hearing Care Plan, even if you are already enrolled for family coverage.**

* **Smoker Status:** If you change your life insurance "smoker status" anytime during the year, notify Global Employee Services immediately. If you're discovered to be a smoker and you falsely claimed non-smoker status and are paying non-smoker rates, you and your beneficiaries could be denied group term life insurance benefits in the future.

NNI-LTD-00013443

## Medical Benefits

## Coinsurance vs. Copayment

### Coinsurance
The portion of covered expenses paid after you satisfy your deductible or copayment. For example, if your coinsurance is 70% of the amount of covered expenses, you'll pay 30% of the cost and the plan will cover 70% of the cost.

### Copayment
The specified dollar amount (not a percentage of the cost) that you pay when you receive certain services, medications or supplies. For example, the $15/$20 you pay when receiving care at a doctor's office. You're responsible for paying the copayment at the time that you receive services.

## Overview

It's important that you review and familiarize yourself with the Medical Plan options available to you and your family. While the Company is committed to providing you with the right tools and education to help you make informed choices, it's ultimately your health care plan and your responsibility to make the best decisions during enrollment and throughout the year.

For more details, please refer to your Summary Plan Descriptions (SPDs). For a copy of the SPDs, contact Global Employee Services.

The Medical Plan options available to you depend on your home zip code and whether you live in a network or non-network area.

## Network Area Options

If you live in a network area, you can choose among the following **managed care options**:

**80/60 Preferred Provider Organization (PPO) Option** – Generally pays benefits at 80% of covered charges when you see providers within the preferred provider network after the calendar year deductible is met. If you seek care from a provider who is not a member of the network, the 80/60 PPO Option pays 60% of covered charges after the calendar year deductible is met. You're not required to have a primary care physician (PCP) coordinate your care and there are no claim forms for you to fill out, unless you receive services from an out-of-network provider. This may be a good option for you if you want lower bi-weekly employee contributions, but are prepared to pay higher out-of-pocket costs.

**90/70 Preferred Provider Organization (PPO) Option** – Generally pays benefits at 90% of covered charges when you see providers within the preferred provider network after the deductible is met. If you seek care from a provider who is not a member of the network, the 90/70 PPO Option pays 70% of covered charges after the deductible is met. Under this option, you're not required to have a primary care physician (PCP) coordinate your care, and there are no claim forms for you to fill out, unless you receive services from an out-of-network provider. This option provides a high level of coverage with lower out-of-pocket costs when you receive care.

**Exclusive Provider Organization (EPO) Option** – Generally pays benefits at 100% of covered charges when you see providers within the exclusive provider network, after you pay a copayment. Similar to a Health Maintenance Organization (HMO), the EPO Option pays no out-of-network benefits for non-emergency care. If you enroll in an EPO Option, you **must** select a primary care physician (PCP) and coordinate your care through that physician to receive benefits. There are no claim forms to fill out. This may be a good option for you if you anticipate a high use of health care in 2005 and desire 100% coverage when you seek care.

NNI-LTD-00013444

**Health Maintenance Organizations (HMOs)** – Where available, an HMO generally pays benefits at 100% of covered charges (after you pay a copayment) when you receive care from doctors and hospitals affiliated with the HMO network or to whom the HMO refers you (except care due to a life-threatening Emergency). If you enroll in an HMO option, you **must** select a primary care physician (PCP) and coordinate your care through that physician. There is no reimbursement for care outside the HMO network, except in emergency situations. HMO participants receive prescription drug, mental health and substance abuse treatment benefits from the HMO in which they enroll.

**No coverage** – You also can decide not to participate in Nortel Networks medical benefits program.

Your Personalized Enrollment Worksheet will show all Medical Plan options available in your area. In some cases, the managed care options available to you may be offered through more than one plan administrator (e.g., CIGNA and UnitedHealthcare). If the option is available under both plan administrators where you live, the choice is yours. However, it's important to note the plan administrators may include different providers in their networks.

For more details on these Medical Plan options, refer to the Summary Plan Descriptions (SPDs). For a copy of the SPDs, contact Global Employee Services.

## How to Find Network Providers

To find a provider that participates in your network, you can check the provider directory on the claims administrator's Web site or call them directly.

- To find a **CIGNA** network provider on the Internet go to **http://www.cigna.com/** and follow the instructions on the Web site.

*Note: CIGNA refers to the Nortel Networks EPO as "EPP" or "Exclusive Provider Program". When you see "EPP" mentioned on CIGNA's Web site, it is the same as the Nortel Networks "EPO".

- To find a **UnitedHealthcare** network provider on the Internet go to **http://www.uhc.com** and follow the instructions on the Web site.

NNI-LTD-00013445

## Non-Network Area Options

If you live in a non-network area, you have the following options.

**Out-of-Area Comprehensive Option, offered through CIGNA** - Available to those who live in a non-network area. There are no in-network or out-of-network benefit levels in the comprehensive option. This option pays 80% after the calendar year deductible for most covered expenses, including doctor's office visits. However, you'll receive 100% coverage for preventive care, such as routine physicals.

