# Dental/Vision/Hearing Care Plan

## Overview

To receive coverage for the Dental/Vision/Hearing Care Plan – you must actively enroll – as this is an optional FLEX benefit. When you enroll, your coverage is bundled together as a package. This means, if you only need dental coverage you will still automatically receive benefits for vision and hearing care as part of the package.

During enrollment, you can choose from the following two coverage options:

- Comprehensive Option,
- Plus Option.

### New Vision Claims Administrator for 2005!

Effective January 1, 2005, EyeMed Vision Care will become the new vision care claims administrator. What does this mean to you? While the plan design will not be affected by this change, you'll now have access to the EyeMed network for your vision care needs. By transitioning to the EyeMed network, you'll now have greater access to vision services and products available through national retail stores, such as Pearle Vision, LensCrafters, and other smaller retail chains in addition to independent eye care providers.

As with any network change, your current provider may not be included in the EyeMed Vision Care network. In an effort to make this transition process as easy as possible for everyone, **you have the opportunity to nominate your current provider to be included in the EyeMed network**. If you have Internet access you can find out if your current provider will be part of the EyeMed network, by going to **http://www.enrollwitheyemed.com** (the non-member Web site) and click **"Provider Locator"** from the left-hand navigation of the homepage. If your provider is not included in the EyeMed network, you can complete the Nomination Form included in this enrollment kit.

It's your responsibility to submit the Nomination Form to EyeMed by sending it to the address listed at the bottom of the form. Submitting a Nomination Form is not a guarantee that your provider will be included in the EyeMed network.

If you enroll in the Dental/Vision/Hearing Care Plan this year, you'll have access to EyeMed's separate member Web site to review plan design details and other information. The EyeMed Web site address you'll use after your 2005 selections become effective is **www.eyemedvisioncare.com**.

**Important note: With the change to EyeMed as the new vision care claims administrator, any claims for vision services provided in 2004 that need to be filed with the current administrator, VSP, must be submitted to VSP for processing no later than March 31, 2005.**

NNI-LTD-00013463

## Dental/Vision/Hearing Care Plan - Features

The following chart outlines the main features of the Dental/Vision/Hearing Care Plan Comprehensive and Plus options.

| Dental/Vision/Hearing Care Plan Options | | |
|---|---|---|
| **Feature** | **Comprehensive** | **Plus** |
| **Dental Care Coverage (provided by CIGNA Healthcare)** | | |
| Note: Reasonable and customary (R&C) limits apply to all coverage amounts | | |
| **Calendar year deductible**<br>• Individual<br>• Family | • $25/person<br>• $75/family | • $50/person<br>• $150/family |
| **Preventive services** (such as exams, cleanings and fluoride treatments) | 100% of covered expenses (no deductible) | 100% of covered expenses (no deductible) |
| **Basic services** (such as fillings, extractions, periodontics, root canal and oral surgery) | 80% of covered expenses | 80% of covered expenses |
| **Major services** (such as crowns, dentures and bridges) | 50% of covered expenses | 60% of covered expenses |
| **Orthodontics** (treatment such as straightening of teeth) | 50% of covered expenses | 50% of covered expenses |
| **Annual maximum dental benefit** (excludes orthodontia, includes oral surgery) | $1,500/person | $2,000/person |
| **Lifetime maximum orthodontics benefit** | $1,500/person | $2,000/person |
| **Vision Care Coverage (provided by EyeMed Vision Care)** | | |
| Copayment for vision care services | $10 copayment | None |
| **Routine exam, frames and lens benefits** from an EyeMed provider[1] | Covered up to plan allowance after copayment | Covered up to plan allowance |
| **Contact lens benefit from an** EyeMed provider[2] | Up to $150/calendar year for elective contact lenses; medically necessary contact lenses are covered in full[3]; contact lenses are in lieu of spectacle lenses | |
| **Services from an out-of-network provider:** | Reimbursed after copayment up to the following under Comprehensive and Plus options; the contact lens allowance is for professional evaluations, fitting and materials: | |
| • **Exam** | • $50 | |
| **Spectacle lenses**[4]:<br>• Single<br>• Bifocal<br>• Trifocal<br>• Lenticular | • $40<br>• $60<br>• $80<br>• $125 | |
| **Contact lenses/elective** (in lieu of spectacle lenses) | • $105 | |
| **Contact lenses/necessary**[3] (in lieu of spectacle lenses) | • $210 | |
| • **Frames** | • $45 | |
| **Lifetime maximum laser vision correction surgery benefit** | Each person is provided with a lifetime maximum allowance up to $250 (for both eyes) when arranged with an EyeMed participating doctor and performed by an EyeMed-approved laser surgeon and center. | |

NNI-LTD-00013464

## Dental/Vision/Hearing Care Plan Options

| Feature | Comprehensive | Plus |
|---|---|---|

### Vision Care Coverage (provided by EyeMed Vision Care)

| Plan pays benefits for: | Once every: | Once every: |
|---|---|---|
| · Exams | · Calendar year | · Calendar year |
| · Spectacle lenses[4] | · Calendar year | · Calendar year |
| · Contact lenses | · Calendar year | · Calendar year |
| · Frames | · Two calendar years | · Two calendar years |

### Hearing Care Coverage (provided by CIGNA Healthcare)

| | Comprehensive | Plus |
|---|---|---|
| Eligible expenses (hearing aids and hearing exams) | 80% of covered expenses | 100% of covered expenses |
| Maximum benefit every two calendar years | $750 | $1,000 |

1  The plan allowance is a retail equivalent amount of at least $115. There is full coverage for approved frames. When deciding on a frame, ask the doctor which ones are covered in full. The plan allowance covers approximately 60% of the 42,000 frames on the retail market nationwide. You may choose a frame outside the plan's coverage and pay the difference in cost.
2  The contact lens exam is a special exam for ensuring proper fit of your contacts and evaluating your vision with the contacts. Your contact lens allowance is applied to both the contact lens exam (fitting and evaluation) and the contact lenses (material). You pay for expenses above the allowance.
3  Medically necessary contact lenses are for patients who cannot wear prescription glasses. Examples of conditions for prescribing medically necessary contact lenses include following cataract surgery or to correct extreme visual acuity problems that cannot be corrected with spectacle lenses. Prior authorization is not required but advisable if you are receiving services from an out-of-network provider.
4  Expenses for elective lens options are your responsibility. Examples of elective lens options are tinting, polycarbonates, and progressives. If you have any questions, please contact EyeMed.

