# **EXHIBIT E**



**2003**
# Navigating Your FLEX Benefits Enrollment

*For U.S. Participants*



# For Employees Not Actively at Work

As we did last year, in an effort to both streamline the annual enrollment package and manage costs, Nortel Networks is providing a printed version of the new *FLEX 2003 Roadmap* to FLEX participants who don't have access to the online version available on the Nortel Networks Intranet. You'll need to review the enclosed Roadmap, together with this insert, for important information that will help you make benefits selections for next year.

**What To Look For**

While much of the content of the Roadmap applies to you, there are a few differences that are outlined in this insert. Watch for the symbol that describes your particular situation:

♥ = Family care leave of absence

■ = Leave of absence without pay

▼ = Severance/salary continuation

● = Long-term disability (LTD) leave

Anything not marked with a symbol applies to FLEX participants in all of these groups.

## What's Paid by You and What's Paid by the Company

What's available to employees who aren't at work differs slightly from what's described in the Roadmap.

### Core Benefits – Company Pays the Full Cost

You're provided with the following benefits, which are paid in full by the Company:

- Basic medical coverage for you under the Preferred Provider Organization (PPO) Option or the Out-of-Area Comprehensive Option if you don't live within a network area,

- Employee life insurance equal to 1 X FLEX Earnings, and

- Employee Assistance Program (EAP).

## Optional Benefits — Employee-Paid

You have the option to buy the following benefits at your own expense:

- Medical coverage for you (other than the basic medical coverage, which is paid for by the Company) and for your eligible dependents,

- Dental/vision/hearing care coverage for you and your eligible dependents,

- Optional employee life insurance,

- Dependent life insurance for your spouse and/or children, and

- Accidental death and dismemberment (AD&D) insurance for you and/or your family.

One or more of these life/AD&D insurance options may not apply to you.

## Paying for Your Benefits

♥ ■ ● If you're on a family care leave of absence, leave of absence without pay or LTD leave, you're not eligible for FLEX Credits. Nortel Networks pays your share of the cost of basic medical coverage for you only.

▼ If you receive severance/salary continuation payments, you may purchase medical and dental/vision/hearing care benefits with before-tax dollars. Life and AD&D insurance are available for purchase only with after-tax dollars.

● If you're on an LTD leave, payment for your FLEX Benefits will be deducted from your LTD benefit payments on an after-tax basis. If your FLEX selections cost more than your LTD benefit, Benefits Billing Service will contact you.

♥ ■ If you're on a family care leave of absence or leave of absence without pay, you'll pay for your FLEX Benefits monthly on an after-tax basis. Benefits Billing Service will contact you regarding payment information based on your selections for 2003.

> **If You're on an LTD Leave**
>
> If you're on an LTD leave, be sure to read "A Note About Life and AD&D Insurance" on page 3 for additional information about your Company-paid benefits.

# A Note About Reimbursement Accounts

♥ If you're on a family care leave of absence, you may contribute to the Health Care Reimbursement Account (HCRA) and/or the Dependent Day Care Reimbursement Account (DDCRA) on an after-tax basis.

2

▼ If you're on severance/salary continuation and receiving severance/salary continuance payments, you may contribute to the HCRA on a before-tax basis.

If you're eligible to participate in the Reimbursement Accounts and you want to contribute to one or both of them, you must enroll for 2003 even if you're not changing your contribution amounts. **If you don't enroll, you won't be able to contribute to a Reimbursement Account in 2003, unless you have a Status Change.** If a Status Change occurs, you have 31 days from the date of the event to submit your changes to Employee Services.

# A Note About
# Life and AD&D Insurance

## ♥ ■ ▼ For FLEX Participants on a Family Care Leave of Absence, Leave of Absence Without Pay or Severance/Salary Continuation

You may not increase optional life insurance or optional AD&D insurance coverage for you or your eligible dependents. However, you may decrease or drop this coverage.

If you were enrolled in FLEX in 2002 and you don't change your selections during this annual enrollment period, your selections for employee and dependent life insurance effective on December 31, 2002 will remain in effect for 2003 at the 2003 cost.

## ● For FLEX Participants on an LTD Leave

*Employee Life and AD&D Insurance*

You'll continue to receive employee life insurance equal to the coverage amount you had at the time of your disability or July 1, 1994, whichever is later. If you had optional (supplemental) employee life insurance before your disability began, it will continue in the same coverage amount you have on December 31, 2002, at no cost to you.

You'll continue to receive employee AD&D insurance equal to the coverage amount you have on December 31, 2002. If you had optional employee AD&D insurance before your disability began, it will continue in the same coverage amount you have on December 31, 2002, at no cost to you.

*3*

*Dependent Life and Dependent AD&D Insurance*

You're eligible to continue dependent life and dependent AD&D insurance equal to the coverage amount you have on December 31, 2002, at the 2003 cost.

*Employee and Dependent Life and AD&D Insurance*

You may not decrease or increase optional life or optional AD&D insurance coverage for yourself. This benefit is fully paid by the Company. However, because you pay the full cost of dependent coverage, you do have the option to decrease or drop this coverage for your dependents.

# A Note About
# Your Disability Coverage Selection

● If you're on an LTD leave on January 1, 2003, you'll continue to receive disability benefits under your 2002 coverage until you return to work. **Any new coverage you select during this annual enrollment period will become effective, and your payroll deductions will begin, after you've returned to active work for 30 consecutive days.**

©2002 Nortel Networks.
*Nortel Networks, the Nortel Networks logo, and the
Globemark are trademarks of Nortel Networks.
Printed in the United States.
US-NAW-IST-001.002

4



# FLEX 2005 ENROLLMENT GUIDE

For U.S. FLEX Participants
Not Actively Working



NNI-LTD-00013491

## FLEX 2005 Benefits Enrollment Guide
## For Employees Not Actively at Work

This enrollment guide has been prepared especially for Nortel Networks employees who are U.S. FLEX participants and are not actively at work for one of the following reasons:

- Family care leave of absence
- Leave of absence without pay
- Severance/salary continuation
- Long-term disability (LTD) leave

Much of the content of this enrollment guide applies to both active employees and employees who are not actively at work. However, there is information specific to those not actively at work in the following sections of this guide:

- **FLEX At-a-Glance** – The core benefits and optional benefits for those not actively at work are slightly different than for active employees (see page 8).

