# **EXHIBIT G**

# Weekly Disability and Long Term Disability Plan


northern telecom

NNI-LTD-00005100

# WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN

January 1, 1991

NNI-LTD-00005101

# TABLE OF CONTENTS

**WEEKLY DISABILITY AND LONG TERM DISABILITY PLAN**

Eligibility Provisions ................................................................. 1

Weekly Disability Benefits ....................................................... 1
    Amount of Weekly Disability Benefit .................... 2
    Maximum Period of Disability ............................... 3
    Weekly Rate of Basic Earnings ............................... 3

Long Term Disability Benefits ................................................. 4
    Monthly Income Benefit ........................................... 4
    When Benefits Begin ................................................ 4
    How Long Benefits are Paid ................................... 5
    Period of Total Disability ......................................... 5
    Other Income Benefits ............................................. 6
    Estimated Other Income Benefits ......................... 6
    Monthly Rate of Basic Earnings ............................. 7
    Approved Rehabilitation Program ........................ 8
    Exclusions .................................................................. 9
    Waiting Period .......................................................... 9
    Minimum Benefit ...................................................... 9
    Maximum Benefit ..................................................... 9
    Benefit Modification for Third Party Liability 10
    Limits on Assignments ........................................... 12
    Errors in Payment of Benefits ............................... 12

**ADDITIONAL INFORMATION** ............................................. 13

# Weekly Disability and Long Term Disability

## Eligibility Provisions

### Eligibility

If you are a regular full-time employee of Northern Telecom Inc., BNR or a participating affiliate ("Company"), other than an employee who is in a bargaining unit represented by a union with a collective bargaining agreement, you will become covered for Weekly Disability and Long Term Disability Benefits under this Coverage on the first day of employment provided you have enrolled for the coverage.

If you are both disabled and away from work on the date you would otherwise become covered, your coverage will not start until you return to active work.

The Company pays the entire cost for Weekly Disability and Long Term Disability Benefits.

## Your Weekly Disability Benefits

The Coverage will pay you a Weekly Disability Benefit for a period of time specified below if you become totally disabled by an accidental bodily injury or disease while covered.

### Non-Occupational Disability Benefit

You are considered totally disabled when (i) you cannot work because of sickness or accidental injury, (ii) are under the regular care of a physician and (iii) the Company has received proof satisfactory to the Company of your total disability. No benefits will be payable for any day on which you are doing any work, anywhere, for pay or profit other than Part-time work for the Company which has been approved by the Company and your physician.

For purposes of weekly disability coverage, the term "physician" has the same meaning as set forth in the definition of this term in the section covering Long Term Disability coverage.

While you are totally disabled, benefits will continue for up to the Maximum Period of Payments shown below for any one period of total disability.

Successive periods of total disability separated by less than two consecutive weeks of full-time active work will be considered one period of disability, unless the subsequent period of disability results from causes unrelated to the causes of the earlier period and you have returned to one day of full-time active work between the periods.

This Non-Occupational Disability benefit is only paid for disabilities which are not Occupational Disabilities. Occupational Disabilities are those caused by (a) an injury arising out of or in the course of, any employment for wage or profit or (b) a disease covered with respect to such employment, by any workers' compensation law, occupational disease law or similar legislation.

**Occupational Disability Benefit**

The Coverage will also pay you a Weekly Disability Benefit for a total disability which is an Occupational Disability as defined above. This benefit is provided on the same terms as the benefit for non-occupational disability. The amount of Weekly Disability Benefit payable, however, is equal to the excess of the Non-Occupational Weekly Disability Benefit over the benefits payable under any workers' compensation law, occupational disease law or similar legislation.

**Employee Weekly Disability Benefits**

Benefits commence on the sixth consecutive working day of total disability due to sickness or accident.

