# **EXHIBIT H**

Issued: Jan 1, 1997
Modified: Jan 12, 2006
Validated: Jan 12, 2006

*7338*

# U.S. - LEAVES OF ABSENCE

## Medical Leave of Absence Process

*MGC*

*800 - 400 - 7242*

## Contents

- Introduction
- Eligibility
- Duration
- STD Process
- STD/LTD Extension Process
- Return to Work from Leave Process
- Benefits
- Short-Term and Long-Term Disability Plan
  - Short-Term Disability (STD) Coverage
  - Long-Term Disability (LTD) Coverage
- Definitions

**Gates McDonald using TOPS (Time Off Planning System), provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves. All Short-Term and Long Term Disability claim processing and monitoring is administered by The Prudential Insurance Company of America.**

## Introduction

This document presents the guidelines and process information for a U.S. Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The U.S. Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

Keep in mind that the Family and Medical Leave Act of 1993 (FMLA) requires that certain employers provide to their employees up to twelve (12) weeks of unpaid leave per calendar year with job protection:

- due to the employee's own serious health condition;
- to care for a newborn, newly adopted or placed foster child;
- to care for an immediate family member or domestic partner with a serious health condition

As a result, any time an employee is away from work on an approved short-term disability leave, they are also considered to be on an approved Family Care Leave. Since the Family Care Leave runs concurrent with the STD leave, the time the employee is out of work on STD is applied against the 12 weeks of job protection under the Family and Medical Leave Act.

For more information and details on Family Care Leave, refer to the Family Care Leave of Absence Process.

## Eligibility

LTD-002913

All regular full-time or regular part-time (working 20-37.5 hours per week) employees of Nortel are eligible for the Medical Leave of Absence.

## Duration

A Medical Leave of Absence may be granted for an illness, injury or birth of a child that requires an absence longer than 5 consecutive work days (the 5 day waiting period) or more than one full week of work (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule.

A Medical Leave of Absence involving a Reduced Work Schedule Reduced Work Schedule may be granted or continued solely at the discretion of Nortel when your combined periods of Medical Leave and Family Care Leave exceed 12 weeks in the calendar year.

If your absence is less than the required duration for a Medical Leave of Absence (i.e., 5 days or less) but otherwise meets all the requirements of such a leave, including documentation, your leave will be treated according to the attendance requirements of your business unit. If your absence occurs at a time when your combined periods of Medical Leave and Family Care Leave are 12 weeks or less in the calendar year, the absence will not adversely affect your employment status, such as your attendance record, availability record or performance assessment.

The duration of the Medical Leave of Absence will be determined by the nature of your illness or injury, the necessity of the absence from your job and your continued timely submission of the required documentation for the leave. The claims administrator, Prudential Insurance Company, will regularly review your documentation to ensure that the clinical evidence continues to support total disability. You are responsible for informing Prudential and your manager of any change in the expected duration of the leave or leave status.

The Medical Leave of Absence will terminate when you are released to return to work, or when the claims administrator determines the medical evidence no longer supports total disability, or after a continuous period of absence of 26 weeks, whichever is earlier. STD benefits begin on the first day of absence and continue through the 26th week of absence. As long as the clinical evidence continues to support total disability, LTD benefits begin on the 27th week of absence and continue as long as you remain totally disabled, up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

    **If you do not return to work when your Medical Leave of Absence ends, you will be considered to have voluntarily terminated employment effective the first working day following the expiration of the leave.**

## STD Process

The process for requesting a Medical Leave of Absence is as follows:

1.  Contact the TOPS Leave Administrator at 877-664-8677 to initiate the process. An agent will conduct an interview to obtain all necessary information for your Short-Term Disability claim or Family Care Leave of Absence Process.
2.  If a Short-Term Disability, Prudential will contact your treating physician(s) to obtain all medical information. Once obtained, Prudential will review all documentation and notify you of the decision to approve or deny your request for Medical Leave.

> **For new claims, if Prudential is unable to obtain from your physician the medical information that certifies you as being disabled within 7 days and you do not return to work, Prudential will request that you obtain and submit the required medical information. If the medical information is not provided to Prudential within 15 days, your claim will be invalidated and you will be moved to an unpaid leave of absence status. Once the required medical information is submitted and your claim**

LTD-002914

LTD-002915

US LEAVES OF ABSENCE - MEDICAL LEAVE OF ABSENCE PROCESS                                Page 3 of 10

**is approved, your pay will be reinstated on the next available pay date. For active/approved claims, when updated medical information is requested and not received by the claims administrator within 15 days, your claim and any additional benefits will be suspended. Should this occur, your pay will be suspended and you will be responsible for repaying any outstanding overpayments that may result. If you subsequently submit additional supporting medical documentation and your claim is extended, your pay will be reinstated on the next available pay date. You must also contact Global Employee Services to make arrangements to pay your benefit premiums in order for your other benefits to continue during the unpaid leave of absence. Remember that you do not have coverage for short-term or long-term disability while you are on an unpaid leave of absence.**

 Regarding instances where your pay is/was suspended due to late submission of medical documentation: When your claim is approved/reinstated, you must contact the 401(k) Service Network (800-726-0026) in order to resume your contributions through payroll deductions.

3.  Prudential may request additional updated medical information for each 30-day period that the leave continues, or if the circumstances described by the original or subsequent certifications change significantly, or after receiving information that is inconsistent with your previous certifications.

