# **EXHIBIT J**

**Chart of Documents Provided to Debtors' Employees
Promising LTD Benefits During Disability to Age 65**

| Exhibit | Document | Representation Regarding Duration of Benefit |
|---|---|---|
| 1 | 1984 Northern Telecom "Guide to the Flexible Benefit Program" NNI-LTD-00011131-00011161 | • Advises employees that the company's "philosophy" behind the offered benefits "reflects our fundamental concern for each employee as an individual" (NNI-LTD-00011132).<br><br>• "Long Term Disability Coverage" is described as an "important benefit [that] provides you with monthly income during total disability beginning the 27th consecutive week of disability and <u>continuing until you reach age 65</u>." (NNI-LTD-00011146) (emphasis added)1<br><br>• No reservation of rights to terminate benefits after becoming disabled and no language qualifying or conditioning the continued receipt of benefits once disabled. |
| 2 | 1984 SPD "Benefits at a Glance For Salaried Employees of Northern Telecom Inc." NNI-LTD-00005771-5785 | • Long Term Disability benefits described as: "Long Term Disability benefits (LTD) provide continuing income for you and your family if you are disabled and unable to work for a long period of time due to illness or injury." NNI-LTD-00005783<br><br>• Summary of Benefit described as: "*Duration of Benefit*: LTD benefits will start after you have been disabled for six months. <u>Generally, benefits will continue</u>:<br>-for the next two years if you cannot perform the duties of your regular job, and |

1

| | | |
|---|---|---|
| | | -thereafter up to age 65 if you are unable to engage in any gainful occupation for which you are or could become qualified by training, education or experience. If disability occurs after age 65, benefits will be paid for one year but not beyond age 70." (emphasis added). NNI-LTD-00005783<br><br>• No reservation of rights to amend or terminate plan. |
| 3 | 1992 "Weekly Disability and Long Term Disability Plan" NNI-LTD-00005009-5031 | • Long Term Disability benefits duration described as:<br><br>"How Long Benefits Are Paid: You will continue to receive Monthly Income Benefits while you remain totally disabled, up to the end of the Maximum Benefit Period shown" (generally to age 65 if disability began prior to age 61) (emphasis added). NNI-LTD-00005018<br><br>"Totally disabled" is defined as a "Period of Total Disability:"<br>"Your benefit period during total disability will end when the first of the following occurs:<br>1. you cease to be totally disabled or die; or as otherwise provided for in this booklet, or<br>2. you actually start working at the type of occupation in which you normally engage or at any reasonable occupation. (Work at an Approved Rehabilitation Program as defined below will not count as work at the type of occupation in which you normally engage or at a reasonable occupation), or<br>3. you cease to be under the care of a physician, or<br>4. you fail to furnish the latest required proof of the continuance of your total disability or refuse to be examined by a |

| | | |
|---|---|---|
| | | physician designated by the Plan." NNI-LTD-00005019<br><br>"Plan Changes and Termination" section states: "The Company expects to continue this Plan, but necessarily reserves the right to amend this Plan from time to time or terminate this Plan at any time. <u>Any amendment to this Plan may reduce or eliminate benefits payable under the Plan to persons who are Employees as of the effective date of the amendment</u>." (emphasis added). NNI-LTD-00005019<br><br>• No reservation of rights to terminate benefits for those already disabled and "Plan Changes and Termination" section states that amendments to the plan to reduce or eliminate benefits applies to "Employees" as of the effective date. "Employees" is not defined. Those who are already disabled are referred to as "Claimant[s]." NNI-LTD-00005023. |
| 4 | 1994 "Enrollment Workbook" NNI-LTD-00011423-11460 | • Advised employees to "Please read this Enrollment Workbook carefully. It's been designed to help you understand your benefit choices and to guide you through the enrollment process." (NNI-LTD-00011427).<br><br>• Introducing the "Flex" benefits program and "How Flex Works," LTD benefits are represented as: "<u>You're covered to the end of your approved disability or age 65</u> . . . in the event of a long-term disabling illness or injury . . .." (emphasis added) (NNI-LTD-00011432).<br><br>• In the specific "Disability Coverage" section, LTD benefits are described without any qualifier, condition, or |

