# EXHIBIT J-1



# GUIDE TO THE FLEXIBLE BENEFIT PROGRAM



**northern telecom**

1-1-84

NNI-LTD-00011131



## THE PHILOSOPHY
## BEHIND THE PROGRAM

The Flexible Benefit Program reflects our company's goals and philosophy. Each employee is an individual making an important contribution to this organization. It is fitting that our benefits reflect our fundamental concern for each employee as an individual. The Company recognizes that individuals have different needs and different priorities. We also recognize that YOU are the best judge of YOUR needs. It is in this spirit that we offer this benefit program.

## INTRODUCTION TO THE
## FLEXIBLE BENEFIT PROGRAM

You will probably find that your Flexible Benefit Program is different from any benefit program in which you have participated. Unlike other benefit programs, the Flexible Benefit Program considers your individual needs and recognizes that you are the best judge of those needs. Therefore, this program is not designed to meet the needs of a "typical" or "average" employee. Rather, it offers a broad range of benefit plan choices with each available choice designed to meet a different set or type of needs.

The selection of flexible benefit plans that are available to you was designed based on guidance provided by your fellow workers. Each of these plans is of equal financial value in terms of its cost to the company. However, each will vary in the level and range of benefits offered and the amount of contribution required from you.

The ultimate value of any plan will be measured by the security and financial benefit it provides to you and your family.

1



# CHANGING FROM ONE FLEXIBLE PLAN TO ANOTHER

The primary purpose of this program is to provide you with a benefit program that meets your present needs. We know that needs can change with the passing of time. An outstanding advantage of your Flexible Benefit Program is that it allows you to change plans as your needs change.

You will have two ongoing opportunities to change from one flexible plan to another.

Anytime you experience a "life event," you will have up to 31 days in which to choose to participate in a different, more appropriate benefit plan. A "life event" is an event that involves the addition or loss of a dependent including such things as marriage, divorce, birth, adoption of a child or the death of a dependent.

Each year, during the annual re-enrollment period, you will be allowed to change plans. The following sections of this booklet are intended to help you select the flexible benefit plan that best meets your present needs. Please review each section carefully. If you need additional information or assistance, contact the Human Resources Department.




# KNOW YOUR NEEDS

The fundamental purpose of an employee benefit plan is to provide you and your family with protection from unforeseen and uncontrollable occurrences. The degree of protection you need will be based on a variety of factors, and in the final analysis, YOU are the best judge of YOUR own needs.

In assessing your needs, you should inventory your past experience, your current resources and your expectation of future needs. The questions that follow will help you deal with these issues. We recommend you analyze your needs and compare them to the protection offered in each plan you consider. After completing this questionnaire, please refer to the next section for some tips on analyzing your responses and determining your needs . . .

NNI-LTD-00011133

# HEALTH PLANS . . .
# THINGS TO CONSIDER

**1.** In the past few years, my health care costs for myself and my family have been:

_____    _____    _____
      Low                   Moderate                High

**2.** How many times have I filed a health claim:

In the past year? _____    In the past 3 years? _____    In the past 5 years? _____

**3.** The average amount of my claims has been $ _____ .

**4.** Based on my past experience, my employee benefit health plan has provided me with:

More coverage than I required _____

The right level of coverage _____

Less coverage than I required _____

**5.** What is the largest initial expenditure (deductible) that I could afford without causing major financial disruption in my life-style?

$ _____

**6.** In the foreseeable future, my health care costs are likely to be?

_____    _____    _____
      Low                   Moderate                High

**7.** Is my spouse employed, and is he/she likely to remain employed for the next few years?

_____           _____
      Yes                      No

**8.** Does my spouse have his/her own group medical expense coverage?

_____           _____
      Yes                      No

**9.** Can I be covered under my spouse's plan as a dependent?

_____           _____
      Yes                      No

3

## DENTAL COVERAGE . . .
## THINGS TO CONSIDER



**10.** In the past few years, my dental care for myself and my family has been:

_____  _____  _____
        Low                       Moderate                     High

**11.** In the foreseeable future, my dental care costs are likely to be:

_____  _____  _____
        Low                       Moderate                     High

**12.** My total out-of-pocket dental expenses have been:

In the past year $ _____

In the past 3 years $ _____

In the past 5 years $ _____

**13.** I consider a dental program included in my employee benefit program to be of:

_____  _____  _____
    Great Importance         Moderate Importance         Little Importance

## LIFE INSURANCE . . .
## THINGS TO CONSIDER

**14.** Do I have dependents who rely on my income for their present and future expenses?

_____            _____
        Yes                                   No

**15.** Do I have life insurance from other sources?

_____            _____
        Yes                                   No

**16.** If so, how much? $ _____

**17.** Can I be covered as a dependent under my spouse's dependent group life program?

_____            _____
        Yes                                   No

4

## DISABILITY . . .
## THINGS TO CONSIDER



**18.** If I become disabled, what other forms of income would I have?

_____

_____

**19.** Would my other forms of income be adequate to pay my continuing expenses?

_____          _____
       Yes                                                    No

**20.** I consider a disability insurance program included in my employee benefit program to be of:

_____          _____          _____
Great Importance                   Moderate                        Little
                       Importance                   Importance

