# **EXHIBIT J-2**



# Benefits
# at a
# Glance

# For Salaried
# Employees of
# Northern Telecom
# Inc.



1-1-84

NNI-LTD-00005771

# Contents

Thrift/Savings Plan                              1/2

Retirement Plan                                  3/4

Basic Medical                                      5

Major Medical                                      6

Dental                                             7

Group Life Insurance                               8

Dependent Spouse Life
Insurance                                          9

Accidental Death and
Dismemberment                                      9

Short Term Disability                             10

Long Term Disability                              11

Business Travel
Accident Insurance                                12

Matching Gifts Program                            12

Holidays and Vacation                             13

Educational Assistance                            13

Adoption Expense
Reimbursement                                     13

NNI-LTD-00005772

# Thrift /Savings Plan

▲

The Thrift/Savings Plan offers an opportunity to employees to accumulate personal savings to meet financial emergencies during their working years and to enjoy a higher standard of living during retirement.

## Eligibility

This plan is available to eligible employees who have worked at Northern Telecom and its participating subsidiaries for six (6) months or more.

## Membership

As an employee of Northern Telecom, you may elect to participate the first of the month following six months of employment.

## Contributions

You may contribute from 2% to 10% of your earnings. The Company will match 50% of your contributions up to a maximum of 6% of your base pay. All employee contributions will earn interest which is credited to your account. You have the option of having the company match made in NTL stock.

Effective 1-1-84, the participant may elect to purchase NTL Common Shares with his contribution. The election may be made at the beginning of any fiscal quarter and may be elected in increments of 25%. This would allow the participant to elect from 0 to 100% of his contribution to be made in Stock. This option will not affect the option that allows for company match to be made in NTL Common Shares.

## Vesting

You are always fully vested in your own contributions and interest earned on those contributions. You become 100% vested in all Company contributions on December 31 of the second year following the year in which the Company contributions were made to your account. You will vest 100% in all Company contributions and earnings if you retire, become permanently and totally disabled, or die.

Effective January 1, 1982, a participant who has five years of employment service shall vest on the December 31 which falls at the end of the first full calendar year following the year for which contributions are made. For example, company matching contributions made in 1982 will vest on December 31, 1983 for employees with five years or more of service. Contributions made prior to January 1, 1982, will continue to vest on the two-class-year basis.

NNI-LTD-00005773

# Thrift/Savings Plan

---

## Withdrawals

There are two types of withdrawals-hardship and in-service. When a participant makes an in-service withdrawal, he or she will not be eligible to make any further contributions under the plan until the first day of any month which falls at least six months after the withdrawal date.

Hardship withdrawals do not require the six months suspension. A hardship withdrawal must be approved by a member of the Employee Benefits Committee. Written notice requesting a hardship withdrawal must be given to your Human Resources Department.

Participants may withdraw any part (but not less than $100) of the value of their contributions on the first of any month provided 30 days notice is given prior to the effective date. A withdrawal notice is provided by the Human Resources Department for this purpose.

For an in-service withdrawal, you should allow 45 to 60 days from the effective date (60 to 90 days from the date of request) until you receive the check. For active employees who are requesting an in-service withdrawal, two years of Company contributions must always remain in the Trust.

For hardship withdrawals, you should receive your check within three weeks from the date the Wyatt Company receives the approved form.

Your contributions made after 1/1/83 are not eligible for in-service withdrawal. These funds can only be made available through the hardship withdrawal provision; retirement, death or disability.

## Tax Sheltered

All taxes are deferred on interest earned and Company contributions until you receive the money. Many retirees will be in a lower tax bracket when benefits are paid, with a resulting lessening of tax consequences.

Contributions made after 1-1-83 are on a pre-tax basis.

## Enrollment

Forms are available at your Human Resources Office to enroll in the Thrift/Savings Plan when you become eligible to participate.

## Summary Plan Description

A copy of the Summary of the Plan is available at the Human Resources Office. This Summary Plan description will provide more information on the Plan, including investment of Plan funds.

2

NNI-LTD-00005774

# Retirement Plan

The Retirement Plan helps to provide financial security during your retirement years. It provides you with regular retirement income for life which is entirely in addition to Social Security retirement benefits.

## Plan Membership and Cost

As a full-time salaried employee, you are automatically included in this Plan after one year of service and age 25, provided you were hired before age 60.

Also, part-time salaried employees who work at least 1000 hours in any 12-month period are eligible for membership in this Plan.

The company pays the entire cost of this Plan, plus half the cost of your Social Security Benefits.

