# EXHIBIT J-4

# Inside This Workbook

## This Enrollment Workbook is divided into eight separate sections.

| Section I | Introduction | Page 5 |
| Section II | How FLEX Works | Page 9 |
| Section III | Medical Coverage | Page 14 |
| Section IV | Dental, Vision and Hearing Care Coverage | Page 22 |
| Section V | Life Insurance Coverage | Page 26 |
| Section VI | Disability Coverage | Page 30 |
| Section VII | Enrollment Basics | Page 32 |
| Section VIII | Health Care Benefit Summary | Page 34 |

P.R. / 6-7-94

NNI-LTD-00011423

**benefit comparison**    2

# NTI/BNR
# Employees
# Want To Know:

■  ●  ▶

| | Current Program | FLEX Benefits | For More Information See Page... |
|---|---|---|---|
| **Who's Eligible** | Full-time employees. | Full-time and certain part-time employees not covered by a collective bargaining agreement. | 6 |
| | You, your spouse recognized under commonwealth law, and your eligible dependent children. | You, your spouse recognized under commonwealth law or your domestic partner of the opposite or same sex (health coverage only), and your eligible dependent children. | |
| **How it Works** | One common Company-paid and employee-paid program, including some choice in medical and life insurance options. | Company-paid Core Benefits to provide you with a certain base of coverages. | 9 |
| | | A choice of a variety of benefits options, called FLEX Benefits. | |
| **Medical Coverage** | Single or family coverage provided. | Three Medical options. | 15 |
| | | Four coverage categories, in place of the current single or family structure. | |
| **Dental, Vision and Hearing Care Coverage** | Single or family dental and vision coverage provided under the Triple Option Plan. | Three Dental, Vision and Hearing Care options, plus four coverage categories. Not linked to medical coverage. | 31 |
| | No hearing coverage available. | | |

P.R. / 6-7-94

NNI-LTD-00011424

# "How does the coverage offered under FLEX compare with my current benefits coverage?" Here's a brief comparison of your current NTI/BNR benefits program and your new FLEX benefits.

| | Current Program | FLEX Benefits | For More Information See Page... |
|---|---|---|---|
| Life Insurance Coverage | Company-paid Life and AD&D Insurance of 2 x annual earnings, plus Optional Life Insurance coverage of up to 2 x annual earnings. | Company-paid Core Life and AD&D coverage of 2 x annual FLEX Earnings, plus optional Life Insurance coverage of up to 4 x annual FLEX Earnings. Non-smoker discounts will apply in 1995. | 35 |
| | Basic Dependent Life Insurance of $4,000 for spouse and children plus Optional Life Insurance coverage of up to $20,000 for your spouse. | Optional Life Insurance coverage of up to $50,000 for your spouse and/or up to $10,000 for each child. | |
| Disability Coverage | Short-Term Disability benefits provide 100% or 60% of earnings for up to 26 weeks of disability, based on service. | Company-paid Core Short-Term Disability coverage provides 100% of FLEX Earnings for up to 6 weeks, followed by 70% of FLEX Earnings for up to an additional 20 weeks. Optional coverage raises 70% benefit to 90%. | 39 |
| | Long-Term Disability coverage provides 70% of earnings after 26 weeks of disability. | Company-paid Core Long-Term Disability coverage provides 70% of FLEX Earnings after 26 weeks of disability. New cost-of-living adjustments added. | |

P.R. / 6-7-94

NNI-LTD-00011425

**benefit comparison**    4

P.R. / 6-7-94

NNI-LTD-00011426

# Introduction

## FLEX at NTI/BNR – It's Your Call

**When it comes to decisions that affect your health and financial security, you want to be the one to make them. After all, only you know what will best meet your needs each year.**



Company benefit programs have traditionally given employees very little choice in how their benefit dollars are spent. One set of benefits has usually been offered to all employees, no matter how different their needs may be.

Beginning July 1, 1994, this will change at NTI/BNR. We're introducing a new approach to our benefit program — called FLEX Benefits (FLEX, for short). With FLEX, if you don't need certain levels of coverage, you can select coverage that better suits your needs. FLEX also gives you more choices for purchasing additional coverage.

Please read this Enrollment Workbook carefully. It's been designed to help you understand your benefit choices and to guide you through the enrollment process. If you are married, gather any materials your spouse may have about his or her benefits. These will help you compare the value of the NTI/BNR FLEX Benefits program to other options you may have.

Except for some Dental, Vision and Hearing Care options, your benefit selections will be in place from July 1, 1994, through December 31, 1994, the short first Plan Year. You'll have an opportunity to change or update your selections for 1995, the first full Plan Year, during another enrollment period in the fall.

It's up to you to decide which benefits will meet your needs, to make your selections, and complete your FLEX Enrollment Form.

P.R. / 6-7-94

NNI-LTD-00011427

## Domestic Partners

You may select certain health care (Medical, Dental, Vision and Hearing Care) coverage for a domestic partner when your relationship with that person meets certain eligibility requirements. One of the requirements is that you have lived with the domestic partner for twelve consecutive months prior to enrollment.

Special tax and legal considerations apply when covering a domestic partner. As a result, you may wish to consult with a tax or legal advisor prior to enrollment.

If you are interested in enrolling a domestic partner, call the HR Info Center and request a package of information. The materials in the package include tax and legal information, as well as an affidavit that you and your partner must sign before your domestic partner's coverage can be effective.

## Eligibility

This Workbook is designed to assist with FLEX Benefits enrollment for full-time and eligible part-time employees of NTI/BNR-Puerto Rico, other than employees in a bargaining unit with a collective bargaining agreement.

If you are classified by the Company as a full-time employee who is regularly scheduled to work at least 35 hours per week, you and your eligible dependents may participate in FLEX.

If you are classified by the Company as a part-time employee who is regularly scheduled to work at least 20 hours but less than 35 hours per week, you'll be eligible for FLEX Benefits for yourself and your eligible dependents, but at a **higher** contribution rate.

"Eligible dependents" include:
- your spouse, including your common-law spouse as recognized by applicable commonwealth law, and
- your unmarried children who are under age 19. "Children" include:
  - your natural or legally adopted children,
  - your step-children, legally authorized foster children, and any child for whom you are legal guardian, if these children depend on you for support and maintenance and live with you in a regular, parent-child relationship.

