# **<u>EXHIBIT J-5</u>**



# flex benefits
### it's your call

## SPECIAL INSTRUCTIONS

For people who are...

- under COBRA
- in the Early Retirement Option
- on Leave of Absence without pay
- on Family Leave
- on Long-Term Disability (LTD)
- under Severance/Salary Continuance

NNI-LTD-00011579

# It's Important to Know That . . .

you're eligible for FLEX benefits that are slightly different from those described in the Workbook. You'll also be enrolling using a different process than active NTI/BNR employees. This brochure describes how FLEX is unique in your special situation, and helps you navigate the Workbook and the enrollment process.

## Using the Workbook

The Enrollment Workbook is divided into nine separate sections. For the most part, Sections I, II, and VIII apply only to people who are actively working for NTI/BNR. In particular, be aware that you'll receive FLEX credits only if you're currently being paid by NTI/BNR — including those individuals on Severance/Salary Continuance. The application of Sections III, IV, V, VII and IX to you will depend on your status. **The differences that affect you are explained in this brochure.**



### Who's receiving these special instructions:

If you're in one of the following groups, the special FLEX instructions explained in this brochure apply to you:

- if you or a qualified dependent has NTI/BNR health coverage through COBRA
- if you're retired and covered under the Early Retirement Option with up to two years of medical coverage
- if you're an active employee on Leave of Absence without pay (excluding Family Care Leave)
- if you're on Family Care Leave
- if you're receiving Long Term Disability benefits
- if you are on Severance/Salary Continuance

Your Enrollment Worksheet will note which group you're in.

U.S. 10/94

NNI-LTD-00011580

## enrolling in three easy steps

### Step 1

Read your Enrollment Kit. It contains:

- **This Brochure.** It helps describe what you're eligible for, and explains how to enroll.

- **Highlights Brochure.** The brochure provides a quick overview of FLEX, and highlights what's new for '95.

- **Enrollment Workbook.** This Workbook gives you detailed information about your benefit choices.

- **Enrollment Worksheet and Self-Addressed Envelope.** Unlike active NTI/BNR employees — who are enrolling by phone — you'll be enrolling via the enclosed Enrollment Worksheet.

- **Medical Physician Selection/Dependent Data Collection Form.** This form is important because it is your enrollment form for your insurance provider. It also requires you to complete information on your dependents.

- **Network Materials.** Network Provider Directories and HMO (if one is available near you) materials are included in a separate envelope if you are eligible for network options. Your Provider Directory lists the doctors and hospitals currently participating in the network.

### Step 2

- **Complete the Enrollment Worksheet and Medical Physician Selection Dependent Data Collection Form** included in this Kit. Your Worksheet lists the specific options— and prices for those options— available to you beginning January 1, 1995. Simply mark your benefit selections on the Worksheet, and complete the Medical Physician Selection/Dependent Data Collection Form (you'll need to select a physician if you're choosing a Managed Care Medical option). Return both forms to the HR Info Center in the enclosed postage-paid envelope by November 3, 1994.

### Step 3

Begin making payments for the benefits you're selecting starting January 1, 1995. Your Worksheet explains how these payments are to be made.

> **If you have questions about your payments, call the HR Info Center at 1-800-676-4636.**

U.S. 10/94

## COBRA

**You're eligible for...**

- Medical
  - Managed Care and Indemnity Options, if you're in a network area
  - Non-Network Indemnity and Comprehensive Options, if you're NOT in a network area
  - HMOs in certain areas
- Dental, Vision and Hearing Care
- Healthcare Reimbursement Account
- Employee Assistance Program (EAP)

**Important points to remember:**

- Your participation is on an after-tax basis.
- Your eligiblity for a Managed Care and/or HMO medical option is based solely on your home ZIP code. If your home address has a ZIP code that's in a managed care network area, you'll be eligible for one of FLEX's Managed Care medical options.
- You can take advantage of the Employee Assistance Program (EAP) even if you have no NTI/BNR medical coverage.
- COBRA coverage does not apply to domestic partners.
- Your cost is not subsidized by NTI/BNR.
- Two percent of your Healthcare Reimbursement Account contribution is used to pay administrative expenses to provide this account to you. Remember, the tax savings benefits of this account are available only to employees being paid by NTI/BNR.
- CIGNA will send you a bill for payment of your coverage.
- The Healthcare Reimbursement Account is available only if you were a full-time employee.

## Early Retirement Option (under age 55 with up to two years of active employee medical coverage)

**You're eligible for...**

- Medical
  - Managed Care and Indemnity Options, if you're in a network area
  - Non-Network Indemnity and Comprehensive Options, if you're NOT in a network area
  - HMOs in certain areas

**Important points to remember:**

- Your participation is on an after-tax basis.
- Benefits will continue until the earlier of your obtaining employment or your "benefit stop date."
- Your eligiblity for a Managed Care medical option is based on where you live. If your home address has a ZIP code that's in a managed care network area, you'll be eligible for one of FLEX's Managed Care medical options.
- Payment for your selections will be deducted from your pension benefit.
- Starting January 1, 1995, you can cover a domestic partner under FLEX. See Section 1 of the Enrollment Workbook.

