# EXHIBIT J-6



**flex benefits** it's your call

enrollment

workbook

LTD-000183

LTD-000184

# Inside This Workbook

This Enrollment Workbook is divided

Introduction

How FLEX Works

Medical Coverage

Dental, Vision and Hearing
Care Coverage

Life Insurance Coverage

**Disability Coverage**

Reimbursement Accounts

Enrollment Basics

Health Care Benefit Summary

LTD-000185

**comparison**

# NTI/BNR
# Employees
# Want To Know:

| | | |
|---|---|---|
| Who's Eligible | Full-time employees. | Full-time and certain part-time employees not covered by a collective bargaining agreement. |
| | You, your spouse recognized under state law, and your eligible dependent children. | You, your spouse recognized under state law or your domestic partner of the opposite or same sex (health coverage only), and your eligible dependent children. |
| How it Works | One common Company-paid and employee-paid program, including some choice in medical and life insurance options. | Company-paid Core Benefits to provide you with a certain base of coverages. |
| | | Company-provided FLEX Credits to help you pay for your optional FLEX Benefits. |
| | | A choice of a variety of benefits options, called FLEX Benefits. |
| Medical Coverage | Single or family coverage provided under Indemnity Plans or Network Plans (where available). | Four Medical options in expanded Network Areas. |
| | | Three Medical options in Non-Network Areas. |
| | | Four coverage categories, in place of the current single or family structure. |
| Dental, Vision and Hearing Care Coverage | Single or family dental and vision coverage provided under the Triple Option Plan. | Three Dental, Vision and Hearing Care options, plus four coverage categories. Not linked to medical coverage. |
| | No hearing coverage available. | |

LTD-000186

How does the coverage offered under FLEX compare
with my current benefits coverage?  Here's a brief
comparison of your current NTI/BNR benefits program
and your new FLEX benefits.

| | | |
|---|---|---|
| Life Insurance Coverage | Company-paid Life and AD&D Insurance of 2 x annual earnings, plus Optional Life Insurance coverage of up to 2 x annual earnings. | Company-paid Core Life and AD&D coverage of 1 x annual FLEX Earnings, plus optional Life Insurance coverage of up to 5 x annual FLEX Earnings. FLEX Credits provided to buy back 1 x annual FLEX Earnings. Non-smoker discounts will apply in 1995. |
| | Basic Dependent Life Insurance of $4,000 for spouse and children plus Optional Life Insurance coverage of up to $20,000 for your spouse. | Optional Life insurance coverage of up to $50,000 for your spouse and/or up to $10,000 for each child. FLEX Credits provided for current $4,000 coverage. |
| Disability Coverage | Short-Term Disability benefits provide 100% or 60% of earnings for up to 26 weeks of disability, based on service. | Company-paid Core Short-Term Disability coverage provides 100% of FLEX Earnings for up to 6 weeks, followed by 70% of FLEX Earnings for up to an additional 20 weeks. Optional coverage raises 70% benefit to 90%. |
| | Long-Term Disability coverage provides 70% of earnings after 26 weeks of disability. | Company-paid Core Long-Term Disability coverage provides 50% of FLEX Earnings after 26 weeks of disability. Optional coverage raises 50% benefit to 70% and FLEX Credits are provided for this additional benefit. New cost-of-living adjustments added. |
| Reimburse-ment Accounts | Health Care and Dependent Care Flexible Spending Accounts available to pay for qualified expenses on a before-tax basis. Current accounts terminate June 30, 1994. | Name changed to Health Care and Dependent Care Reimbursement Accounts. New accounts effective July 1, 1994 through December 31, 1994. |

LTD-000187

comparison

LTD-000188

# Introduction







LTD-000189

LTD-000190

# Introduction

## FLEX at NTI/BNR – It's Your Call

When it comes to decisions that affect your health and financial security, you want to be the one to make them. After all, only you know what will best meet your needs each year.



Company benefit programs have traditionally given employees very little choice in how their benefit dollars are spent. One set of benefits has usually been offered to all employees, no matter how different their needs may be.

Beginning July 1, 1994, this will change at NTI/BNR. We're introducing a new approach to our benefit program — called FLEX Benefits (FLEX, for short). With FLEX, if you don't need certain levels of coverage, you can use FLEX dollars to buy coverage that better suits your needs. FLEX gives you more control over how the Company dollars you receive for benefits are distributed, as well as more choices for purchasing additional coverage.

Please read this Enrollment Workbook carefully. It's been designed to help you understand your benefit choices and to guide you through the enrollment process. If you are married, gather any materials your spouse may have about his or her benefits. These will help you compare the value of the NTI/BNR FLEX Benefits program to other options you may have.

Except for some Dental, Vision and Hearing Care options, your benefit selections will be in place from July 1, 1994, through December 31, 1994, the short first Plan Year. You'll have an opportunity to change or update your selections for 1995, the first full Plan Year, during another enrollment period in the fall.

It's up to you to decide which benefits will meet your needs, and to make your selections using the Telephone Enrollment System. As you'll see, when it comes to FLEX Benefits, it's your call.

LTD-000191

**introduction**

Domestic Partners

▲

●

LTD-000192

Making good benefit choices requires time and careful thought. Your Enrollment Kit includes much of the information you'll need to make informed choices. Additional information, such as the Network Provider Directory, will be available at your work location, or by request from the HR Info Center. Be sure to share this information with your spouse or other appropriate members of your family so that together you can choose the benefits that will serve you best this year.

Your Enrollment Kit contains:

## Enrollment Workbook.

This Workbook gives you detailed information about your benefit choices. Each benefit section has its own tab so you can find the information you want quickly. Within each section, changes are highlighted, and we've also included special checklists and "Tax Tips" to get you thinking about the implications of certain choices for you — and your tax bill.

## "It's Your Call" Video.

The video takes a closer look at the key issues you'll want to consider as you choose your FLEX Benefits. You'll get the most complete information by watching the video and then referring to your Workbook. A copy of the video is provided to each employee. When you're through watching the video, you may keep the tape for personal use. If you don't have access to a VCR at home, VCRs will be available at most work locations.

## Personalized Telephone Enrollment Worksheet.

Your Personalized Telephone Enrollment Worksheet, included with this Workbook, lists the specific options available to you beginning July 1, 1994, and the corresponding costs. Use the Worksheet to note your benefit selections before you call the Telephone Enrollment System.

Network Provider Directories, HMO materials and Enrollment Forms will be available in central work locations or by request if you call the HR Info Center. If you're eligible for a network Medical Plan option or a Health Maintenance Organization (HMO) (as listed on your Personalized Telephone Enrollment Worksheet), you need to get a copy of the appropriate materials. Your Provider Directory lists the doctors and hospitals currently participating in the network. You will need to complete an Enrollment Form in addition to completing the telephone enrollment process.

If you have any questions about any item in your Enrollment Kit, call the HR Info Center at 1-800-676-4636 or ESN 255-4636. Customer Service Representatives are available Monday through Friday from April 4 – 22 between 8:00 a.m. and 10:00 p.m. Eastern Time. Remember, your Enrollment Workbook contains the answers to most of the questions you're likely to have. So, please read it thoroughly before you call the HR Info Center.

introduction

Make a Date
With FLEX
Benefits...

## Dates To
## Remember

### April 4, 1994
**HR Info Center available
for FLEX questions**

### April 11
**Telephone enrollment
line opens**

### April 22
**Telephone enrollment
line closes**

### May 18
**Confirmation statements
mailed to employees' homes
(if you have not received
confirmation by May 24, please
call the HR Info Center at
1-800-676-4636)**

### May 23-30
**Deadline for corrections
to coverage**

**Proof of other medical
coverage due**

### May 30
**Deadline for submission of
Managed Care and HMO
Enrollment Forms**

### July 1, 1994
**Plan coverage
effective date**

### July 15
**Medical ID
Cards sent**

LTD-000194

# How FLEX Works







LTD-000195

LTD-000196

# How FLEX Works

## Introducing... FLEX

The program offers you two kinds of benefits:

Core Benefits and FLEX Benefits

NTI/BNR automatically provides you with Core Benefits, but you make the call when it comes to FLEX Benefits.

Core Benefits are the foundation of the program, giving you a base on which to build a personalized benefits package. The Company believes that every employee should have a minimum level of benefits coverage. The Company pays the entire cost of your Core Benefits. You should be aware of the types of coverage included in the Core Benefits (see page 10), in case you wish to select additional coverage in these areas from among your FLEX Benefits.

