# **EXHIBIT J-7**

# 1996

**∴flex** benefits *it's your call*







## enrollment
## workbook

NNI-LTD-00011743

# Inside This Workbook

## This Enrollment Workbook is divided into nine separate sections.

Section I        Introduction

Section II       How FLEX Works

Section III      Medical Coverage

Section IV       Dental, Vision and Hearing
                 Care Coverage

Section V        Life Insurance Coverage

Section VI       Disability Coverage

Section VII      Reimbursement Accounts

Section VIII     Enrollment Basics

Section IX       Health Care Benefit Summary

NNI-LTD-00011744

NNI-LTD-00011745

# Introduction







NNI-LTD-00011746

# Introduction

## FLEX at NTI/BNR – It's Your Call

**When it comes to decisions that affect your health and financial security, you want to be the one to make them. After all, only you know what will best meet your needs each year.**



Company benefit programs have traditionally given employees very little choice in how their benefit dollars are spent. One set of benefits has usually been offered to all employees, no matter how different their needs may be.

However, at NTI/BNR FLEX Benefits (FLEX, for short) gives employees a choice. With FLEX, if you don't need certain levels of coverage, you can use FLEX Credits to buy coverage that better suits your needs. FLEX gives you more control over how the Company dollars you receive for benefits are distributed, as well as more choices for purchasing additional coverage.

Please read this Enrollment Workbook carefully. It has been designed to help you understand your benefit choices and to guide you through the enrollment process. More information on enrollment is found in the Enrollment Basics section.

If you have any questions about FLEX Benefits or the enrollment process, call the HR Info Center at 1-800-676-4636 or ESN 255-4636. **Remember, your Enrollment Workbook contains the answers to most of the questions you're likely to have. So, please read it thoroughly before you call the HR Info Center.**

It's up to you not only to decide which benefits will meet your needs, but also to make your selections using the Telephone Enrollment System. As you'll see, when it comes to FLEX Benefits, it's your call.

NNI-LTD-00011747

## Domestic Partners

You may select certain health care (Medical, Dental, Vision and Hearing Care) coverage for a domestic partner when your relationship with that person meets certain eligibility requirements. One of the requirements is that you have lived with the domestic partner for twelve consecutive months prior to enrollment.

Special tax and legal considerations apply when covering a domestic partner; for example, the cost of the dependent coverage must be paid on an after-tax basis and the company's cost is imputed income added to your gross earnings. As a result, you may wish to consult with a tax or legal advisor before enrollment.

If you are interested in enrolling a domestic partner for the first time:

- Enroll for current coverage by calling the Telephone Enrollment System.

- Call the HR Info Center and request a package of information. The materials in the package include an affidavit that you and your partner must sign before your domestic partner's coverage can be approved.

Once approved, you will then be able to add your domestic partner.

## Eligibility for FLEX Benefits

If you're a **full-time employee\*** who is regularly scheduled to work at least 35 hours per week or a part-time employee\* regularly scheduled to work at least 35 - 37.5 hours per week, you and your eligible dependents may participate in FLEX.

If you're a **part-time employee\*** who is regularly scheduled to work at least 20 hours, but less than 35 hours per week, you'll be eligible for FLEX Benefits for yourself and your eligible dependents, but at a **higher** contribution rate. That's because Company-provided FLEX Credits (as described on page 11) are lower for part-time employees than for full-time employees, and contributions are higher.

"Eligible dependents" include:

- your spouse, including your common-law spouse as recognized by applicable state law, and
- your unmarried children who are under age 19. "Children" include:
  - your natural or legally adopted children,
  - your step-children, legally authorized foster children, and any child for whom you are legal guardian, if these children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the calendar year.

Children under age 25 who are full-time students at an accredited school, primarily supported by you, are also eligible for coverage. Physically or mentally disabled children over age 19 are eligible, provided they are wholly dependent on you for support and maintenance, and became disabled and dependent before age 19 (or before age 25 if a full-time student).

All benefits are available from the later of your date of hire or the effective date of the plan, provided you turn in an enrollment form.

