# Getting the Most Out of Your Managed Care Coverage

When you select Managed Care coverage, your benefit depends on how well you understand and use the network. This section provides you with some basic information about using the network so you can receive the highest benefits possible.

## The *Ins* and *Outs* of Network Coverage

Managed Care programs are centered around networks. A network is a group of physicians, hospitals and other health care providers in a community. The network manager screens and contracts with the physicians and determines which hospitals, pharmacies, and other providers will participate.

## Your Network Choices

When you enroll in Managed Care 80/60 or Managed Care 100/80, you select a primary care physician (PCP). At the time you need medical care, you decide whether to go "in network" and see your PCP or your PCP-referred specialist, or go "out of network" to another physician. When you go "in network," you receive higher benefits and, in most instances, you won't have to file any claim forms. When you go "out of network," you have to pay a deductible and file claim forms before you receive any benefit. Remember, you have a choice each time you need medical services.

If you select the Managed Care EPO option, you must also select a PCP. You receive the highest level of benefits available from the NTI/BNR plan, but you must use network physicians in order to receive any benefit. Physicians listed in the Managed Care 100/80 or Managed Care 80/60 plans may not be available under the EPO option.

## The In-Network Advantage

Here are some in-network *pluses* for you to consider:
- higher levels of reimbursement,
- routine physical examinations and well-baby care benefits,
- no claim forms,
- case management, and
- no charges above reasonable and customary amounts.

## Your Primary Care Physician (PCP) — Your Personal Guide to Health Care

When you use the network, all of your care is provided or coordinated by your primary care physician. He or she will provide most of your care, refer you to a specialist when necessary, and coordinate any hospital services you need.

Because network coverage provides for physical evaluations and well-baby care, your primary care physician gets to know your complete health profile and history, not just your illnesses and injuries.

## Why Managed Care Plans?

Managed Care networks provide significant value to you and to the Company. First, these networks select cost-efficient providers who are willing to provide their services for predetermined rates, saving you and the Company money. Second, one medical professional – the primary care physician (PCP) – coordinates all your care, which saves you time and allows for the monitoring of all your health care.

Medical Coverage

## Selecting your primary care physician.

You select your primary care physician (PCP) from your Network Provider Directory. Your primary care physician can be a family practitioner, general practitioner, internist (for adults), or pediatrician (for children). Each family member can choose a different primary care physician.

If you already have a doctor, refer to the Network Provider Directory to determine if he or she is a primary care physician in your network. If your doctor is in the network, you can select that doctor to be your primary care physician when you enroll. If your physician is not part of the network, you will need to select a PCP from the Network Provider Directory in order to receive higher in-network benefits. Remember, EPO physicians may differ from physicians listed for Managed Care 100/80 or Managed Care 80/60 plans.

## To find out more.

If you want to find out more about any primary care physician listed, call Member Services. The number is listed in your Network Provider Directory. For example, if you've made a list of potential doctors, Member Services can tell you the medical school each attended and the hospital of residency, the year each doctor graduated, whether weekend or evening hours are available and at which hospitals the doctor has admitting privileges.

## Changing your PCP.

You can change your primary care physician at any time if you wish. Just call Member Services, who will notify your newly selected primary care physician and send you a new medical ID card. You may also have your medical records transferred to your new doctor.

## If your PCP leaves the network.

From year to year, some doctors will be added to the network and some doctors will leave. Physicians may leave the network for many reasons, including relocation to another area or association with a medical group that is not part of the network.

If your primary care physician leaves the network, the network manager will notify you and ask you to select another PCP. You should choose a new doctor from the Network Provider Directory, and then call Member Services with your new doctor's name. The network manager will send you a new Medical ID Card and notify your new primary care physician.

### If You Don't See Your PCP

With Network coverage (except EPO), you *always* have the flexibility to use any medical provider, in or out of the network, and be reimbursed for covered services.

If you go out-of-network for care without your PCP's referral:

- You may pay a higher percentage of eligible charges after you meet an annual deductible.
- You will have to pay any amounts your physician may charge that are above reasonable and customary limits.
- You are responsible for obtaining hospital precertification, or you will pay a 20% benefit penalty.
- You must file claim forms for all benefit payments.
- Physicals are not covered out of network.

### Referral to Specialists

When you coordinate medical care through your primary care physician, you make only your office visit copayment for specialist services, and the plan pays the rest. If you're treated without seeing your primary care physician first, even if the specialist is a network provider, the out-of-network benefit level will apply.

