# things to think about

**Do you have life insurance from another source?**

☐ yes ☐ no

This is an important factor in determining how much additional coverage you should select, if any.

**Have you reviewed the Life Insurance Checklist on page 44?**

☐ yes ☐ no

Be sure you do. It can help you figure out what your life insurance needs really are.

**Do you have other sources of income for the future, dependents who need financial help if something should happen to you or debts that might become someone else's responsibility if you should die?**

☐ yes ☐ no

Keep these factors in mind when you're determining how much your beneficiaries would need in the event of your death.

**Do you smoke tobacco products?**

☐ yes ☐ no

Remember, there are different rates for smokers and non-smokers. If you're a smoker, you may want to quit now so that you can take advantage of the lower non-smoker rates in the future.

## Tax Tips

**Keep in mind that contributions for any additional Employee Life Insurance and Dependent Life Insurance that you select are made with after-tax dollars. That's because there's no tax exclusion for the cost of these benefits. Also, the cost of company-paid coverage over $50,000 will be added to your gross earnings as taxable income.**





# Life Insurance Checklist

Determining how much life insurance is really enough to secure your family's financial future can be a complicated matter. Some use a general rule of thumb – say, four to six times your annual earnings. But others would argue that there is no set way to accurately gauge how much is really enough for you.

Careful planning is the key. By determining what your family's needs are now or might be in the future, you can more accurately assess how much life insurance you'll need to guarantee them a secure lifestyle.

There are several factors you need to consider when determining how much life insurance is enough for you and your loved ones:

☐ **Monthly Income**

Your family probably relies, in whole or in part, on your income to cover monthly expenses such as food, clothing and household expenses. This need is most critical to a family's survival, and it is usually where the loss of your income is felt the most.

☐ **Present Life Insurance**

You'll need to consider how much life insurance you currently have from all sources, both in and outside of the Company.

☐ **Shelter**

It's probably important to you that your children remain in a familiar school with teachers and friends they know, if something happens to you. You may want to provide enough funds to meet mortgage or rent payments for several years, or even to pay off the mortgage.

☐ **Emergencies**

Your family may need funds to cover unexpected emergencies, such as accidents, home repairs and other unanticipated expenses that can upset a family's finances.

☐ **Education**

Providing for a child's college education is a concern of many parents. You may want to provide funds to ensure their education if you're not around.

☐ **Last Expenses**

Your family will encounter funeral and possibly medical bills upon your death. They may also incur estate tax obligations and debts that need to be paid, often within nine months of death.

# Disability Coverage

NNI-LTD-00011781

# Disability Coverage





## In addition to the Short-Term Disability and Long-Term Disability coverage provided to you by the Company as part of your Core Benefits, your FLEX Benefits give you the option to select additional coverage in these areas.

### Short-Term Disability (STD)

Your Core Short-Term Disability Benefit provides you a benefit beginning the sixth day that you are absent from work due to a qualified illness. You receive 100% of your FLEX Earnings for up to six weeks, followed by 70% of your FLEX Earnings for up to the next 20 weeks. You may select additional coverage that will raise your benefit from 70% of FLEX Earnings to 90% of FLEX Earnings. Alternatively, you may select no additional coverage. STD benefits are reduced by any Social Security or Workers Compensation payments for which you are eligible.

| Short-Term Disability Options | |
|---|---|
| **Option 0** | **Option 1** |
| No additional coverage | 90% of FLEX Earnings |

| Long-Term Disability Options | |
|---|---|
| **Option 0** | **Option 1** |
| No additional coverage | 70% of FLEX Earnings |

### Long-Term Disability (LTD)

As part of your Core Benefits, you receive LTD coverage in the amount of 50% of FLEX Earnings. Benefits begin when you've been totally disabled for 26 weeks. You may select supplemental LTD coverage that brings your benefit up to 70% of FLEX Earnings. Alternatively, you may select no additional coverage. Newly-hired employees will not be covered for twelve months after coverage is effective for any disability caused by a condition existing within the 90-day period before coverage is effective. LTD benefits are reduced by any family Social Security and Workers Compensation payments for which you are eligible. A cost of living adjustment applies to the Core and supplemental plans that increases your total LTD benefit by 60% of the annual Consumer Price Index increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the Consumer Price Index increases by 4%, your benefit will increase 2.4% to $2,048.

# things to think about

**If you become temporarily disabled and unable to work, do you have other sources of income to support you and your family until you recover?**

☐ yes ☐ no

When you select additional Short-Term Disability coverage, your level of benefit is raised from 70% of FLEX Earnings (Core Benefit) to 90% of FLEX Earnings for up to 20 weeks. Think about your family's needs, whether that extra 20% could make an important difference, and whether the cost is worth the benefit.

**If you become permanently disabled and unable to work, do you have any other sources of income to support you and your family?**

☐ yes ☐ no

This is important to keep in mind when determining how much income replacement you'll need. You receive 50% of FLEX Earnings as your Core LTD Benefit. Purchasing additional coverage brings your LTD benefit up to 70% of FLEX Earnings.

