# And Now...
# It's Your Call

Once you've reviewed this Workbook and your Personalized Telephone Enrollment Worksheet, it's time to make your call (and your choices) for next year.

You should only call the Telephone Enrollment System if you want to change your choices, participate in a Reimbursement Account or identify yourself as a smoker. If you want to keep your current choices (and you don't participate in a Reimbursement Account, nor are a smoker), you don't need to call.

If you do need to enroll, you must call the Telephone Enrollment System during the enrollment period. If you will be on vacation during this time period, call the HR Info Center for enrollment instructions. Your selections will be effective January 1 following the enrollment period.

Finally, if you have any questions about your benefit options, contact the HR Info Center at 800-676-4636. Refer to your highlights material for specific hours the HR Info Center will be open for calls during the enrollment period.

## Helpful Telephone Tips

Here are some helpful hints that can speed your enrollment call:

- You don't have to listen to all the options within one benefit plan. When the recorded voice lists the option you plan to select, followed by instructions to press a certain number on your phone's key pad, you may press the button immediately.

- If you make a mistake, don't hang up. You'll have a chance to change any selection before the end of the phone call. If you hit an invalid key, the system will ask you to re-enter your selection. Once you've made all your benefit selections, the system will review your choices and give you an opportunity to make changes before asking you to finalize your selections.

- If you change your mind after you've entered your selections, you may call again and make different selections — **as long as you do so on or before the last day of the enrollment period.** The last call you make before the enrollment deadline will be considered FINAL, and those selections will override any previous selections. Remember, call early and avoid busy signals.

Enrollment Basics

This Workbook provides a summary of some of NTI/BNR's benefit plans. It does not supersede the plan documents, which, in the event of a conflict, will always govern. While the Company hopes to continue the benefit plans described in this Workbook, it reserves the right to change, amend, reduce, or even terminate any of the plans described in this Workbook at any time without prior notice to, or consent by, employees. This Workbook does not constitute a contract of employment between NTI/BNR and any employee.

# Summary of Health Care Benefits







NNI-LTD-00011794

## Summary of Medical Benefits and Coverage – Network Area Locations

### NTI/BNR

| Benefit Description | Indemnity Plan – Indemnity | Managed Care 80/60 Plan In-Network | Managed Care 80/60 Plan Out-Of-Network | Managed Care 100/80 Plan In-Network | Managed Care 100/80 Plan Out-Of-Network | Managed Care EPO Plan* In-Network | Managed Care EPO Plan* Out-Of-Network |
|---|---|---|---|---|---|---|---|
| Inpatient Hospital Services: Semi-private Room & Board, Operating & Recovery Room, Lab & X-Ray, Drugs, Medications, Hemodialysis, Radiation & Chemotherapy, Rehab Services | 100% coinsurance[1,5] | 80% coinsurance | 60% coinsurance[1,2,5,8] | $150 deductible per admission; 100% coinsurance | $300 deductible per admission; 80% coinsurance[1,5,2] | $100 deductible per admission; 100% coinsurance | No benefit |
| Inpatient Physician Services | 100% coinsurance[5] | 80% coinsurance | 60% coinsurance[2,5,8] | 100% coinsurance | 80% coinsurance[2,5] | 100% coinsurance | No benefit |
| Inpatient Surgeon's Services | 100% coinsurance[2,5] | 80% coinsurance | 60% coinsurance[2,5,8] | 100% coinsurance | 80% coinsurance[2,5] | 100% coinsurance | No benefit |
| Primary Care Physician Services: Preventive Care, Well-Child Care, Routine Immunization & Injections, Vision & Hearing Screening (as part of PCP exam), Annual OB/GYN Exam, Sigmoidoscopy | 100% coinsurance (vision and hearing excluded)[6] | $15 copay per visit; 100% coinsurance | No benefit | $15 copay per visit; 100% coinsurance | No benefit | $10 copay per visit; 100% coinsurance | No benefit |
| Primary Care Physician Services: Adult Medical Care, Child Medical Care | 80% coinsurance[8] | $15 copay per visit; 100% coinsurance | 60% coinsurance[2,8] | $15 copay per visit; 100% coinsurance | 80% coinsurance[2,8] | $10 copay per visit; 100% coinsurance | No benefit |
| Specialty Physician Services: Office Visits, Referral Physician Services, Second Surgical Opinion, Pre- & Post-Natal Exam, Allergy Testing & Treatment | 80% coinsurance[8] | $15 copay per visit; 100% coinsurance | 60% coinsurance[2,8] | $15 copay per visit; 100% coinsurance | 80% coinsurance[2,8] | $10 copay per visit; 100% coinsurance | No benefit |
| Outpatient Surgical Charges Operating & Recovery Room Presurgical testing | 100% coinsurance[5] | 80% coinsurance | 60% coinsurance[2,5,8] | 100% coinsurance | 80% coinsurance[2,5,8] | 100% coinsurance | No benefit |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

