summary of benefits

# Prudential EPO
## Local Health Plan Differences

| City Office Visit | Physician | Allergy testing | Hospital Rehab. | Outpatient Care | Home Health Facility | Skilled Nursing Equipment | Durable Medical Equipment | Ambulance | Chiropractor |
|---|---|---|---|---|---|---|---|---|---|
| NTI Standard Design | $10 copay | $10 copay | $100 copay | $10 copay; 60 visits/days | 100% coinsurance; 60 visits | 100% coinsurance; 60 days/yr. | 100%; $2,000 annual max. | 100% | $10 copay |
| Tulsa, OK | | | No copay | | **$10 copay; unlimited** | 100 days | **80% charges** | | |
| Philadelphia, PA | **$10 copay (PCP) $15 copay/spec** | **$15 copay** | **$250 copay** | **$15 copay; 60 visits** | Unlimited | **$250 copay; 100 days** | No maximum | | **$15 copay** |
| Memphis, TN | | | No copay | | Unlimited | **80%; 100 days** | No maximum | | |
| Nashville, TN | | | | | Unlimited | 100 days | No maximum | | |
| Austin, TX | | **50% charges** | | | Unlimited | 100 days | **50% charges** | **$25 copay** | |
| Dallas, TX | | | | | Unlimited | 100 days | **75% charges** | | |
| El Paso, TX | | | | | Unlimited | 100 days | No maximum | | |
| Houston, TX | | **50% charges** | | | Unlimited | 100 days | **75% charges; no maximum** | **$25 copay** | |
| San Antonio, TX | | **50% charges** | **$200 copay** | | Unlimited | 100 days | 70% charges | **$50 copay** | |
| Richmond, VA | | | | $10 copay; 90 days | Unlimited | 100 days | $1,000 annual maximum | **$25 copay** | |

Coinsurance — The amount the plan pays after any required deductibles and copays are satisfied

Note: **Bold** indicates the benefit is less than the NTI/BNR standard EPO design.

EPO Local Health Plan Differences

# Summary of Benefits

## HMO Comparison

| BENEFIT DESCRIPTION | BLUE CHOICE | CARE CHOICE | CIGNA – HMOs | PruCare HMO Raleigh/Durham | HARVARD COMMUNITY |
|---|---|---|---|---|---|
| Hospital Inpatient Services | Unlimited days of semi-private room and board, including ancillary charges: covered in full; Physician services: covered in full. | Unlimited days for semi-private accommodations. Private room when necessary: covered; Physician's medical, surgical, anesthesiology and consultation services: covered; Use of ICU, CCU and special care units: covered; Laboratory and X-Ray services covered; Physical therapy: covered up to 60 visits per year. | $100 per admission. Includes: semi-private room and board, operating and recovery room, lab and x-ray, drugs, medications, hemodialysis, radiation and chemotherapy and rehab services; Inpatient physician and surgeon services covered at 100%. | Covered at 100%. Private room covered if medically necessary. | Unlimited care in an acute hospital: Includes semi-private room and board, physician's and surgeon's care, nursing care, maternity care, anesthesia, all drugs and medications, laboratory, X-ray, physical therapy and radiation therapy – no charge. |
| Doctor's Care | Office visits and treatment by your Primary Care Physician (PCP): $5 per visit; Adult routine physical exams (including GYN exams): covered in full – see Benefits Summary in enrollment package for schedule; Well-child visits: covered in full – see Benefits Summary in enrollment package for schedule; Office visits and treatment by a specialist: $10 per visit; Allergy tests and injections: $5 per visit to your PCP; $10 per visit to a specialist. | No additional charges for covered services after payment of $5 per office visit: Periodic physical exams Well baby exams Immunizations Allergy tests Hearing tests and exams Minor surgical procedures Diagnostic testing Visit for illness or injury | Office visits: Preventive care health exams: $5 copay; Well child care/immunizations: $5 copay. | Covered at 100% after $5 office visit copay ($10 for after hours). | Office visits – $5 per visit: Includes routine checkups, primary care, gynecological exams, comprehensive eye exams, hearing tests, allergy tests and treatments, rehabilitative care (up to 3 consecutive months per illness), family planning, and well-baby care. |

