# Summary of Benefits

## HMO Comparison

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Doctor's Care | Office visits: $5 per visit; Physicals: $5 per visit; Vision and hearing exams: $5 per visit; Well-child care: $5 per visit; Lab, X-ray, and other tests: no charge; Therapy (such as physical, occupational, and speech therapy): $5 per visit. | Office visits (includes routine physical exams, well-baby checkups, Ob/Gyn appointments and hearing and vision examinations): $5 per visit; Physical therapy visits (short-term): $5 per visit; Allergy test and injection visits: $3 per visit; Laboratory and X-ray: no charge. No age limit for any of these services. | At Kaiser Permanente Medical Offices and other medical offices upon referral by Medical Group physicians. $5 charge per visit for the following: Visits to Medical Group physicians; Consultation and treatment by specialists; Routine physical examinations; Well-child care; Allergy testing; Family planning (infertility services covered at 50%); Short-term physical, speech, and occupational therapy No charges for the following: Lab, X-ray, and other diagnostic services; Allergy treatment; Respiratory therapy; Immunizations; Medical social services | Office visits for illness or injury: $10 copayment*; Hospital care: 100%*; Lab and x-ray: 100%*. (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | $5 copayment per person, per visit for services provided in your PCP's office; $5 per person, per visit for adult immunizations and vaccinations; No charge for child immunizations and vaccinations; $5 copayment for allergy testing, evaluation and injections; No charge for allergy serum; $10 copayment for services from a specialist referred by your PCP; $10 copayment for adult immunizations and vaccinations from a specialist. $10 copayment for allergy testing, evaluation and injections by a specialist. |

NNI-LTD-00011811

## HMO Comparison

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Maternity Care | Office visits: $5 per visit; Lab, X-ray, and other tests: no charge; Hospitalization: no charge; Full care of newborn while mother is in hospital: no charge. | Physician and paramedical office visits: $5 per visit; Hospital services: no charge; Complications of pregnancy: no charge. | Outpatient – prenatal and postnatal maternity care: $5 charge per visit; Inpatient – all doctor and hospital services: no charge. | Prenatal and postnatal maternity care: $10 copay first maternity visit. (These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | Prenatal and postnatal care in the doctor's office: no charge. Hospital care for mother and child, including delivery room and physician services: no charge. Newborn nursery care in the hospital: no charge. |
| Emergency Care | In Southern California Service Area: In a plan facility, you pay only $5; In a non-plan facility, you pay only $5 for reasonable and customary charges. There are restrictions to this benefit. Please see the booklet entitled "Your Health Plan in Detail". Outside Southern California Service Area: You are covered for emergency care and non-emergency care when you are away from home. Routine care and follow-up care are not covered | Ambulance Service if authorized by a plan physician: no charge. As a member of Kaiser Permanente, you're covered for medical emergencies anywhere in the world. Kaiser hospitals have an emergency department serving patients 24 hours a day, 365 days a year. Urgent care for medical problems that are not life threatening, but need immediate attention is available through our Medical Centers. If you have no choice but to seek care elsewhere, you're taken (if you're ambulatory, for example), or if the extra travel time could be life-threatening, you should seek care at the nearest medical facility. For detailed information about emergencies, call one of our Member Service Representatives. | Care for emergencies is covered 24 hours a day when provided or authorized by a Medical Group physician: $25 copayment for emergency room visits, waived if admitted to hospital. While away from home – coverage for necessary medical care immediately required for unforeseen illness or injury: $5 copayment for office visits; $25 copayment for emergency room visits, waived if admitted to hospital. Ambulance Service – in the service area when ordered or approved by a Medical Group physician: no charge | $40 copayment at hospital emergency room.* $10 copayment at urgent care centers.* (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medica Choice Select Network.) | Emergency care in or out of service area (services are covered worldwide). Ambulance transportation when life-support services are needed during transport: no charge. Emergency room treatment of illness or injury: no charge when followed by hospitalization; $50 charge when not followed by hospitalization. |

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Mental Health Care | Short-term care: first 20 outpatient visits per calendar year you pay $20 for each individual visit or $10 for each group therapy visit; Up to 30 days of hospital care per calendar year or up to 60 days of partial hospitalization per calendar year. Please note: one of your inpatient days will be subtracted for every two days of partial hospitalization you receive. Likewise, two of your partial hospitalization days will be subtracted for every day of inpatient care you receive. | Office visit - up to 20 visits per calendar year when prescribed by a plan physician: $20 per visit; Group therapy: $10 per visit; Hospitalization – up to 45 days of inpatient care per calendar year: no charge. | Limited to crisis intervention through short-term therapy. Outpatient – up to 20 visits per calendar year: $10 charge per visit; Inpatient - up to 30 days of hospital care per calendar year: no charge. | Care must be provided by a Medica designated mental health provider. Inpatient: 80% up to 73 days per member per calendar year. Outpatient: $10 copayment for individual therapy, $5 copayment for group therapy up to 10 hours per member per calendar year. Prior authorization is required for additional treatment not to exceed 30 hours per member per year (same copayments apply). (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network. | Inpatient – Up to 30 days per year, including physician services: no charge; Outpatient – Up to 20 visits per year when medically necessary: $10 for first visit; 50% copayment for all other visits. Coverage for an additional 20 outpatient visits per member, per year for mental health crisis intervention and short term evaluative services. |

