## EXHIBIT J-8



# FLEX
# Benefits
# Program

*For U.S. FLEX Participants*

## 2002



**NØRTEL**
**NETWORKS™**



# Decision
# Maker

NNI-LTD-00013247

# Mark Your Calendars

The FLEX annual enrollment period for 2002 is November 1 through 15, 2001. If you're going to be on vacation during this two-week period, contact Employee Services before you leave.

If you miss the enrollment deadline, you'll receive default coverage for 2002. See "If You Don't Enroll or Make Changes for 2002" on page 11 for more information on default coverage.

## What's Inside

We'd Like You To Know .............................. 2

How We Share FLEX Costs ..................... 3

About This Decision Maker ..................... 5

Section 1 – In Brief ................................. 6

Section 2 – In Depth .............................. 12

Important Phone Numbers
and Web Site Addresses ...................... 22

---

### Need More Info?

If you need more information in order to make your FLEX 2002 decisions, check out the *FLEX 2002 Enrollment Guide*. It contains details on how FLEX works and highlights things to consider when you're making your benefit decisions.

If you would like a copy of the *FLEX 2002 Enrollment Guide* or need any forms (including the Life Insurance and AD&D Beneficiary Form or the Core Life Insurance Waiver), if you have questions after reading the FLEX materials, or if you're simply interested in better understanding how FLEX works, call Employee Services at ESN 352-4636 or toll-free at 1-800-676-4636. If you're hearing impaired, call (TDD) 919-992-6914 or ESN 352-6914. You also may contact Employee Services via external e-mail at usic@nortelnetworks.com.

NNI-LTD-00013248

# We'd Like You To Know

Employee Benefits is pleased to provide you with your FLEX 2002 annual enrollment materials. We hope you find them useful. There are changes to your coverage for 2002, so read this material carefully. Understanding the impact of these changes on you and your family is critical to getting the most out of FLEX.

Before you go to **Section 1 – In Brief** of the *Decision Maker* to see the changes for 2002, please take a minute to read the following update about FLEX and this year's annual enrollment period.

1. **Competitive Benefits.** Overall, for 2002, Nortel Networks continues to offer a competitive FLEX package in terms of both benefits value and cost sharing with you.

2. **Comprehensive Package.** FLEX is just one key component of your benefits package, which includes:

   - Substantial assistance with accumulating capital for retirement,
   - A generous paid-time-off package and
   - Programs aimed at improving the quality of work life, such as travel benefits and fitness/wellness programs.

3. **Simpler Process.** Simplification and cost-effective delivery continue to be among our key goals for the annual enrollment process. We want to make enrollment as easy as possible and save you time. Review your FLEX materials. **Enroll only if you decide to make a change, want to participate in a Reimbursement Account in 2002 or are currently enrolled in one of the HMOs being eliminated.**

NNI-LTD-00013249

# How We Share FLEX Costs

## *Plan Costs*

While Nortel Networks has made every effort to contain health care costs, our 2002 medical coverage costs are projected to increase significantly — by at least 12% — over 2001. Our other FLEX plan costs are projected to remain stable.

To make 2002 cost-sharing decisions, we analyzed the market and other external, as well as internal, factors that influence cost. These factors include:

- Total claims paid by each benefit plan,
- Number of employees who choose each plan option and their claims under that option and
- Rates of medical and dental inflation, which are continuing at more than triple the rate of general inflation.

Our analysis confirmed that overall, Nortel Networks is closely in line with the competition in both the benefit coverage levels our plans offer and our cost-sharing arrangement.

## *Nortel Networks' Contribution*

For 2002, Nortel Networks will continue its overall FLEX cost-sharing arrangement with you. For health care, which represents the largest portion of these costs, we've been migrating toward the competitive cost-sharing target range of 88% paid by the Company and 12% paid by employees. Currently, Company contributions toward non-HMO medical costs are above this target. In fact, Nortel Networks' contribution toward costs, combined with the coverage FLEX offers, has positioned the program as more generous than our competitor market since 2000. Given our current economic climate, closer alignment with the market is now more important than ever.

To help us reach a competitive cost-sharing goal for 2002, we'll move from the current 10% employee cost-sharing target for non-HMO medical costs to 12%. Nortel Networks will continue to pay the full cost for the "you only" coverage level under the Preferred Provider Organization (PPO) Option (or Out-of-Area Comprehensive Option for non-network area residents). Despite the shift in cost sharing, the types of health care plans Nortel Networks offers and the benefit coverage levels under those plans remain among the best in our competitor market.

NNI-LTD-00013250

## *Your Share*

Changes in your FLEX 2002 costs will vary depending on the plans and options you select.

- Your costs for most medical plan and dental/vision/hearing care plan options will increase to help us better align with the competitor market and cover your share of inflationary increases.
- Disability plan, life insurance and accidental death and dismemberment (AD&D) insurance plan rates and the amount of FLEX Credits will remain the same.

This overall cost-sharing arrangement, combined with the valuable coverage FLEX provides, will help support our goal to remain "flexible," while continuing to meet the diverse needs of our population. The coverage you receive depends on the options you choose. Keep in mind that your individual cost increases as your coverage increases. Your own cost sharing, therefore, is directly linked to the coverage — or **value** — of the options you select.

