**<u>EXHIBIT J-9</u>**

**2003**

**Navigating Your FLEX Benefits Enrollment**

*For U.S. Participants*



# FLEX 2003

# Roadmap

NNI-LTD-00013278

If there are any discrepancies between the information in this summary and the applicable Nortel Networks benefit plan, the actual plan document shall, in all cases, govern the details of the benefit coverage and the plan administration. In accordance with each plan and/or program, Nortel Networks reserves the right to amend or discontinue the plan and/or program described in this booklet at any time without prior notice to, or consent by, employees.

The Life Insurance and Accidental Death & Dismemberment insurance plans are insured under a Group Term Life Insurance Policy with The Prudential Insurance Company of America, a Prudential Financial company, 751 Broad Street, Newark, NJ 07102. This summary does not include all plan provisions, exclusions, and limitations. A booklet-certificate with complete plan information, including exclusions and limitations, will be provided. If there is a discrepancy between this document and the booklet-certificate issued by The Prudential Insurance Company of America, the terms of the booklet-certificate will govern. Contract series 83500. INST# A007494.

# What's Inside

## About FLEX 2003 ....................................................... 2

Mark Your Calendars
Who Needs to Enroll
What's Included in This Package

## Section 1 – Navigating Your FLEX Benefits ...................... 3

*This section is the "MUST READ" for everyone. It includes information about the changes to some of your current costs and why they're changing.*

The Big Picture
What's Happening at Nortel Networks
FLEX 2004 – What Changes Nortel Networks Is Considering Down the Road

## Section 2 – Points of Interest .................................. 9

*This section includes **what's changing for 2003.***

What's New for 2003
A Closer Look
Need More Info?
A FLEX Refresher

## Section 3 – Enrollment Signposts ........................... 15

*This section provides enrollment information.*

Do I Need to Enroll?
Decision Time (including how to enroll)

## Section 4 – What Else You Should Know ...................... 18

*This section contains additional information you may need to make your enrollment selections.*

Optional Spousal Life Insurance Costs
Important Phone Numbers and Web Site Addresses

NNI-LTD-00013280

# About FLEX 2003

Enclosed are your FLEX 2003 annual enrollment materials. We hope you'll take time to review them, since they contain important information about your Nortel Networks FLEX Benefits Program. You'll see that FLEX still offers you choices. Once again for 2003, FLEX is designed to meet the diverse needs of our employees, while being mindful of costs and remaining competitive.

## Mark Your Calendars

**The FLEX annual enrollment period for 2003 is November 5 through November 19, 2002.** If you're going to be on vacation during this two-week period, contact Employee Services before you leave.

If you miss the enrollment deadline, you'll receive default coverage for 2003. See page 17 for more information on default coverage.

### Who Needs to Enroll

You need to enroll during the FLEX 2003 annual enrollment period if you wish to:

- Contribute to the Health Care and/or Dependent Day Care Reimbursement Account whether or not you're currently contributing,
- Make changes to your current coverage,
- Select or change coverage for your dependents, or
- Change your life insurance "smoker status."

You'll also need to enroll if your current medical provider network won't be available in 2003 and you wish to enroll in a different medical plan option.

## What's Included in This Package

Inside this package you'll find:

- *FLEX 2003 Roadmap*, which highlights the 2003 program changes and the steps you must take to select the FLEX coverage you want for 2003,

- *FLEX 2003 Personalized Enrollment Worksheet*, which lists your current FLEX selections and 2003 options and costs,

- *FLEX 2003 Summary of Health Benefits*, which summarizes the benefits available through each of the medical plan options and dental/vision/hearing care plan options, and

- *Enrollment reply envelope.*

For most of you, the materials enclosed provide enough information for you to make your enrollment selections. If you'd like additional information, see "Need More Info?" on page 12 for other resources that are available to you.

NNI-LTD-00013281



## Section 1
# *Navigating Your FLEX Benefits*

Competitive benefits. A comprehensive package. Choice. These have been — and continue to be — the cornerstones of your Nortel Networks benefits. What does this mean to you?

- **Competitive benefits.** Overall, for 2003, Nortel Networks continues to offer a benefits package that's in line with our competitor group in terms of both the value these benefits offer and how we share costs with you. We leverage our significant purchasing power to secure and maintain our competitive and cost-efficient benefits plans at the best possible rates.

- **Comprehensive package.** FLEX is just one component of your benefits package. Others include:

  - A capital accumulation program for retirement,

  - Paid time off (vacation, Company holidays, and sick leave), and

  - Programs aimed at improving the quality of work life, such as travel benefits and career learning opportunities.

- **Choice.** Nortel Networks continues to offer choice through FLEX Benefits. We do so by evaluating the design of our benefits on an ongoing basis to make sure they offer a range of plans and options that meet the diverse needs of our workforce. Then it's up to you to assess your needs and those of your family, decide what you want and what you can afford, then select the benefits that work best for you.


## The Big Picture

### Health Care Costs Are Going Up . . . Again

Health care costs have been on the rise for a number of years, and recent trends have been staggering. Experts predict that U.S. employers will see average health plan costs increase more than 15% in 2002 and 15% to 19% in 2003.

