# **EXHIBIT K**

AUG 26 '03 13:21 FR PRUDENTIAL ▮▮▮▮▮▮▮▮▮▮▮  P.02/02

Claim Services Provided by
The Prudential Insurance Company of America

**David Moran**
Disability Consultant

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA 19101

Phone: (800) 842-1718 Ext: 5598
Fax: (877) 889-4885
Hours: 07:00 AM 03:00 PM

August 26, 2003



Claimant: ▮▮▮▮
Control #/Br: 39900 / ▮▮▮▮
Claim #: ▮▮▮▮
Date of Birth: ▮▮▮▮

|..|..|....|||....|..|..||....|

*Via TeleFAX:* ▮▮▮▮

Dear Mr. ▮▮▮▮:

As requested, this letter is to confirm that Prudential Insurance Company is the Long Term Disability (LTD) carrier for Nortel Networks, Inc. You became entitled to receive a monthly LTD benefit as of ▮▮▮▮.

Provided that your income from other sources does not change and you continue to have a Total Disability as defined in the Nortel Networks, Inc. Group LTD Plan, you will continue to remain eligible to receive these benefits, but not beyond the attainment of age 65.

If you have any questions regarding this matter, please contact our office at 1-(800) 842-1718, extension 5598.

Sincerely,

David Moran
Disability Consultant

cc: Nortel Networks

** TOTAL PAGE.02 **

LTD-002907

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718 Ext: 87699
Fax: (877) 889-4885
**Website:** www.prudential.com/disability

August 5, 2009



*Mybenefits*

Claimant: ▮t
Claim No.: ▮
Date of Birth: ▮
Control No./Br.: 39900

Dear ▮:

Please be advised that the above noted claimant is receiving Long Term Disability (LTD) in the amount of ▮ net per month. ▮t will continue to receive LTD benefits until the maximum duration date of November 3, 2019 provided he remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
***Donna A Pranio***
Donna A Pranio
Claim Examiner

Claims Services Provided by

**The Prudential Insurance Company of America**

**Janie Reid**
Disability Claim Manager

The Prudential Insurance Company Of America
Disability Management Services
Po Box 13480
Philadelphia, PA  19101

Phone:  (800) 842 1718  Ext: 5599
Fax: **(877)** 889 4885
Hours:  08:00 AM  04:30 PM

March 19, 2005



Claimant: 
Control #/Br: 39900  / 
Claim # 
Date of Birth: 



Dear            :

We are writing in regard to your claim application for Long Term Disability (LTD) benefits under the Group #39900 issued to Nortel Networks, Inc..

In order to receive benefits under Group Plan #39900, covered employees must meet all contractual requirements including the following definition of Disability:

> "You are considered Totally Disabled for LTD when a Physician submits documentation that is approved by the Claims Administrator as establishing that you are unable to perform the essential functions of your job.  This means that you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.  In addition, you must be under the regular care of the Physician who certifies your Total Disability and that Physician must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification.  The proof that your Physician submits must be written proof of objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total Disability.  The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion.  Independent Medical Evaluations (IME's) may also be required at the Company's expense in order to arrive at this final determination.  Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.
>
> During the first 18-months of a covered Total Disability (from the first date of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability with or without reasonable accommodations for the limitations resulting from your Illness or Injury.  After the first 18-months of covered Total Disability (from the first date of STD), you will be considered unable to work if you are unable to perform any reasonable occupation.  A "reasonable occupation" is any job you are or could become qualified to do with your education, training or experience."

We have completed our evaluation of your claim based on the definition of disability as stated above.  We have determined that you meet the requirements for eligibility for benefits under this definition of disability.  We have determined that you are totally disabled as required.  Benefits will continue provided that you remain totally disabled under the terms of the Nortel Networks, Inc. Group LTD Plan.  Periodically, we will contact you and your attending physician for updated medical information.

If you have any questions, please contact me at (800) 842-1718, extension 5599.

Sincerely,

*Janie Reid*

Janie Reid
Disability Claim Manager

cc:   Nortel Networks ,

LTD-002892

Claims Services Provided by

**The Prudential Insurance Company of America**

Donna A Pranio
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

February 12, 2010



Claimant: e
Claim No.:
Date of Birth:
Control No./Br.: 39900       B

Dear            :

Please be advised that the above noted claimant is receiving Long Term Disability under the Nortel Networks plan in the amount of        4 net per month           e will continue to receive LTD benefits provided he remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
***Donna A Pranio***
Donna A Pranio
Claim Examiner

LTD-004245

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
Website: www.prudential.com/disability

July 27, 2009





Claimant:
Claim No.:
Date of Birth:
Control No./Br.: 39900 /

We are writing regarding your claim for Long Term Disability (LTD) benefits under Group Plan No. 39900 issued to Nortel Networks, Inc..

Under the terms of the plan, benefits are payable up to a maximum duration, and our records indicate that the maximum duration of your LTD claim is ▇▇▇▇ ). Therefore, your claim is terminated effective ▇▇▇▇ with no further benefits payable.

In order to receive benefits, under Group Plan No. 39900, covered employees must meet all contractual requirements including the following definition of "Disability":

" 'Total Disability' exists when Prudential determines that all of these conditions are met:

1. Due to sickness or accidental injury, both of these are true:

    (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.
    (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The initial duration is equal to the first 24 months of Inbenefit.

2. You are not working at any job for wage or profit.

3. You are under the regular care of a Doctor."

Prudential will send you a payment each month up to the maximum period of payment.

**Appeal Rights**

You have a right to appeal this decision. If you choose to do so, your appeal must be made in writing by you or your authorized representative, and submitted within 180 days of the date of receipt of this letter. Your appeal should contain:

LTD-003718