# <u>EXHIBIT L</u>

# NORTEL NETWORKS

## Retiree Medical Plan

## Summary Plan Description
## 2012

NNI-LTD-00003723

TABLE OF CONTENTS

Introduction ................................................................................................ 1
    IMPORTANT NOTE ABOUT THIS SUMMARY ........................................ 1
SECTION ONE − ........................................................................................ 2
  RETIREE MEDICAL PLAN BENEFITS ...................................................... 2
    If you were age 50 or older with at least five years of service on July 1,
    2006, ..................................................................................................... 2
    If you were not age 50 with at least five years of service on July 1, 2006
    or hired after 1/1/08, ............................................................................. 2
    PLAN HIGHLIGHTS .............................................................................. 2
    ELIGIBILITY ......................................................................................... 6
    For You ................................................................................................. 6
    For currently Retired Employees ........................................................... 6
    For employees who are currently working for an Employer ................... 6
    For rehired employees who had previously retired from Nortel Networks Inc.
    .............................................................................................................. 7
    For Your Eligible Dependents ............................................................... 8
    For Your Domestic Partner ................................................................... 9
    Changes in Circumstances .................................................................. 10
    Special Eligibility Rules ...................................................................... 10
    Participation ........................................................................................ 11
    When Coverage Begins ....................................................................... 11
      Status Changes .............................................................................. 12
      COST OF COVERAGE ................................................................... 14
    EMPLOYER CONTRIBUTIONS ........................................................... 14
      MAINTENANCE OF BENEFITS .................................................... 16
      Precertification .............................................................................. 18
    How Precertification Works ................................................................ 19
    In an Emergency ................................................................................. 19
    For Pregnancy ..................................................................................... 19
    If You Don't Complete the Precertification Process ............................ 19
    Out-of-Pocket Maximum ..................................................................... 20
    Covered Expenses ............................................................................... 20
    Mental Health and Substance Abuse Treatment Benefits .................... 20
    Employee Assistance Program ............................................................ 20
    Managed Mental Health and Substance Abuse Treatment Benefits ...... 22
    Certified Care ..................................................................................... 22
    Uncertified Care .................................................................................. 22
    Summary of Mental Health and Substance Abuse (MH/SA) Treatment
    Benefits .............................................................................................. 23
    Organ Transplant Benefits .................................................................. 24
    What is covered? ................................................................................. 25
    Companion Travel Program ................................................................. 25
    Maximum Travel and Lodging Benefit ................................................ 25

NNI-LTD-00003724

Prescription Drug Benefits................................................................ 25
Prescription Drug Formulary ........................................................... 26
Member Pay-the-Difference Feature ............................................... 26
Retail Pharmacy Benefits................................................................ 27
In-Network Benefits......................................................................... 27
Out-of-Network Benefits ................................................................. 27
Retail Refill Allowance for Maintenance Medications ................... 28
Specialty Drug Channel Management ............................................. 28
When You are Traveling................................................................... 28
If You Do Not Live Near a Network Pharmacy ............................... 28
Emergencies..................................................................................... 29
Home Delivery Pharmacy Service .................................................. 29
Maximum Benefit ............................................................................ 30
Home Delivery Out-of-Pocket Maximum ...................................... 30
Covered Prescription Drugs............................................................. 30
What Is Not Covered Under Prescription Drug Benefits?............... 30
Health Management Program .......................................................... 31
Preventive Care Benefits.................................................................. 32
Preferred Provider Organization (PPO) In-Network Coverage ...... 32
Preferred Provider Organization (PPO) Options Out-of-Network Coverage 33
Comprehensive Option Coverage.................................................... 33
Indemnity Option Coverage............................................................. 34
Other Covered Expenses.................................................................. 34
Chiropractic Benefits ...................................................................... 34
Dental Care Coverage ..................................................................... 35
Durable Medical Equipment ........................................................... 35
Emergency Care............................................................................... 36
Home Health Care............................................................................ 36
Hospice Care Program .................................................................... 38
Infertility ......................................................................................... 39
Inpatient Hospital Services ............................................................. 39
Inpatient Physician and Surgeon Services ...................................... 40
Mastectomy...................................................................................... 40
Maternity and Newborn Coverage.................................................. 41
Maternity.......................................................................................... 41
Newborn........................................................................................... 41
Medical Supplies ............................................................................. 41
Organ Transplant ............................................................................ 41
Orthoptic (Visual) Therapy ............................................................. 42
Outpatient Physician Services......................................................... 42
Outpatient Services ......................................................................... 42
Outpatient Short-Term Rehabilitation ............................................ 42
Physician Services ........................................................................... 43
Private Duty Professional Nursing................................................... 43
Skilled Nursing Facility .................................................................. 43

NNI-LTD-00003725

Specialty Physician Services ........................................................................ 44
Surgical Services ........................................................................................... 44
Temporomandibular Joint Disorder ............................................................. 45
Urgent Care Center Services ........................................................................ 45
WHAT IS NOT COVERED .......................................................................... 45
Blood ............................................................................................................. 45
Chiropractor .................................................................................................. 45
Common Medical Standards ......................................................................... 46
Confinement .................................................................................................. 46
Convenience Items ........................................................................................ 46
Cosmetic Surgery .......................................................................................... 46
Custodial Care ............................................................................................... 46
Dental Care Expenses for: ............................................................................ 46
Equipment ..................................................................................................... 47
Experimental ................................................................................................. 47
Eye Care ........................................................................................................ 47
Foot Conditions ............................................................................................ 47
Hearing Care ................................................................................................. 47
Homemaker ................................................................................................... 47
Hospital ......................................................................................................... 48
Hypnosis ....................................................................................................... 48
Insurance Laws ............................................................................................. 48
Medically Unnecessary ................................................................................ 48
Obesity .......................................................................................................... 48
Observation or Diagnostic Study ................................................................. 48
Other Charges ............................................................................................... 49
Sexual Function ............................................................................................ 49
Therapy and Counseling ............................................................................... 49
TMJ ............................................................................................................... 49
Travel ............................................................................................................ 49
War ................................................................................................................ 49
Work-Related Injuries ................................................................................... 50
Provider Directory ........................................................................................ 50
Plan Benefits ................................................................................................. 50
In-Network Benefits ...................................................................................... 51
If You are in the Middle of a Course of Medical Treatment ......................... 52
Out-of-Network Benefits .............................................................................. 53
A Note About the Out-of-Pocket Maximum ................................................. 53
Emergencies .................................................................................................. 54
Your Retiree Medical ID Card ...................................................................... 54
Member Services ........................................................................................... 55
    Calendar Year Deductible[8] ...................................................................... 56
    Separate Deductible Per Hospital Admission (precertification required)[2] 56
        Outpatient Surgery Copayment            (precertification
        required) ............................................................................................... 56

NNI-LTD-00003726

Calendar Year Out-of-Pocket Maximum[8] **Error! Bookmark not defined.**
Pre-natal Visits.......................................... **Error! Bookmark not defined.**
Outpatient Surgeon's Fees .......................................................... 56
How the Comprehensive Option Works .................................................... 59
Calendar Year Deductible ................................................................. 59
Coinsurance ........................................................................................ 59
Reimbursement Level ........................................................................ 59
Out-of-Pocket Maximum ................................................................. 60
Passive PPO ....................................................................................... 60
Common Accident Exception ........................................................... 60
Precertification ................................................................................... 60
Filing Medical Claims ....................................................................... 60
How the Indemnity Option works ..................................................... 63
Basic Medical Expense Coverage ..................................................... 63
Hospital Expense Coverage .............................................................. 63
Covered Hospital Expenses ............................................................... 64
Covered Surgical Expenses ............................................................... 64
Accident Expense Coverage .............................................................. 64
Major Medical Expense Coverage .................................................... 65
Calendar Year Deductible ................................................................. 65
Coinsurance ........................................................................................ 66
Reimbursement Level ........................................................................ 66
Out-of-Pocket Maximum ................................................................. 66
Passive PPO ....................................................................................... 66
Common Accident Exception ........................................................... 66
Precertification ................................................................................... 67
Filing Medical Claims ....................................................................... 67
When Coverage Ends ......................................................................... 69
For You .............................................................................................. 69
For Your Dependents (or Domestic Partner) ..................................... 69
Extension of Health Care Protection ................................................. 70
COBRA ............................................................................................... 70
BEFORE YOU RETIRE OR LEAVE ACTIVE SERVICE ............... 70
FOR RETIREE MEDICAL PLAN MEMBERS ............................... 71
COBRA Qualifying Events for Retiree Medical Plan Members ....... 71
NOTIFICATION ............................................................................... 71
ELECTION ......................................................................................... 72
COST OF PARTICIPATION ............................................................ 72
WHEN COBRA ENDS ...................................................................... 72
Third Party Liability .......................................................................... 73
Recovery of Benefits if Payable by any Other Party ........................ 73
You Must Give Notice ....................................................................... 74
The Plan's Legal Rights ..................................................................... 74
Applicability to All Settlements and Judgments ............................... 75
Cooperation ........................................................................................ 75

NNI-LTD-00003727

State flexibility................................................................................................95
For more information........................................................................................95
FUTURE OF THE PLAN..................................................................................95
SECTION THREE – ...........................................................................................96
GLOSSARY .........................................................................................................96
APPENDIX A......................................................................................................114
Claims Administrator Information Used In Claim Determinations........114
APPENDIX B......................................................................................................117
Prescription Benefits.......................................................................................117
Medco Information Used In Claim Determination.................................117
Retail Plan (ESM Plan Design Document)...............................................117
Home Delivery (Mail-Order) Plan (ESN Plan Design Document) ...........118
Gammagard® Liquid (immune globulin intravenous [human])........................120
Humate-P® (antihemophilic factor/vonWillebrand factor complex [human])... 120

NNI-LTD-00003729

# INTRODUCTION

Nortel Networks Inc. (the "Company") and the other Employers offer the Nortel Networks Retiree Medical Plan to help protect you and your family from the high cost of medical treatment and hospitalization.

This is the Summary Plan Description (SPD) that describes the provisions of the Nortel Networks Retiree Medical Plan that are in effect as of January 2012. It is designed to provide you with a comprehensive resource providing detailed information about your medical benefits and directing you to other sources of information that could not be described fully in this SPD. It is divided into the following sections:

- **SECTION ONE – PLAN BENEFITS** describes the provisions of the Retiree Medical Plan that determine your benefits.

- **SECTION TWO – ADMINISTRATIVE INFORMATION** includes administrative details about this plan, such as how to file Claims and appeal denied Claims, where to get more information, your ERISA rights, HIPAA Privacy Notice and how the Company may amend the plan.

- **SECTION THREE – GLOSSARY** contains brief descriptions of terms used in this document.
- **APPENDIX** includes supplemental information referenced in this document.

Please note that certain key words in each section are capitalized. You can find an explanation of these words in the Glossary section at the end of this booklet. References to "you" and "your" throughout this document are references to either the enrolled Employee or an enrolled Dependent.

## IMPORTANT NOTE ABOUT THIS SUMMARY

This information is a summary plan description (SPD) under the terms of the Employee Retirement Income Security Act of 1974 (ERISA). The complete terms of the Retiree Medical Plan can be found in the Plan documents. If there is a difference between the information in this summary and the Plan documents, the Plan documents will govern.

NNI-LTD-00003730

# SECTION ONE –

# *RETIREE MEDICAL PLAN BENEFITS*

As of January 1, 2008, the Nortel Capital Accumulation and Retirement Program (CARP) Traditional, Balanced and Investor programs were discontinued. The ongoing reference to these programs in this SPD pertain to those employees that participated in the previously available Nortel Capital Accumulation and Retirement Programs to which the medical benefits eligibility requirements were assigned.

**If you were age 50 or older with at least five years of service on July 1, 2006,**
You continue to qualify for the Company-subsidized retiree medical benefits associated with the previously available CARP Traditional and Balanced programs if you retire from Nortel and meet the eligibility requirements for retiree benefits. However, for the previously available Traditional program grandfathered members (at least age 50 and had at least one year of service on April 30, 2000 and elected to remain in the Traditional Program) the way Nortel's subsidy is calculated changed. The base line subsidy will be calculated based on the 2007 cost sharing arrangement and increased by not more than 3% each year thereafter, compounded annually. For non-grandfathered Traditional and Balanced members, the calculation of the Company's subsidy did not change.

**If you were not age 50 with at least five years of service on July 1, 2006 or hired after January 1, 2008,**
You are not eligible for Company-subsidized retiree medical benefits upon retirement from Nortel. However, effective January 1, 2008 you will have access to the retiree medical benefits described in this SPD at your own cost, at preferred terms, if you meet the age and service requirements and are a member of the active employees' medical plan immediately before retirement .

## PLAN HIGHLIGHTS

Under the Retiree Medical Plan, at Retirement you can choose from the following medical benefit options:
- Two PPO Options (available only to retirees less than age 65)
  - 90/70 PPO
  - 80/60 PPO
- Comprehensive
- Indemnity

Or, you may choose to decline Retiree Medical Plan coverage. If you decline Retiree Medical Plan coverage at Retirement, you will not be permitted to elect that coverage at

NNI-LTD-00003731

any later time. You may elect COBRA coverage when you decline Retiree Medical Plan coverage. However, if you do so, you will not be permitted to elect the Retiree Medical Plan coverage after your COBRA coverage ends. See page 70 for more information about COBRA rights.

No dental, vision or hearing care plan is available under the Retiree Medical Plan.

Here's an overview of the Retiree Medical Plan options currently offered by the Employers. Please note the PPO options are available to less than 65 year old retirees and their dependents only.

