| Benefit Description | 80/60 PPO | | 90/70 PPO | |
|---|---|---|---|---|
| | In-Network Benefits | Out-of-Network Benefits | In-Network Benefits | Out-of-Network Benefits |
| Emergency Room | 80% after $100 Copayment (waived if admitted) | 60% [1,5,9,12] after$100 Copayment (waived if admitted) | 90% after $100 Copayment (waived if admitted) | 70%[1,5,9,12] after $100 Copayment (waived if admitted) |
| Emergency Care-Ambulance | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Skilled Nursing Facility (up to 60 days per Calendar Year) | 80%[2,3,5,6] | 60%[1,2,3,5,6] | 90%[2,3,5,6] | 70%[1,2,3,5,6] |
| Hospice | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| **Other Medical Services** | | | | |
| Assisted Reproduction (up to $5,000 lifetime maximum per person) | 80%[5,7] | 60%[1,5,7] | 90%[5,7] | 70%[1,5,7] |
| Infertility diagnosis and treatment | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Home Health Care | 80%[4,5] | 60%[1,4,5] up to 100 visits per Calendar Year | 90%[4,5] | 70%[1,4,5] up to 100 visits per Calendar Year |
| Diagnostic X-ray and Lab | 80%[5] (must use network labs) | 60%[1,5] | 90%[5] (must use network labs) | 70%[1,5] |
| Radiation and Chemotherapy | 80%[5] | 60%[1,5] | 90%[5] | 70%[1,5] |
| Durable Medical Equipment | 80%[4,5] | 60%[1,4,5] | 90%[4,5] | 70%[1,4,5] |
| External Prosthetic Appliances | 80%[1,5] | 60%[1,5] | 90%[1,5] | 70%[1,5] |
| Dental | For Accidental Injury to sound, natural teeth | | For Accidental Injury to sound, natural teeth | |
| Precertification | Provider initiated[11] | Patient initiated[2] | Provider initiated[11] | Patient initiated[2] |

[1]Subject to reasonable and customary (R&C) limits.
[2]Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery follow the directions for Precertification of these services as described on your Retiree Medical ID Card. Eligible charges for hospitalization may be reduced for days not precertified and eligible charges for elective surgery may also be reduced or denied for payment.
[3]Subject to hospital precertification.
[4]In-Network Benefits count toward out-of-network maximum benefit.
[5]Subject to Calendar Year Deductible.
[6]Benefits paid for both in-network and out-of-network care count toward the medical plan's annual benefit limit.
[7]The medical plan pays up to a $5,000 lifetime maximum per participant for assisted

NNI-LTD-00003787

*reproduction services (e.g., impregnation or fertilization). Benefits paid for both in-network and out-of-network care count toward the medical plan's lifetime benefit limit.*

*8Deductibles and Out of pocket maximum do not cross accumulate between in and out of network care.*

*9Note concerning Emergency Room: In-Network Benefits are available for Emergency Room charges only for medical emergencies. If the Emergency Room is used for a condition that is not a medical Emergency, out-of-network benefits apply. A medical Emergency is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical Emergency are apparent heart attack, severe bleeding and sudden loss of consciousness.*

*.10In-network allergy injections when billed independently without an office visit are not subject to the office visit Copayment*

*11TheEmployee is responsible for ensuring that the admitting Doctor completes the Precertification process.*

*12In-network benefits are available for emergency room charges only for medical emergencies. If the emergency room is used for a condition that is not a medical emergency, out-of-network benefits apply. A "medical emergency" is generally defined as an illness or injury of such a nature that failure to get immediate medical care could put a person's life in danger or cause serious harm to bodily functions. Some examples of a medical emergency are apparent heart attack, severe bleeding, sudden loss of consciousness, severe or multiple injuries, convulsions, and apparent poisoning.*

## How the Comprehensive Option Works

See the "Summary of Benefits" for further information on benefit levels for each category of service. The following is an overview of the features of the Comprehensive Option.

### Calendar Year Deductible

Before benefits are paid for Covered Expenses, you pay a Calendar Year individual Deductible of $350. When the Deductibles for all family members combined reaches the Calendar Year family Deductible of $1050, the Deductible will be considered satisfied for all family members that Calendar Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible of $350.

### Coinsurance

Coinsurance is the portion of Covered Expenses paid by the Retiree Medical Plan after you pay your Deductible or Copayment.

### Reimbursement Level

After you satisfy the Deductible, the Comprehensive Option generally pays 80% of Reasonable and Customary Charges for most Covered Expenses.

NNI-LTD-00003788

**Out-of-Pocket Maximum**

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

The following expenses do not count toward the Out-of-Pocket Maximum:
- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts
- charges applied to the Deductible
- any expenses you incur under the plan's Prescription Drug Program

Before benefit payments begin, you will pay an annual Deductible. After you satisfy the Deductible, the Comprehensive Option pays 80% of Reasonable and Customary Charges for most Covered Expenses.

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

**Passive PPO**

The Comprehensive Option includes a "passive PPO network" feature for retirees less than age 65. The passive PPO feature means that if you seek treatment from a CIGNA network provider, you will receive the benefit of their discounted fee. The passive PPO *does not* have in-network and out-of-network benefit levels. This feature does not affect the services covered and the benefit level. With the passive PPO network discounts, however, your out-of-pocket costs should be lower if you obtain care from an in-network provider.

**Common Accident Exception**

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that Calendar Year. This exception applies only to determine benefits for those Injuries.

**Precertification**

You must call CIGNA at **1-800-257-2702** to get Precertification for all Hospital Inpatient Stays, Skilled Nursing Facility admissions and certain other services (see table on the following two pages).

**Filing Medical Claims**

You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.

Refer to "SECTION TWO – ADMINISTRATIVE INFORMATION," under "Filing Claims" for information about how and where to file Claims.

NNI-LTD-00003789

## Comprehensive Option
## Summary of Medical Benefits

| Benefit Description | Benefit Level |
|---|---|
| **Calendar Year Deductible** (Individual/Family) | $350/$1,050 |
| **Calendar Year Out-of-Pocket Maximum** (Individual/Family) | $3,500/$7,000 (plus Deductible) |
| **Hospital Inpatient Stay Copayment** (precertification required) | $300 |
| **Lifetime Medical Maximum** | Unlimited |
| **Inpatient Hospital Services:**<br>• Semi-private Room & Board<br>• Operating & Recovery Room<br>• Intensive Care; Lab & X-Ray<br>• Drugs, Medications; Pre-admission Testing<br>• Hemodialysis; Radiation & Chemotherapy<br>• Rehab Services; Well-Newborn Care<br>• Other Eligible Hospital Charges | 80% Coinsurance[1,2,3,4] |
| **Inpatient Physician Services** | 80% Coinsurance[2,3,4] |
| **Inpatient Surgeon's Services** | 80% Coinsurance[2,3,4] |
| **Physician Services:**<br>• Preventive Care<br>• Well-Child Care<br>• Routine Immunization & Injections<br>• Annual OB/GYN Exam | 100% Coinsurance[2,5] |
| **Physician Services:**<br>• Adult Medical Care<br>• Child Medical Care | 80% Coinsurance[2,4] |
| **Specialty Physician Services:**<br>• Office Visits<br>• Second Surgical Opinion<br>• Pre- and Post-Natal Exam<br>• Allergy Testing & Treatment | 80% Coinsurance[2,4] |
| **Outpatient Surgical Charges:**<br>• Operating & Recovery Room<br>• Presurgical Testing | 80% Coinsurance[2,3,4] |

Retiree Medical Plan 2012          61

NNI-LTD-00003790

## Comprehensive Option
## Summary of Medical Benefits

| Benefit Description | Benefit Level |
|---|---|
| **Outpatient Treatments** <br> • Hemodialysis <br> • Radiation & Chemotherapy | 80% Coinsurance[2,4] |
| **Outpatient Services:** <br> (includes anesthesiologist, pathology interpretations, etc.) | 80% Coinsurance[2,3,4] |
| **Outpatient Surgeon's Services** | 80% Coinsurance[2,3,4] |
| **Outpatient X-Ray & Lab** | 80% Coinsurance[2,4] |
| **Emergency Care:** <br> • Doctor's Office | 80% Coinsurance[2,4] |
| **Emergency Care:** <br> • Hospital Emergency Room <br> • Accident or Illness | 80% Coinsurance[2,4] |
| **Emergency Care:** <br> • Ambulance | 80% Coinsurance[2,4] |
| **Outpatient Short-Term Rehabilitation** (including physical, speech[1], occupational therapy and chiropractic care, up to 90 visits per condition per Calendar Year) | 80% Coinsurance[2,4] |
| Private Duty Professional Nursing | 80% Coinsurance up to $10,000 per patient per Calendar Year[2,4] |
| Home Health Care | 80% Coinsurance to a $50 maximum per visit[2,4] |
| Skilled Nursing Facility | 80% Coinsurance[1,2,4] (Semi-private room, limited to 60 days per Calendar Year) |
| Durable Medical Equipment | 80% Coinsurance [2,4] |
| External Prosthetic Appliances | 80% Coinsurance[2,4] |
| Assisted Reproduction (up to $5,000 lifetime maximum per person) | 80% Coinsurance[2,4,6] |
| Infertility diagnosis and treatment | 80% Coinsurance[2,4] |
| Chiropractic Services | 80% Coinsurance[2,4] |
| Dental Emergency Surgery | For Accidental Injury to sound, natural teeth |
| Precertification | Patient initiated[3] |

1   Subject to Precertification.
2   Subject to Reasonable and Customary Charges (R&C).

NNI-LTD-00003791

3   *Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services described on your Medical ID card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective surgery may also be reduced.*
4   *Subject to Calendar Year Deductible.*
5   *100% of R&C for the following: well-child care up to age 6, Pap smear every year, immunization for tetanus-diphtheria every ten years, mammograms according to AMA recommendations, sigmoidoscopy every three years for covered persons age 45 and over.  $300 per Calendar Year for preventive care for children 6 yrs of age and older and adults (not subject to the Deductible).*
6   *The Medical Plan pays up to a $5,000 lifetime maximum per participant for assisted reproduction services (e.g., impregnation or fertilization).*

## How the Indemnity Option works

See the "Summary of Medical Benefits" for further information on benefit levels. The following is an overview of the features of the Indemnity Option:

The Indemnity Option is comprised of two parts. The first part is the Basic Medical Expense coverage that pays first and covers 100% of the Covered Expenses (subject to the limitation described on the pages that follow). The second part is the Major Medical Expense coverage that provides benefits for any Covered Expenses not eligible under the Basic Medical Expense coverage, in addition to any Covered Expenses that exceed the Basic Medical Expense coverage maximums.

To the extent that there is coverage for a particular service under both the Basic and Major Medical Expense coverage, Major Medical Expense coverage would begin only after the maximums for the particular coverage under the Basic Medical coverage are exhausted.

### Basic Medical Expense Coverage

Basic Medical consists of Hospital Expense Coverage, Surgical Expense Coverage, Hospital Medical Expense Coverage, Diagnostic X-Ray and Laboratory Expense Coverage, Accident Expense Coverage, Home Health Care Expense Coverage, Skilled Nursing Facility, Preventive Services Expense Coverage and Hospice Care Coverage.

### Hospital Expense Coverage

Under the Indemnity Option, the Basic Medical provision provides coverage at 100% without a Deductible, as long as the hospitalization is precertified, for Inpatient Hospital expenses, Inpatient and outpatient surgical expenses, and Inpatient and Surgery-related outpatient diagnostic X-ray and laboratory exams. Surgeon's expenses are subject to Reasonable and Customary limits.
Note: Precertification is not required for certain lengths of stay for childbirth. See Maternity and Newborn Coverage, page 41.

NNI-LTD-00003792

## Covered Hospital Expenses

This coverage pays benefits for Covered Expenses incurred for a Hospital stay. Benefit maximums apply to any one period of a person's Hospital stay.

Inpatient Hospital benefits will be paid at 100% for a maximum of 365 days under the Basic Medical provision. After exhaustion of benefits under the Basic Medical provision, the Major Medical provisions take effect and provide 80% coverage thereafter.

The benefit for each day is the amount of the Covered Expenses for room and board for that day, but not more than the Hospital's Semi-private Rate.

"Semi-private Rate" means the Hospital's standard semi-private room daily rate. If the Hospital has no semi-private rooms, the Semi-private Rate is 90% of its lowest private room daily rate.

One period of Hospital stays consists of all related Hospital stays. Separate Hospital stays of a person starting while the person is covered are considered related if the confinement is separated by less than three months or the confinement results from related causes.

## Covered Surgical Expenses

A charge is a Covered Expense if it is made by a Doctor for a service in connection with a surgical procedure performed. The service must be included in the following list to be covered:

- the immediate pre-operative exam by the Doctor who performs the surgical procedure
- the performance of the surgical procedure by a Doctor
- aid by a Doctor in the performance of the surgical procedure, if such aid is required by the nature of the surgical procedure or the person's condition or required by the relevant Hospital in which the surgical procedure is performed
- the post-operative care that is required by and directly related to the surgical procedure and is given by a Doctor
- the closed or open reduction of fractures or dislocation of the jaw.

