IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc., *et al.*, The Debtors, | ) | Case No. 09-10138 (KG) |

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD**

On November 15th, 2003 I was diagnosed with Severe Rheumatoid Arthritis. I continued to work until April 15th, 2008 when due to the determination of my health, I had no other choice but to go out on disability. In October of 2008 I was deemed permanently disabled. At that time Nortel informed me that I would continue to receive LTD Benefits until June 20th 2029. LTD Benefits included LTD Salary, Medical Insurance (health, dental, eye, prescriptions) as well as Life Insurance. I ask that the court NOT allow Nortel to terminate my LTD Benefits. These benefits vested once I became disabled. The impact that the income loss and loss of medical coverage would have would be catastrophic. Thanking you in advance...

Name: Kim M. Yates

Address: 207 Tomato Hill Road, Leesburg, FL, 34748

Phone #: 352-365-2329

Signature: *Kim M. Yates*

Claims Services Provided by

**The Prudential Insurance Company of America**

**Donna A Pranio**
Claim Examiner

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 87699
Fax: (877) 889-4885
Website: www.prudential.com/mybenefits

January 31, 2011

Kim M Yates
30344 Redtree Drive
Leesburg, FL  34748

Claimant: Kim M Yates
Claim No.: 11061575
Date of Birth: 6/30/1959
Control No./Br.: 39900  /  0B057

Dear Ms. Yates:

Please be advised that the above noted claimant is receiving Long Term Disability (LTD) in the amount of $1447.15 net per month. Ms. Yates will continue to receive LTD benefits until the maximum duration date of June 29, 2029 provided she remains totally disabled under the terms of the plan.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
*Donna A Pranio*
Donna A Pranio
Claim Examiner