# Exhibit F

## OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

## Mark Alan Phillips



# *Spinal Cord Injury Facts and Figures at a Glance*

 NSCISC

https://www.nscisc.uab.edu                                    **February** 2012

*This is a publication of the National Spinal Cord Injury Statistical Center, Birmingham, Alabama.*

**Incidence**: It is estimated that the annual incidence of spinal cord injury (SCI), not including those who die at the scene of the accident, is approximately 40 cases per million population in the U. S. or approximately 12,000 new cases each year. Since there have not been any incidence studies of SCI in the U.S. since the 1990's it is not known if incidence has changed in recent years.

**Prevalence:** The number of people in the United States who are alive in 2012 who have SCI has been estimated to be approximately 270,000 persons, with a range of 236,000 to 327,000 persons. Note: Incidence and prevalence statistics are estimates obtained from several studies. These statistics are not derived from the National SCI Database.

**The National Spinal Cord Injury Database** has been in existence since 1973 and captures data from an estimated 13% of new SCI cases in the U.S. Since its inception, 28 federally funded SCI Model Systems have contributed data to the National SCI Database. As of December 2011, the database contained information on 28,450 persons who sustained traumatic spinal cord injuries. All the remaining statistics on this sheet are derived from this database or from collaborative studies conducted by the model systems. Detailed discussions of all topics on this sheet may be found in special issues of the journal *Archives of Physical Medicine and Rehabilitation* published in November 1999, November 2004, and March 2011.

**Age at injury:** SCI primarily affects young adults. From 1973 to 1979, the average age at injury was 28.7 years, and most injuries occurred between the ages of 16 and 30. However, as the median age of the general population of the United States has increased by approximately 9 years since the mid-1970, the average age at injury has also steadily increased over time. Since 2005, the average age at injury is 41.0 years. Other possible reasons for the observed trend toward older age at injury might include changes in either referral patterns to model systems, the locations of model systems, survival rates of older persons at the scene of the accident, or age-specific incidence rates.

**Gender:** Overall, 80.6% of spinal cord injuries reported to the national database have occurred among males. Over the history of the database, there has been a slight trend toward a decreasing percentage of males. Prior to 1980, 81.8% of new spinal cord injuries occurred among males.

**Race/Ethnicity:** A significant trend over time has been observed in the racial/ethnic distribution of persons in the database. Among persons injured between 1973 and 1979, 76.8% were Caucasian, 14.2% were African American, 1.9% were Native American and 0.9% were Asian. However, among those injured since 2005, 66.0% are Caucasian, 26.2% are African American, 0.9% are Native American and 2.1% are Asian. Hispanic origin increased from 5.9% in 1970's to 12.5% in 2000-2004 and 8.3% since 2005. This trend is due in part to trends in the United States general population and also possibly explained by the changing locations of model systems, referral patterns to model systems, or race-specific incidence rates.

**Etiology:** Since 2005, motor vehicle crashes account for 39.2% of reported SCI cases. The next most common cause of SCI is falls, followed by acts of violence (primarily gunshot wounds).

The proportion of injuries that are due to sports has decreased over time while the proportion of injuries due to falls has increased. Violence caused 13.3% of spinal cord injuries prior to 1980, and peaked between 1990 and 1999 at 24.8% before declining to only 14.6% since 2005.

**CAUSES OF SCI SINCE 2005**



Other/Unkn, 9.7%
Vehicular, 39.2%
Sports, 8.2%
Violence, 14.6%
Falls, 28.3%

**Neurologic level and extent of lesion:** Persons with tetraplegia have sustained injuries to one of the eight cervical segments of the spinal cord; those with paraplegia have lesions in the thoracic, lumbar, or sacral regions of the spinal cord. Since 2005, the most frequent neurologic category at discharge of persons reported to the database is incomplete tetraplegia (40.8%), followed by complete paraplegia (21.6%), incomplete paraplegia (21.4%) and complete tetraplegia (15.8%). Less than 1% of persons experienced complete neurologic recovery by hospital discharge. Over the last 15 years, the percentage of persons with incomplete tetraplegia has increased while complete paraplegia and complete tetraplegia have decreased.

**Occupational status:** More than half (57.1%) of those persons with SCI admitted to a model system reported being employed at the time of their injury. At one year after injury, 11.7% of persons with SCI are employed. By 20 years post-injury, 35.2% are employed and a similar level of employment is observed through post-injury year 35.

**Residence:** Overall, 89.3% of all persons with SCI who are discharged alive from the system are sent to a private, non-institutional residence (in most cases their homes before injury). Only 6.6% are discharged to nursing homes. The remaining are discharged to hospitals, group living situations or other destinations.

**Marital status:** Considering the youthful age of most persons with SCI, it is not surprising that most (51.7%) are single when injured. Among those who were married at the time of injury, as well as those who marry after injury, the likelihood of their marriage remaining intact is slightly lower when compared to the general population. The likelihood of getting married after injury is also reduced.

**Length of stay:** Overall, median days hospitalized in the acute care medical/surgical unit for those who enter a model system immediately following injury has declined from 24 days between 1973 and 1979 to 11 days since 2005. Substantial downward trends are noted for days in the rehab unit (from 98 to 37 days). Overall, median days hospitalized (during acute care and rehab) were greater for persons with neurologically complete injuries.

**Lifetime costs:**
SCI vary greatly a
and productivity v
injury and pre-inj

**High Te**

**Low Te**

**Incomplete M**
Data Sourc

**Life expectancy**
but are still somev
injury than during

| Age at Injury | No |
|---|---|
| 20 | 58. |
| 40 | 39. |
| 60 | 22. |

**Cause of death:**
advances in urolo
SCI Database sinc
appear to have the

Find addition

Present

Univ of AL-B'ham S
Birmingham, AL (

So California SCIM
Downey, CA (562)

Rocky Mountain Re
Englewood, CO (3

South Florida SCIM
Miami, FL (305) 24

Southeastern Regic
Atlanta, GA (404)

Midwest Regional S
Chicago, IL (312)

Kentucky Regional
Louisville KY (502)

This is a publication of 1
(grant #-133A110002),
of the grantee and do no

For Statist

 THE U
ALABA

se yearly health. The who even wages ses and the estimated lifetime costs that are directly attributable to

... page yearly ... in real year of a 212 dollars, but vary substantially by each ... of associated, disability in

| | age Yearly Expenses February 2012 dollars) | | | | |
|---|---|---|---|---|---|
| | ar | Each Subsequent Year | | | |
| ...At | ...024 | $177,808 | | | |
| Low C | ...874 | $109,077 | | | |
| | ...923 | $66,106 | | | |
| ...any Level | ...170 | $40,589 | | | |

...Issues in Spinal Cord Injury Rehabilitation...

...age remaining years for the individual. Life expectancies for ... SCI. Mortality rates are significant during the ... for persons...

| | | first 24 hours | For persons s | | |
|---|---|---|---|---|---|
| or | | Ventilator Dependent- Any Level | AIS D - Motor Functional at Any Level | | |
| | | 16.8 | 52.5 | 4 | |
| | | 7.5 | 34.1 | 2 | |
| | | 1.6 | 17.7 | 1 | |

... persons with SCI was ... in the leading causes of de ... for 35 years after injury. Dur ... this population are pneumonia and septicaemia.

https://www.nscisc.uab.edu/...

14    ... by the National Institute on Disa... Services, U.S. Department of ...

FOR

SC...  ...  SCI Center  -7380    Santa ...  San Jo...
LCs ...ages  ...System  ...2754    Mount ...  New Y...
ys ...  ...Model System  763-0971    Institut... ...  Houst... ...
...  SCI System  ...    Univ c...  Colum...
... Regional  ...Shore of the Delaware Valley  955-6579    Wood... ...  Fisher... ...
ta 6  System on SCI  232-7949
ys ce  ...CI System  5 5643

...Alabama, which is funded by the Natio...
...Department of Education, Washington, DC...
...2012 Board of Trustees, University...

...Avenue South, SRC 515, Birming...  ...: (205) 934-4642; FAX: (205) 9...

MINGHAM

# Exhibit G

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Mark Alan Phillips

# Assurity
### Life Insurance Company

P.O. Box 82533 • Lincoln, NE 68501-2533

*An Assurity Security Group Inc. Company*
(402) 476-6500 • (800) 869-0355 • www.assurity.com

ADDRESS SERVICE REQUESTED

MARK A PHILLIPS
6117 TREVOR SIMPSON DR
INDIAN TRAIL, NC 28079-9545

Sept. 10, 2012

Re: Policy No.: 4350513103
    Policy Type: NON-MED 20 Year < 350,000
    Insured/Proposed Insured: Mark A Phillips

Dear Mr. Phillips:

Thank you for your application for Non-Med Term Life insurance with Assurity Life Insurance Company.

After reviewing your application, we regret that we are unable to provide coverage for you. Your medical history of quadriplegia, neurogenic bladder, and high blood pressure as indicated during the telephone interview places you outside the limits of insurability for this coverage. Any premium that was submitted with your application will be returned under separate cover.

Our decision regarding your insurability does not necessarily coincide with the prognosis given by your physician, as we base our decisions on years of statistical information concerning health conditions and risks involved. Although your application was declined, that action does not contradict any favorable prognosis your physician may have given you as an individual.

If you would like to see the information on which we based our decision, please send us your signed and dated request within 90 business days of this letter and we will respond within 21 business days from the date we receive your signed request. To request a copy of your personal information from our files, please include the exact details as to the information you are requesting (e.g., exam results, laboratory results). If you are requesting medical records, we will send you the specific portion of your records on which we based our decision. If your physician has not given us permission to release this information, you will need to contact your physician directly. If the reason for our decision is based on your mental health records, we will need written permission from the mental health professional named above before we can send the information directly to you.

If, after you review the history that placed you outside the limits of insurability and requested and obtained any copies of information from our files and dispute the information given, we may be able to reconsider our decision. We must receive additional information from your physician that addresses all of the history listed in this letter. You must obtain this information at your expense. We will respond within 30 days of receiving that information and we will correct, amend or delete the portion of the information that was disputed or advise you if we are unable to correct, amend or delete, give the reasons for refusal, and the right to file a correction statement.

You may also request the name and address of anyone who may have been given information from your file. Further, if you believe any of the information to be inaccurate, upon request we will provide instructions on correction procedures.

We regret that we are unable to serve your insurance needs at this time. Thank you for considering Assurity Life Insurance Company.

Sincerely,

New Business Underwriting
bga

16-145-05051[7-12]

[NC VA] [$0.00]

# Assurity®
### Life Insurance Company

P.O. Box 82533 • Lincoln, NE 68501-2533

*An Assurity Security Group Inc. Company*
(402) 476-6500 • (800) 869-0355 • www.assurity.com

ADDRESS SERVICE REQUESTED

CONFIDENTIAL

MARK A PHILLIPS
6117 TREVOR SIMPSON DR
INDIAN TRAIL, NC 28079-9545

Sept. 25, 2012

Re: Policy No.: 4350513103
    Policy Type: NON-MED 20 Year < 350,000
    Insured/Proposed Insured: Mark A Phillips

Dear Mr. Phillips:

Thank you for your interest in an insurance policy with our company.

All the information that led us to our decision to decline was obtained during the telephone interview that was completed with you on September 6, 2012. The decision was based on your medical history of quadriplegia, neurogenic bladder, and high blood pressure. We did not obtain medical records, exams, or laboratory results while reviewing your application.

If you have any questions or comments, please contact your agent, Joseph Germano, or call us at the toll-free number listed above, Ext. 4264.

Sincerely,

New Business Underwriting

Enclosure

ajl

# Exhibit H

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

## Mark Alan Phillips

Prudential Disability Management Services
P.O. Box 13480
Philadelphia, PA 19176

RE: "Fact Discovery" Request From Claim # 10280751

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me:

- o Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
- o Copies of every single medical report that you have in your possession/on file for me.
- o Copies of all written communication that Prudential mailed to me.
- o Copies of every internal record that Prudential referenced or authored in determination of my benefits.
- o A copy of the Nortel LTD Plan for the year I was forced into LTD.
- o A copy of any communication and/or data that Prudential received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
- o A dump of detailed call logs for all calls I placed into Prudential.
- o A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
- o A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

CC:
US Bankruptcy Court
Nortel Networks
Cleary, Gottlieb, Steen & Hamilton
Elliott Greenleaf
LTD 1102 Committee

**Cigna Corporate Headquarters**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

RE: "Fact Discovery" Request From Claim # 2059005

September 11, 2012

To Whom It May Concern,

I am an employee of Nortel (Northern Telecom) and was covered under Nortel's long-term disability plan with CIGNA when I became disabled in 1992. I was disabled on 1/15/1992 and went on LTD on 7/15/1992. My personal information is:

Mark A. Phillips                              in 1992 the address was
6117 Trevor Simpson Drive            4600 Pebble Court
Lake Park, NC  28079                    Raleigh, NC  27613
Global ID  0200531

I would like to request copies of the following information be forwarded to me:

○ Copies of every single STD & LTD claim form that I either filed or a physician filed on my behalf.
○ Copies of every single medical report that you have in your possession/on file for me.
○ Copies of all written communication that CIGNA mailed to me.
○ Copies of every internal record that CIGNA referenced or authored in determination of my benefits.
○ A copy of the Nortel LTD Plan for the year I was forced into LTD.
○ A copy of any communication and/or data that CIGNA received from Nortel with regard to my STD and LTD benefits; including, but not limited to, identification of my annual salary, % LTD pay.
○ A dump of detailed call logs for all calls I placed into CIGNA.
○ A copy of Group LTD Plan No. 2059005 issued to Nortel Networks, Inc. by CIGNA Insurance Co.
○ A copy of Group Life Insurance Plan No. 2059005 issued to Nortel Networks, Inc.

Sincerely,

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079

CC:
US Bankruptcy Court, Nortel Networks, Cleary, Gottlieb, Steen & Hamilton, Elliott Greenleaf,  LTD 1102 Committee, Prudential

HR Shared Services, c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, NC 27709-3010
RE: "Fact Discovery" Request

September 11, 2012

To Whom It May Concern,

I would like to request copies of the following information be forwarded to me for BOTH the year I was Hired 1988 AND the year I was on Long-Term Disability 1992:

Section#1

o  Long Term Disability Summary Plan Documents AND Flex Benefits Enrollment Guides.
o  Flex Benefits Documents for Medical, Subsidized Prescription, Dental, Vision, Hearing and Retirement Plan Documents.
o  Employee Benefits Binders.

Further, I would like to request copies of the following information be forwarded to me reflecting ALL Nortel communications regarding Employee Benefits from the year I was hired (1988) through Sept. 2012 for the following:

o  All Nortel HR communications that were transmitted to Employees regarding explicitly Notification of Changes to all of the above documents/benefits identified in Section #1 above.
o  Copies of all my Flex Benefits Confirmation Statements.
o  A dump of detailed call logs for all calls I placed into Nortel HR.
o  A copy of all Medical, Subsidized Prescription, Dental, Vision, Hearing claims that Nortel paid for me as well as for any dependents for the last three (3) years; i.e. Sept. 2009 through Sept. 2012.
o  A copy of all annual 5500 Financial Forms that Nortel filed with regard to the LTD Plan.
o  Copies of all communications/data transmitted to Prudential regarding my STD & LTD benefits.

Lastly, I would like to request a copy of the following documents:

o  A copy of Group LTD Plan No. 39900 issued to Nortel Networks, Inc. by Prudential Insurance Co.
o  A copy of Group Life Insurance Plan No. 39900 issued to Nortel Networks, Inc.

