## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: **Oct. 22, 2012 at 10 a.m.** |
| | **Hearing Date:** Feb. 12, 2013 at 10 a.m. |
| | **RE:** D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

**Scott David Howard** (the LTD Employee) of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this Objection to Debtors' Motion for entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, **Scott David Howard** respectfully represents as follows:

---

[1]     The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## **BACKGROUND**

1. When offered my position by Nortel/Bay Networks I accepted under the
conditions that I would receive salary and benefit compensation. These terms
influenced my decision to choose the position over others in order to support
myself and dependents.

2. I started with Nortel/Bay Networks in 1997 as a senior pre-sales sales engineer. I
was responsible for a regional quota close to 100 million dollars a year. I provided
customer designs, proposals, demonstrations, evaluations, technical support and
training. I was required to sign a yearly contract that I would meet or exceed my
quota or risk termination (the same as a sales person). I met and exceeded our
teams goals yearly, received numerous honor circle awards and a circle of
excellence award for top achievers. I clearly held up my side of the bargain,
helping Nortel Networks become a global leader.

3. Since 2004, I have suffered severe chronic lumbar pain conditions as the result of
an accident. I continued to work until 2009, when disk degeneration and nerve
complications forced me onto Short Term Disability (STD). On December 1, of
2009, since my condition had only worsened, I was then forced to Long Term
Disability (LTD). Since then I have undergone two operations to help alleviate
my constant pain and inability to lift and limitations of sitting and standing. Now
at age 55, I will undergo a third operation in the next couple months. According to
my neurosurgeon, if this is not successful, due to further damage and scar tissue,
the next step would be a L4/5 spinal fusion operation.

4.  I have been classified by my family doctor and my neurosurgeon, as well as the Social Security Administration as disabled. As stated above, I have been on LTD since December of 2009. This information was shared with Prudential, and I was informed the LTD benefits plan was insured and protected by Prudential Insurance Company under group plan # 039900 which is the same plan number as my life insurance.

5.  This has been a constant source of stress since my condition became severe in 2009. If I had known my insurance benefits would not be upheld, I would have sought independent insurance outside Nortel Networks.

**RELIEF REQUESTED**

6.  I request that the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067] be rejected.

7.  I request the Debtors compensate me in full for my LTD benefits to age 65 that Nortel became liable for once I became totally disabled, my Total Claim is **$796,003.32** per my Proof of Claim (see exhibit A).

8.  I request that there is no interruption in disbursement of LTD benefit (or compensation of same) as the impact to me would be both financially and medically devastating.

**BASIS FOR RELIEF**

9.  As a qualified sales engineer for any one of several fortune 500 tech companies, I
    made the decision to continue my career with Nortel Networks because of the
    quality of benefits for myself and my family. Information from Nortel's Summary
    Plan Description (SPD), HR seminars, my manager and written and verbal
    communication from Nortel  HR and Prudential all verified the plan was insured
    and I would receive disability benefits (as well as other benefits in the plan) until
    age 65.

10. I was hired on with an insured plan with Bay Networks, then when Nortel
    acquired Bay Networks, I was assured by HR my plan benefits did not change.
    Several phone conversations and company and Prudential communications all led
    me to believe this plan was indeed an insured LTD plan. Also, both the life
    insurance and LTD were under the same group policy.

11. After being told numerous times my LTD was insured under Prudential's group
    disability plan (#039900 the same as their life insurance plan) on multiple
    occasions, I was later approved for LTD. Also, just recently, I found a document
    posted on our 1102 committee website health and welfare trust fund (H&WTF)
    that explicitly says the H&WTF was protected and administered by Bank of
    America (see exhibit B). In section 4.1 of that document it explicitly states "shall
    be held for the exclusive purpose of providing plan benefits". So in either case
    these funds should have been protected. So I was told we were insured by
    Prudential and then "self-insured" by Nortel through a protected trust fund.

12. After communicating with the above company resources representing insurance benefits, I was repeatedly told my LTD was guaranteed. Therefore, it was my understanding Nortel Networks would authorize my LTD benefits until age 65. This benefit was offered and guaranteed until Nortel Networks abandoned their responsibility to the Long Term Disability participants. I should not be penalized for the inconsistencies and ambiguities of Nortel Networks contracts and communications.

13. Fiduciary obligations are not served when an essentially insolvent benefit is offered; Nor when same agent seeks to terminate employment to expressly deny LTD benefits.

14. Nortel Networks is well within their means to meet the contractual obligations with all the LTD employees that generated the Debtors assets. Fulfilling the LTD benefits obligation is in no way detrimental to the ability of Nortel Networks to "recover" as they are indeed liquidating. This is life and death for the LTD base vs. the portfolio healthy investors.

15. If my LTD benefits are taken away It will be financially devastating and I will not be able to receive the care I need. Even with my current treatment, the lightest of physical activity still causes extreme pain. Since I am already disabled I will not be eligible for independent LTD benefits. After repeated guarantees of my LTD benefits, Nortel Networks became liable when Prudential validated my LTD claim.

## EXHIBITS

- There are several documents and verbal/written communications that have been either not made available to me yet or have been objected to by Nortel-. When I am able to get those, I will provide them to the court.

1.  Proof of Claim.

2.  Bay Networks LTD plan information 2A and 2B

3.  Nortel Networks Health and Welfare Policy – page 5, section 4.1

4.  Prudential letters 4A and 4B

5.  Prudential web portal

6.  LTD summary plan document 2009

7.  W2 showing Employer as Prudential Insurance Company

8.  Flex Benefits8A and 8B

9.  Prudential Overpayment Agreement

10. LTD payment detail

11. Group LTD "Insurance" authorization

## NOTICE

2.      Notice of this Objection has been provided to (a) counsel to the Debtors; (b) the United States Trustee for the District of Delaware; (c) counsel to the LTD 1102 Committee; and (d) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. **Scott David Howard** respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE**, **Scott David Howard** respectfully requests the entry of an Order, in the form attached:

1.      Reject the Debtors motion to Terminate the LTD Plans and LTD Employees [DI#8067].

2.      Compel the Debtors to compensate Scott David Howard in full for LTD benefits projected to age 65; Total Claim being **$796,003.32.**

3.      Order that there is no interruption in disbursement of LTD benefit (or compensation for same) to **Scott David Howard.**

Dated:  October 18, 2012

Scott David Howard
2050 Cabiao Road
Placerville, CA 95667
Telephone:  530-676-2207
Facsimile:  N/A
Email:sdhoward56@gmail.com

*Appearing Pro Se*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[2] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 8067** |

**ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE
DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS
AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Upon consideration of the Objection to entry of an order authorizing the Debtors

to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD

employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of

the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
        Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

[2]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Proof Of Claim

**WHO IS THIS "PROOF OF CLAIM" BEING SUBMITTED FOR?**                                  Scott David Howard

**WHAT IS THE NORTEL GLOBAL ID # OF THIS INDIVIDUAL?**                                  4717294

**WHAT WAS THE DATE THAT YOU WERE FORCED ONTO LONG-TERM DISABILITY?**                   December 1, 2009

**WHAT IS YOUR AGE  (As Of January 1, 2013) ...**

Years                                                                                   56
Months                                                                                  0
AUTOMATICALLY CALCULATED FOR YOU - AGE IN MONTHS AS OF JANUARY 1, 2013                   672
AUTOMATICALLY CALCULATED FOR YOU - MONTHS UNTIL YOU REACH AGE "65"                       108

**YOUR ANNUAL SALARY PER YOUR 2013 FLEX BENEFITS CONFIRMATION STATEMENT**               $160,480.00

**IF YOU HAD A 401K AND SIGNED UP FOR Capital Accumulation Retirement Plan (CARP) Contributions ...**
WHAT WAS THE % CARP CONTRIBUTION IDENTIFIED TO YOU BY NORTEL (PLEASE ENTER 0.02 OR 0.04)?    0.02
AUTOMATICALLY CALCULATED FOR YOU - MONTHLY CONTRIBUTION BY NORTEL INTO YOUR 401K ...         $3,209.60          $28,886.40

