## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

Objection Deadline: Oct. 22, 2012 at 10 a.m.
Hearing Date:     Feb. 12, 2013 at 10 a.m.
RE:             D.I. # 8067

---

**OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

**Steven H. Addison (the "Define Party") of the above -captioned debtors and debtors-in-possession ( the " Debtors"), hereby submits this Objection to Debtor's Motion for entry of an order authorizing the Debtors' to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees. In support of this Objection, Steven H. Addison respectfully represents as follows:**

# BACKGROUND

**1.   I AM 63 YEARS OLD AS OF JULY 16,2012 AND BECAME DISABLED ON APRIL 25,1985 ON THE JOB ACCIDENT ,WHICH WAS WORKERS COMPENSATION AT NORTELS LOCATION IN THE ARLINTON,TX. OFFICES.**

**2. I WORKED AT THE ARLINGTON PLANT AS THEIR MAINTENANCE ENGINEER FROM JULY 16,1984 TO PRESENT.**

**3. I RECEIVED A CRIPPLING BACK AND NERVE INJURY,ALSO TO MY SPINAL AREA AFTER BEING ELECTROCUTED AND FALLING. I HAVE NUMBNESS IN MY LEGS AT CERTAIN TIMES DUE TO THE NERVE DAMAGE AND I FALL FROM**

---

[1]   The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

TIME TO TIME WITHOUT ANY WARNING. THE DOCTOR SAID THAT THERE IS NOTHING THAT CAN BE DONE ABOUT THIS.

4. IN 2001, THE NUMBNESS IN MY LOWER BACK DUE TO MY BACK INJURY MADE ME FALL  AND MY TAILBONE STRUCK THE CORNER OF OUR COFFEE TABLE. NOW, IT IS CROOKED AND SIDEWAYS AND STAYS SWOLLEN CONSTANTLY. I ALREADY HAD TROUBLE SLEEPING,WALKING SITTING, OR STANDING. NOW, I HAVE TO SLEEP DIRECTLY ON MY BACK OR STOMACH. I'M IN SO MUCH PAIN THAT I WAKE UP EVERY 10 TO 15 MINUTES. I ADVERAGE MAYBE 2 TO 3 HOURS OF SLEEP A NIGHT, IF I AM LUCKY.  THE DOCTORS SAY THAT THERE IS NO WAY TO FIX YOUR TAIL BONE. I HAVE SEEN SEVERAL DOCTORS ABOUT THIS.

5. IN MARCH 2003, I HAD TO HAVE A LEFT BREAST RADICAL MASTECTOMY DUE TO BREAST CANCER AND IT LEFT ME WITH LIMITED MOBILITY IN MY LEFT SHOULDER AND ARM. NOW I HAVE SEVERE PAIN IN MY SHOULDER TO MY ELBOW WHEN I TRY TO USE MY LEFT ARM SUCH AS TO SCRATCH MY HEAD OR TO USE IT NORMALLY.

6. IN DECEMBER 2006, I HAD A MAJOR HEART ATTACK WHICH PUT ME IN THE HOSPITAL. I NOW HAVE TO TAKE 3 MORE KINDS OF MEDICATIONS WHICH ARE VERY EXPENSIVE TO BUY ON THE LIMITED AMOUNT OF PRESCRIPTION COVERAGE FROM NORTEL'S MEDCO COVERAGE. I CAN'T AFFORD MY MEDICATIONS,CO-PAYS  AND DUE TO THE SMALL AMOUNT OF LTD PAYMENTS FROM PRUDENTIAL INSURANCE. I HAVE NEVER RECEIVED ANY COST OF LIVING RAISE ON LTD. I HAVE ONLY SEEN MY LTD PAY GO DOWN DUE TO THE  COST OF INSURANCE PREMIUMS GOING UP EACH AND EVERY YEAR.

7. IN 2005, I HAD TO HAVE EYE SURGERY REPLACING THE LENS ON MY LEFT EYE DUE TO CATARACTS. NOW, I HAVE BEEN TOLD BY THE EYE DOCTOR THAT I HAVE GLAUCOMA IN MY LEFT EYE AND NOW NEED EYE SURGERY ON MY RIGHT EYE TO RELACE THE LENS DUE TO CATARACTS. I AM UNABLE TO AFFORD THIS SURGERY DUE TO THE CO-PAYS AND THE LIMITED AMOUNT THAT THE INSURANCE WILL PAY FOR THE PRECEDURE. I CAN BARELY SEE OUT OF MY RIGHT EYE AND I STILL HAVE WHAT THEY CALL FLOATERS IN MY LEFT EYE LIMITING MY VISION IN IT.

### RELIEF REQUESTED

8. I REQUEST THAT THE DEBTORS MOTION TO TERMINATE THE LTD PLANS AND LTD EMPLOYEES (DI#8067) BE REJECTED.

9. I REQUEST THE DEBTORS COMPENSATE ME IN FULL FOR MY LTD BENEFITS TO AGE 65 THAT NORTEL BECAME LIABLE ONCE I BECAME TOTALLY DISABLED DUE TO MY INJURY ON THE JOB,MY TOTAL CLAIM IS $1,000,000.00.

10. I REQUEST THAT THERE IS NO INTERRUPTION IN DISBURSEMENT OF LTD BENEFITS ( OR COMPENSATION OF SAME) AS THE IMPACT TO ME WOULD BE BOTH FINANCIALLY AND MEDICALLY DEVASTING.

