# **<u>EXHIBIT B</u>**

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

*10/26/2012*
*3:49:50 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 494.18 |
| Overnight Couri | | 0.0 | 136.21 |
| Photocopies | | 0.0 | 1,321.10 |
| Telephone | | 0.0 | 1,108.95 |
| Travel-ground | | 0.0 | 2,357.82 |
| | Grand Total: | 0.0 | 5,418.26 |

**Togut, Segal & Segal LLP**
Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

*10/26/2012*
*3:46:56 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 8/1/12 | nberger / Travel-ground<br>General | E | 0.0<br>8.30 | 8.30<br>Billable |
| #582099 | Taxi home on 8/1/12 -- worked late re Nortel matters. | | | |
| 8/1/12 | nberger / Travel-ground<br>General | E | 0.0<br>326.00 | 326.00<br>Billable |
| #582101 | Changed train fee for Omni Hearing. | | | |
| 8/1/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #585456 | Car service from office to home on 8/1/12 after 2:30am -- worked late on 7/31/12 re retiree benefits. | | | |
| 8/1/12 | mhamersky / Travel-ground<br>General | E | 0.0<br>77.61 | 77.61<br>Billable |
| #587527 | Car service from office to home on 8/1/12 at 2:30am -- worked late on 7/31/12 re Nortel matters. | | | |
| 8/1/12 | atogut / Telephone<br>General | E | 0.0<br>11.91 | 11.91<br>Billable |
| #588044 | TS&S monthly telephone for August 2012. | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>59.36 | 59.36<br>Billable |
| #588452 | Conference call held on 7/13/12 re Retiree Committee. | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>1.40 | 1.40<br>Billable |
| #588453 | Conference call held on 7/18/12 re Retiree Committee. | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>389.34 | 389.34<br>Billable |
| #588454 | Conference call held on 7/19/12 re Retiree Benefits. | | | |

## Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

*10/26/2012*
*3:46:56 PM*

| Date<br>Slip Number | Description | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>56.84 | 56.84<br>Billable |
| #588455 | Conference call held on 7/19/12 re Retiree Committee (first call). | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>11.90 | 11.90<br>Billable |
| #588456 | Conference call held on 7/19/12 re Retiree Committee (second call). | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>11.90 | 11.90<br>Billable |
| #588457 | Conference call held on 7/25/12 re Retiree Committee. | | | |
| 8/1/12 | nberger / Telephone<br>General | E | 0.0<br>25.48 | 25.48<br>Billable |
| #588458 | Conference call held on 7/26/12 re Retiree Committee. | | | |
| 8/1/12 | atogut / Photocopies<br>General | E | 0.0<br>1,321.10 | 1,321.10<br>Billable |
| #593490 | TS&S monthly photocopies for August 2012. | | | |
| 8/1/12 | rmilin / Meals<br>General | E | 0.0<br>20.55 | 20.55<br>Billable |
| #597012 | Lunch in Delaware to attend hearing. | | | |
| 8/1/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.60 | 6.60<br>Billable |
| #597013 | Taxi to train station to travel to Delaware for hearing. | | | |
| 8/2/12 | nberger / Overnight Couri<br>General | E | 0.0<br>85.85 | 85.85<br>Billable |
| #585601 | FedEx to John Zalokar -- Termination Declaration. | | | |

Nortel Networks Section 1114
8/1/2012...8/31/2012

Togut, Segal & Segal LLP
Client Billing Report

10/26/2012
3:46:56 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/2/12 | nberger / Travel-ground<br>General | E | 0.0<br>125.29 | 125.29<br>Billable |
| #587526 | Car service from office to home on 8/2/12 after 9:30pm -- worked late re Nortel matters. | | | |
| 8/2/12 | nberger / Telephone<br>General | E | 0.0<br>49.84 | 49.84<br>Billable |
| #588459 | Conference call held on 8/2/12 re Nortel matters. | | | |
| 8/2/12 | bmoore / Meals<br>General | E | 0.0<br>16.06 | 16.06<br>Billable |
| #593859 | Dinner on 8/2/12 -- worked late re: retiree benefits discovery. | | | |
| 8/3/12 | nberger / Telephone<br>General | E | 0.0<br>101.92 | 101.92<br>Billable |
| #588460 | Conference call held on 8/3/12 re Retiree Committee. | | | |
| 8/4/12 | nberger / Telephone<br>General | E | 0.0<br>61.32 | 61.32<br>Billable |
| #588461 | Conference call held on 8/4/12 re Retiree Committee. | | | |
| 8/6/12 | nberger / Travel-ground<br>General | E | 0.0<br>57.63 | 57.63<br>Billable |
| #587514 | Car service from office to home on 8/6/12 after 9pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client). | | | |
| 8/6/12 | bmoore / Travel-ground<br>General | E | 0.0<br>52.02 | 52.02<br>Billable |
| #587523 | Car service from office to home on 8/6/12 at 11pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel case). | | | |
| 8/6/12 | bmoore / Telephone<br>General | E | 0.0<br>11.34 | 11.34<br>Billable |
| #589850 | Conference call held on 8/6/12 re retiree benefits. | | | |

