**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



**Interim** (S)

VAT Invoice Date: **24 October 2012**     Our Ref: **GDB/CCN01.00001**     Invoice No.: **337500**

|  | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---:|---:|---:|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 33,140.00 |
| For the period to 30 September 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 58.26 |
| **Disbursements:** (NT) | | | |
| Experts Fees: | 0.00 | 0.00 | 7,000.00 |
| *Lane Clarke & Peacock LLP - £7,000.00 (Due but not yet paid)* | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 128.67 |
| | 0.00 | | 40,326.93 |
| | | VAT | 0.00 |
| | | Total | 40,326.93 |
| | | **Balance Due** | **40,326.93** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 337500 when settling this Invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2012

|  |  | Time (Hours) | Amount (£) |  |
| --- | --- | --- | --- | --- |
| Partner: | Giles Boothman | 2.50 | 1,750.00 | (C0007) |
|  |  | 1.90 | 1,330.00 | (C0019) |
|  |  | 1.50 | 1,050.00 | (C0031) |
|  |  | **5.90** | **4,130.00** |  |
| Partner: | Steven Hull | 7.60 | 5,130.00 | (C0019) |
|  |  | **7.60** | **5,130.00** |  |
| Partner: | Angela Pearson | 12.90 | 8,707.50 | (C0019) |
|  |  | **12.90** | **8,707.50** |  |
| Partner: | Marcus Fink | 1.40 | 910.00 | (C0007) |
|  |  | 10.30 | 6,695.00 | (C0019) |
|  |  | **11.70** | **7,605.00** |  |
| Senior Associate | Antonia Croke | 2.50 | 1,150.00 | (C0007) |
|  |  | 0.60 | 276.00 | (C0019) |
|  |  | 2.20 | 1,012.00 | (C0031) |
|  |  | **5.30** | **2,438.00** |  |
| Associate | Andy Wright | 1.50 | 592.50 | (C0007) |
|  |  | 0.80 | 316.00 | (00019) |
|  |  | **2.30** | **908.50** |  |
| Junior Associate | Lindsey Roberts | 4.40 | 1,386.00 | (C0003) |
|  |  | 4.30 | 1,354.50 | (C0007) |
|  |  | 4.70 | 1,480.50 | (C0019) |
|  |  | **13.40** | **4,221.00** |  |
|  | **TOTAL** | **59.10** | **33,140.00** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/09/2012

## Matter: CCN01.00001 – BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.40 | 315.00 | 1,386.00 |
| | | | Total | 1,386.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2012 | Lindsey Roberts | INTD | Email to S Gibson re: August fee estimates | 0.10 | 315.00 | 31.50 |
| 04/09/2012 | Lindsey Roberts | LETT | Emails to B Kahn re: August fee estimates | 0.10 | 315.00 | 31.50 |
| 05/09/2012 | Lindsey Roberts | LETT | Email re: draft invoice | 0.10 | 315.00 | 31.50 |
| 06/09/2012 | Lindsey Roberts | DRFT | Amending draft invoice for monthly fee application | 0.80 | 315.00 | 252.00 |
| 09/09/2012 | Lindsey Roberts | DRFT | Amending invoice for monthly fee application | 0.50 | 315.00 | 157.50 |
| 10/09/2012 | Lindsey Roberts | INTD | Email to S Gibson re: invoice | 0.10 | 315.00 | 31.50 |
| 10/09/2012 | Lindsey Roberts | DRFT | Draft monthly fee application | 0.70 | 315.00 | 220.50 |
| 13/09/2012 | Lindsey Roberts | INTD | Email to S Gibson re: interim fees | 0.10 | 315.00 | 31.50 |
| 13/09/2012 | Lindsey Roberts | LETT | Finalising monthly fee application | 1.40 | 315.00 | 441.00 |
| 13/09/2012 | Lindsey Roberts | LETT | Email re: interim fees (including amending spreadsheet to include conversions) | 0.40 | 315.00 | 126.00 |
| 13/09/2012 | Lindsey Roberts | INTD | Email to GDB re: monthly fee application | 0.10 | 315.00 | 31.50 |

