**Exhibit C**

**DISBURSEMENT SUMMARY**
**SEPTEMBER 01, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---:|
| Document Production | £58.26 |
| Meals | £13.77 |
| Travel – Ground Transportation | £114.90 |
| Retained Professionals and Experts' Fees | £7,000 |
| **TOTAL** | **£7,186.93** |