**Exhibit D**

## Disbursements Detailed Breakdown

### Document Production                                                                                                               58.26

### Experts Fees (Expert Fees)

| | | |
|---|---|---|
| 15/10/2012 | VENDOR: Lane Clarke & Peacock LLP; INVOICE#: FN10455; DATE: 15/10/2012 - Professional services rendered | 7,000.00 |

### Fares, Courier Charges and Incidental Expenses (Meals)

| | | |
|---|---|---|
| 10/09/2012 | VENDOR: Conference Room Catering INVOICE#: 10 16 092012 DATE: 18/09/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Sep 10 2012 | 8.35 |
| 15/08/2012 | VENDOR: American Express Services Europe Ltd. INVOICE#: AMEXAUG12 DATE: 24/08/2012 Expenses @ BUKOWSKI LONDON. (GOODS) 15/08/2012 ACROKE Dinner whilst working late (LROBER & ACROKE). | 5.42 |

### Fares, Courier Charges and Incidental Expenses (Taxis)

| | | |
|---|---|---|
| 14/09/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104365; DATE: 14/09/2012 - TAXI - LROBER (EC2A to SW4) 10/09/12 | 29.57 |
| 14/09/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104365; DATE: 14/09/2012 - TAXI - LROBER (EC2A to SW9) 11/09/12 | 26.19 |
| 21/08/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104055; DATE: 21/08/2012 - TAXI - LROBER (EC2A to SW4) 15/08/12 | 29.57 |
| 31/08/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104136; DATE: 31/08/2012 - TAXI - LROBER (EC2A to SW4) 22/08/12 | 29.57 |

**7,186.93**