Exhibit E

SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
SEPTEMBER 01, 2012 THROUGH SEPTEMBER 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 5.90 | 4,130.00 |
| Steven Hull | Partner for 15 years; Admitted in 1989 in England and Wales; Employment, Incentives and Pensions Group, UK | £675 | 7.60 | 5,130.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 12.90 | 8,707.50 |
| Marcus Fink | Partner for 4 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 11.70 | 7,605.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 5.30 | 2,438.00 |
| Andy Wright | Associate for 3 years; Admitted in 2009 in England and Wales; Employment, Incentives and Pensions Group, London | £395 | 2.30 | 908.50 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 13.40 | 4,221.00 |
| TOTAL | | | 59.10 | 33,140.00 |

25738389

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 01, 2012 THROUGH SEPTEMBER 30, 2012

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 4.40 | 1,386.00 |
| Creditors Committee Meetings | 12.20 | 5,757.00 |
| Labor Issues / Employee Benefits | 38.80 | 23,935.00 |
| European Proceedings / Matters | 3.70 | 2,062.00 |
| TOTAL | 59.10 | 33,140.00 |

21