IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administrated |
| | ) |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

I, Cynthia B. Richardson, adamantly oppose Nortel Networks' motion to terminate my Long-Term Disability (LTD) benefits, due to its bankruptcy.

After eleven years of being totally disabled, I never imagined that I would find myself fighting for my right to live moderately with supplemental compensation in lieu of disability benefits, which as clearly documented in its Employee Handbook, I am entitled to. To lose any portion of my current income, or medical coverage will be drastically devastating to my family and me.

In 1996, I left my job with a (then) Nortel competitor, and took a temporary position, (a pay cut, and no benefits), just so I could, "get my feet through Nortel's doors." *[Ironically, the company that I left in order to work with Nortel, is the same company that recently bought a large percentage of Nortel's assets, as well as the same company that now employs most of Nortel's displaced employees.]* Subsequently, in November, 1997, I became a permanent, full-time, Nortel employee. I was always proud of my job(s), and proud to be a Nortel Networks employee. I worked extremely hard and diligently (often 60 to 80 hours a week, unpaid) to make Nortel "shine" for its customers. *[For whatever reason that lead to Nortel's bankruptcy, and ultimate demise, I feel that, even though the company is no more, there still should be provisions in place to insure its disabled persons' long-term care. To terminate a sick, disable, person, namely ME (a once loyal asset to its early successes), in my opinion, is inhumane. It is also my opinion that Nortel, before it liquidated all of its assets, should have considered its inactive employees first, and put aside a portion of the proceeds it received from the sale of its properties, into a trust fund for those persons still under its employment. If Nortel gets its way, and LTD employees lose their much need benefits, then this case will set a precedent for other big corporations that go belly-up.]*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Name:**     [CYNTHIA B. RICHARDSON]

**Address:**  [5717 CYPRESS DRIVE, ROWLETT, TX  75089]

**Phone #:**  [(972) 463-4436]

**Signature:** *Cynthia B. Richardson*