# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
| | ) Objection Deadline: Oct. 22, 2012 at 10 a.m. |
| | ) Hearing Date: Feb. 12, 2013 at 10 a.m. |
| | ) RE: D.I. # 8067 |

## OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD

Nortel promised me salary AND benefits in return for my services. LTD coverage to 65, should I ever become totally disabled, was one of those benefits. Since I became disabled, I planed my life around these benefits and relied on it being there. I have a letter (see attached) from CIGNA that at the time was handling LTD for Nortel that states Nortel is responsible for my LTD benefits until I am 65.

I ask the Court NOT allow Nortel to terminate my LTD benefits. These benefits vested once I became disabled. The personal impact on medical and income loss would be disastrous.

**Attachment: Letter from CIGNA**

**Name: Norma Dekel**

**Address: 12 Heine Sq.; Haifa 34485; Israel**

**Phone #: +97248360145**

**Signature:** *Norma Dekel*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

June 10, 1996

**CIGNA Group Insurance**
Life · Accident · Disability

Norma Dekel
12 Heinrich Heine Square
Haifa 34485
Israel

12225 Greenville Avenue
Suite 655, LB179
Dallas, TX 75243-9384
Telephone 214.907.6500
1.800.352.0611

Re:  Norma Dekel
     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
     Northern Telecom
     Policy #: 2059005
     Connecticut General Life Insurance Company

Dear Ms. Dekel:

This letter is in reference to the above mentioned Long Term Disability claim for continuous benefits.

Please be advised that as you and your husband continued to disagree with our decision of current primary diagnosis and policy benefit duration limitation, we have now had all of your medical records reviewed by an independent medical consultant. We specifically requested the independent medical consultant advise us if you are totally disabled from any occupation due to a physical condition, a mental condition, or both.

We have now received the independent medical consultant report. Based on his review of your medical records, it is apparent that your loss of cognitive functions would prevent you from working in any occupation and it is in all probability the result of a previous physical illness. We are therefore, going to continue your benefits based on the physical diagnosis and mental diagnosis as secondary. Due to this, your benefits can continue until you turn age 65, if we are provided with medical updates on a periodic basis, proving a continued disability preventing work at any occupation and proving current treatment.

After review of the above, should you have any further questions or concerns, please feel free to contact this office.

Sincerely,

Andy Gaither
Senior Benefit Analyst
1-800-352-0611 Ext. 174
Dallas Claim Services

AG/lb

cc: Northern Telecom
    Robin Newton, NT HR Info. Ctr.
Y:\USERDATA\WPFILES\BA\LETTER.JUN\DEKEL.AG

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation