*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administrated |
| | ) | |
| | ) | **Re: Docket No. 8067** |

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

2

## ORDER GRANTING OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES

Upon consideration of the Objection to entry of an order authorizing the Debtors to terminate the Debtors' Long-Term Disability Plans and the employment of the LTD employees (the "Objection") and any responses thereto; and it appearing that sufficient notice of the Objection has been given; and in good cause having been shown, it is hereby

ORDERED that the Objection is granted.

Dated: _____, 2013
Wilmington, Delaware

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**Amendment to docket # 8703**

L. Letter from Prudential confirming disability has been approved. Dated July 1991.

M. Copy of award letter from Social Security

N. Copy of pay stub confirming LTD payments.

O. My fears if the court does not find in my favor that Nortel needs to pay my proof of claim.

P. Because of Nortel attempt to not abide by their own words, I Lois D. Uphold have been put through undo distress with worrying about what will I do, how can pay for my medicine or vision care health insurance not to mention the loss of security that life insurance, AD&D provides. Will I be able to keep my house or am I going to become homeless, will I loose the only car I have, how am I going to pay my bills, eat, feed my pets, medical care for them when needed. It's all so much for a persons body to handle. It just can't handle all this stress day in and day out. Then there all the stress I'm having to deal with in having to be sure this paper has been done right. Is it going to be there on time. What if something is done wrong will it just be passed over. All this has caused me to have tension headaches daily, even has brought me to tears be cause of all that needs to be done to protect what would seemly be ours to start with. Just a huge amount of worry and mental distress that is undo.

R. *Nortel promised me salary AND benefits in return for my services. LTD coverage to 65, should I ever become totally disabled, was one of those benefits. I relied on that being there. Once I became totally disabled and Prudential approved my LTD claim, Nortel became financially responsible for my LTD benefits until I am 65.*

1. *You can't tell someone who has fire insurance on their home that yes, the fire already burnt your house down but we will only pay you for a month and then terminate the coverage.*

***Please ask the Court NOT allow Nortel to terminate my LTD benefits. These benefits vested once I became disabled. The personal impact on medical and income loss would be disastrous.***

Signed,
Lois D. Uphold

10-24-12



Claim Services Provided by

The Prudential Insurance Company of America

Address all correspondence to
Claim Services Provider

The Prudential Insurance Company of America
Eastern Disability Claim Division, GLDO
Box 2300, Parsippany, NJ 07054

Lois D. Uphold
113 Pleasant Ridge Rd.
Goldsboro, NC 27530

July 30, 1991

Long Term Disability
Claimant: Lois D. Uphold
Control No.: 39900
Claim No.: 911780074

Dear Ms. Uphold:

We have completed our review of your Long Term Disability (LTD) claim under the Northern Telecom LTD Plan. We are pleased to inform you that your claim has been approved. Benefits are payable beginning July 02, 1991 following a six month waiting period. Your first check includes benefits due for the period from 07-02-91 through 07-31-91. It has been sent to you under separate cover.

Subsequent checks will be due at the end of each month and will be in the amount of $850.09, provided the amount of benefits from other sources does not change. LTD benefits are calculated as follows:

| | |
|---|---:|
| Monthly Predisability Earnings | $2,092.98 |
| Scheduled LTD Benefit (70% of earnings) | 1,465.09 |
| less estimated Social Security Benefit | 615.00 |
| LTD Benefit Payable | 850.09 |

The Northern Telecom Plan requires that you pursue Social Security Disability Benefits (SSDB) through the following three steps:

1) Application for such benefits
2) Appeal at the Reconsideration level, if benefits are denied,
3) Appeal at the Administrative Law Judge level, if benefits are again denied.

If you have not already done so, please apply for SSDB as soon as possible and forward a copy of the decision notice as soon as you receive one. We are reducing your LTD benefit by an estimated Social Security amount of $615.00 per month. Upon receipt of a Social Security decision notice, we will determine if there is an adjustment to be made on your LTD claim.

In order to be eligible to receive LTD benefits for the first 24 months of benefits, you must satisfy the following definition of total disability:

> "You will be considered unable to work if you cannot perform the work you normally perform."

