OIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administrated |
| | Objection Deadline: _____ at ____ a.m/ p.m.<br>Hearing Date: _____ at ____ a.m./ p.m. |

### MOTION FOR - OJECTION TO DEBTOR'S MOTION FOR AN ENTRY OF AN ORDER PURSUANT TO 11 U. S. C. 105, 363 AND 1108 AUTHORIZING THE DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM DISABILITY PLANS AND THE EMPLOYMENT OF THE LTE EMPLOYEE

Thomas M. D. Dikens (the "[Define Party]") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this motion for Objection to Debtor's Termination motion for Long-Term Disability (the "Motion"). In support of this Motion, Thomas M. D. Dikens respectfully represents as follows:

### BACKGROUND

1. Attachment "A."- U. S. BENEFIS SHORT-TERM AND LONG-TERM DISABILITY PLANS, SUMMARY PLAN DESCRIPTION – SEE PAGE 12.

2. Attachment "B" -NOTICE OF MORTGAGE APPROVAL FROM WELLS FARGO BASED ON U. S. BENEFITS STATEMENT AS IN ATTACHMENT "A".

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

**RELIEF REQUESTED**

3. Please see page 12 of attachment "A" where it states that long-term benefits continues until the individual is sixty-five. Please also see the first part of page 1 of Attachment "B" where the final approval authority at Wells Fargo states that Attachment "A" as sent to him as an attachment will serve as the income verification piece of information for the approval of an equity line-of-credit / mortgage, "Mission accomplished, I approved the income" statement.

**BASIS FOR RELIEF**

4. The benefits statement from Nortel clearly states that long-term disability benefits are to paid until the individual is sixty-five years old. In fact, the statement is so clear that my bank, Wells Fargo, accepted it as an income guarantee for an equity line-of-credit / mortgage loan.

**NOTICE**

5. Notice of this Motion has been provided to (a) counsel to the Debtors; (b) counsel to the Creditors' Committee; (c) counsel to the Retirees Committee; (d) the United States Trustee for the District of Delaware; and (e) all parties required to receive service under Rule 2002-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware through the Court's electronic filing system. [Insert defined name of party] respectfully submits that, given the nature of the relief requested, no other notice of the relief requested herein need to be given.

**WHEREFORE** Thomas M. D. Dikens respectfully requests the entry of an Order, in the form attached for relief from the Motion of the Debtors' to Terminate the Long-Term Disability plans.

Dated: 10/22/12

Thomas M. D. Dikens
2612 Bengal Lane
Plano, Texas, 75034
Telephone: (972) 596-4853
Facsimile: n/a
Email: dikens@mac.com

*Appearing Pro Se*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administrated |
|  | ) **Re: Docket No. _____** |

## ORDER GRANTING MOTION FOR [ _____ ]

Upon consideration of the *Motion for* _____ (the "Motion") and any responses thereto; and it appearing that sufficient notice of the Motion has been given; and in good cause having been shown, it is hereby

ORDERED that the Motion is granted.

Dated: _____, 2012
Wilmington, Delaware

HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.