# **EXHIBIT B**

ME1 14339578v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 09/04/2012 | PHOTOCOPIES | 134.10 |
| 09/04/2012 | PHOTOCOPIES | 20.55 |
| 09/05/2012 | PHOTOCOPIES | 1.50 |
| 09/05/2012 | PHOTOCOPIES | 0.75 |
| 09/05/2012 | PHOTOCOPIES | 1.95 |
| 09/06/2012 | PHOTOCOPIES | 1.95 |
| 09/06/2012 | PHOTOCOPIES | 0.75 |
| 09/06/2012 | PHOTOCOPIES | 0.15 |
| 09/06/2012 | PHOTOCOPIES | 18.00 |
| 09/07/2012 | PHOTOCOPIES | 0.45 |
| 09/10/2012 | PHOTOCOPIES | 1.95 |
| 09/10/2012 | PHOTOCOPIES | 0.30 |
| 09/10/2012 | PHOTOCOPIES | 0.15 |
| 09/10/2012 | PHOTOCOPIES | 36.00 |
| 09/11/2012 | PHOTOCOPIES | 0.60 |
| 09/11/2012 | PHOTOCOPIES | 0.15 |
| 09/11/2012 | PHOTOCOPIES | 1.95 |
| 09/11/2012 | PHOTOCOPIES | 0.60 |
| 09/12/2012 | PHOTOCOPIES | 0.45 |
| 09/12/2012 | PHOTOCOPIES | 1.05 |
| 09/12/2012 | PHOTOCOPIES | 0.60 |
| 09/13/2012 | PHOTOCOPIES | 2.40 |
| 09/13/2012 | PHOTOCOPIES | 2.10 |
| 09/18/2012 | PHOTOCOPIES | 57.00 |
| 09/18/2012 | PHOTOCOPIES | 0.45 |
| 09/19/2012 | PHOTOCOPIES | 4.50 |
| 09/19/2012 | PHOTOCOPIES | 0.15 |
| 09/20/2012 | PHOTOCOPIES | 0.60 |
| 09/20/2012 | PHOTOCOPIES | 0.60 |
| 09/20/2012 | PHOTOCOPIES | 0.15 |
| 09/20/2012 | PHOTOCOPIES | 39.15 |
| 09/24/2012 | PHOTOCOPIES | 18.00 |
| 09/24/2012 | PHOTOCOPIES | 18.00 |
| 09/24/2012 | PHOTOCOPIES | 9.75 |
| 09/25/2012 | PHOTOCOPIES | 0.30 |
| 09/25/2012 | PHOTOCOPIES | 0.15 |
| 09/25/2012 | PHOTOCOPIES | 18.00 |
| 09/26/2012 | PHOTOCOPIES | 67.20 |
| 09/26/2012 | PHOTOCOPIES | 11.10 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/26/2012 | PHOTOCOPIES | 0.15 | |
| 09/27/2012 | PHOTOCOPIES | 0.60 | |
| 09/27/2012 | PHOTOCOPIES | 1.95 | |
| 09/27/2012 | PHOTOCOPIES | 1.95 | |
| 09/27/2012 | PHOTOCOPIES | 0.45 | |
| 09/27/2012 | PHOTOCOPIES | 0.15 | |
| 09/28/2012 | PHOTOCOPIES | 0.45 | |
| | **Total For: PHOTOCOPIES** | | **479.25** |
| 08/29/2012 | POSTAGE POSTAGE | 0.45 | |
| 08/29/2012 | POSTAGE POSTAGE | 1.10 | |
| 08/30/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/05/2012 | POSTAGE | 17.75 | |
| 09/05/2012 | POSTAGE POSTAGE | 1.10 | |
| 09/05/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/06/2012 | POSTAGE POSTAGE | 2.50 | |
| 09/10/2012 | POSTAGE POSTAGE | 1.95 | |
| 09/11/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/11/2012 | POSTAGE POSTAGE | 0.65 | |
| 09/11/2012 | POSTAGE POSTAGE | 1.30 | |
| 09/12/2012 | POSTAGE POSTAGE | 5.00 | |
| 09/12/2012 | POSTAGE POSTAGE | 11.32 | |
| 09/12/2012 | POSTAGE POSTAGE | 1.35 | |
| 09/12/2012 | POSTAGE POSTAGE | 1.30 | |
| 09/13/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/13/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/13/2012 | POSTAGE POSTAGE | 1.30 | |
| 09/13/2012 | POSTAGE POSTAGE | 1.30 | |
| 09/14/2012 | POSTAGE POSTAGE | 7.70 | |
| 09/16/2012 | POSTAGE POSTAGE | 0.45 | |
| 09/17/2012 | POSTAGE POSTAGE | 0.65 | |
