<u>**CERTIFICATE OF SERVICE**</u>

I, William F. Taylor, Jr., hereby certify that October 31, 2012 I caused a true and correct copy of the foregoing *Thirteenth Monthly Application of McCarter & English LLP, As Counsel to The Official Committee of Retirees For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 through September 30, 2012* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ *William F. Taylor, Jr.*
William F. Taylor, Jr. (DE Bar I.D. #2936)

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801-3519
(Trustee)

Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE 19801
(Counsel for Official Committee Of Unsecured Creditors)

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Counsel for Official Committee Of Unsecured Creditors)

Derek C. Abbott, Esq.
Ann C. Cordo, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(Debtor's Counsel)

James L. Bromley
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(Debtor's Counsel)

Rafael Xavier Zahralddin-Aravena
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801

ME1 14339578v.1