# EXHIBIT A

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 2

Client #  732310

Matter # 165839

For services through September 30, 2012
relating to  Case Administration

| | | | | |
|---|---|---|---|---|
| 09/04/12 | Review critical dates and calendar same | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 09/06/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 09/06/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/10/12 | Update 2002 service list | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 09/12/12 | Participate in weekly Committee call | | | |
| Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 09/13/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 09/13/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/14/12 | Maintain and organize original pleadings | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 09/20/12 | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1); Update core/2002 service list (.6) | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 3
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/20/12 | Participate in weekly Committee call | | | |
| Associate | Christopher M. Samis | 0.80 hrs. | 375.00 | $300.00 |
| 09/20/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/27/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 09/27/12 | Participate in weekly Committee call | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |
| 09/27/12 | Review email from B. Witters re revised critical dates calendar (.1); Review same (.2) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services            $1,914.00


TOTAL DUE FOR THIS INVOICE                **$1,914.00**
BALANCE BROUGHT FORWARD                      $2,156.00

**TOTAL DUE FOR THIS MATTER**                **$4,070.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 4
Client #  732310

Matter #  165839

For services through September 30, 2012
relating to  Claims Administration

| 09/07/12 | Review Canal View 9019 motion (.6); Review Michael Rose motion for reconsideration (.5) | | | |
|----------|----------|----------|--------|--------|
| Associate | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |
| 09/20/12 | Call from claimant re: receipt of claims trader offers | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

|  | Total Fees for Professional Services | $487.50 |
|--|--------------------------------------|---------|

| TOTAL DUE FOR THIS INVOICE | **$487.50** |
|----------------------------|-------------|
| BALANCE BROUGHT FORWARD | $2,475.00 |
| **TOTAL DUE FOR THIS MATTER** | **$2,962.50** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 5

Client #  732310

Matter # 165839

For services through September 30, 2012
relating to  Court Hearings

| | | | | |
|---|---|---|---|---|
| 09/01/12 | Email to L. Beckerman re: coverage for 9/5/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 09/04/12 | Telephone call to Courtcall re: 9/5/12 telephonic appearances for F. Hodara and D. Botter (.2); E-mail to distribution re: same (.1); Retrieve re: amended 9/5/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: additional agenda items (.1); Revise 9/5/12 hearing binder (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 09/04/12 | Email to B. Kahn re: preparation for 9/5/12 hearing (.1); Prepare for 9/5/12 hearing (1.2) | | | |
| Associate | Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |
| 09/04/12 | Review emails (x2) from B. Kahn re: dial ins for 9/5/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 09/05/12 | Retrieve re: 9/5/12 second amended agenda cancelling hearing (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 09/05/12 | Prepare for 9/5/12 hearing (.8); Email to F. Hodara, L. Beckerman and others re: rescheduling of 9/5/12 hearing (.1); Email to D. Abbot re: rescheduling of 9/5/12 hearing (.1) | | | |
| Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 09/05/12 | Review amended agenda canceling 9/5/12 hearing (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 6
Client # 732310

Matter # 165839

| Date | Description | | | |
|---|---|---|---|---|
| 09/10/12 | Email to B. Witters re: items on calendar for 9/19/12 hearing (.1); Email to L. Beckerman re: items on calendar for 9/19/12 hearing (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 09/11/12 | Attention to e-mail from C. Samis re: 9/19/12 agenda items going forward (.1); E-mail to C. Samis re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 09/11/12 | Email to L. Beckerman re: items scheduled for hearing on 9/19/12 (.1); Email to L. Beckerman re: items scheduled for hearing on 9/19/12 (.1) | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 09/14/12 | Email to L. Beckerman re: status of 9/19/12 Nortel hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 09/17/12 | Retrieve and review re: 9/19/12 agenda (.1); E-mail to distribution re: same (.1); Retrieve re: 9/19/12 agenda pleadings (.5); E-mail to M. Maddox re: RLF cno for 9/19/12 interim fee hearing (.1); Prepare 9/19/12 hearing binderS x2 (.8) | | | |
| Paralegal | Barbara J. Witters | 1.60 hrs. | 205.00 | $328.00 |
| 09/17/12 | Review agenda for 9/19/12 hearing (.2); Email to L. Beckerman re: agenda for 9/19/12 hearing (.1); Email to B. Witters re: circulation of 9/19/12 agenda (.1) | | | |
| Associate | Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 09/17/12 | Review agenda re: 9/19/12 hearing (.2); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/18/12 | Circulate amended agenda for 9/19/12 hearing (.1); Update hearing binders for 9/19/12 hearing (.1) | | | |
| Paralegal | Cathy M. Greer | 0.20 hrs. | 205.00 | $41.00 |
| 09/18/12 | Prepare for 9/19/12 hearing (2.0); Email to paralegals re: circulation on amended agenda for 9/19/12 hearing (.1) | | | |
| Associate | Christopher M. Samis | 2.10 hrs. | 375.00 | $787.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 7

Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/18/12 | Review amended agenda re: 9/19/12 hearing | | | |
| Associate | Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 09/19/12 | Prepare for 9/19/12 hearing (1.5); Attend 9/19/12 hearing (3.2); Email to L. Beckerman re: logistics of 9/19/12 hearing (.1) | | | |
| Associate | Christopher M. Samis | 4.80 hrs. | 375.00 | $1,800.00 |
| | | | | |
| 09/20/12 | Circulate to distribution re: 9/19/12 hearing transcript | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |

Total Fees for Professional Services          $4,740.00

TOTAL DUE FOR THIS INVOICE          **$4,740.00**
BALANCE BROUGHT FORWARD          $4,495.50

**TOTAL DUE FOR THIS MATTER**          **$9,235.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435

Page 8

Client #  732310

Matter #  165839

For services through September 30, 2012

relating to  Employee Issues

| | | | | |
|---|---|---|---|---|
| 09/11/12 | Review motion to compel disclosure of risk/benefit information filed by LTD employees (.4); Review motion to approve subpoena on Nortel Retiree Medical Plan (.8); Review motion to shorten for motion to approve subpoena on Nortel Retiree Medical Plan (.3) | | | |
| Associate | Christopher M. Samis | 1.50 hrs. | 375.00 | $562.50 |
| 09/24/12 | Review emails (x2) from A. Cordo re: unredacted brief (.1); Research re: same (.3); Emails (x3) to C. Samis re: same (.1); Email to A. Cordo re: same (.1); Review emails (x3) from C. Samis re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.70 hrs. | 375.00 | $262.50 |

Total Fees for Professional Services                                      $825.00

TOTAL DUE FOR THIS INVOICE                                      **$825.00**

BALANCE BROUGHT FORWARD                                      $937.50

**TOTAL DUE FOR THIS MATTER**                                      **$1,762.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 9
Client #  732310

Matter #  165839

---

For services through September 30, 2012
relating to  Litigation/Adversary Proceedings

| | | | | |
|---|---|---|---|---|
| 09/06/12 | Finalize and file aos re: order granting motion for intervention of Committee (.1); Finalize and file aos re: joinder of Committee to motion to dismiss (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 09/14/12 | Review LTD and Retiree Committee protective orders and provide clearance of same to L. Beckerman and A. Cordo | | | |
| Associate | Christopher M. Samis | 1.60 hrs. | 375.00 | $600.00 |
| 09/14/12 | Review motion to serve subpoenas re: medical plan matter (.3); Review motion to shorten notice re: same (.3) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 09/24/12 | E-mails to D. Sloan re: allocating and redacting class certification briefing from Schoeder adversary for A. Cordo for use in Horne litigation | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 09/26/12 | E-mail to D. Sloan re: locating Schroeder class certification briefing for Horne litigation | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

Total Fees for Professional Services          $978.50

TOTAL DUE FOR THIS INVOICE          **$978.50**
BALANCE BROUGHT FORWARD          $3,551.00

**TOTAL DUE FOR THIS MATTER**          **$4,529.50**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 10
Client #  732310

Matter # 165839

For services through September 30, 2012
relating to  RLF Fee Applications

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 09/05/12 | E-mail to L. Stevenson re: RLF August fee/expense estimate amounts (.1); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 09/11/12 | Review RLF August bill memo | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 09/11/12 | Review August 2012 bill memos re: RLF monthly fee application (.5); Discussion with B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |
| 09/14/12 | Prepare cno re: RLF July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 09/14/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review email from C. Samis re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/17/12 | Retrieve re: RLF 14th interim fee applications and cnos (.2); Prepare RLF 14th interim fee binder (.3) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 09/26/12 | Review and revise RLF August fee application (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 205.00 | $184.50 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 11

