# EXHIBIT B



# RICHARDS LAYTON & FINGER

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.:  51-0226371

October 24, 2012
Invoice 416435

Page 1
Client #  732310
Matter # 165839

For disbursements incurred through September 30, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $128.70 |
| Document Retrieval | $197.60 |
| Long distance telephone charges | $6.95 |
| Messenger and delivery service | $69.70 |
| Photocopying/Printing | $209.50 |
| 530 @ $.10/pg. / 1,565 @ $.10/pg. | |
| Postage | $9.30 |

| | |
|---|---:|
| Other Charges | $621.75 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$621.75** |
| BALANCE BROUGHT FORWARD | $1,634.84 |
| **TOTAL DUE FOR THIS MATTER** | **$2,256.59** |

■ ■ ■

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 16

Client #  732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc

Matter: Nortel - Representation of Creditors Committee
Case Administration
Claims Administration
Court Hearings
Employee Issues
Litigation/Adversary Proceedings
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 08/20/12 | PACER | | DOCRETRI |
| | | Amount = $28.40 | |
| 09/04/12 | PACER | | DOCRETRI |
| | | Amount = $5.10 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 09/04/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/05/12 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 09/06/12 | PACER | | DOCRETRI |
| | | Amount = $17.10 | |

Nortel Creditors Committee                                      October 24, 2012
c/o Fred S. Hodara, Esq.                                        Invoice 416435
Akin Gump Strauss Hauer Feld LLP                               Page 17
One Bryant Park
New York NY  10036                                             Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.30 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.30 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.40 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.30 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/06/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/07/12 | PACER | Amount = $15.10 | DOCRETRI |
| 09/07/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.10 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.30 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.40 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.40 | DUP.10CC |
| 09/07/12 | Printing | Amount = $0.20 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435

Page 18

Client #  732310

| 09/07/12 | Printing | | DUP.10CC |
|---|---|---|---|
| | | Amount =   $0.40 | |
| 09/07/12 | Printing | | DUP.10CC |
| | | Amount =   $0.40 | |
| 09/10/12 | PACER | | DOCRETRI |
| | | Amount =   $3.50 | |
| 09/10/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/10/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/11/12 | PACER | | DOCRETRI |
| | | Amount =   $8.80 | |
| 09/11/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/12/12 | PACER | | DOCRETRI |
| | | Amount =   $7.20 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.80 | |
| 09/12/12 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/13/12 | PACER | | DOCRETRI |
| | | Amount =   $17.70 | |
| 09/13/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |
| 09/13/12 | Printing | | DUP.10CC |
| | | Amount =   $0.20 | |
| 09/13/12 | Printing | | DUP.10CC |
| | | Amount =   $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 19
Client # 732310

| Date | Description | | | Code |
|------|-------------|---|---|------|
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/13/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |
| 09/14/12 | Photocopies | | | DUP.10CC |
| | | Amount = | $19.50 | |
| 09/14/12 | Messenger and delivery | | | MESS |
| | | Amount = | $63.30 | |
| 09/14/12 | PACER | | | DOCRETRI |
| | | Amount = | $9.60 | |
| 09/14/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.20 | |
| 09/14/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/14/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/14/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |

Nortel Creditors Committee                                    October 24, 2012
c/o Fred S. Hodara, Esq.                                      Invoice 416435
Akin Gump Strauss Hauer Feld LLP                             Page 20
One Bryant Park
New York NY  10036                                           Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $3.30 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.80 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.70 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.90 | | |
| 09/14/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 09/17/12 | 12122842300 Long Distance | | LD |
| | Amount = $4.17 | | |
| 09/17/12 | 12122842300 Long Distance | | LD |
| | Amount = $2.78 | | |
| 09/17/12 | PACER | | DOCRETRI |
| | Amount = $54.00 | | |
| 09/17/12 | Printing | | DUP.10CC |
| | Amount = $0.60 | | |
| 09/17/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 09/17/12 | Printing | | DUP.10CC |
| | Amount = $0.40 | | |
| 09/17/12 | Printing | | DUP.10CC |
| | Amount = $1.70 | | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 21
Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $5.90 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $1.90 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $5.40 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $1.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $20.00 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $2.00 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $5.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $5.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.30 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $2.50 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.70 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.80 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $1.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 22

Client #  732310

| Date | Description | | Code |
|------|-------------|---|------|
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435

Page 23

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $5.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $2.50 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $5.90 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.60 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $1.70 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $1.90 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $1.20 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $20.00 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount = $2.00 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 24

Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.40 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/17/12 | Printing | | DUP.10CC |
| | | Amount =  $0.10 | |
| 09/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |
| 09/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.60 | |
| 09/18/12 | Printing | | DUP.10CC |
| | | Amount =  $0.50 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435
Page 25

Client #  732310

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 09/18/12 | Printing | | DUP.10CC |
| | | Amount = $5.20 | |
| 09/19/12 | PACER | | DOCRETRI |
| | | Amount = $14.20 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY 10036

October 24, 2012
Invoice 416435
Page 26

Client # 732310

| | | | |
|---|---|---|---|
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $7.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | DIAZ DATA SERVICES: Transcript | | CTRPT |
| | | Amount = $128.70 | |
| 09/20/12 | PACER | | DOCRETRI |
| | | Amount = $8.70 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |
| 09/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

October 24, 2012
Invoice 416435

Page 27

Client #  732310

| | | | | |
|---|---|---|---|---|
| 09/20/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/21/12 | PACER | | | DOCRETRI |
| | | Amount = | $1.30 | |
| 09/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.40 | |
| 09/26/12 | Photocopies | | | DUP.10CC |
| | | Amount = | $33.50 | |
| 09/26/12 | Messenger and delivery charges | | | MESS |
| | | Amount = | $6.40 | |
| 09/26/12 | Postage | | | POST |
| | | Amount = | $9.30 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 09/26/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 09/27/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 09/28/12 | PACER | | | DOCRETRI |
| | | Amount = | $3.90 | |
| 09/28/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.10 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel
                             Networks Inc


Expenses     $621.75

## CERTIFICATE OF SERVICE

I, Drew G. Sloan, do hereby certify that on October 31, 2012, a copy of the foregoing **Forty-Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2012 through September 30, 2012** was served on the parties on the attached list and in the manner indicated thereon.

Drew G. Sloan (No. 5069)

**NORTEL NETWORKS INC.**
**CASE NO. 09-10138 (KG)**
**SERVICE LIST**

## VIA HAND DELIVERY

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

## VIA FIRST CLASS MAIL

*(Debtors)*
Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of
Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036