## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., et al., | Bankr. Case. No. 09-10138 (KG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 5951** |

## NOTICE OF WITHDRAWAL OF MOTION OF
## EDMUND B. FITZGERALD FOR RELIEF FROM THE AUTOMATIC STAY

Edmund B. Fitzgerald ("Movant"), by and through its undersigned counsel, hereby withdraws, with prejudice, the Motion of Edmund B. Fitzgerald for Relief from the Automatic Stay [Docket No. 5951] that was filed on July 13, 2011.

Dated: October 31, 2012

MORRIS JAMES LLP

Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: ckunz@morrisjames.com

Counsel for Edmund B. Fitzgerald

3564180