IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Nortel Networks Inc., et al., | : Case No: 09-10138 (KG) |
| Debtors. | : |
| | : |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE  :
 : SS:
NEW CASTLE COUNTY  :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 31, 2012 I caused to be served:

### NOTICE OF WITHDRAWAL OF MOTION
### OF EDMUND B. FITZGERALD FOR RELIEF FROM THE AUTOMATIC STAY

Service was completed upon the following individuals listed on the attached service list via hand delivery for local counsel and first class mail, postage prepaid, for all other parties.

Date:  October 31, 2012

_____
Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 31st day of October, 2012.

_____
Notary

5296311/

## SERVICE LIST:

### Counsel to the U.S. Debtors:

Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006
Fax: (212) 225-3999 (Attn: James L. Bromley and Lisa M. Schweitzer)

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801
Fax: (302) 658-3989 (Attn: Derek C. Abbott)

### Counsel to the Official Committee of Unsecured Creditors:
Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036
Fax: (212) 872-1002 (Attn: Fred Hodara, Stephen Kuhn and Kenneth Davis)

Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 Fax:: (302) 651-7701 (Attn: Christopher M. Samis)

### Counsel to the Official Committee of Unsecured Creditors (Canada):
Fraser Milner Casgrain LLP, 1st Canadian Place, 42nd Floor, 100 King Street West, Toronto, Ontario M5Z 1B2, Canada (Attn: Michael J. Wunder, R. Shayne Kukulowicz and Alex. L. MacFarlane)

### Counsel to the Bondholder Group:
Milbank, Tweed, Hadley & McCloy, One Chase Manhattan Plaza, New York, New York 10005
Fax: (212) 822-5735 (Attn: Roland Hlawaty)

### Counsel to the Canadian Debtors:
Ogilvy Renault LLP, Royal Bank Plaza, South Tower, Suite 3800, 200 Bay Street, Toronto, Ontario, Canada
Fax: (416) 216-3930 (Attn: Jennifer Stam & Alan Mersky)

### The Monitor:
Ernst & Young Tower, 222 Bay Street, P. O. Box 251, Toronto, ON M5K 1J7 Canada
Fax: (416) 943-3300 (Attn: Sharon Hamilton)

### Counsel to the Monitor:
Goodmans LLP, Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7
Fax: (416) 979-1234 (Attn: J.A. Carfagnini and Joseph Pasquariello)

### Office of the United States Trustee:
844 King Street, Suite 2207, Wilmington, Delaware 19801
Fax: (302) 573-6497 (Attn: Patrick Tinker)