# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**August 1, 2012 - August 31, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | August 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 21.0 |
| 2 | Business Operations / General Corporate / Real Estate | 3.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 10.0 |
| 6 | Committee Matters and Creditor Meetings | 8.0 |
| 7 | Claims Administration and Analysis | 6.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 176.0 |
| 15 | Travel | 8.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | **232.0** |

**Summary of Services Rendered by Professional**

| Name | August 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 85.0 |
| Michael Kennedy, Member | 103.0 |
| Aaron Taylor, Vice President | 38.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | 6.0 |
| **TOTAL** | **232.0** |

**Nortel Networks, Inc**
August 1, 2012 - August 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | August 2012 Hours | Code |
|---|---|---|---|
| 8/1/2012 | Calls and analysis re claims, allocation, mediation and case management | 3.0 | 14 |
| 8/2/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/3/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/5/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/6/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/8/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/9/2012 | Calls and analysis re claims, allocation, mediation and case management | 2.0 | 14 |
| 8/10/2012 | Calls and analysis re claims, allocation, mediation and case management | 6.0 | 14 |
| 8/12/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/13/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/14/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/15/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/16/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/17/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/19/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/20/2012 | Calls and analysis re claims, allocation, mediation and case management | 1.0 | 14 |
| 8/21/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| 8/22/2012 | Calls and analysis re claims, allocation, mediation and case management | 2.0 | 14 |
| 8/24/2012 | Calls and analysis re claims, allocation, mediation and case management | 5.0 | 14 |
| 8/27/2012 | Calls and analysis re claims, allocation, mediation and case management | 3.0 | 14 |
| 8/29/2012 | Calls and analysis re claims, allocation, mediation and case management | 2.0 | 14 |
| 8/31/2012 | Calls and analysis re claims, allocation, mediation and case management | 4.0 | 14 |
| **August 2012 Total** | | **85.0** | |

**Nortel Networks, Inc**
August 1, 2012 - August 31, 2012 Time Detail
Chilmark Partners, LLC
<u>Michael Kennedy, Member</u>

| Date | Description of Work | August 2012 Hours | Code |
|---|---|---:|---:|
| 8/1/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/1/2012 | Communications w/ management & Cleary re: Mexico and other non-filed entities | 1.0 | 1 |
| 8/1/2012 | Review cash flash report | 1.0 | 1 |
| 8/2/2012 | Review CCAA claims schedules | 1.0 | 1 |
| 8/3/2012 | Call with Cleary | 1.0 | 14 |
| 8/3/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 8/6/2012 | Review RM Report | 2.0 | 1 |
| 8/6/2012 | Review communications with counsel re: claims | 1.0 | 7 |
| 8/6/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 8/6/2012 | Call with UCC advisors | 4.0 | 6 |
| 8/7/2012 | Communications with UCC advisors re: mediations | 1.0 | 6 |
| 8/7/2012 | Call w/ Nortel Management re: cash and expenses | 2.0 | 2 |
| 8/7/2012 | Review Operating reports | 1.0 | 2 |
| 8/8/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 8/8/2012 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 8/9/2012 | Review communications with counsel re: claims | 1.0 | 7 |
| 8/9/2012 | Prepare material for cash repatriation analysis | 1.0 | 1 |
| 8/9/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 8/13/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 8/13/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 8/14/2012 | Review cash flash report | 1.0 | 1 |
| 8/14/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 8/15/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 8/16/2012 | Review material and analysis re: claim litigation | 2.0 | 7 |
| 8/19/2012 | Review material in advance of meetings in Canada | 2.0 | 14 |
| 8/20/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 8/20/2012 | Communications with counsel re: court process | 1.0 | 14 |
| 8/20/2012 | Travel | 5.0 | 15 |
| 8/21/2012 | Meeting with Cleary & Ray re: mediation and allocation | 7.0 | 14 |
| 8/21/2012 | Travel | 3.0 | 15 |
| 8/21/2012 | Call with UCC advisors | 2.0 | 6 |
| 8/22/2012 | Review Nortel cash forecast | 1.0 | 1 |
| 8/22/2012 | Communications w/ Cleary re: mediation and allocation analysis | 1.0 | 14 |
| 8/23/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 8/24/2012 | Communications w/ Cleary re: mediation and allocation analysis | 2.0 | 14 |
| 8/24/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 8/27/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 8/28/2012 | Call with creditor advisors | 1.0 | 6 |
| 8/28/2012 | Communications w/ management re: Mexico and other non-filed entities | 2.0 | 1 |
| 8/29/2012 | Review US assets information and operating disbursments | 1.0 | 1 |
| 8/29/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 8/31/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| | **August 2012 Total** | **103.0** | |

**Nortel Networks, Inc**
August 1, 2012 - August 31, 2012 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | August 2012 Hours | Code |
|---|---|---:|---:|
| 8/1/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/2/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/6/2012 | Review RM Report | 2.0 | 1 |
| 8/6/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/8/2012 | Review Cash Forecast | 1.0 | 1 |
| 8/9/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/10/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/13/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 8/13/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/14/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/15/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 8/16/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/20/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 8/20/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/22/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/23/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 8/24/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/27/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 8/27/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 8/28/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/29/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 8/31/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |

**August 2012 Total**     **38.0**

**Nortel Networks, Inc**
August 1, 2012 - August 31, 2012 Time Detail
Chilmark Partners, LLC
Jamie Ellis, Analyst

| Date | Description of Work | August 2012 Hours | Code |
|---|---|---|---|
| 8/1/2012 | Review and update Repatriation Model with APAC Allocation Settlement | 6.0 | 1 |
| | **August 2012 Total** | **6.0** | |