# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through August 31, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Mike Kennedy | 7/11/12-7/12/12 | Flight to New York, NY | $ 600.00 |
| Mike Kennedy | 7/11/12-7/12/12 | Hotel (one night) | $ 500.00 |
| Mike Kennedy | 7/11/12-7/12/12 | Ground Transportation | $ 167.00 |
| Mike Kennedy | 7/11/12-7/12/12 | Meals | $ - |
| Mike Kennedy | 8/20/12-8/23/12 | Flight to New York, NY | $ 1,500.00 |
| Mike Kennedy | 8/20/12-8/23/12 | Hotel (one night) | $ 564.09 |
| Mike Kennedy | 8/20/12-8/23/12 | Ground Transportation | $ 90.00 |
| Mike Kennedy | 8/20/12-8/23/12 | Meals | $ - |
| **Total Expenses** | | | **$ 3,421.09** |