# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**September 1, 2012 - September 30, 2012**

**Summary of Services Rendered by Project**

| Project Code | Nature of Services | September 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 20.0 |
| 2 | Business Operations / General Corporate / Real Estate | - |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 10.0 |
| 6 | Committee Matters and Creditor Meetings | 15.0 |
| 7 | Claims Administration and Analysis | 9.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 193.5 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **247.5** |

**Summary of Services Rendered by Professional**

| Name | September 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 78.0 |
| Michael Kennedy, Member | 90.0 |
| Aaron Taylor, Vice President | 56.0 |
| Paul Huettner, Analyst | 21.5 |
| Jamie Ellis, Analyst | 2.0 |
| **TOTAL** | **247.5** |

**Nortel Networks, Inc**
September 1, 2012 - September 30, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | September 2012 Hours | Code |
|---|---|---:|---:|
| 9/3/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 14 |
| 9/5/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 9/6/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 9/7/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 9/10/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 9/11/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 9/12/2012 | Meetings w/ debtor and creditors | 8.0 | 6 |
| 9/16/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 9/17/2012 | Calls and analysis re claims, mediation, allocation and case management | 6.0 | 14 |
| 9/20/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 9/21/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 9/23/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 9/24/2012 | Calls and analysis re claims, mediation, allocation and case management | 6.0 | 14 |
| 9/25/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 14 |
| 9/26/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 9/27/2012 | Calls and analysis re claims, mediation, allocation and case management | 7.0 | 14 |
| 9/28/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| **September 2012 Total** | | **78.0** | |

**Nortel Networks, Inc**
September 1, 2012 - September 30, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | September 2012 Hours | Code |
|---|---|---|---|
| 9/3/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/4/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 9/5/2012 | Review cash flash report | 1.0 | 1 |
| 9/5/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/6/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/7/2012 | Review amended claims report | 2.0 | 7 |
| 9/7/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/10/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 9/10/2012 | Review amended claims report | 1.0 | 7 |
| 9/11/2012 | Review material and discuss proccess with P Huettner | 1.0 | 14 |
| 9/12/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/12/2012 | Review RM Report | 2.0 | 1 |
| 9/13/2012 | Review US Debtors cash analysis | 1.0 | 1 |
| 9/13/2012 | Communications with management re: MOR | 2.0 | 7 |
| 9/13/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/14/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 9/17/2012 | Discussions with creditors re: claims | 1.0 | 6 |
| 9/17/2012 | Call w/ Ray & Cleary re: mediation & allocation | 4.0 | 14 |
| 9/18/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 9/18/2012 | Review cash flash report | 1.0 | 1 |
| 9/19/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 9/20/2012 | Review material and analysis re: claim litigation | 4.0 | 7 |
| 9/20/2012 | Review and discuss reports of joint administrators | 2.0 | 1 |
| 9/20/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/21/2012 | Review and discuss reports of joint administrators | 1.0 | 1 |
| 9/24/2012 | Review US Debtors cash analysis | 1.0 | 1 |
| 9/25/2012 | Communications with counsel re: escrow releases | 1.0 | 1 |
| 9/25/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/26/2012 | Call w/ Ray & Cleary re: mediation & allocation | 4.0 | 14 |
| 9/26/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/27/2012 | Call with UCC advisors | 3.0 | 6 |
| 9/27/2012 | Follow-up call with US Debtor advisors | 1.0 | 14 |
| 9/27/2012 | Communications w/ US Debtor advisors re: mediation and allocation | 1.0 | 14 |
| 9/28/2012 | Review Nortel cash forecast | 1.0 | 1 |
| 9/28/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| **September 2012 Total** | | **90.0** | |

**Nortel Networks, Inc**
September 1, 2012 - September 30, 2012 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | September 2012 Hours | Code |
|---|---|---|---|
| 9/4/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/5/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/6/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 1 |
| 9/7/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/10/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/10/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/11/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/12/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 9/13/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/14/2012 | Review Cash Forecast | 1.0 | 1 |
| 9/14/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/17/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 9/17/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/18/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/19/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/20/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/21/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/24/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 9/24/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/25/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/25/2012 | Review RM Report | 2.0 | 1 |
| 9/26/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| 9/26/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 9/27/2012 | Call w/ US Debtor advisor and UCC advisors | 3.0 | 6 |
| 9/27/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/28/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |

**September 2012 Total**     **56.0**

**Nortel Networks, Inc**
September 1, 2012 - September 30, 2012 Time Detail
Chilmark Partners, LLC
Paul Huettner, Analyst

| Date | Description of Work | September 2012 Hours | Code |
|---|---|---|---|
| 9/4/2012 | Review claims documentation & prepare presentation | 5.0 | 14 |
| 9/12/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 9/13/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 1 |
| 9/13/2012 | Prepare presentation | 2.5 | 14 |
| 9/14/2012 | Prepare presentation | 2.0 | 14 |
| 9/17/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 9/17/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 14 |
| 9/26/2012 | Conference call with Cleary & US Debtor advisors | 2.0 | 5 |
| | **September 2012 Total** | **21.5** | |

**Nortel Networks, Inc**
September 1, 2012 - September 30, 2012 Time Detail
Chilmark Partners, LLC
Jamie Ellis, Analyst

| Date | Description of Work | September 2012 Hours | Code |
|---|---|---|---|
| 9/27/2012 | Review and update Repatriation Model with results of RM Report | 2.0 | 1 |
| **September 2012 Total** | | **2.0** | |