# EXHIBIT B

**EXPENSE DETAIL**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---|
| Matt Rosenberg | 9/10/12-9/12/12 | Flight to New York, NY (Airpass) | $ 481.17 |
| Matt Rosenberg | 9/10/12-9/12/12 | Hotel (two nights) | $ 1,100.09 |
| Matt Rosenberg | 9/10/12-9/12/12 | Ground Transportation | $ 169.50 |
| Matt Rosenberg | 9/10/12-9/12/12 | Meals | $ - |
| **Total Expenses** | | | **$ 1,750.76** |