Form 210A (10/06)

# United States Bankruptcy Court
# District Of Delaware

**In re:**   Nortel Networks Inc., ET AL.,
   **(Jointly Administered Under Case No. 09-10138)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**  As assignee of Qun Han (AKA gid 5090163) | **Qun Han (AKA gid 5090163)** |

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Court Claim # (if known):

Amount of Claim:  $14,089.39
Date Claim Filed:

Name and Address of Transferor:

Qun Han (AKA gid 5090163)
24 Spencer Ave., Apt 2
Somerville, MA  02144

Phone:   212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:   n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ *Fredric Glass*                                    Date:    November 1, 2012
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

In re:   Nortel Networks Inc., ET AL.,
         (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.   (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 1, 2012.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Fair Harbor Capital, LLC**  **As assignee of Qun Han (AKA gid 5090163)** | **Qun Han (AKA gid 5090163)** |
| **Fair Harbor Capital, LLC**  **Ansonia Finance Station**  **PO Box 237037**  **New York, NY  10023** | Name and Address of Alleged Transferor:  Qun Han (AKA gid 5090163)  24 Spencer Ave., Apt 2  Somerville, MA  02144 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                           _____
                                                   Clerk of the Court

QUN HAN ("Assignor"), transfers and assigns unto Fair Harbor Capital, LLC with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee") pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks Inc., et al. (the "Debtor"), in the amount of $12,424.44, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 11-13511, et al..

IN WITNESS WHEREOF, Assignor has signed below as of the 23 day of October, 2012.

**QUN HAN**

By: _Han Qun_          _Qun Han_
Signature              Print Name/Title

Fair harbor Capital, LLC,

By: _[signature]_
Fred Glass

Victor Knox

## AMENDING

In re  NORTEL NETWORKS INC.  
Debtor

Case No.  09-10138  
(if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GID 5088836 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $17,156.48 | $5,771.75 | $11,384.73 |
| ACCOUNT NO. GID 5089974 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $13,160.72 | $4,546.77 | $8,613.95 |
| ACCOUNT NO. GID 5090163 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $14,089.39 | $5,784.62 | $8,304.77 |
| ACCOUNT NO. GID 5090561 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $20,008.54 | $8,641.47 | $11,367.07 |
| ACCOUNT NO. GID 5090594 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $17,240.97 | $8,757.51 | $8,483.46 |
| ACCOUNT NO. GID 5090752 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $24,115.75 | $6,702.76 | $17,412.99 |
| ACCOUNT NO. GID 5090805 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $18,182.09 | $8,719.01 | $9,463.08 |
| ACCOUNT NO. GID 5090856 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $16,774.69 | $5,974.84 | $10,799.85 |
| ACCOUNT NO. GID 5091025 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $20,628.12 | $7,229.34 | $13,398.78 |
| ACCOUNT NO. GID 5091028 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $10,011.83 | $2,772.23 | $7,239.60 |
| ACCOUNT NO. GID 5091032 ADDRESS ON FILE | | | Amended SEVERANCE | | | | $23,304.41 | $7,137.39 | $16,167.02 |

Sheet no. 16 of 19 sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  $194,672.99  $72,037.69  $122,635.30