IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X

*In re*                                                       :    Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,                               :    Case No. 09-10138 (KG)
                                                              :
                                    Debtors.[1]               :    Jointly Administered
                                                              :
                                                              :
-------------------------------------------------------------- X    RE: D.I. 8067

**STATEMENT AND RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS REGARDING THE
DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT
TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE DEBTORS
TO TERMINATE THE DEBTORS LONG-TERM DISABILITY
PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

The Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks

Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the

"Debtors"), by and through its undersigned counsel, supports the *Debtors' Motion for Entry of an*

*Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the*

*Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the

"LTD Termination Motion").

The Committee reserves its right to file a further submission in respect of the LTD

Termination Motion after the conclusion of discovery in accordance with the *Scheduling Order*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).

1

*for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* dated August 1, 2012 [D.I. 8085], as has been amended by the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits* dated September 20, 2012 [D.I. 8562], and as same may subsequently be further amended.

Dated: November 2, 2012          Respectfully submitted,
       Wilmington, Delaware

By: _____
    Mark D. Collins (No. 2981)
    Christopher M. Samis (No. 4909)
    Tyler D. Semmelman (No. 5386)
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE  19801
    Tel.:  (302) 651-7700

    and

    Fred S. Hodara (*pro hac vice*)
    David H. Botter (*pro hac vice*)
    Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY  10036
    Tel.:  (212) 872-1000

    *Co-counsel to the Committee*

RLF1 7525608v.1