# EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Case Administration | 0.6 | $156.00 |
| Fee and Employment Applications | 7.3 | $4,989.50 |
| Litigation | 0.2 | $199.00 |
| Analysis of Canadian Law | 41.2 | $38,772.00 |
| Intercompany Analysis | 25.7 | $23,059.00 |
| Canadian CCAA Proceedings/Matters | 79.1 | $55,263.00 |
| **TOTAL** | 154.1 | $122,438.50 |

## **EXHIBIT A**

CASE ADMINISTRATION

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 10/09/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11351503 11351503 |
| Ralph | Dianne | 19/09/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11366647 11366647 |
| Ralph | Dianne | 26/09/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11378661 11378661 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 06/09/2012 | Work on mediation brief issues | 1.4 | 1,225.00 | 11351222 |
| Gray | William | 10/09/2012 | Review quarterly and finalize monthly fee applications | 1.5 | 1,312.50 | 11357494 11357494 |
| Gray | William | 12/09/2012 | Work on fee application | 1.2 | 1,050.00 | 11361138 |
| Gray | William | 17/09/2012 | Review objection list to fee apps. | 0.4 | 350.00 | 11365250 |
| Gray | William | 19/09/2012 | Review court order regarding fee distributions | 0.3 | 262.50 | 11365282 |
| Bauer | Alison D. | 12/09/2012 | emails local counsel on fee app hearing; follow up on order | 0.1 | 72.50 | 11357160 11357160 |
| Bauer | Alison D. | 13/09/2012 | Emails D. Ralph on fee app hearing and conference regarding drafting of next fee app | 0.1 | 72.50 | 11357610 11357610 |
| Bauer | Alison D. | 20/09/2012 | Emails on fee app | 0.1 | 72.50 | 11377991 |
| Ralph | Dianne | 12/09/2012 | Review of quarterly fee application totals (0.1); review of proposed quarterly fee order (0.1); | 0.2 | 52.00 | 11356820 11356820 11356820 |
| Ralph | Dianne | 13/09/2012 | Review of proposed quarterly fee order for accuracy as directed by A. Bauer | 0.4 | 104.00 | 11357709 11357709 |
| Ralph | Dianne | 24/09/2012 | Email to R. Lackan regarding August time and expenses (.1); preparation of August fee application (.3) | 0.4 | 104.00 | 11373869 11373869 11373869 |
| Ralph | Dianne | 25/09/2012 | Receipt and review of August time entries | 0.6 | 156.00 | 11377688 |
| Ralph | Dianne | 26/09/2012 | Review of August time entries | 0.6 | 156.00 | 11378064 |

LITIGATION

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Block | Sheila R. | 25/09/2012 | update re mediation; | 0.2 | 199.00 | 11375492 |

