**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

September 1, 2012 through September 30, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $56.81 |
| Duplicating/Printing | 1,940 pgs @ .10 per pg | $194.00 |
| Miscellaneous | Process Server | $196.31 |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | | - |
| Word Processing | | - |
| Telephone | | - |
| **Grand Total Expenses** | | **$447.12** |

# **EXHIBIT B**

Nortel
September 2012 Disbursements

| CostCode | Description | Date | Billed Amount | |
|---|---|---|---:|---|
| 399 | Process Servers | 21/09/2012 | $ 196.31 | Process Servers - - VENDOR: Donaldson Law Clerk Services L.SIMPSON |
| 801 | Copies | 04/09/2012 | 1.20 | Copies |
| 801 | Copies | 27/09/2012 | 0.20 | Copies |
| 808 | Laser Printing | 04/09/2012 | 0.80 | Laser Printing |
| 808 | Laser Printing | 04/09/2012 | 84.00 | Laser Printing |
| 808 | Laser Printing | 05/09/2012 | 1.90 | Laser Printing |
| 808 | Laser Printing | 10/09/2012 | 33.20 | Laser Printing |
| 808 | Laser Printing | 14/09/2012 | 0.60 | Laser Printing |
| 808 | Laser Printing | 20/09/2012 | 9.30 | Laser Printing |
| 808 | Laser Printing | 20/09/2012 | 0.10 | Laser Printing |
| 808 | Laser Printing | 21/09/2012 | 2.30 | Laser Printing |
| 808 | Laser Printing | 24/09/2012 | 3.90 | Laser Printing |
| 808 | Laser Printing | 26/09/2012 | 7.40 | Laser Printing |
| 808 | Laser Printing | 27/09/2012 | 11.30 | Laser Printing |
| 808 | Laser Printing | 28/09/2012 | 5.30 | Laser Printing |
| 808 | Laser Printing | 28/09/2012 | 3.20 | Laser Printing |
| 808 | Laser Printing | 28/09/2012 | 24.70 | Laser Printing |
| 4808 | Laser Printing | 04/09/2012 | 0.90 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.70 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 12/09/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 20/09/2012 | 0.80 | Laser Printing |
| 4808 | Laser Printing | 20/09/2012 | 0.10 | Laser Printing |
| 4808 | Laser Printing | 24/09/2012 | 0.20 | Laser Printing |
| 4808 | Laser Printing | 24/09/2012 | 0.90 | Laser Printing |
| | | | $ 194.00 | |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 25/09/2012 | 16.23 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 | On Line Research Charges -WestlaweCarswell Incl. | 27/09/2012 | 40.58 | On Line Research Charges -WestlaweCarswell Incl. |
| | | | $ 56.81 | |
| | | | $ 447.12 | |