**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------X
          :
*In re*          :     Chapter 11
          :
Nortel Networks Inc., *et al.*,[1]  :     Case No. 09-10138 (KG)
          :
       Debtors.  :     Jointly Administered
          :     **Hearing date:  February 12, 2013**
          :     **RE:  D.I. 8067**
          :
-----------------------------------------------------------X

**DEBTORS' SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER**
**PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1108 AUTHORIZING THE**
**DEBTORS TO TERMINATE THE DEBTORS' LONG-TERM**
**DISABILITY PLANS AND THE EMPLOYMENT OF THE LTD EMPLOYEES**

Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), respectfully submit this supplemental submission (the "Supplemental Submission") in further support of the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "Motion").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2]    Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1.      On July 30, 2012, the Debtors filed the Motion requesting authorization to terminate the LTD Plans and the employment of the Debtors' employees receiving benefits under the LTD Plans (the "LTD Employees"), effective as of December 31, 2012 (the "Termination Date").

2.      Since the filing of the Motion, the population of LTD Employees subject to the relief sought in the Motion has changed.  Certain LTD Employees who were receiving Benefits at the time the Motion was filed have for various reasons ceased to be eligible to receive Benefits under the LTD Plans.  Specifically, of the 213 LTD Employees receiving Benefits as of July 1, 2012, approximately 209 are now receiving Benefits under the LTD Plans.  Moreover, additional LTD Employees have become eligible to retire and receive benefits under the Retiree Plans based on age and/or years of service.

3.      Over the past three months, the Debtors also have continued to work with the Committee of Long-Term Disability Participants (the "LTD Committee") to explore whether a consensual resolution of the relief sought in the Motion can be reached, including through informal discussions and by participating in a mediation session presided over by the Mediator. To allow more time for such settlement discussions to continue, the Debtors have requested amendments to the scheduling order establishing the deadlines for taking discovery and litigating the Motion.  Additionally, the dispositive hearing on the Motion has been rescheduled from the week of November 12, 2012 to February 12, 2013.

4.      The Debtors continue to seek termination of the LTD Plans.[3]  Given that the dispositive hearing on the Motion has been rescheduled to take place after the Termination Date

---

[3]     The Debtors take the position that the LTD Plans may be modified or terminated on their terms and therefore the Debtors are entitled to terminate the LTD Plans as an exercise of their business judgment and without the incurrence of liability as a result of the termination; however, in light of the Debtors' current wind-down efforts, the Debtors seek authorization from the Court to terminate such plans and benefits even if such termination would

originally requested in the Motion, the Debtors seek to terminate the LTD Plans as of March 31, 2013 or an alternative date to be determined by the Court (the "Amended Termination Date"). Of course, the Debtors cannot provide any assurances regarding their ability to continue to administer the LTD Plans or provide health care benefits throughout the 2013 plan year, or that the costs of such benefits will not increase substantially given that the Debtors no longer have a significant non-disabled employee population, the general status of their wind-down efforts and based on any other changed facts or circumstances.  The Debtors reserve the right to seek emergency relief prior to the Amended Termination Date if necessary based on any such changed facts and circumstances.

5.    WHEREFORE, the Debtors respectfully request that this Court (i) grant the Motion as amended by this Supplemental Submission and the relief requested therein; (ii) amend the Termination Date in the Motion as of which the Debtors will cease providing Benefits, including for long-term disability income continuation, for current and future participants to March 31, 2013 or an alternative date to be determined by the Court, absent any need for the Debtors to seek emergency relief prior to that date; and (iii) grant such other and further relief as it deems just and proper.

[*Remainder of the page left intentionally blank.*]

---

constitute a breach or rejection of such agreements.

Dated:  November 2, 2012        CLEARY GOTTLIEB STEEN & HAMILTON LLP
       Wilmington, Delaware

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999


- and -



MORRIS, NICHOLS, ARSHT & TUNNELL LLP



*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for the Debtors*
*and Debtors in Possession*

4