IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
: 
In re : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------X

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 7, 2012 AT 10:00 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

1. Final Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors, for the Period from February 1, 2009 Through August 31, 2012 (D.I. 8636, Filed 10/3/12).

   Objection Deadline: October 23, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleading:

   (a) Forty-Third Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

        for the Period August 1, 2012 Through August 31, 2012 (D.I. 8635, Filed 10/3/12);

(b)      Certificate of No Objection Regarding Forty-Third Monthly Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for the period August 1, 2012 to August 31, 2012 (No Order Required) (D.I. 8838, Filed 10/25/12);

(c)      Certificate of No Objection Regarding Final Fee Application of Jefferies & Company, Inc., for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors, for the period February 1, 2009 to August 31, 2012 (D.I. 8839, Filed 10/25/12); and

(d)      Proposed Form of Order.

<u>Status</u>: There have been no objections and a CNO has been filed.

2. Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits (D.I. 8668, Filed 10/9/12).

<u>Objection Deadline</u>: October 31, 2012 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Pleading</u>:

(a)      Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits (D.I. 8875, Filed 11/2/12); and

(b)      Proposed Form of Order.

<u>Status</u>: There have been no objections and a CNO has been filed.

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 5517 and 6137 Filed by Linex Technologies, Inc. (D.I. 8701, Filed 10/16/12).

<u>Objection Deadline</u>: October 31, 2012 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Pleading</u>:

(a)  Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation Resolving Proofs of Claim Nos. 5517 and 6137 Filed by Linex Technologies, Inc. (D.I. 8876, Filed 11/2/12); and

(b)  Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

4. Debtors' Motion for Entry of Order Approving Stipulation Resolving Claim Nos. 4163, 4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC (D.I. 8711, Filed 10/16/12).

Objection Deadline: October 31, 2012 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleading:

(a)  Certificate of No Objection Regarding Debtors' Motion for Entry of Order Approving Stipulation Resolving Claim Nos. 4163, 4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC (D.I. 8877, Filed 11/2/12); and

(b)  Proposed Form of Order.

Status: There have been no objections and a CNO has been filed.

**STATUS CONFERENCE**

5. Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection With Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Benefits (D.I. 8562, Entered 9/20/12).

Objection Deadline: N/A.

Responses Received: None.

Related Pleading:

(a) Notice of Service of Debtors' Responses and Objection to Request for Production of Documents of Parties Identified on Exhibit A Directed to the Debtors (D.I. 8646, Filed 10/4/12);

(b) Notice of Service of Debtors' First Set of Requests for Production of Documents (D.I. 8663, Filed 10/8/12)**;** and

(c) Certification of Counsel Regarding Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees (D.I. 8717, Filed 10/16/12).

Status: In accordance with the proposed Amended Scheduling Order attached to the Certification of Counsel, the status conference regarding discovery by the Debtors to Individual LTD Employees in response to Supplemental Document Requests will go forward.

Dated: November 5, 2012　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE　　　　　　　　　James L. Bromley (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Lisa M. Schweitzer (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　Telephone: (212) 225-2000
　　　　　　　　　　　　　　　　Facsimile: (212) 225-3999

　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　*/s/ Ann C. Cordo*
　　　　　　　　　　　　　　　　Eric D. Schwartz (No. 3134)
　　　　　　　　　　　　　　　　Derek C. Abbott (No. 3376)
　　　　　　　　　　　　　　　　Ann C. Cordo (No. 4817)
　　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)
　　　　　　　　　　　　　　　　1201 North Market Street, 18th Floor
　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　Facsimile: (302) 425-4663

　　　　　　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*

6588459.2