**EXHIBIT A**

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** RLKS Executive Solutions LLC

|  | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **10/1/2012** | **10/31/2012** |
| **Enter Billing Rate/Hr:** | **450.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | NNI Document and eData Preservation Projects | 150.00 | $450.00 | $67,500.00 |
| 2 | Facility Document Inventory & Evacuation Review | | | |
| 3 | Human Resources - Employee Related Projects | 225.90 | $450.00 | $101,655.00 |
| 4 | Fee Apps | 6.00 | $450.00 | $2,700.00 |
| 5 | Non-working travel | 21.60 | $225.00 | $4,860.00 |
| 6 | Claims Administration | 207.60 | $450.00 | $93,420.00 |
| 7 | Tax/Finance Matters and Budget Projects | 6.80 | $450.00 | $3,060.00 |
| 8 | Misc Debtor Issues and Communications | | | |
| 9 | Analyst Support - Discovery | | $175.00 | |
| | **Hours/Billing Amount for Period:** | **617.90** | | **$273,195.00** |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/1/2012 | Correspondence received, reviewed, responded re Live Link Review for SAP Documents | Kathryn Schultea | 1 | 2.0 |
| 10/1/2012 | Datacenter infrastructure requests, repairs, troubleshooting / ILO troubleshooting, configuration | Brandon Bangerter | 1 | 5.5 |
| 10/1/2012 | Netbackup policy changes, updates / NAS, tape backups / BOXI backup / e-mail updates | Brandon Bangerter | 1 | 2.5 |
| 10/1/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 10/2/2012 | ILO documentation and testing for each Ring Fence server / updates and config changes | Brandon Bangerter | 1 | 5.0 |
| 10/2/2012 | Conf Call re: weekly datacenter updates / NetBackup configuration changes, monitoring | Brandon Bangerter | 1 | 3.5 |
| 10/2/2012 | Ring Fence meetings and support | Raj Perubhatla | 1 | 4.0 |
| 10/3/2012 | Policy issues on NetBackup Master server / troubleshooting, monitoring / config updates to server | Brandon Bangerter | 1 | 4.5 |
| 10/3/2012 | ILO testing for each Ring Fence server / updates and config changes / hardware modifications | Brandon Bangerter | 1 | 3.0 |
| 10/4/2012 | Sonicwall VPN issue, configuration, logs, updates, high availability changes, troubleshooting | Brandon Bangerter | 1 | 2.5 |
| 10/4/2012 | ILO testing for each Ring Fence server / updates and config changes / hardware modifications | Brandon Bangerter | 1 | 4.0 |
| 10/4/2012 | MP issues on Itanium servers, research, troubleshooting and configuration changes | Brandon Bangerter | 1 | 2.0 |
| 10/4/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 10/5/2012 | Netbackup verification / e-mail updates | Brandon Bangerter | 1 | 1.0 |
| 10/5/2012 | Ring Fence Support | Raj Perubhatla | 1 | 1.0 |
| 10/8/2012 | Application requests / backup monitoriing / updates | Brandon Bangerter | 1 | 1.0 |
| 10/8/2012 | Ring Fence Support | Raj Perubhatla | 1 | 2.0 |
| 10/9/2012 | Ring Fence Support | Raj Perubhatla | 1 | 1.0 |
| 10/10/2012 | Infrastructure requests / BOXI backups / Netbackup config udpates / monitoring | Brandon Bangerter | 1 | 5.0 |
| 10/10/2012 | Livelink search issue on server / troubleshooting / fix | Brandon Bangerter | 1 | 3.0 |
| 10/10/2012 | Infrastructure Discussions and Support | Raj Perubhatla | 1 | 2.0 |
| 10/11/2012 | Configuration changes re: Windows updates on all Windows servers / rdp testing / configuration chgs | Brandon Bangerter | 1 | 5.0 |
| 10/11/2012 | Business application requests / netbackup monitoring, policy changes | Brandon Bangerter | 1 | 2.0 |
| 10/11/2012 | Infrastructure Support | Raj Perubhatla | 1 | 2.0 |
| 10/12/2012 | Configuration changes re: Windows updates on all Windows servers / rdp testing / configuration chgs | Brandon Bangerter | 1 | 4.0 |
| 10/12/2012 | Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 10/15/2012 | Netbackup policy changes, updates / NAS, tape backups / BOXI backup / e-mail updates | Brandon Bangerter | 1 | 4.5 |
