**EXHIBIT B**

# EXHIBIT B

### EXPENSE SUMMARY

**Nortel Networks Inc., et al.**
(Case No. 09-10138 (KG))

**RLKS Executive Solutions**
**October 1, 2012 through October 31, 2012**

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 2,746.00 |
| Travel – Lodging | | 1,145.82 |
| Travel – Transportation | | 958.54 |
| Travel – Meals | | 391.34 |
| Office Expenses | | - |
| TOTAL | | $ 5,241.70 |
| | | |

# Nortel Expense Report

**PERIOD:** October 1, 2012 through October 31, 2012

| Date | Description | Air | Lodging | Meals | Transportation | Office Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 10/2 - 10/4 | Travel Houston/Raleigh | $ 1,059.90 | $ 472.34 | $ 36.97 | $ 327.15 | | Kathryn Schultea |
| 10/15-10/19 | Travel Houston/Raleigh | $ 1,686.10 | $ 673.48 | $ 354.37 | $ 631.39 | | Mary Cilia |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | $ 2,746.00 | $ 1,145.82 | $ 391.34 | $ 958.54 | $ - | |