IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>              Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc., *et. al.* v. Dell Services Corporation | Adv. Proc. No. 10-55934 |

**STATUS REPORT ON AVOIDANCE ACTIONS**
**ASSIGNED TO THE HONORABLE KEVIN GROSS**

        In accordance with the Request for Status Report dated November 1, 2012, entered with respect to the above-captioned adversary proceeding, plaintiff Nortel Networks Inc., by and through its undersigned counsel, submits the following status report with respect to the above-captioned adversary proceeding.

Dated: November 6, 2012

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Donna L. Culver*
                                          Donna L. Culver (No. 2983)
                                          Derek C. Abbott (No. 3376)
                                          Tamara K. Minott (No. 5643)
                                          1201 North Market Street, 18th Floor
                                          Wilmington, DE  19899-1347
                                          Telephone:  (302) 658-9200
                                          Facsimile:  (302) 425-4663

6300115.2                                Counsel for the Debtors and
                                          Debtors in Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

## STATUS E

### RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55934 (KG) | Dell Services Corporation | Settled pending definitive settlement documentation and required approvals. Stipulation of Dismissal to be filed by December 31, 2012. |