## CERTIFICATE OF SERVICE

I, Donna L. Culver, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report of Avoidance Actions Assigned to the Honorable Kevin Gross** was served this 6th day of November, 2012, upon the following individual in the matter indicated:

### Via Hand Delivery

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Wilmington, DE 19801

Date: November 6, 2012
Wilmington, Delaware

*Donna L. Culver*
Donna L. Culver (No. 2983)

6656078