## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
                 Debtors. : Jointly Administered
:
:
: **Re: D.I. 8888**
---------------------------------------------------------- X

### NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on November 6, 2012, a copy of the **Order Approving Stipulation Resolving Claim Nos. 4163, 4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC** (D.I. 8888, Entered 11/6/12) was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: November 6, 2012
Wilmington, Delaware

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                        James L. Bromley (admitted pro hac vice)
                        Lisa M. Schweitzer (admitted pro hac vice)
                        One Liberty Plaza
                        New York, NY 10006
                        Telephone: (212) 225-2000
                        Facsimile: (212) 225-3999

                        and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6657165.1

**Via First Class Mail**

Donald Kirk
501 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602

3