# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/1/2012 | Calls with M. Cilia of RLKS and D. Parker of Nortel regarding employee claim issues. | 1.00 | $ 420 | $ 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/3/2012 | Call with A. Tsai of Epiq regarding employee claim items. | 0.50 | 420 | 210.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/4/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 1 | Meeting/Teleconference w/ Debtor Mgmt, Board, or Counsel | Coley P. Brown | 10/25/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | Coley P. Brown | 10/2/2012 | Researched schedule items per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/10/2012 | Reviewed and updated monthly fee application exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 10/10/2012 | Reviewed and updated monthly fee application documents. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | James Lukenda | 10/10/2012 | Nortel- review and sign-off monthly invoice. | 0.30 | 725 | 217.50 |
| 15 | Avoidance Actions / Reclamation Analysis | James Lukenda | 10/22/2012 | Nortel- discuss with Huron manager status of avoidance/preference work stream and review status report | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2012 | Reconciled employee claim issues per request of M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2012 | Worked with D. Parker of Nortel and M. Cilia of RLKS to reconcile employee claim issues. | 1.70 | 420 | 714.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/1/2012 | Reviewed employee claim calculations provided by D. Parker of Nortel. | 1.20 | 420 | 504.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/2/2012 | Reconciled employee claim issues with D. Parker of Nortel and M. Cilia of RLKS. | 2.30 | 420 | 966.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/3/2012 | Prepared employee claim file for D. Parker and reviewed her comments on same. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/3/2012 | Worked with A. Tsai of Epiq on updates to employee claims database. | 0.60 | 420 | 252.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/3/2012 | Updated employee claims analysis with information from D. Parker of Nortel and M. Cilia of RLKS. | 2.10 | 420 | 882.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/4/2012 | Worked with A. Tsai of Epiq on employee claim communication documents. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/4/2012 | Updated employee claims analyses and prepared for weekly call with Cleary. | 2.50 | 420 | 1,050.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/16/2012 | Investigated employee claim issues per request of M. Cilia of RLKS. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/18/2012 | Weekly employee claims call with J. Croft of Cleary and M. Cilia of RLKS. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/19/2012 | Investigated employee claim issues per request of J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/23/2012 | Updated employee claims analyses and provided to M. Cilia of RLKS. | 2.20 | 420 | 924.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/23/2012 | Reviewed employee claim reports provided by M. Cilia of RLKS and documented notes. | 1.80 | 420 | 756.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 10/29/2012 | Investigated employee claim issues and reviewed and updated employee claims analysis. | 2.00 | 420 | 840.00 |
| 25 | Case Administration | James Lukenda | 10/10/2012 | Nortel- update on status of work stream, re monthly activity | 0.30 | 725 | 217.50 |
| 25 | Case Administration | James Lukenda | 10/1/2012 | Nortel-update file for correspondence, monthly reporting | 0.50 | 725 | 362.50 |
| 25 | Case Administration | James Lukenda | 10/4/2012 | Nortel-call with Huron manager re quarterly QR update and backlog analysis | 0.30 | 725 | 217.50 |