# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012**

| Date | Professional | Cost Type | Description | | Amount |
|---|---|---|---|---|---|
| 10/15/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office in order to transport Nortel materials.: Parking: Chicago 10/15/2012 to 10/15/2012. | $ | 14.00 |
| 10/17/2012 | Coley P. Brown | Parking & Tolls | Parking near Chicago office in order to transport Nortel materials.: Parking: Chicago 10/17/2012 to 10/17/2012. | | 20.00 |