# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** NORTEL NETWORKS INC., ET AL.
**Case Number:** 09-10138-KG     **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, NOVEMBER 07, 2012 10:00 AM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY STILES
**Reporter / ECR:** GINGER MACE

## Matters:

1) OMNIBUS & FEE APPLICATIONS  HEARING
   R / M #:   0 / 0

2) **ADM: 09-10164-KG**
   Motion to Expand Monitor's Authority
   R / M #:   0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - 4 - o/s