# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks, Inc.
**CASE NO.:** 09-10138, 09-10164 (KG)
**COURTROOM LOCATION:** 3
**DATE:** 11/7/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols Arsht Tunnel | Debtors |
| Annie Cordo | " | " |
| Megan Fleming | Cleary Gottlieb Steen Hamilton | " |
| Nora Abularach | " | " |
| Roger Cooper | " | " |
| William Taylor | McCarter + English | Retirees |
| Mark Kinney | US Trustee | US Trustee |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Eric Sutty | " | " |
| Chris Samis | Richards Layton | Committee |
| Angelus Koo | Akin Gump | (" ) |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Kevin Gross**

**Courtroom**

Calendar Date: 11/07/2012
Calendar Time: 10:00 AM ET

Amended Calendar 11/07/2012 07:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sandra Aiken | | Sandra Aiken - In Pro Per/Pro Se | In Propria Persona, Sandra Aiken / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael P. Alms | | Michael P. Alms - In Pro Per/Pro Se | In Propria Persona, Michael P. Alms / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Charles V Barry | | Charles V Barry - In Pro Per/Pro Se | In Propria Persona, Charles V. Barry / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brent Beasley | | Brent Beasley - In Pro Per/Pro Se | In Propria Persona, Brent Beasley / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | David Botter | | Akin Gump Strauss Hauer & Feld L.L.P | Creditor, Official Commitee Of Unsecured Creditors / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jonathan Cho | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Barbara Gallagher | | Barbara Gallagher - In Pro Per/Pro Se | Creditor, Barbara Gallagher / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Fred S. Hodara | | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Raymond Reyes ext. 881

CourtConfCal2012

Page 1 of 3

| Nortel Networks Inc., et al. | 09-10138 | Hearing | Mark R. Janis | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Deborah M. Jones | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Brad Kahn | Akin Gump Strauss Hauer & Feld LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Peter Lawrence | Peter Lawrence - In Pro Per/Pro Se | Creditor, Peter Lawrence / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Thomas Matz | Milbank, Tweed, Hadley & McCloy, LL | Creditor, The Bond Holder / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Leah McCaffrey | Leah McCaffrey - In Pro Per/Pro Se | In Propria Persona, Leah McCaffrey / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Carol Raymond | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | William A. Reed | William Reed - In Pro Per/Pro Se | In Propria Persona, William Reed / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Brenda Rohrbaugh | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Cynthia A. Schmidt | Cynthia A. Schmidt - In Pro Per/Pro Se | Interested Party, Cynthia A. Schmidt / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Stephanie Skelly | Togut, Segal & Segal LLP | Creditor, Offical Committee of Retiree / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Kevin J. Starke | CRT Capital Group, LLC | Interested Party, CRT Capital Group LLC / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Miriam Stewart | Miriam Stewart - In Pro Per/Pro Se | In Propria Persona, Miriam Stewart / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Robert J. Tennenbaum | Jefferies & Company | Financial Advisor, Jefferies & Company / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Nancy A. Wilson | Nancy A. Wilson - In Pro Per/Pro Se | In Propria Persona, Nancy A. Wilson / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Matthew A Zloto | Aurelius Capital Management, LP | Creditor, Aurelius Capital Management / LISTEN ONLY |