IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
                                                   :
In re                                              :    Chapter 11
                                                   :
Nortel Networks Inc., et al.,[1]                   :    Case No. 09-10138 (KG)
                                                   :
                      Debtors.                     :    Jointly Administered
                                                   :
---------------------------------------------------X

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

Edgar B Linvill III (widower) of Elaine N Linvill hereby withdraws his proof of claim with prejudice in the above-captioned cases (Proof of Claim No 4478).

Dated: Cherry Hill, NJ
       October 4, 2012

                                    Edgar B Linvill III
                                    _____
                                    1720 Burnt Mill Rd
                                    Cherry Hill, NJ 08003-3535
                                    Tel. 856-428-6896
                                    edelnj@verizon.net

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.