**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 8879 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 5, 2012, I caused to be served the:

    a)  "Notice of Agenda of Matters Scheduled for Hearing on November 7, 2012 at 10:00 A.M. (Eastern Time)," dated November 5, 2012 [Docket No. 8879], (the "Agenda"), and

    b)  "Debtors' Witness List for February 12, 2013 Hearing on Debtors' Motion for Entry of an Order Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees," dated November 5, 2012, (the "Witness List"),

    by causing true and correct copies of the:

    i.  Agenda and Witness List, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

ii.  Agenda and Witness List, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u> (Filed Under Seal), and

iii.  Witness List, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kerry O'Neil

Sworn to before me this
___ day of November, 2012

Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

T:\Clients\NORTEL\Affidavits\Agenda and Witness List_DI 8879_AFF_11-5-12_UNDER SEAL_SS.doc

**EXHIBIT A**

NORTEL
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADAMS, CLARENCE E. | 432 LOWER THRIFT ROAD NEW HILL NC 27562 |
| ALMS, MICHAEL | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BEASLEY, BRENT | 541 AMMONS RD DUNN NC 28334 |
| BORRON, JEFFREY B. | 13851 TANGLEWOOD DR. FARMERS BRANCH TX 75234 |
| CARLSEN, ROGER G. | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEAN, NAJAM U. | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| DOVER, ROBERT | 2509 QUAIL RIDGE RD MELISSA TX 75454 |
| ELLIOTT, JOHN S. | 6 GROUSE LANE MERRIMACK NH 03054 |
| ENGELMAN, RICHARD | 1505 NEVADA DRIVE PLANO TX 75093 |
| FAISON, NANETTE | 981 KITTRELL ROAD KITTRELL NC 27544 |
| FLETCHER, BERT | 35 BROOMHILL COURT CLAYTON NC 27527 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GARRETT, GARY W. | 4093 HOGAN DR. APT. 4114 TYLER TX 75709 |
| GREEN, MARILYN | 1106 BOSTON HOLLOW RD. ASHLAND CITY TN 37015 |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE PORTERVILLE CA 93257 |
| GUEVARRA, EDWARD G. | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HENRY, BRAD | 11596 W. SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| HODGES, RICHARD B. | 913 WINDMERE LANE WAKE FOREST NC 27587 |
| HOLBROOK, MARY | 1181 GREY FOX CT. FOLSOM CA 95630 |
| HUNT, JAMES | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| IRISH, DIANNA | 235 ATRIUM COURT WARNER ROBINS GA 31088 |
| JANIS, MARK R. | 193 VIA SODERINI APTOS CA 95003 |
| JONES, DEBORAH | PO BOX 458 WILLOW SPRING NC 27592 |
| LAWRENCE, PETER | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| LEE, JAMES JEROME | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| LOGAN, KERRY | 16449 NELSON PARK DR APT# 105 CLERMONT FL 34714 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MCWALTERS, MICHAEL S. | PO BOX 338 ALVISO CA 95002 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| PATEL, KAUSHIK | 5665 ARAPAHO RD. APT. # 1023 DALLAS TX 75248 |
| PHILIPS, MARK A. | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| RAYMOND, CAROL | 7962 S.W. 185 ST. MIAMI FL 33157 |
| REED, WILLIAM A. | 7810 HEATON DRIVE THEODORE AL 36582-2362 |
| REXROAD, MICHAEL D. | 5244 LINWICK DRIVE FUQUAY VARINA NC 27526 |
| ROHRBAUGH, BRENDA L. | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| ROSE JR., RONALD J. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROSSI, JOHN J. | 1568 WOODCREST DR. WOOSTER OH 44691 |
| SCHMIDT, CYNTHIA ANN | PO BOX 119 OREGON HOUSE CA 95962 |
| SCHMIDT, WAYNE | 5346 S. MOHAVE SAGE DRIVE GOLD CANYON AZ 85118 |
| SCHULTHEIS, JUDY A. | 2201 SWEETBRIAR DRIVE ALEXANDRIA VA 22307-1523 |
| SEYMOUR, LYNETTE KAY | 11671 RIVENDELL LANE AUSTIN TX 78737 |
| SORIANO, CHAD | 8974 HICKORY AVE. HESPERIA CA 92345 |
| THOMPSON, MICHAEL R. | 564 CANDIA ROAD CANDIA NH 03034 |
| TOTMAN, CARMEL | 164 BERTON STREET BOONE NC 28607 |
| UNDERWOOD, CAROLINE | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| VENNEMAN, ADELLA | 5269 RIO GRANDE DRIVE SAN JOSE CA 95136 |

NORTEL
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WIDENER, SUE | 260 N. TOMAHAWK ISLAND DR PORTLAND OR 97217 |
| WILSON, NANCY | 7101 CHASE OAKS BLVD #1637 PLANO TX 75025 |
| WOLFE, PAUL D. | 113 RED DRUM LN GLOUCESTER NC 28528 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

Total Creditor count  56

NORTEL NETWORKS INC., ET AL.
ADDITIONAL SERVICE LIST

RUSSELL L. MCCALLUM
103 CEDARPOST DRIVE
CARY, NORTH CAROLINA 27513

**EXHIBIT B**

PERSONALIZED NOTICE PARTIES


FILED UNDER SEAL

**EXHIBIT C**

NORTEL NETWORKS INC., ET AL.
ADDITIONAL SERVICE LIST

**RICHARDS LAYTON & FINGER**
<u>ATTN</u>: MARK D COLLINS ESQ, CHRISTOPHER M SAMIS ESQ
ONE RODNEY SQUARE
920 N KING ST
WILMINGTON DE 19801

**AKIN GUMP STRAUSS HAUER & FELD LLP**
<u>ATTN</u>: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ.
ONE BRYANT PARK
NEW YORK NY 10036

**MILBANK TWEED HADLEY & MCCLOY LLP**
<u>ATTN</u>: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,
ANDREW M. LEBLANC ESQ.
ONE CHASE MANHATTAN PLAZA
NEW YORK NY 10005

**PACHULSKI STANG**
<u>ATTN</u>: LAURA DAVIS JONES, TIMOTHY P. CAIRNS
919 N. MARKET ST. 17TH FL.
WILMINGTON DE 19899-8705

**OFFICE OF THE U.S. TRUSTEE**
<u>ATTN</u>: MARK KENNEY
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON DE 19801-3519

**ELLIOTT GREENLEAF**
*COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN*
*PARTICIPANTS*
<u>ATTN</u>: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA
1105 N. MARKET STREET,
SUITE 1700 WILMINGTON DE 19801