```
              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                         )   Case No. 09-10138(KG)
                               )   (Jointly Administered)
NORTEL NETWORKS, INC.,         )
       et al.,                 )   Chapter 11

                               )   Courtroom 3
                               )   824 Market Street
            Debtors.           )   Wilmington, Delaware
                               )
                               )   November 7, 2012
                               )   10:00 a.m.


                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDGE KEVIN GROSS
               UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:                   Morris Nichols Arsht & Tunnell, LLP
                               BY: DEREK ABBOTT, ESQ.
                               BY: ANN CORDO, ESQ.
                               1201 North Market St., 18th Floor
                               Wilmington, DE  19899-1347
                               (302) 351-9357

                               Cleary Gottlieb Steen & Hamilton
                               BY: ROGER COOPER, ESQ.
                               BY: MEGAN FLEMING, ESQ.
                               BY: NORA ABULARACH, ESQ.
                               One Liberty Plaza
                               New York, NY  10006
                               (212) 437-4350

ECRO:                          GINGER MACE

Transcription Service:         DIAZ DATA SERVICES, LLC
                               331 Schuylkill Street
                               Harrisburg, Pennsylvania 17110
                               (717) 233-6664
                               www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Official Creditors'
Committee:                        Richards Layton & Finger
                                  BY: CHRIS SAMIS, ESQ.
                                  One Rodney Square
                                  920 King Street
                                  Wilmington, DE  19801
                                  (302) 651-7845

For LTD Committee:                Elliott Greenleaf
                                  BY: RAFAEL ZAHRALDDIN, ESQ.
                                  BY: ERIC SUTTY, ESQ.
                                  The Brandywine Building
                                  1000 West St., Ste. 1440
                                  Wilmington, DE  19801
                                  (302) 384-9400

For U. S. Trustee:                U. S. Department of Justice
                                  BY: MARK KENNEY, ESQ.
                                  844 King Street, Ste. 2207
                                  Lockbox 35
                                  Wilmington, DE  19801
                                  (302) 573-6491

For Retiree's Committee:          McCarter & English
                                  BY: WILLIAM TAYLOR, ESQ.
                                  Renaissance Centre
                                  405 N. King St., 8th Floor
                                  Wilmington, DE  19801
                                  (302) 984-6313

                                  Akin Gump Strauss Hauer & Feld
                                  BY: ANGELINE KOO, ESQ.
                                  One Bryant Park
                                  New York, NY 10036-6745
                                  212-872-1000

TELEPHONIC APPEARANCES:

For Retiree's Committee:          Togut Segal & Segal
                                  BY: STEPHANIE SKELLY, ESQ.
                                  (212) 594-5000

For Law Debenture:                Patterson Belknap Webb & Tyler
                                  BY: CRAIG W. DENT, ESQ.
                                  (212) 336-2864

For Ernst & Young:                Allen & Overy, LLP
                                  BY: JONATHAN CHO, ESQ.
                                  (212) 756-1118

TELEPHONIC APPEARANCES:
(Continued)

For Bank of America:           Bank of America
                               BY: ESTHER CHUNG
                               (646) 855-6705

For Official Committee of
Unsecured Creditors:           Akin Gump Strauss Hauer &
                               Feld, LLP
                               BY: DAVID BOTTER, ESQ.
                               BY: FRED HODARA, ESQ.
                               BY: BRAD KAHN, ESQ.
                               (212) 872-1000

For Aurelius Capital
Management, LP:                Aurelius Capital Management LP
                               BY: MATTHEW ZLOTO
                               (646) 445-6518

For Ad Hoc Committee:          Milbank Tweed Hadley & McCloy
                               BY: CINDY CHEN DELANO
                               (212) 530-8978

For In Propria Persona:        Sandra Aiken, In Pro Per/
                               Pro Se
                               (919) 528-4058

                               Charles Barry, In Pro Per/
                               Pro Se
                               (919) 528-3868

                               Michael Alms, In Pro Per/
                               Pro Se
                               (262) 534-3955

                               Brent Beasley, In Pro Per/
                               Pro Se
                               (910) 230-0588

                               Janette Head, In Pro Per/
                               Pro Se
                               (603) 626-6938

                               William Reed, In Pro Per/
                               Pro Se
                               (251) 653-6459

                               Brenda Rohrbaugh, In Pro Per/
                               Pro Se
                               (678) 764-5569

TELEPHONIC APPEARANCES:
(Continued)

                                            McCaffrey, In Pro Per/
                                            Pro Se
                                            (214) 563-0761

                                            Nancy Wilson, In Pro Per/
Pro Se
(214) 501-3510

Nortel Networks, Inc.
Carol Raymond
In Propria Persona
(305) 238-4951

For Interested Party:         Mark Janis, In Pro Per/
Pro Se
(831) 684-1760

Cynthia Schmidt, In Pro Per/
Pro Se
(530) 692-1299

For Creditor:                 Barbara Gallagher, In Pro Per/
Pro Se
(903) 564-9676

Deborah Jones, In Pro Per/
Pro Se
(570) 439-1153

Peter Lawrence, In Pro Per/
Pro Se
(561) 865-5382

For UK Pentition
Trust, LTD:                   Wilkie Farr & Gallagher, LLP
BY:  ANDREW HANRAHAN, ESQ.
(212) 728-8170 ext. 8638

For CRT Capital Group, LLC:   CRT Capital Group, LLC
BY:  KEVIN J. STARKE
(203) 569-6421

For Financial Advisor:        Jefferies & Company
BY: ROBERT J. TENNENBAUM, ESQ.
(212) 284-2226

1   WILMINGTON, DELAWARE, WEDNESDAY, NOVEMBER 7, 2012, 10:00 A.M.

2              THE COURT:  Good morning everyone.  Thank you,

3   and please be seated.  It's good to see you all.

4              MR. ABBOTT:  Good morning, Your Honor.

5              THE COURT:  Mr. Abbott?  Good morning.

6              MR. ABBOTT:  Derek Abbott, here for the debtors,

7   Your Honor, on our Omnibus agenda, but Your Honor has taken

8   care of business I see so --

9              THE COURT:  Yes.

10             MR. ABBOTT:  -- happily, we can bypass Items 1

11  through 4.

12             THE COURT:  Right.

13             MR. ABBOTT:  Which leaves us, Your Honor, with

14  the Status Conference on the Long-Term Disability Motion.

15  We were here to discuss, Your Honor, discovery, as you may

16  recall, with the individual LTD employees, and there are

17  quite a few of them on the phone.

18             THE COURT:  Okay.

19             MR. ABBOTT:  And, Your Honor, what we would

20  suggest, obviously subject to the Court's wishes, would be to

21  try to approach it as we did last time.  Mr. Cooper is here,

22  from Cleary, who's sort of leading their effort there and he

23  would sort of generally describe the process and sort of

24  where things are and sort of try to set the stage for the

25  Court as we did last time if that would be acceptable to the

1    Court.  And then, obviously, folks on the phone will have

2    their chance to say what they need to say if those remarks

3    engender comment.

4             THE COURT:  All right.  That sounds like a good

5    plan.

6             MR. ABBOTT:  Thank you, Your Honor.

7             THE COURT:  And it seems to me -- I mean it seems

8    like what we're searching for here is a general approach with

9    some room for any specific issues as to specific individuals.

10            MR. ABBOTT:  That's what we have in mind, Your

11   Honor.

12            THE COURT:  Okay.  Very well.

13            MR. ZAHRALDDIN:  Your Honor, good morning.

14            THE COURT:  Yes, good morning.

15            MR. ZAHRALDDIN:  Rafael Zahralddin, from Elliott

16   Greenleaf, for the Long-Term Disability Committee.  Your

17   Honor, one piece that I think might be helpful is our firm,

18   as you requested, has been acting kind of as a liaison --

19            THE COURT:  Yes.

20            MR. ZAHRALDDIN:  -- in order to facilitate things,

21   and Mr. Sutty will, who's been handling the back-breaking

22   work, along with the folks at Cleary, can add some detail.

23   But certainly, I think it would be instructive for us to

24   perhaps make a few comments in between Mr. Cooper's comments

25   and the comments from the individual LTD'ers.

1          THE COURT:  All right.

2          MR. ZAHRALDDIN:  And, to the extent we can help

3  out during the process as well, we're more than happy to step

4  up and provide some insight because we've been at the process

5  as a whole, just like Cleary has, and that might give some

6  solace and some constructive structure to the comments that

7  come from the individual LTD'ers.

8          THE COURT:  All right.  Thank you.

9          MR. ZAHRALDDIN:  Thank you, Your Honor.

10          THE COURT:  That will be -- I'll take you up on

11  that.

12          MR. ZAHRALDDIN:  That sounds good.

13          THE COURT:  Mr. Cooper?  Good morning.

14          MR. COOPER:  Thank you, Your Honor.  It's Roger

15  Cooper, from Cleary Gottlieb, on behalf of the U.S. Debtors.

16  So let me start by just going back to the September 19th

17  hearing.  I was not at that hearing but my colleague, Lisa

18  Schweitzer, was here from Cleary.  And, at that hearing, the

19  Court approved a process and an Order for permitting the LTD

20  individuals to serve supplemental document requests on the

21  U.S. Debtors and approved a process for managing that

22  document discovery and that was set forth in an Order that

23  was entered on the 20th.

24          THE COURT:  That's right.

25          MR. COOPER:  One of the issues that was discussed

1  at the September 19th hearing was around the logistics and the

2  resources for addressing, you know, what could amount to

3  potentially more than 200 individual requests and how we were

4  going to deal with any issues or disputes that might arise

5  around those requests.  And Elliott Greenleaf, the Counsel

6  for the Committee, agreed at that time to facilitate

7  communications and efforts to really assist in the process of

8  resolving any disputes, which they have done and we've been

9  working with them during this time.  At the September 19th

10 hearing, then the Court set a Status Conference for October

11 18th for the parties to later report back on our progress and

12 whether there were issues for the Court to resolve.  And

13 while we were working to resolve the issues that arose, we

14 realized we needed more time and so we adjourned --

15            THE COURT:  Sure.

16            MR. COOPER:  -- that October 18th date and now

17 we're here today to report back on where we are.  I am happy

18 to report that we have made a lot of progress and we've been

19 working closely with Elliott Greenleaf and have been, we

20 believe, resolving a lot of issues that have arisen in some

21 of the disputes through an informal kind of meet and confer

22 process with individuals.  We do still have some outstanding

23 issues that we're working on and we are optimistic and

24 hopeful that we can resolve them.  And we don't believe, from

25 our perspective, given the work that we're still trying to

1  do, that there are any issues really ripe for the Court to

2  address today.

3            THE COURT:  Okay.

4            MR. COOPER:  But we would propose a process for

5  how to do that in the near future if we are unable to resolve

6  some of the remaining issues on our own.  You know, just as

7  background, Your Honor, the September 20th Order established

8  these procedures for the individual supplemental requests.

9  What individuals could do is go to a website that was set up,

10  look at what documents have already been produced to the

11  Committee, certain non-confidential documents, or certain

12  materials that were produced from personnel files, and, if

13  after reviewing those materials that were available on the

14  website, individuals had additional requests, then they could

15  make supplemental requests to the debtor for those additional

16  documents.  There was a deadline of October 15th for those

17  requests, and on October 15th, we had received 113 written

18  supplemental requests to which the debtors then served

19  responses and objections.  We also received approximately 48

20  emails that sort of followed up on the supplemental requests

21  and said I haven't seen these documents yet that I'm looking

22  for.  Now during this time, you know, Elliott Greenleaf was

23  trying to get the documents that we had produced up on the

24  website which did take some time and it's not easy,

25  technically, to get all of that up there.

1              THE COURT:  Right.

2              MR. COOPER:  And it was around this time period

3    that we did then adjourn the October 18th hearing that was

4    scheduled.  Ultimately, all the documents were uploaded on

5    the website by October 26th and, after that time, Elliott

6    Greenleaf contacted each of the individuals to let them know

7    that these documents were available.  A lot of the emails

8    that we had received basically were saying, you know, I

9    haven't been able to see any documents that relate to me on

10   the website.  But what happened was they just weren't

11   uploaded yet.

12             THE COURT:  Sure.

13             MR. COOPER:  And during this time period, call logs

14   that had been requested and other documents from personnel

15   files were ultimately uploaded and individuals could access

16   them.  Following up on this then, Elliott Greenleaf asked the

17   individuals to go ahead and review the documents once they

18   were available; and they can explain how they contacted

19   people but I think it was through email, asked individuals to

20   submit by October 30th any outstanding discovery issue that

21   they had.  So take a look at what's on the website; if you

22   still have an issue, let us know and we'll try to work with

23   you to resolve it.  So by the end of last week, a little bit

24   past the 30th, given what happened with the storm --

25             THE COURT:  Absolutely.

1          MR. COOPER:  -- the debtors' Counsel had received

2    25 follow-up kind of supplemental kind of issues to resolve

3    and we understand that Elliott Greenleaf had communicated

4    with 14 other individuals, in addition to the 25 that

5    contacted us that -- where there were issues to look into.

6    And since that time, both debtors' Counsel and Elliott

7    Greenleaf has -- we've been working together to try to reach

8    out to each of these 39 individuals and see if we can't

9    resolve the open issue, or at least figure out whether

10   there's an issue for the Court to take a closer look at --

11          THE COURT:  Okay.

12          MR. COOPER:  -- and resolve for us.  We've spoken

13   directly to either Cleary or Elliott Greenleaf has spoken to

14   20 of these 39 individuals.  We've left voice messages for 12

15   others and we hope to get in touch with them soon.  I think

16   there's just two people we haven't been able to reach thus

17   far but we're going to make efforts to do that.  I think a

18   lot of the issues are being resolved.  I think -- you know,

19   we're trying to explain to folks that we're not holding back

20   documents that we have that are relevant to what they're

21   asking for and to help them to understand, you know, in

22   certain categories, we produced everything that we've been

23   able to find through reasonable searches and, you know, just

24   to kind of convey what the debtors have done.  There were

25   some documents that were produced on a confidential basis to

1  the LTD Committee but -- and so were not initially available

2  to the individuals but we're setting up a process so that

3  each individual who wants access to those -- you know, those

4  particular documents can sign a Confidentiality Agreement and

5  --

6           THE COURT:  All right.

7           MR. COOPER:  -- they'll get access soon.  We've

8  agreed, in some cases, to go back to personnel files to make

9  sure that there isn't anything we overlooked where an

10 individual has said I really think -- you know, I would

11 expect to see something on a particular topic.  So the

12 debtors' Counsel is going back to take another look.  And

13 we're conferring with our client on some issues just to make

14 -- you know, now that we've talked to people, we have a

15 better understanding of what the individual is asking for and

16 we're going back to try see if we can resolve it.

17          THE COURT:  Are there certain generic issues, and

18 I'm not asking you even to identify them --

19          MR. COOPER:  Yes.

20          THE COURT:  -- at the moment, Mr. Cooper, while

21 you're still talking with people?  But are there certain

22 issues that are coming up repeatedly?

23          MR. COOPER:  Well, we have one issue that's come

24 up repeatedly.  Individuals have asked for certain plan

25 documents that they have thought would exist and they haven't

1  been able to find them on the website and we've conveyed to

2  them that every plan document that the debtor has in its

3  possession, that we've been able to find, has been made

4  available.  And so there's not a document that they're

5  looking for that we're kind of holding back and not

6  producing.

7           THE COURT:  Okay.

8           MR. COOPER:  There is a particular document.  It's

9  a contract, an agreement between Prudential and Nortel that

10 was produced to the Committee on a confidential basis.  But

11 it's referenced in a number of communications that have gone

12 to individuals by an ID number and that's a document we're

13 going to make available through the signing of the

14 Confidentiality Agreement.

15          THE COURT:  Okay.

16          MR. COOPER:  So I think Elliott Greenleaf may have

17 some additional information about some of the discussions

18 they're having, but those are some of the broad categories

19 that I think we can address because they really cut across a

20 number of the issues individuals have raised.  So, Your

21 Honor, for next steps, what we would propose is to take a

22 little more time to see if we can't resolve as many issues

23 that are still outstanding as possible.  And we would

24 propose, and I've spoken with Elliott Greenleaf about this,

25 propose to submit to the Court, maybe within two weeks time,

1    a chart in a summary of where we think there are still open

2    issues that we're going to ask the Court to help us resolve

3    them.   And then maybe, given the Court's preference for

4    discovery issues, we would arrange a call at a time

5    convenient for the Court and all parties where we could --

6    folks could dial in and discuss those remaining issues.

7              THE COURT:  All right.  All right.

8              MR. COOPER:  That's all I have, Your Honor.

9              THE COURT:  All right.  Thank you.  I have a

10   Proposed Order I believe that -- would that -- is this the

11   Amended Scheduling Order under certification?

12             MR. ZAHRALDDIN:  Yes, Your Honor.  I believe that

13   the Order you probably have under certification, which I

14   believe was prefaced by a Motion as well --

15             THE COURT:  Yes.

16             MR. ZAHRALDDIN:  -- dealt with the entire LTD

17   litigation.  And it's the last piece -- I don't think that

18   ever hit the docket and I don't think that there's any

19   disagreement amongst the parties.

20             THE COURT:  I hadn't yet --

21             MS. CORDO:  I think it's been submitted.

22             THE COURT:  Ms. Cordo?  Yes?

23             MR. COOPER:  Yes, Your Honor.  The Order is here

24   and I believe it's --

25             THE COURT:  I hadn't yet signed it only because we

1  were having the Status Conference and I don't think I signed

2  that particular one.

3          MR. COOPER:  The copy I have, Your Honor, was

4  signed, dated November 6th.

5          THE COURT:  Okay.  All right.

6          MR. COOPER:  So --

7          THE COURT:  I apologize.

8          MR. ABBOTT:  Your Honor, maybe I should approach

9  so we can -- you can just look at this one and make sure it's

10  the same one you're looking at.

11          THE COURT:  Yes.

12          MR. ABBOTT:  It might have --

13          THE COURT:  Please.  Thank you.

14          MR. ABBOTT:  I realize you've got some flux in

15  Chambers, Your Honor.

16          THE COURT:  Yes.  Thank you, Mr. Abbott.  This is

17  good.  All right.  No, this is a different one.

18          MR. ABBOTT:  Your Honor, could I approach again

19  and see the one that you're --

20          THE COURT:  Yes.

21          MR. ABBOTT:  -- looking from?

22          THE COURT:  You sure --

23                          (Laughter)

24          THE COURT:  And you can even share it with people.

25  Here it is right here.  This was under certification, but

1  this may just be for background purposes.  There have been

2  quite a few of them lately and -- both for this and for the

3  Retirees.  Is this the one I signed a few weeks ago?

4          MR. ABBOTT:  I believe in October, Your Honor.

5          THE COURT:  Okay.  Very well.  Okay.

6              (Discussion Between Counsel)

7          UNKNOWN:  Your Honor, could we have a moment?

8          THE COURT:  Absolutely.

9          MR. ABBOTT:  Your Honor, I think there was one --

10          THE COURT:  Yes.

11          MR. ABBOTT:  -- that was missing but -- and it was

12  the last -- on the last round, and it was agreed to, I

13  believe, but I think we do need to double check and make

14  sure.

15          MR. COOPER:  Your Honor, just one thing to make

16  clear.  The proposal that I suggested has not been set forth

17  in any of the Orders.

18          MR. ABBOTT:  Correct.

19          MR. COOPER:  So --

20          THE COURT:  Understood.

21          MR. COOPER:  -- if that's the link, we would need

22  to memorialize that in an Order or whatever the Court would

23  prefer.

24          THE COURT:  Okay, Mr. Cooper.  Thank you.  Mr.

25  Sutty?

1          MR. SUTTY:  Your Honor, while they're reviewing

2   those Orders, maybe it's a good opportunity --

3          THE COURT:  That was Mr. Sutty, for the record,

4   for the record.

