# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 11/8/2012 |
| Case: 09−10138−KG | Form ID: ntcBK | Total: 41 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | Thomas Patrick Tinker | thomas.p.tinker@usdoj.gov |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | Ann C. Cordo | acordo@mnat.com |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA−LLC.com |
| aty | Eric D. Schwartz | eschwartz@mnat.com |
| aty | James L. Bromley | jbromley@cgsh.com |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Kathleen A. Murphy | kathleen.murphy@bipc.com |
| aty | Mary Caloway | mary.caloway@bipc.com |
| aty | Mona A. Parikh | mona.parikh@bipc.com |
| aty | Nancy G. Everett | neverett@winston.com |
| aty | Peter James Duhig | peter.duhig@bipc.com |
| aty | Raymond Howard Lemisch | rlemisch@beneschlaw.com |
| aty | Sarah R Stafford | sstafford@beneschlaw.com |
| aty | William M. Alleman, Jr. | walleman@mnat.com |

TOTAL: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Nortel Networks Inc., et al. | 2221 Lakeside Boulevard | Richardson, TX 75082 | |
| frep | Allen &Overy LLP, | 1221 Avenue of the Americas | New York, NY 10020 | |
| aty | Aren Goldsmith | Cleary Gottlieb Steen &Hamilton LLP | 12, rue de Tilsitt | Paris, FR 75008 |
| aty | Inna Rozenberg | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Jacqueline Moessner | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | James Croft | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Jennifer M. Westerfield | Cleary Gottlieb Steen &Hamilton, LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Jesse D.H. Sherrett | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Juliet A. Drake | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Kamal Sidhu | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Ken Coleman | Allen &Overy LLP | 1221 Avenue of the Americas | New York, NY 10020 |
| aty | Kerrin T. Klein | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Lauren L. Peacock | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Lisa Kraidin | Allen &Overy LLP | 1221 Avenue of The Americas | New York, NY 10020 |
| aty | Louis A. Lipner | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Matthew Gurgel | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |
| aty | Neil P Forrest | Cleary Gottlieb Steen &Hamiton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Nora K Abularach | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Rene E. Thorne | Jackson Lewis LLP | 650 Poydras Street Suite 1900 | New Orleans, LA 70130 |
| aty | Robin J. Baik | Cleary Gottlieb Steen &Hamilton LLP | One Liverty Plaza | New York, NY 10006 |
| aty | Scott D. McCoy | Cleary Gottlieb Steen &Hamilton LLP | One Liberty Plaza | New York, NY 10006 |
| aty | Thomas F. Driscoll, III | Morris, Nichols, Arsht &Tunnell LLP | 1201 North Market Street | Wilmington, DE 19801 |
| aty | Tomislav A. Joksimovic | Cleary Gottlieb Steen &Hamilton LLP | 1 Liberty Plaza | New York, NY 10006 |

TOTAL: 23