# EXHIBIT B



NORTEL NETWORKS INC. CREDITORS COMMITTEE  
ATTN: JOHN DOLITTLE  
2221 LAKESIDE BOULEVARD  
RICHARDSON, TX 75082

Invoice Number 1448071  
Invoice Date 10/25/12  
Client Number 687147  
Matter Number 0001

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

|  |  | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 3.50 | $2,555.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | $3,069.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.70 | $2,715.50 |
| 0006 | Retention of Professionals | 0.20 | $210.00 |
| 0007 | Creditors Committee Meetings | 90.80 | $68,190.00 |
| 0008 | Court Hearings | 11.40 | $9,261.00 |
| 0009 | Financial Reports and Analysis | 1.70 | $977.50 |
| 0012 | General Claims Analysis/Claims Objections | 10.90 | $6,695.00 |
| 0014 | Canadian Proceedings/Matters | 4.30 | $3,377.50 |
| 0017 | General Adversary Proceedings | 45.20 | $18,970.00 |
| 0018 | Tax Issues | 5.70 | $4,018.50 |
| 0019 | Labor Issues/Employee Benefits | 135.00 | $94,247.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.10 | $930.00 |
| 0025 | Travel | 9.45 | $7,523.75 |
| 0028 | Non-Debtor Affiliates | 22.00 | $14,506.00 |
| 0029 | Intercompany Analysis | 130.40 | $106,895.50 |
|  | TOTAL | 481.35 | $344,142.25 |

One Bryant Park / New York, NY 10036 / 212.872.1000 / fax 212.872.1002 / www.akingump.com

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                     Page 2
Invoice Number: 1448071                                                                October 25, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 09/05/12 | FSH | 0002 | Respond to call of creditor. | 0.20 |
| 09/13/12 | FSH | 0002 | Respond to calls of creditors. | 0.70 |
| 09/14/12 | JYS | 0002 | T/C w. Creditor. | 0.60 |
| 09/20/12 | BMK | 0002 | TC with unsecured creditor re: case status | 1.00 |
| 09/20/12 | SLB | 0002 | Coordinate scheduling of upcoming meetings. | 0.30 |
| 09/25/12 | FSH | 0002 | Review pending case items. | 0.40 |
| 09/25/12 | SLB | 0002 | Confer w/ M. Fagen re: case admin (.1); corr. w/ M. Fagen re: the same (.2). | 0.30 |
| 09/06/12 | FSH | 0003 | Work on monthly fee application. | 0.40 |
| 09/14/12 | BMK | 0003 | Review August invoice | 1.80 |
| 09/24/12 | SLS | 0003 | Review and comment on monthly fee statement. | 1.70 |
| 09/24/12 | PJS | 0003 | Review and prepare documents re monthly fee application. | 1.10 |
| 09/04/12 | DKB | 0004 | Review recently filed fee applications for L. Beckerman (.2); Review and organize additional pleadings (.3); Prepare sets of relevant documents for attorneys (.3). | 0.80 |
| 09/12/12 | FSH | 0004 | Review fee applications. | 0.30 |
| 09/12/12 | FSH | 0004 | Attention to Jefferies final fee application. | 0.20 |
| 09/12/12 | BMK | 0004 | Review draft interim fee order | 0.30 |
| 09/19/12 | BMK | 0004 | Review and comment on Jefferies final fee application | 2.20 |
| 09/24/12 | BMK | 0004 | Review of form of order for Jefferies final fee app | 0.30 |
| 09/25/12 | FSH | 0004 | Review Jefferies draft order. | 0.10 |
| 09/28/12 | BMK | 0004 | Edit Jefferies final fee application (0.1); emails re: same (0.4) | 0.50 |
| 09/28/12 | FSH | 0006 | Communications re Jefferies final fee app. | 0.20 |
| 09/04/12 | SLS | 0007 | Telephone call with B. Kahn to prepare for UCC meeting (.2); telephone call with J. Hyland regarding same (.2); review Hyland notes regarding same (.2) | 0.60 |
| 09/04/12 | SLS | 0007 | Participate in professionals' precall. | 0.60 |
| 09/04/12 | FSH | 0007 | Meet w/ working group to prepare for Committee meeting (.6). Follow-up re agenda (.1). | 0.70 |
| 09/04/12 | AQ | 0007 | Meet with Capstone and team to prepare for committee call. | 0.60 |
| 09/04/12 | BMK | 0007 | Attend professionals' pre-call (.6); follow up with Capstone team (.5). | 1.10 |
| 09/05/12 | SLS | 0007 | Participate in Committee call (.3). | 0.30 |
| 09/05/12 | FSH | 0007 | Prep for Committee call (.2). Participate in same (.3). | 0.50 |
| 09/05/12 | AQ | 0007 | Attend Committee call. | 0.30 |
| 09/05/12 | DHB | 0007 | Prepare for (.1) and attend Committee call (.3); follow-up re same (.3). | 0.70 |
| 09/05/12 | BMK | 0007 | Prepare for committee meeting (0.2); attend committee meeting (0.3); follow up to same (0.1) | 0.60 |
| 09/05/12 | KMR | 0007 | Attended creditors committee meeting (.3) and follow up internal discussions (.3). | 0.60 |
| 09/05/12 | JYS | 0007 | Attend Committee Call. | 0.30 |
| 09/05/12 | SLB | 0007 | Prepare for (.1) and attend (.3) Committee call; attend post-call professionals' meeting (.3). | 0.70 |
| 09/06/12 | AQ | 0007 | Call with Capstone re preparation for committee meeting. | 0.70 |
| 09/06/12 | DHB | 0007 | Prep call for Committee meeting (.7); follow-up with F. Hodara (.2). | 0.90 |
| 09/10/12 | FSH | 0007 | Review materials for Committee meeting. | 0.60 |
| 09/10/12 | BMK | 0007 | Attend professionals' call (1.1); prepare materials for in-person committee meeting (3.3) | 4.40 |
| 09/11/12 | SLS | 0007 | Participate in in-person UCC meeting (3.9); prepare for same (.6). | 4.50 |
| 09/11/12 | LGB | 0007 | Participate in meeting with Committee (.4). | 0.40 |
| 09/11/12 | FSH | 0007 | Meet w/ working group to prepare for in-person committee meeting (.8). Attend same (3.9). Follow-up and attention to next meeting (.3). Communicate w/ J. Bromley re upcoming meeting (.2). | 5.20 |
| 09/11/12 | AQ | 0007 | Professionals' pre-meeting. | 0.60 |
| 09/11/12 | AQ | 0007 | In-person committee meeting. | 3.90 |
| 09/11/12 | DHB | 0007 | Prepare for Committee meeting (1.0); attend same (3.9); follow-up re | 5.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                                    Page 3
Invoice Number: 1448071                                                                              October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.2). | |
| 09/11/12 | BMK | 0007 | Prepare for committee meeting (0.8); attend pre-call with UCC professionals (1.0); attend in-person committee meeting (3.9) | 5.70 |
| 09/11/12 | KMR | 0007 | Work on tax reserve presentation (0.4); professionals meeting (0.4); meeting with committee (3.9). | 4.70 |
| 09/11/12 | JYS | 0007 | Professionals pre-meeting (0.5); Committee Meeting (telephonic participation) (3.7). | 4.40 |
| 09/11/12 | SLB | 0007 | Coordinate scheduling of upcoming Committee call. | 0.20 |
| 09/12/12 | SLS | 0007 | Participate in UCC meeting (.5). | 0.50 |
| 09/12/12 | LGB | 0007 | T/C with committee (.5). | 0.50 |
| 09/12/12 | FSH | 0007 | Attend Committee meeting (.5). Follow up communications w/ Committee re next steps (.1). | 0.60 |
| 09/12/12 | AQ | 0007 | Attend Professionals' pre-call. | 0.40 |
| 09/12/12 | AQ | 0007 | Attend Committee call. | 0.50 |
| 09/12/12 | KMR | 0007 | Participated in creditors committee call re: meetings with the debtor. | 0.50 |
| 09/12/12 | JYS | 0007 | Attend Committee Call. | 0.50 |
| 09/13/12 | FSH | 0007 | Numerous communications re meetings of Company and Committee. | 1.10 |
| 09/13/12 | GDB | 0007 | Emails re professionals call and UCC meeting/call. | 0.60 |
| 09/14/12 | FSH | 0007 | Communications re: Committee meeting. | 0.40 |
| 09/14/12 | GDB | 0007 | Emails re UCC meeting (0.3) | 0.30 |
| 09/15/12 | FSH | 0007 | Communicate w/ Committee re meeting. | 0.10 |
| 09/15/12 | DHB | 0007 | Email communications with Committee and professionals re meeting. | 0.20 |
| 09/17/12 | FSH | 0007 | Planning for Committee meeting and communications w/ working group re same (.4). Communications w/ J. Bromley and follow up (.4). | 0.80 |
| 09/17/12 | BMK | 0007 | Review emails re: upcoming meetings (0.3); email to UCC re: same (0.2) | 0.50 |
| 09/17/12 | SLB | 0007 | Corr. w/ S. Schultz & B. Kahn re: scheduling of upcoming Committee meetings (.2); confer w/ S. Schultz re: same (.1). | 0.30 |
| 09/19/12 | SLS | 0007 | Participate in professionals' precall. | 1.40 |
| 09/19/12 | FSH | 0007 | Meeting w/ working group re Committee meeting. | 1.40 |
| 09/19/12 | AQ | 0007 | Attend Professionals pre-call. | 1.40 |
| 09/19/12 | DHB | 0007 | Professionals pre-call re meeting and mediation next steps (1.5); follow-up re same (.2); office conference with B. Kahn re agenda (.1); email communications re outcome of hearing (.1). | 1.90 |
| 09/19/12 | BMK | 0007 | Prepare for professionals' call (0.4); attend professionals' call (1.4). | 1.80 |
| 09/19/12 | KMR | 0007 | Attended professionals meeting. | 1.40 |
| 09/19/12 | JYS | 0007 | Attend professionals call. | 1.40 |
| 09/19/12 | GDB | 0007 | Attend professionals call. | 1.40 |
| 09/19/12 | SLB | 0007 | Attend professionals' call (1.4); coordinate scheduling of the same (.1); prepare materials for Committee call and coordinate scheduling of the same (.2); confer w/ M. Fagen re: same (.2). | 1.90 |
| 09/20/12 | SLS | 0007 | Participate in UCC call (.8); follow up to same (.2). | 1.00 |
| 09/20/12 | LGB | 0007 | Participate on committee call (.8); follow up to same (.1). | 0.90 |
| 09/20/12 | FSH | 0007 | Communications w/ Committee member re upcoming meeting (.1). Prep for meeting (.2). Attend same (.8). Follow-up w/ working group (.4). | 1.50 |
| 09/20/12 | AQ | 0007 | Attend Committee call. | 0.80 |
| 09/20/12 | AQ | 0007 | Professionals' post-call meeting. | 0.30 |
| 09/20/12 | BMK | 0007 | Prepare for committee call (0.5); participate in committee call (0.8); follow up to same (0.4); review minutes (0.2) | 1.90 |
| 09/20/12 | KMR | 0007 | Attended creditors committee meeting (.8) and follow up discussions re: allocation matters (.4). | 1.20 |
| 09/20/12 | JYS | 0007 | Committee Call (0.8); Follow up w. AG team (0.2). | 1.00 |
| 09/20/12 | GDB | 0007 | Attend UCC call. | 0.80 |
| 09/20/12 | SLB | 0007 | Prepare materials for (.2) and attend (.8) Committee call; attend post-call meeting w/ Committee professionals (.3); prepare minutes for Committee call (.3); confer w/ B. Kahn re: same (.1); confer w/ M. Fagen re: same (.2). | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                    Page 4
Invoice Number: 1448071                                                     October 25, 2012

