# EXHIBIT C

**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012**

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $2,068.44 |
| Conference Call /Telephone/Video Conferencing | $3,965.47 |
| Courier Service/Postage | $197.70 |
| Duplicating (billed at $.10 per page) | $535.10 |
| Meals/Committee Meeting Expenses | $1,719.75 |
| Travel Expenses – Airfare | $6,085.02 |
| Travel Expenses – Ground Transportation | $1,432.38 |
| Travel Expenses – Lodging | $674.85 |
| Travel Expenses – Train Fare | $452.80 |
| **TOTAL** | **$17,131.51** |