# EXHIBIT D



# Akin Gump
## Strauss Hauer & Feld LLP

| | |
|---|---|
| NORTEL NETWORKS INC. CREDITORS COMMITTEE | Invoice Number 1448071 |
| ATTN: JOHN DOLITTLE | Invoice Date 10/25/12 |
| 2221 LAKESIDE BOULEVARD | Client Number 687147 |
| RICHARDSON, TX 75082 | Matter Number 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/12 :

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 07/27/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Beckerman Lisa TICKET #: 0577250072 DEPARTURE DATE: 07/27/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/27/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Sturm Joshua TICKET #: 0577250070 DEPARTURE DATE: 07/27/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/27/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 07/31/2012 ROUTE: NYP/WIL/NYP | $228.00 |
| 07/27/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Sturm Joshua TICKET #: DEPARTURE DATE: 07/31/2012 ROUTE: NYP/WIL/NYP | $228.00 |
| 07/30/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Beckerman Lisa TICKET #: 0577302078 DEPARTURE DATE: 07/30/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 07/30/12 | Travel - Train Fare  VENDOR: DINERS | $37.00 |

| Date | Description | Amount |
|---|---|---|
| 07/30/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Sturm Joshua TICKET #: 0577302076 DEPARTURE DATE: 07/30/2012 ROUTE: NYP/WIL/NYP | $17.00 |
| 07/30/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Beckerman Lisa TICKET #:  DEPARTURE DATE: 07/31/2012 ROUTE: NYP/WIL/NYP | $17.00 |
| 07/31/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Sturm Joshua TICKET #:  DEPARTURE DATE: 07/31/2012 ROUTE: NYP/WIL/NYP | $-245.00 |
| 07/31/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Sturm Joshua TICKET #:  DEPARTURE DATE: 07/31/2012 ROUTE: NYP/WIL/NYP | |
| 07/31/12 | Audio and Web Conference Services  VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.52 |
| 08/01/12 | Audio and Web Conference Services  VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $13.74 |
| 08/02/12 | Audio and Web Conference Services  VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.54 |
| 08/07/12 | Audio and Web Conference Services  VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $4.97 |
| 08/08/12 | Audio and Web Conference Services  VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $12.42 |
| 08/10/12 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 445910 DATE: 8/17/2012 SENDER'S NAME: B. KAHN; JOB NUMBER: 7464406; PICKUP: 1 | $30.44 |

| Date | Description | Amount |
|---|---|---|
| | BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 08/10/2012 | |
| 08/13/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1235797 DATE: 8/19/2012 Kahn Brad - Mi Nidito - 08/13/2012 | $35.56 |
| 08/13/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $26.48 |
| 08/14/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #: 0577834937 DEPARTURE DATE: 08/14/2012 ROUTE: EWR/YTZ/YYZ/LGA | $37.00 |
| 08/14/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Hodara Fred S TICKET #: 0577832247 DEPARTURE DATE: 08/14/2012 ROUTE: EWR/YTZ/EWR | $37.00 |
| 08/14/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 08/20/2012 ROUTE: EWR/YTZ | $614.41 |
| 08/14/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 08/20/2012 ROUTE: EWR/YTZ/EWR | $1,643.35 |
| 08/14/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #: 7123874265 DEPARTURE DATE: 08/21/2012 ROUTE: YYZ/LGA | $1,082.70 |
| 08/14/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.18 |
| 08/15/12 | Courier Service/Messenger Service- Off Site  8/13/12 - Law Library/CC Ofc VENDOR: NATIONWIDE LEGAL EXPRESS, LLC; INVOICE#: 118871; DATE: 8/15/2012 | $23.00 |
| 08/16/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: | $1.25 |

