# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 42.90 | $42,685.50 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 37.70 | $36,757.50 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 65.00 | $68,250.00 |
| Stephen B. Kuhn | Partner for 12 years; Admitted in 1991; Corporate Department | $825 | 1.00 | $825.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 23.00 | $18,975.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 30.95 | $23,986.25 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 21.20 | $13,250.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 29.30 | $20,656.50 |
| Angeline L. Koo | Counsel for 2 years; Admitted in 2005; Litigation Department | $625 | 14.80 | $9,250.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $695 | 6.50 | $4,517.50 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 11.10 | $4,717.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Sarah J. Crow | Associate for 2 years; Admitted in 2010; Financial Restructuring Department | $370 | 1.40 | $518.00 |
| Matthew C. Fagen | Associate for 1 years; Not Yet Admitted; Financial Restructuring Department | $375 | 41.80 | $15,675.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 93.40 | $53,705.00 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 43.70 | $26,220.00 |
| Kemoy Foster | Staff Attorney for 2 years; Admitted in 2007; Litigation Department | $275 | 2.00 | $550.00 |
| Dmitry B Iofe | Legal Assistant for 3 years; Litigation Department | $225 | 7.00 | $1,575.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 22 years; Financial Restructuring Department | $235 | 4.70 | $1,104.50 |
| Sean C. Lay | Legal Assistant for 2 years; Litigation Department | $195 | 1.00 | $195.00 |
| James W. Ma | Legal Assistant for 19 years; Litigation Department | $240 | 1.80 | $432.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 1.10 | $297.00 |

Total Amount of Fees:    $344,142.25
Total Number of Hours:   481.35
Blended Hourly Rate:     $714.95

103792011 v1