<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of

the foregoing **Fifteenth Quarterly Fee Application Request Of Huron Consulting Group As**

**Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For**

**The Period August 1, 2012 Through October 31, 2012** was caused to be made on November

8, 2012, in the manner indicated upon the entities identified below:

Date: November 8, 2012                                    _____/s/ Ann C. Cordo___
                                                          Ann C. Cordo (No. 4817)


<u>**VIA HAND DELIVERY**</u>                            <u>**VIA FIRST CLASS MAIL**</u>

Mark Kenney, Esq.                                       Nortel Networks, Inc.
Office of the U.S. Trustee                              Attn: Accounts Payable
844 King Street                                         P.O. Box 13010
Suite 2207, Lockbox 35                                  RTP, NC 27709
Wilmington, DE  19801-3519                              (Debtor)
(Trustee)

Mark D. Collins, Esq.                                   Fred S.  Hodara, Esq.
Christopher M. Samis, Esq.                              Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                                One Bryant Park
One Rodney Square                                       New York, NY  10036
920 N King Street                                       (Counsel for Official Committee
Wilmington, DE  19801                                   Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)