# EXHIBIT A

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR APPLICATION PERIOD

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

| | |
|---|---|
| **Name:** | **John Ray** |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | **10/1/2012** | **10/24/2012** |
| **Enter Billing Rate/Hr:** | **515.00** | |

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 108.3 | $515.00 | $55,774.50 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | 2.0 | $515.00 | $1,030.00 |
| 5 | Fee Applications | 4.8 | $515.00 | $2,472.00 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | 10.0 | $257.50 | $2,575.00 |
| | **Hours/Billing Amount for Period:** | **125.1** | | **$61,851.50** |

# NORTEL TIME SHEET

## John Ray

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/1/2012 | Case management call | 3 | 1.0 |
| 10/1/2012 | Cross border claims | 3 | 1.0 |
| 10/1/2012 | MOR preparation | 4 | 2.0 |
| 10/1/2012 | LTD matters | 3 | 2.0 |
| 10/1/2012 | Mediation matters | 3 | 2.0 |
| 10/2/2012 | Sub liquidations | 3 | 1.0 |
| 10/2/2012 | Retiree matter | 3 | 3.0 |
| 10/2/2012 | Review motions to be filed | 3 | 1.0 |
| 10/3/2012 | Review draft settlement retirees | 3 | 2.0 |
| 10/3/2012 | Review Golder report re environmental | 3 | 0.8 |
| 10/4/2012 | LTD issues | 3 | 2.0 |
| 10/4/2012 | LTD litigation | 3 | 2.0 |
| 10/4/2012 | Environmental manifests | 3 | 1.0 |
| 10/4/2012 | NNII matters | 3 | 1.0 |
| 10/4/2012 | Netting agreement review | 3 | 0.5 |
| 10/4/2012 | Japan matter | 3 | 1.0 |
| 10/4/2012 | Mexico debt exchange | 3 | 1.0 |
| 10/4/2012 | Share certificate matters | 3 | 1.0 |
| 10/4/2012 | Deferred comp matter | 3 | 2.0 |
| 10/4/2012 | Mediation matters | 3 | 2.0 |
| 10/5/2012 | Cross border claims | 3 | 1.0 |
| 10/5/2012 | Mediation matters | 3 | 3.0 |
| 10/5/2012 | Radware matter | 3 | 1.0 |
| 10/5/2012 | Mediation matters | 3 | 3.0 |
| 10/6/2012 | Mediation matters | 3 | 1.0 |
| 10/8/2012 | Case management call | 3 | 1.0 |
| 10/8/2012 | Genband matter | 3 | 1.0 |
| 10/8/2012 | Deferred comp matter | 3 | 2.0 |
| 10/8/2012 | Fee application preparation | 5 | 3.5 |
| 10/9/2012 | Mexico matter | 3 | 1.0 |
| 10/9/2012 | Sub liquidation; call with Luis G re same | 3 | 1.0 |
| 10/9/2012 | Deferred comp matter | 3 | 1.0 |
| 10/9/2012 | LTD matter | 3 | 2.0 |
| 10/9/2012 | Fee application preparation | 5 | 1.3 |
| 10/10/2012 | Claims matters | 3 | 2.0 |
| 10/10/2012 | Review draft stipulation | 3 | 1.0 |
| 10/10/2012 | LTD matters | 3 | 3.0 |
| 10/11/2012 | Radware matter | 3 | 1.0 |
| 10/11/2012 | Claims matters | 3 | 2.0 |
| 10/11/2012 | Deferred comp | 3 | 2.0 |
| 10/11/2012 | WPB matter | 3 | 1.0 |
| 10/12/2012 | Patent matters | 3 | 0.5 |
| 10/12/2012 | Retiree matters | 3 | 2.0 |
| 10/12/2012 | Mediation matters | 7 | 5.5 |
| 10/12/2012 | Flight to NY | 3 | 4.5 |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 10/15/2012 | Meetings in NY re mediation matters | 3 | 9.0 |
| 10/16/2012 | Meetings in NY re mediation matters | 3 | 9.0 |
| 10/17/2012 | Flight from NY | 7 | 4.5 |
| 10/17/2012 | Environmental matter | 3 | 1.0 |
| 10/17/2012 | NNIII | 3 | 1.0 |
| 10/17/2012 | Various claims matters | 3 | 2.0 |
| 10/17/2012 | LTD matter | 3 | 3.0 |
| 10/18/2012 | Mediation matters | 3 | 2.0 |
| 10/18/2012 | Deferred comp matters | 3 | 1.0 |
| 10/18/2012 | Administration matters | 3 | 2.0 |
| 10/18/2012 | Review sub liquidations | 3 | 1.0 |
| 10/18/2012 | Settlement matters | 3 | 1.0 |
| 10/18/2012 | Liquidation call | 3 | 1.0 |
| 10/18/2012 | Retiree matters | 3 | 3.0 |
| 10/19/2012 | Retiree matter | 3 | 2.0 |
| 10/19/2012 | Genband matter | 3 | 2.0 |
| 10/19/2012 | Benefits matters | 3 | 2.0 |
| 10/24/2012 | Mediation matters | 3 | 2.0 |