**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 1,772.41 |
| Travel – Lodging | | 5,049.09 |
| Travel – Meals | | 278.35 |
| Travel – Car Service | | 600.00 |
| Travel – Parking | | 340.00 |
| Office supplies, shipping, and other office related expenses | | 84.95 |
| PACER | | - |
| TOTAL | | $ 8,124.80 |

# Nortel Expense Report

**PERIOD:** October 1, 2012 through October 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 9/30/2012 | New York Trip - Air fare | $ 236.80 | | | | | | |
| 9/30/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 9/30/2012 | New York Trip - Meal | | | $ 26.11 | | | | |
| 9/30/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 9/30/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 9/30/2012 | New York Trip - Meal | | | $ 85.86 | | | | |
| 10/1/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/1/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/1/2012 | New York Trip - Meal | | | $ 45.86 | | | | |
| 10/2/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/2/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/2/2012 | New York Trip - Meal | | | $ 40.00 | | | | |
| 10/3/2012 | New York Trip - Air fare | $ 208.79 | | | | | | |
| 10/3/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 10/3/2012 | New York Trip - Parking | | | | | $ 132.00 | | |
| 10/9/2012 | New York Trip - Air fare | $ 258.05 | | | | | | |
| 10/9/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 10/9/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/9/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/9/2012 | New York Trip - Meal | | | $ 28.35 | | | | |
| 10/10/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/10/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/11/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/11/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/11/2012 | New York Trip - Meal | | | $ 10.28 | | | | |

# Nortel Expense Report

**PERIOD:** October 1, 2012 through October 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Exp | PACER |
|---|---|---|---|---|---|---|---|---|
| 10/12/2012 | New York Trip - Air fare | $ 351.19 | | | | | | |
| 10/12/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 10/12/2012 | New York Trip - Parking | | | | | $ 104.00 | | |
| 10/12/2012 | New York Trip - Meal | | | $ 8.38 | | | | |
| 10/14/2012 | New York Trip - Air fare | $ 358.79 | | | | | | |
| 10/14/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 10/14/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/14/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/15/2012 | New York Trip - Meal | | | $ 28.35 | | | | |
| 10/15/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/15/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/16/2012 | New York Trip - Hotel | | $ 475.00 | | | | | |
| 10/16/2012 | New York Trip - Hotel tax | | $ 86.01 | | | | | |
| 10/16/2012 | New York Trip - Meal | | | $ 5.16 | | | | |
| 10/17/2012 | New York Trip - Air fare | $ 358.79 | | | | | | |
| 10/17/2012 | New York Trip - Car service | | | | $ 100.00 | | | |
| 10/17/2012 | New York Trip - Parking | | | | | $ 104.00 | | |
| 10/31/2012 | WiFi | | | | | | $ 50.00 | |
| 10/31/2012 | Aircell | | | | | | $ 34.95 | |