IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
: Chapter 11
:
*In re* : Case No. 09-10138 (MFW)
:
Nortel Networks Inc., *et al.*,[1] : Jointly Administered
:
Debtors. :
: **RE: D.I. 8898**
:
.  :
:
---------------------------------------------------------------X

**CONFIDENTIAL FILED UNDER SEAL –Affidavit of Service Re: Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors Process to Terminate Long-Term Disability Benefits**

Dated:   Wilmington, Delaware
         November 8, 2012

CLEARY GOTTLIEB STEEN & HAMILTON LLP         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

James L. Bromley (No. 5125)                  Derek C. Abbott (No. 3376)
Lisa M. Schweitzer (No. 1033)                Eric D. Schwartz (No. 3134)
One Liberty Plaza                            Ann C. Cordo (No. 4817)
New York, New York 10006                     Tamara K. Minott (No. 4817)
Telephone: (212) 225-2000                    1201 North Market Street
Facsimile: (212) 225-3999                    Wilmington, Delaware 19899-1347
                                             Phone: (302) 658-9200
*Counsel for the Debtors and Debtors in Possession*   Facsimile: (302) 658-3989

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4370337.1