IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                       :    Case No. 09-10138 (KG)
:
              Debtors.   :    Jointly Administered
:
:
---------------------------------------------------------X

### CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER FOR HEARING ON DEBTORS' PROCESS TO TERMINATE RETIREE BENEFITS PURSUANT TO 11 U.S.C. § 1114

I, Ann C. Cordo, counsel for Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114*, attached as **Exhibit A** hereto:

1.    On July 30, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to § 11 U.S.C. 1114* [D.I. 8066] (the "Termination Motion").

2.    On August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8084] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

"Scheduling Order"), which Scheduling Order was subsequently amended on August 21, 2012 in accordance with the Court's rulings on August 20, 2012 pursuant to the *Amendment to the Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* [D.I. 8255] and was further amended by the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* dated August 29, 2012 [D.I. 8365], the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* dated October 11, 2012 [D.I. 8685] and the *Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114* dated October 31, 2012 [D.I. 8851].

3. As a result of discussions among the parties, the parties have modified the dates set forth in the Scheduling Order as set forth in the proposed amended scheduling order (the "Proposed Amended Scheduling Order") attached hereto.

4. The Debtors have circulated the Proposed Amended Scheduling Order to counsel to the Official Committee of Retired Employees (the "Retiree Committee"). Counsel to the Retiree Committee, as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the Proposed Amended Scheduling Order and have no objection to its entry.

WHEREFORE, the Debtors respectfully request that the Court (i) enter the Proposed Amended Scheduling Order attached hereto as **Exhibit A** and (ii) grant such other and further relief as is just and proper.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 9, 2012
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors
and Debtors in Possession*