**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 9/1/2012 through 9/30/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 35.20 | $27,984.00 |
| J. Borow | Executive Director | $795 | 54.70 | $43,486.50 |
| J. Hyland | Executive Director | $610 | 110.50 | $67,405.00 |
| A. Cowie | Managing Director | $550 | 18.60 | $10,230.00 |
| T. Morilla | Director | $360 | 133.40 | $48,024.00 |
| M. Haverkamp | Paraprofessional | $120 | 4.30 | $516.00 |
| **For the Period 9/1/2012 through 9/30/2012** | | | **356.70** | **$197,645.50** |