**Nortel Networks Corporation**
Capstone Advisory Group, LLC
Exhibit B: Summary of Fees by Task Code
For the Period 9/1/2012 through 9/30/2012

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 99.70 | $59,964.00 |
| 05. Professional Retention/Fee Application Preparation | 7.30 | $2,346.00 |
| 07. Interaction/Mtgs w Debtors/Counsel | 11.00 | $8,097.50 |
| 08. Interaction/Mtgs w Creditors | 51.60 | $34,399.50 |
| 09. Employee Issues/KEIP | 14.00 | $9,150.50 |
| 10. Recovery/SubCon/Lien Analysis | 97.60 | $47,135.50 |
| 11. Claim Analysis/Accounting | 28.20 | $13,617.50 |
| 13. Intercompany Transactions/Bal | 19.00 | $9,215.00 |
| 18. Operating and Other Reports | 8.20 | $4,834.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 19.70 | $8,642.00 |
| 26. Tax Issues | 0.40 | $244.00 |
| **For the Period 9/1/2012 through 9/30/2012** | **356.70** | **$197,645.50** |

Capstone Advisory Group, LLC
Invoice for the 9/1/2012-9/30/2012 Fee Statement