**HMOs** - Where available.

**No coverage** - You also can decide not to participate in Nortel Networks medical benefits program.

### Medical Features – Network Area

The following chart outlines the main features of the Medical Plan options available to you if you live in a network area.

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
| Calendar year deductible<br>• Individual<br>• Family | • $300/person<br>• $900/family | • $600/person<br>• $1,800/family | • $150/person<br>• $450/family | • $300/person<br>• $900/family | • None<br>• None |
| Separate deductible/ hospital admission (pre-certification required)[2] | $300 | $400 | $150 | $300 | $150 |
| Calendar year out-of-pocket maximum<br>• Individual<br>• Family | • $2,500/person<br>• $5,000/family | • $7,500/person<br>• $15,000/family | • $2,500/person<br>• $5,000/family | • $5,000/person<br>• $10,000/family | • None<br>• None |
| Lifetime maximum benefit/person | Unlimited | $2 million[3] | Unlimited | $2 million[3] | Unlimited |

NNI-LTD-0013446

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
| **Physician Services** | | | | | |
| Doctor's office visits | $20 copayment | 60%[4,5] | $15 copayment | 70%[4,5] | $15 copayment |
| Prenatal visits | $20 copayment (for first visit only) | 60%[4,5] | $15 copayment (for first visit only) | 70%[4,5] | $15 copayment (for first visit only) |
| Outpatient surgeon's fees | 80%[2,5] | 60%[2,4,5,6] | 90%[2,5] | 70%[2,4,5,6] | 100% |
| Inpatient surgeon's fees (pre-certification[2] required) | 80%[2,5,6] | 60%[2,4,5,6] | 90%[2,5,6] | 70%[2,4,5,6] | 100% |
| Anesthetic services and ancillary services | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| Inpatient hospital services (pre-certification required)[2] | 80%[2,5,6] | 60%[2,4,5,6] | 90%[2,5,6] | 70%[2,4,5,6] | 100% |
| **Other Professional Services** | | | | | |
| CIGNA Outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 90 visits per condition per calendar year — CIGNA plans also include chiropractic services under this description | $20 copayment[7,10] | 60%[4,5,7,10] | $15 copayment[7,10] | 70%[4,5,7,10] | $15 copayment[10] |
| United HealthCare Outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 30 visits per therapy per calendar year | $20 copayment[7,10] | 60%[4,5,7,10] | $15 copayment[7,10] | 70%[4,5,7,10] | $15 copayment[10] |
| Chiropractic care Excluding CIGNA plans; see CIGNA Outpatient Short-Term Rehabilitation) | $20 copayment | 60%, up to 24 visits/ calendar year[4,5] | $15 copayment | 70% up to 24 visits/ calendar year[4,5] | $15 copayment |
| Private duty nursing | 80%[3,5] | 60% up to $10,000/person/ calendar year[3,4,5] | 90%[3,5] | 70% up to $10,000/person/ calendar year[3,4,5] | 100% |

NNI-LTD-00013447

| Network Area Medical Options | | | | | |
|---|---|---|---|---|---|
| **Benefit Description** | **80/60 Preferred Provider Organization (PPO) Option** | | **90/70 Preferred Provider Organization (PPO) Option** | | **Exclusive Provider Organization (EPO) Option[1]** |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |
| **Preventive Care** | | | | | |
| Well-baby care (up to age 6) | $20 copayment | 60%[4,5] | $15 copayment | 70%[4,5] | $15 copayment |
| Child physical exam (age 6+) | $20 copayment | 60% up to $300 every 24 months[4,5] | $15 copayment | 70% up to $300 every 24 months[4,5] | $15 copayment |
| Adult physical exam | $20 copayment | 60% up to $300 every 24 months[4,5] | $15 copayment | 70% up to $300 every 24 months[4,5] | $15 copayment |
| Routine OB/GYN exam (includes routine mammogram) | $20 copayment | 60%[4,5] | $15 copayment | 70%[4,5] | $15 copayment |
| **Hospital Services** | | | | | |
| Inpatient treatment | 80% after each hospital admission deductible[2,5,6] | 60% after each hospital admission deductible[2,4,5,6] | 90% after each hospital admission deductible[2,5,6] | 70% after each hospital admission deductible[2,4,5,6] | 100% after each hospital admission deductible[6] |
| Outpatient treatment | 80%[2,5,6] | 60%[2,4,5,6] | 90%[2,5,6] | 70%[2,4,5,6] | 100%[6] |
| Emergency room | 80% after $75 copayment (waived if admitted) | 60% after $75 copayment (waived if admitted)[4,5,8] | 90% after $75 copayment (waived if admitted) | 70% after $75 copayment (waived if admitted)[4,5,8] | 100% after $75 copayment (waived if admitted) Out-of-network emergency care paid at in-network level for approved emergency; no benefit if not an approved emergency |
| Skilled nursing facility, up to 60 days/calendar year | 80%[2,5,6,7] | 60%[2,4,5,6,7] | 90%[2,5,6,7] | 70%[2,4,5,6,7] | 100%[2,6] |
| Hospice | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |

NNI-LTD-00013448

## Network Area Medical Options

| Benefit Description | 80/60 Preferred Provider Organization (PPO) Option | | 90/70 Preferred Provider Organization (PPO) Option | | Exclusive Provider Organization (EPO) Option[1] |
|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network |

### Other Medical Services

| | | | | | |
|---|---|---|---|---|---|
| Assisted reproduction, up to $5,000 lifetime maximum per person | 80%[5,7,9] | 60%[4,5,7,9] | 90%[5,7,9] | 70%[4,5,7,9] | 100%[9] |
| Infertility diagnosis and treatment | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| Home health care | 80%[3,5] | 60% up to 100 visits/ calendar year[3,4,5] | 90%[3,5] | 70% up to 100 visits/ calendar year[3,4,5] | 100% |
| Diagnostic X-ray and lab | 80%[5] (must use network labs) | 60%[4,5] | 90%[5] (must use network labs) | 70%[4,5] | 100% |
| Radiation and chemotherapy | 80%[5] | 60%[4,5] | 90%[5] | 70%[4,5] | 100% |
| Durable medical equipment | 80%[3,5] | 60%, up to $2,000/calendar year[3,4,5] | 90%[3,5] | 70%, up to $2,000/calendar year[3,4,5] | 100% |

1  EPO coverage is not available in all areas of the United States. Unless otherwise noted, there are no out-of-network benefits under the EPO.
2  Pre-certification required.
3  In-network benefits count toward out-of-network maximum benefit.
4  Subject to reasonable and customary (R&C) limits.
5  Subject to calendar year deductible.
6  Subject to hospital pre-certification.
7  Under the PPO options, benefits paid for both in-network and out-of-network care for all services that require coinsurance count toward the Medical Plan's calendar year benefit limit. Examples of a calendar year benefit limit include "60 days/calendar year" or "30 visits calendar year".
8  Note concerning emergency room: In-network benefits are available for emergency room charges only for medical emergencies. If the emergency room is used for a condition that is not a medical emergency, out-of-network benefits apply. A "medical emergency" is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, and apparent poisoning. Some examples of conditions that are NOT considered medical emergencies are colds, influenza, ordinary sprains, ear infections, nausea, and headaches.
9  The Medical Plan pays up to a $5,000 lifetime maximum/participant for assisted reproduction services (e.g., impregnation or fertilization). Under the PPO options, benefits paid for both in-network and out-of-network care count toward the Medical Plan's lifetime benefit limit.
10 Under the PPO and EPO options, when outpatient short-term rehabilitation services are received on an outpatient basis, at a hospital facility, the Medical Plan's benefits are described under "Hospital Services - Outpatient Treatment."

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the medical network area options.

### 2005 Medical Plan Costs – Network Area Options

| | 80/60 PPO Option | 90/70 PPO Option | EPO Option |
|---|---|---|---|
| You Only | $3.55 | $14.80 | $35.16 |
| You + Child(ren) | $9.28 | $29.21 | $65.24 |
| You + Spouse | $15.70 | $39.42 | $82.28 |
| You + Family | $23.09 | $58.34 | $122.08 |

NNI-LTD-00013449

## Medical – Features – Non-Network Area

The following chart outlines the main features of the CIGNA Out-of-Area Comprehensive Option available to you if you live in a non-network area.

| Non-Network Area Medical Option | |
| --- | --- |
| **Benefit Description** | **Out-of-Area Comprehensive Option** |
| **Calendar year deductible**<br>• Individual<br>• Family | • $300/person<br>• $900/family |
| Separate deductible/ hospital admission (pre-certification required) | $300 |
| **Calendar year out-of-pocket maximum**<br>• Individual<br>• Family | • $2,000/person<br>• $4,000/family |
| Lifetime maximum benefit/person | $2 million |
| **Physician Services** | |
| Doctor's office visits | 80%[2,3] |
| Prenatal visits | 80%[2,3] |
| Outpatient surgeon's fees | 80%[1,2,3,4] |
| Inpatient surgeon's fees (pre-certification[1] required) | 80%[1,2,3,4] |
| Anesthetic services and ancillary services | 80%[2,3] |
| Inpatient hospital services (pre-certification required)[1] | 80%[1,2,3,4] |
| **Other Professional Services** | |
| **Outpatient short-term rehabilitation: physical, speech, and occupational therapy, up to 90 visits per condition per calendar year** | 80%[2,3] |
| Also includes chiropractic services under this description | 80% up to 24 visits per calendar year[2,3] |
| Private duty nursing | 80%, up to $10,000/person/calendar year[2,3] |
| **Preventive Care** | |
| Well-baby care (up to age 6) | 100% with no deductible[2] |
| Child physical exam (age 6+) | 100% with no deductible, up to $300 every 24 months[2] |
| Adult physical exam | 100% with no deductible, up to $300 every 24 months[2] |
| Routine OB/GYN exam (includes routine mammogram) | 100%, with no deductible[2] |