## Your Costs

Here's a look at your bi-weekly before-tax contributions for Dental/Vision/Hearing Care Plan coverage in 2005.

| 2005 Dental/Vision/Hearing Care Plan Costs | Comprehensive Option | Plus Option |
|---|---|---|
| You Only | $2.11 | $4.25 |
| You + Child(ren) | $4.27 | $8.57 |
| You + Spouse | $4.32 | $8.63 |
| You + Family | $6.49 | $12.94 |

NNI-LTD-00013465

# Health Care Reimbursement Account (HCRA)

## Overview

These days it's difficult to manage your health care expenses. However, by taking advantage of the Health Care Reimbursement Account (HCRA) Plan you can do just that and save money on your health care costs in 2005.

During this year's FLEX enrollment period, you have the opportunity to enroll in the HCRA Plan to lower your taxable income and save money. Administered by SHPS, this plan covers eligible health care expenses that are typically not covered by your Medical Plan for yourself and your eligible dependents.

Since you make **before-tax contributions**, the biggest advantage of the HCRA is reduction of your personal income taxes. This can translate into tax savings of 15% to more than 40% of the amount you would otherwise spend on reimbursable expenses.

In general, you may be reimbursed for any health care item that is not paid for by a health benefit plan or insurance plan, and is considered tax deductible by the IRS. A few examples of eligible expenses include:

- Your health care plan copays (including prescription copays) and deductibles,
- Routine physical exam expenses not covered by your Medical Plan,
- Orthodontia expenses not covered by your dental plan,
- Unreimbursed expenses for vision or hearing care
- Certain over-the-counter medications.

For a complete list of eligible expenses, call the IRS at 1-800-829-3676, or go to their Web site at **http://www.irs.gov**.

Plus, you can now cover certain over-the-counter medications through the HCRA. The IRS categorizes the over-the-counter medications that are eligible for reimbursement as any supplement used to maintain the general health of the employee. These types of medications include non-prescription antacids, allergy medicines, pain relievers and cold medicines. However, any over-the-counter medications categorized by the IRS as merely "beneficial" to the employee, such as dietary supplements, are not eligible for reimbursement.

To receive reimbursement, you must provide a detailed store receipt that clearly identifies the type of over-the-counter purchase.

**If you are currently participating in the HCRA and would like to re-enroll for 2005, you will need to actively enroll and select new contribution amounts for the HCRA. Your 2004 elections do not automatically roll over into 2005.**

## New Online Calculator

Be sure to use the new eValuator tool to help you decide if you should participate in the Health Care Reimbursement Account (HCRA). This tool estimates your out-of-pocket expenses for health care in order to determine your appropriate contribution level.

This tool also applies any plan rules (e.g., annual limits to the amounts calculated), estimates your annual expenses and shows the tax savings that you could realize.

If you have a home computer with Internet access you can use eValuator with your spouse/domestic partner at home by going to **www.my-benefits.com /nortel**. When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

For more information on how to use the tool see page 49.

NNI-LTD-00013466

## Does the Health Care Reimbursement Account Make Sense for You?

Still not sure if the HCRA makes sense for you? **Take the quiz.**

1. Do you have $120 or more per year in recurring predictable out-of-pocket medical expenses?
2. Do you purchase over-the-counter medications on a regular basis?
3. Do you want to save money by lowering your taxable income?

If you answered **"yes"** to any of the questions above, you need to enroll in this program for 2005.

## How It Works

### Once you enroll in the program, it's very easy to use:

* Determine how much money you wish to place in your Health Care Reimbursement Account (HCRA) based on your estimate of health care expenses for the upcoming plan year – *use eValuator to help you more accurately decide this amount.*

* Based on that estimate, decide how much to deposit into your HCRA.

* Before-tax contributions are deducted each pay period and used to reimburse you for your eligible expenses.

* When you have an expense that is eligible for reimbursement, simply complete a Health Care Reimbursement Account Claim Form.

The amount you contribute to your HCRA needs to reflect your best estimate of predictable expenses, because once you enroll you can't change the amount unless you have a status change. You can receive reimbursement for approved claims from your HCRA at any time during the year, up to your total annual amount. When you receive reimbursement, the amount will be automatically deposited in your bank account per your Nortel Networks direct deposit payroll authorization.

**Remember**…to be reimbursed from your HCRA, you must incur all eligible expenses between January 1, 2005 and December 31, 2005 and must submit those expenses by March 31, 2006.

## Features At-A-Glance

| Health Care Reimbursement Account Features | |
| --- | --- |
| Minimum Contribution Amount | $120/year |
| Maximum Contribution Amount | $5,200/year |
| Covered Expenses | Eligible health care expenses only |

**Please note during this year's FLEX enrollment period, you can also enroll in the Dependent Day Care Reimbursement Account Plan.** Although you can participate in both accounts, you can't transfer money between them. In addition, health care expenses can't be reimbursed from the Dependent Day Care Reimbursement Account (DDCRA), and vice versa. **Careful planning and budgeting is key, because any unused money in your accounts at year-end cannot be refunded to you or carried over to the next year due to IRS regulations.** For more detailed information on how this plan works, refer to the Reimbursement Accounts Summary Plan Description (SPD). For a copy of the SPD, contact Global Employee Services.

NNI-LTD-00013467

# Dependent Day Care Reimbursement Account (DDCRA)

## Overview

The Dependent Day Care Reimbursement Account (DDCRA) can be used to pay for eligible dependent day care expenses for children under age 13 or other eligible dependents who can't care for themselves (as defined by the IRS). You may use the DDCRA to pay for the care of eligible dependents so that you and your spouse can work. You also may use this account if your spouse is searching for a job, enrolled as a full time student, or disabled. Eligible dependents as defined by the IRS include:

- Dependents under the age of 13 who can be claimed as exemptions on your federal income tax,
- Dependents and spouses of any age (including parents) who are physically or mentally unable to care for themselves, and who you can claim as exemptions. Incapacitated dependents and spouses must regularly live in your household for at least eight hours each day.

Eligible expenses that qualify for the DDCRA are:

- Day care facility fees (excluding transportation, lunches, educational services),
- Before-school and after-school care,
- Dependent day care facilities for adults (elder care),
- Babysitters inside or outside the home,
- Nursery school expenses, but not education expenses for kindergarten or for the first grade or higher.

Care providers must meet the business and licensing requirements of your state. In addition, you will need to obtain the providers' federal identification/Social Security number to use on your own tax filing form.