- **Paying for Benefits** – The methods of payment for those not actively at work varies depending on the type of leave and the specific FLEX benefits that are purchased (see page 9).

- **Health Care Reimbursement Accounts** – Special conditions apply for those not actively at work who participate in the Health Care Reimbursement Account (see page 33) and the Dependent Day Care Reimbursement Account (see page 36).

- **Optional Employee and Dependent Group Term Life Insurance** – Coverage in effect can be continued for 2005, but special conditions apply (see pages 41 and 42).

- **Optional Accidental Death and Dismemberment Insurance (AD&D)** – Coverage in effect can be continued for 2005, but special conditions apply (see page 43).

- **Short-term and Long-term Disability** – If you're on STD or LTD leave, coverage in effect will continue until you return to work (see page 44 and 45).

NNI-LTD-00013492

# Table of Contents

What's New – Looking Ahead to FLEX 2005 ............................... 4

Flex At-a-Glance ....................................................... 8

Medical Benefits ...................................................... 11

Your Costs ........................................................... 16

Prescription Drug Benefits ............................................. 23

Employee Assistance Program .......................................... 27

Mental Health & Substance Abuse ...................................... 28

Dental/Vision/Hearing Care Plan ....................................... 30

Health Care Reimbursement Account (HCRA) .............................. 33

Dependent Day Care Reimbursement Account (DDCRA) ..................... 36

Health Management Program ........................................... 39

Life and AD&D Insurance Plans ........................................ 40

Disability ............................................................ 44

Consumer Tips ........................................................ 46

How to Enroll ........................................................ 47

Contact Information .................................................. 50

How to Use eValuator .................................................. 52

Glossary ............................................................. 54

If there are any discrepancies between the information in this document and the applicable Nortel Networks benefits plan, the actual plan document shall, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel Networks reserves the right to amend or discontinue the plan and/or program described in this document at any time without prior notice to, or consent by, employees.

The Basic Term Life, Optional Term Life, Dependent Term Life, Accidental Death & Dismemberment, Short Term Disability and Long Term Disability coverages are issued by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. This document does not include all policy provisions, exclusions, and limitations. A booklet-certificate with complete information concerning the life insurance and AD&D insurance plans, including exclusions and limitations, will be provided. If there is a discrepancy between this document and the booklet-certificate issued by The Prudential Insurance Company of America, the terms of the booklet-certificate will govern. Contract Series 83500 or 96945

IFS A096118 Ed. 9/2004

# What's New – Looking Ahead to FLEX 2005

We're approaching that time when you're required to make important decisions about the benefits coverage that will meet your needs for the upcoming year. **The FLEX 2005 annual enrollment period will run from November 2 to November 16, 2004.**

To help you make your FLEX 2005 selections, we've included:

* A Personalized Enrollment Worksheet, which lists your current FLEX selections and 2005 options and costs,

* This FLEX Enrollment Guide, which explains:

    – What's changing,
    – Plan benefits and cost information,
    – Detailed plan feature charts for Medical Plan options and Dental/Vision/Hearing Care Plan options,
    – Information about who needs to enroll and the steps you need to take to successfully complete FLEX 2005 annual enrollment,

* An enrollment reply envelope.

Once enrollment begins, you'll be able to call or e-mail Global Employee Services (GES) if you have any questions about FLEX 2005.

## Minimal Changes for 2005

Nortel Networks is committed to providing you with a comprehensive and valued set of rewards. The FLEX Benefits Program is a key part of your rewards package. It's currently designed to give you comprehensive coverage and protection from many of the financial burdens that can result from serious illness or injury.

Two important goals of the program are to **offer you choices** that match your personal needs at **reasonable costs** that reflect the level of use and degree of coverage provided by our plans.

In line with these goals, we introduced changes last year, both to plan designs and to employee contribution levels. The good news is that these actions – and more importantly your efforts to manage your use of health care services – made a difference. That's why the plan design changes for 2005 will be minimal.

NNI-LTD-00013494

## Plan Changes and Process Improvements

Nortel Networks will introduce the following FLEX plan changes and process improvements in 2005:

- **Introduction of eValuator – a new online tool to help you choose.** If you have a home computer and access to the Internet, as of November 2 you can use a new online tool called eValuator. This tool has been added in direct response to employee research which revealed employees needed a tool to help them make more informed enrollment decisions. The eValuator will help you compare your Medical Plan options based on your and your dependents anticipated use of health plan services. You can also use this tool to compare your Nortel Networks coverage to your spouse's plan, and estimate your appropriate contribution level for the Health Care Reimbursement Account and to see the potential tax savings that can be realized through participation. To access this tool go to **www.my-benefits.com/nortel.** When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

- **There will be a $3,000 out-of-pocket maximum per person for prescription drugs filled through the home delivery pharmacy service.** This means the plan will pay 100% of the cost of prescription drugs filled through the home delivery pharmacy service after the amount you have paid in the calendar year (January 1 through December 31) reaches $3,000. This new enhancement will greatly benefit those who have a high usage of prescription drugs while encouraging others to use the home delivery pharmacy service for maintenance medications.

- **EyeMed will be the new vision care claims administrator.** By transitioning to the EyeMed network, you will now have greater access to vision services and products available through national retail stores, such as Pearle Vision, LensCrafters and other smaller retail chains, in addition to independent eye care providers. These types of retailers typically offer extended hours, providing you with more flexibility when it comes to your vision care needs. Although EyeMed will be the new vision care claims administrator in 2005, there will be no changes to the plan features.

- **Decrease in optional life insurance rates.** The rates for optional employee group term life insurance and optional dependent group term life insurance will decrease in aggregate (across both options, including all levels of coverage) by 3.7%.