**Amount of Weekly Disability Benefit** - The amount is determined according to your length of credited service with the Company, as follows:

| Service | 100% of your Weekly Basic Earnings are paid for the following number of weeks | 60% of your Weekly Basic Earnings are paid for the following number of weeks |
|---|---|---|
| Less than 6 months | 0 week(s) | 26 weeks |
| 6 months | 1 | 25 |
| 1 year(s) | 2 | 24 |
| 2 | 4 | 22 |
| 3 | 6 | 20 |
| 4 | 8 | 18 |
| 5 | 10 | 16 |
| 6 | 12 | 14 |
| 7 | 14 | 12 |
| 8 | 16 | 10 |
| 9 | 18 | 8 |
| 10 | 20 | 6 |

NNI-LTD-00005104

| | | |
|---|---|---|
| 11 | 22 | 4 |
| 12 | 24 | 2 |
| 13 | 26 | 0 |

If your physician and the Company approve your return to work on a part-time basis while you are still eligible for Weekly Disability Benefits equal to 100% of your Weekly Basic Earnings, the amount of your Weekly Disability Benefits will be reduced by the amount of your part-time wages and the benefit savings which result will be used to extend the number of weeks for which you are eligible for a 100% benefit.

During the weeks that your benefit would be 60% of your Weekly Basic Earnings, the amount of your benefit will be reduced by the amount of your part-time wages. However, the benefit savings you accumulated while you were eligible for a 100% benefit will be used to increase your benefit to 100% of your Weekly Basic Earnings until all the savings are exhausted.

If any of your accumulated benefit savings remain at the end of the maximum period of payments, the maximum period will be extended until all of the benefit savings are used ("Extension Period").

At any time that Federal Social Security, Workers' Compensation Benefits or any other statutory disability benefits are payable to you, the amount of Weekly Benefits will be reduced to the extent necessary so that the sum of such Weekly Benefits and any benefit payable to you under the Federal Social Security Act, Workers' Compensation Law or any other statutory disability benefits will not exceed 100% or 60% (as applicable pursuant to the above chart) of your Weekly Rate of Basic Earnings.

The word "payable" is not limited to the other statutory disability benefits described above actually received by you, but includes such other statutory disability benefits which would have been available if you had complied with the provision for making claim for such benefits.

**Maximum Period of Payments** - 26 weeks, subject to any Extension Period.

**Weekly Rate of Basic Earnings** - Your Weekly Rate of Basic Earnings is determined in the same manner as your Monthly Rate of Basic Earnings for Long Term Disability (as described in the sections relating to Long Term Disability).

Exclusions -

You are not covered for any disability which is in any way caused by any of the following:

1.  Intentionally self-inflicted injuries.

2.  Your participation in the commission of an assault or felony.

NNI-LTD-00005105

3.  War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

# Long Term Disability Benefits

This Coverage will pay you Monthly Income Benefits for a period of total disability caused by an accidental bodily injury or disease while covered. There is a six month waiting period which must elapse before benefits become payable.

**Total Disability**

You are considered totally disabled at any time that you are unable to work because of a disease or injury.

During the first twenty-four (24) months of a period of total disability after your completion of the six month waiting period for benefits under this coverage, you will be considered unable to work if you cannot perform the work you normally perform.

After the first twenty-four (24) months of a period of total disability after your completion of the six month waiting period for benefits under this coverage, you will be considered unable to work only if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training or experience, or for which you could reasonably become fitted.

The rules for determining a "period of total disability" are set forth below.

**Monthly Income Benefit**

This benefit for each month is equal to 70% of your "Monthly Rate of Basic Earnings" before you become totally disabled but in no event more than the Maximum Monthly Benefit shown below. This benefit is reduced by any "other income benefits" you receive for that month or which you would be entitled to receive if timely claim for them had been made by you, but in no event shall this benefit be less than the Minimum Monthly Benefit shown below.