 **4. Failure to provide additional certification within the specified time will result in termination of the Medical Leave of Absence. If you do not return to work at that time, you will be considered to have voluntarily terminated your employment as of the date the form was due.**

5.  Prudential may request an Independent Medical Evaluation (IME) to provide a second opinion at the company's expense, if the information submitted for the Medical Leave is insufficient for approval of Short-Term Disability. The objective of the IME is to obtain information from an independent source that can be used in making the decision about eligibility for Short-Term Disability. This independent evaluator will not be affiliated with or utilized by the company on a regular basis. This evaluation may be requested at any time during the period of disability.

6.  At any point that your claim is denied or terminated, you will be notified of your appeal rights via a letter from Prudential.

If you are requesting Medical Leave of Absence with a Reduced Work Schedule, you must follow the requirements of the leave. In addition, this leave must be scheduled so that the disruption to Nortel operations is minimal. In this case, Nortel may assign you to an equivalent position that better accommodates the Reduced Work Schedule. The Reduced Work Schedule will consist of regularly worked hours and days, whenever possible.

 Note that if you are on a full-time Medical Leave of Absence and wish to change to leave on a Reduced Work Schedule, you must contact the TOPS Leave Administrator to request another leave.

## STD/LTD Extension Process

If you are not medically able to return to work on the indicated return to work date, you may request an extension by contacting the TOPS Leave Administrator before the indicated return to work date. **The extension must be approved by Prudential** and will be processed following the Process for the original request.

 **If you do not obtain an approved extension when your Medical Leave of Absence ends and you do not return to work, you will be considered to have voluntarily terminated employment, effective the first working day following the expiration date of your leave.**

## Return to Work from Leave Process

LTD-002916

LTD-002917

You must notify Prudential at least 5 days before your desired return to work date or 5 days before the return to work date indicated on the qualification letter, whichever is earlier. At that time, you must obtain from your Health Care Provider a Return to Work Statement. The statement should provide the date that you may return to work along with any restrictions or accommodations that may be required. **The Return to Work statement must be submitted to Prudential before you return to work.** Prudential will verify that you are medically able to perform the essential duties of the position to which you are reinstated, with or without accommodations. If Prudential determines that you are medically able to return to work, they will inform your manager of the need for any job-related restrictions and will advise you as to whether or not your manager can accommodate those restrictions. You must also call the TOPS Leave Administrator at 877-664-8677 to report your "Actual Return to Work Date" so that your Family Care Leave is properly closed. On the day you return to work, your manager must call Global Employee Services @ 1-800 676-4636 or ESN 352-4636 and report your return to work date to ensure pay is returned to active employee status.

 **After confirmation of your return to work, Prudential will notify Global Employee Services so you are returned to _active_ status.**

Remember that Family Care Leave runs concurrent to your STD leave, If your combined period of Short-Term Disability and Family Care Leave period(s) totaled 12 weeks or less in a calendar year and, in the case of the Family Care Leave, you have worked 1250 hours in the 12 months before the leave began, you will be placed in your same position, an equivalent position or any position for which you are qualified, depending on availability. If no position is available, you will be terminated. Reinstatement to employment is not required if your position has been eliminated or if your leave was obtained fraudulently. If the applicable state law requires reinstatement following longer period of absence or contains less stringent eligibility requirements, Nortel will comply with the state law.

If your leave has been longer than 12 weeks, you may be placed in any available position for which you are qualified, as determined solely by Nortel. If there are no positions available within 30 days of the time you are eligible to return to work, you will be terminated.

## Compensation & Benefits while on Medical Leave of Absence

The following benefits will continue as noted during your Medical Leave of Absence if you are eligible for these benefits under the terms and conditions of the benefit plans and if you continue to make all necessary and timely contributions for the applicable coverage. However, Nortel retains the unilateral right to change its benefit plans, including reducing or eliminating such plans, at any time; these changes will apply to employees on Medical Leave of Absence.

- **Compensation** - You will receive 100% of your pay for the first 6 weeks of your absence. During weeks 7-26 of your leave, your pay will be determined by the level of STD coverage you have chosen.

  For part-time employees, your pay for the first 6 weeks of leave is determined by the number of hours you regularly work. The number of hours you are regularly scheduled to work, based on the number of hours you averaged over the last 12 weeks preceding your disability, will be used in determining the amount of your disability benefit.

  **Note:** If at any time your STD claim is not approved, invalidated, suspended, or terminated, and you do not return to work, your pay will be suspended. You will be responsible for repaying any overpayments that may occur as a result of your unapproved absence. Global Employee Services will arrange billing of your benefit premiums in order to continue your benefit coverages until your pay is reinstated.

  If there is a conflict between this Nortel leave policy and the Country Specific Requirement No. US.017 - Pay Deductions For Time Not Worked by Exempt Employees regarding deduction or withholding of pay for time not worked by an exempt employee, the applicable provisions of the Country Specific Requirement No. US.017 will take precedence.

LTD-002918

LTD-002919

- **Holidays** - Any holiday that occurs during the approved short-term disability leave will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Life Insurance** - Life and accidental death and dismemberment (AD&D) insurance, including spouse and dependent coverage, continues.

- **Long-Term Investment Plan (401(k))** - If you are participating in this plan when your leave begins, you will continue as a participant during the leave. As long as you are receiving partial pay from Nortel, your contributions to the plan will continue to be deducted from your paycheck, unless you contact the Nortel Long-Term Savings Center at 1-800-726-0026 and notify them to suspend your deductions or change your contribution rate to 0% at the Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks. If you stop your contributions while you are on leave, you must contact Nortel Long-Term Savings Center at 1-800-726-0026 when you return to work in order to resume your contributions through payroll deductions or visit the Nortel Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks.