3

| | | |
|---|---|---|
| | | reservation of rights in the company to terminate benefits even after the individual became disabled. (NNI-LTD-00011452). |
| 5 | 1994 "Flex Benefits – It's Your Call" "Special Instructions for People Who Are ... On LTD" NNI-LTD-00011579-00011584 | • Under LTD "Important points to remember:" "<u>Benefits will continue throughout your disability.</u>" (emphasis added) NNI-LTD-00011583<br><br>• The reservation of rights does <u>not</u> advise employees that benefits for those who are already disabled and in pay status may be terminated at any time. |
| 6 | 1994 Flex Benefits "It's Your Call" Enrollment Workbook<br><br>LTD-000183 -000261 | • "How FLEX Works" Section "Introducing FLEX"- "Long Term Disability" section states:<br><br>"<u>You're covered to the end of your approved disability or age 65</u> (or later if your disability begins after age 60<u>) in the event of a long-term disabling illness or injury</u> in the amount of 50% of FLEX Earnings. Company-provided FLEX Credits equal to the cost of an additional 20% of FLEX Earnings are given to current full-time employees. LTD benefits will be increase by a new cost-of-living adjustment. You may select supplemental LTD coverage, as described on page 39." (emphasis added) . LTD-000197-000198<br><br>• Affirmatively represents to employees that, for "Long-Term Disability Coverage," "you're covered to the end of your approved disability or age 65." There is no mention of any other factor for the discontinuance of benefits and there is no explanation that the company can terminate LTD benefits once the employee becomes disabled and is in pay status and no reservation of rights included |

4

| | | |
|---|---|---|
| | | anywhere. |
| 7 | 1996<br>"Flex Benefits – It's Your Call"<br>"Enrollment Workbook"<br>NNI-LTD-00011743-00011817 | • Introduction section states: "When it comes to decisions that <u>affect your health and financial security</u>, you want to be the one to make them. After all, only you know what will best meet your needs each year." (emphasis added) NNI-LTD-00011747.<br><br>• Although recognizing benefits decisions affect "health and financial security," Debtors apparently did not think it important that they also advise employees that LTD benefits could be discontinued at any time <u>even after becoming disabled</u>- the very event employees were selecting benefits to cover.<br><br>• As to LTD benefits, employees advised: "<u>You're covered to the earlier of the end of your approved disability or age 65</u> . . . in the event of a long-term disabling illness or injury . . .." (emphasis added) NNI-LTD-00011751.<br><br>• The LTD section of the Workbook asks employees to "Think About" what would happen "If you become permanently disabled and unable to work, do you have any other sources of income to support you and your family?" and <u>encourages employees to purchase the additional "optional" coverage</u> to, in essence, "buy up," a higher percentage of LTD income continuation. Although recognizing that income replacement is important, Debtors <u>never advised</u> employees anywhere in this "workbook" used to select benefits that these critical benefits could be terminated *even after becoming disabled*. NNI-LTD-00011783. |

5

| 8 | 2002 Nortel Networks "Flex Benefits Program for U.S. Flex Participants" - "Decision Maker" NNI-LTD-0013247-0013271 | • Provided to employees to make benefits decisions. NNI-LTD-00013249<br><br>• "What's New and Different for 2002" section says <u>nothing</u> about any changes to the receipt of LTD benefits, including any notification that LTD benefits end when employment is terminated. Significantly, Debtors assert that "many LTD plans further provide that the income continuation benefits end when a person's employment is terminated . . .." (Motion at ¶41) <u>but no such condition is provided for in the 2002 "Flex Benefits Decision Maker."</u> NNI-LTD-00013255-00013256 |
| --- | --- | --- |
| 9 | 2003 "Navigating Your Flex Benefits – 2003 Flex Roadmap" NNI-LTD-00013278-00013301 | • Section on costs of coverage refers to "Company-reserved funds for future claims," excluding these "company-reserved funds" from the average annual cost of coverage per employee. NNI-LTD-00012384. Here, Debtors recognized that they had reserved funds for future LTD claims despite the fact that Debtors now maintain they had no obligation to fund the LTD benefits.<br><br>• Reservation of rights does not state that benefits can be discontinued <u>after</u> becoming disabled. NNI-LTD-00013279. |
|   |   |   |

6