## VISION CARE . . .
## THINGS TO CONSIDER

**21.** Am I or any members of my family currently wearing glasses?

_____          _____
       Yes                                                    No

**22.** How often do I or members of my family have our eyes examined?

Annually _____          Rarely _____          Not At All _____

**23.** My total annual out-of-pocket cost for eye exams, lenses and frames has been:

For the past 12 months $_____

For the past 24 months $_____

For the past 36 months $_____

**24.** A vision care program included in my employee benefit plan is of:

_____          _____          _____
Great Importance                   Moderate                        Little
                       Importance                   Importance

**5**

NNI-LTD-00011136

## GROUP AUTO . . .
## THINGS TO CONSIDER



**25.** What is my total out-of-pocket annual expense for automobile insurance for myself and my dependents?

$ _____

**26.** How much liability protection does my present auto insurance provide?

$ _____

**27.** In the past year, have I or any of my dependents had an at-fault accident or serious traffic violation which has raised my auto insurance premium?

_____              _____
Yes                                    No

---

## GROUP LEGAL . . .
## THINGS TO CONSIDER

**28.** Do I have a will?

_____              _____
Yes                                    No

**29.** Do I expect to buy or sell a home in the next 3 years?

_____              _____
Yes                                    No

**30.** If I had free, unlimited advice consultation from an attorney, would I have used it during the past two years?

_____         _____      How often? _____
Yes                              No

NNI-LTD-00011137

# PRESCRIPTION DRUGS . . .
# THINGS TO CONSIDER



**31.** What are my total out-of-pocket expenses for prescription drugs (not including contraceptives)?

$ _____

---

## OTHER THINGS
## TO CONSIDER . . .

**32.** Which of the benefits in my current plan have I used the least?

_____

_____

**33.** Which of the following benefits would save me out-of-pocket expenses?

Auto _____

Legal _____

Vision _____

Prescription Drug _____

**7**

NNI-LTD-00011138

## TIPS ON ANALYZING YOUR QUESTIONNAIRE RESPONSES



This questionnaire is aimed at helping you ask yourself questions that deal with your benefit needs. The following tips are meant to give you advice on how to evaluate the plans and benefits from which you will choose.

☐ If in answering Questions 1-3, you find that you have had consistently low health care costs, infrequent claim filings and small average claim amounts, perhaps you should consider a plan that offers a more moderate level of health benefits.

☐ The amount listed in your answer to Question 5 should be used to help you decide on the size of the deductible and the out-of-pocket maximum appropriate for your needs.

☐ If in answering Questions 7, 8 and 9, you find that your spouse is steadily employed and has a medical plan at his or her work place that can cover you as a dependent, you should consider selecting a plan with a very high deductible. It's likely that such a plan could be coordinated with your spouse's plan to provide both of you with very comprehensive coverage.

☐ If in answering Questions 10-12, you find that your past dental expenses have been substantial and are likely to be repetitive, you may consider selecting a plan offering dental expense coverage.

☐ If in answering Question 14, you find that you have no dependents who rely on your income, you should consider a plan offering a very low level of life insurance.

☐ If in answering Questions 18-20, you find that you consider a disability insurance program of some importance, you should carefully review each of the flexible plans offering a long term disability benefit.

☐ If in answering Questions 21-23, you find that you have experienced substantial vision care expenses in the past, you should consider the flexible plans that offer this benefit.

☐ If in answering Questions 25-27, you find that you have paid substantial auto insurance costs, you may consider the flexible plans that provide our cost saving group auto insurance.

☐ If in answering Questions 28-30, you find that you may need to seek legal advice or consultation on several matters, you may consider the flexible plans that provide our group legal services benefit.

☐ If in answering Question 31, you find that you have experienced substantial prescription drug expenses in the past, you may consider the flexible plans that provide our prescription drug benefit.

## WHAT FLEXIBLE PLAN SUITS YOU BEST

In determining which flexible benefit plan meets your needs, you should read each benefit description carefully. These descriptions will list the components that make one benefit different from another, and these benefits will be the yardsticks with which you measure each plan.

The following section will help you in understanding five basic terms that will be important as you assess several important benefits in the flexible plans.

8

NNI-LTD-00011139



## DEDUCTIBLES

A deductible is the amount of money that you must pay towards an expense covered by your plan before benefits are payable. Deductibles for medical coverage apply once a year. If you have a family, the annual deductible amount for you and all of your dependents may be satisfied when the total family expense equals twice the individual deductible. For example, if a plan has a $100 deductible and it covers you and four other members of your family — five people in all — the deductible for all five people would be satisfied when you have paid $200 in expenses (i.e., 2 × $100 = $200).

While almost all medical plans have deductibles, most of us have never had to choose the level of deductible we feel is most appropriate for our own situation. However, almost all of us have made this type of choice with other insurances, such as auto insurance.

People are finding that by choosing higher deductibles with their auto insurance, they can substantially reduce their premiums. The risk involved in the higher deductible is acceptable when weighed against the advantages derived from the cash savings that otherwise would be spent on premiums.

A similar situation will exist in your Flexible Benefit Program. If you choose plans with higher health deductibles, the premium savings will be passed on to you in the form of other new or enhanced employee benefits.

## COINSURANCE

Another important and common benefit term is coinsurance.