## Retirement Dates

Normal Retirement — On the first day of the month coinciding with or following your 65th birthday.

Early Retirement — At any time between the ages of 55 and 65 if you have 10 or more years of credited service.

Rule of 85 — An active member who has completed at least 25 years of employment service by age 60, or any combination of age and service after age 60 that equals at least 85, may elect to retire early with no reduction for early retirement.

## At Normal Retirement

If you retire at age 65, the Plan will provide yearly income equal to:

1.5% x Final Average Earnings x Benefit Service (up to 30 years)

offset by

1.5% x Primary Insurance Amount x Benefit Service (up to 30 years)

As you can see, your benefits from this Plan are based on three important factors:

*Your final average compensation*—This means your average annual base salary during your five consecutive years of highest earnings during the last ten years with the company.

*Primary Insurance Amount*—This is the anticipated Primary Social Security Benefit based on your earnings projected to age 65 and based on the Social Security law in effect upon your date of retirement or termination.

*Your Benefit Service*—This generally means all of your service with Northern Telecom from your date of hire to the earlier of age 65 or retirement.

3

NNI-LTD-00005775

## At Early Retirement

If you retire before age 65, your plan income will be determined using the same calculations as normal retirement. That amount will then be reduced, by 5% per each year your benefits start before age 62, and 3% per each year that your benefits start between age 62 and age 65, to reflect the longer period of time you may expect to receive benefits.

## Social Security Too

As noted, Social Security retirement benefits are entirely *in addition* to the income you receive from the Plan. Social Security retirement benefits are payable in full starting at age 65, while reduced retirement benefits are payable as early as age 62.

## How Benefits Are Paid

The normal form of retirement pay for a married employee is a 50% joint and Survivor benefit. This means that when you retire, your plan income is actuarially reduced to provide that after your death your spouse receives 50% of your reduced income for his or her lifetime.

If you do not want this method of payment or if you are not married, when you retire you may elect payment of a monthly income for life. Payments begin when you retire and continue for the remainder of your life.

Other options providing 50%, 75% or 100% of your actuarially reduced income to your beneficiary after your death are also available.

## Spouse's Benefit

The Plan feature will provide continuing income to your spouse if you should die before retirement. This additional protection is effective as soon as you reach age 55, provided you have completed at least 10 years of credited service. The Company pays the cost of providing this benefit.

The Spouse's Benefit equals 50% of the pension you would have received if you retired on the date of your death.

## Disability

If you have been with the Company for at least one year and you become totally and permanently disabled, your membership in the Retirement Plan will continue throughout your disability. This means you will continue to earn credit for benefit service as long as you are disabled and are receiving Social Security disability benefits. Normally, this benefit is payable at your normal retirement date.

## Vested Benefits

If you terminate employment after completing 10 or more years of service, you are vested in this plan. This means you are entitled to receive income from the Plan at age 65, based on your compensation and service at the time of termination. Should you leave the Company before completing 10 years of service, you receive no benefits from this Plan. You may receive a lumpsum payment from the Plan at termination if the present value of your (future) benefit is less than $1750.00.

4

NNI-LTD-00005776

# Basic Medical

Your Basic Medical Benefits cover a wide range of medical expenses. This broad coverage helps pay the cost of non-occupational illnesses and injuries for you and your eligible dependents.

## Eligibility

You are eligible for Basic Medical Benefits if you are a full-time salaried employee. Your coverage begins your first day of work.

## Cost

The Company pays the total cost of the Basic Medical coverage for you and over 80% of the cost for your eligible dependents. Your contribution for dependent coverage will be re-evaluated annually.

## Summary of Benefits

*Hospital Benefits — Room and Board:* semi-private charges are paid in full for up to 365 days during each hospital confinement due to the same or related causes.

*Convalescent Facility:* semi-private charges are paid in full for up to 365 days during any one period of hospital confinement.

*Special Services:* While you or an insured dependent are receiving hospital room and board benefits, hospital services are paid in full. These services include anesthesia, X-ray and laboratory tests while hospitalized, general nursing services and most other services and supplies received as a hospital inpatient. Also, if emergency outpatient treatment for an accident is required, or if you have a surgical procedure performed as an outpatient at a hospital, you receive the same hospital benefit coverage as if you were an inpatient in the hospital.

*Surgical Benefits:* pays all reasonable and customary charges if you or an eligible dependent need an operation. Payable whether the charge is incurred "in" or "out" of the hospital.

*In-Hospital Physician Visits:* when your doctor treats you or an eligible dependent in the hospital, all reasonable and customary charges will be paid.