Children who are full-time students at an accredited school, wholly dependent on you for support and under age 25, are also eligible for coverage.

The domestic partner of a regular full-time and eligible part-time employee may be enrolled in health care coverage only.

All benefits are available from the later of your date of hire or the effective date of the plan, provided your enrollment form is returned within 14 days after your date of hire or eligibility for FLEX Benefits.

P.R. / 6-7-94

NNI-LTD-00011428

## Spend Some Quality Time With Your Benefits

Making good benefit choices requires time and careful thought. Your Enrollment Kit includes information you'll need to make informed choices. Be sure to share this information with your spouse or other appropriate members of your family so that together you can choose the benefits that will serve you best this year.

Your Enrollment Kit contains:

## Enrollment Workbook. This Workbook gives you detailed information about your benefit choices.

## Enrollment Form. Your

Enrollment Form, included with this Workbook, lists the specific options available to you beginning July 1, 1994, and the corresponding costs. Use the Form to note your benefit selections and send it in the enclosed envelope to the HR Info Center by June 24.

## Dependent Data Sheet. Complete and submit this form regarding your eligible dependents.

If you have any questions about any item in your Enrollment Kit, call the HR Info Center at 1-800-676-4636, ESN 255-4636 or (919) 992-4636. Customer Service Representatives are available Monday through Friday between 8:00 a.m. and 7:30 p.m. Eastern Time. **Remember, your Enrollment Workbook contains the answers to most of the questions you're likely to have. So, please read it thoroughly before you call the HR Info Center.**

P.R. / 6-7-94

NNI-LTD-00011429

**section 1** introduction    **8**

**Make a Date**

**With FLEX**

**Benefits...**

**Dates To**

**Remember**

**June 13**

Enrollment begins

**June 24**

Enrollment ends

**June 24**

Deadline for
submission of the
Dependent Data Sheet

**July 1, 1994**

Plan coverage
effective date

**July 15**

Medical ID
Cards sent

P.R. / 6-7-94

NNI-LTD-00011430

# How FLEX Works

## Introducing... FLEX

### The program offers you two kinds of benefits:

### Core Benefits and FLEX Benefits.

NTI/BNR automatically provides you with Core Benefits, but you make the call when it comes to FLEX Benefits.

**Core Benefits** are the foundation of the program, giving you a base on which to build a personalized benefits package. The Company believes that every employee should have a minimum level of benefits coverage. The Company pays the entire cost of your Core Benefits. You should be aware of the types of coverage included in the Core Benefits (see page 10), in case you wish to select additional coverage in these areas from among your FLEX Benefits.

**FLEX Benefits** let you choose from a variety of options offered by the Company each year. The Company will share the cost of your FLEX benefits with you. With FLEX, you have the opportunity to change certain benefits coverage at the annual enrollment period or you can change coverage during the year if you have a family status change. Each benefit has rules about changing coverage. See "How Your Selections Affect Your Future Choices" on page 12 for more information.

The following chart shows your Core and FLEX Benefits:

| Core Benefits (Provided Automatically) | FLEX Benefits (Your Choices) |
|---|---|
| Medical (low option for you only, unless you waive coverage with proof of other coverage) | Medical |
| Employee Life/AD&D Insurance | Dental, Vision and Hearing Care |
| Business Travel Accident Insurance | Optional Employee Life Insurance |
| Short-Term Disability | Optional Dependent Life Insurance |
| Long-Term Disability | Supplemental Short-Term Disability |

P.R. / 6-7-94

NNI-LTD-00011431

# Check Out Your Core Benefits

Before you make your FLEX choices, it's important to understand the benefits the Company provides at no cost to you. You should be aware of these benefits in case you wish to select additional coverage in these areas.

Your Core Benefits are:

## Medical Coverage. NTI/BNR provides the Comprehensive $300 plan. See page 15 for details.

## Employee Life/AD&D Insurance. This Core Benefit provides Life and Accidental Death and Dismemberment Insurance. Each is equal to **two times** your annual FLEX Earnings (as defined below). You may select supplemental employee and dependent coverage, as described beginning on page 26.

# Definition of FLEX Earnings

Many of your benefits are based on your "FLEX Earnings." FLEX Earnings are your base salary as of January 1. FLEX Earnings do not include other types of pay, including, but not limited to overtime, shift differential or relocation payments or bonuses. If you're a part-time employee, your FLEX Earnings are based on a 25-hour work week. If you're eligible for sales incentives, your FLEX Earnings also include your target incentives, paid at 100% annual objectives, as defined each year by NTI/BNR.

## Business Travel Accident Insurance. In the event of death or injury while traveling on authorized business, full-time employees are covered for an amount up to two times their annual FLEX Earnings — with minimum coverage for death of $100,000 and maximum coverage of $300,000.

## Short-Term Disability Coverage. In the event of a short-term disabling illness or injury, you're covered in the amount of 100% of FLEX Earnings for up to six weeks, followed by 70% of FLEX Earnings for up to the next 20 weeks. You may select supplemental coverage, as described on page 30.

## Long-Term Disability Coverage. You're covered to the end of your approved disability or age 65 (or later if your disability begins after age 60) in the event of a long-term disabling illness or injury in the amount of 70% of FLEX Earnings. LTD benefits will be increased by a new cost-of-living adjustment.

## Prices. Each FLEX Benefit Option has its own price — the higher the level of coverage, the higher the price. The Company will share a portion of the cost with you.

P.R. / 6-7-94

NNI-LTD-00011432

# Changing Your Benefit Selections

Most of your FLEX selections will remain in effect through December 31, 1994. Your Dental, Vision and Hearing Care selection will remain in effect through December 31, 1995, unless you select the Basic option or no coverage. However, you may make certain changes in your coverage during the year, if you or a family member experiences a "qualified change in family status." Qualified changes in family status include:

- marriage,
- divorce or legal separation,
- birth, adoption or change in custody of a dependent child,
- death of a spouse or dependent child,
- change in your employment status (from or to part-time or full-time),
- change in your spouse's employment status (from or to part-time or full-time),
- commencement or loss of your spouse's employment,
- certain work-related relocation where a Network Area is affected, and
- child's loss of dependent status.