## Leave of Absence without pay (not including Family Care Leave)

**You're eligible for...**

- Medical
  - Managed Care and Indemnity Options, if you're in a network area
  - Non-Network Indemnity and Comprehensive Options, if you're NOT in a network area
  - HMOs in certain areas
- Dental, Vision and Hearing Care
- Employee Life Insurance and Dependent Life Insurance — you can continue your existing level of insurance
- You can take advantage of the Employee Assistance Program (EAP) even if you have no NTI/BNR medical coverage.

**Important points to remember:**

- Your participation is on an after-tax basis.
- Your benefits continue for up to 90 days, starting from the day your absence begins. After that, you will be offered COBRA for health coverage.
- If you've chosen Employee Optional Life Insurance in the past, the price you will pay for that continued coverage starting in 1995 will be based on smoker/non-smoker rates. Your Enrollment Worksheet will ask you to certify if you are a smoker or a non-smoker, and the appropriate rates will become effective for you in January.
- You are not eligible for Short-Term Disability (STD) or Long-Term Disability (LTD) while out on an unpaid leave of absence.
- If you return to work, you'll be asked to re-enroll in FLEX, using the FLEX Credits the company provides to help pay for those selections. Also at that time, the contributions you make for Medical, Dental, Vision and Hearing Care coverage will be on a pre-tax basis; Life Insurance will be paid on an after-tax basis. The Enrollment Workbook describes all of the benefits you'll be eligible for after you've returned to work.
- For payment of your selections, mail your check to the HR Info Center by the first day of each month. Note that the amount you'll pay starting January 1, 1995 will change based on the FLEX selections you make at this time.

U.S. 10/94

## Family Care Leave

**You're eligible for...**

- The same benefits described under "Leave of Absence". Refer to that section of this brochure for details.

**Important points to remember:**

- Your participation will be on an after-tax basis.
- The "important points to remember" listed under "Leave of Absence" apply under Family Care Leave, with one important exception. Your benefits will be continued for up to 12 months (not 90 days) from the beginning of your leave.
- For payment of your selections, mail your check to the HR Info Center by the first day of each month. Note that the amount you'll pay starting in January, 1995 will change based on the FLEX selections you make at this time.

## Long-Term Disability (LTD)

**You're eligible for...**

- The same benefits described under "Leave of Absence". For details, refer to that section of this brochure.

**Important points to remember:**

- The "important points to remember" listed under "Leave of Absence" apply under LTD, with three exceptions:
  - Benefits will continue throughout your disability — they don't end after 90 days or 12 months.
  - Your Life Insurance coverage will be paid for by the Company; however, you will continue to pay for any Life Insurance coverage selected for your spouse and/or children before your disability began.
  - Upon your return to work, after 30 days you'll be eligible for FLEX Credits to be used when you enroll in FLEX benefits available to other active employees — including the Short-Term and Long-Term Disability benefits described in Section VI of the Workbook. Your current LTD benefit will remain in effect until that time.
- Payment for your FLEX benefits while you're on LTD will be deducted from your LTD benefit payments on an after-tax basis. If your FLEX choices cost more than your LTD benefit, you'll mail the difference to the HR Info Center at the address on your Worksheet.

## Severance/Salary Continuance

**You're eligible for...**

- FLEX Credits — to be used to help purchase your benefit selections; your Enrollment Worksheet shows how many credits you've been assigned.
- Medical
  - Managed Care and Indemnity Options, if you're in a network area
  - Non-Network Indemnity and Comprehensive Options, if you're NOT in a network area
  - HMOs in certain areas
- Dental, Vision and Hearing Care
- Life Insurance — you can continue your existing level of insurance
- You can enroll in the Employee Assistance Program (EAP) even if you have no NTI/BNR medical coverage.
- Healthcare Reimbursement Account

**Important points to remember:**

- Your benefits will continue until your "benefit stop date" shown on your Severance Election Form. At that time, your FLEX Credits will stop and you'll be offered COBRA for health coverage.
- If you've chosen Employee Optional Life Insurance in the past, the price you will pay for that continued coverage starting in 1995 will be based on smoker/non-smoker rates. Your Enrollment Worksheet will direct you to certify if you are a smoker or a non-smoker, and the appropriate rates will become effective for you in January.
- Payment for your FLEX choices will be deducted from your severance/salary continuation on a pre-tax basis.
- If you've received a lump-sum Severance/Salary Continuance payment, please call the HR Info Center to discuss benefit payment adjustments based on your enrollment.

  This brochure provides a summary of the differences between the NTI/BNR FLEX Plan for active employees and those employees who are otherwise eligible for the Plan but are on Leaves of Absence, Long-Term Disability, COBRA, in the Early Retirement Option or under Severance/Salary Continuance. This summary does not supersede the plan documents, which, in the event of a conflict, will always govern. While the Company hopes to continue the benefit plans described in this brochure, it reserves the right to change, amend, reduce, or even terminate the plans described in this brochure at any time without prior notice to, or consent by, current or former employees. This brochure does not constitute a contract of employment between NTI/BNR and any current or former employee.

October, 1994

U.S. 10/94

NNI-LTD-00011584