FLEX Benefits let you choose from a variety of options offered by the Company each year. The Company also provides you with FLEX Credits that you can use — along with your required contributions — to purchase FLEX Benefits. The amount of FLEX Credits available to you is printed on your Personalized Telephone Enrollment Worksheet. (See page 11 for more information about FLEX Credits). With FLEX, you have the opportunity to change certain benefits coverage at the annual enrollment period or you can change coverage during the year if you have a family status change. Each benefit has rules about changing coverage. See "How Your Selections Affect Your Future Choices" on page 13 for more information.

The following chart shows your Core and FLEX Benefits:

### Core Benefits
### (Provided Automatically)

Medical (low option for you only, unless you waive coverage with proof of other coverage)

Employee Life/AD&D Insurance

Business Travel Accident Insurance

Short-Term Disability

Long-Term Disability

LTD-000197

**works**

Before you make your FLEX choices, it's important to understand the benefits the Company provides at no cost to you. You should be aware of these benefits in case you wish to select additional coverage in these areas.

Your Core Benefits are:

**Medical Coverage.** If you live in a Network Area, you'll receive the Managed Care 80/60 plan; if you live outside the Network Area, you'll receive the Comprehensive $300 plan. See page 15 for details.

**Employee Life/AD&D Insurance.** This Core Benefit provides Life and Accidental Death and Dismemberment Insurance. Each is equal to **one times** your annual FLEX Earnings (as defined below). If you're a full-time employee on June 30, 1994, you'll receive FLEX Credits equal to the cost of Life Insurance coverage for an additional one times FLEX Earnings. If you are a part-time

employee as of June 30, 1994, your FLEX Credits for Life Insurance will be the difference in value between the current $20,000 Life Insurance coverage and one times FLEX Earnings. You may select supplemental employee and dependent coverage, as described beginning on page 35.

**Business Travel Accident Insurance.** In the event of death or injury while traveling on authorized business, full-time employees are covered for an amount up to two times their annual FLEX Earnings — with minimum coverage for death of $100,000 and maximum coverage of $300,000.

**Short-Term Disability Coverage.** In the event of a short-term disabling illness or injury, you're covered in the amount of 100% of FLEX Earnings for up to six weeks, followed by 70% of FLEX Earnings for up to the next 20 weeks. You may select supplemental coverage, as described on page 39.

**Long-Term Disability Coverage.** You're covered to the end of your approved disability or age 65 (or later if your disability begins after age 60) in the event of a long-term disabling illness or injury in the amount of 50% of FLEX Earnings. Company-provided FLEX Credits equal to the cost of an additional 20% of FLEX Earnings are given to current full-time employees. LTD benefits will be increased by a new cost-of-living adjustment. You may select supplemental LTD coverage, as described on page 39.

## Definition of FLEX Earnings

LTD-000198

Each FLEX Benefit option has its own price — the higher the level of coverage, the higher the price. And, each year, the Company will provide you with FLEX Credits to help you purchase these benefits. Since the first enrollment period is from July 1, 1994 through December 31, 1994, FLEX Credits and FLEX Benefits prices for this enrollment are based on a six-month period.

For the July 1 to December 31 enrollment period, all full time employees will receive FLEX Credits of $250, plus an additional amount based on annual FLEX Earnings, and all eligible part-time employees will receive FLEX Credits of $150, plus an additional amount based on annual FLEX Earnings. Your total FLEX Credits and your contributions will be sufficient for you to purchase coverage comparable to that which you currently have.

The amount of FLEX Credits available to you and the price per pay period of each benefit option are printed on your Personalized Telephone Enrollment Worksheet. If you want more coverage than your FLEX Credits will buy, you pay the difference with payroll deductions each pay period. If you have more FLEX Credits than you need, you'll receive the difference as additional taxable pay each pay period, or you may deposit them into one or both of the Reimbursement Accounts (Health Care or Dependent Care), described in Section VII.

Each year, the Company will evaluate the amount of FLEX Credits provided to employees, and the prices of FLEX Benefits. Adjustments may be made from year to year.

Most of your FLEX selections will remain in effect through December 31, 1994. Your Dental, Vision and Hearing Care selection will remain in effect through December 31, 1995, unless you select the Basic option or no coverage. However, you may make certain changes in your coverage during the year, if you or a family member experiences a "qualified change in family status." Qualified changes in family status include:

- marriage,
- divorce or legal separation,
- birth, adoption or change in custody of a dependent child,
- death of a spouse or dependent child,
- change in your employment status (from or to part-time or full-time),
- change in your spouse's employment status (from or to part-time or full-time),
- commencement or loss of your spouse's employment,
- certain work-related relocation where a Network Area is affected, and
- child's loss of dependent status.

The benefit selections you may make must be consistent with the change in family status. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Dependent Life Insurance for your child and/or change your contribution to the Dependent Care Reimbursement Account. **You must request the benefit change and document the qualifying event within 31 days of the occurrence. Otherwise you'll have to wait until the next annual enrollment period to change your coverage.**

LTD-000200

## How Your Selections Will
## Affect Future Choices



Joint Medical Enrollment

You can enroll yourself and any eligible dependent and/or domestic partner. There are no preexisting condition limitations.

You can enroll yourself and any eligible dependent and/or domestic partner. There are no preexisting condition limitations.

You can increase the amount of employee Life Insurance by one or more units. If you select more than one annual increase, provide evidence of insurability before the change can be approved. You also must provide evidence for any increase in coverage to take effect.

Spouse coverage of $50,000 or more requires proof of insurability before it can take effect. Evidence of insurability is required for most situations. You may not be eligible if you have been sick or in a hospital or house for a specified time.

For increases of disability coverage, see how much new amount of coverage to be selected.

works

Evidence of Acquisition
Requirements

LTD-000202

# Medical Coverage







Medical Coverage

LTD-000203

LTD-000204

# Medical Coverage  ● ▶

You can choose from among up to four Medical Plan options. Each option provides a different level of coverage and is "priced" accordingly — the higher the level of coverage, the higher the price.

The Company is also introducing a new way to pay for Medical benefits that more accurately reflects the cost of coverage. You may select coverage for:

- you only,
- you and your child(ren),
- you and your spouse or domestic partner, or
- you and your spouse or domestic partner and your children.

You may decline Medical coverage altogether, with proof that you're covered under another plan. If you decline Medical coverage, you may use your FLEX Credits for some other benefit options or receive

them as additional pay. If you decline Medical coverage, you may not reenroll until the next reenrollment period, unless you require Medical coverage due to a qualified change in family status.

Depending on where you live and/or work, you're offered "Network Area" options or "Non-Network Area" options. See your Personalized Telephone Enrollment Worksheet to determine the options you may select.

Your Medical Plan options fall into the following categories. The charts on pages 23 and 24 compare the coverages.

**coverage**

# Medical Plan Options within Network Area

**Option 1**

Indemnity Plan

**Option 2**

Managed Care
100/80

Provider Directories for the Managed Care options and any HMOs offered in your area are available at your work location or by calling the HR Info Center.

You may select one of the three Managed Care options: Managed Care 100/80, Managed Care 80/60 or Managed Care Exclusive Provider Option (EPO). Each of these options asks you to select a primary care physician (PCP) who will coordinate your health care needs within a network of health care providers. This PCP will assist you through the maze of the health care system to provide care at a competitive cost to you. The plan provides different levels of benefits depending on whether you seek care through your PCP or outside of the network.

**Indemnity Plan.** This plan covers you for basic and major medical expenses and has an annual deductible amount, reimbursement percentages and an out-of-pocket maximum amount. You will have the freedom to use providers of your choice, but you will pay more for your coverage in out-of-pocket expenses and contributions.

## Managed Care Plans.

This year, the Company has expanded the areas where Managed Care networks will be available. Check your Personalized Telephone Enrollment Worksheet to see if a Managed Care Plan is offered in your area. Network

Several Managed Care options are available, offering higher or lower levels of in- and out-of-network benefits. You may also have the opportunity to enroll in an "in-network only" option called the Managed Care Exclusive Provider Option (EPO), which means you may only receive coverage for care within the network except care for a life-threatening emergency.

## Health Maintenance Organizations (HMOs).

One or more HMOs may be offered in your area. When you select an HMO, you agree to receive care only from doctors affiliated with the HMO, or to which the HMO refers you. When you do, most services, including preventive care, are covered at 100%, after

## Medical Plan Options Non-Network Area

**Option 1**
Indemnity Plan

**Option 2**
Comprehensive 200
Plan (default option)

**Indemnity Plan.**
Under the Indemnity Plan, hospitalization and outpatient surgery are covered at 100% of reasonable and customary charges, with no deductible applied. For all other covered services, you'll need to meet a $200 annual individual deductible, with a $400 family limit. All other covered services are paid at 80% of reasonable and customary charges, after you've met your deductible. The plan limits your out-of-pocket expenses to $1,500 for an individual and $3,000 for an entire family.