\* If you're a bargaining unit employee, you're not eligible for FLEX Benefits unless specified in the collective bargaining agreement.

# How FLEX
# Works



NNI-LTD-00011749

# How FLEX Works

## The program offers you two kinds of benefits:

## Core Benefits and FLEX Benefits.

NTI/BNR automatically provides you with Core Benefits, but you make the call when it comes to FLEX Benefits.

**Core Benefits** are the foundation of the program, giving you a base on which to build a personalized benefits package. The Company believes that every employee should have a minimum level of benefits coverage. The Company pays the entire cost of your Core Benefits. You should be aware of the types of coverage included in the Core Benefits (see page 10), in case you wish to select additional coverage in these areas from among your FLEX Benefits.

**FLEX Benefits** lets you choose from a variety of options offered by the Company each year. The Company also provides you with **FLEX Credits** that you can use – along with your required contributions – to purchase FLEX Benefits. The amount of FLEX Credits available to you is printed on your Personalized Telephone Enrollment Worksheet. (See page 11 for more information about FLEX Credits).

| Core Benefits (Provided Automatically) | FLEX Benefits (Your Choices) |
|---|---|
| Employee Medical | Medical |
| Employee Life Insurance | Dental, Vision and Hearing Care |
| Employee Accidental Death & Dismemberment (AD&D) Insurance | Optional Employee Life Insurance |
| Business Travel Accident Insurance | Optional Dependent Life Insurance |
| Short-Term Disability | Supplemental Short-Term Disability |
| Long-Term Disability | Supplemental Long-Term Disability |
| | Health Care Reimbursement Account |
| | Dependent Care Reimbursement Account |

NNI-LTD-00011750

# Check Out Your Core Benefits

Before you make your FLEX choices, it's important to understand the benefits the Company provides. You should be aware of these benefits in case you wish to select additional coverage in these areas.

Your Core Benefits are:

## Medical Coverage. If you live
in a Network Area, you'll receive the Managed Care 80/60 plan; if you live outside the Network Area, you'll receive the Comprehensive 300 plan. Core Medical Coverage is for the employee only. See the information beginning on page 17 for details.

## Employee Life Insurance. This
Core Benefit provides Life Insurance equal to **one times** your annual FLEX Earnings (as defined below). You can choose additional life Insurance, as well as Life Insurance coverage for your dependents, as described on page 39.

# Definition of FLEX Earnings

Many of your benefits are based on your "FLEX Earnings." FLEX Earnings are your base salary. FLEX Earnings do not include other types of pay, including, but not limited to overtime, shift differential or relocation payments or bonuses. If you're a part-time employee working 20-34 hours per week, your FLEX Earnings are based on a 25-hour work week. If you're a part-time employee working 35-37.5 hours per week, your FLEX Earnings are based on a 40-hour work week. If you're eligible for sales incentives, your FLEX Earnings include your base salary and the current market-based target for your job (excluding bonuses) as in the 1994 NTI/BNR Sales Administration Guidebook.

If your salary changes during the year, any payroll deductions or credits for FLEX Benefits will not change. However, benefits under life insurance and disability will be calculated and paid out based on your FLEX Earnings at the time of your disability or death.

## Employee AD&D Insurance.

This Core Benefit provides Accidental Death and Dismemberment Insurance equal to **one times** your annual FLEX Earnings (as defined below).

## Business Travel Accident Insurance.

In the event of death or injury while traveling on authorized business, full-time employees are covered for an amount up to two times their annual FLEX Earnings – with minimum coverage for death of $100,000 and maximum coverage of $300,000. Part-time employees are covered for $50,000.

## Short-Term Disability.

In the event of a short-term disabling illness or injury, you're covered in the amount of 100% of FLEX Earnings for up to six weeks, followed by 70% of FLEX Earnings for up to the next 20 weeks. You may select supplemental STD coverage as described on page 45.