A referral from your PCP *is not necessary* for mental health/substance abuse treatment (this must be coordinated by the EAP).

### If You Are Hospitalized

If you need to be hospitalized, your primary care physician or referred specialist will arrange for your admission to a network hospital. If you need care that cannot be provided by an in-network hospital, you will be referred to an out-of-network hospital, but you will receive in-network benefits.

When you receive in-network care, the plan covers 100% or 80%, depending on the option you selected, of your hospital costs (a co-payment and possible deductible apply; see the Health Care Benefit Summary section for more information).

If you're admitted to any hospital (including a network hospital) without your primary care physician or referred specialist coordinating your admission, you will pay a hospital admission payment, if applicable, and your annual out-of-network deductible before benefits begin. In addition, you must precertify out-of-network hospital stays or you will pay an additional 20% of the charges.

### Emergencies

*Life-Threatening*
In a life-threatening emergency, seek medical care as quickly as possible. Then, contact your primary care physician within 48 hours so he or she can coordinate your care.

A life-threatening emergency is defined as a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple injuries, or serious burns.

*Urgent Medical Problems*
If you are within the service area, and you experience an urgent medical problem that is serious but not life-threatening, you may need to call your primary care physician before you seek medical care. Call Member Services for more information about this requirement.

## Getting the Network Benefit from Your OB/GYN

How a referral to an OB/GYN works depends largely on the network to which you belong. In general, it's handled like this:

- If you are in the CIGNA network, an OB/GYN is considered a specialist. Women may self-refer to an OB/GYN once per year for an annual examination and tests. Any additional services must be referred by the primary care physician for in-network benefits to be paid.

- If you are in the Healthsource or Prudential network, women may self-refer to an in-network OB/GYN when needed and in-network benefits will be payable. However, women must select a primary care physician and should use their PCP for non-gynecological services.

There are a few exceptions in the Prudential networks:

- Prudential Managed Care EPOs in Austin, Texas, Baltimore/Washington D.C., and Oklahoma City require a PCP referral for any OB/GYN visit.

- Prudential Managed Care 80/60 and Managed Care 100/80 options in Chicago, Illinois and Tulsa, Oklahoma also require a PCP referral for any OB/GYN visit.

Medical Coverage

NNI-LTD-00011769

### When You are Traveling

For life-threatening emergency treatment, you should follow the emergency procedures described on page 29.

For urgent care, you should call your primary care physician or Member Services to discuss treatment. If he or she recommends that you be treated where you are, your expenses will be paid at the in-network level. If you can't contact your primary care physician when you need urgent care, get the treatment you think you need. Then call your primary care physician within 48 hours. You'll still receive in-network benefits.

If your provider is Prudential, you are encouraged to call the National Service Hotline to make arrangements to be seen by a provider in the network. See your brochure for further information, if applicable.

### Your Medical ID Card

Your Medical ID Card is more than just a reminder that you have medical coverage. Your PCP's name and your copayment amount is printed on your card for easy reference when you need care. You'll need to show your card when you go in-network for care so your physician will know how much your copayment is. There are also important telephone numbers printed on the card for emergencies and precertification. Be sure to keep your Medical ID Card with you at all times — it's your ticket to higher network benefits.

## About Emergency Care...

**To qualify as an emergency, the care must be provided within 24 hours of an accidental injury or the onset of a sudden or serious illness.** Remember, emergency rooms should only be used for emergencies.

Services rendered in emergency rooms or other non-participating offices or clinics may be subject to retrospective review by your provider who will determine whether the services were related to symptoms that could have been viewed as an urgent medical problem when you received care. Be sure to refer to your Provider Directory for further information.

## Selection of Network Physicians

PCPs and specialists in the network must meet strict eligibility standards before they can be admitted. Some of the considerations are:
- graduation from an accredited medical school,
- completion of an approved residency program,
- board certification or board eligible in specialty (internal medicine, cardiology, etc.),
- admitting privileges to a network hospital,
- appropriate treatment history, and
- state licensing.

### Member Services

Member Services is a critical link between you and the network. It is a customer service line answered by trained representatives. You can call Member Services to:

- change your PCP,
- learn about network providers,
- check on plan features and procedures,
- arrange in-network care if you're away from home,
- get a new Network Provider Directory, and
- register comments or complaints about network providers or services.