**Do you have dependents who would need financial support if you were totally disabled and unable to work for an extended period?**

☐ yes ☐ no

Remember, you decide how much of your income you want the LTD plan to replace (50% or 70%). This is a particularly important decision if you're the sole financial support for your family.

## Special Notice to Employees Currently on STD

If you are on Short Term Disability at the start of the new plan year, you should note the following special provisions:

- You will receive FLEX Credits and may select any available FLEX Benefits.
- You will continue to receive disability benefits under your current plan selections. Should you become eligible for Long-Term Disability, your benefits would be paid under the provisions of your current LTD plan selection. Once you return to work for two weeks, any deductions will be taken and benefit coverage will be provided under your new STD and LTD FLEX selections.

## Tax Tips

Contributions for Short-Term Disability and Long-Term Disability coverage are made with before-tax dollars. While any benefits you would receive would be taxable, it's more advantageous to you now to pay your contributions on a before-tax basis.

# Reimbursement Accounts



# Reimbursement Accounts

## The Reimbursement Accounts give you the opportunity to save taxes by paying for certain health-related and dependent care expenses with before-tax dollars.

## Here's how they work:

flex

During the enrollment period, you can designate a certain number of before-tax dollars, or excess FLEX Credits to the Health Care Reimbursement Account or the Dependent Day Care Reimbursement Account. You can participate in one or both, but you can't transfer money between the accounts. Then, over the year, you'll be reimbursed for eligible expenses from money out of your account. Because the reimbursement is not taxable, you save on taxes.

### Health Care Reimbursement Account

Minimum: $120 annually
Maximum:$5,200 annually

### Dependent Care Reimbursement Account

Minimum: $120 annually
Maximum:$5,000 annually

## Eligible Expenses

In brief, reimbursable expenses for the accounts are those the IRS considers tax-deductible for federal income tax purposes. For the Health Care account, eligible expenses include medical, dental and vision deductibles and copayments (if applicable). Expenses that cannot be reimbursed from your Health Care account include elective cosmetic surgery, health club memberships, your insurance premiums and premiums under your spouse's insurance.

You may use your Dependent Care Reimbursement Account to pay for day care expenses for an eligible dependent that allow you (and your spouse, if married) to go to work, including babysitters inside or outside the home and day care centers. Keep in mind that you will have to report the day care provider's tax ID or Social Security number on your Dependent Care claim form and your federal income tax return.

For a more complete list of reimbursable expenses for the accounts, contact your tax advisor or the IRS. If you are uncertain if an expense can be reimbursed, call CIGNA at 1-800-242-2269.

### An Important Reminder

You must use the funds in your account to reimburse yourself for eligible expenses incurred through the end of the year. According to IRS regulations, any funds remaining in your account at the end of the calendar year will be forfeited if claims are not submitted for payment by March 31 of the next year.

This rule is known as "use-it-or-lose-it," and it means you need to plan carefully. Only use the Reimbursement Accounts for expenses you can plan throughout the year. Look at the following pages to help you figure out your annual Health Care and Dependent Care expenses.

### Save Taxes With a Reimbursement Account

Normally when you want to purchase an item, you pay for it with money from your paycheck (money that's been taxed). But here's how a Reimbursement Account can save you money:

If you pay $150 for day care expenses for your child on an after-tax basis, and you're in a 25% tax bracket, you'd have to earn $200 to pay for the expense. If you're participating in the Dependent Care Reimbursement Account, the $150 for day care costs you $150 because you use before-tax dollars.

**Tax Note**

Please keep in mind that any expenses reimbursed under a Reimbursement Account cannot be taken as a deduction on your income tax. You may use either the tax credit or Reimbursement Account for an expense, but not both. You may want to check with a tax advisor to make sure you choose the tax option that's best for you.

## Claims Procedures

The minimum claim is $50. Claim forms are available from the HR Info Center. You must attach your original receipts or reimbursement statements showing any portion of an eligible expense for which you have not been reimbursed.

For the Health Care account, you will be reimbursed on a monthly basis, up to the annual amount you've elected to contribute, less previous claims. Dependent Care expenses will be reimbursed twice monthly, up to your current account balance.

You must submit claims for any expenses incurred during the plan year by no later than March 31 of the following year. Otherwise, the claims will not be reimbursed by the plan.

# Health Care Reimbursement Account Estimator Worksheet

## Estimate the expenses you'll incur next year:

| | |
|---|---|
| Unreimbursed medical, dental, vision, hearing deductibles and copayments | $ ______________ |
| Unreimbursed orthodontia expenses | $ ______________ |
| Other allowable IRS expenses | $ ______________ |
| TOTAL | $ ______________ |

# Dependent Care Reimbursement Account Estimator

### Eligible Dependents

- Your dependent child under age 13 whom you may claim on your federal income tax return.
- Your dependent who is mentally or physically incapable of self-care.
- Your spouse who is mentally or physically incapable of self-care.

Disabled dependents or spouses must spend eight hours each day in your home in order for care outside of the home to be covered.

### Eligible Expenses

- Dependent care provided in your home by a qualified caretaker, including wages and meals for the provider.
- Day care, day camp, nursery school, elder care or other outside dependent/child care services.