* Local Prudential EPO plans may vary. To determine if network differences exist in your area, please review the "Prudential EPO Local Health Plan Differences" chart which is located after this summary of Medical Benefits and Coverage descriptions.

Network Area Locations

NNI-LTD-00011795

## Summaries of Medical Benefits and Coverage — Network Area Locations

| Benefit Description | Indemnity Plan – Indemnity | Managed Care EPO Plan – In-Network | Managed Care EPO Plan – Out-Of-Network | Managed Care POS Plan – In-Network | Managed Care POS Plan – Out-Of-Network | Managed Care EPO Plan – In-Network | Managed Care EPO Plan – Out-Of-Network |
|---|---|---|---|---|---|---|---|
| **Outpatient Treatments** Hemodialysis, Radiation & Chemotherapy | 80% coinsurance[3] | 80% coinsurance | 80% coinsurance[3] | 100% coinsurance | 80% coinsurance[3] | 100% coinsurance | No benefit |
| **Outpatient Services** (includes anesthesiologist, pathology interpretations, etc.) | 100% coinsurance[3] | 80% coinsurance | 80% coinsurance[3,8] | 100% coinsurance | 80% coinsurance[3,8] | 100% coinsurance | No benefit |
| **Outpatient Surgeon's Services** | 100% coinsurance[3] | 80% coinsurance | 80% coinsurance[3,8] | 100% coinsurance | 80% coinsurance[3,8] | 100% coinsurance | No benefit |
| **Outpatient X-Ray & Lab** | 80% coinsurance[3] | 80% coinsurance | 80% coinsurance[3] | 100% coinsurance | 80% coinsurance[3] | 100% coinsurance | No benefit |
| **Emergency Care — Doctor's Office** | 80% coinsurance[3] | $15 copay per visit, 100% coinsurance | 80% coinsurance[3] | $15 copay per visit, 100% coinsurance | 80% coinsurance[3,8] | $10 copay per visit, 100% coinsurance | Paid at in-network benefit level for approved emergency[3,8] |
| **Emergency Care — Hospital Emergency Room Accident/Illness** | 100% up to $300 then 80%[8] $50 copay after $25 copay[3] | $50 copay (waived if admitted), 80% coinsurance | 80% coinsurance[3] | $50 copay (waived if admitted), 100% coinsurance | 80% coinsurance[3] | $50 copay (waived if admitted), 100% coinsurance | Paid at in-network benefit level for approved emergency[3,8] |
| **Emergency Care — Ambulance** | 100% if hospital ambulance, or $25 base benefit, remainder at 80%[3] | 80% coinsurance | 80% coinsurance[3] | 100% coinsurance | 80% coinsurance[3] | 100% coinsurance | Paid at in-network benefit level for approved emergency[3,8] |
| **Outpatient Short Term Rehabilitation** | 80% coinsurance[3] | $15 copay per visit, 80% coinsurance limited to 60 consecutive days per condition[4] | 80% coinsurance limited to 60 consecutive days per condition[3,4] | $15 copay per visit, 100% coinsurance limited to 60 consecutive days per condition[4] | 80% coinsurance limited to 60 consecutive days per condition[4] | $15 copay per visit, 100% coinsurance limited to 60 consecutive days per condition | No benefit |
| **Home Health Care** | 100% coinsurance limited to 100 visits per contract year up to a maximum of $50 per visit | 80% coinsurance limited to 60 visits per contract year[4] | 80% coinsurance limited to 60 visits per contract year[3,4] | 100% coinsurance limited to 60 visits per contract year[4] | 80% coinsurance limited to 60 visits per contract year[3,4] | 100% coinsurance limited to 60 visits per contract year | No benefit |
| **Skilled Nursing Facility** | 100% coinsurance limited to 365 days per contract year | 80% coinsurance limited to 60 days per contract year (Semi-Private Room) | 80% coinsurance limited to 60 days per contract year[3,4] (Semi-Private Room) | 100% coinsurance limited to 60 days per contract year[4] | 80% coinsurance limited to 60 days per contract year[3,4] (Semi-Private Room) | 100% coinsurance limited to 60 days per contract year | No benefit |