## HMO Comparison

| BENEFIT DESCRIPTION | BLUE CHOICE | CARE CHOICE | CIGNA - HMOs | PruCare HMO Raleigh/Durham | HARVARD COMMUNITY |
|---|---|---|---|---|---|
| Maternity Care | Office visits — prenatal and postnatal: covered in full; Hospital care for mother and child, including delivery room services and physician care: covered in full; Newborn nursery care in hospital: covered in full. | All physician's services (including prenatal care and post-partum care visits), laboratory tests and all hospital services: $5 copay per visit. | $5 copay for initial visit to confirm pregnancy, no charge thereafter. | Prenatal care covered at 100% after $5 copay for first visit only. Well baby care covered at 100% after $5 copay per visit. | Prenatal care: no charge. Postpartum care: $5 per visit. Inpatient care: no charge. |
| Emergency Care | Emergency Room care (care for non-life-threatening or non-urgent situations is not covered): $50 per visit unless admitted within 24 hours. | For care received in a hospital emergency room or urgent care facility for life threatening emergencies or traumatic bodily injury, anywhere in the world; Hospital Emergency Room: $25 copay; Urgent Care Facilities: $10 copay; Members must notify plan within 48 hours of an emergency admission to a hospital. | Doctor's office: $5 per visit; Hospital/Urgent Care Facility: $50 per visit (waived if admitted); Ambulance: no charge. | Emergency Room covered at 100% after $50 copay (waived if admitted). | Within plan enrollment area and within 20 miles from home: At an HCHP or HCHP OF NE facility: $5 per visit; At a hospital emergency room: $25 per visit (waived if admitted); Within our enrollment area and within 20 miles from home, prior to authorization required except in life-threatening emergencies; Outside plan enrollment area and more than 20 miles from home: At a doctor's office: $5 per visit; At a hospital emergency room: $25 per visit (waived if admitted); No coverage for preventive, foreseen or routine care out-of-area; Plan must be notified within 48 hours if hospitalized. |

NNI-LTD-00011807

# HMO Comparison

| BENEFIT DESCRIPTION | BLUE CHOICE | CARE CHOICE | CIGNA - HMO | PruCare HMO Raleigh/Durham | HARVARD COMMUNITY |
|---|---|---|---|---|---|
| Mental Health Care | Up to 30 inpatient days per calendar year per person, covered in full. Outpatient or private office: 20 visits per year, 50% copayment per visit. | Up to 45 inpatient days per year, covered. Outpatient services: up to 20 visits/year, $10 copay per visit. | Inpatient: $25 per day (30 days maximum per contract year). Outpatient: $10 per visit for visits 1-20; $20 per visit for visits 21-30 (30 visits maximum per contract year). Group therapy: $10 per visit. | Inpatient: covered at 80% up to 30 days. Outpatient: $25 copay per visit. Limited to 20 fifty minute visits per calendar year. | Outpatient care: visits 1-8 at $5 per visit; visits 9-20 at $25 per visit (individual therapy) or $15 per visit (group therapy). Outpatient psychological testing: $5 per evaluation. Medication evaluation and monitoring: $5 per visit. Inpatient mental health care — up to 60 full days or up to 120 day treatment days per calendar year for psychiatric treatment: no charge. |
| Substance Abuse | Up to 30 inpatient days per calendar year for detoxification, covered in full. Alcoholism/substance abuse rehabilitation — 60 outpatient visits per calendar year: $10 per visit. | Up to 30 residential treatment days per year*, covered. Outpatient services: up to 35 visits/year, 50% copay per visit.* (*Limited to 120 inpatient days and 140 outpatient visits lifetime. Limited to yearly maximum state mandated benefit level.) | Inpatient: $25 per day (30 days maximum per contract year). Outpatient: $10 per visit for visits 1-20; $20 per visit for visits 21-40; $35 per visit for visits 41-60 (60 visits maximum for contract year). | Inpatient: covered at 80% for detoxification and medical services. Outpatient: $25 copay per visit for individual therapy; $15 copay per visit for group therapy (limited to a maximum benefit of $1,000 per calendar year). | Outpatient care: visits 1-8 at $5 per visit; visits 9-20 at $35 per visit (individual therapy) or $15 per visit (group therapy). Outpatient psychological testing: $5 per evaluation. Medication evaluation and monitoring: $5 per visit. Inpatient substance abuse care — up to 30 full days or 60 day treatment days per calendar year for substance abuse: no charge. |