NNI-LTD-00011813

HMO Comparison

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Substance Abuse | In the medical office counseling for dependency, medical management of withdrawal symptoms: $5 per individual visit or $2.50 per group therapy visit. In the hospital when necessary for medical management of withdrawal symptoms, recovery services for dependency including education and counseling, as prescribed by a plan physician: the same as any other condition for medical management of withdrawal symptoms. | Office visits: $5 per visit; Hospitalization – limited to the removal of the toxic substance(s): no charge; Residential Treatment: if the Medical Group physician is of the opinion that a member is apt to derive substantial benefits from a course of residential treatment for alcohol or drug dependency, such treatment will be provided at no charge; Limitations: covered residential treatment is limited to up to 30 days per calendar year, but, for no more than 60 days in any five consecutive calendar year period. It is limited to those facilities approved by Health Plan and to which the patient is referred by the Medical Group physician. | When prescribed by a Medical Group Provider and obtained from sources designated by Kaiser Permanente: Inpatient Care Up to two admissions not to exceed a total of 30 inpatient days per calendar year in an alcoholism, drug abuse or drug addiction treatment facility. OR Up to 60 sessions per calendar year of care in an intensive outpatient treatment program. Short Term Outpatient Care Up to 20 visits of short term outpatient services are provided per calendar year. You pay: Inpatient Care: 20% of costs for all covered inpatient days or care received in an intensive outpatient treatment program; Outpatient Care: $10 charge for all covered therapy visits. | Care must be provided by a Medica designated substance abuse provider. Inpatient: 80% up to 73 days per member per calendar year. Outpatient: $10 copayment for individual therapy, $5 copayment for group therapy up to 20 visits per member per calendar year. (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | Inpatient – Up to 30 days of detoxification per year, including physician services: no charge. Outpatient – Up to 60 visits per year: $10 copayment per person, per visit. |

# HMO Comparison

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Prescriptions | Written by any dentist or plan physician, filled in any plan pharmacy, up to a 100-day supply of drugs, including injectable contraceptives, that by law require a prescription, and certain supplies: $5.00 per prescription; Internally implanted time-release medications or contraceptives (no refund if the medication is removed): $5.00 per prescription charge times the number of months medication will be effective. The copayment will not exceed $200; Drugs and medications for smoking-cessation therapy including chewing gum and patches. You are covered for one course of therapy per year. Nicotine patches are dispensed only in conjunction with behavior-modification program; you pay 50% of nonmember rates. | Obtained at plan pharmacies (up to a 34-day supply for generic and prescribed, medically necessary brand name drugs): $5 per prescription. | $5 for up to a 30-day refill of each prescription when filled at a Kaiser Permanente pharmacy OR $10 for a prescription written by a contracting community specialist or dentist that is filled at a community pharmacy. A claim must be filed. $200 per 60-month supply of Norplant, an implanted, time-released contraceptive; The lesser amount of the normal copayment or the cost for a multiple month's supply of a prescription. To take advantage of this pricing, the prescription must be authorized as a "multiple refill" by a Medical Group provider and must be filled at a Kaiser Permanente pharmacy; The difference between the cost of the generic and name brand drug if your physician has not authorized the name brand drug. | Outpatient: $9 copayment per prescription or refill. Infertility drugs: $9 or 20% (whichever is greater). (*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | Retail: a 28 day supply of outpatient prescriptions drugs is covered at 80%, following an annual deductible of $50 per member or $150 per family. Participating pharmacies will track your deductible. Once the deductible is met, you simply pay 20% right at the pharmacy. Mail order: up to a 90 day supply of maintenance drugs is covered with a $7 generic or $20 brand name copayment. Not covered: oral contraceptives, experimental medications, and cosmetic drugs. |

NNI-LTD-00011815

summary of benefits

HMO Comparison

| BENEFIT DESCRIPTION | KAISER SOUTHERN CALIFORNIA | KAISER NORTHERN CALIFORNIA | KAISER FOUNDATION HEALTH PLAN OF NORTH CAROLINA | MEDICA | PREFERRED CARE |
|---|---|---|---|---|---|
| Durable Medical Equipment | Durable medical equipment from Kaiser except for Medicare members under the home health care benefit, and except as otherwise specifically included for other members. | Durable medical equipment, including oxygen dispensing equipment (and oxygen), used during a covered stay in a hospital or skilled nursing facility is provided at no charge.<br><br>When prescribed by a Medical Group physician, medically necessary durable medical equipment for use in the home (including in an institution used as a home) is provided without charge. Health Plan, at its option, will decide whether to rent or purchase the equipment. The member must return the equipment to Health Plan or pay Health Plan the fair market price when it is no longer prescribed. Oxygen for use in conjunction with prescribed durable medical equipment is provided without charge;<br><br>Please see booklet entitled "Disclosure Form and Evidence of Coverage" for exclusions. | Orthotic and Prosthetic Devices – when obtained from sources designated by Kaiser Permanente such as wheel-chair, hospital bed, special prosthetic and orthotic devices: no charge. | Prior approval for goods: 20% copay.<br><br>(*These benefits pertain only to services provided by participating providers or for services authorized in advance by Medica. See Summary of Benefits for services outside the Medical Choice Select Network.) | 20% copay. |





Printed in the US

NNI-LTD-00011817