Your Personalized Enrollment Worksheet will indicate which options are available to you and your specific cost for each option. However, the following overview is designed to give you an idea of the approximate range of employee **bi-weekly** health plan cost changes from 2001 to 2002.

- **Medical Plan (non-HMOs)** – The lowest managed care option increase is $0 for the PPO Option, providing "you only" coverage; the highest increase is $13 per pay period for the Point of Service Option, providing family coverage. The Out-of-Area Comprehensive Option has the lowest increase of $0, providing "you only" coverage; the highest increase is $34 per pay period for family coverage under the Comprehensive Option.

- **Dental/Vision/Hearing Care Plan** – The lowest increase is $0.10 per pay period for single coverage under the Basic Option; the highest increase is $1.69 per pay period for family coverage under the Plus Option.



NNI-LTD-00013251

# About This *Decision Maker*

When you're enrolling in FLEX, you want your information quickly and easily. This *Decision Maker* is designed to save you time. It's divided into two sections:

**Section 1 – In Brief**, pages 6-11, is the "MUST READ" for everyone who wants to get the most critical information quickly. It highlights:

- What's changing for 2002,
- Who needs to enroll,
- How to enroll and
- What you must do to ensure your 2002 selections become effective.

**Section 2 – In Depth**, pages 12-21, covers in-depth information, such as:

- The health care trends affecting us,
- Plan changes,
- Your FLEX core and optional benefits and
- Some important benefits phone numbers and Web sites.



NNI-LTD-00013252

# Section 1 – In Brief

## What's Inside

- To Change or Not To Change? That's the First Question........... 6
- Decision Time .......................... 7
- When Your Benefit Selections Become Effective...................... 7
- What's New and Different for 2002.................................. 8
- Just the (Enrollment) Facts....... 10

## To Change or Not To Change? That's the First Question

Before you decide, follow these three easy steps:

**Step 1:** **Read and understand the changes for FLEX 2002.** The easy-to-compare chart on pages 8-9 shows what's different between 2001 and 2002.

**Step 2:** **Look to the future and consider what may affect your benefit needs.** Are you getting married or expecting a child? Have you or your dependents experienced a change in health or the medical services you may require? Will any changes in your life affect your benefit selections? Are you considering retirement during 2002? If so, remember that you'll be eligible for Nortel Networks Retiree Medical Plan coverage only if you meet the age and service requirements of the Capital Accumulation and Retirement Plan (CARP), of which you're a member, *and* you and the dependents you want to cover under the Retiree Medical Plan are enrolled under the FLEX Medical Plan immediately before you retire from Nortel Networks.

**Step 3:** **Review your enclosed Personalized Enrollment Worksheet and confirm that it reflects the coverage you want in 2002.** Even if you choose to waive health care coverage, it's important that all your dependents are listed accurately. You may have spousal life insurance and/or AD&D coverage for which this information would be required. Also, your dependents must be listed accurately so they can have easy access to the Employee Assistance Program (EAP).

10/01

U.S. Decision Maker

NNI-LTD-00013253

## Decision Time

**Decided to keep the same FLEX selections you had in 2001 for 2002?** You have nothing to do, unless you:

- Want to enroll in the Health Care Reimbursement Account (HCRA) and/or Dependent Day Care Reimbursement Account (DDCRA) for 2002,
- Need to update your dependent information,
- Are currently enrolled in one of the HMOs being eliminated – Care Choices, Medica, Preferred Care or Kaiser Southern California (for more information, see page 11 and page 15) and/or
- Want to change your life insurance "smoker status."

If you don't enroll, you and your eligible dependents will continue to be covered by the options you selected in 2001.

**Want to change your FLEX selections, enroll in the HCRA and/or the DDCRA, update your dependent information and/or change your life insurance "smoker status" for 2002?** Check out "Just the (Enrollment) Facts" on page 10 for instructions.

## When Your Benefit Selections Become Effective

The coverage you choose during this annual enrollment period will be effective from January 1, 2002 through December 31, 2002. You cannot make changes to your coverage during the year, unless you experience a Status Change.

### Some Disability, Life and AD&D Insurance Plan Exceptions

- Life insurance coverage that requires Evidence of Insurability (EOI) will be effective on the date of approval.

- If you're not actively at work on January 1, 2002, the effective date of your life insurance, AD&D coverage and disability coverage will be delayed until you meet the plans' return-to-work requirements.

- Dependents confined for medical treatment at home or elsewhere on January 1, 2002 won't be covered for life insurance and AD&D coverage until they're released by their doctor and are no longer confined.

For more information, see the Employee Benefits and Programs binder.

### If You Have a Status Change

Generally, you can make changes to your benefit selections only during the annual enrollment period. However, certain family Status Changes allow you to modify your FLEX Benefits selections outside this period. Status Changes include, but aren't limited to, events such as marriage, divorce and the birth or adoption of a child. In all cases, the changes you make must be consistent with the event. If a Status Change occurs, you have 31 days from the date of the event to submit your changes, including the names of any new dependents, to Employee Services. **No one, including newborns, will automatically be added to your medical and/or dental/vision/hearing care coverage, even if you've selected family coverage.**

For a complete list of Status Changes and what you need to do if you have one, contact Employee Services.