No one can escape these dramatic increases. Congress, insurance companies, employers, and individuals are all seeking creative solutions to this complex problem. While Nortel Networks continues to take steps to help contain costs, our combined costs for the medical plan (excluding HMO options) and the dental/vision/hearing care plan are expected to increase by 18% in 2003. To help support the financial affordability of our health plans, the Company will share this increase with you. Nortel Networks will absorb the majority of this increase (16%) and you'll pick up the remaining 2%. For more details, see "Working Together to Share the Cost" on page 5.

**Why Health Care Costs Are Increasing**

Experts cite a number of reasons why health care costs continue to rise rapidly. Some of the key factors include:

- More frequent use of the health care system,

- Expensive technological advances,

- Higher prescription drug costs, and

- An aging population.

NNI-LTD-00013282

# What's Happening at Nortel Networks

## How You Can Help

You can help manage rising health care costs by:

- Taking advantage of the prescription drug health management program if Medco Health, our prescription drug benefits claims administrator, notifies you that you're a candidate who could benefit from this program;

- Accessing the resources available through our health care claims administrators which are designed to help you lead a healthier lifestyle and better manage your health; and

- Staying abreast of the latest news related to good health care and becoming an even more informed health care consumer.

## What We're Doing Today

Nortel Networks continues to manage the difficult balance of providing choice and cost-effective health plans without compromising quality. Here are some of the things we're doing today:

- We continue to offer multiple medical plan options, which encourages healthy competition among our vendors.

- The medical plan options provide the highest coverage when you go in-network, where negotiated group discounts for our plan participants are the largest.

- The medical plan options also provide prescription drug benefits with less expensive generic drugs and a home delivery service that offers savings over buying retail.

- We offer a prescription drug health management program, which is designed to help you better manage and improve your health.

## How We Share FLEX Costs

### *The Increasing Cost of FLEX Benefits*

The projected cost increase for some of your FLEX 2003 Benefits, as well as their projected **average** annual cost of coverage per employee, are shown in the chart that follows. Your specific personalized costs will appear on your FLEX 2003 Confirmation Statement.

NNI-LTD-00013283

| Coverage | Cost Increase | Nortel Networks Average Annual Cost of Coverage Per Employee |
|---|---|---|
| Medical (excluding HMO options) | 22% | $6,390 |
| Dental/Vision/Hearing Care | 1% | $1,280 |
| Disability | 13% | $315* |

*Excludes Company-reserved funds for future claims.*

To help us make cost-sharing decisions for 2003, we analyzed the market to learn how the Company measures up against our competitors. We also looked at other key factors that drive cost, including:

- Health care inflation,

- Total claims paid by each plan,

- Number of employees who choose each health care plan option and the amount of claims paid under that option, and

- Number of disability claims and the length of the disability.

## *Working Together to Share the Cost*

For 2003, Nortel Networks will continue its overall FLEX cost-sharing arrangement with you. For the largest FLEX cost — health care coverage — the Company will continue to pay the competitive cost-sharing target of 88% of total costs, and employees will continue to pay 12% of total costs.

The Company will also continue to provide the same amount of FLEX Credits in 2003 as it did this year — enough to either cover your share of the cost for a basic level of medical coverage for yourself, or to apply toward any optional coverage you wish.

Changes in your FLEX costs for 2003 will depend on the options and dependent coverage levels you select. Keep in mind that your individual cost will rise as your level of coverage increases. Your own cost sharing, therefore, is directly linked to the coverage — or **value** — of the options you select.

Your Personalized Enrollment Worksheet indicates which options are available to you and how much each option costs.

NNI-LTD-00013284

## Your Cost for Optional Disability Coverage

Our disability plans have experienced a significant increase in the number and duration of disability claims over the past three years. Costs for this coverage are expected to increase by 13% in 2003. This is the first increase we've experienced since 2000. As a result, you'll see the following changes in the cost of optional disability coverage:

| Coverage | 2002 Cost per $100 of FLEX Earnings | 2003 Cost per $100 of FLEX Earnings |
|---|---|---|
| Optional Short-Term Disability (STD) | $0.15 | $0.17 |
| Optional Long-Term Disability (LTD) | $0.16 | $0.18 |

Nortel Networks will continue to absorb the entire cost increase for Company-paid ("core") disability coverage. (See "A FLEX Refresher" on page 13 for details.)

Because your costs for your current health care and disability coverage will be higher in 2003, it's wise to determine whether your 2002 selections will continue to make sense for you next year. Compare your estimated future needs and expenses with your current 2002 selections and expenses, then select the plans, options, and dependent coverage levels that work best for you.

### Lower Life and Accidental Death and Dismemberment (AD&D) Insurance Rates for 2003

Nortel Networks received compensation from The Prudential Insurance Company of America, our life and AD&D insurance claims administrator, when Prudential changed from a mutual company (one owned by its policyholders) to an investor-owned public stock company. Nortel Networks will apply the proceeds it received to the cost of all life and AD&D insurance options. This means that, **in 2003 only**, your rates for life and AD&D insurance will be slightly lower. As with the cost of life insurance, the amount of the decrease will depend on the age of the insured person.