The Company reserves the right to change Plan features and Plan options at any time or to terminate the Retiree Medical Plan completely. As a result, the options described below may provide different benefits or may not be available at or during your Retirement. Please read further for details on plan limits, maximums, Deductibles, precertification requirements and other Plan features:

| Benefit Description | 80/60 PPO Option Administered by CIGNA | | 90/70 PPO Option Administered by CIGNA | |
|---|---|---|---|---|
| | In Network | Out-of-Network | In Network | Out-of-Network |
| Calendar Year Deductible <br> • Individual <br> • Family | $400 <br> $1,200 | $600 <br> $1,800 | $300 <br> $750 | $500 <br> $1,500 |
| Calendar Year Out-of-Pocket Maximum (excludes Deductible/ /copayments/amounts exceeding R&C limits) <br> • Individual <br> • Family | • $3,500 <br> • $7,000 | • $7,500 <br> • $15,000 | • $3,500 <br> • $7,000 | • $7,000 <br> • $15,000 |
| Lifetime Medical Maximum | Unlimited | Unlimited | Unlimited | Unlimited |

| Benefit Description | Comprehensive Option Administered by CIGNA | Indemnity Option Administered by CIGNA |
|---|---|---|
| Calendar Year Deductible <br> • Individual <br> • Family | $350 <br> $1,050 | $200 <br> $400 |
| Reimbursement <br> *Based on Reasonable and Customary (R &C) limits where applicable and Subject to Calendar Year Deductible* | | |

NNI-LTD-00003732

| Benefit Description | Comprehensive Option Administered by CIGNA | Indemnity Option Administered by CIGNA |
|---|---|---|
| • For most covered services<br><br>• Hospital/outpatient surgery<br>*If precertified* | • 80%<br><br><br>• 80% | • 80% (other than hospital/outpatient surgery)<br>• 100% (not subject to Calendar Year Deductible) |
| Calendar Year Out-of-Pocket Maximum<br>(excludes Deductible/<br>/Copayments/amounts exceeding R&C limits)<br>• Individual<br>• Family | • $3,500<br>• $7,000 | • $1,500<br>• $3,000 |
| Lifetime Medical Maximum | Unlimited ||

| Retail Prescription Drug Benefits (Up to a 30-day supply) | Prescription Drug Benefits (Your Cost) Provided through Medco Health Solutions ||
|---|---|---|
| | In-Network | Out-of-Network |
| Generic<br><br>Preferred Brand-Name<br><br>Non-Preferred Brand-Name | • 20% of prescription cost with $7 minimum and $25 maximum<br>• 20% of prescription cost with $15 minimum and $50 maximum<br>• 30% Coinsurance with $30 minimum and $65 maximum) | You pay 60% of prescription cost |

NNI-LTD-00003733

| Home Delivery Pharmacy Service (Up to a 90-day supply) | In-Network | Out-of-Network |
|---|---|---|
| Generic<br><br>Preferred Brand-Name<br><br>Non-Preferred Brand-Name | • 20% of prescription cost with $15 minimum and $50 maximum<br>• 20% of prescription cost with $45 minimum and $100 maximum*<br>• 30% of prescription cost with $90 minimum and $130 maximum* | Not applicable |

*Plus difference between Generic and Brand-Name cost for Brand-Name when Generic is available.

| | Mental Health and Substance Abuse Treatment Benefits Administered by OptumHealth Behavioral Solutions |
|---|---|
| Mental Health and Substance Abuse Treatment Benefits | See details of coverage on page 20 |

Note: Prescription Drug Benefits and Mental Health/Substance Abuse Treatment benefits are the same under each of the Retiree Medical Plan options.

NNI-LTD-00003734

# ELIGIBILITY

## For You

### For currently Retired Employees

At the time that you became a Retired Employee, you were provided with information about your eligibility for Retiree Medical Plan coverage. In order to be eligible for the Retiree Medical Plan, you must have enrolled at the time of your Retirement and you must have started receiving your retirement benefit immediately after your termination of employment.

Until March 31, 2003, you could discontinue your coverage after having participated in the Plan for at least one month and still have one time re-enrollment rights. In order to re-enroll, a Status Change (see page 12) is required and you are required to re-enroll within 31 days of the date of that Status Change. As of April 1, 2003, enrollment in the Retiree Medical Plan was a one-time choice. If you discontinue your coverage for any reason, you forfeit your right to participate in the Plan in the future.

### For employees who are currently working for an Employer

Your eligibility for Retiree Medical coverage depends upon*:

- Which Capital Accumulation and Retirement Program you participated in on December 31, 2007,
- Your age and service at your Retirement Start Date,
- Your being a member of the Nortel Networks Medical Plan immediately before your Retirement Start Date,
- Your Retirement (as defined in the Glossary), and
- Your enrollment in the Retiree Medical Plan as of your Retirement Start Date.

Your eligibility for a Company Subsidy toward the cost of the Retiree Medical coverage depends upon which previously available CARP you participated in on December 31, 2007 and your age and years of service on July 1, 2006. If you were age 50 or older with at least five years of service on July 1, 2006, you continue to qualify for the Company-subsidized retiree medical benefits associated with the previously available CARP Traditional and Balanced programs you were a member of on December 31, 2007 if you retire from Nortel and meet the eligibility requirements for retiree benefits. You are not eligible for a Company Subsidy toward the cost of the Retiree Medical coverage if you participated in the previously available Investor CARP and were not age 50 or older with at least five years of service on July 1, 2006 or hired on or after January 1, 2008. However, you will have access to the retiree medical benefits described in this summary plan description at your own cost, at preferred terms, if you meet the age and service

NNI-LTD-00003735

requirements and are a member of the active employees' medical plan immediately before retirement.

Below is a Table detailing the retiree medical plan eligibility requirements.

| | Previously Available Traditional Program | | Previously Available Balanced Program | Previously Available Investor Program & Employees hired after 1/1/08 |
|---|---|---|---|---|
| | Grandfathered[1] | Non-grandfathered | | |
| Eligible to participate in the Retiree Medical Plan | Age: 55 Service: 5 years[2,3] | Age: 55 Service: 10 years[3] | Age: 55 Service: 10 years[3] | Age: 55 Service: 10 years |
| Eligible for Employer contribution toward cost of retiree medical coverage | Age: 55 Service: 5 years[2,3] | Age: 55 10 years of service after age 40[3] | Age: 55 10 years of service after age 40[3] | Access Only No Employer contribution toward cost of coverage |
| Maximum service recognized for Employer contribution toward cost of retiree medical coverage | 20 Years | 25 Years | 25 years | Access Only No Employer contribution toward cost of coverage |

[1]    If you were at least age 50 and had at least one year of service at April 30, 2000 and elected to remain in the Traditional Program, you are "Grandfathered."

[2]    Grandfathered employees are also eligible to participate in the Retiree Medical Plan if they retire at age 65 with 1 year of service.

[3]    Employees in the Traditional and Balanced Programs who do not meet the eligibility requirements for Employer contributions toward the cost of retiree medical coverage are entitled to coverage under the Retiree Medical Plan on an access only basis (no Employer contribution toward cost of coverage).

*Note: Eligibility for the Retiree Medical Plan benefits requires that you and any eligible Dependents for whom you desire coverage be covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date. Remember that you may only make changes to the enrollment of Dependents in the Nortel Networks Medical Plan if you have a "Status Change" as defined under the Plan. So plan ahead. (See Status Changes, page 12.)*

## For rehired employees who had previously retired from Nortel Networks Inc.

If you had previously retired from Nortel Networks Inc. or its predecessor, Northern Telecom Inc., you may be eligible to re-enroll in the Nortel Networks Retiree Medical Plan upon a subsequent retirement from Nortel.  To be eligible to re-enroll, you must have been a member of the Nortel Networks Retiree Medical Plan prior to your rehire and a member of the Medical Plan for active employees immediately prior to subsequent retirement. The terms and conditions of the Retiree Medical Plan for which you may be eligible upon a

NNI-LTD-00003736

later retirement from Nortel would include immediately Company contributions toward the cost of coverage determined in the same manner as the contributions had been determined when you previously retired with January 1, 2008 Company subsidy calculation changes described in Section 1, if applicable..

Please note, however, that the premiums are based upon the actual costs of the plan. The premium you pay for the Retiree Medical Plan is the difference between the cost of the Retiree Medical Plan and the Employer contribution. While the Employer contribution will be determined in the same manner as it was when you previously retired, the premiums you will be charged may change because the cost of the plan changes. In addition, for the previously available Traditional program grandfathered members (at least age 50 and had at least one year of service on April 30, 2000 and elected to remain in the Traditional Program) the way Nortel's subsidy is calculated changed January 1, 2008. The base line subsidy will be calculated based on the 2007 cost sharing arrangement and increased by not more than 3% each year thereafter, compounded annually. For non-grandfathered Traditional and Balanced members, the calculation of the Company's subsidy did not change.

Re-enrollment in the Nortel Networks Retiree Medical Plan is dependent upon satisfaction of the Plan's eligibility criteria. Eligibility criteria include, but are not limited to, that at the time of your rehire, you were enrolled in the Nortel Networks Retiree Medical Plan, discontinue coverage in the Retiree Medical Plan to enroll in the Nortel Networks Medical Plan and are covered under Nortel Networks Medical Plan at the time that you retire from the Company in the future.

Any Retiree Medical Plan changes that may have occurred to these plans while you are in active service and that are still in effect when you terminate/retire again would apply to you, including complete elimination of the benefit due to a plan termination.

If you had reached the maximum number of years of service that may be credited for the purposes of determining your contributions for coverage when you initially retired, no additional years of service will be credited. Otherwise, years of service will be credited as explained on page 15 of this Summary Plan Description.

**For Your Eligible Dependents**
If you are eligible for and enrolled in Retiree Medical Plan coverage, you may enroll your eligible Dependents.

Eligibility for the Retiree Medical Plan benefits requires that any eligible Dependents be covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date.

Eligible Dependents include:
- your *existing* spouse (as of your Retirement Start Date), including your common-law spouse as recognized by applicable state law
- your qualified Domestic Partner, (see definition of "Domestic Partner")

NNI-LTD-00003737

- your Children and your Domestic Partner'Children who are under age 26 without access to employer coverage. "Children" include:
  - your natural or legally adopted (or placed for adoption) Children
  - your step-children, legally authorized foster Children, and any child for whom you are legal guardian, if these Children depend on you for support and maintenance and live with you in a regular, parent-child relationship for at least six months of the Calendar Year.

- your eligible Children of any age who are mentally or physically incapable of self-care and dependent on you for support and maintenance. They must have become disabled and dependent before age 26. You must provide a notice of the disability to HR within 31 days of your child turning age 26 for that child to be considered an eligible Dependent.

Your Children will be eligible for the Retiree Medical Plan if you are required to cover them as a result of a Qualified Medical Child Support Order (QMCSO). A QMCSO is an order or judgment from a court that directs the Plan Administrator to cover a child for benefits under the health care plans. Coverage under the plan will be provided in accordance with the plan and applicable federal and state law. Federal law provides that a medical child support order must meet certain form and content requirements in order to be a QMCSO. When an order is received, each affected participant and each child (or the child's representative) covered by the order will be given notice of the receipt of the order and a copy of the plan's procedure for determining if the order is valid. Coverage under the plan pursuant to a QMCSO will not become effective until the Plan Administrator determines that the order is a QMCSO. A Qualified Medical Child Support Order cannot create benefits or provide for eligibility that does not follow the terms of the Company plan. If you have any questions or would like to receive a copy of the written procedure for determining whether a QMCSO is valid, please contact HR. A copy of the written procedure will be provided to you without charge.

### For Your Domestic Partner

You may also enroll your *existing* Domestic Partner for the Retiree Medical Plan if this Domestic Partner is covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date. You may also enroll the Child(ren) of your Domestic Partner if they meet the definition of an eligible Dependent described on page 8 and they were also covered by the Nortel Networks Medical Plan immediately prior to your Retirement Start Date.

Note: In order for your Domestic Partner to be covered under the Nortel Networks Medical Plan prior to your Retirement, you must have received the Employer's approval of the Affidavit of Domestic Partnership and enrolled your Domestic Partner in that plan prior to your Retirement Start Date. Approval of this affidavit requires that the partner becomes qualified under the Nortel Networks Medical Plan's eligibility criteria.

NNI-LTD-00003738

Special tax and legal considerations apply when covering a Domestic Partner. The value of coverage for your Domestic Partner that is paid for by your Employer will be considered taxable income to you and will be reported to the IRS. This will not be the case, however, if your Domestic Partner qualifies as your tax "dependent" under section 152 of the Internal Revenue Code (whether or not you claim a personal exemption for them on your income tax return.) Each year when you enroll for Domestic Partner coverage, you will need to inform HR if your Domestic Partner is your tax dependent. If you do not, it will be assumed that your Domestic Partner is not your tax dependent and coverage for that partner will be considered taxable income. You may wish to consult with a tax or legal advisor before enrollment. Also, IRS Publication 17 contains information regarding tax dependents.

## Changes in Circumstances

If there is any change in circumstances attested to in the Affidavit of Domestic Partnership, you must notify HR in writing within 31 days of the change.

If your Domestic Partnership ends, you must file a Termination of Domestic Partnership Statement with HR within 31 days of the termination. The following rules apply:

- Your Domestic Partner's coverage will end at the end of the month when your partnership terminates.
- Under the Retiree Medical Plan you cannot add new partners. Therefore, you will not be eligible to file another Affidavit of Domestic Partnership.
- The Company or its agent(s) will not be responsible for notifying your Domestic Partner of the filing of the Statement of Termination of Domestic Partnership.
- If you do not file a request to terminate coverage within 31 days, you will have to wait until the next Annual Enrollment Period. You will continue to pay premiums for your Domestic Partner's coverage until the start of the next Plan Year, even though your Domestic Partner is ineligible for coverage.