## Accident Expense Coverage

The Indemnity Option provides coverage for medical care of your or your Dependent's Accidental Injuries that are not otherwise covered under Basic Medical. If the service is covered by another coverage under Basic Medical (regardless of the Covered Expense), it will not be covered under Accident Expense Coverage. However, Accident Expense Coverage (which has no Deductible) would pay prior to coverage under Major Medical (which generally has a Deductible).

Accident benefits are limited to $300. For all Injuries that result from one Accident, the amount payable is the amount of Covered Expenses for those Injuries, but not more than $300.

NNI-LTD-00003793

A charge is a Covered Expense under the Accident Expense Coverage if made for the medical care of an Accidental Injury. The service or supply must be ordered by a Doctor and must be furnished within 90 days after the Accident. Covered Expenses are:

- services and supplies, including room and board, furnished by a Hospital for medical care in that Hospital
- Doctor's services for surgery and for other medical care
- X-ray exams and laboratory exams
- private duty professional nursing by a registered graduate nurse
- casts, splints, trusses, braces, crutches, artificial limbs and artificial eyes
- surgical dressings
- Ambulance use for local travel to the nearest facility that can provide the appropriate services
- treatment of Accidental Injury to natural teeth when the charges are for Doctors' services or x-ray exams ("treatment" includes replacement/restoration of those teeth)
- rental of wheelchairs, Hospital type beds and artificial respirators

Please refer to the section entitled "What is Not Covered" for a list of services and supplies not covered by this benefit.

## Major Medical Expense Coverage

Major Medical pays benefits for many of the charges incurred for care and treatment of Illnesses and Injuries. There is a Deductible that applies to all Covered Expenses. The amount payable, once the Deductible is satisfied, is the Covered Percent for the particular charge. This is generally 80% of Reasonable and Customary Charges, subject to benefit maximums. If a charge is covered by both Basic and Major Medical coverage, benefits under Basic Medical will be exhausted prior to coverage under Major Medical.

Major Medical also includes the following special provisions for charges incurred for:

- Home Health Care (after exhaustion of Basic Medical Expense coverage, covered at 80% and a $50 per visit maximum, unlimited visits)
- a Skilled Nursing Facility stay (after exhaustion of Basic Medical Expense coverage, covered at 80%, unlimited visits)
- Hospice Care (after exhaustion of Basic Medical Expense coverage, covered at 80%; unlimited Hospice care coverage)

## Calendar Year Deductible

Before benefits are paid for other Covered Expenses, you pay a Calendar Year individual Deductible of $200. When the Deductibles for all family members combined reaches the Calendar Year family Deductible of $400, the Deductible will be considered satisfied for all family members that Plan Year. However, in reaching the family Deductible, no one person can contribute more than their individual Deductible of $200.

NNI-LTD-00003794

**Coinsurance**

Coinsurance is the portion of Covered Expenses paid by your Retiree Medical Plan after you pay your Deductible or Copayment.

**Reimbursement Level**

After you satisfy the Deductible and any applicable Copayments, the Indemnity Option pays either 100% or 80% (depending on the services rendered) of Reasonable and Customary Charges for most Covered Expenses.

**Out-of-Pocket Maximum**

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

The following expenses do not count toward the Out-of-Pocket Maximum:
- charges for mental health and substance abuse treatment
- charges in excess of the Reasonable and Customary Charge
- charges above plan maximum amounts
- charges applied to the Deductible
- expenses you incur under the plan's Prescription Drug Program

Before certain benefit payments begin, you will pay an annual Deductible. After you satisfy the Deductible, the Indemnity Option pays 80% of Reasonable and Customary Charges for many Covered Expenses.

When the amount you have paid in a Calendar Year reaches the Out-of-Pocket Maximum, the plan will pay 100% of the cost for Covered Expenses for the rest of that Calendar Year.

**Passive PPO**

The Indemnity Option includes a "passive PPO network" feature for retirees less than age 65. The passive PPO feature means that if you seek treatment from a CIGNA network provider, you will receive the benefit of their discounted fee. The passive PPO _does not_ have in-network and out-of-network benefit levels.  This feature does not affect the services covered and the benefit level. With the passive PPO network discounts, however, your out-of-pocket costs should be lower if you obtain care from an in-network provider.

**Common Accident Exception**

When two or more covered persons in a family are injured in the same Accident, Covered Expenses for those Injuries will be combined to meet one Deductible for all such covered persons for that year. This exception applies only to determine benefits for those Injuries.

NNI-LTD-00003795

## Precertification
You must call CIGNA at **1-800-257-2702** to get Precertification for all Hospital Inpatient Stays, Skilled Nursing Facility admissions and certain other services (see table, this page and the following two pages).

## Filing Medical Claims
You must submit a written Claim along with the original bills or receipts for services to the Claims Administrator to receive benefits under the plan.

Refer to "SECTION TWO – ADMINISTRATIVE INFORMATION," under "Filing Claims" for information about how and where to file Claims.

| Indemnity Option<br>Summary of Medical Benefits | |
| --- | --- |
| **Benefit Description** | **Benefit Level** |
| **Calendar Year Deductible** | $200/$400 |
| **Calendar Year Out-of-Pocket Maximum** | $1,500/$3,000<br>(plus Deductible) |
| **Lifetime Medical Maximum** | Unlimited |
| **Inpatient Hospital Services:**<br>• Semi-private Room & Board<br>• Operating & Recovery Room<br>• Intensive Care; Lab & X-Ray<br>• Drugs, Medications; Pre-admission Testing<br>• Hemodialysis; Radiation & Chemotherapy<br>• Rehab Services; Well-Newborn Care<br>• Other Eligible Hospital Charges | 100% Coinsurance[1,3] |
| **Inpatient Physician Services** | 100% Coinsurance[3] |
| **Inpatient Surgeon's Services** | 100% Coinsurance[2,3] |
| **Physician Services:**<br>• Preventive Care (Children 6 and over and adults)<br>• Well-Child Care (up to age 6)<br>• Routine Immunization & Injections<br>• Annual OB/GYN Exam<br>• Sigmoidoscopy | 100% Coinsurance[5] |
| **Physician Services:**<br>• Adult Medical Care<br>• Child Medical Care | 80% Coinsurance[4] |
| **Specialty Physician Services:** | 80% Coinsurance[4] |

NNI-LTD-00003796

## Indemnity Option
## Summary of Medical Benefits

| Benefit Description | Benefit Level |
|---|---|
| • Office Visits | 100% Coinsurance |
| • Second Surgical Opinion | 100% Coinsurance |
| • Pre- and Post-Natal Exam | 80% Coinsurance[4] |
| • Allergy Testing & Treatment | |
| **Outpatient Surgical Charges:** | 100% Coinsurance[4] |
| • Operating & Recovery Room | |
| • Presurgical Testing | |
| **Outpatient Treatments** | 80% Coinsurance[4] |
| • Hemodialysis | |
| • Radiation & Chemotherapy | |
| **Outpatient Services:** (includes anesthesiologist, pathology interpretations, etc.) | 100% Coinsurance[3] |
| **Outpatient Surgeon's Services** | 100% Coinsurance[3] |
| **Outpatient X-Ray & Lab** | 80% Coinsurance[4] |
| **Emergency Care:** | 80% Coinsurance[4] |
| • Doctor's Office | |
| **Emergency Care:** | |
| • Hospital Emergency Room | |
| • Accident | • 100% Coinsurance if treatment rendered within 48 hours |
| • Illness | • 80% Coinsurance after $25 Copay[4] |
| **Emergency Care:** | |
| • Ambulance | 100% Coinsurance if hospital Ambulance, otherwise $25 base benefit; remainder at 80% Coinsurance[4] |
| **Outpatient Short-Term Rehabilitation** (including physical, speech[1], occupational therapy and chiropractic care, no visit maximum) | 80% Coinsurance[4] |
| **Private Duty Professional Nursing** | 80% Coinsurance up to $10,000 per patient per plan year[4] |
| **Home Health Care** | Basic medical: 100% Coinsurance limited to 100 visits per plan year to a maximum of $50 per visit <br> Major medical: 80%, unlimited visits, maximum $50 per visit[2, 4] |
| **Skilled Nursing Facility** | Basic medical: 100% Coinsurance limited to |

NNI-LTD-00003797

| | 365 days per confinement[1] |
| | Major medical: 80%, unlimited days[2, 4] |
| Durable Medical Equipment | 80% Coinsurance [4] |
| External Prosthetic Appliances | 80% Coinsurance [4] |
| Assisted Reproduction (up to $5,000 lifetime maximum per person) | 80% Coinsurance[2,4,6] |
| Infertility diagnosis and treatment | 80% Coinsurance[2,4,6] |
| Chiropractic Services | 80% Coinsurance[4] |
| Dental Emergency Surgery | For Accidental Injury to sound, natural teeth |
| Precertification | Patient-initiated[3] |

1  Subject to Precertification.
2  Subject to Reasonable and Customary Charges (R&C).
3  Whenever a covered person faces confinement in a Hospital or needs non-emergency surgery, follow the directions for Hospital Precertification of these services described on your Medical ID card. Eligible charges for hospitalization may be reduced for days not precertified, and eligible charges for elective surgery may also be reduced.
4  Subject to Calendar Year Deductible.
5  100% of R&C for the following: well-child care up to age 6, Pap smear every year, immunization for tetanus-diphtheria every 10 years, mammograms according to AMA recommendations, sigmoidoscopy every 3 years for covered persons age 45 and over. $200 per 24 consecutive months for preventive care, including immunizations, for Children 6 yrs of age and older and adults (100% of R&C, up to $200 maximum, not subject to the Deductible).
6  The medical plan pays up to a $5,000 lifetime maximum per participant for assisted reproduction services (e.g., impregnation or fertilization).

## When Coverage Ends

### For You
Retiree Medical Plan coverage will end on the last day of the month in which one of the following occurs:
- the date you stop qualifying for coverage,
- the date the Retiree Medical Plan is terminated,
- the date you fail to pay any required contribution

### For Your Dependents (or Domestic Partner)
Retiree Medical Plan coverage for your Dependents (or Domestic Partner) will end on the last day of the month in which the following occurs:
- the date you stop qualifying for coverage or your covered Dependent (or Domestic Partner) stops qualifying for coverage, or
- the date the part of the Plan providing the coverage ends, or
- the date you fail to pay any required contribution

NNI-LTD-00003798

**Extension of Health Care Protection**
The following applies to all coverages other than the Hospice Care Program.

Your protection under the Retiree Medical Plan may be extended after the date you cease to be covered under the Plan. Coverage will be extended if, on the date you cease to be covered, you are Totally Disabled from a Sickness or Injury and are under a Doctor's care. The extension covers any Sickness or Injury that results in Total Disability. However, the extension applies only to those expenses incurred in connection with the Illness or Injury that caused the Total Disability. Coverage will be extended for the time you remain Totally Disabled from that Sickness or Injury and under a Doctor's care.

The following applies to Hospice Care Program coverage:

If you or a covered Dependent is Totally Disabled and under a Doctor's care on the date coverage under the Plan terminates, Hospice Care coverage during that Total Disability will be extended up to three (3) months if coverage terminated because:
- the Plan was terminated
  OR
- the Hospice Care Program within the Retiree Medical Plan was terminated for all Retired Employees of the Company or for a group of Retired Employees of which the person is a member.

If such coverage terminates for any other reason, Hospice Care Program coverage during that Total Disability will be extended for up to twelve (12) months.

Extended Hospice Care Program coverage will cease immediately when you or your covered Dependent becomes covered under any other group plan.


**COBRA**
You and your covered Dependents may have the option to temporarily extend your health care coverages at full group rates, plus a 2% administration fee, in certain instances when coverage under the Nortel Networks FLEX Benefits program or Retiree Medical Plan would otherwise end.

This is called COBRA coverage. COBRA refers to the Consolidated Omnibus Budget Reconciliation Act of 1985. To be eligible for COBRA coverage continuation you must first be enrolled in the health plan the day before you become ineligible for the respective plan.


**BEFORE YOU RETIRE OR LEAVE ACTIVE SERVICE**
At the time of your Retirement, if you and your Dependents are members of the FLEX Benefits Program, you and those covered Dependents will have the option of selecting COBRA coverage continuation for Medical, EAP, Dental/Vision/Hearing Care Plans and the Health Care Reimbursement Account. For complete information regarding COBRA

NNI-LTD-00003799

## ELECTION

It is the responsibility of you, your spouse, your Domestic Partner, or your Dependent Children to contact HR within 60 days of the event to elect continued participation under COBRA. You or your eligible Dependent will have an additional 45-day period (after the 60-day election period) to pay any premiums missed.

If HR is not notified within 60 days of the qualifying event, eligibility to elect COBRA is forfeited.

If COBRA continuation coverage is elected:
- The level of coverage must be appropriate to the individuals covered (single coverage or family coverage if a parent and child will be participating).
- Coverage will be effective as of the date of the qualifying event.

COBRA participants are held to similar guidelines concerning their Retiree Medical coverage elections as Retiree Medical Plan participants. Changes in the Retiree Medical Plan Option elected can only be made during the Annual Enrollment Period that typically occurs in the summer. Changes in participants (e.g., dropping a Dependent) can be made under the usual plan rules (see Status Changes, page 12).