Sincerely,


Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC  28079
CC: US Bankruptcy Court; Cleary, Gottlieb, Steen & Hamilton; Elliott Greenleaf; LTD 1102 Committee

# Exhibit J

## OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

## Mark Alan Phillips

# NORTEL NETWORKS RETIREE LIFE INSURANCE
# AND
# LONG-TERM CARE PLAN

## SUMMARY PLAN DESCRIPTION
## 2012

2012 Retiree Life and LTC

NNI-LTD-00003592

THE SERVICES ...............................................................

Nortel Life Coverage ..............................................

... Provided By Prudential .............................. ...40

The Right To Participate In The Retiree Insurance Plan ... ...

INSURANCE ...........................................................

Issued By Prudential .............................................

Retained From Prudential ............................ ....... ....

The Right To Participate In the Nortel LTC Plan ........ ...

**If you were age 50 with at least five years of service on July 1, 2006:**
Effective January 1, 2008, if you were a member of the previously available
Traditional or Balanced Program of the Capital Accumulation and Retirement
Programs (CARP) on December 31, 2007 and provided you meet the eligibility
requirements described later in this summary plan description, you may choose one
of the following coverage options under the Retiree Life Insurance and Long-Term
Care Plan:

| Option | Coverage | Benefit |
|---|---|---|
| Option 1<br><br>Available only to retirees who chose the Traditional Program under CARP and were a US based employee | You only | Life Insurance: If your employment began prior to January 1, 1991, you can choose Life Insurance equal to your base pay and commissions as of December 31, 1990. This insurance amount will be reduced by 10% of the initial amount each year for five years. After five years, the life insurance coverage will be equal to one-half of the initial amount with a maximum amount of $50,000.<br><br>Long-Term Care:  No benefit |
| Option 2 | You only | Life Insurance:  $35,000 Life Insurance coverage<br><br>Long-Term Care:  No benefit |

| Option 3 | You only | Life Insurance:  $10,000 Life Insurance coverage<br><br>Long-Term Care: Coverage of up to $100 per day up to a lifetime maximum of $180,000 |
|---|---|---|
| Option 4 | You and your spouse | Life Insurance:  $10,000 Life Insurance coverage for you only<br><br>Long-Term Care: Coverage of up to $70 per day for you and your spouse up to a combined lifetime maximum of $125,000 |
| Option 5 | You only | Life Insurance:  $10,000 Life Insurance coverage<br><br>Long-Term Care:  No benefit |
| Option 6 |  | Waive Coverage |

NNI-LTD-00003595

•er 5:

. time were elicible you were provided with information about the Long-Term Care Plan that was available to you. If you dir ton, after retirement, you may not make changes to your Networks Retiree Life Insurance and Long-Term Care

man and al 2008
the are for Long Term Care Benefits.

in any of 28 05;
your eligibility for the Retiree Life Insurance and Longterm which, if any, previously available Capital Accumulation plan as a member of as of December 31, 2004 is in acc/se a life insurance and Long-Term Care Plan eligibility based on these programs (Grandfathered, Traditional Balanced.

| | | xed | Balanced Program | Inve... | Guaranteed |
|---|---|---|---|---|---|
| r be | er | 5 | Age 55 | | |
| you | | 10 | Service 10 years | N | ...ber |
| t ance | | ter 3 | after age 40 | | |

has a least one year of service at April 30, 2000, and is covered in your Employment Grandfathered
makes him to participate in the Retiree Life Insurance and Long Term Care Plan

hired, under another company that has adopted the Retiree Life and Long-Term Care Plan ("Employer") and its succeeds to elect coverage under this plan provided you are or are in an available Traditional or the Balanced Program under an Retirement Programs on December 31.

r  Retirement Start Date,

)

- have at least ten years of Service after age 40 on your Retirement Start Date, *and*
- move immediately from actively-at-work status with an Employer to immediate commencement of Retirement under the Early or Normal Retirement provisions of the Nortel Networks Retirement Income Plan.

  o A retiree will still be considered to have moved immediately to retirement status even if there is an intervening period of severance benefits payments under a Nortel Networks Severance Allowance Plan

If you are covered by a collective bargaining agreement that does not specifically provide for participation in this plan, you are not eligible to participate in the Retiree Life Insurance and Long-Term Care Plan.

---

**Disability Leave of Absence and Long-Term Care Coverage**

Long-term care coverage is *not* available if you begin your retirement benefits under the Nortel Networks Retirement Income Plan immediately after a disability leave of absence. However, if you retire from a disability leave of absence and meet all other eligibility requirements described above, you are eligible for Options 1 or 2.

---

## For Your Eligible Spouse

Your spouse as of your Retirement Start Date is eligible for long-term care coverage if you retire after age 55 with at least 10 years of service after age 40 and enroll for Option 4 (see chart on page 4) within the specified time frame.



**Special Eligibility Rules**

*If You and Your Spouse Both Retire from Nortel Networks*
If you and your spouse are not eligible to participate in the Retiree Life Insurance and Long-Term Care Plan, then you either apply to enrolling in the Plan. You may enroll as a Retiree and a spouse but not both.

*If Your Spouse is in the Armed Forces*
Your Spouse is not eligible for coverage while on Active Duty in the armed forces of any country.*

*Contact HR if your Spouse is on Active Duty at the time of your retirement start date (1-800-676-4636 or 919-905-9351).

NNI-LTD-00003597

... and ... coverage are available to you if ... you ... provided you meet the eligibility requirements ... ... ... ... ... will send you information and ... ... to ... complete ... the Retiree Life Insurance and Long-Term ... ... ... ... ... ... with material regarding your benefits under the ... Income Plan. With this information, you will be ... ... ... best meets your needs.

For Long-Term Care benefits to begin, you must complete the enrollment ... after your Retirement Start Date. If the **Retiree Life and Long-Term Care Plan at that time, you will not be in the Plan later.**

# WHEN BENEFITS ...

... requirements and elect coverage, your ... ... ... ... ... coverage will begin on your Retirement Start ... ... ... coverage for your spouse is selected, ...

## WHEN BENEFITS ... COVERED

... SPOUSE

... the Health Networks Medical Plan and ... ... ... ... ... any change ... on your Retirement Start Date. Your ... ... will be based ... upon the spouse's final release date, or ... ... is not seriously confined.

## AGE

... the Plan Administrator for this plan and ... ... ... ... ... Life insurance coverage is fully-insured ... ... ... ... ... determination.

# RETIREE LIFE INSURANCE

If you die while covered under the Retiree Life Insurance Plan, the Plan will pay a benefit (based on the option you elect) to your Beneficiary as outlined in the chart above. The benefit is payable when the Plan Administrator receives written proof of death.

## BENEFICIARIES

You have the right to choose a Beneficiary(ies) who will receive any benefits paid from the Nortel Networks Retiree Life Insurance under your coverage.

You can name anyone you wish as your Beneficiary. You can name one person or several people. If more than one person is named, you must indicate the percentage of the total benefit each person should receive. If you do not indicate each person's share, they will share equally in the benefit. You can change your Beneficiary at any time by completing a new Beneficiary form and returning your completed form to HR. Once received by HR, the change will take effect on the date you signed the form. To obtain a Beneficiary form, contact HR. However, it will not apply to any amount paid by the Plan Administrator before it receives the form.

If you do not designate a Beneficiary, benefits will be paid in total to whoever is in the first order of priority as per the following order:
1. widow or widower
2. surviving children
3. surviving parent(s)
4. surviving brother(s) and sister(s)
5. executor(s) or administrator(s) of your estate

If a Beneficiary dies before you, that Beneficiary's interest will end. It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

## HOW BENEFITS ARE PAID

Normally, your Beneficiary receives benefits in a lump sum payment. However, if your Beneficiary chooses, alternate methods of payment, such as monthly installments, can be used.

If your Beneficiary prefers benefits to be paid in installments, your Beneficiary should contact HR for more information.

NNI-LTD-00003599

## FR THE LIFE INSURANCE COVERAGE

[text describes the applicable time limits for filing claims and limits and benefit determinations under the ...rance the Nortel Networks Retiree Life Insurance and Dependent ... has a claim ... sed to comply with the requirements of the applica... will be under ERISA requirements. These provisions are effective after January 1, 2003.

... Claim for benefits with Prudential after your death. This calling 1-800-676-4636 or 919-905-9000) A death there is not a specific time limit for submitting a claim for ...]

[beneficiary with the Claim determination within ... days the ... may be extended by 30 days if such an extension beyond are control of the plan. A written notice of the extension and the date by which the plan expects to respond to your Beneficiary within the initial 40 day period. If for an additional 30 days beyond the original 30 days an additional beyond the control of the plan, a written notice of the reason for the additional extension and the date by which ... claim, will be furnished to your Beneficiary. If an additional extension of time is needed, ... extension is due to your Beneficiary's failure to submit period for making the benefit period counted from the date on which the notification is Beneficiary until the date on which your Beneficiary additional information.]

[If in full or in part, your Beneficiary or you presentation and receive a written notice from Prudential written in a manner calculated to be understood by your]

a. [the adverse determination,]
b. [main provisions on which the benefit determination was]

c. [and material or information necessary for your benefit an explanation of why such information is]

d. [and its appeals procedures and applicable time limits, your beneficiary's right to bring a civil action under ... having your appeals.]

If the written notice indicates that the Claim is denied due to a participation eligibility issue, you or your Beneficiary (depending on when the Claim is raised) will be directed to address any appeal to Nortel HR as explained under the "WHAT TO DO IF YOU ARE DENIED THE RIGHT TO PARTICIPATE IN THE RETIREE LIFE INSURANCE PLAN" section below. Otherwise, your Beneficiary will need to follow the procedure described in the next section, "WHAT TO DO IF THE LIFE INSURANCE CLAIM IS DENIED BY PRUDENTIAL", to file an appeal.

## WHAT TO DO IF THE LIFE INSURANCE CLAIM IS DENIED BY PRUDENTIAL

### Appeals of Adverse Benefit Determination to Prudential

If your Beneficiary's Claim for benefits is denied (for a reason other than your ineligibility to participate in the Life Insurance Plan or your ineligibility for the coverage level that is claimed) or if your Beneficiary does not receive a response to the Claim within the appropriate time frame (in which case the Claim for benefits is deemed to have been denied), your Beneficiary or your Beneficiary's representative may appeal the denied Claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such Claim is denied. Your Beneficiary may submit with the appeal any written comments, documents, records and any other information relating to the Claim. Upon your Beneficiary's request, your Beneficiary will also have access to, and the right to obtain copies of, all documents, records and information relevant to the Claim free of charge. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it:

- Was relied upon in making the benefit determination
- Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
- Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination
- Constitutes a statement of policy or guidance with respect to the plan concerning
  the denied benefit regardless of whether such statement was relied upon in making the benefit determination.

A full review of the information in the Claim file and any new information submitted to support the appeal will be conducted by the Prudential Appeals Review Unit. The Claim decision will be made by a member of the Prudential Claims Management Team. The Prudential Appeals Review Unit and Claims Management Team members are made up of individuals not involved in the initial benefit determination. This review will not afford any deference to the initial benefit determination.

The Prudential Appeals Review Unit will make a determination on the Claim appeal within 45 days of the receipt of the appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that the Prudential Appeals Review Unit expects to render a decision will be furnished to your Beneficiary within the initial 45-day period. However, if the period of

10

In the event we fail to submit information that is necessary to make a decision on the benefit determination will be taken from the date on which the extension is sent to your Beneficiary until the date you provide us the request for additional information.

If your claim is denied in part, your Beneficiary will receive a written notice of the denial. The notice will be written in a manner to be understood by the applicant and will include:
- the specific reasons for the determination,
- references to provisions on which the determination is based,
- that you are entitled to receive upon request and free of charge and make copies of, all records, documents and other information relevant to your claim upon request,
- the review procedures and applicable time limits,
- that you have the right to obtain upon request a copy of any rules or guidelines relied upon in making the decision,
- any appeals procedures offered by the plan, and your right to obtain such under section 502(a) of ERISA following the denial of a claim upon appeal.

This notice will be mailed to your Beneficiary within the time frames in which benefits are denied on appeal.

If your benefit Claim is denied or if your Beneficiary has not received a benefit determination within the appropriate time frame (in which case the claim is deemed denied), your Beneficiary or your authorized representative may make a second appeal of the denial in writing to us within 180 days of receipt of the written notice of denial or within 180 days from the date the claim is deemed denied. Your Beneficiary may submit written comments, documents, records and any other information relating to the Claim. Upon request and free of charge, your Beneficiary will also have reasonable access to, and copies of, all documents, records and other information relevant to the Claim.

Upon receipt of the appeal, the Prudential Appeals Review Unit will make a full review of the claim and any additional information submitted. The review will not include any member of the Prudential Senior Claims Management Team, Senior Claims Management Team member who made the initial benefit determination or in their employ.

The Appeals Review Unit will make a determination on the second Claim appeal request. This period may be extended if the Appeals Review Unit determines that special circumstances require additional time and provides notice of the extension, the reason for it, and the date by which the Appeals Review Unit expects to render a decision.

decision will be furnished to your Beneficiary within the initial 45-day period. However, if the period of time is extended due to your Beneficiary's failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to your Beneficiary until the date on which your Beneficiary responds to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, your Beneficiary will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to your Beneficiary within the time frames mentioned above, the Claim will be deemed denied upon appeal.

This Group Contract underwritten by The Prudential Insurance Company of America provides insured benefits under your Employer's ERISA plan(s). The Prudential Insurance Company of America as Claims Administrator has the sole discretion to interpret the terms of the Group Contract, to make findings, and to determine eligibility for benefits. The decision of the Claims Administrator will not be overturned unless arbitrary and capricious.

## WHAT TO DO IF YOU ARE DENIED THE RIGHT TO PARTICIPATE IN THE RETIREE LIFE INSURANCE PLAN

The Company retains the exclusive right to interpret and administer the participation provisions of the plans.

### First Level Participation Appeals

For appeals regarding denial of your eligibility to participate under the Nortel Networks Retiree Life Insurance coverage and the Effective Date of enrollment in the plan, you should first appeal to HR at the address below:

HR
Nortel Networks
PO Box 13010
Research Triangle Park, NC 27709

You have the right to:

1. Submit written comments, documents, records and other information relating to the participation appeal.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation appeal if it:

NNI-LTD-00003603

- ... ... the benefit determination
- ... ... or generated in the course of processing the ... ... rdless of whether such document... ... relied on ... u upon in making the benefit determination; and the ...
- ... ... with the administrative process; and ... ... ing the benefit determination

f ... us, all comments, documents, records and other ... ... ... ... ... to the appeal, regardless of whether such ... ... considered in the prior appeal determination; ...

g ... ... ... adverse appeal determination... ... ... ... ... ... of the plan who is neither the ... ... ... ... ... ... ... ... that person's subordinate.

... ... ... ... ... ... nation regarding participation in ... ... ... ... ... ... ... ... ing information:

b. ... ... ... ... ppeal determination.
2. ... ... provisions on which the appeal determination ...

a. ... ... to receive, upon request and free of ... ... ... copies of, all documents, records and other ... ... copies

b. ... ... ... other similar criterion relied upon in ... ... determination or notice that a copy of ... ... ... ... ... criterion relied upon in making the ... ... ... ... ... free of charge to you upon request.

b. ... ... an action under ERISA.

... ... ... ... ... ... within 60 days from receipt of a request ... ... ...

### Appeals

If ... ... ... appeal decision of HR, you have the right to ... ... ... ... Employee Benefits Committee (EBC) to review ...