**FROM NORTEL HR MEMO ENTITLED "TERMINATION NOTIFICATION"**

SEVERANCE PERIOD                                                                        19
AUTOMATICALLY CALCULATED FOR YOU - SEVERANCE PAY                                        $3,086.15          $58,636.92

**FROM YOUR MOST RECENT PRUDENTIAL PAY STUB (EX. September 2012 LTD Paystub) ...**
"GROSS" MONTHLY SICK PAY FROM PRUDENTIAL                                                $8,915.00          $962,820.00
SSDI  MONTHLY OFFSET                                                                    $2,355.00          $254,340.00
Medicare Part B Reimbursement Per LTD Plan                                              $-                 $-
AUTOMATICALLY CALCULATED FOR YOU - NET PAY                                              $6,560.00          $708,480.00

**Estimates On What Replacement Coverage Would Cost You**
MEDICAL CARE                                                                            $-                 $-
SUBSIDIZED PRESCRIPTION PLAN                                                            $-                 $-
DENTAL/VISION/HEARING CARE                                                              $-                 $-
CORE EMPLOYEE LIFE INSURANCE                                                            $-                 $-
ACCIDENTAL DEATH & DISMEMBERMENT                                                        $-                 $-

**CLAIM GRAND TOTAL**                                                                                      $796,003.32

Exhibit 1

Exhibit 2A


Bay Networks

Bay Networks, Inc.
1997 U.S. Benefits Handbook





## A Note about Worker's Compensation

If you become disabled and are unable to work due to a *work-related* illness or injury, you will receive a combination of worker's compensation and short term disability benefits. These two programs are integrated so you will receive up to a maximum benefit amount equal to your short term disability election. Employees living outside California should consider how much they would need in the event of a work-related disability before making an election.

### If You Are a California Employee...

You will automatically be enrolled in the Voluntary STD Plan. While you do have the option of electing California's State Disability Insurance (SDI) Plan, the cost is the same. You will contribute 0.6% of your taxable wages up to a maximum annual amount of $100,000. However, the benefits available under the Voluntary STD Plan are greater.

Under the Voluntary STD Plan, you will receive 100% of your pre-disability income[1] for the first 60 days of your disability. For the remaining 30 days, you will receive 80% of your pre-disability income. The benefits you receive are not taxable.

### If You Are an Employee Outside California...

You have a choice of two STD Plans — the Premium STD Plan or the Basic STD Plan.

- Under the **Premium Plan**, you will receive 100% of your pre-disability income[2] for the first 60 days of your disability; for the remaining 30 days, you will receive 80% of your pre-disability income. If you elect this Plan, you pay 0.6% of covered wages up to a maximum of $317 per year. Because you pay for this coverage on an after-tax basis, the benefits you receive are not taxable.

- Under the **Basic Plan**, you will receive 70% of your income for the first 90 days of your disability. While Bay Networks pays for this coverage, any benefits you receive will be taxable.

### Long Term Disability (LTD)

If you are totally disabled (as determined by your doctor) and unable to work after 90 days, you may be eligible to receive additional income-replacement benefits through the Long Term Disability (LTD) Plan. The LTD Plan pays benefits equal to 60% of your pre-disability monthly base pay (or EMC) to a maximum monthly benefit of $12,000.

While Bay Networks pays the cost of your LTD Plan, it's up to you to decide the tax treatment. If you elect:

- Pre-tax — you *will not* pay taxes on the value of the Company-paid premium; however any benefits you receive will be taxable

- After-tax — you *will* pay taxes each pay period on the value of the Company-paid premium; however, any benefits you receive will be tax-free

You may change your election during Open Enrollment or as a result of an eligible family status change (as described on page 2). However, there is a 3-year look-back period if you change your LTD payment selection. The IRS requires the insurance company to review how LTD premiums were paid during the three years before a disability occurred. LTD benefit payments are based on the way premiums were paid over that three year period. If you have been employed less than three years, LTD benefits are paid proportionally to the way LTD premiums were paid over the period of employment.

[1] The California contribution is expected to go to 1% of $31,767 of actual contribution level to be determined by the state of California in late 1998.

[2] Your disability income is reduced by your gross pay, so taxes reduce it by statutory taxes.



# Quick Reference Guide

As you can see, Bay Networks offers a comprehensive package of benefits to accommodate a wide range of needs. This Handbook has been designed to provide you with an overview of these benefits; however, you are likely to have some questions about one or more of these benefits at some time. This Guide connects you to a variety of information resources you can refer to whenever you have a question.

If you have any general benefits questions, we encourage you to visit the benefits section of the *Bay Networks Human Resources Web Site* at:

### http://bayweb/hr/

This on-line tool contains a variety of benefits resource information and forms. Or, call the *Benefits Help Line* at 1-800-755-8023, ext. 57499.

If you want to speak to someone regarding a particular plan — for example, you have a question regarding a medical claim or you want to check your 401(k) balance — contact the appropriate provider or plan administrator, as listed in this Guide. The address (for submitting claims, etc.) and group number are listed only if applicable.

You can also link to many of the plan administrators' web sites via the *Bay Networks Human Resources Web Site* at: **http://bayweb/hr/**

| Plan Administrator | Address | Group Number | Phone Number |
|---|---|---|---|
| **Medical Plans** | | | |
| **United HealthCare** (formerly MetraHealth) | United HealthCare P.O. Box 30990 Salt Lake City, UT 84150-0990 | 144657 | 1-800-468-7092 |
| **PCS** | | | 1-800-966-5772 |
| **PCS Mail Order Service** | PCS Mail Service P.O. Box 961066 Fort Worth, TX 76161-9854 | | |
| **Harvard Pilgrim HMO** | | 4106 | 1-800-542-1499 |
| | | | 1-888-333-4742 (as of 1/1/97) |
| **Kaiser Permanente HMO** | | 27089 | 1-800-464-4000 |
| **Lifeguard HMO** | | 530 | 1-800-995-0380 |
| **Dental and Vision Plans** | | | |
| **MetLife** | MetLife Group Dental Claims P.O. Box 2078 Aurora, IL 60507-2078 | 214657 | 1-800-850-0205 1-800-474-7574 |
| **Vision Service Plan** | Vision Service Plan 333 Quality Drive Rancho Cordova, CA 95670 | | 1-800-622-7444 1-800-877-7195 |
| **Employee Assistance Program (EAP)** | | | |
| **CONCERN** | | | 1-800-344-4222 |
| **Life and AD&D Insurance** | | | |
| **Trans-General** | Trans-General Life Insurance P.O. Box 1840 Hartford, CT 06144-1840 | 9035229-G | 1-800-443-3221 |
| **Disability Insurance** | | | |
| **Matrix (STD)** | Matrix P.O. Box 11035 San Jose, CA 95103 | 99-1317 | (08)455-4700 1-800-284-9355 (outside CA) |
| **UNUM (LTD)** | | 100671002 | 1-800-421-2008 |
| **Flexible Spending Accounts** | | | |
| **Kaufmann & Goble** | Kaufmann & Goble Associates 10 Almaden Blvd. San Jose, CA 95113-2226 | | (08)298-1170 1-800-350-1170 |

*Exhibit 2b*

## LIFE INSURANCE

### Basic Life and Accidental Death & Dismemberment (AD&D)
You automatically receive Company-provided Basic Life and AD&D equal to two times your salary. Please note that the *value* of any coverage amount above $50,000 for Life Insurance is taxable. To avoid taxation, you may elect $50,000 by notifying the Benefits Department. See the U.S. Benefits Handbook for details.