## BASIS FOR RELIEF

NORTEL PROMISED ME SALARY AND BENEFITS IN
RETURN FOR MY SERVICES. LTD COVERAGE TO 65
YEARS OF AGE SHOULD I EVER BECOME TOTALLY
DISABLED WAS ONE OF THESE BENEFITS. I RELIED UPON
THEIR HONESTY THAT I WOULD RECEIVE THESE
BENEFITS AS I WAS TOLD. ONCE, I BECAME TOTALLY
DISABLED AND PRUDENTIAL APPROVED MY LTD CLAIM.
NORTEL BECAME FINANCIAL RESPONSIBLE FOR MY LTD
BENEFITS UNTIL I AM 65. MY WIFE HAS HAD TO
SUPPORT US AND ALL OUR 5 CHILDREN UNTIL I COULD
GET MY LTD BENEFITS STARTED WHICH I HAD TO HIRE
AN ATTORNEY TO EVEN GET THE WORKMAN
COMPENSATION AND LTD BENEFITS STARTED BECAUSE
OF NORTEL TRYING TO DENY THE CLAIM.
PLEASE ASK THE COURT NOT ALLOW NORTEL TO
TERMINATE MY LTD BENEFITS OR EMPLOYMENT. THESE
BENEFITS VESTED ONCE WHEN I BECAME DISABLED.
ITS ALREADY GOTTEN SO BAD THAT WE ARE HAVING TO
TRY TO GET ON FOOD STAMPS,PLACES TO HELP US BUY
OUR MEDICATIONS WE CANNOT AFFORD,AND
ANYTHING ELSE THAT WE CAN TRY TO DO. WE WILL
PROBABLY LOOSE OUR HOME WHICH WE HAVE JUST
GOT REFINANCED FOR 30 MORE YEARS BECAUSE OF
OUR HARDSHIPS SUCH AS NO COST OF LIVING RAISES,
MEDICINE COPAYS TOO HIGH ETC AND PLEASE DON'T
LET THIS HAPPEN TO US BECAUSE ALL WE HAVE IN THIS
WORLD IS IN OUR HOUSE! WE WILL LOOSE OUR HOUSE
AND EVERYTHING ELSE WE OWN IF THIS IS APPROVED
ALONG WITH OUR HEALTH GETTING WORSE DUE TO
NOT BEING ABLE TO AFFORD COBRA INSURANCE
WHICH WILL BE OFFERED TO US BY NORTEL. THIS ISN'T
RIGHT TO DO EMPLOYEES THIS WAY AT ALL!!! ITS LIKE

OFFERING A DROWNING PERSON AN ANCHOR INSTEAD
OF A LIFE PRESERVER!!!
NORTEL IS PLANNING TO BREAK THIS CONTRACT
AFTER I HAVE ALREADY BEEN DISABLED. I PAID
PREMIUM FOR THE GROUP INSURANCE POLICY AND
OTHER WELFARE BENEFITS SUCH AS LIFE INSURANCE
(POLICY # 39900).

## NOTICE

12. NOTICE OF THIS OBJECTION HAS BEEN
PROVIDED TO A) COUNSEL TO THE DEBTORS, B) THE
UNITED STATES TRUSTEE FOR THE DISTRICT OF
DELAWARE, C) COUNSEL TO THE LTD 1102 COMMITTEE,
AND D) ALL PARTIES REQUIRED TO RECEIVE SERVICE
UNDER RULE 2002-1(b) OF THE LOCAL RULES OF
BANKRUPTCY PRACTICE AND PROCEDURE OF THE
UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE THROUGH THE COURT'S
ELECTRONIC FILING SYSTEM. STEVEN H. ADDISON
RESPECTFULLY SUBMITS THAT,GIVEN THE NATURE OF
THE RELIEF REQUESTED,NO OTHER NOTICE OF THE
RELIEF REQUESTED HEREIN NEED TO BE GIVEN.
WHEREFORE, STEVEN H. ADDISON RESPECTFULLY
REQUESTS THE ENTRY OF AN ORDER ,IN THE FORM
ATTACHED:
1. REJECT THE DEBTORS MOTION TO TERMINATE
THE LTD PLANS AND LTD EMPLOYEES (DI#8067)
2. COMPEL THE DEBTORS TO COMPENSATE STEVEN
H. ADDISON IN FULL FOR HIS LTD BENEFITS PROJECTED
TO AGE 65; TOTAL CLAM BEING $ 1,000,000.00.
3. ORDER THAT THERE IS NO INTERRUPTION IN
DISBURSEMENT OF LTD BENEFIT (OR COMPENSATION
FOR THE SAME) TO STEVEN H. ADDISON.
4. ALSO, I RESPECTFULLY REQUESTS THE OTHER
WELFARE BENEFITS TO CONTINUE THEREAFTER PER

THE RETIREE PLAN FOR WHICH I QUALIFY ALSO.

DATED: OCTOBER 23,2012

Steven H.Addison
P.O.Box 164275
Fort Worth,Tx.76161
Phone: 817-238-0222
Email:  stephen-Addison@att.net

STEVEN H.ADDISON-"OBJECTION TO NORTEL
MOTION TO TERMINATE LTD PLAN & LTD EMPLOYEES

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 8067** |

### ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
   Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.