**Togut, Segal & Segal LLP**
Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

10/26/2012
3:46:56 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/6/12 | bmoore / Meals<br>General | E | 0.0<br>76.50 | 76.50<br>Billable |
| #593864 | Dinner on 8/6/12 for BFM, MDH and RKM -- worked late re: retiree benefits discovery. | | | |
| 8/6/12 | rmilin / Travel-ground<br>General | E | 0.0<br>6.70 | 6.70<br>Billable |
| #597014 | Taxi home on 8/6/12 at 10:45pm -- worked late re: various OCs re discovery issues and preparation for next day call re same. | | | |
| 8/7/12 | mhamersky / Travel-ground<br>General | E | 0.0<br>25.35 | 25.35<br>Billable |
| #585399 | Taxi from office to home on 8/7/12 at 9:30pm -- worked late re discovery issues. | | | |
| 8/7/12 | bmoore / Travel-ground<br>General | E | 0.0<br>52.02 | 52.02<br>Billable |
| #587524 | Car service from office to home on 8/7/12 at 10:45pm -- worked late re retiree benefits (1/2 car rate billed to non-Nortel case). | | | |
| 8/7/12 | bmoore / Overnight Couri<br>General | E | 0.0<br>36.93 | 36.93<br>Billable |
| #588002 | FedEx to J. Sherman Henderson, Attn: Gary Donahee -- retiree benefits. | | | |
| 8/7/12 | nberger / Travel-ground<br>General | E | 0.0<br>138.59 | 138.59<br>Billable |
| #588427 | Car service from office to home on 8/7/12 after 9pm -- worked late re Nortel matters. | | | |
| 8/7/12 | nberger / Travel-ground<br>General | E | 0.0<br>73.04 | 73.04<br>Billable |
| #588428 | Car service from office to home on 8/9/12 at 11pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |

Page: 4

Togut, Segal & Segal LLP
Client Billing Report

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/7/12 | bmoore / Meals<br>General | E | 0.0<br>15.00 | 15.00<br>Billable |
| #593860 | Dinner on 8/7/12 -- worked late re: retiree benefits discovery. | | | |
| 8/8/12 | bmoore / Meals<br>General | E | 0.0<br>28.65 | 28.65<br>Billable |
| #593862 | Dinner on 8/8/12 for BFM and MDH -- worked late re: retiree benefits discovery. | | | |
| 8/9/12 | mhamersky / Meals<br>General | E | 0.0<br>113.98 | 113.98<br>Billable |
| #587272 | Dinner on 8/9/12 for MDH, RKM, BM and HC -- worked late drafting discovery requests. | | | |
| 8/9/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #588429 | Car service from office to home on 8/9/12 at 12:20am -- worked late on 8/8/12 re retiree benefits. | | | |
| 8/9/12 | rmilin / Travel-ground<br>General | E | 0.0<br>7.50 | 7.50<br>Billable |
| #597016 | Taxi home on 8/9/12 at 1am -- worked late on 8/8/12 drafting and revising interrogatories and review of motion papers. | | | |
| 8/10/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #588430 | Car service from office to home on 8/10/12 at 1:27am -- worked late on 8/9/12 re Nortel retiree benefits. | | | |
| 8/10/12 | bmoore / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #588431 | Car service from office to home on 8/10/12 after 8pm -- worked late on 8/10/12 re Nortel retiree benefits. | | | |

# Togut, Segal & Segal LLP
## Client Billing Report

*10/26/2012*  
*3:46:56 PM*

| Date / Slip Number | | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/10/12 | mhamersky / Travel-ground General | E | 0.0 / 57.10 | 57.10 / Billable |
| #588432 | Car service from office to home on 8/10/12 at 1:10am -- worked late on 8/9/12 re retiree benefits. | | | |
| 8/10/12 | rmilin / Travel-ground General | E | 0.0 / 7.50 | 7.50 / Billable |
| #597017 | Taxi home on 8/10/12 at 1:30am -- worked late on 8/9/12 revising and finalizing document requests, interrogatories and subpoenas. | | | |
| 8/14/12 | nberger / Telephone General | E | 0.0 / 53.06 | 53.06 / Billable |
| #599207 | Conference call held on 8/14/12 re Nortel matters. | | | |
| 8/15/12 | sskelly / Travel-ground General | E | 0.0 / 111.18 | 111.18 / Billable |
| #590459 | Car service from office to home on 8/15/12 at 9:45pm -- worked late re retiree benefits. | | | |
| 8/16/12 | mhamersky / Travel-ground General | E | 0.0 / 57.10 | 57.10 / Billable |
| #588433 | Car service from office to home on 8/16/12 after 10pm -- worked late re retiree benefits. | | | |
| 8/16/12 | bmoore / Travel-ground General | E | 0.0 / 104.04 | 104.04 / Billable |
| #590458 | Car service from office to home on 8/16/12 at 11:30pm -- worked late re retiree benefits. | | | |
| 8/16/12 | sskelly / Travel-ground General | E | 0.0 / 104.04 | 104.04 / Billable |
| #590460 | Car service from office to home on 8/16/12 at 10:45pm -- worked late re retiree benefits. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