1,386.00

Matter: CCN01.00001 - BANKRUPTCY

## C0007   Creditors Committee Meetings

| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 2.50 | 700.00 | 1,750.00 |
| MDF | Marcus Fink | 1.40 | 650.00 | 910.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.50 | 460.00 | 1,150.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 1.50 | 395.00 | 592.50 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.30 | 315.00 | 1,354.50 |
| | | | Total | 5,757.00 |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/09/2012 | Lindsey Roberts | PHON | Weekly UCC Call | 0.30 | 315.00 | 94.50 |
| 11/09/2012 | Giles Boothman | ATTD | Committee call | 2.50 | 700.00 | 1,750.00 |
| 11/09/2012 | Lindsey Roberts | ATTD | Debtors in person meeting (dialled-in) | 3.50 | 315.00 | 1,102.50 |
| 12/09/2012 | Lindsey Roberts | ATTD | Weekly UCC call | 0.50 | 315.00 | 157.50 |
| 20/09/2012 | Andy Wright | LETT | Preparing for and attending conference call of unsecured creditors committee and advisors | 1.50 | 395.00 | 592.50 |
| 27/09/2012 | Antonia Croke | ATTD | Attend UCC call; consider Agenda for call | 0.50 | 460.00 | 230.00 |
| 27/09/2012 | Antonia Croke | ATTD | Attend conference call with UCC and Debtor Professionals | 2.00 | 460.00 | 920.00 |
| 27/09/2012 | Marcus Fink | LETT | Prepare for and attend UCC call | 1.40 | 650.00 | 910.00 |