In your case, this initial period is from July 02, 1991 through July 01, 1993. After this initial period, the definition of total disability changes:

> "you will be considered unable to work only if you are unable to work at any reasonable occupation. A reasonable occupation is any gainful activity for which you are fitted by your education, training, or experience, or for which you could reasonably become fitted."

In addition, the Northern Telecom Plan contains the following limitation:

> "For total disabilities due to mental or nervous disorders the benefit period will be limited to 24 months; however, if hospital confinement exists or commences within 90 days following the date ending that 24 month period, benefits will continue for the duration of the hospital confinement."

Thank you for your attention to the above matters. We look forward to hearing from you. Should you have any questions, please feel free to contact our office.

Sincerely,


Karen M. Shepherd
Claim Approver
(201) 285-8833
Eastern Disability Claim Division

Ks:ks


cc: Patsy Churchill, Benefits NTI ✓

**SOCIAL SECURITY ADMINISTRATION**   Office of Disability and
International Operations
1500 Woodlawn Drive
Baltimore, Maryland  21241

A W A R D     C E R T I F I C A T E

Lois D Uphold                              Date:  December 6, 1992
113 Pleasant Ridge Rd
Goldsboro NC  27530                        Claim Number:  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 HA

We are writing to let you know that you are entitled to monthly disability
benefits from Social Security beginning February 1991.

This letter replaces our letter dated June 16, 1992.

What We Will Pay

   o  Your first check is for $581.00.

   o  This is the money you are due through November 1992.

   o  After the first check, you will receive $822.00 each month.

Your Benefits

In your next check we will pay you the difference between the money we have
already paid you and the money you are now due.

We are withholding your Social Security benefits for February 1991 through June
1991.  We may have to reduce these benefits if you received Supplemental
Security Income (SSI) for this period.  When we decide whether or not we have
to reduce your Social Security benefits, we will send you another letter.  We
will pay you any Social Security benefits you are due for this period.

The following chart shows your benefit amount(s) before any deductions or
rounding.  The amount you actually receive may differ from your full benefit
amount.  When we figure how much to pay you, we must deduct certain amounts,
such as Medicare premiums and worker's compensation offset.  We must also
round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| February 1991 | $793.60 | Entitlement began |

SEE NEXT PAGE

Enclosure: SSA-10153

| | | |
|---|---|---|
| If you have any questions about this claim, please contact | DISABILITY MANAGEMENT SERVICES<br>PO BOX 13480<br>PHILADELPHIA    PA    19176<br>800-842-1718 | Date<br>September 24, 2012 |

CNTRL#    0039900
CLAIM#    10280295
ID#       XXX-XX-8329

BENEFITS ADMINISTRATOR
NORTEL NETWORKS
GES DISB PRIME - MS 570/02/0C2
PO BOX 13010
RESEARCH TRIANGLE PARK    NC    27709-3010

CLAIMANT    LOIS D UPHOLD

| DESCRIPTION | AMOUNT | FROM | TO |
|---|---|---|---|
| LTD Claim Benefits | 1,465.09 | 09/01/2012 | 09/30/2012 |
| - SSDB | 647.60 | BENEFIT AMOUNT | 1,465.09 |
| - Medical | 90.74 | LESS OFFSET | 647.60 |
| - Dental | 23.68 | ADD'L BENEFITS | 0.00 |
| | | | 817.49 |
| | | LESS ADJUSTMENTS | 0.00 |
| | | | 817.49 |
| | | LESS DEDUCTIONS | 114.42 |
| | | AMOUNT PAYABLE | 703.07 |

For claim or payment status, call 800-842-1718 and follow the prompts or visit us on the web at www.Prudential.com/mybenefits and select the online option.

Date:    September 24, 2012

Deposit Amount:    $703.07

**Direct Deposit Distribution**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXX0090 | $703.07 |

To the Accounts of

LOIS UPHOLD
201 CAMDEN PARK DR
GOLDSBORO    NC    27530

This is not a Check                          Not Negotiable