| 09/17/2012 | POSTAGE POSTAGE | 1.55 | |
| 09/20/2012 | POSTAGE POSTAGE | 14.22 | |
| 09/20/2012 | POSTAGE POSTAGE | 5.00 | |
| 09/21/2012 | POSTAGE POSTAGE | 0.44 | |
| 09/21/2012 | POSTAGE POSTAGE | 0.65 | |
| 09/24/2012 | POSTAGE POSTAGE | 1.30 | |
| 09/26/2012 | POSTAGE POSTAGE | 75.40 | |
| 09/27/2012 | POSTAGE POSTAGE | 4.90 | |
| 09/28/2012 | POSTAGE POSTAGE | 2.40 | |
| | **Total For: POSTAGE** | | **165.28** |
| 07/17/2012 | FILING FEES | 3.00 | |
| | **Total For: FILING FEES-MISC** | | **3.00** |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/20/2012 | LUNCH MEETING WITH ALAN KORNSTEIN AFTER MEETING AT CLEARY DISCUSSING ACTION ITEMS TO STEP VEBA. | 16.82 | |
| | **Total For: LUNCHEON MEETINGS** | | **16.82** |
| 08/16/2012 | LIBRARY RESEARCH - PACER | 70.80 | |
| 08/16/2012 | LIBRARY RESEARCH - PACER | 70.80 | |
| 08/24/2012 | LIBRARY RESEARCH - PACER | 12.60 | |
| 08/24/2012 | LIBRARY RESEARCH - PACER | 12.60 | |
| 08/31/2012 | LIBRARY RESEARCH - TLO | 88.00 | |
| 08/31/2012 | LIBRARY RESEARCH - TLO | 11.00 | |
| 08/31/2012 | LIBRARY RESEARCH - TLO | 112.00 | |
| 09/13/2012 | LIBRARY RESEARCH | 173.37 | |
| 09/14/2012 | LIBRARY RESEARCH | 320.44 | |
| 09/17/2012 | LIBRARY RESEARCH | 5.94 | |
| 09/18/2012 | LIBRARY RESEARCH | 39.15 | |
| | **Total For: LIBRARY RESEARCH** | | **916.70** |
| 09/12/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBER: MICHAEL RESSNER | 3,300.99 | |
| 09/12/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBER: MARK M. HAUPT, SR. | 3,144.80 | |
| 09/26/2012 | PAYMENT FOR EXPENSES FOR COMMITTEE MEMBER: GARY DONAHEE | 4,828.80 | |
| | **Total For: SERVICES** | | **11,274.59** |
| 08/20/2012 | TRAVEL TO CLEARY IN NEW YORK CITY FOR MEETING. | 4.00 | |
| 09/20/2012 | TRAVEL BY PATH TO NEW YORK CITY FOR DINNER WITH RETIREE COMMITTEE. | 2.00 | |
| 09/21/2012 | TRAVEL BY PATH TO CLEARY IN NEW YORK CITY FOR MEETING. | 4.00 | |
| | **Total For: TRAVEL** | | **10.00** |
| 09/05/2012 | IMAGING Nortel Networks | 31.76 | |
| 09/13/2012 | IMAGING B&W Scan | 31.20 | |
| 09/19/2012 | IMAGING U.S. Guide for Pension Service | 26.72 | |
| 09/26/2012 | IMAGING 2004 Retiree Medical Plan | 29.12 | |
| | **Total For: IMAGING** | | **118.80** |
| 09/05/2012 | PDF CONVERSION Nortel Networks | 11.91 | |
| 09/19/2012 | PDF CONVERSION U.S. Guide for Pension Service | 12.81 | |
| 09/26/2012 | PDF CONVERSION 2004 Retiree Medical Plan | 10.92 | |
| | **Total For: PDF CONVERSION** | | **35.64** |
| 09/18/2012 | SPECIAL SERVICES Write on folders | 8.75 | |

Case 09-10138-MFW   Doc 8859-4   Filed 10/31/12   Page 5 of 7

Page 110
Invoice 7816527

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount |
|---|---|---|
| | **Total For: SPECIAL SERVICES** | **8.75** |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Beverly Gardner INFORMATION NOT SUPPLIED Tracking #: 798863064326 | 13.72 |