Client #  732310

Matter #  165839

| Date | Description | | | |
|------|-------------|---|---|---|
| 09/26/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | |
| Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $996.50 |

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$996.50** |
| BALANCE BROUGHT FORWARD | $1,136.50 |
| **TOTAL DUE FOR THIS MATTER** | **$2,133.00** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 12

Client #  732310

Matter #  165839

---

For services through September 30, 2012

relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 09/04/12 | Prepare cno re: Fraser Milner June fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 09/04/12 | Review email from B. Witters re: filing of certificate of no objection re: Fraser Milner monthly fee application (.1); Review email from M. Wunder re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/06/12 | Prepare cno re: Capstone June fee application (.2); Finalize and file cno re: same (.2); Finalize and file aos re: Capstone 14th interim fee application (.1); Update fee status chart (1.0) | | | |
| Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 09/06/12 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/07/12 | Update fee status chart (.4); Retrieve re: committee professionals 14th interim fee applications (.6); Prepare exhibit B re: 14th interim fee order (1.0) | | | |
| Paralegal | Barbara J. Witters | 2.00 hrs. | 205.00 | $410.00 |
| 09/12/12 | Revise exhibit B re: 14th interim order (2.0); E-mail to B. Kahn re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.10 hrs. | 205.00 | $430.50 |
| 09/13/12 | Attention to e-mails re: comments to exhibit B 14th interim fee order (.2); Prepare cno re: Akin Gump July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 205.00 | $123.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 13
Client #  732310

Matter # 165839

| | | | | |
|---|---|---|---|---|
| 09/13/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | |
| Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 09/14/12 | Update fee status chart (.2); Attention to e-mail from B. Kahn re: Ashurst August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 205.00 | $246.00 |
| 09/14/12 | Email to B. Kahn re: Judge Gross approval of fee applications for 9/17/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 09/14/12 | Review email from B. Kahn re: filing Ashurst monthly fee application (.1); Review email from B. Witters re: same (.1) | | | |
| Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 09/17/12 | Review Jefferies fees and expenses for the entire case (2.5); Discussion with C. Samis re: same x2 (.2); Telephone call to and from J. Kanwal re: same (.2); Revise exhibit B re: 14th interim fee order (.3); E-mail to J. Kanwal re: same (.1); E-mail to M. Maddox re: final exhibit B to 14th interim fee order (.1) | | | |
| Paralegal | Barbara J. Witters | 3.40 hrs. | 205.00 | $697.00 |
| 09/19/12 | Prepare cno re: Fraser Milner July fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Capstone July fee application (.2); Finalize and file cno re: same (.2); Prepare cno re: Ashurst July fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 1.20 hrs. | 205.00 | $246.00 |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435

Page 14

Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 09/19/12 | Review email from B. Witters re: filing certificates of no objection (x3) (.1); Review email from B. Kahn re: same (.1); Review email from M. Wunder re: same (.1); Review and execute certificate of no objection re: Capstone monthly fee application (.1); Review and execute certificate of no objection re: Fraser Milner monthly fee application (.1); Review and execute certificate of no objection re: Ashurst monthly fee application (.1) | | | |
| Associate | Drew G. Sloan | 0.60 hrs. | 375.00 | $225.00 |

Total Fees for Professional Services         $3,217.00

TOTAL DUE FOR THIS INVOICE                **$3,217.00**
BALANCE BROUGHT FORWARD                   $4,693.00

**TOTAL DUE FOR THIS MATTER**             **$7,910.00**

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 15
Client #  732310

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 21.00 | 205.00 | 4,305.00 |
| Cathy M. Greer | 0.20 | 205.00 | 41.00 |
| Christopher M. Samis | 17.10 | 375.00 | 6,412.50 |
| Drew G. Sloan | 6.40 | 375.00 | 2,400.00 |
| TOTAL | 44.70 | $294.37 | 13,158.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$13,780.25**

    Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

    Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

## PAYABLE WHEN RENDERED

732310