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/09/2012 | reviewing Canadian legal research related to employee claims; | 2.0 | 1,720.00 | 11339772 11339772 |
| Bomhof | Scott A. | 05/09/2012 | reviewing research and revising memo regarding employee claims; | 2.5 | 2,150.00 | 11341204 11341204 |
| Bomhof | Scott A. | 25/09/2012 | reviewing Canadian law related to environmental remediation claims; | 3.5 | 3,010.00 | 11375266 11375266 |
| Slavens | Adam | 05/09/2012 | reviewing revised memorandum re Canadian law of contract and related matters; | 0.6 | 339.00 | 11341812 11341812 |
| Bullock | Jessica | 04/09/2012 | research Canadian legal issues; | 0.5 | 347.50 | 11340987 |
| Bullock | Jessica | 05/09/2012 | Drafting email correspondence and Canadian legal research; | 0.4 | 278.00 | 11342366 11342366 |
| Cameron | John | 04/09/2012 | revised and final sign off on memorandum; | 1.0 | 995.00 | 11340169 |
| DeMarinis | Tony | 04/09/2012 | consideration of legal issues relating to claims in Canada; | 2.0 | 1,950.00 | 11339880 11339880 |
| DeMarinis | Tony | 05/09/2012 | review of research analysis and memo to co-counsel on Canadian legal issues, and materials relating to same; | 1.7 | 1,657.50 | 11342146 11342146 11342146 |
| DeMarinis | Tony | 06/09/2012 | reading research materials of Canadian legal matters relating to inter-company issues; | 2.0 | 1,950.00 | 11344735 11344735 |
| DeMarinis | Tony | 13/09/2012 | analysis relating to claims in Canadian proceedings and review of related information and materials; | 2.7 | 2,632.50 | 11357797 11357797 11357797 |
| DeMarinis | Tony | 17/09/2012 | legal review of inter-company claim issues in Canada; | 2.8 | 2,730.00 | 11361594 11361594 |
| DeMarinis | Tony | 18/09/2012 | consideration of Canadian law and precedents relevant to proceeds allocation, and review of materials relating to same; | 5.5 | 5,362.50 | 11363790 11363790 11363790 |
| DeMarinis | Tony | 19/09/2012 | analysis of Canadian law and precedent related to proceeds allocation issues; | 5.0 | 4,875.00 | 11365099 11365099 |
| DeMarinis | Tony | 24/09/2012 | review legal analysis and materials on inter-company issues; | 2.8 | 2,730.00 | 11373885 11373885 |
| DeMarinis | Tony | 25/09/2012 | legal review of valuation and title issues; | 3.5 | 3,412.50 | 11376583 |
| DeMarinis | Tony | 26/09/2012 | reading materials on legal title and claims issues; | 2.7 | 2,632.50 | 11378274 11378274 |