| 10/15/2012 | Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 10/16/2012 | Livelink searches / Tape backup discovery process from website and catalogs | Brandon Bangerter | 1 | 5.5 |
| 10/16/2012 | Infrastructure requests / BOXI backups / Weekly update meeting, planning | Brandon Bangerter | 1 | 2.0 |
| 10/16/2012 | Infrastructure Support | Raj Perubhatla | 1 | 1.0 |
| 10/17/2012 | IDA application down / troubleshooting, testing, bringing back online | Brandon Bangerter | 1 | 6.5 |
| 10/17/2012 | Ring Fence Support - Troubleshooting issues | Raj Perubhatla | 1 | 2.0 |
| 10/18/2012 | IDA application troubleshooting / conference call re: weekly updates / Infrastructure config udpates | Brandon Bangerter | 1 | 5.0 |
| 10/18/2012 | Ring Fence Support - Troubleshooting issues | Raj Perubhatla | 1 | 2.0 |
| 10/19/2012 | ILO board troubleshooting on EC2 / flash firmware updates / testing / config changes | Brandon Bangerter | 1 | 2.0 |
| 10/19/2012 | Livelink searches on all instances for Retiree material | Brandon Bangerter | 1 | 3.0 |
| 10/22/2012 | Netbackup master server configuration changes / NAS1, catalog updates / BOXI backup | Brandon Bangerter | 1 | 3.5 |
| 10/22/2012 | Livelink searches on all instances for Retiree material | Brandon Bangerter | 1 | 1.5 |
| 10/23/2012 | Netbackup inventory of all backups / conf call re: weekly updates / infrastructure review | Brandon Bangerter | 1 | 4.0 |
| 10/23/2012 | Tape Backup discovery process research / documentation updates | Brandon Bangerter | 1 | 2.5 |

# NORTEL TIME SHEET
RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/24/2012 | Server issue / troubleshooting to identify / e-mail | Brandon Bangerter | 1 | 2.5 |
| 10/24/2012 | Livelink searches / Tape backup discovery process from website and catalogs | Brandon Bangerter | 1 | 3.0 |
| 10/25/2012 | Infrastructure requests for access / Conf call re: weekly updates / e-mail correspondence | Brandon Bangerter | 1 | 2.0 |
| 10/25/2012 | Netbackup failure troubleshooting / policy mods / Server troubleshooting on failed hardware | Brandon Bangerter | 1 | 4.0 |
| 10/26/2012 | Access issues, fixes / Failed network component troubleshooting / Netbackup monitoring | Brandon Bangerter | 1 | 2.5 |
| 10/26/2012 | Livelink searches on all instances for Retiree material | Brandon Bangerter | 1 | 2.0 |
| 10/29/2012 | Tape Backup discovery process research / documentation updates / Netbackup, BOXI backups | Brandon Bangerter | 1 | 4.5 |
| 10/29/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 1 | 1.0 |
| 10/30/2012 | Conf call re: weekly datacenter updates / NetBackup monitoring / Livelink searches and documentation | Brandon Bangerter | 1 | 5.0 |
| 10/30/2012 | Ring Fence Meetings and Support | Raj Perubhatla | 1 | 1.0 |
| 10/31/2012 | Infrastructure requests / Netbackup / Datacenter hardware troubleshooting / e-mail | Brandon Bangerter | 1 | 4.0 |
| 10/1/2012 | Correspondence received, reviewed, responded re Research on Benefits contract Contract Documents | Kathryn Schultea | 3 | 0.5 |
| 10/1/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.6 |
| 10/1/2012 | Correspondence received, reviewed, responded re Discovery Reports Discussion | Kathryn Schultea | 3 | 1.8 |
| 10/1/2012 | Correspondence received, reviewed, responded re Benefits Discussion | Kathryn Schultea | 3 | 1.3 |
| 10/1/2012 | HR Reporting prep for year end | Raj Perubhatla | 3 | 4.0 |
| 10/1/2012 | Claims Database Design and Development | Raj Perubhatla | 3 | 2.0 |
| 10/2/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 0.6 |
| 10/2/2012 | Correspondence received, reviewed, responded re Annual Benefits Enrollment Discussion | Kathryn Schultea | 3 | 1.7 |
| 10/2/2012 | Correspondence received, reviewed, responded re EE Benefits | Kathryn Schultea | 3 | 1.2 |
| 10/2/2012 | Correspondence received, reviewed, responded re Help Desk Call Center | Kathryn Schultea | 3 | 0.8 |