5          MR. ZAHRALDDIN:  I didn't mean to silence Mr.

6   Sutty but I wanted to make a couple points before he went

7   into some of the detail.

8          THE COURT:  Sure.

9          MR. ZAHRALDDIN:  Your Honor, I think, while

10  they're still looking at it, it may be that you did sign the

11  final piece of the trilogy of our Scheduling Orders.  I

12  believe we have a trilogy.

13         THE COURT:  Yes.

14         MR. ZAHRALDDIN:  And --

15         THE COURT:  Okay.

16         MR. ZAHRALDDIN:  -- that may be the last piece of

17  it but they're going to confirm it.  Your Honor, while

18  they're confirming, I'll take the lead from my esteem new

19  partner.  I have no issue with anything Mr. Cooper said.  I

20  wanted to though report a couple things to you that I think

21  will help inform you as to the process and to some of the

22  things that you had requested of all the parties when you

23  signed the Order and when we had our discussion last.  One of

24  the other reasons that it's been difficult to get things up

25  there is we have a lot of folks who are ill and have

1  cognitive difficulties and also have issues kind of as

2  laypeople which are compounded going through the morass of

3  documents that are up on this website.  So we've had to index

4  those documents because, of course, they don't have -- they

5  don't naturally come with an index to them.

6          THE COURT:  That's right.

7          MR. ZAHRALDDIN:  And that's helped to identify and

8  clear some things up.  Also, we have some pretty important

9  security issues, and so --

10          THE COURT:  That's right.

11          MR. ZAHRALDDIN:  -- we can't have these documents

12  floating through 10 or 15 different avenues.  They had to be

13  kind of centralized and the power to put things up there,

14  particularly since there was sensitive personally

15  identifiable information, individual health-related

16  information, which would have violated HIPAA if it wasn't

17  taken care of in a very distinct manner and you can't have

18  all 200 folks, or 100 or however many are looking, somehow

19  inadvertently be given access to the individuals.  So I think

20  that both parties have worked very hard to make sure that

21  that's also been preserved.  Mr. Cooper was correct in that

22  there are two issues in terms of identifying documents.  One,

23  some folks are looking for their plan years, and it was just

24  a matter of trying to see whether their plan year exists or

25  not in the documents.  The second is there are references to

1   other documents, as Mr. Cooper indicated.  And so when -- you

2   know, these folks are intelligent.  When they see a reference

3   to a document, they then think it must exist somewhere.

4            THE COURT:  Yes.

5            MR. ZAHRALDDIN:  And we've been -- you know,

6   there's been a diligent effort to try to find those, but

7   that's been the other issue.  And also, we've been -- the

8   other piece of this that hasn't been discussed is that we've

9   also been helping to facilitate, when they have had

10  questions, exchange of documents from the individual LTD'ers.

11  Many of these folks do not have high-speed printers in their

12  houses, do not have access -- some people have to drive two

13  hours to get to a post office, for example.  And so we've

14  been doing our best with the debtors to try to get them to

15  identify what documents they have and then respond.  I've

16  talked to dozens of people who are in between Hospice on --

17  you know -- and at home sick, through their guardians, etc.,

18  and we've done our best to make sure that every document that

19  comes is immediately then shared or we're in the process of

20  indexing and producing as the individual LTD'er production,

21  not necessarily ours.  And we came to an agreement that we

22  should be Bates-stamping that in that way to make it distinct

23  because there's no reason it shouldn't be identified in the

24  records so that we can all take a look at it and facilitate

25  any further part of the litigation.  Those are my very simple

1    comments.  I don't know if you guys have -- if they have

2    resolved the issue of the other Scheduling Order and then I

3    would cede the podium after that to Mr. Sutty.

4            THE COURT:  For those on the telephone, we're

5    just, at the moment, trying to decide what, if any, Orders

6    have not yet been entered that should have been entered as

7    far as scheduling is concerned and you will all be given an

8    opportunity to be heard in due course.  We're --

9            MR. ABBOTT:  Your Honor, as best we can tell --

10           THE COURT:  We're okay?

11           MR. ABBOTT:  -- the Order that was signed on

12   November 6th --

13           THE COURT:  Yes.

14           MR. ABBOTT:  -- was the third I think.

15           THE COURT:  Okay.

16           MR. ABBOTT:  The draft that you had, Your Honor,

17   in your binder; I can approach, I believe has been signed as

18   Docket Item 8722.

19           MR. ZAHRALDDIN:  It's the second in the series, I

20   think.

21           THE COURT:  The second of?  Okay.

22           MR. ZAHRALDDIN:  I believe so, Your Honor.  And

23   this is the third, the one that -- I don't have a docket

24   number on it but it's the one that has your signature from

25   November 6th.  And certainly, if we figure out that there's a

1  piece missing, we can submit it --

2            THE COURT:  Of course.

3            MR. ZAHRALDDIN:  -- by Certification of Counsel

4  without need for further Motion.

5            MR. ABBOTT:  Our apologies for all the confusion,

6  Your Honor.

7            THE COURT:  No, no.  I apologize and I would say

8  we'll get it right if there's a problem.

9            MR. ABBOTT:  I think maybe it was just -- the one

10 insert in your binder may have been a Proposed Order that had

11 subsequently been signed and --

12           THE COURT:  Okay.  We'll be fine though and we'll

13 get it right if there is a need to do so.

14           MR. ZAHRALDDIN:  With that, I'll cede the podium

15 to Mr. Sutty.

16           THE COURT:  Turn it over to Mr. Sutty?  Thank you.

17 Thank you, Mr. Zahralddin.

18           MR. SUTTY:  Good morning, Your Honor, Eric Sutty

19 --

20           THE COURT:  Mr. Sutty.

21           MR. SUTTY:  -- of Elliott Greenleaf.

22           THE COURT:  Yes sir.

23           MR. SUTTY:  A lot of my thunder has been taken

24 away by the debtors and my colleague but I do want to

25 emphasize that a lot of progress has been made with respect

1 to the discovery disputes.  And I really want to thank the

2 LTD participants for their hard work over the last few weeks.

3 As you're aware, many of these individuals have cognitive

4 issues, physical issues --

5                THE COURT:  Yes.

6                MR. SUTTY:  -- as well as they don't have the

7 luxury of operating in an office with high-speed internet and

8 -- you know, once the documents were posted, it takes them

9 hours to download certain documents and they've really made

10 some tremendous strides in reviewing what has been posted.

11                THE COURT:  Well, the thought of what they're

12 experiencing in complying or working on discovery, it's

13 painful, frankly, and I certainly share your views on their

14 efforts.

15                MR. SUTTY:  Just to put a little perspective on

16 this.  In the period of October 2nd to October 15th, the

17 debtors produced over 20,000 pages of documents to us.  That

18 took a lot of time on our end to review, index, post up onto

19 the internet, and, as debtors' Counsel represented, this

20 process -- all the documents we had were posted by October

21 26th.  In the four or five days that we requested the

22 individuals to review these documents by October 30th to, you

23 know, reiterate what outstanding disputes do they have once

24 they had an opportunity to review these documents, it took

25 them a -- you know, a substantial effort on their half.

1           THE COURT:  You bet.

2           MR. SUTTY:  I think, you know, there are a few

3    remaining disputes.  Most of the disputes relate to their

4    personnel records.  A lot of individuals have requested their

5    personal medical or claim information.  The debtors have

6    represented to us that they don't have that information; that

7    it's provided to them by their carrier by a number that is

8    not their employee number and it doesn't have their name.  So

9    we've been on the phone with many of these individuals and

10   asked them to try and obtain that information from their

11   carriers.  Another outstanding issue for many of the LTD'ers

12   has been the digital recordings of the call logs made to the

13   Human Resources Department.

14           THE COURT:  Okay.

15           MR. SUTTY:  The debtors have represented to us,

16   and we've reiterated this to the LTD'ers over the last few

17   days, is the debtors are saying they did not keep those

18   records; that they were used for training purposes and they

19   don't keep those records on hand.  And I guess the other

20   issue that resolved most of the outstanding discovery

21   requests is this mysterious document, the 39900, and,

22   hopefully, through the Confidentiality Agreement that these

23   participants are going to sign, they'll have access to that.

24           THE COURT:  Okay.

25           MR. SUTTY:  So --

1          THE COURT:  Well, my sense sitting here and not

2   being really, you know, up to my elbows in all of the

3   discovery as all of you are, is that the parties are working

4   hard to be cooperative and in good faith.  There's some

5   isolated potential disputes that remain.  Do you have a

6   sense, Mr. Sutty, that some of the disputes are perhaps

7   unnecessary?  In other words, that perhaps claimants here,

8   disabled persons, have -- are concerned about issues that

9   maybe they don't need to be concerned about?

10          MR. SUTTY:  Your Honor, that's one question we

11  have asked the participants on our phone calls with them is,

12  you know, are these documents you really need for -- to

13  oppose the Motion to Terminate or are they documents you want

14  for your personnel records?  And I think a lot of people have

15  explained various reasons for documents that, on their face,

16  may not necessarily be necessary to oppose the Motion to

17  Terminate, but some have raised issues.  I won't go into too

18  much detail here because it's a Status Conference but, you

19  know, they have various claims for a new reliance on the

20  debtors and breach of contract claims and things of that

21  nature.  But by asking that question, I think we have

22  narrowed down a list of documents that people are really

23  requesting and really want from the debtors so.

24          THE COURT:  All right.  I appreciate that, Mr.

25  Sutty.

1          MR. SUTTY:  Thank you.  I just want to reiterate,

2    you know, some of these requests may seem, on their face, as

3    being irrelevant but once the documents are produced by the

4    debtors, maybe that needle in the haystack is out there so --

5          THE COURT:  Okay.

6          MR. SUTTY:  -- there are -- we're finding -- you

7    know, the more and more we research these documents and

8    review these documents, we're, you know, building our case so

9    --

10          THE COURT:  All right.

11          MR. SUTTY:  -- there may be other things out there

12    that will help as well.

13          THE COURT:  Very well.  Okay.  Thank you.  Thank

14    you, Mr. Sutty.  Mr. Samis, good morning.

15          MR. SAMIS:  Good morning, Your Honor.

16          THE COURT:  Good to see you.

17          MR. SAMIS:  Good to see you as well, Your Honor.

18    For the record, Chris Samis, from Richards, Layton, & Finger,

19    here today on behalf of the Official Committee of Unsecured

20    Creditors.

21          THE COURT:  Yes.

22          MR. SAMIS:  Your Honor, I only rise to introduce

23    my Co-Counsel, Ms. Angeline Koo, from the Akin Gump firm.

24    She's been dealing with a lot of these issues from the

25    Committee perspective.  We did submit a Pro Hac Motion on her

1 behalf.  I don't think there's been an Order entered yet but

2 it is pending.  And, Your Honor, I would ask that she be

3 permitted to speak today in relation to the Status Conference

4 if Your Honor finds that acceptable.

5         THE COURT:  It is certainly acceptable, Mr. Samis.

6 It's a pleasure to have her here.

7         MR. SAMIS:  Thank you, Your Honor.

8         THE COURT:  All right.  Ms. Koo, welcome.

9         MS. KOO:  Thank you, Your Honor, and thank you for

10 your consideration.

11         THE COURT:  Certainly.

12         MS. KOO:  Angeline Koo, with Akin, Gump, Strauss,

13 Hauer & Feld, on behalf of the Official Committee of

14 Unsecured Creditors.

15         THE COURT:  Right.

16         MS. KOO:  As the Court is aware, the Committee has

17 been actively monitoring this termination litigation and the

18 Committee has also filed a statement on November 2nd,

19 reserving the Committee's right to file a further submission

20 pursuant to what the Scheduling Order provides for at the

21 close of discovery.  The Committee has conferred with the

22 debtors with respect to the proposal that Mr. Cooper has

23 described today and we have no objection and we think it

24 sounds like a sensible plan of action to deal with these

25 discovery issues.

1            THE COURT:  All right, Ms. Koo, thank you very

2   much.

3            MS. KOO:  Thank you.

4            THE COURT:  Thank you.  Mr. Cooper, did you want

5   to before I hear from anyone on the telephone?

6            MR. COOPER:  If I may just make one point --

7            THE COURT:  You bet.

8            MR. COOPER:  -- just so the record is clear?

9            THE COURT:  Sure.

10           MR. COOPER:  You had asked if there are requests

11  for documents that maybe aren't really relevant or pertinent

12  to the Motion and whether that -- you know, those requests

13  might become an issue and it's possible.  I just want Your

14  Honor -- that may be the category of documents or category of

15  requests that we need to come back to the Court regarding.

16  We're trying to understand by talking to individuals what

17  they're really looking for and what --

18           THE COURT:  Yes.

19           MR. COOPER:  -- the reasons are for looking for

20  those documents.  I think through some of the conversations,

21  individuals have recognized kind of what are the issues, you

22  know, on the Motion and they've acknowledged that what -- you

23  know, they were -- they're really just looking to have a

24  complete file of what was in their personnel file at Nortel

25  and they reserved their rights to try to access their -- get

1    those documents at a later time, but recognized that they

2    weren't really something they needed for the purposes of the

3    Motion.  I don't know where it will end up at the end of this

4    process with respect to these kinds of documents but I'm

5    still optimistic that we can make some real progress and --

6    but it may be that it's a few requests of this sort that we

7    come back to the Court to.

8              THE COURT:  Right.  You may be able to narrow it

9    at least to a few individuals and a few documents.

10             MR. COOPER:  Yes.

11             THE COURT:  Something like that.

12             MR. COOPER:  That's right.

13             THE COURT:  All right.  Thank you.

14             MR. COOPER:  Okay.  All right.  Thank you.

15             THE COURT:  Thank you, Mr. Cooper.  I have

16   confidence that the parties are working hard toward a

17   solution here.  Yes, Mr. Zahralddin?

18             MR. ZAHRALDDIN:  Your Honor, I have two small

19   points.  One, I'm glad that the Committee had a

20   representative that rose and introduced themselves.  Just to

21   make sure you understand, both the Ad Hoc Committee of

22   Bondholders and the Official Committee of Unsecured Creditors

23   have been privy to these documents and are really

24   participating as we're going along, or at least that is what

25   the debtors and these Committees requested at the beginning

1   and everything that's gone to the debtors, of course, is

2   being shared with those two Committees.

3            THE COURT:  Yes.

4            MR. ZAHRALDDIN:  The second part is that while the

5   Committee itself has a response and is participating in

6   discovery, I do want to reserve the rights of our LTD

7   Committee.  As we go through and find things, as Your Honor

8   pointed out in the last hearing, you know, what may be

9   irrelevant to the debtors may not be irrelevant to us or to

10  the individual LTD'ers.  And as you aptly stated, how are

11  these individuals going to really be able to understand if

12  there is a smoking gun or if there is a relevant document in

13  their files?  And so though we've been participating and

14  we'll continue to cooperate and we like the progress that

15  we've seen and we are happy to be helpful, we're also looking

16  at this with a very discerning eye to be able to supplement

17  our submissions later on and also to assist in the rest of

18  discovery which, you know, the next stages will come up past

19  fact discovery.  So I don't want to take the fact that we're

20  all getting along, and I think we are all getting along, as

21  an indication --

22           THE COURT:  Only up to a certain point.  I

23  recognize that.

24           MR. ZAHRALDDIN:  Right.

25                     (Laughter)

1          MR. ZAHRALDDIN:  That we're acquiescing in saying

2    that any of the stuff is irrelevant, etc., etc.  I wanted to

3    make that point clear because I don't want someone to come

4    back and say well, you guys were all happy about things.  It

5    is still litigation and we have --

6          THE COURT:  Absolutely.

7          MR. ZAHRALDDIN:  -- a constituency and a Committee

8    who is our client that we have to look after so.

9          THE COURT:  And really what you're doing, in my

10   view, is narrowing the issues at this point.

11         MR. ZAHRALDDIN:  Absolutely.  We think --

12         THE COURT:  And --

13         MR. ZAHRALDDIN:  -- that that's the most helpful

14   piece of --

15         THE COURT:  And when we've narrowed them as much

16   as we can, you'll come in and we'll hear arguments.

17         MR. ZAHRALDDIN:  Or we always hope -- hopes rings

18   eternal that we can get a settlement after all of this too.

19         THE COURT:  Of course.

20         MR. ZAHRALDDIN:  But we'll see.

21         THE COURT:  Let me just ask that, not to open a

22   can of worms here, but do you think you're still on target

23   for the hearing date that we have you scheduled for?

24         MR. ZAHRALDDIN:  I'm not certain of that, Your

25   Honor.  I think that, obviously, the weather hasn't

1   cooperated with that.  I think that we're trying to get

2   things sorted out but, at the same time, we want to make sure

3   we have, once we do have the issues narrowed and we have

4   discovery in front of us and as many of the facts that are

5   there, that we aren't jammed up by a schedule.  I also know

6   that we had a, I don't think I'm sharing anything out of

7   school here, we had a scheduled meeting of some of the

8   principals to discuss some further settlement and that was

9   obviously put -- you know, the best plans of mice and men

10  were set asunder by Sandy.

11              THE COURT:  You bet.

12              MR. ZAHRALDDIN:  I don't believe that there was an

13  appropriate place to meet in New York and that may have

14  canceled it.  We were supposed to meet on Monday.  So all

15  those things may push that out further.  I don't think we

16  have clarity on that yet, though I won't speak for Mr.

17  Cooper.

18              THE COURT:  But the debtors are intending to stick

19  to that date?

20              MR. COOPER:  That's right, Your Honor.

21              THE COURT:  Those dates.

22              MR. COOPER:  We remain committed to the schedule

23  --

24              THE COURT:  Yes.

25              MR. COOPER:  -- as it is right now.

1          THE COURT:  Okay.  All right.

2          MR. ZAHRALDDIN:  We do as well, but, you never

3   know what you'll see, Your Honor, and we'll be happy to

4   report the -- in two weeks, we'll have another opportunity to

5   come in front of you maybe and we'll be able to report at

6   that time as well.

7          THE COURT:  All right.  All right.  Thank you.

8   Who on the telephone would like to be heard at this time?

9          MS. STEWART:  I'm Marian Stewart.

10         THE COURT:  All right, Ms. Stewart.  Good morning.

11         MS. STEWART:  Good morning, Honorable Judge.  I do

12  have a request for the Court.  I have not received anything

13  from Annie Cordo as far as the sheet for the discovery to

14  answer the questions and what have you.  I am having a

15  terrible time with getting all my stuff from Fed Ex.  Rafael

16  has been wonderful at trying to assist me.  His whole

17  organization has.  And I am asking this morning for an

18  extension because I was not able to get my paperwork to the

19  Court in time.  And I'd also like to say that when I went

20  into the VDR room, there is nothing in my -- supposedly my

21  file cabinet, the -- just a filing done and 2011 flex

22  benefits and what have you.  They're not -- when I sent my

23  original Objections in, they were never anything that I asked

24  for that they did not provide.  So it was really hard for me.

25  And I can honestly say that I have been in and out of the

1    hospital.  I need two kidneys -- I need a kidney.  I have

2    real, real bad heart issues where, right now, they can't even

3    go in to see what's benign and what's not benign.  I am being

4    treated for cancer.  I have so many health issues it's

5    unreal.  And I pray that the Court would, this morning, at

6    least give me a little more time to, you know, get my stuff

7    in order so that I can, and I know that this was coming up

8    but this was a lot that I missed because I have some

9    cognitive and physical disabilities that limit my ability to

10   do and then some of it -- I'm not a layperson.  I do not

11   understand a lot of this.  You know, some of the things that

12   you spoke of this morning, I'm completely green school and I

13   beg that you might -- would please give me a little more time

14   to get this information over and at least have -- I have not

15   received any emails from Annie Cordo with this fact-finding

16   and neither did it come through the mail.