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                 Page 4
Invoice Number: 1448071                                                  October 25, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 09/20/12 | MCF | 0007 | Attend Committee Call (.8). Post-call discussion with Professionals (.4). | 1.20 |
| 09/21/12 | FSH | 0007 | Communications re Committee meeting. | 0.20 |
| 09/24/12 | FSH | 0007 | Communications w/ Committee members re meeting. | 0.30 |
| 09/24/12 | BMK | 0007 | Coordinate committee meeting schedule | 0.40 |
| 09/25/12 | FSH | 0007 | Work on agenda and communications re same. | 0.20 |
| 09/25/12 | BMK | 0007 | Prepare agenda for upcoming committee call | 0.30 |
| 09/27/12 | FSH | 0007 | Prep for Committee meeting (.2). Attend same (.5). | 0.70 |
| 09/27/12 | DHB | 0007 | Prepare for (.2) and attend Committee meeting (.5). | 0.70 |
| 09/27/12 | BMK | 0007 | Prepare for comittee call (0.3); attend committee call (0.5) | 0.80 |
| 09/27/12 | KMR | 0007 | Attended creditors committee meeting. | 0.50 |
| 09/27/12 | JYS | 0007 | Attend Committee Call. | 0.50 |
| 09/27/12 | GDB | 0007 | Attend UCC Call (.5). | 0.50 |
| 09/27/12 | SLB | 0007 | Prepare for (.2) and attend (.5) Committee call; corr. w/ M. Fagen re: minutes for the same (.2); coordinate scheduling of upcoming meetings (.2). | 1.10 |
| 09/27/12 | MCF | 0007 | Attend Committee call (.5). | 0.50 |
| 09/27/12 | MCF | 0007 | Minutes re committee call (.3). | 0.30 |
| 09/28/12 | BMK | 0007 | Call with committee member re: case issues. | 0.60 |
| 08/06/12 | SLB | 0008 | Corr. w/ team re: transcript (.2); corr. w/ local counsel re: same (.1). | 0.30 |
| 08/20/12 | LGB | 0008 | Participate in discovery conference with court (.7); teleconference with Schweitzer re same (.2); email Marc re same. | 1.00 |
| 08/21/12 | FSH | 0008 | Communications w/ Committee, AQ, Richards Layton re court hearing and attention to agenda, related issues. | 0.50 |
| 08/21/12 | SLB | 0008 | Prepare materials for hearing (.5); confer w/ A. Qureshi re: same (.1); confer w/ J. Samper re: same (.1). | 0.70 |
| 09/01/12 | LGB | 0008 | E-mail Samis re 9/5 hearing (.1); review response to same (.1). | 0.20 |
| 09/02/12 | LGB | 0008 | Review e-mail from Hodara re 9/5 hearing (.1); respond to same (.1). | 0.20 |
| 09/02/12 | BMK | 0008 | Emails re: upcoming hearing | 0.20 |
| 09/03/12 | FSH | 0008 | Communications re upcoming hearing. | 0.20 |
| 09/04/12 | FSH | 0008 | Communications re upcoming court hearing (.1). Review amended agenda (.1). | 0.20 |
| 09/05/12 | FSH | 0008 | Communications re Horne hearing. | 0.10 |
| 09/05/12 | DHB | 0008 | Email communications re hearing. | 0.80 |
| 09/10/12 | LGB | 0008 | E-mail Samis re hearing agenda (.1). | 0.10 |
| 09/14/12 | LGB | 0008 | E-mail to Hodara re 9/19 hearing (.1); review response to same (.1). | 0.20 |
| 09/14/12 | FSH | 0008 | Attention to docs for hearing. | 0.20 |
| 09/14/12 | BMK | 0008 | Emails re: upcoming omnibus hearing | 0.20 |
| 09/15/12 | LGB | 0008 | E-mail Samis re 9/19 hearing (.1); e-mail Schweitzer re same (.1); review response to same (.1). | 0.30 |
| 09/18/12 | LGB | 0008 | E-mail Krasa-Berstell/Samper re hearing binder (.1); e-mail Schweitzer/Fleming re hearing agenda (.1); review response to same (.1); e-mail Samis re same (.1). | 0.40 |
| 09/18/12 | DKB | 0008 | Confer with L. Beckerman re preparation for hearing (.1); Prepare hearing notebook (1); Prepare index therefore (.5); Confer with attorney re status (.1). | 1.70 |
| 09/19/12 | LGB | 0008 | Attend hearing (2.7); prepare hearing summary write up for Hodara/Botter/Sturm/Kahn re same (.5); e-mail Samis re same (.1). | 3.30 |
| 09/19/12 | FSH | 0008 | Follow up re court hearing. | 0.10 |
| 09/20/12 | FSH | 0008 | Communications re upcoming hearing. | 0.10 |
| 09/27/12 | MCF | 0008 | Coordinate schedule re Omnibus Hearings (.2). | 0.20 |
| 09/28/12 | FSH | 0008 | Update hearing information. | 0.20 |
| 09/28/12 | BMK | 0009 | Review trading issues and related documents | 1.70 |
| 09/04/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 09/05/12 | BMK | 0012 | Review motion to reconsider claims order | 0.30 |
| 09/06/12 | FSH | 0012 | Review claims documents. | 0.30 |
| 09/11/12 | BMK | 0012 | Research and analysis re: claims issue | 1.20 |
| 09/13/12 | BMK | 0012 | Research and analysis re: claims issue | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                                Page 5
Invoice Number: 1448071                                                           October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/14/12 | BMK | 0012 | TC with Debtors re: claims issues | 0.60 |
| 09/24/12 | FSH | 0012 | Review claims matters. | 0.20 |
| 09/24/12 | BMK | 0012 | Review draft motion re: claim settlement (0.4); research re: claims issue (1.2) | 1.60 |
| 09/27/12 | BMK | 0012 | Research re: claims issue | 1.80 |
| 09/28/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 09/28/12 | BMK | 0012 | Research re: claims issue | 2.60 |
| 09/07/12 | FSH | 0014 | Review Fraser analysis of CCC claims and confer w/ RJ and BK re same. | 0.50 |
| 09/07/12 | BMK | 0014 | Review of Canadian claims issues (1.0); emails re: same (0.2) | 1.20 |
| 09/27/12 | BMK | 0014 | Review materials for monitor expanded power motion | 1.10 |
| 09/28/12 | FSH | 0014 | Review Monitor Report and follow up communications w/ working group re same (.8). Attention to research issue (.1). | 0.90 |
| 09/28/12 | DHB | 0014 | Extensive email communications re cease trading issues and consideration of same. | 0.60 |
| 09/13/12 | BMK | 0017 | Research re: settlement issues | 2.60 |
| 09/17/12 | SLB | 0017 | Confer w/ M. Fagen re: 9019 analysis (.1); locate materials in connection with the same and send to M. Fagen (.2). | 0.30 |
| 09/18/12 | BMK | 0017 | Research conversion issue | 1.10 |
| 09/18/12 | MCF | 0017 | Confer with B. Kahn re Rule 9019 memo (.3); Research re Rule 9019 memo (3); Research docket re memo (2.4); Drafting Rule 9019 memo (3.7); Confer with B. Kahn re research (.4) | 9.80 |
| 09/19/12 | BMK | 0017 | Analysis of 9019 issues | 0.60 |
| 09/19/12 | MCF | 0017 | Memo re Rule 9019 (.6). Confer with A. Preis re Rule 9019 (.1). Memo re Rule 9019 (4.7) | 5.40 |
| 09/20/12 | SLB | 0017 | Confer w/ B. Kahn re: 9019 analysis (.1); confer w/ M. Fagen re: same (.3); conduct research in connection with the same (.3). | 0.70 |
| 09/20/12 | MCF | 0017 | Prepare 9019 chart (1.9). Confer with B. Kahn re 9019 research (.3). Confer with S. Brauner re 9019 research (.3). | 2.50 |
| 09/21/12 | BMK | 0017 | Analysis of 9019 issues (1.6); conf with M. Fagen re: same (0.4) | 2.00 |
| 09/21/12 | MCF | 0017 | Prepare chart of 9019 cases (3.7). Confer with B. Kahn re 9019 memo (.5). | 4.20 |
| 09/24/12 | BMK | 0017 | Research and analysis re: settlement issues | 1.70 |
| 09/24/12 | MCF | 0017 | 9019 memo revisions (4.1) | 4.10 |
| 09/25/12 | BMK | 0017 | Conf with M. Fagen re: settlement research | 0.30 |
| 09/25/12 | MCF | 0017 | 9019 memo revision (1.8); confer with B. Kahn re 9019 memo (.3); Research re compliance with non-bankruptcy law (.9); Confer w/ B. Kahn regarding same (.4); Research re authorization to settle (.6). | 3.40 |
| 09/26/12 | BMK | 0017 | Review and comment on memo re: settlements | 1.30 |
| 09/27/12 | BMK | 0017 | Conf with M. Fagen re: settlement issues (0.6); research re: same (0.5) | 1.10 |
| 09/27/12 | KF | 0017 | Review Retiree/LTD documents (1.4); conf w/ A.Koo & D. Iofe re same (.3). | 1.70 |
| 09/27/12 | MCF | 0017 | Confer with B. Kahn re 9019 memo (.7). | 0.70 |
| 09/28/12 | MCF | 0017 | Revisions re 9019 memo (1.7) | 1.70 |
| 09/05/12 | KMR | 0018 | Continued analysis of tax issues. | 2.20 |
| 09/07/12 | KMR | 0018 | Continued analysis of the tax materials (1.5); discussions with J. Hyland re: tax issues (0.5). | 2.00 |
| 09/10/12 | KMR | 0018 | Continued review of tax issues (1.5). | 1.50 |
| 09/01/12 | LGB | 0019 | Review order rescheduling 1114 motion (.1); review motion seeking same re LTD motion (.2); e-mail Krasa-Berstell/Samper re same (.1). | 0.40 |
| 09/02/12 | LGB | 0019 | Review objection by debtors to protective order re deferred comp claimants (.5). | 0.50 |
| 09/04/12 | LGB | 0019 | Review e-mail from Schweitzer re mediation (.1); e-mail Sturm/Lilling re same (.1); e-mail Schweitzer re same (.1). | 0.30 |
| 09/04/12 | JYS | 0019 | Corr w. Mediator and retiree/LTD parties re further mediation. | 0.30 |
| 09/04/12 | JYS | 0019 | Review corr re mediation dates. | 0.30 |
| 09/05/12 | ALK | 0019 | Coordination with litigation support team regarding Retiree/LTD | 0.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1448071