| Date | Description | Amount |
|---|---|---|
| | 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | |
| 08/16/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $19.29 |
| 08/17/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 140; DATE ORDERED: 8/17/12 | $14.00 |
| 08/17/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Kahn Brad M TICKET #: 0577940409 DEPARTURE DATE: 08/17/2012 ROUTE: EWR/YTZ/EWR | $37.00 |
| 08/17/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Kahn Brad M TICKET #: DEPARTURE DATE: 08/20/2012 ROUTE: EWR/YTZ/EWR | $1,009.31 |
| 08/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148933 DATE: 9/5/2012  Vendor: Dial Car Voucher #: DLA3664735 Date: 08/20/2012 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3664735 Date: 08/20/2012 Name: Abid Qureshi | $94.51 |
| 08/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148933 DATE: 9/5/2012  Vendor: Dial Car Voucher #: DLA3692393 Date: 08/20/2012 Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLA3692393 Date: 08/20/2012 Name: David Botter | $119.80 |
| 08/20/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #:  DEPARTURE DATE: 08/20/2012 ROUTE: EWR/YTZ | $-614.41 |
| 08/20/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #: 0577995392 DEPARTURE DATE: 08/20/2012 ROUTE: LGA/YYZ | $37.00 |
| 08/20/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET | $986.36 |

| Date | Description | Amount |
|---|---|---|
| | #: 7125608331 DEPARTURE DATE: 08/20/2012 ROUTE: LGA/YYZ | |
| 08/20/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Hodara Fred S TICKET #: 0578013788 DEPARTURE DATE: 08/20/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 08/20/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 08/22/2012 ROUTE: NYP/WIL/NYP | $228.00 |
| 08/20/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $6.49 |
| 08/21/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 690021 DATE: 8/30/2012  Vendor: Executive Royal Voucher #: 379853 Date: 08/21/2012 Name: Brad Kahn\|\|Car Service, Vendor: Executive Royal Voucher #: 379853 Date: 08/21/2012 Name: Brad Kahn | $104.61 |
| 08/21/12 | Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 446452 DATE: 8/31/2012 SENDER'S NAME: J. SAMPER; JOB NUMBER: 7512889; PICKUP: 1 BRYANT PARK; DESTINATION: 50 FRANKLIN STREET; DATE: 08/21/2012 | $30.44 |
| 08/21/12 | Travel - Airfare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Botter David H TICKET #: 0578043621 DEPARTURE DATE: 08/21/2012 ROUTE: YYZ/LGA | $37.00 |
| 08/21/12 | Travel - Train Fare  VENDOR: DINERS CLUB INVOICE#: AUG12-53062500000206 DATE: 8/25/2012 PASSENGER: Hodara Fred S TICKET #: DEPARTURE DATE: 08/22/2012 ROUTE: NYP/WIL/NYP | $-205.20 |
| 08/22/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1149296 DATE: 9/12/2012  Vendor: Dial Car Voucher #: DLA3662438 Date: 08/22/2012 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: DLA3662438 Date: 08/22/2012 Name: Abid Qureshi | $36.90 |
| 08/22/12 | Audio and Web Conference Services | $9.12 |

| Date | Description | Amount |
|---|---|---|
| 08/22/12 | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 Audio and Web Conference Services | $10.64 |
| 08/23/12 | VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 Courier Service/Messenger Service- Off Site  VENDOR: URBAN EXPRESS INVOICE#: 446452 DATE: 8/31/2012 SENDER'S NAME: LISA BECKERMAN; JOB NUMBER: 7520931; PICKUP: 1 BRYANT PARK; DESTINATION: 1 CHASE MANHATTAN PLZ; DATE: 08/23/2012 | $9.82 |
| 08/23/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1148933 DATE: 9/5/2012  Vendor: Dial Car Voucher #: DLA3701583 Date: 08/23/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3701583 Date: 08/23/2012 Name: Austin Lilling | $187.33 |
| 08/23/12 | Meals - Business  8/22/12   P Sanchez - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800203; DATE: 8/23/2012 | $70.50 |
| 08/23/12 | Meals - Business  8/23/12   P Sanchez - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800203; DATE: 8/23/2012 | $249.87 |
| 08/23/12 | Meals - Business  8/23/12  J Lee - Team meeting working meal VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800203; DATE: 8/23/2012 | $11.43 |
| 08/23/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.53 |
| 08/23/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033905457 DATE: 8/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $3.21 |
| 08/28/12 | Computerized Legal Research - Westlaw User: SOUTHWELL,TRACY Date: 8/28/2012 AcctNumber: 1000045367 | $20.40 |