NNI-LTD-00013450

| Non-Network Area Medical Option | |
| --- | --- |
| Benefit Description | Out-of-Area Comprehensive Option |
| **Hospital Services** | |
| Inpatient treatment | 80% after each hospital admission deductible[1,2,3,4] |
| Outpatient treatment | 80%[1,2,3,4] |
| Emergency room | 80%[2,3] |
| Skilled nursing facility, up to 60 days/calendar year | 80%[1,2,3,4] |
| Hospice | 80%[2,3] |
| **Other Medical Services** | |
| Assisted reproduction, up to $5,000 lifetime maximum per person | 80%[2,3,5] |
| Infertility diagnosis and treatment | 80%[2,3] |
| Home health care | 80%, up to 100 visits/calendar year[2,3] |
| Diagnostic X-ray and lab | 80%[2,3] |
| Radiation and chemotherapy | 80%[2,3] |
| Durable medical equipment | 80%, up to $2,000/calendar year[2,3] |

1 Pre-certification required.
2 Subject to reasonable and customary (R&C) limits.
3 Subject to calendar year deductible.
4 Subject to hospital pre-certification.
5 The Medical Plan pays up to a $5,000 lifetime maximum/participant for assisted reproduction services (e.g., impregnation or fertilization). Under the PPO options, benefits paid for both in-network and out-of-network care count toward the Medical Plan's lifetime benefit limit.

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the medical non-network area option.

| 2005 Medical Plan Costs – Non-Network Area Option | |
| --- | --- |
| | **Out-of-Area Comprehensive Option** |
| You Only | $12.28 |
| You + Child(ren) | $24.66 |
| You + Spouse | $33.91 |
| You + Family | $50.16 |

## Medical – Features – HMO

The following chart outlines the HMOs that may be available to you if you live in a network or non-network area. For 2005 there will be some minor changes to the plan features of the HMO options. These new changes are indicated with **bold** text in the chart below.

| HMO Options (Network and Non-Network Area) – Subject to change due to state mandates. | | | |
|---|---|---|---|
| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
| Calendar year deductible | None | None | None |
| Separate copayment/ hospital admission | $100 | $200 | None |
| Calendar year out-of-pocket maximum<br>• Individual<br>• Family | • None<br>• None | • $1,500/person/calendar year<br>• $3,000/family/calendar year | • $2,000/person/calendar year<br>• $4,000/family/calendar year |
| Lifetime maximum benefit/person | None | Unlimited | Unlimited |
| **Physician Services** | | | |
| Doctor's office visits | **$20 copayment** | $15 copayment | $15 copayment |
| Prenatal visits | $5 copayment for first 10 visits | 100% after $5 copayment | 100% |
| Outpatient surgery | $20 physician copayment<br>Facility: $50 copayment per visit | $15 copayment | $50 copayment/day,<br>up to $250/admission |
| Inpatient surgery | 20% coinsurance or $100 copayment, whichever is less | 100% after $200 copayment/hospital admission | $50 copayment/day,<br>up to $250/admission |
| **Other Professional Services** | | | |
| Physical therapy | $20 copayment (combined benefit with speech therapy, up to 45 visits) | $15 copayment | $15 copayment, up to 60 consecutive days/condition |
| Speech therapy | $20 copayment (combined benefit with physical therapy, up to 45 visits) | $15 copayment | $15 copayment |
| Chiropractic | $20 copayment if medically necessary | Not covered | $500/person/calendar year |
| Private duty nursing | Not covered | Not covered | Covered when medically necessary and prior authorization granted by the plan |

NNI-LTD-00013452

| HMO Options (Network and Non-Network Area) – Subject to change due to state mandates. | | | |
|---|---|---|---|
| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
| **Preventive Care** | | | |
| Well-baby care | 100%, up to age 19 | 100% after $5 copayment, up to age 2 | $15 copayment |
| Child physical exam | 100%, up to age 19 | $15 copayment, up to age 19 | $15 copayment |
| Adult physical exam | $20 copayment | $15 copayment | $15 copayment |
| Routine mammogram | $20 copayment (periodic) | No copayment | 100% |
| Routine OB/GYN exam | $20 copayment | $15 copayment | $15 copayment |
| Sigmoidoscopy | $20 copayment when medically necessary (referral required) | $15 copayment | $15 copayment (referral required) |
| **Hospital Services** | | | |
| Inpatient treatment | 100% after $100 copayment/ hospital admission | 100% after $200 copayment hospital admission | $50 copayment/day, up to $250/admission |
| Outpatient treatment | 100% after $50 copayment | $15 copayment | 100% |
| Emergency room | $50 copayment (waived if admitted within 24 hours) | $75 copayment (waived if admitted) | $50 copayment/visit (waived if admitted) |
| Skilled nursing facility | 100% after $100 copayment, up to 120 days/admission; 360-day lifetime maximum. Custodial care is not covered. | 100%, up to 100 days/year | 100% after $50 copayment/day (including day surgery), up to $250/admission; up to 100 days/calendar year for skilled nursing care and up to 60 days/calendar year for inpatient rehab services at a semi-private rate for each benefit |
| Hospice | Unlimited days covered at 100% when arranged by a Blue Choice Value physician and approved by the Blue Choice Value medical director | 100% | 100% with plan approval. Office based services subject to $15 office visit copayment, with plan approval (inpatient copayment may apply) |
| Home health care | Unlimited days covered at 100% when arranged by a Blue Choice Value physician and approved by the Blue Choice Value medical director | 100% | 100% with plan approval. |