For a complete list of eligible expenses, call the IRS at 1-800-829-3676 or go to their Web site at **http://www.irs.gov**.

Since you make **before-tax contributions**, the biggest advantage of the DDCRA is reduction of your personal income taxes. This can translate into a tax savings of 15% to more than 40% of the amount you would otherwise spend on reimbursable expenses.

It's important to note, however, that participation in the DDCRA will reduce or eliminate your option to use the Federal Tax Credit for dependent care. The best method for you (DDCRA versus Federal Tax Credit) depends on your income, the number of dependents you have and other factors. You should carefully consider the impact a DDCRA will have on your tax status. You should consult a qualified tax advisor to make sure the option you select is right for you.

**If you are currently participating in the DDCRA and would like to re-enroll for 2005, you will need to actively enroll and select new contribution amounts for the DDCRA. Your 2004 elections do not automatically roll over into 2005.**

## Does the Dependent Day Care Reimbursement Account Make Sense for You?

Still not sure if the DDCRA makes sense for you? **Take the quiz.**

1. Do you anticipate dependent day care expenses will total more than $120 this upcoming year?

NNI-LTD-00013468

2. Do you have dependents, such as young children under age 13, enrolled in day care or elderly parents, for whom you are responsible for paying the cost of care?

3. Do you want to save money by lowering your taxable income?

If you answered "**yes**" to any of the questions above, you need to check with your tax advisor to determine whether the DDCRA makes more sense for you than the Federal Tax Credit. If the advice is the DDCRA is best for you, enroll in the DDCRA for 2005!

## How It Works

### Once you enroll in the program, it's very easy to use:

- Determine how much money you wish to place in your Dependent Day Care Reimbursement Account (DDCRA) based on your estimate of dependent day care expenses for the upcoming plan year.
- Based on that estimate, decide how much to deposit into your DDCRA.
- Before-tax contributions are deducted each pay period and used to reimburse your eligible expenses.
- When you have an expense that is eligible for reimbursement, simply complete a Dependent Day Care Reimbursement Account Claim Form.

The amount you contribute to your DDCRA needs to reflect your best estimate of predictable expenses, because once you enroll you can't change the amount unless you have a status change. You can receive reimbursement for approved claims up to the amount in your DDCRA at the time of processing the claim. When you receive reimbursement, the amount will be automatically deposited in your bank account per your Nortel Networks direct deposit payroll authorization.

**Remember...**to be reimbursed from your DDCRA, you must incur all eligible expenses between January 1, 2005 and December 31, 2005 and must submit those expenses by March 31, 2006.

**Please note during this year's FLEX enrollment period, you can also enroll in the Health Care Reimbursement Account Plan.** Although you can participate in both accounts, you can't transfer money between them. In addition, health care expenses can't be reimbursed from the Dependent Day Care Reimbursement Account (DDCRA), and vice versa. **Careful planning and budgeting is key, because any unused money in your accounts at year-end cannot be refunded to you or carried over to the next year due to IRS regulations.** For more detailed information on how this plan works, refer to the Reimbursement Accounts Summary Plan Description (SPD). For a copy of the SPDs, contact Global Employee Services.

## Features At-A-Glance

| Dependent Day Care Reimbursement Account Features | |
|---|---|
| Minimum Contribution Amount | $120/year |
| Maximum Contribution Amount | • if single, or married and filing a joint tax return - $5,000/year*<br>• if married and filing a separate tax return - $2,500/year<br>• if spouse is full-time student or incapable of self care:<br>  - contribute $200 per month, up to $2,400/year, for each month spouse is full-time student or incapable of self-care if you have one eligible dependent (including your spouse, if applicable)<br>  - contribute $400 per month, up to $4,800/year, for each month spouse is full-time student or incapable of self-care if you have two or more eligible dependents |
| Covered Expenses | Eligible dependent day care expenses only |

*If your spouse's employer offers a similar program, your combined contribution limit for both accounts is $5,000 (e.g., you and your spouse can each contribute $2,500 to your respective employer's account, or $5,000 to only one employer's program).

NNI-LTD-00013469

# Health Management Program

## How this Program Helps Manage Costs

People with chronic conditions generally use more health care services, including doctor visits, hospital care, and prescription drugs. In fact, about 80% of Nortel Networks benefit costs come from only about 20% of our employees – those who suffer from chronic conditions.

By contracting with a disease management claims administrator, such as CorSolutions, Nortel Networks can help mitigate the costs of these diseases while improving the overall health and quality of life enjoyed by program participants.

## Overview

Nortel Networks is partnering with CorSolutions, a nationally recognized leader in health improvement, to offer a voluntary/confidential health management program designed to assist non-HMO Medical Plan option participants and their eligible dependents in managing their health. CorSolutions is a third party provider and therefore not related to Nortel Networks health plan providers (CIGNA, UnitedHealthcare). This program is offered to you and your eligible dependents at no cost. It includes:

- **Nurse Connections** at **866-676-0740**, a toll-free support line that provides access to registered nurses 24-hours a day, 7 days a week, for questions about conditions, symptoms, medications, or other health information.

- **CorSolutions Web Site** at **www.ecorsolutions.com** for health related information, health tools such as health risk assessment, weight and exercise logs, carbohydrate calculator, and blood sugar tracker, e-mail a nurse feature, links to other useful Web sites, and more.

- **Voice Connections** at **877-267-5266**, a toll-free recorded health information line.

- **Chronic disease** (diabetes, hypertension, heart disease, etc) **management assistance** for:
  - Understanding your condition and how to manage symptoms,
  - Understanding and following your doctor's treatment plan,
  - Understanding medications, side effects, contraindications, etc.,
  - Becoming a good health care consumer,
  - Navigating the health care system,
  - Providing your doctor with updates (requires your consent) and national treatment guidelines on your condition.

## How Do I Enroll?

The Health Management Program is a confidential program provided to employees enrolled in a non-HMO Medical Plan and their eligible dependents at no cost. It is voluntary and up to you to decide if you would like to participate. Employees and dependents with chronic health conditions (e.g. diabetes, asthma, heart disease) can choose to participate in a confidential program to help improve their health by contacting CorSolutions at 866-676-0740. Those participants with more serious health conditions may receive an invitation by telephone to participate from CorSolutions.