- **There will be minimal plan design changes to the HMO Options.** Some of the plan features of the HMO Options are changing for 2005. Refer to page 19 for more details on HMO options.

NNI-LTD-00013495

## Looking for Ways to Save Money?

If you are like most people, you're probably looking for opportunities to save money. Luckily, Nortel Networks provides a great way to help you do just that and save money on your eligible health care expenses – the Health Care Reimbursement Account (HCRA).

The HCRA covers eligible health care expenses that are typically not covered by your Medical Plan option – including certain over-the-counter medications. Your contributions to the HCRA are before-tax, so you are reducing your taxable income – and thus, saving money. Depending on which tax bracket you fall into, this can translate into a tax savings of 15% to more than 40%! Due to IRS regulations, you must use your entire account balance in the calendar year and cannot carry it over to the next year.

Besides doing your research and selecting the right FLEX benefits that complement your health care needs each year, taking advantage of the HCRA is another great way to manage your health care costs in 2005. If you have Internet access, you can use your computer to access the eValuator (available November 2) to project the potential tax savings you could realize by participation in the HCRA – you won't regret it! Go to **www.my-benefits.com/nortel** to access this tool. When accessing eValuator from a home computer and not through Nortel Networks Intranet, you'll need to enter the password "evaluator" (all lowercase) to enter the tool.

## Employee Contributions

Thanks to the efforts of Nortel Networks employees to become better health care consumers and the changes we implemented last year, we've made progress in managing health care costs. However, we estimate the company will still spend more than $105 million in the U.S. on health care costs this year, an average of $7,860 per employee.

In 2005, we will again target a Nortel Networks/employee cost share target of 85%/15% as we did in 2004. As a result, there will be some increases to employee contributions for Medical Plan and Dental/Vision/Hearing Care Plan coverage in 2005. Increases will be minimal for employee ("you only") coverage, but those who choose to cover their dependents will see a higher cost increase, in line with competitive practice. If you have a spouse who is employed and has coverage available through his or her company, it will be more important than ever to take a close look at the options and costs of your spouse's plan. Once enrollment begins, if you have access to the Internet through your home computer, you'll be able to use the **"Comparing Your Spouse's Plan"** feature on eValuator to do this comparison easily.

NNI-LTD-00013496

## Get Ready to Enroll

**The FLEX 2005 annual enrollment period is November 2 to November 16, 2004.**
If you're going to be away during this two-week period, contact Global Employee
Services (GES) before you leave.

You can reach GES toll-free at 1-800-676-4636 or ESN 352-4636. You may also contact
GES via external e-mail at gesna@nortelnetworks.com.

In preparation for enrollment, here are some things you can start doing now:
- Consider your estimated health care needs and expenses for the coming year.
- Consider any other similar coverage available to you. Don't forget, if you and your
  family members are covered under more than one plan, even if you and your
  spouse both work at Nortel Networks, the maintenance of benefits provision
  allows you to coordinate payment of claims under each other's plans.
- Decide whether your dependent information needs updating. Even if you choose
  to waive coverage under the health plans, it's important that all your dependents
  are listed accurately.
- Consider enrolling in one or both of the Reimbursement Accounts, if eligible to
  participate on a before-tax basis. Becoming a better health care consumer means
  taking advantage of the tools available to you.

Finally, remember that if you don't enroll, **you'll be left with your 2004 coverage
under the FLEX Benefits Program at 2005 costs – with the exception of the
Reimbursement Accounts. If you don't enroll, you won't be able to participate in the
Reimbursement Accounts for 2005.**

NNI-LTD-00013497

# FLEX At-a-Glance

You automatically receive coverage for core benefits – which are fully paid by the Company. You don't have to enroll to receive this coverage. However, you can choose to purchase optional benefits that provide a higher level of coverage than your core benefits. The following chart lists core benefits and optional benefits available to those who are not actively at work.

| Your FLEX 2005 Benefits At-A-Glance | |
|---|---|
| **Core Benefits – Company automatically provides these benefits to you** | |
| • Short-Term Disability (STD) Plan Coverage<br>• Long-Term Disability (LTD) Plan Coverage | • Employee Group Term Life Insurance<br>• Employee Assistance Program (EAP) |
| **Optional Benefits – You can enroll in these optional benefits** | |
| • Medical Plan Coverage<br>• Dental/Vision/Hearing Care Plan Coverage<br>• Health Care Reimbursement Account Plan (HCRA)*<br>• Dependent Day Care Reimbursement Account Plan (DDCRA)*<br>• Optional Short-Term Disability (STD) Plan Coverage* | • Optional Long-Term Disability (LTD) Plan Coverage*<br>• Optional Employee Group Term Life Insurance<br>• Optional Dependent Group Term Life Insurance<br>• Optional Accidental Death and Dismemberment (AD&D) Insurance |

*Refer to the appropriate section in this enrollment guide for information on special provisions that apply to employees not actively at work*

## How FLEX Works

You have the opportunity to choose from among a wide variety of benefits to meet your and your family's needs. You are eligible to make these benefit choices:

• When you're a new hire,
• During the annual enrollment period,
• During the 31-day period after you experience a status change.

Other than the annual enrollment period or when you're a new hire, the occurrence of a status change is the only time you can change your FLEX choices. The FLEX selections you may make must be consistent with the status change. Status changes include, but aren't limited to, events such as:

• Marriage,
• Domestic partner relationship becoming qualified for eligibility and verified by Global Employee Services,
• Divorce, annulment or legal separation,
• Birth, adoption, placement for adoption or change in legal custody of a dependent child,
• Disability of a spouse, enrolled domestic partner or dependent child,
• Change in employment status affecting benefit eligibility for you, your spouse or enrolled domestic partner or dependent child (such as from or to part-time or full-time or a paid leave of absence).