**When Benefits Begin**

Your Monthly Income Benefits will start as soon as you complete the requisite waiting period, provided that written proof satisfactory to the Claims Administrator of your total

NNI-LTD-00005106

disability is furnished to the Claims Administrator within six months following completion of the waiting period. Otherwise Monthly Income Benefits will commence on the day six months following the date written proof of your total disability is so furnished.

**How Long Benefits are Paid**

You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown below.

**Period of Total Disability**

Since benefits are payable only during a period of total disability, it is important that you understand when this period begins and ends.

Each period of total disability will start as soon as you are both totally disabled and under the care of a physician. You will not be considered to be under the care of a physician more than thirty-one (31) days before he has been seen and treated you personally for the disease or injury causing the total disability. The Claims Administrator shall have the right to require you to be examined by a physician designated by the Claims Administrator.

Your period of total disability will end when any one of the following occurs:

1. You cease to be totally disabled or you die; or

2. You actually start working at the type of occupation in which you normally engage or at any reasonable occupation. Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation; or

3. You cease to be under the care of a physician; or

4. You fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a physician designated by the Plan.

Once a period of total disability has ended, any new period of total disability will be treated separately. However, two separate periods of total disability resulting from the same or related causes which are separated by less than 3 months will be considered as and combined into one period.

The rule just described for combining two periods of total disability into one period will also apply to any successive additional periods of total disability resulting from the same or relating causes separated by less than 3 months. Two periods will not be combined unless you were covered for this benefit at the start of the earlier period.

**Other Income Benefits**

This Plan defines "other income benefits" as

(1) Income received from any employer or from any occupation for compensation or profit.

(2) Any disability, retirement, or unemployment benefits required or provided for under any law of any government - for example,

    (a) unemployment compensation benefits,
    (b) no-fault wage replacement benefits,
    (c) statutory disability benefits,
    (d) benefits under the Federal Social Security Act, the Canada Pension Plan, and the Quebec Pension plan, including dependents benefits, but not counting any increase in benefits enacted after the monthly Long Term Disability benefit payments have started under this Plan.

(3) Disability, retirement or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis).

(4) Any benefits received under workers' compensation law or any other similar law, excluding payments received for legal fees incurred in the claim process.

Benefits of the type listed above payable to you or your spouse, children or dependents by reason of your disability or retirement are included as "other income benefits".

For the purposes of this Plan, "other income benefits" will be determined as follows:

(1) Any periodic payments will be allocated to monthly periods.

(2) Any single lump sum payment including any periodic payments which you or your spouse, children or dependents have elected to receive in a single lump sum will be allocated to sixty monthly periods with the exception of workers' compensation benefits. Any single lump sum payment under workers' compensation laws will be fully offset in its entirety against any benefits otherwise payable by this Plan.

(3) Any periodic or single lump sum payments received as a retroactive award may be allocated retroactively.

**Estimated Other Income Benefits**

"Other income benefits" include benefits that would be payable if timely claim for them had been made by you. In the case of Social Security benefits under the Federal Social

-6-

Security Act, this includes timely and diligent pursuit of benefits through each of these steps:

(1)  Application for such benefits.

(2)  Appeal at the reconsideration level, if benefits are denied.

(3)  Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give this Plan written proof that you have completed the application process for other income benefits, and benefits are finally denied, this Plan may:

(1)  estimate your monthly Social Security and other income benefits; and

(2)  use that amount to determine your monthly benefit.

Your Social Security or other income benefits will not be estimated while your application and appeals are pending if you sign a Reimbursement Agreement on a form satisfactory to the Claims Administrator.

If the Claims Administrator finds that the amount of other income benefits that should have been used to determine your Monthly Income Benefit differs from the amount actually used, these rules apply:

(1)  If Monthly Income Benefits have been underpaid, this Plan will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2)  If Monthly Income Benefits have been overpaid, this Plan may either require a lump sum reimbursement payment to this Plan, or at its option, reduce or eliminate future payments. If this Plan reduces or eliminates future payments, the Minimum Monthly Benefit will not apply.