   If you have an outstanding loan against your 401(k) plan and you are repaying this loan through payroll deductions, you may need to contact the Nortel Long-Term Savings Center to arrange to continue making loan payments. As long as you are receiving pay from Nortel, your loan payments will continue to be deducted from your paycheck. However, if your paycheck is not enough to cover the amount of the scheduled loan payments, you must contact the Nortel Long-Term Savings Center at 1-800-726-0026 to arrange to continue making the loan payments yourself. If you are going on LTD, you'll receive written notice from the Nortel Long-Term Savings Center to arrange payment of your loan.

- **Medical and Dental/Vision/Hearing Care Coverage** - Medical and dental/vision/hearing care coverage, including spouse and dependent coverage, continues.

- **Merit Increase** - If your salary is planned for a merit increase while you are on leave and you return to work during the same salary plan year, the merit increase will automatically take place when you return to work.

- **Reimbursement Accounts** - If you are participating in these accounts when your leave begins, you may choose to continue or discontinue participation during your leave. As long as you are receiving partial pay from Nortel, contributions to the accounts will continue unless you contact Global Employee Services (ESN 352-4636 or 1-800-676-4636) to suspend your deductions. If you return to work during the same calendar year and wish to resume your contributions through payroll deductions, you must call Global Employee Services.

- **Retirement Plan** - The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of leave.

- **Short-Term Disability (STD) and Long-Term Disability (LTD)** - STD and LTD coverage remain at the level of coverage you have when you begin the leave until you return to work. If you are on a Reduced Work Schedule and receiving partial pay from Nortel, STD and LTD coverage is continued during the approved leave. If at any time your status is changed to Unpaid Leave of Absence, you do not have STD or LTD coverage during the unpaid leave. Your STD and LTD coverage will be reinstated once you have returned to active work.

- **Vacation** - You will continue to accrue vacation during the leave as long as you meet the following 2 requirements:
  - You are receiving STD benefits.
  - You return to work when your leave ends.

  If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of the approved LTD leave.

LTD-002920

LTD-002921

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose supplemental coverage for STD and LTD.

To ensure you understand all details and requirements of the disability plans, read and thoroughly review the Summary Plan Description (SPD) located in the Employee Benefits and Programs folder on Services@Work.

## Plan Highlights

| Short-Term Disability (STD) | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 66 $^2/_3$% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |

| Long-Term Disability (LTD) | |
| --- | --- |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 55% of FLEX Earnings after 26 weeks of total disability | 66 $^2/_3$% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. If you are on an unpaid Leave of Absence (Family Care, Military or Personal), you are not eligible for STD benefits. This means that if you are on one of these unpaid leaves and you are injured or become ill, STD benefits would not be available to you.
- There is a 5-day waiting period which is counted in the total time away from work on Medical Leave of Absence. The 5-day waiting period counts as week 1 of the 6 weeks of STD in which you receive 100% of your FLEX earnings.
- If the leave is not approved, the first 5 days must be taken as incidental time off without pay (unpaid leave) or unused vacation time or sick days, if available in areas outlined by local attendance policy. If your 5-day waiting period is reported in one of these ways and your STD is subsequently approved, the 5-day waiting period becomes week 1 of your STD and you will receive credit for any sick or vacation days or unpaid leave that was reported.
- **In all cases, if you need to take a STD or LTD Leave of Absence, you must call TOPS Leave Administrator to initiate the process at 1-877-664-8677.**

This applies to all US employees, except employees within the state of California where state laws differ. For more information on California benefits, call Global Employee Services at ESN 352-4636 or 1-800-676-4636.

- Birth of a child - Leave taken for the birth of a child is considered a Short-Term Disability (STD) event. Once the Short-Term Disability benefits has been exhausted. Additional time can be taken under the Unpaid Family Care Leave.
- Entitlement for child birth Short-Term Disability -For a normal, vaginal delivery, you receive 6 weeks of leave (from the onset of your leave) paid at 100% of your FLEX Earnings. For a Cesarean section, you receive 6 weeks of leave (from the onset of your leave) paid at 100% of your FLEX earnings and up to 2 more weeks at 66 $^2/_3$% or 90% of your FLEX Earnings (depending on the level of STD Benefit you have chosen), upon recommendation

LTD-002923

by your Health Care Provider (see the chart below).

| Maternity Leave (STD) | | | |
|---|---|---|---|
| **Type of Delivery** | **First 6 Weeks** | **Next 2 Weeks** | **Continued Leave** |
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 66 ⅔% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave* |

*Residents of California - Please see information on additional leaves available to you on Services@Work at: http://services-canada.ca.nortel.com/Livelink/livelink.exe/fetch/-13095/2246/2247/9688/1080294/Leaves%2Bof%2BAbsence%2B%252D%2BCalifornia%2BBased%2BEmployees%2BOnly?vernum=0

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:

  - You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - You will continue to be eligible for disability benefits under your current plan selections.
  - After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.