Coinsurance is the share of an expense covered by your plan that you must pay after you satisfy any applicable deductible. For instance, if a plan specifies that it pays for 80% of all eligible charges, you must pay the remaining 20%.

If you were covered under a plan with a $100 deductible that pays 80% of eligible charges, and you have a $2,100 medical expense, your benefit would be computed as follows:

|  |  |
|---|---|
| $2,100 | Covered Expense |
| − 100 | Deductible — YOU MUST PAY |
| $2,000 | Eligible Expense |
| × 80% | Coinsurance |
| $1,600 | Your Plan Pays |

Your total cost would be your $100 deductible plus the $400 ($2,000 minus $1,600 or 20% of $2,000) — for a total of $500.

**9**

NNI-LTD-00011140

## OUT-OF-POCKET MAXIMUM



Under even very comprehensive plans, your out-of-pocket expenses can accumulate into substantial amounts. Therefore, an out-of-pocket maximum is an important element to consider. An out-of-pocket maximum is the maximum dollar amount that you can be required to pay in a given year. This maximum includes deductibles and assumes you have not reached the overall plan maximum.

Let's assume you are covered by the plan mentioned above — $100 deductible — 80% coinsurance — and this plan also has a $1,500 out-of-pocket maximum. If you had a $50,000 eligible medical expense, your benefit would be computed as follows:

|  | |
|---|---|
| $50,000 | Medical Expense |
| − 100 | Deductible — YOU MUST PAY |
| $49,900 | Eligible Expense |
| × 80% | Coinsurance |
| $39,920 | Your Plan Pays |

Your total expense would be a $100 deductible plus $9,980 ($49,900 minus $39,920 or 20% of $49,900) equalling $10,080.

However, this plan has a $1,500 out-of-pocket maximum. Therefore, you would only be responsible for up to $1,500 of expenses. Your plan would pay an additional $8,580.

Your total cost would be your $1,500 out-of-pocket maximum — the plan would pay a total of $48,500.

## ELIGIBLE DEPENDENTS

A dependent cannot become covered unless you are covered. Eligible dependents include your spouse and all of your unmarried children up to 19 years of age (25 years if enrolled as a full-time student in an educational institution) wholly dependent on you for support and maintenance. Your children must be at least 14 days of age for dependent group life coverage.

## COORDINATION OF BENEFITS (COB)

Coordination of Benefits (COB) is an arrangement worked out by insurance companies to determine what benefits each company pays in situations when dual coverage exists. The maximum benefit payable to you from all plans is 100% of eligible expenses.

It is important to note that while COB assures that not more than 100% will be paid, it also, at times, determines that up to 100% will be paid . . . in situations where either plan alone would not have paid the amount in full.

Here is how benefits are coordinated:

When a claim is made, the primary plan pays its benefits first, without regard to any other plan. The secondary plans adjust their benefits so that the total benefits available will not be greater than your allowable expenses. No plan pays more than it would have without the coordination provision. A plan without a coordinating provision is always the primary plan. If all plans have a coordinating provision, here's how it works:

☐ The plan covering the patient directly, rather than as a dependent, will be the primary plan.

*Continued on next page*

NNI-LTD-00011141



□ If a child is covered under both parents' plans, the father's plan is primary.

When your plan is the secondary plan, it generally will pay any difference between benefits paid from the primary plan and your total eligible expenses.

This benefit feature has special significance in the Flexible Benefit Program. Health plans have been designed and offered for people with additional coverage available. Such people are able to select a plan that relies on their secondary coverage to cover a major portion of their health coverage needs. By selecting such a plan, these individuals and their families will receive a selection of new and enhanced benefits under the Flexible Benefit Program.



# SAMPLE MEDICAL CLAIM EXAMPLES

The medical coverage portions of the flexible benefit plans being offered are of great importance to you. You should carefully assess how well each meets your needs. In evaluating each plan, determine how much each plan would pay in various situations. The following examples illustrate how three different plans, among which you might choose, would pay two typical claims. This exercise is meant to be a model for the type of analysis you may wish to perform using claim samples that you select.

**Plan X provides:**

□ A $200 deductible, then 100% of hospital and surgical charges and 80% of all other eligible charges are paid
□ A $1,500 annual out-of-pocket maximum

**Plan Y provides:**

□ $100 deductible, then 80% of all eligible charges are paid (including hospital charges)
□ A $1,500 annual out-of-pocket maximum

**Plan Z provides:**

□ A $1,000 deductible, then 80% of all eligible charges are paid (including hospital charges)
□ A $1,500 annual out-of-pocket maximum

**Sample Claim Situation I**

You incur $1,000 of eligible expenses with no hospital charges.

| Plan X | | Plan Y | | Plan Z | |
|---|---|---|---|---|---|
| $1,000 | Expense | $1,000 | Expense | $1,000 | Expense |
| − 200 | Deductible | − 100 | Deductible | −1,000 | Deductible |
| $ 800 | | $ 900 | | $ 0 | |
| × 80% | Coinsurance | × 80% | Coinsurance | × 80% | Coinsurance |
| $ 640 | Plan X Pays | $ 720 | Plan Y Pays | $ 0 | Plan Z Pays |
| $ 360 | You Pay* | $ 280 | You Pay* | $1,000 | You Pay* |

*Now that the deductible for Plan X, Y or Z is satisfied, 80% of all other eligible expenses would be paid for the remainder of the calendar year. If you incurred another identical $1,000 claim, Plan X, Y or Z would pay $800 on that claim.