*Diagnostic X-rays and Laboratory Fees:* pays all reasonable and customary charges for diagnostic X-rays and laboratory services (payable for expenses incurred while not "hospital" confined). Does not cover "routine" examinations, X-rays and lab charges.

*Supplementary Accident Benefits:* provides additional full payment up to a maximum of $300 for many hospital and medical expenses resulting from a non-occupational injury that exceeds the coverage provided by the Basic Medical Benefits listed above. Payments under this benefit will be made only for expenses incurred within 90 days of the accident. No benefits are payable for medical supplies such as prescription drugs and medicines (which are covered under Major Medical). Supplementary accident benefits are payable for both "in" and "out of" hospital expenses.

## Reasonable and Customary

Reasonable and Customary basically means the prevailing rates in your area for various surgical procedures and other covered services as determined by periodic insurance company surveys.

5

NNI-LTD-00005777

# Major Medical

Major Medical starts when Basic Benefits are used up—or if you have expenses not covered by them—such as prescribed drugs and doctors' visits for treatment outside the hospital. It is designed to pay the larger share of your medical expenses in case of a serious or prolonged illness or injury.

## Eligibility

You are eligible for Major Medical if you are a full-time salaried employee. Your Major Medical coverage begins your first day of work.

## Cost

As with Basic Medical coverage, the Company pays the total cost of Major Medical coverage for you and over 80% of the cost for your eligible dependents. Your contribution is approximately 20% and will be re-evaluated annually.

## Summary of Benefits

Briefly, this is the way your Major Medical Benefits work:

Each calendar year, you pay the first $100 of your eligible medical expenses which are not covered by Basic Benefits. The deductible for an entire family is $200 per calendar year.

Then, the Plan pays 80% of the remaining eligible medical expenses up to a lifetime maximum of $500,000 for each person. The used-up portion of the lifetime maximum is restored by up to $2000 each January 1.

(Eligible expenses are limited to not more than $62.50 per treatment and to not more than 52 treatments per calendar year for "outpatient" care of mental and nervous disorders.)

Should the 20% you pay in combined eligible medical expenses in a given year exceed $1,000, this Plan pays 100% of any remaining expenses for the rest of that year, and after the deductible for the entire next calendar year.

*Eligible Medical Expenses:* include most reasonable and customary charges in excess of (or not covered by) Basic Benefits, such as: hospital room and board and services beyond 365 days, services of doctors for home and office visits, x-ray and radioactive therapy, private nursing services (R.N.), prescribed drugs and medicines purchased while not hospital confined.

## Second Surgical Opinion Program

This program is aimed at providing information which may lead to a decision to use alternative treatment for the medical condition involved, before someone decides to have elective surgery. The Program gives you access to the advice of one or two Board Certified Specialists to consider along with the opinion of your own surgeon. This advice will make you better able to determine the medical advisability of the proposed elective surgery.

6

NNI-LTD-00005778

# Dental

## Eligibility

You are eligible for Dental Benefits if you are a full-time salaried employee. Your Dental coverage begins your first day of work.

NOTE:

The Plan does not cover dental expenses for work in process when you became an employee of the Company.

## Cost

As with basic Medical coverage, the Company pays the total cost of Dental coverage for you and over 80% of the cost for your eligible dependents. Your contribution is approximately 20% and will be re-evaluated annually.

## Summary of Benefits

Briefly, this is the way your Dental Benefits work:

Each calendar year, you pay the first $25 of your eligible dental expenses. The deductible for an entire family is $50 per calendar year.

Then, the Plan pays 80% of the remaining eligible expenses except for Orthodontia which is paid at 50% rather than 80% of the usual and customary fee.

The maximum dental benefit in a calendar year is $1000 per individual, and the Lifetime Benefit payable for Orthodontia is $1000 per individual.

## Health Maintenance Organizations (HMO)

If you live in an area served by a "Health Maintenance Organization" (HMO) which has arranged with our organization to make available to employees a dual choice of health care benefits, you may enroll yourself and eligible dependents for the benefits provided by the HMO, in place of the Medical Expense Benefit under our Plan. This choice is available to new employees upon becoming eligible under our Plan. For those already covered under our Plan, it will be possible to transfer to the HMO during established annual enrollment periods.

7

NNI-LTD-00005779

# Group Life Insurance

Group Life Insurance Benefits provide financial protection for you and your family during your working years.

## Eligibility

If you are a full-time salaried employee, you are eligible for this protection beginning on your first day of work.