The benefit selections you may make must be consistent with the change in family status. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans and/or select Dependent Life Insurance for your child. **You must request the benefit change and document the qualifying event within 31 days of the occurrence. Otherwise you'll have to wait until the next annual enrollment period to change your coverage.**

## If You and Your Spouse Both Work at NTI/BNR...

If you and your spouse both work at NTI/BNR and if you are both eligible for FLEX health care benefits, special rules apply. You may enroll as an employee or a family member, but not both. Only one of you may enroll your eligible dependent children. Also, both you and your spouse must select the same plan in order for your combined expenses to apply to the family deductible or family out-of-pocket limit.





NNI-LTD-00011433

# How Your Selections Will Affect Future Choices

Your choice of Medical, Dental, Vision, Hearing Care, Life Insurance and Disability coverage takes effect on July 1, 1994. Those choices remain in effect through December 31, 1994, unless you select Premium or Comprehensive Dental, Vision, Hearing Care coverage, which is effective through December 31, 1995. But the choice you make now can affect your ability to make a different choice in the future.



| Benefit | July 1, 1994 Enrollment | Future Annual Enrollment Periods |
|---|---|---|
| Medical | You may enroll yourself and any eligible dependent and/or domestic partner. There are no preexisting condition limitations. | You may enroll yourself and any eligible dependent and/or domestic partner or change coverage options.<br><br>There are no preexisting condition limitations, but you must be actively at work and your dependents and/or domestic partner cannot be confined in a hospital or home when changes take effect. |
| Dental, Vision and Hearing Care | You may enroll yourself and any eligible dependent and/or domestic partner. There are no preexisting condition limitations. | You may enroll yourself and any eligible dependent and/or domestic partner. If you select the Premium or Comprehensive option, you must remain in that option for two plan years.<br><br>There are no preexisting condition limitations, but you must be actively at work and your dependents and/or domestic partner cannot be confined in a hospital or home when changes take effect. |
| Employee Life Insurance | You may select up to the amount of employee Life Insurance you have now. If you select more than that amount, you must provide evidence of insurability before coverage can be approved. You also must be actively at work for any increase in coverage to take effect. | You may increase your coverage by one level if your request is due to a family status change for marriage, birth or adoption (subject to evidence of insurability rules for the 3 x or 4 x optional coverage).<br><br>All other increases, whether following a family status change or during annual enrollment, will not be effective until evidence of insurability has been approved.<br><br>You must be actively at work for any increase in coverage to take effect. |
| Dependent Life Insurance | Spouse coverage of $50,000 is not effective until evidence of insurability is approved. No evidence of insurability is required for other dependent coverage. Dependents may not be confined in a hospital or home on the effective date. | Spouse coverage of $50,000 is not effective until evidence of insurability is approved. No evidence of insurability is required for other dependent coverage, except dependents may not be confined in a hospital or home on the effective date. |
| Short-Term Disability<br><br>Long-Term Disability | No evidence of insurability is required, but you must be actively at work for coverage to be effective. | No evidence of insurability is required, but you must be actively at work for coverage to be effective. |

NNI-LTD-00011434

# Evidence of Insurability Requirements

You may be required to provide evidence of insurability (EOI) for some employee or dependent Life Insurance selections during the annual enrollment period or when you change coverage due to a family status change. But how do you provide evidence of insurability?

In most cases, the plan's Life Insurance claims administrator (Prudential, as of January 1, 1994) will ask you to complete a medical questionnaire. This form asks some simple questions about your medical history. It is important that you fully and accurately complete this form to ensure that your coverage is properly approved.

Prudential may, however, want additional information. You may be asked to have a physical examination, at your expense, before your coverage can be approved.

The evidence of insurability must be satisfactory to Prudential before coverage can be approved. Prudential uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Coverage will be provided at the existing level while the decision on your evidence of insurability is pending.

# Medical Coverage ■ ● ▶

## Each Medical option provides a different level of coverage and is "priced" accordingly — the higher the level of coverage, the higher the price.

The Company is also introducing a new way to pay for Medical benefits that more accurately reflects the cost of coverage. You may select coverage for:

- you only,
- you and your child(ren),
- you and your spouse or domestic partner, or
- you and your spouse or domestic partner and your children.

You may decline Medical coverage altogether, with proof that you're covered under another plan. **If you decline Medical coverage, you may not reenroll until the next reenrollment period, unless you require Medical coverage due to a qualified change in family status.**

P.R. / 6-7-94

NNI-LTD-00011436

# Medical Plan Area Options

## Medical Plan Options

| Option 0 | Option 1 | You have three Medical Plan choices — the Indemnity Plan, Comprehensive 300 Plan and Comprehensive 150 Plan. |
|---|---|---|
| No Coverage | Indemnity Plan | |

| Option 2 | Option 3 |
|---|---|
| Comprehensive 300 Plan (default option) | Comprehensive 150 Plan |

## Indemnity Plan.

Under the Indemnity Plan, precertified hospitalization and outpatient surgery are covered at 100% with no deductible applied (subject to reasonable and customary limits for surgeon's charges). For all other covered services, you'll need to meet a $200 annual individual deductible, with a $400 family limit. All other covered services are paid at 80% after you've met your deductible. The plan limits your annual out-of-pocket expenses to $1,500 for an individual and $3,000 for an entire family.

## Comprehensive 300 and Comprehensive 150 Plans.

The Comprehensive 300 and Comprehensive 150 Plans differ slightly from the Indemnity Plan. These plans are structured so that you pay an annual deductible before benefit payments begin. Then you'll receive 80% reimbursement subject to reasonable and customary limits. The Comprehensive 300 and Comprehensive 150 Plans have different annual deductibles and out-of-pocket maximum amounts than the Indemnity Plan, but the contributions are lower.

For more details on the options available to you and their costs, see your Enrollment Form.

# Other Important Medical Plan Information

The following information applies to all Medical Plan options.

## A Word About Deductibles, Out-of-Pocket Maximums and Annual/Lifetime Maximums

Any amounts you've incurred toward your annual deductible and out-of-pocket maximum amounts so far in 1994 will be carried forward for the July 1 to December 31, 1994, short FLEX Plan year. Any amounts that count toward annual or lifetime maximum benefits will also be carried forward. If you select an option with lower deductibles or out-of-pocket limits, the plan will not reimburse you for expenses you incurred before July 1, 1994.