**Comprehensive 200 and Comprehensive 150 Plans.** These options are only offered in those areas where a Managed Care Plan is not available. The Comprehensive 200 and Comprehensive 150 Plans differ slightly from the Indemnity Plan. These plans are structured so that you pay an annual deductible before benefit payments begin. Then you'll receive 80% reimbursement. The Comprehensive 200

and Comprehensive 150 Plans have different annual deductibles and out-of-pocket maximum amounts than the Indemnity Plan, but the contributions are lower.

For more details on the options available to you and their costs, see your Personalized Enrollment Worksheet.

## Why Managed Care Plans?

**coverage**

The following information applies to various Medical Plan options, whether you live within or outside a Network Area.

### A Word About Deductibles, Out-of-Pocket Maximums and Annual/Lifetime Maximums

Any amounts you've incurred toward your annual deductible and out-of-pocket maximum amounts so far in 1994 will be carried forward for the July 1 to December 31, 1994, short FLEX Plan year. Any amounts that count toward annual or lifetime maximum benefits will also be carried forward. If you select an option with lower deductibles or out-of-pocket limits, the plan will not reimburse you for expenses you incurred before July 1, 1994.

### New Prescription Drug Card

Rx Prime is the new administrator of the prescription drug card benefit for NTI/BNR, effective July 1, 1994. When you choose coverage under any Medical Plan option, except the HMO, your prescription drugs are available from a participating pharmacy for $5, for a 30-day supply. Unless your physician specifies a brand-name drug, your prescription will be filled with a generic drug, when available.

If you choose to purchase the brand-name drug, you will be responsible for the $5 copayment plus the difference between the cost of the generic and the brand-name drug. If there is no generic drug available, or if your physician stipulates that the prescription be filled as it is written, you can purchase the brand-name drug for $5.

In order to take advantage of the $5 prescription drug copayment, your prescription must be filled at a participating pharmacy. If you have your prescription filled at a non-participating pharmacy, you will pay 50% of the eligible charges. In addition, non-network prescription expenses do not apply toward your out-of-pocket maximum.

## Mail Order Prescriptions

Medco will continue to administer our mail order prescription program. Through the mail order program, you can receive up to 90 days of a prescription for $10. Mail order prescription programs are usually used for long-term or maintenance drugs, such as medication for high blood pressure or arthritis.

If you select coverage through an HMO, your prescription benefits will be paid according to the provisions of the HMO prescription program.

## Preventive Care Benefit

- Physical exams, well-child care and other preventive services are covered in full by the Managed Care options after a small copayment *if care is received within the network.*

- If you do not live in an area where a Managed Care option is available, you will receive preventive care benefits under the Indemnity, Comprehensive 300 or Comprehensive 150 plans. You and your spouse or domestic partner will each have up to a $200 benefit (with no deductible applied) every 24 months for physical exams, as well as routine well-child care up to age 16 (formerly age 6).

- Indemnity Plan participants in areas that have Managed Care options available will receive certain preventive care benefits for mammograms, sigmoidoscopies, Pap tests and well-child care.

## Preventive Care — Network Plans

coverage

## New Employee Assistance Plan and Mental Health and Substance Abuse Benefits

NTI/BNR offers a confidential Employee Assistance Plan (EAP) to all employees, even if you don't select Medical coverage. This EAP benefit includes confidential telephone counseling, referral to treatment, if necessary, and up to eight visits per plan year at no charge. The EAP is administered by U.S. Behavioral Health (USBH), effective July 1, 1994.

## If You Are Currently Undergoing Treatment...

If you select coverage under any of the Medical options except an HMO, you have mental health and substance abuse coverage through USBH. Two levels of benefits apply for mental health and substance abuse treatment:

**Highest Benefit Level** — If your care is certified by USBH and provided by a USBH network provider, your benefits will, in most cases, be paid at 100% (outpatient visits require a copayment after the first eight visits). The lifetime maximum is for inpatient and outpatient treatment combined and is $40,000.

**Alternate Benefit Level** — If your care is certified by USBH but provided by an out-of-network provider, the Plan will pay 70% of the reasonable and customary charges up to $400 per day, after a $150 per admission hospital deductible for inpatient treatment and 50% for outpatient treatment, up to $70 per visit. While there are no annual limits, the combined maximum for inpatient and outpatient out-of-network care is $15,000 (with a total in-network and out-of-network lifetime benefit of $40,000). If inpatient treatment care is not certified by USBH, a $200 non-compliance penalty will be applied and benefits will be reduced by an additional 10%. Outpatient care not certified by USBH is covered at 50% of the reasonable and customary charges.

If you or a covered dependent or covered domestic partner require EAP or mental health or substance abuse services, you should call USBH. Your situation will be assessed, and you will be referred for treatment to a USBH network provider, if necessary. You have up to eight visits through the EAP, at no cost to you. Through these visits, you can address work and family issues, mental health or substance abuse concerns, or other situations. If you require additional services, USBH will coordinate that care and will require some form of cost-sharing.

If you select coverage through an HMO, mental health and substance abuse benefits will be covered according to the provisions of the HMO. EAP services, however, are available through USBH.

## Revised Chiropractic Benefits

Chiropractic services are covered by all Medical Plan options as follows:

- HMO or Managed Care EPO: if you select either of these options, chiropractic services must be referred by your primary care physician for any benefit to be paid.

  Some HMO and Managed Care EPO plans do not have chiropractic benefits. If this benefit is important to you, carefully review the HMO materials, and Section IX of this Workbook.

- Medical Plan options — Network Areas: if you select Managed Care 80/60 or Managed Care 100/80, chiropractic services must be referred by your PCP to receive in-network benefits. If you do not have a referral from your PCP, your eligible chiropractic charges will be covered:
  - at 80% of reasonable and customary charges
  - for up to 24 visits per calendar year
  - up to a maximum benefit of $50 per visit
  - after you meet your out of network deductible.

  If the chiropractor is not in the network, you will have to file a claim to be reimbursed.

If you select the Indemnity Plan and live in a network area, your eligible chiropractic charges will be covered:
- at 80% of reasonable and customary charges
- after you meet your deductible.

- Medical Plan options — Non-Network Areas: if you select the Indemnity, Comprehensive 300 or 150 options; eligible chiropractic charges will be covered:
  - at 80% of reasonable and customary charges
  - after you meet your deductible.

## If You Work in a Different Location Than Your Family Lives

**coverage**

## Revised Organ Transplant Benefits

NTI/BNR has arranged for all FLEX participants who elect Medical coverage under any option, except an HMO, to participate in the Centers of Quality program. As a participant in the program, you, an eligible dependent or domestic partner have access to the finest hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties, etc. The Centers of Quality program covers both the procedure itself, according to the option you select, and transportation to and from the hospital for the patient and one companion. NTI/BNR employees are encouraged to use the Centers of Quality because success rates are proven to be higher in cases when the facilities used are selected by the Centers of Quality. Contact Member Services at the "800" number on your Medical I.D. Card for more information about the Centers of Quality program and participating institutions.

NTI/BNR reserves the right in the future to add a benefit penalty when the Centers of Quality are not utilized.

## Maintenance of Benefits Feature

The Company believes all employees should have medical coverage. Effective January 1, 1994, the Maintenance of Benefits feature reduced the advantages of double coverage, so you should decide whether you wish to be covered by NTI/BNR or by your spouse's employer. If you select your spouse's medical coverage and that coverage ceases during the year as the result of a qualified change in family status (see page 12), you may return to the NTI/BNR plan of your choice within 31 days of the loss of coverage, with no medical evidence of insurability required. (You'll be required to provide proof of the loss of coverage.)

All Medical Plan options contain an important feature that coordinates benefits available from more than one plan. If both you and your spouse are working, you and members of your family may be covered under both the NTI/BNR plan and your spouse's plan. The Maintenance of Benefits feature coordinates benefits provided under all medical plans so that you can receive up to – but no more than – the amount that would have been covered by the NTI/BNR plan. For example, assume you and your dependents are covered under both NTI/BNR's plan and your spouse's plan and have met your deductible under both plans. If your spouse incurs $500 in doctor bills, your spouse's plan pays first and reimburses, for example, $400, or 80%. The NTI/BNR plan would then determine how much of the original $500 would have been payable. Let's say the NTI/BNR plan would have also paid $400. Therefore, you would not receive any additional reimbursement from the NTI/BNR plan.