## Long-Term Disability. You're
covered to the earlier of the end of your approved disability or age 65 (or later if your disability begins after age 60) in the event of a long-term disabling illness or injury in the amount of 50% of FLEX Earnings. LTD benefits are increased by a cost of living adjustment of 60% of the Consumer Price Index increase, up to 6% per year, as determined by the Company. You may select supplemental LTD coverage, as described on page 45.

NNI-LTD-00011751

## Prices and FLEX Credits

Each FLEX Benefit option has its own price — the higher the level of coverage, the higher the price. And, the Company will provide you with FLEX Credits to help you purchase these benefits.

The amount of FLEX Credits available to you and the price per pay period of each benefit option are printed on your Personalized Telephone Enrollment Worksheet. If you want more coverage than your FLEX Credits will buy, you pay the difference with payroll deductions **each pay period**. If you have more FLEX Credits than you need, you'll receive the difference as additional taxable pay each pay period, or you may deposit them into one or both of the Reimbursement Accounts (Health Care or Dependent Care), described in the Reimbursement Account section (but you'll have to use them by the end of the plan year).

Each year, the Company will evaluate the amount of FLEX Credits provided to employees, and the prices of FLEX Benefits. Adjustments may be made from year to year.

■ ● ▶

## How Many FLEX Credits Do You Have?

All full-time employees and part-time employees who work 35-37.5 hours receive the same number of FLEX Credits — a fixed amount to purchase health care coverage. All part-time employees who work 20-34 hours receive a reduced amount of FLEX Credits.

However, if you were a U.S. employe eligible for FLEX Benefits before July 1, 1994, you'll receive an additional amount of FLEX Credits to purchase supplemental LTD, optional Employee Life Insurance and Dependent Life Insurance (if you had family medical insurance before FLEX) calculated based on your age and FLEX Earnings as of January 1, 1994.

Keep in mind that you must enroll in the plan at some time to receive any excess FLEX Credits. Default coverage (as described on page 56) does not include excess FLEX Credits.

Of course, you don't have to spend your FLEX Credits on health coverage. You can use them to purchase some other FLEX benefits, or receive them as additional taxable pay.

The amount of your FLEX Credits is printed on your Personalized Telephone Enrollment Worksheet.

How FLEX Works

## If You and Your Spouse Both Work at NTI/BNR...

If you and your spouse both work at NTI/BNR and if you are both eligible for FLEX, special rules apply. You may enroll as an employee or a family member, but not both. Only one of you may enroll your eligible dependent children for Medical, Dental, Vision and Hearing coverages. Also, both you and your spouse must select the same plan in order for your combined expenses to apply to the family deductible or family out-of-pocket limit.

Here's an example. Jack and Mary are married with two children and both work at NTI/BNR. They've got some choices to make about their Medical Plan coverage. Both employees will receive full FLEX Credits and may make separate benefit choices. For example, Mary could select coverage for Jack and the children under the Network Plan, and Jack could take his FLEX Credits and use them to purchase other benefits or take them as taxable cash. Or, Jack could select coverage for himself only under the Indemnity Plan and Mary could cover herself and the children under one of the Network Plans. In the first example, the family deductible and out-of-pocket limit will apply to all family members. In the second example, the family could pay more out-of-pocket because Jack selected the Indemnity Plan and his deductible and out-of-pocket limit will be calculated separately.

## Changing Your Benefit Selections

Most of your FLEX selections will remain in effect the entire calendar year, January 1 through December 31. Your Dental, Vision and Hearing Care selection will remain in effect two plan years, unless you select the Basic option or no coverage. However, you may make certain changes in your coverage during the year, if you or a family member experiences a "qualified change in family status." Qualified changes in family status include:

• marriage,
• divorce or legal separation,
• birth, adoption or change in custody of a dependent child,
• death of a spouse or dependent child,
• change in your employment status (from or to part-time or full-time),
• change in your spouse's employment status (from or to part-time or full-time),
• commencement or loss of your spouse's employment,
• certain work-related relocation where a Network Area is affected, and
• child's loss of dependent status.