# Dental, Vision and Hearing Care Coverage

NNI-LTD-00011771

# Dental, Vision and Hearing Care Coverage



**Your FLEX Benefits include three Dental, Vision and Hearing Care options. As with Medical, you can choose coverage for:**

▲ **you only,**

■ **you and your child(ren),**

● **you and your spouse or domestic partner, or**

▲ **you and your spouse or domestic partner and your child(ren).**

You may instead decline Dental, Vision and Hearing Care coverage altogether.

You select these benefits as a package, so select the option that best meets all your needs. If you choose no coverage or select the Basic Plan, you may change your option at annual enrollment, or at any time you have a qualified change in family status (see page 12). **If you select the Premium or Comprehensive option, you must participate in that option for at least two plan years before you may move to another option, even if you have a qualified change in family status.**

See the chart on page 34 for a summary of your Dental, Vision and Hearing Care options.

# Dental, Vision and Hearing Care Options

| | Option 1<br>Premium Plan | Option 2<br>Comprehensive Plan | Option 3<br>Basic Plan |
|---|---|---|---|
| **Dental Care**<br>**Reimbursement Level**[1]<br>Preventive and Diagnostic Dental Services | 80% | 100% | 80% |
| Minor Dental Periodontic and Endodontic Services | 80% | 80% | 80% |
| Major Dental Services | 80% | 50% | Not covered |
| Orthodontic Services | 50% | 50% | Not covered |
| Annual Maximum (excluding orthodontia) | $1,500/person | $1,500/person | $500/person |
| Lifetime Orthodontia Maximum | $1,500/person | $2,500/person | N/A |
| **Vision Care**<br>Reimbursement Level | 80% | 100% | 80% |
| Vision Care Maximum[2] | $200/person every 2 years excluding exam | $250/person every 2 years excluding exam | $100/person every 2 years excluding exam |
| Eye Exam | Every calendar year | Every calendar year | Every calendar year |
| **Hearing Care**<br>Reimbursement Level | 80% | 80% | 80% |
| Hearing Care Maximum[3] | $300/person every 2 years | $500/person every 2 years | $250/person every 2 years |

1 Dental reimbursement levels are based on reasonable and customary charges.

2 The Vision Care maximum applies to frames and lenses (including contacts). The 2-year accumulation period runs on a calendar year basis and resets at the beginning of even-numbered years, regardless of when you enroll.

3 The Hearing Care maximum's 2-year accumulation period is 24 consecutive months from the date of initial usage.

NNI-LTD-00011773

# Eligible Expenses

The dental coverage includes benefits for the following types of services:

- **Preventive**, including routine exams, cleanings and x-rays twice a year. This category also includes fluoride treatments for covered dependents under age 18 twice a year.

- **Minor**, including fillings, extractions, periodontal, root canal therapy and treatment of gums.

- **Major**, including crowns, inlays, dentures and bridges.

- **Orthodontia**, including braces and related expenses.

## Dental Plan Options

| Option 0 | Option 1 |
|---|---|
| No coverage | Premium Plan |

| Option 2 | Option 3 |
|---|---|
| Comprehensive Plan | Basic Plan |

### A Word About the Lock-In Period

When you're choosing your Dental, Vision and Hearing Care coverage, keep in mind that you must participate in the Premium or Comprehensive options for two consecutive enrollment periods. This rule also applies if you have a qualified family status change. For example, if you had enrolled yourself in the Premium plan and you marry, you may enroll your spouse; however, you (and your spouse) must stay in the Premium option until the lock-in period is over.



Dental, Vision and Hearing Care Coverage

## things to think about

**Does your spouse or domestic partner have coverage available to you and your family?**

☐ yes  If you checked *yes*, then compare your options and don't unnecessarily buy both coverages. (Remember, duplicate payments are not paid because of the Maintenance of Benefits provision.)
☐ no

**Do you anticipate needing orthodontia or major dental services?**

☐ yes  If you checked *yes*, then you should choose between the Premium and Comprehensive options. (But remember, you must keep that coverage for two consecutive plan years.) If you checked *no*, then Basic coverage may meet your needs.
☐ no

**Do you anticipate needing to purchase glasses or contact lenses in the next year?**

☐ yes  If you checked *yes*, then consider how much your frames or lenses will cost, in addition to fees for your eye exam. The Comprehensive option has the highest two-year maximum per person at $250, with the Premium option next, at $200.
☐ no

**Do you suffer from hearing loss or wear a hearing aid?**

☐ yes  The hearing care benefit pays 80% of hearing exams, and hearing aids, up to a maximum benefit amount every two-years. The highest two-year maximum per person is $500 in the Comprehensive option.
☐ no

NNI-LTD-00011775

# Life Insurance Coverage







NNI-LTD-00011776

# Life Insurance Coverage ■ ● ▶

In addition to the one times FLEX Earnings Employee Life/AD&D Insurance you receive as part of Core Benefits, your FLEX Benefits include:

■ Optional Employee Life Insurance, and

▲ Optional Dependent Life Insurance.