Generally, eligible child care costs include only those for the actual care of your child, not costs for education, supplies, or meals — unless those costs can't be separated.

### Expenses NOT Eligible

- Dependent care provided by your spouse, your children under age 19, or any other dependent.
- Dependent care obtained for reasons not related to work.
- Expenses for overnight camp.
- Dependent care expenses incurred if your spouse doesn't work, unless your spouse is a full-time student or disabled.
- Any expenses you plan to take as a dependent care tax credit on your income tax return.

**Keep in mind that you cannot change your contribution amount just because your child begins school.**

# Enrollment Basics





# Enrollment Basics

## If You Work Outside North America *or* Were Hired Outside an Enrollment Period ...

During certain times of the year, or if you work outside North America, you won't be able to use the Telephone Enrollment System to make your FLEX Benefit selections. Just complete the Personalized Telephone Enrollment Worksheet in your Enrollment Kit and return it as instructed. Please contact the HR Info Center if you have any questions.

After you've decided which benefits are best for you, you're ready to enroll. **Remember, you only need to enroll if :**

- you want to change your existing choices,
- you want to participate in a Reimbursement Account or
- you need to identify yourself as a smoker.

Enrolling in FLEX is easy. Just follow these five steps:

### 1 Complete your Personalized Telephone Enrollment Worksheet.

The Worksheet in your Enrollment Kit shows your per pay period FLEX Credits (as described on page 11), the options you can choose, and the per pay period price for each option. Make your benefit selections and mark them on the Worksheet for easy reference during your enrollment phone call.

### 2 Call the Telephone Enrollment System.

With your completed Worksheet in hand, call the toll-free number. When you call, you'll be asked to enter your Access Code, your Enrollment Identification Number





and your Social Security Number. These numbers are listed on your Personalized Telephone Enrollment Worksheet. It pays to call the phone system **as early as you can during the enrollment period or during the evening**. If you do, you'll most likely avoid busy signals or delays.

Not only is enrolling by phone convenient and easy, but it also helps reduce the chance of error in recording benefit choices. The system uses a recorded voice that guides you through the enrollment process. When you're asked to respond, use the keys on the push-button telephone key pad. You can't use a rotary dial phone or a pulse line (one that clicks instead of beeps). **If you don't have access to a touch-tone phone or if a disability prevents you from using the telephone enrollment system**, call the HR Info Center at 1-800-676-4636 or ESN 255-4636 for assistance in enrolling.

### Record your selections.

Once you reach the Telephone Enrollment System, follow the instructions given by the recorded voice and use the buttons on your phone to indicate your benefit selections. Your selections will **not** be saved until the end of the call. **Be sure to stay on the line until the recorded voice asks if you wish to save your selections.** The recorded voice will then give you confirmation that your enrollment is complete.

### If necessary, call back to review your selections or make changes.

Any time during the enrollment period, you may call back to review your selections or make changes. The last selections you record before the enrollment period ends will be reflected on your Confirmation Statement.

### Return your Physician Selection/Change, Dependent Data Form.

Review the Physician Selection/Change, Dependent Data form in your enrollment package. Make necessary changes and return it to the HR Info Center. It's imperative that your dependent information be accurate **even if you don't select family medical or dental coverage**. If no changes are necessary, you don't need to return the form. However, if you need to choose or change your physician for a Managed Care or HMO Medical Plan, your enrollment will not be complete until this form is returned and approved.

### Review your Confirmation Statement.

A Confirmation Statement confirming your selections will be mailed to your home. Review both sides of the Statement carefully to make sure it accurately reflects your benefit choices and payroll deductions, if any. Some benefit options require you to complete evidence of insurability forms, which will be included with your Confirmation Statement.

If your Confirmation Statement accurately reflects your selections, simply keep it for your records. If you have any corrections to your Confirmation Statement, call the HR Info Center before the deadline on the Confirmation Statement to make these corrections and a new Confirmation Statement will be sent to you.

## If You Don't Enroll...

If you don't call the Telephone Enrollment System to make a change, you'll keep your previous year's coverage, except that you won't be able to participate in a Reimbursement Account. You'll receive any excess FLEX Credits as taxable pay (remember, if you've never enrolled in the plan and are receiving default coverage, you won't have any FLEX Credits until you enroll). If you smoke, **it's your responsibility to identify yourself as a smoker** by calling the Telephone Enrollment System.

If you've never enrolled and don't enroll, you'll receive the following default coverage:

- Core Medical coverage for employee only (Network Area: Managed Care 80/60 or Non-Network Area: Comprehensive 300),
- Core Employee Life Insurance (one times annual FLEX Earnings)
- Core Employee AD&D Insurance (one times annual FLEX Earnings)
- Business Travel Accident (2 times FLEX Earnings, full-time employees, and $50,000, part-time employees)
- Core Short-Term Disability coverage (100% and 70% of FLEX Earnings), and
- Core Long-Term Disability coverage (50% of FLEX Earnings).

Default coverage does not include FLEX Credits (as described on page 11).