Coinsurance – The amount the plan pays after any required deductibles and copays are satisfied.

[*] Total Preferred EPO plans may vary. To determine if network differences exist in your area, please review the "Preferred EPO and Health Plan Differences" form within the "Summary of Medical Benefits and Coverage" document.

## Summary of Medical Benefits and Coverage – Network Area Locations

| Benefit Description | Indemnity Plan – Indemnity | Managed Care 80/60 Plan In-Network | Managed Care 80/60 Plan Out-Of-Network | Managed Care 10/80 Plan In-Network | Managed Care 10/80 Plan Out-Of-Network | Managed Care EPO Plan* In-Network | Managed Care EPO Plan* Out-Of-Network |
|---|---|---|---|---|---|---|---|
| Durable Medical Equipment | 80% coinsurance[8] | 80% coinsurance to a $2,000 maximum per contract year[4] | 60% coinsurance to a $2,000 maximum per contract year[2,4,8] | 100% coinsurance to a $2,000 maximum per contract year[4] | 80% coinsurance to a $2,000 maximum per contract year[2,4,8] | 100% coinsurance to a $2,000 maximum per contract year | No benefit |
| Chiropractic Services | 80% coinsurance[8] | $15 copay; 100% coinsurance (may vary by health plan) | 80% coinsurance limited to 24 visits per contract year; $50 max/visit[2,8] | $15 copay; 100% coinsurance (may vary by health plan) | 80% coinsurance limited to 24 visits per contract year; $50 max/visit[2,8] | $10 copay; 100% coinsurance (may vary by health plan) | No benefit |
| Dental Coverage | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | No benefit |
| Precertification | Employee initiated[5] | Done by PCP | Employee initiated[5] | Done by PCP | Employee initiated[5] | Done by PCP | No benefit |
| Pre-existing Condition Limitations | None | None | None | None | None | None | No benefit |
| Contract Year Deductible | $200/$400 | None | $400/$800 | None | $150/$300 | None | No benefit |
| Deductible Carry Over | None | None | None | None | None | None | No Benefit |
| Out-of-Pocket Maximum | $1,500/$3,000 (plus deductible/copay) | $1,500/$3,000 (plus deductible/copay) | $3,500/$7,000 (plus deductible/copay) | None | $2,000/$4,000 (plus deductible) | None | No Benefit |
| Lifetime Medical Maximum | $1,000,000 | $1,000,000[4] | $1,000,000[4] | $1,000,000[4] | $1,000,000[4] | $1,000,000[1] | No benefit |
| Prescription Drugs** Maximum Allowable Cost 30-day supply | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) | $5 copay, including oral contraceptives | 50% coinsurance (no out-of-pocket maximum) |
| Prescription Drugs** Mail Service Drug Benefit | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply | |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

* : Local Prudential EPO plans may vary. To determine if network differences exist in your area, please review the "Prudential EPO Local Health Plan Differences" chart which is located after this summary of Medical Benefits and Coverage descriptions.