NNI-LTD-00011808

## HMO Comparison

| BENEFIT DESCRIPTION | BLUE CHOICE | CARE CHOICE | CIGNA - HMOs | PruCare HMO Raleigh/Durham | HARVARD COMMUNITY |
|---|---|---|---|---|---|
| Prescriptions | Prescription drugs (except contraceptives) – choose from the programs available under each option when you need a prescription. Program I: covers 80% after the annual deductible. Program II: Maintenance Drug Option Program/Local (maximum 90-day supply per prescription) with $2 copayment for generic drugs and $7 copayment for brand name drugs for each 30-day supply. Program III: NRX Mail Service (maximum 90-day supply per prescription) with copayments same as Program II. | $5 copayment for each generic prescription or refill; $10 or 50%, whichever is less, for a brand name; up to a maximum 34-day supply* purchased from a Participating Pharmacy (or from a non-participating pharmacy in case of an Emergency Condition). (*Infertility prescription subject to 50% copayment per prescription.) | $5 per prescription or refill. You may purchase prescription drugs through participating pharmacies. Each prescription, order, or refill is limited to no more than a 30-day supply. Coverage for prescription drugs is limited to generic drugs, unless a generic substitute is not available or is not permitted by state law. If you or your physician insist on a name-brand drug, you will be responsible for the difference in cost between the generic drug and the name-brand, plus the copayment described above. | $5 copay generic drugs for name brand if generic is unavailable. $10 copay brand name (30 day supply). | Purchased at an HCHP or HCHP or NE facility or participating pharmacy when employer offers Classic Coverage drug benefit: $5 per prescription (or refill) for up to a 30-day supply. |
| Durable Medical Equipment | When supplied by a participating provider: covered. | When medically required and approved by the Plan, or prescribed by a Plan physician: covered. | $2,000 maximum per contract year. | Covered at 80% up to $1,000 maximum per calendar year. | When authorized for the treatment of illness or injury, or for rehabilitation: member pays 20% of Plan's cost, up to $1,000 out-of-pocket maximum per member per year. Fully covered after member reaches $1,000 copayment limit. Oxygen, oxygen equipment IV/ enteral supplies, and DME received as part of home health care covered in full. |

NNI-LTD-00011809

**HMO Comparison**

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Hospital Inpatient Services | No charge for the following: Physician's and surgeon's services; Room and board, general nursing; Intensive care; Blood components and blood transfusions; Lab, X-ray, and other tests; Therapy (such as physical, occupational, and speech therapy); Drugs, medicines, dressings, and casts; Other necessary supplies | No charge for the following: All physician and surgeon services; Intensive care/Cardiac care; Room and board; Laboratory and X-ray; Physical therapy (short-term); Other necessary services and supplies (including special nursing and administered medications) | Kaiser Foundation Health Plan of North Carolina arranges hospitalization in community hospitals. No charge for the following: No limit on covered days; Physician's and surgeon's services including operations, anesthesia, and consultations; Lab, X-ray, and other diagnostic services; Blood and blood components; Drugs; Special duty nursing when prescribed; Short-term physical, speech, and occupational therapy; Respiratory therapy | Inpatient hospital: 100%*. (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | Unlimited days of semi-private room (private room if medically necessary and approved by Preferred Care): no charge; Physician and surgeon fees: no charge; Operating room, recovery room and special care units: no charge; X-ray, laboratory and other diagnostic services: no charge; Anesthesiology: no charge. |