NNI-LTD-00013254

## *What's New and Different for 2002*

The year 2002 brings changes to certain benefits under FLEX. The following chart shows what has changed. It isn't intended to provide details. More information about some of the changes can be found under "Want To Know More About Changes for 2002?" on pages 13-16.

| | 2001 | 2002 |
|---|---|---|
| **HEALTH CARE BENEFIT CHANGES** | | |
| *Medical Plan – For PPO, POS, EPO, Comprehensive and Out-of-Area Comprehensive Options* | | |
| **Prescription Drug Benefits Copayment – Retail Pharmacy for Up to a 30-Day Supply** | *In-Network*<br><br>Generic: $5 copayment<br><br>Brand-name: $10 copayment if no generic is available or DAW*. Otherwise, $10 copayment plus the difference between generic and brand-name cost, when generic is available<br><br>* *Dispense as written.* | *In-Network*<br><br>You pay 15% of the cost of the drug per prescription for up to a 30-day supply.<br><br>*Maximum per prescription:*<br><br>⊛ Generic and brand-name: $40 copayment for up to a 30-day supply (e.g., $120 for up to a 90-day supply)<br><br>*Minimum per prescription:*<br><br>⊛ Generic: $5 copayment for up to a 30-day supply (e.g., $15 for up to a 90-day supply)<br><br>⊛ Brand-name: $10 copayment for up to a 30-day supply (e.g., $30 for up to a 90-day supply) |
| **Prescription Drug Benefits – Health Management Program** | ⊛ No program | ⊛ Access to Merck-Medco's Health Management program resources (e.g., newsletters, clinical support hotlines and counseling) to help you manage and improve your health |
| **Prescription Drug Benefits – Mail-Order Program Name** | ⊛ "Mail-order prescription program" | ⊛ "Home delivery pharmacy service" |
| **Outpatient Short-Term Rehabilitation Benefits** | ⊛ Children excluded from coverage unless treatment is restorative<br><br>⊛ See your Employee Benefits and Programs binder for details | ⊛ Coverage for children age 4 and under<br><br>⊛ Removed requirement that the treatment be restorative |

10/01

U.S. Decision Maker

NNI-LTD-00013255

| | 2001 | 2002 |
|---|---|---|
| **HEALTH CARE BENEFIT CHANGES (continued)** | | |
| *Medical Plan – For Network Area and Non-Network Area Locations* | | |
| **HMO Availability** | ● 8 HMOs available (in limited locations) | ● 4 HMOs available (in limited locations)<br><br>● 4 HMOs eliminated<br><br>– Care Choices (MI)<br><br>– Medica (MN)<br><br>– Preferred Care (NY)<br><br>– Kaiser (So. CA)<br><br>*For additional details about HMO benefit changes for 2002, see the* FLEX 2002 Summary of Health Benefits. |
| *Dental/Vision/Hearing Care Plan – For Basic, Comprehensive and Plus Options* | | |
| **Vision Care Benefits – Laser Vision Correction Surgery** | ● No coverage | ● Covered at a $250 per person allowance (total is for both eyes, e.g., $125 per eye) when:<br><br>– Arranged with a VSP program participating doctor and<br><br>– Performed by a VSP-approved laser surgeon and center |
| **PROCESS CHANGES** | | |
| **Enrollment Process** | ● Employees or their spouses can complete the enrollment process | ● *Only* employees can complete the enrollment process |
| **HR Systems Installation** | ● N/A | ● You may see a difference of a few cents between the per-pay-period cost of your benefits listed on your FLEX Personalized Enrollment Worksheet and/or Confirmation Statement and your 2002 pay stub. However, the annual amount is the same. The per-pay-period difference is due to the way our new HR systems round amounts. Details about this change will come after the first of the year. |
| **Life Insurance and AD&D Coverage – Beneficiary Designation** | ● Not available online | ● Online beneficiary designation scheduled to be available during 2002 |

NNI-LTD-00013256

## *Just the (Enrollment) Facts*

If, after reviewing the *Decision Maker* and the other available materials, you decide you want to change your FLEX selections and/or enroll in the HCRA and/or DDCRA for 2002, update your dependent information and/or change your life insurance "smoker status," take the following steps:

**Step 1:**  **Complete your Personalized Enrollment Worksheet** to make changes to your dependent information and/or to make new FLEX selections.

**Step 2:**  **Mail your completed Personalized Enrollment Worksheet** in the enclosed reply envelope or fax it to Employee Services at ESN 351-2537 or 919-991-2537 and include a phone number where you can be reached in the event that the Employee Services representative needs to contact you. Retain your Personalized Enrollment Worksheet, along with a copy of the fax receipt confirmation if you faxed your Personalized Enrollment Worksheet, for your records.

**Step 3:**  **Watch the mail at home for your Confirmation Statement.** You should receive it shortly after the annual enrollment period ends. Review it to make sure that you have the coverage you selected. If there are errors, please contact Employee Services immediately.