*[handwritten] However, we will still hear from employees whose birthday in 2003 will move them to a higher insurance cost. We need to be ready to answer that question*

# FLEX 2004 – What Changes Nortel Networks Is Considering Down the Road

## Rising Prescription Drug Costs

Costs for prescription drugs are increasing faster than any other health care services — four to five times the rate of general inflation. Some of the factors contributing to this upward spiral include:

- A significant increase in the number of new drugs on the market, making it more challenging for doctors to weigh the improved effectiveness of these drugs against their higher costs,

*[handwritten margin note] To those of you taking the debts course, it may be for some ees. Maybe the last two – but it may be ??*

NNI-LTD-00013285

▪ Greater demand for new drugs due to advertising directed at consumers — even if less expensive older drugs would be just as effective,

▪ Increased number of new drugs protected under patent protection laws for a set number of years (patents allow developers to recoup their research and development costs before less expensive generic versions become available),

▪ Increased use of prescription drugs by an aging population,

▪ More expensive research and development costs for new drugs, and

▪ Shareholder demand for the profitability of pharmaceutical companies.

## What We're Doing About It

Like other employers, Nortel Networks isn't immune to what's happening in this area. In 2001, our prescription drug benefit costs (excluding HMO options) were $36 million. Because prescription drugs represent our fastest-growing health care cost, we're exploring some ideas for 2004 that will help us continue to offer affordable and competitive prescription drug benefits.

Here are the top three considerations under review for **2004.** We welcome your comments on the 2004 prescription drug considerations. Please send your feedback to Employee Services via internal e-mail at US, InfoCenter or external e-mail at usic@nortelnetworks.com with the subject line "2004 Prescription Drug Consideration Feedback." Please know that your comments and opinions are important and will help us as we continue to evaluate these options for our program. Because you won't receive a response to your e-mail, please don't include information on other subjects.

▪ **A Smaller Network of Participating Pharmacies:**  One alternative we're exploring is introducing an Exclusive Provider Network (EPN), which is a subset of our current retail pharmacy network. Medco, our prescription drug claims administrator, has been able to negotiate a greater discount with pharmacies that participate in the EPN, and that discount would be passed on to you if you filled your prescription at an EPN participating pharmacy. Introducing an EPN wouldn't change the prescription drug benefits offered under the medical plan, and participating pharmacies would still be within convenient reach of home or work. However, a small number of participants would need to change their current retail pharmacy in order to continue to receive in-network benefits. (You could still choose to go to a non-participating pharmacy and receive the
• lower out-of-network benefits.)

*anti*

*Some pharmacies don't offer 24 hr. service*

*: emphasize - still have choice to go out of net + still get 50% coverage.*

NNI-LTD-00013286

▨ **Mandatory Use of Home Delivery Pharmacy Service:** A second alternative we're looking into is a mandatory home delivery pharmacy service program for maintenance medications, such as blood pressure or thyroid medications. This means that participants would fill their first prescription, as well as their first refill, at a participating retail pharmacy, but would need to fill all future prescriptions for that medication through the home delivery pharmacy service in order to receive prescription drug benefits. This approach would:

- Provide maximum savings as a result of the larger discounts available through the home delivery pharmacy services compared to those available through our retail pharmacy network, and

- Decrease dispensing fees charged to us.

▨ **Prescription Drug Formulary:** The third alternative we're considering is an incentive formulary copay structure. A formulary is a list of preferred brand-name drugs that have been tested and evaluated based on their effectiveness and cost. Drugs listed on the formulary offer greater discounts than non-formulary drugs, which reduces both employee and employer costs. Under a formulary copay structure, employee costs could look something like this:

| Generic Drug | Preferred Brand-Name Drug (Formulary) | Non-Preferred Brand-Name Drug (Non-Formulary) |
|---|---|---|
| 10% copayment | 20% copayment | 30% copayment |

This copayment structure would share the actual cost of drugs with participants more fairly. In other words, if you choose a generic drug that's on the formulary, the plan rewards you by paying a greater percentage of the cost. If you choose a more expensive brand-name prescription drug that isn't on the formulary, you would pay a larger share of the cost. And like our current prescription drug benefit, the new copay structure would include a maximum copay.

As mentioned earlier, the changes just described are under consideration for 2004. We'll continue to investigate these and other alternatives in the months ahead. Again, we welcome your comments on these 2004 prescription drug considerations. Simply send an e-mail to Employee Services via internal e-mail at US, InfoCenter or external e-mail at usic@nortelnetworks.com with the subject line "2004 Prescription Drug Consideration Feedback."