## Special Eligibility Rules

### If You and Your Spouse (or Domestic Partner) Both Retire from Nortel Networks

If you and your spouse (or Domestic Partner) are both eligible to participate in the Retiree Medical Plan as Retirees, then special rules apply for enrolling in the Plan. You may enroll as a Retiree or a spouse (or Domestic Partner), but not both. Only one of you may enroll your eligible Dependent Children. In addition, both you and your spouse (or Domestic Partner) must elect the same plan option in order for your combined expenses to apply to the family Deductible or family Out-of-Pocket Maximum.

### If Both You and Your Child (or Your Domestic Partner's Child) Work for the Company

Your child (or Domestic Partner's child) will not be considered an eligible Dependent if your Child is covered under the Nortel Networks Medical Plan as an Employee.

NNI-LTD-00003739

Ends" on page 69, except:

- That coverage will end after thirty-one (31) days unless you elect coverage for the child no later than thirty-one (31) days after the child's birth, adoption, or placement for adoption.

You must notify HR of the birth, adoption or placement for adoption of your child within 31 days of the birth, adoption or placement for adoption and make a specific election for coverage of that child in order to have continuous coverage for that child. Neither submission of paperwork after the thirty-one (31) day deadline nor evidence of good health will continue coverage for the child beyond that period if you do not elect coverage for the child within 31 days of the child's birth, adoption, or placement for adoption.

If more than thirty-one (31) days from the date of birth, adoption or placement for adoption has elapsed, you may add the child to your Retiree Medical Plan coverage as follows:

- As of the date that your enrollment is complete if all of the following criteria are met within 12 months after the birth and in the same Calendar Year in which the 31-day Enrollment Period following the birth ended:

    1. You notify HR of the birth of your child
    2. You complete the enrollment process to add the child to your coverage and pay the required contribution.

**If you submit your election within the required 31 days and your child becomes covered, the benefits for that child will end as described in "When Coverage Ends" on page 69.**

### Changing Your Selections

Generally, only during the Annual Enrollment Period will you have the opportunity to change the Retiree Medical Plan options you initially select. Your Retiree Medical Plan election remains in effect for the 12-month period following the Effective Date of the annual enrollment changes. However, if you experience a Status Change and meet the eligibility requirements, you may be able to make certain changes to your Retiree Medical Plan selection (see "Status Changes" below for more information). You must request the change, document the event and HR must receive your Change Request form within 31 days of the event. The required supporting documentation includes the legal documents (such as birth certificate or divorce decree) that prove that the event occurred.

### Status Changes

The table on the following page presents the election changes that you may make throughout the year *only* if you have a **Status Change** (formerly called "qualified family status change" or "life event"). Your selection change must be consistent with the Status Change. You must submit your completed Retiree Medical Change Request form within the 31-day period after you experience the Status Change.

Dependents may be disenrolled at any time without a status change occurring but careful consideration should be given to the limited circumstances that allow re-enrollment as

NNI-LTD-00003741

listed in the table below. As in the case of the restricted status changes described above, any request for disenrolling a dependent must be submitted in writing on a Retiree Medical Change Request form.

The selection changes allowed as the result of a Status Change are limited to changes in Dependent coverage level (e.g., you only, you and family) or the addition or removal of an individual(s) from coverage. Changes to the choice between the Retiree Medical Plan Options (PPO, Comprehensive, and Indemnity) may not be made in conjunction with Status Changes. Changes in the Retiree Medical Plan Options can be made only during the Annual Enrollment Period.

In the table below, when referring to "new" spouses and Domestic Partners, the term "new" is defined as when the date of marriage/partnership is after the Retirement Start Date. The term "new child" refers to Children or other Dependents of the "new" spouse/Domestic Partner who are not the natural or adopted Children of the Retiree.

Eligibility limitations apply under the Retiree Medical Plan rules that require your spouse, Domestic Partner or Dependent Child to have been covered under the Nortel Networks Medical Plan for active employees immediately prior to your Retirement Start Date from Nortel Networks and commencement of coverage under the Retiree Medical Plan. Even with these plan limitations, you may still be able to make certain election changes (e.g., waive coverage) at the time of an applicable Status Change. Qualified Medical Child Support Orders may also allow you to make certain election changes.

### A Special Note on Loss of Other Coverage

Where the Status Change is a loss of other health coverage, proof of loss of coverage is required. That proof may be a letter from the Employer who provided the coverage or similar documentation.

| STATUS CHANGE EVENT | You Can (within 31 days)* |
|---|---|
| Birth or adoption of your child [if not "new" child] | Can add Dependent child |
| Dependent child less than age 26 becomes eligible [if not "new" child] | Can add Dependent child |
| Dependent child becomes ineligible for Nortel Networks Retiree Medical Plan [turns 26 or if less than 26 and acquires access to employer coverage). | Must drop Dependent child coverage |
| Your divorce or dissolution of a Domestic Partnership | Must drop spouse or Domestic Partner |
| Your divorce is rescinded [if not "new" spouse and Children] | Can add spouse and Dependent child |

NNI-LTD-00003742

| | |
|---|---|
| Your spouse/Domestic Partner/Dependent child loses other coverage | Can add coverage for spouse/Domestic Partner/other Dependent [if not "new" spouse, Domestic Partner, or child] if they were unenrolled because of the obtainment of other coverage |
| Change in spouse's or Domestic Partner's employment - loss of spouse's or Domestic Partner's employment [if not "new" spouse or Domestic Partner] | Can add spouse or Domestic Partner and Dependent child's coverage (if not "new" child) |
| Your Domestic Partner is no longer eligible for Nortel Networks Retiree Medical Plan | Must drop Domestic Partner coverage |
| Death – spouse or Domestic Partner | Drop spouse coverage |
| Death - Dependent child | Drop Dependent child's coverage |
| Death - Domestic Partner | Drop Domestic Partner coverage and Dependent child's coverage |
| Death of Retiree | Drop Retiree coverage and drop coverage for spouse, Domestic Partner, and Dependent child |

*Changes in Dependent coverage level must be made consistent with the addition or removal of Dependents. Dependent coverage level refers to Dependent coverage category (for example, retiree plus family or retiree only).

---

*An important note:*
Effective April 1, 2003, you can no longer re-enroll in the Nortel Networks Retiree Medical Plan if you discontinue your coverage in the plan. Your Dependents may discontinue coverage and subsequently re-enroll according to the Status Change rules above.

---

# COST OF COVERAGE

The premium you pay for the Retiree Medical Plan is the difference between the cost of the Retiree Medical Plan and the Employer contribution, if an Employer contribution is made on your behalf. Costs are determined for each of the options and Dependent coverage levels.  Premiums must be made in full and on time in accordance with the Nortel contracted billing services invoice.  Failure to pay in full and on time could result in cancellation of your Retiree Medical Plan coverage with no reinstatement rights.

## EMPLOYER CONTRIBUTIONS

### IF YOU RETIRED PRIOR TO MAY 1, 2000
Your Employer's contribution is a percentage of the cost of coverage based on:
- the year in which you retired,

NNI-LTD-00003743

- your Years of Service as a Pension Service Plan (introduced January 1, 1999) or Prior Plan (introduced May 1, 1974) member, (Years of Service for the determination of the Employer contribution toward the costs of the Retiree Medical Plan were credited as they were for the purposes of vesting under the previously available Nortel Networks Retirement Income Plan.)
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.
- the plan option you select.

**IF YOU RETIRE AFTER MAY 1, 2000, AND ARE GRANDFATHERED UNDER THE PREVIOUSLY AVAILABLE TRADITIONAL PROGRAM**
You are grandfathered for the Retiree Medical Plan if you were at least age 50 on April 30, 2000, a member of the Pension Service Plan and selected the Traditional Capital Accumulation and Retirement Program.

**IF YOU WERE A TRADITIONAL PROGRAM MEMBER (NON-GRANDFATHERED)**
If you were an active or retired member of the previously available Traditional Program, but not grandfathered as described above, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.

For each Year of Service after the age of 40, the Employer contributes a defined annual dollar amount, referred to as "retiree units." The value of the retiree units may increase by a maximum of 2 percent per year as determined by Nortel Networks Inc. The value of a retiree unit is $318.36 in 2003 for non-Medicare-eligible retirees and $79.68 for Medicare-eligible retirees. This amount is multiplied by your Years of Service. If you choose to cover your spouse, the Employers contribute an additional 40 percent of your allowance. To determine the premium that you pay, the total value of the retiree units is subtracted from the costs of Retiree Medical Plan coverage.

Here is an **example** of how this works:

Assuming that you were retiring this year, if you began working for Nortel Networks at age 45 and were retiring at age 55 as a member of the Traditional Program, the Employer contribution for you would be 10 X $318.36, or $3,183.60 on an annual basis. If you also covered your spouse, the Employer contribution for coverage for your spouse would be 40% X $3,183.60, or $1,273.44. If you had started work for Nortel Networks at 45, now are 65 and eligible for Medicare, the Employer contribution would be 20 X $79.68, or $1,593.60 on an annual basis.

**IF YOU WERE A BALANCED PROGRAM MEMBER**
If you are currently an employee of one of the Employers and were a member of the previously available Balanced Program, your Employer's contribution will be based on:
- your Years of Service after age 40,
- the Dependent coverage level you select (you only or you and your family), and,
- whether you or any eligible Dependent is eligible for Medicare.

NNI-LTD-00003744

The Employer contributions are determined in the same manner as described for the previously available non-grandfathered Traditional Program members, except that:

- the annual benefit units are one-half the value of the retiree units for Traditional Program members.
- an allowance is only provided to surviving spouses. In the event of your death prior to your enrolled spouse, your surviving spouse would receive an allowance that is 50 percent of the allowance that you would have received [the two (2) percent maximum cost of living adjustment would be applied as it is for Nortel Networks retirees].

Here is an **example** of how this works:

Assuming that you were retiring this year, if you began working for Nortel Networks at age 45 and were retiring at age 55 as a member of the Balanced Program, the Employer contribution for you would be 10 X $159.18, or $1,591.80 on an annual basis. If you had started work for Nortel Networks at 45, now are 65 and eligible for Medicare, the Employer contribution would be 20 X $53.06, or $1,061.20 on an annual basis.

**IF YOU WERE AN INVESTOR PROGRAM MEMBER**
If you are currently an employee of one of the Employers and were a member of the previously available Investor Program, your Employer will not contribute to the cost of your coverage but you may purchase the coverage at full cost if you have 10 Years of Service and meet the other eligibility requirements (see page 6).

| Note: |
| --- |
| The premiums in effect on the date you retire are subject to change at any time. |

# MAINTENANCE OF BENEFITS

The Retiree Medical Plan includes a Maintenance of Benefits provision that synchronizes benefits available from more than one plan. For example, if both you and your spouse (or Domestic Partner) are covered under separate plans, you and your Dependents (and/or Domestic Partner) may be covered under both the Nortel Networks Retiree Medical Plan and your spouse's (or Domestic Partner's) plan. The Maintenance of Benefits provision synchronizes  benefits provided under all medical programs (including Medicare) so that you can receive up to, but no more than, the amount that would have been covered by the Nortel Networks Retiree Medical Plan.

A medical program is defined as a program that provides benefits or services for, or by reason of, medical care or treatment, including:

- Coverage under a governmental program (e.g., Medicare) required or provided by law. This does not include a state plan under Medicaid or any law or plan with benefits in excess of those of any private insurance program or other non-governmental program.

NNI-LTD-00003745

- Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage. But, this does not include:
    - school accident-type coverage for grammar school or high school students, or
    - any individually underwritten and issued contract or plan of insurance that meets both of these tests:
        - it provides solely for Accident and Sickness benefits, and
        - it is a contract or plan of insurance for which the insured, or member of the insured's family, or the insured's guardian has paid 100% of the premiums.
- Medical coverage under the "no fault" or medical payments provisions of an automobile insurance contract.

The Maintenance of Benefits provision reduces the advantages of double coverage, so you should consider whether coverage under two plans is beneficial. You may wish to be covered by this Retiree Medical Plan or by other coverage that you may have.

### How the Maintenance of Benefits Provision Works

The plan that pays benefits first is "primary." The plan that pays benefits next is "secondary." When the Retiree Medical Plan is secondary, it will pay its normal benefits, reduced by any benefits paid by the primary plan. **This means that you will not receive any benefits from the Retiree Medical Plan if the primary plan pays benefits that are equal to or greater than the benefits the Retiree Medical Plan would normally pay.** Remember, both the primary and secondary plans' Deductibles must be satisfied before any plan benefits will be paid.

Determination of which plan is primary is as follows:

- Coverage as a Retiree is considered primary over coverage as a Dependent.
- When a Dependent Child is covered under two or more plans, the plan of the parent whose birthday comes earlier in the year (regardless of age) will be the primary plan. If the other plan has not adopted the birthday rule, the other plan's coordination rule will govern. If the Dependent Child's parents are separated or divorced, the following applies:
    1. The plan of the parent with custody pays first.
    2. The plan of the spouse of the custodial parent pays next.
    3. The parent without custody pays next.
    4. Regardless of which parent has custody, whenever a court order specifies the parent who is financially responsible for the child's health care expenses, the coverage of that parent pays first.
    5. If the other plan does not have the rule concerning the custodial parent's plan paying Dependent claims second where there is a divorce, then that rule will not apply.