## COST OF PARTICIPATION

COBRA participants must pay the full monthly premiums for their coverage:
- For Retiree Medical coverage, premiums are based on a group rate per covered person set at the beginning of the Coverage Year, plus 2% to cover administrative costs.
- Regular monthly premiums are due to the COBRA Administrator (COBRAServ) by the first day of each month.


## WHEN COBRA ENDS

COBRA coverage will end before the maximum continuation period if:
- a person who was covered under COBRA becomes covered under another group health plan not offered by the Employer (providing the plan does not have Preexisting Condition limitations affecting the covered person). COBRA coverage will end if the Preexisting Condition limitation does not apply, or will end as of the date when that limitation expires. The covered person is entitled to receive credit equal to the period of his/her COBRA coverage against the new plan's Preexisting Condition limitation period, so long as the new coverage begins without a break in coverage of 63 days or longer.
- a person covered under COBRA becomes entitled to Medicare. Other covered Dependents who are not entitled to Medicare can continue coverage under COBRA until the maximum continuation period is reached.
- a person covered under COBRA meets the Preexisting Condition exclusions under a new Employer's plan.

Retiree Medical Plan 2012                    72

NNI-LTD-00003801

- any required premium for continued coverage is not paid within 30 days after it is due. (Payments are due on the first day of each month.)
- the Employer ceases to provide benefits to all active employees or Retirees, whichever is applicable.

## Third Party Liability

Recovery of Benefits if Payable by any Other Party

Medical benefits otherwise payable to you (i.e., the participant Employee or your covered Eligible Dependent) under the Nortel Networks Medical Plan (the "Plan") will be reduced to the extent that payment is made directly or indirectly to you or on your behalf, or to your assignee, by any other party or its insurer. This could occur as the result of the actual or alleged wrongful act or omission of any third party (e.g., an automobile accident) or a payment made or to be paid from your own insurance policy [i.e., uninsured motorist coverage, underinsured motorist coverage, medical payments coverage ("Med Pay"), no-fault coverage, and/or personal injury coverage ("PIP")].

If the Plan provides medical benefits to you, or your covered Eligible Dependent, that are later determined to be the legal responsibility of a third person, company, or insurer, the Plan has a 100%, first priority right to recover these payments from you or your covered Eligible Dependent in full and regardless of whether you have been made whole. This Recovery of Benefits provision also survives to your heirs and/or the heirs of your covered Eligible Dependent.

If you make a claim for medical benefits before you receive payment from any third party or its insurer, or any other insurer, you are considered by the Plan to have agreed that any recovery you receive from any third party, its insurer, or any other insurer will be used to repay the Plan for its payments on your behalf. The Plan's right to recovery applies whether:

You receive payment due to a legal judgment, an arbitration award, a compromise settlement or any other arrangement;

Any third party, its insurer, or any other insurer admits liability for the payment; or

The expenses the Plan paid are separately identified or otherwise itemized in the payment made to you by the third party, its insurer, or any other insurer.

You should know that an assignment of your claim to any third party does not exempt you from your responsibility for repayment. Any attorney fees or costs incurred by you are not the responsibility of the Plan and are to be paid solely by you.

NNI-LTD-00003802

**You Must Give Notice**

Within ten days of institution of any legal proceedings on your behalf against any other party or its insurer for recovery of any amount that otherwise would be payable to the Plan under this section, you must notify the Plan of the legal proceedings, including the names of the parties, the name and location of the forum, the status of the case, the names, addresses and phone numbers of all attorneys and the case number. You must also, within 30 days prior to any settlement of any legal proceedings against the other party, its insurer, or any other insurer, notify the Plan of the terms of the proposed settlement.

**The Plan's Legal Rights**

By accepting payment from the Plan of medical benefits, you are deemed to have agreed that the Plan may take all action necessary or appropriate in the discretion of the Plan Administrator or its delegate to enforce its rights under this section. Such action includes, but is not limited to:

Subrogation: The Plan is subrogated to (stands in the place of) all rights of recovery you or your covered Eligible Dependent have against any third party or insurer for all or any portion of the benefits provided or to be provided by the Plan.

Restitution: In addition, if you or a covered Eligible Dependent receives any payment from any third party or insurer, the Plan has the right to obtain restitution from you, your attorney or any third party, for all amounts the Plan has paid and will pay, up to and including the full amount you receive.

Constructive Trust: The Plan has a right to obtain a legal order that you, your attorney, or anyone acting on your behalf is considered to hold any amount you recover from any third party or insurer for medical benefits provided or to be provided under the Plan in a constructive trust for the benefit of the Plan.

Lien Rights: Further, the Plan will automatically have an equitable lien to the extent of medical benefits paid by the Plan for which any other party is liable. The lien shall be imposed upon any recovery whether by settlement, judgment, or otherwise, including from any insurance coverage, for which the Plan paid benefits. The lien may be enforced against any party who possesses funds or proceeds representing the amount of medical benefits paid by the Plan including, but not limited to you or your representative or agent; any third party or insurer; and/or any other source possessing funds representing the amount of medical benefits paid by the Plan.

Stay or Other Equitable Relief: The Plan has a right to obtain a stay of any legal proceedings brought by you or your covered Eligible Dependent against any third party and to enjoin you and your assignees from adjudicating the matter. It also may obtain a preliminary or permanent injunction, a declaration of rights, or specific performance against you, your attorney, or any assignee of either of them. Moreover, the Plan has the right to obtain any other appropriate equitable relief to redress any violation of the Plan or enforce the terms of the Plan. The Plan also has the right to obtain such judicial relief against you or any assignee as may be available under state law, including a claim for breach of contract.

NNI-LTD-00003803

**Applicability to All Settlements and Judgments**

The terms of this entire subrogation and right of recovery provision shall apply and the Plan is entitled to full recovery regardless of whether any liability for payment is admitted by any third party or insurer and regardless of whether the settlement or judgment received by you identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to the payment of expenses other than medical expenses. The Plan is entitled to recover from any and all settlements or judgments, even those designated as pain and suffering, non-economic damages, and/or general damages.

**Cooperation**

You and your covered Eligible Dependents are prohibited from prejudicing the Plan's subrogation or recovery interest or prejudicing the Plan's ability to enforce the terms of this Plan provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude any portion of the cost of any medical benefits provided by the Plan. The Plan has the right to conduct an investigation regarding the injury, illness, or condition for which medical benefits were provided under the Plan to identify any third party or insurer responsible for the payment of all or any portion of those benefits. The Plan reserves the right to notify the third party and his or her agents of its lien. Agents include, but are not limited to, insurance companies and attorneys.

**Written Agreement to Repay**

The Plan may require you to sign a written agreement to repay any amounts received by you in the event you recover such amounts from any third party or its insurer, including establishing a trust or lien on any monies you are to receive.

**Failure to Comply**

If you fail to timely provide the notice required under this section or refuse to execute any agreement, if requested to do so, no further medical benefits will be paid on your behalf under the Plan until the Plan either recovers all amounts you are required to repay or offsets against your future medical benefits payable under the Plan, any payments made by the Plan that it was unable to recover. In the sole discretion of the Plan Administrator or its delegate, any action by you to frustrate or avoid recovery by the Plan, as required by this section may be grounds for termination of all your benefits under the Plan.

**Interpretation**

In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Plan Administrator or its delegate has the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

NNI-LTD-00003804

**Jurisdiction**

By accepting medical benefits (whether the payment of such medical benefits is made to you or your covered Eligible Dependent or made on your behalf to any provider) from the Plan, you and your covered Eligible Dependent agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the Plan may elect. By accepting such medical benefits, you and your covered Eligible Dependent hereby submit to each such jurisdiction, waiving whatever rights you and your covered Eligible Dependent may have by reason of his or her present or future domicile.

**Recovery of Overpayment**

If the Medical Plan provides benefits to you or a covered Eligible Dependent that are later determined to be in excess of the covered amounts, the Medical Plan has the right to recover these payments from you. You should know that an assignment of your claim to any third party does not exempt you from your responsibility for repayment of overpayments.

# SECTION TWO -

# *ADMINISTRATIVE INFORMATION*

**Plan Administration**

This section contains information on the administration of Nortel Networks Retiree Medical Plan, contacts you may need in certain situations and your rights as a plan participant. Please note that certain key words in each section are capitalized. You can find these words in the Glossary section of the Summary Plan Description (SPD).

**Plan Year**

- For Deductibles and Calendar Year Out-of-Pocket Maximums the Plan Year is January 1 to December 31.
- The period for which selections remain in effect, excluding Status Changes, is January 1 to December 31 (this date is subject to change based on the determined dates for the Annual Enrollment Period).

**Plan Administrator and ERISA Claims Fiduciaries**

Nortel Networks Inc. is the Plan Administrator. The Plan Administrator has delegated various responsibilities for plan administration to other entities. HR provides basic information to Retirees regarding vendors of benefit services and enrollment processes. Some of the Claims Administrators have been contracted to provide administrative services as well as process Claim reimbursements.

NNI-LTD-00003805

The ultimate decision about your eligibility for benefits under the plan is made by the named ERISA "claims fiduciary" that has responsibility for the determination of your Claim. For Claims filed on or after January 1, 2003, certain Claim Administrators have been designated claims fiduciaries.

Each of the Claims fiduciaries has been delegated the exclusive authority by the Plan Administrator to interpret and administer the provisions of the Plan that apply to the Claim under review, including discretionary authority to:
- construe and interpret the terms of the plan,
- determine the validity of charges submitted under the plan, and
- make final, binding determinations concerning the availability of plan benefits.

Please note that determinations made by the claims fiduciary relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician.

The claims fiduciaries for each type of Claim under the Retiree Medical Plan are noted in the list on pages 79 - 80, except for determination of prescription drug benefits under the plan for which the Company is the final claims fiduciary.

The Employee Benefits Committee (EBC) is the final authority to review denied Claims for those benefits for which the Company is the final claims fiduciary. Should you need to contact the Plan Administrator or the Employee Benefits Committee, refer to the following address:

Employee Benefits Committee
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC  27709-3010

**Plan Identifying Information**
Plan Type under ERISA:  Welfare Plan

Plan Number:  517

Funding Method:  Self-funded with contributions held in trust

Contribution Source:  the Companies that sponsor the Plan and participating Retirees contribute to the cost of coverage

NNI-LTD-00003806

Companies that Sponsor the Plan: Nortel Networks Inc. (Employer identification number 04-2486332) and certain other related companies sponsor this Plan for their eligible Employees. For a current list of sponsoring companies, please contact HR.

The address for Nortel Networks Inc. is:

> Nortel Networks Inc.
> 4001 East Chapel Hill-Nelson Highway
> Research Triangle Park, NC. 27709

Agent for Service of Legal Process:

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

Legal Process may also be served upon the trustee of a trust that funds benefits under the Plan.

> Trustee of the Nortel Networks Inc. Health & Welfare Benefits Trust (which funds benefits under the Plan):
>
> > Retirement Services Group
> > Bank of America
> > 213 South LaSalle Street
> > Chicago, IL 60697
> > 312-828-2345

NNI-LTD-00003807

## CLAIMS PROCEDURES

### Contact Information for Claims Filing

The chart below provides addresses and phone numbers both for filing Claims and appealing denials of Claims for each of the listed benefits.  Call HR at 1-800-676-4636 if you cannot locate the information you need in the list that follows.

The claims fiduciaries for each type of Claim under the Medical Plan are noted in the list below.

| Claims Administrator | Address | Phone Number |
| --- | --- | --- |

### 1. Medical Benefits

All Claims and appeals of denied Claims for medical benefits as described in this Summary Plan Description other than eligibility to participate in the plan and cost of coverage of the EAP, Mental Health and Substance Abuse Treatment Benefits, Prescription Drug benefits, and COBRA should be filed with the applicable entity listed below, based on the coverage you selected.

| CIGNA | PO Box 33668<br>Charlotte, NC 28233-3668 | 1-800-257-2702 |
| --- | --- | --- |

### 2. Employee Assistance Program (EAP), Mental Health and Substance Abuse Treatment Benefits

All Claims and appeals of denied Claims for EAP and/or mental health and substance abuse benefits as described in this Summary Plan Description (other than eligibility to participate in the plan and cost of coverage issues) should be filed with:

| OptumHealth Behavioral Solutions | P O Box 30755<br>Salt Lake City, UT 84130-0755 | 1-800-842-2991 |
| --- | --- | --- |

### 3. Prescription Drug Benefits

Medco Health Solutions makes the initial decision on whether the Plan will pay for a Prescription Drug as described in this Summary Plan Description. If they deny your Claim, you may file your first appeal with them.  Their address and other contact information is provided below:

| Medco Health Solutions, Inc. | PO Box 2187<br>Lee's Summit, MO 64063-2187 | 1-800-711-3460 |
| --- | --- | --- |

If your first appeal of a Claim for payment of a Prescription Drug is denied, you may file a second appeal with the Employee Benefits Committee at the address provided below. The Second appeal is your final appeal right. The Employee Benefits Committee is the final Claims fiduciary for all appeals of denied Claims for Prescription Drug benefits as described in this Summary Plan Description.

NNI-LTD-00003808

Employee Benefits Committee

c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC  27709-3010

For information about Claims concerning eligibility to participate in the plan and cost of coverage issues, see item #4 below.