... ... ... ... ... ... be submitted to the EBC, at the address ... ... ... ... ... first level appeal decision. The EBC has the ... ... ... ... ... ... and to interpret the Plan with respect to your ... ... ... ... to the Effective Date of enrollment in the Plan.

bae

... ... ... ... ... ...

You have the right to:

1. Submit written comments, documents, records and other information relating to the participation appeal.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation appeal if it:
    o Was relied upon in making the benefit determination
    o Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
    o Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4. A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.

The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later than the date of the meeting of the Committee that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting (the Committee meets monthly). In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review. If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third meeting of the Committee following the plan's receipt of the request for review. If such an extension of time for review is required because of special circumstances, the Committee will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the Committee sends you the extension notification until the date you respond to the request for additional information.

The Committee will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The Employee Benefits Committee's notice of an adverse benefit determination regarding participation issues on appeal will contain all of the following information:

NNI-LTD-00003605

- … in a benefits appeal determination.

- … the provisions on which the appeal determination is

- … a right to receive, upon request and free of charge …
  copies of all documents, records and other
  information …

- … criterion or other similar criterion relied upon in
  … determination or notice that a copy of any rule,
  … such criterion relied upon in making the … will be
  … led free of charge to you upon request.

- … bring an action under ERISA.

### Retiree Life Insurance Participation Appeals

… this conclusion, you have the right to bring a … action
… benefits and your plan may have other voluntary … have
… What is and to and out what may be available to you … or
… contact your … oor Office and your state insurance …

… see … of this booklet for further details about …
… a claim form, contact HR at 1-800-676-… outlined

## CGM

… for the option to convert your Life Insurance coverage
… a line in your group coverage ends. You will not … have
… required to be this coverage.

… submit an application and pay the first premium
… your base ends or within 15 days after you receive
… this notice, whichever is later. However, under no
… convert your coverage to an individual policy if you do not
… your base or the first premium within 92 days of your …

… the amount of your group coverage at the time your
… your policy is canceled for Retirees and you have …
… you may convert the lesser of:
- … coverage in excess of the amount of insurance …
  … become eligible during the 31-day conversion …

Your individual coverage will become effective at the end of the 31-day conversion period.

For information about Life Insurance conversion, contact Prudential Group Insurance at (800) 524-0542.

### DEATH BENEFIT DURING CONVERSION PERIOD

A death benefit is payable if you die:

(1)  within 31 days after you cease to be a covered person; and

(2)  while entitled to convert your Retiree Life Insurance to an individual contract.

The amount of the benefit is equal to the amount of Retiree Life Insurance under this Coverage you were entitled to convert.  It is payable even if you did not apply for conversion.  It is payable when Prudential receives written proof of death.

## LIMITS ON ASSIGNMENTS

Benefits under the plan may be assigned only as a gift assignment. Prudential will not:

* be responsible for determining the validity of a purported gift assignment or
* be held accountable in knowing about an assignment unless Prudential has received a copy of it.

For more information on limits of assignments or how to assign benefits as a gift, contact your legal or tax advisor or Prudential.

# RETIREE LONG-TERM CARE COVERAGE

Nortel Networks offers Long-Term Care coverage which is designed to pay benefits for certain services not covered by Medicare, the Nortel Networks Retiree Medical Plan or other insurance plans if you or your covered spouse needs long-term care.

To receive Long-Term Care benefits, the following must occur:

* You or your covered spouse is:
  * dependent on others to manage two or more of the following five Activities of Daily Living as determined by the Claims Administrator
  – bathing
  – dressing
  – toileting
  – eating

2012 Retiree Life and LTC

16

NNI-LTD-00003607

... longers to be severely cognitive; ...

... is ... eted before benefits begin. ... motion
... the Administrator assesses th ...
...

... may begin the assessment pro ... 
... file claims as soon as expe ...
... ensure that the waiting per ...

... has been established for ...
... to a Nursing Home or has no ...
... Care services for a period of ...
... established unless Care M ...
... having dependency during tha ...

... charges incurred for your ...
... payable is an amount equal to ...
... Benefit Amounts, page 21, ...
... person, subject to the M ...
... shown under Benefit Amount ...

... conditions are met:

... supply furnished to you or your ...

... by Care Managers to be requ ...
... impairment either:

... dependent on others for as ...
... living; or

... Managers that the covered ...

... waiting period

... when the charge is incurred. A ...
... the service or supply for whi ...

A charge, or part of a charge, is not an eligible charge if it is excluded. It is excluded to the extent it is described in Services Not Covered, page 19.

# COVERED SERVICES

## Nursing Home Services

- Nursing home stays are covered provided:
    - o   the nursing home is a qualified nursing home
    - o   a Room and Board charge was made by the nursing home *and*
    - o   the nursing home stay began after you became eligible under this Plan.

A qualified nursing home is a facility that:
- Is approved by Medicare as a provider of skilled nursing care services *or*
- Is licensed by the state in which the institution is located as a skilled nursing home or as an intermediate care facility *or*
- Meets *all* of the following:
    - o   It is licensed as a nursing home by the state in which the institution is located
    - o   Its main function is to provide skilled, intermediate or custodial nursing care
    - o   It is engaged in providing continuous room and board accommodations to three or more persons
    - o   It is under the supervision of a registered nurse or licensed practical nurse
    - o   It maintains a daily medical record of each patient
    - o   It maintains control and records for all medications dispensed

- Other services and supplies furnished by the nursing home for care in it during a qualified nursing home stay are also covered services.

## Home Health Care

Coverage is provided for visits by a member of a home health care agency, if the agency meets at least one of the following:

- It is licensed as a home health care agency in the jurisdiction in which the home health care is delivered *or*

- It is a home health care agency as defined by Medicare *or*

- It is an agency or organization which provides a program of home health care that meets *all* of the following:
    - o   It is licensed to provide the services in the program of home health care - Home Health Care: A program, prescribed in writing by a person's doctor

NNI-LTD-00003609

ie Health Care Agency, that provides care for
requires sickness or injury in the present sickness or inc
· · a administrator as an appropriate provider of

s  · br
·  · ir services provided to the patient
o  each one registered nurse or nursing staff on a
in out.

sole entry or day care facility, if the facility meets the

· if the located licenses adult day care facilities, and
out. any c

s  better nursing care under the supervision of a

a  cen no less than one to eight
a  need in Activities of Daily Living ("ADL")
in ice and restorative therapy
c  e, social and educational activities
s  in day case management and counseling
c  easy counseling
s  services provided to each patient
s  that.

### ERED

in covered under Long-Term Care coverage.

is  are paid the under any governmental plan in accordance
ranted by law.

v  cause the stitution owned or operated by the member
of its a families, unless payment is legally required.

c  scores is caused by or resulting from:
c  a war is not declared;
b  t commit a felony;
c  patient; or
n  recreation.

- Stays or visits due to mental, psychoneurotic or personality disorders of an inorganic nature, (i.e., schizophrenia, manic depression/depression, neuroses, and psychoses). Alzheimer's disease, organic brain syndrome, chronic brain syndrome and senile dementia are considered organic and are covered.

- Stays or visits outside the United States and its possessions.

- Stays or visits caused wholly or partly by intentionally self-inflicted injury or attempted suicide, while sane or insane.

- Stays or visits due to chronic alcoholism or chemical dependency.

- Stays or visits for which no charges would be made in the absence of insurance.

- Charges for a service or supply furnished by a Close Relative

- Charges not considered reasonably necessary

    Charges for services not deemed to be reasonably necessary, or not customarily performed, for the long term care of the person are excluded from coverage.

    To be considered "reasonably necessary", a service must meet all of these tests:
    (a) It is commonly and customarily recognized as appropriate for long term care.
    (b) It is neither educational nor experimental in nature.
    (c) It is not furnished mainly for the purpose of medical or other research.

- Services which are covered under another plan or program.

## CASE MANAGEMENT

If you have Long-Term Care coverage, you will be assessed by a Care Manager for benefit eligibility and determination of long-term care needs as well as the most appropriate source and amount of care required to meet those needs.

Your eligibility for benefits will be based on your degree of physical and/or mental impairment. These dimensions of functioning will be assessed through the use of methods consistent with accepted practices in assessing the ability to perform Activities of Daily Living.

Upon certification of benefits, the Care Manager will be responsible for:

- Developing a long-term care plan in conjunction with you and other relevant resources,

2012 Retiree Life and LTC

20

· . ..

· ... ... care and needed services,

· .. .. ..

· . Reductions

C ... ... ... ..he Plan, you must submit claim
services ... received in order to receive ... ...

Table ... ... ... ... Nortel Networks Retiree L ... ... ... ...

| | ... Only<br>(Option 3) | You and your Spouse<br>(Option 4) |
|---|---|---|
| . ... | ... ...0/day | $70/day ... |
| ... | ... to full MDA<br>...0/day) | up to full ... ...<br>($70/day ...) |
| | ... to half the MDA<br>...0/day) | up to half the ...<br>($35/... ...) |
| | ... to half the MDA<br>...0/day) | up to half the ...<br>($35/... ...) |
| | ... ...30,000 | $125,... ...<br>your sp ... |

· ... qualifying nursing home services, ... ... ...
  ... ...,

· ... ... qualifying home health care services, up to

· ... ... day care services, up to or ... ... ... ...

· ... ..., in a single day, the maximum ... ... ...
  ... ... individual is a resident in ... ... ...
  ... ... be limited to one half the ...

## COORDINATION OF BENEFITS

The Retiree Long-Term Coverage includes a Coordination of Benefits provision that coordinates benefits available from more than one program. The purpose of a group health care program is to help you pay for covered expenses, but not to result in total benefits greater than the covered expenses incurred. Thus, the group plan's benefits that, without these rules, would be payable for your or your spouse's long term care expenses may be reduced so that the total benefits from this and all of the other programs (defined below) will not be more than the total Allowable Expenses. This coordination with other programs helps to control the cost of benefits for everyone.

**Programs:** Any of the following that provide benefits or services for, or by reason of, long term care or treatment:

(a) Coverage under a governmental plan or required or provided by law. This does not include a state plan under Medicaid or any law or plan when, by law, its benefits are excess to those of any private insurance program or other non-governmental program.

(b) Group insurance or other coverage for persons in a group, whether insured or uninsured. This includes prepayment, group practice or individual practice coverage.

For the purposes of these rules, a Long Term Care Program is one that provides benefits or services for care furnished during a Nursing Home Stay, Home Health Care Visits, Adult Day Care Visits, as defined in this coverage.

### HOW COORDINATION OF BENEFITS WORKS

When the sum of the benefits in (a) and (b) below for yours or your spouse's Allowable Expenses in a Claim Determination Period would be more than those Allowable Expenses, the benefits of this program will be reduced so that the benefits of this program and the benefits of other programs ("b" below) do not total more than the Allowable Expenses.

(a) The benefits that would be payable for the Allowable Expenses under this program in the absence of the coordination of benefits.

(b) The benefits that would be payable for the Allowable Expenses under all other Programs of the same type as this program, in the absence of coordination of benefits rules, whether or not claim is made. But this (b) does not include the benefits of a Program if:

(i) It has rules coordinating its benefits with those of this program; **and**

NNI-LTD-00003613

> the Determination Period and Facility charge for the
> program rules; and
>
> the rules both require this program to determine

#### Order in which Benefits are Determined: When you are covered by two programs, the basis for a claim:

> a. The benefits of a program which covers a person as
>    an employee before those of a program which covers that
>    person if the other program does not have this rule
>    and claims do not agree on the order of benefits.
>
> b. Coverage: If none of the above rules determine the
>    order, the benefits of the program which covered a person longer
>    are paid before the program which covered the person shorter.

When the order of benefits, each benefit is reduced in
turn against the applicable benefit limit of this program.

These are the applicable time limits for filing health insurance
claims and other benefit determinations under the plans these
Nortel Networks Retiree Life and Long-Term Care Plan
plans comply with the requirements of Employee retirement income
ERISA these requirements. These procedures are effective
January 1, 2012.

that a claim with Prudential in writing for benefits under
the program (see page 34 for address). Proof must be provided
as written proof is filed. This proof must contain the
original claim and must be furnished within a period after

and when unless the proof is furnished within a reasonable
time and it is unable to do so. In that case, the claim must
not be furnished as soon as reasonably possible and
must not be determined by Prudential.

denial receives written proof of the loss, as evidence and
issued.

A benefit unpaid at your death will be paid to your estate.  But this does not apply if the coverage or the Limits on Assignments section on an earlier page states otherwise.

### Determination of Benefits

Prudential will notify you of the Claim determination within 45 days of the receipt of your Claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your Claim, will be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which the plan expects to decide on your Claim, will be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the Claim, the period for making the benefit determination by Prudential will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If your Claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and will include:
a.  the specific reason(s) for the adverse determination,
b.  references to the specific plan provisions on which the benefit determination was based,
c.  a description of any additional material or information necessary for you to perfect a Claim and an explanation of why such information is necessary,
d.  a description of the Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and
e.  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

NNI-LTD-00003615

# IF YOUR CLAIM IS DENIED BY PRUDENTIAL

Determination to Prudential

If your Claim and you do not receive a response in your benefit claim (in which case the Claim for benefits is denied) you or your representative may appeal your denied determination request within one receipt of the written notice ... that it has been denied. You may submit with your appeal any request or and any other information related to your ... that you may have access to, and the right to access the information relevant to your Claim free of charge ... An item or document information is treated as "relevant" if it was ...

- in the benefit determination
- in the course of making a determination whether such document, record or ... in making the benefit determination
- with the administrative processes and safeguards in ... determination
- policy or guidance with respect to the plan concerning this ... as of whether such statement was issued upon the claimant.

and the claim file and any new information submitted to support the appeal the Prudential Appeals Review Unit ... the review member of the Prudential Claims Manager Determination and Claims Management review team. No one ... involved in the initial benefit determination or that person in the initial benefit determination.

The review unit will make a determination on your second appeal within your appeal request. This period may be extended if ... due to matters that special circumstances require such ... time at the extension, the reason for the appeal that the ... the second review Unit expects to render a decision within this time period. However, if the period of time is extended information necessary to decide the appeal, ... the nation will be tolled from the ... sent to you until the date on which you respond to that matter.

In whole or in part, you will receive a written ... of the denial. The notice will be written in ... to the applicant and will include:
- the adverse determination.

(b) references to the specific plan provisions on which the determination was based,
(c) a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit Claim upon request,
(d) a description of Prudential's review procedures and applicable time limits,
(e) a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and
(f) a statement describing any appeals procedures offered by the plan, and your right to bring a civil suit under section 502(a) of ERISA following your appeals.

If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied on appeal.

If the appeal of your benefit Claim is denied or if you do not receive a response to your appeal within the appropriate time frame (in which case the appeal is deemed to have been denied), you or your representative may make a second appeal of your denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such Claim is deemed denied. You may submit with your second appeal any written comments, documents, records and any other information relating to your Claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your Claim free of charge.

Upon receipt of a second appeal, the Prudential Appeals Review Unit will again conduct a full review of the Claim file and any additional information submitted. The Claim decision will be made by a member of the Prudential Senior Claims Management Team. The Appeals Unit and Senior Claims Management Team member would not have been involved in the initial benefit determination or in the first appeal.

The Prudential Appeals Review Unit will make a determination on your second Claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to 90 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which the Appeals Review Unit expects to render a decision will be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the Claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and will include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the Claim will be deemed denied upon appeal.