### Supplemental and Dependent Life
If you want Supplemental and Dependent Life Insurance, make your elections below. See the U.S. Benefits Handbook for rates and evidence of insurability details.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ☐ Smoker / ☒ Non-smoker |
| **Spouse** | Birth Date | 5 / 18 / 58 | ☐ $10,000 | ☐ $25,000 | ☒ $50,000 | ☐ $75,000 | ☐ $100,000 |

## DISABILITY INSURANCE

### Short-Term Disability (STD) (for employees living outside California only)
Employees living *outside* California must make an STD election ⇒   ☐ Premium Plan (100%/80%)   ☒ Basic Plan (70%)     *NO - lives in CA*
contribution required     no contribution required

California employees are automatically covered under the Voluntary STD Plan, unless coverage under State Disability Insurance is elected.

### Long-Term Disability (LTD)
The Company pays the cost of LTD by funding your premiums. You decide whether you want to pay taxes on the benefit or on the premium.

☒ **Pre-Tax** (no current cost to you; you pay taxes on the benefit received)     ☐ **After-Tax** (you pay taxes on the premium; benefits are tax-free)

## FLEXIBLE SPENDING ACCOUNTS (FSAs)

Indicate if you would like to participate in a Health Care FSA and/or Dependent Day Care FSA and fill in your annual contribution amount(s). To calculate your contribution per pay period, divide the annual contribution amount by the number of remaining pay periods this year.

| **Health Care FSA** | **Dependent Day Care FSA** |
|---|---|
| ☒ I do not want to participate   ☐ I want to participate | ☒ I do not want to participate   ☐ I want to participate |
| Enter the *total* amount you would like to have deducted from your date of hire through the end of the plan year. | Enter the *total* amount you would like to have deducted from your date of hire through the end of the plan year. |
| ⇒ $ _____ | ⇒ $ _____ |
| Minimum Annual Contribution = $130 | Minimum Annual Contribution = $260 |
| Maximum Annual Contribution = $2,000 | Maximum Annual Contribution = $5,000 |

## BENEFICIARY DESIGNATION

Designate your primary and secondary Life, Supplemental Life (if elected), AD&D, and Business Travel Accident Insurance beneficiary(ies). Designations must be in whole percentage amounts. The primary and secondary percent columns must *each* add up to 100%. Unless otherwise indicated, you are automatically the beneficiary of any Dependent Life Insurance coverage elected.

| Primary Beneficiary(ies) | Social Security Number | Relationship | Percent |
|---|---|---|---|
| Marreen Howard | Redacted – Personal Information | WIFE | 100 % |
|  |  |  |  |

In the event that your primary beneficiary(ies) are no longer living, indicate secondary beneficiary(ies) below.

| Secondary Beneficiary(ies) | Social Security Number | Relationship | Percent |
|---|---|---|---|
| Cierra Howard | Redacted – Personal Information | Daughter | 50 |
| Scott Howard JR. |  | Son | 50 |

## EMPLOYEE AUTHORIZATION

I authorize Bay Networks to deduct any contributions from my salary for the preceding coverages. I certify the above information is correct and complete.

**Employee Signature** _____     Date   3 / 24 / 97

White & Yellow = Benefits Department   Pink = Employee

$\mathcal{E}xhibir3$

**4.1 Prohibition against Diversion.** The assets of the Fund shall never inure to the benefit of any Employer and shall be held for the exclusive purposes of providing Plan benefits to eligible Employees and their Qualified Dependents, paying taxes, and defraying reasonable expenses of Plan administration as provided for in this Trust, except as provided in section ERISA § 403(c).

**4.2 Investment Authority.** The Fund may be invested and reinvested without distinction between principal and income. Subject to the foregoing Section 4.1, any restrictions imposed by ERISA, or any other applicable law, and consistent with any funding method/policy for the Plans communicated by the Company to the Trustee:

(a) **Property Investment.** The Trustee is authorized to retain or sell property contributed to the Fund and to invest and maintain investment of part or all of the Fund in any common or preferred stocks, bonds (including United States retirement plan bonds), common or pooled stock funds or mutual funds, whether managed by the Trustee or others, insurance contracts, notes, debentures, mortgages, or any other property, whether real, personal or mixed and regardless of where located, in the same manner that a prudent man would do under similar circumstances with due regard for the purposes of the Plans;

(b) **Cash holdings.** The Trustee may hold a reasonable portion of the Fund in cash and may deposit cash in any depository selected by it (including Bank of America or any other bank or financial institution) pending investment or payment of expenses or benefits; and

(c) **Cash investments.** The Trustee shall keep cash, other than cash held under subsection (b) above, earning a reasonable interest rate in accounts in any banking or similar financial institution which is supervised by the United States or a State or in demand notes and interests in demand notes, Treasury Bills or short-term negotiable commercial paper.

**4.3 Establishment of Funding Policy.** The Plan Administrator shall, under the Plans, establish and carry out a funding policy consistent with the purposes of the Plans and the requirements of applicable law. The funding policy may be changed by the Plan Administrator as appropriate. As part of the funding policy, the Plan Administrator shall direct the Trustee to exercise its investment discretion to provide sufficient cash assets in an amount determined by the Plan Administrator, under the funding policy then in effect, to be necessary to meet the liquidity requirements for the administration of the Plans.

**4.4 Trustee's Adherence to Funding Policy.** The discretion of the Trustee in investing and reinvesting the principal and income of the Trust Fund shall be subject to the funding policy, and any changes in the funding policy that the Plan Administrator may, under the Plans, adopt and communicate to the Trustee in writing. It is the duty of the Trustee to act strictly in accordance with the funding

5

NNI-LTD-00000533



Claims Services Provided by

**The Prudential Insurance Company of America**

Janie Reid
Disability Claim Manager

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718  Ext: 85599
Fax: (877) 889-4885
Website: www.prudential.com/disability

November 17, 2009

Scott S Howard
2050 Cabiao Rd
Placerville, CA 95667

Claimant: Scott S Howard
Claim No.: 11188539
Date of Birth:
Control No./Br.: 39900 / 0B05

IIılıılılılıllııllılıılllıill

Dear Mr. Howard:

We have completed our review of your claim for Long Term Disability (LTD) benefits under the
Nortel Group LTD Plan. We have determined that you are eligible for benefits effective
December 1, 2009.

In order to receive benefits under the Nortel Group LTD Plan, covered employees must meet all
contractual requirements including the following definition of Disability:

"You are considered Totally Disabled for LTD when a Physician submits documentation that is
approved by the Claims Administrator as establishing that you are unable to perform the
essential functions of your job. This means that you cannot perform the work you were
normally performing at the time of your disability with or without reasonable accommodations
for the limitations resulting from your Illness or Injury. In addition, you must be under the
regular care of the Physician who certifies your Total Disability and that Physician must have
treated you personally for the Illness or Injury causing the Total Disability for at least 31 days
before making the certification. The proof that your Physician submits must be written proof of
objective clinical documentation (i.e. lab tests, x-rays, medical reports, etc.) of your Total
Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its
discretion. Independent Medical Evaluations (IME's) may also be required at the Company's
expense in order to arrive at this final determination. Your benefit will be denied if you do not
provide such objective proof of your Claim within the required timeframe.

During the first 18-months of a covered Total Disability (from the first date of STD), you will
be considered unable to work if you cannot perform the work you were normally performing at
the time of your disability with or without reasonable accommodations for the limitations
resulting from your Illness or Injury. After the first 18-months of covered Total Disability
(from the first date of STD), you will be considered unable to work if you are unable to perform
any reasonable occupation. A "reasonable occupation" is any job you are or could become
qualified to do with your education, training or experience."

In addition, the plan further states that:

Disabilities due to sickness or injury, which as determined by the Claims Administrator, are
primarily abased on self-reported symptoms, have limited pay period during your lifetime.
The pay period limitations are at the discretion of the Administrator and if objective medical

and clinical evidences not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated. Self-reported symptoms mean the manifestations of your condition, which you tell your doctor, that are not verifiable using tests, procedures, and clinical examinations normally accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to, headache, pain, fatigue, stiffness and soreness, ringing in the ears, dizziness, numbness and loss of energy.