*10/26/2012*
*3:46:56 PM*

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/16/12 | bmoore / Meals<br>General | E | 0.0<br>135.30 | 135.30<br>Billable |
| #593865 | Dinner on 8/16/12 for BFM, MDH, SAS, DC, CS, JL, RKM and NB -- worked late re: retiree benefits discovery. | | | |
| 8/16/12 | bmoore / Telephone<br>General | E | 0.0<br>13.30 | 13.30<br>Billable |
| #599208 | Conference call held on 8/16/12 re retiree benefits. | | | |
| 8/17/12 | cstachon / Travel-ground<br>General | E | 0.0<br>26.61 | 26.61<br>Billable |
| #590455 | Car service from office to home on 8/17/12 after midnight -- worked late on 8/16/12 re discovery. | | | |
| 8/17/12 | sskelly / Travel-ground<br>General | E | 0.0<br>119.09 | 119.09<br>Billable |
| #590461 | Car service from office to home on 8/17/12 at 9pm -- worked late re retiree benefits. | | | |
| 8/17/12 | rmilin / Travel-ground<br>General | E | 0.0<br>12.30 | 12.30<br>Billable |
| #597015 | Taxi home on 8/17/12 at 8:30pm -- worked late drafting and revising letter to Court and review of RFAs and research re same. | | | |
| 8/17/12 | bmoore / Telephone<br>General | E | 0.0<br>13.30 | 13.30<br>Billable |
| #599209 | Conference call held on 8/17/12 re retiree benefits. | | | |
| 8/20/12 | nberger / Travel-ground<br>General | E | 0.0<br>5.00 | 5.00<br>Billable |
| #588177 | Subway to and from meeting at Cleary. | | | |
| 8/20/12 | sskelly / Meals<br>General | E | 0.0<br>11.37 | 11.37<br>Billable |
| #589854 | Dinner on 8/20/12 -- worked late re retiree benefits. | | | |

Togut, Segal & Segal LLP
Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

10/26/2012
3:46:56 PM

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 8/20/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.12 | 108.12<br>Billable |
| #590462 | Car service from office to home on 8/20/12 after 10pm -- worked late re retiree benefits. | | | |
| 8/20/12 | apirraglia / Meals<br>General | E | 0.0<br>67.52 | 67.52<br>Billable |
| #592639 | Dinner for RKM, MDH and SAS who worked late re retiree benefits. | | | |
| 8/21/12 | nberger / Telephone<br>General | E | 0.0<br>198.52 | 198.52<br>Billable |
| #599210 | Conference call held on 8/21/12 re Nortel matters. | | | |
| 8/22/12 | nberger / Travel-ground<br>General | E | 0.0<br>8.30 | 8.30<br>Billable |
| #588447 | Taxi from office to home on 8/22/12 after midnight -- worked late on 8/21/12 re retiree benefits. | | | |
| 8/22/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #593390 | Car service from office to home on 8/22/12 at 9pm -- worked late re retiree benefits. | | | |
| 8/23/12 | sskelly / Meals<br>General | E | 0.0<br>9.25 | 9.25<br>Billable |
| #589863 | Dinner on 8/23/12 -- worked late re retiree benefits. | | | |
| 8/23/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #593394 | Car service from office to home on 8/23/12 after 8pm -- worked late re retiree benefits. | | | |

## Togut, Segal & Segal LLP
## Client Billing Report

Nortel Networks Section 1114
8/1/2012...8/31/2012

*10/26/2012*
*3:46:56 PM*

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 8/29/12 | nberger / Travel-ground  General | E | 0.0  56.55 | 56.55  Billable |
| #596875 | Car service from office to home on 8/29/12 at 8pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel case). | | | |
| 8/29/12 | nberger / Telephone  General | E | 0.0  27.72 | 27.72  Billable |
| #599211 | Conference call held on 8/29/12 re Nortel matters. | | | |
| 8/29/12 | bmoore / Telephone  General | E | 0.0  10.50 | 10.50  Billable |
| #599212 | Conference call held on 8/29/12 re retiree benefits. | | | |
| 8/30/12 | sskelly / Overnight Couri  General | E | 0.0  13.43 | 13.43  Billable |
| #593308 | FedEx to Arnold Natali, Jr., Esq. of McCarter & English LLP -- document production. | | | |

|  |  |
|---|---|
| Matter Total: | 0.00   5,418.26 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 5,418.26 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 5,418.26 |
| Grand Total: | 5,418.26 |