5,757.00

Matter: CCN01.00001 - BANKRUPTCY

| C0019 | Labor Issues/Employee Benefits | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| AMP | Angela Pearson | 12.90 | 675.00 | 8,707.50 |
| GDB | Giles Boothman | 1.90 | 700.00 | 1,330.00 |
| MDF | Marcus Fink | 10.30 | 650.00 | 6,695.00 |
| SEH | Steven Hull | 7.60 | 675.00 | 5,130.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 0.60 | 460.00 | 276.00 |
| **Associate** | | | | |
| ACW | Andy Wright | 0.80 | 395.00 | 316.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.70 | 315.00 | 1,480.50 |
| | | | Total | 23,935.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0019** | **Labor Issues/Employee Benefits** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Time (Decimal) | Std Rate (GBP /hour) | Amount |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2012 | Andy Wright | LETT | Query re. PPF being a party to stay in proceedings | 0.10 | 395.00 | 39.50 |
| 06/09/2012 | Antonia Croke | LETT | Emails B Kahn re pensions | 0.10 | 460.00 | 46.00 |
| 06/09/2012 | Angela Pearson | READ | Review emails re PPF | 0.30 | 675.00 | 202.50 |
| 06/09/2012 | Giles Boothman | LETT | Emails re PPF | 0.10 | 700.00 | 70.00 |
| 07/09/2012 | Antonia Croke | INTD | Emails LROBER | 0.10 | 460.00 | 46.00 |
| 07/09/2012 | Antonia Croke | INTD | Emails GDB and Akin re: pensions proof of claim | 0.20 | 460.00 | 92.00 |
| 07/09/2012 | Angela Pearson | READ | Review proof of claim | 3.00 | 675.00 | 2,025.00 |
| 07/09/2012 | Angela Pearson | LETT | Emails to S Hull | 0.30 | 675.00 | 202.50 |
| 07/09/2012 | Lindsey Roberts | INTD | Discussion with AMP re: pensions decision | 0.20 | 315.00 | 63.00 |
| 07/09/2012 | Steven Hull | LETT | Review Angela Pearson email and review attached proof of claim and commence review of same and responding to Angela Pearson regarding proposed conference call to discuss same. | 1.50 | 675.00 | 1,012.50 |
| 08/09/2012 | Angela Pearson | READ | Review proof of claim | 2.50 | 675.00 | 1,687.50 |
| 10/09/2012 | Angela Pearson | INTD | Discussion with LROBER re: pension claim | 0.50 | 675.00 | 337.50 |
| 10/09/2012 | Angela Pearson | READ | Review of pensions proof of claim | 1.00 | 675.00 | 675.00 |
| 10/09/2012 | Giles Boothman | READ | Emails re pensions claim | 0.50 | 700.00 | 350.00 |
| 10/09/2012 | Lindsey Roberts | INTD | Discussion with AMP re: pension claim | 0.50 | 315.00 | 157.50 |
| 10/09/2012 | Lindsey Roberts | LETT | Emails re: debtors call and pensions proof of claim | 0.40 | 315.00 | 126.00 |
| 10/09/2012 | Lindsey Roberts | READ | Review of Proof of Claim | 1.40 | 315.00 | 441.00 |
| 10/09/2012 | Lindsey Roberts | LETT | Email to AMP, GDB and SEH re: pensions proof of claim and mediation arguments | 0.40 | 315.00 | 126.00 |
| 10/09/2012 | Lindsey Roberts | LETT | Emails to Akin and AMP re: pensions pre-call | 0.40 | 315.00 | 126.00 |
| 10/09/2012 | Steven Hull | LETT | Review of proof of claim, emails with team regarding attendance of conference call and related matters; emails with Marcus Fink re same. | 1.50 | 675.00 | 1,012.50 |
| 11/09/2012 | Angela Pearson | DRFT | Review Nortel document - Mediation Statement | 1.50 | 675.00 | 1,012.50 |
| 11/09/2012 | Angela Pearson | INTD | Discussion MF/SEH/LROBER | 0.50 | 675.00 | 337.50 |
| 11/09/2012 | Angela Pearson | INTD | Discussion LROBER + MFINK + SEH | 0.50 | 675.00 | 337.50 |
| 11/09/2012 | Angela Pearson | PHON | Telephone conversation with Akin | 0.80 | 675.00 | 540.00 |
| 11/09/2012 | Giles Boothman | LETT | PPF proof of debt and emails | 1.00 | 700.00 | 700.00 |
| 11/09/2012 | Lindsey Roberts | MISC | Email re pensions call with Akin | 0.10 | 315.00 | 31.50 |
| 11/09/2012 | Lindsey Roberts | PHON | Telephone conversation with Akin team to discuss pensions issues | 0.80 | 315.00 | 252.00 |
| 11/09/2012 | Lindsey Roberts | INTD | Discussion with Marcus Fink/SEH and AMP re: pensions issues | 0.50 | 315.00 | 157.50 |
| 11/09/2012 | Marcus Fink | LETT | Reviewing UK PPF/trustee amended proof of claim and discussing same on con call with Akin | 5.60 | 650.00 | 3,640.00 |
| 11/09/2012 | Steven Hull | READ | Review of Proof of Claim; discussion with Marcus Fink re same; preparing for and attending conference call with Akin Gump regarding issues arising under Proof of Claim and related matters; further discussion with Marcus Fink re same. | 3.20 | 675.00 | 2,160.00 |
| 12/09/2012 | Antonia Croke | READ | Consider debtor update and meeting | 0.20 | 460.00 | 92.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| **C0019** | **Labor Issues/Employee Benefits** | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Time (Decimal)** | **Std Rate (GBP /hour)** | **Amount** |
| 12/09/2012 | Marcus Fink | LETT | Further review of PPF/trustee claim filing and discuss same with Lisa Beckerman at Akin | 2.90 | 650.00 | 1,885.00 |
| 12/09/2012 | Steven Hull | INTD | Discussion with Marcus Fink prior to conference call with Lisa Beckerman in connection with proof of claim; attending conference call with Lisa Beckerman and Marcus Fink re same and further confer with Marcus Fink following conference call | 1.30 | 675.00 | 877.50 |
| 13/09/2012 | Angela Pearson | LETT | Review emails | 0.50 | 675.00 | 337.50 |
| 13/09/2012 | Giles Boothman | READ | Emails and pensions docs | 0.30 | 700.00 | 210.00 |
| 14/09/2012 | Andy Wright | LETT | Reviewing LCP report re. updated PPF position and drafting email for MDF to Akin Gump | 0.60 | 395.00 | 237.00 |
| 18/09/2012 | Marcus Fink | LETT | Review and consider LCP report on PPF deficit position in relation to the UK defined benefit scheme and send report with high level overview to L Beckerman at Akin | 1.10 | 650.00 | 715.00 |
| 18/09/2012 | Steven Hull | READ | Review Lisa Beckerman email re warning notice and brief confer with Marcus Fink re same. | 0.10 | 675.00 | 67.50 |
| 19/09/2012 | Angela Pearson | INTD | Email to Marcus Fink | 0.40 | 675.00 | 270.00 |
| 19/09/2012 | Angela Pearson | INTD | Email to ACROKE | 0.20 | 675.00 | 135.00 |
| 19/09/2012 | Angela Pearson | PHON | Telephone conversation with Brad Khan | 0.20 | 675.00 | 135.00 |
| 20/09/2012 | Marcus Fink | LETT | Liaising with ACW re providing update to committee on weekly call re LCP PPF liability update (UK pensions) | 0.70 | 650.00 | 455.00 |
| 26/09/2012 | Andy Wright | LETT | Email to Richard Mills and Aaron Punwani at LCP re. PPF shortfall report | 0.10 | 395.00 | 39.50 |
| 27/09/2012 | Angela Pearson | READ | Review emails | 0.50 | 675.00 | 337.50 |
| 27/09/2012 | Angela Pearson | INTD | Emails Marcus Fink | 0.20 | 675.00 | 135.00 |