| 08/30/2012 | FEDERAL EXPRESS Delivery to: Brian P Rice McCarter & English LLP Tracking #: 798817889171 | 12.83 |
| 08/31/2012 | FEDERAL EXPRESS Delivery to: William Fleskes INFORMATION NOT SUPPLIED Tracking #: 798874346220 | 13.26 |
| 08/31/2012 | FEDERAL EXPRESS Delivery to: Eleftherios Apsokardos INFORMATION NOT SUPPLIED Tracking #: 798872630395 | 13.72 |
| 09/01/2012 | FEDERAL EXPRESS Delivery to: Noriss Cosgrove, Esq McCarter & English LLP Tracking #: 798843163310 | 27.55 |
| 09/04/2012 | FEDERAL EXPRESS Delivery to: Robert Pascale INFORMATION NOT SUPPLIED Tracking #: 798887045111 | 14.53 |
| 09/04/2012 | FEDERAL EXPRESS Delivery to: Mikhail Beyzer INFORMATION NOT SUPPLIED Tracking #: 798884865046 | 19.32 |
| 09/04/2012 | FEDERAL EXPRESS Delivery to: Julius Roberts INFORMATION NOT SUPPLIED Tracking #: 798886789878 | 19.32 |
| 09/05/2012 | FEDERAL EXPRESS Delivery to: Wayne Shoemaker INFORMATION NOT SUPPLIED Tracking #: 798896506421 | 19.32 |
| 09/05/2012 | FEDERAL EXPRESS Delivery to: mccsrter & english llp r joseph hrubiec Tracking #: 798892042670 | 9.26 |
| 09/06/2012 | FEDERAL EXPRESS Delivery to: Mark B Astor INFORMATION NOT SUPPLIED Tracking #: 798906470053 | 15.19 |
| 09/06/2012 | FEDERAL EXPRESS Delivery to: Brenda Abdalla INFORMATION NOT SUPPLIED Tracking #: 798909367020 | 19.32 |
| 09/06/2012 | FEDERAL EXPRESS Delivery to: Philip Lally INFORMATION NOT SUPPLIED Tracking #: 798909449436 | 17.25 |
| 09/06/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798896520403 | 16.48 |
| 09/06/2012 | FEDERAL EXPRESS Delivery to: Paul Snow INFORMATION NOT SUPPLIED Tracking #: 798909164677 | 15.98 |
| 09/07/2012 | FEDERAL EXPRESS Delivery to: Jerry Dunham INFORMATION NOT SUPPLIED Tracking #: 798918345400 | 19.32 |
| 09/07/2012 | FEDERAL EXPRESS Delivery to: Nancy Artis c o Adrianne Anderson Tracking #: 798920808203 | 60.03 |
| 09/07/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798886800339 | 16.48 |
| 09/10/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798884883983 | 16.48 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount |
|---|---|---|
| 09/10/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798909177975 | 16.48 |
| 09/10/2012 | FEDERAL EXPRESS Delivery to: Mary Autry INFORMATION NOT SUPPLIED Tracking #: 798924064755 | 18.81 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: FRED BOWERS INFORMATION NOT SUPPLIED Tracking #: 798940708110 | 18.81 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: Brian P Rice McCarter & English LLP Tracking #: 798940251047 | 26.18 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: Joyce Stevens INFORMATION NOT SUPPLIED Tracking #: 798938173483 | 22.15 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798918361358 | 16.48 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: Leslie Kennedy INFORMATION NOT SUPPLIED Tracking #: 798936452609 | 17.09 |