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/09/2012 | reviewing Canadian legal research related to employee claims; | 2.0 | 1,720.00 | 11339772 11339772 |
| Bomhof | Scott A. | 05/09/2012 | reviewing research and revising memo regarding employee claims; | 2.5 | 2,150.00 | 11341204 11341204 |
| Bomhof | Scott A. | 25/09/2012 | reviewing Canadian law related to environmental remediation claims; | 3.5 | 3,010.00 | 11375266 11375266 |
| Slavens | Adam | 05/09/2012 | reviewing revised memorandum re Canadian law of contract and related matters; | 0.6 | 339.00 | 11341812 11341812 |
| Bullock | Jessica | 04/09/2012 | research Canadian legal issues; | 0.5 | 347.50 | 11340987 |
| Bullock | Jessica | 05/09/2012 | Drafting email correspondence and Canadian legal research; | 0.4 | 278.00 | 11342366 11342366 |
| Cameron | John | 04/09/2012 | revised and final sign off on memorandum; | 1.0 | 1,035.00 | 11340169 |
| DeMarinis | Tony | 04/09/2012 | consideration of legal issues relating to claims in Canada; | 2.0 | 1,950.00 | 11339880 11339880 |
| DeMarinis | Tony | 05/09/2012 | review of research analysis and memo to co-counsel on Canadian legal issues, and materials relating to same; | 1.7 | 1,657.50 | 11342146 11342146 11342146 |
| DeMarinis | Tony | 06/09/2012 | reading research materials of Canadian legal matters relating to inter-company issues; | 2.0 | 1,950.00 | 11344735 11344735 |
| DeMarinis | Tony | 13/09/2012 | analysis relating to claims in Canadian proceedings and review of related information and materials; | 2.7 | 2,632.50 | 11357797 11357797 11357797 |
| DeMarinis | Tony | 17/09/2012 | legal review of inter-company claim issues in Canada; | 2.8 | 2,730.00 | 11361594 11361594 |
| DeMarinis | Tony | 18/09/2012 | consideration of Canadian law and precedents relevant to proceeds allocation, and review of materials relating to same; | 5.5 | 5,362.50 | 11363790 11363790 11363790 |
| DeMarinis | Tony | 19/09/2012 | analysis of Canadian law and precedent related to proceeds allocation issues; | 5.0 | 4,875.00 | 11365099 11365099 |
| DeMarinis | Tony | 24/09/2012 | review legal analysis and materials on inter-company issues; | 2.8 | 2,730.00 | 11373885 11373885 |
| DeMarinis | Tony | 25/09/2012 | legal review of valuation and title issues; | 3.5 | 3,412.50 | 11376583 |
| DeMarinis | Tony | 26/09/2012 | reading materials on legal title and claims issues; | 2.7 | 2,632.50 | 11378274 11378274 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/09/2012 | telephone call with Norton Rose to discuss Ministry of Environment appeal (.4); reviewing MOE appeal materials (.6); | 1.0 | 860.00 | 11339836 11339836 11339836 |
| Bomhof | Scott A. | 10/09/2012 | telephone call with M. Wunder regarding MOE appeal issues (.4); attend status call with J. Roy and Cleary team (1.3); | 1.7 | 1,462.00 | 11349319 11349319 11349319 |
| Bomhof | Scott A. | 11/09/2012 | reviewing MOE appeal materials and exchange e-mails with J. Ray and Cleary regarding position on appeal (.9); meeting with A. Slavens regarding MOE appeal factum (.3); | 1.2 | 1,032.00 | 11352415 11352415 11352415 11352415 |
| Bomhof | Scott A. | 12/09/2012 | attending mediation submission conference call with Cleary and UCC advisors; | 2.2 | 1,892.00 | 11357592 11357592 |
| Bomhof | Scott A. | 13/09/2012 | reviewing law for MOE appeal factum regarding environmental liabilities; | 1.0 | 860.00 | 11357602 11357602 |
| Bomhof | Scott A. | 14/09/2012 | co-ordinate MOE appeal materials with Norton Rose and FMC; | 0.8 | 688.00 | 11359859 11359859 |
| Bomhof | Scott A. | 17/09/2012 | preparing materials for MOE appeal; | 1.0 | 860.00 | 11362722 |
| Bomhof | Scott A. | 18/09/2012 | telephone call with M. Fleming-Delacrux regarding Canadian employee claim issues; | 0.4 | 344.00 | 11363649 11363649 |
| Bomhof | Scott A. | 19/09/2012 | discussing appeal factum with A. Slavens regarding MOE appeal; | 0.2 | 172.00 | 11364987 11364987 |
| Bomhof | Scott A. | 24/09/2012 | reviewing NNL draft regarding MOE appeal and preparing draft NNI factum; | 2.0 | 1,720.00 | 11372810 11372810 |
| Bomhof | Scott A. | 26/09/2012 | preparing factum and NNI materials for MOE appeal; | 3.8 | 3,268.00 | 11377041 11377041 |
| Bomhof | Scott A. | 27/09/2012 | reviewing Monitor's motion (1.0); telephone call with J. Opolosky regarding appeal factum in MOE appeal and discussing same with FMC (1.1); providing comments on Norton Rose factum to A. Merskey (.5); telephone call with FMC regarding October 3 motion to enhance Monitor's powers (.5); | 3.1 | 2,666.00 | 11379380 11379380 11379380 11379380 11379380 11379380 11379380 |
| Bomhof | Scott A. | 28/09/2012 | telephone call with M. Wunder of FMC regarding October 3 motion (.5); various calls with FMC and Cleary regarding NNI factum for MOE appeal (2.5); | 3.0 | 2,580.00 | 11382147 11382147 11382147 11382147 |
| Gray | Andrew | 25/09/2012 | reviewing Court of Appeal court materials; | 1.9 | 1,349.00 | 11376051 |
| Gray | Andrew | 28/09/2012 | reviewing factum for appeal (1.0); correspondence regarding same (0.2); | 1.2 | 852.00 | 11382319 11382319 |
| Gray | Andrew | 26/09/2012 | revising draft appeal factum and reviewing other appeal materials; | 2.8 | 1,988.00 | 11383149 11383149 |
| Slavens | Adam | 04/09/2012 | reviewing memorandum re Canadian law of contract and related matters; | 1.2 | 678.00 | 11339976 11339976 |
| Slavens | Adam | 04/09/2012 | reviewing CCAA case court documents; | 1.5 | 847.50 | 11340644 |
| Slavens | Adam | 11/09/2012 | reviewing court materials filed in connection with Ministry of the Environment appeal (1.5); office conference with S. Bomhof re same (0.2); conducting preliminary research re same (2.0); | 3.7 | 2,090.50 | 11356474 11356474 11356474 11356474 |
| Slavens | Adam | 14/09/2012 | conducting preliminary research re appeal of Ministry of the Environment (1.9); email correspondence with S. Bomhof and A. Merskey re same (0.2); | 2.1 | 1,186.50 | 11359165 11359165 11359165 11359165 |
| Slavens | Adam | 19/09/2012 | conducting preliminary research re appeal of Ministry of the Environment; | 4.0 | 2,260.00 | 11365720 11365720 |
| Slavens | Adam | 20/09/2012 | conducting preliminary research re appeal of | 2.7 | 1,525.50 | 11367586 |