| 10/2/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 2.6 |
| 10/3/2012 | Onsite at Raleigh - HR Open Enrollment and Other Matters | Kathryn Schultea | 3 | 9.0 |
| 10/3/2012 | HR Reporting prep for year end | Raj Perubhatla | 3 | 4.0 |
| 10/4/2012 | Onsite at Raleigh - RTP - HR Matters | Kathryn Schultea | 3 | 5.0 |
| 10/4/2012 | HR Reporting prep for year end | Raj Perubhatla | 3 | 4.0 |
| 10/5/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 1.2 |
| 10/5/2012 | Conference Call re: Discovery Requests | Kathryn Schultea | 3 | 0.8 |
| 10/5/2012 | Correspondence received, reviewed, responded re Plan Documents | Kathryn Schultea | 3 | 2.3 |
| 10/5/2012 | Correspondence received, reviewed, responded re LTD Report | Kathryn Schultea | 3 | 5.5 |
| 10/5/2012 | HR Data Requests and Support | Raj Perubhatla | 3 | 5.0 |
| 10/8/2012 | Conference Call re: Year End Retiree and LTD Discussion | Kathryn Schultea | 3 | 1.2 |
| 10/8/2012 | Correspondence received, reviewed, responded re LTD Discovery Followup | Kathryn Schultea | 3 | 3.3 |
| 10/8/2012 | HR Data Requests and Support | Raj Perubhatla | 3 | 4.0 |
| 10/9/2012 | Correspondence received, reviewed, responded re Benefits | Kathryn Schultea | 3 | 1.5 |
| 10/9/2012 | Correspondence received, reviewed, responded re Retiree Committee | Kathryn Schultea | 3 | 0.8 |
| 10/9/2012 | Correspondence received, reviewed, responded re Outstanding Discovery Questions | Kathryn Schultea | 3 | 1.3 |
| 10/9/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 2.4 |
| 10/9/2012 | Correspondence received, reviewed, responded re Nortel LTD Plans | Kathryn Schultea | 3 | 1.8 |
| 10/9/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 3.0 |
| 10/10/2012 | Conference Call re: Benefits Update | Kathryn Schultea | 3 | 1.7 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/10/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.5 |
| 10/10/2012 | Correspondence received, reviewed, responded re Nortel LTD Plans | Kathryn Schultea | 3 | 2.3 |
| 10/10/2012 | Correspondence received, reviewed, responded re VEBA Funding | Kathryn Schultea | 3 | 1.3 |
| 10/10/2012 | Correspondence received, reviewed, responded re LTD Discovery Followup | Kathryn Schultea | 3 | 1.8 |
| 10/10/2012 | HR Discussions | Raj Perubhatla | 3 | 2.0 |
| 10/11/2012 | Correspondence received, reviewed, responded re Tax Questions | Kathryn Schultea | 3 | 0.8 |
| 10/11/2012 | Correspondence received, reviewed, responded re LTD Discovery Followup | Kathryn Schultea | 3 | 1.2 |
| 10/11/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 2.3 |
| 10/11/2012 | Correspondence received, reviewed, responded re LTD Committee Request | Kathryn Schultea | 3 | 1.4 |
| 10/11/2012 | Correspondence received, reviewed, responded re 2013 Nortel Vendors | Kathryn Schultea | 3 | 2.0 |
| 10/11/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 4.0 |
| 10/12/2012 | Correspondence received, reviewed, responded re LTD/Retiree Discussion | Kathryn Schultea | 3 | 0.3 |
| 10/12/2012 | Correspondence received, reviewed, responded re LTD Discovery Followup | Kathryn Schultea | 3 | 3.3 |
| 10/12/2012 | Correspondence received, reviewed, responded re VEBA Funding | Kathryn Schultea | 3 | 2.3 |
| 10/12/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 4.0 |
| 10/13/2012 | Correspondence received, reviewed, responded re LTD Plan Participant | Kathryn Schultea | 3 | 4.8 |
| 10/13/2012 | Correspondence received, reviewed, responded re VEBA Accounting | Kathryn Schultea | 3 | 2.3 |
| 10/15/2012 | Correspondence received, reviewed, responded re LTD Participants | Kathryn Schultea | 3 | 0.7 |
| 10/15/2012 | Correspondence received, reviewed, responded re Vendor Discussion | Kathryn Schultea | 3 | 1.8 |
| 10/15/2012 | Correspondence received, reviewed, responded re VEBA Funding | Kathryn Schultea | 3 | 1.5 |