17           MR. ZAHRALDDIN:  Your Honor, I think what Ms.

18   Stewart is referring to is the document production requests

19   to her from the debtors.

20           THE COURT:  Right.

21           MR. ZAHRALDDIN:  And we have spoken on the phone

22   and I believe that there were some issues in trying to get

23   whatever she may have had to us.  We sent her a pre-made Fed

24   Ex packet that as soon as it would come back to us, we would

25   scan and then share with the debtors.  I think that some of

1  the LTD'ers may be concerned that they are missing some of

2  these deadlines because of those types of difficulties.

3            THE COURT:  All right.

4            MR. ZAHRALDDIN:  I briefly conferred with Mr.

5  Cooper and he indicated, though I won't speak for him unless

6  he agrees with me, but -- and he indicated that, you know,

7  we're trying to work these out.  We understand if people

8  can't strictly make these deadlines.  Many of the LTD'ers

9  have already turned over most of the documents to us and that

10 was really our production because our Committee doesn't

11 really have any other sort of production.

12           THE COURT:  Right.

13           MR. ZAHRALDDIN:  I would only expect that there'd

14 be the seven people on the Committee and whatever they had in

15 their personal files.  And then of course we have, over time,

16 through not just the VDR site, but through our 1102 site,

17 when you sign up to provide updated information on your

18 contact info and allowing us to contact them, there also is

19 an area where you check and you can respond to whether you

20 have any documents you think are pertinent to the long-term

21 disability, any of the benefits, or the employment.  And so

22 we've been receiving those documents and exchanging them on

23 an informal basis with the debtors for quite some time.  So

24 part of the exercise has really been go to the VDR, see if

25 something's there.  If it's there, simply respond back to us

1  or to us and them.  We've instructed them to send an email to

2  a designated group at Cleary and also at Elliott Greenleaf

3  that simply says oh, you know, my stuff's in the VDR or I

4  don't have anything; everything I sent has already gone to

5  Elliott Greenleaf.  So I think folks are just trying to be

6  diligent and being laypeople, they understand this is serious

7  business, or despite the fact they're laypeople, they

8  understand this is serious business and so they're concerned

9  because they're not meeting the exact date and deadline for

10  responses.

11          THE COURT:  And they want to make certain that

12  they're in no way prejudiced through default --

13          MR. ZAHRALDDIN:  Right.

14          THE COURT:  -- a default isn't taken or something

15  of that nature.

16          MR. ZAHRALDDIN:  Right, and on our -- we have

17  regular 1102 calls where we all get together and people ask

18  questions so that lessens the burden on the estate of a

19  million phone calls to me; I only get half-a-million instead.

20          THE COURT:  Right.

21          MR. ZAHRALDDIN:  But -- which is fine, but it

22  helps to alleviate that and it also helps for people to get

23  out common issues.  And they all know that Ms. Cordo had sent

24  out document production requests but some of them have

25  indicated they haven't received them for one reason or the

1   other and I think that's what Mrs. Stewart was referring to

2   as well.

3          THE COURT:  Okay.

4          MR. ZAHRALDDIN:  So I don't know if that assists

5   and I don't know if that applies.  I mean I think we've been

6   working consistently, at least with people that have spoken

7   to us.  We've relayed that to the debtors and I'm sure that

8   -- I mean I won't speak for Mr. Cooper but I'm sure that

9   we've got some leeway to work to get those documents in.

10          MR. COOPER:  Yes.  Your Honor, I definitely agree

11   with that.  I mean we're going to need to have a date by

12   which we understand that all the document production from all

13   parties involved is complete.  But, obviously, we're more

14   than willing to be flexible here with Ms. Stewart's request

15   and the situation and we'll work to help her get those

16   documents to us.  Also, with respect to the issue she raised

17   about not having any documents in her, you know, virtual

18   file, we will go ahead and take a look and try to see if we

19   can understand, you know, if everything that the debtors had

20   is actually then, you know, uploaded to make sure there's not

21   an issue or some kind of technological glitch and we'll work

22   to try to resolve any issue there.

23          THE COURT:  All right.

24          MR. ZAHRALDDIN:  Right.  And the paralegal I have

25   working on this, Theresa Snow, and of course, Mr. Sutty, and

1   my other staff, are very good but there's always a chance

2   that something in the flurry of these emails, the avalanche

3   of emails that would probably go --

4            THE COURT:  And the number of people involved.

5            MR. ZAHRALDDIN:  Yes.  And maybe something hasn't

6   been uploaded or maybe there was a security issue or a glitch

7   on our -- but we'll get to the bottom of that and I

8   appreciate Mr. Cooper's comments because, obviously, if --

9   look, if there's anything that this constituency has out

10  there in terms of a plan document, I am the first person who

11  wants to see it.

12           THE COURT:  Sure.

13           MR. ZAHRALDDIN:  So we are working diligently to

14  make sure that everything that's out there comes into us in

15  one way, shape, or form, and assisting them as we can if they

16  have either money issues, or otherwise, to get us here and I

17  think that Cleary has also extended that same offer and I'm

18  assuming would also have sent them a Fed Ex, Ms. Stewart a

19  Fed Ex back, and we just got to them first.

20           THE COURT:  Okay.

21           MR. ZAHRALDDIN:  Okay?

22           THE COURT:  All right.  Ms. Stewart, I hope that

23  that sort of addresses your concerns that there will be no

24  negative action taken at the moment and that you do have some

25  additional time.

1          MS. STEWART:  I appreciate it, Your Honor.

2          THE COURT:  And anyone else on the phone that has

3   a similar concern, likewise, will be afforded whatever

4   courtesy and extension as is appropriate pending some word

5   from the debtors that the time has come where we have to have

6   a firm deadline.  But that time has not yet --

7          MS. STEWART:  Oh, I understand.  I understand

8   that, Your Honor.  You know, I'm just praying, you know, for

9   this particular instance so that, you know, we, you know,

10  Rafael, we've really have been hard -- I've been hard at work

11  trying to, you know, get my information compiled before that,

12  that it's necessary, something that's not going to be

13  redundant, something that is going to be useful for you so

14  that you're not looking through a million different papers

15  that are redundant.

16         THE COURT:  All right.  Well, we appreciate that,

17  Ms. Stewart; all the parties, as well as me, yes.

18         MS. STEWART:  Okay.

19         THE COURT:  Thank you.

20         MS. STEWART:  Will you -- will Rafael or someone

21  let me know then and maybe give me the sheet that I need from

22  Annie Cordo because I have yet to receive it from her even by

23  email?

24         MR. ZAHRALDDIN:  Ms. Stewart?

25         MS. STEWART:  I can send you copies and --

1         MS. ZAHRALDDIN:  Ms. Stewart, we will coordinate

2   with Ms. Cordo and make sure that you get either the

3   substance of that letter so you can -- we can go over it and

4   see if you have anything, or some other substitute.  But

5   we'll substantively address it with you and I understand that

6   you've received our Fed Ex packet but that got to you today.

7         MS. STEWART:  Didn't get it until 4:35.

8         MR. ZAHRALDDIN:  Right.  Right.  But it got to you

9   today so we should receive I think your documents some time

10  tomorrow or the next day at the latest.

11        MS. STEWART:  Yes.

12        MR. ZAHRALDDIN:  But I will coordinate that with

13  you, Ms. Stewart.  We'll give you a call and either myself or

14  Mr. Sutty will make sure that you're taking care of and

15  copasetic with the debtors.

16        THE COURT:  All right.  I --

17        MS. STEWART:  And I think all who are

18  participating in this, I think we're all working to try to

19  resolve it and, Judge, I think you have been most

20  compassionate for us and I appreciate you taking the time to

21  try to understand where our LTD Committee is coming from and,

22  you know, that we are real people and it's just we have a

23  different situation and we just were not led, you know, to

24  believe that this was going to happen.

25        THE COURT:  Of course.  All right.  All right.  It

1   sounds like at least your concerns have been addressed and

2   anyone else who has a similar concern, again, my comments are

3   really also addressed to you.  Is there anyone with a

4   separate issue?

5                    (No audible response)

6             THE COURT:  All right.

7             MS. ROHRBAUGH:  Your Honor?

8             THE COURT:  Yes?

9             MS. ROHRBAUGH:  This is Brenda Rohrbaugh.

10            THE COURT:  Yes, good morning.  And that was --

11            MS. ROHRBAUGH:  Good morning.

12            THE COURT:  Did you say Laroc, L-A-R-O-C, or

13  something of that nature?

14            MS. ROHRBAUGH:  It's R-O-H-R-B-A-U-G-H, Rohrbaugh.

15            THE COURT:  Yes.  I'm sorry, Ms. Rohrbaugh, of

16  course.  Yes.

17            MS. ROHRBAUGH:  I hope this finds everybody up

18  North doing well after Sandy and the impending storm.

19            THE COURT:  Yes.  Thank you.

20            MS. ROHRBAUGH:  I'm originally from PA.

21            THE COURT:  Okay.

22            MS. ROHRBAUGH:  Anyway, I would like to just

23  recognize before the Court that I am having difficulty

24  entering the VDR.  With the changes that have happened

25  originally, I was able to log in.  But with the latest

1  changes, I have not been able to be able to log in.  So that

2  part of the system is failing me.

3              THE COURT:  Okay.  Mr. --

4              MS. ROHRBAUGH:  And I'm not sure what the

5  difficulty here is but with the latest changes that they

6  made, I guess in the hopes of granting us access to our

7  private files, I am locked out.

8              THE COURT:  Okay.  Let's see what we can do about

9  that.

10             MR. ZAHRALDDIN:  Your Honor, we have some very

11 gifted folks on our Committee and in our constituency and I

12 received at least three emails from different folks who have

13 said that they had broken the code --

14             THE COURT:  Oh.

15             MR. ZAHRALDDIN:  -- on how to get into the

16 individual files because they had -- a lot of them were

17 mathematicians and actually did this for Nortel.  And so they

18 figured if they could do it, other people could.  And we

19 thought well, that's unfortunate and so now we have to go

20 back and create a tougher code and it's a real concern

21 because when you have people who have that particular talent

22 or gift that are out there, it would cause concern to both

23 ourselves and to Cleary because there's HIPAA-related

24 documents in there, etc.  So we worked with Russ Domney who's

25 our vendor.

1              THE COURT:  Yes.

2              MR. ZAHRALDDIN:  And we worked to set out a

3    different set of passwords but, of course, that comes with

4    itself other difficulties.  I'm not sure, individually,

5    whether sometimes it's the way that browsers are set, etc.,

6    or maybe it is a problem with changing the passwords with our

7    site with the vendor.  But we're working to try to resolve

8    those issues and I think Mr. Sutty is going to take down Ms.

9    Rohrbaugh's name and we're going to then focus on that and

10   make sure that Ms. Rohrbaugh and other folks who have that

11   issue we can get that resolved.  In some instances --

12             MS. ROHRBAUGH:  Yes, I have tried using four

13   different browsers so I'm not sure what the issue is there.

14             MR. ZAHRALDDIN:  Yes.

15             THE COURT:  Well, that --

16             MR. ZAHRALDDIN:  Ms. Rohrbaugh, what we'll do is

17   we will make sure that we get on the phone with you and Russ

18   Domney and probably Mr. Sutty or Ms. Snow in my office and

19   we'll work through that to get you in there.  If worse comes

20   to worse, we can try to assist, if it's okay with the

21   debtors, trying to navigate and get you documents via email

22   if that speeds it up and --

23             MS. ROHRBAUGH:  Right, because I have kept my

24   discovery requests very simple and basic from the get-go,

25   Your Honor, and, you know, as we get closer, just simplified

1   it down to basically one set of documents which I let Ms.

2   Cordo and the team know because, you know, this doesn't need

3   to be very complicated at the end of the game of it all.

4          MR. ZAHRALDDIN:  And as we've done before, we'll

5   make sure that, to the extent we are assisting, we have

6   somebody either on the phone or give them the option so that

7   they don't feel that there is anything going on that violates

8   our -- the facts that we don't represent these folks

9   individually.  But we'll be in there to try to facilitate and

10  we'll work with Ms. Rohrbaugh or anybody else who's having

11  that problem.  We have seen other people have that same

12  problem.  I know the genesis of at least the other solutions

13  and we've been able to solve it for them.  And so I'm hopeful

14  that we can, one way or the other, get the documents to Ms.

15  Rohrbaugh and her access to the same.

16         MS. ROHRBAUGH:  Right.

17         THE COURT:  All right.

18         MS. ROHRBAUGH:  Again, you know, I'm just thankful

19  that everybody's diligent and getting the job done, Your

20  Honor.  So I just wanted to make that known that, you know --

21         THE COURT:  And if others are having --

22         MS. ROHRBAUGH:  I don't think I was the only one.

23         THE COURT:  If others are having a similar

24  problem, I would -- I guess they ought to call --

25         MR. ZAHRALDDIN:  Yes, they can contact -- most of

1  them have -- all of them should have Ms. Snow and Mr. Sutty

2  and my email.

3            THE COURT:  Okay.

4            MR. ZAHRALDDIN:  Thus, the triumvirate of

5  discovery assistance with me trying to stay out of as much of

6  it as possible.  But certainly, they're welcome to send an

7  email to us and one of the three of us will manage the issue

8  for them.

9            THE COURT:  All right.  Thank you.  Thank you for

10  that.  Thank you, Mr. Zahralddin, for all of your efforts and

11  Mr. Sutty and your firm's efforts to be helpful.  It would

12  have been a very difficult task without your involvement here

13  and the hard work.

14            MR. ZAHRALDDIN:  We appreciate it, Your Honor.

15  These folks have very different issues from my usual clients

16  and so --

17            THE COURT:  Yes.

18            MR. ZAHRALDDIN:  -- I try to be sensitive to them.

19            THE COURT:  Absolutely, all of us.  Okay.  Will I

20  be getting an Order, Mr. Cooper, with any of these proposed

21  what we've talked about or is it really more a matter that we

22  -- you'll come back in a couple of weeks to discuss?

23            MR. ZAHRALDDIN:  I think in this case, I think Mr.

24  Cooper, Ms. Rohrbaugh, the rest of the folks, and us can work

25  well on the playground without your help, Your Honor.

1              THE COURT:  Okay.

2              MR. ZAHRALDDIN:  And if we need it for some

3    reason, we'll be -- I'm sure none of us will hesitate to come

4    back to you but we'll try to keep that to a minimum.

5              THE COURT:  All right.

6              MR. ZAHRALDDIN:  Until the next Status Conference.

7              THE COURT:  Excellent.

8              MR. COOPER:  Yes, Your Honor.  If it turns out we

9    still have some disputes, then -- that can't be resolved, I

10   think at the next Status Conference, then we could submit in

11   advance of that Conference a -- as I proposed, a chart or

12   something that summarizes the nature --

13             THE COURT:  Exactly.

14             MR. COOPER:  -- of the disputes so that you have

15   in advance of the hearing what the issues are and --

16             THE COURT:  And so that -- you know, the

17   individuals as well have the issues --

18             MR. COOPER:  Precisely.

19             THE COURT:  -- and can be prepared to discuss

20   them.

21             MR. COOPER:  Precisely.  I mean I think your

22   ordinary procedure would be to have letters submitted in

23   advance and I think, in the case here, that may not be

24   necessary.  Obviously, I wouldn't -- it would be fine if

25   people -- individuals want to do that but I think it can be a

1  burden and I think we can kind of make clear.  I think the

2  issues will be fairly straightforward and, in what we provide

3  to the Court, we can make clear precisely where the dispute

4  is.

5             THE COURT:  All right.

6             MR. ZAHRALDDIN:  And, Your Honor, we can always

7  provide any sort of chart, etc. to the individuals as well

8  once we've got it narrowed down so that they don't --

9  transparency will help with this larger constituency I think.

10             THE COURT:  You bet.

11             MR. ZAHRALDDIN:  And will probably reduce the

12  amount of discord that we have by the time we get to you I

13  would imagine.

14             THE COURT:  All right.  All right, everyone.

15  Well, thank you.  I appreciate all of your efforts.  Mr.

16  Abbott, is that it?

17             MR. ABBOTT:  It is, Your Honor.

18             THE COURT:  I don't leave the bench until you tell

19  me to.

20             MR. ABBOTT:  If you're ready to go, Your Honor, I

21  know you have pressing matters shortly.

22             THE COURT:  Yes.

23             MR. ABBOTT:  So we're done.

24             THE COURT:  All right, Counsel, and everyone on

25  the phone, thank you all and we will stand in recess and I'll

1    look to hear further from you on any status or any assistance

2    that you might need from the Court.

3              ALL COUNSEL:  Thank you, Your Honor.

4              THE COURT:  Thank you everyone.  Good day to you.

5

6         (Whereupon at 10:54 p.m., the hearing was adjourned)

7

8                         CERTIFICATION

9              I  certify  that  the  foregoing  is  a  correct

10   transcript  from  the  electronic  sound  recording  of  the

11   proceedings in the above-entitled matter.