Page 6  
October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | document processing (0.4); confer w/ A. Qureshi regarding same (0.1). | |
| 09/05/12 | JYS | 0019 | Corr with mediator and retiree/LTD parties re rescheduling mediation. | 0.30 |
| 09/05/12 | JYS | 0019 | Review retiree plans (0.8); Review motion to reconsider retiree claims objection (0.2). | 1.00 |
| 09/05/12 | SCL | 0019 | Prepared electronic material re: retirees for attorney review. | 1.00 |
| 09/05/12 | DBI | 0019 | Prepare database re: retiree documents. | 0.50 |
| 09/06/12 | LGB | 0019 | Review e-mail from Hyland re LTD/retiree claims and respond to same (.1); review e-mail from Sturm re UK pension claim and respond to same (.1). | 0.20 |
| 09/06/12 | FSH | 0019 | Attention to filed UK pension claim (.3). Attention to claim resolutions (.1). | 0.40 |
| 09/06/12 | BMK | 0019 | Initial review of amended UK pension claims | 2.80 |
| 09/06/12 | ASL | 0019 | Review motion to reconsider pension claim. | 0.40 |
| 09/06/12 | KMR | 0019 | Began reviewing the discussion of transfer pricing issues in the submission from the UK pension authorities (1.2). | 1.20 |
| 09/06/12 | JYS | 0019 | Review LTD/Retiree Scheduling orders (0.4); Corr w. L. Beckerman re Revised UK POC (0.2). | 0.60 |
| 09/07/12 | LGB | 0019 | E-mail Borow, Sturm, Lilling re mediation on 9/21 (.1); review e-mail from Hodara re UK pension claim and respond to same (.1). | 0.20 |
| 09/07/12 | FSH | 0019 | Review amended UK pension claim and communications w/ working group re same. | 1.50 |
| 09/07/12 | BMK | 0019 | Emails and analysis re: UK pension claims | 0.40 |
| 09/07/12 | ALK | 0019 | Coordination of Retiree/LTD production documents (0.5). Reviewed same (0.2). | 0.70 |
| 09/07/12 | KMR | 0019 | Continued review of transfer pricing issues in the motion from UK pension authority (0.8). | 0.80 |
| 09/07/12 | JYS | 0019 | Review revised UK pension party POC (2.5); Corr re potential LTD/Retiree mediation dates (0.2). | 2.70 |
| 09/07/12 | JYS | 0019 | Corr with mediator and LTD parties re mediation. | 0.40 |
| 09/07/12 | DBI | 0019 | Set up database and load the new documents re: retirees. | 1.00 |
| 09/08/12 | BMK | 0019 | Emails re: UK pension claims | 0.20 |
| 09/10/12 | LGB | 0019 | T/C with Hodara re UK pension claim (.1); review same (2.5). | 2.60 |
| 09/10/12 | FSH | 0019 | Continue work on UK pension claim (.3). Confer w/ LB and J. Sturm re same (.2). Review claims info (.2). | 0.70 |
| 09/10/12 | DHB | 0019 | Begin review of amended UK pension claim. | 0.80 |
| 09/10/12 | KMR | 0019 | Continued review of revised proof of claim from the UK pension authority (1.2). | 1.20 |
| 09/10/12 | JYS | 0019 | Review UK pension claim (0.7), | 0.70 |
| 09/11/12 | LGB | 0019 | T/C with Ashursts, Akin team re UK pension claim (.7); review motions relating to subpoenas re LTD/retiree litigation (.7); e-mail Sturm/Qureshi/Koo re same (.1). | 1.50 |
| 09/11/12 | FSH | 0019 | Meet w/ LB, J. Sturm, Ashursts re amended UK pension claim. | 0.50 |
| 09/11/12 | AQ | 0019 | Team meeting regarding pension claim. | 0.50 |
| 09/11/12 | DHB | 0019 | Meeting re UK pension claim (.5); continue review of same (.5). | 1.00 |
| 09/11/12 | BMK | 0019 | Review and analyze UK pension claim issues | 0.90 |
| 09/11/12 | ALK | 0019 | Reviewed pleadings/exhibits and related emails forwarded by L. Beckerman regarding LTD/Retiree discovery. | 0.80 |
| 09/11/12 | KMR | 0019 | Continued review of revised claim from the pension authority (0.5); internal meeting on the claim (0.5). | 1.00 |
| 09/11/12 | JYS | 0019 | O/C w. AG team re UK Pension Claim (0.8); O/Cs and T/Cs w. L. Beckerman re same (0.5); Research re UK pension docs (1.1). | 2.40 |
| 09/11/12 | JYS | 0019 | Review LTD Motion. | 1.30 |
| 09/12/12 | LGB | 0019 | T/C with Sturm, Hull, Fink re UK pension POC (.8); e-mail Hodara/Botter re warning notice exhibits (.1); review e-mail from Hodara re same (.1); T/C with Schweitzer re mediation (.5); T/C with Berger re same (.4). | 1.90 |
| 09/12/12 | FSH | 0019 | Communications w/ LB re UK pension docs. | 0.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1448071