| Date | Description | Amount |
|---|---|---|
| | ConnectTime: 0.0 | |
| 08/31/12 | Courier Service/Messenger Service- Off Site  8/31/12 - CC Ofc/Law Library VENDOR: NATIONWIDE LEGAL EXPRESS, LLC; INVOICE#: 119091; DATE: 8/31/2012 | $66.00 |
| 09/01/12 | Computerized Legal Research - Other 8/12 (Courtlink) VENDOR: LEXISNEXIS; INVOICE#: EA-513860; DATE: 9/1/2012  -  Client ID 899 | $213.12 |
| 09/01/12 | Computerized Legal Research - Other 8/12 (Courtlink)   Qureshi - Collura Search VENDOR: LEXISNEXIS; INVOICE#: EA-513860; DATE: 9/1/2012  -  Client ID 899 | $213.12 |
| 09/04/12 | Travel - Airfare  Service Fee - Change; AA - Service Fee; Frosch Travel - AA | $25.00 |
| 09/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 09001-01001-12; DATE: 9/5/2012 | $3,850.09 |
| 09/05/12 | Travel - Ground Transportation  Taxi from meeting at Cleary Gottlieb to One Bryant Park.; Delancey Car Service | $20.00 |
| 09/06/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 2058 page(s) | $205.80 |
| 09/06/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 24 page(s) | $2.40 |
| 09/06/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1251018 DATE: 9/9/2012 Kahn Brad - Szechuan Gourmet - 09/06/2012 | $27.39 |
| 09/10/12 | Duplication - In House  Photocopy - Kahn, Brad, NY, 2881 page(s) | $288.10 |
| 09/10/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 248; DATE ORDERED: 9/10/12 | $24.80 |
| 09/11/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1255504 DATE: 9/16/2012 Catering Akin Gump - Kosher Deluxe - 09/11/2012 | $23.23 |
| 09/11/12 | Travel - Ground Transportation  Airport to Hotel; Taxi - 6A31 | $21.40 |
| 09/11/12 | Travel - Ground Transportation  Home to Airport; Cocierge Services - Car Service | $100.00 |
| 09/12/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1150206 DATE: 9/26/2012  Vendor: Dial Car Voucher #: DLRVP9C361C8 Date: 09/12/2012 Name: David Botter‖Car Service, Vendor: Dial Car Voucher #: DLRVP9C361C8 Date: 09/12/2012 | $44.67 |

| Date | Description | Amount |
|---|---|---|
| 09/12/12 | Name: David Botter<br>Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 690774 DATE: 9/20/2012<br> Vendor: Executive Royal Voucher #: 385619 Date: 09/12/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 385619 Date: 09/12/2012 Name: Lisa Beckerman | $67.99 |
| 09/12/12 | Meals (100%)  Working meal; F. Hodara; working meal; Starbucks | $11.16 |
| 09/13/12 | Travel - Ground Transportation  Travel from home to airport for flight to client meeting.; Delancery Car Service | $45.00 |
| 09/13/12 | Travel - Ground Transportation<br>VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 690774 DATE: 9/20/2012<br> Vendor: Executive Royal Voucher #: 382186 Date: 09/13/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 382186 Date: 09/13/2012 Name: Lisa Beckerman | $67.99 |
| 09/13/12 | Travel - Ground Transportation<br>VENDOR: DIAL CAR INC INVOICE#: 1150533 DATE: 10/3/2012<br> Vendor: Dial Car Voucher #: DLA3723079 Date: 09/13/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3723079 Date: 09/13/2012 Name: Austin Lilling | $201.71 |
| 09/13/12 | Meals (100%)  9/10/12   P Sanchez - Professionals' meeting working meal (8 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800206; DATE: 9/13/2012 | $117.59 |
| 09/13/12 | Meals (100%)  9/11/12   P Sanchez - In-person committee meeting meal (20 people)<br>VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800206; DATE: 9/13/2012 | $370.18 |
| 09/14/12 | Travel - Lodging (Hotel, Apt, Other)  Hotel; Sofitel Hotel | $674.85 |
| 09/14/12 | Meals - Business  S. Schultz; Sofit Hotel | $40.51 |
| 09/14/12 | Travel - Ground Transportation  Hotel to Airport; Taxi - 4D25 | $23.94 |
| 09/14/12 | Travel - Airfare  American; Frosch Travel - AA | $1,153.30 |
| 09/18/12 | Postage  US Postage - Beckerman, Lisa, NY, 1 piece(s) | $38.00 |
| 09/18/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 9/18/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $135.68 |
| 09/18/12 | Computerized Legal Research - Westlaw | $21.76 |