NNI-LTD-00013453

## HMO Options (Network and Non-Network Area) – Subject to change due to state mandates.

| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
|---|---|---|---|
| **Other Medical Services** | | | |
| Assisted reproduction | Not covered | Not covered | Limited coverage (requires prior approval from HPHC) |
| Infertility | $20 copayment (referral required); contact member services for covered procedures | Medically necessary diagnostic planning services for infertility problems covered (diagnosis and treatment); outpatient: 100% after $15 copayment; inpatient:100% after $200 copayment/hospital admission for approved treatment | $15 office visit copayment when referred by member PCP or plan OB/GYN provider |
| Diagnostic X-ray | $20 copayment/visit | 100% | 100% if billed without office visit; otherwise subject to office visit copayment |
| Radiation and chemotherapy | $20 copayment/visit | 100% | $15 office visit copayment |
| Medical supplies | $20 copayment for one-month supply (diabetic supplies) | 100% | Durable Medical Equipment limit may apply. |
| Durable medical equipment | Standard equipment covered at 50% at participating providers | 20% copayment based on formulary | 100%, up to $2,500/calendar year |
| **Mental Health** | | | |
| Outpatient | 50%, up to 20 visits/calendar year | $15 copayment, up to 20 visits/calendar year; no limit for mental health parity diagnosis | Individual therapy: $15 copayment, up to 24 visits. Group therapy: $10 copayment, up to 25 visits. Not to exceed a combined maximum of 25 individual and group therapy visits in a calendar year |
| Inpatient | 100%, after $100 copayment/ hospital admission, up to 30 days/calendar year | 100%, after $200 | 100% after $50 copayment/day, up to $250/admission in a licensed general hospital; up to 60 days/member/calendar year in a psychiatric hospital |

NNI-LTD-00013454

## HMO Options (Network and Non-Network Area) – Subject to change due to state mandates.

| Benefit Description | Blue Choice Value | Kaiser Northern California | Harvard Pilgrim Health Care |
|---|---|---|---|
| **Substance Abuse** | | | |
| Outpatient | $20 copayment per visit up to 60 visits per calendar year | Individual: $15 copayment/visit Group: $5 copayment/visit  No outpatient visit limit | Visits 1 - 8: $15 copayment/visit for individual therapy and $10/visit for group therapy Visits 9 - 20: $25 copayment/visit for individual therapy and $10/visit for group therapy; covered up to 20 visits/ calendar year or $500, whichever is greater |
| Inpatient | Detox: 100%, after $100 copayment/hospital admission, up to 7 days/calendar year | Detox: $200 copayment/admission | 100% after $50 copayment/day, up to $250/admission; up to 30 days/calendar year |
| **Prescription Drugs** | | | |
| Generic | $10 copayment for Tier 1 (30-day supply)  Maximum allowable cost applies | **Retail:** $10 copayment (30-day supply of **generic** drugs) **Mail-order:** $20 copayment (30-day supply of **generic** drugs) | $10 copayment (30-day supply of **generic** drugs) |
| Brand-name | $25 copayment for Tier 2 (30-day supply)  $40 copayment for Tier 3 (30-day supply)  Maximum allowable cost applies | **Retail:** $20 copayment (30-day supply of **brand-name drugs**) **Mail-order:** $40 copayment (100-day supply of **brand-name drugs**) | **Brand-name preferred drug:** $25 copayment (30-day supply) **Brand-name non-preferred drug:** $40 copayment (30-day supply) |

## Your Costs

Here's a look at your bi-weekly before-tax contributions for the HMO options.

| 2005 Medical Plan Costs – HMO Options | | | |
|---|---|---|---|
| | **Blue Choice Value (formerly Blue Choice Select)** | **Kaiser Northern California** | **Harvard Pilgrim Health Care** |
| **You Only** | $16.68 | $15.83 | $21.84 |
| **You + Child(ren)** | $42.01 | $30.08 | $41.51 |
| **You + Spouse** | $38.37 | $33.24 | $45.88 |
| **You + Family** | $44.21 | $47.50 | $65.54 |

NNI-LTD-0001345

# Prescription Drug Benefits

## New Home Delivery Pharmacy Service $3,000 Calendar Year Out-of-Pocket Maximum!

There will now be a $3,000 calendar year out-of-pocket maximum per person for prescription drugs filled through the home delivery pharmacy service. This means that once the amount you have paid in a calendar year for prescription drugs reaches $3,000, the plan will pay 100% of the cost for the remainder of the year.