NNI-LTD-00013470

# Life and AD&D Insurance Plans

## Employee Group Term Life Insurance

The Company provides you with core employee group term life insurance benefits – at no cost – to help cover your family's financial needs if something should happen to you. This insurance is underwritten by The Prudential Insurance Company of America and provides coverage equal to one times your **FLEX Earnings** up to $1 million.

You also have the choice to select:

- Optional employee group term life insurance,
- Optional dependent group term life insurance,
- Optional accidental death and dismemberment (AD&D) Insurance.

**New for 2005**, the rates for optional employee group term life and optional dependent group term life insurance will decrease in aggregate (across both options, including all levels of coverage) by 3.7%. However, individual life insurance rates may increase for employees who are about to reach a milestone year. For example, an employee turning age 30, 35 or 40 may experience an increase in his/her individual rate in 2005. Refer to your Personalized Enrollment Worksheet for your 2005 annual costs.

## Imputed Income Tax

Federal regulations require you to pay imputed income tax on the value of company-provided life insurance in excess of $50,000. To avoid this tax, you may select the lower $50,000 option if one times your FLEX Earnings is more than $50,000. To make this request, you must complete and return the Core Life Insurance Waiver. If you choose to "cap" your employee life insurance at $50,000, you're not eligible to purchase optional life insurance.

## Do You Need to Change Your "Smoker Status"?

To change your "smoker status", contact Global Employee Services anytime during the year. It's important to note that in order to change your smoker status from smoker to non-smoker you must have been a non-smoker for at least 12 months.

If you're a smoker and have falsely claimed yourself as a non-smoker and are paying non-smoker rates, you or your beneficiaries could be denied group term life insurance benefits in the future.

### Update Your Beneficiary Information!

You must designate a beneficiary for your life insurance.

If you have not yet designated a beneficiary or want to change your beneficiary, contact Global Employee Services to request a beneficiary form.

NNI-LTD-00013471

## Optional Employee Group Term Life Insurance

You may choose to purchase optional employee group term life insurance, in addition to the core coverage provided by the Company – payable with **after-tax contributions**. Like your core employee life insurance, this insurance is underwritten by The Prudential Insurance Company of America.

You may choose from the following coverage levels:

- Core plus 1 x FLEX Earnings,
- Core plus 2 x FLEX Earnings,
- Core plus 3 x FLEX Earnings,
- Core plus 4 x FLEX Earnings,
- Core plus 5 x FLEX Earnings.



This means – for example – if you select core plus 1 x FLEX Earnings, you are essentially receiving a total coverage of two times your FLEX Earnings.

The combined maximum amount of core employee group term life insurance and optional group term life insurance coverage that you can carry can't exceed $3 million.

You may also be required to provide evidence of insurability (EOI) when purchasing optional employee group term life insurance if you:

- Select four or five times your FLEX Earnings in optional employee group term life insurance coverage.
- Increase your optional life insurance during the annual enrollment period.

## Optional Dependent Group Term Life Insurance

Dependent group term life insurance pays benefits to you in the event of the death of your spouse or dependent child(ren). This insurance is underwritten by The Prudential Insurance Company of America.

You have the option to purchase this additional coverage – payable with **after-tax contributions** – during the FLEX enrollment period.

| You can select coverage for your... | In the amount of... |
|---|---|
| Dependent Child(ren) | • $5,000<br>• $10,000<br>• $15,000 |
| Spouse | • $10,000<br>• $25,000<br>• $50,000*<br>• $75,000*<br>• $100,000* |

*\* Evidence of insurability (EOI) required for amounts of $50,000 or more.*

**If you select coverage for your dependent children,** the coverage amount is the same for each covered child and the cost is the same regardless of the number of children you cover.

NNI-LTD-00013472

**If you select coverage for your spouse**, the cost is based on:

* Spouse's age as of December 31, 2005,
* Amount of spousal coverage you choose.

*Note, domestic partners and children of domestic partners are not eligible for the dependent group term life insurance options.*

## Calculate Optional Spousal Group Term Life Insurance Cost

The following table lists the cost for every $1,000 of spousal group term life insurance you can buy in 2005. Keep in mind that rates are subject to change in future years.

| Spouse's Age on 12/31/05 | Bi-Weekly Cost Per $1,000 of Group Term Life Insurance |
| --- | --- |
| Under 25 | $0.0221 |
| 25-29 | $0.0221 |
| 30-34 | $0.0290 |
| 35-39 | $0.0332 |
| 40-44 | $0.0443 |
| 45-49 | $0.0664 |
| 50-54 | $0.1020 |
| 55-59 | $0.1910 |
| 60-64 | $0.2935 |
| 65-69 | $0.5598 |
| 70 or older | $0.9156 |

To calculate what your optional spousal group term life insurance will cost:

* From the table, find the bi-weekly cost for your spouse's age at 12/31/05.
* Multiply the amount of group term life insurance divided by 1,000 by the appropriate cost.

Here's an example. If you want to buy $75,000 of group term life insurance for your 37-year-old spouse, your cost would be calculated as follows:

**[$75,000 divided by 1,000] x $0.0332 = $2.49 bi-weekly**

You'll be required to provide evidence of insurability (EOI), satisfactory to Prudential, for your spouse if you select optional spousal group term life insurance coverage greater than $25,000 and you don't already have this level of coverage in effect.

NNI-LTD-00013473

## Optional Accidental Death and Dismemberment (AD&D) Insurance

You can choose to purchase optional accidental death and dismemberment (AD&D) insurance, so you and your dependents have protection against accidental injuries that result in death or the loss of your limbs, hearing, speech or sight. This insurance is underwritten by The Prudential Insurance Company of America.

You will pay for this coverage with after-tax contributions. You can select single coverage for yourself only, or family coverage for yourself and your eligible dependents, as follows:

| For You | For Spouse | For Child(ren) | For Spouse and Childeren |
|---|---|---|---|
| • 1 x FLEX Earnings<br>• 2 x FLEX Earnings<br>• 3 x FLEX Earnings<br>• 4 x FLEX Earnings<br>• 5 x FLEX Earnings | • 60% of your optional AD&D coverage amount | • 20% of your optional AD&D coverage amount for each child | Spouse:<br>• 50% of your optional AD&D coverage amount<br>For each child:<br>• 15% of your optional AD&D coverage amount |

* *The maximum amount of AD&D coverage you can carry for yourself is $1 million.*

Note, domestic partners and children of domestic partners are not eligible for optional AD&D insurance.