*Note that if a doctor leaves your Medical Plan option's network, this is NOT considered a status change.*

NNI-LTD-00013498

## Paying For Benefits

Your method of payment will vary depending on the reason you're not actively at work (type of leave) and the FLEX benefits you are buying, as summarized in the following chart.

| If you're on… | You'll pay for for your medical benefits with… | You'll pay for your dental/ vision/hearing benefits with… | You'll contribute to the Reimbursement Accounts with… | You'll pay for your optional short-term and long-term disability benefits with… | You'll pay for your optional employee and dependent group term life insurance with… | You'll pay for your optional employee and family AD&D insurance with… |
|---|---|---|---|---|---|---|
| • Family care leave of absence* <br> • Leave of absence without pay* | After-tax dollars (No FLEX Credits provided) | After-tax dollars (No FLEX Credits provided) | After-tax dollars (No FLEX Credits provided) if eligible to participate | Coverage discontinued during leave; coverage goes into effect once return to work requirements have been met | After-tax dollars (No FLEX Credits provided) | After-tax dollars (No FLEX Credits provided) |
| • Severance/salary continuation | Before-tax dollars | Before-tax dollars | Before-tax dollars | Not eligible to purchase optional coverage | After-tax dollars | After-tax dollars |
| • Long-term disability (LTD) leave** | After-tax dollars (No FLEX Credits provided) | After-tax dollars (No FLEX Credits provided) | Not eligible to participate | No premiums required while you are receiving LTD benefits if you had selected this coverage prior to disability | No premiums required while you are receiving LTD benefits if you had selected this coverage prior to disability | No premiums required while you are receiving LTD benefits if you had selected this coverage prior to disability |

*Benefits Billing Service will contact you with this information based on your 2005 selections.*
**If your FLEX selections exceed your LTD benefit, Benefits Billing Service will contact you*

## Eligibility

You are eligible for FLEX if you're a Nortel Networks full-time or part-time employee regularly scheduled to work 20 hours or more per week.

The following dependents are eligible for benefits under many FLEX options:

- Your spouse, including a common law spouse under state law or domestic partner* if qualified under plan rules,
- Your unmarried children and/or your domestic partner's children under age 19,
- Your unmarried children and/or your domestic partner's children under age 25 who are full-time students at an accredited school and are primarily supported by you,
- Your eligible, unmarried, physically or mentally disabled child(ren) and/or domestic partner's child(ren) age 19 or over who are wholly dependent on you for their support and maintenance and became disabled and dependent before age 19 (or before age 25 if a full-time student).

Your spouse or child may not be considered a Dependent under any plan while on active duty in the armed forces of any country. In addition, except for Dependent Life, your spouse or child may not be considered a Dependent under any plan if he or she is covered as an Employee.

*Note domestic partners and their child(ren) are not eligible for optional dependent group term life insurance and optional accidental death and dismemberment (AD&D) insurance.*

NNI-LTD-00013499

## Update Dependent Information!

Even if you chose to waive Medical Plan and Dental/Vision/Hearing Care Plan coverage, it's important that all your dependents are listed accurately, since this information may be required for other benefits (e.g., spousal life insurance, AD&D insurance). Also, your dependents must be listed accurately to have easy access to the Employee Assistance Program (EAP).

Note that you must elect the applicable coverage for each dependent listed in order for your dependents to receive coverage.

## Coverage

For most plan options, your coverage levels include:

- You only,
- You and your spouse,
- You and your children and/or your domestic partner's children,
- You and your family (spouse or domestic partner, your children and/or your domestic partner's children).

You can choose one dependent coverage level for your Medical Plan option and a different dependent coverage level for your Dental/Vision/Hearing Care Plan options.

## When Coverage Takes Effect

Any changes you make to your coverage during the FLEX 2005 annual enrollment period are in effect for the following **calendar year**, unless your eligibility changes or you are allowed to make changes due to a status change (see below).

However, the effective date of any changes you make may be affected by the following:

- If life insurance coverage requires **evidence of insurability (EOI)**.

- If you're not actively at work on January 1, 2005, the effective date of your life insurance, AD&D insurance, and Short-term Disability Plan and Long-term Disability Plan coverage will be delayed until you meet the plans' return-to-work requirements.

- If any of your dependents are confined for medical treatment at home or elsewhere on January 1, 2005, they won't be covered for any newly elected life insurance and AD&D insurance until they're released by their doctor and are no longer confined.

## If a Status Change Occurs...

You have 31 days from the date of the event to notify Global Employee Services. This includes enrolling any new dependents you wish to cover and submitting the Affidavit of Status Change form.

If you make changes after the 31-day period, coverage takes effect on the day you make your selections and submit the Affidavit of Status Change form. Limitations apply as to what changes will be accepted more than 31 days after the event.

## Important Notes About Enrollment

- **Dependent Enrollment:** You must actively select the plan option in which you want to enroll your new dependents if you experience a status change.

  **New dependents will not be added automatically to your Medical Plan and/or Dental/Vision/Hearing Care Plan, even if you are already enrolled for family coverage.**

- **Smoker Status:** If you change your life insurance "smoker status" anytime during the year, notify Global Employee Services immediately. If you're discovered to be a smoker and you falsely claimed non-smoker status and are paying non-smoker rates, you and your beneficiaries could be denied group term life insurance benefits in the future.

NNI-LTD-00013500

# Disability

## Short-Term Disability (STD) Plan

Short-term disability (STD) Plan benefits are designed to continue all or part of your income if you are unable to work due to an approved injury or illness as determined by the claims administrator. STD Plan benefits are available for up to 26 weeks and are administered by The Prudential Insurance Company of America. Any STD benefit you receive will be taxable. Refer to your Summary Plan Description (SPD) for information on qualification requirements for STD Plan coverage. For a copy of the SPD, contact Global Employee Services.

You have the following STD Plan coverage levels available:

## Core STD Plan Coverage

The Company provides you with core STD Plan coverage – at no cost to you – as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 70% of your pre-disability FLEX Earnings |

## Optional STD Plan Coverage

If you want a higher level of STD coverage for weeks 7-26 of disability than what the Core STD Plan provides, you can select optional STD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 90% of your pre-disability FLEX Earnings.