**Monthly Rate of Basic Earnings**

Your Monthly Rate of Basic Earnings will be determined by using the rule below which applies to you, and separately for each period of total disability. A retroactive change in your rate of earnings will be considered to take effect on the date the new rate is determined.

For all regular hourly and salaried employees - Your Monthly Rate of Basic Earnings shall be your basic monthly pay rate in effect for the last complete payroll period before the start of the period of total disability, excluding bonuses, overtime pay or any other form of compensation. If the employee is a piece worker, his average monthly piece-work earnings over his basic monthly pay rate for the three months before the start of the period of total disability will be added to his monthly rate of basic earnings.

NNI-LTD-00005109

For an Employee in a Sales Compensation Program - Your Monthly Rate of Basic Earnings shall be one twelfth of your total basic income consisting of base salary and commissions but excluding bonuses or any other form of compensation for the last full calendar year just before the start of the period of total disability. If you have not been employed for a full calendar year prior to the commencement of the period of total disability, your Monthly Rate of Basic Earnings shall be your total basic income for your actual period of employment divided by the number of months of such employment.

**Approved Rehabilitation Program**

An "approved rehabilitation program" means

(1)   a program of vocational rehabilitation, or

(2)   a period of part-time work with the Company for purposes of rehabilitation,

which will be considered to begin only when the Claims Administrator approves such program in writing, and to end when the Claims Administrator withdraws its approval.

This Plan includes this rehabilitation program to help you get back to work. With the Claims Administrator's approval, you may continue receiving Long Term Disability benefits for a limited time while on an approved rehabilitation program. Thus, you may get back into a gainful occupation with the assurance that for a specified period you will not lose your eligibility for benefits. During this period, your Monthly Income Benefit will be your regular Monthly Income Benefit payment less 80% of your earnings from the rehabilitative job.

Also, certain expenses of a vocational rehabilitation program may be paid by this Plan at the discretion of the Plan Administrator. If this Plan determines that a program that should make you self-supporting is within your ability, you will be notified of the type and duration of the expenses covered, and the conditions for payment. If you agree to undertake the program, the charges for the approved covered expenses will be paid, up to a maximum benefit of $10,000.

**Physician**

"Physician" means a licensed practitioner of the healing arts acting within the scope of his practice; except that with respect to a period of total disability, or any portion thereof, during which total disability is caused by any condition other than a medically determinable physical impairment, "physician" shall mean a legally qualified physician who either specializes in the practice of psychiatric medicine or has, by reason of training or experience, a specialized competency in the field of psychiatric medicine sufficient to render the necessary evaluation and treatment of mental illness.

NNI-LTD-00005110

**Exclusions**

Pre-existing Disease or Injury - If, at the time you become covered under this Plan for Long Term Disability Benefits, you have recently been treated for any condition, a period of total disability that starts within the first twelve (12) months that you are covered under the Long Term Disability Plan will not be covered if its causes are in any way related to the causes of the condition for which you were treated. A recently treated condition is a disease or injury for which you received treatment or services or took drugs or medicines which were prescribed or recommended by a physician during the three month period just before you last became covered for this benefit.

**Other Exclusions -**

You are not covered for any disability which is in any way caused by any of the following:

1. Intentionally self-inflicted injuries.

2. Your participation in the commission of an assault or felony.

3. War or any act of war (whether war is declared or not), insurrection, rebellion, or participation in a riot or civil commotion.

**Employee Long Term Disability Benefits**

Waiting Period - For any one period of total disability, the first 6 months of such period.

Monthly Income Benefit: 70% of your Monthly Rate of Basic Earnings as determined pursuant to this Plan.

Minimum Monthly Benefit - $50.

Maximum Monthly Benefit - $7,000.