> **Note: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum STD benefit), you will have no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.**

- **Work Related Injury** - If you experience a work related injury and require a medical leave of absence, you must contact your local Health Services professional to initiate your Workers' Compensation claim. You must also contact TOPS within 15 days of your 1st day of absence, (see instructions above for process) to initiate your Nortel disability benefits in conjunction with your Workers' compensation claim (if you do not apply and/or get approved for Nortel disability benefits, your pay during your Workers' Compensation leave will consist solely of your Workers' Compensation payment, if approved, and your Nortel pay will be stopped). Contact information for your local Health Professional is shown below.

| Employee Work Location | Internal Phone Number | External Phone Number |
|---|---|---|
| Alpharetta/Atlanta | ESN 268-4874 | 770-708-4874 |
| Billerica, Nashville, Rochester | ESN 222-4058 | 615-432-4058 |
| Raleigh | ESN 352-8360 | 919-992-8360 |
| Richardson | ESN 444-5947 | 972-684-5947 |
| Santa Clara | ESN 265-0412 | 408-495-0412 |
| Sunrise | ESN 228-7876 | 954-858-7876 |
| All other locations & field installers | ESN 222-4058 | 615-432-4058 |

LTD-002925

- **Work Related Injury (Workers' Compensation) or Social Security Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible. You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.

 ## Long-Term Disability (LTD) Benefits

 **If you are a newly hired Employee, you will not be covered if Total Disability occurs within 12 months after coverage is effective and if the disability is caused or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on an unpaid leave of absence/sickness (not to exceed 1 year) until **one of the following** occurs:

  1. Your long-term disability (LTD) coverage is approved.
  2. You return to work.
  3. You terminate from the company.

  LTD benefits will provide you with either 55% or 66 $\frac{2}{3}$% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

  **You must notify Prudential of any Social Security or Workers' Compensation payments received while receiving short-term or long-term disability benefits. Failure to report this information to Prudential could result in your future benefit payments being reduced or eliminated.**

- **Duration of Benefits** - LTD benefits are payable as long as clinical evidence supports total disability up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

- **Holidays** - Any holiday that occurs during the LTD will be treated as any other day, and you will be compensated according to the LTD benefit level you chose.

- **FLEX Benefits Enrollment** Enrollment - If you are on LTD during an annual FLEX Benefits enrollment period, you are not eligible to enroll in STD or change your current LTD selection. In addition, the following provisions apply:
  - You may change your Medical coverage, Dental/Vision/Hearing Care coverage and Dependent Life Insurance selections.
  - You continue to be eligible for LTD benefits under your current plan selection.
  - you have returned to active work for 30 consecutive days, you may change your enrollment selections, because this is considered a Status Change.

  **NOTE: You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by Prudential that benefits are no longer payable to you, or by payment of the maximum LTD benefit) you will have no STD or LTD coverage until you return to Active Work Status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for**

LTD-002927

**Company business.**

 **Any employee who engages in work anywhere for pay or profit during an approved Medical Leave of Absence will be considered to have voluntarily terminated employment with Nortel, and the Medical Leave will automatically end.**

## Definitions

- **Benefits**- The benefits, if any, as specified in the Nortel Group Benefits Plan that are in effect when the Medical Leave of Absence begins.

- **Diability**- You are considered Totally Disabled for STD and LTD purposes when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job. This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required, at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

- **Equivalent Position** - A position having equivalent pay, benefits and working conditions and involving the same or substantially similar duties and responsibilities as the job that the eligible employee held just prior to the beginning of the Medical Leave of Absence.

- **Health Care Provider** Provider - A doctor of medicine or osteopathy authorized to practice medicine or surgery in the state where the practice occurs, or any other person capable of providing health care services as determined by the Secretary of the Department of Labor. The latter includes:
  - o podiatrists
  - o dentists
  - o clinical psychologists
  - o optometrists
  - o o chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist)
  - o o nurse practitioners and nurse-midwives who are authorized to practice in the state and who are performing within the scope of their practice as defined by state law
  - o o Christian Science practitioners listed with the First Church of Christ, Scientist, in Boston, MA.

- **Maximum Benefit Period** - The maximum length of time benefits will be paid, depending on your age when your Total Disability begins, according to the following schedule:

| If your disability begins at age: | LTD benefits will continue no longer than: |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |

LTD-002928

LTD-002929

US LEAVES OF ABSENCE - MEDICAL LEAVE OF ABSENCE PROCESS

| | |
|---|---|
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

- **Prudential Insurance Company of America** - The claims administrator for all short-term (including child birth) and long-term disability leaves. Prudential is responsible for approving and monitoring your STD and LTD leave, as well as providing medical clearance prior to your return to work.

- **The TOPS Leave Administrator - provides first point of contact to initiate both Family Care Leaves (FCL) and Short-Term and Long-Term Disability leaves.** Since all Short-Term Disability (STD) leaves are considered part of the leave under the Family and Medical Leave Act, you must first request your leave through the TOPS Leave Administrator, for completing your application for the short-term disability leave. TOPS Leave Administrator communicates all Short Term Disability applications to Prudential to process/approve the claim. At the conclusion of your leave, you must also report your 'Actual Return to Work Date' to the TOPS Leave Administrator in order to close your Family Care Leave and STD absence.

- **Reduced Work Schedule Leave** - A type of Medical Leave of Absence that involves, when medically necessary, a reduction in the number of an employee's usual work hours. The Reduced Work Schedule consists of regularly scheduled work hours and days whenever possible.