*Continued on next page*

**11**

NNI-LTD-00011142

**Sample Claim Situation II**

You are hospitalized (semi-private room) for

| | |
|---|---|
| 25 Days | $7,500 |
| Surgery | 1,200 |
| Anesthesia | 200 |
| (Office visits, out-of- | |
| hospital drugs, etc.) | 1,000 |
| Total Expenses | $9,900 |

**Plan X provides:**

| | | |
|---|---|---|
| Charge for Hospital | $7,500 | |
| Deductible | − 200 | |
| Plan Pays | $7,300 | |
| Charge for Surgery | $1,200 | |
| Plan Pays | $1,200 | |
| All Other Medical Charges | | |
| (incl. anesthesia) | $1,200 | |
| Coinsurance | × 80% | |
| Plan Pays | $ 960 | |
| Total Plan Pays | $9,460 | ($7,300+$1,200+$960) |
| You Pay | $ 440 | ($200 deductible, plus $240 of other medical charges) |

**Plan Y provides:**

| | | |
|---|---|---|
| Total Expenses | $9,900 | |
| Deductible | − 100 | |
| | $9,800 | |
| Coinsurance | × 80% | |
| Plan Pays | $7,840 | |
| Excess | $1,960 | ($9,800–$7,840) |

Your payment is limited to your annual out-of-pocket maximum of $1,500. Since you have already paid a $100 deductible, you are only responsible for $1,400 of the excess charges. Therefore:

| | | |
|---|---|---|
| Total Plan Pays | $8,400 | ($7,840+$560 of excess charges) |
| You Pay | $1,500 | |

**Plan Z provides:**

| | | |
|---|---|---|
| Total Expenses | $9,900 | |
| Deductible | − 1,000 | |
| | $8,900 | |
| Coinsurance | × 80% | |
| Plan Pays | $7,120 | |
| Excess | $1,780 | ($8,900–$7,120) |

*Continued on next page*

**12**

NNI-LTD-00011143

Your payment is limited to your annual out-of-pocket maximum of $1,500. Since you have already paid a $1,000 deductible, you are only responsible for $500 of excess charges. Therefore:

Total Plan Pays          $8,400      ($7,120+$1,120
                                      of excess charges)

You Pay                  $1,500

**A Note on Coordination of Benefits**
**If you were covered as a dependent under your spouse's group medical plan in each of the above situations, your spouse's plan would generally pay the portion that your plan did not pay. It is a point worth considering that even if you selected a very high deductible (i.e., $1,000), you would generally receive the same eventual payment as a person who selected a very low deductible (i.e., $100) if you coordinate your benefits with your spouse's plan.**

---



## BENEFITS AVAILABLE
## IN THE FLEXIBLE PROGRAM

An exciting feature of the Flexible Benefit Program is the range of levels and types of benefits it makes available to you. The following brief descriptions are meant to give you an overview of the benefits that will be included in the plans from which you may choose.

These benefits include:
- ☐ Life Insurance
- ☐ Dependent Life Insurance
- ☐ Medical Expense Coverage
- ☐ Short Term Disability Coverage
- ☐ Long Term Disability Coverage
- ☐ Dental Expense Coverage
- ☐ Group Auto Insurance
- ☐ Group Legal Insurance
- ☐ Vision Care Coverage
- ☐ Prescription Drug Coverage

NNI-LTD-00011144

## LIFE INSURANCE AND ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE



Life insurance can be one of the most important or unimportant components of your employee benefit program . . . depending on YOUR needs. The flexible benefit plans offer you a wide choice of Life insurance protection ranging from minimal to very substantial amounts of coverage.

Every plan contains SOME Life insurance and an Accidental Death and Dismemberment Provision (AD&D). Your Life insurance provides a death benefit payable to the beneficiary(ies) of your choice.

The AD&D provision provides an additional benefit equal to your life benefit payable to you or the beneficiary(ies) of your choice for:
☐ Accidental loss of life
☐ Accidental loss of both hands, both feet, sight of both eyes, one hand and one foot, one hand and the sight of one eye, one foot and the sight of one eye
☐ One half the benefit will be paid for loss of one foot, one hand, or the sight of one eye



## DEPENDENT LIFE INSURANCE

The basic purpose of any insurance coverage is to protect you from the financial hardship of large or unexpected expenses. The loss of a spouse or a child is a great emotional loss from which insurance simply cannot protect anyone. However, Dependent Life insurance is designed to help remove the financial hardship of final expenses associated with such a loss. All of the flexible benefit plans include this coverage if you have eligible dependents enrolled in the plan. These plans will provide you with the following benefit in the event of the death of a spouse or child:

| | |
|---|---|
| Spouse | $4,000 |
| Child at least 14 days of age but less than 6 months | $400 |
| Child 6 months but less than 19 years* | $2,000 |

*Coverage will continue up to age 25 if your child is unmarried and dependent on you for support.