## Cost

This Plan is non-contributory. The Company pays all premiums for your Group Life Insurance.

## Summary of Benefits

Your life insurance coverage is two times your base rate to the next multiple of $1,000.

EXAMPLE:

| Your Annual Salary | Insurance |
|---|---|
| $ 9,200. | $19,000. |
| 12,000. | 24,000. |
| 15,000. | 30,000. |
| 20,000. | 40,000. |
| 25,000. | 50,000. |
| 30,000. | 60,000. |

## To Whom Benefits are Paid

Your Group Life Insurance is payable to your designated beneficiary.

## Contributory Life Insurance Coverage

You may, if you so elect, obtain a Supplemental amount of Contributory Life Insurance equal to either one or two times your base rate to the next multiple of $1,000.

Your monthly contribution toward the cost is based on your age as outlined:

| If you are | Your Per $1,000 Monthly Cost is |
|---|---|
| Less than age 40 | $ .12 |
| 40 but less than 50 | .25 |
| 50 but less than 60 | .50 |
| 60 and Over | .85 |

Your combined company paid life insurance amount and supplemental life insurance amount cannot exceed $600,000.

## Dependent Group Life Insurance

In addition to the life insurance provided you by the company, each member of your family which is insured under the company's basic medical plan is also covered for $4,000 life insurance. This applies to your spouse and each eligible child over 6 months. Children 14 days but less than 6 months are insured for $400.

8

# Accidental Death and Dismemberment

Accidental Death & Dismemberment Coverage (AD&D) provides additional financial protection should you lose a limb, the use of a limb or die as the result of an accident. AD&D coverage is entirely in addition to any benefits you receive from your Group Life Insurance.

## Eligibility

This Plan is non-contributory. The Company pays all premiums for your AD&D benefits.

## Summary of Coverage

### *Accidental Death*

If you should die as a result of injuries suffered in an accident, your beneficiary would receive an amount equal to two times your base pay to the next multiple of $1,000.

| EXAMPLE: | Your Annual Salary | AD&D Benefits |
|---|---|---|
| | $ 7,800. | $16,000. |
| | 12,000. | 24,000. |
| | 20,000. | 40,000. |
| | 30,000. | 60,000. |

### *Loss of Limb Coverage*

If you lose a limb or the use of a limb as the result of an accident, you would receive benefits under this Plan. The amount of benefit you are eligible for is determined according to a schedule, available from your Personnel Department.

## Limits of the Benefit

There are some losses such as self-inflicted injuries and acts of war that are not covered by AD&D benefits. Your Personnel Department can specify what limitations apply to AD&D coverage.

## Additional Coverage

If you elect to be covered by Contributory Life Insurance, you are also covered by an equal incremental amount of AD&D. Your total Accidental Death and Dismemberment coverage cannot exceed $300,000.

## Dependent Spouse Life Insurance

You may elect to obtain Dependent Spouse Life Insurance in the amount of $10,000 or $20,000. The amount selected for your spouse cannot exceed 50% of the amount of Total Life Insurance currently in force on the employee.

Your monthly contribution for this coverage is:

| | |
|---|---|
| $10,000 | $2.35 |
| $20,000 | $4.70 |

9

NNI-LTD-00005781

# Short Term Disability

---

If you are ill or injured, Short-Term Disability benefits (STD) provide income continuation.

## Eligibility

As a full-time salaried employee you are eligible for this disability benefit from the date of your employment.

## Cost

The Company pays the entire cost of your Short-Term Disability benefits.

## Summary of Benefits

*Disability Income* — If you are absent from work due to a non-occupational illness or injury,
Short-term Disability benefits will provide the following income:

- First there is a five day waiting period. This waiting period may be satisfied by using paid sick leave.

- Then, on the sixth day, you are entitled to disability benefits as provided in the following schedule.

Service Schedule

| Service | 100% | 60% |
|---|---|---|
| Less than 6 months | 0 week(s) | 26 weeks |
| 6 months | 1 | 25 |
| 1 year | 2 | 24 |
| 2 | 4 | 22 |
| 3 | 6 | 20 |
| 4 | 8 | 18 |
| 5 | 10 | 16 |
| 6 | 12 | 14 |
| 7 | 14 | 12 |
| 8 | 16 | 10 |
| 9 | 18 | 8 |
| 10 | 20 | 6 |
| 11 | 22 | 4 |
| 12 | 24 | 2 |
| 13 | 26 | 0 |

*Duration of Benefits* — Short-term disability benefits continue as long as you remain disabled up to a maximum of 26 weeks per incident. If your disability lasts longer than 26 weeks, you may become eligible for Long-Term disability benefits.