## A Drug By Any Other Name...

Generic drugs have become very popular in the last few years, largely because they're considerably less expensive than brand-name drugs. The generic name of a drug is simply its chemical name and is only available after the patent has expired on the brand-name drug. Generic drugs must meet strict requirements established by the Food and Drug Administration (FDA). By law, generic drugs must be the same chemically and have the same therapeutic effect as their brand-name equivalents. Ask your doctor or pharmacist if there's a generic substitute available for your prescription. It could save you money today and help control future benefit costs for you and the Company.

## New Prescription Drug Card

Rx Prime is the new administrator of the prescription drug card benefit for NTI/BNR, effective July 1, 1994. **When you choose coverage under any Medical Plan option** your prescription drugs are available from a participating pharmacy for $5, for a 30-day supply. Unless your physician specifies a brand-name drug, your prescription will be filled with a generic drug, when available.

If you choose to purchase the brand-name drug, you will be responsible for the $5 copayment **plus** the difference between the cost of the generic and the brand-name drug. If there is no generic drug available, or if your physician stipulates that the prescription be filled as it is written, you can purchase the brand-name drug for $5.

In order to take advantage of the $5 prescription drug copayment, your prescription must be filled at a participating pharmacy. If you have your prescription filled at a non-participating pharmacy, you will pay 50% of the eligible charges. In addition, non-network prescription expenses do not apply toward your out-of-pocket maximum.

If you have any questions about your prescription drug benefit, call Rx Prime at 1-800-622-5579.



## Mail Order Prescriptions

National Pharmacies will continue to administer our mail order prescription program. Through the mail order program, you can receive up to 90 days of a prescription for $10. Mail order prescription programs are usually used for long-term or maintenance drugs, such as medication for high blood pressure or arthritis.

## Preventive Care Benefit

You will receive preventive care benefits under the Indemnity, Comprehensive 300 or Comprehensive 150 plans. You and your spouse or domestic partner will each have up to a $200 benefit (with no deductible applied) every 24 months for physical exams. In addition, routine well child care is covered up to age 16 under the medical options.

# New Employee Assistance Plan and Mental Health and Substance Abuse Benefits

NTI/BNR offers a confidential Employee Assistance Plan (EAP) to all employees, even if you don't select Medical coverage. This EAP benefit includes confidential telephone counseling, referral to treatment, if necessary, and up to eight visits per plan year at no charge. The EAP is administered by U.S. Behavioral Health (USBH), effective July 1, 1994.

**If you select coverage under any of the Medical options, you have mental health and substance abuse coverage through USBH.** Two levels of benefits apply for mental health and substance abuse treatment:

**Highest Benefit Level** — If your care is certified by USBH and provided by a USBH network provider, your benefits will, in most cases, be paid at 100% (outpatient visits require a copayment after the first eight visits). The lifetime maximum is for inpatient and outpatient treatment combined and is $40,000.

**Alternate Benefit Level** — If your care is certified by USBH but provided by an out-of-network provider, the Plan will pay 70% of the reasonable and customary charges up to $400 per day, after a $150 per admission hospital deductible for inpatient treatment and 50% for outpatient treatment, up to $70 per visit. While



P.R. / 6-7-94

NNI-LTD-00011439

there are no annual limits, the combined maximum for inpatient and outpatient out-of-network care is $15,000 (with a total in-network and out-of-network lifetime benefit of $40,000). If inpatient treatment care is not certified by USBH, a $200 non-compliance penalty will be applied and benefits will be reduced by an additional 10%. Outpatient care not certified by USBH is covered at 50% of the reasonable and customary charges.

# If You Are Currently Undergoing Treatment...

If you are already in mental health or substance abuse treatment with an out-of-network provider, you may be eligible for a temporary transition benefit.

### EAP

If you are in counseling with the previous EAP on June 30, 1994, you may continue to see the same counselor and complete up to eight total outpatient visits through August 31, 1994. Then, you will still be eligible for eight EAP visits through USBH at no charge to you from September 1 through December 31.

### Mental Health and Substance Abuse

If you are currently receiving **outpatient care** from a non-USBH counselor, you may continue treatment through December 31, 1994, at the network benefit level only if:

- You are enrolled in a Medical option,
- You call USBH at 1-800-842-2991 before June 30, 1994, to request transition benefits **and**
- Your current counselor agrees to coordinate care through USBH.

If these requirements aren't met, care will be covered at the lower, out-of-network benefit level.

If you or a covered dependent or covered domestic partner require EAP or mental health or substance abuse services, you should call USBH. Your situation will be assessed, and you will be referred for treatment to a USBH network provider, if necessary. You have up to eight visits through the EAP, at no cost to you. Through these visits, you can address work and family issues, mental health or substance abuse concerns, or other situations. If you require additional services, USBH will coordinate that care and will require some form of cost-sharing.

If you have any questions about your EAP, Mental Health or Substance Abuse benefits, call USBH at 1-800-842-2991.

## Chiropractic Benefits

Chiropractic services are covered by all Medical Plan options as follows:.

If you select the Indemnity, Comprehensive 300 or 150 options; eligible chiropractic charges will be covered:

- at 80% of reasonable and customary charges
- after you meet your deductible.





P.R. / 6-7-94

NNI-LTD-00011440

## Revised Organ Transplant Benefits

NTI/BNR has arranged for all FLEX participants who elect Medical coverage under any option to participate in the Centers of Quality program. As a participant in the program, you, an eligible dependent or domestic partner have access to the finest hospitals in the U.S. for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties, etc. The Centers of Quality program covers both the procedure itself, according to the option you select, and transportation to and from the hospital for the patient and one companion. NTI/BNR employees are encouraged to use the Centers of Quality because success rates are proven to be higher in cases when the facilities used are selected by the Centers of Quality. Contact Member Services at the "800" number on your Medical I.D. Card for more information about the Centers of Quality program and participating institutions.

NTI/BNR reserves the right in the future to add a benefit penalty when the Centers of Quality are not utlilized.

## Maintenance of Benefits Feature

The Company believes all employees should have medical coverage. Effective January 1, 1994, the Maintenance of Benefits feature reduced the advantages of double coverage, so you should decide whether you wish to be covered by NTI/BNR or by your spouse's employer. If you select your spouse's medical coverage and that coverage ceases during the year as the result of a qualified change in family status (see page 11), you may return to the NTI/BNR plan of your choice within 31 days of the loss of coverage, with no medical evidence of insurability required. (You'll be required to provide proof of the loss of coverage.)