**NOTE:** The Maintenance of Benefits provision applies in the same way to Dental, Vision, and Hearing Care coverage.

## If You are Hospitalized on July 1, 1994 ...

### Your Medical Options (if you live or work in a Network Area)

| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
|---|---|---|---|---|---|---|
| Individual | $200 | — | $100 | 0 | $150 | N/A |
| Family Limit (minimum of two) | $400 | 0 | $300 | 0 | $300 | N/A |
| Applies to: | All covered services except hospital confinements | All covered services except in-network doctor visits | | All covered expenses except in-network doctor visits. There is also a hospital deductible of $150 in-network and $300 out-of-network per confinement | | Hospital deductible of $100 per confinement will apply. |
| Hospitalization | 100% | 20% | 80% | 100% | 20% | 100% |
| Surgery (inpatient & outpatient) | 100% | 80% | 80% | 100% | 80% | 100% |
| Doctor Visits | 80% | 100%; after $15 copay | 80% | 100%; after $15 copay | 80% | 100%; after $10 copay |
| Individual | $1,500 | $1,500 | $3,000 | None | $2,000 | None |
| Family Limit | $3,000 | $3,000 | $7,000 | None | $4,000 | None |

coverage

# Your Medical Plan Options (if you live in a Non-Network Area)

| | | | |
|---|---|---|---|
| Individual | $200 | $150 | $300 |
| Family* Limit (minimum of two) | $400 | $300 | $600 |
| Applies to: | All covered expenses except hospital confinements or surgical expenses | All covered expenses | All covered expenses |

| | | | |
|---|---|---|---|
| Hospitalization | 100% | 80% | 80% |
| Surgery (inpatient & outpatient) | 100% | 80% | 80% |
| Doctor Visits | 80% | 80% | 80% |

| | | | |
|---|---|---|---|
| Individual | $1,500 | $1,500 | $2,000 |
| Family Limit | $3,000 | $3,000 | $4,000 |

25

# to think about

If you checked *yes*, you could limit your expenses by joining one of these plans without changing doctors. If you checked *no*, consider whether you want to stay with this doctor and pay more, or change doctors and join a Managed Care Plan or HMO and pay less. In either case, keep in mind that once you enroll in a Medical Plan, you can't change your option until the next enrollment period (October 1994), with coverage taking effect January 1, 1995, unless you move outside the Network Area or have a qualified change in family status.

If you checked *yes*, then the Indemnity option, or the option providing out-of-network coverage, may be the best choice for you. (Remember, if no networks are available where you live, you have an open choice of providers.) You do have some flexibility to go out of network as part of the Managed Care 80/60 and Managed Care 100/80 options, but you'll receive a lower benefit. Managed Care options allow you to limit your out-of-pocket costs if you stay in the network. And the Managed Care EPO option is generally the most economical option, because you make only small copayments for services. The trade off is that you're limited to the doctors participating in the EPO.

If you checked *yes*, then keep in mind that the only option that doesn't cover annual physicals is the Indemnity Plan (if you live in a Network Area). If a network is not available, you can take advantage of the preventive care benefit, which provides $200 coverage for physical exams over a 24-month period, regardless of the option you select.

LTD-000215

coverage

# to think about

If you checked *yes*, consider the Managed Care EPO option. Generally, the EPO option has the

☐ highest benefits and lowest

**no** employee contributions, and covers most care after a small copayment, with no deductible required. The next best choice for keeping out-of-pocket costs low is either the Managed Care 100/80 or Managed Care 80/60 option. You only make small copayments, with no deductible, for most covered services, as long as you seek care within the network.

If you checked *yes*, then compare the two coverages and consider enrolling in only one. Because

☐ NTI/BNR uses Maintenance of

**no** Benefits, double coverage may not provide extra benefits and probably will end up unnecessarily costing you more. So add up your contributions and your spouse's and look at the benefits you'd receive if you had a high claims expense or if your expenses were minimal. Find out if you can even enroll in your spouse's plan at this time. You may need to wait until 1995.

If you checked *no*, consider that a primary care physician can "manage" your medical care, either

☐ by delivering it personally or by

**no** referring you to specialists, as needed. This means that you have one doctor who knows your entire medical history. If this appeals to you, consider the Managed Care options.

LTD-000216

When you select Managed Care coverage, your benefit depends on how well you understand and use the network. This section provides you with some basic information about using the network so you can receive the highest benefits possible.

## The *Ins* and *Outs* of Network Coverage

Managed Care programs are centered around networks. A network is a group of physicians, hospitals and other health care providers in a community. The network manager, usually an insurance company or HMO, screens and contracts with the physicians and determines which hospitals, pharmacies, and other providers will participate.

## Your Network Choices

When you enroll in Managed Care 80/60 or Managed Care 100/80, you select a primary care physician (PCP). At the time you need medical care, you decide whether to go "in network" and see your PCP or your PCP-referred specialist, or go "out of network" to another physician. When you go "in network," you receive higher benefits and, in most instances, you won't have to file any claim forms. When you go "out of network," you have to pay a deductible and file claim forms before you receive any benefit. Remember, you have a choice each time you need medical services.

If you select the Managed Care EPO option, you must also select a PCP. You receive the highest level of benefits available from the NTI/BNR plan, but you must use network

## The In-Network Advantage

Here are some in-network *pluses* for you to consider:
- higher levels of reimbursement,
- routine physical examinations and preventive well-woman and well-baby care benefits,
- no claim forms,
- case management, and
- no charges above reasonable and customary amounts.

## Your Primary Care Physician (PCP) — Your Personal Guide to Health Care

When you use the network, all of your care is provided or coordinated by your primary care physician. He or she will provide most of your care, refer you to a specialist when necessary, and coordinate any hospital services you need.

And because network coverage provides for physical evaluations and well-baby care, your primary care physician gets to know your complete health profile and history, not just your illnesses and injuries.

# Selection of Network Physicians

## Selecting your primary care physician.
You select your primary care physician from your Network Provider Directory. Your primary care physician can be a family practitioner, general practitioner, internist (for adults), or pediatrician (for children). Each family member can choose a different primary care physician.

If you already have a doctor, refer to the Network Provider Directory to determine if he or she is a primary care physician in your network. If your doctor is in the network, you can select that doctor to be your primary care physician when you enroll. If your physician is not part of the network, you will need to select a PCP from the Network Provider Directory in order to receive higher in-network benefits.

## To find out more.
If you want to find out more about any primary care physician listed, call Member Services. The number is listed in your Network Provider Directory. For example, if you've made a list of potential doctors, Member Services can tell you the medical school each attended and the hospital of residency, the year each doctor graduated, whether weekend or evening hours are available and at which hospitals the doctor has admitting privileges.

## Changing your primary care physician.
You can change your primary care physician at any time if you wish. Just call Member Services, who will notify your newly selected primary care physician and send you a new medical ID card. You should also have your medical records transferred to your new doctor.

## If your PCP leaves the network.
From year to year, some doctors will be added to the network and some doctors will leave. Physicians may leave the network for many reasons, including relocation to another area or association with a medical group that is not part of the network.

If your primary care physician leaves the network, the network manager will notify you and ask you to select another PCP. You should choose a new doctor from the Network Provider Directory, and then call Member Services with your new doctor's name. The network manager will send you a new Medical ID Card and notify your new primary care physician.

LTD-000218

## Referral to Specialists

When you coordinate medical care through your primary care physician, you make only your office visit copayment for specialist services, and the plan pays the rest. If you're treated without seeing your primary care physician first, even if the specialist is a network provider, the out of-network benefit level will apply.

A referral from your PCP *is not necessary* for mental health/substance abuse treatment (this must be coordinated by USBH).

## If You Are Hospitalized

If you need to be hospitalized, your primary care physician or referred specialist will arrange for your admission to a network hospital. If you need care that cannot be provided by an in-network hospital, you will be referred to an out-of network hospital, but you will receive in-network benefits.

When you receive in-network care, the plan covers 100% or 80%, depending on the option you select, of your hospital costs.

If you're admitted to any hospital (including a network hospital) without your primary care physician or referred specialist coordinating your admission, you will pay a hospital admission payment, if applicable, and your annual out-of-network deductible before benefits begin. In addition, you must precertify out-of-network hospital stays or you will pay an additional 20% of the charges.