The benefit selections you may make must be consistent with the change in family status. For example, if you have a baby, you may add coverage for the child under your Medical, Dental, Vision and Hearing Care plans, select Dependent Life Insurance for your child, increase your Employee Optional Life Insurance and/or change your contribution to the Dependent Care Reimbursement Account. **You must request the benefit change and document the qualifying event within 60 days of the occurrence. Otherwise you'll have to wait until the next annual enrollment period to change your coverage.**

## Evidence of Insurability Requirements

You may be required to provide evidence of insurability (EOI) for some employee or dependent Life Insurance selections during the annual enrollment period or when you change coverage due to a family status change. But how do you provide evidence of insurability?

In most cases, the plan's Life Insurance claims administrator (Prudential) will ask you to complete a medical questionnaire.

This form asks some simple questions about your medical history. It is important that you fully and accurately complete this form to ensure that your coverage is properly approved.

You may need to provide additional information. For example, you may be asked to have a physical examination or laboratory work, at your expense, before your coverage can be approved.

If you participate in a Managed Care Plan, this physical and laboratory work may be paid at in-network rates when you submit a claim form to your Managed Care Plan. Any charges for physicians completing paperwork will be at your expense.

The evidence of insurability must be satisfactory to the claims administrator before coverage can be approved. The claims administrator uses its standard underwriting rules and procedures for reviewing applications and has the sole authority to approve or reject any application on the basis of health. Coverage will be provided at the existing level while the decision on your evidence of insurability is pending.

### Tax Tips

You pay for many FLEX Benefits — Medical, Dental, Vision and Hearing Care, Disability and the Reimbursement Accounts — with before-tax dollars*. These contributions are taken from your pay before federal and most state and local income taxes are deducted. Because these payments lower your taxable income, they also lower the amount of income taxes you pay and increase your take-home pay. Your before-tax FLEX contributions are not subject to Social Security taxes and, as a result, could lower your future Social Security benefits slightly.

FLEX Credits are subject to federal and state income taxes only when you receive them as cash in your pay — except in New Jersey and Pennsylvania. In these states, the dollars you spend on benefits, as well as the FLEX Credits you receive as cash, are subject to state income taxes.

* The cost of health coverage for a domestic partner is taxable.

How FLEX Works

NNI-LTD-00011755

# Medical Coverage







NNI-LTD-00011756

# Medical Coverage ■ ● ▶

You can choose from several Medical Plan options. Each option provides a different level of coverage and is "priced" accordingly — the more comprehensive the coverage, the higher the price.

Through FLEX, NTI/BNR offers a way to pay for Medical benefits that reflects the cost of coverage. You may elect coverage for:

- you only,
- you and your child(ren),
- you and your spouse or domestic partner, or
- you and your spouse or domestic partner and your child(ren).

You may instead decline Medical coverage altogether, with proof that you're covered under another plan. If you decline Medical coverage, you may use your FLEX Credits for some other benefit options, put them into a Reimbursement Account or receive them as additional pay. **If you decline Medical coverage, you may not make changes until the next enrollment period, unless you require Medical coverage due to a qualified change in family status.**

Depending on where you live and/or work, you're offered **"Network Area"** options or **"Non-Network Area"** options, which are described on the following pages. See your Personalized Telephone Enrollment Worksheet to determine the options you may select.

See the charts in the Health Care Benefit Summary section for a complete summary of your Medical Plan options.

# Network Area Options

## Medical Plan Options within Network Area

**Option 0**
No Coverage

**Option 1**
Indemnity Plan

**Option 2**
Managed Care 100/80

**Option 3**
Managed Care 80/60
(default option)

**Option 4**
Managed Care Exclusive Provider Option (EPO)
(limited availability)

Additional copies are available by calling the HR Info Center at 800-676-4636 or ESN 255-4636.

You may select from several Managed Care options: Managed Care 100/80, Managed Care 80/60 or Managed Care Exclusive Provider Option (EPO). All of these options require you to select a primary care physician (PCP) who will coordinate your health care needs within a network of health care providers. Your PCP will assist you through the maze of the health care system to provide care at a competitive cost to you. The plan provides different levels of benefits depending on whether you seek care through your PCP or outside of the network.