## Employee Life Insurance

You receive Employee Life Insurance coverage as a Core Benefit at no cost to you in the amount of one times your annual FLEX Earnings. You may select additional coverage for yourself equal to one to five times your annual FLEX Earnings, for total coverage of up to six times FLEX Earnings. The cost will be based on your age on December 31 for the plan year and on whether or not you smoke.

### Employee Life Insurance Options

**Option 0** – Core Coverage
**Option 1** – 1 x FLEX Earnings
**Option 2** – 2 x FLEX Earnings
**Option 3** – 3 x FLEX Earnings
**Option 4*** – 4 x FLEX Earnings
**Option 5*** – 5 x FLEX Earnings

*Requires evidence of insurability.

## Dependent Life Insurance

You can also select Life Insurance coverage for your spouse or any number of eligible dependent children. This coverage is available in the following amounts:

### Dependent Life Insurance – Spouse

**Option 0** – No coverage
**Option 1** – $10,000
**Option 2** – $25,000
**Option 3*** – $50,000

### Dependent Life Insurance – Children

**Option 0** – No coverage
**Option 1** – $10,000 per child (age six months to 19; 25 if a full-time student) A child will be insured for $1,000 from age 14 days to six months.

NNI-LTD-00011777

# Evidence of Insurability

In general, you'll need to provide acceptable evidence of insurability if you select Optional Employee Life Insurance that's higher than your current coverage.

If you select Spouse's Life Insurance of $50,000, you'll have to provide evidence of insurability for your spouse.

If necessary, a form to provide evidence of insurability will be included with your Confirmation Statement. This form asks some medical history questions. It's important that you fully and accurately complete this form to prevent the possibility of a claim being denied in the future. Depending on the information you provide, you or your spouse, as applicable, may have to have a physical examination or laboratory work before your coverage is approved.

You may have to pay for your physical examination and then submit a claim form for reimbursement, if eligible. Contact Member Services for more information. Any charges for physicians completing paperwork will be at your own expense.

In any case, your evidence of insurability must be approved before the coverage you select goes into effect. In the meantime, you'll be insured at your current coverage level until approval is given for higher coverage. If not approved, your coverage will continue at the current level. New coverage begins on the date of approval.

You will not be required to provide evidence of insurability for your children.

If you have a qualified change in family status (e.g., marriage, birth or adoption), you may increase your coverage by one level (to a maximum of four times FLEX Earnings) without evidence of insurability. Evidence of insurability is required for increases to five times FLEX Earnings, whether or not you have a qualified change in family status.

# Naming Your Beneficiary

The beneficiary(ies) you currently have on file will remain in effect until you file a new form. Contact the HR Info Center to obtain a beneficiary form only if you are enrolling for the first time or if you wish to change a beneficiary.

## If You Smoke...

There's no denying the toll smoking takes on your health. Because NTI/BNR wants to promote a healthy lifestyle among its employees, and because the link between smoking and higher benefit costs has been so well-established, non-smokers pay a lower rate for Optional Employee Life Insurance than smokers. You are eligible for discounted non-smoker rates only if you have not smoked a cigarette or used any tobacco products for 12 continuous months. Once you complete 12 months smoke free, you'll be eligible for the non-smoker rates during the next enrollment period.

## Determining Your Benefit Amount

Your Core Employee Life Insurance is one times your FLEX Earnings, rounded to the next highest $1,000. To determine your Optional Employee Life Insurance amount, first multiply your FLEX Earnings by the option you've selected. If the result is not an even multiple of $1,000, then round it to the next $1,000. Here's an example, using FLEX Earnings of $21,300:

| Multiple | | Benefit Amount |
|---|---|---|
| 1 x FLEX Earnings = | $21,300 | $22,000 |
| 2 x FLEX Earnings = | $42,600 | $43,000 |
| 3 x FLEX Earnings = | $63,900 | $64,000 |
| 4 x FLEX Earnings = | $85,200 | $86,000 |
| 5 x FLEX Earnings = | $106,500 | $107,000 |