** : Not applicable to HMOs.

NNI-LTD-00011797

## Summary of Medical Benefits and Coverage – Non-Network Area Locations

Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Inpatient Hospital Services:<br>Semi-private Room & Board<br>Operating & Recovery Room<br>Lab & X-Ray<br>Drugs, Medications<br>Hemodialysis<br>Radiation & Chemotherapy<br>Rehab Services | 100% coinsurance[1,5] | 80% coinsurance[1,2,5,8] | 80% coinsurance[1,2,5,8] |
| Inpatient Physician Services | 100% coinsurance[5] | 80% coinsurance[2,5,8] | 80% coinsurance[2,5,8] |
| Inpatient Surgeon's Services | 100% coinsurance[2,5] | 80% coinsurance[2,5,8] | 80% coinsurance[2,5,8] |
| Physician Services:<br>Preventive Care<br>Well-child care<br>Routine Immunization & Injections<br>Vision & Hearing Screening (as part of PCP exam)<br>Annual Ob/Gyn exam<br>Sigmoidoscopy | 100% coinsurance (vision and hearing excluded)[7] | 80% coinsurance[7] | 80% coinsurance[7] |
| Physician Services:<br>Adult Medical Care<br>Child Medical Care | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Specialty Physician Services:<br>Office Visits<br>Second Surgical Opinion<br>Pre- & Post-Natal Exam<br>Allergy Testing & Treatment | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

NNI-LTD-00011798

## Summary of Medical Benefits and Coverage – Non-Network Area Locations

Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Outpatient Surgical Charges: Operating & Recovery Room Presurgical Testing | 100% coinsurance[5] | 80% coinsurance[2,5,8] | 80% coinsurance[2,5,8] |
| Outpatient Treatments: Hemodialysis Radiation & Chemotherapy | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Outpatient Services: (includes anesthesiologist, pathology interpretations, etc.) | 100% coinsurance[5] | 80% coinsurance[2,5,8] | 80% coinsurance[2,5,8] |
| Outpatient Surgeon's Services | 100% coinsurance[2,5] | 80% coinsurance[2,5,8] | 80% coinsurance[2,5,8] |
| Outpatient X-Ray & Lab | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Emergency Care: Doctor's Office Hospital Emergency Room Ambulance | 80% coinsurance Accident: 100% up to $300 then 80%[8] Illness: 80% after $25 copay[8] 100% if hospital ambulance, or $25 base benefit, remainder at 80%[8] | 80% coinsurance[2,8] 80% coinsurance[2,8] 80% coinsurance[2,8] | 80% coinsurance[2,8] 80% coinsurance[2,8] 80% coinsurance[2,8] |
| Outpatient Short-Term Rehabilitation | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Home Health Care | 100% coinsurance limited to 100 visits per contract year to a maximum of $50 per visit | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Skilled Nursing Facility | 100% coinsurance limited to 365 days per contract year[1] | 80% coinsurance[1,2,8] (semi-private room, limited to 100 days) | 80% coinsurance[1,2,8] (semi-private room, limited to 100 days) |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

## Summary of Medical Benefits and Coverage – Non-Network Area Locations

Non-Network Area Locations

| Benefit Description | Indemnity | Comprehensive 150 | Comprehensive 300 |
|---|---|---|---|
| Durable Medical Equipment | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Chiropractic Services | 80% coinsurance[8] | 80% coinsurance[2,8] | 80% coinsurance[2,8] |
| Dental Coverage | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth | Coverage only for accidental injury to sound, natural teeth |
| Precertification | Employee initiated[5] | Employee initiated[5] | Employee initiated[5] |
| Pre-existing Condition Limitations | None | None | None |
| Contract Year Deductible | $200/$400 | $150/$300 | $300/$600 |
| Deductible Carry Over | None | None | None |
| Out-of-Pocket Maximum | $1,500/$3,000 (plus deductible/copay) | $1,500/$3,000 (plus deductible) | $2,000/$4,000 (plus deductible) |
| Lifetime Medical Maximum | $1,000,000 | $1,000,000 | $1,000,000 |
| Prescription Drugs Maximum Allowable Cost (30-day supply) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) | $5 copay participating pharmacies; 50% coinsurance non-participating pharmacies (no out-of-pocket maximum) |
| Prescription Drugs Mail Service Drug Benefit | $10 copay; 90-day supply | $10 copay; 90-day supply | $10 copay; 90-day supply |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