**Step 4:**  **Keep this *Decision Maker* and your Confirmation Statement for future reference.**

### Forms You May Need

For the changes listed below, you must complete the appropriate forms and return them as instructed on the form:

▨  If you're required to submit Evidence of Insurability (EOI) for life insurance, you'll receive a Health Statement form (for employee and/or spouse) in the mail, together with your Confirmation Statement. **Remember: Providing EOI isn't a guarantee that your request for increased coverage will be accepted.**

▨  If you need to name or change a beneficiary for your life insurance or AD&D insurance, contact Employee Services to obtain a Beneficiary Designation Form.

▨  If you need to enroll a domestic partner or the dependent child of a domestic partner, for the first time, contact Employee Services. Please note that this applies to the medical plan and the dental/vision/hearing care plan.

▨  If you need to cap your core life insurance at $50,000, you must complete a Core Life Insurance Waiver, available from Employee Services. Please note that this applies only to employees whose FLEX Earnings are more than $50,000.

> **Your FLEX Earnings**
>
> Your 2002 FLEX Earnings are based on your annual salary as of September 28, 2001.



NNI-LTD-00013257

## If You Don't Enroll or Make Changes for 2002

If you don't make changes to your FLEX selections, enroll in a Reimbursement Account for 2002, update dependent information and/or change your life insurance "smoker status," remember:

- You'll keep the same options and dependent coverage levels you have on December 31, 2001 (except for the 2001 Reimbursement Accounts),

- You won't be able to participate in a Reimbursement Account for 2002.

- Your disability and life insurance coverage amounts and costs could change if your FLEX Earnings increased or decreased from last year,

- Your cost for coverage may differ and the benefits within those options may have changed for 2002,

- Your life insurance cost may change based on your age,

- You won't receive new medical plan or prescription drug benefit ID cards. You'll continue to use your current ID cards for 2002 and

- You'll receive a Confirmation Statement after the annual enrollment period ends.

### Special Note to Care Choices, Preferred Care, Kaiser Southern California and Medica HMO Participants

Your 2001 medical plan selection isn't available in 2002. If you don't select another medical plan option for 2002, you'll default into one of the following medical plan options at your current 2001 dependent coverage level (e.g., you only, you + spouse, etc.):

- PPO Option (for network area residents) or

- Out-of-Area Comprehensive Option (for participants who don't reside in a network area).

After the 2002 annual enrollment period ends, you'll receive a Confirmation Statement, which details your default coverage.

NNI-LTD-00013258

# Section 2 – In Depth

## What's Inside

This section provides background information and details about a number of the changes to FLEX. It's for you – if you want to know more.

▤ What Health Care Trends
  Are Affecting Us?........................ 12

▤ Want To Know More About
  Changes for 2002? ...................... 13

▤ How FLEX Credits
  Are Displayed ............................. 17

▤ Optional Spousal Life
  Insurance Costs.......................... 18

▤ A FLEX Refresher........................ 20

## What Health Care Trends Are Affecting Us?

As recent news reports have explained, health care costs are once again increasing at a double-digit pace, as they have over the past couple of years. Experts point to several reasons for this upsurge, including increased use of the health care system, less competition in the health care market and the end of managed care savings. Perhaps the most significant factor is the cost of developing new technologies to more quickly treat previously untreatable diseases, or to treat diseases in new ways. This cost continues to skyrocket. In just under a decade, drug manufacturers have increased their annual advertising spending from $100 million to over $1.5 billion. These marketing costs are passed on to consumers, resulting in higher prescription drug costs.

## What We're Doing About It

Nortel Networks hasn't escaped the impact of health care cost trend increases. FLEX is designed to help ensure you continue to have access to affordable health care in the coming year. In order to maintain competitive and cost-efficient plans, we leverage our significant purchasing power and continually review our plan designs. In addition, Nortel Networks offers:

▤ Multiple medical plan options to encourage healthy competition among our vendors,
▤ A prescription drug benefit package with less expensive generic drug and home delivery (formerly known as mail-order) options,
▤ A new prescription drug health management program, which is designed to help you better manage and improve your health conditions and
▤ Higher coverage when you use in-network providers, where fiercely negotiated group discounts for our plan participants are the largest.

10/01                                        U.S. Decision Maker

NNI-LTD-00013259

## Want To Know More About Changes for 2002?

### Medical and Dental/Vision/Hearing Care Costs Increasing

Over the last several years, health care costs have been increasing and now those costs are rising dramatically. Respondents to a recent study conducted by Mercer/Foster Higgins, a benefits consulting firm, predict that health care costs will increase by at least 11% by the end of 2001. While Nortel Networks has made every effort to help contain costs and continues to heavily subsidize them, given the current economic environment, we'll be sharing some of the cost increases with you. By sharing the cost, Nortel Networks can maintain the competitive benefits that give you the value and flexibility you've always had. You may see a significant increase in the cost of your medical coverage and a slight (approximately 8%) increase in your dental/vision/hearing care coverage cost for 2002.