NNI-LTD-00013287



# Section 2
# *Points of Interest*



*See next page*

## What's New for 2003

The year 2003 brings changes to several of your FLEX Benefits. The following chart shows what's different between 2002 and 2003. It isn't intended to provide details. More information about some of these changes can be found under "A Closer Look" on pages 10–11.

| | 2002 | 2003 |
|---|---|---|
| **HEALTH CARE BENEFITS CHANGES** | | |
| *Medical Plan – For PPO, POS, EPO, Comprehensive, and Out-of-Area Comprehensive Options* | | |
| **Prescription Drug Benefits Copayment – Home Delivery In-Network for up to a 90-Day Supply** | ● $10 copayment for up to a 90-day supply of generic drugs <br> ● $20 copayment for up to a 90-day supply of brand-name drugs if no generic is available or if requested by your doctor <br> ▪ Otherwise, $20 copayment plus difference in cost between generic and brand-name drugs, when generic is available | ● $15 copayment for up to a 90-day supply of generic drugs <br> ● $30 copayment for up to a 90-day supply of brand-name drugs if no generic is available or if requested by your doctor <br> ▪ Otherwise, $30 copayment plus difference in cost between generic and brand-name drugs, when generic is available |
| **Prescription Drug Benefits – Claims Administrator's Name** | ● Merck-Medco <br> ● Paid Prescriptions | ● Medco Health Solutions, Inc. (Medco Health) replaces the names "Merck-Medco" and "Paid Prescriptions" |
| *Mental Health and Substance Abuse Treatment Benefits* | | |
| **Mental Health/Substance Abuse – Medication Management\*** | ● Out-of-network expenses not covered | ● Out-of-network expenses covered at 50% after $200 deductible; unlimited visits. For more details, see the *FLEX 2003 Summary of Health Benefits* |
| *Medical Plan – For Network Area and Non-Network Area Locations* | | |
| **HMO Copayments, Deductibles, and Benefit Changes** | ● For details about HMO changes for 2003, see the *FLEX 2003 Summary of Health Benefits*. Changes from 2002 to 2003 are indicated in bold text | |
| **HMO Availability** | ● Lifeguard HMO in Northern California | ● Lifeguard HMO in Northern California eliminated |
| *Dental/Vision/Hearing Care Plan – For Basic, Comprehensive, and Plus Options* | | |
| **Vision Care Benefits – Frame Discount** | ● In-network: No specific discount off the amount of the cost of the frames that exceeds the plan's frame allowance | ● In-network: 20% off the amount of the cost of frames that exceeds the plan's frame allowance |

*Handwritten annotations: "+5", "+10", "new codes? obsolete?", "In-network means thru the Medco Home Delivery Program", "OON as a ?, as in other Rx programs", "plan allowance is equivalent to $15", "In addition to the 20% discount"*

\* *Medication management is when a psychiatrist evaluates the effectiveness and appropriateness of a prescribed medication on an ongoing basis through brief follow-up office visits. The objective is for the doctor to make sure that the medication prescribed is serving its purpose adequately and without negative side effects.*

NNI-LTD-00013288

# A Closer Look

If you'd like some background information or more details about the changes to FLEX for 2003, you'll want to take a closer look at the following information.

## New Copayments for Home Delivery Pharmacy Service

Prescription drug costs continue to rise across the country. In order to keep pace with prescription drug inflation while providing competitive benefits, Nortel Networks is changing copayments for prescriptions filled through the Medco Health Home Delivery Pharmacy Service. The new copayment for up to a 90-day supply of generic drugs is $15, and it's $30 for up to a 90-day supply of brand-name drugs. This represents a $5 and $10 increase, respectively, over 2002.

**How Much Nortel Networks Pays Through the Home Delivery Pharmacy Service**

In 2001, Nortel Networks spent an average of $55 for a 90-day supply of a generic drug and an average of $212 for a 90-day supply of a brand-name drug bought through the home delivery service. The projected costs for 2002 for these home delivery prescriptions could be as much as 20% higher than they were in 2001.

Generic drugs are a cost-saving alternative you may wish to consider. Usually marketed under their chemical names, generic drugs contain the same active ingredients in the same strength and dosages as equivalent brand-name drugs. The Food and Drug Administration must certify that generics are as effective as their brand-name equivalents before they can be sold. Generic drugs cost less than brand-name drugs because they don't require the same level of research, sales and marketing support required to bring a new brand-name drug to market. For more information on generic versus brand-name drugs, contact Medco Health at 1-800-711-3460 or visit www.medcohealth.com.

## News About the Employee Assistance Program (EAP) and Worklife Services

Beginning January 1, 2003, our EAP and worklife services will be administered by one company — United Behavioral Health (UBH) — instead of both UBH and Ceridian. As a result, you'll be able to access both our EAP and worklife services at one toll-free telephone number and one Web site address. Details about this change will be sent to you later in the year.

## Changes to HMO Availability

Based on recent announcements made by Lifeguard HMO and the action taken by the California Department of Managed Health Care, we've decided not to offer Lifeguard HMO as a medical plan option in Northern California for 2003. In September, the Department of Managed Health Care appointed a conservator to manage the operations at Lifeguard. This decision was based on concerns about Lifeguard's financial position, its failure to maintain the financial reserves required by law, and how those finances are threatening to disrupt patient care.

NNI-LTD-00013289

If you're a current Lifeguard HMO participant, you'll still have a number of medical plan options from which to make your selections. These options and their costs for the coming year appear on your Personalized Enrollment Worksheet. For details about the benefits provided by the medical plan options available in 2003, please refer to the *FLEX 2003 Summary of Health Benefits* and the *FLEX 2003 Enrollment Guide*.