NNI-LTD-00003746

- If both parents have the same birthday, the benefits of the plan that covered the parent longer are determined before those of the plan that covered the other parent for a shorter period of time.
- Coverage as an active employee or that employee's Dependent is determined before coverage as a laid off or Retired Employee. If the other plan does not have this rule, and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.
- When none of the above circumstances applies, the coverage you have had for the longest time pays first.

When the above rules reduce the Retiree Medical Plan's benefits, the benefits in each coverage category are reduced proportionately to its reimbursement level in the same manner as if no reduction in benefits had been applied.

**Coordination with Medicare**
Medicare Parts A and B
Retirees and covered Dependents who are eligible for Medicare or become eligible for Medicare after Retirement are eligible to participate in the Retiree Medical Plan. However, in order for a Retiree or Dependent to be eligible for coverage under the Retiree Medical Plan after becoming eligible for Medicare benefits, the Retiree or Dependent must enroll for benefits under Medicare Parts A and B. Once a Retiree or Dependent is eligible for Medicare coverage, coverage under the Retiree Medical Plan will be secondary to Medicare Parts A and B coverage, which are primary. Although plans for retirees under age 65 are generally primary (pay first) over Medicare Parts A and B, Medicare may provide primary benefits in some cases of Total Disability. Medicare Parts A and B are considered primary for anyone age 65 or older.

Medicare Part D Prescription Drug Coverage

The Retiree Medical Plan offers both medical and prescription drug benefits in a single plan. Therefore, if you elect to enroll in Medicare Part D you cannot elect to un-enroll from the prescription drug benefit offered by the Retiree Medical Plan. Additionally, the Retiree Medical Plan will not provide any out-patient prescription drug coverage if you are enrolled in Medicare Part D Prescription Drug Coverage.   Since the Retiree Medical Plan has integrated medical and prescription drug coverage, your premiums for the Retiree Medical Plan will not change even though your prescription drug benefit will not be covered by the Retiree Medical Plan

Important Reminder:  If you drop your coverage in the Nortel Retiree Medical Plan, you cannot re-enroll in the Nortel Retiree Medical Plan at a later date.

# Precertification
To receive full benefits under the Retiree Medical Plan, you must precertify all Hospital admissions and certain other services (refer to the Summary of Benefits for each of the plan options for services requiring precertification). Precertification is designed to help save you and your Employer time and money, and to ensure a high level of medical care. It helps you make informed decisions about proposed treatment, and encourages Physicians

NNI-LTD-00003747

to provide care in the most appropriate setting for your situation. Your Doctor still directs your treatment and you make the final decision about the treatment you receive.

## How Precertification Works

If you or a covered Dependent is scheduled for a Hospital admission or other service requiring precertification, you must have the service authorized ahead of time for full benefits to be paid. To begin the review and authorization process, you or your Doctor must call the Claims Administrator at the number shown on your ID card for Hospital Precertification of each Inpatient Hospital admission or other service requiring precertification. For Hospital admissions, Precertification is required for authorization that the admission is appropriate for the services to be rendered. It is not a guarantee of payment for services received nor of payment at a specific benefit level.

You and your Doctor will be notified if the treatment/admission is certified. In some cases, alternate treatment options and benefits will be suggested.

If the admission or service is not certified even after further review and contact with your Doctor, you will be notified of the reasons why and given the opportunity to appeal the decision.

## In an Emergency

If you are hospitalized as a result of an Emergency situation, the Hospital Precertification process must be initiated by calling the telephone number shown on your ID card within 48 hours following your admission.

Emergency rooms should only be used for Emergencies. Services rendered in emergency rooms or other non-participating offices or clinics are subject to review. The Claims Administrator will review the Claim to determine if it meets the criteria to be paid as an Emergency/urgent care Claim.

## For Pregnancy

Precertification is not required for hospital lengths of stay within certain limits for childbirth. See Maternity and Newborn Coverage on page 41.

If you or your covered spouse (or Domestic Partner) is pregnant, you may contact the Claims Administrator at the number shown on your ID card during the first trimester to receive prenatal advice.

## If You Don't Complete the Precertification Process

If you do not complete the Precertification process before your admission to the Hospital (or after an Emergency admission) or performance of other service requiring

NNI-LTD-00003748

precertification, benefits will be reduced by 20% if the confinement or service is determined to be Medically Necessary (where allowed under Federal Law). If you stay in the Hospital longer than the approved length of stay, you will be responsible for 100% of the charges for the excess days. If you decide upon hospitalization or other service after a precertification denial, you will be required to pay 100% of the charges.

## Out-of-Pocket Maximum

When the amount you have paid in a Plan Year reaches the Calendar Year Out-of-Pocket Maximum, the Retiree Medical Plan will pay 100% of the Reasonable and Customary Charge for Covered Expenses for the rest of that Plan Year. The out-of-pocket maximum varies with the specific Retiree Medical Plan option. Refer to each of those sections for details.

The following expenses do not count toward the Out-of-Pocket Maximum:
- charges in excess of the Reasonable and Customary limit
- charges above plan maximum amounts
- charges applied to the Deductible
- charges under the Plan's Prescription Drug Benefit
- copayments

## Covered Expenses

In general, the medical expenses described on this section are covered under all the Retiree Medical Plan options.

To be an eligible medical expense, the service must be Medically Necessary. In some cases, the charges may be subject to Reasonable and Customary limits or other limits and maximums. The Summaries of Medical Benefits starting on page 56 show the details on benefit levels and limits for Covered Expenses.  Expenses specifically excluded from coverage begin on page 45.

# Mental Health and Substance Abuse Treatment Benefits

## Employee Assistance Program

The Retiree Medical Plan includes a confidential Employee Assistance Program (EAP), provided through the OptumHealth Behavioral Solutions.

The EAP benefit is available to you and your eligible dependents twenty-four (24) hours/seven (7) days a week.  This program can help you or your family with resources and expertise on a wide variety of subjects to assist with the demands of everyday life, as well

NNI-LTD-00003749

as major events. You and your eligible dependents automatically receive access to the Employee Assistance Program (EAP) — at no cost to you.  Benefits can be accessed by calling 1-800-842-2991 or via www.liveandworkwell.com (access code: 800-842-2991, include the hyphens), OptumHealth Behavioral Solutions web site.  All services are confidential and in accordance with federal and state laws.

The EAP offers the following benefits:
- Confidential consultation with professional counselors
- Crisis Intervention
- Referral to a licensed network practitioner for up to eight counseling sessions at no charge per member and/or eligible dependent per calendar year (based on clinical necessity)
- Referral to community resources
- Adult and elder care resource information
- Child and family care resource information
- Educational materials specific to issue and educational resource info
- Legal consultation from a licensed attorney
- Mediation services
- Financial counseling from a credentialed financial professional
- Online work/life information


In order to receive EAP benefits, all services must be pre-certified and provided by OptumHealth Behavioral Solutions network practitioners.  When you call OptumHealth Behavioral Solutions, you will speak with a mental health professional who will refer you to a licensed practitioner in your area.  When you receive care through the OptumHealth Behavioral Solutions network, you have no claims to file.  The OptumHealth Behavioral Solutions practitioner will handle the paper work for you.


If you or your covered family members require additional outpatient treatment beyond the eight EAP counseling visits, or any Inpatient treatment, these expenses will be covered according to the provisions of the Retiree Medical Plan's managed mental health and substance abuse treatment benefits. OptumHealth Behavioral Solutions will coordinate the additional care, and you will be required to pay the applicable Copayments or Coinsurance.

If you or a covered Dependent needs assistance with work or family issues, mental health or substance abuse concerns, or other situations that may need the support of a professional, contact OptumHealth Behavioral Solutions  at 1-800-842-2991.

Note: EAP benefits are only available through OptumHealth Behavioral Solutions providers. If you choose to receive services from an Out-of-Network Provider, you will be responsible for any charges incurred.

NNI-LTD-00003750

## Managed Mental Health and Substance Abuse Treatment Benefits

If you select coverage under any of the Retiree Medical Plan options, you have mental health and substance abuse treatment benefits in addition to the EAP, administered by OptumHealth Behavioral Solutions. Two levels of benefits apply for mental health and substance abuse treatment:

- *Highest Benefit Level*, which offers benefits when your care is certified by OptumHealth Behavioral Solutions and provided by a OptumHealth Behavioral Solutions Network Provider, and
- *Alternate Benefit Level*, which provides coverage when your care has been provided by an Out-of-Network Provider.

## Certified Care

To receive mental health and substance abuse treatment benefits with no penalty or reduction in benefits, you must have your care certified by OptumHealth Behavioral Solutions.

See the "Summary of Mental Health and Substance Abuse Treatment Benefits" on page 23 for further details on in-network and Out-of-Network coverage amounts.

## Uncertified Care

Expenses incurred for mental health and substance abuse treatment services that are not certified by OptumHealth Behavioral Solutions prior to receiving the services are subject to penalties and reductions in benefits. The services will be reviewed to determine if they were Medically Necessary. The review will be completed following receipt of the Claim by OptumHealth Behavioral Solutions. If determined to be Medically Necessary by OptumHealth Behavioral Solutions, the services will be covered at the Out-of-Network Benefit level. Coverage is limited to Reasonable and Customary Charges. The standards OptumHealth Behavioral Solutions follows in making these determinations are contained in the documents listed under "Claims Administrator Information Used in Claim Determinations" on pages 114 - 116 in Appendix A. Information on how to obtain copies is also described there.

If care is determined to be Medically Necessary and your expenses exceed Reasonable and Customary Charges, the excess amounts will be your responsibility to pay. If care is determined not to be Medically Necessary, no benefits will be paid under the plan.

Additionally, if inpatient treatment or other intensive levels of care are not pre-certified by OptumHealth Behavioral Solutions, a 20% non-notification penalty will be applied. This non-notification does not count toward the Retiree Medical Plan's overall Out-of-Pocket Maximum.

NNI-LTD-00003751

## Summary of Mental Health and Substance Abuse (MH/SA) Treatment Benefits

Mental Health and Substance Abuse (MH/SA) treatment benefits are administered by Optum Health Behavioral Solutions. All Inpatient and intermediate care must be coordinated by Optum Health Behavioral Solutions. This chart outlines the mental health and substance abuse treatment benefits available. The provisions described below apply to those retirees covered by the PPO plans. For those retirees on the Comprehensive and Indemnity plans, benefits will be adjusted based on mental health parity.

| BENEFIT DESCRIPTION | In-Network | Out-of-Network |
|---|---|---|
| MH/SA Calendar Year Deductible | None | $200 per person [a,g] |
| Separate Deductible for Hospital Admission | None | $150 per admission Hospital Deductible |
| MH/SA Inpatient Services | | |
| Mental Health | 100% [c,e,h] | 70% of eligible charges after $200 Calendar Year Deductible and a $150 per admission Hospital Deductible [a,b,c, d,e,g,h,i] |
| Substance Abuse | 100% [c,e,h] | 70% of eligible charges after $200 Calendar Year Deductible and a $150 per admission Hospital Deductible [a,b,c, d,e,g,h,i] |
| MH/SA Intermediate Care | 100% [d,e,h] | $150 per admission Hospital Deductible [a,b,c,g] 80% of eligible charges after $200 Calendar Year Deductible [a,b,c, d,e,g,h,i] |
| MH/SA Outpatient Services | | |
| Individual Treatment | Visit 1-17: $20 Copay [j] (Does not include EAP visits) Visits over 17: $25 Copay [j] | 70% of Reasonable and Customary charges after $200 Calendar Year Deductible [g,h,i] |
| Group Treatment | Visit 1-17: $10 Copay [e,f,j] Visits over 17: $20 Copay [e,f, j] | 70% of Reasonable and Customary charges after $200 Calendar Year Deductible with a maximum of 25 visits per Calendar Year [g,h,i] |
| Mental Health – In-home Mental Health Care | 100% [h] | 70% of Reasonable & Customary charges after $200 Calendar Year Deductible up to a maximum of 100 visits per Calendar Year [h,i] |

NNI-LTD-00003752

| BENEFIT DESCRIPTION | In-Network | Out-of-Network |
|---|---|---|
| Drug Testing as an Adjunct to SA Treatment | 100%[h] | No Benefit |
| Medication Management [j] | $5 copayment for up to 30-minute visit; no limit | 70% of Reasonable and Customary Charges, after $200 Calendar Year Deductible [g,h] |
| Calendar Year Out-of-Pocket Maximum (excluding Deductible and Copayments) [k] | $3,500/person $7,000/family | $7,500/person $15,000/family |
| MH/SA Lifetime Maximum [k,l] (all services combined) | Unlimited | Unlimited |

a.  Inpatient and intermediate care are subject to precertification. If there is a combined medical/MH or medical/SA admission, only the primary diagnosis inpatient Deductible applies.
b   The $150 per admission hospital Deductible for out-of-network admissions applies after the Calendar Year $200 Deductible is met.
c   If hospital or intermediate care is not precertified, there is a non-notification penalty of 20%. There is a 48-hour grace period for emergencies. Non-notification penalties do not count towards the Out-of-Pocket Maximum.
d   Includes, but is not limited to, 24-hour intermediate care facilities, e.g., residential treatment, group homes, half-way houses, therapeutic foster care, day/partial hospitals, structured outpatient treatment programs. Intermediate Care is subject to the same plan maximums that apply to Inpatient Care benefits.
e   Subject to care manager approval.
f   Concurrent review of outpatient care after the 10th visit and every 10 visits thereafter for routine cases.
g   Annual out-of-network can be met by outpatient or inpatient out-of-pocket expenses. The $200 per-person annual Deductible is subtracted from a Claim before any benefit is paid and is separate from the inpatient Deductible.
h   Coverage is limited to Reasonable and Customary Charges.
i   If care is not precertified by OptumHealth Behavioral Solutions, your Claim for benefits will be reviewed following receipt of the Claim by OptumHealth Behavioral Solutions to determine if the care was Medically Necessary. If the care is determined not to be Medically Necessary, no benefits will be paid under the plan.
j.  Medication management visits that exceed 30 minutes are considered under outpatient individual treatment sessions
k.  Deductibles and Out of Pocket Maximums do not cross accumulate between in and out of network care The annual out of network mental health and substance abuse treatment deductible and out of pocket maximum cross accumulates with the medical deductible and out of pocket maximum. Does not include charges in excess of the R&C limits, charges above plan maximum amounts, charges applied to the deductible, and any expenses you incur under the Prescription Drug benefits in the Plan.
l.  In-Network MH/SA Benefits count toward out-of-network maximum benefit.