### 4.  Eligibility to Participate; Dependent Enrollment; Coverage Options; Enrollment Date; COBRA Eligibility

Initial Claims regarding eligibility to participate in the Medical Plan; enrollment of Dependents in the Medical Plan; disputes about the coverage option elected; the Effective Date of your enrollment in the Medical Plan; and COBRA eligibility should be filed with HR.  If they deny your Claim, you may then appeal to the Employee Benefits Committee regarding such issues.  The Employee Benefits Committee has the discretion and the authority to make the final decision about such Claims.  Information about HR and the EBC follows:

| Claims Administrator | Address | Phone Number |
|---|---|---|
| HR | c/o Nortel Networks<br>PO Box 13010<br>Research Triangle Park,<br>  NC  27709-3010 | Toll-free: 1-800-676-4636<br>Direct: 919-905-9351 |
| Employee Benefits Committee | c/o Nortel Networks<br>Mailstop: 570 02 0C3<br>PO Box 13010<br>Research Triangle Park, NC  27709-3010 | |

## COBRA

The contact information for the Medical Plan's administrator of COBRA benefits and the HIPAA certificate of health coverage is:

| | | |
|---|---|---|
| Ceridian COBRA Continuation<br>  Services (CobraServ) | 3201 34th Street South<br>St. Petersburg, FL 33711-3828 | Toll-free: 1-800-877-7994 |

Ceridian COBRA Continuation Services (CobraServ) is an external vendor which has been contracted to provide only administrative services for COBRA and the HIPAA certificate of health coverage.  They review Claims or appeals of denied Claims only as they relate to termination of coverage due to lack of timely payment.  They do not review Claims or appeals of denied Claims regarding the Medical Plan benefits coverages that are provided during your elected COBRA period.

NNI-LTD-00003809

**Filing Claims**

This section outlines the procedures and applicable time limits for filing Claims and filing appeals of denied Claims and other benefit determinations under the Retiree Medical Plan. These procedures are intended to comply with the requirements of ERISA and will be interpreted in accordance with ERISA requirements. These procedures are effective for Claims filed on or after January 1, 2003.

To make a formal Claim for benefits, you must file the appropriate Claim form, if applicable, (along with the original bills or receipts for services) with the appropriate Claims Administrator. Providers may also file Claims directly for you if you authorize them to do that on your behalf.

In order to properly process your request, please refer to the "Contact Information for Claims Filing" chart on pages 79 - 80 for a complete list of all Claims Administrators, their respective addresses and phone numbers. Claim forms are available from HR. The Claim must describe the occurrence, character and extent of the service.

You must file your Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered. If you don't submit the Claim by the end of the Calendar Year after the Calendar Year in which the service was rendered, benefits for that health service will be denied. This time limit does not apply if you are legally incapacitated to file a Claim.

Please note that determinations made by the Claims Administrator or Employee Benefits Committee (EBC) relate solely to whether or not benefits are available under the plan for the proposed treatment or procedure or whether eligibility for plan participation is available under the written terms of the plan. The determination as to whether a health service will be provided to you is between you and your Physician or other health care provider.

**Payment of Plan Claims**

The Claims Administrator will make a benefit determination as set forth below. Benefits will be paid to the Provider as soon as possible after your Claim is received by the Claims Administrator when any of the following is true.

- The Provider is an In-Network Provider and In-Network Benefits are applicable.
- The Provider notifies the Claims Administrator that your signature is on file on a document requesting that payment of benefits on your behalf be made to that Provider.
- You make a written request for the Out-of-Network Provider to be paid directly at the time you submit your Claim.

You will be responsible for payment to the Provider if none of the above is true.

Should you die before a benefit that is to be paid to you is paid, the benefit will be paid to your estate.

NNI-LTD-00003810

The rights and benefits of you (Retiree Medical Plan members) and your eligible Dependents under this plan are not subject to the Claims of your creditors and cannot be voluntarily or involuntarily assigned, sold or transferred to anyone else. Retirees and their eligible Dependents are the only "participants" and "beneficiaries" of this plan, as defined under the provisions of the Employee Retirement Income Security Act of 1974.

The plan will not reimburse third parties who have purchased or been assigned benefits by Physicians or other Providers.

## Claim Determinations

Federal regulations define guidelines for review, payment and appeal of four types of Claims:

- **Urgent care Claims** – Claims for treating conditions that could seriously jeopardize your life, health or your ability to recover or would result in severe pain, if not treated.
- **Pre-service Claims** – Claims that involve advance coverage authorization of a non-urgent course of treatment.
- **Concurrent care Claims** – Claims where you are notified that your benefit for an ongoing course of treatment (urgent or non-urgent) will be reduced or terminated.
- **Post-service Claims** – Claims that involve non-urgent courses of treatment that have already been provided.

## Timeframe for Claim Determinations

### Urgent Care Claims that Require Immediate Action

Urgent care Claims are those Claims where:

- the terms of the Retiree Medical Plan condition receipt of the benefit on approval of the benefit prior to receiving medical care, and
- a delay in treatment could seriously jeopardize your life or health or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition could cause severe pain.

In these situations:

- The Claims Administrator will notify you of the initial benefit determination in writing or electronically within 72-hours after the Claims Administrator receives all necessary information, taking into account the seriousness of your condition.
- Notice of denial may be oral with a written or electronic confirmation.
- If you filed an urgent Claim improperly, or did not supply enough information for the Claim Administrator to make a decision, here is the process for urgent Claim determinations:
    1. The Claims Administrator will notify you of the improper filing and how to correct it within 24 hours after the urgent Claim was received.

NNI-LTD-00003811

2. If additional information is needed to process the Claim, the Claims Administrator will notify you of the information needed within 24 hours after the Claim was received.
3. You will then have 48 hours to provide the specified additional information to the Claims Administrator.
4. The Claims Administrator will notify you of a determination no later than 48 hours after:
   - The Claims Administrator's receipt of the requested information; or
   - The end of the 48 hour period within which you were to provide the additional information to the Claims Administrator, if the information is not received within that time.

   If you don't provide the specified additional information within the 48 hour period to the Claims Administrator, your Claim may be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

If you are asking for an extension of a course of treatment that is already in progress, the Claims Administrator will respond within 24 hours of the receipt of your request, provided that the request is made at least 24 hours before the previously approved benefits for the course of treatment expires.

**Pre-Service Claims**

Pre-service Claims are those Claims where the terms of the Retiree Medical Plan condition receipt of the benefit on approval of the benefit in advance of obtaining medical non-urgent care. This decision can be a determination of whether or not benefits will be paid at all, or the level of benefits that will be received.

If your Claim was a pre-service Claim and was submitted properly with all needed information, the Claims Administrator will notify you of the Claim decision within 15 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1. An extension is necessary, due to matters beyond the control of the plan and
2. The Claims Administrator notifies you before the initial 15-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed. You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

NNI-LTD-00003812

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 15 days after the information is received. If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

## Concurrent Care Claims

Concurrent care Claims are those Claims where the terms of the Retiree Medical Plan require the Claims Administrator to reduce or terminate benefits for an on-going (already in progress) treatment that benefits were previously approved by the Claims Administrator.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment under an urgent care Claim as defined above:

- The Claims Administrator will notify you of a determination on your request for benefits for the extended treatment within 24 hours, provided the Claims Administrator receives your request at least 24 hours prior to the end of the treatment for which benefits were previously approved.

- If your request for benefits for the extended treatment is not made at least 24 hours prior to the end of the treatment for which benefits were previously approved, the request will be treated as an urgent care Claim and decided according to the timeframes described above.

If benefits were previously approved for treatment already in progress and you request benefits for an extension of that treatment in a non-urgent circumstance, your request will be considered a new Claim and decided according to post-service or pre-service timeframes, whichever applies.

## Post-Service Claims

Post-Service Claims are those Claims that are filed for payment of benefits after medical care has been received. If your post-service Claim was submitted properly with all needed information, the Claims Administrator will notify you of the Claim decision within 30 days of receipt of the Claim.

The Claims Administrator may request a one-time 15-day extension if:

1. An extension is necessary, due to matters beyond the control of the plan and

Retiree Medical Plan 2012                      84

NNI-LTD-00003813

2. The Claims Administrator notifies you before the initial 30-day period expires of the reasons why an extension is required and a date by which you can expect a decision.

If the extension is necessary due to your failure to submit necessary information to make a determination, the extension notice will describe the information needed.   You will have 45 days after you receive the Claims Administrator's notice to provide all of the specified additional information.

The plan's timeframe for making a benefit determination stops on the date the Claims Administrator sends you the extension notification until the date you provide all of the specified additional information to the Claims Administrator.

If all of the needed information is received by the Claims Administrator within the 45-day time frame, the Claims Administrator will notify you of the determination within 30 days after the information is received. If all of the needed information is not received by the Claims Administrator within the 45-day period, your Claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the Claim appeal procedures.

## Appealing a Denied Claim

### If You Receive an Adverse Benefit Determination

The Claims Administrator will provide you with notification of any adverse benefit determination, which will set forth:

1. The specific reason(s) for the adverse benefit determination.
2. Reference to the specific plan provisions on which the benefit determination is based.
3. A description of any additional material or information that is necessary for you to perfect the Claim and an explanation of why that material or information is necessary.
4. A description of the plan's appeal procedures and time limits applicable to such procedures, including a statement of your right to bring civil action under Section 502(a) of ERISA after a final adverse benefit determination on appeal.
5. A statement describing any voluntary appeal procedures offered by the plan and your right to obtain the information about such procedures, as well as a statement of your right to bring an action under ERISA.
6. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse benefit determination; a statement or copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
7. If the adverse benefit determination was based on a Medical Necessity or Experimental treatment or similar exclusion or limit, either an explanation of the

NNI-LTD-00003814

scientific or clinical judgment for the adverse determination (applying the terms of the plan to your medical circumstances) or a statement that such explanation will be provided free of charge upon request.
8. If the adverse determination involves urgent care, a description of the expedited appeal process applicable.

## Procedures for Appealing an Adverse Benefit Determination

If you disagree with a Claim for payment determination, you can file an appeal with the Claims Administrator who denied your original Claim by writing to the Claims Administrator and including the following in your written appeal request:

The patient's name and the identification number from the ID card (if applicable).

The date(s) of medical service(s).

The Provider's name.

The reason you believe the Claim should be paid.

Any documentation or other written information to support your request for Claim payment.

You, or your authorized representative, have 180 days following the receipt of a notification of an adverse benefit determination within which to submit your first appeal request to the Claims Administrator.

You have the right to:

1. Submit written comments, documents, records and other information relating to the Claim for benefits.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim for benefits. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:
   o Was relied upon in making the benefit determination
   o Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
   o Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination
   o Constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for your diagnosis, regardless of whether such statement was relied upon in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the Claim, regardless of whether such information was submitted or considered in the initial benefit determination.
4. A review that does not defer to the initial adverse benefit determination and that is conducted by the claims fiduciary of the plan who is neither the individual who made the adverse determination nor that person's subordinate.
5. If the appeal involved an adverse benefit determination based in whole, or in part, on a medical judgment, you have the right to require the claims fiduciary to consult with a health care professional who has appropriate training and experience in the field of

NNI-LTD-00003815

medicine involved in the medical judgment and who was neither consulted in connection with the initial adverse benefit determination nor the subordinate of any such individual.

6. The identification of medical or vocational experts whose advice was obtained in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the decision.

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field who was not involved in the prior determination. The Claims Administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process. Upon request and free of charge you have the right to reasonable access to and copies of, all documents, records, and other information relevant to your Claim for benefits.

## Urgent Claim Appeals That Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health or the ability to regain maximum function or cause severe pain. In these urgent situations:

The appeal does not need to be submitted in writing. You or your Physician should call the claims fiduciary to request the appeal as soon as possible.

The claims fiduciary will provide you with a written or electronic determination as soon as possible, but no longer than 72 hours following receipt by the claims fiduciary of your request for review of the determination taking into account the seriousness of your condition.

## Pre-Service and Post-Service Claim Appeals

You will be provided written or electronic notification of decision on your appeal as follows.

For appeals of **pre-service Claims** (as defined on page 83):

The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 15 days from receipt of a request for appeal of a denied Claim. If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level appeal from the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.

The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 15 days from receipt of a request for review of the first level appeal decision.

For appeals of **post-service Claims** (as defined on page 84):

The first level appeal will be conducted and you will be notified by the Claims Administrator of the decision within 30 days from receipt of a request for appeal of a denied Claim. If you are not satisfied with the first level appeal decision of the Claims Administrator, you have

NNI-LTD-00003816

the right to request a second level appeal from the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 60 days from receipt of the first level appeal decision.

The second level appeal will be conducted and you will be notified by the claims fiduciary of the decision within 30 days from receipt of a request for review of the first level appeal decision.

## Participation Appeals

For appeals regarding denial of your eligibility to participate in the plan, the enrollment of your Dependents in the plan, coverage option elections, the Effective Date of enrollment in the plan under all options, or COBRA eligibility, the Company retains the exclusive right to interpret and administer the participation provisions of the Retiree Medical Plan.