2012 Retiree Life and LTC

26

### YOUR CLAIM AFTER A FINAL DENIAL FROM

If the Company makes a second denial decision after your appeal hearing as described above. You or your duly authorized representative may review all documents related to any denial, after the relevant Claims Administrator's decision, you have 60 days from the date you received the final review. This request should be made in writing to the Nortel Networks Employee Benefits Committee (the Committee).

One:

The next review 30 day.

1    Determinations, records and other information relevant to you:

2    Being and access to, and copies of, all of the documents and records relevant to your participation appeal whether or not such information is treated as "Privileged" including:

    a    the benefit determination
    b    information generated in the course of making a determination or any other such document, record or information relevant to making the benefit determination.
    c    any of the administrative processes and safeguards used in making the benefit determination.

3    Additional comments, documents, records and other information relating to the appeal, regardless of whether or not such information was considered in the prior appeal determination.

4    That the prior adverse appeal determination is reviewed by a person of the plan who is neither the individual who made the prior determination nor that person's subordinate.

Once you appeal a denial of your participation it will be reviewed at the next meeting of the Committee that immediately follows the date of a request for review, unless the request for review was received within 30 days preceding the date of such meeting. In that event, the benefit determination may be made by the second meeting following the receipt of your request for review if special circumstances require a further extension of time.

for processing, a benefit determination shall be rendered not later than the third meeting of the Committee following the plan's receipt of the request for review. If such an extension of time for review is required because of special circumstances, the Committee will provide you with written notice of the extension, describing the special circumstances and the date as of which the benefit determination will be made, prior to the commencement of the extension.

In the event an extension is necessary due to your failure to submit necessary information, the plan's timeframe for making a benefit determination on review stops on the date the Committee sends you the extension notification until the date you respond to the request for additional information.

The Committee will notify you of the benefit determination as soon as possible, but not later than five (5) days after the benefit determination is made.

The Employee Benefits Committee's notice of an adverse benefit determination regarding participation issues on appeal will contain all of the following information:

1. The specific reason(s) for the adverse appeal determination.
2. Reference to the specific plan provisions on which the appeal determination is based.
3. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your appeal.
4. Any internal rule, guideline, protocol or other similar criterion relied upon in making the adverse appeal determination or notice that a copy of the rule, guideline, protocol or other similar criterion relied upon in making the adverse determination will be provided free of charge to you upon request.
5. A statement of your right to bring an action under ERISA.

## General Information about Retiree Long-term Care Coverage Appeals

Following a final adverse benefit decision, you have the right to bring a civil action under ERISA section 502(a). You and your plan may have other voluntary alternative options, such as mediation. One way to find out what may be available to you is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.

## WHAT TO DO IF YOU ARE DENIED THE RIGHT TO PARTICIPATE IN THE NORTEL LTC PLAN

The Company retains the exclusive right to interpret and administer the participation provisions of the plans.

NNI-LTD-00003619

)Bleh

... your ... ability to participate under the ... ...
... ... ... of enrollment in this Plan, ... ... ...
... ... ...ess.

... ... ...ions, records and other informa ... ... ... ... ...

: Some ... access to, and copies of, all d... ... ...
... ... ... to your participation appea... ... ... ...
... ... ... information is treated as "... ... ... ... ...

> ... the benefit determination
> ... or generated in the course ... ... ... ...
> rdless of whether such doc... ... ... ... ...
> d upon in making the benefi ... ... ... ...
> with the administrative proce... ... ... ...
> king the benefit determinati... ...

... ... ... omments, documents, reco... ... ... ...
... ... ... to the appeal, regardless o... ... ... ...
... ... ... stored in the prior appeal dete... ... ... ...

... ... ... nor adverse appeal determin... ... ... ...
... ... ... of the plan who is neither th... ... ... ... ...
... ... ... that person's subordinate.

... ... ... ...ination regarding participatio... ... ... ...
... ... ... ... ...ormation:

: ... ... ... appeal determination.
: ... ... ...sions on which the appeal de... ... ... ...

... ... ... receive, upon request and fr... ... ... ...
... ... ... all documents, records and ... ...
... ... ...

... ... ... or other similar criterion rel... ... ... ...
... ... ... ...ination or notice that a copy o... ... ... ...
... ... ... riterion relied upon in making, ... ... ... ...
... ... ... of charge to you upon reques...

... ... ... action under ERISA.

... ... ... ... ... within 60 days from
... ... ... ...ed Claim.

## Second Level Participation Appeals

If you are not satisfied with the first level appeal decision of HR, you have the right to request a second level appeal from the Employee Benefits Committee (EBC) of Nortel Networks Inc.

Your second level appeal request must be submitted to the EBC, at the address below, within 60 days from receipt of the first level appeal decision. The EBC has the final discretionary authority to construe and to interpret the Plan with regard to your benefit to participate in the Plan and the Effective Date of enrollment in the Plan.

Employee Benefits Committee
c/o Nortel Networks
Mailstop: 570 02 0C3
PO Box 13010
Research Triangle Park, N.C. 27709-3010

You have the right to:

1. Submit written comments, documents, records and other information relating to the participation appeal.
2. Request free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your participation appeal. For this purpose, a document, record or other information is treated as "relevant" to your participation appeal if it:
   - Was relied upon in making the benefit determination
   - Was submitted, considered or generated in the course of making the benefit determination, regardless of whether such document, record or other information was relied upon in making the benefit determination
   - Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination.
3. A review that takes into account all comments, documents, records and other information submitted by you relating to the appeal, regardless of whether such information was submitted or considered in the prior appeal determination.
4. A review that does not defer to the prior adverse appeal determination and that is conducted by the Plan Administrator of the plan who is neither the individual who made the adverse determination nor that person's subordinate.

The EBC will make a decision on your appeal of a denial of your participation Claim under the plan no later than the date of the meeting of the Committee that immediately follows the plan's receipt of a request for review, unless the request for review is filed within thirty (30) days preceding the date of such meeting. (The Committee holds monthly meetings.) In such case, a benefit determination may be made by no later than the date of the second meeting following the plan's receipt of the request for review. If special circumstances require a further extension of time for processing, a benefit determination shall be rendered not later than the third

2012 Retiree Life and LTC

NNI-LTD-00003621

following the plan's receipt of the request for a review, if the review is required because of special circumstances, you will be given a notice of the extension, describing the circumstances which the benefit determination will be made.

If the extension is due to your failure to submit necessary information to making a benefit determination on review begins when you received the extension notification until so submit your provide such information.

You will receive the benefit determination as soon as possible but not more than benefit determination is made.

If the notification of an adverse benefit determination on appeal, each notification will contain all of the following information:

1. The adverse appeal determination.
2. The provisions on which the appeal determination is based.

3. A statement you receive, upon request and free of charge, reasonable access to, all documents, records and other information.

4. The internal or other similar criterion relied upon in making the adverse benefit determination or notice that a copy of such rule, such similar criterion relied upon in making, was made available free of charge to you upon request.

5. A statement of your action under ERISA.

## Retiree Long-Term Care Coverage Participants: Your Other

If the claim is denied, you have the right to bring a civil action under ERISA and your plan may have other voluntary or mandatory disputes. To find out what may be available to you, you may contact your Labor Office and your state insurance.

# WHEN YOUR

Your Life Insurance and Long-Term Care Coverage will continue until:

- your eligible classes for the insurance ends
- you are enrolled in Networks as an active employee

- the policy providing the insurance ends.

# PLAN ADMINISTRATION

This section contains information on the administration of Nortel Networks Retiree Life and Long-Term Care Plan, contacts you may need in certain situations and your rights as a plan participant. Please note that certain key words in each section are capitalized. You can find these words in the Glossary section at the end of this booklet.

## Plan Year

The Plan Year is January 1 to December 31. The Plan Year may change from time to time as determined by the Plan Administrator prior to the first day of the Plan Year.

## Prudential

"Prudential" in this document means the Prudential Insurance Company of America who is the ERISA Plan Administrator, i.e. makes the final decision regarding eligibility for benefits after you appeal a denied Claim, for the Retiree Life Insurance coverage of the Nortel Networks Retiree Life and Long-Term Care Plan. Prudential is the Claims Administrator, i.e. makes the initial decision about your entitlement to a benefit when you file a Claim, for the Retiree Long-Term Care coverages of the plan.

Prudential has been contracted to provide administrative services as well as process Claim reimbursements.

## Nortel

"Nortel" in this booklet means Nortel Networks Inc. Nortel Networks Inc. is the Plan Administrator for the Retiree Long-Term Care coverage of the Nortel Networks Retiree Life and Long-Term Care Plan. Nortel Networks Inc. has delegated various responsibilities for plan administration to other entities. HR provides basic information to Retirees regarding vendors of benefit services and enrollment processes. The Employee Benefits Committee (EBC) is the final authority to review denied Long-Term Care Claims. Prudential Insurance Company is the final authority to review denied Life Insurance Claims. Should you need to contact the Nortel Networks Plan Administrator, use the following address:

Nortel Networks Inc.
4001 East Chapel Hill-Nelson Highway
Research Triangle Park, NC 27709

NNI-LTD-00003623

the associated trustee, use the following address:

[illegible]

[illegible text] (Stila)

[illegible text] please contact HR at 800-[illegible]

[illegible text]

[illegible]

## For Nortel Inc

[illegible text] assigned to Nortel Networks Inc. [illegible] subsidiary companies of Nortel Networks Inc. are all hosted [illegible] complete list of these subsidiary [illegible]

## Legal Address


Physical address Inc.

Chat

[illegible text] upon the trustee of any trust that [illegible] out of the Nortel Networks Inc. Health & Welfare Trust [illegible] [illegible] plans) is Bank of America, Illinois, a Bank [illegible] at the following address:

[illegible text]


## PLAN IDENTIFICATION

The following chart is designed to provide you with some specific information regarding each plan and plan type that the Employers sponsor. The plan number refers to the number that has been assigned to the specific plan by the Employers. The funding method describes the party(ies) responsible for funding the plan. The Claims Administrator identifies who provides daily administrative services required to maintain each plan. The contribution source states how premiums/costs for each plan are distributed between Nortel Networks Inc. and/or plan participants. This chart is not designed to inform you of all specifics surrounding all plans. Additional information can be obtained by contacting the Claims Administrator at the respective address and phone number that are provided on the chart below.

| Formal Plan Name | Plan Type | Plan Number | Funding Method | Claims Administrator | Contribution Source |
|---|---|---|---|---|---|
| Retiree Life Insurance and Long-term Care Coverage Plan | Welfare | 518 | | | Employers |
| Life Insurance Coverage | | | Insured | The Prudential Insurance Company of America Life Claim Division PO Box 8517 Philadelphia, PA 19176 800-524-0542 | |
| Long-Term Care Coverage | | | Self-insured | The Prudential Long-Term Care Division. PO Box 8526 Philadelphia, PA 19176 800-732-0416 | |

NNI-LTD-00003625

**ʏ; ᴜ ꜰᴏ; ᴊA**

Be ᴏ... .ʏ ᴇᴍpᴏʏᴇᴇ benefit plans, you have cᴇ... ...ɢ... ...
... ... ...ᴇ...ᴇᴍᴇnt Income Security Act ᴏꜰ ...... ᴠ
... ᴏ ... ...ᴇ ...cipant, you will be entitleᴅ ᴏ:

- ... ᴇ ꜰ ᴏn Administrator's office or ʏ... ...ᴇ ...
  ...ᴇɢ ... ᴜrs, all plan documents, incᴜ...ᴇ...ɢ
  ...ᴄ...ᴇ ᴏ... all documents filed by the ʜᴏ ...ᴏ ... ...ᴇ
  ...ᴛ ... ...ᴇ annual reports and plan dᴇ...................
- ...ᴏ..ᴛᴀ...ᴇ...ᴇs and other plan informatioᴏ ...... ...ᴇᴇ....ᴇ...
  ...ᴇᴏ... ...ᴇ. The Plan Administrator may ...ᴇ ᴏꜰ ...... ᴀ
  ...ᴏᴘ ...ᴇ...
- ...ᴇ...ᴇ ᴛᴇ inual financial reports. The ...ᴇᴇᴛ
  ...ᴇ...ᴇ ... furnish each participant wiᴛᴇ ᴀ ...ᴇ... ᴇ...ᴇ... ...

ᴛᴏ ...ᴇ pᴏ...ɢ ...ᴛᴏ ...ᴇcipants, ERSA imposes duᴛᴇ... ...... ...ᴇ ...ᴇ...ᴇ...
...ᴏ...ᴇ... ...ᴏ...ᴏ ...ᴏ... ʏour employee benefit plans

Tᴇᴇ ...ᴏ...ᴏ...ᴇ... ᴏf your plans, called "fiduciaᴇ ...... ...ᴇ...ᴇ
...ᴏ...ᴏ...ᴇʏ ...ᴛ...ᴇ interest of you and other plaᴏ ...ᴏ... ᴏ ...ʏ ᴏ...ᴇ
...ᴇ...ᴇ ...ᴏ...ɢ ʏᴏ... employer or any other personᴏ ᴛᴇᴇʏ ...ᴏ ...ᴏ ...ᴇ...
ɢ...ᴇ...ᴛ ...ʏᴏ... ᴏ... any way to prevent you fromᴏ ᴏ...ᴏ...ᴛ...ᴇ ...ᴏ
...ᴇ...ᴏ ᴛ...ᴏ... ᴇᴏᴛᴇ.ᴇISA.

... ...ᴇ...ᴇ...ᴇ... ...ᴇ ᴏᴏ...ᴇ or in part, you must recᴇ...ᴏ ᴏ ...ᴇ ...ᴇᴇᴇᴛ
ᴏ... ...ᴇ ...ᴜ...ᴇ... You have the right to have ᴛᴏ...ᴇ ...ᴏ...ᴇ...
...ᴇᴏ...ᴏ...ᴇ...ᴇ ʏᴏ...ᴇ "Claim:

...ᴏ ʏ...ᴏ... ...ᴛᴏ ᴏ ᴏ ᴛᴇ to enforce the above righᴇ... ᴏ ᴇ ...ᴏ...ᴏᴇ... ᴛ...ᴏᴇᴇ
ᴛᴇ ...ᴏ... ...ᴏᴏ...ᴇ... ...ᴇᴅ do not receive them withᴇ.ᴏᴇ ᴏᴇᴇ ᴏᴏ ʏᴏᴜ
...ᴇ...ʏ ...ᴏᴇ ᴛ...ᴇ ...ᴇ...ᴏᴇtment of Labor or file suit ᴏ... ...ᴇ...ᴇᴇ ᴏ... ᴇᴏ...ᴏ... ᴏ...
...ᴇ ... ...ᴏ ...ᴏ...ᴇ. ᴇlan Administrator to provideᴇ ʏ ᴏ ᴏ ...ᴏ...ᴏᴇ...ᴇ...
ᴏᴏʏ ...ᴛ...ᴏᴏ ʏᴏ... receive the materials, unlessᴇ ...ᴏ...ᴇ ᴏ ...ᴏ...ᴇ ᴏᴏ...ᴏ
...ᴇ...ᴇ...ᴏᴛᴇ ...ᴏ...ᴏ...ᴇ the control of the administrᴏ ᴏ...ᴇ... ...ᴏ... ...ᴏᴇ
...ᴇ...ᴇᴏ ᴏ ᴇᴏ...ᴏᴇ ᴏᴇ or ignored, in whole or in paᴇᴇ ʏᴏᴏ...ᴇᴏ ᴇ ᴏ ᴇ
ᴇ.