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury that would allow return to active work. Reasonable accommodations may include, but are not limited to:

- General Accommodations – removal of structural, communication or other barriers.
- Job Related Accommodations
  - Part-time or Modified Work Schedules
  - Home Based Work
  - Reassignment to Vacant Positions
  - Acquisition or modification of tools, equipment, and/or furniture
  - Modifications to Business Travel Schedules.

A Physician means a licensed practitioner of the healing arts acting within the scope of his or her license. When a Total Disability is caused by any condition other than a medically determinable physical impairment, a Physician means a legally qualified Physician who specializes in the practice of psychiatric medicine or has by reason of training or experiences a specialized competency in the field of psychiatric medicine sufficient to give the necessary evaluation and treatment of mental Illness.

LTD benefits begin as soon as you have been Totally Disabled for the 26-consecutive week waiting period.

The Plan also has the following 24-month Behavioral Illness Limitation:

For total disabilities due to mental disorders, nervous disorders or chemical dependency (as determined by the Claims Administrator), the LTD maximum benefit period is limited to 24 months if treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the date ending that 24- month period, benefits will continue during your Hospital confinement.

Prudential will be responsible for determining if your disability meets the above definitions of Disability, and has the right to require that you be examined by a Physician of our choosing.

Benefits will be payable on a monthly basis and have been calculated as follows:

| | |
|---|---|
| Monthly Salary | $13,373.33 |
| Scheduled LTD Benefit  (66.667%) | $8,915.60 |
| Less Spousal Life Premiums | -$15.00 |
| Less Child Life Premiums | -$1.19 |
| Less Dental/Vision/Hearing Premium | -$38.90 |
| Adjusted Benefit | $8,860.51 |

Please be advised that LTD benefits are issued on a monthly basis and are issued approximately 7 days prior to the end of each month. Your LTD benefit is subject to Federal Income Tax (FIT) withholding and we will withhold FIT in accordance with your W4 selection.

Under the Nortel Group LTD Plan, LTD benefits will be reduced by other sources of income payable to you or your family members as a result of your disability, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

for the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,
- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),
- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and
- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:
  - o Unemployment compensation benefits,
  - o No-fault wage replacement benefits,
  - o Statutory disability benefits,
  - o Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,
  - o the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

Under the Nortel Group LTD Plan, you may be required to make "timely and diligent pursuit" of Social Security Disability Benefits (SSDB) through the Administrative Law Judge Level. We will be further contacting you in regards to assisting you in the SSDB appeal process should your claim be denied.

Please be aware that should SSDB be awarded an overpayment will occur on your claim that will need to be repaid. The Prudential will expect reimbursement of this overpayment in a lump sum in accordance with the terms of your "Reimbursement Agreement."

Once you have a date for return to work, please call 1-(800)-842-1718, or access the Disability Management Services website at www.prudential.com/inst/gldi/ at any time to provide the dates to our office. You will be prompted to provide your Social Security Number and Date of Birth to begin reporting your information. The dates entered will be reported to your Claim Manager, and your claim will be handled accordingly. You will receive written confirmation that the information has been received and your claim has been handled.

If you have questions about our decision on your claim, you may call the number listed above. If you wish to check the status of your claim or payments, you may access our *website* at the address listed above, or call our *Interactive Voice Response System* at the number listed above.

Sincerely,
Janie Reid
Disability Claim Manager

cc:   Nortel Networks, Inc. , Benefits Administrator

Claims Services Provided by

**The Prudential Insurance Company of America**

The Prudential Insurance Company of America
Disability Management Services
PO Box 13480
Philadelphia, PA 19176

Phone: (800) 842-1718
Fax: (877) 889-4885
Website: www.prudential.com/disability

June 2, 2009

Scott S Howard
2050 Cabiao Rd
Placerville, CA  95667

Claimant: Scott S Howard
Claim No.: 11188539
Date of Birth: 00/00/0000
Control No./Br.: 39900  /  0B045

II.I...I.I..II...II..II..I.I...II...II

Dear Mr. Howard:

We have received your request for Short Term Disability (STD) benefits.  We are currently reviewing the information you submitted and will contact you if any additional information is needed.

We understand you may have questions about your claim.  We hope the "Frequently Asked Questions and Answers," which are enclosed with this letter, will be helpful to you.

If you wish to check the status of your claim, visit our website at **www.prudential.com/disability**, or call 800-842-1718.

Sincerely,
***Prudential***

NO MENTION OF
NORTEC
_____

Exhibit 46





## Claim Status

**Claim and Payment Information**

Exhibit 5

Print 🖨

### Claim Information

| Claimant Name | HOWARD , SCOTT | Claimant SSN | XXX-XX-3678 | Claimant Date of Birth | ▓▓▓▓▓ |
|---|---|---|---|---|---|
| Claim Number | 11188539 | Date of Disability | 06/02/2009 | Claim Received Date | 06/22/2009 |
| Actual RTW Date | | | | | |

### Coverage Information

| Coverage | Branch | Coverage Status | Effective Date |
|---|---|---|---|
| STD | 0B045 | Terminated | 12/01/2009 |
| LTD | 0B057 | Approved | 12/01/2009 |

### List of Payments Issued
(Click on any payment row to see additional details regarding that payment)

| | | | | | |
|---|---|---|---|---|---|
| 396 - 157737 | LTD | 09/24/2010 | 09/01/2010 | 09/30/2010 | $6,629.70 |
| 396 - 154333 | LTD | 08/25/2010 | 08/01/2010 | 08/31/2010 | $6,629.70 |
| 396 - 151024 | LTD | 07/26/2010 | 07/01/2010 | 07/31/2010 | $6,629.70 |
| 396 - 147750 | LTD | 06/24/2010 | 06/01/2010 | 06/30/2010 | $6,629.70 |
| 396 - 144390 | LTD | 05/24/2010 | 05/01/2010 | 05/31/2010 | $6,629.70 |
| 396 - 141119 | LTD | 04/26/2010 | 04/01/2010 | 04/30/2010 | $6,629.70 |
| 396 - 137848 | LTD | 03/25/2010 | 03/01/2010 | 03/31/2010 | $6,629.70 |
| 396 - 134708 | LTD | 02/22/2010 | 02/01/2010 | 02/28/2010 | $6,629.70 |
| 396 - 131198 | LTD | 01/25/2010 | 01/01/2010 | 01/31/2010 | $6,629.70 |
| 396 - 385592 | LTD | 12/18/2009 | 12/01/2009 | 12/31/2009 | $5,949.56 |

09/24/2010 03:33:11 PM EDT

• Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America, Newark, NJ and its affiliates.
© Copyright 2010 **The Prudential Insurance Company of America**, 751 Broad Street, Newark, NJ 07102-3777. All rights reserved.
Prudential is authorized to transact business in all U.S. states and the District of Columbia. Product availability varies by state.

wdms.prudential.com/.../wdmsController



Exhibit 6

# LONG-TERM DISABILITY (LTD) PLAN BENEFITS

LTD Plan benefits will be paid to you for a period of time (up to the applicable maximum period) if you become Totally Disabled by an accidental bodily Injury or Illness while you are covered under the plan and if you remain Totally Disabled (as defined under the LTD Plan).

## LTD Benefit Amount

### Core LTD Benefit

Core LTD coverage pays a monthly benefit of 55% of your pre-disability FLEX Earnings after you have been Totally Disabled and have received benefits from the STD Plan for 26 consecutive weeks. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment whichever is greater.

Core LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

### Optional LTD Benefit

Optional LTD coverage increases your coverage so that the LTD plan pays a monthly benefit of 66 2/3% of your pre-disability FLEX Earnings when you qualify for LTD Plan benefits. The minimum monthly benefit is $100 or 10% of your Gross Disability Payment, whichever is greater.

Optional LTD benefits are reduced by federal and state income tax, as well as by any other income you may receive, as described under the "Reduction of LTD Benefits Due to Other Income" section on page 24.