23,935.00

Matter: CCN01.00001 - BANKRUPTCY

### C0031     European Proceedings/Matters

|  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---:|---:|---:|
| **Partner** | | | | |
| GDB | Giles Boothman | 1.50 | 700.00 | 1,050.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.20 | 460.00 | 1,012.00 |
| | | | Total | 2,062.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/09/2012 | Antonia Croke | READ | Consider UCC Agenda | 0.10 | 460.00 | 46.00 |
| 10/09/2012 | Antonia Croke | LETT | Emails re: UCC meeting/call | 0.30 | 460.00 | 138.00 |
| 10/09/2012 | Antonia Croke | LETT | Emails re Nortel UCC meeting and agenda | 0.10 | 460.00 | 46.00 |
| 11/09/2012 | Giles Boothman | LETT | Nortel Professionals' call | 0.80 | 700.00 | 560.00 |
| 13/09/2012 | Antonia Croke | READ | Consider emails re: meeting re: debtors | 0.10 | 460.00 | 46.00 |
| 14/09/2012 | Antonia Croke | READ | Consider email re meeting | 0.10 | 460.00 | 46.00 |
| 14/09/2012 | Giles Boothman | READ | Emails and arrangements for debtor meeting | 0.30 | 700.00 | 210.00 |
| 15/09/2012 | Antonia Croke | READ | Consider emails re meeting with debtor | 0.10 | 460.00 | 46.00 |
| 18/09/2012 | Antonia Croke | READ | Consider emails re debtor meeting | 0.10 | 460.00 | 46.00 |
| 19/09/2012 | Antonia Croke | LETT | Emails B Kahn re profs call | 0.10 | 460.00 | 46.00 |
| 19/09/2012 | Antonia Croke | LETT | Emails re UCC call | 0.20 | 460.00 | 92.00 |
| 19/09/2012 | Giles Boothman | READ | Emails | 0.20 | 700.00 | 140.00 |
| 20/09/2012 | Antonia Croke | READ | Consider UCC call agenda and emails re: recovery analysis | 0.30 | 460.00 | 138.00 |
| 20/09/2012 | Antonia Croke | LETT | Emails re: UCC call | 0.10 | 460.00 | 46.00 |
| 20/09/2012 | Giles Boothman | READ | Emails re debtor meeting | 0.20 | 700.00 | 140.00 |
| 22/09/2012 | Antonia Croke | READ | Consider update re retiree settlement and debtor meeting | 0.30 | 460.00 | 138.00 |
| 24/09/2012 | Antonia Croke | READ | Consider emails re: meeting | 0.10 | 460.00 | 46.00 |
| 25/09/2012 | Antonia Croke | LETT | Emails re: calls/meetings | 0.10 | 460.00 | 46.00 |
| 27/09/2012 | Antonia Croke | LETT | Email B Kahn re ad hoc meeting | 0.10 | 460.00 | 46.00 |
| | | | | | | 2,062.00 |