| 09/11/2012 | FEDERAL EXPRESS Delivery to: Paul Snow INFORMATION NOT SUPPLIED Tracking #: 798936002393 | 15.82 |
| 09/12/2012 | FEDERAL EXPRESS Delivery to: Dorothy Jones INFORMATION NOT SUPPLIED Tracking #: 798950813981 | 15.77 |
| 09/12/2012 | FEDERAL EXPRESS Delivery to: LUCY WILSON INFORMATION NOT SUPPLIED Tracking #: 798945651977 | 19.67 |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Catherine Moreton Gray McCarter & English LLP Tracking #: 798940722732 | 12.34 |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Anthony Pinchen INFORMATION NOT SUPPLIED Tracking #: 798959835365 | 15.77 |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Mark Haupt, Sr INFORMATION NOT SUPPLIED Tracking #: 798960817955 | 19.15 |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Gary R Donahee Chairman Tracking #: 798960841434 | 21.81 |
| 09/13/2012 | FEDERAL EXPRESS Delivery to: Michael P Ressner INFORMATION NOT SUPPLIED Tracking #: 798960857032 | 15.81 |
| 09/14/2012 | FEDERAL EXPRESS Delivery to: Marion Fries INFORMATION NOT SUPPLIED Tracking #: 798973154310 | 15.90 |
| 09/18/2012 | FEDERAL EXPRESS Delivery to: Lucy Wilson INFORMATION NOT SUPPLIED Tracking #: 798994535509 | 19.67 |
| 09/20/2012 | FEDERAL EXPRESS Delivery to: Catherine Moreton Gray McCarter & English LLP Tracking #: 798945657232 | 13.48 |
| 09/20/2012 | FEDERAL EXPRESS Delivery to: James Potesta, Sr INFORMATION NOT SUPPLIED Tracking #: 799013196920 | 15.77 |

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/20/2012 | FEDERAL EXPRESS Delivery to: John Brazee INFORMATION NOT SUPPLIED Tracking #: 799015385060 | 15.77 | |
| 09/20/2012 | FEDERAL EXPRESS Delivery to: Thomas Davis INFORMATION NOT SUPPLIED Tracking #: 799015575411 | 18.81 | |
| 09/21/2012 | FEDERAL EXPRESS Delivery to: returns McCarter & English LLP Tracking #: 543180686410 | 9.49 | |
| 09/25/2012 | FEDERAL EXPRESS Delivery to: Richard McIntire INFORMATION NOT SUPPLIED Tracking #: 799047082779 | 13.88 | |
| | **Total For: FEDERAL EXPRESS** | | **754.27** |
| 09/19/2012 | COLOR SCANNING U.S. Guide for Pension Service | 18.60 | |
| | **Total For: COLOR SCANNING** | | **18.60** |
| 09/05/2012 | PRINTING W/SLIP SHEETS, STAPLES Chapter 11 Priv and Confidential RC1-5771 | 549.20 | |
| 09/26/2012 | PRINTING W/SLIP SHEETS, STAPLES Nortel Retiree Documents | 119.40 | |
| 09/28/2012 | PRINTING W/SLIP SHEETS, STAPLES Applications for Retiremental Welfare | 58.00 | |
| | **Total For: PRINTING W/SLIP SHEETS, STAPLES** | | **726.60** |
| 09/18/2012 | LABOR (DATA AND TECH CONVERSIONS) Nortel Retiree Documents | 87.50 | |
| | **Total For: LABOR (DATA AND TECH CONVERSIONS)** | | **87.50** |

**TOTAL DISBURSEMENTS** .................................................. **$14,615.80**