| Last Name | First Name | Date | Descripton | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| | | | Ministry of the Environment; | | | 11367586 |
| Slavens | Adam | 21/09/2012 | reviewing draft factum of NNL re MOE appeal (1.5); conducting research re same (1.2); | 2.7 | 1,525.50 | 11370942 11370942 |
| Slavens | Adam | 24/09/2012 | preparing factum on MOE appeal; | 4.0 | 2,260.00 | 11372943 |
| Slavens | Adam | 26/09/2012 | reviewing comments of S. Bomhof and A. Gray on factum re MOE appeal; email correspondence with A. Gray and S. Bomhof re same; | 1.4 | 791.00 | 11378544 11378544 11378544 |
| Slavens | Adam | 25/09/2012 | preparing factum on MOE appeal; | 7.0 | 3,955.00 | 11378699 |
| Slavens | Adam | 29/09/2012 | reviewing and commenting on revised NNL factum re MOE appeal (2.0); revising factum re MOE appeal (0.6); email correspondence with S. Bomhof, A. Gray, J. Opolsky, Norton Rose and FMC re same (0.5); | 3.1 | 1,751.50 | 11380227 11380227 11380227 11380227 11380227 |
| Slavens | Adam | 27/09/2012 | preparing factum on MOE appeal (2.5); conducting research re same (1.0); office conference with S. Bomhof re Cleary comments on same (0.5); | 4.0 | 2,260.00 | 11380423 11380423 11380423 11380423 |
| Slavens | Adam | 28/09/2012 | revising factum on MOE appeal (1.2); compiling brief of authorities and motion record re same (3.0); email correspondence with FMC re same (0.2); telephone call with J. Opolsky re same (0.2); | 4.6 | 2,599.00 | 11381157 11381157 11381157 11381157 11381157 |
| Slavens | Adam | 30/09/2012 | reviewing CCAA case court documents; | 1.5 | 847.50 | 11382274 |
| DeMarinis | Tony | 04/09/2012 | review court materials in the Canadian proceedings and legal issues; | 2.5 | 2,437.50 | 11339904 11339904 |
| DeMarinis | Tony | 05/09/2012 | review appeal factum and authorities served in Canadian proceedings, and recent monitor's reports; | 1.0 | 975.00 | 11341792 11341792 11341792 |
| DeMarinis | Tony | 13/09/2012 | review Canadian applicants' filed information in the CCAA proceedings; | 1.5 | 1,462.50 | 11357994 11357994 |
| DeMarinis | Tony | 24/09/2012 | reading cumulative court materials; | 3.3 | 3,217.50 | 11373493 |