| 10/15/2012 | Correspondence received, reviewed, responded re Benefits Enrollment | Kathryn Schultea | 3 | 4.2 |
| 10/15/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 4.0 |
| 10/16/2012 | Correspondence received, reviewed, responded re HR Related Matters | Kathryn Schultea | 3 | 1.3 |
| 10/16/2012 | Correspondence received, reviewed, responded re Employee Benefits | Kathryn Schultea | 3 | 3.7 |
| 10/16/2012 | Correspondence received, reviewed, responded re Vendor Discussion | Kathryn Schultea | 3 | 1.3 |
| 10/16/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 6.0 |
| 10/17/2012 | Correspondence received, reviewed, responded re 2013 Renewal Discussions | Kathryn Schultea | 3 | 3.8 |
| 10/17/2012 | Correspondence received, reviewed, responded re LTD Committee Request | Kathryn Schultea | 3 | 1.6 |
| 10/17/2012 | Correspondence received, reviewed, responded re Employee Benefits | Kathryn Schultea | 3 | 2.0 |
| 10/17/2012 | Correspondence received, reviewed, responded re CIGNA | Kathryn Schultea | 3 | 1.4 |
| 10/17/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 5.0 |
| 10/18/2012 | Conference Call re: Contract Renewals | Kathryn Schultea | 3 | 0.6 |
| 10/18/2012 | Conference Call re: Cost Calculators | Kathryn Schultea | 3 | 1.5 |
| 10/18/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 0.7 |
| 10/18/2012 | Correspondence received, reviewed, responded re Open Enrollment | Kathryn Schultea | 3 | 3.3 |
| 10/18/2012 | Correspondence received, reviewed, responded re LTD Discussion | Kathryn Schultea | 3 | 1.6 |
| 10/18/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 5.0 |
| 10/19/2012 | Correspondence received, reviewed, responded re Contract Renewals | Kathryn Schultea | 3 | 3.2 |
| 10/19/2012 | Correspondence received, reviewed, responded re Retiree Benefits | Kathryn Schultea | 3 | 2.3 |
| 10/19/2012 | Correspondence received, reviewed, responded re: VEBA | Kathryn Schultea | 3 | 1.4 |
| 10/19/2012 | HR Reporting Development and Support | Raj Perubhatla | 3 | 8.0 |

# NORTEL TIME SHEET

RLKS Executive Solutions LLC

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/20/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 3 | 10.0 |
| 10/21/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 3 | 5.0 |
| 10/22/2012 | Correspondence received, reviewed, responded re: Benefit Enrollment | Kathryn Schultea | 3 | 1.4 |
| 10/22/2012 | Correspondence received, reviewed, responded re: Cigna | Kathryn Schultea | 3 | 2.7 |
| 10/22/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 3 | 1.0 |
| 10/23/2012 | Correspondence received, reviewed, responded re: Benefit Enrollment | Kathryn Schultea | 3 | 1.5 |
| 10/23/2012 | Correspondence received, reviewed, responded re: VEBA | Kathryn Schultea | 3 | 1.8 |
| 10/23/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 3 | 2.0 |
| 10/24/2012 | Correspondence received, reviewed, responded re: Nortel Retirees | Kathryn Schultea | 3 | 0.8 |
| 10/24/2012 | Correspondence received, reviewed, responded re: LTD Discussion | Kathryn Schultea | 3 | 2.6 |
| 10/25/2012 | Correspondence received, reviewed, responded re: Benefit Letters | Kathryn Schultea | 3 | 3.7 |
| 10/25/2012 | Conference Call re: Weekly Update Calls | Kathryn Schultea | 3 | 0.6 |
| 10/25/2012 | HR Reporting Development and Support - YE Open Enrollment | Raj Perubhatla | 3 | 1.0 |
| 10/26/2012 | Correspondence received, reviewed, responded re: Open Enrollment | Kathryn Schultea | 3 | 2.8 |
| 10/26/2012 | Correspondence received, reviewed, responded re: Nortel Retirees | Kathryn Schultea | 3 | 0.5 |
| 10/29/2012 | Correspondence received, reviewed, responded re: Benefit Issues | Kathryn Schultea | 3 | 0.3 |
| 10/29/2012 | Correspondence received, reviewed, responded re: Iron Mountain Discussion | Kathryn Schultea | 3 | 3.1 |
| 10/29/2012 | Correspondence received, reviewed, responded re: HR Related Matters | Kathryn Schultea | 3 | 1.2 |