12
13   _____        8 November 2012
14   Tammy Kelly, Transcriber                     Date
15   Diaz Data Services, LLC
16

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|

**a.m**(2) 1:15  5:1

**abbott**(30) 1:23  5:4  5:5  5:6  5:6  5:10  5:13  5:19  6:6  6:10  15:8  15:12  15:14  15:16  15:18  15:21  16:4  16:9  16:11  16:18  20:9  20:11  20:14  20:16  21:5  21:9  46:16  46:17  46:20  46:23

**ability**(1) 33:9

**able**(14) 10:9  11:16  11:23  13:1  13:3  28:8  29:11  29:16  32:5  32:18  40:25  41:1  41:1  43:13

**about**(3) 13:17  13:24  24:8  24:9  30:4  36:17  41:8  44:21

**above-entitled**(1) 47:11

**absolutely**(5) 10:25  16:8  30:6  30:11  44:19

**abularach**(1) 1:32

**acceptable**(3) 5:25  26:4  26:5

**access**(9) 10:15  12:3  12:17  18:19  19:12  23:23  27:25  41:6  43:15

**acknowledged**(1) 27:22

**acquiescing**(1) 30:1

**across**(1) 13:19

**acting**(1) 6:18

**action**(2) 26:24  37:24

**actively**(1) 26:17

**actually**(2) 36:20  41:17

**add**(1) 6:22

**addition**(1) 11:4

**additional**(4) 9:14  9:15  13:17  37:25

**address**(3) 9:2  13:19  39:5

**addressed**(2) 40:1  40:3

**addresses**(1) 37:23

**addressing**(1) 8:2

**adjourn**(1) 10:3

**adjourned**(2) 8:14  47:6

**administered**(1) 1:6

**advance**(3) 45:11  45:15  45:23

**advisor**(1) 4:46

**afforded**(1) 38:3

**after**(6) 9:13  10:5  20:3  30:8  30:18  40:18

**again**(3) 15:18  40:2  43:18

**agenda**(1) 5:7

**ago**(1) 16:3

**agree**(1) 36:10

**agreed**(3) 8:6  12:8  16:12

**agreement**(5) 12:4  13:9  13:14  19:21  23:22

**agrees**(1) 34:6

**ahead**(2) 10:17  36:18

**aiken**(1) 3:26

**aken**(4) 2:34  3:9  25:23  26:12

**all**(67) 5:3  6:4  7:1  7:8  9:25  10:4  12:6  14:5  14:7  14:7  14:8  14:9  15:5  15:17  17:22  18:18  19:24  20:7  21:5  22:20  24:2  24:3  24:24  25:10  26:8  27:1  28:13  29:34  29:20  29:20  30:4  30:18  31:14  32:1  32:7  32:7  32:10  32:15  34:3  35:17  35:23  36:12  36:12  36:23  37:22  38:16  38:17  39:16  39:17  39:18  39:25  39:25  40:6  43:3  43:17  44:1  44:9  44:10  44:19  45:5  46:5  46:14  46:14  46:15  46:24  46:25  47:3

**allen**(1) 2:50

**alleviate**(1) 35:22

**allowing**(1) 34:18

**alms**(1) 3:34

**along**(4) 6:22  28:24  29:20  29:20

**already**(3) 9:10  34:9  35:4

**also**(18) 9:19  18:1  18:8  18:21  19:7  19:9  26:18  29:15  29:17  31:5  32:19  34:18  35:2  35:22  36:16  37:17  37:18  40:3

**always**(3) 30:17  37:1  46:6

**amended**(1) 14:11

**america**(2) 3:4  3:4

**amongst**(1) 14:19

**amount**(2) 8:2  46:12

**and**(295) 5:3  5:16  5:19  5:22  5:23  5:24  6:1  6:7  6:21  6:25  7:2  7:4  7:5  7:6  7:18  7:19  7:21  7:22  8:1  8:3  8:5  8:7  8:8  8:11  8:12  8:14  8:16  8:18  8:19  8:21  8:23  8:23  8:24  9:12  9:17  9:19  9:21  9:23  9:23  10:3  10:5  10:14  10:15  10:17  10:18  10:22  11:3  11:6  11:6  11:8  11:12  11:15  11:21  11:23  12:1  12:12  12:12  12:15  12:17  12:25  13:4  13:5  13:5  13:9  13:12  13:23  13:24  14:3  14:5  14:6  14:17  14:18  14:24  15:1  15:9  15:19  15:24  16:2  16:2  16:11  16:12  16:13  17:14  17:21  17:23  17:25  18:1  18:7  18:7  18:9  18:13  18:17  18:23  19:1  19:5  19:7  19:13  19:15  19:17  19:18  19:20  19:21  19:24  20:2  20:7  20:22  20:25  21:7  21:11  21:12  21:24  22:1  22:7  22:9  22:13  22:19  23:8  23:9  23:10  23:16  23:18  23:19  23:21  24:1  24:4  24:14  24:20  24:20  24:23  25:7  25:7  26:2  26:9  26:17  26:23  26:23  27:12  27:13  27:17  27:22  27:25  28:5  28:9  28:20  28:22  28:23  28:25  29:1  29:5  29:7  29:10  29:13  29:13  29:14  29:15  29:17  29:20  30:4  30:5  30:7  30:9  30:12  30:15  30:16  31:3  31:4  31:8  31:9  31:13  32:3  32:5  32:14  32:17  32:19  32:21  32:22  32:25  32:25  33:3  33:7  33:9  33:10  33:12  33:14  33:16  33:21  33:22  33:25  34:5  34:6  34:9  34:14  34:15  34:18  34:19  34:21  34:22  35:1  35:2  35:6  35:8  35:9  35:11  35:16  35:17  35:22  35:23  36:1  36:5  36:7  36:15  36:15  36:16  36:18  36:24  36:25  36:25  37:4  37:5  37:7  37:15  37:16  37:17  37:19  37:24  38:2  38:4  38:21  38:25  39:2  39:3  39:5  39:13  39:14  39:17  39:19  39:20  39:21  39:22  39:23  40:1  40:15  40:18  41:4  41:11  41:11  41:17  41:17  41:18  41:19  41:20  41:20  41:23  42:2  42:8  42:9  42:9  42:10  42:17  42:18  42:18  42:21  42:22  42:24  42:25  43:2  43:4  43:9  43:13  43:17  43:15  43:19  43:21  44:1  44:2  44:7  44:10  44:11  44:13  44:16  44:24  45:2  45:15  45:16  44:19  45:23  46:1  46:2  46:6  46:11  46:24  46:25  46:25

**andrew**(1) 4:39

**angeline**(3) 2:35  25:23  26:12

**ann**(1) 1:24

**annie**(3) 32:13  33:15  38:22

**another**(3) 12:12  23:11  32:4

**answer**(1) 32:14

**any**(21) 6:9  8:4  8:8  9:1  10:9  10:20  14:18  16:17  19:25  20:5  30:2  33:15  34:11  34:20  34:21  36:17  36:22  44:20  46:7  47:1  47:1

**anybody**(1) 43:10

**anyone**(4) 27:5  38:2  40:2  40:3

**anything**(9) 12:9  17:19  31:6  32:12  32:23  35:4  37:9  39:4  43:7

**anyway**(1) 40:22

**apologies**(1) 21:5

**apologize**(2) 15:7  21:7

**appearances**(3) 2:40  3:1  4:1

**applies**(1) 36:5

**appreciate**(7) 24:24  37:8  38:1  38:16  39:20  44:14  46:15

**approach**(5) 5:21  6:8  15:8  15:18  20:17

**appropriate**(2) 31:13  38:4

**approved**(2) 7:19  7:21

**approximately**(1) 9:19

**aptly**(1) 29:10

**are**(61) 5:16  5:24  8:17  8:23  9:1  9:5  11:18  11:20  12:17  12:21  12:22  13:18  13:23  14:1  17:25  18:2  18:3  18:18  18:22  18:23  18:25  19:2  19:16  19:25  23:2  23:17  23:23  24:3  24:3  24:6  24:8  24:12  24:13  24:22  25:3  25:6  27:10  27:19  27:21  28:16  28:23  29:10  29:15  29:20  31:4  31:18  34:1  34:20  35:5  37:1  37:13  38:15  39:17  39:22  40:2  41:22  42:5  43:5  43:21  43:23  45:15

**area**(1) 34:19

**aren't**(2) 27:11  31:5

**arguments**(1) 30:16

**arise**(1) 8:4

**arisen**(1) 8:20

**arose**(1) 8:13

**around**(3) 8:1  8:5  10:2

**arrange**(1) 14:4

**arsht**(1) 1:22

**ask**(4) 14:2  26:2  30:21  35:17

**asked**(7) 10:16  10:19  12:24  24:11  27:10  32:23

**asking**(5) 11:21  12:15  12:18  24:21  32:17

**assist**(4) 8:7  29:17  32:16  42:20

**assistance**(2) 44:5  47:1

**assisting**(2) 37:15  43:5

**assists**(1) 36:4

**assuming**(1) 37:18

**asunder**(1) 31:10

**audible**(1) 40:5

**aurelius**(2) 3:16  3:17

**available**(6) 9:13  10:7  10:18  12:1  13:4  13:13

**avalanche**(1) 37:2

**avenues**(1) 18:12

**aware**(2) 22:3  26:16

**away**(1) 21:24

**back**(17) 7:16  8:11  8:17  11:19  11:19  12:8  12:12  12:16  13:5  27:15  28:7  30:4  33:24  34:25  37:19  41:20  44:22  45:4

**back-breaking**(1) 6:21

**background**(2) 9:7  16:1

**bad**(1) 33:2

**bank**(2) 3:4  3:4

**bankruptcy**(2) 1:1  1:19

**barbara**(1) 4:25

**barry**(1) 3:30

**basic**(1) 42:24

**basically**(2) 10:8  43:1

**basis**(3) 11:25  13:10  34:23

**bates-stamping**(1) 19:22

**beasley**(1) 3:38

**because**(19) 7:4  13:19  14:25  18:4  19:23  24:18  30:3  32:18  33:8  34:2  34:10  35:9  37:8  38:22  41:16  41:21  41:23  42:23  43:2

**become**(1) 27:13

**been**(55) 6:18  6:21  7:4  8:8  8:18  8:19  9:10  10:9  10:14  11:7  11:16  11:22  13:1  13:3  13:3  14:21  16:1  16:16  17:24  18:21  19:5  19:6  19:7  19:7  19:8  19:9  19:14  20:6  20:6  20:17  21:10  21:11  21:23  21:25  22:10  23:9  23:12  25:24  26:1  26:17  28:23  29:13  32:16  32:25  35:4  34:22  34:24  36:5  37:6  38:10  38:10  39:19  40:1  41:1  43:13  44:12

**before**(6) 1:18  17:6  27:5  38:11  40:23  43:4

**beg**(1) 33:13

**beginning**(1) 28:25

**behalf**(4) 7:15  25:19  26:1  26:13

**being**(6) 11:18  24:2  25:3  29:2  33:3  35:6

**believe**(14) 8:20  8:24  14:10  14:12  14:14  14:24  16:4  16:13  17:12  20:17  20:22  31:12  33:22  39:24

**belknap**(1) 2:46

**bench**(1) 46:18

**benefits**(2) 32:22  34:21

**benign**(2) 33:3  33:3

**best**(4) 19:14  19:18  20:9  31:9

**bet**(4) 23:1  27:7  31:11  46:10

**better**(1) 12:15

**between**(4) 6:24  13:9  16:6  19:16

**binder**(2) 20:17  21:10

**bit**(1) 10:23

**bondholders**(1) 28:22

**both**(5) 11:6  16:2  18:20  28:21  41:22

**botter**(1) 3:11

**bottom**(1) 37:7

**brad**(1) 3:13

**brandywine**(1) 2:15

**breach**(1) 24:20

**brenda**(2) 3:50  40:9

**brent**(1) 3:38

**briefly**(1) 34:4

**broad**(1) 13:18

**broken**(1) 41:13

**browsers**(2) 42:5  42:13

**bryant**(1) 2:36

**building**(2) 2:15  25:8

**burden**(2) 35:18  46:1

**business**(3) 5:8  35:7  35:8

**but**(56) 5:7  6:23  7:17  9:4  10:10  10:19  11:17  12:1  12:2  12:21  13:10  13:18  15:25  16:11  16:13  17:6  17:17  19:6  20:24  21:24  24:17  24:18  24:21  25:3  26:1  28:1  28:4  28:6  30:20  30:22  31:2  31:18  32:2  33:8  34:6  34:16  35:21  35:21  35:24  36:6  36:13  37:1  37:7  38:6  39:4  39:6  39:8  39:12  40:25  41:5  42:3  42:7  43:9  44:6  45:4  45:25

**bypass**(1) 5:10

**cabinet**(1) 32:21

**call**(5) 10:13  14:4  23:12  39:13  43:24

**calls**(3) 24:11  35:17  35:19

**came**(1) 19:21

**can**(38) 5:10  6:22  7:2  8:24  10:18  12:4  12:16  13:19  15:9  15:9  15:24  19:24  20:9  20:17  21:1  28:5  30:16  30:18  30:22  32:25  33:7  34:19  36:19  37:15  38:25  39:3  39:3  41:8  42:11  42:20  43:14  43:25  44:24  45:19  45:25  46:1  46:3  46:6

**canceled**(1) 31:14

**cancer**(1) 33:4

**can't**(7) 11:8  13:22  18:11  18:17  33:2  34:8  45:9

**capital**(4) 3:16  3:17  4:42  4:42

**care**(3) 5:8  18:17  39:14

**carol**(1) 4:13

**carrier**(1) 23:7

**carriers**(1) 23:11

**case**(4) 1:5  25:8  44:23  45:23

**cases**(1) 12:8

**categories**(2) 11:22  13:18

**category**(2) 27:14  27:14

**cause**(1) 41:22

**cede**(2) 20:3  21:14

**centralized**(1) 18:13

**centre**(1) 2:29

**certain**(10) 9:1  9:11  11:22  12:17  12:21  12:24  22:9  29:22  30:24  35:11

**certainly**(6) 6:23  20:25  22:13  26:5  26:11  44:6

**certification**(5) 14:11  14:13  15:25  21:3

**certify**(1) 47:9

**chambers**(1) 15:15

**chance**(2) 6:2  37:1

**changes**(3) 40:24  41:1  41:5

**changing**(1) 42:6

**chapter**(1) 1:8

**charles**(1) 3:30

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **chart**(3) 14:1 45:11 46:7 | | **conveyed**(1) 13:1 | | **dealt**(1) 14:16 | | **done**(7) 8:8 11:24 19:18 32:21 43:4 43:19 46:23 |
| **check**(2) 16:13 34:19 | | **cooper**(52) 1:30 5:21 7:13 7:14 7:15 7:25 8:16 9:14 10:2 10:13 11:1 11:12 12:7 12:19 12:20 12:23 13:8 13:16 14:8 14:23 15:3 15:6 16:15 16:19 16:21 16:24 17:19 18:21 19:1 26:22 27:4 27:6 27:8 27:10 27:19 28:10 28:12 28:14 28:15 31:17 31:20 31:22 31:25 34:5 34:6 36:8 36:10 44:20 44:24 45:8 45:14 45:18 45:21 | | **debenture**(1) 2:46 | | **don't**(27) 8:24 14:17 14:18 15:1 18:4 18:5 20:1 20:23 22:6 23:6 23:19 24:9 26:1 28:3 29:19 30:3 31:6 31:12 31:15 35:4 36:4 36:5 43:7 43:8 45:22 46:8 46:18 |
| **chen**(1) 3:22 | | | | **deborah**(1) 4:29 | | |
| **cho**(1) 2:51 | | | | **debtor**(2) 9:15 13:2 | | **double**(1) 16:13 |
| **chris**(2) 2:6 25:18 | | | | **debtors**(29) 1:12 1:22 5:6 7:15 7:21 9:18 11:24 19:14 21:24 22:17 23:5 23:15 23:17 24:20 24:23 25:4 26:22 28:25 29:1 29:9 31:18 33:19 33:25 34:23 34:23 36:7 36:19 38:5 39:15 42:21 | | **down**(4) 24:22 42:8 43:1 46:8 |
| **chung**(1) 3:5 | | | | | | **download**(1) 22:9 |
| **cindy**(1) 3:22 | | | | | | **dozens**(1) 19:16 |
| **claim**(1) 23:5 | | | | | | **draft**(1) 20:16 |
| **claimants**(1) 24:7 | | | | **debtors'**(4) 11:1 11:6 12:12 22:19 | | **drive**(1) 19:12 |
| **claims**(2) 24:19 24:20 | | **cooperate**(1) 29:14 | | **decide**(1) 20:5 | | **due**(1) 20:8 |
| **clarity**(1) 31:16 | | **cooperated**(1) 31:1 | | **default**(2) 35:12 35:14 | | **during**(4) 7:3 8:9 9:22 10:13 |
| **clear**(6) 16:16 18:8 27:8 30:3 46:1 46:3 | | **cooperative**(1) 24:4 | | **definitely**(1) 36:10 | | **each**(3) 10:6 11:8 12:3 |
| **cleary**(10) 1:29 5:22 6:22 7:5 7:15 7:18 11:13 35:2 37:17 41:23 | | **cooper's**(2) 6:24 37:8 | | **delano**(1) 3:22 | | **easy**(1) 9:24 |
| | | **coordinate**(2) 39:1 39:12 | | **delaware**(3) 1:2 1:12 5:1 | | **ecro**(1) 1:37 |
| **client**(2) 12:13 30:8 | | **copasetic**(1) 39:15 | | **dent**(1) 2:47 | | **either**(5) 11:13 37:16 39:2 39:13 43:6 |
| **clients**(1) 44:15 | | **copies**(1) 38:25 | | **department**(2) 2:20 23:13 | | **elbows**(1) 24:2 |
| **close**(1) 26:21 | | **copy**(1) 15:3 | | **derek**(2) 1:23 5:6 | | **electronic**(2) 1:45 47:10 |
| **closely**(1) 8:19 | | **cordo**(9) 1:24 14:21 14:22 32:13 33:15 35:23 38:22 39:2 43:2 | | **describe**(1) 5:23 | | **elliott**(15) 2:12 6:15 8:5 8:19 9:22 10:5 10:16 11:3 11:6 11:13 13:16 13:24 21:21 35:2 35:5 |
| **closer**(1) 11:10 42:25 | | | | **described**(1) 26:23 | | |
| **co-counsel**(1) 25:23 | | | | **designated**(1) 35:2 | | |
| **code**(1) 41:13 41:20 | | **correct**(3) 16:18 18:21 47:9 | | **despite**(1) 35:7 | | |
| **cognitive**(1) 18:1 22:3 33:9 | | **could**(11) 8:2 9:9 9:14 10:15 14:5 14:6 15:18 16:7 41:18 41:18 45:10 | | **detail**(3) 6:22 17:7 24:18 | | **else**(3) 38:2 40:2 43:10 |
| **colleague**(2) 7:17 21:24 | | | | **dial**(1) 14:6 | | **email**(6) 10:19 35:1 38:23 42:21 44:2 44:7 |
| **come**(14) 7:7 12:23 18:5 27:15 28:7 29:18 30:3 30:16 32:5 33:16 33:24 38:5 44:22 45:3 | | **counsel**(9) 8:5 11:1 11:6 12:12 16:6 21:3 22:19 46:24 47:3 | | **diaz**(1) 1:39 47:15 | | **emails**(6) 9:20 10:7 33:15 37:2 37:3 41:12 |
| | | | | **did**(12) 5:21 5:25 9:24 10:3 17:10 23:17 25:25 27:4 32:24 32:24 33:16 40:12 41:17 | | **emphasize**(1) 21:25 |