Page 7  
October 25, 2012

| Date | Tkpr | Task | | Hours |
|------|------|------|---|-------|
| 09/12/12 | BMK | 0019 | Review LTD discovery motion | 0.50 |
| 09/12/12 | ASL | 0019 | Review motion to compel disclosure from LTD (.4); attention to UK pension issues and review materials (3.2). | 3.60 |
| 09/12/12 | JYS | 0019 | Call with L. Beckerman re Retiree/LTD negotiations (0.4); Review pleadings addressing HIPAA issues (0.9). | 1.30 |
| 09/12/12 | JYS | 0019 | T/C w. Ashursts re UK Pension claim (0.7); Research re same (1.1). | 1.80 |
| 09/13/12 | LGB | 0019 | E-mail Schweitzer, Bromley, Forrest re warning notice exhibits (.1); review e-mail from Forrest (.1); e-mail O'Connor re same (.1); review revised motions re subpoenas (.5); review e-mail from Koo re same (.1); respond to same (.1); review e-mail from O'Connor re exhibits to warning notice (.1); e-mail Forrest re same (.1); review revised retiree protective order (.3); e-mail Mainoo re same (.1); review revised LTD scheduling order (.2); e-mail Uziel re same (.1); review revised retiree protective order (.2); e-mail Samis re same (.1); e-mail Mainoo re same (.1). | 2.30 |
| 09/13/12 | FSH | 0019 | Communications re UK pension docs (.1). Attention to claims info (.1). | 0.20 |
| 09/13/12 | FSH | 0019 | Attention to LTD discovery. | 0.10 |
| 09/13/12 | ALK | 0019 | Attention to protective order stip issues and related correspondence. | 0.70 |
| 09/13/12 | ASL | 0019 | Review UK proof of claims. | 1.80 |
| 09/13/12 | JYS | 0019 | Review revised draft protective order (0.4); Review LTD objection (0.3); Corr w. AG team re retiree/LTD mediation (0.3). | 1.00 |
| 09/14/12 | LGB | 0019 | E-mail Murrell re call re LTD motion (.5); review LTD motion (.1) review e-mail from Abularach re LTD protective order stipulation (.1); respond to same (.1); review e-mail from Samis re same (.1); respond to same (.1); review further revised LTD subpoena motion (.4); e-mail Uziel re same (.1); review letter to retiree committee re LTD retirees (.1). | 1.60 |
| 09/14/12 | FSH | 0019 | Communicate w/ L. Beckerman re deferred comp hearing. | 0.10 |
| 09/14/12 | BMK | 0019 | Review retiree protective order (0.4); review retiree/ltd motions (0.7) | 1.10 |
| 09/14/12 | ALK | 0019 | Attention to protective order stip and related correspondence (0.8). Legal/factual analysis related of motions (2). | 2.80 |
| 09/15/12 | LGB | 0019 | E-mail Evans; Ma; Krasa-Berstell re UK pension documents (.1). | 0.10 |
| 09/16/12 | JYS | 0019 | Corr w. J. Erickson re retiree/ltd discovery (0.3). | 0.30 |
| 09/17/12 | LGB | 0019 | Review e-mail from Zahralldin re termsheet (.1); respond to same (.1); review e-mail from Ma re UK pension documents (.1); respond to same (.1); e-mail from Matz re hearing (.1); respond to same (.1); review requests to admit (.5); e-mail Schweitzer, Fleming, Matz re same (.1). | 1.20 |
| 09/17/12 | FSH | 0019 | Review pleadings re: Retiree/LTD issues. | 0.20 |
| 09/17/12 | JWM | 0019 | Process retiree documents for attorneys' review | 1.80 |
| 09/17/12 | ALK | 0019 | Coordination of document production issues (0.4). Emails w/ team and Cleary regarding same (0.6). | 1.00 |
| 09/17/12 | DKB | 0019 | Confer with IT re warning notice upload to the system (.5); Review logistics thereof (.5); Draft email to attorneys re status (.1). | 1.10 |
| 09/17/12 | DBI | 0019 | Prepare database for Retiree/LTD documents. | 1.00 |
| 09/18/12 | LGB | 0019 | Review Lane Peacock report re PPF calculation (.6); e-mail Fink re UK pension claim exhibits (.1); T/C with Keach re status of group trustee/trustee motion (.5); review e-mail from Krasa-Barstell re UK pension claim exhibits (.1); e-mail Hodara, Kahn, Botter re e-mail from Keach (.1); review prose objection to LTD termination motion (.3); review LTD committee's limited response to scheduling order (.2); review e-mail from Zahralldin re term sheet (.1). | 2.00 |
| 09/18/12 | FSH | 0019 | Review info from Ashursts re pension plan. | 0.50 |
| 09/18/12 | FSH | 0019 | Communication from retiree counsel (.1). Examine pleadings re LTD (.2). | 0.30 |
| 09/18/12 | BMK | 0019 | Review consultant analysis of UK pension claim (1.1); emails with Capstone re: same (0.2); review LTD limited response to discovery order (0.2) | 1.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/18/12 | ALK | 0019 | Document review (1.4). Coordination regarding same (0.7). Emails to Cleary regarding same (0.3). | 2.40 |
| 09/18/12 | DKB | 0019 | Confer with K. Hydari re warning notice exhibits upload (.2); Assist with upload (.8); Draft email to attorneys re status (.1). | 1.10 |
| 09/18/12 | ASL | 0019 | Review UK pension fund report (.6); review LTD materials re: claim and termination motion (.4); prepare for mediation (1.8); consider UK pension analysis (1.4). | 4.20 |
| 09/18/12 | JYS | 0019 | Review corr w. AG team re deferred comp correspondence (0.3); Corr w. L. Beckerman re discovery (0.3). | 0.60 |
| 09/18/12 | GDB | 0019 | Reviewing UK pension parties proof of claim. | 0.60 |
| 09/18/12 | DBI | 0019 | Prepare database for Retiree/LTD documents. | 0.50 |
| 09/19/12 | LGB | 0019 | E-mail Botter re mediation availability (3.1); review response to same (.1). | 0.20 |
| 09/19/12 | ALK | 0019 | Coordination of document review prep (0.6). Provided A. Qureshi with update (0.4). | 1.00 |
| 09/19/12 | ALK | 0019 | Attention to Ret/LTD matter and email from L. Beckerman. | 0.80 |
| 09/19/12 | ASL | 0019 | Review email and pro se objection. | 0.30 |
| 09/19/12 | JYS | 0019 | O/C w. L. Beckerman re UK pension claim (0.4); Review warning notice exhibits (0.9); Corr w. A. Koo re discovery status (0.5). | 1.80 |
| 09/19/12 | JYS | 0019 | O/C w. L. Beckerman update re Retiree/LTD mediation status. | 0.40 |
| 09/20/12 | LGB | 0019 | Review term sheet mark ups (.6); prepare for mediation (.5). | 1.10 |