| | | |
|---|---|---|
| 09/18/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 2.0<br>User: KAHN,BRAD Date: 9/18/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $255.60 |
| 09/18/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1256897 DATE: 9/23/2012<br>Lilling Austin - Kodama Japanese - 09/18/2012 | $31.06 |
| 09/18/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1150533 DATE: 10/3/2012<br> Vendor: Dial Car Voucher #: DLA3563631 Date: 09/18/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3563631 Date: 09/18/2012 Name: Austin Lilling | $166.93 |
| 09/19/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1256897 DATE: 9/23/2012<br>Fagen Matthew - Aru Sushi - 09/19/2012 | $22.36 |
| 09/19/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1256897 DATE: 9/23/2012<br>Sturm Joshua - Colbeh Glatt Kosher Restaurant - 09/19/2012 | $29.17 |
| 09/20/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 09/20/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 09/20/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 691070 DATE: 9/28/2012<br> Vendor: Executive Royal Voucher #: RVK1C371C8 Date: 09/20/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: RVK1C371C8 Date: 09/20/2012 Name: Fred Hodara | $28.03 |
| 09/20/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1256897 DATE: 9/23/2012<br>Fagen Matthew - !Savory - 09/20/2012 | $22.69 |
| 09/20/12 | Meals (100%)  9/20/12  S Brauner - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800207; DATE: 9/20/2012 | $64.51 |

| Date | Description | Amount |
|---|---|---|
| 09/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1150996 DATE: 10/10/2012 Vendor: Dial Car Voucher #: DLA3711101 Date: 09/20/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3711101 Date: 09/20/2012 Name: Austin Lilling | $33.58 |
| 09/21/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $40.50 |
| 09/21/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $54.00 |
| 09/22/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 691070 DATE: 9/28/2012 Vendor: Executive Royal Voucher #: 369736 Date: 09/22/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 369736 Date: 09/22/2012 Name: Lisa Beckerman | $67.99 |
| 09/24/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 09/24/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 09/25/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 3.0 | $693.90 |
| 09/25/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.0 | $13.50 |
| 09/25/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 09/27/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/27/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $222.70 |
| 09/27/12 | Meals (100%) 9/25/12 M Fagen - Team call working meal (8 people) VENDOR: RESTAURANT | $31.52 |

| Date | Description | Amount |
|---|---|---|
| | ASSOCIATES; INVOICE#: 2033800208; DATE: 9/27/2012 | |
| 09/27/12 | Meals (100%)  9/25/12  S Brauner - Team call working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800208; DATE: 9/27/2012 | $48.67 |
| 09/27/12 | Meals (100%)  9/27/12  S Brauner - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800208; DATE: 9/27/2012 | $489.12 |
| 09/27/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1269736 DATE: 9/30/2012 Catering Akin Gump - Kosher Deluxe - 09/27/2012 | $23.23 |
| 09/28/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 9/28/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $129.70 |

                    Current Expenses                                        $17,131.51

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 3.50 | $2,555.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.00 | $3,069.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 4.70 | $2,715.50 |
| 0006 | Retention of Professionals | 0.20 | $210.00 |
| 0007 | Creditors Committee Meetings | 90.80 | $68,190.00 |
| 0008 | Court Hearings | 11.40 | $9,261.00 |
| 0009 | Financial Reports and Analysis | 1.70 | $977.50 |
| 0012 | General Claims Analysis/Claims Objections | 10.90 | $6,695.00 |
| 0014 | Canadian Proceedings/Matters | 4.30 | $3,377.50 |
| 0017 | General Adversary Proceedings | 45.20 | $18,970.00 |
| 0018 | Tax Issues | 5.70 | $4,018.50 |
| 0019 | Labor Issues/Employee Benefits | 135.00 | $94,247.50 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 1.10 | $930.00 |
| 0025 | Travel | 9.45 | $7,523.75 |
| 0028 | Non-Debtor Affiliates | 22.00 | $14,506.00 |
| 0029 | Intercompany Analysis | 130.40 | $106,895.50 |
| | TOTAL | 481.35 | $344,142.25 |

**Total Amount of This Invoice**                                          **$361,273.76**