This enhancement will strongly benefit those who have a high usage of prescription drugs while giving others an even greater financial incentive to use the home delivery pharmacy service for maintenance medications.

Note: The amount of the difference between the brand-name drug and generic alternative does not count toward the satisfaction of the out-of-pocket maximum.

## Overview

Prescription drugs are one of the primary drivers of health care cost increases. In fact, 20% of the total cost for Nortel Networks to provide health care benefits is for prescription drug benefits.

One of the main culprits contributing to prescription drug cost increases is the continuing use of brand-name drugs that are aggressively advertised in the media. Additionally, an aging population and greater use of lifestyle medications are contributing to major cost increases. It is important for you to understand how your prescription drug benefits work and talk with your doctor to ensure maximum value for the prescription drug dollars you spend. You'll always pay more for a brand-name drug, so it's up to you to find out if there is a less costly, equivalent drug available for your needs.

## Your Prescription Drug Benefits

When you enroll in a PPO, EPO or Out-of-Area Comprehensive Medical Plan option, your prescription drug benefits are provided through the Medco Health network. This means you'll receive the highest level of benefits if you use Medco's home delivery prescription service or a retail pharmacy that participates in the Medco Health network. If you enroll in an HMO, your prescription drug benefits are coordinated by that HMO.

## How It Works

Your prescription drug benefits are provided by Medco Health and are designed to give you a financial incentive to become a better health care consumer and ensure that you select the most appropriate and cost-effective drugs for you and your family.

You can have your prescriptions filled through a participating retail pharmacy and receive in-network benefits. If you take **maintenance medications** you can take advantage of the cost savings available through the home delivery pharmacy service for your prescription needs. If you choose to use an out-of-network retail pharmacy, you will be responsible for the full cost of the drug at the time of purchase. To receive the out-of-network benefits, you must submit a claim to Medco Health. For a list of participating network retail pharmacies, contact Medco Health at 1-800-711-3460 or visit **http://www.medcohealth.com**.

## Coverage

You can choose from among three levels of coverage when it comes to your prescription drug needs:

**Generic drugs** – After a manufacturer's exclusive rights to a brand-name drug have expired, generic drugs can be manufactured and distributed without the initial advertising and research costs, which makes them cost-effective. They have the same active ingredients, quality standards and are approved by the United States Food and Drug Administration.

NNI-LTD-00013456

The only difference is that the average cost of a generic is much lower than that of a comparable brand-name drug. Therefore, you'll pay the lowest copayment/ coinsurance amount when you purchase generic drugs.

**Preferred brand-name drugs** - These are brand-name drugs that are included on the Medco Health Formulary and are marketed under a specific trade name by a pharmaceutical company. The brand-name drugs included on Medco Health's Formulary have been selected by Medco Health's independent pharmacy and therapeutics committee based on their safety, effectiveness and cost. These drugs may offer greater discounts than non-preferred brand-name drugs, which reduces both your and the Company's costs. By checking the formulary each time your doctor is writing a prescription for you or a covered family member, you can determine whether a brand-name drug is included on the formulary and subject to the lower coinsurance/copay-ment amount. To request a copy of the formulary, contact Medco Health at 1-800-711-3460 or visit **http://www.medcohealth.com**.

**Non-preferred brand-name drugs** – These are brand-name drugs not included on the Medco Health Formulary that may have one or more Medco Health Formulary alternatives. When you select these drugs, you'll pay the highest coinsurance/copayment amount. Share the formulary with your doctor to make sure there is not a less costly equivalent available for your needs. To request a copy of the formulary, contact Medco Health at 1-800-711-3460 or visit **http://www.medcohealth.com**.

This means you have a choice when it comes to your needs and an opportunity to pay less for your prescriptions. You'll pay the least amount for generic and brand-name drugs included on the Medco Health Formulary – so it's important to talk to your doctor to see if a less costly drug is available and equivalent for your needs.

## Pay-the-Difference Feature

A "pay-the-difference" feature was implemented last year to give you a stronger financial incentive to use a generic drug, when it's available. This rule means if you choose a brand-name drug that has a generic version available, you'll now pay:

- The applicable brand-name copayment/coinsurance amount (depending on whether you're using retail or the home delivery pharmacy service)

### PLUS

- The dollar difference between the cost of the generic and the brand-name drug.

This rule applies even if your prescribing doctor indicates your prescription should be "**Dispense as Written.**" To avoid paying more for a drug that has a generic equivalent, it is important that you always ask if a generic is available and appropriate for your needs when getting a prescription from your doctor. You are responsible for asking the right questions, because it is your pocket – not theirs – that will feel the cost difference.

**Note:** The amount of the difference between the brand-name drug and generic alternative does not count toward the satisfaction of the out-of-pocket maximum for drugs filled through the home delivery pharmacy service.

NNI-LTD-00013457

## Retail Refill Allowance (RRA) for Maintenance Medications

You are permitted *three fills* (the original plus two refills) at a retail pharmacy at the retail coinsurance amount for long-term or **maintenance medications**. For additional refills of the same medication at an in-network retail pharmacy, you'll have to pay 60% of the cost of that medication.