*Please note this Accidental Death and Dismemberment (AD&D) policy does not provide coverage for sickness. It provides Accident insurance only, and does not provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.*

NNI-LTD-00013474

# Disability

## Short-Term Disability (STD) Plan

Short-term disability (STD) Plan benefits are designed to continue all or part of your income if you are unable to work due to an approved injury or illness as determined by the claims administrator. STD Plan benefits are available for up to 26 weeks and are administered by The Prudential Insurance Company of America. Any STD benefit you receive will be taxable. Refer to your Summary Plan Description (SPD) for information on qualification requirements for STD Plan coverage. For a copy of the SPD, contact Global Employee Services.

You have the following STD Plan coverage levels available:

## Core STD Plan Coverage

The Company provides you with core STD Plan coverage – at no cost to you – as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 70% of your pre-disability FLEX Earnings |

## Optional STD Plan Coverage

If you want a higher level of STD coverage for weeks 7-26 of disability than what the Core STD Plan provides, you can select optional STD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 90% of your pre-disability FLEX Earnings.

The Optional STD Plan pays benefits as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 90% of your pre-disability FLEX Earnings |

## 2005 Optional STD Plan Rates

| Coverage | 2005 Cost per $100 of FLEX Earnings |
|---|---|
| Optional Short-term Disability (STD) | $0.23 |

NNI-LTD-00013475

## Long-Term Disability (LTD) Plan

If you're unable to return to work after 26 continuous weeks of disability, you may be eligible for Long-term Disability (LTD) Plan benefits. LTD Plan benefits are administered by The Prudential Insurance Company of America and are available after you have exhausted your STD coverage of 26 weeks. Any LTD benefit you receive will be taxable. Refer to your Summary Plan Description (SPD) for information on qualification requirements for LTD coverage. For a copy of the SPD, contact Global Employee Services.

You have the following LTD Plan coverage levels available:

## Core LTD Plan Coverage

The Company provides you with core LTD Plan coverage – at no cost to you. If eligible, you will receive coverage equal to 60% of your pre-disability FLEX Earnings.

## Optional LTD Plan Coverage

If you want a higher level of LTD Plan coverage than what the Core LTD Plan provides, you can select optional LTD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 70% of your pre-disability FLEX Earnings.

## 2005 Optional LTD Plan Rates

| Coverage | 2005 Cost per $100 of FLEX Earnings |
|---|---|
| Optional Long-term Disability (LTD) Plan | $0.18 |

*Please note this policy provides disability income insurance only.  It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.*

NNI-LTD-00013476

# Consumer Tips

Since the Company's health benefits are self-insured, Nortel Networks – not an insurance company – pays the difference between the employees' share of covered expenses and the cost of the services, less any discounts. Despite the responsibility of paying costs directly, self insurance is less expensive in the long run than an insured health care plan, and it provides more flexibility in developing plan features and services. But it means that your utilization of health care services has a direct impact on the Company's bottom line.

The key to better and more effectively managing the rising cost of health care is for employees and the Company to work together. Employees can help by becoming better consumers and understanding how their decisions (and behaviors) during enrollment and beyond shape the ultimate program cost and what benefits are offered each year. For its part, the Company will provide information and other resources to educate employees on how they can better manage their use of health care services.

## What Can You Do?

Here are a few things that you can do to begin making a difference:

- When selecting a health care plan, carefully evaluate your personal situation in terms of health care needs and whether cost or level of coverage is the higher priority. If you have Internet access, use the new eValuator tool to compare the Medical Plan options available to you.

- Consider any coverage available to you and your eligible dependents through your spouse's employer. Use the "Comparing Your Spouse's Plan" feature on eValuator to do a direct comparison. It may be more cost-effective for you and/or your dependents to enroll in your spouse's plan.

- Use lower-cost health care alternatives such as in-network providers and outpatient treatment centers whenever available and medically appropriate.

- Only use an emergency room facility when it's necessary and there are no other alternatives in your area, such as an urgent care clinic.

- If your doctor prescribes a prescription drug, always ask if a generic option is equivalent and available for your needs; if not, check to see if a preferred brand-name drug would be effective.

- If you take maintenance medications, take advantage of the home delivery pharmacy service.

- Make sure all of your doctors are aware of everything you're taking – not only prescription drugs, but also over-the-counter medicines and dietary supplements, including vitamins.

- Review your health care provider's charges to make sure they seem reasonable whenever you receive a doctor's bill or an explanation of benefits from the health plan.

- Follow your doctor's recommendations, observe good health habits and get appropriate preventive care to help stay healthy.

NNI-LTD-00013477

# How to Enroll

## Overview

The FLEX 2005 annual enrollment period is **Tuesday, November 2 – Tuesday, November 16, 2004.** During this time you will have the opportunity to choose among a wide variety of FLEX options to tailor a benefit package to your personal needs. While the overall "look" of enrollment this year is different, how you make your selections and enroll your dependents is still the same.

You must notify Global Employee Services if you are going to be away during the two-week enrollment period to make alternative arrangements. See contact information on page 47.

| Mark These Key Enrollment Dates On Your Calendar! | |
|---|---|
| **Date** | **What This Means to You** |
| Tuesday, November 2 | **Enrollment Begins** – begin using the materials and tools (like eValuator) to familiarize yourself with the 2005 changes. |
| Tuesday, November 9 | **Enrollment is Almost Over** – if you haven't yet enrolled by this date you have one more week to make your decisions for 2005…begin taking action so you don't miss the deadline. |
| Tuesday, November 16 | **Enrollment Ends** – you must enroll by this date or you'll be left with your 2004 coverage under the FLEX Benefits Program at 2005 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2005. |
| Saturday, January 1, 2005 | **FLEX 2005 Selections Become Effective** – any selections you make during the FLEX 2005 annual enrollment period cannot be changed until the next enrollment period unless you experience a status change. |

## Enrollment Checklist

Use this checklist as a guide to make sure you have completed the necessary action steps before you make your selections for 2005.

✔ **Read the materials and understand what is changing and what your options are for 2005.**

✔ **Check your personalized information from your Personalized Enrollment Worksheet to understand which Medical Plan options are available in your area.**

✔ **If you have Internet access, use the new tool – eValuator – to estimate expected medical costs under each Medical Plan option and to help you make appropriate decisions during enrollment**

✔ **Call your doctor, check with the Medical Plan option's member services or visit their Web site to confirm whether your doctors participate in the option you are choosing.**

NNI-LTD-00013478

✔ Consider taking advantage of the tax savings provided by the Reimbursement Accounts and use eValuator to estimate your contribution amount under the Health Care Reimbursement Account.