The Optional STD Plan pays benefits as follows:

| If you are disabled for... | You receive coverage equal to... |
|---|---|
| First 6 weeks | 100% of your pre-disability FLEX Earnings |
| Weeks 7-26 | 90% of your pre-disability FLEX Earnings |

## 2005 Optional STD Plan Rates

| Coverage | 2005 Cost per $100 of FLEX Earnings |
|---|---|
| Optional Short-term Disability (STD) | $0.23 |

### Special Note for Employees Not Actively at Work

If you're on a **family care leave of absence** or an **unpaid leave of absence**, your optional STD Plan coverage is discontinued during the time you are away from work. However, you're eligible to make new STD elections during annual enrollment. Any new coverage you select during the FLEX 2005 Benefits enrollment period will go into effect after you satisfy the plans' actively at work provisions.



NNI-LTD-00013534

## Long-Term Disability (LTD) Plan

If you're unable to return to work after 26 continuous weeks of disability, you may be eligible for Long-term Disability (LTD) Plan benefits. LTD Plan benefits are administered by The Prudential Insurance Company of America and are available after you have exhausted your STD coverage of 26 weeks. Any LTD benefit you receive will be taxable. Refer to your Summary Plan Description (SPD) for information on qualification requirements for LTD coverage. For a copy of the SPD, contact Global Employee Services.

You have the following LTD Plan coverage levels available:

### Core LTD Plan Coverage

The Company provides you with core LTD Plan coverage — at no cost to you. If eligible, you will receive coverage equal to 60% of your pre-disability FLEX Earnings.

### Optional LTD Plan Coverage

If you want a higher level of LTD Plan coverage than what the Core LTD Plan provides, you can select optional LTD Plan coverage during the FLEX enrollment period. Your optional coverage is payable with before-tax contributions and provides coverage equal to 70% of your pre-disability FLEX Earnings.

### 2005 Optional LTD Plan Rates

| Coverage | 2005 Cost per $100 of FLEX Earnings |
|---|---|
| Optional Long-term Disability (LTD) Plan | $0.18 |

*Please note this policy provides disability income insurance only. It does NOT provide basic hospital, basic medical or major medical insurance as defined by the New York State Insurance Department.*

### Special Note for Employees Not Actively at Work

If you're on an LTD leave on January 1, 2005, you'll continue to receive disability benefits under the coverage level that was in effect at the onset of your disability until you satisfy the plans' actively at work provisions. Any new coverage you select during the FLEX 2005 Benefits enrollment period will begin after you've returned to work for 30 consecutive days.

NNI-LTD-00013535

Issued: Jan 1, 1997
Modified: Jan 12, 2006
Validated: Jan 12, 2006

*7338*

# U.S. - LEAVES OF ABSENCE

## Medical Leave of Absence Process

*PBGC*

*800 - 400 - 7242*

## Contents

- Introduction
- Eligibility
- Duration
- STD Process
- STD/LTD Extension Process
- Return to Work from Leave Process
- Benefits
- Short-Term and Long-Term Disability Plan
  - Short-Term Disability (STD) Coverage
  - Long-Term Disability (LTD) Coverage
- Definitions

**Gates McDonald using TOPS (Time Off Planning System), provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves. All Short-Term and Long Term Disability claim processing and monitoring is administered by The Prudential Insurance Company of America.**

## Introduction

This document presents the guidelines and process information for a U.S. Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The U.S. Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

Keep in mind that the Family and Medical Leave Act of 1993 (FMLA) requires that certain employers provide to their employees up to twelve (12) weeks of unpaid leave per calendar year with job protection:

- due to the employee's own serious health condition;
- to care for a newborn, newly adopted or placed foster child;
- to care for an immediate family member or domestic partner with a serious health condition

As a result, any time an employee is away from work on an approved short-term disability leave, they are also considered to be on an approved Family Care Leave. Since the Family Care Leave runs concurrent with the STD leave, the time the employee is out of work on STD is applied against the 12 weeks of job protection under the Family and Medical Leave Act.

For more information and details on Family Care Leave, refer to the Family Care Leave of Absence Process.

## Eligibility

All regular full-time or regular part-time (working 20-37.5 hours per week) employees of Nortel are eligible for the Medical Leave of Absence.

##  Duration

A Medical Leave of Absence may be granted for an illness, injury or birth of a child that requires an absence longer than 5 consecutive work days (the 5 day waiting period) or more than one full week of work (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule.

A Medical Leave of Absence involving a Reduced Work Schedule Reduced Work Schedule may be granted or continued solely at the discretion of Nortel when your combined periods of Medical Leave and Family Care Leave exceed 12 weeks in the calendar year.

If your absence is less than the required duration for a Medical Leave of Absence (i.e., 5 days or less) but otherwise meets all the requirements of such a leave, including documentation, your leave will be treated according to the attendance requirements of your business unit. If your absence occurs at a time when your combined periods of Medical Leave and Family Care Leave are 12 weeks or less in the calendar year, the absence will not adversely affect your employment status, such as your attendance record, availability record or performance assessment.

The duration of the Medical Leave of Absence will be determined by the nature of your illness or injury, the necessity of the absence from your job and your continued timely submission of the required documentation for the leave. The claims administrator, Prudential Insurance Company, will regularly review your documentation to ensure that the clinical evidence continues to support total disability. You are responsible for informing Prudential and your manager of any change in the expected duration of the leave or leave status.

The Medical Leave of Absence will terminate when you are released to return to work, or when the claims administrator determines the medical evidence no longer supports total disability, or after a continuous period of absence of 26 weeks, whichever is earlier. STD benefits begin on the first day of absence and continue through the 26th week of absence. As long as the clinical evidence continues to support total disability, LTD benefits begin on the 27th week of absence and continue as long as you remain totally disabled, up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

**If you do not return to work when your Medical Leave of Absence ends, you will be considered to have voluntarily terminated employment effective the first working day following the expiration of the leave.**

## STD Process

The process for requesting a Medical Leave of Absence is as follows:

1. Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim or Family Care Leave of Absence Process.
2. If a Short-Term Disability, Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Medical Leave.