Maximum Benefit Period - for any one period of total disability:

| Your Age at Commencement of Disability | Your Maximum Benefit Period |
| --- | --- |
| Under age 61 | To Age 65, but not less than 60 months |
| Age 61 | 60 months |
| Age 62 | 60 months |
| Age 63 | 60 months |
| Age 64 | 60 months |
| Age 65 | To Age 70 |
| Age 66 | To Age 70 |

NNI-LTD-00005111

| | |
|---|---|
| Age 67 | To Age 70 |
| Age 68 | To Age 70 |
| Age 69 - 74 | 12 months |
| Age 75 and over | 6 months |

For total disabilities due to mental or nervous disorders the benefit period will be limited to twenty-four (24) months; however if hospital confinement exists, or commences within ninety (90) days following the date ending that twenty-four (24) month period, benefits will continue for the duration of the hospital confinement (subject to the Maximum Benefit Period above).

# Benefit Modification for Third Party Liability

**Third Party Liability** - In the event that you ("Claimant") suffer an injury or illness covered by this Plan which injury or illness is caused by a third party, that is, by a person, corporation or other legal entity other than the Claimant ("Responsible Third Party"), you agree in good faith to pursue a claim against such Responsible Third Party for recovery of the value of the benefits paid by this Plan in connection with such injury or illness.

To the extent payments for lost wages or the like resulting from such injury or illness are made to a Claimant or his/her legal representative, or may be made to a Claimant or his/her legal representative in the future, by or for the Responsible Third Party (as a result of a legal judgment, settlement or in any other manner) such expenses are excluded from the Claimant's coverage under this Plan.

When a Claimant files a claim for benefits under this Plan which benefits would be payable but for the above exclusion, this Plan will pay such benefits provided:

(1)  That payment for such benefits has not yet been made to the Claimant or his/her representative by or for the Responsible Third Party; and

(2)  That the Claimant (or, if incapable, his/her legal representative) agrees in writing, using a form designated by this Plan, to promptly pay back to this Plan the amounts of any benefits paid by this Plan in connection with such injury or illness to the extent of any payments made to the Claimant or his representative by or for the Responsible Third Party. This agreement shall apply (a) whether or not liability for the injury or illness is admitted by the Responsible Third Party, and (b) whether or not the payments from the Responsible Third Party itemize what they are for. A reasonable apportionment of the fees and costs incurred by the Claimant in pursuing a recovery from the Responsible Third Party may be deducted from amounts to be repaid to this Plan.

NNI-LTD-00005112

When any payments are made to a Claimant or his representative by or for a Responsible Third Party, such payments shall first be applied to reimburse this Plan for benefits previously paid by this Plan in connection with the injury or illness. To the extent such payments to a Claimant or his representative by the Responsible Third Party exceed such reimbursable amount, the future benefits payable under this Plan in connection with the injury or illness shall be redetermined by reducing the amount of such benefits by the amount of the payments made or to be made to the Claimant or his representative by or for the Responsible Third Party.

The Claimant agrees that amounts reimbursable to this Plan in accordance with the above may, as payments are received by the Claimant or his representative from or for the Responsible Third Party, be deducted from other benefits payable by the Plan to the Claimant.

When a final judgment or settlement payment is received from or for the Responsible Third Party by the Claimant or his representative such that no future or additional payments will be received from or for the Responsible Third Party and when, based on such final payment from or for the Responsible Third Party, reimbursement to this Plan and a redetermination of benefits payable by the Plan as to known future treatment of the Claimant in connection with the injury or illness have been made, the Claimant agrees to and shall continue to be obligated to reimburse the Plan, from any remaining portion of the payments from the Responsible Third Party previously retained by the Claimant or his representative, for any subsequent benefits paid by this Plan for the injury or illness occurring within twenty-four (24) months after the redetermination of benefits made at the time of the final judgment or settlement and not included in such redetermination.