- **Serious Health Condition** - An illness, injury, impairment, or physical or mental condition that:
  - affects the eligible employee's health to the extent that the employee is unable to perform the essential functions of his/her job or any job **and**
  - requires inpatient care and/or continuing treatment by or under the supervision of a Health Care Provider.

  **Examples of Serious Health Conditions** include but are not limited to the following:
  - heart attacks
  - heart conditions requiring heart bypass or valve operations
  - most cancers
  - back conditions requiring extensive therapy or surgical requirements
  - strokes
  - severe respiratory conditions
  - spinal injuries
  - appendicitis
  - pneumonia
  - emphysema
  - severe arthritis
  - severe nervous disorders
  - injuries caused by serious accidents on or off the job
  - severe morning sickness
  - the need for prenatal care
  - childbirth
  - recovery from childbirth

LTD-002931

Doc.#101383
Issued: Apr 12, 1999
Modified: Dec 7, 2000

# U.S. - LEAVES

## Clarification of Short-Term Disability (STD) and Long-Term Disability (LTD) Processes

Specialists in Employee Services and the Disability Service Centers have collaborated to clarify the processes for employees taking a Short-Term Disability (STD) and a Long-Term Disability (LTD) Leave of Absence.

Here are the clarifications:

- The 5-day waiting period before STD benefits can begin may be satisfied by using sick or vacation days or unpaid leave. If your 5-day waiting period is reported in one of these ways and your STD is subsequently approved, the 5-day waiting period becomes week 1 of your STD and you will receive credit for any sick or vacation days or unpaid leave that was reported.

- The 5-day waiting period counts as week 1 of the 6 weeks of STD in which you receive 100% of your FLEX earning.

- If you are on an unpaid Leave of Absence (Family Care, Military or Personal), you are not eligible for STD benefits. This means that if you are on one of these unpaid leaves and you are accidentally injured or become ill, STD benefits would not be available to you.

Please review the revisions to the Medical Leave of Absence process document, as well as the information for Short-Term Disability and Long-Term Disability. In all cases, if you need to take a STD or LTD Leave of Absence, you must call the contact for your area (see the Global Contact List).

This applies to all US employees, except employees within the state of California where state law differ. For more information on California benefits, call Employee Services at ESN 352-4636 or 1-800-676-4636.

8:00 AM - 5:00 PM    M - F

Phone 800 - 949 - 8190
Fax 877 - 992 - 3702

Option # 1

Issued: Jan 1, 1997
Document Modified: Jun 10, 2002

# U.S. - LEAVES OF ABSENCE

# Medical Leave of Absence Process

---

## Contents

- Introduction
- Eligibility
- Duration
- Approval
- Process
- Extension
- Return to Work from Leave
- Benefits
- Short-Term and Long-Term Disability Plan
  - Short-Term Disability (STD) Coverage
  - Long-Term Disability (LTD) Coverage
- Definitions

---

## Introduction

This document presents the guidelines and process information for an approved Medical Leave of Absence that may be taken by employees with serious health conditions due to illness or accidental injury for treatment and recovery. The Medical Leave of Absence relates to employees on Short-Term Disability (STD) or Long-Term Disability (LTD).

## Eligibility

All regular full-time or regular part-time (working 20-37.5 hours per week) employees of Northern Telecom Inc. are eligible for the Medical Leave of Absence.

## Duration

A Medical Leave of Absence may be granted for an illness, accidental injury or birth of a child that requires an absence longer than 5 consecutive work days or more than one full week of work (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The entire period of absence will be considered to be part of the leave under the Family and Medical Leave Act of 1993 or applicable state law.

**California Residents Only** - The 5-day waiting period may be waived if:

- you have been disabled 14 days or more during any one disability **or**
- If you have been hospitalized or have received treatment in a hospital surgical unit and are disabled at least 8 days during the disability period

The duration of the Medical Leave of Absence will be determined by the nature of your illness or injury, the necessity of the absence from your job and your continued timely submission of the required documentation for the leave. The responsible Nortel Networks Disability Service Center will regularly review your documentation to ensure that the leave is appropriate. You are responsible for informing the Disability Service Center and your manager of any change in the expected duration of the leave or leave status.

A Medical Leave of Absence involving a Reduced Work Schedule may be granted or continued solely at the discretion of Nortel Networks when your combined periods of Medical Leave and Family Care Leave period(s) exceed 12 weeks in the calendar year.

If your absence is less than the required duration for a Medical Leave of Absence (i.e., 5 days or less) but otherwise meets all the requirements of such a leave, including documentation, your leave will be treated according to the attendance requirements of the your business unit. If your absence occurs at a time when your combined periods of Medical Leave and Family Care Leave are 12 weeks or less in the calendar year, the absence will not adversely affect your employment status, such as your attendance record, availability record or performance assessment.

The Medical Leave of Absence will terminate when you are released to return to work or after a continuous period of absence of 26 weeks, whichever is earlier. STD benefits begin on the first day of absence and continue through the 26th week of absence. LTD benefits begin on the 27th week of absence and continue as long as you remain totally disabled up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

 **If you do not return to work when your Medical Leave of Absence ends, you will be considered to have voluntarily terminated employment effective the first working day following the expiration of the leave.**

## Approval

The Nortel Networks Disability Service Center is responsible for approving and monitoring your Medical Leave of Absence, as well as providing medical clearance prior to your return to work.

## Process

The process for requesting a Medical Leave of Absence is as follows:

1. Contact the U.S. Disability Service Center at 1-800-949-8190 or ESN 352-2651or 919- 992-2651 to initiate the leave process. All related forms will be mailed to you via fed-ex.