## MEDICAL EXPENSE COVERAGE

Medical Expense coverage will almost certainly be one of the most important factors used in determining what plan is best for you. The needs of each individual will vary greatly depending on such factors as your past health history, the size of your family, or the presence or availability of other health coverage. However, everybody needs protection from unforeseeable catastrophic medical expenses. Therefore, every plan included in this program contains a level of protection that satisfies this universal need. While the plans have different deductibles and coinsurance, they offer a lifetime maximum protection of up to $500,000. Also, each plan has an out-of-pocket maximum that will offer everyone a large degree of protection from any expenses beyond the specified amount.

NNI-LTD-00011145



## SHORT TERM
## DISABILITY COVERAGE       (FOR HOURLY EMPLOYEES ONLY)

This basic benefit provides you with weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 50% to 70% of weekly earnings, depending on length of service, excluding any benefits payable under any · Worker's Compensation Law, Occupational Disease Law or similar legislation.

NOTE: Salaried employees are covered under a separate plan.



## LONG TERM
## DISABILITY COVERAGE

This important benefit provides you with monthly income during total disability beginning the 27th consecutive week of disability and continuing until you reach age 65. Disabilities beginning after age 60 are covered for 5 years up to age 70. This plan covers disabilities regardless of place or time of day of occurrence.

As you are considering this benefit, please review the following carefully:

☐ The monthly benefit is 50% to 70% (depending on the plan you choose) of gross monthly salary up to a maximum payment of $7,000 a month.
☐ Plan benefits are reduced by other disability income including Social Security and Workers' Compensation payments.
☐ In order to receive LTD benefits for the initial 24 months, you must be completely unable to perform any and <u>every</u> duty pertaining to your occupation.

After 24 months, the employee must be unable to perform any and <u>every</u> gainful occupation for which he is reasonably suited by education, training or experience.



## DENTAL EXPENSE COVERAGE

Dental Expense coverage is different in many ways from Medical Expense coverage, just as dentistry is different from medicine.

☐ People tend to have dental problems more frequently than medical problems.
☐ Children have more frequent dental problems than adults. The opposite is true in medical problems.
☐ Minor dental problems always get worse if untreated — medical conditions (i.e., the common cold) frequently are cured without professional attention.
☐ Most dental problems can be avoided with preventive care. Preventive care has less impact in the medical area.

Because of these differences, Dental Expense coverage is structured differently than Medical coverage. The plans offered in this Flexible Benefit Program divide dental service into three categories:

**PREVENTIVE SERVICES** (Routine Oral Examinations)
Cleaning of teeth
X-rays where professionally indicated
Examinations and diagnoses
Sodium fluoride treatments

Dental covered charges shall not include charges for more than two routine oral examinations in any one calendar year with respect to a covered individual.

*Continued on next page*

NNI-LTD-00011146

**BASIC SERVICES** (Fillings, Extractions and Anesthetics)
Fillings
Extractions
Anesthetics administered in connection with oral surgery or other covered dental services

**MAJOR SERVICES** (Restorative Dentistry, Oral Surgery and Prosthetics)
Oral surgery, including excision of impacted teeth
Inlays and crowns
Treatment of periodontal and other diseases of the gums and tissues of the mouth
Endodontic treatment, including root canal therapy
Initial installation of prosthesis (including dentures) for replacement of one or more natural
    teeth extracted while covered for this benefit
Replacement of full or partial dentures
Repair and maintenance of prosthesis
Space Maintainers

After satisfaction of the appropriate annual deductible(s) for Preventive, Basic or Major
services, if any, this benefit provides for payment of 80% of eligible charges. All benefits
(Preventive, Basic and Major) have a combined $2,000 annual maximum. If a dentist
recommends a course of treatment for which charges will exceed $300, the treatment plan
must be submitted to the insurance carrier for review before the work is begun. This is not
required for emergency work or when charges do not exceed $300. This pre-submission of
the treatment plan enables you to determine exactly how much your plan will pay and to
check the reasonableness of the dentist's charge.

This also gives you time to:
1. Review the proposed treatment and resolve any questions,
2. Know precisely how much of the expense you will pay, and
3. Consider alternatives if the out-of-pocket amount is too high.

**ORTHODONTIA**
Orthodontia is also provided for children and adults with plans having a dental program. It
provides a benefit of 50% of eligible charges, after satisfaction of a $50 lifetime deductible,
up to a lifetime maximum of $1,000.



## GROUP AUTO INSURANCE

The group plan enables you to obtain auto insurance as part of the flexible benefit
plan you select. This insurance may provide you with a substantial cost savings
compared with your present individual plan.

This group auto plan differs from the type of auto insurance with which you are probably
familiar. Here are some of the important features of this group coverage:
☐ Everyone starts out with the same coverage. Then if a person has an at-fault accident
or a serious traffic violation, coverage during the next year will be less for that person. Your
rate will not increase.
☐ Each person in your immediate family is considered a primary insured and must be
reported to be fully covered under this plan. The coverage on a secondary insured
(neighbor, friend or other relative) who drives your car is limited.

*Continued on next page*

**16**

☐ Under this policy, you, your spouse and your dependent children who you declare as drivers are covered for up to $300,000 personal liability. All other drivers are covered for up to $50,000 liability.

☐ You, your spouse and children have 100% collision-comprehensive with a $200 deductible and a $500 out-of-pocket maximum. Contact the Human Resources Department for more detailed information on this benefit.