*Statutory Disability Benefits* — If you work in a state which provides temporary disability benefits under law, your benefits from this Plan will be integrated with those provided under state law.

10

# Long Term Disability

Long-Term Disability benefits (LTD) provide continuing income for you and your family if you are disabled and unable to work for a long period of time due to illness or injury.

## Eligibility

As a full-time salaried employee, you are automatically covered under the Plan from the date of your employment.

## Cost

The Company pays the full premium for LTD coverage.

## Summary of Benefits

*Disability Income:* after you have been disabled for six months, this coverage will pay you a monthly income equal to approximately:

— 70% of your pay

— unlimited benefit per month

If you are receiving any other Company-provided disability benefits, pension, Social Security or Worker's Compensation, these amounts will be offset against your monthly income benefit under this plan.

*Duration of Benefit:* LTD benefits will start after you have been disabled for six months.

Generally, benefits will continue:

— for the next two years if you cannot perform the duties of your regular job, and

— thereafter up to age 65 if you are unable to engage in any gainful occupation for which you are or could become qualified by training, education or experience. If disability occurs after age 65, benefits will be paid for one year but not beyond age 70.

11

NNI-LTD-00005783

# Business Travel Accident Insurance

---

Business Travel Accident Insurance provides extra financial protection to you in case of death or permanent total disability resulting from an accident while traveling on authorized Company business. Benefits from the Insurance are in addition to any amounts payable from Group Life Insurance.

## Eligibility

As a full-time salaried employee, you are automatically covered under the Plan from the date of your employment.

## Cost

The Company pays the full cost of this valuable protection.

## Insurance Coverage

Your coverage starts the minute you leave your home or office—whichever is last—and continues until you return to your home or office—whichever is first. Business calls within the city where you are employed and regular commuting between your home and office *are not* covered by this insurance.

## Insurance Amounts

The Business Travel Accident Insurance Program provides the following coverage for death or permanent total disability:

- for employees earning $10,000 or less, coverage is $75,000.
- for employees earning over $10,000, coverage equals $75,000 *plus* an additional $1,000 for each $1,000 of salary or portion thereof in excess of $10,000, to a limit of $100,000 per employee.

The limit of insurance coverage payable as a result of any one accident is $2,000,000. If the total insurance claim from all authorized employees in any one accident exceeds $2,000,000, then the amount applicable to each employee shall be proportionately reduced.

# Matching Gifts Program

---

The Northern Telecom Matching Gifts Program was established on July 1, 1982. Personal cash gifts, made by full-time employees are matched on a dollar-to-dollar basis by Northern Telecom. The program matches gifts from $50 to a maximum of $1,000. Northern Telecom will match two gifts per calendar year per eligible employee, and the gifts may be made to either one or two Universities.

12

NNI-LTD-00005784

# Holidays and Vacation

## Vacations

As a full-time salaried employee, you are eligible for vacation time according to the following schedule:

| Length of Continuous Service (as of June 30 each year) | Amount Vacation |
|---|---|
| 1-11 mos | up to 10 days prorated |
| 1- 4 years | 2 weeks |
| 5-14 years | 3 weeks |
| 15-24 years | 4 weeks |
| 25 years or more | 5 weeks |

## Holidays

NTI observes a total of 12 holidays annually. All locations observe New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving and Christmas. Additional holidays are observed based on local business practices and are announced at the beginning of each year.

# Educational Assistance

To encourage employee educational growth and self-development, the Company assists financially in the payment of approved educational courses.

## Eligibility

Full-time salaried employees are eligible for benefits under the Program after completing the probation period.

## Summary of Program

The Education Assistance program provides 100% reimbursement for tuition, registration fees, laboratory fees and books for courses taken at an accredited institution including colleges, technical schools, and post-high schools. To be eligible for reimbursement, the courses taken must be job-related or taken in connection with a job-related degree and must be taken after normal working hours.
To apply for reimbursement, you must obtain approval—prior to enrolling—from your supervisor and your Human Resources Department. You will be reimbursed after submitting receipt of payments and proof that you successfully completed the course with at least a passing grade.

## Adoption Expense Reimbursement Program

The company will provide financial assistance toward employee expenses incurred in the adoption of children up to age 18. All permanent full time non-bargaining unit employees are eligible for this benefit. Reimbursement will be made for the actual and reasonable expenses incurred as a direct result of an adoption, up to a maximum of $1,000 per child.

13

NNI-LTD-00005785