All Medical Plan options contain an important feature that coordinates benefits available from more than one plan. If both you and your spouse are working, you and members of your family may be covered under both the NTI/BNR plan and your spouse's plan. The Maintenance of Benefits feature coordinates benefits provided under all medical plans so that you can receive up to – but no more than – the amount that would have been covered by the NTI/BNR plan. For example, assume you and your dependents are covered under both NTI/BNR's plan and your spouse's plan and have met your deductible under both plans. If your spouse incurs $500 in doctor bills, your spouse's plan pays first and reimburses, for example, $400, or 80%. The NTI/BNR plan would then determine how much of the original $500 would have been payable. Let's say the NTI/BNR plan would have also paid $400. Therefore, you would not receive any additional reimbursement from the NTI/BNR plan.

**NOTE:** The Maintenance of Benefits provision applies in the same way to Dental, Vision, and Hearing Care coverage.

P.R. / 6-7-94

NNI-LTD-00011441

**medical coverage**    **20**

# If You are Hospitalized on July 1, 1994 ...

If you or a covered dependent is hospitalized on July 1, you will continue to be covered under the provisions of your current Medical coverage. When you are discharged from the hospital, your new Medical selection will take effect.

## Your Medical Plan Options

|  | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| **Annual Deductible** |  |  |  |
| Individual | $200 | $150 | $300 |
| Family* Limit (minimum of two) | $400 | $300 | $600 |
| Applies to: | All covered expenses except hospital confinements or surgical expenses | All covered expenses | All covered expenses |
| **Reimbursement** |  | (Based on reasonable and customary charges) | (Based on reasonable and customary charges) |
| Hospitalization | 100% | 80% | 80% |
| Surgery (inpatient & outpatient) | 100% (Based on reasonable and customary charges) | 80% | 80% |
| Doctor Visits | 80% | 80% | 80% |
| **Annual Out-of-Pocket Maximum (not including annual deductible)** |  |  |  |
| Individual | $1,500 | $1,500 | $2,000 |
| Family Limit | $3,000 | $3,000 | $4,000 |

\* For purposes of this chart only, "family" includes the covered employee, spouse, eligible dependents and domestic partner as applicable.



P.R. / 6-7-94

NNI-LTD-00011442

# things to think about

**Do you or your spouse receive physical exams?**

☐ **yes**

☐ **no**

If you checked *yes*, then keep in mind that you can take advantage of the preventive care benefit, which provides $200 coverage for physical exams over a 24-month period, regardless of the option you select.

**Does your spouse have coverage available to you and other family members?**

☐ **yes**

☐ **no**

If you checked *yes*, then compare the two coverages and consider enrolling in only one. Because NTI/BNR uses Maintenance of Benefits, double coverage may not provide extra benefits and probably will end up unnecessarily costing you more. So add up your contributions and your spouse's and look at the benefits you'd receive if you had a high claims expense or if your expenses were minimal. Find out if you can even enroll in your spouse's plan at this time. You may need to wait until 1995.

dental, vision and hearing    22

# Dental, Vision and Hearing Care Coverage



**Your FLEX Benefits include three Dental, Vision and Hearing Care options. As with Medical, you can choose coverage for:**

▲ **you only,**

■ **you and your child(ren),**

● **you and your spouse or domestic partner, or**

▲ **you and your spouse or domestic partner and your children.**

You may instead decline Dental, Vision and Hearing Care coverage altogether.

You select these benefits as a package, so select the option that best meets all your needs. If you choose no coverage or select the Basic Plan, you may change your option at annual enrollment, or at any time you have a qualified change in family status (see page 12). **If you select the Premium or Comprehensive option, you must** participate in that option for at least two enrollment periods (two Plan Years, for example, July 1, 1994 through December 31, 1994 and all of 1995; or all of 1995 and 1996) before you may move to another option, even if you have a qualified change in family status.

See the chart on the next page for a summary of your options.

P.R. / 6-7-94

NNI-LTD-00011444

# Dental, Vision and Hearing Care Options

| | Option 1<br>Premium Plan | Option 2<br>Comprehensive Plan | Option 3<br>Basic Plan |
|---|---|---|---|
| **Reimbursement Level** | | | |
| Preventive and Diagnostic Dental Services* | 80% | 100% | 80% |
| Minor Dental Services* Periodontic and Endodontic Services* | 80% | 80% | 80% |
| Major Dental Services* | 80% | 50% | Not covered |
| Orthodontic Services* | 50% | 50% | Not covered |
| Vision Care | 80% | 100% | 80% |
| Hearing Care | 80% | 80% | 80% |
| **Maximum Benefits** | | | |
| Annual Dental Maximum (excluding orthodontia) | $1,500/person | $1,500/person | $500/person |
| Lifetime Orthodontia Maximum | $1,500/person | $2,500/person | N/A |
| Eye Exam | Every year | Every year | Every year |
| Vision Care Maximum | $200/person every 2 years excluding exam | $250/person every 2 years excluding exam | $100/person every 2 years excluding exam |
| Frames | Every 2 years | Every 2 years | Every 2 years |
| Lenses | Every year | Every year | Every year |
| Hearing Care Maximum | $300/person every 2 years | $500/person every 2 years | $250/person every 2 years |

* based on reasonable and customary charges

P.R. / 6-7-94

NNI-LTD-00011445

The dental coverage includes benefits for the following types of services:

- **Preventive**, including routine exams and cleanings, x-rays and fluoride treatments.

- **Minor**, including fillings, extractions and treatment of gums.

- **Major**, including crowns, dentures and bridges.

- **Orthodontia**, including braces and related expenses.

## Dental Plan Options

| **Option 0** | **Option 1** |
|---|---|
| No coverage | Premium Plan |
| **Option 2** | **Option 3** |
| Comprehensive Plan | Basic Plan |

## If Orthodontic Treatment is Currently Underway...

If you or a covered dependent is currently receiving orthodontic treatment, benefits already paid toward the lifetime maximum will transfer if you select the Comprehensive or Premium Plan. You'll receive 50% reimbursement under either of those plans, up to the lifetime maximum of the plan. If you select the Basic Plan or waive Dental, Vision and Hearing Care coverage, orthodontic benefits will end.