## Getting the Network Benefit from Your OB/GYN

## Emergencies

In an emergency, seek medical care as quickly as possible. Then, contact your primary care physician within 48 hours so he or she can coordinate your care.

An emergency is defined as a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple injuries, or serious burns. To qualify as an emergency, the care must be provided within 72 hours of an accidental injury or the onset of a sudden or serious illness.

Remember, emergency rooms should be used only for emergencies.

coverage

## When You are Traveling

For emergency treatment, you should follow the emergency procedures described above.

For urgent care, you should call your primary care physician or Member Services to discuss treatment. If he or she recommends that you be treated where you are, your expenses will be paid at the in-network level. If you can't contact your primary care physician when you need urgent care, get the treatment you think you need. Then call your primary care physician within 48 hours. You'll still receive in-network benefits.

You should wait until you return to your network area for routine or preventive services. Otherwise, these services will be covered at the out-of-network benefit level.

## Your Medical ID Card

Your Medical ID Card is more than just a reminder that you have medical coverage. Your PCP's name and your copayment amount is printed on your card for easy reference when you need care. You'll need to show your card when you go in-network for care so your physician will know how much your copayment is. There are also important telephone numbers printed on the back of the card for emergencies and precertification. When you receive your Medical ID Card, be sure to keep it with you at all times — it's your ticket to higher network benefits.

# Dental, Vision and Hearing Care Coverage







LTD-000222

The dental coverage includes benefits for the following types of services:

- **Preventive**, including routine exams and cleanings, x-rays and fluoride treatments.

- **Minor**, including fillings, extractions and treatment of gums.

- **Major**, including crowns, dentures and bridges.

- **Orthodontia**, including braces and related expenses.

## Dental Plan Options

### Option 1

Premium
Plan

### Option 2

Comprehensive
Plan

Any amounts you've incurred so far in 1994 toward your annual maximum benefits will be carried forward to the FLEX option you select. If you select an option with higher annual maximums, the option will not pay you for expenses you had before July 1, 1994.

**hearing care**

# to think about

If you checked *yes*, then compare your options and don't unnecessarily buy both coverages. (Remember, duplicate payments are not paid

☐ because of the Maintenance of

no Benefits provision.)

If you checked *yes*, then you should choose between the Premium and Comprehensive options. (But

☐ remember, you can't change your

no election until January 1, 1996.) If you checked *no*, then Basic coverage may meet your needs.

If you checked *yes*, then consider how much your frames or lenses will cost, in addition to fees for

☐ your eye exam. The Comprehensive

no option has the highest two-year maximum per person at $250, with the Premium option next, at $200. The amount paid under the current two-year maximum will carry over to the new plan. **Remember exams will now be eligible for coverage every year.**

NTI/BNR has added a new hearing care benefit that pays 80% of hearing exams, and hearing aids,

☐ up to a maximum benefit amount

no every two-years. The highest two-year maximum per person is $500 in the Comprehensive option.

LTD-000224

# Life Insurance Coverage







LTD-000225

LTD-000226

# Life Insurance Coverage



In addition to the one-time pay Employee Life Insurance that you receive as part of your Core Coverage, FLEX Benefits include Optional Employee Life Insurance, and Optional Dependent Life Insurance.

You receive Employee Life Insurance coverage as a Core Benefit at no cost to you in the amount of one times your annual FLEX Earnings. You may select additional coverage for yourself equal to one to five times your annual FLEX Earnings, for total coverage of up to six times FLEX Earnings. If you are a full time employee as of June 30, 1994, you will be given enough Credits for the first enrollment period to purchase an additional one times FLEX Earnings, beyond the Core coverage amount. The cost will be based on your age on December 31 for the enrollment period (i.e., December 31, 1994, for the first enrollment period of July 1, 1994 through December 31, 1994, and December 31, 1995, for the January 1, 1995 through December 31, 1995 enrollment) and, starting January 1, 1995, on whether or not you smoke.

## Employee Life Insurance Options

| Option | Coverage |
|---|---|
| Option 0 | Core Coverage |
| Option 1 | 1 x FLEX Earnings |
| Option 2 | 2 x FLEX Earnings |
| Option 3 | 3 x FLEX Earnings |
| Option 4 | 4 x FLEX Earnings |
| Option 5 | 5 x FLEX Earnings |

LTD-000227

**insurance**

## If You Smoke ...

Under certain circumstances, you'll need to provide acceptable evidence of insurability for yourself or your spouse before coverage (or increased coverage) can begin. You must fill out an Evidence of Insurability Form if:

- you increase your Employee Life Insurance above your **current** basic and optional levels (future increases after July 1, 1994, will also require evidence of insurability),

- you increase your Employee Life Insurance by more than one level following a marriage, birth or adoption (you will not have to provide evidence of insurability if you are increasing your coverage by one level, up to a total of 4 x optional coverage, for one of those events), or

- you select Spouse's Life Insurance of $50,000.

You can also select Life Insurance coverage for your spouse or any number of eligible dependent children. This coverage is available in the following amounts:

### Dependent Life Insurance – Spouse

**Option 0** – No coverage

**Option 1** – $10,000

**Option 2** – $25,000

**Option 3**   $50,000

### Dependent Life Insurance – Children

**Option 0** – No coverage

**Option 1**   $10,000 per child (age six months to 19; 25 if a full-time student)

If necessary, a form to provide evidence of insurability will be included with your Confirmation Statement. Remember, your evidence of insurability must be approved before the coverage you select goes into effect. In the meantime, you'll be insured for current amounts until approval is given for higher coverage. If not approved, you'll be covered for the lesser amounts.

# to think about

This is an important factor in determining how much additional coverage you should select, if any.

Be sure you do. It can help you figure out what your life insurance needs really are.

Keep these factors in mind when you're determining how much your beneficiaries would need in the event of your death.

Remember, NTI/BNR is introducing smoker/non-smoker rates for Optional Employee Life Insurance on January 1, 1995. If you're a smoker, you may want to quit before July 1, 1994, so that you can take advantage of the lower non-smoker rates.

## Tax Tips

Keep in mind that contributions for any additional Employee Life Insurance and Dependent Life insurance that you select are made with after-tax dollars. That's because there's no tax exclusion for the cost of these benefits.

**insurance**

Determining how much life insurance is really enough to secure your family's financial future can be a complicated matter. Some use a general rule of thumb — say, four to six times your annual earnings. But others would argue that there is no set way to accurately gauge how much is really enough for you.

Careful planning is the key. By determining what your family's needs are now or might be in the future, you can more accurately assess how much life insurance you'll need to guarantee them a secure lifestyle.

There are several factors you need to consider when determining how much life insurance is enough for you and your loved ones:

Your family probably relies, in whole or in part, on your income to cover monthly expenses such as food, clothing and household expenses. This need is most critical to a family's survival, and it is usually where the loss of your income is felt the most.

Your family may need funds to cover unexpected emergencies, such as accidents, home repairs and other unanticipated expenses that can upset a family's finances.

Providing for a child's college education is a concern of many parents. You may want to provide funds to ensure their education if you're not around.

You'll need to consider how much life insurance you currently have from all sources, both in and outside of the Company.

Your family will encounter funeral and possibly medical bills upon your death. They may also incur estate tax obligations and debts that need to be paid, often within nine months of death.

It's probably important to you that your children remain in a familiar school with teachers and friends they know, if something happens to you. You may want to provide enough funds to meet mortgage or rent payments for several years, or even to pay off the mortgage.

LTD-000230

# Disability Coverage







LTD-000231

LTD-000232

# Disability Coverage



In addition to the Short-Term Disability and Long-Term Disability coverage provided to you by the Company as part of your Core Benefits, your FLEX Benefits give you the option to select additional coverage at rates below.

Your Core Short Term Disability Benefit provides you a benefit beginning the sixth day that you are absent from work. You receive 100% of your FLEX Earnings for up to six weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks. You may select additional coverage that will raise your benefit from 70% of FLEX Earnings to 90% of FLEX Earnings. Alternatively, you may select no additional coverage. STD benefits will be reduced by family Social Security and Workers Compensation payments.

## Short-Term Disability Options

Option 1
90% of FLEX Earnings

## Long-Term Disability Options

Option 1
70% of FLEX Earnings

As part of your Core Benefits, you receive LTD coverage in the amount of 50% of FLEX Earnings. Benefits begin when you've been totally disabled for 26 weeks. You may select supplemental LTD coverage that brings your benefit up to 70% of FLEX Earnings. Alternatively, you may select no additional coverage. LTD benefits are reduced by family Social Security and Workers Compensation payments. A cost of living adjustment has been added to the Core and supplemental plans that increases your total LTD benefit by 60% of the annual Consumer Price Index increase, up to 6% per year. For example, if you are receiving a $2,000 LTD benefit and the Consumer Price Index increases by 4%, your benefit will increase 2.4% to $2,048.