The Managed Care Exclusive Provider Option (EPO) is only available in some areas. It's an "in-network only" option, which means you may only receive coverage for care within the network except care for an emergency (see definition on page 29). Please contact Member Services for more information on how your network provider handles emergencies.

## Indemnity Plan. This plan

covers you for basic and major medical expenses and has an annual deductible amount, reimbursement percentages and an out-of-pocket maximum amount. You will have the freedom to use medical providers of your choice, but you will pay more for your coverage in out-of-pocket expenses and contributions.

## Managed Care Plans*.

Check your Personalized Telephone Enrollment Worksheet to see if a Managed Care Plan is offered in your area. Network Provider Directories for the Managed Care options and any HMOs offered in your area will be sent to your home address.

*The benefit variations for Managed Care plans are described in the Health Care Benefit Summary section of this Workbook.

## Health Maintenance Organizations (HMOs).

One or more HMOs may be offered in your area. When you select an HMO, you agree to receive care only from doctors affiliated with the HMO, or to whom the HMO refers you. When you do, most services, including preventive care, are covered at 100%, after a small copayment.

NNI-LTD-00011758

# Non-Network Area Options

## Medical Plan Options Non-Network Area

**Option 0**
No Coverage

**Option 1**
Indemnity Plan

If you live outside the areas offering Managed Care plans, you'll be given three Medical Plan choices — the Indemnity Plan, Comprehensive 150 Plan and Comprehensive 300 Plan.

**Option 2**
Comprehensive 150 Plan

**Option 3**
Comprehensive 300 Plan (default option)

## Indemnity Plan.

Under the Indemnity Plan, hospitalization and outpatient surgery are covered at 100% (with surgeon's services subject to reasonable and customary limits), with no deductible applied. For all other covered services, you'll need to meet a $200 annual individual deductible, with a $400 family limit. The plan limits your annual out-of-pocket expenses to $1,500 for an individual and $3,000 for an entire family. Refer to the Health Care Benefit Summary section for further information about other benefit coverages.

## Comprehensive 150 and Comprehensive 300 Plans. **These options are only offered in those areas where a Managed Care Plan is not available.**

The Comprehensive 300 and Comprehensive 150 Plans differ slightly from the Indemnity Plan. These plans are structured so that you pay an annual deductible before benefit payments begin. Then you'll receive 80% reimbursement, subject to reasonable and customary limits. The Comprehensive 150 and Comprehensive 300 Plans have different annual deductibles and out-of-pocket maximum amounts than the Indemnity Plan, and the contributions are lower.

For more details on the options available to you and their costs, see your Personalized Enrollment Worksheet.





Medical Coverage

NNI-LTD-00011759

# Prescription Drug Benefits

## Prescription Drug Card

**When you choose coverage under any Medical Plan option, except the HMO**, your prescription drugs are available from a participating pharmacy for $5, for a 30-day supply. Unless your physician specifies a brand-name drug, your prescription will be filled with a generic drug, when available.

If you choose to purchase the brand-name drug, you will be responsible for the $5 copayment **plus** the difference between the cost of the generic and the brand-name drug. If there is no generic drug available, or if your physician stipulates that the prescription be filled as it is written, you can purchase the brand-name drug for $5.

In order to take advantage of the $5 prescription drug copayment, your prescription must be filled at a participating pharmacy. If you have your prescription filled at a non-participating pharmacy, you will pay full price and then submit a claim form to be reimbursed at 50% of the eligible charges. Non-network prescription expenses do not apply toward your medical plan out-of-pocket maximum.

## Mail Order Prescriptions

Through the mail order program, you can receive up to 90 days of a prescription for $10. Mail order prescription programs are usually used for long-term or maintenance drugs, such as medication for high blood pressure or arthritis.

If you select coverage through an HMO, your prescription benefits will be paid according to the provisions of the HMO prescription program.