1. Subject to precertification.
2. Subject to the reasonable & customary charge.
3. NOTE CONCERNING EMERGENCY ROOM: In-network benefits are available for Emergency Room charges only for medical emergencies. If the Emergency Room is used for a condition that is not a medical emergency, out-of-network benefits apply. A medical emergency is generally defined as a sickness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are: apparent heart attack; severe bleeding; sudden loss of consciousness; severe or multiple injuries; convulsions; apparent poisoning. Some examples of conditions that are **not** considered medical emergencies are: colds; influenza; ordinary sprains; ear infections; nausea; headaches.
4. In-network benefits count toward the out-of-network benefit maximum, and visa versa.
5. Whenever a covered person faces confinement in a hospital or needs non-emergency surgery, follow the directions for precertification of these services described on your identification card. Eligible charges for hospitalization may be reduced for days not precertified; and eligible charges for elective surgery may also be reduced.
6. 100% of the charge for the following: well-child care up to age 6; Pap smear every year; tetanus shot every 10 years; mammograms according to AMA recommendations; sigmoidoscopy every 3 years for covered persons age 45 and over. All other eligible charges are covered at 80% of the charge, and are subject to the annual deductible. The following are not covered for covered persons age 7 and over: periodic physical exams and other preventive immunizations or injections.
7. $200 every 24 months for employee and spouse physicals, as well as routine well-child care up to age 16. (100% of charges not subject to the deductible.)
8. Subject to annual deductible.

## Summary of Mental Health/Substance Abuse (MH/SA) Benefits/Recent Coverages
### All Employees except Company Directors, Officers and Contract Carriers: BIO/CO, HMO/PPO

| Benefit Description | In-Network | Out-of-Network |
|---|---|---|
| Employee Assistance Program | Up to 8 routine outpatient visits; no copay | No benefit |
| MH/SA – Inpatient | | |
| Mental Health | 100%, up to 60 days/year | $150 per admission hospital deductible[12]; 70% of eligible charges, up to 60 days/year[3] (maximum reimbursement of $400/day) |
| Substance Abuse | 100%, up to 30 days/year | 70% of eligible charges up to 30 days/year[4], with a maximum of one episode/lifetime (maximum reimbursement of $400/day) |
| MH/SA – Intermediate | 100%[4] | 80% of eligible charges[4] |
| MH/SA – Outpatient | No copay/visits 1–8 (EAP); $20/visits 9–25**; $30/visits over 25** | 50% of reasonable and customary charges, up to 25 visits (maximum reimbursement of $50/visit) |
| Mental Health – Intensive Mental Health Care | 100%[18] | No benefit |
| Drug Testing as an Adjunct to SA Treatment | 100%[19] | No benefit |
| Medication Management | $5 for up to 30 minute visit; no limit[11] | No benefit |
| MH/SA – Contract Year Deductible | None | $200/person[1] |
| MH/SA – Out-of-Pocket Maximum (excluding deductible) | None | $3,000/person[1] (no family maximum) |
| MH/SA – Lifetime Maximum | $40,000 | $15,000 |

Employee Assistance Program and Mental Health/Substance Abuse services are administered by USBH. All inpatient and outpatient services must be coordinated by USBH or out-of-network benefits will apply.

NOTE: Employee Assistance Program benefits are available to all NTI BM1 employees, including those who elect an HMO or waive Medical coverage.
* Not applicable to HMOs
** Some treatment copayment $10, $20 respectively

Mental Health/Substance Abuse Benefits and Coverage

NNI-LTD-00011801

## MH/SA Benefits and Coverage Footnote Page

(a) If there is a combined medical/MH or medical/SA admission, only the primary diagnosis inpatient deductible applies.

(b) The $150 per admission hospital deductible for out-of-network admissions applies after the annual $200 deductible is met.

(c) If hospital or intermediate care is not precertified, there is a UR Non-compliance Penalty of $200, plus 10% of the remaining hospital bill. 48-hour grace period for emergencies; Non-compliance Penalty does not count towards the out-of-pocket maximum.

(d) Inpatient MH/SA days which exceed the stated number of days do not count towards the out-of-pocket maximum.

(e) Includes, but is not limited to, 24-hour intermediate care facilities, e.g., residential treatment, group homes half-way houses, therapeutic foster care, day/partial hospitals, structured outpatient treatment programs.

(f) Subject to case manager approval.

(g) Concurrent review of outpatient care after visit 10 and every 10 visits thereafter.