### New Prescription Drug Benefit Structure

Prescription drug costs continue to rise across the country. In order to keep pace with inflation while providing competitive benefits, Nortel Networks is changing the in-network retail prescription drug benefit for 2002. For up to a 30-day supply purchased at a retail pharmacy, you'll pay 15% of the cost for each prescription, up to a maximum of $40 per prescription (e.g., $120 for up to a 90-day supply). You'll pay a minimum of $5 per prescription for up to a 30-day supply of generic drugs (e.g., $15 for up to a 90-day supply)

### Vendors Make It Easier for You

Our claims administrators have continued to develop innovative ways for you to get the most out of your benefits...conveniently. Here are a few examples:

■ **Merck-Medco Home Delivery Pharmacy Service.** *Alert! This is a $mart employee tip!* When you choose coverage under any medical plan option, except HMOs or the Hawaii PPO, you're eligible for this service for your ongoing prescription drug needs. You can order up to a 90-day supply of prescription drugs for less than the price you would pay for the same supply at your walk-in pharmacy — and your prescription will be delivered right to your door. (Standard shipping is free.) By switching from retail pharmacies to this home delivery service, the medical plan can save between $100,000 and $300,000 a year due to discounts available to us through this service.

Check it out at www.merckmedco.com or call Merck-Medco toll-free at 1-877-START MAIL (1-877-782-7862).

■ **CIGNA.** You can access health information on a variety of topics, including finding participating providers, changing your primary care physician (PCP) and accessing health information, at www.cigna.com.

■ **UnitedHealthcare.** If you're enrolled in UnitedHealthcare, you can visit their Web site and access a world of information, including a health and wellness information library. Check out www.myuhc.com to order an ID card, select a new PCP, check claims status and much more.

■ **SHPS.** Check the status of your Reimbursement Account at www.shps.net. Your reimbursement will be deposited automatically in the bank account you've designated as the Full Deposit (net/balance) account per your Nortel Networks direct deposit payroll authorization.

NNI-LTD-00013260

and a minimum of $10 per prescription for up to a 30-day supply of brand-name drugs (e.g., $30 for up to a 90-day supply). Because this change may increase your out-of-pocket costs in 2002, you may want to consider participating in or increasing your contributions to the HCRA in 2002.

To estimate how this change may affect your out-of-pocket costs in 2002, you can find out the approximate cost of a current prescription by going to www.merckmedco.com.

**Home Delivery Pharmacy Service**

Keep in mind that you can still buy prescriptions through the mail-order service. The mail-order benefit is staying the same, but it has a new name – Merck-Medco Home Delivery Pharmacy service. If you're on long-term or maintenance medication, you may want to explore the benefits of the Merck-Medco Home Delivery Pharmacy service to save money on your prescriptions. See the *Smart* employee tip under "Vendors Make It Easier for You" on page 13.

Generic drugs are another option you should consider. Generic drugs, which are usually marketed under their chemical names, contain the same active ingredients in the same strength and dosages as equivalent brand-name drugs. The Food and Drug Administration must certify that generics are as effective as their brand-name equivalents before they can be sold. Generic drugs cost less than brand-name drugs because they don't require the same level of research, sales and marketing support required to bring a new brand-name drug to market. For more information on generic versus brand-name drugs, contact Merck-Medco.

## New Merck-Medco Prescription Drug Benefit Health Management Program

You'll have access to the new Health Management program as part of your prescription drug benefit package for 2002. This voluntary program, which is administered by Merck-Medco, is designed to help you maximize your prescription drug benefit and improve your health.

The Health Management program strives to educate you and your provider about your illnesses and the optimal therapy and prescription drug regimens. Merck-Medco works with you to improve your adherence to therapy regimens that have proven to be successful in treating your illness.

The programs available to you focus on health conditions that can be improved through high-quality pharmaceutical care. You have access to Health Management programs for a number of illnesses, including:

- Depression,
- Digestive health,
- Respiratory problems,
- Cardiovascular problems (e.g., hypertension and high cholesterol),
- Diabetes,
- Multiple sclerosis and
- Hepatitis C.



10/01

U.S. Decision Maker

NNI-LTD-00013261

Your prescription drug benefit offers you the following Merck-Medco Health Management program resources:

- Educational information and newsletters,
- Telephone counseling calls,
- Tools and hints to help you communicate with doctors and other health care providers,
- Clinical support through toll-free hotlines,
- Self-management tips and action steps and
- Refill and compliance reminders.

This confidential Merck-Medco Health Management program is free of charge and is available to medical plan participants (except HMO and Hawaii PPO participants). We hope you'll find that Merck-Medco's access to complete pharmaceutical histories, as well as clinical expertise and extensive marketplace experience in health management, adds value to your prescription drug benefits.

Merck-Medco will be forwarding more information, including how to join the program and what your commitment requirements will be, during 2002.

## Changes to HMO Availability

In Michigan, New York, California and Minnesota, some of your 2001 HMO choices won't be available for 2002. You'll no longer be able to enroll in Care Choices, Medica, Kaiser Southern California or Preferred Care. However, you'll still have a number of medical plan options from which to make your selections. These options and their costs for 2002 appear on your Personalized Enrollment Worksheet. For details about the benefits provided by the HMOs available in 2002, please refer to the *Summary of Health Benefits*.