## Your Vision Care Benefits – Update

As part of its efforts to continually improve its vision care discount program, Vision Service Plan (VSP) will be offering an additional discount when you go to a VSP provider for elective contact lenses. VSP is also changing the way it communicates the plan's frame allowance that it has negotiated with its providers. Here's a closer look at what you can expect for 2003:

- **Frames:** The plan will pay a retail allowance of at least $115 for one pair of frames purchased from a VSP provider. If those frames cost more than the plan allowance, you'll now also receive a 20% discount on the amount that's above the frame allowance.

- **Elective Contact Lenses:** VSP is making another new discount available to you when you use a VSP provider. You'll receive a discount on an annual supply of certain soft contact lenses — and you'll have the option to have them delivered to your door!

## Using Your Health Care Reimbursement Account (HCRA)

Because of rising health care costs and the potential increase in your out-of-pocket costs for prescription drugs in 2003, you may want to consider participating in or increasing your contributions to the HCRA in 2003.

The HCRA is designed to let you set aside before-tax money from your pay to cover some of your out-of-pocket health care expenses. By using before-tax dollars for these expenses, you can save money by reducing your taxable income.

### *Certain Weight-Loss Programs Now Considered an Eligible Expense*

The IRS has added weight-loss programs for physician-diagnosed obesity *without an underlying medical condition* to its list of eligible expenses under the HCRA. To be reimbursed, the patient must submit a claim to SHPS, the claims administrator, and include a doctor's statement indicating that the treatment is related to the patient's obesity. A participant cannot "self-diagnose" the condition.

The following expenses remain ineligible:

- The cost of reduced-calorie diet food purchased under a weight-loss program as a substitute for food normally consumed, and

- Weight-loss programs whose purpose is to improve an individual's general health, sense of well-being, or appearance.

**Claims Administrators' Web-Based Services and Information**

Our FLEX claims administrators offer a number of self-service Web sites that give you access to a wide range of information. Visit the Web sites for details about participating providers, claim status, and other useful health information. We've listed their addresses on pages 20–21 for your convenience.

NNI-LTD-00013290

# Need More Info?

## FLEX 2003 Enrollment Guide

If you need more information in order to make your FLEX 2003 decisions, you may want to refer to the *FLEX 2003 Enrollment Guide*. It contains details on how FLEX works and highlights things to consider when you're making your benefits decisions. To request a copy of the Enrollment Guide, contact Employee Services.

### Your FLEX Earnings

Your FLEX Earnings for 2003 are based on your annual salary as of September 27, 2002.

### Contacting Employee Services

Call Employee Services if:

- You need a copy of the *FLEX 2003 Enrollment Guide* or a form mentioned previously;

- You have questions after reading the FLEX materials; or

- You're simply interested in better understanding how FLEX works.

You can reach Employee Services at ESN 352-4636 or toll-free at 1-800-676-4636. If you're hearing impaired, call (TDD) 919-992-6914 or ESN 352-6914. You also may contact Employee Services via external e-mail at usic@nortelnetworks.com.

## Forms You May Need

For the changes listed below, you must complete the appropriate forms and return them as instructed on the form:

- If you or your spouse is required to submit evidence of insurability (EOI) for life insurance, you'll receive a Health Statement (for employee and/or spouse) in the mail with your Confirmation Statement. After you've completed and returned your Health Statement to Prudential, the plan's life insurance claims administrator, you'll receive a notice in the mail telling you whether your request for increased coverage has been approved. If you're interested in a status update before you receive your notice, you can call Prudential directly. **Remember: Providing EOI isn't a guarantee that your request for increased coverage will be approved.**

- If you need to name or change a beneficiary for your life insurance or accidental death and dismemberment (AD&D) insurance, contact Employee Services to obtain an Active Employee Life Insurance Beneficiary Designation Form.

- If you need to enroll a domestic partner or the dependent child of a domestic partner for the first time, contact Employee Services. Please note that coverage for a domestic partner and/or the domestic partner's children is available under the medical plan and the dental/vision/hearing care plan only.

- If you need to cap your core life insurance at $50,000, you must complete a Core Life Insurance Waiver, available from Employee Services. Please note that this applies only to employees whose FLEX Earnings are more than $50,000.

NNI-LTD-00013291

# A FLEX Refresher

Here's a brief refresher of how FLEX works.

| Core Benefits – Company Pays the Full Cost and You're Automatically Enrolled | |
|---|---|
| **Short-Term Disability (STD) Coverage** | ◦ 100% of your pre-disability FLEX Earnings for up to 6 weeks, then 70% of your pre-disability FLEX Earnings for up through the next 20 weeks |
| **Long-Term Disability (LTD) Coverage** | ◦ 60% of your pre-disability FLEX Earnings after you've been disabled for 26 consecutive weeks |
| **Employee Life Insurance** | ◦ Equal to 1 X your FLEX Earnings<br>◦ $1 million maximum |
| **EAP** | ◦ Provides free confidential counseling for 1–8 visits with an EAP counselor. The EAP also provides advisory services for legal and financial concerns, as well as for parenting and elder care issues. This program is available to all FLEX-eligible employees and dependents, including those who select an HMO or waive medical coverage. |