## Organ Transplant Benefits

All Retiree Medical Plan options offer you and your covered Dependents access to the finest Hospitals in the country for approved organ transplant procedures, as well as coronary bypass grafts, angioplasties and other procedures, through CIGNA's LIFESOURCE Organ Transplant Network®.

NNI-LTD-00003753

LIFESOURCE Organ Transplant Network ® is nationally recognized for its delivery of highly specialized procedures and for the state-of-the-art care provided to patients. However, you do not have to use LIFESOURCE Organ Transplant Network® to receive benefits for these procedures or therapies.

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the plan.

However, if the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition, Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:

- any group or individual contract
- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

## What is covered?

The program covers both the procedure itself, according to the Retiree Medical Plan option you select, and transportation to and from the Hospital for the patient and one companion. These procedures require you or your Doctor to obtain Precertification from the Claims Administrator as soon as the possibility of the procedure arises (and, for transplants, before the time a pre-transplantation evaluation is performed at a transplant center) to be eligible for benefits.

## Companion Travel Program

Under the Companion Travel Program, you can choose a person to accompany you to a Center of Excellence and to remain there for all or a portion of your stay. The Companion Travel Program pays benefits for some of the charges incurred by the person accompanying you.

## Maximum Travel and Lodging Benefit

There is a $10,000 lifetime maximum benefit per procedure.

For more information on LIFESOURCE Organ Transplant Network® and participating institutions, contact CIGNA Healthcare at the number shown on your ID card.

## Prescription Drug Benefits

When you choose coverage under any Retiree Medical Plan option, you and your covered Dependents receive prescription drug benefits through Medco Health Solutions, L.L.C.  You can obtain prescription drug benefits through the Medco network of participating retail

NNI-LTD-00003754

## Retail Pharmacy Benefits

### In-Network Benefits

When you present your Medco Health Prescription Drug Program ID card at a participating retail pharmacy, you will pay the following:

Generic Drugs:
>    20% Coinsurance for up to a 30-day supply
>    Maximum: $25 for up to a 30-day supply
>    Minimum: $7 for up to a 30-day supply

Preferred Brand-Name Drugs:
>    20% Coinsurance for up to a 30-day supply
>    Maximum: $50 for up to a 30-day supply
>    Minimum: $15 for up to a 30-day supply

Non-preferred Brand-Name Drugs:
>    30% Coinsurance for up to a 30-day supply
>    Maximum: $65 for up to a 30-day supply
>    Minimum: $30 for up to a 30-day supply

Unless your Physician specifies a Brand-Name Drug, your prescription will be filled with a Generic Drug, where available. If you choose to purchase the Brand-Name Drug when a Generic Drug is available or if your Doctor indicates the prescription should be "Dispensed As Written", you will be responsible for the Brand-Name Drug coinsurance plus the difference between the cost of the Generic and the Brand-Name Drug.

Remaining Covered Expenses will be paid at 100%. See "What Is Not Covered Under Prescription Drug Benefits" on page 31 for charges not covered under the Prescription Drug Benefits.

Your Doctor may choose to write DAW (Dispense as Written) on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take a Brand-Name Drug when a Generic Drug is available.

### Out-of-Network Benefits

If you have your prescription filled at a non-participating retail pharmacy, you will pay full price at the pharmacy and then submit a Claim form to be reimbursed at 40% of the Covered Expenses.

- The Plan pays 40% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

NNI-LTD-00003756

- You pay 60% of Covered Expenses for Generic, Preferred or Non-preferred Brand-Name Drugs

## Retail Refill Allowance for Maintenance Medications

At an in-network retail pharmacy, the plan will cover the initial prescription plus two 30-day refills of your covered Maintenance Medication, and you'll pay the applicable Coinsurance (i.e., 20% or 30%, subject to the applicable minimums and maximums) each time. For any additional refills of the same Maintenance Medication at an in-network retail pharmacy, you'll pay 60% of the cost of the medication.

Alternatively, if you use the Home Delivery Pharmacy Service, your costs will be based on the applicable Home Delivery Pharmacy Service Coinsurance (i.e., 20% or 30%, subject to the applicable minimums and maximums) for up to a 90-day supply of medication.

## Specialty Drug Channel Management

Specialty Drugs are managed by the Prescription Drug benefit provider (Medco Health Solutions), instead of medical claims administrators (Anthem and CIGNA). As a result of this change certain Specialty Drugs previously obtained directly from another specialty pharmacy, a home infusion company, or physician's office will be covered only if ordered through Medco's specialty care pharmacy, *Accredo Health Group*. This means that if you obtain your Specialty Drugs from a source other than Accredo, you may be fully responsible for the cost. Medications supplied by an outpatient clinic or hospital will not be affected. For a list of Specialty Drugs refer to Appendix A – Prescription Benefits or call Accredo at 1-800-501-7260 between 8:00 a.m. and 8:00 p.m., Eastern Standard Time, Monday through Friday

Accredo, Medco's specialty pharmacy, provides enhanced support for those taking Specialty Drugs. Those taking these drugs will receive personalized specialty care and support, free expedited delivery of medications, 24-hour access to registered pharmacists specializing in specific conditions, free consultation from registered nurses and guidelines specific to the medication taken.

## When You are Traveling

If you need a prescription filled when you are away from home, contact Medco Health's customer service department at 1-800-711-3460 to obtain the name and location of the nearest participating pharmacy. The same benefits are available to you at any Medco Health participating pharmacy.

## If You Do Not Live Near a Network Pharmacy

If you live in an area that does not have a Medco Health participating pharmacy within seven miles of your home, you will be considered an exception to the In-Network Benefit rules and will receive a letter instructing you to:

- use your local pharmacy to have your prescription filled,

NNI-LTD-00003757

Coinsurance for each order. You will receive the prescription along with a new order form by return mail.

Most new prescription orders take 14 days to be filled and returned to you unless there are mail delays. Refill prescription orders take up to 10 days to be filled and returned to you. If you need a supply of medication while waiting for your home delivery (mail-order) prescription, ask your Doctor for two prescriptions so you can get a small supply of medication from your local pharmacy while waiting for your home delivery (mail-order) to arrive.

The Home Delivery Pharmacy Service is used for long-term or Maintenance Drugs. Note: Any out-of-pocket expenses for prescription drug benefits administered through Medco Health (Out-of-Network Prescription Drug expenses, In-Network Prescription Drug Coinsurance) do not apply toward your Retiree Medical Plan Out-of-Pocket Maximum.

## Maximum Benefit
There is no lifetime limit or lifetime maximum to the Prescription Drug Program benefit.

## Home Delivery Out-of-Pocket Maximum
There is a $3,000 Calendar Year out-of-pocket maximum per person for Prescription Drugs filled through the Home Delivery (mail order) Pharmacy Service. This means that once the amount you have paid in a Calendar Year for Prescription Drugs through the Home Delivery Pharmacy Service reaches $3,000, the plan will pay 100% of the cost for the remainder of the year.

Note: The amount of the difference between the Brand Name drug and generic alternative does not count toward the satisfaction of the out-of-pocket maximum.

## Covered Prescription Drugs
To be covered under the Prescription Drug Benefit, the drug must be:

- an eligible Prescription Drug for which a written prescription is required
- oral and injectable insulin dispensed only upon the written prescription of a Physician
- a compound medication of which at least one ingredient is a federal legend drug
- any other drug which, under the applicable state law, may be dispensed only upon the written prescription of a Physician or other lawful Provider

Additionally, there are certain Medications for which prior authorization is required.

## What Is Not Covered Under Prescription Drug Benefits?
The following charges are not covered under the Prescription Drug Benefit:

NNI-LTD-00003759

- charges that would not have been made if the person were not covered by these benefits

- charges that you are not legally required to pay

- drugs not approved by the Federal Drug Administration (FDA) for treatment

- expenses incurred to the extent that payment is unlawful where the person lives when the expenses are incurred

- experimental drugs or drugs labeled "Caution — limited by federal law to investigational use"

- immunization agents, biological sera, blood or blood plasma

- medication which is taken or administered, in whole or part, at the place where it is dispensed or while a person is a patient in an institution which operates, or allows to be operated, on its premises a facility for dispensing pharmaceuticals

- non-federal legend drugs, other than insulin

- prescriptions filled in excess of the number specified by the Physician

- prescriptions dispensed more than one year from the date of the Physician's order

- prescriptions dispensed prior to consumption of 75% of existing prescription when taken as directed

- prescriptions for more than a 90-day supply at any one time

- prescriptions that can be reimbursed under any Workers' Compensation law or government program, other than Medicaid

- Rogaine or Propecia for hair growth or Renova for cosmetic use

- Retin-A/Avita for participants over age 35 without preauthorization

- therapeutic devices and supplies, except for disposable hypodermic syringes and needles for the administration of insulin and glucose test strips.

When processing your prescription benefit Claims, Medco refers to the resources listed under "Claims Administrator Information Used In Claim Determination" – see pages 114 - 116. Prescription Medications that require prior authorization and information on how you can obtain the clinical information Medco relies upon in determination of your Claim is also described there. Additional Medco information that is used in prescription benefit Claims determinations is included in Appendix B of this SPD.

## Health Management Program

Health management services are provided by CIGNA. These confidential programs are offered to retirees less than 65 and their eligible dependents at no cost. They include:

NNI-LTD-00003760

- parent education on diet, injury protection and dental health for infants and Children
- screening for infants and Children at high risk for health problems, including hearing tests at 18 months for infants with a family history of childhood hearing impairment

Adults

- annual flu shots
- annual Pap smear for women
- immunizations for tetanus-diphtheria every 10 years
- laboratory and diagnostic procedures for individuals at high risk for particular health problems
- mammograms (according to AMA recommendations)
- physical exam (according to AMA recommendations)
- sigmoidoscopy (according to AMA recommendations)
- vision and hearing tests for adults

In-Network Preventive Care services are based on American Medical Association (AMA) schedules for recommended periodic health examinations for Children and adults.


**Preferred Provider Organization (PPO) Options Out-of-Network Coverage**

When you use an Out-of-Network Provider under one of the PPO Options, you and your eligible Dependents age six and over will generally be covered at 60% (80/60 PPO) or 70% (90/70 PPO) for routine Preventive Care.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 60% (80/60 PPO) or 70% (90/70 PPO).

Note that the PPO Options' out-of-network Preventive Care benefits are limited to Reasonable and Customary Charges.


**Comprehensive Option Coverage**

If you are enrolled in the Comprehensive Option, you and your eligible Dependents age six and over will generally be covered at 100% for routine Preventive Care.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%.

Note that the Comprehensive Option's Preventive Care benefits are limited to Reasonable & Customary Charges.

NNI-LTD-00003762

Indemnity Option Coverage

If you are enrolled in the Indemnity Option, you and your eligible Dependents age six and over will generally be covered at 100% for routine Preventive Care.

Well-baby care expenses up to age six, including immunizations, are also generally covered at 100%.

Note that the Indemnity Option's Preventive Care benefits are limited to Reasonable & Customary Charges.

## Other Covered Expenses

The following expenses are also covered under the Retiree Medical Plan options. See the Summaries of Medical Benefit, pages 56 – 58; 61 – 63; and 67 – 69, for details on coverage levels, limits and maximums.

**Remember:** To be an eligible medical expense, the service must be Medically Necessary and adhere to Common Medical Standards. In some cases, coverage is limited to Reasonable and Customary Charges or other limits and maximums. The Claims Administrator determines whether a service meets the plan's Medically Necessary criteria and Common Medical Standards under the plan. The Claims Administrator also determines what Reasonable and Customary Charges are under the plan.  Certain services and supplies require Precertification or preauthorization by the Claims Administrator in advance of receiving the services and supplies for full benefits to be paid. Services for which you must receive Precertification or preauthorization are noted in this section. Expenses specifically excluded from coverage are shown in "What is Not Covered" beginning on page 45.

## Chiropractic Benefits

The plan covers chiropractic services including diagnosis and related services.  Remember: Covered services are limited to Common Medical Standards.  To qualify for coverage under the plan, the service must adhere to generally accepted medical practice based on recommendations from the American Medical Association (AMA).  Pretreatment evaluation and progress reports may be requested by the plan at various intervals to ensure treatment is Medically Necessary.

All chiropractic expenses are covered under **Outpatient Short-Term Rehabilitation** benefits. In the PPO Options, any combination of In-Network and Out-of-Network Benefits for chiropractic treatment is limited to 90 visits per condition, per Calendar Year.  The amounts you must pay for covered chiropractic expenses (including Copayment and any annual Deductible) are the same as required under the **Outpatient Short-Term Rehabilitation** benefits and the same limits (e.g., Reasonable and Customary Charge limits) are applicable.