- The first level appeal will be conducted and you will be notified by HR of the decision within 60 days from receipt of a request for appeal of a denied Claim. HR will provide to you all of the information described under the "If You Receive an Adverse Benefit Determination" section above.
- If you are not satisfied with the first level appeal decision of the Claims Administrator, you have the right to request a second level (final) appeal from the Employee Benefits Committee, the claims fiduciary. Your second level appeal request must be submitted to the claims fiduciary within 180 days from receipt of the first level appeal decision.

See below for a description of procedures for the second level appeal conducted by the Employee Benefits Committee.

The Employee Benefits Committee (EBC) conducts the second level (final) appeal for determining your eligibility to participate in the Retiree Medical Plan, the enrollment of your Dependents in the Retiree Medical Plan, coverage option elections or the Effective Date of enrollment in the plan under all options. The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later than the date of the meeting of the EBC that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting. (The EBC holds monthly meetings.) In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review. If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the EBC following the plan's receipt of the request for review. If such an extension of time for review is required because of special circumstances, the EBC will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the EBC sends you the extension notification until the date you respond to the request for additional information.

NNI-LTD-00003817

The EBC will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.  The EBC will provide to you all of the information described under the "If You Receive an Adverse Benefit Determination" section above when they notify you of their benefit determination.

### Final Note on Retiree Medical Plan Claim Appeals

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in state or Federal court, *but only after you have exhausted the plan's claims and appeals procedure as described beginning on page 85.*

## YOUR RIGHTS UNDER ERISA

As a participant in the Company's Employee benefit plan, you have certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that, as a plan participant, you will be entitled to:

### Receive Information About Your Plan and Benefits

- Examine, without charge, at the Plan Administrator's office or your work location, during normal working hours, all plan documents governing the plan, including insurance contracts (if any), and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Employee Benefits Security Administration (EBSA).
- Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The Plan Administrator may request a reasonable charge for the copies.
- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a summary of this annual report.

### Continue Group Health Plan Coverage

- Continue health care coverage for your spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event.  Your Dependents may have to pay for such coverage.  Review this summary plan description and the documents governing the plan on the rules governing COBRA continuation coverage rights.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon those who are responsible for the operation of your Employee benefit plan.

The people who supervise the operation of your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No

NNI-LTD-00003818

**Health Insurance Portability and Accountability Act ("HIPAA")**

**Your rights under HIPAA**

Privacy

The Nortel Networks Group Health Plan which includes this plan (to the extent that it covers Employees of NNI or other U.S. subsidiary that has adopted the Plan) the Nortel Networks (Plan Name) was amended to include the health information privacy requirements effective April 14, 2003 and security requirements effective April 20, 2005 specified in HIPAA. The following section describes the permitted use and disclosure of protected health information under HIPAA.

Nortel Networks (including Nortel Networks Inc., Nortel Networks Limited and any subsidiary of either or of Nortel Networks Corporation whose Employees are covered by the Plan) may only use and disclose protected health information it receives from the Plan as permitted and/or required by, and consistent with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and its accompanying Privacy and Security regulations found at 45 CFR Part 164, Subparts A and C. This includes, but is not limited to, the right to use and disclose participant's protected health information (including electronic protected health information) in connection with payment, treatment and health care operations (as defined within the regulations).

The Plan will disclose protected health information to Nortel Networks only upon receipt of a certification by Nortel Networks Inc., the Plan Sponsor that the plan documents have been amended to incorporate all of the required provisions as described below.

Nortel Networks will:
- Not use or further disclose the information other than as permitted or required by the plan documents or as required by law;
- Ensure that any agents, including a subcontractor, to whom it gives protected health information received from the Plan, agree to the same restrictions and conditions that apply to Nortel Networks with respect to such information;
- Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity and availability of the electronic protected health information that it creates, receives, maintains, or transmits on behalf of the Plan;
- Ensure that any agent, including a subcontractor, to whom it gives electronic protected health information, agrees to implement reasonable and appropriate security measures to protect such information;
- Not use or disclose the information for employment-related actions and decisions or in connection with any other benefit or Employee benefit plan of Nortel Networks;
- Report to the Plan any use or disclosure of the information that is inconsistent with the uses or disclosures provided for of which Nortel Networks becomes aware;

NNI-LTD-00003820

- Report to the Plan any security incident of which Employer becomes aware
- Make available protected health information in accordance with individuals' rights to review their protected health information;
- Make available protected health information for amendment and incorporate any amendments to protected health information consistent with the HIPAA rules;
- Make available the information required to provide an accounting of disclosures in accordance with the HIPAA rules;
- Make its internal practices, books, and records relating to the use and disclosure of protected health information received from the Plan available to the Secretary of HHS for purposes of determining compliance by the Plan;
- If feasible, return or destroy all protected health information received from the Plan that Nortel Networks still maintains in any form. Nortel Networks will retain no copies of protected health information when no longer needed for the purpose for which disclosure was made. An exception may apply if such return or destruction is not feasible, but the Plan must limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible.

## SPECIAL ENROLLMENT

If you decline enrollment for yourself or your Dependents (including your spouse) because of other health insurance or group health plan coverage, you may be able to enroll yourself and your Dependents in the Plan if you or your Dependents lose eligibility for that other coverage (or if the Company stops contributing towards your or your Dependents' other coverage). However, you must request enrollment within 30 days [or any longer period that applies under the Company Plan] after your or your Dependents' other coverage ends (or after the Company stops contributing toward the other coverage).

In addition, if you have a new Dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your Dependents. However, you must request enrollment within 30 days [or any longer period that applies under the Company Plan] after the marriage, birth, adoption, or placement for adoption. To request special enrollment or obtain more information, contact:

> HR
> Nortel Networks
> PO Box 13010
> Research Triangle Park, N.C. 27709-3010
> Toll-free: 1-800-676-4636
> Direct: 919-905-9351

## CERTIFICATE OF HEALTH COVERAGE

Under HIPAA, you may need evidence of your coverage to reduce a preexisting condition exclusion period under another plan, to help you get special enrollment in another plan, or to get certain types of individual health coverage even if you have health problems. When you leave the Company's employment for any reason, or terminate your coverage in this

NNI-LTD-00003821

Plan, the Company will provide you a written certificate confirming the period of your participation in this Plan. This certificate must include a statement of your rights under HIPAA as outlined in sample language provided by the US Department of Labor below. The Company will also provide a certificate for any Dependent who ends coverage under this Plan for any reason. The Company will provide a certificate to former Employees and/or their Dependents automatically when coverage terminates, automatically when COBRA continuation, if elected, terminates and upon request at any time within 24 months of the date plan coverage terminates. (Note: COBRA continuation coverage also counts as creditable coverage.)

The contact information of the plan's administrator for the HIPAA certificate of health coverage is:

> Ceridian COBRA Continuation Services (CobraServ)
> 3201 34th Street South
> St. Petersburg, FL 33711-3828
> Toll-free: 1-800-877-7994

Ceridian COBRA Continuation Services (CobraServ) is an external vendor which has been contracted to provide only administrative services for COBRA and the HIPAA certificate of health coverage. They do not review any Claims or appeals of denied Claims for any benefits that are provided during your elected COBRA period.

## STATEMENT OF HIPAA PORTABILTY RIGHTS

**Preexisting condition exclusions.** Some group health plans restrict coverage for medical conditions present before an individual's enrollment. These restrictions are known as "preexisting condition exclusions." A preexisting condition exclusion can apply only to conditions for which medical advice, diagnosis, care, or treatment was recommended or received within the 6 months before your "enrollment date." Your enrollment date is your first day of coverage under the plan, or, if there is a waiting period, the first day of your waiting period (typically, your first day of work). In addition, a preexisting condition exclusion cannot last for more than 12 months after your enrollment date (18 months if you are a late enrollee). Finally, a preexisting condition exclusion cannot apply to pregnancy and cannot apply to a child who is enrolled in health coverage within 30 days after birth, adoption, or placement for adoption.

If a plan imposes a preexisting condition exclusion, the length of the exclusion must be reduced by the amount of your prior creditable coverage. Most health coverage is creditable coverage, including group health plan coverage, COBRA continuation coverage, coverage under an individual health policy, Medicare, Medicaid, State Children's Health Insurance Program (SCHIP), and coverage through high-risk pools and the Peace Corps. Not all forms of creditable coverage are required to provide certificates. If you do not receive a certificate for past coverage, talk to your new plan administrator.

NNI-LTD-00003822

You can add up any creditable coverage you have.  However, if at any time you went for 63 days or more without any coverage (called a break in coverage) a plan may not have to count the coverage you had before the break.

Therefore, once your coverage ends, you should try to obtain alternative coverage as soon as possible to avoid a 63-day break.  You may use your certificate as evidence of your creditable coverage to reduce the length of any preexisting condition exclusion if you enroll in another plan.

**Right to get special enrollment in another plan.**   Under HIPAA, if you lose your group health plan coverage, you may be able to get into another group health plan for which you are eligible (such as a spouse's plan), even if the plan generally does not accept late enrollees, if you request enrollment within 30 days.  (Additional special enrollment rights are triggered by marriage, birth, adoption, and placement for adoption.)

Therefore, once your coverage ends, if you are eligible for coverage in another plan (such as a spouse's plan), you should request special enrollment as soon as possible.

**Prohibition against discrimination based on a health factor.**  Under HIPAA, a group health plan may not keep you (or your Dependents) out of the plan based on anything related to your health.  Also, a group health plan may not charge you (or your Dependents) more for coverage, based on health, than the amount charged a similarly situated individual.

**Right to individual health coverage.**  Under HIPAA, if you are an "eligible individual," you have a right to buy certain individual health policies (or in some states, to buy coverage through a high-risk pool) without a preexisting condition exclusion.  To be an eligible individual, you must meet the following requirements:

- You have had coverage for at least 18 months without a break in coverage of 63 days or more;
- Your most recent coverage was under a group health plan (which can be shown by the certificate of coverage);
- Your group coverage was not terminated because of fraud or nonpayment of premiums;
- You are not eligible for COBRA continuation coverage or you have exhausted your COBRA benefits (or continuation coverage under a similar state provision); and
- You are not eligible for another group health plan, Medicare, or Medicaid, and do not have any other health insurance coverage.

The right to buy individual coverage is the same whether you are laid off, fired, or quit your job.

Therefore, if you are interested in obtaining individual coverage and you meet the other criteria to be an eligible individual, you should apply for this coverage as soon as possible to avoid losing your eligible individual status due to a 63-day break.

NNI-LTD-00003823

# SECTION THREE –

# *GLOSSARY*

Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here to help you understand them are brief definitions in alphabetical order. If there are any differences between this Glossary and the terms contained in the plan documents, the plan documents will govern.

If a different definition of any of the following words is provided in the section describing a particular benefit plan that definition applies instead of the definition listed below.

**Accident**
An unexpected event resulting in bodily Injury by an external trauma.

**Accidental Injury**
Injuries sustained as the direct result of an Accident.

**Active Duty**
Currently enlisted in the armed forces of any country and called upon to serve.

**Affiliates**
Subsidiaries of, or other companies related to, Nortel Networks Inc. (NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Company's benefit programs and have adopted those programs

**Alternate Benefit Level:**
If your care is provided by a non- OptumHealth Behavioral Solutions Provider (Out-of-Network Benefits), you will have to satisfy a $200 per person Deductible before your benefits can begin. All intermediate and Inpatient levels of care must be certified by OptumHealth Behavioral Solutions or benefits will be reduced. In addition, Out-of-Network Benefits under the Mental Health and Substance Abuse Program are limited to Reasonable and Customary Charges. You may be required to file a Claim form with OptumHealth Behavioral Solutions to apply for reimbursement of eligible expenses under the Program. The reimbursement level will depend on the type of care you receive.

**Ambulance**
Ground or air transportation by a commercial or municipal Ambulance service that is issued a license or certificate by the appropriate licensing authority.

**Annual Enrollment Period**
The annual period during which you may change your Retiree Medical Plan Option for the coming year.

NNI-LTD-00003825

**Brand-Name Drug**

A prescription medicine that is available only from its original manufacturer or licensee under a recognized brand name. A brand name drug may have a generic equivalent after the original patent expires. Brand-Name Drugs are typically sold at a higher price than Generic Drugs.

**Calendar Year**

January 1 through December 31. This period is also the "Plan Year" for the purposes of the Retiree Medical Plan.

**Capital Accumulation and Retirement Programs**

Effective May 1, 2000, Nortel Networks Inc. and certain other Employers introduced and sponsored three Capital Accumulation and Retirement Programs – the Traditional program, the Balanced program and the Investor program. These previously available programs were designed to enable employees, with help from their Employer, accumulate assets through different combinations of pension, retiree welfare, investment and stock purchase plans.

**Children**

Dependents who are:
- your natural Children,
- Children legally adopted by you or placed with you for adoption
- your step-children,
- your legal foster Children,
- your responsibility as legal guardian,
- Children of your Domestic Partner, or
- Children for whom you are required to provide health coverage, as specified by a Qualified Medical Child Support Order (QMSCO). A QMCSO is an order of judgment from a court that directs a plan administrator to cover a child for benefits under a health care plan

To be eligible for coverage as a child, stepchildren, legally authorized foster Children, Children for whom you the legal guardian and Children of your Domestic Partner must depend on you for support and maintenance and live with you for at least six months of the Calendar Year in a regular, parent-child relationship.