ᴛᴇ ᴛᴇ ᴏ ...ᴏ...ᴇ ᴏ ᴇᴏᴏᴇᴇᴇ misuses plan money or if ʏᴏ... ᴏ...ᴏ...ᴏ ᴏᴏᴇᴇᴏᴇᴇ...ᴇ...ᴇᴇᴇ
ᴏɢ...ᴏ...ᴛ ...ʏ ᴏ... ᴏ...ʏ seek assistance from the ...ᴏ...ᴏᴇ ᴏ...ᴇ...ᴇ...ᴇᴏ...ᴇ. ᴛ
...ᴏ...ᴇᴛ ᴏ...ᴛ...ᴏ have a claim for benefits whᴇ... ...ᴏ ᴏ...ᴏᴏᴇᴇᴏ ... ...ᴏ
ʏᴏ... ...ᴏ... ᴏ...ᴏ suit in state or Federal cou... ...ᴏ ᴏ... ᴏ...ᴏ ...ᴏ... ᴏ ᴇ ᴏᴏᴇᴏᴏ
...ᴇᴏ...ᴇ... ᴏ ...ᴏ...ᴇ...ᴇ appeals procedure as descᴏ...ᴏ...ᴇ ...ᴏᴇ ᴏᴇᴇᴏ...ᴇᴏ... ᴏ...ᴇ ᴏᴏᴇ

...ᴏ ...ᴇ ᴏᴏ...ᴛ ...ᴇ ...ᴏ...ᴇ ᴏᴇ will decide who should pay couᴇ ᴏᴇ... ...ᴇ...ᴏ...ᴛ... ...ᴇ...ᴇᴇᴇᴇ
ᴛᴇ ...ᴏ ...ᴏ...ᴏ... ...ᴇʏ order the person you havᴇᴏ... ᴏ...ᴏᴇᴇ ᴏᴇ ᴇ...ᴇ
...ᴇᴏ...ᴇᴏ... ...ᴇ ...ᴇ ...ᴇ...ᴇᴛ may order you to pay thᴇ...ᴇ ᴏᴇ...ᴇ ᴏᴏ ...ᴇ
...ᴇᴇ...ᴇ... ᴛᴇ...ʏᴏ...ᴇ Claim is frivolous.

If you have questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator you should contact the nearest office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor, listed in your telephone directory.

# GLOSSARY

Sometimes, to describe a benefit plan accurately, some technical terms must be used. Here, to help you understand them, are brief definitions in alphabetical order. If there are any differences between this Glossary and the terms contained in the plan documents, the plan documents will govern.

If a different definition of any of the following words is provided in the section describing a particular benefit plan, that definition applies instead of the definition listed below.

### Activities of Daily Living
Under the Life Insurance and Long-Term Care Plan, activities of daily living include: bathing, dressing, toileting, eating and transferring from bed to chair. To receive benefits under the Plan, you or your covered spouse must be dependent on others to manage two or more of these activities of daily living.

### Allowable Expense
The reasonably necessary charge for a needed service or supply, when the charge, service or supply is covered at least in part by one or more Long Term Care Programs covering the person for whom claim is made.

### Beneficiary
The person or persons you have chosen to receive benefit payments in the event of your death.

### Care Manager
Registered nurses or social workers who assess your needs for care, the most appropriate source of care and the amount of care required to meet your needs.

### Claim
A request by a covered person for a benefit under a specific plan.

NNI-LTD-00003627

... ..., this does not include any ...
... ... no coverage under the ... ...
... part of the year before the d... ...

... ... is responsible for processing ... ...
... ... rative services.

... ... parent or spouse's parent

... ... the Plan.

... ... of ... Affiliates.

... may include an amount wh... ...
... Prudential may pay that an... ...
... payn... That amount will then be tr... ...
... Prudential will not have to ... ...
... made" includes providing benefits ... ...
... ade shall be deemed to be th... ...
... in the form of services.

... HR, you can request need... ...
... as your address.

... and Disabled) of the Federa... ...
... ...

... ar may change from time to ... ...
... prior to the first day of the Pla... ...

... an Employer to "Early Reti... ...
... as defined according to th... ...
... ... With respect to an indivi... ...
... Income Plan, "Retirem... ...
... an Employer to retirement ... ...

reaching age 55. If there is a period of time during which an employee is receiving Nortel Networks standard severance benefits from the Employer between actively-at-work status and retirement status, the employee will be considered to have retired directly from Company service. Retirement from Company service does not include any employee who moves from disability status to retirement status.

### Retirement Start Date
The date a retiree's retirement from Employer service is effective according to the terms of the Nortel Networks Retirement Income Plan.

### Retired Employee
An employee of the Employer who has retired from the active service of the Employer according to the provisions of the Nortel Networks Inc. Retirement Income Plan.

### Room and Board
Charges made by a facility for room, meals, and general services and activities needed for the care of registered patients.

### Year of Service
A year of Vesting Service as described in the Nortel Networks Retirement Income Summary Plan Description.

Further, for non-grandfathered Traditional and Balanced Program members of the previously available CARP, the year in which the member becomes 40 years of age is counted as a full year of service for the purpose of determining years of service for the Retiree Life and Long-Term Care Plan, if such year would not otherwise be counted as a Year of Service. Also, the year in which the non-grandfathered Traditional or Balanced Program member of the previously available CARP retires is counted as a full year of service for the purpose of determining years of service for the Retiree Life and Long-Term Care Plan and if such year would not otherwise be counted as a Year of Service.

NNI-LTD-00003629

David D. Bird, Clerk of Court
**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

# Exhibit I

**<u>OBJECTION TO  DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES</u>**

## Mark Alan Phillips

Proof of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**                    Mark A. Phillips

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**                    0200531

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**      July 15, 1992

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**
Years                                                                        52
Months                                                                        6
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013       630
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"           150

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**    $    43,400.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?      0.04
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...    $    1,736.00    $    21,700.00

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD                                                             29
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY              $    834.62    $    24,203.85

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                      $    2,531.68        379,752.00
SSDI  MONTHLY OFFSET                                          $    972.00         145,800.00
Medicare Part B Reimbursement Per LTD Plan                    $    99.90          14,985.00
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                    $    1,659.58        248,937.00

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE - EMPLOYEE PART A&B                              $    1,198.80    $    14,985.00    $    22,296.04    5% Medicare A&B Yearly increase
MEDICAL CARE - EMPLOYEE PART C                                $    3,740.28         46,753.50
MEDICAL CARE - EMPLOYEE ASSISTANCE PROGRAM                    $    34.68           433.50
MEDICAL CARE - SPOUSE                                         $    10,486.56       131,082.00    $    562,156.76    15% Yearly increase in Insurance
SUBSIDIZED PRESCRIPTION PLAN                                  $    -                -
DENTAL/VISION/HEARING CARE                                    $    915.48          11,443.50
CORE EMPLOYEE LIFE INSURANCE                                  $    3,252.12         40,651.50
ACCIDENTAL DEATH & DISMEMBERMENT                              $    2,559.28         31,991.00
Loss of PGCB when retire at 55 instead of 65 x 35 years       $    5,489.64         192,137.40
Federal (39.6%) & State (6%) Taxes                                                  548,433.05    $    1,202,704.05

**CLAIM GRAND TOTAL**                                                        $    1,751,137.09

COST INCREASES FOR MEDICAL INSURANCE

| YEAR | Monthly Social Security Part A & B | | Yearly Insurance Cost |
|------|------|------|------|
| 2012 | $99.90 | | |
| 2013 | $104.90 | 5% increase | $1,258.74 |
| 2014 | $110.14 | 5% increase | $1,321.68 |
| 2015 | $115.65 | 5% increase | $1,387.76 |
| 2016 | $121.43 | 5% increase | $1,457.15 |
| 2017 | $127.50 | 5% increase | $1,530.01 |
| 2018 | $133.88 | 5% increase | $1,606.51 |
| 2019 | $140.57 | 5% increase | $1,686.83 |
| 2020 | $147.60 | 5% increase | $1,771.17 |
| 2021 | $154.98 | 5% increase | $1,859.73 |
| 2022 | $162.73 | 5% increase | $1,952.72 |
| 2023 | $170.86 | 5% increase | $2,050.35 |
| 2024 | $179.41 | 5% increase | $2,152.87 |
| 2025 | $188.38 | 5% increase | $2,260.52 |
| | | | $22,296.04 |

Yearly Health Insurance Costs

| YEAR | Health Insurance Premium | Increase | Yearly Insurance Cost |
|------|------|------|------|
| 2000 | $45.41 | | $544.92 |
| 2001 | ? | ? | ? |
| 2002 | ? | ? | ? |
| 2003 | ? | ? | ? |
| 2004 | $79.28 | 20.5% increase over 2000 (yearly average) | $951.36 |
| 2005 | $104.11 | 31.3% increase over 2004 | $1,249.32 |
| 2006 | $124.20 | 19.2% increase over 2005 | $1,490.40 |
| 2007 | $146.61 | 18.0% increase over 2006 | $1,759.32 |
| 2008 | $161.81 | 10.3% increase over 2007 | $1,941.72 |
| 2009 | $189.27 | 17.0% increase over 2008 | $2,271.24 |
| 2010 | $235.84 | 24.6% increase over 2009 | $2,830.08 |
| 2011 | $286.51 | 21.4% increase over 2010 | $3,438.12 |
| 2012 | $286.52 | 0.0% increase over 2011 | $3,438.24 |

15.2% yearly average increase from 2000

| YEAR | Health Insurance Premium | | |
|------|------|------|------|
| 2013 | $1,363.72 | | $16,364.64 |
| 2014 | $1,568.28 | 15% increase | $18,819.34 |
| 2015 | $1,803.52 | 15% increase | $21,642.24 |
| 2016 | $2,074.05 | 15% increase | $24,888.57 |
| 2017 | $2,385.15 | 15% increase | $28,621.86 |
| 2018 | $2,742.93 | 15% increase | $32,915.14 |
| 2019 | $3,154.37 | 15% increase | $37,852.41 |
| 2020 | $3,627.52 | 15% increase | $43,530.27 |
| 2021 | $4,171.65 | 15% increase | $50,059.81 |
| 2022 | $4,797.40 | 15% increase | $57,568.78 |
| 2023 | $5,517.01 | 15% increase | $66,204.10 |
| 2024 | $6,344.56 | 15% increase | $76,134.71 |
| 2025 | $7,296.24 | 15% increase | $87,554.92 |
| | | | $562,156.76 |

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (1 OF 1)

you have any
questions about
claim, please
tact

# DISABILITY MANAGEMENT SERVICES
PO BOX 2300
PARSIPPANY          NJ   07054
800-842-1718

Date **November 17, 2000**

KARI ALTMAN
NORTEL NETWORKS
4307 EMPEROR BLVD.
RESEARCH TRIANGLE PARK   NC   27709

CNTRL#   0039900
CLAIM#   10280751
ID#

CLAIMANT   **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 11/01/2000 | 11/30/2000 |
| SSDB | 1,007.30 | | |
| Medical | 43.08 | | |
| Dental | 2.33 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 2,531.68 |
| LESS OFFSET | 1,007.30 |
| | 1,524.38 |
| LESS ADJUSTMENTS | 0.00 |
| | 1,524.38 |
| LESS DEDUCTIONS | 45.41 |
| AMOUNT PAYABLE | 1,478.97 |

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefits    L (1 OF 1)

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA        PA   19101
800-842-1718

Date **July 22, 2004**

MS. DEBBIE LORIMER, GLOBAL BENEFITS
NORTEL NETWORKS
220 ATHENS WAY
SUITE 300
NASHVILLE            TN   37228-1397

| | |
|---|---|
| CNTRL# | 0039900 |
| CLAIM# | 10280751 |
| ID# | XXX-XX-9179 |

CLAIMANT  MARK A PHILLIPS

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 07/01/2004 | 07/31/2004 |
| - SSDB | 985.40 | | |
| - Medical | 63.19 | | |
| - Dental | 16.09 | | |
| - Free Form 3 | 2.53 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 2,531.68 |
| LESS OFFSET | 985.40 |
| ADD'L BENEFITS | 0.00 |
| | 1,546.28 |
| LESS ADJUSTMENTS | 0.00 |
| | 1,546.28 |
| LESS DEDUCTIONS | 81.81 |
| AMOUNT PAYABLE | 1,464.47 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: **July 22, 2004**

Deposit Amount:        $1,464.47

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 010301059 | $1,464.47 |

To the
Accounts
of

MARK PHILLIPS
6117 TREVOR SIMPSON DRIVE
INDIAN TRIAL        NC   28079

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   **L (1 OF 1)**

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA         PA   19101
800-842-1718

Date **December 19, 2005**

TERRI GOODBAR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#  **0039900**
CLAIM#  **10280751**
ID#     **XXX-XX-9179**

CLAIMANT  **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2005 | 12/31/2005 |
| - SSDB | 973.80 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 85.41 | LESS OFFSET | 973.80 |
| - Dental | 18.70 | ADD'L BENEFITS | 0.00 |
| | | | 1,557.88 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 1,557.88 |
| | | LESS DEDUCTIONS | 104.11 |
| | | AMOUNT PAYABLE | 1,453.77 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: **December 19, 2005**

Deposit Amount:   $1,453.77

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 010301059 | $1,453.77 |

To the Accounts of

MARK PHILLIPS
6117 TREVOR SIMPSON DRIVE
INDIAN TRIAL         NC   28079

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit    L (1 OF 1)

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
**PO BOX 13480**
**PHILADELPHIA**          **PA   19176**
**800-842-1718**

Date **December 19, 2006**

**BENEFITS ADMINISTRATOR**
**NORTEL NETWORKS**
**GES DISB PRIME - MS 570/02/0C2**
**PO BOX 13010**
**RESEARCH TRIANGLE PARK    NC   27709-3010**

CNTRL#   **0039900**
CLAIM#   **10280751**
ID#      **XXX-XX-9179**

CLAIMANT   **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2006 | 12/31/2006 |
| - SSDB | 963.50 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 101.76 | LESS OFFSET | 963.50 |
| - Dental | 22.44 | ADD'L BENEFITS | 0.00 |
| | | | 1,568.18 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 1,568.18 |
| | | LESS DEDUCTIONS | 124.20 |
| | | AMOUNT PAYABLE | 1,443.98 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: **December 19, 2006**

Deposit Amount:    **$1,443.98**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 010301059 | $1,443.98 |

To the Accounts of

**MARK PHILLIPS**
**6117 TREVOR SIMPSON DRIVE**
**INDIAN TRIAL          NC   28079**

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

**If you have any questions about this claim, please contact**

# DISABILITY MANAGEMENT SERVICES
PO BOX 13480
PHILADELPHIA      PA   19176

Date **December 14, 2007**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

800-842-1718

| | |
|---|---|
| CNTRL# | 0039900 |
| CLAIM# | 10280751 |
| ID# | XXX-XX-9179 |

CLAIMANT  **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2007 | 12/31/2007 |
| - SSDB | 958.50 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 133.11 | LESS OFFSET | 958.50 |
| - Dental | 13.50 | ADD'L BENEFITS | 0.00 |
| - Free Form 3 | 1.84 | | 1,573.18 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 1,573.18 |
| | | LESS DEDUCTIONS | 148.45 |
| | | AMOUNT PAYABLE | 1,424.73 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: **December 14, 2007**

Deposit Amount:   **$1,424.73**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 010301059 | $1,424.73 |

**To the Accounts of**

MARK PHILLIPS
6117 TREVOR SIMPSON DRIVE
INDIAN TRIAL      NC   28079

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   **L  (1 OF 1)**

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
**PO BOX 13480**
**PHILADELPHIA**          **PA    19176**
**800-842-1718**