## Definition of "Disability" for LTD Plan Purposes

You are entitled to benefits from the LTD Plan only if you are considered "Totally Disabled". You are considered Totally Disabled initially when the Claims Administrator determines that you are unable to perform the essential functions of your job and this finding is supported by documentation from your Physician. This means that you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury. In addition, you must be under the regular care of a Physician who certifies your Total Disability and who must have treated you personally for the Illness or Injury causing the Total Disability for at least 31 days before making the certification. You must continue to be under the regular care of a Physician who certifies your Total Disability throughout the period when you claim to be Totally Disabled to receive a benefit from the LTD Plan. The Claims Administrator has the discretion to make the decision regarding whether you are Totally Disabled—not your Physician.

The proof that your Physician submits must be written proof of objective clinical documentation (i.e., lab tests, x-rays, medical reports, etc.) of your Total Disability. The Claims Administrator will approve or deny your Claim for LTD benefits at its discretion. Independent Medical Evaluations (IMEs) may also be required (either additional physical examinations and medical testing or file reviews of existing medical records), at the Company's expense, in order to arrive at this final determination. Your benefit will be denied if you do not provide such objective proof of your Claim within the required timeframe.

NNI-LTD-00000377

During the first 18 months of a covered Total Disability (from the first day of STD), you will be considered unable to work if you cannot perform the work you were normally performing at the time of your disability, with or without reasonable accommodations, due to the limitations resulting from your Illness or Injury.

After the first 18 months of covered Total Disability (from the first day of STD), you will be considered unable to work if you are unable to perform any reasonable occupation. A "reasonable occupation" is any job you are or could become qualified to do with your education, training, or experience.

Disabilities due to an Illness or Injury that, as determined by the Claims Administrator, are primarily based on self-reported symptoms, have a limited pay period during your lifetime. The pay period limitations are at the discretion of the Claims Administrator. If objective medical and clinical evidence is not submitted or changes in the treatment plan or more aggressive treatment is not commenced within a reasonable period, the benefit will be terminated.

# Reasonable Accommodations

Reasonable accommodations may be made for the limitations resulting from your Illness or Injury which would allow you to return to active work. If a reasonable accommodation has been identified, but you choose not to accept the accommodation, your Disability benefit may be discontinued. If the Company is unable to accommodate limitations resulting from your Illness or Injury, your benefit will not be affected. . Reasonable accommodations may include, but are not limited to:

- General accommodations — the removal of structural, communication, or other barriers, and

- Job-related accommodations, such as:
    o Part-time or modified work schedules,
    o Home-based work,
    o Reassignment to vacant positions,
    o Acquisition or modification of tools, equipment, and/or furniture, and
    o Modifications to business travel schedules.

NNI-LTD-00000378

# When Benefits Begin and End

You are eligible for LTD Plan benefits after you have been Totally Disabled and have received STD Plan benefits for 26 consecutive weeks, provided you give written proof of the continuation of your Total Disability beyond 26 weeks within the required timeframe and that proof is satisfactory to the Claims Administrator. The Claims Administrator remains in frequent contact with you during STD. Towards the end of your STD the Claims Administer will contact you and conduct a clinical review of your condition. If additional medical documentation is required to approve LTD, the Claims Administrator will request it from treating physicians and/or request you to submit. If medical documentation is not received by the Claims Administrator within 30 days your monthly LTD benefits and any retroactive payments could be delayed   If Claims Administrator approves continued disability, your claim will be automatically transitioned from STD to LTD and you will be notified of change.

Benefits end when your period of Total Disability ends. This happens when the first of the following occurs:

- You are no longer Totally Disabled,

- You die,

- You are no longer under the care of a Physician,

- You fail to furnish the latest required proof of the continuance of your Total Disability to the Claims Administrator or refuse to be examined by a Physician designated by the plan,

- You reach the end of the maximum benefit period for any one period of Total Disability as shown in the chart under Maximum Benefit Period, or

- Your employment with the Company ends.

## Maximum Benefit Period

The maximum length of time LTD benefits will be paid depends on your age when your Total Disability begins, according to the following schedule:

NNI-LTD-00000379

| If your disability begins at age: | Benefits will continue no longer than the following number of months after STD benefits began* : |
|---|---|
| under 60 | to age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 through 74 | 12 months |
| 75 or over | 6 months |

*Note that this is a total period of disability benefits, including both the STD benefit (capped at 26 weeks) and LTD benefits.

## Behavioral Illness Limitation

For Total Disabilities that are due in whole or in part to mental disorders, nervous disorders, or chemical dependency (as determined by the Claims Administrator), the maximum LTD benefit period is limited to 24 months if you are treated in an outpatient setting. However, if you are confined in a Hospital within 90 days following the end of that 24-month period, LTD benefits will continue during your Hospital confinement.

## If You Are Disabled Again

Once a period of Total Disability has ended and you have returned to Active Work, any new or unrelated subsequent period of Total Disability will be treated as a new and separate period of disability. However, if you are disabled again after you return to Active Work, your new period of Total Disability will be considered a continuation of your first disability if:

- It has the same cause as the first disability, or a related cause, and

    You were Actively at Work less than three consecutive months since your first disability.

If your disability is considered a continuation of your initial disability, LTD benefits are immediately payable. If your disability is a new disability, LTD benefits are payable only after you complete a new 26-week waiting period during which you are paid benefits from the STD Plan.

If you return to Active Work from STD the same day you would have become eligible for LTD and become Totally Disabled within three consecutive months of your STD return to work date due to the same or related cause, you may be eligible to commence LTD benefits.

You must be an active Employee at the time an Illness or Injury occurs to qualify for STD benefits. Therefore, once a period of Total Disability has ended (by your recovery, a finding by the Claims Administrator that benefits are no longer payable to you, or by payment of the maximum LTD benefit), you will have no LTD coverage and no STD coverage until you return to Active Work status. You will be considered Actively at Work on any of the Company's scheduled work days if you are performing the regular duties of your job on that day, in accordance with your regularly scheduled hours, either at the Company's place of business or at some location to which you are required to travel for Company business.

NNI-LTD-00000380

# Waiver of Premium

While you are receiving LTD benefits (either full or partial), you will not be required to pay premiums for any optional STD, optional LTD, or optional employee life insurance coverage you have selected. You will be required to pay premiums for optional child and/or optional spouse life insurance coverage you have selected.

# Reduction of LTD Plan Benefits Due to Other Income

LTD benefits will be reduced by other sources of income payable to you or your Dependents as a result of your disability or retirement, so that the sum of your LTD benefits and any other income will not exceed the maximum benefit level for which you are eligible. The plan also takes into account other income for which you are eligible but which you may not yet have received.

For the purposes of this plan, "other income" includes:

- Income received from any employer or from any occupation for compensation or profit, including self-employment,

- Workers' Compensation benefits (excluding payments of legal fees incurred in the Claim process),

- Disability, retirement, or unemployment benefits provided under any group insurance or pension plan or any other arrangement of coverage for individuals in a group (whether on an insured or uninsured basis), and

- Any other disability, retirement, or unemployment benefits required or provided for under any law of any government, including, but not limited to:

    o  Unemployment compensation benefits,

    o  No-fault wage replacement benefits,

    o  Statutory disability benefits,

    o  Social Security benefits (if a family offset is applicable, the family offset will be applied against your LTD benefit – regardless of whether or not a Dependent lives with you and is or is not considered a Dependent for tax purposes) and,

    o  the Canada Pension Plan, and the Quebec Pension Plan, including Dependents' benefits, but not counting any increase in benefits after STD benefit payments have started under this plan.

For example, if your monthly LTD benefit is $800, and you are also receiving $400 a month from Workers' Compensation, then your LTD benefits will be reduced to $400 a month so that your total income equals $800 a month.

For the purposes of this plan, other income will be treated as follows:

- Any periodic payments will be allocated to monthly periods,

NNI-LTD-00000381

- Any single lump-sum payment, including any periodic payments that you or your Dependents have elected to receive in a single lump sum, will be allocated to 60 monthly periods. However, any single lump-sum payment under Workers' Compensation laws will be fully offset in its entirety against any benefits otherwise payable by this plan, or

- Any periodic or single lump-sum payments received as a retroactive award may be allocated retroactively.