| 10/30/2012 | Correspondence received, reviewed, responded re: Benefit Letters | Kathryn Schultea | 3 | 1.7 |
| 10/30/2012 | Conference Call re Weekly Update Calls | Kathryn Schultea | 3 | 1.2 |
| 10/30/2012 | Correspondence received, reviewed, responded re: LTD List | Kathryn Schultea | 3 | 0.8 |
| 10/31/2012 | Correspondence received, reviewed, responded re: Nortel Retirees | Kathryn Schultea | 3 | 0.3 |
| 10/31/2012 | Correspondence received, reviewed, respoinded re: Benefit Letters | Kathryn Schultea | 3 | 0.5 |
| 10/31/2012 | Monthly Fee Application Work | Kathryn Schultea | 4 | 6.0 |
| 10/2/2012 | Non-working travel from Houston to Raleigh | Kathryn Schultea | 5 | 4.5 |
| 10/4/2012 | Non-working travel from Raleigh to Houston | Kathryn Schultea | 5 | 4.5 |
| 10/15/2012 | Non-Working Travel - Houston to Raleigh | Mary Cilia | 5 | 6.3 |
| 10/19/2012 | Non-Working Travel - Raleigh to Houston | Mary Cilia | 5 | 6.3 |
| 10/1/2012 | Correspondence received, reviewed, responded re Claims | Kathryn Schultea | 6 | 1.2 |
| 10/1/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 10/1/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 2.5 |
| 10/1/2012 | Claim Analysis, Review and Conference Call re: Severance Claims | Mary Cilia | 6 | 3.8 |
| 10/1/2012 | Claim Analysis and Review re: Cross-Border Claims | Mary Cilia | 6 | 2.8 |
| 10/2/2012 | Correspondence received, reviewed, responded re Claims Data | Kathryn Schultea | 6 | 1.1 |
| 10/2/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/2/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 3.5 |
| 10/2/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 10/2/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 2.8 |
| 10/2/2012 | Claims model | Richard Lydecker | 6 | 4.0 |
| 10/2/2012 | Claims Database Design and Development and meetings | Raj Perubhatla | 6 | 4.0 |
| 10/3/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 3.5 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/3/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 8.0 |
| 10/4/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/4/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 2.8 |
| 10/4/2012 | Claim Analysis and Review re: Non-Employee Claims | Mary Cilia | 6 | 3.0 |
| 10/4/2012 | Conference Call re: Non-Employee Claims | Mary Cilia | 6 | 2.3 |
| 10/4/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.8 |
| 10/4/2012 | Claims Database Design and Development and meetings | Raj Perubhatla | 6 | 2.0 |
| 10/5/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.3 |
| 10/5/2012 | Conference Call and Prep/Follow-up re: Cross-Border Claims | Mary Cilia | 6 | 3.8 |
| 10/5/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.5 |
| 10/5/2012 | Claims Database Design and Development and meetings | Raj Perubhatla | 6 | 2.0 |
| 10/7/2012 | Claims model | Richard Lydecker | 6 | 0.3 |
| 10/8/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.8 |
| 10/8/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.3 |
| 10/8/2012 | Claim Analysis and Review re: Cross-Border Claims | Mary Cilia | 6 | 3.0 |
| 10/8/2012 | Claims Database Design and Development and meetings | Raj Perubhatla | 6 | 2.0 |
| 10/9/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.8 |
| 10/9/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 3.5 |
| 10/9/2012 | Claims Reporting - Claim Review and Analysis | Mary Cilia | 6 | 3.5 |
| 10/9/2012 | Claims Database Design and Development | Raj Perubhatla | 6 | 3.0 |
| 10/10/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.0 |
| 10/10/2012 | Claims Reporting - Claim Review and Analysis | Mary Cilia | 6 | 3.8 |
| 10/10/2012 | Claims Discussions | Raj Perubhatla | 6 | 2.0 |
| 10/11/2012 | Correspondence received, reviewed, responded re Nortel Unclaimed Funds | Kathryn Schultea | 6 | 1.5 |
| 10/11/2012 | Claims Reporting - Claim Review and Analysis | Mary Cilia | 6 | 3.0 |