| | | **couple**(1) 17:6 17:20 44:22 | | | | **employee**(1) 23:8 |
| **comes**(4) 19:19 37:14 42:3 42:19 | | **course**(10) 18:4 20:8 21:2 29:1 30:19 34:15 36:25 39:25 40:16 42:3 | | **didn't**(2) 17:5 39:7 | | **employees**(1) 5:16 |
| **coming**(1) 12:22 33:7 39:21 | | | | **different**(8) 15:17 18:12 38:14 39:23 41:12 42:3 42:13 44:15 | | **employment**(1) 34:21 |
| **comment**(1) 6:3 | | | | | | **end**(5) 10:23 22:18 28:3 28:3 43:3 |
| **comments**(7) 6:24 6:24 6:25 7:6 20:1 37:8 40:2 | | **court**(173) 1:1 5:2 5:5 5:9 5:12 5:18 5:25 6:1 6:4 6:7 6:12 6:14 6:19 7:1 7:8 7:10 7:13 7:19 7:24 8:10 8:12 8:15 9:1 9:3 10:1 10:12 10:25 11:10 11:11 12:6 12:17 13:11 13:13 13:25 14:2 14:5 14:7 14:9 14:15 14:18 14:20 14:22 14:25 15:1 15:7 15:11 15:13 15:16 15:20 15:22 15:24 16:5 16:8 16:10 16:20 16:22 16:24 17:3 17:8 17:13 17:15 18:6 18:10 19:4 20:4 20:10 20:13 20:15 20:21 21:2 21:7 21:12 21:16 21:20 21:22 22:5 22:11 23:1 23:14 23:24 24:1 24:24 25:5 25:10 25:13 25:16 25:21 26:5 26:8 26:11 26:15 26:16 27:1 27:4 27:7 27:9 27:15 27:18 28:7 28:8 28:11 28:13 28:15 29:3 29:22 30:6 30:9 30:12 30:15 30:19 30:21 31:11 31:13 31:21 31:24 32:1 32:7 32:10 32:12 32:19 33:5 33:20 34:3 34:12 35:11 35:14 35:20 36:3 36:23 37:4 37:12 37:20 37:22 38:2 38:16 38:19 39:16 39:25 40:6 40:8 40:10 40:12 40:15 40:19 40:21 40:23 41:3 41:8 41:14 42:1 42:15 43:17 43:21 43:23 43:24 44:9 44:17 44:19 45:11 45:15 45:17 45:23 45:25 46:2 46:5 46:10 46:14 46:18 46:22 46:24 47:2 47:4 | | **difficult**(2) 17:24 44:12 | | **emphasize**(1) 21:25 |
| **committed**(1) 31:22 | | | | **difficulties**(3) 18:1 34:2 42:4 | | **end**(5) 10:23 22:18 28:3 28:3 43:3 |
| **committee**(27) 2:5 2:12 2:27 2:42 3:8 3:21 6:16 8:6 9:11 12:1 13:10 25:19 25:25 26:13 26:16 26:18 26:21 28:19 28:21 28:22 29:5 29:7 30:7 34:10 34:14 39:21 41:11 | | | | **difficulty**(2) 40:23 41:5 | | **engender**(1) 6:3 |
| | | | | **digital**(1) 23:12 | | **english**(1) 2:27 |
| **committees**(2) 28:25 29:2 | | | | **diligent**(1) 19:6 35:6 43:19 | | **entered**(4) 7:23 20:6 20:6 26:1 |
| **committee's**(1) 26:19 | | | | **diligently**(1) 37:13 | | **entering**(1) 40:24 |
| **common**(1) 35:23 | | | | **directly**(1) 11:13 | | **entire**(1) 14:16 |
| **communicated**(1) 11:3 | | | | **disabilities**(1) 33:9 | | **eric**(2) 2:14 21:18 |
| **communications**(2) 8:7 13:11 | | | | **disability**(1) 5:14 6:16 34:21 | | **ernst**(1) 2:50 |
| **company**(1) 4:46 | | | | **disabled**(1) 24:8 | | **esq**(19) 1:23 1:24 1:30 1:31 1:32 2:6 2:13 2:14 2:21 2:28 2:35 2:43 2:47 2:51 3:11 3:12 3:13 4:39 4:47 |
| **compassionate**(1) 39:20 | | | | **disagreement**(1) 14:19 | | |
| **compiled**(1) 38:11 | | | | **discerning**(1) 29:16 | | |
| **complete**(2) 27:24 36:13 | | | | **discord**(1) 46:12 | | **established**(1) 9:7 |
| **completely**(1) 33:12 | | **courtesy**(1) 38:4 | | **discovery**(17) 5:15 7:22 10:20 14:4 22:1 22:12 23:20 24:3 26:21 26:25 29:6 29:18 29:19 31:4 32:13 42:24 44:5 | | **estate**(1) 35:18 |
| **complicated**(1) 43:3 | | **courtroom**(1) 1:10 | | | | **esteem**(1) 17:18 |
| **complying**(1) 22:12 | | **court's**(2) 5:20 14:3 | | | | **esther**(1) 3:5 |
| **compounded**(1) 18:3 | | **craig**(1) 2:47 | | **discuss**(5) 5:15 14:6 31:8 44:22 45:19 | | **etc**(6) 19:17 30:2 30:2 41:24 42:5 46:7 |
| **concern**(4) 38:3 40:2 41:20 41:22 | | **create**(1) 41:20 | | **discussed**(2) 7:25 19:8 | | **eternal**(1) 30:18 |
| **concerned**(5) 20:7 24:8 24:9 34:1 35:8 | | **creditor**(1) 4:25 | | **discussion**(2) 16:6 17:23 | | **even**(4) 12:18 15:24 33:2 38:22 |
| **concerns**(2) 37:23 40:1 | | **creditors**(4) 3:9 25:20 26:14 28:22 | | **discussions**(1) 13:17 | | **every**(2) 13:2 19:18 |
| **confer**(1) 8:21 | | **creditors'**(1) 2:4 | | **dispute**(1) 46:3 | | **everybody**(1) 43:19 |
| **conference**(8) 5:14 8:10 15:1 24:18 26:3 45:6 45:10 45:11 | | **crt**(2) 4:42 4:42 | | **disputes**(11) 8:4 8:8 8:21 22:1 22:23 23:3 23:3 24:5 24:6 45:9 45:14 | | **everybody's**(1) 43:19 |
| | | **cut**(1) 13:19 | | | | **everyone**(4) 5:2 46:14 46:24 47:4 |
| **conferred**(2) 26:21 34:4 | | **cynthia**(1) 4:21 | | **distinct**(1) 18:17 19:22 | | **everything**(5) 11:22 29:1 35:4 36:19 37:14 |
| **conferring**(1) 12:13 | | | | **district**(1) 1:2 | | **exact**(1) 35:9 |
| **confidence**(1) 28:16 | | **data**(2) 1:39 47:15 | | **docket**(3) 14:18 20:18 20:23 | | **exactly**(1) 45:13 |
| **confidential**(1) 11:25 13:10 | | **date**(6) 8:16 30:23 31:19 35:9 36:11 47:14 | | **document**(14) 7:20 7:22 13:2 13:4 13:8 13:12 19:3 19:18 23:21 29:12 33:18 35:24 36:12 37:10 | | **example**(1) 19:13 |
| **confidentiality**(3) 12:4 13:14 23:22 | | **dated**(1) 15:4 | | | | **excellent**(1) 45:7 |
| **confirm**(1) 17:17 | | **dates**(1) 31:21 | | | | **exchange**(1) 19:10 |
| **confirming**(1) 17:18 | | **david**(1) 3:11 | | **documents**(53) 9:10 9:11 9:16 9:21 9:23 10:4 10:7 10:9 10:14 10:17 11:20 11:25 12:4 12:25 18:3 18:4 18:11 18:22 18:25 19:1 19:10 19:15 22:8 22:9 22:17 22:20 22:22 22:24 24:12 24:13 24:15 24:22 25:3 25:7 25:8 27:11 27:14 27:20 28:1 28:4 28:9 28:23 34:9 34:20 34:22 36:9 36:16 36:17 39:9 41:24 42:21 43:1 43:14 | | **exchanging**(1) 34:22 |
| **confusion**(1) 21:5 | | **day**(2) 39:10 47:4 | | | | **exercise**(1) 34:24 |
| **consideration**(1) 26:10 | | **days**(2) 22:21 23:17 | | | | **exist**(2) 12:25 19:3 |
| **consistently**(1) 36:6 | | **deadline**(3) 9:16 35:9 38:6 | | | | **exists**(1) 18:24 |
| **constituency**(4) 30:7 37:9 41:11 46:9 | | **deadlines**(2) 34:2 34:8 | | **doesn't**(3) 23:8 34:10 43:2 | | **expect**(2) 12:11 34:13 |
| **constructive**(1) 7:6 | | **deal**(2) 8:4 26:24 | | **doing**(3) 19:14 30:9 40:18 | | **expecting**(1) 22:12 |
| **contact**(3) 34:18 34:18 43:25 | | **dealing**(1) 25:24 | | **domney**(2) 41:24 42:18 | | **experiencing**(1) 33:4 |
| **contacted**(3) 10:6 10:18 11:5 | | | | | | **explain**(2) 10:18 11:19 |
| **continue**(1) 29:14 | | | | | | **explained**(1) 24:15 |
| **continued**(3) 2:2 3:2 4:2 | | | | | | **ext**(1) 4:40 |
| **contract**(2) 13:9 24:20 | | | | | | **extended**(1) 37:17 |
| **convenient**(1) 14:5 | | | | | | **extension**(2) 32:18 38:4 |
| **conversations**(1) 27:20 | | | | | | **extent**(2) 7:2 43:5 |
| **convey**(1) 11:24 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**eye**(1) 29:16
**face**(2) 24:15  25:2
**facilitate**(5) 6:20  8:6  19:9  19:24  43:9
**fact**(3) 29:19  29:19  35:7
**fact-finding**(1) 33:15
**facts**(2) 31:4  43:8
**failing**(1) 41:2
**fairly**(1) 46:2
**faith**(1) 24:4
**far**(3) 11:17  20:7  32:13
**farr**(1) 4:38
**fed**(5) 32:15  33:23  37:18  37:19  39:6
**feel**(1) 43:7
**feld**(3) 2:34  3:10  26:13
**few**(10) 5:17  6:24  16:2  16:3  22:2  23:2  23:16  28:6  28:9  28:9

**figure**(2) 11:9  20:25
**figured**(1) 41:18
**file**(5) 26:19  27:24  27:24  32:21  36:18
**filed**(1) 26:18
**files**(7) 9:12  10:15  12:8  29:13  34:15  41:7  41:16

**filing**(1) 32:21
**final**(1) 17:11
**financial**(1) 4:46
**find**(5) 11:23  13:1  13:3  19:6  29:7
**finding**(1) 25:6
**finds**(2) 26:4  40:17
**fine**(3) 21:12  35:21  45:24
**finger**(2) 2:5  25:18
**firm**(3) 6:17  25:23  38:6
**firm's**(1) 44:11
**first**(2) 37:10  37:19
**five**(1) 22:21
**fleming**(1) 1:31
**flex**(1) 32:21
**flexible**(1) 36:14
**floating**(1) 18:12
**floor**(2) 1:25  2:30
**flurry**(1) 37:2
**flux**(1) 15:14
**focus**(1) 42:9
**folks**(16) 6:1  6:22  11:19  14:6  17:25  18:18  18:23  19:2  19:11  35:5  41:11  41:12  42:10  43:8  44:15  44:24

**follow-up**(1) 11:2
**followed**(1) 9:20
**following**(1) 10:16
**for**(97) 1:2  1:22  2:4  2:12  2:20  2:27  2:42  2:46  2:50  3:4  3:8  3:16  3:21  3:26  4:17  4:25  4:37  4:42  4:46  5:6  5:24  6:8  6:9  6:16  6:23  7:19  7:21  8:2  8:6  8:10  8:11  8:12  9:1  9:4  9:8  9:15  9:16  9:22  11:10  11:12  11:14  11:21  12:15  12:24  13:5  13:21  14:3  14:5  16:1  16:2  16:2  17:3  17:4  18:23  19:13  20:4  21:4  21:5  22:2  23:11  23:18  24:12  24:14  24:15  24:19  25:18  26:9  26:20  27:11  27:17  27:19  27:19  28:2  30:23  30:23  31:16  32:12  32:13  32:17  32:24  33:4  34:5  34:23  35:9  35:22  35:25  36:8  38:8  38:13  39:20  41:17  43:13  44:8  44:9  44:10  45:2

**foregoing**(1) 47:9
**form**(1) 37:15
**forth**(2) 7:22  16:16
**four**(2) 22:21  42:12
**frankly**(1) 22:13
**fred**(1) 3:12
**from**(35) 5:22  6:15  6:25  7:7  7:15  7:18  8:24  9:12  10:14  15:21  17:18  19:10  20:22  23:10  24:23  25:18  25:23  25:24  27:5  32:13  32:15  33:15  33:19  36:12  38:5  38:21  38:22  39:21  40:20  41:12  42:24  44:15  47:1  47:2  47:10
**front**(2) 31:4  32:5

**further**(6) 19:25  21:4  26:19  31:8  31:15  47:1

**future**(1) 9:5
**gallagher**(2) 4:25  4:38
**game**(1) 43:3
**general**(1) 6:8
**generally**(1) 5:23
**generic**(1) 12:17
**genesis**(1) 43:12
**get**(34) 9:23  9:25  11:15  12:7  17:24  19:13  19:14  21:8  21:13  27:25  30:18  31:1  32:18  33:6  33:14  33:22  35:17  35:19  35:22  36:9  36:15  37:7  37:16  38:11  39:2  39:7  41:15  42:11  42:17  42:19  42:21  42:25  43:14  46:12
**get-go**(1) 42:24
**getting**(5) 29:20  29:20  32:15  43:19  44:20
**gift**(1) 41:22
**gifted**(1) 41:11
**ginger**(1) 1:37
**give**(6) 7:5  33:6  33:13  38:21  39:13  43:6
**given**(5) 8:25  10:24  14:3  18:19  20:7
**glad**(1) 28:19
**glitch**(2) 36:21  37:6
**going**(19) 7:16  8:4  11:17  12:12  12:16  13:13  14:2  17:17  18:2  23:23  28:24  29:11  36:11  38:12  38:13  39:24  42:28  42:9  43:7
**gone**(3) 13:11  29:1  35:4
**good**(23) 5:2  5:3  5:4  5:5  6:4  6:13  6:14  7:12  7:13  15:17  17:2  21:18  24:4  25:14  25:15  25:16  25:17  32:10  32:11  37:1  40:10  40:11  47:4
**got**(6) 15:14  36:9  37:19  39:6  39:8  46:8
**gottlieb**(2) 1:29  7:15
**granting**(1) 41:6
**green**(1) 33:12
**greenleaf**(15) 2:12  6:16  8:5  8:19  9:22  10:6  10:16  11:3  11:7  11:13  13:16  13:24  21:21  35:2  35:5
**gross**(1) 1:18
**group**(3) 4:42  4:42  35:2
**guardians**(1) 19:17
**guess**(3) 23:19  41:6  43:24
**gump**(4) 2:34  3:9  25:23  26:12
**gun**(1) 29:12
**guys**(2) 20:1  30:4
**hac**(1) 25:25
**had**(27) 9:14  9:17  9:23  10:8  10:14  10:21  11:1  11:3  17:22  17:23  18:3  18:12  19:9  20:16  21:10  21:20  22:24  27:10  28:19  31:8  37:3  33:23  34:14  35:23  36:19  41:13  41:16

**hadley**(1) 3:21
**hadn't**(2) 14:20  14:25
**half**(1) 22:25
**half-a-million**(1) 35:19
**hamilton**(1) 1:29
**hand**(1) 23:19
**handling**(1) 6:21
**hanrahan**(1) 4:39
**happen**(1) 39:24
**happened**(3) 10:10  10:24  40:24
**happily**(1) 5:10
**happy**(5) 7:3  8:17  29:15  30:4  32:3
**hard**(8) 18:20  22:2  24:4  28:16  32:24  38:10  38:10  44:13
**harrisburg**(1) 1:41
**has**(30) 5:7  6:18  7:5  11:7  11:13  12:10  13:2  13:3  16:16  20:17  20:24  21:23  21:25  22:10  23:12  26:16  26:18  26:21  26:22  29:5  32:12  33:6  33:20  34:24  35:4  37:9  37:17  38:2  38:5  38:6  40:2
**hasn't**(3) 19:8  30:25  37:5

**hauer**(3) 2:34  3:9  26:13
**have**(135) 6:1  6:10  8:8  8:18  8:19  8:20  8:22  9:10  10:22  11:20  11:24  12:14  12:23  12:24  12:25  13:11  13:16  13:20  14:8  14:9  14:13  15:3  15:12  16:1  16:7  17:12  17:19  17:25  17:25  18:1  18:4  18:8  18:11  18:16  18:17  18:20  19:9  19:11  19:12  19:12  19:15  20:1  20:1  20:6  20:6  20:21  21:10  22:3  22:6  22:23  23:4  23:5  23:6  23:8  23:15  23:23  24:5  24:8  24:11  24:14  24:17  24:19  24:21  26:6  26:23  27:21  27:23  28:15  28:18  28:23  30:5  30:8  30:23  31:3  31:3  31:3  31:13  31:16  32:4  32:12  32:12  32:14  32:22  32:25  33:1  33:4  33:8  33:14  33:23  33:23  34:9  34:11  34:15  34:20  35:4  35:16  35:24  36:6  36:21  36:24  37:16  37:24  38:5  38:5  38:10  38:22  39:4  39:19  39:22  40:1  40:24  41:1  41:10  41:17  41:21  41:21  42:10  42:12  42:23  43:5  43:11  43:11  44:1  44:1  44:12  44:15  45:9  45:14  45:17  45:22  46:12  46:21

**haven't**(5) 9:21  10:9  11:16  12:25  35:25
**having**(8) 13:18  15:1  32:14  36:17  40:23  43:10  43:21  43:23
**haystack**(1) 25:4
**head**(1) 3:42
**health**(1) 33:4
**health-related**(1) 18:15
**hear**(2) 27:5  30:16  47:1
**heard**(2) 20:8  32:8
**hearing**(10) 7:17  7:17  7:18  8:1  8:10  10:3  29:8  30:23  45:15  47:6
**heart**(1) 33:2
**help**(8) 8:7  12:21  14:2  17:21  25:12  36:15  44:25  46:9
**helped**(1) 18:7
**helpful**(4) 6:17  29:15  30:13  44:11
**helping**(1) 19:9
**helps**(2) 35:22  35:22
**her**(8) 25:25  26:6  33:19  33:23  36:15  36:17  38:22  43:15
**here**(22) 5:6  5:15  5:21  6:8  7:18  8:17  14:23  15:25  15:25  24:1  24:7  24:18  25:19  26:6  28:17  30:22  31:7  36:14  37:16  41:5  44:12  45:23
**hesitate**(1) 45:3
**high-speed**(2) 19:11  22:7
**him**(1) 34:5
**hipaa**(1) 18:16
**hipaa-related**(1) 41:23
**his**(1) 32:16
**hit**(1) 14:18
**hoc**(2) 3:21  28:21
**hodara**(1) 3:12
**holding**(2) 11:19  13:5
**home**(1) 19:17
**honestly**(1) 32:25
**honor**(62) 5:4  5:7  5:7  5:13  5:15  5:19  6:6  6:11  6:13  6:17  7:9  7:14  9:7  13:21  14:8  14:12  14:23  15:3  15:8  15:15  15:18  16:4  16:7  16:9  16:15  17:1  17:19  17:17  20:9  20:16  20:22  21:6  21:18  24:10  25:15  25:17  25:22  26:2  26:4  26:7  26:9  27:18  28:21  29:7  30:25  31:20  32:3  33:17  34:10  36:18  38:8  40:7  41:10  42:25  43:20  44:14  44:25  45:8  46:6  46:17  46:20  47:3
**honorable**(2) 1:18  32:11
**hope**(1) 41:15  30:17  37:22  40:17
**hopeful**(2) 8:24  43:13
**hopefully**(1) 23:22