| 09/20/12 | DHB | 0019 | Review retiree settlement. | 0.30 |
| 09/20/12 | BMK | 0019 | Review discussion of UK pension issues | 0.30 |
| 09/20/12 | ASL | 0019 | Review term sheet markups. | 0.90 |
| 09/20/12 | JYS | 0019 | Prep for LTD/Retiree Mediation (0.9); t/cs and corr w. Cleary r same (0.4); Corr and T/C w. A. Lilling re same (0.3); Review retiree/ltd term sheet markups (1.5); Review corr w. R. Levin re confi (0.3) | 3.40 |
| 09/21/12 | LGB | 0019 | Participate in mediation (13.0); e-mail UCC re mediation (.5); review response from Hodara re same (.1); respond to same (.1). | 13.70 |
| 09/21/12 | BMK | 0019 | Review emails re: retiree settlement | 0.30 |
| 09/21/12 | ALK | 0019 | Emails w/ Cleary regarding transmission of production documents (0.2). Coordination w/ team regarding processing of documents (0.2). | 0.40 |
| 09/21/12 | ASL | 0019 | Mediation re: LTD/Retiree. | 9.00 |
| 09/21/12 | JYS | 0019 | Participate in Nortel Retiree/LTD Mediation Session. | 9.20 |
| 09/21/12 | DBI | 0019 | Prepare database for Retiree/LTD documents. | 2.00 |
| 09/23/12 | JYS | 0019 | Review Retiree/LTD mediation TS and update | 0.60 |
| 09/24/12 | LGB | 0019 | E-mail Keach re discussions with debtors (.1); T/C with Keach re same (.3). | 0.40 |
| 09/24/12 | DHB | 0019 | Office conference with L. Beckerman re retiree and LTD status. | 0.20 |
| 09/24/12 | BMK | 0019 | Review Retiree settlement term sheet | 0.90 |
| 09/24/12 | JYS | 0019 | T/C w. L. Beckerman re deferred comp proceeding | 0.40 |
| 09/25/12 | LGB | 0019 | T/C with Matz/Schweitzer/Zahralldin (.5); e-mail Schweitzer/Matz re call with Keach/retiree settlement (.1); review response from Matz to same (.1); review e-mail from Keach re settlement proposal (.1). | 0.80 |
| 09/25/12 | ALK | 0019 | Reviewed Retiree/LTD motions and plan documents. | 1.00 |
| 09/26/12 | LGB | 0019 | Review revised retiree term sheet and comment on same. | 0.40 |
| 09/27/12 | LGB | 0019 | Review e-mail from Zahralldin's office re additional information (.1); T/C with Keach re settlement proposal (.1); e-mail Schweitzer/Matz re same (.1); e-mail Matz re retiree settlement (.1); review response to same (.1). | 0.50 |
| 09/27/12 | FSH | 0019 | Confer w/ LB re retiree settlement negotiations (.1). Follow up (.2). | 0.30 |
| 09/27/12 | ALK | 0019 | Coordination of document review and analysis (0.5). Confer w/ J. Sturm and team regarding same (0.5). | 1.00 |
| 09/27/12 | ASL | 0019 | Review Retiree termsheet markup. | 0.50 |
| 09/27/12 | JYS | 0019 | Review draft Retiree CTE term sheet | 0.40 |
| 09/27/12 | DBI | 0019 | Investigate gaps in the opposing site productions. | 1.00 |
| 09/28/12 | LGB | 0019 | Review settlement from Keach(.1), email Schweitzer, Matz, Akin team | 0.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 9
Invoice Number: 1448071  October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | re same (.1), review response from Schweitzer (.1), email Keach re same (.1), review response to same (.1), review email from Lilling re same (.1) respond to same (.1), review email from Botter re same (.1) respond to same (.1). | |
| 09/28/12 | FSH | 0019 | Review LTD information and analyze next steps. | 0.20 |
| 09/28/12 | DHB | 0019 | Extensive email correspondence re LTDers and settlement discussions. | 0.50 |
| 09/28/12 | ALK | 0019 | Emails and analysis w/ team regarding document production issues. | 1.00 |
| 09/28/12 | ASL | 0019 | Consider deferred comp settlement proposal. | 0.50 |
| 09/28/12 | KF | 0019 | Review Retiree/LTD documents (.2); conf w/ A. Koo & D. Iofe re same (.1). | 0.30 |
| 09/28/12 | DBI | 0019 | Attention to issues re: Retiree/LTD production. | 1.00 |
| 09/29/12 | ALK | 0019 | LTD document review and analysis. | 0.70 |
| 09/30/12 | LGB | 0019 | Review retiree committee's mark up of settlement term sheet (.4); email Schweitzer, Matz re comment to same (.1); email Schweitzer re settlement proposal from deferred comp. plaintiffs (.1). | 0.60 |
| 09/18/12 | FSH | 0024 | Follow up re IP addresses. | 0.10 |
| 09/27/12 | SBK | 0024 | Emails to/from FMC & Akin re termination of securities reporting in Canada | 0.40 |
| 09/28/12 | SBK | 0024 | Several emails to/from Akin & FMC re future US debt trading after OSC cease trading order | 0.60 |
| 09/11/12 | SLS | 0025 | Travel from Dallas to New York (actual time 5.8 hours). | 2.90 |
| 09/12/12 | BMK | 0025 | Travel to/from meeting at Cleary (Actual time - 1.0 hours). | 0.50 |
| 09/14/12 | SLS | 0025 | Travel from NY to Dallas (actual time 6.5 hours). | 3.25 |
| 09/19/12 | LGB | 0025 | Travel to Delaware (2.0); travel back from Delaware (2.0). (Actual time - 4.0 hours). | 2.00 |
| 09/21/12 | JYS | 0025 | Travel to and from Nortel Retiree/LTD Mediation Session. (Actual time - 1.6 hours). | 0.80 |
| 09/04/12 | BMK | 0028 | Review of repatriation document | 0.60 |
| 09/05/12 | BMK | 0028 | TC with S. Schultz and J. Hyland re: repatriation deck (0.5); follow up with S. Schultz re: same (0.3); review draft document (0.6) | 1.40 |
| 09/06/12 | SLS | 0028 | Participate in call regarding materials for UCC in-person meeting (.7); follow-up call with B. Kahn regarding same (.3) (.2); telephone call with B. Kahn and J. Hyland regarding same (.3); revise materials for same (2.0). | 3.50 |
| 09/06/12 | BMK | 0028 | Review of APAC/CALA repatriation information | 0.80 |
| 09/06/12 | KMR | 0028 | Discussions with J. Hyland re: APAC/ALA restructuring (0.6); reviewed APAC/CALA restructuring (0.3). | 0.90 |
| 09/07/12 | SLS | 0028 | Prepare materials for in-person UCC meeting (.6). | 0.60 |
| 09/07/12 | FSH | 0028 | Confer w/ S. Schultz re repatriation memo. | 0.10 |
| 09/07/12 | BMK | 0028 | Edit repatriation presentation | 0.60 |
| 09/09/12 | BMK | 0028 | Review and edit repatriation document | 1.30 |