To avoid paying 60% of the cost of the prescription, you'll be required to get additional refills of that same prescription through the home delivery pharmacy service. How does this work? After the second time you fill a long-term or maintenance drug through the retail pharmacy, you'll receive a letter from Medco Health reminding you of this provision and explaining how to switch that prescription to the home delivery pharmacy service.

## Examples

The following two examples illustrate how your prescription drug benefits work and how the decisions you make have an impact on how much you spend on your prescription drugs. Note the drug prices used in the following examples are for illustrative purposes only and your actual costs may vary.

### Example 1: Generic Versus Brand-Name Drug Options

Your prescription drug benefits provide you with full choice when it comes to your needs. However, they are designed to also provide you with a financial incentive to select a less costly equivalent for your needs, when available, because with choice comes responsibility. The following example shows how asking the right questions can help you get the most value from your benefits.

Your doctor prescribes a drug to treat heartburn/GERD called Prevacid®, which costs about $127.47 for a 30-day supply from an in-network retail pharmacy. This is a brand-name drug that is not included on Medco Health's Formulary so you must pay $38.24 (30% of $127.47) for your prescription. Since you are an educated health care consumer, you realize you can save money by asking your doctor if there is a less costly alternative available.

By asking questions, your doctor informs you there is a similar drug that might work called omeprazole, which is an alternative generic and would cost you only $16.48 (20% of $82.40) for a 30-day supply .

After weighing your alternatives, you decide to purchase the generic drug through the in-network retail pharmacy.

### Example 2: Retail Refill Allowance (RRA) for Maintenance Medications

By using the home delivery pharmacy service for your **maintenance medications**, you can save money on your prescription drugs because you will only pay one copayment for **up to a 90-day supply** of medication. Plus, with the RRA for maintenance medications, you will pay significantly less for remaining refills beyond three by using the home delivery pharmacy service versus a retail pharmacy. Here's an example of how the RRA works.

NNI-LTD-00013458

You need a 6-month (180-day) supply of the Prevacid® non-preferred brand-name drug referred to in the previous example, which costs $127.47 for a 1-month (30-day) supply at an in-network retail pharmacy. Here is a break down of how much you would pay using an in-network retail pharmacy versus the home delivery pharmacy service.

| | In-Network Retail Pharmacy | Home Delivery Pharmacy Service |
|---|---|---|
| Month One | $38.24 (30% of 127.47) for first 30-day prescription | $90 for a 90-day supply |
| Month Two | $38.24 (30% of 127.47) for first refill | N/A |
| Month Three | $38.24 (30% of 127.47) for second refill | N/A |
| Months 4 -6 | $229.44 (60% of $127.47 for 3 months) for additional refills | $90 for a 90-day supply |
| TOTAL | **$344.16 for a 180-day supply** | **$180 for a 180-day supply** |

By using the home delivery pharmacy service, you could save $164.16, and your prescriptions can be delivered to any address you choose.

It's important to note that with the home delivery pharmacy service, you'll always pay for a 90-day supply even if your prescription is written for up to a 30-day supply. This means if you fill a prescription that is written for a 30-day supply through the home delivery pharmacy service, you'll pay the applicable home delivery pharmacy service 90-day supply copay amount.

## Plan Features

The chart below outlines the prescription drug benefits available to you if you enroll in a PPO, EPO or Out-of-Area Comprehensive Option.

| Your Prescription Drug Benefit At-A-Glance[1] | | | | |
|---|---|---|---|---|
| Retail Pharmacy[2] (up to a 30-day supply) | | | Home Delivery Pharmacy Service (up to a 90-day supply) | |
| In-Network | | Out-of-Network | In-Network | Out-of-Network |
| Out-of-Pocket Maximum | Not applicable | Not applicable | $3,000/year/per person | Not applicable |
| Generic Drugs | 20% coinsurance ($7 minimum, $25 maximum) | 60% coinsurance | $15 copayment | No benefit – you'll pay 100% of the cost |
| Preferred Brand-Name Drugs | 20% coinsurance ($15 minimum, $50 maximum) | 60% coinsurance | $45 copayment | No benefit – you'll pay 100% of the cost |
| Non-Preferred Brand-Name Drugs | 30% coinsurance ($30 minimum, $65 maximum) | 60% coinsurance | $90 copayment | No benefit – you'll pay 100% of the cost |

1 If brand-name drug is filled when generic drug is available, you'll pay brand-name drug employee coinsurance plus difference in cost between generic drug and brand-name drug.
2 You are allowed one initial prescription plus two refills at above coverage for maintenance prescription drugs filled at a retail pharmacy. For three or more refills, you'll pay 60% of the prescription cost.

NNI-LTD-00013459

# Employee Assistance Program

You and your eligible dependents automatically receive access to the Employee Assistance Program (EAP) – at no cost to you. You do not have to enroll in a Medical Plan option to have this benefit.