✔ If you have a spouse, check any benefits coverage offered by your spouse's employer to see if your spouse should enroll in his/her employer's plan before seeking coverage as a dependent under the Nortel Networks plan. You can use the "Comparing Your Spouse's Plan" feature on eValuator to do this comparison.

✔ Review your dependent information on your Personalized Enrollment Worksheet and determine if it needs updating. Even if you choose to waive coverage under the Medical and/or the Dental/Vision/Hearing Care Plan, it's important that all your dependents be listed accurately.

✔ Contact Global Employee Services if you still have questions after reviewing the enrollment materials.

## Do You Need to Enroll?

The FLEX 2005 annual enrollment period allows you the opportunity to enroll in a number of optional FLEX benefits, including the Medical Plan, Dental/Vision/Hearing Care Plan, Health Care Reimbursement Account Plan, Dependent Day Care Reimbursement Account Plan, Optional Life and Accidental Death and Dismemberment (AD&D) Insurance Plans, Short-term Disability (STD) Plan and Long-term Disability (LTD) Plan.

To determine if you need to enroll, ask yourself – Do I want to:

1. Select a new Medical Plan option for 2005?

2. Select a new Dental/Vision/Hearing Care Plan option?

3. Make changes to any other current coverage, such as coverage under the Health Care Reimbursement Account Plan, Dependent Day Care Reimbursement Account Plan, Optional Life and Accidental Death and Dismemberment (AD&D) Insurance Plans, Short-term Disability (STD) Plan and Long-term Disability (LTD) Plan?

4. Select or make changes to my dependent coverage under the Medical Plan, Dental/Vision/Hearing Care Plan and/or Life and Accidental Death and Dismemberment (AD&D) Plans?

5. Update my dependent information, whether or not they are currently participating in the FLEX Benefits Program?

6. Contribute to the Health Care Reimbursement Account (HCRA) and/or Dependent Day Care Reimbursement Account (DDCRA), whether or not you are currently contributing?

7. Change my "smoker status" for optional employee life insurance?

If you answered **"yes"** to any of the above questions, you'll need to enroll this year.

### NOTE: If You Need to Update Dependent Information, You Must Enroll!

Even if you chose to waive Medical Plan and Dental/Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately, since this information may be required for other benefits (e.g., spousal life insurance, AD&D insurance). Also, your dependents must be listed accurately to have easy access to the Employee Assistance Program (EAP).

Review your current coverage on your Personalized Enrollment Worksheet and verify that all eligible dependents are listed and the information is correct. If not, update this information on your Personalized Enrollment Worksheet.

NNI-LTD-00013479

## If You Don't Enroll

If after considering the above questions you decide you don't want to make changes for 2005, you still need to locate your Personalized Enrollment Worksheet in your enrollment package to review your current coverage and confirm that your dependent information is correct.  Remember that if you don't enroll, you'll be left with your 2004 coverage under the FLEX Benefits Program at 2005 costs – with the exception of the Reimbursement Accounts. If you don't enroll, you won't be able to participate in the Reimbursement Accounts for 2005.

If you decide you don't want to make changes for 2005, there's no action required on your part. You'll receive a Confirmation Statement in the mail confirming your 2005 coverage and costs.

## Four Steps to Enrollment

Once you've reviewed the materials, familiarized yourself with the 2005 changes and completed all the steps on the Enrollment Checklist, you're ready to enroll! Remember, the FLEX 2005 annual enrollment period is **Tuesday, November 2 – Tuesday, November 16, 2004.**

| Four Steps to Enrollment | |
| --- | --- |
| Step 1: | Locate your Personalized Enrollment Worksheet included in your enrollment package. This document lists your 2005 options and costs. |
| Step 2: | Complete your Personalized Enrollment Worksheet to make changes to your dependent information or to make new FLEX selections. |
| Step 3: | Mail your completed Worksheet in the enclosed reply envelope or fax it to Global Employees Services at ESN 355-9303 or 919-905-9303. Include a phone number where you can be reached if a Global Employee Services representative needs to contact you. Retain a copy of your Personalized Enrollment Worksheet. If you faxed your completed Worksheet, also retain a copy of the fax receipt confirmation for your records. |
| Step 4: | Watch the mail at home for your Confirmation Statement. You should receive it shortly after the annual enrollment period ends. Review your Confirmation Statement to make sure that it correctly reflects the coverage you selected. If there are errors, contact Global Employee Services immediately. If you don't receive a Confirmation Statement by December 5, 2004, contact Global Employee Services. Keep your Confirmation Statement for future reference. |

Your selections are effective from January 1, 2005 until December 31, 2005 and you will not be able to make any changes during the year unless you experience a status change (subject to eligibility, as defined on page 8 under "Eligibility and Coverage").

NNI-LTD-00013480

# Contact Information

| | Phone Number | Web Site Address |
|---|---|---|
| **Nortel Networks** | | |
| Global Employee Services | **ESN:** 352-4636<br>**Direct:** 919-992-4636<br>**Toll free:** 1-800-676-4636 | **Internal:** GES, North-America<br>**External:** gesna@nortelnetworks.com |
| **FLEX Benefits Enrollment Tool**<br>(You may wish to use this online tool to enroll<br>if you have Nortel Networks Intranet access) | | **Online:** https://eflex.us.nortel.com:49185/ |
| For a NorPASS Password | **ESN:** 684-4357 (NT4-HELP)<br>**Toll free:** 1-800-684-4357 | **Online:** http://norpass.ca.nortel.com/ |
| Services@Work<br>(Can be accessed via Nortel Networks Intranet) | | **Online:** http://services-canada.ca.nortel.com/ |
| **Medical Benefits** | | |
| CIGNA HealthCare PPO and<br>Out-of-Area Comprehensive | **Toll free:** 1-800-257-2702<br>**In Puerto Rico:** 787-753-6868<br>**International Locations:**<br>1-800-441-2668 | **Online:** http://www.cigna.com/ |
| CIGNA HealthCare EPO (EPP)<br>Note: CIGNA refers to Medical Plan option names<br>differently than Nortel Networks does, so in order to<br>avoid confusion: If CIGNA materials say: EPP;<br>The Nortel Networks option is: EPO | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |
| CIGNA International Health Services Plan | **Direct:** 302-479-6617 | |
| United Healthcare (PPO and EPO) | **Toll free:** 1-877-311-7846 | **Prospective members:** http://www.uhc.com/<br>**Participants:** http://www.myuhc.com/ |
| Blue Choice Value (HMO) | **Toll free:** 1-800-462-0108 | **Online:** http://www.bcbsra.com/ |
| Harvard Pilgrim Health Care (HMO) | **Toll free:** 1-800-333-4742 | **Online:** http://www.harvardpilgrim.org/ |
| Kaiser Permanente Northern California (HMO) | **Toll free:** 1-800-464-4000 | **Online:**<br>http://www.kaiserpermanente.org/locations.california |
| **Prescription Drug Benefits** | | |
| Medco Health | **Toll free – Participants only:**<br>1-800-711-3460<br>**Toll free – First time users:**<br>1-877-782-7862 | **Online:** http://www.medcohealth.com/ |
| **Dental Care Benefits** | | |
| CIGNA HealthCare | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |

NNI-LTD-00013481

| | Phone Number | Web Site Address |
|---|---|---|
| **Vision Care Benefits** | | |
| EyeMed | **Toll free:** 1-866-680-1186 | **Online:** http://www.enrollwitheyemed.com (non-member site available until 1/1/05) **Online:** http://www.eyemedvisioncare.com (member site available after 1/1/05) |
| Laser Benefit | **Toll free:** 1-877-5LASER6 | |
| Replacement Contact Lens by Mail | | **Online:** www.eyemedcontacts.com |
| **Hearing Care Benefits** | | |
| CIGNA HealthCare | **Toll free:** 1-800-257-2702 | **Online:** http://www.cigna.com/ |
| **Reimbursement Accounts** | | |
| SHPS | **Toll free:** 1-800-678-6684 | **Online:** http://www.shps.net/ |
| **Health Management Program** | | |
| CorSolutions | **Nurse Connections:** 1-866-676-0740 Provides access to registered nurses 24-hours a day, 7 days a week **Voice Connections:** 1-877-267-5266 A toll-free recorded health information line | **Online:** http://www.ecorsolutions.com/ |
| **Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits** | | |
| United Behavioral Health (UBH) | **Toll free:** 1-800-842-2991 | **Online:** http://www.liveandworkwell.com/ Access code: 800-842-2991 (include the hyphens) |
| **Short-Term Disability Benefits** | | |
| Prudential Group Short-Term Disability Claims | **Toll free:** 1-877-664-8677 | **Online:** http://www.prudential.com/inst/gldi/ |
| **Long-Term Disability Benefits** | | |
| Prudential Group Long-Term Disability Claims | **Toll free:** 1-800-842-1718 | **Online:** http://www.prudential.com/inst/gldi/ |
| **Life, Accidental Death and Dismemberment Insurance** | | |
| Prudential Group Life Claims Division | **Toll free:** 1-800-524-0542 | |
| **Other** | | |
| Internal Revenue Service (IRS) | **Toll free:** 1-800-TAX-FORM (1-800-829-3676) | **Online:** http://www.irs.gov |

NNI-LTD-00013482

# How to Use eValuator

**"We need a tool that will help us compare our Medical Plan options based on our personal needs."** – Input from Nortel Networks employees.

We heard you and know it's difficult to select a Medical Plan option that's right for you by reading examples of what's worked for other "typical" employees. That's why the Company is introducing eValuator for 2005. This new, confidential, interactive Web-based tool will help you choose the right Medical Plan option to suit your personal needs.

This tool is intended to provide general guidance only to help you make more informed decisions as it estimates your expected share of medical cost based on national average medical cost data. For this reason, your actual costs will vary from the results shown within the tool. Please refer to the disclaimer statement you must accept before entering the tool for more information.

eValuator uses basic information about you and your family's anticipated 2005 health care needs to:

- Estimate the total cost of medical services and products.
- Compare your expected out-of-pocket costs and payroll contributions under each available Medical Plan option.
- Compare your Nortel Networks coverage to your spouse's plan.
- Estimate how much you should contribute to the Health Care Reimbursement Account (HCRA) and see the potential tax savings you could realize by participation in the HCRA.

Using eValuator is easy. If you have a home computer with Internet access, follow these steps to get started...

## Include your Spouse

To access eValuator with your spouse from your home computer, go to **www.my-benefits.com/nortel**. When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

NNI-LTD-00013483

**NOTE:**

The eValuator is designed to provide only an estimate of your costs under the Medical Plan options available to you. The actual amount the option pays or your out-of-pocket costs could be higher or lower than the amounts calculated by eValuator. The personal information you enter is confidential and will not be seen by anyone but you. The information you enter or your results will not be saved or stored once your session is ended.

| How to Use Evaluator | |
|---|---|
| Step 1: | From your home computer go to **www.my-benefits.com/nortel** to get started. You'll need to enter the password "evaluator" (all lowercase) to enter the tool. Once on the tool, click **"Start"** to go to the home page where you will enter your zip code. After you enter your zip code, click the **"Cost Comparison"** link to continue. |
| Step 2: | Enter your number of dependents (spouse and child[ren]) and select a category (Basic, Moderate or Complex) that best describes the annual expected health care usage for yourself and each dependent and click **"Continue"**. Remember you are estimating your total medical needs for 2005 so be sure to include the number of dependents you expect to have in 2005. |
| Step 3: | A summary of the annual health care services you've indicated for you and your family will be displayed. Click the **"Modify Services"** button to see more details or to make any changes. From the list of Expected Medical Expenses, choose those that you anticipate you and your family will need in the upcoming year. When making these selections keep in mind what your medical needs have been in 2004 and any expected changes or additional needs you may have in 2005. |
| Step 4: | Click **"See Results"** and you will be shown your estimated costs for each available Medical Plan option available in your area based on the expected medical expenses and number of dependents you selected. From the results page you can click the **"Compare Spouses Plan"** button to compare your Nortel Networks coverage to your spouse's employer's plan. You can also click **"View Tax Savings"** from this page to estimate the tax savings you could realize through participation in the Health Care Reimbursement Account (HCRA). |

NNI-LTD-00013484

# Glossary

### After-tax contribution

A contribution for benefits coverage that is deducted from your pay **after** federal income tax, FICA (Social Security), and most state and local income taxes have been deducted.

### Before-tax contribution

A contribution for benefits deducted from your pay **before** federal income tax, FICA (Social Security), and most state and local income taxes are deducted, which reduces your taxable income and saves you money in taxes.