**For new claims, if Prudential is unable to obtain from your physician the medical information that certifies you as being disabled within 7 days and you do not return to work, Prudential will request that you obtain and submit the required medical information. If the medical information is not provided to Prudential within 15 days, your claim will be invalidated and you will be moved to an unpaid leave of absence status. Once the required medical information is submitted and your claim**

LTD-002914

is approved, your pay will be reinstated on the next available pay date. For active/approved claims, when updated medical information is requested and not received by the claims administrator within 15 days, your claim and any additional benefits will be suspended. Should this occur, your pay will be suspended and you will be responsible for repaying any outstanding overpayments that may result. If you subsequently submit additional supporting medical documentation and your claim is extended, your pay will be reinstated on the next available pay date. You must also contact Global Employee Services to make arrangements to pay your benefit premiums in order for your other benefits to continue during the unpaid leave of absence. Remember that you do not have coverage for short-term or long-term disability while you are on an unpaid leave of absence.

 Regarding instances where your pay is/was suspended due to late submission of medical documentation: When your claim is approved/reinstated, you must contact the 401(k) Service Network (800-726-0026) in order to resume your contributions through payroll deductions.

3.  Prudential may request additional updated medical information for each 30-day period that the leave continues, or if the circumstances described by the original or subsequent certifications change significantly, or after receiving information that is inconsistent with your previous certifications.

 **4.  Failure to provide additional certification within the specified time will result in termination of the Medical Leave of Absence. If you do not return to work at that time, you will be considered to have voluntarily terminated your employment as of the date the form was due.**

5.  Prudential may request an Independent Medical Evaluation (IME) to provide a second opinion at the company's expense, if the information submitted for the Medical Leave is insufficient for approval of Short-Term Disability. The objective of the IME is to obtain information from an independent source that can be used in making the decision about eligibility for Short-Term Disability. This independent evaluator will not be affiliated with or utilized by the company on a regular basis. This evaluation may be requested at any time during the period of disability.

6.  At any point that your claim is denied or terminated, you will be notified of your appeal rights via a letter from Prudential.

If you are requesting Medical Leave of Absence with a Reduced Work Schedule, you must follow the requirements of the leave. In addition, this leave must be scheduled so that the disruption to Nortel operations is minimal. In this case, Nortel may assign you to an equivalent position that better accommodates the Reduced Work Schedule. The Reduced Work Schedule will consist of regularly worked hours and days, whenever possible.

 Note that if you are on a full-time Medical Leave of Absence and wish to change to leave on a Reduced Work Schedule, you must contact the TOPS Leave Administrator to request another leave.

## ⊠ STD/LTD Extension Process

If you are not medically able to return to work on the indicated return to work date, you may request an extension by contacting the TOPS Leave Administrator before the indicated return to work date. **The extension must be approved by Prudential** and will be processed following the Process for the original request.

 **If you do not obtain an approved extension when your Medical Leave of Absence ends and you do not return to work, you will be considered to have voluntarily terminated employment, effective the first working day following the expiration date of your leave.**

## ⊠ Return to Work from Leave Process

You must notify Prudential at least 5 days before your desired return to work date or 5 days before the return to work date indicated on the qualification letter, whichever is earlier. At that time, you must obtain from your Health Care Provider a Return to Work Statement. The statement should provide the date that you may return to work along with any restrictions or accommodations that may be required. **The Return to Work statement must be submitted to Prudential before you return to work.** Prudential will verify that you are medically able to perform the essential duties of the position to which you are reinstated, with or without accommodations. If Prudential determines that you are medically able to return to work, they will inform your manager of the need for any job-related restrictions and will advise you as to whether or not your manager can accommodate those restrictions. You must also call the TOPS Leave Administrator at 877-664-8677 to report your "Actual Return to Work Date" so that your Family Care Leave is properly closed. On the day you return to work, your manager must call Global Employee Services @ 1-800 676-4636 or ESN 352-4636 and report your return to work date to ensure pay is returned to active employee status.

⚠ **After confirmation of your return to work, Prudential will notify Global Employee Services so you are returned to *active* status.**

Remember that Family Care Leave runs concurrent to your STD leave, If your combined period of Short-Term Disability and Family Care Leave period(s) totaled 12 weeks or less in a calendar year and, in the case of the Family Care Leave, you have worked 1250 hours in the 12 months before the leave began, you will be placed in your same position, an equivalent position or any position for which you are qualified, depending on availability. If no position is available, you will be terminated. Reinstatement to employment is not required if your position has been eliminated or if your leave was obtained fraudulently. If the applicable state law requires reinstatement following longer period of absence or contains less stringent eligibility requirements, Nortel will comply with the state law.

If your leave has been longer than 12 weeks, you may be placed in any available position for which you are qualified, as determined solely by Nortel. If there are no positions available within 30 days of the time you are eligible to return to work, you will be terminated.

## Compensation & Benefits while on Medical Leave of Absence

The following benefits will continue as noted during your Medical Leave of Absence if you are eligible for these benefits under the terms and conditions of the benefit plans and if you continue to make all necessary and timely contributions for the applicable coverage. However, Nortel retains the unilateral right to change its benefit plans, including reducing or eliminating such plans, at any time; these changes will apply to employees on Medical Leave of Absence.

- **Compensation** - You will receive 100% of your pay for the first 6 weeks of your absence. During weeks 7-26 of your leave, your pay will be determined by the level of STD coverage you have chosen.

  For part-time employees, your pay for the first 6 weeks of leave is determined by the number of hours you regularly work. The number of hours you are regularly scheduled to work, based on the number of hours you averaged over the last 12 weeks preceding your disability, will be used in determining the amount of your disability benefit.