Each Claimant or his/her representative shall promptly notify the Plan of the name of any Responsible Third Party involved in an injury or illness for which the Claimant seeks to receive benefits under this Plan. Each Claimant shall keep the Plan fully informed of all actions being taken by the Claimant to obtain a recovery from the Responsible Third Party, including informing this Plan of any payments received from the Responsible Third Party, any final judgment recovered against the Responsible Third Party or any discussions with the Responsible Third Party concerning settlement of the claim.

This Plan shall have the right to review any proposed settlement of the Claimant's claim for recovery from the Responsible Third Party and this Plan shall have the express right, at its option, to reject any such settlement which does not adequately provide for the recovery from the Responsible Third Party of benefits paid or to be paid by this Plan to the Claimant in connection with the injury or illness. The Claimant agrees not to enter into any settlement with the Responsible Third Party which has been reasonably rejected by this Plan as provided for above.

NNI-LTD-00005113

## Limits On Assignments

Benefits under the Plan may be assigned only as a gift assignment. The Claims Administrator will not be responsible for determining the validity of a purported assignment. The Claims Administrator will not be held to have knowledge of an assignment unless it has received a copy thereof.

## Errors in Payment of Benefits

If the Claims Administrator determines that benefits previously paid to you were incorrectly paid, the Claims Administrator may seek reimbursement of such incorrect benefit payment by either requesting that you reimburse the Claims Administrator or by deducting the amount of incorrect benefit payments from subsequent benefit payments payable to you by this Plan or any other welfare plan maintained by the Company.

NNI-LTD-00005114

# ADDITIONAL INFORMATION

Plan Name:   The Northern Telecom Inc. Weekly Disability and Long Term Disability Plan.

Employer Identification Number: 04-2486332

Plan Number: 509

Plan Sponsor:   Northern Telecom Inc.
200 Athens Way
Nashville, Tennessee 37228-1803

Type of Plan:   Welfare

Plan Year:   January 1 to December 31

Plan Administrator:   Northern Telecom Inc.
200 Athens Way
Nashville, Tennessee 37228-1803
Tel: (615) 734-4000

Agent for Service of Legal Process:   Plan Administrator

Claims Administrator:   The Prudential Insurance Company of America
Central Atlantic Group Operations
Horsham, PA 19044

Benefits under this Plan are provided by Northern Telecom Inc. Company costs are paid out of current or accumulated earnings and profits.

Plan Changes and Termination - The Company expects to continue this Plan, but necessarily reserves the right to amend this Plan from time to time or terminate this Plan at any time. Any amendment to this Plan may reduce or eliminate benefits payable under the Plan to persons who are Employees as of the effective date of the amendment.

Claims - This booklet contains information on reporting claims. Forms for submitting claims may be obtained from your Human Resources Department.

If your claim is denied in whole or in part, you will receive a written notice of the denial, explaining the reason for the denial.

NNI-LTD-00005115

You may request a review of the denied claim. The request must be submitted, in writing, within 60 days after you receive the notice. Include your reasons for requesting the review and submit your request to the same office to which you submitted your claim. Your claim will be reviewed, and you will ordinarily be notified of the final decision within 60 days of the receipt of your request for review. The final decision will be made by The Prudential Insurance Company of America which is providing claim services under this Plan.

Your Rights under ERISA - As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA"). ERISA provides that all Plan participants shall be entitled to:

> Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by this Plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

> Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

> Receive a summary of this Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of this Plan. The people who operate this Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including the Company, your union, or any other person, may terminate you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reviewed. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from this Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about this Plan, you should

NNI-LTD-00005116

contact the Plan Administrator, your Director of Human Resources, or the Director of Benefits for Northern Telecom Inc. If you have any questions about this statement or about your rights under ERISA you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

The Plan Administrator shall have discretionary authority to determine the benefits owing under this Plan, to otherwise interpret the provisions of this Plan and to make any necessary factual determinations hereunder.

NNI-LTD-00005117