2. Complete the *Short-Term Disability Checklist* and *Certification of Physician or Practitioner* form, obtain the appropriate signatures and submit the forms to the Disability Service Center within the time specified by the Disability Service Center. The Disability Service Center is responsible for approving and monitoring Medical Leaves of Absence and for providing medical clearance prior to your return to work.

LTD-003728

3.  Upon receipt of the *Short-Term Disability Checklist* and *Certification of Physician or Practitioner* form, the Disability Service Center will review your documentation and notify you of the decision to approve or deny your request for Medical Leave.

4.  If your leave is approved, the Disability Service Center will notify Employee Services of the terms of your leave. Employee Services is responsible for ensuring that your compensation and benefits are handled according to the Medical Leave of Absence policy.

 **If the completed *Short-Term Disability Checklist* and *Certification of Physician or Practitioner* form is not returned within the specified time and you do not return to work, you will be considered to have voluntarily terminated employment effective the first day on which your absence began.**

5.  The responsible Nortel Networks Disability Service Center may request that you provide an additional updated *Certification of Physician or Practitioner* form for each 30-day period that the leave continues, or if the circumstances described by the original or subsequent certifications changes significantly, or after receiving information that is inconsistent with your previous certifications.

 **Failure to provide additional certification within the specified time will result in termination of the Medical Leave of Absence. If you do not return to work at that time, you will be considered to have voluntarily terminated your employment as of the date the form was due.**

6.  The Disability Service Center may request an Independent Medical Evaluation (IME) to provide a second opinion at the company's expense, if the information submitted for the Medical Leave is insufficient for approval of Short-Term Disability. The objective of the IME is to obtain information from an independent source that can be used in making the decision about eligibility for Short-Term Disability. This independent evaluator will not be affiliated with or utilized by the company on a regular basis. This evaluation may be requested at any time during the period of disability.

If you are requesting Medical Leave of Absence with a Reduced Work Schedule, you must follow the requirements of the leave. In addition, this leave must be scheduled so that the disruption to Nortel Networks operations is minimal. In this case, Nortel Networks may assign you to an equivalent position that better accommodates the Reduced Work Schedule. The Reduced Work Schedule will consist of regularly worked hours and days, whenever possible.

 Note that if you are on a full-time Medical Leave of Absence and wish to change to leave on a Reduced Work Schedule, you must complete and submit another request form.

## 🔲 Extension

If you are not medically able to return to work on the indicated return to work date, you may request an extension by contacting the responsible Nortel Networks Disability Service Center and completing and submitting a *Certification of Physician or Practitioner* form before the indicated return to work date. **The extension must be approved by the Disability Service Center** and will be processed following the Process for the original request.

##  Return to Work from Leave

You must notify the Disability Service Center at least 5 days before your desired return to work date or 5 days before the return to work date indicated on the *Certification of Physician or Practitioner* form, whichever is earlier. At that time, the Disability Service Center will provide you with a *Return to Work Statement* that must be completed by your Health Care Provider and submitted to the Disability Service Center before you return to work. The Disability Service Center will verify that you are medically able to perform the essential duties of the position to which you are reinstated, with or without accommodations. If the Disability Service Center determines that you are medically able to return to work, he/she will inform your manager of the need for any job-related restrictions through the *Work Status Report*.

> ⚠ **After confirmation of your return to work, the Disability Service Center will notify Employee Services so you are returned to *active* status.**

If your combined Medical Leave and Family Care Leave period(s) totaled 12 weeks or less in a calendar year **and**, in the case of the Family Care Leave, you have worked 1250 hours in the 12 months before the leave began, you will be placed in your same position, an equivalent position or any position for which you are qualified, depending on availability. If no position is available, you will be terminated. Reinstatement to employment is not required if your position has been eliminated or if your leave was obtained fraudulently. If the applicable state law requires reinstatement following longer period of absence or contains less stringent eligibility requirements, Nortel Networks will comply with the state law.

If your leave has been longer than 12 weeks, you may be placed in any available position for which you are qualified, as determined solely by Nortel Networks. If there are no positions available within 30 days of the time you are eligible to return to work, you will be terminated.

## Benefits

The following benefits will continue as noted during your Medical Leave of Absence if you are eligible for these benefits under the terms and conditions of the benefit plans and if you continue to make all necessary and timely contributions for the applicable coverage. However, Nortel Networks retains the unilateral right to change its benefit plans, including reducing or eliminating such plans, at any time; these changes will apply to employees on Medical Leave of Absence.

- **Compensation** - You will receive 100% of your pay for the first 6 weeks of your absence. During weeks 7-26 of your leave, your pay will be determined by the level of STD coverage you have chosen.

  For part-time employees, your pay for the first 6 weeks of leave is determined by the number of hours you regularly work:
  - If you work between 35-37.5 hours per week, 40 hours will be used in determining pay.
  - If you work between 20-34.5 hours per week, 25 hours will be used in determining pay.

- **Holidays** - Any holiday that occurs during a Medical Leave of Absence will not be paid, unless you are on a Reduced Work Schedule and receiving partial pay from Nortel Networks.

- **Life Insurance** - Life and accidental death and dismemberment (AD&D) insurance, including

US LEAVES OF ABSENCE - MEDICAL LEAVE OF ABSENCE PROCESS

spouse and dependent coverage, continues.