## GROUP LEGAL INSURANCE

This important benefit provides for easy access to qualified attorneys, immediate response to minor as well as major legal problems and relief from the high cost of legal services.

This Group Legal benefit has two main features:

☐ Preventive legal services through a Preventive Legal Care Office (PLCO) staffed by attorneys specializing in this type of legal service. PLCO's goal is to quickly resolve legal problems before they evolve into more expensive and complex legal matters. PLCO's telephone preventive law service is available on a non-emergency basis from 8:30 a.m. to 6:00 p.m., Monday through Friday. Emergency service is available 24 hours a day, seven days a week via a toll-free number.

☐ An indemnity plan to handle more substantial legal problems. A specified cash benefit is provided to help you pay for many legal services, whether you employ your own attorney or a participating attorney.

Generally, participating attorneys will not charge more than the scheduled benefit limit for most covered legal services. You can obtain a list of participating attorneys in your area by contacting PLCO.

### SCHEDULED BENEFITS
(Most are eligible for full service payment)
Adoptions
Wills
Guardianship
Name Change
Debt Collection Defense
Real Estate Transfer
Administrative Hearings
Consumer Protection
Estate Administration and Closing
Defendant Civil Actions
Attorney Office Work

Contact the Human Resources Department for more detailed information on this benefit.

**17**

NNI-LTD-00011148



## VISION CARE
## COVERAGE



This popular coverage provides a scheduled benefit which is payable for the following services and supplies (no deductible applies):

| | |
|---|---|
| Vision exam | $20.00 |
| Per pair of lenses | |
| — Single vision | $20.00 |
| — Bifocal | $30.00 |
| — Trifocal | $40.00 |
| — Lenticular | $50.00 |
| — Contact | $30.00 |
| Frames | $14.00 |

**Frequency limitations apply as follows:**
Vision exam — one exam during any 12 consecutive months
Lenses — two lenses during any 12 consecutive months
Frames — one set during any 12 consecutive months

---



## PRESCRIPTION DRUG
## COVERAGE

The plan provides full payment of the cost of covered drugs after satisfaction of a $1.00 deductible per prescription or refill.

Covered prescription drugs include any medical substance which the law requires be dispensed only by prescription, any compound medication containing at least one prescription drug, or injectable insulin.
**PLEASE NOTE:**
Certain limiting provisions and exclusions apply. The prescription drug must be prescribed to treat a medical condition. Prescriptions for vitamins and contraception are not covered.

**18**

NNI-LTD-00011149

# FLEXIBLE
# BENEFIT
# PLAN
# DESCRIPTIONS

NNI-LTD-00011150

NNI-LTD-00011151

# PLAN 1



## MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $100 must be satisfied, then benefits are payable at 80% of all other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.



## LIFE

Provides a death benefit equal to one times your annual earnings payable to the beneficiary of your choice, plus an additional one times your annual earnings is payable upon your accidental death.



## DEPENDENT LIFE    (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



## SHORT TERM DISABILITY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 70% of weekly earnings.



## LONG TERM DISABILITY

Provides monthly income during total disability beginning the 27th consecutive week of disability, payable until age 65. The amount payable is 70% of earnings. Payments made by this benefit and all other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.



## DENTAL

Provides coverage for Preventive, Basic and Major dental expenses. A $100 annual deductible must be satisfied, then all benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.



## GROUP AUTO

Vehicle liability and vehicle protection insurance benefits vary based on an individual's driving record. The maximum protection provided to you and your family is $300,000 liability coverage and 100% collision-comprehensive with a $200 deductible. An additional contribution is required to insure more than one car.

Monthly Contribution for Employees Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

21

NNI-LTD-00011152

# PLAN 2



## MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $200 must be satisfied, then benefits are payable at 80% of all other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.



## LIFE

Provides a death benefit equal to two times your annual earnings payable to the beneficiary of your choice, plus an additional two times your annual earnings is payable upon your accidental death.



## DEPENDENT LIFE  (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



## SHORT TERM DISABILITY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 70% of weekly earnings.



## LONG TERM DISABILITY

Provides a monthly income during total disability beginning the 27th consecutive week of disability, payable until age 65. The amount payable is 70% of earnings. Payments made by this benefit and all other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.



## DENTAL

Provides coverage for Preventive, Basic and Major dental expenses. A $100 annual deductible must be satisfied, then all benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.



## GROUP AUTO

Vehicle liability and vehicle protection insurance benefits vary based on an individual's driving record. The maximum protection provided to you and your family is $300,000 liability coverage and 100% collision-comprehensive with a $200 deductible. An additional contribution is required to insure more than one car.



## GROUP LEGAL

Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefits for a broad range of legal services.

Monthly Contribution for Employee Only —
Monthly Contribution for Employee and Family —

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

NNI-LTD-00011153

# PLAN 3

---



## MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $1000 must be satisfied, then benefits are payable at 80% of all other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.

---



## LIFE

Provides a death benefit equal to two times your annual earnings payable to the beneficiary of your choice, plus an additional two times your annual earnings is payable upon your accidental death.