## A Word About Annual Maximums

Any amounts you've incurred so far in 1994 toward your annual maximum benefits will be carried forward to the FLEX option you select. If you select an option with higher annual maximums, the option will not pay you for expenses you had before July 1, 1994.

# things to think about

**Does your spouse have coverage available to you and other family members?**

☐ **yes**
☐ **no**
If you checked *yes*, then compare your options and don't unnecessarily buy both coverages. (Remember, duplicate payments are not paid because of the Maintenance of Benefits provision.)

**Do you anticipate needing orthodontia or major dental services?**

☐ **yes**
☐ **no**
If you checked *yes*, then you should choose between the Premium and Comprehensive options. (But remember, you can't change your election until January 1, 1996.) If you checked *no*, then Basic coverage may meet your needs.

**Do you anticipate needing to purchase glasses or contact lenses in the next year?**

☐ **yes**
☐ **no**
If you checked *yes*, then consider how much your frames or lenses will cost, in addition to fees for your eye exam. The Comprehensive option has the highest two-year maximum per person at $250, with the Premium option next, at $200. The amount paid under the current two-year maximum will carry over to the new plan. **Remember exams and lenses will now be eligible for coverage every year.**

**Do you suffer from hearing loss or wear a hearing aid?**

☐ **yes**
☐ **no**
NTI/BNR has added a new hearing care benefit that pays 80% of hearing exams, and hearing aids, up to a maximum benefit amount every two-years. The highest two-year maximum per person is $500 in the Comprehensive option.

P.R. / 6-7-94

NNI-LTD-00011447

# Life Insurance Coverage ■ ● ▶

**In addition to the two times pay Employee Life/AD&D Insurance that you receive as part of your Core Benefits, your FLEX Benefits include:**

■ **Optional Employee Life Insurance, and**

▲ **Optional Dependent Life Insurance.**

### Employee Life Insurance

You receive Employee Life Insurance coverage as a Core Benefit at no cost to you in the amount of two times your annual FLEX Earnings. You may select additional coverage for yourself equal to one to four times your annual FLEX Earnings, for total coverage of up to six times FLEX Earnings. The cost will be based on your age on December 31 for the enrollment period (i.e., December 31, 1994, for the first enrollment period of July 1, 1994 through December 31, 1994, and December 31, 1995, for the January 1, 1995 through December 31, 1995 enrollment) and, starting January 1, 1995, on whether or not you smoke.

**Employee Life Insurance Options**

**Option 0** – Core Coverage (2x FLEX Earnings)

**Option 1** – 3 x FLEX Earnings

**Option 2** – 4 x FLEX Earnings

P.R. / 6-7-94

NNI-LTD-00011448

## If You Smoke...

There's no denying the toll smoking takes on your health. Because NTI/BNR wants to promote a healthy lifestyle among its employees, and because the link between smoking and higher benefit costs has been so well-established, the Company is introducing smoker and non-smoker rates for Optional Employee Life Insurance, beginning January 1, 1995. For the January 1 to December 31, 1995 enrollment period, you are eligible for non-smoker rates only if you have not smoked a cigarette or used any tobacco product after July 1, 1994. For subsequent enrollments, you are eligible for non-smoker rates only if you have not smoked a cigarette or used any tobacco products for 12 continuous months.

# Dependent Life Insurance

You can also select Life Insurance coverage for your spouse or any number of eligible dependent children. This coverage is available in the following amounts:

### Dependent Life Insurance – Spouse

**Option 0** – No coverage

**Option 1** – $10,000

**Option 2** – $25,000

**Option 3** – $50,000

### Dependent Life Insurance – Children

**Option 0** – No coverage

**Option 1** – $10,000 per child (age six months to 19; 25 if a full-time student)*

\* A child will be insured for $1,000 from age 14 days to six months.

# Evidence of Insurability

Under certain circumstances, you'll need to provide acceptable evidence of insurability for yourself or your spouse before coverage (or increased coverage) can begin. You must fill out an Evidence of Insurability Form if:

- you increase your Employee Life Insurance above your **current** basic and optional levels (future increases after July 1, 1994, will also require evidence of insurability),

- you increase your Employee Life Insurance by more than one level following a marriage, birth or adoption (you will not have to provide evidence of insurability if you are increasing your coverage by one level, up to a total of 3 x optional coverage, for one of those events), or

- you select Spouse's Life Insurance of $50,000.

If required, you will receive a form to provide evidence of insurability. Remember, your evidence of insurability must be approved before the coverage you select goes into effect. In the meantime, you'll be insured for current amounts until approval is given for higher coverage. If not approved, you'll be covered for the lesser amounts.

P.R. / 6-7-94

NNI-LTD-00011449

**life insurance**    28

# things to think about

**Do you have life insurance from another source?**

**yes** ☐ This is an important factor in determining how much additional coverage you should select, if any.

**no** ☐

**Do you have other sources of income for the future, dependents who need financial help if something should happen to you or debts that might become someone else's responsibility if you should die?**

**yes** ☐ Keep these factors in mind when you're determining how much your beneficiaries would need in the event of your death.

**no** ☐

**Have you reviewed the Life Insurance Checklist on page 29?**

**yes** ☐ Be sure you do. It can help you figure out what your life insurance needs really are.

**no** ☐

**Do you smoke tobacco products?**

**yes** ☐ Remember, NTI/BNR is introducing smoker/non-smoker rates for Optional Employee Life Insurance on January 1, 1995. If you're a

**no** ☐ smoker, you may want to quit before July 1, 1994, so that you can take advantage of the lower non-smoker rates.

◀ ● ■

P.R. / 6-7-94

NNI-LTD-00011450

# Life Insurance Checklist

Determining how much life insurance is really enough to secure your family's financial future can be a complicated matter. Some use a general rule of thumb – say, four to six times your annual earnings. But others would argue that there is no set way to accurately gauge how much is really enough for you.

Careful planning is the key. By determining what your family's needs are now or might be in the future, you can more accurately assess how much life insurance you'll need to guarantee them a secure lifestyle.

There are several factors you need to consider when determining how much life insurance is enough for you and your loved ones:

☐ **Monthly Income**

Your family probably relies, in whole or in part, on your income to cover monthly expenses such as food, clothing and household expenses. This need is most critical to a family's survival, and it is usually where the loss of your income is felt the most.