LTD-000233

**coverage**

# to think about

When you select additional Short-Term Disability coverage, your level of benefit is raised from 70% of FLEX Earnings (Core Benefit) to 90% of FLEX Earnings for up to 20 weeks. Think about your family's needs, whether that extra 20% could make an important difference, and whether the cost is worth the benefit.

☐ yes
☐ no

This is important to keep in mind when determining how much income replacement you'll need. You receive 50% of FLEX Earnings as your Core LTD Benefit. Purchasing additional coverage brings your LTD benefit up to 70% of FLEX Earnings.

☐ yes
☐ no

Contributions for Short-Term Disability and Long-Term Disability coverage are made with before-tax dollars. While any benefits you would receive would be taxable, it's more advantageous to you now to pay your contributions on a before-tax basis.

Remember, you decide how much of your income you want the LTD plan to replace (50% or 70%). This is a particularly important decision if you're the sole financial support for your family.

☐ yes
☐ no

## Special Notice to Employees Currently on Paid Leave of Absence

LTD-000234

# Health Care Reimbursement Account







LTD-000235

LTD-000236

41

# Reimbursement Accounts ● ▶

Your current contributions to the Health Care and Dependent Care Flexible Spending Accounts will end on June 30, 1994. At that time, the new Health Care and Dependent Care Reimbursement Accounts will be effective.

This change was required to allow each employee to adjust their reimbursement account selection based on the new Medical and Dental, Vision and Hearing Care plans. If you wish to continue participating in the Reimbursement Accounts, you must make a new selection during this enrollment. Here are some items you should remember:

● Contributions from January 1 – June 30, 1994 can be used to reimburse expenses for services rendered during that time period only, due to Internal Revenue Service (IRS) regulations. Any amount remaining in your accounts on June 30 *will not* be transferred to your new accounts. You have until September 30, 1994, to file claims.

● To determine how much you can contribute during the second half of the year, you may select the amount of your choice. Remember, tax law limits your dependent care selections to $5,000 per year, so subtract your contributions for January 1    June 30 from the maximum allowed for dependent care. You will have until March 31 of next year to file claims for services rendered during the second half of 1994.

If you're not participating in the Flexible Spending Accounts for this year, consider participating in the Reimbursement Accounts beginning on July 1. The Reimbursement Accounts allow you to

LTD-000237

**reimbursement**

reduce your current income taxes to pay for certain health care expenses and certain dependent care expenses. You can set aside up to $5,200 per plan year in your **Health Care Reimbursement Account** and up to another $5,000 per plan year in your **Dependent Care Reimbursement Account** to help pay for eligible expenses. Your contribution amount must be in whole dollars. You must use the money you deposit in your accounts by the end of the year to reimburse yourself for expenses incurred in that year. Any funds remaining in your accounts at the end of the year must be forfeited, by law.

In brief, reimbursable expenses for the accounts are those the IRS considers tax-deductible for federal income tax purposes. For the Health Care account, reimbursable expenses include medical, dental and vision deductibles and copayments (if applicable), but not elective cosmetic surgery or health club memberships. Reimbursable Dependent Care expenses include babysitting, day care centers and elder care, but not for care provided by your other children or an overnight camp.

For a more complete list of reimbursable expenses for the accounts, contact the HR Info Center. If you are uncertain if an expense can be reimbursed, call CIGNA at 1-800-242-2269 or your local IRS office.

LTD-000238

Health Care Reimbursement Account
Estimator Worksheet

LTD-000239

**reimbursement**   --

## Dependent Care Reimbursement Account Estimator

- Your dependent child under age 13 whom you may claim on your federal income tax return.

- Your dependent who is mentally or physically incapable of self-care.

- Your spouse who is mentally or physically incapable of self-care.

Disabled dependents or spouses must spend eight hours each day in your home in order for care outside of the home to be covered.

- Dependent care provided in your home by a qualified caretaker, including wages and meals for the provider.

- Day care, day camp, nursery school, elder care or other outside dependent/child care services.

Generally, eligible child care costs include only those for the actual care of your child, not costs for education, supplies, or meals — unless those costs can't be separated.

- Dependent care provided by your spouse, your children under age 19, or any other dependent.

- Dependent care obtained for reasons not related to work.

- Expenses for overnight camp.

- Dependent care expenses incurred if your spouse doesn't work, unless your spouse is a full-time student or disabled.

- Any expenses you plan to take as a dependent care tax credit on your income tax return.

Keep in mind that you cannot change your contribution amount just because your child begins school.

LTD-000240

# Enrollment
# Basics







Enrollment Basics

LTD-000242

# Enrollment Basics

## If you Work Outside North America *or* Were Hired After March 16, 1994 ...

After you've decided which benefits are best for you, you're ready to enroll. Enrolling in FLEX is easy. Just follow these six steps:

### Complete your Personalized Telephone Enrollment Worksheet.

The Worksheet in your Enrollment Kit shows your per pay period FLEX Credits (as described on page 11), the options you can choose, and the per pay period price for each option. Mark your benefit selections on the Worksheet for easy reference during your enrollment phone call. *Please note: Employees working outside North America and those hired after March 16, 1994, will make their 1994 choices using an enrollment form, not the telephone system.*

### Call the Telephone Enrollment System.

With your completed Worksheet in hand, call the toll-free number — 1-800-545-0352. The line will be open between April 11 and 22, from 7:00 a.m. to 3:00 a.m., Eastern Time every day except Saturday, when it closes at midnight. When you call, you'll be asked to enter your Access Code, your Enrollment Identification Number and your Social Security Number.




These numbers are listed on your enclosed Personalized Telephone Enrollment Worksheet. If you call the phone system early during the enrollment period or during the evening hours, you'll most likely avoid busy signals or delays.

Not only is enrolling by phone convenient and easy, but it also helps reduce the chance of error in recording benefit choices. The system uses a recorded voice that guides you through the enrollment process. When you're asked to respond, use the keys on the push-button telephone key pad. You can't use a rotary dial phone or a pulse line (one that clicks instead of beeps). **If you don't have access to a touch-tone phone or if a disability prevents you from using the telephone enrollment system,** call the HR Info Center at 1-800-676-4626 for assistance in enrolling.

**basics**

### Record your selections.

Once you reach the Telephone Enrollment System, follow the instructions given by the recorded voice and use the buttons on your phone to indicate your benefit selections. Your selections will not be saved until the end of the call. Be sure to **stay on the line until the recorded voice asks if you wish to save your selections.** The recorded voice will then give you confirmation that your enrollment is complete.

## If You Don't Enroll...

### If necessary, call back to review your selections or make changes.

Any time during the enrollment period, you may call back to review your selections or make changes. The last selections you record before the enrollment period ends will be reflected on your Confirmation Statement. You can make changes through April 22, 1994.

### Review your Confirmation Statement.

A Confirmation Statement confirming your selections will be mailed to your home. Review both sides of the Statement carefully to make sure it accurately reflects your benefit choices and payroll deductions, if any. Some benefit options require you to complete Evidence of Insurability Forms or provide other information. In addition, HMOs and Network options require that you complete an additional Enrollment Form, included in the Network Provider Directory packages available at your work location or by calling the HR Info Center. If you are required to complete an Evidence of Insurability Form, it will be included with your Confirmation Statement. Your enrollment will not be complete until these forms are returned and approved.

If your Confirmation Statement accurately reflects your selections, simply keep it for your records. If you have any corrections to your Confirmation Statement, you will again call the Telephone Enrollment System during the hours listed on page 45 to make these corrections and a new Confirmation Statement will be sent to you. Your Confirmation Statement will advise you as to the deadline for making corrections.

Submit any required forms.

Dependent Information Form — Every eligible employee must complete this form regarding your eligible dependents. A form is included in this Enrollment Kit.

Managed Care/HMO and Enrollment Forms — If you select Managed Care 80/60, Managed Care 100/80 or Managed Care EPO, you must fill out the Enrollment Form included in the Network Provider Directory. List yourself and any eligible dependents you wish to cover, Social Security numbers and primary care physician selections. Mail the form to the Network Manager. The Network Managers must receive your Enrollment Form by May 30, 1994. If you do not select a primary care physician, you cannot access network benefits.