## A Drug By Any Other Name...

Generic drugs have become very popular in the last few years, largely because they're considerably less expensive than brand-name drugs. The generic name of a drug is simply its chemical name and is only available after the patent has expired on the brand-name drug. Generic drugs must meet strict requirements established by the Food and Drug Administration (FDA). By law, generic drugs must be the same chemically and have the same therapeutic effect as their brand-name equivalents. Ask your doctor or pharmacist if there's a generic substitute available for your prescription. It could save you money today and help control future benefit costs for you and the Company.



NNI-LTD-00011760

# Preventive Care Benefits

## Managed Care Plans

Physical exams, well-child care and other preventive services are covered in full by the Managed Care options after a small copayment *if care is received within the network.*

Preventive care services are based on American Medical Association's (AMA) schedules for recommended periodic health examinations for children and adults. Although specific benefits may vary by network, some of the preventive services you may receive include:

*Well-child care for children up to age 16:*
- immunizations (according to AMA recommendations) for your infant (from birth to 18 months) at two, four, six, 15, and 18 months,

- height and weight screening,

- screening for infants and children at high risk for health problems, which includes hearing tests at 18 months for infants with a family history of childhood hearing impairment, and

- parent education on diet, injury protection and dental health for infants and children.

*Adults:*
- physical exam (according to AMA recommendations),

- Pap smear for women every year, mammograms according to a regular schedule,

- laboratory and diagnostic procedures for individuals at high risk for particular health problems,

- mammograms for women over 35 with a family history of breast cancer,

- immunizations for tetanus-diphtheria every 10 years; annual flu shot for adults over 65, and

- vision and hearing tests for adults over 65.

## Indemnity Plans

*Network Area*
Indemnity Plan participants in areas that have Managed Care options available will receive certain preventive care benefits for mammograms, sigmoidoscopies, Pap tests and well-child care to age 6, but not routine physical exams.

*Non-Network Area*
If you do not live in an area where a Managed Care option is available, you will receive preventive care benefits under the Indemnity, Comprehensive 150 or Comprehensive 300 plans. You and your spouse or domestic partner will each have up to a $200 benefit (with no deductible applied) every 24 months for physical exams, as well as routine well-child care up to age 16.

Medical Coverage

# Mental Health and Substance Abuse Benefits

## Employee Assistance Plan

NTI/BNR offers a confidential Employee Assistance Plan (EAP) to you and your eligible dependents, even if you don't select Medical coverage. The EAP benefit offers confidential telephone assessment, referral to treatment, if necessary, for up to eight routine outpatient visits (generally not exceeding a weekly 50 minute visit) per calendar year at no charge.

Through EAP services administered by U.S. Behavioral Health (USBH), you can address work and family issues, mental health or substance abuse concerns, or other situations. If you require additional services and have non-HMO medical coverage, USBH will coordinate that care and will require some form of cost-sharing. Refer to the Summary of Mental Health and Substance Abuse Benefits on page 69.

## Managed Mental Health and Substance Abuse Benefits

**If you select coverage under any of the Medical options (including the Indemnity Plan) except an HMO,** you have mental health and substance abuse coverage in addition to the EAP, administered by USBH.

If you or a covered dependent or covered domestic partner require mental health or substance abuse services, you should call USBH. Your situation will be assessed, and you will be referred for treatment to a USBH network provider, if necessary.

Two levels of benefits apply for mental health and substance abuse treatment:

**Highest Benefit Level** — If your care is certified by USBH and provided by a USBH network provider, your benefits will, in most cases, be paid at 100% less the required copayment. The lifetime maximum is for inpatient and outpatient treatment combined and is $40,000.

**Alternate Benefit Level** — If your care is certified by USBH but provided by an out-of-network provider, the Plan coverage (subject to reasonable and customary limits) is as follows:

- for inpatient care — 70% up to a maximum of $400 per day, after a $150 per admission hospital deductible.

- for outpatient treatment — 50% up to a maximum of $70 per visit up to 25 visits per year.

While there are no annual maximums, the combined lifetime maximum for inpatient and outpatient out-of-network care is $15,000 (with a total in-network and out-of-network lifetime benefit of $40,000).

If inpatient treatment or other intensive levels of care are not certified by USBH, a $200 non-compliance penalty will be applied and benefits will be reduced by an additional 10%.