(h) Annual out-of-network MH/SA deductible is separate from the medical deductible and can be met by outpatient or inpatient out-of-pocket expenses. The $200 per person annual deductible is subtracted from a claim before any benefit is paid and is separate from the inpatient deductible.

(i) MH/SA out-of-pocket maximum is separate from the medical out-of-pocket maximum.

NNI-LTD-00011802

## Prudential EPO
## Local Health Plan Differences

| City | Physician Office Visit | Allergy testing | Hospital | Outpatient Rehab. | Home Health Care | Skilled Nursing Facility | Durable Medical Equipment | Ambulance | Chiropractor |
|---|---|---|---|---|---|---|---|---|---|
| NTI Standard Design | $10 copay | $10 copay | $100 copay | $10 copay; 60 visits/days | 100% coinsurance; 60 visits | 100% coinsurance; 60 days/yr. | 100%; $2,000 annual max. | 100% | $10 copay |
| Little Rock, AK | | | No copay | | Unlimited | 100 days | No maximum | $50 copayment per use | |
| California | | | | | | | No maximum | | No benefits |
| Denver, CO | | | No copay | $10 copay; 90 visits | Unlimited | 100 days | $1,000 annual max. | | |
| Jacksonville, FL | | | No copay | $10 copay; unlimited | Unlimited | 100 days | No maximum | | |
| Orlando, FL | | | No copay | | Unlimited | 100 days | No maximum | | |
| Tampa, FL | **$15 copay (after hours)** | **$50 copay** | No copay | | Unlimited | 100 days | No maximum | | |
| South Florida | | **$25 copay** | No copay | | Unlimited | 100 days | No maximum | | |
| Atlanta, GA | | | No copay | $10 copay; unlimited | Unlimited | 100 days | No maximum | | |
| Chicago, IL | | | | | Unlimited | 100 days | No maximum | | |
| Baltimore, MD | | | No copay | | Unlimited | 100% 1st 60 days; 50% 61-90 days | No maximum | | No benefits |

**Coinsurance** – The amount the plan pays after any required deductibles and copays are satisfied.

Note: **Bold** indicates the benefit is less than the NTI/BNR standard EPO design.

EPO Local Health Plan Differences

# EPO Local Health Plan Differences

## Proposed EPO Proposed Local Health Plan Differences

| City | Physician Office Visit | Allergy testing | Hospital | Outpatient Rehab | Home Health Care | Skilled Nursing Facility | Durable Medical Equipment | Coinsurance | Chiropractor |
|---|---|---|---|---|---|---|---|---|---|
| NTI Standard Design | $10 copay | $10 copay | $100 copay | $10 copay, 60 visits/yr. | 100% coinsurance, 60 visits | 100% coinsurance, 60 days/yr | 100%, $2,000 annual max | 100% | $10 copay |
| Massachusetts | | | No copay | | Unlimited | 100 days | No maximum | | **$10 copay / $500 max/yr.** |
| Kansas City, MO | | | | | Unlimited | 100 days | **75% charges** | | |
| St. Louis, MO | | | No copay | 100% coinsurance, unlimited | Unlimited | 100 days | **75% charges** | | |
| New York / New Jersey | | No copay | $10 copay | 90 days | Unlimited | 90 days | No maximum | | |
| Charlotte, NC | **$15 copay (after hours)** | | No copay | $10 copay, 2 months | Unlimited | 100 days | No maximum | | |
| Cincinnati, OH / N. Kentucky | | **$50 copay** | No copay | **$10 copay, 20 visits** | **$10 copay, unlimited** | | **$50 copay** | | |
| Cleveland, OH | | **$50 copay** | No copay | **$10 copay, 20 visits** | **$10 copay, unlimited** | | **$50 copay** | | |
| Columbus, OH | | **$50 copay** | | **$10 copay, 20 visits** | **$10 copay, unlimited** | | **$50 copay** | | |
| Oklahoma City, OK | | | No copay | | Unlimited | 100 days | **80% charges** | | |

Coinsurance – The amount the plan pays after any required deductibles and copays are satisfied.

Note: **Bold** indicates the benefit is less than the NTI/CNA standard EPO design.

NNI-LTD-00011804