NNI-LTD-00013262

## Dental/Vision/Hearing Care Plan – For the Basic, Comprehensive and Plus Options, Vision Benefits Enhanced by $250 Laser Vision Correction Surgery Expense Allowance

In response to employee requests for laser vision correction surgery benefits, we've added coverage for this procedure to help you pay for this expense. If you decide to have laser vision correction surgery in 2002, the plan's vision benefit provides a $250 allowance (total, for both eyes) toward the cost of the surgery. The allowance is available only through VSP, the claims administrator, when it is:

- Arranged with a VSP program participating doctor and
- Performed by a VSP-approved laser surgeon and center.

VSP program participating doctors are trained in laser vision correction, are required to meet VSP quality assurance guidelines and VSP credentialing standards, and carry additional professional certifications. VSP-approved laser surgeons must demonstrate requisite levels of surgical experience. These doctors provide you with a complimentary pre-operative consultation and post-operative exam. Because laser vision correction is a surgical procedure, you'll want to be educated about the risks involved. VSP offers informational material at www.vsp.com. You also may want to research other sources to be fully informed before you decide to have the procedure.

Here's how to use the VSP Laser Vision Care Program:

- Visit VSP's Web site to learn more about laser vision correction.
- Call your VSP doctor to check if he or she is participating in the program.
- Schedule a complimentary screening and consultation on the benefits and risks of laser vision correction. If surgery is appropriate, your VSP doctor will help you make arrangements with a VSP-approved laser surgeon and center. (While the laser vision correction screening is free, if you have a pre-operative exam and don't proceed with the surgery, your VSP doctor may charge a discounted exam fee of up to $100.)
- Post-procedure care will be coordinated between your VSP doctor and VSP laser surgeon.

You may save on the cost of laser vision correction surgery, since VSP contracted laser centers offer discounted prices averaging 20% to 25% off their usual and customary prices. So even as prices for this surgery fall, as a plan participant, you continue to enjoy exceptional value. Remember: You must go to VSP doctors and VSP-approved laser centers to receive the discount.

The laser vision correction surgery allowance and VSP discount, together with your tax-free contributions to an HCRA, offer you a less expensive way to pay for the surgery you want.

This new coverage, which is more generous than the market currently indicates, is a response to your requests. Nortel Networks is seeking creative ways to meet your needs and to design a benefit program that is financially sustainable.

NNI-LTD-00013263

## *How FLEX Credits Are Displayed*

### What Will You See?

Here's a description of what you'll see on your Personalized Enrollment Worksheet, Confirmation Statement and Earnings Statement (pay stub) regarding your costs. For reference, FLEX Credits are $540.67 annually, $45.05 monthly and $20.79 bi-weekly. **You may want to refer to your Personalized Enrollment Worksheet as you read through this section.**

### For All FLEX Benefits Options

- Your Personalized Enrollment Worksheet and Confirmation Statement list your options and their **net costs** — the actual per-pay-period cost to you.

- Your core coverage is provided automatically and the cost is paid fully by the Company. On your Personalized Enrollment Worksheet and Confirmation Statement, your cost for core coverage is $0. Core coverage costs aren't reflected on your pay stub.

### If You Select Medical Coverage

- Your medical coverage cost has been reduced by the amount of Company-provided FLEX Credits. This cost is shown on your Personalized Enrollment Worksheet, Confirmation Statement and pay stub.

- Your medical coverage cost for the "you only" coverage level under the PPO Option (or Out-of-Area Comprehensive Option for non-network area residents) is $0 on your Personalized Enrollment Worksheet and Confirmation Statement. This is because Company-provided FLEX Credits cover your entire share of the cost for this level of medical coverage. Since you have no cost for this level of coverage, no deduction appears on your pay stub.

- Your cost for other medical options and dependent coverage levels (spouse, children or family) on your Personalized Enrollment Worksheet and Confirmation Statement shows the **net cost** of the coverage, which is the cost minus the FLEX Credits. On your pay stub, you'll see these net costs under "Deductions."

### If You Choose Not To Select Medical Coverage

- You'll have the entire amount of FLEX Credits left to spend on other coverage or receive as taxable income. On your pay stub you'll see FLEX Credits listed under "Earnings."

- On your Personalized Enrollment Worksheet and Confirmation Statement, your cost for selecting "no medical coverage" is displayed as a negative number (with a minus sign). This indicates that there is a credit (not a cost) to you in the amount of $20.79 bi-weekly or $45.05 monthly.



NNI-LTD-00013264

## *Optional Spousal Life Insurance Costs*

Your spousal life insurance costs for 2002 are based on the age of your spouse. If we already have correct and complete information about your spouse in the Nortel Networks database, your Personalized Enrollment Worksheet will show the cost for your spouse's life insurance coverage based on his or her age, or you can use the following information to calculate it on your own.