| Optional Benefits – Company-Subsidized and You Must Enroll to Receive Coverage | | |
|---|---|---|
| **Medical Coverage** | **Network Area**<br>◦ PPO<br>◦ POS<br>◦ EPO<br>◦ Comprehensive<br>◦ HMO (where available) | **Non-Network Area**<br>◦ Out-of-Area Comprehensive<br>◦ HMO (where available) |
| **Dental/Vision/ Hearing Coverage** | ◦ Basic<br>◦ Comprehensive<br>◦ Plus | |

| Optional Benefits – Employee-Paid and You Must Enroll to Receive Coverage | |
|---|---|
| **Health Care Reimbursement Account (HCRA)** | ◦ Contribute between $120 and $5,200 for the calendar year |
| **Dependent Day Care Reimbursement Account (DDCRA)** | ◦ Contribute between $120 and $5,000 for the calendar year if you're single or have a spouse and are filing jointly |
| **Optional Short-Term Disability (STD) Coverage** | ◦ Increase core coverage from 70% to 90% of your pre-disability FLEX Earnings for the 7th through the 26th week |
| **Optional Long-Term Disability (LTD) Coverage** | ◦ Increase core coverage from 60% to 70% of your pre-disability FLEX Earnings after you've been disabled for 26 consecutive weeks |

NNI-LTD-00013292

## Optional Benefits – Employee-Paid and You Must Enroll to Receive Coverage (continued)

| Optional Employee Term Life Insurance | |
|---|---|
| | <ul><li>Core plus 1 X FLEX Earnings</li><li>Core plus 2 X FLEX Earnings</li><li>Core plus 3 X FLEX Earnings</li><li>Core plus 4 X FLEX Earnings</li><li>Core plus 5 X FLEX Earnings</li><li>$3 million maximum</li></ul>You must provide evidence of insurability (EOI), satisfactory to Prudential, the plan's life insurance claims administrator, if:<ul><li>You increase your current optional employee life insurance coverage</li><li>You select optional employee life insurance coverage of four or five times your annual FLEX Earnings</li></ul> |

| Optional Dependent Term Life Insurance | Spouse | Dependent Child(ren) |
|---|---|---|
| | <ul><li>$10,000</li><li>$25,000</li><li>$50,000*</li><li>$75,000*</li><li>$100,000*</li></ul>*EOI required | <ul><li>$5,000</li><li>$10,000</li><li>$15,000</li></ul>Notes:<ul><li>Amount will be the same for each child</li><li>$1,000 coverage for children age 14 days to 6 months</li><li>No coverage for children younger than 14 days of age</li></ul> |

| Optional Accidental Death and Dismemberment (AD&D) Insurance | For You | For Your Family | | |
|---|---|---|---|---|
| | | Spouse | Child(ren) | Spouse and Child(ren) |
| | <ul><li>1 X FLEX Earnings</li><li>2 X FLEX Earnings</li><li>3 X FLEX Earnings</li><li>4 X FLEX Earnings</li><li>5 X FLEX Earnings</li><li>$1 million maximum</li></ul> | <ul><li>60% of your optional AD&D coverage amount</li></ul> | <ul><li>For each child: 20% of your optional AD&D coverage amount</li></ul> | <ul><li>Spouse: 50% of your optional AD&D coverage amount</li><li>For each child: 15% of your optional AD&D coverage amount</li></ul> |

Refer to the *Employee Benefits and Programs* binder for exclusions, limitations, and reductions.

NNI-LTD-00013293



## Section 3
# *Enrollment Signposts*

## Do I Need to Enroll?

Once you review your annual enrollment package, you'll need to decide whether or not to change your selections or enroll in the HCRA and/or the DDCRA for 2003.

Before you decide, follow these three easy steps:

**Step 1:** **Read and understand** the changes for FLEX 2003. The easy-to-compare chart on page 9 shows what's different between 2002 and 2003.

**Step 2:** **Look to the future** and consider what may change for you in 2003 and how it may affect your upcoming benefits selections. **Remember: After the annual enrollment period ends, you won't be able to make any changes to your selections unless you have a Status Change.**

**Step 3:** **Review your enclosed Personalized Enrollment Worksheet** and confirm that it reflects the coverage you want in 2003. Even if you choose to waive health care coverage, it's important that all your dependents are listed accurately. You may have spousal life insurance and/or AD&D insurance for which this information would be required. Also, your dependents must be listed accurately so they can have easy access to the EAP.

### If You Have a Status Change

Generally, you can make changes to your benefits selections only during the annual enrollment period. However, certain family Status Changes allow you to modify your FLEX Benefits selections outside this period. Status Changes include, but aren't limited to, events such as marriage, divorce, and the birth or adoption of a child. In all cases, the changes you make must be consistent with the event. If a Status Change occurs, contact Employee Services to make a change to your benefits. You have 31 days from the date of the event to complete your enrollment selections, including enrolling any new dependents you want covered.

**Important Information About Your Dependents' Enrollment:** You must actively select the plan in which you want to enroll your new dependents. **No one, including newborns, will automatically be added to your medical and/or dental/vision/hearing care plan, even if you're already enrolled for family coverage.**

For a list of Status Changes and the enrollment actions you need to complete if you have a Status Change, contact Employee Services.