NNI-LTD-00003763

Both the Comprehensive and Indemnity Options provide coverage at 80%, after the Deductible is met, subject to Reasonable and Customary per the Summary of Medical Benefits (see pages 61 - 63 and 67 -69).

Please see the Summaries of Medical Benefits on pages 56 – 58; 61 – 63; and 67 - 69 for further information on benefits under the option you have selected.

## Dental Care Coverage

Dental coverage is provided under the Medical Plan for treatment due to Accidental Injury to sound, natural teeth. This treatment must be provided within twelve months of the Accident. Coverage includes charges for Doctor's services, X-ray exams and services necessary to restore or replace injured teeth. When you receive preauthorization from the Claims Administrator, Dental Coverage under the Medical Plan is also provided for:

- a charge made for removal of a malignant or nonmalignant Non-odontogenic tumor.
- other Medically Necessary services to treat:
  o Temporomandibular Joint Disorder (TMJ)
  o malocclusion involving joints or muscles (such as for wiring or repositioning teeth)
  o correction of Congenital anomaly in Children that occurred at birth.

No other charge for dental services is covered under the Medical Plan.

Additional dental exclusion information can be referenced in "What is Not Covered" on pages 45 – 50.

## Durable Medical Equipment

The plan covers the rental or purchase of medical, surgical or related Hospital equipment and supplies, including, but not limited to:

- equipment for administration of oxygen
- Hospital beds
- ventilator
- wheelchairs
- artificial limbs, larynx and eyes (for functionally necessary replacements)
- heart pacemaker (for functionally necessary replacements)
- orthopedic braces, splints, trusses, casts, crutches or other similar items (for functionally necessary replacements)
- surgical dressings (for functionally necessary replacements)

If you are enrolled in a PPO Option, the Network Manager determines whether the equipment will be rented or purchased for coverage under the plan.  If you are enrolled in

NNI-LTD-00003764

the Comprehensive Option or the Indemnity Option, the plan will cover either rental or purchase of the equipment.

If equipment is purchased, repair and maintenance of Durable Medical Equipment (not covered under a manufacturer's warranty or purchase agreement) is also covered. Benefits are provided for a single unit of Durable Medical Equipment (example: one insulin pump).

For a PPO Option, to receive In-Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor the Network Manager identifies.

**Predetermination Review:**
For all Retiree Medical Plan options:  You are strongly urged to contact Member Services and submit a written Claim to predetermine that the Durable Medical Equipment you plan to purchase is a Covered Expense.   You should obtain an estimate of the benefits considered eligible for payment under the plan from the Claims Administrator before your purchase of the Durable Medical Equipment.


## Emergency Care

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. If an emergency room is used for a condition that is not a medical Emergency, benefits will be reduced (and in some cases no benefits will be paid). See the "Summary of Benefits" for details. Examples of emergencies include an apparent heart attack, loss of consciousness, excessive bleeding, severe or multiple Injuries or serious burns.

The Plan covers the following types of Emergency care:
- Ambulance transportation to the nearest Emergency facility and transfers to other facilities in order to receive appropriate services
- Doctor's office
- Hospital emergency room care — within 48 hours of an Accidental Injury or the onset of a sudden or serious Illness
- Urgent care centers


## Home Health Care

Through the use of an authorized Home Health Care Agency, you may be able to shorten your Hospital stay and speed your recovery in your own home. The plan covers Home Health Care for covered services and supplies.

For the Comprehensive and Indemnity Options and for Out-of-Network Benefits under the PPO Options, there is a benefit maximum of 100 visits per participant each Calendar Year. For the PPO Options, benefits paid for Home Health Care visits that are received in-

NNI-LTD-00003765

network will also count toward the 100 visit Out-of-Network Benefit maximum. There is an unlimited maximum on the number of visits for In-Network Benefits under the PPO Options.

For all Retire Medical Plan Options:
- Two hours of home health aide care counts as one visit; each visit by any other member of the home health team counts as one visit, regardless of the length of visit.
- Durable Medical Equipment billed by the Home Health Care Agency will be covered under the Durable Medical Equipment benefit.

The following are expenses covered under the Plan for Home Health Care services and supplies:
- part-time or intermittent home nursing care given or supervised by a registered nurse
- part-time or intermittent home health aide service, mainly for care of the person
- physical, occupational or respiratory therapy by a qualified therapist
- therapy by a qualified speech therapist if needed to restore or rehabilitate any speech loss or impairment caused by an Illness or Injury, or by surgery for that Illness or Injury (If the Illness or Injury is a Congenital defect, this includes therapy only after surgery for that defect). Covered therapy does not include therapy for which no further improvement can be expected.
- nutritional counseling furnished or supervised by a registered dietitian
- medical supplies, lab services, drugs and medicines prescribed by a Physician

These services and supplies will be covered only if all of the following conditions are met:
- the services are furnished to a person who is under a Physician's care,
- the services are prescribed in writing by the person's Physician,
- the services are not mainly Custodial Care,
- the services are Medically Necessary for the care and treatment of the person's Illness or Injury as part of a Home Health Care plan submitted by the Physician to a Home Health Care Agency,
- the services are in substitution of the person's Inpatient stay in a Hospital or Skilled Nursing Facility that would be required in the absence of such services,
- the services are furnished by the Home Health Care Agency for that care and treatment is in the patient's home and charged for by the Home Health Care Agency.

NNI-LTD-00003766

## Hospice Care Program

The Retiree Medical Plan covers Hospice care services provided to a covered person diagnosed with a Terminal Illness. Terminally Ill means a life expectancy of six months or less, as certified by the patient's treating Physician who recommends admittance to a Hospice care facility. The Retiree Medical Plan also covers Hospice care expenses incurred for counseling services provided to the Terminally Ill patient's family unit after that person's death.

A Hospice is a facility that provides short periods of stay for a Terminally Ill person in a homelike setting for either direct care or respite. This facility may be either free-standing or affiliated with a Hospital. It must operate as an integral part of the Hospice Care Program.

A Hospice team is a team of professionals and volunteer workers who provide care to:

- reduce or abate pain or other symptoms of mental or physical distress and
- meet the special needs arising out of the stresses of a terminal illness, dying and bereavement.

The Hospice team must include a Physician and a registered nurse and may consist of a social worker, a clergyman/counselor, volunteers, a clinical psychologist, a physiotherapist and/or an occupational therapist.

All Hospice care will be considered one period of care unless the patient is readmitted to a Hospice for a subsequent period of care at least three months after he or she last received Hospice care.

Eligible services and supplies are considered Covered Expenses only if they meet *all* of the following conditions:

- the Hospice facility operates as an integral part of a Hospice Care Program that meets standards set by the National Hospice Organization and is approved by the Terminally Ill person's chosen medical provider. If such a facility is required by a state to be licensed, certified, or registered, it must also meet that requirement to be considered a Hospice,
- the Hospice team includes at least a Physician and a registered nurse,
- services and supplies are ordered by the Physician directing the Hospice Care Program (treating Physician) as part of the Hospice Care Program,
- services and supplies are furnished while the Terminally Ill person is in a Hospice Care Program (certification of the Terminal Illness must be provided by the Physician before treatment can be confirmed as Hospice Care), and
- services and supplies are provided within six months from the date the Terminally Ill person entered the Hospice Care Program or re-entered such program for the Comprehensive and Indemnity Options. For the PPO Options, the limit is seven months.

NNI-LTD-00003767

Covered charges include:
- counseling services provided by members of the Hospice team
- Hospice Room and Board while an inpatient in a Hospice facility and
- necessary medical and surgical supplies.

Counseling services are defined as supportive services provided by members of the Hospice team in counseling sessions with the family unit. The services are to assist the family unit in dealing with the death of the Terminally Ill person.

There is a benefit maximum of 3 bereavement counseling sessions per family, per occurrence, for in-network and out-of-network care combined.

Hospice benefits are subject to the following maximums for the Indemnity Option:
- daily Hospice Inpatient benefit — $150 maximum
- inpatient benefit — $3,000 lifetime maximum
- outpatient benefit — $2,000 lifetime maximum
- family unit counseling services — $200 maximum per occurrence

The following charges related to Hospice care are *not covered* under any option:
- charges for a service furnished by a close relative. "Close relative" means, you, your spouse, your Domestic Partner, a child, a Domestic Partner's child, brother, sister, your parent, your spouse's parent or the Terminally Ill person
- charges incurred after the Terminally Ill person has been discharged from the Hospice Care Program
- charges for the treatment of a diagnosed Illness or Injury of a member of the family unit if covered, in full or in part, under any other coverage

### Infertility

The plan covers charges for the diagnosis and medical treatment of infertility. Additionally, a benefit is available for "assisted reproduction" expenses (which includes actual or attempted impregnation or fertilization, including artificial insemination, gamete intrafallopian transfer (gift) and in-vitro fertilization). There is a $5,000 lifetime benefit maximum per covered member (employee, spouse and any Dependents) for assisted reproduction expenses.

### Inpatient Hospital Services

The Retiree Medical Plan covers services and supplies furnished by a Hospital during a Hospital stay, including:
- Ambulance use for local travel to the nearest facility that can provide the appropriate services*
- Anesthetics and their administration
- chemotherapy or radiation therapy
- diagnostic laboratory and x-ray services
- drugs and Medications

NNI-LTD-00003768

- Hemodialysis
- Hospital Room and Board — charges for a Semi-Private Room and Board, private room if Medically Necessary, or 90% of the lowest room rate in a facility that only has private rooms
- operating and recovery room charges
- rehabilitation services
- other Medically Necessary Inpatient services and supplies

*If you are enrolled in the Indemnity Option, Ambulance use is covered in full if the service is provided by the Hospital. However, if the Ambulance services are provided by an agency other than the Hospital, the benefit for Ambulance use is limited to 80% after the Calendar Year Deductible. If you are enrolled in the Comprehensive Option, Ambulance services are covered at 80% of Reasonable and Customary Charges after the Calendar Year Deductible. For the PPO Options, Ambulance services are covered at 80% after the Calendar Year Deductible in the 80/60 PPO Option or 90% after the Calendar Year Deductible in the 90/70 PPO Option for true emergencies.  Otherwise, Ambulance services are covered at 60% in the 80/60 PPO Option or 70% in the 90/70 PPO Option after the Calendar Year Deductible.*

Inpatient Hospital benefits will be paid at 100% for a maximum of 365 days under the basic medical coverage provision of the Indemnity Option. After exhaustion of benefits under the Basic Medical coverage provision, the Major Medical benefit provisions take effect and provide 80% coverage thereafter. The Comprehensive Option pays In Patient Hospital benefits at 80% Coinsurance after the Deductible. For the PPO Options, Inpatient Hospital benefits will be paid at 80% for In-Network Benefits and 60% for Out-of-Network Benefits in the 80/60 PPO Option.  In the 90/70 PPO Option, Inpatient Hospital benefits will be paid at 90% for In-Network Benefits and 70% for Out-of-Network Benefits.

## Inpatient Physician and Surgeon Services

Medical care or treatment by a Physician during a Hospital stay is covered under the Plan when all Precertification requirements have been satisfied.

## Mastectomy

Under Federal Law (the Women's Health and Cancer Rights Act of 1998) breast reconstruction benefits in connection with a mastectomy necessitated by cancer will include:

- reconstruction of the breast on which the mastectomy was performed
- surgery and reconstruction of the other breast to produce a symmetrical appearance
- prostheses and treatment of physical complications in all stages of mastectomy, including lymphedema (swelling associated with the removal of lymph nodes)

NNI-LTD-00003769

## Maternity and Newborn Coverage

### Maternity

Maternity Care is covered as any other diagnosis under the mother's medical plan .

### Newborn

The following services and supplies authorized by your Physician and furnished by a Hospital to a healthy Newborn baby for routine nursery care are covered for the first seven days after the baby's birth:

- Hospital Room and Board
- supplies and non-professional services furnished by the Hospital for medical care in that Hospital

Under Federal Law, the Retiree Medical Plan may not restrict benefits (or fail to provide reimbursement) for any hospital length of stay in connection with childbirth for the mother or Newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or require that providers obtain authorization for stays which are not in excess of the above stated periods. The attending provider, after consulting with the mother, may discharge the mother or her Newborn earlier than 48 or 96 hours as applicable.

### Medical Supplies

Covered medical supplies include:
- allergy sera and biological sera
- anesthetics and their administration
- blood and blood transfusions by or for the patient (if blood is not replaced)
- drugs and medication prescribed by a Doctor, or dispensed and administered in a Doctor's office
- hypodermic needles and syringes other than for insulin
- casts
- other fluids to be injected into the circulatory system
- oxygen
- surgical dressings

### Organ Transplant

Any of the services and supplies described in this "Other Covered Expenses" section that are required for a live donor as a result of an organ transplant procedure, whether the covered person is the donor or the recipient, are covered under the Retiree Medical Plan. See the "Organ Transplant Benefits" section on page 25 for more information.

If the covered person is the recipient of the transplant, the services and supplies will be considered to be furnished on account of the recipient's Illness or Injury. In addition,

NNI-LTD-00003770

Covered Expenses will be limited to the extent to which benefits for the charges, services and supplies are not provided by the donor's coverage under:
- any group or individual contract
- any arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), including prepayment coverage

## Orthoptic (Visual) Therapy
Coverage is provided for Medically Necessary eye muscle exercises; including training by an Ophthalmologist, Optometrist or orthoptic technician.