**Claim**

A request by a covered person for a benefit under a specific plan.

**Claims Administrator**

The company or third party administrators responsible for processing and paying benefit Claims and other various administrative services.

NNI-LTD-00003826

**COBRA**
The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). Under COBRA, you and your Dependents may be eligible to continue certain group health care plan coverages if you lose your benefits under certain circumstances.

**Coinsurance**
The portion of Covered Expenses paid by your Retiree Medical Plan after you pay your Deductible or Copayment or the specified percentage that you pay when you receive certain services or supplies.

**Common Medical Standards**
Generally accepted medical practice based on recommendations from the American Medical Association (AMA), the American College of Obstetricians and Gynecologists (ACOG), the American Cancer Society (ACS) and others.

**Company**
Nortel Networks Inc. (NNI) and any of its Affiliates.

**Congenital**
A condition present at birth that is not hereditary

**Copay, Copayment**
The specified dollar amount that you pay when you receive certain services or supplies.

**Cosmetic Surgery**
Procedures performed mainly to change a person's appearance rather than for the improvement, restoration or correction of normal bodily functions. It includes Surgery performed to treat a mental, psychoneurotic or personality disorder through change in appearance.

**Coverage Year**
The period for which the Retiree Medical Plan Option election remains in effect. See Annual Enrollment Period. In general, the Effective Date of any Option change is the first of the second month following the month in which the Annual Enrollment Period occurs. Generally, premium changes go into effect with the beginning of the new Coverage Year.

**Covered Expense**
Charges that may be used as the basis for a Claim under the plan. They are the charges for certain services and supplies to the extent the charges meet the terms specified in the Retiree Medical Plan's "Covered Expenses."

NNI-LTD-00003827

## Covered Percent

A percentage of Covered Expenses used to determine the benefits payable for those charges under the coverages. The Covered Percent is not applied to charges used to meet any Deductible or Copayment.

## Custodial Care

Care that provides a level of routine maintenance for the purpose of meeting personal needs. Custodial Care includes, but is not limited to: help in walking and getting into and out of bed, help in bathing, dressing and eating, help in other functions of daily living of a similar nature, administration of or help in using or applying Medications, creams and ointments, routine administration of medical gases after a regimen of therapy has been set up, routine care of a patient, including functions such as changes of dressings, diapers and protective sheets and periodic turning and positioning in bed, routine care and maintenance in connection with casts, braces and other similar devices, or other equipment and supplies used in treatment of a patient, such as colostomy and ileostomy bags and indwelling catheters, routine tracheostomy care, general supervision of exercise programs, including carrying out of maintenance programs or repetitive exercises that do not need the skills of a therapist and are not skilled rehabilitation services.

## Deductible

The amount of Covered Expenses you and your enrolled Dependents must pay each year before the plan begins to pay benefits.

## Dependent

For your medical coverage, Dependents include:

- your spouse, including your common-law spouse as recognized by applicable state law
- your qualified Domestic Partner, (see definition of "Domestic Partner")
- your Children and your Domestic Partner's Children under the age of 26 without access to employer coverage,
- your Children and your Domestic Partner's Children of any age who have a mental or physical disability that began before age 26 and who are Wholly Dependent on you for support and maintenance and became dependent before age 26. You must provide a notice of the disability to HR within 31 days of your child turning age 26 for that child to be considered an eligible Dependent.

## Dispense as Written (DAW)

A phrase prescribers use when writing a prescription to indicate their preference that the pharmacy dispense the Brand-Name Drug ordered rather than a generic substitute. The Doctor may indicate DAW on your prescription if there is a medical reason (such as an allergy to certain drug ingredients) for you to take only a Brand-Name Drug.

## Doctor

A licensed practitioner of the healing arts acting within the scope of his or her license.

NNI-LTD-00003828

**Domestic Partner**
An individual of either gender who is not your spouse and who is certified by required proof to be:
- not married to anyone else,
- not related to you by blood that would prohibit legal marriage in the state in which you live,
- your sole and exclusive partner whom you publicly represent as your Domestic Partner,
- sharing in your financial obligations,
- living with you and meeting all of the other requirements listed above for at least 12 months immediately before you certify Domestic Partnership,
- mentally competent to consent to a contract, and
- age 18 or older.

To be eligible for medical coverage, your Domestic Partner must be qualified under the Plan rules including your completion of an Affidavit of Domestic Partnership. Contact HR at: 1-800-676-4636 or 1-919-905-9351.

**Durable Medical Equipment**
Equipment needed for a medical condition which is able to withstand repeated use, including wheelchairs and Hospital beds.

**Effective Date**
The date coverage goes into effect under the Plan.

**Emergency**
A sudden and serious situation that happens unexpectedly and requires immediate medical attention, or an Illness or Injury of such a nature that failure to get immediate medical care could put that person's life in danger or cause serious harm to that person's bodily functions. Some examples of an Emergency are apparent heart attack including, but not limited to, severe, crushing chest pain radiating to the arms and jaw, cerebral vascular Accidents, severe shortness of breath or difficulty in breathing, severe bleeding, sudden loss of consciousness, convulsions, severe or multiple Injuries, including obvious fractures, serious burns, severe allergic reactions, high fever, cyanosis, apparent poisoning. In connection with the pregnancy of a covered person, a term delivery, whether vaginally or by a Cesarean section, is not an Emergency.

**Employers**
Nortel Networks Inc. and subsidiaries of, or other companies related to, Nortel Networks Inc.(NNI), that have been authorized by the Board of Directors of NNI to provide coverage for their employees under the Retiree Medical Plan and have adopted the Retiree Medical Plan.

NNI-LTD-00003829

**Enrollment Period**
The 31-day period after you first become eligible for benefits as a newly Retired Employee or after you experience a Status Change. See "Annual Enrollment Period" also.

**ERISA**
Employee Retirement Income Security Act of 1974 which regulates the welfare group benefit plans (medical, disability, etc)

**Evidence of Insurability (EOI)**
Proof of a person's physical condition verifying good health may be required for his or her acceptance for coverage.

**Experimental or Investigational**
Services, supplies or treatment not recognized or approved by the relevant standard setting body as accepted medical practice and/or as safe and effective for the diagnosis or treatment of a specific condition. Such standard setting organizations include the American Medical Association (AMA) and the U.S. Food and Drug Administration (FDA).

**Explanation of Benefits (EOB)**
A statement from your insurance company giving specific details about how and why benefit payments were or were not made. It summarizes the charges submitted and processed, the amount allowed, the amount paid, and the balance you may owe

**Formulary**
List of preferred brand-name and Generic Drugs that have been selected by prescription benefit Claims Administrator's independent pharmacy and therapeutics committee based on their safety, effectiveness and cost.

**Generic Drug**
Equivalent version of a Brand-Name Drug produced when the patent on the Brand-Name Drug expires. Generic Drugs have the same active ingredients as Brand-Name Drugs but are less expensive.

**HR**
Nortel Human Resources. By contacting HR, you can request needed forms or change your employee information, such as your address.

**Hemodialysis**
The process of filtering the blood and removing from it the toxic urinary substances and other waste products of protein metabolism.

NNI-LTD-00003830

**Highest Benefit Level**

If your care is certified by OptumHealth Behavioral Solutions and provided by a OptumHealth Behavioral Solutions Network Provider (In-Network Benefits), your benefits will, in most cases, be paid at 100% less any applicable Copayments with no Deductible.

**Hire Date**

The date your employment with your Employer began.

**Home Delivery Pharmacy Service**

All Retiree Medical Plan options offer a mail order prescription drug benefit to be used for long-term or Maintenance Drugs, such as medication for high blood pressure or arthritis.

**Home Health Care**

A program, prescribed in writing by a person's physician and administered by a Home Health Care Agency, that provides for the care and treatment of a person's Sickness or Injury in the person's home.

**Home Health Care Agency**

An organization that meets at least one of the following three requirements:

1. It is established and operated in accordance with applicable licensing and other laws.
2. It is a Home Health Care Agency as defined in Medicare.
3. It administers a Home Health Care plan and meets all of these requirements:
    - It has a full-time administrator.
    - It keeps written records of services and supplies furnished to the patient.
    - Its staff includes at least one registered nurse (RN) or it has access to nursing care by a registered nurse.
    - Its employees are bonded.
    - It maintains malpractice insurance.
    - It has the primary purpose of providing Home Health Care.
    - It has a delivery system for bringing supportive services to the home.

**Hospice/Hospice Care Program**

A health care program directed by a Physician and providing services rendered at home, in outpatient settings or in institutional settings for covered persons suffering from a terminal illness. A Hospice must have a team of personnel that includes at least one Physician and one registered nurse. It must also:
    - maintain central clinical records on all patients
    - meet the standards of the National Hospice Organization (NHO) and applicable state licensing certification or registration requirements
    - have care available 24 hours a day, seven days a week
    - be approved by the Claims Administrator.

NNI-LTD-00003831

In addition to the Physician and registered nurse, Hospice personnel may include a social worker, a clergyman/counselor, volunteers, a clinical Psychologist, a physiotherapist or an occupational therapist, and provide care to:

- reduce pain or other symptoms of mental or physical distress
- meet the special needs arising out of the stresses of the terminal Illness, dying and bereavement.

### Hospice Room and Board
Charges made by a Hospice for room and meals and for all general services and activities needed for the care of registered bed patients.

### Hospital
An institution that meets either of these two tests:

1. It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission of Accreditation of Health Care Organizations (JCAHO).

2. It is legally operated, has 24 hour a day supervision by a staff of Physicians, has 24 hour a day nursing service by registered nurses and complies with one of the following conditions:

- It mainly provides general Inpatient medical care and treatment of ill and injured persons through the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

- It mainly provides specialized Inpatient medical care and treatment of ill or injured persons through the use of medical and diagnostic facilities (including x-ray and laboratory). All such facilities are in it, under its control or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

Hospital does not include nursing homes or institutions, or parts of institutions that:

- are used mainly as a place for convalescence, rest, nursing care or for the aged
- furnish mainly Custodial Care or training in the routines of daily living
- are mainly like schools.

### Hospital Inpatient Stay
A hospital stay for which a room and board charge is made by the Hospital.

### Hospital Outpatient Stay
A hospital stay for which no room and board charge is made by the Hospital.

NNI-LTD-00003832

**Illness**
Any disorder of the body or mind of a covered person, but not an injury or pregnancy, including abortion, miscarriage or childbirth.

**Imputed Income**
According to the IRS, Imputed Income is the value of certain types of Employer-paid benefits. If your Domestic Partner is enrolled in the Nortel Networks Retiree Medical Plan, the value of coverage for your Domestic Partner that is paid for by your Employer may be considered Imputed Income to you.

**Injury**
A condition that results in damage to the covered person's body, independently of illness.

**In-Network Benefits**
The level of benefits you receive when you use Network Providers for your medical care. For instance, the Retiree Medical Plan's PPO options pay In-Network Benefits at a higher rate than Out-of-Network Benefits for most medical care. For mental health and substance abuse treatment, you receive a higher level of benefit when your care is provided by a OptumHealth Behavioral Solutions Network Provider.

**In-Network Providers**
See "Network Providers."

**Inpatient**
A person admitted to an accredited facility as a registered bed patient for medical care and charges.

**Intermediate Care** is made up of residential, partial, and intensive out-patient programs as defined below:

- Partial Hospital Program (PHP): A structured ambulatory program that may be freestanding or hospital-based and that provides services for at least 5 hours per day and at least 4 days per week. Partial hospital programs are used as a step up from routine or intensive outpatient services, or as a step down from acute Inpatient or residential care. Partial hospital programs can be used to treat mental health conditions or Substance-Use Disorders, or can specialize in the treatment of co-occurring mental health conditions and Substance-Use Disorders. Also known as a **Day Treatment Program**.
- Residential Rehabilitation: Acute overnight services that are typically provided in a freestanding Residential Treatment Center for the care of a Substance-Use Disorder. A residential rehabilitation program is appropriate when a member lacks the motivation or social support system to remain abstinent, but does not require the structure and the intensity of services provided in a hospital.

NNI-LTD-00003833

- Residential Treatment Center (RTC): Facility-based or freestanding program that provides overnight mental health services for patients who do not require acute care. Intensive Outpatient Program (IOP): A structured outpatient program that may be freestanding or hospital-based and that provides services for at least 3 hours per day, 2 or more days per week. IOPs encompass half-day partial hospital programs. Intensive outpatient programs are used as a step up from routine outpatient services, or as a step down from acute Inpatient, residential care or a partial hospital program. Intensive outpatient programs can be used to treat mental health conditions or Substance-Use Disorders, or can specialize in the treatment of co-occurring mental health conditions and Substance-Use Disorders.

## Intermediate Care Facility

An institution that provides care and treatment of mental, psychoneurotic and personality disorders, alcoholism or substance abuse through one or more specialized programs and meets all three of the following conditions:

1. It must be staffed by registered nurses and other mental health professionals.
2. It must provide for the clinical supervision of such specialized programs by Physicians who are licensed in the state in which the facility is located.
3. Each specialized program provided through the institution must:
   - provide treatment for no less than three hours and no more than 12 hours per day
   - furnish a written, individual treatment plan that states specific goals and objectives
   - maintain, at a minimum, weekly progress notes which demonstrate periodic review and direct patient evaluation by the attending Physician, and
   - meet either of these two tests:
     - be accredited by the Joint Commission of Accreditation of Health Care Organizations (JCAHO)
     - be licensed, accredited or approved by the appropriate agency in the state in which the facility is located to provide the type of specialized program described above.