Date **December 12, 2008**

**BENEFITS ADMINISTRATOR**
**NORTEL NETWORKS**
**GES DISB PRIME - MS 570/02/0C2**
**PO BOX 13010**
**RESEARCH TRIANGLE PARK    NC   27709-3010**

CNTRL#   **0039900**
CLAIM#   **10280751**
ID#      **XXX-XX-9179**

CLAIMANT  **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2008 | 12/31/2008 |
| - SSDB | 955.60 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 146.37 | LESS OFFSET | 955.60 |
| - Dental | 15.44 | ADD'L BENEFITS | 0.00 |
| - Free Form 3 | 1.84 | | 1,576.08 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 1,576.08 |
| | | LESS DEDUCTIONS | 163.65 |
| | | AMOUNT PAYABLE | 1,412.43 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

Date:  **December 12, 2008**

Deposit Amount:    **$1,412.43**

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 010301059 | $1,412.43 |

To the
Accounts
of

**MARK PHILLIPS**
**6117 TREVOR SIMPSON DRIVE**
**INDIAN TRIAL          NC   28079**

This is not a Check

Not Negotiable



| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA        PA   19176<br>800-842-1718 | Date<br>**December 18, 2009** |

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC   27709-3010

| | |
|---|---|
| CNTRL# | 0039900 |
| CLAIM# | 10280751 |
| ID# | **XXX-XX-9179** |

CLAIMANT   **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2009 | 12/31/2009 |
| - SSDB | 955.60 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 169.76 | LESS OFFSET | 955.60 |
| - Dental | 19.51 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 2.41 | | 1,576.08 |
| - Free Form 3 | 1.84 | LESS ADJUSTMENTS | 0.00 |
| | | | 1,576.08 |
| | | LESS DEDUCTIONS | 193.52 |
| | | AMOUNT PAYABLE | 1,382.56 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date: **December 18, 2009**

Deposit Amount:    $1,382.56

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXX1059 | $1,382.56 |

| To the Accounts of | MARK PHILLIPS<br>6117 TREVOR SIMPSON DRIVE<br>LAKE PARK                 NC   28079 |

This is not a Check                                                    Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit    L (2 of 2)

0186-02-44-02-0-0-0-0

If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA    19176
800-842-1718

Date
**December 20, 2010**

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC  27709-3010

CNTRL#    0039900
CLAIM#    10280751
ID#       XXX-XX-9179

CLAIMANT   MARK A PHILLIPS

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2010 | 12/31/2010 |
| - SSDB | 941.50 | BENEFIT AMOUNT | 2,531.68 |
| - Medical | 215.38 | LESS OFFSET | 941.50 |
| - Dental | 20.46 | ADD'L BENEFITS | 0.00 |
| - Free Form 1 | 9.60 | | 1,590.18 |
| - Free Form 3 | 1.84 | LESS ADJUSTMENTS | 0.00 |
| | | | 1,590.18 |
| | | LESS DEDUCTIONS | 247.28 |
| | | AMOUNT PAYABLE | 1,342.90 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date:  **December 20, 2010**

Deposit Amount:      $1,342.90

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXX1059 | $1,342.90 |

To the Accounts of

MARK PHILLIPS
6117 TREVOR SIMPSON DRIVE
LAKE PARK           NC   28079

This is not a Check

Not Negotiable

Prudential Insurance Company of America
Disability Claim Services Provider

Explanation of Benefit   L (2 of 2)

2011-12-02-05-02-0-0-0-0

If you have any
questions about
this claim, please
contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA          PA   19176
800-842-1718

Date
**December 20, 2011**

**BENEFITS ADMINISTRATOR**
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC   27709-3010

CNTRL#   **0039900**
CLAIM#   **10280751**
ID#      **XXX-XX-9179**

CLAIMANT   **MARK A PHILLIPS**

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 2,531.68 | 12/01/2011 | 12/31/2011 |
| - SSDB | 942.30 | | |
| - Medical | 262.44 | | |
| - Dental | 24.07 | | |
| - Free Form 1 | 14.99 | | |
| - Free Form 3 | 1.73 | | |

| | |
|---|---|
| BENEFIT AMOUNT | 2,531.68 |
| LESS OFFSET | 942.30 |
| ADD'L BENEFITS | 0.00 |
| | 1,589.38 |
| LESS ADJUSTMENTS | 0.00 |
| | 1,589.38 |
| LESS DEDUCTIONS | 303.23 |
| AMOUNT PAYABLE | 1,286.15 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit
us on the web at www.Prudential.com/inst/gldi and select the online option.

Date:  **December 20, 2011**

Deposit Amount:    $1,286.15

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXX1059 | $1,286.15 |

To the
Accounts
of

MARK PHILLIPS
6117 TREVOR SIMPSON DRIVE
LAKE PARK        NC   28079

This is not a Check

Not Negotiable



John S Sullivan, CLU ChFC, Agent
2940 Senna Drive, Suite A
PO Box 3600
Matthews, NC 28106-3600
704-845-1960

October 8, 2012

To Whom It May Concern:

A Medicare Supplement Plan C policy would cost Mark Phillips $311.69 per month until he becomes eligible for regular Medicare at age 65 (assuming that age 65 remains the initial year that people can sign up for regular medicare).

John S Sullivan

John Sullivan, CLU ChFC, Agent
State Farm Insurance Companies



# Life Insurance Illustration

| | | | |
|---|---|---|---|
| **Plan:** | Whole Life | **Date:** | October 8, 2012 |
| **Insured:** | **Phillips, Mark** | **Prepared by:** | John S Sullivan, CLU ChFC |
| | Male, Age 52 | **Agency:** | John S Sullivan Agency 2940 Senna Drive, Suite A |
| **Initial Death Benefit:** | $100,000 | | PO Box 3600 |
| **Premium Mode:** | Special Monthly | | Matthews, NC 28106-3600 |
| | | **Phone No:** | (704)845-1960 |
| **Dividend Option:** | Paid-Up Additions | | |

*This illustration was produced to be used in North Carolina.*

## Summary of Illustrated Coverages and Premium

| | | **Special Monthly Initial Premium:** |
|---|---|---|
| **Benefits and Riders:** | $100,000   Whole Life<br>Premium Class: Non-Tobacco | $271.01 |
| **Total Initial Premium:** | | $271.01 |

## Description of Coverage

**Plan**   Whole Life (Form Number ICC10 11000) is a whole life insurance policy with premiums payable to age 100. This policy is participating and is eligible to receive dividends.

## Definitions

**Non-Tobacco**   Available for those who do not currently use tobacco or other nicotine products and have not used tobacco or other nicotine products within the 12-month period prior to application.

**Annualized Contract Premium**   The premium that is due each policy year, given the premium mode selected. This amount must be paid to keep the policy in force based on policy guarantees.

**Guaranteed Cash Value**   The amount of cash value guaranteed in the policy.

**Guaranteed Death Benefit**   The guaranteed death benefit payable upon the Insured's death.

**Non-Guaranteed Intermediate Values**   Figures include dividends which are illustrated according to one half the current scale and are not guaranteed. Dividends are based upon the mortality, expense, and investment experience of the Company. Actual dividends may be more or less than those illustrated. Beginning at the end of year 10 the CASH SURRENDER VALUE and TOTAL DEATH BENEFIT columns include a DMS dividend. This dividend is available at death, maturity, or surrender of the policy. The intermediate values are not guaranteed. They demonstrate the impact of changes in Company experience.

  ASSURANT Health®

501 W. Michigan
Milwaukee, WI 53203

## Proposal - Time Insurance Company

| Applicant(s) | Margaret Phillips |
| Address | 6117 TREVOR SIMPSON DR, LAKE PARK, NC 28079 |
| Writing Agent | JOHN SULLIVAN |
| Information | P O BOX 3600, STATE FARM INSURANCE COMPANIES, MATTHEWS, NC 28106-3600 |
| | Business Number: SF336136-0-SF-001, Telephone: (704) 845-1960, Fax: (704) 844-9333, E-mail: |
| | JOHN.S.SULLIVAN.BWO8@STATEFARM.COM |

| | | | |
| --- | --- | --- | --- |
| **Effective Date:** | 10/09/2012 | **Payment Frequency:** | Monthly |
| **Annual Deductible:** | $2,000 | **Plan:** | CoreMed Plan |
| **Annual Out-of-Network Deductible:** $2,000 | | **HSA Eligible:** | No |
| **In-Network** | | **Individual** | Network $5,500 |
| **Coinsurance/** | 80% (OOP: $3,500) | **Out-of-pocket** | (includes in-network deductible |
| **Out-of-pocket:** | (excludes deductible) | **Maximum:** | only) |
| **Out-of-Network** | | **Network:** | Private Healthcare Systems (PHCS) |
| **Coinsurance:** | 50% | | (LOT) |
| **Initial Rate Guarantee:** | 12 Months | | |

| Client(s) | Gender | Age | Risk Class | Base Plan | $35 Office Copay Limit 4 visits | Misc Fees | Optional Benefits | Totals |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Primary | Female | 52 | Standard | $574.06 | $145.56 | | | $719.62 |
| Current insurance or coverage in last 6 months? Yes | | | | | | | | |
| Prescription Drugs are applied to the Plan Deductible and Coinsurance | | | | | | | | Included |
| **Optional Benefits** | | | | | | | | |
| Facility Fees: $0 Inpatient Facility, $0 Outpatient Surgical | | | | | | | $87.59 | $87.59 |
| Dental-Vision Discount Plan Fee (per family) | | | | | | $9.95 | | $9.95 |
| **Sub-Total** | | | | $574.06 | $145.56 | $9.95 | $87.59 | $817.16 |
| **Dental Plus** | | | | $36.72 | | | | $36.72 |
| **Total Monthly Amount** | | | | $610.78 | $145.56 | $9.95 | $87.59 | $853.88 |
| Processing Fee (one-time) | | | | | | | | $20.00 |
| **Initial Payment** | | | | | | | | $873.88 |

| For Office Use Only: |
| --- |
| **Medical Form/Plan ID:** 778/BVAL  **Date:** 10/08/2012  **Version:** 11.3.0.S  **Area:** 0.43 |
| **Dental Coverage Form/Plan ID:** I079/DENT Dental Level: Plus |

These rates are only valid for policies issued with effective dates from 10/01/2012 to 10/28/2012 when quoted using the most current version of software, subject to product availability. Rates quoted more than 30 days in advance of the effective date are subject to change and are not guaranteed. This proposal is not an insurance contract. Only the actual contract provisions will apply. Final rates may vary slightly due to the rounding process.

The amount of benefits depends upon the plan design components selected, and the premium varies with the amount of benefits. Plan design components are not available in all combinations.

Supplemental products are separate contracts available at an additional cost. Benefits described on this website are a result of purchasing two or more policies.

*Assurant Health is the brand name for products underwritten and issued by Time Insurance Company.*

# 2011 / 2012 COBRA Rates

| COBRA Plan | Description | Employee Only per Month | Employee & Child(ren)/DP Children per Month | Employee & Spouse/DP per Month | Employee & Family/DP Family per Month |
|---|---|---|---|---|---|
| Medical | PPO 80/60 | 421.63 | 758.95 | 885.45 | 1,307.10 |
| Medical | PPO 90/70 | 464.27 | 835.66 | 974.95 | 1,439.20 |
| Medical | Comprehensive | 728.9 | 1,311.99 | 1,530.68 | 2,259.55 |
| EAP | Employee Assistance Program | 2.89 | 2.89 | 2.89 | 2.89 |
| Dental | Comprehensive | 37.26 | 75.36 | 76.29 | 114.58 |
| Dental | Plus | 75.03 | 151.12 | 152.19 | 228.31 |

This document was retrieved from http://www.nortel-us.com/current/making-the-transition-from-nortel/cobra-rates/ on Thu, 11 Oct 12 16:25:04 -0400.

Copyright © 2009-2012 Nortel Networks Inc. All Rights Reserved.



# Converting Group Term Life Insurance to Individual Insurance

 Prudential

The Prudential Insurance Company of America

0177151

# Converting Group Term Life Insurance to Individual Insurance

A Prudential representative can assist you, without cost or obligation, with the conversion process and answer any questions you may have. If you do not have a Prudential representative currently handling your insurance and financial needs, you can locate the Prudential office most convenient to you in the telephone directory or through our website, www.prudential.com/giconversions.

Under the terms of your group life policy, some or all of your insurance coverage may be converted to permanent insurance. If you are age 76 and above, your only conversion option is for a Single Pay Life Policy. Please carefully read the provisions in your Booklet-Certificate which describe your conversion privilege, if any.

If you were insured for Accidental Death Benefits (ADB) under the group plan, you may be eligible to add an Accidental Death Benefit rider to the conversion policy. Subject to approval by Prudential, the amount of ADB is equal to the amount of life insurance coverage you are converting and may be included in policies issued at age 70 and under. The ADB is available for amounts between $25,000 and $500,000. Conversion rates are shown in the Rates Tables under the heading "With ADB."

You should submit your application and first premium within the 31-day period specified in your Booklet-Certificate.

Premium rates for the Prudential Guaranteed Life Insurance policy, issued by The Prudential Insurance Company of America, are included in this brochure. These are standard rates per $1,000 of insurance and apply to most individuals who are converting. The right to convert to a Prudential Guaranteed Life Insurance policy is guaranteed, provided the terms as described in your Booklet-Certificate are met.

### Servicemembers/Reservists:

If you wish to convert Servicemembers' Group Life Insurance (SGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, the letter you received from the Office of Servicemembers' Group Life Insurance, and the proof of SGLI as defined in the above mentioned letter to a Prudential office within 120 days of your release from uniformed service or release from assignment to the Ready Reserves.

### Veterans:

If you wish to convert Veterans' Group Life Insurance (VGLI) to a Prudential individual life insurance policy, you must submit your application, first month's premium, and your VGLI Conversion Notice, SGL 183, to a Prudential office.

**Like most insurance policies, Prudential's policies contain exclusions, limitations, reductions of benefits, and terms for keeping them in force. A Prudential representative can provide you with costs and complete details.**

2

# Policy Description

The following is a brief description of the policy available as a conversion for which rates are included in this brochure. Additional information regarding the policy described below may be obtained from a Prudential representative.

## Prudential Guaranteed Life Insurance

Prudential Guaranteed Life Insurance is a whole life product with a guaranteed cash value and a guaranteed death benefit for the lifetime of the insured, provided premiums are paid when due and there are no outstanding loans or withdrawals. The face amount is payable at death.

The basic premiums are level and payable to the policy anniversary when the insured is age 85, or until death, if earlier. If the insured survives the premium payment period, the policy is continued with no further premium required. Prudential Guaranteed Life Insurance is a non-participating policy, which means dividends will **not** be paid on the policy.

Guarantees are based on the claims-paying ability of The Prudential Insurance Company of America.

If you have any questions, call the number indicated on the cover letter. When requesting information, please state your date of birth, your group policy number, and the name of the organization through which your group insurance was obtained.

Acceptance and negotiation of your conversion premium payment by The Prudential Insurance Company of America is not a guarantee that an individual conversion policy will be issued as requested on the Conversion Request Form. All conditions precedent to issue of an individual conversion policy, including, without limitation, confirmation of your eligibility for conversion coverage, confirmation of the maximum amount of coverage eligible for conversion, completion of all reasonably required paperwork, and payment of any additional conversion premiums, must be received by Prudential in a timely manner. A delay in submitting required information, documentation, or additional premium will not extend the conversion time period specified above.