It is your responsibility to complete any required applications, such as for Social Security benefits, as well as undertake any necessary processes for appeal if initially denied.

If the Claims Administrator finds that the actual amount of Social Security and other income benefits is different from the amount used to determine your LTD benefits, the following rules apply:

- If LTD benefits have been underpaid, this plan will be required to make a lump-sum payment to bring the total payments to the amount that should have been paid.

- If LTD benefits have been overpaid, you will be required to make a lump-sum reimbursement payment to the plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your LTD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.

# Applying for Social Security Benefits

If you anticipate that recovery from your Illness or Injury will be long term or will result in a permanent disability, you must apply for Social Security disability benefits in a timely and diligent manner.

While your application for Social Security or other sources of disability income is pending, the plan may estimate your income from these sources and use that amount to determine your benefit under this plan. Before your Social Security benefits or other sources of disability income begin, you must sign a Reimbursement Agreement to reimburse the plan for the amount of the excess payment that you receive as an LTD benefit. If you sign this agreement, your Social Security benefit or other income will not be taken into consideration for your LTD benefits while your applications, and any subsequent appeals, are pending. However, you will have to pay the full amount of your Social Security disability benefits award or other income award (up to the amount of LTD Plan benefits that have been paid to you) to the Claims Administrator immediately on receipt of the award. The Claims Administrator will provide you with a Reimbursement Agreement during your transition from STD to LTD. (You must make a lump-sum reimbursement payment to the Plan equal to the amount of the offset for the Social Security benefit that was not taken while the Social Security (or other disability income) benefit award was pending. Contact the Claims Administrator immediately upon your receipt of notification that your Social Security (or other) benefit has been awarded. The Claims Administrator will calculate the amount of the overpayment that you must repay to the Plan. Failure to comply with this requirement of the plan will be considered grounds for immediate termination of your STD claim, your other Nortel benefit programs, and your employment. It may also result in any and all further action legally available to Nortel, including but not limited to reporting this unpaid debt to credit reporting agencies, pursuing collection through collection agencies and taking legal action to recover the amount due to the plan.

If your claim for Social Security disability benefits is denied, you must appeal at the Reconsideration level. If benefits are denied again, you must appeal at the Administrative Law Judge level.

NNI-LTD-00000382

If you do not give the plan written proof that your application for other disability benefits has been denied, the plan may estimate your weekly Social Security benefits and other income, and use that amount to determine your benefit under this plan.

# Social Security Disability Benefits and Medicare

Disabled Employees who have been receiving Social Security Disability Income (SSDI) for at least two years are eligible for Medicare. To be protected as completely as possible, you need to accept Medicare coverage (Part A and Part B) when you become eligible. You may be contacted by a representative, acting on behalf of the Company, who will assist you in the Medicare enrollment process.

Coverage under Medicare Part A is free, while coverage under Medicare Part B (Outpatient and Physician services) requires a monthly premium, which will be deducted from your monthly SSDI check. At the time you become entitled to Medicare Part B, the monthly LTD benefits you receive from the Company will be increased by the amount of the Medicare Part B premium (retroactive to January 1, 1997). The Medicare Part B premium is subject to increase each year.

Once you are enrolled in Medicare, Medicare will pay medical Claims first and the Company's medical plan will pay second. The Company will continue to pay for medical benefits it previously covered that are not covered by Medicare (such as prescription drugs).

# Mandatory Vocational Rehabilitation Program

For disabilities beginning on or after January 1, 1999, you will be required to take part in an "approved rehabilitation program" to help you get back to work if you are deemed able to be rehabilitated while you are receiving LTD benefits. (Refusal to participate in an approved rehabilitation program could result in termination of your LTD benefits.)

An approved rehabilitation program is:

- A program of vocational rehabilitation, or

- A period of part-time work with the Company for purposes of rehabilitation which is recommended by your Physician and approved by the Claims Administrator and the Plan Administrator. This period will begin when your Physician, the Claims Administrator, and the Plan Administrator approve such a program in writing and will end when your Physician, the Claims Administrator, and the Plan Administrator withdraw their approval.

Each rehabilitation program is an individually tailored, goal-oriented program designed to return you to gainful employment.

You may continue to receive LTD benefits for a limited time while in an approved rehabilitation program. During this period, your regular monthly LTD benefits will be reduced by 50% of your earnings from your rehabilitative job so that the sum of your LTD benefits and any other income you earn does not exceed 85% of your pre-disability FLEX Earnings.

Here is an example:

| Monthly LTD Benefits From the Plan | $1,600 |
|---|---|
| Rehabilitative Earnings | $300 |

NNI-LTD-00000383

| 50% Reduction | $150 |
|---|---|
| Net LTD Benefits From the Plan | $1,750 |

If the plan determines that it is within your ability to become self-supporting through a rehabilitation program, the plan may pay certain expenses of such a program, at the discretion of the Plan Administrator. The maximum payment is $10,000.

If this applies to you, you will be notified of the type and duration of expenses covered, and the conditions for payment, if you agree to undertake the program.

# Cost-of-Living Adjustment

For disabilities beginning on or after July 1, 1994 but before January 1, 2000, prior plan provisions provide a cost-of-living adjustment (COLA) for LTD benefits. This adjustment applies to your core and optional LTD benefits each year after the first year of LTD. This adjustment increases your total LTD benefits by 60% of the annual Consumer Price Index (CPI) increase, up to 6% per year as determined by the Company. For example, if you are receiving a $2,000 LTD benefit and the CPI increases by 4%, your benefit will increase by 2.4% to $2,048. This benefit becomes payable in the first calendar month following the one-year anniversary date that your LTD benefits began and is increased each year thereafter (when a CPI increase applies), beginning the same calendar month as your first COLA increase.

The LTD plan does not provide a COLA increase for LTD benefits for disabilities beginning on or after January 1, 2000.

# Exclusions

LTD benefits will not be paid for any disability that is in any way caused by any of the following:

- Intentionally self-inflicted Injury, including a disability or Injury that results from the use of hallucinogenic or narcotic drugs, except when legally prescribed by a Physician and taken in accordance with the Physician's direction,

- Your participation in the commission of an assault or felony,

- War or any act of war (declared or undeclared), insurrection, or rebellion, or your participation in a riot or civil commotion,

- A Preexisting Condition (as described below),

- A disability or Injury that occurs while you are on a personal leave of absence, a military leave of absence, or while not Actively at Work, or

- A disability or Injury that occurs after a period of Total Disability has ended, but prior to your returning to Active Work.

# Preexisting Conditions Exclusion

If you are a newly hired Employee, you will not be covered for LTD benefits if a Total Disability occurs within 12 months after your LTD Plan coverage is initially effective, and if the disability is caused by or in any way related to a "Preexisting Condition" that existed within 90 days of your coverage Effective Date.

NNI-LTD-00000384

A "Preexisting Condition" is an Illness, Injury, or condition for which you:

- Received treatment or services from a Physician,
- Took drugs or medicines prescribed by a Physician,
- Incurred expenses, or
- Received a diagnosis.

A "Preexisting Condition" is also a disability or Injury that occurs:

- While on a personal leave of absence, a military leave of absence, or while not Actively at Work, or
- After a period of Total Disability has ended, but prior to your returning to Active Work.

The Preexisting Condition exclusion will not apply to Employees who become covered under the Nortel Networks FLEX program due to the acquisition of their employer by the Company and their employer's subsequent election to cover its Employees under the LTD plan as an Affiliate.

# OCCUPATIONAL DISABILITY BENEFITS

Disability benefits may be payable to you for an occupational disability. Occupational disabilities are those caused by:

- An Injury arising out of, or in the course of, any employment for wage or profit, or
- A disease covered with respect to such employment by any Workers' Compensation law, occupational disease law, or similar legislation.

This benefit is provided on the same terms as the benefit for a non-occupational disability. (See Reduction of LTD Benefits Due to Other Income on page 18.) Disability benefits are provided as a supplement to your Worker's Compensation pay. Total disability benefits paid will not exceed the applicable LTD benefit amounts.