| 10/11/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/11/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.3 |
| 10/12/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/12/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 3.0 |
| 10/12/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.5 |
| 10/12/2012 | Claims Database Design and Development | Raj Perubhatla | 6 | 1.0 |
| 10/13/2012 | Claims model | Richard Lydecker | 6 | 0.1 |
| 10/15/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 6.0 |
| 10/15/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/15/2012 | Claims Database Design and Development | Raj Perubhatla | 6 | 1.0 |
| 10/16/2012 | Correspondence received, reviewed, responded re Employee Claims | Kathryn Schultea | 6 | 2.0 |
| 10/16/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/16/2012 | Working Session with Jane Davison re: Employee Claims | Mary Cilia | 6 | 7.8 |
| 10/16/2012 | Call Center Follow-up re: Round 2 Settlement Letters | Mary Cilia | 6 | 1.8 |
| 10/16/2012 | Claims Database Design and Development | Raj Perubhatla | 6 | 1.0 |
| 10/17/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |

# NORTEL TIME SHEET

**RLKS Executive Solutions LLC**

| Enter Date | Description | Professional | Project No. (1-9) | Hours/ Minutes Worked |
|---|---|---|---|---|
| 10/17/2012 | Working Session with Jane Davison re: Employee Claims | Mary Cilia | 6 | 8.0 |
| 10/17/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.5 |
| 10/18/2012 | Correspondence received, reviewed, responded re Claims Discussion | Kathryn Schultea | 6 | 0.7 |
| 10/18/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 2.5 |
| 10/18/2012 | Working Session with Jane Davison re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 10/18/2012 | Claims Reporting and Database - Updates | Mary Cilia | 6 | 2.3 |
| 10/18/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 4.8 |
| 10/18/2012 | Claims Epiq Data Load | Raj Perubhatla | 6 | 2.0 |
| 10/19/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/19/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 1.5 |
| 10/19/2012 | Claims Epiq Data Load | Raj Perubhatla | 6 | 2.0 |
| 10/22/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/23/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/23/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.3 |
| 10/24/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/24/2012 | Claims Database Updates | Raj Perubhatla | 6 | 2.0 |
| 10/25/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.5 |
| 10/25/2012 | Conference Call and Prep/Follow-up re: Employee Claims Status | Mary Cilia | 6 | 1.0 |
| 10/25/2012 | Claims Database Updates | Raj Perubhatla | 6 | 1.0 |
| 10/26/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.5 |
| 10/26/2012 | Claims Database Updates | Raj Perubhatla | 6 | 2.0 |
| 10/27/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 3.3 |
| 10/27/2012 | Claims Database Updates | Raj Perubhatla | 6 | 3.0 |
| 10/28/2012 | Claim Analysis and Review re: Employee Claims | Mary Cilia | 6 | 2.3 |
| 10/29/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.0 |
| 10/29/2012 | Claims model | Richard Lydecker | 6 | 3.0 |
| 10/29/2012 | Claims Database Updates | Raj Perubhatla | 6 | 1.0 |
| 10/30/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 1.3 |
| 10/30/2012 | Claims model | Richard Lydecker | 6 | 4.0 |
| 10/30/2012 | Claims Database Updates | Raj Perubhatla | 6 | 1.0 |
| 10/31/2012 | Correspondence received, reviewed and responded re: Various Claims Issues | Mary Cilia | 6 | 0.8 |
| 10/31/2012 | Claims Database Updates | Raj Perubhatla | 6 | 4.0 |
| 10/3/2012 | Update call | Richard Lydecker | 7 | 0.8 |
| 10/4/2012 | EY tax update | Richard Lydecker | 7 | 1.0 |
| 10/29/2012 | Tax Analysis | Richard Lydecker | 7 | 1.0 |
| 10/31/2012 | Tax Model | Richard Lydecker | 7 | 4.0 |