**hopes**(2) 30:17  41:6
**hospice**(1) 19:16
**hospital**(1) 33:1
**hours**(2) 19:13  22:9

**houses**(1) 19:12
**how**(5) 8:3  9:5  10:18  29:10  41:15
**however**(1) 18:18
**human**(1) 23:13
**identifiable**(1) 18:15
**identified**(1) 19:23
**identify**(2) 12:18  18:17  19:15
**identifying**(1) 18:22
**ill**(1) 17:25
**imagine**(1) 46:13
**immediately**(1) 19:19
**impending**(1) 40:18
**important**(1) 18:8
**inadvertently**(1) 18:19
**inc**(2) 1:7  4:12
**index**(3) 18:3  18:5  22:18
**indexing**(1) 19:20
**indicated**(4) 19:1  34:5  34:6  35:25
**indication**(1) 29:21
**individual**(13) 5:16  6:21  7:7  8:3  9:8  12:3  12:10  12:15  18:15  19:10  19:20  29:10  41:16
**individually**(2) 42:4  43:9
**individuals**(28) 6:9  7:20  8:22  9:9  9:14  10:6  10:15  10:17  10:19  11:4  11:8  11:14  12:2  12:24  13:12  13:20  18:19  22:3  22:22  23:4  23:9  27:16  27:21  27:21  28:9  29:11  45:17  45:25  46:7
**info**(1) 34:18
**inform**(1) 17:21
**informal**(2) 8:21  34:23
**information**(9) 13:17  18:15  18:16  23:5  23:6  23:10  33:14  34:17  38:11
**initially**(1) 12:1
**insert**(1) 21:10
**insight**(1) 7:4
**instance**(1) 38:9
**instances**(1) 42:11
**instead**(1) 35:19
**instructed**(1) 35:1
**instructive**(1) 6:23
**intelligent**(1) 19:2
**intending**(1) 31:18
**interested**(1) 4:17
**internet**(2) 22:7  22:19
**into**(6) 11:5  17:7  24:17  32:20  37:14  41:15
**introduce**(1) 25:22
**introduced**(1) 28:20
**involved**(2) 36:13  37:4
**involvement**(1) 44:12
**irrelevant**(4) 25:3  29:9  29:9  30:2
**isn't**(2) 12:9  35:14
**isolated**(1) 24:5
**issue**(19) 10:20  10:22  11:9  11:10  12:23  17:19  19:7  20:2  23:11  23:20  27:13  36:16  36:21  36:22  37:6  40:4  42:11  42:13  44:7
**issues**(42) 6:9  7:25  8:4  8:12  8:13  8:20  8:23  9:1  9:6  11:2  11:5  11:18  12:13  12:17  12:22  13:20  13:22  14:2  14:4  14:6  18:1  18:9  18:22  22:4  22:4  24:8  24:17  25:24  26:25  27:21  30:10  31:3  33:2  33:4  33:22  35:23  37:16  42:8  44:15  45:15  45:17  46:2
**item**(1) 20:18
**items**(1) 5:10
**its**(1) 13:2
**itself**(2) 29:5  42:4
**it's**(27) 5:3  7:14  9:24  13:8  13:11  14:17  14:21  14:24  15:9  17:2  17:24  20:19  20:24  22:12  23:7  24:18  26:6  27:13  28:6  33:4  34:25  38:12  39:22  40:14  41:20  42:5  42:20
**i'd**(1) 32:19
**i'll**(4) 7:10  17:18  21:14  46:25

| Word | Page:Line |
|---|---|
| i'm(21) 9:21 12:18 28:4 28:19 30:24 31:6 32:9 33:10 33:12 36:7 36:8 37:17 38:8 40:15 40:20 41:4 42:4 42:13 43:13 43:18 45:3 | |
| i've(1) 13:24 19:15 38:10 | |
| jammed(1) 31:5 | |
| janette(1) 3:42 | |
| janis(1) 4:17 | |
| jefferies(1) 4:46 | |
| job(1) 43:19 | |
| jointly(1) 1:6 | |
| jonathan(1) 2:51 | |
| jones(1) 4:29 | |
| judge(4) 1:18 1:19 32:11 39:19 | |
| just(32) 7:5 7:16 9:6 10:10 11:16 11:23 12:13 15:9 16:1 16:15 18:23 20:5 21:9 22:15 25:21 27:6 27:8 27:13 27:23 28:20 30:21 32:21 34:16 35:5 37:19 38:8 39:22 39:23 40:22 42:25 43:18 43:20 | |
| justice(1) 2:20 | |
| kahn(1) 3:13 | |
| keep(3) 2:17 23:19 45:4 | |
| kelly(1) 47:14 | |
| kenney(1) 2:21 | |
| kept(1) 42:23 | |
| kevin(2) 1:18 4:43 | |
| kidney(1) 33:1 | |
| kidneys(1) 33:1 | |
| kind(11) 6:18 8:21 11:2 11:2 11:24 13:5 18:1 18:13 27:21 36:21 46:1 | |
| kinds(1) 28:4 | |
| king(3) 2:8 2:22 2:30 | |
| know(42) 8:2 9:6 9:22 10:6 10:8 10:22 11:18 11:21 11:23 12:10 12:14 19:2 19:5 19:17 20:1 22:8 22:23 22:25 23:2 24:2 24:12 24:19 25:2 25:7 25:8 27:12 27:22 27:23 28:3 29:8 29:18 31:5 31:9 32:3 33:6 33:7 33:11 34:6 35:3 35:23 36:4 36:5 36:17 36:19 36:20 38:8 38:8 38:9 38:11 38:21 39:22 39:23 42:25 43:2 43:2 43:12 43:18 43:20 45:16 46:21 | |
| known(1) 43:20 | |
| koo(9) 2:35 25:23 26:8 26:9 26:12 26:16 26:16 27:1 27:3 | |
| l-a-r-o-c(1) 40:12 | |
| larger(1) 46:9 | |
| laroc(1) 40:12 | |
| last(11) 5:21 5:25 10:23 14:17 16:12 16:12 17:16 17:23 22:2 23:16 29:8 | |
| lately(1) 16:2 | |
| later(3) 8:11 28:1 29:17 | |
| latest(3) 39:10 40:25 41:5 | |
| laughter(2) 15:23 29:25 | |
| law(1) 2:46 | |
| lawrence(1) 4:33 | |
| laypeople(3) 18:2 35:6 35:7 | |
| layperson(1) 33:10 | |
| layton(2) 2:5 25:18 | |
| lead(1) 17:18 | |
| leading(1) 5:22 | |
| least(9) 4:1 11:9 28:9 28:24 33:6 33:14 36:6 40:1 41:12 43:12 | |
| leave(1) 46:18 | |
| leaves(1) 5:13 | |
| led(1) 39:23 | |
| leeway(1) 36:9 | |
| left(1) 11:14 | |
| lessens(1) 35:18 | |
| let(6) 7:16 10:6 10:22 30:21 38:21 43:1 | |
| letter(1) 39:3 | |
| letters(1) 45:22 | |
| let's(1) 41:8 | |
| liaison(1) 6:18 | |

| Word | Page:Line |
|---|---|
| liberty(1) 1:33 | |
| like(10) 6:4 6:8 7:5 26:24 28:11 29:14 32:8 32:19 40:1 40:22 | |
| likewise(1) 38:3 | |
| limit(1) 33:9 | |
| link(1) 16:21 | |
| lisa(1) 7:17 | |
| list(1) 24:22 | |
| litigation(4) 14:17 19:25 26:17 30:5 | |
| little(5) 10:23 13:22 22:15 33:6 33:13 | |
| llc(4) 1:39 4:42 4:42 47:15 | |
| llp(4) 1:22 2:50 3:10 4:38 | |
| lockbox(1) 2:23 | |
| locked(1) 41:7 | |
| log(2) 40:25 41:1 | |
| logistics(1) 8:1 | |
| logs(2) 10:13 23:12 | |
| long-term(3) 5:14 6:16 34:20 | |
| look(11) 9:10 10:21 11:5 11:10 12:12 15:9 19:24 30:8 36:18 37:9 47:1 | |
| looking(12) 9:21 13:5 15:10 15:21 17:10 18:18 18:23 27:17 27:19 27:23 29:15 38:14 | |
| lot(14) 8:18 8:20 10:7 11:18 17:25 21:23 21:25 22:18 23:4 24:14 25:24 33:8 33:11 41:16 | |
| ltd(9) 2:12 4:38 5:16 7:19 12:1 14:16 22:2 29:6 39:21 | |
| ltd'er(1) 19:20 | |
| ltd'ers(8) 6:25 7:7 19:10 23:11 23:16 29:10 34:1 34:8 | |
| luxury(1) 22:7 | |
| mace(1) 1:37 | |
| made(6) 8:18 13:3 21:25 22:9 23:12 41:6 | |
| mail(1) 33:16 | |
| make(30) 6:24 9:15 11:17 12:8 12:13 13:13 15:9 16:13 16:15 17:6 18:20 19:18 19:22 27:16 28:5 28:21 30:3 31:2 34:8 35:11 36:20 37:14 39:2 39:14 42:10 42:17 43:5 43:20 46:1 46:3 | |
| manage(1) 43:20 | |
| management(2) 3:17 3:17 | |
| managing(1) 7:21 | |
| manner(1) 8:17 | |
| many(9) 13:22 18:18 19:11 22:3 23:9 23:11 31:4 33:4 34:8 | |
| marian(1) 3:29 | |
| mark(2) 2:21 4:17 | |
| market(2) 1:11 1:25 | |
| materials(2) 9:12 9:13 | |
| mathematicians(1) 41:17 | |
| matter(3) 18:24 44:21 47:11 | |
| matters(1) 46:21 | |
| matthew(1) 3:18 | |
| may(20) 5:15 13:16 16:1 17:10 17:16 21:10 24:16 25:2 25:11 27:6 27:14 28:6 28:8 29:9 29:9 31:13 31:15 33:23 34:1 45:23 | |
| maybe(13) 13:25 14:3 15:8 17:2 21:9 24:9 25:4 27:11 32:5 37:5 37:6 38:21 42:6 | |
| mccaffrey(1) 4:4 | |
| mccarter(1) 2:27 | |
| mccloy(1) 3:21 | |
| mean(6) 6:7 17:5 36:5 36:8 36:11 45:21 | |
| medical(1) 23:5 | |
| meet(3) 8:21 31:13 31:14 | |
| meeting(2) 31:7 35:9 | |
| megan(1) 1:31 | |
| memorialize(1) 16:22 | |
| men(1) 31:9 | |
| messages(1) 11:14 | |
| mice(1) 31:9 | |

| Word | Page:Line |
|---|---|
| michael(1) 3:34 | |
| might(7) 6:17 7:5 8:4 15:12 27:13 33:13 47:2 | |
| milbank(1) 3:21 | |
| million(2) 35:19 38:14 | |
| mind(1) 6:10 | |
| minimum(1) 45:4 | |
| missed(1) 33:8 | |
| missing(3) 16:11 21:1 34:1 | |
| moment(4) 12:20 16:7 20:5 37:24 | |
| monday(1) 31:14 | |
| money(1) 37:16 | |
| monitoring(1) 26:17 | |
| morass(1) 18:2 | |
| more(10) 7:3 8:3 8:14 13:22 25:7 25:7 33:6 33:13 34:2 44:21 | |
| morning(16) 5:2 5:4 5:6 6:13 6:14 7:13 21:18 25:14 25:15 32:10 32:11 32:17 33:5 33:12 40:10 40:11 | |
| morris(1) 1:22 | |
| most(4) 23:3 23:20 30:13 34:9 39:19 43:25 | |
| motion(9) 5:14 14:11 14:21 24:13 24:16 25:25 27:12 27:22 28:3 | |
| mrs(1) 36:1 | |
| much(4) 24:18 27:2 30:15 44:5 | |
| must(1) 19:3 | |
| myself(1) 39:13 | |
| mysterious(1) 23:21 | |
| name(2) 23:8 42:9 | |
| nancy(1) 4:8 | |
| narrow(1) 28:8 | |
| narrowed(4) 24:22 30:15 31:3 46:8 | |
| narrowing(1) 30:10 | |
| naturally(1) 18:5 | |
| nature(4) 24:21 35:15 40:13 45:12 | |
| navigate(1) 42:21 | |
| near(1) 9:5 | |
| necessarily(2) 19:21 24:16 | |
| necessary(3) 24:16 38:12 45:24 | |
| need(15) 6:2 16:13 16:21 21:4 21:13 24:9 24:12 27:15 33:1 33:1 36:11 38:21 43:2 45:2 47:2 | |
| needed(2) 8:14 28:2 | |
| needle(1) 25:4 | |
| negative(1) 37:24 | |
| neither(1) 33:16 | |
| networks(2) 1:7 4:12 | |
| never(2) 32:2 32:23 | |
| new(5) 1:34 2:37 17:18 24:19 31:13 | |
| next(5) 13:21 29:18 39:10 45:6 45:10 | |
| nichols(1) 1:22 | |
| non-confidential(1) 9:11 | |
| none(1) 45:3 | |
| nora(1) 1:32 | |
| nortel(5) 1:7 4:12 13:9 27:24 41:17 | |
| north(1) 1:25 40:18 | |
| not(41) 7:17 9:24 11:19 12:1 12:18 13:4 13:5 16:16 18:25 19:11 19:12 19:21 20:6 23:8 23:17 24:1 24:16 29:9 30:21 30:24 32:12 32:18 32:22 32:24 33:3 33:10 33:10 33:14 34:16 35:9 36:17 36:20 38:6 38:12 38:14 39:23 41:1 41:4 42:4 42:13 45:23 | |
| nothing(1) 32:20 | |
| november(7) 1:14 5:1 15:4 20:12 20:25 26:18 47:13 | |
| now(6) 8:16 9:22 12:14 31:25 33:2 41:19 | |
| number(7) 13:11 13:12 13:20 20:24 23:7 23:8 37:4 | |
| objection(1) 26:23 | |
| objections(2) 9:19 32:23 | |
| obtain(1) 23:10 | |

| Word | Page:Line |
|---|---|
| obviously(7) 5:20 6:1 30:25 31:9 36:13 37:8 45:24 | |
| october(12) 8:10 8:16 9:16 9:17 10:3 10:5 10:20 16:4 22:16 22:16 22:20 22:22 | |
| offer(1) 37:17 | |
| office(3) 19:13 22:7 42:18 | |
| official(5) 2:4 3:8 25:19 26:13 28:22 | |
| okay(32) 5:18 6:12 9:3 11:11 13:7 13:15 15:5 16:5 16:5 16:24 17:15 20:10 20:15 20:21 21:12 23:14 23:24 25:5 25:13 28:14 32:1 36:3 37:20 37:21 38:18 40:21 41:3 41:8 42:20 44:3 44:19 45:1 | |
| omnibus(1) 5:7 | |
| once(6) 10:17 22:8 22:23 25:3 31:3 46:8 | |
| one(28) 1:33 2:7 2:36 6:17 7:25 12:23 15:2 15:9 15:10 15:17 15:19 16:3 16:9 16:15 17:23 18:22 20:23 20:24 21:9 24:10 27:6 28:19 35:25 37:15 43:1 43:14 43:22 44:7 | |
| only(14) 14:25 25:22 29:22 34:13 35:19 43:22 | |
| onto(1) 22:18 | |
| open(3) 11:9 14:1 30:21 | |
| operating(1) 22:7 | |
| opportunity(4) 17:2 20:8 22:24 32:4 | |
| oppose(2) 24:13 24:16 | |
| optimistic(2) 8:23 28:5 | |
| option(1) 43:6 | |
| order(17) 6:20 7:19 7:22 9:7 14:10 14:11 14:13 14:23 16:22 17:23 20:2 20:11 21:10 26:1 26:20 33:7 44:20 | |
| orders(4) 16:17 17:2 17:11 20:5 | |
| ordinary(1) 45:22 | |
| organization(1) 32:17 | |
| original(1) 32:23 | |
| originally(2) 40:20 40:25 | |
| other(20) 10:14 11:4 17:24 19:1 19:7 19:8 20:2 23:19 24:7 25:11 34:11 36:1 37:1 39:4 41:18 42:4 42:10 43:11 43:12 43:14 | |
| others(3) 11:15 43:21 43:23 | |
| otherwise(1) 31:18 | |
| ought(1) 43:24 | |
| our(30) 5:7 6:17 8:11 8:25 9:6 12:13 17:11 17:23 19:14 19:18 21:5 22:18 24:11 25:8 29:6 29:17 30:8 34:10 34:10 34:16 35:16 37:7 39:6 39:21 41:6 41:11 41:11 41:25 42:6 43:8 | |
| ours(1) 19:21 | |
| ourselves(1) 41:23 | |
| out(21) 7:3 11:8 11:9 20:25 25:4 25:11 29:8 31:2 31:6 31:15 32:25 34:7 35:23 35:24 37:9 37:14 41:7 41:22 42:2 44:5 45:8 | |
| outstanding(6) 8:22 10:20 13:23 22:23 23:11 23:20 | |
| over(8) 21:16 22:2 22:17 23:16 33:14 34:9 34:15 39:3 | |
| overlooked(1) 12:9 | |
| overy(1) 2:50 | |
| own(1) 9:6 | |
| p.m(1) 47:6 | |
| packet(2) 33:24 39:6 | |
| pages(1) 22:17 | |
| painful(1) 22:13 | |
| papers(1) 38:14 | |
| paperwork(1) 32:18 | |
| paralegal(1) 36:24 | |
| park(1) 2:36 | |
| part(14) 19:25 29:4 34:24 41:2 | |
| participants(3) 22:2 23:23 24:11 | |
| participating(4) 28:24 29:5 29:13 39:18 | |

| Word | Page:Line |
| --- | --- |
| **particular**(6) 12:4 12:11 13:8 15:2 38:9 41:21 | |
| **particularly**(1) 18:14 | |
| **parties**(9) 8:11 14:5 14:19 17:22 18:20 24:3 28:16 36:13 38:17 | |
| **partner**(1) 17:19 | |
| **party**(1) 4:17 | |
| **passwords**(2) 42:3 42:6 | |
| **past**(2) 10:24 29:18 | |
| **patterson**(1) 2:46 | |
| **pending**(2) 26:2 38:4 | |
| **pennsylvania**(1) 1:41 | |
| **pentition**(1) 4:37 | |
| **people**(20) 10:19 11:16 12:14 15:24 19:12 19:16 24:14 24:22 34:7 34:14 35:17 35:22 36:6 37:4 39:22 41:18 41:21 43:11 45:25 | |
| **per**(14) 3:26 3:30 3:34 3:38 3:42 3:46 3:50 4:4 4:8 4:17 4:21 4:25 4:29 4:33 | |
| **perhaps**(3) 6:24 24:6 24:7 | |
| **period**(3) 10:2 10:13 22:16 | |
| **permitted**(1) 26:3 | |
| **permitting**(1) 7:19 | |
| **person**(1) 37:10 | |
| **persona**(3) 3:26 4:14 | |
| **personal**(2) 23:5 34:15 | |
| **personally**(1) 18:14 | |
| **personnel**(6) 9:12 10:14 12:8 23:4 24:14 27:24 | |
| **persons**(1) 24:8 | |
| **perspective**(3) 8:25 22:15 25:25 | |
| **pertinent**(2) 27:11 34:20 | |
| **peter**(1) 4:33 | |
| **phone**(10) 5:17 6:1 23:9 24:11 33:21 35:19 38:2 42:17 43:6 46:25 | |
| **physical**(2) 22:4 33:9 | |
| **piece**(7) 6:17 14:17 17:11 17:16 19:8 21:1 30:14 | |
| **place**(1) 31:13 | |
| **plan**(7) 6:5 12:24 13:2 18:23 18:24 26:24 37:10 | |
| **plans**(1) 31:9 | |
| **playground**(1) 44:25 | |
| **plaza**(1) 1:33 | |
| **please**(5) 5:3 15:13 33:13 | |
| **pleasure**(1) 26:6 | |
| **podium**(2) 20:3 21:14 | |
| **point**(4) 27:6 29:22 30:3 30:10 | |
| **pointed**(1) 29:8 | |
| **points**(2) 17:6 28:19 | |
| **possession**(1) 13:3 | |
| **possible**(3) 13:23 27:13 44:6 | |
| **post**(2) 19:13 22:18 | |
| **posted**(3) 22:8 22:10 22:20 | |
| **potential**(1) 24:5 | |
| **potentially**(1) 8:3 | |
| **power**(1) 18:13 | |
| **ppearances**(2) 1:21 2:1 | |
| **pray**(1) 33:5 | |
| **praying**(1) 38:8 | |
| **pre-made**(1) 33:23 | |
| **precisely**(3) 45:18 45:21 46:3 | |
| **prefaced**(1) 14:14 | |
| **prefer**(1) 16:23 | |
| **preference**(1) 14:3 | |
| **prejudiced**(1) 35:12 | |
| **prepared**(1) 45:19 | |
| **preserved**(1) 18:21 | |
| **pressing**(1) 46:21 | |
| **pretty**(1) 18:8 | |
| **principals**(1) 31:8 | |
| **printers**(1) 19:11 | |

| Word | Page:Line |
| --- | --- |
| **private**(1) 41:7 | |
| **privy**(1) 28:23 | |