| 09/10/12 | SLS | 0028 | Finalize repatriation materials for in-person meeting (4.1); telephone call with B. Kahn regarding same (.2) (.2) (.1); telephone calls with J. Hyland regarding same (.2) (.1) (.2). | 5.10 |
| 09/10/12 | BMK | 0028 | Prepare for presentation on non-debtor repatriation. | 2.60 |
| 09/10/12 | KMR | 0028 | Reviewed APAC restructuring materials (0.7). | 0.70 |
| 09/10/12 | SJC | 0028 | Review and revise repatriation presentation. | 1.40 |
| 09/18/12 | BMK | 0028 | Research and draft India presentation | 1.60 |
| 09/19/12 | FSH | 0028 | Confer w/ B. Kahn re NN III analysis. | 0.10 |
| 09/25/12 | BMK | 0028 | Review APAC report | 0.70 |
| 09/03/12 | FSH | 0029 | Review allocation analysis (.2). Communications re mediation meetings (.1). | 0.30 |
| 09/04/12 | SLS | 0029 | Participate in pre-call with committee professionals regarding allocation. | 2.60 |
| 09/04/12 | FSH | 0029 | Confer w/ B. Kahn re meeting w/ Ad Hoc reps re mediation and allocation (.1). Prepare for meeting (.4). Attend meeting w/ working group (1.0). Attend meeting w/ Ad Hoc reps (1.7). Work on analysis (.3). | 3.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 10
Invoice Number: 1448071  October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 09/04/12 | AQ | 0029 | Attend meeting with Milbank and FTI re mediation. | 1.70 |
| 09/04/12 | AQ | 0029 | Meet with Capstone to prepare for ad hoc bondholder meeting. | 1.00 |
| 09/04/12 | BMK | 0029 | Review allocation materials (1.3); attend meeting with UCC professionals re: same (1.0); meeting with ad hoc professionals re: allocation mediation (1.7); follow up re: same (0.6) | 4.60 |
| 09/04/12 | KMR | 0029 | Continued analysis of mediation issues. | 4.50 |
| 09/05/12 | FSH | 0029 | Review info re potential EMEA claims expert. | 0.10 |
| 09/05/12 | FSH | 0029 | Confer w/ RJ re allocation submission (.2). Call w/ D. Schaible re mediation (.2). Call w/ J. Bromley re same (.3). Work on same (.6). Meet w/ working group re foregoing items (.5). Communications w/ Capstone (.2). | 2.00 |
| 09/05/12 | AQ | 0029 | Review research and articles drafted by potentially solvency expert. | 1.30 |
| 09/05/12 | BMK | 0029 | Review allocation materials (0.2); allocation meeting with Capstone (0.9) | 1.10 |
| 09/06/12 | FSH | 0029 | Confer w/ Committee member re mediation (.2). Consider format and work on same (.4). Call w/ working group re same (.7). TC A. Pisa re allocation matters (.3). Follow-up (.5). | 2.10 |
| 09/06/12 | AQ | 0029 | Attend meeting at Cleary to interview potential solvency expert. | 0.90 |
| 09/06/12 | AQ | 0029 | Research regarding potential experts. | 0.80 |
| 09/06/12 | AQ | 0029 | Research regarding potential allocation issues. | 1.40 |
| 09/06/12 | BMK | 0029 | Review and analysis of allocation mediation matters (0.8); call with UCC professionals re: same (0.7) | 1.50 |
| 09/07/12 | FSH | 0029 | Communications w/ working group re mediation issues (.2). Work on allocation presentation (.2). Confer w/ BK re analysis (.3). | 0.70 |
| 09/07/12 | DHB | 0029 | Email communications re Ad Hoc issues (.2); begin review of Committee presentation materials on mediation (.4). | 0.60 |
| 09/07/12 | BMK | 0029 | Review and comment on allocation presentation | 1.40 |
| 09/09/12 | FSH | 0029 | Review Capstone materials and work on same. | 0.80 |
| 09/09/12 | AQ | 0029 | Review and edit draft Capstone presentation deck for committee meeting. | 0.40 |
| 09/10/12 | FSH | 0029 | Communications w/ working group re allocation presentation for Committee (.3). Analyze issues re same (.6). Meet re same (1.3). Review revised doc (.3). Confer w/ BK re same (.2). | 2.70 |
| 09/10/12 | AQ | 0029 | Review and edit Capstone presentation for committee meeting. | 0.80 |
| 09/10/12 | AQ | 0029 | Attend meeting with Capstone re committee presentation. | 0.50 |
| 09/10/12 | DHB | 0029 | Detailed review of Committee mediation/allocation presentation (1.2); emails re same (.4); meet with professionals to finalize (1.3); review revised presentation and emails re same (.8) (.4). | 4.10 |
| 09/11/12 | FSH | 0029 | Review revised draft deck. | 0.30 |
| 09/12/12 | SLS | 0029 | Participate in update meeting with Company and UCC advisors. | 1.80 |
| 09/12/12 | FSH | 0029 | Prepare for meeting w/ NNI re mediation submission (.4). Confer w/ working group re same (.7). Attend same (2.5). Continue w/ debtor and w/ working group (1.4). Confer w/ M. Fagen re research (.3). | 5.30 |
| 09/12/12 | AQ | 0029 | Attend meeting with Cleary regarding mediation strategy. | 1.20 |
| 09/12/12 | DHB | 0029 | Prepare for (1.7) and meet with Debtors team re mediation (3.3). | 5.00 |
| 09/12/12 | BMK | 0029 | Prepare for meeting with Debtors re: allocation issues (0.7); attend in person meeting with Debtors re: same (3.3); follow up with Capstone team re: same (0.4) | 4.40 |
| 09/13/12 | FSH | 0029 | TC Milbank re allocation issues (.4). Attention to case law and confer w/ BK re same (.4). Follow-up communications re foregoing matters (.1). | 0.90 |
| 09/13/12 | DHB | 0029 | Email communications re mediation issues and case law and begin review of same. | 0.50 |
| 09/14/12 | FSH | 0029 | Communications w/ J. Bromley and working group re next steps (.9). Call w/ J. Bromley and working group re allocation issue (.5). | 1.40 |
| 09/14/12 | AQ | 0029 | Review and analyze 3d. Circuit case re marshaling. | 0.60 |
| 09/14/12 | AQ | 0029 | Conference call with Cleary re mediation issues. | 0.50 |
| 09/14/12 | DHB | 0029 | Begin review of allocation research (.4); conference call with Debtors re | 1.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | same (.6). | |
| 09/15/12 | DHB | 0029 | Email communications re mediation next steps and potential proposals. | 0.20 |
| 09/17/12 | FSH | 0029 | Review Capstone analysis (.2). Communications w/ working group re same and re meetings on allocation (.4). | 0.60 |
| 09/17/12 | DHB | 0029 | Email communications re Debtor discussions and next meeting (.2) (.1). | 0.30 |