Provided through the United Behavioral Health network, EAP is a confidential information and counseling service that is designed to enrich and support you in both your personal and your working life. This service can help you or your family with resources and expertise on a wide variety of subjects to assist with the demands of every-day life as well as major events. It provides support for a wide range of concerns including, stress, depression, relationship issues, family concerns and alcohol or drug problems.

EAP provides you with telephonic counseling and/or up to eight in-person visits with a counselor or therapist per eligible family member and other services (including financial consultation, legal consultation/family mediation referral, child and family care resources and referral, elder care information and referral, educational resources and referral, convenience services, and online work/life information).

If you would like more information on EAP counseling or other EAP services, call 1-800-842-2991 or visit them online at **http://www.liveandworkwell.com/** access code: 800-842-2991 (include hyphens). **This is a confidential program and Nortel Networks will not be told if you or your eligible dependents utilize this benefit.**

NNI-LTD-00013460

# Mental Health & Substance Abuse

When you enroll in a PPO, EPO or Out-of-Area Comprehensive Option, you'll have access to mental health and substance abuse treatment benefits administered through United Behavioral Health (UBH). These benefits cover any outpatient counseling you or your eligible dependents may need beyond the first eight visits covered by the Employee Assistance Program (EAP). If you're enrolled in an HMO, these benefits are through that HMO.

To receive the maximum level of benefits, you should call UBH first before you go for care, and follow the recommended course of treatment using the UBH network mental health professional to whom you are referred.

## Features

The following chart outlines the mental health and substance abuse treatment benefits available if you enroll in a PPO, EPO or Out-of-Area Comprehensive Option. If you're enrolled in an HMO, contact your provider for more information.

NNI-LTD-00013461

| Mental Health and Substance Abuse Treatment Benefits | | |
|---|---|---|
| **Feature** | **In-Network** | **Out-of-Network** |
| **Calendar year deductible** | None | $200/person$^E$ |
| **Calendar year out-of-pocket maximum** | None | None |
| **Lifetime maximum benefit** (all services combined) | $2 Million | $2 Million |
| **Inpatient services** (Pre-certification required$^A$) <br> • Mental health <br><br><br> • Substance abuse | <br><br>• 100%, up to 60 days/calendar year$^B$ <br><br><br>• 100%, up to 30 days/calendar year$^B$ | <br><br>• 70% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission, up to 60 days/calendar year$^{A,C,D,E,F,G}$ <br><br>• 70% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission, up to 30 days/calendar year with one episode per lifetime$^{A,C,D,E,F,G}$ |
| **Intermediate care** <br> Mental health and substance abuse | 100%$^{B,H}$ | 80% of eligible charges after $200 calendar year deductible and $150 deductible/hospital admission$^{A,C,D,E,F,G,H}$ |
| **Outpatient services**$^I$ <br> Mental health and substance abuse | • Visits 1 - 8: no copayment (EAP) <br>• Visits 9 - 25: $20 copayment$^B$ <br>• Visits over 25: $30 copayment$^B$ | 50% after $200 deductible, up to 25 visits/ calendar year$^{E,F,G}$ |
| **Group Treatment** <br> Mental health and substance abuse | • Visits 1 - 8: no copayment (EAP) <br>• Visits 9 - 25: $10 copayment$^B$ <br>• Visits over 25: $20 copayment$^B$ | 50% after $200 deductible, up to 25 visits/ calendar year$^{E,F,G}$ |
| **In-home mental health care** | 100%$^B$ | No benefit |
| **Drug testing as an adjunct to substance abuse treatment** | 100%$^B$ | No benefit |
| **Medication management** | $5 copayment for up to 30-minute visit; no limit$^B$ | 50% after $200 deductible; unlimited visits$^{E,F,G}$ |

A   If hospital or intermediate care is not pre-certified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. There is a 48-hour grace period for emergencies.
B   Subject to care manager approval.
C   Inpatient and intermediate care are subject to pre-certification. If there is a combined medical/mental health or medical/substance abuse admission, only the inpatient deductible for the primary diagnosis applies.
D   If inpatient or intermediate care is not pre-certified, there is a non-notification penalty of $200 plus 10% of the remaining hospital bill. The $150 deductible/hospital admission for out-of-network admissions applies after the annual $200 deductible is met.
E   The annual out-of-network mental health and substance abuse treatment deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200/person annual deductible is subtracted from a claim before any benefit is paid and is separate from the hospital admission deductible for inpatient services.
F   Subject to **reasonable and customary (R&C)** limits.
G   All out-of-network care is subject to retrospective review for medical necessity if not precertified by United Behavioral Health.
H   Includes, but is not limited to, 24-hour intermediate care facilities (e.g., residential treatment, group homes, halfway houses, therapeutic foster care, partial hospital/day treatment, structured outpatient treatment programs). Intermediate care is subject to the same plan maximums that apply to inpatient care benefits.
I   Some outpatient services, such as psychiatrist visits, psychological testing, chronic conditions, and medication management, are covered under your managed Mental Health and Substance Abuse Program benefit, not through the EAP. Contact United Behavioral Health directly for proper authorization.

NNI-LTD-00013462