### Calendar Year

January 1 through December 31. This period is also known as the Plan Year for purposes of all Nortel Networks health care plans.

### Calendar Year Deductible for Medical Options

Before benefit payments begin, you must satisfy an annual deductible. There are individual and family deductible amounts. When you or a member of your family satisfies his/her individual deductible then benefits for that person are payable at the applicable coinsurance rate.

When the deductibles for all family members combined reach the family deductible amount, the family deductible will be considered satisfied for that calendar year. However, to satisfy the family deductible, no one person can contribute more than their individual deductible amount. For example, if the individual deductible is $300 – no one person can contribute more than $300 towards satisfying the $900 family deductible.

Covered expenses you pay for both in-network and out-of-network care count toward both (individual and family) deductibles

### Calendar Year Deductible for Dental/Vision/Hearing Care Options

Before benefit payments begin, you must satisfy an annual deductible. There are individual and family deductible amounts. When you or a member of your family satisfies his/her individual deductible then benefits for that person are payable at the applicable coinsurance rate.

When the deductibles for all family members combined reach the family deductible amount, the family deductible will be considered satisfied for that calendar year. However, to satisfy the family deductible, no one person can contribute more than their individual deductible amount. For example, if the individual deductible is $25 – no one person can contribute more than $25 towards satisfying the $75 family deductible.

NNI-LTD-00013485

## Calendar Year Out-of-Pocket Maximum for Medical Options

The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding deductibles, copays and any amounts over reasonable and customary limits. This amount also excludes mental health and substance abuse treatment benefits and prescription drug benefit expenses. The plan pays 100% of any covered expenses (except outpatient treatment for mental illness, alcohol or substance abuse treatment) after the maximum is reached, up to the Medical Plan's maximum benefit. Covered expenses you pay for both in-network and out-of-network care count toward both (individual and family) out-of-pocket maximums.

The following expenses do not count towards the out-of-pocket maximums:

- Charges applied to the calendar year deductible,
- Charges applied to the separate deductible/hospital admission,
- Copayments,
- Employee contributions.

## Calendar Year Out-of-Pocket Maximum for Mental Health and Substance Abuse Treatment

The maximum dollar amount you pay annually out of your pocket for covered mental health and substance abuse treatment expenses, excluding deductibles, copays and any amounts over reasonable and customary limits. The plan pays 100% of any covered expenses after the maximum is reached, up to the plan's maximum benefit. Covered expenses you pay for both in-network and out-of-network care count toward the out-of-pocket maximum.

## Dispense as Written (DAW)

A phrase prescribers use when writing a prescription to indicate their preference that the pharmacy dispense the brand-name drug as ordered by the doctor rather than a generic substitute. The doctor may indicate DAW on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only the brand-name drug.

## Evidence of insurability (EOI)

Any statement of proof of your and/or your spouses' physical condition verifying evidence of good health affecting your acceptance for coverage. You or your spouse may be required to provide evidence of insurability (EOI) for life insurance. Your request for the increased coverage is dependent upon your EOI being approved.

Remember: Providing EOI is not a guarantee that your request for increased coverage will be approved.

NNI-LTD-00013486

## FLEX Credits

Company-provided benefit dollars you may use to purchase optional FLEX benefits.

## FLEX Earnings

Your 2005 FLEX Earnings is your base salary from Nortel Networks as of September 24, 2004. If you are eligible for sales incentives, your FLEX Earnings include your base salary and target incentives, as defined each year by the Company (excluding bonuses). FLEX Earnings do not include other types of pay, including but not limited to, overtime, shift differentials, relocation payments or bonuses. If you were hired after September 24, 2004, your FLEX Earnings are based on your salary as of your hire date.

Part-time employees' premium calculations under the FLEX Disability, Life and AD&D Plans are based on a 25-hour work week if the employee regularly works 20-34.5 hours per week, and on a 40-hour work week if the employee regularly works more than 35 hours per week. Claim calculations on short-term and long-term disability benefits are based on the number of hours worked that a part-time employee has averaged over the 12 weeks immediately preceding the event which caused a claim for benefits to be filed.

## In-Network

The level of benefits you receive when you seek care from network providers. For instance, the Medical Plan PPO options pay in-network benefits at a higher rate than out-of-network benefits. Network providers include hospitals, doctors and other health care providers and pharmacies that have entered into an agreement to participate in a network – and thus, provide services for pre-negotiated, discounted fees.

## Maintenance Medications

Prescription drugs that you use on a long-term basis (for at least three months) to treat chronic conditions.

If your doctor prescribes a maintenance drug, you can use the home delivery pharmacy service to order up to a 90-day supply that in most instances will cost you less than the price you would pay at a retail in-network pharmacy and the prescription will be delivered right to your doorstep. This could mean a significant savings for you when compared to getting three 30-day refills at a retail pharmacy and paying 20-30% of the cost.

NNI-LTD-00013487

## Managed Care options

If you live in a network area, you can choose among several managed care options for your medical needs. A managed care plan is a type of health plan that negotiates discounted fees with hospitals, doctors and other providers in advance. These providers then form a managed care network. Generally, when you use the providers who have an agreement with the managed care network, you receive the highest benefits coverage level applicable under the plan.

## Out-of-Network

The level of benefits you receive when you seek care from out-of-network providers. If you seek treatment from an out-of-network provider, the plan will pay benefits at a lower level than in-network benefits for the PPO Options. Some options under the Medical Plan (such as an HMO or the EPO) do not provide reimbursement for out-of-network benefits.

## Pre-Certification

Under all medical plan options, you are required to get pre-certification for hospital admission or non-emergency surgery. If you don't get the required pre-certification, the Medical Plan will pay benefits at a lower level or might not pay benefits at all.

## Preferred Provider Organization (PPO)

A type of managed care option that allows you to choose any provider for your health care. However, the coverage level is higher when you receive care from an in-network provider. This is because a claims administrator, such as CIGNA, has contracted with the health care network providers to provide services for pre-negotiated, discounted fees when you use in-network providers for care. You can use out-of-network providers, but the coverage level is reduced.

## Reasonable and Customary (R&C)

A charge for a covered expense under the Medical Plan or the Dental/Vision/Hearing Care Plan that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

NNI-LTD-00013488

NNI-LTD-00013489



© 2004 Nortel Networks.

*Nortel Networks, the Nortel Networks logo, and the
Globemark are trademarks of Nortel Networks.
Printed in the United States.

FLEX 2005 Enrollment Guide 11/04