  **Note:** If at any time your STD claim is not approved, invalidated, suspended, or terminated, and you do not return to work, your pay will be suspended. You will be responsible for repaying any overpayments that may occur as a result of your unapproved absence. Global Employee Services will arrange billing of your benefit premiums in order to continue your benefit coverages until your pay is reinstated.

  If there is a conflict between this Nortel leave policy and the Country Specific Requirement No. US.017 - Pay Deductions For Time Not Worked by Exempt Employees regarding deduction or withholding of pay for time not worked by an exempt employee, the applicable provisions of the Country Specific Requirement No. US.017 will take precedence.

- **Holidays** - Any holiday that occurs during the approved short-term disability leave will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Life Insurance** - Life and accidental death and dismemberment (AD&D) insurance, including spouse and dependent coverage, continues.

- **Long-Term Investment Plan (401(k))** - If you are participating in this plan when your leave begins, you will continue as a participant during the leave. As long as you are receiving partial pay from Nortel, your contributions to the plan will continue to be deducted from your paycheck, unless you contact the Nortel Long-Term Savings Center at 1-800-726-0026 and notify them to suspend your deductions or change your contribution rate to 0% at the Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks. If you stop your contributions while you are on leave, you must contact Nortel Long-Term Savings Center at 1-800-726-0026 when you return to work in order to resume your contributions through payroll deductions or visit the Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks.

 If you have an outstanding loan against your 401(k) plan and you are repaying this loan through payroll deductions, you may need to contact the Nortel Long-Term Savings Center to arrange to continue making loan payments. As long as you are receiving pay from Nortel, your loan payments will continue to be deducted from your paycheck. However, if your paycheck is not enough to cover the amount of the scheduled loan payments, you must contact the Nortel Long-Term Savings Center at 1-800-726-0026 to arrange to continue making the loan payments yourself. If you are going on LTD, you'll receive written notice from the Nortel Long-Term Savings Center to arrange payment of your loan.

- **Medical and Dental/Vision/Hearing Care Coverage** - Medical and dental/vision/hearing care coverage, including spouse and dependent coverage, continues.

- **Merit Increase** - If your salary is planned for a merit increase while you are on leave and you return to work during the same salary plan year, the merit increase will automatically take place when you return to work.

- **Reimbursement Accounts**- If you are participating in these accounts when your leave begins, you may choose to continue or discontinue participation during your leave. As long as you are receiving partial pay from Nortel, contributions to the accounts will continue unless you contact Global Employee Services (ESN 352-4636 or 1-800-676-4636) to suspend your deductions. If you return to work during the same calendar year and wish to resume your contributions through payroll deductions, you must call Global Employee Services.

- **Retirement Plan** - The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of leave.

- **Short-Term Disability (STD) and Long-Term Disability (LTD)** - STD and LTD coverage remain at the level of coverage you have when you begin the leave until you return to work. If you are on a Reduced Work Schedule and receiving partial pay from Nortel, STD and LTD coverage is continued during the approved leave. If at any time your status is changed to Unpaid Leave of Absence, you do not have STD or LTD coverage during the unpaid leave. Your STD and LTD coverage will be reinstated once you have returned to active work.

- **Vacation** - You will continue to accrue vacation during the leave as long as you meet the following 2 requirements:
  - You are receiving STD benefits.
  - You return to work when your leave ends.

If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of the approved LTD leave.

LTD-002920

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose supplemental coverage for STD and LTD.

To ensure you understand all details and requirements of the disability plans, read and thoroughly review the Summary Plan Description (SPD) located in the Employee Benefits and Programs folder on Services@Work.

## Plan Highlights

| Short-Term Disability (STD) | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 66 $2/3$% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |
| Long-Term Disability (LTD) | |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 55% of FLEX Earnings after 26 weeks of total disability | 66 $2/3$% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. If you are on an unpaid Leave of Absence (Family Care, Military or Personal), you are not eligible for STD benefits. This means that if you are on one of these unpaid leaves and you are injured or become ill, STD benefits would not be available to you.
- There is a 5-day waiting period which is counted in the total time away from work on Medical Leave of Absence. The 5-day waiting period counts as week 1 of the 6 weeks of STD in which you receive 100% of your FLEX earnings.
- If the leave is not approved, the first 5 days must be taken as incidental time off without pay (unpaid leave) or unused vacation time or sick days, if available in areas outlined by local attendance policy. If your 5-day waiting period is reported in one of these ways and your STD is subsequently approved, the 5-day waiting period becomes week 1 of your STD and you will receive credit for any sick or vacation days or unpaid leave that was reported.
- **In all cases, if you need to take a STD or LTD Leave of Absence, you must call TOPS Leave Administrator to initiate the process at 1-877-664-8677.**

This applies to all US employees, except employees within the state of California where state laws differ. For more information on California benefits, call Global Employee Services at ESN 352-4636 or 1-800-676-4636.

- **Birth of a child** - Leave taken for the birth of a child is considered a Short-Term Disability (STD) event. Once the Short-Term Disability benefits has been exhausted. Additional time can be taken under the Unpaid Family Care Leave.
- **Entitlement for child birth Short-Term Disability** -For a normal, vaginal delivery, you receive 6 weeks of leave (from the onset of your leave) paid at 100% of your FLEX Earnings. For a Cesarean section, you receive 6 weeks of leave (from the onset of your leave) paid at 100% of your FLEX earnings and up to 2 more weeks at 66 $2/3$% or 90% of your FLEX Earnings (depending on the level of STD Benefit you have chosen), upon recommendation

LTD-002922

US LEAVES OF ABSENCE - MEDICAL LEAVE OF ABSENCE PROCESS

by your Health Care Provider (see the chart below).

| Maternity Leave (STD) | | | |
|---|---|---|---|
| **Type of Delivery** | **First 6 Weeks** | **Next 2 Weeks** | **Continued Leave** |
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 66 $^2/_3$% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave* |

*Residents of California - Please see information on additional leaves available to you on Services@Work at:
http://services-canada.ca.nortel.com/Livelink/livelink.exe/fetch/-13095/2246/2247/9688/1080294/Leaves%2Bof%
2BAbsence%2B%252D%2BCalifornia%2BBased%2BEmployees%2BOnly?vernum=0

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:

  - You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - You will continue to be eligible for disability benefits under your current plan selections.
  - After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.