- **Long-Term Investment Plan (401(k))** - If you are participating in this plan when your leave begins, you will continue as a participant during the leave. As long as you are receiving partial pay from Nortel Networks, your contributions to the plan will continue to be deducted from your paycheck, unless you contact the Nortel Networks Long-Term Savings Center at 1-800-726-0026 and notify them to suspend your deductions or change your contribution rate to 0% at the Nortel Networks Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks. If you stop your contributions while you are on leave, you must contact Nortel Networks Long-Term Savings Center at 1-800-726-0026 when you return to work in order to resume your contributions through payroll deductions or visit the Nortel Networks Long-Term Savings Center online at http://resources.hewitt.com/nortelnetworks.

 If you have an outstanding loan against your 401(k) plan and you are repaying this loan through payroll deductions, you may need to contact the Nortel Networks Long-Term Savings Center to arrange to continue making loan payments. As long as you are receiving pay from Nortel Networks, your loan payments will continue to be deducted from your paycheck. However, if your paycheck is not enough to cover the amount of the scheduled loan payments, you must contact the Nortel Networks Long-Term Savings Center 1-800-726-0026 to arrange to continue making the loan payments yourself. If you are going on LTD, you'll receive written notice from the Nortel Networks Long-Term Savings Center to arrange payment of your loan.

- **Medical and Dental/Vision/Hearing Care Coverage** - Medical and dental/vision/hearing care coverage, including spouse and dependent coverage, continues.

- **Merit Increase** - If your salary is planned for a merit increase while you are on leave and you return to work during the same salary plan year, the merit increase will automatically take place when you return to work.

- **Reimbursement Accounts** - If you are participating in these accounts when your leave begins, you may choose to continue or discontinue participation during your leave. As long as your are receiving partial pay from Nortel Networks, contributions to the accounts will continue unless you contact Employee Services (ESN 352-4636 or 1-800-676-4636) to suspend your deductions. If you return to work during the same calendar year and wish to resume your contributions through payroll deductions, you must call Employee Services.

- **Retirement Plan** - The accrual of benefit and vesting service is determined by the retirement plan in effect at the time of leave.

- **Short-Term Disability (STD) and Long-Term Disability (LTD)** - STD and LTD coverage remain at the level of coverage you have when you begin the leave until you return to work. If you are on a Reduced Work Schedule and receiving partial pay from Nortel Networks, STD and LTD coverage is continued during the leave.

- **Vacation** - You will continue to accrue vacation during the leave as long as you meet the following 2 requirements:
  - You are receiving STD benefits.
  - You return to work when your leave ends.

LTD-003731

If you are receiving LTD benefits, you will not continue to accrue vacation during the leave. Any vacation accrued and unused prior to the start of STD will be paid out at the beginning of LTD.

## Short-Term Disability and Long-Term Disability Plan

Your disability benefits are designed to continue all or part of your income if you are unable to work due to illness or injury. The Company provides you with Short-Term Disability (STD) and Long-Term Disability (LTD) coverage as part of your Core FLEX Benefits. In addition, you may choose supplemental coverage for STD and LTD.

## Plan Highlights

| *Short-Term Disability (STD)* | |
| --- | --- |
| **Core STD Benefits** | **Supplemental STD Benefits** |
| 100% of your FLEX Earnings for up to 6 weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks | 100% of FLEX Earnings for up to 6 weeks, followed by 90% of your FLEX earnings for up to the next 20 weeks |

| *Long-Term Disability (LTD)* | |
| --- | --- |
| **Core LTD Benefits** | **Supplemental LTD Benefits** |
| 50% of FLEX Earnings after 26 weeks of total disability | 70% of FLEX Earnings after 26 weeks of total disability |

## Short-Term Disability (STD) Benefits

- **When STD Benefits Begin** - Benefits for an approved STD begin when you have been absent from work for more than 5 consecutive work days or more than one full work week (Monday through Sunday regardless of the number of hours worked) for a Reduced Work Schedule. The 5-day waiting period is counted in the total time away from work on Medical Leave of Absence. If the leave is not approved, the first 5 days must be taken as vacation time, incidental time off without pay or sick days, if available in areas outlined by local attendance policy.

    **California Residents Only** - The 5-day waiting period may be waived if:
    - you have been disabled 14 days or more during any one disability **or**
    - If you have been hospitalized or have received treatment in a hospital surgical unit and are disabled at least 8 days during the disability period

- **Benefit Reduction** - STD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Holidays** - Any holiday that occurs during the STD will be treated as any other day, and you will be compensated according to the STD benefit level you chose.

- **Maternity Leave** - Leave taken for the birth of a child is considered an STD. For a normal, vaginal delivery, you receive 6 weeks of leave paid at 100% of your FLEX Earnings. For a Cesarean section, you receive 6 weeks of leave paid at 100% of your FLEX earnings and up to 2 more weeks at 70% or 90% of your FLEX Earnings (depending on the level of STD Benefit you

have chosen), upon recommendation by your Health Care Provider (see the chart below).

| Maternity Leave (STD) | | | |
|---|---|---|---|
| **Type of Delivery** | **First 6 Weeks** | **Next 2 Weeks** | **Continued Leave** |
| Vaginal Delivery | 100% of pay | Vacation and/or Unpaid Family Care Leave of Absence | |
| Cesarean Section | 100% of pay | 70% or 90% of pay, depending on FLEX level chosen | Vacation and/or Unpaid Family Care Leave |

- **FLEX Benefits Enrollment** - If you are on STD during an annual FLEX Benefits enrollment period and remain on STD when your newly chosen coverage is supposed to begin, the following provisions apply:
  - You may change your FLEX Benefits selections, including your Supplemental STD and/or Supplemental LTD selections during the enrollment period.
  - You will continue to be eligible for disability benefits under your current plan selections. If your disability extends beyond 26 weeks so that you become eligible for LTD, your benefits will be paid under your current LTD plan selection. After you have returned to active work for 2 consecutive weeks, you will be covered under your new selections.