---



## DEPENDENT LIFE (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).

---



## SHORT TERM DISABILITY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 70% of weekly earnings.

---



## LONG TERM DISABILITY

Provides a monthly income during total disability beginning the 27th consecutive week of disability payable until age 65. The amount payable is 70% of earnings. Payments made by this benefit and all other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.

---



## GROUP AUTO

Vehicle liability and vehicle protection insurance benefits vary based on an individual's driving record. The maximum protection provided to you and your family is $300,000 liability coverage and 100% collision-comprehensive with a $200 deductible. An additional contribution is required to insure more than one car.

---



## GROUP LEGAL

Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefit payments for a broad range of legal services.

---



## VISION CARE

Provides scheduled annual benefit payments for vision examinations, lenses and frames.

---



## PRESCRIPTION DRUG

Provides full payment of the cost of covered drugs after satisfaction of a $1.00 deductible per prescription or refill. Covered prescription drugs include any medical substance required by law to be dispensed only by prescription. Contraceptive prescriptions are not covered.

---

Monthly Contribution for Employee Only —
Monthly Contribution for Employee and Family —

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.) 23

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

# PLAN 4



## MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $200 must be satisfied, then benefits are payable at 100% for hospital and surgical charges, then 80% of other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.



## LIFE

Provides a death benefit equal to one times your annual earnings payable to your beneficiary upon your death, plus an additional one times your annual earnings is payable upon your accidental death.



## DEPENDENT LIFE   (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



## SHORT TERM DISABILITY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 70% of weekly earnings.



## LONG TERM DISABILITY

70% of your monthly earnings is payable to you beginning the 27th week of total disability until age 65. Payments from all disability income sources are limited to 70% of your monthly earnings. The maximum payment is $7,000 per month.



## DENTAL

Provides coverage for Preventive, Basic and Major dental expenses. No deductible applies to Preventive expenses. $50 annual deductible for Basic and Major Services must be satisfied, then benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.



## GROUP LEGAL

Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefits for a broad range of legal services.



## VISION CARE

Provides scheduled annual benefit payments for vision examinations, lenses, and frames.

Monthly Contribution for Employees Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

24

NNI-LTD-00011155

## PLAN 5



### MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $100 must be satisfied, then benefits are payable at 80% of all other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.



### LIFE

Provides a death benefit equal to two times your annual earnings payable to the beneficiary of your choice, plus an additional two times your annual earnings is payable upon your accidental death.



### DEPENDENT LIFE (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



### SHORT TERM DISABILTIY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 70% of weekly earnings.



### LONG TERM DISABILITY

Provides a monthly income during total disability beginning the 27th consecutive week of disability, payable until age 65. The amount payable is 70% of earnings. Payments made by this benefit and all other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.



### DENTAL

Provides coverage for Preventive, Basic and Major dental expenses. No deductible applies for Preventive and Major expenses. A $25 annual deductible for Basic charges must be satisfied, then all benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.



### GROUP LEGAL

Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefits for a broad range of legal services.



### VISION CARE

Provides scheduled annual benefit for vision examinations, frames and lenses.

Monthly Contribution for Employee Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

NNI-LTD-00011156

# PLAN 6



## MEDICAL EXPENSE

Provides payment of hospital, surgical and other medical expenses ordered by a physician due to illness or accident. A deductible of $100 must be satisfied, then benefits are payable at 80% of all other charges. The Supplemental Accident Benefit is $300, no deductible. Subject to Major Medical guidelines, Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Your annual out-of-pocket limit is $1,500 and the lifetime maximum benefit is $500,000. All employees are eligible for an annual physical examination with a $100 maximum payment for which a deductible is not required. Dependents are not eligible for the physical examination benefit.



## LIFE

Provides a death benefit equal to three times your annual earnings payable to the beneficiary of your choice, plus an additional three times your annual earnings is payable upon your accidental death.



## DEPENDENT LIFE    (Available for Eligible Dependents Enrolled in Plan)

Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



## SHORT TERM DISABILITY

For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 50% of weekly earnings.



## DENTAL

Provides coverage for Preventive, Basic and Major dental expenses. A $100 annual deductible must be satisfied for Preventive, Basic and Major services, then benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.



## GROUP AUTO

Vehicle liability and vehicle protection insurance benefits vary based on an individual's driving record. The maximum protection provided to you and your family is $300,000 liability coverage and 100% collision-comprehensive with a $200 deductible. An additional contribution is required to insure more than one car.



## PRESCRIPTION DRUG

Provides full payment for the cost of covered drugs after satisfaction of a $1.00 deductible per prescription or refill. Covered drugs include any medical substance required by law to be dispensed by prescription. Contraceptive prescriptions are not covered.

Monthly Contribution for Employee Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

NNI-LTD-00011157

# PLAN 7

---



### MEDICAL EXPENSE
You may enroll in a Health Maintenance Organization.

---



### LIFE
Provides a death benefit equal to two times your annual earnings payable to the beneficiary of your choice, plus an additional two times your annual earnings is payable upon your accidental death.

---



### DEPENDENT LIFE  (Available for Eligible Dependents Enrolled in Plan)
Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).

---



### SHORT TERM DISABILITY
For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 60% of weekly earnings.

---



### LONG TERM DISABILITY
Provides a monthly income during total disability beginning the 27th consecutive week of disability, payable until age 65. The amount payable is 60% of earnings. Payments made by this benefit and other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.