☐ **Present Life Insurance**

You'll need to consider how much life insurance you currently have from all sources, both in and outside of the Company.

☐ **Shelter**

It's probably important to you that your children remain in a familiar school with teachers and friends they know, if something happens to you. You may want to provide enough funds to meet mortgage or rent payments for several years, or even to pay off the mortgage.

☐ **Emergencies**

Your family may need funds to cover unexpected emergencies, such as accidents, home repairs and other unanticipated expenses that can upset a family's finances.

☐ **Education**

Providing for a child's college education is a concern of many parents. You may want to provide funds to ensure their education if you're not around.

☐ **Last Expenses**

Your family will encounter funeral and possibly medical bills upon your death. They may also incur estate tax obligations and debts that need to be paid, often within nine months of death.

P.R. / 6-7-94

NNI-LTD-00011451

# Disability Coverage 

**In addition to the Short-Term Disability and Long-Term Disability coverage provided to you by the Company as part of your Core Benefits, your FLEX Benefits give you the option to select additional Short-Term Disability coverage in these areas.**

### Short-Term Disability (STD)

Your Core Short-Term Disability Benefit provides you a benefit beginning the sixth day that you are absent from work. You receive 100% of your FLEX Earnings for up to six weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks. You may select additional coverage that will raise your benefit from 70% of FLEX Earnings to 90% of FLEX Earnings. Alternatively, you may select no additional coverage. STD benefits will be reduced by family Social Security and Workers Compensation payments.

### Long-Term Disability (LTD)

As part of your Core Benefits, you receive LTD coverage in the amount of 70% of FLEX Earnings. Benefits begin when you've been totally disabled for 26 weeks. LTD benefits are reduced by family Social Security and Workers Compensation payments. A cost of living adjustment has been added that increases your total LTD benefit by 60% of the annual Consumer Price Index increase, up to 6% per year. For example, if you are receiving a $2,000 LTD benefit and the Consumer Price Index increases by 4%, your benefit will increase 2.4% to $2,048.

| Short-Term Disability Options | |
| --- | --- |
| **Option 0** | **Option 1** |
| No additional coverage | 90% of FLEX Earnings |

P.R. / 6-7-94

NNI-LTD-00011452

## think about this...

**If you become temporarily disabled and unable to work, do you have other sources of income to support you and your family until you recover?**

☐ **yes**  When you select additional Short-Term Disability coverage, your level of benefit is raised from 70% of FLEX Earnings (Core Benefit) to 90% of

☐ **no**  FLEX Earnings for up to 20 weeks. Think about your family's needs, whether that extra 20% could make an important difference, and whether the cost is worth the benefit.

## Special Notice to Employees Currently on Paid Leave of Absence

If you are on a paid leave of absence (military leave or short-term disability) as of July 1, 1994, you should note the following special provisions:

• If you are on Short-Term Disability, you will continue to receive disability benefits under current plan provisions. Should you become eligible for Long-Term Disability, your benefits would be paid under the provisions of the current LTD plan. Once you return to work for two weeks from paid leave of absence, future STD/LTD benefits will be paid as described under the STD and LTD options you select.

• Any necessary adjustments to your pay (to reflect your old STD/LTD plan) will be made before the first pay period in July 1994.

P.R. / 6-7-94

NNI-LTD-00011453

# Enrollment Basics

After you've decided which benefits are best for you, you're ready to enroll. Enrolling in FLEX is easy. Just follow these easy steps.



**Complete the Special Enrollment Form included in this kit.**

Verify your selections for accuracy.

**Send your Enrollment Form to the HR Info Center by June 24, 1994 in the enclosed envelope.**

You will receive confirmation of your selections. Use the confirmation to verify your coverage when it begins on July 1, 1994. If you have questions about your coverage, call the HR Info Center at 1-800-676-4636, ESN 255-4636 or (919) 992-4636, from 8:00 am to 7:30 pm ET for assistance.

**Submit any required forms.**

**Dependent Information Form —** Every eligible employee must complete this form regarding your eligible dependents. A form is included in this Enrollment Kit. Mail the completed form to the HR Info Center in the enclosed envelope.

P.R. / 6-7-94

NNI-LTD-00011454

## If You Don't Enroll...

All NTI/BNR employees MUST complete and return the Enrollment Form to make their selections for the remainder of 1994. **Employees who don't enroll will receive default coverage, which includes the following:**

- Comprehensive 300 Medical coverage for employee only,

- Core Employee Life Insurance (two times annual FLEX Earnings only),

- Core Short-Term Disability coverage (100% and 70% of FLEX Earnings), and

- Core Long-Term Disability coverage (70% of FLEX Earnings).

Default coverage **does not include** Dental, Vision and Hearing Care coverage, supplemental levels of Life or Disability Insurance, or any coverage for eligible dependents. Since the default coverage may not be sufficient for you, be sure to enroll by **June 24**.

## Remember . . .

You must complete and submit the enclosed Enrollment Form by **June 24**. You'll be given the opportunity to change or update certain selections for 1995 during another enrollment period in the future.

This Workbook provides a summary of some of NTI/BNR's benefit plans. It does not supersede the plan documents, which, in the event of a conflict, will always govern. While the Company hopes to continue the benefit plans described in this Workbook, it reserves the right to change, amend, reduce, or even terminate any of the plans described in this Workbook at any time without prior notice to, or consent by, employees. This Workbook does not constitute a contract of employment between NTI/BNR and any employee.