Once you've reviewed this Workbook, the companion videotape and your Personalized Telephone Enrollment Worksheet, it's time to make your call (and your choices).

Remember, all employees must call the Telephone Enrollment System at 1-800-545-0352 during the April 11 – 22 enrollment period. If you will be on vacation during this time period, call the HR Info Center for enrollment instructions. Your selections will be effective July 1, 1994. You'll be given the opportunity to change or update certain selections for 1995 during another enrollment period in the fall.

Finally, if you have any questions about your benefit options, contact the HR Info Center at 1-800-676-4636. Customer Service Representatives are available Monday through Friday between 8:00 a.m. and 10:00 p.m., Eastern Time, April 4 – 22.

basics

LTD-000246

# Summary of Health Care Benefits







LTD-000248

**health care benefits**

**49**

| | Indemnity | In-Network | Out-Of-Network | In-Network | Out-Of-Network | In-Network | Out-Of-Network |
|---|---|---|---|---|---|---|---|
| Semi-private Room & Board<br>Operating & Recovery Room<br>Lab & X-Ray<br>Drugs, Medications<br>Hemodialysis<br>Radiation & Chemotherapy<br>Rehab Services | 100% coinsurance[1,6] | 80% coinsurance | 60% coinsurance[1] | $150 deductible per admission; 100% coinsurance | $300 deductible per admission; 80% coinsurance[1] | $100 deductible per admission; 100% coinsurance | No benefit |
| | 100% coinsurance[2,6] | 80% coinsurance | 60% coinsurance[2,5] | 100% coinsurance | 80% coinsurance[2,5] | 100% coinsurance | No benefit |
| Preventive Care<br>Well-Child Care<br>Routine Immunization & Injections<br>Vision & Hearing Screening (as part of PCP exam)<br>Annual OB/GYN Exam<br>Sigmoidoscopy | 100% coinsurance (vision and hearing excluded)[6] | $15 copay per visit; 100% coinsurance | No benefit | $15 copay per visit; 100% coinsurance | No benefit | $10 copay per visit; 100% coinsurance | No benefit |
| Adult Medical Care<br>Child Medical Care | 80% coinsurance[2,5] | $15 copay per visit; 100% coinsurance | 60% coinsurance[2,5] | $15 copay per visit; 100% coinsurance | 80% coinsurance[2,5] | $10 copay per visit; 100% coinsurance | No benefit |
| Office Visits<br>Referral Physician Services<br>Second Surgical Opinion<br>Pre & Post-Natal Exam<br>Allergy Testing & Treatment | 80% coinsurance[2] | $15 copay per visit; 100% coinsurance | 60% coinsurance[2] | $15 copay per visit; 100% coinsurance | 80% coinsurance[2] | $10 copay per visit; 100% coinsurance | No benefit |
| | 80% coinsurance[2,5] | 80% coinsurance | 60% coinsurance[2,5] | 100% coinsurance | 80% coinsurance[2,5] | 100% coinsurance | No benefit |

| Benefit Description | Indemnity | Managed Care 80/60 Plan | | Managed Care 100/80 Plan | | Managed Care NW Plan | |
|---|---|---|---|---|---|---|---|
| | | In-Network | Out-Of-Network | In-Network | Out-Of-Network | In-Network | Out-Of-Network |
| Hemodialysis Radiation & Chemotherapy | 80% coinsurance[2] | 80% coinsurance | 60% coinsurance[2] | 100% coinsurance | 80% coinsurance[2] | 100% coinsurance | No benefit |
| (includes anesthesiologist, surgeons, co-surgeons, pathology interpretations, etc.) | 100% coinsurance[2,5] | 80% coinsurance[2,5] | 60% coinsurance[2,5] | 100% coinsurance | 80% coinsurance[2,5] | 100% coinsurance | No benefit |
| | 80% coinsurance[2] | 80% coinsurance | 60% coinsurance[2] | 100% coinsurance | 80% coinsurance[2] | 100% coinsurance | No benefit |
| Doctor's Office | $25 copay; per visit 80% coinsurance[2] | $15 copay per visit; 100% coinsurance | 60% coinsurance[2] | $15 copay per visit; 100% coinsurance | 80% coinsurance[2] | $10 copay per visit; 100% coinsurance | No benefit |
| Hospital Emergency Room | $25 copay; 80% coinsurance[2] | $50 copay (waived if admitted); 80% coinsurance | 60% coinsurance[3] | $50 copay (waived if admitted); 100% coinsurance | 80% coinsurance[3] | $50 copay (waived if admitted); 100% coinsurance | No benefit |
| Ambulance | 80% coinsurance[2] | 80% coinsurance | 80% coinsurance[2] | 100% coinsurance | 100% coinsurance[2] | 100% coinsurance | No benefit |
| | 80% coinsurance[2] | $15 copay per visit; 80% coinsurance limited to 60 consecutive days per condition[4] | 60% coinsurance limited to 60 consecutive days per condition[4] | $15 copay per visit; 100% coinsurance limited to 60 consecutive days per condition[4] | 80% coinsurance limited to 60 consecutive days per condition[4] | $10 copay per visit; 100% coinsurance limited to 60 consecutive days per condition | No benefit |
| | 100% coinsurance limited to 100 visits per contract year to a maximum of $50 per visit[2] | 80% coinsurance limited to 60 visits per contract year[4] | 60% coinsurance limited to 60 visits per contract year[4] | 100% coinsurance limited to 60 visits per contract year[4] | 80% coinsurance limited to 60 visits per contract year[4] | 100% coinsurance limited to 60 visits per contract year | No benefit |
| | 100% coinsurance limited to 365 days per contract year[1] | 80% coinsurance limited to 60 days per contract year[4] | 60% coinsurance limited to 60 days per contract year[2,4] | 100% coinsurance limited to 60 days per contract year[4] | 80% coinsurance limited to 60 days per contract year[2,4] | 100% coinsurance limited to 60 days per contract year | No benefit |

LTD-000250

**nefit Description**

|  | Indemnity | In-Network | Out-Of-Network | In-Network | Out-Of-Network | In-Network | Out-Of-Network |
|---|---|---|---|---|---|---|---|
|  | 80% coinsurance[2] | 80% coinsurance to a $2,000 maximum per contract year[4] | 60% coinsurance to a $2,000 maximum per contract year[4] | 100% coinsurance to a $2,000 maximum per contract year[4] | 80% coinsurance to a $2,000 maximum per contract year[4] | 100% coinsurance to a $2,000 maximum per contract year | No benefit |
|  | 80% coinsurance[2] | $15 copay; 100% coinsurance (may vary by health plan) | 80% coinsurance limited to 24 visits per contract year; $50 max/visit[2] | $15 copay; 100% coinsurance (may vary by health plan) | 80% coinsurance limited to 24 visits per contract year; $50 max/visit[2] | $10 copay; 100% coinsurance (may vary by health plan) | No benefit |
|  | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | No benefit |
|  | Employee initiated[5] | Done by PCP | Employee initiated[5] | Done by PCP | Employee initiated[5] | Done by PCP | No benefit |
|  | None | None | None | None | None | None | No benefit |
|  | $200/$400 | None | $400/$800 | None | $150/$300 | None | No benefit |
|  | $1,500/$3,000 (plus deductible/copay) | $1,500/$3,000 (plus deductible/copay) | $3,500/$7,000 (plus deductible/copay) | None | $2,000/$4,000 (plus deductible) | None | No benefit |
|  | $1,000,000 | $1,000,000[4] | $1,000,000[4] | $1,000,000[1] | $1,000,000[2] | $1,000,000 | No benefit |
|  | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) |
|  | $10 copay; 90-day supply | $10 copay; 90-day supply | | $10 copay; 90-day supply | | $10 copay; 90-day supply | |



Summary of Medical Benefits and Coverage

health care benefits

52

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Inpatient Hospital Services<br>Semi-private Room & Board<br>Operating & Recovery Room<br>Lab & X-Ray<br>Drugs, Medications<br>Hemodialysis<br>Radiation & Chemotherapy<br>Rehab Services | 100% coinsurance[1,5] | 80% coinsurance[1,5] | 80% coinsurance[1,5] |
| Medical Physician & Surgical Services | 100% coinsurance[2,5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Physician Services<br>Preventive Care<br>Well-child care<br>Routine Immunization & Injections<br>Vision & Hearing Screening (as part of PCP exam)<br>Annual Ob/Gyn exam<br>Sigmoidoscopy | 100% coinsurance (vision and hearing excluded)[6,7] | 80% coinsurance[6,7] | 80% coinsurance[6,7] |
| Physician Services<br>Adult Medical Care<br>Child Medical Care | 80% coinsurance[2,5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Physician Services<br>Office Visits<br>Second Surgical Opinion<br>Pre- & Post-Natal Exam<br>Allergy Testing & Treatment | 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |

LTD-000252

health care benefits

| Benefit Description | Indemnity | Comprehensive PPO | Comprehensive POS |
|---|---|---|---|
| Hospital Medical Charges | 80% coinsurance[2,5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| Operating & Recovery Room | | | |
| Lab & X-Ray | | | |
| | 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Hemodialysis | | | |
| Radiation & Chemotherapy | | | |
| Physician Surgical Services | 100% coinsurance[2,5] | 80% coinsurance[2,5] | 80% coinsurance[2,5] |
| (includes anesthesiologist, surgeons, co-surgeons, pathology interpretations, etc.) | | | |
| Physician's Lab & Lab | 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Emergency Care | | | |
| Doctor's Office | 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Hospital Emergency Room | $25 copay; 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Ambulance | 80% coinsurance | 80% coinsurance[2] | 80% coinsurance[2] |
| Inpatient Mental Health Care | 80% coinsurance[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Home Health Care | 100% coinsurance limited to 100 visits per contract year to a maximum of $50 per visit[2] | 80% coinsurance[2] | 80% coinsurance[2] |
| Skilled Nursing Facility | 100% coinsurance limited to 365 days per contact year[1] | 80% coinsurance[1] | 80% coinsurance[1] |

LTD-000253

**health care benefits**

54

| Benefit Description | Indemnity | Comprehensive PPO | Comprehensive PPO |
|---|---|---|---|
| | 80% coinsurance[7] | 80% coinsurance[2] | 80% coinsurance[2] |
| | 80% coinsurance[7] | 80% coinsurance[2] | 80% coinsurance[2] |
| Dental Coverage | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth |
| Precertification | Employee initiated[5] | Employee initiated[5] | Employee initiated[5] |
| Pre-existing Condition Limitations | None | None | None |
| Annual Year Deductible | $200/$400 | $150/$300 | $300/$600 |
| Out-of-Pocket Maximum | $1,500/$3,000 (plus deductible) | $1,500/$3,000 (plus deductible) | $2,000/$4,000 (plus deductible) |
| Lifetime Medical Maximum | $1,000,000 | $1,000,000 | $1,000,000 |
| Prescription Drug Maximum Allowable Cost (30-day supply) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) |
| Prescription Drugs Mail Service Drug Benefit | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply |

LTD-000254

**Summary of Mental Health/Substance Abuse (MHSA) Benefits and Coverage**

| Benefit Description | In Network | Out Of Network |
|---|---|---|
| Employee Assistance Program | Up to 8 visits; no copay | No benefit |
| Inpatient Services | | $150 per admission hospital copayment[a,b] |
|    Mental Health | 100%, up to 60 days/year | 70% of eligible charges, up to 60 days/year[c,d] (maximum reimbursement of $400/day) |
|    Substance Abuse | 100%, up to 30 days/year | 70% of eligible charges up to 30 days/year[c,d] with a maximum of one episode/lifetime (maximum reimbursement of $400/day) |
| Partial Hospitalization | 100%[d,e] | 80% of eligible charges[d,f] |
| Outpatient Services | No copay/visits 1–8; $20/visits 9–25**; $30/visits over 25**[g] | 50% of reasonalbe and customary charges, visits 1–25 (maximum reimbursement of $70/visit) |
| | 100%[i] | No benefit |
| | 100%[i] | No benefit |
| | $5 for up to 30-minute visit; no limit[i] | No benefit |
| Deductible | None | $200/person[h] |
| Out-of-pocket maximum | None | $3,000/person[i] (no family maximum) |
| Lifetime maximum | $40,000 | $15,000 |



health care benefits

55

(a) If there is a combined medical/MH or medical/SA admission, only the primary diagnosis inpatient deductible applies.

(b) The $150 per admission hospital deductible for out-of-network admissions applies after the annual $200 deductible is met.

(c) If hospital care is not precertified, there is a UR Non-compliance Penalty of $200, plus 10% of the remaining hospital bill. 48-hour grace period for emergencies; Non-compliance Penalty does not count towards the out-of-pocket maximum.

(d) Inpatient MH/SA days which exceed the stated number of days do not count towards the out-of-pocket maximum.

(e) Includes, but is not limited to, 24-hour intermediate care facilities, e.g., residential treatment, group homes half-way houses, therapeutic foster care, day/partial hospitals, structured outpatient treatment programs.

(f) Subject to case manager approval.

(g) Concurrent review of outpatient care after visit 10 and every 10 visits thereafter.

(h) Annual out-of-network MH/SA deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200 per person annual deductible is subtracted from a claim before any benefit is paid and is separate from the inpatient deductible.

(i) MH/SA out-of-pocket maximum is separate from the medical out-of-pocket maximum.

LTD-000256

health care benefits

57

| | Registration | Registration | Doctor | Inpatient rehab | Home Health Care | Skilled nursing facility | Durable Medical Equipment | Ambulance | | Lifetime Maximum |
|---|---|---|---|---|---|---|---|---|---|---|
| Standard sign | | | | $10 copay 90 visits/day | | | | | | Unlimited |
| | | | No copay | $10 copay; 90 visits | Unlimited | 100 days | No maximum | | **No benefits** | Unlimited |
| | | | | | Unlimited | 100 days | **$1,000 annual max.** | | | Unlimited |
| | | | No copay | $10 copay; unlimited | Unlimited | 100 days | No maximum | | | Unlimited |
| | | | No copay | | Unlimited | 100 days | No maximum | | | Unlimited |
| | **$15 copay (after hours)** | **$50 copay** | No copay | | Unlimited | 100 days | No maximum | | | Unlimited |
| | | **$25 copay** | No copay | | Unlimited | 100 days | No maximum | | | Unlimited |
| | | | No copay | $10 copay; unlimited | Unlimited | 100 days | No maximum | | | Unlimited |
| | | | | | Unlimited | 100 days | No maximum | | | Unlimited |
| | | | No copay | | Unlimited | 100% 1st 60 days; 50% 61-90 days | No maximum | | **No benefits** | Unlimited |

**Bold** indicates differences from the standard PPO design

LTD-000257

| | | No copay | | Unlimited | 100 days | No maximum | **$10 copay/ $500 max/yr.** | Unlimited |
|---|---|---|---|---|---|---|---|---|
| | | | | Unlimited | 100 days | **75% charges** | | Unlimited |
| | | No copay | 100% coinsurance; unlimited | Unlimited | 100 days | **75% charges** | | Unlimited |
| | No copay | $10 copay; | 90 days | Unlimited | 90 days | No maximum | | Unlimited |
| **$15 copay (after hours)** | | No copay | $10 copay; 2 months | Unlimited | 100 days | No maximum | | Unlimited |
| | **$50 copay** | No copay | **$10 copay; 20 visits** | **$10 copay; unlimited** | | **$50 copay** | | Unlimited |
| | **$50 copay** | No copay | **$10 copay; 20 visits** | **$10 copay; unlimited** | | **$50 copay** | | Unlimited |
| | **$50 copay** | | **$10 copay; 20 visits** | **$10 copay; unlimited** | | **$50 copay** | | Unlimited |
| | | No copay | | Unlimited | 100 days | **80% charges** | | Unlimited |

**Bold**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | No copay | | **$10 copay; unlimited** | 100 days | **80% charges** | | Unlimited |
| $10 copay (PCP) $15 copay/spec | $15 copay | $250 copay | $15 copay; 60 visits | Unlimited | **$250 copay; 100 days** | No maximum | $15 copay | Unlimited |
| | | No copay | | Unlimited | **80%; 100 days** | No maximum | | Unlimited |
| | | | | Unlimited | 100 days | No maximum | | Unlimited |
| | **50% charges** | | | Unlimited | 100 days | **50% charges** | $25 copay | Unlimited |
| | | | | Unlimited | 100 days | **75% charges** | | Unlimited |
| | **50% charges** | | | Unlimited | 100 days | **75% charges; no maximum** | $25 copay | Unlimited |
| | **50% charges** | $200 copay | | Unlimited | 100 days | **70% charges** | $50 copay | Unlimited |
| | | | $10 copay; 90 days | Unlimited | 100 days | **$1,000 annual maximum** | $25 copay | Unlimited |

**Bold**

LTD-000259

LTD-000260







Printed in the US

LTD-000261