## Mental Health and Substance Abuse Benefits for HMO Participants

If you select coverage through an HMO, mental health and substance abuse benefits will be covered according to the provisions of the HMO.

## More Information

These benefits are described in more detail in the Summary of Health Care Benefits section.

NNI-LTD-00011762

# Chiropractic Benefits

Chiropractic services are covered by all Medical Plan options as follows:

- **HMO or Managed Care EPO**: if you select either of these options, chiropractic services must be referred by your primary care physician for any benefit to be paid.

  Some HMO and Managed Care EPO plans do not have chiropractic benefits. If this benefit is important to you, carefully review the HMO materials, and the Health Care Benefit Summary section of this Workbook.

- **Network Area options**: if you select Managed Care 80/60 or Managed Care 100/80, chiropractic services must be referred by your PCP to receive in-network benefits. If you do not have a referral from your PCP, your eligible chiropractic charges will be covered:
  - at 80% of reasonable and customary charges
  - for up to 24 visits per calendar year
  - up to a maximum benefit of $50 per visit
  - after you meet your out-of-network deductible.

If the chiropractor is not in the network, you will have to file a claim to be reimbursed.

If you select the Indemnity Plan and live in a network area, your eligible chiropractic charges will be covered:
- at 80% of reasonable and customary charges
- after you meet your deductible.

- **Non-Network Area options:** if you select the Indemnity, Comprehensive 150 or 300 options; eligible chiropractic charges will be covered:
  - at 80% of reasonable and customary charges
  - after you meet your deductible.

- **Healthsource:** If you select the Healthsource network, you do not need to be referred to a chiropractor by your PCP. However, to receive in-network benefits, you must see a chiropractor listed in the chiropractic network provider directory available through Member Services.

# If You are Hospitalized When New Coverage Should Take Effect ...

If you or a covered dependent is hospitalized on January 1, that person will continue to be covered under the provisions of your current Medical coverage. When you or your eligible dependent are discharged from the hospital, the new Medical selection will take effect. Other eligible family members will have the new medical coverage effective January 1.



## Organ Transplant Benefits

NTI/BNR has arranged for all FLEX participants who elect Medical coverage under any option, except an HMO, to participate in the Centers of Quality program. As a participant in the program, you, an eligible dependent or domestic partner have access to the finest hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties, etc. The Centers of Quality program covers both the procedure itself, according to the option you select, and transportation to and from the hospital for the patient and one companion. NTI/BNR employees are encouraged to use the Centers of Quality because success rates are proven to be higher in cases when the facilities used are selected by the Centers of Quality. Contact Member Services at the "800" number on your Medical I.D. Card for more information about the Centers of Quality program and participating institutions.

NTI/BNR reserves the right in the future to add a benefit penalty when the Centers of Quality are not utilized.

## Maintenance of Benefits Feature

All Medical Plan options contain an important feature that coordinates benefits available from more than one plan. If both you and your spouse are working, you and members of your family may be covered under both the NTI/BNR plan and your spouse's plan. The Maintenance of Benefits feature coordinates benefits provided under all medical plans so that you can receive up to — but no more than — the amount that would have been covered by the NTI/BNR plan. For example, assume you and your dependents are covered under both NTI/BNR's plan and your spouse's plan and have met your deductible under both plans. If your spouse incurs $500 in doctor bills, your spouse's plan pays first and reimburses, for example, $400, or 80%. The NTI/BNR plan would then determine how much of the original $500 would have been payable. Let's say the NTI/BNR plan would have also paid $400. Therefore, you would not receive any additional reimbursement from the NTI/BNR plan.

The Maintenance of Benefits feature reduces the advantages of double coverage, so you should decide whether you wish to be covered by NTI/BNR or by your spouse's employer. If you select your spouse's medical coverage and that coverage ceases during the year as the result of a qualified change in family status (see page 12), you may return to the NTI/BNR plan of your choice within 60 days of the loss of coverage, with no medical evidence of insurability required. (You'll be required to provide proof of the loss of coverage.)