## How To Calculate Your Spouse's Cost

The amounts of optional life insurance that you can purchase for your spouse are listed on your Personalized Enrollment Worksheet. This table lists the cost for every $1,000 of spousal life insurance:

| Spouse's Age* | Cost per $1,000 of Life Insurance | |
| --- | --- | --- |
| | Bi-weekly Rate | Monthly Rate |
| Under 25 | $0.023 | $0.050 |
| 25-29 | $0.023 | $0.050 |
| 30-34 | $0.030 | $0.065 |
| 35-39 | $0.034 | $0.075 |
| 40-44 | $0.046 | $0.100 |
| 45-49 | $0.069 | $0.150 |
| 50-54 | $0.106 | $0.230 |
| 55-59 | $0.198 | $0.430 |
| 60-64 | $0.304 | $0.660 |
| 65-69 | $0.581 | $1.260 |
| 70 or older | $0.950 | $2.060 |

* Age on December 31, 2002

U.S. Decision Maker

INST-A007494

NNI-LTD-00013265

To calculate what it will cost for your spouse's life insurance:

1. From the Personalized Enrollment Worksheet, choose the amount of spousal life insurance you would like to purchase.

2. From the table on page 18, find the bi-weekly or monthly cost (depending on your pay cycle) for your spouse's age.

3. Multiply the appropriate cost by the amount of life insurance and divide it by 1,000.

4. Enter this amount on line (i) on your Personalized Enrollment Worksheet.

$$ \underline{\hspace{3cm}} \quad X \quad \underline{\hspace{3cm}} \quad \div \quad \$1,000 = \underline{\hspace{3cm}} $$

Cost         Coverage amount         Your cost

---

Here's an example. If you want to buy $75,000 of life insurance for your 37-year-old spouse, here's how your cost would be calculated (assuming you're paid on a bi-weekly basis):

$0.034 x $75,000 ÷ 1,000 = $2.55 bi-weekly

---

You'll be required to provide EOI for your spouse if you select optional spousal life insurance coverage greater than $25,000 and you don't already have this level of coverage in effect. A Health Statement, if applicable, will be included with your Confirmation Statement.

**Life Insurance "Smoker Status"**

If you're a smoker, it's your responsibility to identify yourself as a smoker; otherwise, you or your beneficiaries could be denied life insurance benefits in the future if you've falsely claimed non-smoker status. Notify Employee Services immediately if you change from non-smoker to smoker status anytime during the year. See the Employee Benefits and Programs binder for detail.

NNI-LTD-00013266

## A FLEX Refresher

If you haven't thought for a while about how FLEX works, it's time to get reacquainted with this comprehensive, flexible approach to benefits. FLEX includes:

| Core Benefits – Company Pays the Full Cost and You're Automatically Enrolled | |
|---|---|
| **Short-Term Disability (STD) Coverage** | • 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 70% of your pre-disability FLEX Earnings for up to the next 20 weeks |
| **Long-Term Disability (LTD) Coverage** | • 60% of your pre-disability FLEX Earnings after you've been disabled for 26 consecutive weeks |
| **Employee Life Insurance** | • Equal to 1 X your FLEX Earnings<br>• $1,000,000 maximum |
| **Employee Assistance Program (EAP)** | • Provides free confidential counseling for up through 8 visits with an EAP counselor. The EAP provides advisory services for legal and financial concerns, as well as for child and elder care issues. This program is available to all FLEX-eligible employees and dependents, including those who select an HMO or waive medical coverage. |

| Optional Benefits – Heavily Company Subsidized and You Must Enroll To Receive Coverage | |
|---|---|
| **Medical Coverage** | **Network Area**<br>• PPO<br>• POS<br>• EPO<br>• Comprehensive<br>• HMO (where available)<br><br>**Non-Network Area**<br>• Out-of-Area Comprehensive<br>• HMO (where available) |
| **Dental/Vision/ Hearing Care Coverage** | • Basic<br>• Comprehensive<br>• Plus |

| Optional Benefits – Employee-Paid and You Must Enroll To Receive Coverage | |
|---|---|
| **Health Care Reimbursement Account (HCRA)** | Contribute between $120 and $5,200 for the calendar year |
| **Dependent Day Care Reimbursement Account (DDCRA)** | Contribute between $120 and $5,000 for the calendar year if single or married and filing jointly |
| **Optional Short-Term Disability (STD) Coverage** | Increase core coverage from 70% to 90% of your pre-disability FLEX Earnings for the 7th to the 26th week |
| **Optional Long-Term Disability (LTD) Coverage** | Increase core coverage from 60% to 70% of your pre-disability FLEX Earnings after you've been disabled for 26 consecutive weeks |