*If status change during Ann enrollment, the status change cancels out the Annual enrollment.*

*Be sure to remind people to re-enroll for 2003*

*esp. if changing plans or participating in HCRA & DDCRA.*

# Decision Time (including how to enroll)

## If You Decide to Change Your FLEX Selections, Enroll in the HCRA and/or the DDCRA, Update Your Dependent Information and/or Change Your Life Insurance "Smoker Status"

After reviewing this Roadmap and the other available FLEX materials, you need to take the following steps if you decide you want to make a change as listed above:

**Step 1:**  **Complete your Personalized Enrollment Worksheet** to make changes to your dependent information or to make new FLEX selections.

**Step 2:**  **Mail your completed Personalized Enrollment Worksheet** in the enclosed reply envelope or fax it to Employee Services at ESN 351-2537 or 919-991-2537. Include a phone number where you can be reached if an Employee Services representative needs to contact you. Retain a copy of your Personalized Enrollment Worksheet, along with a copy of the fax receipt confirmation if you faxed your Personalized Enrollment Worksheet, for your records.

**Step 3:**  **Watch the mail at home for your Confirmation Statement.** You should receive it shortly after the annual enrollment period ends. Review your Confirmation Statement to make sure that it correctly reflects the coverage you selected. If there are errors, please contact Employee Services immediately. If you don't receive your Confirmation Statement by December 6, 2002, contact Employee Services.

**Step 4:**  **Keep this Roadmap and your Confirmation Statement for future reference.**

Any changes you make during this annual enrollment period will be effective from January 1, 2003 through December 31, 2003, unless your eligibility changes or you change your selections due to a Status Change.

The effective date of any changes you make during this annual enrollment period may also be affected by the following:

- Life insurance coverage that requires EOI will be effective on the date that coverage is approved by our life insurance claims administrator.

- If you're not actively at work on January 1, 2003, the effective date of your life insurance, AD&D insurance and disability coverage will be delayed until you meet the plans' return-to-work requirements.

- Dependents confined for medical treatment at home or elsewhere on January 1, 2003 won't be covered for life insurance and AD&D insurance until they're released by their doctor and are no longer confined.

For more information, see the Life Insurance and AD&D Insurance Plan section of the *Employee Benefits and Programs* binder.

NNI-LTD-00013295

## If You Decide to Keep the Same FLEX Selections, Don't Enroll in the HCRA and/or the DDCRA, Don't Update Your Dependent Information and/or Don't Change Your Life Insurance "Smoker Status"

If you decide you don't want to make any of the changes listed above, you don't have to do anything. Before you make that decision, be sure to keep the following in mind:

- Other than the Reimbursement Accounts, you'll keep the same options and dependent coverage levels you have on December 31, 2002, or receive default coverage if your current medical provider network won't be available in 2003.

- Your cost for health care coverage may differ, and the benefits within the medical plan options may have changed for 2003. (See page 3 for details on cost changes.)

- You won't be able to participate in the HCRA or the DDCRA for 2003.

- Your disability, life, and AD&D insurance costs will change to reflect your 2003 FLEX Earnings and cost.

- If you selected optional spousal life insurance, costs for that coverage could change if your spouse's age on December 31, 2003 moves him/her to a new life insurance rate. (See page 18 for details about optional spousal life insurance costs.)

- You won't receive new medical plan or prescription drug benefit ID cards. You'll continue to use your current ID cards for 2003.

- You'll receive a Confirmation Statement after the annual enrollment period ends.

### Special Notice to Lifeguard HMO Participants

Your 2002 medical plan selection isn't available in 2003. If you don't select another medical plan option for 2003, you'll default into one of the following medical plan options at your current 2002 coverage level (e.g., you only, you – spouse, etc.):

- PPO Option (for network area residents), or

- Out-of-Area Comprehensive Option (for participants who don't live in a network area).

After the 2003 annual enrollment period ends, you'll receive a Confirmation Statement detailing your default coverage.

NNI-LTD-00013296



## Section 4
# What Else You Should Know

## Optional Spousal Life Insurance Costs

Your spousal life insurance costs for 2003 are based on the age of your spouse. If we already have correct and complete information about your spouse in the Nortel Networks Human Resources database, your enclosed 2003 Personalized Enrollment Worksheet will show the cost for your spouse's life insurance coverage based on his/her age. If the cost doesn't appear on the Personalized Enrollment Worksheet, or if you want to determine the cost for higher coverage levels, then the following information will help you calculate the cost yourself.