## Outpatient Physician Services
Coverage for outpatient services includes:
- Anesthesiologists
- Surgeons

## Outpatient Services
The following outpatient treatments are covered under the Retiree Medical Plan:
- chemotherapy and radiation therapy
- Hemodialysis
- pathology interpretations
- x-ray and laboratory exams made to diagnose Illness or Injury

## Outpatient Short-Term Rehabilitation
The Retiree Medical Plan covers charges by a Physician or a licensed or certified physical, occupational or speech therapist for services to restore a body function that has been lost or impaired due to an Injury, Illness or Congenital defect.

Covered services include:
- cardiac rehabilitation
- chiropractic therapy
- speech therapy to:
  - develop or improve speech after Surgery to correct a defect that existed at birth and impaired or would have impaired the ability to speak.
  - restore speech after a loss or impairment of a demonstrated previous ability to speak caused by an Injury or Illness.
- Covered speech therapy does not include therapy for which no further improvement can be expected.
- Speech therapy expenses for Children under age 5 whose speech is impaired due to one of the following conditions:
  - infantile autism
  - developmental delay or cerebral palsy

NNI-LTD-00003771

- o   hearing impairment
- major congenital anomalies that affect speech such as, but not limited to, cleft lip and cleft palate
- to correct pre-speech deficiencies
- to improve speech skills that have not fully developed
- for the diagnosis of developmental delay
- treatment by a physical or occupational therapist

## Physician Services

Medical care or treatment is covered under the Retiree Medical Plan for services provided by a family practitioner, internist, pediatrician, obstetrician/gynecologist, or other licensed medical practitioner who is practicing within the scope of his license and is licensed to prescribe and administer drugs or to perform surgery.

## Private Duty Professional Nursing

Private duty professional nursing services by a registered nurse are covered under the Retiree Medical Plan, as long as:

- intensive nursing care by such a nurse is required to medically treat an acute Illness or Injury and
- the patient is not in either a Hospital, or any other health care institution that provides nursing care.

There is a $10,000 limit on private duty professional nursing services in each Calendar Year for the Comprehensive and Indemnity Options and Out-of-Network Benefits under the PPO Options. There is no Calendar Year limit for In-Network Benefits in the PPO Options but benefits paid for In-Network private duty professional nursing will count toward the $10,000 Out-of-Network Calendar Year maximum.

## Skilled Nursing Facility

The Retiree Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.

The following are expenses covered under the Plan for services and supplies furnished during a person's Skilled Nursing Facility stay:

- daily Room and Board up to the Semi-Private room rate, including normal daily services and supplies furnished by the Skilled Nursing Facility
- general nursing care
- necessary medical supplies furnished by the facility for use during confinement

NNI-LTD-00003772

These services and supplies will be covered only if **all** of the following conditions are met:

- the person is under continuous care of his or her Physician and
- the stay is not in connection with care for a mental disorder. Mental disorders include, but are not limited to, senile deterioration, drug addiction, alcoholism, chronic brain syndrome and mental retardation.

If a confinement is in a distinct part of an institution which meets both the definition of a Hospital and of a Skilled Nursing Facility, then the benefits, if any, payable for that confinement will be determined on the basis of the benefits payable for the Skilled Nursing Facility confinement rather than those for a Hospital confinement.

The Medical Plan options cover Skilled Nursing Facility services and supplies that are furnished for recovery from either an Illness or Injury that caused a prior Hospital stay or from a related Illness or Injury.

Depending on the option you select, certain conditions must be met. There are differences in the benefit levels dependent on the option selected. Please see the Summaries of Medical Benefits on pages 56 – 58; 61 – 63; and 67 – 69 for details.

### Specialty Physician Services
Coverage for specialty Physician services includes:
- allergy testing and treatment
- office visits
- pre- and post-natal exams
- referral Physician services
- Second Surgical Opinion

### Surgical Services
The Retiree Medical Plan covers services performed in connection with surgical procedures in a Hospital, outpatient department, surgical facility or Physician's office (in certain situations). Surgical procedures include the closed or open reduction of fractures or dislocations of the jaw.

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a covered surgical procedure. The service must be included in the following list to be covered under the Retiree Medical Plan:

- the immediate pre-operative exam of the person by the Doctor who performs the surgical procedure
- the performance of the surgical procedure by a Doctor
- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition, or if it is required by the Hospital in which the surgical procedure is performed

NNI-LTD-00003773

- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor
- the closed or open reduction of fractures or dislocation of the jaw

If two or more surgical procedures are performed in one session, benefits depend on the nature of the additional procedures. The maximum benefit will be:

- 100% of the charges for the major procedure, plus
- 50% of the fee for the other procedure(s) as if both(all) operations had been performed separately.

### Temporomandibular Joint Disorder
To the extent that the services or supplies provided are recommended by a Physician, and are essential and necessary care and treatment of an Injury or an Illness, coverage is applicable. Covered services include medical or surgical treatments directed exclusively at the temporomandibular joint (i.e. intracapsular structures).

All treatment must be authorized by the Claims Administrator in advance for coverage under the plan. The Claims Administrator will determine whether the treatment is medical or dental in nature and if medical in nature, whether the plan's Medical Necessity criteria is satisfied.

### Urgent Care Center Services
The plan covers services received at an urgent care center. An urgent care center is a facility, other than a Hospital, that provides covered services, as determined by the Claims Administrator, required:
- to prevent serious deterioration of your health,
- as a result of an unforeseen Illness, or Injury, or the onset of acute or severe symptoms.

### WHAT IS NOT COVERED
The following services and supplies are not covered by any Retiree Medical Plan Option, except as specifically noted in the Plan. Consult "SECTION THREE – GLOSSARY" for definitions of all capitalized terms.

### Blood
The amount that a charge for blood is reduced by blood donations.

### Chiropractor
Charges by a chiropractor for:
- Preventive Care, vitamins, liniments, nutritional supplements and cervical pillows

NNI-LTD-00003774

- Any type of service or supply for the treatment of a condition that ceases to be therapeutic treatment and is instead administered to maintain a level of functioning.

## Common Medical Standards

Charges for services that do not meet Common Medical Standards.

## Confinement

Expenses for:
- confinement in an extended care facility for Custodial Care, senile deterioration, mental deficiency or mental retardation
- education, training and Room and Board while confined in an institution which is mainly a school or other institution for training, a place of rest, a place for the aged or a nursing home

## Convenience Items

Charges for personal comfort items and services.

## Cosmetic Surgery

Charges for Cosmetic Surgery, except when necessary:
- because of an Accidental Injury while covered
- because of infection or other diseases, such as Surgery to reconstruct a breast after a mastectomy
- to treat a condition, including a birth defect, which impairs the function of a body organ of a Child

## Custodial Care

Expenses for Custodial Care (See the Glossary for definition).

## Dental Care Expenses for:

- routine dental services, including X-ray exams of the teeth, nerves or roots of the teeth, tissue and structure surrounding the teeth, gingival or alveolar, except for:
  - accidental Injuries to natural teeth treated within twelve months of the Accident
  - treatment or removal of a malignant or nonmalignant Non-odontogenic tumors
- Hospital confinements as an Inpatient or outpatient for dental Surgery, unless the dental Surgery is a covered medical expense (due to a concurrent medical

NNI-LTD-00003775

condition or child's age) and it is Medically Necessary for the dental Surgery to be performed in a Hospital
- temporomandibular (TMJ) or maxillofacial Surgery, except when Medically Necessary and as described under the "Other Covered Expenses" section.

## Equipment
Charges for purchase or rental of common use items such as motorized transportation equipment, saunas, whirlpools, air purifiers, air conditioners, hypoallergenic pillows or mattresses or exercise equipment.

## Experimental
Investigational, Experimental or educational charges.

## Eye Care
The following charges related to treatment of the eye:
- eyeglasses or contact lenses of any type, except for initial replacements for loss of the natural lens
- eye exams to determine the need for or changes in eyeglasses or lenses of any type
- radial keratotomy or any surgical procedure to correct refraction errors of the eye, e.g., myopia (nearsightedness), hyperopia (farsightedness) or astigmatism (distortion), including any confinement, treatment, services or supplies given in connection with or related to the Surgery

## Foot Conditions
A charge for Doctor's services for:
- corns, calluses or toenails, except the removal of nail roots and necessary services in the treatment of metabolic or peripheral-vascular disease
- weak, strained, flat, unstable or unbalanced feet, except open cutting operations
- metatarsalgia or bunions, except open cutting operations

## Hearing Care
Charges for:
- hearings aids
- exams to determine the need for hearing aids or the need to adjust them

## Homemaker
Charges for services of a homemaker.

NNI-LTD-00003776

**Hospital**

Any charges:

- for Hospital care and services rendered after the patient has been discharged from the Hospital
- for Hospital care and services when a registered bed patient is absent from the Hospital
- for Inpatient Hospital care and services if the covered person's condition does not require:
    - constant direction and supervision by a Physician
    - constant availability of nursing personnel
    - immediate availability of diagnostic therapeutic facilities and equipment found only in a Hospital setting
- for private Hospital room, unless Medically Necessary or unless the Hospital has no Semi-Private room
- at a federal Hospital or any other Hospital operated by a government unit, except for charges you are legally required to pay, or charges covered under any government law or plan, except a federal/state program (e.g., Medicaid) or law or plan where benefits are in excess of the benefits provided by the Retiree Medical Plan

**Hypnosis**

Charges for hypnosis, except as part of the Physician's treatment of a mental Illness, or when used instead of an anesthetic.

**Insurance Laws**

Charges paid or payable under any no-fault automobile insurance law or an uninsured motorist insurance law. The Claims Administrator will take into account any adjustment option chosen under such part by you or any one of your qualified Dependents (or Domestic Partner).

**Medically Unnecessary**

Charges for any treatment or services that are not Medically Necessary as determined by the Claims Administrator.

**Obesity**

Charges for treatment of obesity, weight reduction, diet pills or dietetic control unless Medically Necessary.

**Observation or Diagnostic Study**

Charges incurred for:

NNI-LTD-00003777

- any medical observation or diagnostic study when no disease or Injury is revealed, unless:
  - the Claim is in order in all other respects
  - there is definite symptomatic condition other than hypochondria
  - they are not part of a routine physical exam or check-up
- routine check-up examinations or tests, except as specified under the Preventive Care Benefit

## Other Charges

- Charges made by the Company, a family member or someone who lives in your household. This includes you and your spouse (or Domestic Partner), child, brother, sister, parent or spouse's (or Domestic Partner's) parent.

- Charges in excess of any plan limitations, maximums or Reasonable and Customary Charges.

- Charges for which the patient is not legally required to pay.

## Sexual Function

Expenses for:
- treatment to improve sexual function (an implantable penile prosthesis is considered an eligible expense when Medically Necessary to restore sexual function caused by certain medical conditions, such as diabetes, cancer, spinal cord injury and Peyronie's disease)
- sex change operations and therapies, including hormonal therapy

## Therapy and Counseling

Charges for marital/family therapy and counseling, except through the Mental Health and Substance Abuse Treatment Benefits.

## TMJ

Expenses for treatment of Temporomandibular Joint Dysfunction (TMJ), unless Medically Necessary.

## Travel

Expenses for travel or accommodations (except through the Companion Travel Program).

## War

Charges for Illness and Injury due to a war or any act of war.

NNI-LTD-00003778

**Work-Related Injuries**
Expenses for work-related Injuries or Illnesses for which benefits under Workers' Compensation or any other occupational disease law or similar law are payable.

# HOW THE PPO OPTIONS WORK

The PPO Options represent a managed medical approach with a network referred to as a Preferred Provider Organization or PPO. The PPO network is the same for both the 80/60 PPO and the 90/70 PPO. This network is a group of Physicians, Hospitals and other health care Providers. Physicians must meet strict eligibility standards before they can be admitted to the Network. Some of the considerations are:

- graduation from an accredited medical school
- completion of an approved residency program
- board certification or board eligible in specialty (internal medicine, cardiology, etc.)
- admitting privileges to a Network Hospital
- appropriate treatment history
- state licensing.

The Network Manager screens and contracts with the Providers, and continues to monitor them on an ongoing basis. The Network Manager for the Retiree Medical Plan PPO Options is CIGNA.  A CIGNA network may or may not be available where you live. Your home ZIP code will determine which Network is available in your area.

A major advantage of the PPO Network is that the Providers in the network have contracted with CIGNA to provide discounted fees, creating savings for both you and Nortel Networks.

The PPO Options are available to Retirees less than 65 years of age and their enrolled eligible Dependents.

**Provider Directory**
The Provider Directory lists Primary Care Physicians, specialists, independent practitioners, Hospitals, and other Network Providers. You can obtain a copy of the Provider Directory from the Claim Administrator's internet site or by calling their Member/Customer Services. See the "Contact Information for Claims Filing" chart in **"SECTION TWO – ADMINISTRATIVE INFORMATION."**

**Plan Benefits**
The PPO Options pay the maximum level of benefits when you use In-Network Providers. In-Network means that you are receiving care from a Doctor, laboratory, Hospital, etc. that is participating in the Network. You may use Out-of-Network Providers, but benefits are reduced, except in a life-threatening Emergency.

Keep in mind that all benefits are limited to plan maximums and coverage for a particular service is based on how it is billed by the Provider.

NOTE: Deductibles and Out of pocket maximums do not cross accumulate between in and out of network care.