## Lifetime Maximum

The total of all medical benefits paid for a plan participant during his/her lifetime.

## Maintenance Drug/Medications

A Prescription Drug used for the treatment of chronic medical conditions including, but not limited to: chronic obstructive pulmonary disease, clotting disorders, congestive heart failure, coronary artery disease (angina), diabetes (oral agents only), glaucoma, hypertension, thyroid disease or seizure disorders.

NNI-LTD-00003834

Maintenance of Benefits

A provision that applies to your medical coverage if you (or your eligible Dependents) have coverage from more than one source. If you're in a plan that covers less than 100% of eligible expenses, and you've already received that amount (or more) from another plan, the Nortel Networks plan will pay only up to the level it would pay if it were the only plan. For example, if you're in a medical option that covers 80% of eligible expenses and you've already received that 80% of eligible expenses for a Dependent through your spouse's plan, the Nortel Networks plan will not make up the additional 20%.

Managed Care

A type of health plan that negotiates fees with Hospitals, Doctors and other health care professionals in advance. These Providers then form a Managed Care network. Generally, when you use the Providers who have an agreement with the Managed Care network, you receive the highest benefit coverage level applicable under the plan. Managed Care options under the Nortel Retiree Medical Plan include 80/60 and 90/70 Preferred Provider Organizations (PPO)

Medical Plan

The Retiree benefit plan described in this Summary Plan Description which is a plan that provides medical benefits for you and your enrolled Dependents.

Medical Plan ID Card

Wallet card which identifies you as a member of a particular Medical Plan and includes your group number and identification number on a plan. Abbreviated benefits information is usually included regarding copays and where to file Claims.

Medicaid

Title XIX (Grants to States for Medical Assistance Programs) of the Federal Social Security Act, as amended from time to time.

Medically Necessary Leave of Absence

A leave of absence from a post-secondary educational institution or any change of enrollment at that institution that:

- Begins while the student is suffering from a severe illness or injury;
- Is Medically Necessary; and
- Causes the loss of full-time student status under the plan.

Written documentation from a medical professional explaining the need for a temporary medical leave will be required by the claims administrator (CIGNA or OptumHealth Behavioral Solutions)

NNI-LTD-00003835

**Medically Necessary, Medical Necessity**

Services and supplies, including tests and check-up exams rendered by a Provider that are:

- necessary and appropriate for, and consistent with, the symptoms and diagnosis for direct care and treatment of the Illness or Injury
- within the standards of good medical practice in accordance with all the applicable professional and legal standards
- the most appropriate supply or level of service
- provided in the most appropriate setting
- not primarily for the convenience of the covered person, his/her family members or the provider(s) of the service
- necessary for the diagnosis of an Illness or Injury.

To be considered necessary, a service or supply must meet all of these tests:

- it is ordered by a Physician
- it is recognized throughout the Physician's profession as safe and effective, is required for the diagnosis or treatment of the particular Illness or Injury and is employed appropriately in a manner and setting consistent with generally accepted U.S. medical standards, and
- it is not Educational, Experimental or Investigational in nature.

Your Employer may require proof in writing that any type of service or supply is Medically Necessary, and Medical Necessity will be determined solely by your Employer. The fact that a Physician may prescribe, order, recommend or approve a service or supply does not, in itself, make this service or supply Medically Necessary.

Medical Necessity does not include a repeated test that is not necessary, experimental service or supply, services or supplies provided for psychological support, education or vocational training of the covered person, or implant of any artificial organ for any reason whatsoever. The Plans do not cover all Medically Necessary procedures, services and supplies, as some specific exclusions and limits on coverage may apply.

**Medicare**

Title XVIII (Health Coverage for the Aged and Disabled) of the Federal Social Security Act, as amended from time to time.

**Member Services**

Customer service centers staffed with representatives who can answer questions concerning coverage and Claims, provide information about Network Providers, send you a Provider directory, identification cards and provide other administrative services.

**Network**

A group of Hospitals, Doctors and other health care professionals who have an agreement with a Medical Plan or insurance carrier or third party administrator to provide health care

NNI-LTD-00003836

services at a negotiated rate.  The Providers agree to accept negotiated fees as payment in full.

**Network Provider**
Providers including Hospitals, Physicians, other health care providers and pharmacies who have entered into an agreement to participate in a network.

**Newborn**
An infant from the date of birth until the initial Hospital discharge or until the infant is 31 days old, whichever occurs first.

**Non-odontogenic**
Conditions that do not arise from disorders of the teeth.

**Non-preferred Brand Drug**
These are Brand-Name Drugs not included on the Formulary of the prescription benefit Claims Administrator that may have one or more Formulary alternatives.

**Ophthalmologist**
A medical Doctor who specializes in the treatment of disorders of the eye.

**Optometrist**
A Doctor of Optometry trained and legally qualified to perform eye examinations and prescribe Lenses.

**Out-of-Network Benefits**
The level of benefits you receive under a managed medical plan option or coverage under a medical plan option that is managed (e.g., the Mental Health and Substance Abuse Treatment Benefit and Prescription Drug Benefit under all the Nortel Networks Retiree Medical Plan options) when you use a health care provider who does not participate in the network.

**Out-of-Pocket Maximum**
The maximum dollar amount you pay annually out of your pocket for covered medical expenses, excluding Deductibles, Copayments and any amounts over reasonable and customary limits. This amount also excludes mental health and substance abuse treatment benefits and prescription drug benefit expenses. The plan pays 100% of any Covered Expenses (except outpatient treatment for mental Illness, alcohol or substance abuse) after the maximum is reached, up to the Retiree Medical Plan's maximum benefit.

**Pay-the-Difference**
The Pay-the-Difference feature is designed to provide higher coverage for lower-cost alternatives to Brand-Name Drugs.  Whenever you buy a Brand-Name Drub that has a lower-cost generic equivalent, whether through a retail pharmacy or through the Home

NNI-LTD-00003837

Delivery Service, you'll pay the applicable Brand-Name Copayment/Coinsurance plus the difference between the cost of the generic equivalent and the cost of the Brand-Name Drug. This includes anytime your Doctor indicates that the prescription should be "Dispensed As Written".

**Pension Service Plan**
The Nortel Networks Pension Service Plan that became effective on January 1, 1999, and became part of the Traditional program within the previously available Capital Accumulation and Retirement Program that was introduced May 1, 2000.

**Physician**
See "Doctor."

**Plan Administrator**
Nortel Networks Inc. (NNI) acting by and through its Board of Directors.

**Plan Year**
For Deductibles, Calendar Year Out-of-Pocket Maximums, and EAP visits the Plan Year for the Retiree Medical Plan is January 1 to December 31.

**Precertification**
A process where the need for Hospital admission and certain outpatient procedures is verified prior to admittance. For inpatient admissions, your length of stay is also reviewed.

**Predetermination Review**
A process through which a proposed Durable Medical Equipment purchase is reviewed and an estimate of benefits considered eligible for payment under the plan is provided by the Claims Administrator before the equipment is purchased

**Preexisting Condition**
Any condition for which you:
- receive treatment or services,
- incur expense,
- receive diagnosis, or
- take prescribed medication before coverage begins.

**Preferred Brand-Name Drug**
These are Brand-Name Drugs that are included on the Formulary of the prescription benefit Claims Administrator. These drugs may offer greater discounts than non-preferred Brand-Name Drugs, which reduces both your and the Company's costs.

NNI-LTD-00003838

**Preferred Provider Organization (PPO)**
A Managed Care network Medical Plan option that pays benefits when you see health care professionals within the preferred provider network.  If you go to a provider who is not a member of the network, the PPO option still pays benefits, but at the lower Out-of Network Benefit Level

**Prescription Drug**
For Prescription Drugs payable under the Retiree Medical Plan, this means only:
1.  A medicinal substance that, by law, can be dispensed only by prescription
2.  A compound medication that includes a substance described in (1) or
3.  Prescribed oral and injectable insulin and insulin syringes.
It does not include experimental drugs, allergy and biological sera, therapeutic devices or appliances and injectables, other than prescribed injectable insulin

**Preventive Care**
For purposes of your Retiree Medical Plan, Preventive Care includes services such as well baby care, annual physicals rendered solely for health maintenance and not for Illness or Injury, routine OB/GYN diagnostic care, routine mammogram and sigmoidoscopy. Limitations apply.

**Prior Plan**
The Northern Telecom Inc. Retirement Plan for Employees as in effect prior to January 1, 1999.

**Provider**
A person or organization, such as a Physician, Hospital or pharmacy, that provides health care services.

**Provider Directory**
A listing of Doctors, Hospitals and other health care professionals who belong to a Managed Care Network.

**Psychologist**
A person who is licensed or certified as a clinical Psychologist or who is considered qualified as a clinical Psychologist by a recognized psychological association.

**Qualified Medical Child Support Order (QMCSO)**
An order or judgment from a court that directs the Plan Administrator to cover a child for benefits under a group health plan, as required under Section 609 of the Employee Retirement Income Security Act of 1974.

NNI-LTD-00003839

**Reasonable and Customary Charge**
A charge for a Covered Expense under the Medical Plan that is the normal charge made by a licensed practitioner for a similar service and does not exceed the normal charge made by most providers in the geographic area where the service is provided.

**Retirement**
Moving from actively at-work status with an Employer to "Early Retirement," "Normal Retirement" or "Late Retirement" status, as defined according to the terms of the previously available Nortel Networks Retirement Income Plan that apply to the Retiree as a Traditional or Balanced program member. With respect to an Investor program member, "Retirement" means moving from actively at-work status with an Employer to retirement status after reaching age 55. If there is a period of time during which an employee is receiving Nortel Networks standard severance benefits from the Employer between actively-at-work status and retirement status, the employee will be considered to have retired directly from Company service. Retirement from Company service does not include any employee who moves from disability status to retirement status.

**Retirement Start Date**
The date a Retiree's Retirement from Employer service is effective according to the terms of the previously available Nortel Networks Retirement Income Plan.

**Retired Employee, Retiree**
An employee of the Employers who has retired from the active service of the Employers according to the provisions of the previously available Nortel Networks, Inc., Retirement Plan

**Retiree Medical Plan**
The plan described in this summary that provides medical benefits to Retired Employees and their eligible and enrolled Dependents.

**Room and Board**
Charges made by a Hospital for room and meals and for all general services and activities needed for the care of registered bed patients.

**Second Surgical Opinion**
An opinion secured by a Physician who:
- is not in practice with or related to the Physician who gave the original recommendation for Surgery, and
- whose practice would normally include treatment of the condition for which Surgery was originally recommended.

The second surgical opinion may not be rendered by the physician selected to perform the Surgery.

NNI-LTD-00003840

**Semi-Private**
A class of accommodations in a hospital or skilled nursing facility in which at least two patient beds are available per room.

**Short-Term Rehabilitation**
Therapy that is expected to result in the improvement of a body function (including the restoration of the level of an existing speech function) which has been lost or impaired due to an Injury, disease or Congenital defect.

**Sickness**
See "Illness."

**Skilled Nursing Facility**
An institution that meets all of these tests:

- it is legally operated.
- it mainly provides short-term nursing and rehabilitation services for persons recovering from Illness or Injury. The services are provided for a fee from its patients, and include both:
    - Room and Board, and
    - twenty-four hour a day skilled nursing service.
- it provides the services under the full-time supervision of a Doctor or registered nurse (RN).
- it keeps adequate medical records.
- if not supervised by a Doctor, it has the services of one available under a fixed agreement.

"Skilled Nursing Facility" does not include an institution or part of one that is used mainly as a place for rest or for the aged.

**Specialist**
A Physician whose practice is limited to a particular branch of medicine or Surgery other than general practice, internal medicine, pediatrics, or family practice.

**Status Change**
You can make certain changes in the Dependents who are covered and your Dependent coverage level under the Nortel Networks Retiree Medical Plan during the 31-day period after you or your covered Dependent(s) experiences certain events. Please see Section "Changing Your Selection" for details concerning Status Changes.

**Surgery**
Generally recognized and accepted Medically Necessary operative procedures for the treatment, diagnosis or evaluation of an Illness or Injury.

NNI-LTD-00003841

**Temporomandibular Joint Dysfunction (TMJ)**
A malfunction of the joint between the lower jawbone and the temporal bone.

**Terminally Ill**
The medical prognosis of a person with a chronic, progressive illness that has been designated not curable by the covered person's attending physician. Expected survival must be six months or less at the time of referral to a hospice.

**Termination Date**
The last day you work for the Employer.

**Termination of Domestic Partnership Statement**
A Nortel form which notifies the Company that a Domestic Partnership has dissolved.

**Total Disability**
For determination of benefits under the Nortel Networks Retiree Medical Plan, the inability to engage in the normal activities of a person of the same age, sex, and ability or, in the case of a Dependent who normally works for wage and profit, his inability to work for wage or profit. Medicare standards for determination of total disability may differ from those used by the Retiree Medical Plan.