# Instructions for Calculating Premiums

**ALL CONVERSION APPLICATIONS MUST BE ACCOMPANIED BY THE ENTIRE FIRST PREMIUM.**

## How to Calculate Prudential Premiums

Premiums are payable annually, semi-annually, quarterly, or by pre-authorized monthly check draft (Prumatic). The mode of payment selected must produce a minimum premium of $15.00.

Use standard rates per $1,000 shown on pages 5−7 in this brochure. After determining the premium for the amount of insurance being converted, add the following policy constant to obtain the premium for the policy:

- $85.00 for annual mode of payment
- $45.00 for semi-annual mode of payment
- $23.00 for quarterly mode of payment
- $8.00 for monthly (Prumatic) mode of payment

The example below illustrates a premium calculation for a $25,000 Prudential Guaranteed Life Insurance policy with Accidental Death Benefit (ADB) for someone who is 40 years old. The payment mode is quarterly. (The rates for $25,000-$99,999 are contained on page 6.)

1. The rate per $1,000 with ADB for a quarterly payment shown on page 6 is $4.61.

2. Multiply the amount of insurance being converted (i.e., the number of $1,000 units) by the rate per $1,000 and add the quarterly policy constant:

**25 x $4.61 = $115.25 + $23.00 = $138.25**

4

### Prudential Guaranteed Life (For Policies $1-$24,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

**UNISEX**

| Issue Age | Annual | Semi-Annual | Quarterly | Prumatic |
|---|---|---|---|---|
| 15 | 10.92 | 5.68 | 2.89 | 0.97 |
| 16 | 11.07 | 5.76 | 2.93 | 0.99 |
| 17 | 11.46 | 5.96 | 3.04 | 1.02 |
| 18 | 11.76 | 6.12 | 3.12 | 1.05 |
| 19 | 11.95 | 6.21 | 3.17 | 1.06 |
| 20 | 12.15 | 6.32 | 3.22 | 1.08 |
| 21 | 12.49 | 6.49 | 3.31 | 1.11 |
| 22 | 12.82 | 6.67 | 3.40 | 1.14 |
| 23 | 13.14 | 6.83 | 3.48 | 1.17 |
| 24 | 13.46 | 7.00 | 3.57 | 1.20 |
| 25 | 13.79 | 7.17 | 3.65 | 1.23 |
| 26 | 14.19 | 7.38 | 3.76 | 1.26 |
| 27 | 14.61 | 7.60 | 3.87 | 1.30 |
| 28 | 15.06 | 7.83 | 3.99 | 1.34 |
| 29 | 15.51 | 8.07 | 4.11 | 1.38 |
| 30 | 15.98 | 8.31 | 4.23 | 1.42 |
| 31 | 16.45 | 8.55 | 4.36 | 1.46 |
| 32 | 16.96 | 8.82 | 4.49 | 1.51 |
| 33 | 17.46 | 9.08 | 4.63 | 1.55 |
| 34 | 17.97 | 9.34 | 4.76 | 1.60 |
| 35 | 18.49 | 9.61 | 4.90 | 1.65 |
| 36 | 19.16 | 9.96 | 5.08 | 1.71 |
| 37 | 19.84 | 10.32 | 5.26 | 1.77 |
| 38 | 20.54 | 10.68 | 5.44 | 1.83 |
| 39 | 21.26 | 11.06 | 5.63 | 1.89 |
| 40 | 22.00 | 11.44 | 5.83 | 1.96 |
| 41 | 22.73 | 11.82 | 6.02 | 2.02 |
| 42 | 23.49 | 12.21 | 6.22 | 2.09 |
| 43 | 24.25 | 12.61 | 6.43 | 2.16 |
| 44 | 25.04 | 13.02 | 6.64 | 2.23 |
| 45 | 25.84 | 13.44 | 6.85 | 2.30 |
| 46 | 26.84 | 13.96 | 7.11 | 2.39 |
| 47 | 27.89 | 14.50 | 7.39 | 2.48 |
| 48 | 28.96 | 15.06 | 7.67 | 2.58 |
| 49 | 30.09 | 15.65 | 7.97 | 2.68 |
| 50 | 31.26 | 16.26 | 8.28 | 2.78 |
| 51 | 32.51 | 16.91 | 8.62 | 2.89 |
| 52 | 34.08 | 17.72 | 9.03 | 3.03 |
| 53 | 35.78 | 18.61 | 9.48 | 3.18 |
| 54 | 37.61 | 19.56 | 9.97 | 3.35 |
| 55 | 39.57 | 20.58 | 10.49 | 3.52 |
| 56 | 41.68 | 21.67 | 11.05 | 3.71 |
| 57 | 43.97 | 22.86 | 11.65 | 3.91 |
| 58 | 46.47 | 24.16 | 12.31 | 4.14 |
| 59 | 49.24 | 25.60 | 13.05 | 4.38 |
| 60 | 52.29 | 27.19 | 13.86 | 4.65 |
| 61 | 55.41 | 28.81 | 14.68 | 4.93 |
| 62 | 58.83 | 30.59 | 15.59 | 5.24 |
| 63 | 62.56 | 32.53 | 16.58 | 5.57 |
| 64 | 66.64 | 34.65 | 17.66 | 5.93 |
| 65 | 70.35 | 36.58 | 18.64 | 6.26 |
| 66 | 76.49 | 39.77 | 20.27 | 6.81 |
| 67 | 83.46 | 43.40 | 22.12 | 7.43 |
| 68 | 91.35 | 47.50 | 24.21 | 8.13 |
| 69 | 100.61 | 52.32 | 26.66 | 8.95 |
| 70 | 109.25 | 56.81 | 28.95 | 9.72 |
| 71 | 119.04 | 61.90 | 31.55 | 10.59 |
| 72 | 130.05 | 67.63 | 34.46 | 11.57 |
| 73 | 142.56 | 74.13 | 37.78 | 12.69 |
| 74 | 156.98 | 81.63 | 41.60 | 13.97 |
| 75 | 171.02 | 88.93 | 45.32 | 15.22 |

*ADB is not available with face amounts of less than $25,000. These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

5

## Prudential Guaranteed Life (For Policies $25,000-$99,999)

Standard rates per $1,000 - A policy constant must be added to the total premium.

Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

### UNISEX

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 6.41 | 7.71 | 3.59 | 4.01 | 1.83 | 2.04 | 0.67 | 0.68 |
| 16 | 7.16 | 7.96 | 3.72 | 4.14 | 1.90 | 2.11 | 0.64 | 0.71 |
| 17 | 7.44 | 8.21 | 3.85 | 4.27 | 1.96 | 2.17 | 0.66 | 0.73 |
| 18 | 7.62 | 8.41 | 3.96 | 4.37 | 2.02 | 2.23 | 0.68 | 0.75 |
| 19 | 7.78 | 8.55 | 4.05 | 4.45 | 2.06 | 2.26 | 0.69 | 0.76 |
| 20 | 7.96 | 8.72 | 4.14 | 4.54 | 2.11 | 2.31 | 0.71 | 0.78 |
| 21 | 8.23 | 8.98 | 4.28 | 4.67 | 2.18 | 2.38 | 0.73 | 0.80 |
| 22 | 8.52 | 9.27 | 4.44 | 4.82 | 2.26 | 2.46 | 0.76 | 0.83 |
| 23 | 8.85 | 9.58 | 4.60 | 4.98 | 2.35 | 2.54 | 0.79 | 0.85 |
| 24 | 9.17 | 9.89 | 4.77 | 5.14 | 2.43 | 2.62 | 0.82 | 0.88 |
| 25 | 9.52 | 10.24 | 4.95 | 5.32 | 2.52 | 2.71 | 0.85 | 0.91 |
| 26 | 9.85 | 10.58 | 5.12 | 5.50 | 2.61 | 2.80 | 0.88 | 0.94 |
| 27 | 10.19 | 10.93 | 5.30 | 5.68 | 2.70 | 2.90 | 0.91 | 0.98 |
| 28 | 10.55 | 11.30 | 5.49 | 5.88 | 2.80 | 3.00 | 0.94 | 1.01 |
| 29 | 10.94 | 11.70 | 5.69 | 6.09 | 2.90 | 3.10 | 0.97 | 1.04 |
| 30 | 11.33 | 12.10 | 5.89 | 6.29 | 3.00 | 3.20 | 1.01 | 1.08 |
| 31 | 11.75 | 12.53 | 6.11 | 6.52 | 3.11 | 3.32 | 1.05 | 1.12 |
| 32 | 12.18 | 12.97 | 6.33 | 6.74 | 3.23 | 3.44 | 1.08 | 1.15 |
| 33 | 12.64 | 13.45 | 6.57 | 6.99 | 3.35 | 3.56 | 1.12 | 1.19 |
| 34 | 13.13 | 13.96 | 6.83 | 7.26 | 3.48 | 3.70 | 1.17 | 1.24 |
| 35 | 13.62 | 14.46 | 7.08 | 7.52 | 3.61 | 3.83 | 1.21 | 1.28 |
| 36 | 14.14 | 15.00 | 7.35 | 7.80 | 3.75 | 3.98 | 1.26 | 1.34 |
| 37 | 14.69 | 15.57 | 7.64 | 8.10 | 3.89 | 4.12 | 1.31 | 1.39 |
| 38 | 15.27 | 16.17 | 7.94 | 8.41 | 4.05 | 4.29 | 1.36 | 1.44 |
| 39 | 15.86 | 16.78 | 8.25 | 8.73 | 4.20 | 4.44 | 1.41 | 1.49 |
| 40 | 16.47 | 17.42 | 8.56 | 9.05 | 4.36 | 4.61 | 1.47 | 1.55 |
| 41 | 17.10 | 18.07 | 8.89 | 9.39 | 4.53 | 4.79 | 1.52 | 1.61 |
| 42 | 17.76 | 18.76 | 9.24 | 9.76 | 4.71 | 4.98 | 1.58 | 1.67 |
| 43 | 18.44 | 19.47 | 9.59 | 10.13 | 4.89 | 5.16 | 1.64 | 1.73 |
| 44 | 19.14 | 20.20 | 9.95 | 10.50 | 5.07 | 5.35 | 1.70 | 1.79 |
| 45 | 19.87 | 20.96 | 10.33 | 10.90 | 5.27 | 5.56 | 1.77 | 1.87 |
| 46 | 20.78 | 21.90 | 10.81 | 11.39 | 5.51 | 5.81 | 1.85 | 1.95 |
| 47 | 21.72 | 22.88 | 11.29 | 11.89 | 5.76 | 6.07 | 1.93 | 2.03 |
| 48 | 22.68 | 23.87 | 11.79 | 12.41 | 6.01 | 6.33 | 2.02 | 2.13 |
| 49 | 23.65 | 24.88 | 12.30 | 12.94 | 6.27 | 6.60 | 2.10 | 2.21 |
| 50 | 24.66 | 25.94 | 12.82 | 13.49 | 6.53 | 6.87 | 2.19 | 2.30 |
| 51 | 25.75 | 27.07 | 13.39 | 14.08 | 6.82 | 7.17 | 2.29 | 2.41 |
| 52 | 27.07 | 28.44 | 14.08 | 14.79 | 7.17 | 7.53 | 2.41 | 2.53 |
| 53 | 28.51 | 29.94 | 14.83 | 15.57 | 7.56 | 7.94 | 2.54 | 2.67 |
| 54 | 30.09 | 31.57 | 15.64 | 16.41 | 7.97 | 8.36 | 2.68 | 2.81 |
| 55 | 31.78 | 33.33 | 16.53 | 17.34 | 8.42 | 8.83 | 2.83 | 2.97 |
| 56 | 33.39 | 35.01 | 17.36 | 18.20 | 8.85 | 9.28 | 2.97 | 3.11 |
| 57 | 35.14 | 36.84 | 18.27 | 19.15 | 9.31 | 9.76 | 3.13 | 3.28 |
| 58 | 37.05 | 38.83 | 19.27 | 20.20 | 9.82 | 10.29 | 3.30 | 3.46 |
| 59 | 39.16 | 41.03 | 20.36 | 21.33 | 10.38 | 10.88 | 3.49 | 3.66 |
| 60 | 41.50 | 43.46 | 21.58 | 22.60 | 11.00 | 11.52 | 3.69 | 3.86 |
| 61 | 43.86 | 45.93 | 22.81 | 23.89 | 11.62 | 12.17 | 3.90 | 4.08 |
| 62 | 46.45 | 48.63 | 24.15 | 25.28 | 12.31 | 12.89 | 4.13 | 4.32 |
| 63 | 49.28 | 51.59 | 25.63 | 26.83 | 13.06 | 13.67 | 4.39 | 4.60 |
| 64 | 52.36 | 54.81 | 27.23 | 28.50 | 13.88 | 14.53 | 4.66 | 4.88 |
| 65 | 55.57 | 57.77 | 28.69 | 30.04 | 14.62 | 15.31 | 4.91 | 5.14 |
| 66 | 59.89 | 62.66 | 31.14 | 32.58 | 15.87 | 16.60 | 5.33 | 5.58 |
| 67 | 65.23 | 68.18 | 33.92 | 35.45 | 17.29 | 18.07 | 5.81 | 6.07 |
| 68 | 71.28 | 74.45 | 37.07 | 38.72 | 18.89 | 19.73 | 6.34 | 6.62 |
| 69 | 78.34 | 81.75 | 40.74 | 42.51 | 20.76 | 21.66 | 6.97 | 7.27 |
| 70 | 84.50 | 88.58 | 44.15 | 46.06 | 22.50 | 23.48 | 7.56 | 7.89 |
| 71 | 92.32 | N/A | 48.03 | N/A | 24.46 | N/A | 8.22 | N/A |
| 72 | 100.65 | N/A | 52.34 | N/A | 26.67 | N/A | 8.96 | N/A |
| 73 | 110.13 | N/A | 57.26 | N/A | 29.18 | N/A | 9.80 | N/A |
| 74 | 120.98 | N/A | 62.91 | N/A | 32.06 | N/A | 10.77 | N/A |
| 75 | 133.79 | N/A | 69.57 | N/A | 35.45 | N/A | 11.91 | N/A |

**6** These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

## Prudential Guaranteed Life (For Policies $100,000 +)

Standard rates per $1,000 - A policy constant must be added to the total premium.
Please refer to the section "HOW TO CALCULATE PRUDENTIAL PREMIUMS"