# OTHER IMPORTANT INFORMATION

## A Note about State Disability Laws

In certain locations, state-mandated disability plans supersede the Company's plans. As a result, applicable state disability law may alter the provisions described in this summary.

## Limits on Assignments

Benefits under the plans may be assigned only as a gift assignment. The Claims Administrator will not:

- Be responsible for determining the validity of a purported gift assignment, or

NNI-LTD-00000385

OMB No. 1545-0008

| Employer's name, address, and ZIP code | 1 Wages, tips, other comp.<br>78,727.20 | 2 Federal income tax withheld<br>19,681.80 |
|---|---|---|
| PRUDENTIAL INSURANCE CO OF AMERICA<br>GROUP INSURANCE - PREMIUM ACCOUNTING<br>PO BOX 70190<br>PHILADELPHIA PA 19176 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

| d Control number<br>39900 | b Employer's ID number<br>22-1211670 | a Employee's social security number<br>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 | 7 Social security tips |
|---|---|---|---|

| e Employee's name, address, and ZIP code | 12 See instructions for box 12 |
|---|---|
| SCOTT D HOWARD<br>2050 CABIAO RD<br>PLACERVILLE CA 95667 | |

| 8 Allocated tips | | 10 Dependent care benefits | 14 Other |
|---|---|---|---|

| 13 | 11 Nonqualified plans | | |
|---|---|---|---|
| Statutory employee ☐ | | | |
| Retirement plan ☐ | 15 State Employer's state I.D. #<br>CA\01613058 | 16 State wages, tips, etc.<br>78,727.20 | 17 State income tax |
| Third-party sick pay ☒ | | | |
| | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement 2011

Dept. of the Treasury -- Internal Revenue Service

Exhibit 7

Exhibit 8A



# N🜨RTEL

**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *.  Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details.

| | |
|---|---|
| Name: | Scott Howard |
| Global ID: | 4714294 |
| Date of Birth: | 12/06/1956 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 160480.00 |
| Event: | Annual Enrollment |
| Prepared On: | 11/11/2010 |

DEC  9 2010

K, ...

Your current Benefit coverage (if available) is noted on pages 1, 2, 3, and 4.

## AFTER-TAX SELECTIONS

| Medical<br>(Any negative costs represent Benefit Credit Income to you) | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | $ 25.66 | $ 55.44 | $ 76.17 | $ 114.28 |
| 90/70 PPO, Anthem | $ 41.88 | $ 93.78 | $ 121.13 | $ 186.86 |
| * Waived Medical | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 0.00 (a)

Does your spouse/DP have access to employer-provided medical coverage elsewhere?    ___ yes ___ no
If you choose yes, a spousal/DP bi-weekly access fee of $50 will apply.  See Enrollment Guide for additional information.

Bi-weekly Fee: $ 0.00 (b)

| Dental/Vision/Hearing Care | You<br>Only | You &<br>Child(ren) | You &<br>Spouse/DP | You &<br>Family |
|---|---|---|---|---|
| Dental/Vision/Hearing, Comp | $ 5.43 | $ 10.98 | $ 11.11 | $ 16.69 |
| * Dental/Vision/Hearing, Plus | $ 10.93 | $ 22.01 | * $ 22.16 | $ 33.25 |
| Dental/Vision/Hearing, Waived | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Your Cost Per-Pay-Period: $ 0.00 (c)

**Health Care Reimbursement Account**                Minimum    Maximum

Plan not available in 2011                                Annual Contribution: _____ (d)

**Dependent Care Reimbursement Account**             Minimum    Maximum

Plan not available in 2011                                Annual Contribution: $ _____ (e)

**Page 1 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (a through e) in the right column of this worksheet and enter the total here.

$ 0.00 (f)

Highly Confidential - LTD Committee Advisor Eyes Only

Scott Howard                    4714294                    11/11/2010                    Page 2

---

## AFTER-TAX SELECTIONS (continued)

### Short Term Disability

You are not eligible to receive this benefit at this time.                    $ 0.00 (g)

### Long Term Disability

$ 0.00 (h)

---

### Core Employee Life Insurance
Core coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

| | |
|---|---|
| 50,000 Core Life Insurance | $ 0.00 |
| * 1x Benefits Earnings | $ 0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| 1x Benefits Earnings | $ 11.15 | $ 11.59 |
| 2x Benefits Earnings | $ 22.22 | $ 23.11 |
| 3x Benefits Earnings | $ 33.37 | $ 34.70 |
| 4x Benefits Earnings | $ 44.45 | $ 46.22 |
| 5x Benefits Earnings | $ 55.59 | $ 57.82 |
| * No Optional Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.                    $ 0.00 (i)

---

### Dependent Life Insurance - Spouse/Domestic Partner (DP)
The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (j).

| | |
|---|---|
| * No Coverage | $ 0.00 |
| $10,000 | $ 0.69 |
| $25,000 | $ 1.73 |
| $50,000 | $ 3.46 |
| $75,000 | $ 5.19 |
| $100,000 | $ 6.92 |

$ 0.00 (j)

---

**Page 2 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.                    $ 0.00 (k)

---

Highly Confidential - LTD Committee Advisor Eyes Only                    NNI-LTD-00007415

| Scott Howard | 4714294 | 11/11/2010 | Page 3 |
| --- | --- | --- | --- |

## AFTER-TAX SELECTIONS (continued)

**Dependent Life Insurance - Child(ren)**
Cost shown is the total for all Child(ren). Age limits may apply.

| | |
| --- | --- |
| No Coverage | $ 0.00 |
| $5,000 Per Child | $ 0.18 |
| $10,000 Per Child | $ 0.36 |
| * $15,000 Per Child | $ 0.55 |

$ _0.00_ (l)

| Accidental Death and Dismemberment | You Only | You & Family |
| --- | --- | --- |
| 1x Benefits Earnings | $ 0.82 | $ 1.49 |
| 2x Benefits Earnings | $ 1.63 | $ 2.96 |
| 3x Benefits Earnings | $ 2.45 | $ 4.45 |
| * 4x Benefits Earnings | * $ 3.26 | $ 5.93 |
| 5x Benefits Earnings | $ 4.08 | $ 7.41 |
| No Optional AD&D Coverage | $ 0.00 | $ 0.00 |

You may only retain or decrease you current coverage level during this enrollment.

$ _0.00_ (m)

**Page 3 Subtotal: Cost Per-Pay-Period**
Add the amounts shown above (l plus m) in the right column of this worksheet and enter the total here.

$ _0.00_ (n)

**Effect on Your Pay**

Enter the total cost per-pay-period of your selections here:

$ _0.00_ (f+k+n)

NOTE: Please double-check your selections above. These selections are final.
Please keep a copy of this completed worksheet for your personal records. If you complete your enrollment using the Employee Self
Service Enrollment Tool, please print your confirmation statement.

Highly Confidential - LTD Committee Advisor Eyes Only

Scott Howard                                    4714294                    11/11/2010                    Page 4

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program. Refer to your Benefits enrollment materials for a definition of eligible dependents. If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at ESN 355-9351, 919-905-9351, or toll-free at 1-800-676-4636.

**Relationship Code**
S = Spouse
D = Domestic partner (see NOTE below)
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

|  | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| Add<br>Delete<br>Change | Morreen Howard | | Spouse | F | 05-18-1958 |
| Add<br>Delete<br>Change | Cierra Howard | Redacted – Personal Information | Child | F | 05-07-1988 |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |

NOTE: Call Shared Services at ESN 355-9351, 919-905-9351, or 1-800-676-4836 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

**Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly.**

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

Scott Howard
2050 Cabiao Rd

Placerville, CA  95667

Highly Confidential - LTD Committee Advisor Eyes Only



**United States Benefits
Confirmation Statement**

This confirms your Benefits selections and costs, which take effect 01/01/2011. These selections remain in effect unless your eligibility changes or you make changes due to a Status Change. If any information on this Confirmation Statement is not accurate, please call HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636 immediately.