| **pro**(29) 3:26 3:27 3:30 3:31 3:34 3:35 3:38 3:39 3:42 3:43 3:46 3:47 3:50 3:51 4:4 4:5 4:8 4:9 4:17 4:18 4:21 4:22 4:25 4:26 4:29 4:30 4:33 4:34 25:25 | |
| **probably**(4) 14:13 37:3 42:18 46:11 | |
| **problem**(5) 21:8 42:6 43:11 43:12 43:24 | |
| **procedure**(1) 45:22 | |
| **procedures**(1) 9:8 | |
| **proceedings**(1) 1:17 1:45 47:11 | |
| **process**(13) 5:23 7:3 7:4 7:19 7:21 8:7 8:22 9:4 12:2 17:21 17:21 19:19 22:20 28:4 | |
| **produced**(9) 1:46 9:10 9:12 9:23 11:22 11:25 13:10 22:17 25:3 | |
| **producing**(1) 13:6 19:20 | |
| **production**(6) 19:20 33:18 34:10 34:11 35:24 36:12 | |
| **progress**(5) 8:11 8:18 21:25 28:5 29:14 | |
| **proposal**(2) 16:16 26:22 | |
| **propose**(4) 9:4 13:21 13:24 13:25 | |
| **proposed**(4) 14:10 21:10 44:20 45:11 | |
| **propria**(2) 3:26 4:14 | |
| **provide**(5) 7:4 32:24 34:17 46:2 46:7 | |
| **provided**(1) 23:7 | |
| **provides**(1) 26:20 | |
| **prudential**(1) 13:9 | |
| **purposes**(3) 16:1 23:18 28:2 | |
| **pursuant**(1) 26:20 | |
| **push**(1) 31:15 | |
| **put**(3) 18:13 22:15 31:9 | |

| Word | Page:Line |
| --- | --- |
| **question**(2) 24:10 24:21 | |
| **questions**(3) 19:10 32:14 35:18 | |
| **quite**(3) 5:17 16:2 34:23 | |
| **r-o-h-r-b-a-u-g-h**(1) 40:14 | |
| **rafael**(5) 2:13 6:15 32:15 38:10 38:20 | |
| **raised**(3) 13:20 24:17 36:16 | |
| **raymond**(1) 4:13 | |
| **reach**(2) 11:7 11:16 | |
| **ready**(1) 46:20 | |
| **real**(3) 28:5 33:2 33:2 39:22 41:20 | |
| **realize**(1) 15:16 | |
| **realized**(1) 8:14 | |
| **really**(24) 8:7 9:1 12:10 13:19 22:1 22:6 24:2 14:22 24:22 24:23 27:11 27:17 27:23 28:2 28:23 29:11 30:9 32:24 34:10 34:11 34:24 38:10 40:3 44:21 | |
| **reason**(3) 19:23 35:25 45:3 | |
| **reasonable**(1) 11:23 | |
| **reasons**(3) 17:24 24:15 27:19 | |
| **recall**(1) 5:16 | |
| **receive**(2) 38:22 39:9 | |
| **received**(9) 9:17 9:19 10:8 11:1 32:12 33:15 35:25 39:6 41:12 | |
| **receiving**(1) 34:22 | |
| **recess**(1) 46:25 | |
| **recognize**(2) 29:23 40:23 | |
| **recognized**(2) 27:21 28:1 | |
| **record**(4) 17:3 17:4 25:18 27:8 | |
| **recorded**(1) 1:45 | |
| **recording**(2) 1:45 47:10 | |
| **recordings**(1) 23:12 | |
| **records**(5) 19:24 23:4 23:18 23:19 24:14 | |
| **reduce**(1) 46:11 | |
| **redundant**(2) 38:13 38:15 | |
| **reed**(1) 3:46 | |
| **reference**(1) 19:2 | |
| **referenced**(1) 13:11 | |
| **references**(1) 18:25 | |
| **referring**(2) 33:18 36:1 | |
| **regarding**(1) 27:15 | |
| **regular**(1) 35:17 | |
| **reiterate**(2) 22:23 25:1 | |

| Word | Page:Line |
| --- | --- |
| **reiterated**(1) 23:16 | |
| **relate**(2) 10:9 23:3 | |
| **relation**(1) 26:3 | |
| **relayed**(1) 36:7 | |
| **relevant**(3) 11:20 27:11 29:12 | |
| **reliance**(1) 24:19 | |
| **remain**(2) 24:5 31:22 | |
| **remaining**(3) 9:6 14:6 23:3 | |
| **remarks**(1) 9:2 | |
| **renaissance**(1) 2:29 | |
| **repeatedly**(2) 12:22 12:24 | |
| **report**(6) 8:11 8:17 8:18 17:20 32:4 32:5 | |
| **represent**(1) 43:8 | |
| **representative**(1) 28:20 | |
| **represented**(3) 22:19 23:6 23:15 | |
| **request**(2) 32:12 36:14 | |
| **requested**(6) 6:18 10:14 17:22 22:21 23:4 28:25 | |
| **requesting**(1) 24:23 | |
| **requests**(18) 7:20 8:3 8:5 9:8 9:14 9:15 9:17 9:18 9:20 23:21 25:2 27:10 27:12 27:15 28:6 33:18 35:24 42:24 | |
| **research**(1) 25:7 | |
| **reserve**(1) 29:6 | |
| **reserved**(1) 27:25 | |
| **reserving**(1) 26:19 | |
| **resolve**(14) 8:12 8:13 8:24 9:5 10:23 11:2 11:9 11:12 12:16 13:22 14:2 36:22 39:19 42:7 | |
| **resolved**(5) 11:18 20:2 23:20 42:11 45:9 | |
| **resolving**(2) 8:8 8:20 | |
| **resources**(2) 8:2 23:13 | |
| **respect**(4) 21:25 26:22 28:4 36:16 | |
| **respond**(2) 19:15 34:19 34:25 | |
| **response**(2) 29:5 40:5 | |
| **responses**(2) 9:19 35:10 | |
| **rest**(2) 29:17 44:24 | |
| **retirees**(1) 16:3 | |
| **retiree's**(2) 2:27 2:42 | |
| **review**(5) 10:17 22:18 22:22 22:24 25:8 | |
| **reviewing**(3) 9:13 17:1 22:10 | |
| **richards**(2) 2:5 25:18 | |
| **right**(60) 5:12 6:4 7:1 7:8 7:24 10:1 12:6 14:7 14:7 14:9 15:5 15:17 15:25 18:6 18:10 21:8 21:13 24:24 25:10 26:8 26:15 26:19 27:1 28:8 28:12 28:13 28:14 29:24 30:20 34:3 34:12 35:15 35:16 35:20 36:23 36:24 37:22 38:16 39:8 39:8 39:16 39:25 39:25 40:6 42:23 43:16 43:17 44:9 45:5 46:5 46:14 46:14 46:24 | |
| **rights**(2) 27:25 29:6 | |
| **rings**(1) 30:17 | |
| **ripe**(1) 9:1 | |
| **rise**(1) 25:22 | |
| **robert**(1) 4:47 | |
| **rodney**(1) 2:7 | |
| **roger**(1) 1:30 7:14 | |
| **rohrbaugh**(22) 3:50 40:7 40:9 40:9 40:11 40:14 40:14 40:15 40:17 40:17 40:18 40:20 40:22 41:4 42:10 42:12 42:16 42:23 42:25 43:10 43:15 43:16 43:18 43:22 44:24 | |
| **rohrbaugh's**(1) 42:9 | |
| **room**(2) 6:9 32:20 | |
| **rose**(1) 28:20 | |
| **round**(1) 16:12 | |
| **russ**(2) 41:24 42:17 | |
| **said**(4) 9:21 12:10 17:19 41:13 | |
| **same**(5) 15:10 31:2 37:17 43:11 43:15 | |
| **samis**(8) 2:6 25:14 25:15 25:17 25:18 25:22 26:5 26:7 | |
| **sandra**(1) 3:26 | |
| **sandy**(2) 31:10 40:18 | |
| **say**(7) 6:2 6:2 21:7 30:4 32:19 32:25 | |

| Word | Page:Line |
| --- | --- |
| **saying**(3) 10:8 23:17 30:1 | |
| **says**(1) 35:3 | |
| **scan**(1) 33:25 | |
| **schedule**(2) 31:5 31:22 | |
| **scheduled**(3) 10:4 30:23 31:7 | |
| **scheduling**(5) 14:11 17:11 20:2 20:7 26:20 | |
| **schmidt**(1) 4:21 | |
| **school**(2) 31:7 33:12 | |
| **schuylkill**(1) 1:40 | |
| **schweitzer**(1) 7:18 | |
| **searches**(1) 11:23 | |
| **searching**(1) 6:8 | |
| **seated**(1) 5:3 | |
| **second**(4) 18:25 20:19 20:21 29:4 | |
| **security**(1) 18:9 37:6 | |
| **see**(20) 5:3 5:8 10:9 11:8 12:11 12:16 13:22 15:19 18:24 19:2 25:16 25:17 30:20 32:3 33:3 34:24 36:18 37:11 39:4 41:8 | |
| **seem**(1) 25:2 | |
| **seems**(2) 6:7 6:7 | |
| **seen**(3) 9:21 29:15 43:11 | |
| **segal**(2) 2:42 2:42 | |
| **send**(3) 35:1 38:25 44:6 | |
| **sense**(2) 24:1 24:6 | |
| **sensible**(1) 26:24 | |
| **sensitive**(2) 18:14 44:18 | |
| **sent**(5) 32:22 33:23 35:4 35:23 37:18 | |
| **separate**(1) 40:4 | |
| **september**(4) 7:16 8:1 8:9 9:7 | |
| **series**(1) 20:19 | |
| **serious**(3) 35:6 35:8 | |
| **serve**(1) 7:20 | |
| **served**(1) 9:18 | |
| **service**(2) 1:39 1:46 | |
| **services**(3) 1:39 47:15 | |
| **set**(10) 5:24 7:22 8:10 9:9 16:16 31:10 42:2 42:3 42:5 43:1 | |
| **setting**(1) 12:2 | |
| **settlement**(2) 30:18 31:8 | |
| **seven**(1) 34:14 | |
| **shape**(1) 37:15 | |
| **share**(3) 15:24 22:13 33:25 | |
| **shared**(2) 19:19 29:2 | |
| **sharing**(1) 31:6 | |
| **she**(3) 26:2 33:23 36:16 | |
| **she's**(1) 25:24 | |
| **sheet**(2) 32:13 38:21 | |
| **shortly**(1) 19:8 | |
| **should**(5) 15:8 19:22 20:6 39:9 44:1 | |
| **shouldn't**(1) 19:23 | |
| **sick**(1) 19:17 | |
| **sign**(4) 12:4 17:10 12:23 34:17 | |
| **signature**(1) 20:24 | |
| **signed**(8) 14:25 15:1 15:4 16:3 17:23 20:11 20:17 21:11 | |
| **signing**(1) 13:13 | |
| **silence**(1) 17:5 | |
| **similar**(3) 38:3 40:2 43:23 | |
| **simple**(2) 19:25 42:24 | |
| **simplified**(1) 42:25 | |
| **simply**(2) 34:25 35:3 | |
| **since**(2) 11:6 18:14 | |
| **sir**(1) 21:22 | |
| **site**(3) 34:16 34:16 42:7 | |
| **sitting**(1) 24:1 | |
| **situation**(2) 36:15 39:23 | |
| **skelly**(1) 2:43 | |
| **small**(1) 28:18 | |
| **smoking**(1) 29:12 | |
| **snow**(3) 36:25 42:18 44:1 | |
| **solace**(1) 7:6 | |
| **solution**(1) 28:17 | |
| **solutions**(1) 43:12 | |
| **solve**(1) 43:13 | |

| Word | Page:Line |
| --- | --- |
| some(49) 6:9 6:22 7:4 7:5 7:6 8:20 8:22 9:6 9:24 11:25 12:8 12:13 13:17 13:17 13:18 15:14 17:7 17:21 18:8 18:8 18:23 19:12 22:10 24:4 24:6 24:17 25:2 27:20 28:5 31:7 31:8 33:8 33:10 33:11 33:22 33:25 34:1 34:23 35:24 36:9 36:21 37:24 38:4 39:4 39:9 41:10 42:11 45:2 45:9 | |
| somebody(1) 43:6 | |
| somehow(1) 18:18 | |
| someone(2) 30:3 38:20 | |
| something(10) 12:11 28:2 28:11 35:14 37:2 37:5 38:12 38:13 40:13 45:12 | |
| something's(1) 34:25 | |
| sometimes(1) 42:5 | |
| somewhere(1) 19:3 | |
| soon(3) 11:15 12:7 33:24 | |
| sorry(1) 40:15 | |
| sort(9) 5:22 5:23 5:23 5:24 9:20 28:6 34:11 37:23 46:7 | |
| sorted(1) 31:2 | |
| sound(2) 1:45 47:10 | |
| sounds(4) 6:4 7:12 26:24 40:1 | |
| speak(4) 26:3 31:16 34:5 36:8 | |
| specific(2) 6:9 6:9 | |
| speeds(1) 42:22 | |
| spoke(1) 33:12 | |
| spoken(5) 11:12 11:13 13:24 33:21 36:6 | |
| square(1) 2:7 | |
| staff(1) 37:1 | |
| stage(1) 5:24 | |
| stages(1) 29:18 | |
| stand(1) 46:25 | |
| starke(1) 4:43 | |
| start(1) 7:16 | |
| stated(1) 29:10 | |
| statement(1) 26:18 | |
| states(2) 1:1 1:19 | |
| status(8) 5:14 8:10 15:1 24:18 26:3 45:6 45:10 47:1 | |
| stay(1) 44:5 | |
| ste(2) 2:16 2:22 | |
| steen(1) 1:29 | |
| step(1) 7:3 | |
| stephanie(1) 2:43 | |
| steps(1) 13:21 | |
| stewart(20) 32:9 32:9 32:10 32:11 33:18 36:1 37:18 37:22 38:1 38:7 38:17 38:18 38:20 38:24 38:25 39:1 39:7 39:11 39:13 39:17 | |
| stewart's(1) 36:14 | |
| stick(1) 31:18 | |
| still(11) 8:22 8:25 10:22 12:21 13:23 14:1 17:10 28:5 30:5 30:22 45:9 | |
| storm(2) 10:24 40:18 | |
| straightforward(1) 46:2 | |
| strauss(3) 2:34 3:9 26:12 | |
| street(4) 1:11 1:40 2:8 2:22 | |
| strictly(1) 34:8 | |
| strides(1) 22:10 | |
| structure(1) 7:6 | |
| stuff(3) 30:2 32:15 33:6 | |
| stuff's(1) 35:3 | |
| subject(1) 5:20 | |
| submission(1) 26:19 | |
| submissions(1) 29:17 | |
| submit(5) 10:20 13:25 21:1 25:25 45:10 | |
| submitted(2) 14:21 45:22 | |
| subsequently(1) 21:11 | |
| substance(1) 39:3 | |
| substantial(1) 22:25 | |
| substantially(1) 39:5 | |
| substitute(1) 39:4 | |
| suggest(1) 5:20 | |
| suggested(1) 16:16 | |

| Word | Page:Line |
| --- | --- |
| summarizes(1) 45:12 | |
| summary(1) 14:1 | |
| supplement(1) 29:16 | |
| supplemental(6) 7:20 9:8 9:15 9:18 9:20 11:2 | |
| supposed(1) 31:14 | |
| supposedly(1) 32:20 | |
| sure(26) 8:15 10:12 12:9 15:9 15:22 16:14 17:8 18:20 19:18 27:9 28:21 31:2 36:7 36:8 36:20 37:12 37:14 39:2 39:14 41:4 42:4 42:10 42:13 42:17 43:5 45:3 | |
| sutty(32) 2:14 6:21 16:25 17:1 17:3 17:6 20:3 21:15 21:16 21:18 21:18 21:20 21:21 21:23 22:6 22:15 23:2 23:15 23:25 24:6 24:10 24:25 25:1 25:6 25:11 25:14 26:25 39:14 42:8 42:18 44:1 44:11 | |
| system(1) 41:2 | |
| take(11) 7:10 9:24 10:21 11:10 12:12 13:21 17:18 19:24 29:19 36:18 42:8 | |
| taken(5) 5:7 18:17 21:23 35:14 37:24 | |
| takes(1) 22:8 | |
| taking(2) 39:14 39:20 | |
| talent(1) 41:21 | |
| talked(3) 12:14 19:16 44:21 | |
| talking(2) 12:21 27:16 | |
| tammy(1) 47:14 | |
| target(1) 30:22 | |
| task(1) 44:12 | |
| taylor(1) 2:28 | |
| team(1) 43:2 | |
| technically(1) 9:25 | |
| technological(1) 36:21 | |
| telephone(3) 20:4 27:5 32:8 | |
| telephonic(3) 2:40 3:1 4:1 | |
| tell(2) 20:9 46:18 | |
| tennenbaum(1) 4:47 | |
| terminate(2) 24:13 24:17 | |
| termination(1) 26:17 | |
| terms(2) 18:22 37:10 | |
| terrible(1) 32:15 | |
| than(3) 7:3 8:3 36:14 | |
| thank(34) 5:2 6:6 7:8 7:9 7:14 14:9 15:13 15:16 16:24 21:16 21:17 22:1 25:1 25:13 25:13 26:7 26:9 26:9 27:1 27:3 27:4 28:13 28:14 28:15 32:7 38:19 40:19 44:9 44:9 44:10 46:15 46:25 47:3 47:4 | |
| thankful(1) 43:18 | |

| Word | Page:Line |
| --- | --- |
| that(279) 5:25 6:4 6:17 7:5 7:6 7:10 7:11 7:12 7:17 7:18 7:21 7:22 7:22 7:25 8:4 8:6 8:13 8:16 8:18 8:20 8:23 8:24 8:25 9:1 9:5 9:9 9:12 9:13 9:20 9:21 9:23 9:25 10:3 10:3 10:5 10:7 10:8 10:9 10:14 10:20 11:3 11:4 11:5 11:6 11:17 11:19 11:20 11:20 11:22 11:25 12:2 12:9 12:14 12:22 12:25 13:2 13:2 13:3 13:4 13:5 13:9 13:11 13:19 13:23 14:2 14:10 14:10 14:12 14:17 14:18 15:2 15:19 16:11 16:16 16:22 17:3 17:10 17:16 17:20 17:22 17:24 18:3 18:20 18:20 18:21 19:8 19:8 19:18 19:18 19:21 19:22 19:22 19:24 20:3 20:6 20:11 20:16 20:23 20:24 20:25 21:10 21:14 21:25 22:17 22:21 23:6 23:6 23:6 23:8 23:20 23:22 23:22 23:23 24:3 24:5 24:6 24:7 24:8 24:15 24:20 24:21 24:22 24:24 25:4 25:12 26:4 26:22 27:11 27:12 27:14 27:15 27:22 28:1 28:5 28:6 28:6 28:11 28:16 28:19 28:20 28:24 29:4 29:14 29:19 29:23 30:1 30:2 30:3 30:8 30:13 30:18 30:21 30:23 30:24 30:25 31:1 31:1 31:4 31:5 31:6 31:8 31:12 31:13 31:15 31:16 31:19 32:6 32:19 32:23 32:24 32:25 33:5 33:7 33:7 33:8 33:9 34:9 34:13 35:3 35:11 35:15 35:18 35:22 35:23 36:4 36:5 36:6 36:7 36:7 36:8 36:11 36:12 36:19 37:2 37:5 37:7 37:9 37:14 37:17 37:17 37:22 37:23 37:23 37:24 38:2 38:5 38:6 38:8 38:9 38:11 38:12 38:13 38:14 38:15 38:16 38:21 39:2 39:3 39:6 39:12 39:14 39:22 39:24 40:10 40:13 40:23 40:24 41:1 41:5 41:9 41:13 41:21 41:22 42:3 42:5 42:9 42:10 42:11 42:15 42:17 42:19 42:22 43:5 43:6 43:7 43:7 43:8 43:11 43:11 43:14 43:19 43:20 43:20 44:10 44:21 45:4 45:11 45:12 45:14 45:16 45:23 45:25 46:8 46:12 46:16 47:2 47:9 | |
| that's(20) 6:10 7:24 12:23 13:12 14:8 16:21 18:6 18:7 18:10 18:21 19:7 24:10 28:12 29:1 30:13 31:20 36:1 37:14 38:12 41:19 | |

| Word | Page:Line |
| --- | --- |