| 09/17/12 | BMK | 0029 | Review allocation materials | 0.80 |
| 09/18/12 | SLS | 0029 | Review allocation related communications from Committee professionals. | 0.60 |
| 09/18/12 | FSH | 0029 | Communications w/ JB, working group re next steps (.5). Review outline from Capstone and analyze issues (.4). Review analysis of allocation issue (.3). | 1.20 |
| 09/18/12 | DHB | 0029 | Consider mediation issues and presentation. | 0.80 |
| 09/18/12 | BMK | 0029 | Analysis of allocation issues | 0.70 |
| 09/18/12 | GDB | 0029 | Emails re meeting with Debtors (0.1) | 0.10 |
| 09/19/12 | FSH | 0029 | Communications w/ working group re next steps (.2). Communicate w/ A. Pisa (.1). Work on analysis, outline issues (.6). Meet w/ working group (1.7). Confer w/ J. Bromley (.4). Communications w/ working group (.5). Review Capstone analysis (.1). Communications w/ ad hoc group and follow-up (1.0). | 4.60 |
| 09/19/12 | AQ | 0029 | Review and analyze e-mails regarding mediation strategy. | 0.20 |
| 09/19/12 | AQ | 0029 | Review and analyze revised Capstone mediation scenarios. | 0.60 |
| 09/19/12 | DHB | 0029 | Email communications re various mediation scenarios and consider same. | 0.30 |
| 09/19/12 | BMK | 0029 | Review and analyze allocation issues | 1.30 |
| 09/19/12 | MCF | 0029 | Professionals' Call with Capstone (1.5) | 1.50 |
| 09/20/12 | FSH | 0029 | Communications w/ working group re Ad Hocs and upcoming mediation meeting (.5). Conferences w/ Ad Hoc parties re mediation issues (2.0). | 2.50 |
| 09/20/12 | AQ | 0029 | Call with Milbank regarding mediation strategy. | 1.10 |
| 09/20/12 | DHB | 0029 | Conference call with Ad Hocs and follow-up re mediation next steps. | 1.50 |
| 09/20/12 | BMK | 0029 | Call with ad hoc professionals re: allocation (1.1); follow up to same (0.2); analyze allocation related materials (1.3) | 2.60 |
| 09/20/12 | GDB | 0029 | Emails re recovery analyses (0.3) | 0.30 |
| 09/20/12 | MCF | 0029 | Call with Capstone and ad hoc prof. re allocation (1.1); Post-call discussion with Capstone (.3) | 1.40 |
| 09/21/12 | FSH | 0029 | TC J. Bromley and further communications re next steps. | 0.70 |
| 09/21/12 | DHB | 0029 | Email communications re next steps (.2); consider next allocation presentation issues (.4). | 0.60 |
| 09/24/12 | FSH | 0029 | Examine info from Capstone (.3). Confer w/ D. Botter re allocation issues (.2). Communications w/ Cleary, Milbank working group re same (.9). Confer w/ J. Bromley (.4). | 1.80 |
| 09/24/12 | DHB | 0029 | Email communications re mediation next steps (.2) (.2); review Capstone scenarios to consider proposals (.5); emails re Ad Hoc meetings (.1). | 1.00 |
| 09/25/12 | FSH | 0029 | Call w/ Ad Hocs re mediation (1.4). Confer w/ working group re same (.2). Arrangements for meeting w/ NNI (.2). Follow up re mediation and Ad Hocs (.2). | 2.00 |
| 09/25/12 | DHB | 0029 | Consider new allocation scenarios (.4); telephone call with Ad Hocs (1.4) and follow-up (.3). | 2.10 |
| 09/25/12 | BMK | 0029 | Analysis of allocation issues (0.6); attend call with ad hoc professionals re: allocation mediation (1.4); follow up re: same (0.3) | 2.30 |
| 09/25/12 | KMR | 0029 | Attended meeting re: allocation mediation. | 1.40 |
| 09/25/12 | JYS | 0029 | T/C w. Ad Hocs re mediation (1.2); Prep for same (0.4); Follow up w. AG team (0.2) | 1.80 |
| 09/25/12 | SLB | 0029 | Coordinate scheduling of (.2) and attend (1.5) call w/ Committee professionals and Ad Hoc professionals re: mediation update; corr. w/ B. Kahn re: same (.1). | 1.80 |
| 09/25/12 | MCF | 0029 | Nortel call with professionals and ad hoc (1.4); post-call discussion with | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 12
Invoice Number: 1448071                                                            October 25, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | capstone (.2) | |
| 09/27/12 | FSH | 0029 | Prepare for meeting w/ NNI (.3). Attend same (2.0). Follow-up w/ working group (.3). Review models (.3). Call w/ Ad Hoc reps (1.3). | 4.20 |
| 09/27/12 | DHB | 0029 | Conference call with Debtors re allocation issues (2.0) and follow-up (.2); follow-up with Ad Hoc professionals (1.1); email communications re precedent for PPI (.2). | 3.50 |
| 09/27/12 | BMK | 0029 | Conf with M. Fagen re: allocation issues (0.4); call with Debtor and UCC professionals re: allocation mediation (2.0); call with Ad Hoc and UCC professionals re: same (1.1) | 3.50 |
| 09/27/12 | KMR | 0029 | Participated in portion of call with debtor's representatives re: allocation (1.4); follow up review of tax projections (0.5); participated in call with representatives of ad hoc bondholder group (1.1). | 3.00 |
| 09/27/12 | JYS | 0029 | Call with Debtors re allocation (1.0); Follow up with AG team (0.2) | 1.20 |
| 09/27/12 | GDB | 0029 | Call with debtor professionals re: allocation (1.9). | 1.90 |
| 09/27/12 | SLB | 0029 | Attend call w/ Debtor and Committee professionals re: mediation (partial). | 0.60 |
| 09/27/12 | MCF | 0029 | Nortel call with ad hoc bondholders' professionals (1.1); call with debtor (2.0); post-call discussion with Capstone (.2). | 3.30 |
| 09/28/12 | FSH | 0029 | Confer w/ Capstone re terms and issues (.4). Same w/ BK and DB (.3). Confer w/ Committee member re terms and issues (.5). | 1.20 |
| 09/28/12 | DHB | 0029 | Meet with F. Hodara and C. Kearns re mediation next steps (.4); follow-up with B. Kahn and A. Pisa re same (.4); follow-on emails (.2); consider research issues (.4); calls with Committee members in preparation for Tuesday meeting (.6). | 2.00 |
| 09/28/12 | BMK | 0029 | Conf with F. Hodara re: allocation issues (0.1); tc with D. Botter and A. Pisa re: allocation issues (0.4); review of allocation matters (0.4) | 0.90 |
| 09/30/12 | DHB | 0029 | Begin review of mediation precedent materials. | 0.50 |