 **Note: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.**

- **Work Related Injury** - If you experience a work related injury and require a medical leave of absence, you must contact your local Health Services professional to initiate your Workers' Compensation claim. You must also contact TOPS within 15 days of your 1st day of absence, (see instructions above for process) to initiate your Nortel disability benefits in conjunction with your Workers' compensation claim (if you do not apply and/or get approved for Nortel disability benefits, your pay during your Workers' Compensation leave will consist solely of your Workers' Compensation payment, if approved, and your Nortel pay will be stopped). Contact information for your local Health Professional is shown below.

| Employee Work Location | Internal Phone Number | External Phone Number |
|---|---|---|
| Alpharetta/Atlanta | ESN 268-4874 | 770-708-4874 |
| Billerica, Nashville, Rochester | ESN 222-4058 | 615-432-4058 |
| Raleigh | ESN 352-8360 | 919-992-8360 |
| Richardson | ESN 444-5947 | 972-684-5947 |
| Santa Clara | ESN 265-0412 | 408-495-0412 |
| Sunrise | ESN 228-7876 | 954-858-7876 |
| All other locations & field installers | ESN 222-4058 | 615-432-4058 |

LTD-002924

- **Work Related Injury (Workers' Compensation) or Social Security Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible. You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.


## Long-Term Disability (LTD) Benefits

  **If you are a newly hired Employee, you will not be covered if Total Disability occurs within 12 months after coverage is effective and if the disability is caused or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on an unpaid leave of absence/sickness (not to exceed 1 year) until **one of the following** occurs:

  1. Your long-term disability (LTD) coverage is approved.
  2. You return to work.
  3. You terminate from the company.

  LTD benefits will provide you with either 55% or 66 ⅔% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

  **You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.**

- **Duration of Benefits** - LTD benefits are payable as long as clinical evidence supports total disability up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

- **Holidays** - Any holiday that occurs during the LTD will be treated as any other day, and you will be compensated according to the LTD benefit level you chose.

- **FLEX Benefits Enrollment** Enrollment - If you are on LTD during an annual FLEX Benefits enrollment period, you are not eligible to enroll in STD or change your current LTD selection. In addition, the following provisions apply:
  - You may change your Medical coverage, Dental/Vision/Hearing Care coverage and Dependent Life Insurance selections.
  - You continue to be eligible for LTD benefits under your current plan selection.
  - you have returned to active work for 30 consecutive days, you may change your enrollment selections, because this is considered a Status Change.

  **NOTE: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum LTD benefit) you will have no STD or LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for**

**Company business.**

⚠️ **Any employee who engages in work anywhere for pay or profit during an approved Medical Leave of Absence will be considered to have voluntarily terminated employment with Nortel, and the Medical Leave will automatically end.**

 **Definitions**

- **Benefits**- The benefits, if any, as specified in the Nortel Group Benefits Plan that are in effect when the Medical Leave of Absence begins.

- **Diability**- You are considered Totally Disabled for STD and LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

- **Equivalent Position** - A position having equivalent pay, benefits and working conditions and involving the same or substantially similar duties and responsibilities as the job that the eligible employee held just prior to the beginning of the Medical Leave of Absence.

- **Health Care Provider** Provider - A doctor of medicine or osteopathy authorized to practice medicine or surgery in the state where the practice occurs, or any other person capable of providing health care services as determined by the Secretary of the Department of Labor. The latter includes:
  - o podiatrists
  - o dentists
  - o clinical psychologists
  - o optometrists
  - o o chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist)
  - o o nurse practitioners and nurse-midwives who are authorized to practice in the state and who are performing within the scope of their practice as defined by state law
  - o o Christian Science practitioners listed with the First Church of Christ, Scientist, in Boston, MA.

- **Maximum Benefit Period** - The maximum length of time benefits will be paid, depending on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |

LTD-002928

|          |           |
|----------|-----------|
| 66       | 21 months |
| 67       | 18 months |
| 68       | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

- **Prudential Insurance Company of America** - The claims administrator for all short-term (including child birth) and long-term disability leaves. Prudential is responsible for approving and monitoring your STD and LTD leave, as well as providing medical clearance prior to your return to work.

- **The TOPS Leave Administrator - provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves.** Since all Short-Term Disability (STD) leaves are considered part of the leave under the Family and Medical Leave Act, you must first request your leave through the TOPS Leave Administrator, for completing your application for the short-term disability leave. TOPS Leave Administrator communicates all Short Term Disability applications to Prudential to process/approve the claim. At the conclusion of your leave, you must also report your 'Actual Return to Work Date' to the TOPS Leave Administrator in order to close your Family Care Leave and STD absence.

- **Reduced Work Schedule Leave** - A type of Medical Leave of Absence that involves, when medically necessary, a reduction in the number of an employee's usual work hours. The Reduced Work Schedule consists of regularly scheduled work hours and days whenever possible.

- **Serious Health Condition** - An illness, injury, impairment, or physical or mental condition that:
   o affects the eligible employee's health to the extent that the employee is unable to perform the essential functions of his/her job or any job **and**
   o requires inpatient care and/or continuing treatment by or under the supervision of a Health Care Provider.

   **Examples of Serious Health Conditions** include but are not limited to the following:
   o heart attacks
   o heart conditions requiring heart bypass or valve operations
   o most cancers
   o back conditions requiring extensive therapy or surgical requirements
   o strokes
   o severe respiratory conditions
   o spinal injuries
   o appendicitis
   o pneumonia
   o emphysema
   o severe arthritis
   o severe nervous disorders
   o injuries caused by serious accidents on or off the job
   o severe morning sickness
   o the need for prenatal care
   o childbirth
   o recovery from childbirth