## Long-Term Disability (LTD) Benefits

⚠️ **Newly-hired employees will not be covered for 12 months for any disability caused by, contributed to or relating from a pre-existing condition occurring within the 90-day period of your coverage effective date.**

- **When LTD Benefits Begin** - LTD benefits begin after you have been totally disabled for longer than 26 consecutive weeks. If your STD coverage ends but your LTD coverage is not yet approved, you will be placed on personal leave of absence (not to exceed 1 year) until **one of the following** occurs:

  1. Your long-term disability (LTD) coverage is approved.
  2. You return to work.
  3. You terminate the company.

  LTD benefits will provide you with either 50% or 70% of your FLEX earnings (based on the level of LTD FLEX Benefits you have chosen).

- **Benefit Reduction** - LTD benefits are reduced by any Social Security or Workers' Compensation payments for which you are eligible.

- **Duration of Benefits** - LTD benefits are payable as long as you remain totally disabled up to age 65 or for the Maximum Benefit Period if you are age 60 or over.

- **Holidays** - Any holiday that occurs during the LTD will be treated as any other day, and you will

be compensated according to the LTD benefit level you chose.

- **FLEX Benefits Enrollment** - If you are on LTD during an annual FLEX Benefits enrollment period, you are not eligible to enroll in STD or change your current LTD selection. In addition, the following provisions apply:
  - You may change your Medical coverage, Dental/Vision/Hearing Care coverage and Dependent Life Insurance selections.
  - You continue to be eligible for LTD benefits under your current plan selection.
  - Once you have returned to active work for 30 consecutive days, you may change your enrollment selections, because this is considered a Status Change.

⚠️ **Any employee who engages in work anywhere for pay or profit during an approved Medical Leave of Absence will be considered to have voluntarily terminated employment with Nortel Networks, and the Medical Leave will automatically end.**

 **Definitions**

- **Benefits** - The benefits, if any, as specified in the Nortel Networks Group Benefits Plan that are in effect when the Medical Leave of Absence begins.

- **Diability** - You are considered Totally Disabled for STD or LTD purposes when a Physician certifies that you cannot work because of an illness or accidental injury, and the evidence supports this opinion. This means that you cannot perform the work you were normally performing at the time of your disability. In addition, you must be under the regular care of a Health Care Provider.

  For an STD, you must provide written proof of your Total Disability to the responsible Nortel Networks Disability Service Center, who will make the final determination of disability. For an LTD, you must provide written proof of your Total Disability to the Claims Administrator, who will make the final determination of disability. You must be under the regular care of the Physician who has treated you personally for the illness or injury causing the Total Disability for at least 31 days.

- **Equivalent Position** - A position having equivalent pay, benefits and working conditions and involving the same or substantially similar duties and responsibilities as the job that the eligible employee held just prior to the beginning of the Medical Leave of Absence.

- **Health Care Provider** - A doctor of medicine or osteopathy authorized to practice medicine or surgery in the state where the practice occurs, or any other person capable of providing health care services as determined by the Secretary of the Department of Labor. The latter includes:
  - podiatrists
  - dentists
  - clinical psychologists
  - optometrists
  - chiropractors (limited to treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by X-ray to exist)
  - nurse practitioners and nurse-midwives who are authorized to practice in the state and who are performing within the scope of their practice as defined by state law
  - Christian Science practitioners listed with the First Church of Christ, Scientist, in Boston, MA

- **Disability Service Center -** A registered nurse or licensed physician responsible for the employee's business unit. To determine your responsible Nortel Networks Disability Service Center, call the Disability Service Center in your area.

- **Maximum Benefit Period -** The maximum length of time benefits will be paid, depending on your age when your Total Disability begins, according to the following schedule:

| *If your disability begins at age:* | *LTD benefits will continue no longer than*: |
| --- | --- |
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 to 74 | 12 months |
| 75 or over | 6 months |

- **Reduced Work Schedule Leave -** A type of Medical Leave of Absence that involves a reduction in the number of an employee's usual work hours. The Reduced Work Schedule consists of regularly scheduled work hours and days whenever possible.

- **Serious Health Condition -** An illness, injury, impairment, or physical or mental condition that:
  o affects the eligible employee's health to the extent that the employee is unable to perform the essential functions of his/her job or any job **and**
  o requires inpatient care and/or continuing treatment by or under the supervision of a Health Care Provider.

**Examples of Serious Health Conditions** include but are not limited to the following:
  o heart attacks
  o heart conditions requiring heart bypass or valve operations
  o most cancers
  o back conditions requiring extensive therapy or surgical requirements
  o strokes
  o severe respiratory conditions
  o spinal injuries
  o appendicitis
  o pneumonia
  o emphysema
  o severe arthritis
  o severe nervous disorders
  o injuries caused by serious accidents on or off the job
  o severe morning sickness
  o the need for prenatal care
  o childbirth
  o recovery from childbirth