---



### DENTAL
Provides coverage for Preventive, Basic and Major dental expenses. A $100 annual deductible must be satisfied, then all benefits are paid at 80%. The annual maximum is $2,000. Orthodontia expenses are paid at 50% after a $50 deductible with a $1,000 lifetime maximum. Orthodontia is covered for all children and adults.

---



### GROUP LEGAL
Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefits for a broad range of legal services.

---

Monthly Contribution for Employee Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

NNI-LTD-00011158

# PLAN 8



## MEDICAL EXPENSE
You may enroll in a Health Maintenance Organization.



## LIFE
Provides a death benefit equal to one times your annual earnings payable to the beneficiary of your choice, plus an additional one times your annual earnings is payable upon your accidental death.



## DEPENDENT LIFE  (Available for Eligible Dependents Enrolled in Plan)
Provides a death benefit payable to you of $4,000 if your spouse dies and $2,000 if a dependent child dies ($400 for a child less than 6 months of age and over 14 days old).



## SHORT TERM DISABILITY
For salaried employees the current plan remains in effect. For hourly employees provides weekly income during total disability after a five-day waiting period for a maximum of 26 weeks. The amount payable is 50% of weekly earnings.



## LONG TERM DISABILITY
Provides a monthly income during total disability beginning the 27th consecutive week of disability payable until age 65. The amount payable is 50% of earnings. Payments made by this benefit and all other disability income sources may not exceed that same percentage. The maximum payment is $7,000 per month.



## GROUP AUTO
Vehicle liability and vehicle protection insurance benefits vary based on an individual's driving record. The maximum protection provided to you and your family is $300,000 liability coverage and 100% collision-comprehensive with a $200 deductible. An additional contribution is required to insure more than one car.



## GROUP LEGAL
Provides unlimited 24-hour telephone service for legal advice and consultation from licensed attorneys. Also provides scheduled benefit payments for a broad range of legal services.

Monthly Contribution for Employees Only—
Monthly Contribution for Employee and Family—

(A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide.)

**All provisions, limitations and exclusions listed in the current group benefits plan booklet apply to the corresponding benefits being offered in this plan.**

28

NNI-LTD-00011159

# FLEXIBLE
# BENEFIT
# PLAN
# SUMMARY

NNI-LTD-00011160

| | PLAN 1 | PLAN 2 | PLAN 3 | PLAN 4 | PLAN 5 | PLAN 6 | PLAN 7 | PLAN 8 |
|---|---|---|---|---|---|---|---|---|
| **Life & AD & D:** Multiple of Annual earnings | 1X | 2X | 2X | 1X | 2X | 3X | 2X | 1X |
| **Dependent Group Life:** Available to employees who have eligible dependents enrolled in Plan | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child | $4000 Spouse $2000 Child |
| **Short Term Disability (Hourly Employees only):** 5 day waiting period. 26 week benefit. Salaried employees are covered under a separate plan. | 70% | 70% | 70% | 70% | 70% | 50% | 60% | 50% |
| **Long Term Disability:** 26 week elimination period. Benefits to age 65. Listed percentages indicate amount of monthly income payable. | 70% | 70% | 70% | 70% | 70% | None | 60% | 50% |
| **Medical:** Plans include a $300 Supplemental Accident Benefit and a maximum $100 Annual Physical Exam Benefit. Well Child Care includes charges from a Pediatrician for periodic visits and immunizations of a covered dependent child less than six years of age. Annual individual out-of-pocket limit is $1500. Lifetime maximum $500,000. | $100 Deductible;** then 80% of all charges | $200 Deductible,** 80% of all charges | $1,000 Deductible,** 80% of all charges | $200 Deductible,** then 100% of Hospital & Surgical charges, 80% of other | $100 Deductible,** 80% of all charges | $100 Deductible,** 80% of all charges | HMO Only | HMO Only |
| **Dental:** All plans have a $2000 annual maximum. Orthodontia: $50 deductible, 50% to $1000 lifetime maximum. | $100 Annual Deductible for all; then 80% of all covered charges | $100 Annual Deductible for all; then 80% of all covered charges | No Dental | 0 Deductible for Preventive; $50 Annual Deductible for Basic & Major Services; then 80% of all covered charges | 0 Deductible for Preventive & Major $25 Annual Deductible for Basic; then 80% of all covered charges | $100 Annual Deductible for all; then 80% of all covered charges | $100 Annual Deductible for all; then 80% of all covered charges | No Dental |
| **Group Auto** | Auto | Auto | Auto | None | None | Auto | None | Auto |
| **Group Legal** | None | Legal | Legal | Legal | Legal | None | Legal | Legal |
| **Vision Care:** Scheduled benefits payable every 12 months | None | None | Vision | Vision | Vision | None | None | None |
| **Prescription Drug:** $1 Deductible each prescription, then 100% coverage | None | None | Prescription Drug | None | None | Prescription Drug | None | None |
| Monthly Employee Contributions<br><br>Employee Only<br>Employee and Family | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. | A monthly contribution may be required to participate in this plan. Please refer to the appropriate contribution guide. |

The above summaries are for comparison purposes only.

**A family deductible is twice the dollar amount of the individual deductible.

NNI-LTD-00011161