P.R. / 6-7-94

NNI-LTD-00011455

## Summary of Medical Benefits and Coverage – Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Inpatient Hospital Services:<br>Semi-private Room & Board<br>Operating & Recovery Room<br>Lab & X-Ray<br>Drugs, Medications<br>Hemodialysis<br>Radiation & Chemotherapy<br>Rehab Services | 100% coinsurance[1,3] | 80% coinsurance[1,2,3,5] | 80% coinsurance[1,2,3,5] |
| Inpatient Physician Services | 100% coinsurance[3] | 80% coinsurance[2,3,5] | 80% coinsurance[2,3,5] |
| Inpatient Surgeon's Services | 100% coinsurance[2,3] | 80% coinsurance[2,3,5] | 80% coinsurance[2,3,5] |
| Physician Services:<br>Preventive Care<br>Well-child care<br>Routine Immunization & Injections<br>Vision & Hearing Screening (as part of PCP exam)<br>Annual Ob/Gyn exam<br>Sigmoidoscopy | 100% coinsurance (vision and hearing excluded)[4] | 80% coinsurance[4] | 80% coinsurance[4] |
| Physician Services:<br>Adult Medical Care<br>Child Medical Care | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Specialty Physician Services:<br>Office Visits<br>Second Surgical Opinion<br>Pre- & Post-Natal Exam<br>Allergy Testing & Treatment | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |

NNI-LTD-00011456

# Summary of Medical Benefits and Coverage – Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Outpatient Surgical Charges: Operating & Recovery Room Presurgical Testing | 100% coinsurance[3] | 80% coinsurance[2,3,5] | 80% coinsurance[2,3,5] |
| Outpatient Treatments: Hemodialysis Radiation & Chemotherapy | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Outpatient Services: (includes anesthesiologist, pathology interpretations, etc.) | 100% coinsurance[3] | 80% coinsurance[2,3,5] | 80% coinsurance[2,3,5] |
| Outpatient Surgeon's Services | 100% coinsurance[2,3] | 80% coinsurance[2,3,5] | 80% coinsurance[2,3,5] |
| Outpatient X-Ray & Lab | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Emergency Care: Doctor's Office Hospital Emergency Room Ambulance | 80% coinsurance Accident: 100% up to $300 then 80%[5] Illness: 80% after $25 copay[5] 100% if hospital ambulance, or $25 base benefit, remainder at 80%[5] | 80% coinsurance[2,5] 80% coinsurance[2,5] 80% coinsurance[2,5] | 80% coinsurance[2,5] 80% coinsurance[2,5] 80% coinsurance[2,5] |
| Outpatient Short-Term Rehabilitation | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Home Health Care | 100% coinsurance limited to 100 visits per contract year to a maximum of $50 per visit | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Skilled Nursing Facility | 100% coinsurance limited to 365 days per contract year[1] | 80% coinsurance[1,2,5] (semi-private room) | 80% coinsurance[1,2,5] (semi-private room) |

summary of benefits                36

## Summary of Medical Benefits and Coverage – Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Durable Medical Equipment | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Chiropractic Services | 80% coinsurance[5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Dental Coverage | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth |
| Precertification | Employee initiated[3] | Employee initiated[3] | Employee initiated[3] |
| Pre-existing Condition Limitations | None | None | None |
| Contract Year Deductible | $200/$400 | $150/$300 | $300/$600 |
| Out-of-Pocket Maximum | $1,500/$3,000 (plus deductible/copay) | $1,500/$3,000 (plus deductible) | $2,000/$4,000 (plus deductible) |
| Lifetime Medical Maximum | $1,000,000 | $1,000,000 | $1,000,000 |
| Prescription Drugs Maximum Allowable Cost (30-day supply) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) |
| Prescription Drugs Mail Service Drug Benefit | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply |

1. Subject to precertification.

2. Subject to the reasonable & customary charge.

3. Whenever a covered person faces confinement in a hospital or needs non-emergency surgery, follow the directions for precertification of these services described on your identification card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective surgery may also be reduced.

4. $200 every 24 months for employee and spouse physicals, as well as routine well-child care up to age 16 (100% of charges not subject to the deductible.)

5. Subject to annual deductible.

NNI-LTD-00011458

## Summary of Mental Health/Substance Abuse (MH/SA) Benefits and Coverage
### (all Indemnity and Comprehensive Options)

| Benefit Description | In-Network | Out-Of-Network |
|---|---|---|
| Employee Assistance Program | Up to 8 visits; no copay | No benefit |
| MH/SA – Inpatient | | |
| Mental Health | 100%, up to 60 days/year | $150 per admission hospital copayment[a,b]; 70% of eligible charges, up to 60 days/year[c,d] (maximum reimbursement of $400/day) |
| Substance Abuse | 100%, up to 30 days/year | 70% of eligible charges up to 30 days/year[c,d] with a maximum of one episode/lifetime (maximum reimbursement of $400/day) |
| MH/SA – Intermediate | 100%[c,e] | 80% of eligible charges[a,e] |
| MH/SA – Outpatient | No copay/visits 1–8; $20/visits 9–25**; $30/visits over 25**[g] | 50% of reasonable and customary charges, visits 1–25 (maximum reimbursement of $70/visit) |
| Mental Health – In-home Mental Health Care | 100%[f] | No benefit |
| Drug Testing as an Adjunct to SA Treatment | 100%[f] | No benefit |
| Medication Management | $5 for up to 30-minute visit; no limit[f] | No benefit |
| MH/SA – Contract Year Deductible | None | $200/person[h] |
| MH/SA – Out-of-Pocket Maximum (excluding deductible) | None | $3,000/person[i] (no family maximum) |
| MH/SA – Lifetime Maximum | $40,000 | $15,000 |

Employee Assistance Program and Mental Health/Substance Abuse services are administered by USBH. All inpatient and outpatient services must be coordinated by USBH or out-of-network benefits will apply.

NOTE: Employee Assistance Program benefits are available to all NTI/BNR employees, including those who waive Medical coverage.

** Group treatment copayment $10, $20 respectively.

NNI-LTD-00011459

## MH/SA Benefits and Coverage Footnote Page

(a) If there is a combined medical/MH or medical/SA admission, only the primary diagnosis inpatient deductible applies.

(b) The $150 per admission hospital deductible for out-of-network admissions applies after the annual $200 deductible is met.

(c) If hospital care is not precertified, there is a UR Non-compliance Penalty of $200, plus 10% of the remaining hospital bill. 48-hour grace period for emergencies; Non-compliance Penalty does not count towards the out-of-pocket maximum.

(d) Inpatient MH/SA days which exceed the stated number of days do not count towards the out-of-pocket maximum.

(e) Includes, but is not limited to, 24-hour intermediate care facilities, e.g., residential treatment, group homes half-way houses, therapeutic foster care, day/partial hospitals, structured outpatient treatment programs.

(f) Subject to case manager approval.

(g) Concurrent review of outpatient care after visit 10 and every 10 visits thereafter.

(h) Annual out-of-network MH/SA deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200 per person annual deductible is subtracted from a claim before any benefit is paid and is separate from the inpatient deductible.

(i) MH/SA out-of-pocket maximum is separate from the medical out-of-pocket maximum.

NNI-LTD-00011460