**NOTE:** The Maintenance of Benefits provision applies in the same way to Dental, Vision, and Hearing Care coverage.



# things to think about

## Is your doctor a member of an HMO or Managed Care Network?

☐ **yes** If you checked *yes*, you could limit your expenses by joining one of these plans without changing doctors. If you checked *no*, consider

☐ **no** whether you want to stay with this doctor and pay more, or change doctors and join a Managed Care Plan or HMO and pay less. In either case, keep in mind that once you enroll in a Medical Plan, you can't change your option until the next enrollment period, unless you move outside the Network Area or have a qualified change in family status.

## Do you or your spouse or domestic partner receive annual physical exams?

☐ **yes** If you checked *yes*, then keep in mind that the only option that doesn't cover annual physicals is the

☐ **no** Indemnity Plan (if you live in a Network Area). If a network is not available, you can take advantage of the preventive care benefit, which provides $200 coverage for physical exams over a 24-month period, regardless of the option you select.

## Is freedom to select any doctor more important to you than cost?

☐ **yes** If you checked *yes*, then the Indemnity option, or the option providing out-of-network coverage, may be the best

☐ **no** choice for you. (Remember, if no networks are available where you live, you have an open choice of providers.) You do have some flexibility to go out of network as part of the Managed Care 80/60 and Managed Care 100/80 options, but you'll receive a lower benefit. Managed Care options allow you to limit your out-of-pocket costs if you stay in the network. And the Managed Care EPO option is generally the most economical option, because you make only small copayments for services. The trade-off is that you're limited to the doctors participating in the EPO (there are no out-of-network benefits, except for approved emergencies).

Remember, regardless of the plan you select (except an HMO), you must access Mental Health and Substance Abuse services through USBH or you'll receive lower benefits.

Medical Coverage

NNI-LTD-00011765

**medical coverage** 26

## things to think about

**Is it important to you to keep your out-of-pocket costs low and predictable?**

☐ **yes** If you checked *yes*, consider the Managed Care EPO option. Generally, the EPO option has the

☐ **no** highest benefits and lowest employee contributions, and covers most care after a small copayment, with no deductible required (there are no out-of-network benefits, except for approved emergency care). The next best choice for keeping out-of-pocket costs low is either the Managed Care 100/80 or Managed Care 80/60 option. You only make small copayments, with no deductible, for most covered services, as long as you seek care within the network.

**Does your spouse or domestic partner have coverage available to you and your family?**

☐ **yes** If you checked *yes*, then compare the two coverages and consider enrolling

☐ **no** in only one. Because NTI/BNR uses Maintenance of Benefits, double coverage may not provide extra benefits and probably will end up unnecessarily costing you more. So add up all your contributions and look at the benefits you'd receive if you had a high claims expense or if your expenses were minimal. Find out if you can even enroll in your spouse or domestic partner's plan at this time.

**Are you familiar with the benefits of having a primary care physician who can help you manage your health care?**

☐ **yes** If you checked *no*, consider that a primary care physician can

☐ **no** "manage" your medical care, either by delivering it personally or by referring you to specialists, as needed. This means that you have one doctor who knows your entire medical history. If this appeals to you, consider the Managed Care options.

## Network Plan Names

You will find that the Worksheet (NTI/BNR) Plan names are slightly different from Provider Directory plan names. Here are the "translations:"

| Worksheet Plan Name | Provider Directory Plan Name |
| --- | --- |
| *NTI/BNR Medical Plan* | *Prudential Network Plan* |
| Managed Care EPO | Prucare HMO |
| Managed Care 100/80 | Prudential Plus or PruCare Plus |
| Managed Care 80/60 | Prudential Plus or PruCare Plus |
| | |
| *NTI/BNR Medical Plan* | *CIGNA Network Plan* |
| Managed Care EPO | CIGNA Exclusive Provider Program |
| Managed Care 100/80 | CIGNA Designated Provider Program |
| Managed Care 80/60 | CIGNA Designated Provider Program |
| CIGNA HMO | CIGNA Exclusive Provider Program |

NNI-LTD-00011766