10/01                                           U.S. Decision Maker

NNI-LTD-00013267

## Optional Benefits – Employee-Paid and You Must Enroll To Receive Coverage (continued)

| Optional Employee Life Insurance | • Core plus 1 X FLEX Earnings<br>• Core plus 2 X FLEX Earnings<br>• Core plus 3 X FLEX Earnings<br>• Core plus 4 X FLEX Earnings<br>• Core plus 5 X FLEX Earnings<br><br>• $3,000,000 maximum<br><br>You must provide Evidence of Insurability (EOI) if:<br><br>• You increase your current optional employee life insurance coverage<br><br>• You select optional employee life insurance coverage of four or five times your annual FLEX Earnings | |
|---|---|---|
| **Optional Dependent Life Insurance** | **Spouse**<br><br>• $10,000<br>• $25,000<br>• $50,000*<br>• $75,000*<br>• $100,000*<br><br>*EOI required | **Dependent Child**<br><br>• $5,000<br>• $10,000<br>• $15,000<br><br><br>Notes:<br><br>• Amount will be the same for each child<br><br>• $1,000 coverage for children age 14 days to 6 months<br><br>• No coverage for children before 14 days of age |

| Optional Accidental Death & Dismemberment (AD&D) Insurance | For You | For Your Family | | |
|---|---|---|---|---|
| | | **Spouse** | **Child(ren)** | **Spouse and Child(ren)** |
| | • 1 X FLEX Earnings<br>• 2 X FLEX Earnings<br>• 3 X FLEX Earnings<br>• 4 X FLEX Earnings<br>• 5 X FLEX Earnings<br><br>• $1,000,000 maximum | • 60% of your optional AD&D coverage amount | • For each child, 20% of your optional AD&D coverage amount | • Spouse: 50% of your optional AD&D coverage amount<br><br>• Each child: 15% of your optional AD&D coverage amount |

Refer to the Employee Benefits and Programs binder for exclusions and limitations.

NNI-LTD-00013268

# Important Phone Numbers and Web Site Addresses

| | Phone Number | Web Site Address |
|---|---|---|
| **Nortel Networks** | | |
| FLEX Online Enrollment Tool | | https://eflex.us.nortel.com:49185 |
| For a NorPASS Password | NT4-HELP<br>ESN 684-4357<br>1-800-684-4357 | http://norpass.ca.nortel.com |
| Services@Work | | http://services-canada.ca.nortel.com |
| Employee Services | ESN 352-4636<br>Direct: 919-992-4636<br>Toll-free 1-800-676-4636<br>(TDD) 919-992-6914 or ESN 352-6914<br>(for the hearing impaired) | E-mail<br>Internal: US, InfoCenter<br>External: usic@nortelnetworks.com |
| **Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits** | | |
| United Behavioral Health (UBH) | 1-800-842-2991 | Prospective members: www.ubhnet.com<br>Participants: www.ubhmemberweb.com |
| **Medical Benefits** | | |
| CIGNA HealthCare<br><br><br>CIGNA, formerly Healthsource of North Carolina | 1-800-257-2702 (PPO & Comprehensive)<br>1-800-832-3211 (POS & EPO)<br><br>1-800-948-8639 (POS & EPO) | www.cigna.com |
| UnitedHealthcare | 1-877-311-7846 | Prospective members: www.uhc.com<br>Participants: www.myuhc.com |
| Blue Choice Select | 1-800-462-0108 | www.bcbsra.com |
| Harvard Pilgrim | 1-888-333-4742 | www.harvardpilgrim.org |
| Kaiser Northern California | 1-800-464-4000 | www.kaiserpermanente.org/locations/california |
| Lifeguard | 1-800-995-0380 | www.lifeguard.com |
| **Prescription Drug Benefits** | | |
| Merck-Medco | Participants only: 1-800-711-3460 | Participants only: www.merckmedco.com |
| **Dental Care Benefits** | | |
| CIGNA HealthCare | 1-800-257-2702 | www.cigna.com |
| **Vision Care Benefits** | | |
| Vision Service Plan (VSP) | 1-800-877-7195 | www.vsp.com<br>(Use member number 877 to access if you're not currently a participant) |
| **Hearing Care Benefits** | | |
| CIGNA HealthCare | 1-800-257-2702 | www.cigna.com |
| **Reimbursement Accounts** | | |
| SHPS | 1-800-678-6684 | www.shps.net |
| **Other** | | |
| Internal Revenue Service (IRS) | 1-800-TAX-FORM<br>1-800-829-3676 | www.irs.gov/forms_pubs/ |

10/01

U.S. Decision Maker

NNI-LTD-00013269

If there are any discrepancies between the information in this summary and the applicable Nortel Networks benefits plan, the actual plan document shall, in all cases, govern the details of the benefits coverage and the plan administration. In accordance with each plan and/or program, Nortel Networks reserves the right to amend, discontinue the plan and/or program described in this booklet, at any time without prior notice to, or consent by, employees.

The Life Insurance and Accidental Death & Dismemberment coverage is underwritten by The Prudential Insurance Company of America, 751 Broad Street, Newark, NJ 07102. This summary does not include all plan provisions, exclusions and limitations. A Booklet-Certificate, with complete plan information will be provided. If there is a discrepancy between this document and the Booklet-Certificate issued by Prudential, the terms of the Booklet-Certificate will govern. Contract series 83500.



**Employee Services**

Dept. K500 Mail Stop 355010B5

PO Box 13010

Research Triangle Park, NC

27709-3010 USA

©2001 Nortel Networks.
*Nortel Networks, the Nortel Networks logo, the Globemark
and Unified Networks are trademarks of Nortel Networks.
For Participants Without Intranet Access
Printed in the United States.
USE-ER-DMB-005.002

NNI-LTD-00013271