### How to Calculate Your Optional Spousal Life Insurance Cost

The amounts of optional life insurance that you can buy for your spouse are listed on your Personalized Enrollment Worksheet. The table below lists the cost for every $1,000 of spousal life insurance you can buy in 2003.

| Spouse's Age on Dec. 31, 2003 | Cost per $1,000 of Life Insurance | |
|---|---|---|
| | Bi-weekly Rate | Monthly Rate |
| Under 25 | $0.021 | $0.047 |
| 25-29 | $0.021 | $0.047 |
| 30-34 | $0.028 | $0.060 |
| 35-39 | $0.032 | $0.070 |
| 40-44 | $0.043 | $0.093 |
| 45-49 | $0.064 | $0.140 |
| 50-54 | $0.099 | $0.214 |
| 55-59 | $0.185 | $0.400 |
| 60-64 | $0.283 | $0.614 |
| 65-69 | $0.540 | $1.172 |
| 70 or older | $0.884 | $1.916 |

NNI-LTD-00013297

To calculate what your optional spousal life insurance will cost:

- From the Personalized Enrollment Worksheet, choose the amount of life insurance you'd like to buy for your spouse.

- From the table on page 18, find the bi-weekly or monthly cost (depending on your pay cycle) for your spouse's age.

- Multiply the appropriate cost by the amount of life insurance and divide it by 1,000.

- Enter this amount on line (i) on your Personalized Enrollment Worksheet.

_____ X _____ ÷ \$1,000 = _____

     Cost              Coverage amount           Your cost

Here's an example. If you want to buy \$75,000 of life insurance for your 37-year-old spouse, here's how your cost would be calculated (assuming you're paid on a bi-weekly basis):

($0.032 x $75,000) ÷ 1,000 = $2.40 bi-weekly

You'll be required to provide evidence of insurability (EOI), satisfactory to Prudential, for your spouse if you select optional spousal life insurance coverage greater than $25,000 and you don't already have this level of coverage in effect. A Health Statement, if applicable, will be included with your Confirmation Statement.

**Life Insurance "Smoker Status"**

If you're a smoker, it's your responsibility to identify yourself as a smoker; otherwise, you or your beneficiaries could be denied life insurance benefits in the future if you've falsely claimed non-smoker status. Notify Employee Services immediately if you change from non-smoker to smoker status anytime during the year. See the Life Insurance and AD&D Insurance Plan section of the *Employee Benefits and Programs* binder for details.

NNI-LTD-00013298

# Important Phone Numbers and Web Site Addresses

| | Phone Number | Web Site Address |
|---|---|---|
| **Nortel Networks** | | |
| FLEX Online Enrollment Tool<br>*(You may wish to use this tool to enroll if you have access to the intranet.)* | | https://eflex.us.nortel.com:49185 |
| For a NorPASS Password | NT4-HELP<br>ESN 684-4357.<br>1-800-684-4357 | http://norpass.ca.nortel.com |
| Services@Work | | http://services-canada.ca.nortel.com |
| Employee Services | ESN 352-4636<br>Direct: 919-992-4636<br>Toll-free 1-800-676-4636<br>(TDD) 919-992-6914 or ESN 352-6914<br>(for the hearing impaired) | E-mail<br>Internal: US, InfoCenter<br>External: usic@nortelnetworks.com |
| Employee Services fax | ESN 351-2537<br>919-991-2537 | |
| **Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits** | | |
| United Behavioral Health (UBH) | 1-800-842-2991 | www.liveandworkwell.com.<br>Your access code is 800-842-2991<br>(include the hyphens) |
| **Medical Benefits** | | |
| CIGNA HealthCare | 1-800-257-2702 (PPO & Comprehensive)<br>1-800-832-3211 (POS & EPO) | www.cigna.com |
| CIGNA HealthCare, formerly Healthsource of North Carolina | 1-800-948-8639 (POS & EPO) | |

NNI-LTD-00013299

|  | Phone Number | Web Site Address |
|---|---|---|
| **Medical Benefits (continued)** | | |
| UnitedHealthcare | 1-877-311-7846 | Prospective members: www.uhc.com<br>Participants: www.myuhc.com |
| Blue Choice Select | 1-800-462-0108 | www.bcbsra.com |
| Harvard Pilgrim Health Care | 1-888-333-4742 | www.harvardpilgrim.org |
| Kaiser Northern California | 1-800-464-4000 | www.kaiserpermanente.org/locations<br>/california |
| **Prescription Drug Benefits** | | |
| Medco Health | Participants only: 1-800-711-3460 | Participants only:<br>www.medcohealth.com |
| **Dental Care Benefits** | | |
| CIGNA HealthCare | 1-800-257-2702 | www.cigna.com |
| **Vision Care Benefits** | | |
| Vision Service Plan (VSP) | 1-800-877-7195 | www.vsp.com |
| **Hearing Care Benefits** | | |
| CIGNA Healthcare | 1-800-257-2702 | www.cigna.com |
| **Reimbursement Accounts** | | |
| SHPS Healthcare Services | 1-800-678-6684 | www.shps.net |
| **Other** | | |
| Internal Revenue Service (IRS) | 1-800-TAX-FORM<br>1-800-829-3676 | www.irs.gov/forms_pubs/ |

NNI-LTD-00013300



**Employee Services**

Dept. K500

Mail Stop 355010B5

PO Box 13010

Research Triangle Park, NC 27709-3010

USA

©2002 Nortel Networks.
*Nortel Networks, the Nortel Networks logo, and the Globemark are
trademarks of Nortel Networks.
For Participants Without Intranet Access
Printed in the United States.
US-RD-MP-001.004

NNI-LTD-00013301