### In-Network Benefits

You will pay a Copayment, a flat dollar amount, for certain Physician and other professional services received from In-Network Providers (without having to first meet the Calendar Year Deductible). Then for all other services you must first satisfy a Calendar Year Deductible before In-Network Benefits begin. When the Deductibles for all family members combined reach the family Deductible for In-Network care, the Deductible for In-Network care will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than one individual Deductible. There is a separate Deductible for each In-Network Hospital admission. For most other in-network services, like hospitalization, the plan pays 80% of covered charges in the 80/60 PPO Option or 90% of covered charges in the 90/70 PPO Option, and you pay the rest. When the amount of Covered Expenses you pay reaches the Out-of-Pocket Maximum for In-Network care in a Calendar Year (not including the Deductible, Copayments or amounts exceeding Reasonable and Customary Charges), the plan pays 100% of the covered In-Network charges for the rest of the Calendar Year. (See the PPO Options Summary of Benefits on pages 56 - 58.

The separate Deductible for each In-Network Hospital admission applies to the mother and each Newborn.

Note: Under the PPO Options, the Hospital Inpatient Deductible per admission, whether an In-Network or Out-of-Network Hospital, will be waived if a person is released from the Hospital and readmitted for the same or related condition within 14 consecutive calendar days.

When you use In-Network Providers, you will not have to file Claim forms, your Doctor takes care of Hospital Precertification, and Reasonable and Customary Charge coverage limits do not apply. Your Doctor is just acting on your behalf, however. Your benefits and rights under the plan are not assignable to the Doctor or to any other Provider. The rights and benefits of you and your eligible Dependents under this plan are not subject to the Claim of your creditors and cannot be voluntarily or involuntarily assigned, sold, or transferred to anyone else. Employees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

It is the Retiree Medical Plan's intention, under certain circumstances, to provide benefits above the PPO Options' In-Network Benefit limit for the following benefits:

- Skilled Nursing Facility
- Outpatient Short-Term Rehabilitation.

NNI-LTD-00003780

In this respect, the Plan Administrator reserves the right to waive the PPO Options' In-Network Benefit limits on the above listed benefits in order to provide alternatives to an acute care setting when all of the following criteria are met:

- the service or treatment is Medically Necessary and the Claims Administrator approves the service or treatment
- there is a potential improvement in quality of life due to care being provided outside of the Hospital
- the person's Physician recommends the services or treatment
- the person agrees to the service or treatment
- if the waiver of the benefit limit is not granted, the person must return to the Hospital
- there is a cost savings to the Medical Plan for waiving the limit.

The determination of waiving these plan limits is made by the Claims Administrator on the criteria listed above.

### If You are in the Middle of a Course of Medical Treatment

If you are in the middle of a course of medical treatment with an Out-of Network Doctor it may be possible for you to continue using that provider for a limited time, but receive certain In-Network Benefits for that provider's services. Depending on the Network option you choose, you may be eligible for transition benefits if you are:

- In the second or third trimester of pregnancy (or at any point in a high-risk pregnancy),
- Receiving a course of chemotherapy or radiation for cancer,
- Undergoing dialysis for end-stage renal disease (ESRD),
- Recovering from a transplant operation or
- Terminally Ill.

If you are in counseling treatment with an Out-of Network mental health Specialist, you may also be able to continue treatment for a limited period of time.

The Medical Plan Claim Administrators determine transition benefit eligibility on a case-by-case basis. If you believe you may qualify for transition benefits, contact Member Services for the Medical Plan Network option you chose.

These are the circumstances under which transition benefits may be appropriate, but only if the criteria described above applies at the time of such circumstances. Those circumstances are:

- When you enroll as a new participant in the Retiree Medical Plan,
- When you change your Retiree Medical Plan selection from one option (e.g., PPO, Comprehensive) to another, or
- When your participating Provider leaves the Network.

NNI-LTD-00003781

**Out-of-Network Benefits**

Under PPO Options, you may use Out-of-Network Providers any time you need health care, but benefits are reduced. With the PPO Options, you must first satisfy a Calendar Year Deductible before Out-of-Network Benefit payments begin. When the Deductibles for all family members combined reach the family Deductible for Out-of-Network care, the Deductible for Out-of-Network care will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible. There is a separate Hospital Admission Deductible for each Out-of-Network Hospital admission under the PPO Options.

... you may use Out-of-Network Providers any time you need health care, but benefits are reduced. You will have to pay an annual Deductible for most Covered Expenses before benefit payments begin.

Then the plan pays a percentage of the cost, and you pay the rest. When the amount of Covered Expenses you pay out of your own pocket reaches the "Out-of-Pocket Maximum" for Out-of-Network care in a Calendar Year (not including certain expenses like the Deductible, any Copayments and any charges in excess of the Reasonable and Customary Charges), the plan pays 100% of the covered Out-of-Network charges for the rest of that Calendar Year. The Out-of-Network Out-of-Pocket Maximum is shown in the "Summary of Health Benefits." (See pages 56 – 58.)

When you use Out-of-Network Providers, you will have to file a Claim to be reimbursed for plan benefits.  Refer to "**SECTION TWO – ADMINISTRATIVE INFORMATION,**" under "Filing Claims" for information about how and where to file Claims.
Note that the separate Deductible for each Out-of-Network Hospital admission applies to the mother and each Newborn.

Important Note: Out-of-Network Benefits are limited to Reasonable and Customary Charges. You will have to pay any charges above those considered Reasonable and Customary Charges. These additional charges do not count toward the Out-of-Pocket Maximum.

**A Note About the Out-of-Pocket Maximum**

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year. Out of Pocket Maximums do not cross accumulate between In-Network and Out-of-Network care.  This means when you meet the Out of Pocket Maximum for In-Network care the plan will pay 100% of the cost for future In-Network Covered Expenses for the rest of that Calendar Year.  However, if you have not met the separate Out of Pocket Maximum for Out-of-Network care the plan will not pay 100% for Out-of-Network care until a separate Out of Pocket Maximum is met.

The following expenses do not count toward the Out-of-Pocket Maximum:

NNI-LTD-00003782

- charges for mental health and substance abuse treatment
- charges in excess of Reasonable and Customary Charges
- charges above plan maximums
- charges applied to the Deductibles
- expenses incurred under the plan's Prescription Drug Program
- Copayments

## Emergencies

An Emergency is a sudden and serious situation that happens unexpectedly and requires immediate medical attention. Examples include an apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, apparent poisoning. If you are enrolled in a PPO Option, contact Member Services if there is any question of whether a condition is considered an Emergency. The contact information is included on your Retiree Medical ID card.

In an Emergency, you should get medical care as quickly as possible. If you are a PPO Option participant, In-Network Benefits may be available even though you may receive treatment from an out-of-network Hospital. To be eligible for In-Network Benefits due to an Emergency, there are specific procedures you must follow. In general, you should contact your In-Network Physician within 48 hours so she or he can coordinate your care. Failure to contact your In-Network Physician within 48 hours will result in benefits payable at the applicable Out-of-Network Benefit level or lower.

To qualify as an Emergency, the care must be provided within 48 hours of an Accidental Injury or the onset of a sudden or serious illness. Remember, emergency rooms should only be used for Emergencies.

Services rendered in emergency rooms or other non-participating offices or clinics may be subject to review for coverage by the Claims Administrator.

## Your Retiree Medical ID Card

Your Retiree Medical ID Card includes your Copayment amount for easy reference when you need care. You will need to show your card when you go to In-Network Providers for care so your Physician will know how much your Copayment is. In addition, there are important telephone numbers printed on the card which you may need for Emergencies and Hospital Precertification. Be sure to keep your Medical ID Card with you at all times to ensure you receive In-Network Benefits.

Your Retiree Medical ID Card includes your Copayment amount for easy reference when you need care. You will need to show your card when you go in-network for care so your Physician will know how much your Copayment is.

NNI-LTD-00003783

**Member Services**

All the Networks have customer service centers called Member Services. Trained Network representatives are available to answer your questions about your PPO Option. You can call Member Services to:

- learn about Network Providers
- arrange care with Network Providers if you are away from home
- get a new Network Provider Directory
- register comments or complaints about Network Providers or services
- order a Medical ID Card
- check on plan features and procedures
- check on Claims payments and/or denials
- ask questions about your Explanation of Benefits (EOB).

Member Services' telephone numbers are listed on your Retiree Medical ID Card.

**Note:** You must contact HR in order to add or drop a Dependent from coverage or request other such changes that are permitted due to a Status Change. **Do not** contact the Network Manager (e.g., CIGNA) to facilitate these types of requests.

**Remember:** Benefits are paid under the plan in accordance with the written terms of the plan. Member Services responds to your questions based on the specific information that you provide to them. If you provide incomplete or inaccurate information, Member Services' response to you, being based on your incomplete or inaccurate information, will also be inaccurate or incomplete. If clerical errors or other mistakes occur, those errors do not create a right to benefits. These errors include, but are not limited to, providing misinformation on eligibility or benefit coverages.

While Member Services will make every effort to ensure their information provided to you is complete, their response is not exhaustive nor is it the final determinant of benefits. It is your responsibility to confirm the accuracy of Member Services statements, in accordance with the terms of this SPD and other Retiree Medical Plan documents. You are responsible for reading the written plan provisions and asking questions about these plan provisions.

The final determinant of benefits is the governing plan documentation contained in this SPD and the other written documents described in this document as setting the provisions and standards of the Plan. The Plan Administrator (or its delegate) has the discretionary authority to administer and interpret the Retiree Medical Plan.

NNI-LTD-00003784

| PPO Options Summary of Medical Benefits | | | | |
| --- | --- | --- | --- | --- |
| | 80/60 PPO | | 90/70 PPO | |
| Benefit Description | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| Calendar Year Deductible[8] | | | | |
| ▪ Individual | ▪ $400 | ▪ $600 | ▪ $300 | ▪ $500 |
| ▪ Family | ▪ $1,200 | ▪ $1,800 | ▪ $750 | ▪ $1,500 |
| Separate Deductible Per Hospital Admission (precertification required)[2] | ▪ $350 | ▪ $500 | ▪ $350 | ▪ $500 |
| Outpatient Surgery Copayment (precertification required) | ● $250 | ● $500 | ● $250 | ● $500 |
| Calendar Year Out-of-Pocket Maximum[8] | | | | |
| ▪ Individual | ▪ $3,500 | ▪ $7,500 | ▪ $3,500 | ▪ $7,500 |
| ▪ Family | ▪ $7,000 | ▪ $15,000 | ▪ $7,000 | ▪ $15,000 |
| Lifetime Maximum Per Person | Unlimited | Unlimited | Unlimited | Unlimited |
| **Physician Services** | | | | |
| Doctor's Office Visits | | | | |
| ● Primary Care | $25 Copay | 60%[1,5] | $25 Copay | 70%[1,5] |
| ● Specialty Care | $30 Copay | 60%[1,5] | $25 Copay | 70%[1,5] |
| Pre-natal Visits | $30 Copayment (for first visit only) | 60%[1,5] | $30 Copayment (for first visit only excludes x-rays and labs) | 70%[1,5] |
| Outpatient Surgeon's Fees | 80%[2,5] | 60%[2,3,5] | 90%[2,5] | 70%[2,3,5] |
| Inpatient Surgeon's Fees (precertification required) | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
| **Specialty Physician Services** | | | | |
| Allergy testing and treatment | $30 Copayment[10] | 60%[1,5] | $30 Copayment[10] | 70%[1,5] |
| Second surgical opinion | | | | |
| **Inpatient Hospital Services** (precertification required) | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
| Semi-Private Room & Board Operating & Recovery Room Anesthetic Services & Ancillary Services Lab & X-Ray Drugs, Medications Hemodialysis | | | | |

NNI-LTD-00003785

| Benefit Description | 80/60 PPO | | 90/70 PPO | |
| --- | --- | --- | --- | --- |
| | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| **Inpatient Hospital Services** | | | | |
| Radiation & Chemotherapy<br>Rehab Services<br>Intensive Care<br>Preadmission Testing<br>Well-Newborn Care<br>Other Eligible Hospital Charges | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |
| **Outpatient Hospital Services** | | | | |
| Operating & Recovery Room | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| Presurgical testing | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| Anesthesiologist, pathology Interpretations, etc. | 80%[2,5] | 60%[1,2,3,5] | 90%[2,5] | 70%[1,2,3,5] |
| **Other Professional Services** | | | | |
| Outpatient Short-Term Rehabilitation (including physical, speech[2], occupational therapy and chiropractic care, up to 90 visits per condition per Calendar Year) | $30 Copayment[4,6] | 60%[1,5,6] | $30 Copayment[4,6] | 70%[1,5,6] |
| Private Duty Nursing | 80%[4,6] | 60%[1,4,5] up to $10,000 per person per Calendar Year | 90%[4,6] | 70%[1,4,5] up to $10,000 per person per Calendar Year |
| **Preventive Care** | | | | |
| Well-baby Care (up to age 6) | No Copayment | 60%[1,5] | No Copayment | 70%[1,5] |
| Child's Physical Exam (age 6 and over) | No Copayment | 60%[1,5] | No Copayment | 70%[1,5] |
| Adult Physical Exam | No Copayment | 60%[1,5] | No Copayment | 70%[1,5] |
| Routine OB/GYN Exam (includes routine mammogram) | $No Copayment | 60%[1,5] | No Copayment | 70%[1,5] |
| **Hospital Services** | | | | |
| Inpatient Treatment | 80% after per hospital admission Deductible[2,3,5] | 60% after per hospital admission Deductible[1,2,3,5] | 90% after per hospital admission Deductible[2,3,5] | 70% after per hospital admission Deductible[1,2,3,5] |
| Outpatient Treatment | 80%[2,3,5] | 60%[1,2,3,5] | 90%[2,3,5] | 70%[1,2,3,5] |

NNI-LTD-00003786