**Wholly Dependent**
Complete dependency for the full care, support and maintenance of a physically or mentally disabled individual, including services necessary to maintain life, such as room and board, health and comfort of the Dependent.

**Workers' Compensation Benefits**
Benefits covered under Workers' Compensation law.

**Years of Service**
A year of Vesting Service under Section 3.2 of the previously available Nortel Networks Retirement Income Plan.

Further, for non-grandfathered Traditional and Balanced Program members, the year in which the member becomes 40 years of age is counted as a full year of service for the purpose of determining years of service for the Retiree Medical Plan, if such year would not otherwise be counted as a Year of Service." Also, the year in which the non-grandfathered Traditional or Balanced Program member retires is counted as a full year of service for the purpose of determining years of service for the Retiree Medical Plan and if such year would not otherwise be counted as a Year of Service.

NNI-LTD-00003842

# APPENDIX A

## Claims Administrator Information Used In Claim Determinations

The following is a list of the resources relied upon in Claims determination by the Claims Administrators for the Medical Plan, including:

- Connecticut General Life Insurance Company (CIGNA)
- Medco Health  (Medco)
- OptumHealth Behavioral Solutions

You can obtain information on the criteria the Claims Administrator relies upon in determination of your Claim as described below.

CIGNA

- CIGNA Standard Operating Procedures
  - o Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- CIGNA Clinical Resource Tools
  - o Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.

- Milliman & Roberts' Guidelines
  - o Used to determine whether your Claim meets the following standards that apply under this plan:  Common Medical Standards; Educational, Experimental or Investigational; and Medically Necessary services, supplies and treatments.  Provides independent medical guidelines.

- Ingenix's Prevailing Healthcare Charges System
  - o Used to determine whether your Claim meets the following standards that apply under this plan:  Reasonable and Customary Charges.

To request the documents listed above that CIGNA relies upon in determination of your Claim, send a written request to CIGNA at the Claim office address on your Medical Plan ID Card.

NNI-LTD-00003843

Medco
- Medco Plan ESM Plan Design Document is used for retail Claims to determine:
  - Covered Expenses,
  - treatments that require prior authorization, and
  - exclusions, and limits, including dispensing limits

- Medco Plan ESN Plan Design Document is used for home delivery Claims to determine:
  - Covered Expenses,
  - quantity per Copayment requirements,
  - treatments that require prior authorization, and
  - exclusions, and limits, including dispensing limits

See "Appendix B" of this SPD for the above Medco documents.

- Medco clinical information is used when prescription Medications require prior authorization.  Medco refers to its clinical information in evaluating whether your prescription medication is covered under the plan.

To request the clinical information document that Medco relies upon in determination of your Claim, call Medco member services at 1-800-711-3460.

OptumHealth Behavioral Solutions

- Level of Care Guidelines, including:
  OptumHealth Behavioral Solutions Level of Care Guidelines - Introduction
  a.    Mental Health Guidelines: Introduction
        MH Level Of Care Criteria: Crisis Assessment
        MH Level Of Care Criteria: 23-Hour Observation
        MH Level Of Care Criteria: Acute Inpatient
        MH Level Of Care Criteria: Subacute Inpatient
        MH Level Of Care Criteria: Residential Treatment
        MH Level Of Care Criteria: Partial Hospital/Day Treatment
        MH Level Of Care Criteria: Intensive Outpatient
        MH Level Of Care Criteria: Home Health
        MH Level Of Care Criteria: Outpatient
        MH Level Of Care Criteria: Outpatient Termination Guidelines
        Mental Health Continued Stay Criteria
  b.    Substance Abuse Guidelines: Introduction
        SA Level Of Care Criteria: Crisis Assessment Services
        SA Level Of Care Criteria: 23-Hour Observation
        SA Level Of Care Criteria: Inpatient Detoxification
        SA Level Of Care Criteria: Inpatient Rehabilitation
        SA Level Of Care Criteria: Residential Rehabilitation
        SA Level Of Care Criteria: Chemical Dependence Halfway House
        SA Level Of Care Criteria: Partial Hospital/Day Treatment

NNI-LTD-00003844

# APPENDIX B

## Prescription Benefits
## Medco Information Used In Claim Determination

### Retail Plan (ESM Plan Design Document)

<u>Covered Drugs:</u>

The following are covered benefits unless listed as an exclusion below:

- Federal Legend Drugs
- State Restricted Drugs
- Compounded Medications of which at least one ingredient is a legend drug
- Insulin
- Needles and Syringes
- OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
- Oral Contraceptives
- Legend Contraceptive devices and injections
- Retin-A/ Avita through age 35
- Yohimbine
- Anabolic Steroids

<u>Managed Care Prior Authorization:</u>

- Drugs to treat Impotency (i.e. Caverject, Edex, Muse) limited to a 6 day supply or 6 units, whichever is lesser per Claim
- IVR - Viagra limited to a 6 day supply or 6 tablets whichever is lesser per Claim
- IVR – Retin-A/ Avita age 36 and older

<u>Exclusions:</u>

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".

- Non-Federal Legend Drugs
- OTC Contraceptive jellies, creams, foams, or devices
- Contraceptive implants
- Gamma Globulin
- Ostomy Supplies
- Blood Glucose Testing Monitors
- Therapeutic devices or appliances
- Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
- Allergy Sera
- Biologicals, Immunization agents or Vaccines

NNI-LTD-00003846

- Blood or blood plasma products
- Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
- Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
- Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.
- Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.
- Charges for the administration or injection of any drug.

<u>Dispensing Limits:</u>

- The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

## Home Delivery (Mail-Order) Plan (ESN Plan Design Document)

<u>Covered Drugs:</u>

The following are covered benefits unless listed as an exclusion below

- Federal Legend Drugs
- State Restricted Drugs
- Compounded Medications of which at least one ingredient is a legend drug
- Insulin
- Needles and Syringes
- OTC Diabetic Supplies (except Blood Glucose Testing Monitors)
- Oral Contraceptives
- Legend Contraceptive devices and injections
- Retin-A/ Avita through age 35
- Anabolic Steroids

<u>Quantity Per Copayment:</u>

- Drugs to treat Impotency (except Viagra) for males age 18 and over limited to a 90 day supply or 18 units, whichever is lesser per Claim

<u>Managed Care Prior Authorization:</u>

- IVR - Viagra limited to a 90 day supply or 18 tablets whichever is lesser

<u>Exclusions:</u>

The following are excluded from coverage unless specifically listed as a benefit under "Covered Drugs".

NNI-LTD-00003847

- Non-Federal Legend Drugs
- OTC Contraceptive jellies, creams, foams, or devices
- Contraceptive implants
- Gamma Globulin
- Retin-A/ Avita age 36 and over
- Ostomy Supplies
- Blood Glucose Testing Monitors
- Therapeutic devices or appliances
- Drugs whose sole purpose is to promote or stimulate hair growth (i.e. Rogaine®, Propecia®) or for cosmetic purposes only (i.e. Renova®).
- Allergy Sera
- Biologicals, Immunization agents or Vaccines
- Blood or blood plasma products
- Drugs labeled "Caution-limited by Federal law to investigational use", or experimental drugs, even though a charge is made to the individual.
- Medication for which the cost is recoverable under any Workers' Compensation or Occupational Disease Law or any State or Governmental Agency, or medication furnished by any other Drug or Medical Service for which no charge is made to the member.
- Medication which is to be taken by or administered to an individual, in whole or in part, while he or she is a patient in a licensed hospital, rest home, sanitarium, extended care facility, skilled nursing facility, convalescent hospital, nursing home or similar institution which operates on its premises or allows to be operated on its premises, a facility for dispensing pharmaceuticals.
- Any prescription refilled in excess of the number of refills specified by the physician, or any refill dispensed after one year from the physician's original order.
- Charges for the administration or injection of any drug.

Dispensing Limits:

The amount of drug which is to be dispensed per prescription or refill will be in quantities prescribed up to a 90 day supply.

# Specialty Drugs

The following is a list of drugs classified by Medco as Specialty Drugs. Specialty drugs are available through Accredo Health Group, a subsidiary of Medco Health. Coverage for these medications may vary. To confirm plan coverage and to order, call toll-free **1-800-501-7260** between 8:00 a.m. and 8:00 p.m., Eastern Standard Time, Monday through Friday — or just have your doctor contact Medco at **1-800-987-4904**.

RARE DISEASE

*Adagen®* (pegademase bovine)
*Advate®* (antihemophilic factor [recombinant])
*Aldurazyme®* (laronidase)
*Alphanate®* (antihemophilic factor [human])
*AlphaNine® SD* (coagulation factor IX [human])
*Aralast®* (alpha[1]-proteinase inhibitor [human])
*Bebulin® VH* (factor IX complex)

NNI-LTD-00003848

*BeneFIX*® (coagulation factor IX [recombinant])
*Carimune*® *NF* (immune globulin intravenous [human])
*Cerezyme*® (imiglucerase)
*Elaprase*TM (idursulfase)
*Fabrazyme*® (agalsidase beta)
*Feiba*® *VH* (anti-inhibitor coagulant complex)
*Flebogamma*® (immune globulin intravenous [human])
*Flolan*® (epoprostenol sodium)
Gammagard® Liquid (immune globulin intravenous [human])
*Gammagard*® *S/D* (immune globulin intravenous [human])
*Gamunex*® (immune globulin intravenous [human])
*Helixate*® *FS* (antihemophilic factor [recombinant])
*Hemofil*®*M*(antihemophilic factor [human])
Humate-P® (antihemophilic factor/vonWillebrand factor complex [human])
*Hyate:C*® (antihemophilic factor [porcine])
*Koate*®*-DVI* (antihemophilic factor [human])
*Kogenate*® *FS* (antihemophilic factor[recombinant])
*Letairis*TM (ambrisentan)
*Monarc-M*TM (antihemophilic factor [human])
*Monoclate-P*® (antihemophilic factor [human])
*Mononine*® (coagulation factor IX [human])
*Myozyme*® (alglucosidase alfa)
*Naglazyme*® (galsulfase)
*NovoSeven*® (coagulation factorVIIa [recombinant])
*Octagam*® (immune globulin intravenous [human])
*Orfadin*® (nitisinone)
*Polygam*® *S/D* (immune globulin intravenous [human])
*Profilnine*® *SD* (factor IX complex [human])
*Proplex*® *T* (factor IX complex)
*Recombinate*TM (antihemophilic factor [recombinant])
*ReFacto*® (antihemophilic factor [recombinant])
*Remodulin*® (treprostinil sodium)
*Revatio*® (sildenafil citrate)
*Soliris*TM (eculizumab)
*Stimate*® (desmopressin acetate)
*Tracleer*® (bosentan)
*Ventavis*® (iloprost)

SELF-ADMINISTERABLE

*Actimmune*® (interferon gamma-1b)
*Apokyn*® (apomorphine hydrochloride)
*Avonex*® (interferon beta-1a)
*Betaseron*® (interferon beta-1b)
*Bravelle*® (urofollitropin)
*Cetrotide*® (cetrorelix acetate)
*Chorex-10*™ (chorionic gonadotropin)

NNI-LTD-00003849

Chorionic gonadotropin (generic)
*Copaxone*® (glatiramer acetate)
*Enbrel*® (etanercept)
*Follistim AQ*™ (follitropin beta)
*Forteo*® (teriparatide [rDNA origin])
*Fuzeon*® (enfuvirtide)
Ganirelix acetate (formerly *Antagon*™)
*Genotropin*® (somatropin [rDNA origin])
*Gonal-f*® (follitropin alfa)
*Gonal-f*® *RFF* (follitropin alfa)
*Humatrope*® (somatropin [rDNA origin])
*Humira*™ (adalimumab)
*Increlex*® (mecasermin [rDNA origin])
*Infergen*® (interferon alfacon-1)
*Intron*® *A* (interferon alfa-2b)
*Kineret*® (anakinra)
*Luveris*® (lutropin alfa)
*Menopur*® (menotropins)
*Norditropin*® (somatropin [rDNA origin])
*Norditropin/NordiFlex*® (somatropin [rDNA origin])
*Novarel*® (chorionic gonadotropin)
*Nutropin*® (somatropin [rDNA origin])
*Nutropin AQ*® (somatropin [rDNA origin])
*Omnitrope*™ (somatropin [rDNA origin])
*Orfadin*® (nitisinone)
*Ovidrel*® (choriogonadotropin alfa)
*Pegasys*® (peginterferon alfa-2a)
*PEG-Intron*® (peginterferon alfa-2b)
*PEG-Intron*® *Redipen*® (peginterferon alfa-2b)
*Pregnyl*® (chorionic gonadotropin)
*Profasi*® *HP* (chorionic gonadotropin)
*Pulmozyme*® (dornase alfa)
*Raptiva*® (efalizumab)
*Rebif*® (interferon beta-1a)
*Repronex*® (menotropins)
*Saizen*® (somatropin [rDNA origin])
*Sensipar*® (cinacalcet hydrochloride)
*Serostim*® (somatropin [rDNA origin])
*Tev-Tropin*® (somatropin [rDNA origin])
*Tobi*® (tobramycin)
*Zorbtive*® (somatropin [rDNA origin])

---

NNI-LTD-00003850

Retiree Medical Plan 2012                122

NNI-LTD-00003851