### UNISEX

| Issue Age | Annual | | Semi-Annual | | Quarterly | | Prumatic | |
|---|---|---|---|---|---|---|---|---|
| | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB | Without ADB | With ADB |
| 15 | 5.31 | 6.11 | 2.76 | 3.18 | 1.41 | 1.62 | 0.47 | 0.54 |
| 16 | 5.55 | 6.35 | 2.89 | 3.31 | 1.47 | 1.68 | 0.49 | 0.56 |
| 17 | 5.80 | 6.60 | 3.02 | 3.44 | 1.54 | 1.75 | 0.52 | 0.59 |
| 18 | 6.03 | 6.82 | 3.14 | 3.55 | 1.60 | 1.81 | 0.56 | 0.61 |
| 19 | 6.18 | 6.95 | 3.21 | 3.61 | 1.64 | 1.84 | 0.55 | 0.62 |
| 20 | 6.39 | 7.15 | 3.32 | 3.72 | 1.69 | 1.89 | 0.57 | 0.64 |
| 21 | 6.65 | 7.40 | 3.46 | 3.85 | 1.76 | 1.96 | 0.59 | 0.66 |
| 22 | 6.96 | 7.70 | 3.62 | 4.00 | 1.84 | 2.04 | 0.62 | 0.69 |
| 23 | 7.27 | 8.00 | 3.78 | 4.16 | 1.93 | 2.12 | 0.65 | 0.71 |
| 24 | 7.61 | 8.33 | 3.96 | 4.33 | 2.02 | 2.21 | 0.68 | 0.74 |
| 25 | 7.96 | 8.68 | 4.14 | 4.51 | 2.11 | 2.30 | 0.71 | 0.77 |
| 26 | 8.30 | 9.03 | 4.32 | 4.70 | 2.20 | 2.39 | 0.74 | 0.80 |
| 27 | 8.65 | 9.39 | 4.50 | 4.88 | 2.29 | 2.49 | 0.77 | 0.84 |
| 28 | 9.02 | 9.77 | 4.69 | 5.08 | 2.39 | 2.59 | 0.80 | 0.87 |
| 29 | 9.41 | 10.17 | 4.89 | 5.29 | 2.49 | 2.69 | 0.84 | 0.91 |
| 30 | 9.83 | 10.60 | 5.11 | 5.51 | 2.60 | 2.80 | 0.87 | 0.94 |
| 31 | 10.28 | 11.06 | 5.35 | 5.76 | 2.72 | 2.93 | 0.91 | 0.98 |
| 32 | 10.74 | 11.53 | 5.58 | 5.99 | 2.85 | 3.06 | 0.96 | 1.03 |
| 33 | 11.22 | 12.03 | 5.83 | 6.25 | 2.97 | 3.18 | 1.00 | 1.07 |
| 34 | 11.74 | 12.57 | 6.10 | 6.53 | 3.11 | 3.33 | 1.04 | 1.11 |
| 35 | 12.28 | 13.12 | 6.39 | 6.83 | 3.25 | 3.47 | 1.09 | 1.16 |
| 36 | 12.85 | 13.71 | 6.68 | 7.13 | 3.41 | 3.64 | 1.14 | 1.22 |
| 37 | 13.44 | 14.32 | 6.99 | 7.45 | 3.56 | 3.79 | 1.20 | 1.28 |
| 38 | 14.08 | 14.98 | 7.32 | 7.79 | 3.73 | 3.97 | 1.25 | 1.33 |
| 39 | 14.73 | 15.65 | 7.66 | 8.14 | 3.90 | 4.14 | 1.31 | 1.39 |
| 40 | 15.42 | 16.37 | 8.02 | 8.51 | 4.09 | 4.34 | 1.37 | 1.45 |
| 41 | 16.13 | 17.10 | 8.39 | 8.89 | 4.27 | 4.53 | 1.44 | 1.53 |
| 42 | 16.89 | 17.89 | 8.78 | 9.30 | 4.48 | 4.75 | 1.50 | 1.59 |
| 43 | 17.67 | 18.70 | 9.19 | 9.73 | 4.68 | 4.95 | 1.57 | 1.66 |
| 44 | 18.49 | 19.55 | 9.61 | 10.16 | 4.90 | 5.18 | 1.65 | 1.74 |
| 45 | 19.35 | 20.44 | 10.06 | 10.63 | 5.13 | 5.42 | 1.72 | 1.82 |
| 46 | 20.25 | 21.37 | 10.53 | 11.11 | 5.37 | 5.67 | 1.80 | 1.90 |
| 47 | 21.19 | 22.35 | 11.02 | 11.62 | 5.62 | 5.93 | 1.89 | 1.99 |
| 48 | 22.15 | 23.34 | 11.52 | 12.14 | 5.87 | 6.19 | 1.97 | 2.08 |
| 49 | 23.19 | 24.42 | 12.06 | 12.70 | 6.15 | 6.48 | 2.06 | 2.17 |
| 50 | 24.25 | 25.53 | 12.61 | 13.28 | 6.43 | 6.77 | 2.16 | 2.27 |
| 51 | 25.43 | 26.75 | 13.22 | 13.91 | 6.74 | 7.09 | 2.26 | 2.38 |
| 52 | 26.70 | 28.07 | 13.88 | 14.59 | 7.08 | 7.44 | 2.38 | 2.50 |
| 53 | 28.07 | 29.50 | 14.60 | 15.34 | 7.44 | 7.82 | 2.50 | 2.63 |
| 54 | 29.57 | 31.06 | 15.38 | 16.15 | 7.84 | 8.23 | 2.63 | 2.76 |
| 55 | 31.19 | 32.74 | 16.22 | 17.03 | 8.27 | 8.68 | 2.78 | 2.92 |
| 56 | 32.69 | 34.31 | 17.00 | 17.84 | 8.66 | 9.09 | 2.91 | 3.05 |
| 57 | 34.31 | 36.01 | 17.84 | 18.72 | 9.09 | 9.54 | 3.05 | 3.20 |
| 58 | 36.06 | 37.84 | 18.75 | 19.68 | 9.56 | 10.03 | 3.21 | 3.37 |
| 59 | 38.03 | 39.90 | 19.78 | 20.75 | 10.08 | 10.58 | 3.38 | 3.55 |
| 60 | 40.19 | 42.15 | 20.90 | 21.92 | 10.65 | 11.17 | 3.58 | 3.75 |
| 61 | 42.35 | 44.42 | 22.02 | 23.10 | 11.22 | 11.77 | 3.77 | 3.95 |
| 62 | 44.72 | 46.90 | 23.25 | 24.38 | 11.85 | 12.43 | 3.98 | 4.17 |
| 63 | 47.32 | 49.63 | 24.61 | 25.81 | 12.54 | 13.15 | 4.21 | 4.42 |
| 64 | 50.15 | 52.60 | 26.08 | 27.35 | 13.29 | 13.94 | 4.46 | 4.68 |
| 65 | 52.69 | 55.29 | 27.40 | 28.75 | 13.96 | 14.65 | 4.69 | 4.92 |
| 66 | 56.81 | 59.58 | 29.54 | 30.98 | 15.05 | 15.78 | 5.06 | 5.31 |
| 67 | 61.46 | 64.41 | 31.96 | 33.49 | 16.29 | 17.07 | 5.47 | 5.73 |
| 68 | 66.71 | 69.88 | 34.69 | 36.34 | 17.68 | 18.52 | 5.94 | 6.22 |
| 69 | 72.84 | 76.25 | 37.88 | 39.65 | 19.30 | 20.20 | 6.48 | 6.78 |
| 70 | 78.43 | 82.11 | 40.78 | 42.69 | 20.78 | 21.76 | 6.98 | 7.31 |
| 71 | 84.75 | N/A | 44.07 | N/A | 22.46 | N/A | 7.54 | N/A |
| 72 | 91.82 | N/A | 47.75 | N/A | 24.33 | N/A | 8.17 | N/A |
| 73 | 99.84 | N/A | 51.92 | N/A | 26.46 | N/A | 8.89 | N/A |
| 74 | 109.06 | N/A | 56.71 | N/A | 28.90 | N/A | 9.71 | N/A |
| 75 | 119.90 | N/A | 62.35 | N/A | 31.77 | N/A | 10.67 | N/A |

These rates are effective 1/1/09 and are subject to change at Prudential's discretion. Your rate is based on your age on the effective date of your policy.

# Rate Calculation Sheet

Number of Units per $1,000
(E.g. $10,000 = 10 Units)

_87_

Rate per $1,000
(Refer to rate charts based on
amount of coverage being converted)

_28.44_

Policy constant per premium mode
(Refer to page 4:

_85_

- $85.00 = annual mode
- $45.00 = semi-annual mode
- $23.00 = quarterly mode
- $8.00 = monthly mode (Prumatic))

Number of Units x Rate per $1,000 + Policy Constant = Premium

_2559.28_

Please note that your rate will be based on your age on the
effective date of your policy.

8

Group Basic and Optional Term Life Insurance coverages are issued by
The Prudential Insurance Company of America, a New Jersey company,
751 Broad Street, Newark, NJ 07102-3777. (Contract Series: 83500)

© 2010 The Prudential Insurance Company of America.

Prudential and the Rock logo are registered service marks of
The Prudential Insurance Company of America. www.prudential.com.
California COA #1179, NAIC #68241.

0177151-00002-00                                    114888



**PBGC**
Protecting America's Pensions

## NORTEL NETWORKS RETIREMENT INCOME PLAN

PBGC Case Number:                                                      21391900
Date of Plan Termination (DOPT):                              July 17, 2009

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.
We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

Participant's Information
-----------------------------------

| | |
|---|---|
| Name: | MARK PHILLIPS |
| Social Security Number: | XXX-XX-9179 |
| Gender: | Male |
| Date of Birth: | 06/27/1960 |
| Date of Hire: | 02/01/1988 |
| Last Date Benefits Earned | 12/31/2007 |
| Bankruptcy Petition Date: | 01/14/2009 |
| Date of Termination of Employment: | Actively Employed at Date of Plan Termination |
| Normal Retirement Date: | 07/01/2025 |

Beneficiary's Information
-----------------------------------

| | |
|---|---|
| Name: | MARGARET PHILLIPS |
| Social Security Number: | XXX-XX-7199 |
| Date of Birth: | 05/15/1960 |

Summary of Participant's Benefit
-----------------------------------------------

| | |
|---|---|
| Actual Retirement Date (ARD): | 07/01/2015 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $455.03 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $409.80 |

Our records indicate that you are currently receiving Long Term Disability (LTD) from Nortel Networks.
While you are receiving LTD benefits from Nortel Networks, you are considered an active employee. Your
plan does not allow participants to receive pension benefits while they are active employees. Therefore, the
Actual Retirement Date shown above is for illustrative purposes only.


**PBGC**
Protecting America's Pensions

You may not commence your pension benefit until your Normal Retirement Date if Nortel Networks continues paying LTD benefits. If Nortel Networks discontinues paying LTD benefits prior to your Normal Retirement Date, you may commence your pension benefit on or after the plan's Earliest Retirement Date (age 55). Your pension benefit at your Early Retirement Date would be reduced based on the Early Retirement provisions of your plan.

## YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
-----------------------------------------------------------------

| | |
|---|---|
| Years of Vesting Service: | 21 |
| Vesting Percentage: | 100% |

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
---------------------------

| | | |
|---|---|---|
| (1) | Pension Service Plan (PSP) Account Balance at ARD: | $73,405.65 |
| (2) | Plan's Present Value Factor for Conversion to a Straight Life Annuity at ARD: | 161.3196 |
| (3) | PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:<br>(1) / (2) = $73,405.65 / 161.3196 = | $455.03 |
| (4) | Plan's Adjustment Factor for Joint-and-50% Survivor Annuity: | 0.90060 |
| (5) | PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:<br>(3) x (4) = $455.03 x 0.90060 = | $409.80 |



**PBGC**
Protecting America's Pensions

# Benefit Estimation

## NORTEL NETWORKS RETIREMENT INCOME PLAN

PBGC Case Number:                                 **21391900**
Date of Plan Termination (DOPT):              **July 17, 2009**

Please verify the following information. If you find discrepancies, contact PBGC at 1-800-400-7242.
We will send a formal benefit determination when we have reviewed all data and plan provisions.

### YOUR BENEFIT SUMMARY

Participant's Information
-----------------------------------

| | |
|---|---|
| Name: | MARK PHILLIPS |
| Social Security Number: | XXX-XX-9179 |
| Gender: | Male |
| Date of Birth: | 06/27/1960 |
| Date of Hire: | 02/01/1988 |
| Last Date Benefits Earned | 12/31/2007 |
| Bankruptcy Petition Date: | 01/14/2009 |
| Date of Termination of Employment: | Actively Employed at Date of Plan Termination |
| Normal Retirement Date: | 07/01/2025 |

Beneficiary's Information
-------------------------------

| | |
|---|---|
| Name: | MARGARET PHILLIPS |
| Social Security Number: | XXX-XX-7199 |
| Date of Birth: | 05/15/1960 |

Summary of Participant's Benefit
---------------------------------------------

| | |
|---|---|
| Actual Retirement Date (ARD): | 07/01/2025 |
| PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity: | $962.99 |
| PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity: | $867.27 |

### YOUR BENEFIT CALCULATION

Pension Information used for Benefit Calculation
----------------------------------------------------------------

| | |
|---|---|
| Years of Vesting Service: | 21 |
| Vesting Percentage: | 100% |



**PBGC**
Protecting America's Pensions

# Benefit Estimation

Your plan froze benefit accruals on 12/31/2007. This means that the size of your plan's benefits will generally not increase beyond that date, so your participation, salary and benefit service earned after 12/31/2007 were not included in the calculation of your accrued benefit. However, service from 12/31/2007 to the earlier of the date you terminate employment or your plan's Bankruptcy Petition Date is included for vesting purposes and eligibility for certain benefits.

Benefit Calculation
--------------------------

(1)  Pension Service Plan (PSP) Account Balance at
     ARD:                                                                    $131,458.33

(2)  Plan's Present Value Factor for Conversion to a Straight Life Annuity at
     ARD:                                                                      136.5108

(3)  PBGC Estimated Monthly Benefit at ARD as a Straight Life Annuity:
     (1) / (2) = $131,458.33 / 136.5108 =                                       $962.99

(4)  Plan's Adjustment Factor for Joint-and-50% Survivor
     Annuity:                                                                   0.90060

(5)  PBGC Estimated Monthly Benefit at ARD as a Joint-and-50% Survivor Annuity:
     (3) x (4) = $962.99 x 0.90060 =                                            $867.27

# Exhibit J

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

## Mark Alan Phillips

# Retirement & Survivors Benefits

Social Security Online

Office of the Chief
Actuary

 **Life Expectancy Calculator**

Change Gender/Date
of Birth
Life Expectancy
Home Page
Retirement Planner
Retirement Estimator
Survivors Planner
Other Things to
Consider
Apply for Benefits
Online

The following table lists the **average number** of additional years a male born on June 27, 1960, can expect to live when he reaches a specific age.

| At Age | Additional Life Expectancy (in years) | Estimated Total Years |
|---|---|---|
| 52 and 3 months[a] | 29.7 | 82.0 |
| 62 | 22.0 | 84.0 |
| 67[b] | 18.2 | 85.2 |
| 70 | 16.0 | 86.0 |

[a] Your current age.
[b] Your normal (or full) retirement age.

**Note:** The estimates of additional life expectancy:

- do not take into account a wide number of factors such as current health, lifestyle, and family history that could increase or decrease life expectancy.

- are based on
    - the gender and date of birth you entered (your cohort) and
    - information from our cohort life expectancy tables.
      (Some of the information can be found in the 2012 Trustees Report.)

Estimate as of Monday October 8, 2012 10:02:45 EDT.

David D. Bird, Clerk of Court
**United States Bankruptcy Court**
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Dear Honorable Judge Gross and Mr. Bird,

I made a mistake in relying on a United States Postal employee to address the envelopes for my objection since they did so incorrectly ( I am unable to write). I am sorry if the objection has arrived late. The Postal employee addressed the courts' copy to the debtor's attorney. As soon as I realized their mistake I over-nighted a new package to the court. (See enclosed copy of duplicate postal receipts.)

Thank you,

Mark Phillips

FROM: (PLEASE PR
Mark P
6117 Tre
Lake Pa

FOR PICKUP OR TR
Visit www.usps.
1-800-222-1811

EI 664173725 US

POSTAL SERVICE USE ONLY)

PHONE (
hillips
Trevor Simpson Dr,
K NC
28079

TRACKING
ps.com

NY
Attn, Robert
J. Ryan
ZIP
10006