This also confirms that, as part of your ongoing participation in Nortel's compensation and benefit programs, you agree to disclosure of personal information by Nortel and its plan and program administrators and custodians to third parites, as required, to facilitate administration and reporting.

| | |
|---|---|
| Name: | Scott Howard |
| Global ID: | 4714294 |
| Date of Birth: | 12/06/1956 |
| Pay Frequency: | US Bi-weekly |
| Benefits Earnings: | $ 160480.00 |
| Event:s | Annual Enrollment |
| Event Date: | 11/29/2010 |
| Prepared On: | 01/06/2011 |

## Total Cost Summary

This summary is for Benefits that are already approved. If any coverage is pending, your costs may change later when approval is received. **Please make sure your dependent information (listed on the next page) is accurate.**

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Coverage Level | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|---|
| **Medical Care** | | | | |
| Waived Medical | WAIV | $ 0.00 | $ 0.00 | $ 540.80 |
| **Dental/Vision/Hearing Care** | | | | |
| WAIV | WAIV | $ 0.00 | $ 0.00 | $ 0.00 |
| **Short-Term Disability** | | | | |
| 66 2/3% of Coverage Amt. Shown | | $ 0.00 | $ 0.00 | $1,048.06 |
| **Long-Term Disability** | | | | |
| Raise-66 2/3%of Cov.Amt.Shown | | $ 6.79 | $176.54 | $ 0.00 |
| **Total Cost of Your Before-Tax Selections:** | | $ 6.79 | $176.54 | $1,588.86 |

### CONFIRMED AFTER-TAX SELECTIONS

| Benefit/Option | Employee Cost Per Pay Period | Employee Cost Per Year | Nortel Cost Per Year |
|---|---|---|---|
| **Core Employee Life Insurance** | | | |
| 1x Benefits Earnings | $ 0.00 | $ 0.00 | $251.16 |
| **Optional Employee Life Insurance** | | | |
| No Optional Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Spouse/DP** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Dependent Life Insurance - Child(ren)** | | | |
| No Coverage | $ 0.00 | $ 0.00 | $ 0.00 |
| **Accidental Death & Dismemberment** | | | |
| 4x Benefits Earnings Single | $ 3.26 | $ 84.76 | $ 0.00 |
| **Total Cost of Your After-Tax Selections:** | $ 3.26 | $ 84.76 | $251.16 |

** If an increase was selected for Optional Life and/or Spousal/DP Life Insurance, a Health Statement must be completed and returned to the address listed on the form within 31 days of the date you made your selections. Once approved for this increased coverage, the higher cost shown will be deducted from your pay check.

## DEPENDENT INFORMATION

Please confirm that the dependents below are accurately reflected. The coverage level indicates the corresponding enrollment in benefit plans and should also be checked for accuracy. Please note: all eligible dependents have access to the Employee Assistance Program (EAP). If you need to make any corrections to your dependent information, contact HR Shared Services at ESN 355-9351, 919-905-9351 or toll-free at 1-800-676-4636

**Relationship Code**
S = Spouse
D = Domestic partner
C = Child (until age 26)
K = Child of domestic partner

**Gender**
M = Male
F = Female

| Name | Soc. Sec. Number | Relationship | Gender | Date of Birth |
|------|------------------|--------------|--------|---------------|
| Morreen Howard | xxx-xx-6676 | S | F | 05-18-1958 |

Scott Howard
2050 Cabiao Rd

Placerville, CA  95667

 Exhibit 9

**Please retain one copy for your records.**

## OVERPAYMENT REIMBURSEMENT SERVICE AGREEMENT

RE: SCOTT D. HOWARD

To:   Allsup, Inc.
      300 Allsup Place
      Belleville, IL 62223
      Phone: 1-888-554-6771

I acknowledge that if I obtain a Social Security disability benefit award, an amount equal to all or a portion of any retroactive Social Security benefit must be repaid to Prudential Financial or its successors, transferees or assigns ("Prudential Financial") in accordance with the terms of my disability benefit plan (the "Obligation"). I authorize Allsup, Inc. to receive funds from me and to forward them to Prudential Financial to be applied against the Obligation.

_____          _____

Signature                                    Date

ZP84856700/JLK/KKB/7-21-08,Date Prepared 3/1/10

Prudential Insurance Company of America

Disability Claim Services Provider



If you have any questions about this claim, please contact

**DISABILITY MANAGEMENT SERVICES**
PO BOX 13480
PHILADELPHIA           PA   19176
800-842-1718



Date
January 25, 2011

| | |
|---|---|
| CNTRL# | 0039900 |
| CLAIM# | 11188539 |
| ID# | XXX-XX-3678 |

BENEFITS ADMINISTRATOR
NORTEL NETWORKS, INC.
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK   NC  27709-3010

CLAIMANT   SCOTT D HOWARD

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 8,915.60 | 01/01/2011 | 01/31/2011 |
| - SSDB | 2,355.00 | BENEFIT AMOUNT | 8,915.60 |
| - Mandatory FIT | 1,640.15 | LESS OFFSET | 2,355.00 |
| | | ADD'L BENEFITS | 0.00 |
| | | | 6,560.60 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 6,560.60 |
| | | LESS DEDUCTIONS | 1,640.15 |
| | | AMOUNT PAYABLE | 4,920.45 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/inst/gldi and select the online option.

Date:  January 25, 2011

Deposit Amount:    $4,920.45

| Direct Deposit Distribution | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX2468 | $4,920.45 |

To the Accounts of

SCOTT HOWARD
2050 CABIAO RD
PLACERVILLE        CA   95667

This is not a Check

Not Negotiable

# Exhibit 11


**Prudential**

**Group Disability Insurance**

The Prudential Insurance Company of America
Disability Management Services
P.O. Box 13480, Philadelphia, PA 19176
Tel: 800-842-1718    Fax: 877-889-4885
http://www.prudential.com/disability

**Group Disability Insurance Authorization**

**1** **Claimant's Information**

First Name: S C O T T    MI: D    Last Name: H o w a r d

Social Security Number: 5 9 0 1 5 3 6 7 8    Employee Phone Number: 5 3 3 8 7 6 2 2 0 7    Claims Number:

**2** **Authorization for Release of Information to Prudential Insurance Company**

This authorization is intended to comply with the HIPAA Privacy Rule.

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided treatment, payment, or services to me or on my behalf ("My Providers") to disclose my entire medical record and any other health information concerning me to the Prudential Insurance Company of America (Prudential) and its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

I authorize any insurance company, employer, the Social Security Administration, or other person or institutions to provide any information, data, or records relating to my Social Security, Workers' Compensation, credit, financial, earnings, activities, or employment history to Prudential.

Unless limits* are shown below, this form pertains to all of the records listed above.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct My Providers to release and disclose my entire medical record without restriction.

This information is to be disclosed under this Authorization so that Prudential may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) obtain reinsurance; 3) administer coverage; and 4) conduct other legally permissible activities that relate to any coverage I have or have applied for with Prudential.

This authorization shall remain in force for 24 months following the date of my signature below, while the coverage is in force, except to the extent that state law imposes a shorter duration. A copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Prudential at: P.O. Box 13480, Philadelphia, PA 19176. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Prudential has a legal right to contest a claim under any insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and is no longer covered by federal rules governing privacy and confidentiality of health information.

I understand that if I refuse to sign this authorization to release the entire medical record, Prudential may not be able to process my claim for benefits and may not be able to make any benefit payments. I understand that I have the right to receive a copy of this authorization.

*Limits, if any:

X _____    Date (MM/DD/YYYY): 10 / 18 / 2010
Employee's Signature (indicate how related if signed by other than claimant)

**NOTICE TO MONTANA RESIDENTS:** You or your authorized representative are entitled to receive a copy of this Authorization, and upon request, a record of any subsequent disclosures of personal or privileged information.

Prudential and the Rock logo are registered service marks of The Prudential Insurance Company of America and its affiliates.