| the(301) 1:1 1:2 1:18 2:15 5:2 5:5 5:6 5:9 5:12 5:14 5:14 5:16 5:17 5:18 5:20 5:23 5:24 5:24 5:25 6:1 6:4 6:7 6:12 6:14 6:16 6:19 6:21 6:22 6:25 6:25 7:1 7:2 7:3 7:4 7:6 7:7 7:8 7:10 7:13 7:15 7:16 7:18 7:19 7:20 7:23 7:24 7:25 8:1 8:1 8:1 8:5 8:6 8:7 8:9 8:10 8:11 8:12 8:13 8:15 8:21 8:25 9:1 9:3 9:5 9:6 9:7 9:8 9:10 9:13 9:15 9:18 9:20 9:23 9:23 10:1 10:3 10:4 10:5 10:6 10:7 10:10 10:12 10:16 10:17 10:21 10:23 10:24 10:25 11:1 11:4 11:9 11:10 11:11 11:18 11:24 12:1 12:2 12:6 12:11 12:17 12:20 12:20 13:1 13:2 13:7 13:10 13:13 13:13 13:15 13:17 13:18 13:20 13:25 14:2 14:3 14:5 14:7 14:9 14:10 14:13 14:15 14:16 14:17 14:18 14:19 14:20 14:22 14:23 14:25 15:1 15:3 15:5 15:7 15:10 15:11 15:13 15:16 15:19 15:20 15:22 15:24 16:2 16:5 16:5 16:8 16:10 16:12 16:12 16:16 16:17 16:20 16:21 16:22 16:24 17:3 17:3 17:4 17:7 17:8 17:10 17:11 17:13 17:15 17:16 17:18 17:21 17:21 17:22 17:23 17:24 18:2 18:6 18:10 18:13 18:19 18:25 18:25 19:4 19:7 19:7 19:10 19:14 19:19 19:20 19:23 19:25 20:2 20:2 20:3 20:4 20:4 20:5 20:10 20:11 20:13 20:14 20:15 20:16 20:19 20:19 20:21 20:21 20:23 20:23 20:24 21:2 21:5 21:7 21:9 21:12 21:14 21:16 21:20 21:22 21:24 22:1 22:1 22:2 22:5 22:6 22:8 22:9 22:11 22:16 22:16 22:19 22:20 22:21 22:21 23:1 23:3 23:5 23:9 23:11 23:12 23:12 23:12 23:14 23:15 23:16 23:17 23:19 23:20 23:21 23:22 23:24 24:1 24:2 24:3 24:6 24:11 24:13 24:16 24:19 24:23 24:24 25:3 25:3 25:4 25:5 25:7 25:10 25:15 25:16 25:18 25:19 25:21 25:23 25:24 26:3 26:5 26:8 26:11 26:13 26:15 26:16 26:16 26:17 26:19 26:20 26:20 26:21 26:22 26:22 27:1 27:4 27:5 27:7 27:8 27:9 27:12 27:14 27:15 27:18 27:19 27:20 27:21 27:22 | |
| the(220) 28:2 28:2 28:3 28:7 28:8 28:11 28:13 28:15 28:16 28:19 28:21 28:22 28:25 28:25 29:1 29:3 29:4 29:4 29:6 29:8 29:9 29:16 29:17 29:18 29:19 29:22 30:2 30:6 30:9 30:10 30:12 30:13 30:15 30:19 30:20 30:21 30:23 30:24 31:2 31:3 31:4 31:7 31:9 31:11 31:18 31:18 31:21 31:22 31:24 32:1 32:4 32:7 32:8 32:10 32:12 32:13 32:13 32:14 32:18 32:20 32:21 32:25 33:1 33:11 33:16 33:18 33:19 33:20 33:21 33:25 34:1 34:3 34:8 34:9 34:12 34:14 34:14 34:16 34:20 34:21 34:21 34:24 34:24 34:24 35:3 35:7 35:9 35:11 35:14 35:18 35:20 35:25 36:3 36:7 36:12 36:15 36:16 36:19 36:23 36:24 37:2 37:2 37:4 37:4 37:7 37:10 37:12 37:20 37:22 37:24 38:2 38:2 38:5 38:5 38:16 38:17 38:19 38:21 39:2 39:10 39:10 39:15 39:16 39:20 39:25 40:6 40:8 40:10 40:12 40:15 40:18 40:19 40:21 40:23 40:24 40:25 41:2 41:3 41:4 41:5 41:6 41:8 41:13 41:14 41:21 42:2 42:5 42:6 42:12 42:15 42:17 42:20 42:24 43:2 43:3 43:3 43:5 43:6 43:6 43:8 43:8 43:12 43:12 43:14 43:14 43:15 43:17 43:19 43:21 43:22 43:23 44:3 44:4 44:4 44:7 44:7 44:9 44:13 44:17 44:19 44:24 44:24 44:25 45:1 45:5 45:6 45:7 45:13 45:14 45:15 45:15 45:16 45:16 45:17 45:19 45:23 46:1 46:3 46:3 46:5 46:7 46:10 46:11 46:12 46:14 46:18 46:18 46:22 46:24 46:25 47:2 47:4 47:6 47:9 47:10 47:10 47:11 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**their**(22) 5:22 6:2 18:23 18:24 19:11 19:17 22:2 22:25 23:3 23:4 23:7 23:8 23:8 23:10 24:15 25:2 27:24 27:25 27:25 29:13 34:15

**them**(37) 5:17 8:9 8:24 10:6 10:16 11:15 11:21 12:13 13:1 13:2 14:3 16:2 18:5 19:14 22:8 22:25 23:7 23:10 24:11 30:15 34:18 34:22 35:1 35:1 35:24 35:25 37:15 37:18 37:19 41:16 43:6 43:13 44:1 44:1 44:8 44:18 45:20

**themselves**(1) 28:20

**then**(19) 6:1 8:10 9:14 9:18 10:3 10:16 14:3 19:3 19:15 19:19 20:2 33:10 33:25 34:15 36:20 38:21 42:9 45:9 45:10

**there**(48) 5:16 5:22 8:12 9:1 9:16 9:25 11:5 11:24 12:9 12:17 12:21 13:8 14:1 16:1 16:9 17:25 18:13 18:14 18:22 18:25 21:13 23:2 25:4 25:6 25:11 25:11 27:10 29:12 29:12 31:5 31:12 32:20 33:24 34:18 34:25 34:25 36:22 37:6 37:10 37:14 37:23 40:3 41:22 41:24 42:13 42:19 43:7 43:9

**theresa**(1) 36:25

**there'd**(1) 34:13

**there's**(14) 11:10 11:16 13:4 14:18 19:6 19:23 20:25 21:8 24:4 26:1 36:20 37:1 37:9 41:23

**these**(30) 9:8 9:21 10:7 11:8 11:14 18:11 19:2 19:11 22:3 22:22 22:24 23:9 23:22 24:12 25:2 25:7 25:8 25:24 26:24 28:4 28:23 28:25 29:11 34:2 34:7 34:8 37:2 43:8 44:15 44:20

**they**(53) 6:2 8:8 9:14 10:10 10:17 10:18 10:18 10:21 12:25 12:25 13:19 18:4 18:4 18:12 19:2 19:3 19:9 19:15 20:1 22:6 22:23 22:24 23:6 23:17 23:18 23:18 24:9 24:13 24:19 27:23 27:25 28:1 28:2 32:23 32:24 33:2 34:1 34:14 35:6 35:7 35:11 35:23 35:25 37:15 41:5 41:13 41:16 41:17 41:18 43:7 43:24 43:25 46:8

**they'll**(2) 12:7 23:23

**they're**(16) 11:20 13:4 13:18 17:1 17:10 17:17 17:18 22:11 27:17 27:23 32:22 35:7 35:8 35:9 35:12 44:6

**they've**(2) 22:9 27:22

**thing**(1) 16:15

**things**(14) 5:24 6:20 17:20 17:22 17:24 18:8 18:13 24:20 25:11 29:7 30:4 31:2 31:15 33:11

**think**(58) 6:17 6:23 10:19 11:15 11:17 11:18 12:10 13:16 13:19 14:1 14:17 14:18 14:21 15:1 16:9 16:13 17:9 17:20 18:19 19:3 20:14 20:20 21:9 23:2 24:14 24:21 26:1 26:23 27:20 29:20 30:11 30:22 30:25 31:1 31:6 31:15 33:17 33:25 34:20 35:5 36:1 36:5 37:17 39:9 39:17 39:18 39:19 42:8 43:22 44:23 44:23 45:10 45:21 45:23 45:25 46:1 46:1 46:9

**third**(2) 20:14 20:23

**this**(49) 8:9 9:22 10:2 10:13 10:16 13:24 14:10 15:9 15:16 15:17 15:25 16:1 16:2 16:3 18:3 19:8 20:23 22:16 22:19 23:16 23:21 26:17 28:3 28:6 29:16 30:10 30:18 32:8 32:17 33:5 33:7 33:8 33:11 33:12 33:14 33:15 35:6 35:8 36:25 37:9 38:9 39:18 39:24 40:9 40:17 41:17 43:2 44:23 46:9

**those**(7) 6:2 8:5 9:13 9:15 9:16 12:3 12:3 13:18 14:6 17:12 18:4 19:6 19:25 20:4 23:17 23:19 27:12 27:20 28:1 29:2 31:11 31:21 34:2 34:22 36:9 36:15 42:8

**though**(5) 17:20 21:12 29:13 31:16 34:5

**thought**(3) 12:25 22:11 41:19

**three**(2) 41:12 44:7

**through**(17) 5:11 8:21 10:19 11:23 13:13 18:2 18:12 19:17 23:22 27:20 29:7 33:16 34:16 34:16 35:12 38:14 42:19

**thunder**(1) 21:23

**thus**(2) 11:16 44:4

**time**(31) 5:21 5:25 8:6 8:9 8:14 9:22 9:24 10:2 10:5 10:13 11:6 13:22 13:25 14:4 22:18 28:1 31:2 32:6 32:8 32:15 32:19 33:6 33:13 34:15 34:23 37:25 38:5 38:6 39:9 39:20 46:12

**today**(7) 8:17 9:2 25:19 26:3 26:3 39:6 39:9

**together**(2) 11:7 35:17

**togut**(1) 2:42

**tomorrow**(1) 39:10

**too**(2) 24:17 30:18

**took**(2) 22:18 22:24

**topic**(1) 12:11

**touch**(1) 11:15

**tougher**(1) 41:20

**toward**(1) 28:16

**training**(1) 23:18

**transcriber**(1) 47:14

**transcript**(3) 1:17 1:46 47:10

**transcription**(1) 1:39 1:46

**transparency**(1) 46:9

**treated**(1) 33:4

**tremendous**(1) 22:10

**tried**(1) 42:12

**trilogy**(2) 17:11 17:12

**triumvirate**(1) 44:4

**trust**(1) 4:38

**trustee**(1) 2:20

**try**(18) 5:21 5:24 10:22 11:7 12:16 19:6 19:14 23:10 27:25 36:18 36:22 39:18 39:21 42:7 42:20 43:9 44:18 45:4

**trying**(14) 8:25 9:23 11:19 18:24 20:5 27:16 31:1 32:16 33:22 34:7 35:5 38:11 42:21 44:5

**tunnell**(1) 1:22

**turn**(1) 21:16

**turned**(1) 34:9

**turns**(1) 45:8

**tweed**(1) 3:21

**two**(8) 11:16 13:25 18:22 19:12 28:18 29:2 32:4 33:1

**tyler**(1) 2:46

**types**(1) 34:2

**u.s**(2) 7:15 7:21

**ultimately**(2) 10:4 10:15

**unable**(1) 9:5

**under**(3) 14:11 14:13 15:25

**understand**(15) 11:3 11:21 27:16 28:21 29:11 33:11 34:7 35:6 35:8 36:12 36:13 38:7 38:7 39:5 39:21

**understanding**(1) 12:15

**understood**(1) 16:20

**unfortunate**(1) 41:19

**united**(2) 1:1 1:19

**unknown**(1) 16:7

**unless**(1) 34:5

**unnecessary**(1) 24:7

**unreal**(1) 33:5

**unsecured**(3) 4:39 25:19 26:14 28:22

**until**(3) 39:7 45:6 46:18

**updated**(1) 34:17

**uploaded**(5) 10:4 10:11 10:15 36:20 37:6

**used**(1) 23:18

**useful**(1) 38:13

**using**(1) 42:12

**usual**(1) 44:15

**various**(2) 24:15 24:19

**vdr**(5) 32:20 34:16 34:24 35:3 40:24

**vendor**(2) 41:25 42:7

**very**(14) 6:12 16:5 18:17 18:20 19:25 25:13 27:1 29:16 37:1 41:10 42:24 43:3 44:12 44:15

**via**(1) 42:21

**view**(1) 30:13

**views**(1) 22:13

**violated**(1) 18:16

**violates**(1) 43:7

**virtual**(1) 36:17

**voice**(1) 11:14

**want**(13) 21:24 22:1 24:13 24:23 25:1 27:4 27:13 29:6 29:19 30:3 31:2 35:11 45:25

**wanted**(4) 17:6 17:20 30:2 43:20

**wants**(2) 12:3 37:11

**was**(43) 7:17 7:18 7:22 7:23 7:25 8:1 9:9 9:16 9:22 10:2 10:3 10:10 10:19 13:10 14:14 15:3 15:25 16:9 16:11 16:11 16:12 17:3 18:14 18:21 18:23 20:11 20:14 21:9 27:24 31:8 31:12 32:18 32:24 33:7 33:8 34:10 36:1 37:6 39:24 40:10 40:25 43:22 47:6

**wasn't**(1) 18:16

**way**(5) 19:22 35:12 37:15 42:5 43:14

**weather**(1) 30:25

**webb**(1) 2:46

**website**(8) 9:9 9:14 9:24 10:5 10:10 10:21 13:1 18:3

**wednesday**(1) 5:1

**week**(1) 10:23

**weeks**(5) 13:25 16:3 22:2 32:4 44:22

**welcome**(2) 26:8 44:6

**well**(24) 6:12 7:3 12:23 14:14 16:5 22:6 22:11 24:1 25:12 25:13 25:17 30:4 32:2 32:6 36:2 38:16 38:17 40:18 41:19 42:15 44:25 45:17 46:7 46:15

**went**(2) 17:6 32:19

**were**(27) 5:15 8:3 8:12 8:13 9:12 9:13 10:4 10:7 10:8 10:15 10:18 11:5 11:24 11:25 12:1 15:1 22:8 22:20 23:18 27:23 30:4 31:10 31:14 32:23 33:22 39:23 41:16

**weren't**(2) 10:10 28:2

**west**(1) 2:16

**we'll**(22) 10:22 21:8 21:12 21:12 29:14 30:16 30:20 32:3 32:4 32:5 36:15 36:21 37:7 39:5 39:13 42:16 42:19 43:4 43:9 43:10 45:3 45:4

**we're**(33) 6:8 7:3 8:17 8:23 8:25 11:17 11:19 11:19 12:2 12:13 12:16 13:5 13:12 14:2 19:19 20:4 20:8 20:10 25:6 25:8 27:16 28:24 29:15 29:19 30:1 31:1 34:7 36:11 36:13 39:18 42:7 42:9 46:23

**we've**(32) 7:4 8:8 8:18 11:7 11:12 11:14 11:22 12:7 12:14 13:1 13:3 18:3 19:5 19:7 19:8 19:13 19:18 23:9 23:16 29:13 29:15 30:15 34:22 35:1 36:5 36:7 36:9 38:10 43:4 43:13 44:21 46:8

**what**(39) 5:19 6:2 6:8 6:10 8:2 9:9 9:10 10:10 10:24 11:20 11:24 12:15 13:21 19:15 20:5 22:10 22:11 23:2 25:20 26:20 27:16 27:17 27:21 27:22 27:24 28:24 29:8 30:9 32:3 32:14 32:22 34:22 36:11 41:4 41:8 42:13 42:16 44:21 45:15 46:2

**whatever**(4) 16:22 33:23 34:14 38:3

**what's**(3) 10:21 33:3 33:3

**when**(10) 17:22 17:23 19:1 19:2 19:9 30:15 32:19 32:22 34:17 41:21

**where**(13) 5:24 8:17 11:5 12:9 14:1 14:5 28:3 33:2 34:19 35:17 38:5 39:21 46:3

**whereupon**(1) 47:6

**whether**(6) 8:12 11:9 18:24 27:12 34:19 42:5

**while**(6) 8:13 12:20 17:1 17:9 17:17 29:4

**who**(11) 12:3 17:25 19:16 30:8 32:8 37:10 39:17 40:2 41:12 41:21 42:10

**whole**(2) 7:5 32:16

**who's**(4) 5:22 6:21 41:24 43:10

**wilkie**(1) 4:38

**will**(24) 6:1 6:21 7:10 17:21 20:7 25:12 28:3 29:18 36:18 37:23 38:3 38:20 38:20 39:1 39:12 39:14 42:17 44:7 44:19 45:3 46:2 46:9 46:11 46:25

**william**(2) 2:28 3:46

**willing**(1) 36:14

**wilmington**(7) 1:12 1:26 2:9 2:17 2:24 2:31 5:1

**wilson**(1) 4:8

**wishes**(1) 5:20

**with**(63) 5:13 5:16 6:8 6:22 8:4 8:9 8:19 8:22 10:22 10:24 11:4 11:15 12:13 12:21 13:24 14:16 15:24 17:19 18:5 19:14 21:14 21:25 22:7 23:9 24:11 25:6 26:22 26:21 26:22 23:9 24:16 29:2 29:16 31:1 32:15 33:15 33:25 34:4 34:6 34:23 36:6 36:11 36:14 36:16 39:2 39:5 39:12 39:15 40:3 40:24 40:25 41:5 41:24 42:3 42:6 42:7 42:17 42:20 44:10 44:5 44:20 46:9

**within**(1) 13:25

**without**(5) 21:4 44:12 44:25

**wonderful**(1) 32:16

**won't**(4) 24:17 31:16 34:5 36:8

**word**(1) 38:4

**words**(1) 24:7

**work**(13) 6:22 8:25 10:22 22:2 34:7 36:9 36:15 36:21 38:10 42:10 44:13 44:24

**worked**(3) 18:20 41:24 42:2

**working**(13) 8:9 8:13 8:19 8:23 11:7 22:12 24:3 28:16 36:6 36:25 37:13 39:18 42:7

**worms**(1) 30:22

**worse**(2) 42:19 42:20

**would**(33) 5:19 5:20 5:23 5:25 6:23 9:4 12:10 12:25 13:23 14:4 14:10 16:22 16:22 18:16 20:3 21:7 26:2 32:8 33:5 33:13 33:24 33:24 34:13 37:3 37:18 40:22 41:22 43:24 44:11 45:22 45:24 46:13

**wouldn't**(1) 45:24

**written**(1) 9:17

**www.diazdata.com**(1) 1:43

**year**(1) 18:24

**years**(1) 18:23

**yes**(39) 5:9 6:14 6:19 12:19 14:12 14:15 14:22 14:23 15:11 15:16 15:20 16:10 17:13 19:4 20:13 21:22 22:5 25:21 27:18 28:10 28:17 29:3 31:24 36:10 37:5 38:17 39:11 40:8 40:10 40:15 40:16 40:19 42:1 42:12 42:14 43:25 44:17 45:8 46:22

**yet**(9) 9:21 10:11 14:20 14:25 20:6 26:1 31:16 38:6 38:22

**york**(3) 1:34 2:37 31:13

| Word | Page:Line |
|---|---|

**you**(158) 5:2  5:3  5:15  6:6  6:18  7:8  7:9
7:10  7:14  8:2  9:6  9:22  10:8  10:21  10:23
11:18  11:21  11:23  12:3  12:10  12:14  12:18
14:9  14:13  15:9  15:13  15:16  15:22  15:24
16:24  17:10  17:20  17:21  17:22  17:22
18:17  19:1  19:5  19:17  20:1  20:7  20:16
21:16  21:17  22:8  22:22  22:25  23:1  23:2
24:2  24:3  24:5  24:12  24:12  24:13  24:18
25:1  25:2  25:6  25:8  25:13  25:14  25:16
25:17  26:7  26:9  26:9  27:1  27:3  27:4  27:4
27:7  27:10  27:12  27:21  27:22  28:8  28:13
28:14  28:15  28:21  29:8  29:10  29:18  30:4
30:22  30:23  31:9  31:11  32:2  32:5  32:7
32:14  32:22  33:6  33:11  33:12  33:13  34:6
34:17  34:19  34:19  34:19  34:20  35:3  36:17
36:19  36:20  37:24  38:8  38:8  38:9  38:9
38:11  38:13  38:19  38:20  38:25  39:2  39:3
39:4  39:5  39:6  39:8  39:13  39:13  39:19
39:20  39:22  39:23  40:3  40:12  40:19  41:21
42:17  42:19  42:21  42:25  43:2  43:18  43:20
44:9  44:9  44:10  45:4  45:14  45:16  46:10
46:12  46:15  46:18  46:21  46:25  47:1  47:2
47:3  47:4  47:4

**young**(1) 2:50
**your**(78) 5:4  5:7  5:7  5:13  5:15  5:19  6:6
6:10  6:13  6:16  7:9  7:14  9:7  13:20  14:8
14:12  14:23  15:3  15:8  15:15  15:18  16:4
16:7  16:9  16:15  17:1  17:9  17:17  20:9
20:16  20:17  20:22  20:24  21:6  21:10  21:18
22:13  24:10  24:14  25:15  25:17  25:22  26:2
26:4  26:7  26:9  26:10  27:13  28:18  29:7
30:24  31:20  32:3  33:17  34:17  36:10  37:23
38:1  38:8  39:9  40:1  40:7  41:10  42:25
43:19  44:10  44:11  44:12  44:14  44:25
44:25  45:8  45:21  46:6  46:15  46:17  46:20
47:3

**you'll**(3) 30:16  32:3  44:22
**you're**(9) 12:21  15:10  15:19  22:3  30:9
30:22  38:14  39:14  46:20

**you've**(2) 15:14  39:6
**zahralddin**(67) 2:13  6:13  6:15  6:15  6:20
7:2  7:9  7:12  14:12  14:16  17:5  17:9  17:14
17:16  18:7  18:11  19:5  20:19  20:22  21:3
21:14  21:17  28:17  28:18  29:4  29:24  30:1
30:7  30:11  30:13  30:17  30:20  30:24  31:12
32:2  33:17  33:21  34:4  34:13  35:13  35:16
35:21  36:4  36:24  37:5  37:13  37:21  38:24
39:1  39:8  39:12  41:10  41:15  42:2  42:14
42:16  43:4  43:25  44:4  44:10  44:14  44:18
44:23  45:2  45:6  46:6  46:11

**zloto**(1) 3:18