                                                              Total Hours                481.35

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G  BECKERMAN | 42.90 | at | $995.00 | = | $42,685.50 |
| F S  HODARA | 65.00 | at | $1050.00 | = | $68,250.00 |
| A   QURESHI | 23.00 | at | $825.00 | = | $18,975.00 |
| D H  BOTTER | 37.70 | at | $975.00 | = | $36,757.50 |
| S B  KUHN | 1.00 | at | $825.00 | = | $825.00 |
| S L  SCHULTZ | 30.95 | at | $775.00 | = | $23,986.25 |
| A S  LILLING | 21.20 | at | $625.00 | = | $13,250.00 |
| K M  ROWE | 29.30 | at | $705.00 | = | $20,656.50 |
| A L  KOO | 14.80 | at | $625.00 | = | $9,250.00 |
| G D  BELL | 6.50 | at | $695.00 | = | $4,517.50 |
| B M  KAHN | 93.40 | at | $575.00 | = | $53,705.00 |
| J Y  STURM | 43.70 | at | $600.00 | = | $26,220.00 |
| S J  CROW | 1.40 | at | $370.00 | = | $518.00 |
| S L  BRAUNER | 11.10 | at | $425.00 | = | $4,717.50 |
| M C  FAGEN | 41.80 | at | $375.00 | = | $15,675.00 |
| K   FOSTER | 2.00 | at | $275.00 | = | $550.00 |
| P J  SPROFERA | 1.10 | at | $270.00 | = | $297.00 |
| J W  MA | 1.80 | at | $240.00 | = | $432.00 |
| S C  LAY | 1.00 | at | $195.00 | = | $195.00 |
| D B  IOFE | 7.00 | at | $225.00 | = | $1,575.00 |
| D   KRASA-BERSTELL | 4.70 | at | $235.00 | = | $1,104.50 |

                              Current Fees                                         $344,142.25

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1448071

Page 13  
October 25, 2012

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Computerized Legal Research - Lexis | $1,111.96 |
| Computerized Legal Research - Other | $426.24 |
| Computerized Legal Research - Westlaw | $530.24 |
| Courier Service/Messenger Service- Off Site | $159.70 |
| Duplication - In House | $496.30 |
| Document Production - In House | $38.80 |
| Meals - Business | $372.31 |
| Meals (100%) | $1,347.44 |
| Postage | $38.00 |
| Audio and Web Conference Services | $3,965.47 |
| Travel - Airfare | $6,085.02 |
| Travel - Ground Transportation | $1,432.38 |
| Travel - Lodging (Hotel, Apt, Other) | $674.85 |
| Travel - Train Fare | $452.80 |

Current Expenses          $17,131.51

**Total Amount of This Invoice**          **$361,273.76**