# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 9/1/2012 through 9/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 9/4/2012 | C. Kearns | 0.50 | Participated in meeting the UCC professionals. |
| 9/4/2012 | T. Morilla | 0.90 | Reviewed the estate-owned assets assumptions. |
| 9/4/2012 | C. Kearns | 1.00 | Reviewed scenario analysis to consider input from ad hocs regarding approach to "basis for settlement." |
| 9/4/2012 | C. Kearns | 1.00 | Continued to meet with counsel and team as preparation for meeting with ad hocs to discuss mediation next steps. |
| 9/4/2012 | C. Kearns | 2.00 | Met with counsel, Milbank and FTI to discuss mediation next steps. |
| 9/4/2012 | J. Hyland | 2.90 | Prepared for call with Milbank and reviewed proceeds allocation scenarios. |
| 9/5/2012 | C. Kearns | 0.30 | Continued evaluation mediation matters. |
| 9/5/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation scenarios. |
| 9/6/2012 | C. Kearns | 0.80 | Participated in meeting with counsel and team to outline presentation for in-person UCC meeting that will discuss mediation next steps. |
| 9/6/2012 | J. Hyland | 1.00 | Prepared for (0.2) and participated in (0.8) call with counsel regarding proceeds allocation presentation for UCC. |
| 9/6/2012 | J. Hyland | 1.40 | Continued reviewing proceeds allocation deck for UCC. |
| 9/6/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation deck for UCC. |
| 9/7/2012 | J. Hyland | 2.00 | Continued analyzing proceeds allocation scenarios. |
| 9/7/2012 | J. Hyland | 2.40 | Reviewed revised proceeds allocation report for UCC. |
| 9/7/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenarios. |
| 9/10/2012 | J. Hyland | 1.10 | Participated in call with counsel regarding UCC allocation presentation. |
| 9/10/2012 | J. Hyland | 2.30 | Continued analyzing proceeds allocation. |
| 9/10/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/10/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation. |
| 9/11/2012 | T. Morilla | 1.60 | Continued to review and analyze the allocation issues. |
| 9/11/2012 | T. Morilla | 1.80 | Reviewed and analyzed allocation issues. |
| 9/12/2012 | C. Kearns | 0.50 | Participated in call with UCC to discuss status and debrief regarding J. Ray meeting. |
| 9/12/2012 | J. Hyland | 2.00 | Prepared for meeting with Cleary regarding proceeds allocation. |
| 9/12/2012 | C. Kearns | 3.50 | Met with J. Ray, Chilmark and CGSH to discuss mediation status and debrief with counsel. |
| 9/17/2012 | C. Kearns | 0.20 | Emailed with counsel and CGSH regarding next steps with the committee to prepare mediation submission. |
| 9/17/2012 | T. Morilla | 1.00 | Continued to review certain EMEA allocation issues. |
| 9/17/2012 | J. Hyland | 1.30 | Reviewed analysis of proceeds allocation matter. |
| 9/17/2012 | T. Morilla | 1.60 | Reviewed and analyze certain EMEA allocation issues. |
| 9/17/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation scenario. |
| 9/18/2012 | C. Kearns | 0.50 | Analyzed memo for counsel laying out options/ issues to be addressed or considered in upcoming mediation submission. |
| 9/18/2012 | T. Morilla | 1.50 | Reviewed possible justifications for allocation methodologies. |
| 9/18/2012 | T. Morilla | 1.50 | Continued to review allocation strategies. |
| 9/18/2012 | T. Morilla | 1.90 | Reviewed certain allocation strategy issues. |
| 9/19/2012 | C. Kearns | 0.40 | Reviewed additional scenario analysis prepared at request of counsel. |
| 9/19/2012 | J. Hyland | 1.10 | Prepared for pre-call regarding proceeds allocation. |
| 9/19/2012 | C. Kearns | 1.40 | Participated in call with counsel to discuss status and prepare for next session with UCC. |
| 9/19/2012 | T. Morilla | 1.70 | Continued to review allocation strategy issues. |
| 9/20/2012 | C. Kearns | 0.30 | Followed-up with counsel based on discussion with ad hocs. |
| 9/20/2012 | J. Hyland | 1.10 | Participated in call with Milbank and FTI regarding proceeds allocation. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/20/2012 | C. Kearns | 1.10 | Participated in call with counsel and ad hocs to discuss status and mediation next steps. |
| 9/20/2012 | T. Morilla | 1.70 | Continued to review certain EMEA allocation issues. |
| 9/21/2012 | C. Kearns | 0.30 | Emailed with counsel regarding next steps in mediation process. |
| 9/21/2012 | T. Morilla | 1.20 | Continued to review EMEA allocation issues. |
| 9/21/2012 | T. Morilla | 1.40 | Continued to review allocation strategy issues. |
| 9/21/2012 | J. Hyland | 1.90 | Reviewed assets and claims. |
| 9/24/2012 | C. Kearns | 0.50 | Conducted ongoing review of allocation model. |
| 9/24/2012 | T. Morilla | 2.10 | Reviewed and analyzed the justifications for certain allocation scenarios. |
| 9/24/2012 | J. Borow | 2.40 | Reviewed issues relating to allocation and mediation concepts. |
| 9/25/2012 | J. Borow | 1.40 | Reviewed issues relating to allocation and mediation concepts. |
| 9/25/2012 | C. Kearns | 1.80 | Held meeting with counsel and ad hocs to debrief on their meeting with the mediator and follow up with counsel regarding next steps. |
| 9/25/2012 | J. Hyland | 2.10 | Analyzed proceeds allocation. |
| 9/26/2012 | C. Kearns | 0.50 | Analyzed mediation related status. |
| 9/26/2012 | T. Morilla | 1.70 | Continued to review allocation strategy issues. |
| 9/27/2012 | C. Kearns | 0.40 | Reviewed latest scenarios regarding allocation related analysis. |
| 9/27/2012 | J. Hyland | 0.40 | Participated in UCC call with UCC professionals. |
| 9/27/2012 | C. Kearns | 0.50 | Participated in discussion of key issues with counsel regarding mediation process. |
| 9/27/2012 | C. Kearns | 0.50 | Continued review of NNI claims and assets regarding follow from J. Ray call. |
| 9/27/2012 | C. Kearns | 1.00 | Participated in call with counsel and ad hoc advisers to further discussions regarding next mediation submission. |
| 9/27/2012 | J. Hyland | 1.10 | Prepared for (0.1) and participated in (1.0) call with Milbank, counsel, Fraser, and Ashurst regarding proceeds allocation. |
| 9/27/2012 | J. Hyland | 1.90 | Analyzed assets and claims. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/27/2012 | J. Hyland | 2.00 | Participated in call with J. Bromley, J. Ray, Chilmark, counsel, and Fraser regarding proceeds allocation. |
| 9/27/2012 | C. Kearns | 2.00 | Participated in call with counsel and Debtor regarding key issues and strategy related to next mediation submission and related follow-up with counsel. |
| 9/27/2012 | J. Hyland | 2.30 | Analyzed Canadian and EMEA claims. |
| 9/28/2012 | J. Hyland | 0.40 | Conducted call with M. Sandberg regarding assets and claims. |
| 9/28/2012 | C. Kearns | 0.60 | Participated in call with D. Botter and F. Hodara to discuss next steps with our committee re: mediation submission and feedback from ad hocs and Debtor. |
| 9/28/2012 | C. Kearns | 0.80 | Participated in call with UCC member and counsel to discuss mediation next steps and related follow-up. |
| 9/28/2012 | J. Hyland | 0.80 | Conducted call with M. Kennedy regarding assets and claims schedule and mediation. |
| 9/28/2012 | T. Morilla | 1.20 | Reviewed and analyzed the estate-owned assets. |
| 9/28/2012 | J. Hyland | 2.10 | Analyzed proceeds allocation matters. |
| Subtotal | | 99.70 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2012 | J. Hyland | 0.80 | Prepared fee estimate for counsel. |
| 9/12/2012 | M. Haverkamp | 2.10 | Prepared August 2012 fee application. |
| 9/24/2012 | J. Hyland | 1.20 | Reviewed fee application. |
| 9/26/2012 | M. Haverkamp | 2.20 | Prepared August fee application. |
| 9/28/2012 | J. Hyland | 1.00 | Reviewed fee application. |
| Subtotal | | 7.30 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/6/2012 | J. Borow | 2.10 | Prepared for, attended and participated in meeting with potential expert witness. |
| 9/12/2012 | J. Hyland | 1.00 | Participated in follow-up meeting with J. Bromley, J. Ray, M. Rosenberg, and counsel regarding proceeds allocation. |

Capstone Advisory Group, LLC  
Invoice for the 9/1/2012-9/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/12/2012 | J. Hyland | 2.50 | Participated in meeting and side meetings with J. Bromley, L. Schweitzer, J. Ray, M. Rosenberg, and counsel regarding proceeds allocation mediation and NNIII. |
| 9/12/2012 | J. Borow | 4.20 | Prepared for (0.7) and participated in (3.5) meeting with Debtor and Debtor advisors regarding mediation issues. |
| 9/19/2012 | J. Borow | 1.20 | Participated in discussions with Debtor regarding status of matter and mediation. |
| Subtotal | | 11.00 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2012 | J. Hyland | 0.50 | Participated in weekly UCC status call with UCC professionals. |
| 9/4/2012 | A. Cowie | 0.90 | Reviewed certain mediation issues. |
| 9/4/2012 | A. Cowie | 0.90 | Prepared supporting information in regard to UCC meeting. |
| 9/4/2012 | J. Hyland | 1.00 | Participated in call with counsel and Fraser regarding preparation for proceeds allocation discussion with Milbank. |
| 9/4/2012 | A. Cowie | 1.20 | Continued to review allocation mediation issues. |
| 9/4/2012 | J. Hyland | 2.00 | Participated in call with A. Pisa, M. Spragg, M. Sandberg, Fraser, and counsel regarding proceeds allocation. |
| 9/4/2012 | J. Borow | 3.10 | Prepared for (1.1) and participated in (2.0) meeting with advisors to bondholder ad hoc committee. |
| 9/5/2012 | J. Hyland | 0.20 | Participated in weekly UCC call with UCC and UCC professionals. |
| 9/5/2012 | J. Borow | 1.20 | Prepared for (1.0) and participated in (0.2) meeting with professionals to UCC and members of UCC. |
| 9/10/2012 | A. Cowie | 1.10 | Prepared supporting analyses for discussion with counsel in regard to UCC meeting. |
| 9/10/2012 | C. Kearns | 2.30 | Met with counsel and team to finalize report for in-person UCC meeting and related follow up to complete the required analysis. |
| 9/11/2012 | A. Cowie | 0.50 | Prepared supporting analyses and discussion points for pre-UCC meeting. |
| 9/11/2012 | C. Kearns | 0.60 | Participated in UCC pre-meeting with counsel and Frasers. |
| 9/11/2012 | J. Hyland | 0.60 | Participated in UCC pre-meeting discussion. |
| 9/11/2012 | A. Cowie | 0.80 | Continued to provide supporting analyses for UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/11/2012 | A. Cowie | 2.70 | Prepared supporting analyses and information for UCC meeting. |
| 9/11/2012 | J. Hyland | 2.90 | Prepared for UCC face-to-face meeting. |
| 9/11/2012 | J. Hyland | 3.70 | Attended UCC face-to-face meeting. |
| 9/11/2012 | C. Kearns | 4.00 | Prepared for (0.3) and participated in (3.7) in-person meeting with UCC to discuss mediation matters, tax status and other matters. |
| 9/11/2012 | J. Borow | 4.20 | Prepared for (0.5) and participated in (3.7) meeting with UCC and advisors to discuss and review various issues including recovery issues. |
| 9/12/2012 | J. Hyland | 0.50 | Participated in UCC call with UCC professionals. |
| 9/12/2012 | A. Cowie | 0.70 | Provided supporting analyses and discussion points for UCC call. |
| 9/12/2012 | J. Borow | 0.70 | Prepared for, attended and participated in meeting with UCC and advisors to UCC. |
| 9/19/2012 | A. Cowie | 1.30 | Prepared supporting analyses and discussion points for UCC pre-call. |
| 9/19/2012 | J. Hyland | 1.90 | Prepared for (0.5) and participated in (1.4) weekly UCC professionals call. |
| 9/20/2012 | J. Hyland | 0.70 | Participated in UCC call. |
| 9/20/2012 | A. Cowie | 0.80 | Prepared supporting analyses for UCC call. |
| 9/20/2012 | A. Cowie | 1.10 | Participated in meeting with Ad Hoc group advisors in regard to creditor recoveries and mediation strategies. |
| 9/20/2012 | J. Hyland | 1.50 | Prepared for UCC call. |
| 9/20/2012 | J. Borow | 1.70 | Prepared for (1.0) and participated in (0.7) meeting with UCC and advisors to UCC. |
| 9/24/2012 | J. Hyland | 0.30 | Conducted call with M. Sandberg regarding proceeds allocation and case matters. |
| 9/25/2012 | A. Cowie | 0.70 | Participated in call with Ad Hocs' professionals in regard to mediation. |
| 9/27/2012 | C. Kearns | 0.50 | Prepared for (0.1) and participated in (0.4) call with UCC regarding mediation status and retiree settlement status. |
| 9/27/2012 | A. Cowie | 1.10 | Prepared for (0.1) and participated in (1.0) meeting with Ad Hoc advisors in regard to mediation strategy. |
| 9/27/2012 | A. Cowie | 1.30 | Prepared supporting analyses for UCC call. |

Capstone Advisory Group, LLC  
Invoice for the 9/1/2012-9/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/27/2012 | J. Borow | 2.40 | Prepared for (2.0) and participated in (0.4) meeting of UCC and professionals to UCC. |
| Subtotal | | 51.60 | |

**09. Employee Issues/KEIP**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2012 | T. Morilla | 1.20 | Reviewed certain pension issues. |
| 9/7/2012 | T. Morilla | 2.10 | Reviewed and analyzed certain employee claims. |
| 9/19/2012 | T. Morilla | 0.40 | Reviewed the 2012 U.S. AIP proposals. |
| 9/21/2012 | J. Borow | 8.30 | Participated in mediation session at Cleary Gottlieb regarding retiree and LTD benefits programs. |
| 9/24/2012 | J. Hyland | 2.00 | Reviewed AIP documents. |
| Subtotal | | 14.00 | |

**10. Recovery/SubCon/Lien Analysis**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2012 | J. Borow | 1.40 | Reviewed various recovery scenarios. |
| 9/4/2012 | T. Morilla | 1.90 | Continued to revise the summary of recovery analyses. |
| 9/4/2012 | T. Morilla | 2.00 | Continued to review and edit the recovery analyses. |
| 9/4/2012 | T. Morilla | 2.20 | Revised and edited the summary of recoveries document. |
| 9/5/2012 | J. Borow | 1.40 | Reviewed recovery scenarios relating to various potential claim and asset assumptions. |
| 9/5/2012 | T. Morilla | 2.00 | Continued to prepare the recovery analyses presentation. |
| 9/5/2012 | T. Morilla | 2.90 | Prepared the preliminary recovery analyses presentation. |
| 9/6/2012 | J. Borow | 2.20 | Reviewed issues and presentation regarding recovery scenarios for UCC. |
| 9/6/2012 | T. Morilla | 2.40 | Revised the preliminary recovery analyses presentation. |
| 9/6/2012 | T. Morilla | 2.40 | Continued to edit the recovery analyses presentation. |
| 9/6/2012 | T. Morilla | 2.90 | Continued to edit the recovery analyses presentation based on comments. |
| 9/7/2012 | T. Morilla | 0.60 | Reviewed analyses showing justifications for allocations. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/7/2012 | J. Borow | 1.20 | Reviewed recovery scenarios for presentation to UCC. |
| 9/7/2012 | C. Kearns | 1.30 | Continued to review and analyze recovery scenarios. |
| 9/7/2012 | T. Morilla | 1.90 | Continued to revise and edit the recovery analyses presentation based on comments. |
| 9/7/2012 | T. Morilla | 2.30 | Continued to review and edit the recovery analyses. |
| 9/10/2012 | J. Borow | 1.60 | Prepared for (0.5) and participated in (1.1) conference call with advisors to UCC regarding various recovery scenarios. |
| 9/10/2012 | T. Morilla | 1.90 | Revised the recovery analyses presentation based on comments. |
| 9/10/2012 | T. Morilla | 2.40 | Continued to review and edit the recovery analyses. |
| 9/10/2012 | T. Morilla | 2.80 | Continued to revise and edit the recovery analyses presentation. |
| 9/11/2012 | J. Borow | 0.60 | Participated in meeting with advisors regarding scenarios and discussion points with UCC. |
| 9/11/2012 | T. Morilla | 2.10 | Continued to review recovery scenarios based on discussions with the UCC members. |
| 9/12/2012 | T. Morilla | 1.90 | Continued to run additional follow-up recovery analyses. |
| 9/12/2012 | T. Morilla | 2.30 | Ran additional follow-up recovery analyses. |
| 9/13/2012 | C. Kearns | 0.50 | Reviewed additional scenarios for UCC based on discussions with Debtor. |
| 9/13/2012 | A. Cowie | 0.70 | Analyzed revised recovery scenarios. |
| 9/13/2012 | T. Morilla | 1.30 | Prepared additional charts showing results of certain allocations. |
| 9/13/2012 | T. Morilla | 1.90 | Continued to prepare charts showing follow-up recovery analyses. |
| 9/13/2012 | T. Morilla | 2.20 | Revised the recovery analyses based on comments. |
| 9/13/2012 | J. Hyland | 2.40 | Reviewed claims recovery scenario. |
| 9/13/2012 | T. Morilla | 2.80 | Continued to run additional recovery analyses. |
| 9/13/2012 | J. Borow | 2.90 | Reviewed issues relating to recovery scenarios. |
| 9/14/2012 | C. Kearns | 0.40 | Reviewed additional scenarios based on ad hoc input. |
| 9/14/2012 | J. Borow | 2.20 | Reviewed issues relating to recovery to various creditor constituents. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/14/2012 | T. Morilla | 2.70 | Continued to review and analyze the recovery follow-up analyses. |
| 9/17/2012 | C. Kearns | 0.30 | Reviewed additional scenarios at requested by counsel. |
| 9/17/2012 | T. Morilla | 1.40 | Continued to run additional recovery sensitivity analyses. |
| 9/17/2012 | C. Kearns | 1.90 | Analyzed potential range of recovery scenarios. |
| 9/17/2012 | T. Morilla | 2.80 | Continued to run additional recovery sensitivity analyses. |
| 9/18/2012 | C. Kearns | 0.40 | Reviewed additional scenarios based on understanding of feedback from ad hocs. |
| 9/18/2012 | J. Borow | 2.10 | Reviewed issues relating to recovery and related analyses. |
| 9/19/2012 | C. Kearns | 0.20 | Participated in call with counsel to discuss issues related to ad hocs and recovery models. |
| 9/19/2012 | J. Borow | 1.40 | Reviewed issues relating to recovery and related analyses. |
| 9/19/2012 | T. Morilla | 1.50 | Continued to run additional recovery analyses. |
| 9/19/2012 | T. Morilla | 1.90 | Edited and re-ran additional recovery sensitivity analyses. |
| 9/20/2012 | C. Kearns | 0.10 | Followed-up on certain recovery scenarios. |
| 9/20/2012 | J. Borow | 1.30 | Reviewed issues relating to recovery and related analyses. |
| 9/20/2012 | T. Morilla | 1.90 | Continued to edit the recovery analyses based on comments. |
| 9/20/2012 | T. Morilla | 2.10 | Continued to run additional recovery sensitivity analyses. |
| 9/21/2012 | C. Kearns | 0.30 | Reviewed additional recovery analyses. |
| 9/24/2012 | T. Morilla | 1.80 | Continued to review the recovery sensitivity analyses. |
| 9/25/2012 | T. Morilla | 2.10 | Continued to run additional recovery sensitivity analyses. |
| 9/25/2012 | J. Borow | 2.20 | Reviewed various recovery scenarios relating to allocation issues. |
| 9/26/2012 | T. Morilla | 1.70 | Continued to review the preliminary recovery analyses presentation. |
| 9/28/2012 | T. Morilla | 1.70 | Continued to run additional recovery analyses. |
| 9/28/2012 | T. Morilla | 1.90 | Continued to review additional recovery analyses. |
| Subtotal | | 97.60 | |

Capstone Advisory Group, LLC  
Invoice for the 9/1/2012-9/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 9/4/2012 | T. Morilla | 1.10 | Continued to review the estate claims assumptions. |
| 9/6/2012 | J. Hyland | 1.90 | Reviewed Canadian claims summary. |
| 9/7/2012 | J. Borow | 1.30 | Reviewed claims issues for various estates and related recovery issues. |
| 9/12/2012 | J. Hyland | 2.70 | Reviewed Canadian claims schedules. |
| 9/18/2012 | T. Morilla | 1.30 | Reviewed and analyzed certain UK Pension claim issues. |
| 9/18/2012 | T. Morilla | 1.40 | Continued to review UK Pension claims. |
| 9/18/2012 | J. Hyland | 1.90 | Analyzed intercompany claims. |
| 9/18/2012 | J. Hyland | 2.30 | Reviewed analysis of UK claim. |
| 9/20/2012 | T. Morilla | 1.20 | Reviewed and analyzed the U.S. claims base. |
| 9/21/2012 | T. Morilla | 1.90 | Continued to review and analyze the U.S. and Canadian estate claims. |
| 9/24/2012 | T. Morilla | 1.50 | Reviewed and analyzed the EMEA estate claims. |
| 9/24/2012 | J. Hyland | 2.80 | Analyzed LTD and retiree claims. |
| 9/25/2012 | T. Morilla | 1.20 | Continued to review retiree/LTD claim issues. |
| 9/26/2012 | T. Morilla | 1.60 | Continued to review issues regarding the LTD/retiree claims. |
| 9/27/2012 | T. Morilla | 1.20 | Continued to review the make-whole and no-call analyses. |
| 9/27/2012 | T. Morilla | 1.90 | Reviewed and analyzed the make-whole and no-call analyses. |
| 9/28/2012 | T. Morilla | 1.00 | Reviewed and analyzed the estate claims. |
| Subtotal | | 28.20 | |
| **13. Intercompany Transactions/Bal** | | | |
| 9/4/2012 | J. Hyland | 0.10 | Conducted call with S. Schultz regarding APAC/ CALA intercompany. |
| 9/5/2012 | J. Hyland | 2.70 | Reviewed APAC/CALA summary. |
| 9/6/2012 | J. Hyland | 0.40 | Conducted call with S. Schultz and B. Kahn regarding APAC and CALA. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/6/2012 | J. Hyland | 1.00 | Analyzed APAC/CALA cash flow matters for counsel. |
| 9/6/2012 | T. Morilla | 1.50 | Reviewed and analyzed the intercompany cash flows. |
| 9/10/2012 | J. Hyland | 0.40 | Revised CALA chart for counsel. |
| 9/11/2012 | T. Morilla | 0.80 | Reviewed intercompany cash flow issues. |
| 9/19/2012 | T. Morilla | 1.00 | Continued to review issues regarding a certain APAC entity. |
| 9/19/2012 | T. Morilla | 2.10 | Reviewed cash flow issues regarding one of the APAC legal entities. |
| 9/25/2012 | T. Morilla | 2.00 | Reviewed and analyzed the September RM reports. |
| 9/26/2012 | J. Hyland | 2.80 | Analyzed Restructuring Manager's report and summary. |
| 9/27/2012 | T. Morilla | 2.10 | Continued to review the APAC intercompany balances. |
| 9/28/2012 | J. Hyland | 2.10 | Analyzed intercompany balances. |
| Subtotal | | 19.00 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/10/2012 | A. Cowie | 2.80 | Prepared analysis and revisions to UCC deck. |
| 9/12/2012 | J. Hyland | 2.10 | Analyzed proceeds allocation and entity-specific documentation. |
| 9/18/2012 | J. Hyland | 1.00 | Reviewed upcoming reporting for UCC and coordinated with counsel. |
| 9/19/2012 | J. Hyland | 2.30 | Reviewed presentation regarding NNIII and UCC presentations. |
| Subtotal | | 8.20 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2012 | T. Morilla | 1.00 | Reviewed and analyzed the U.S. cash balances. |
| 9/5/2012 | T. Morilla | 1.10 | Reviewed and analyzed the Canadian and APAC cash forecast. |
| 9/7/2012 | T. Morilla | 1.20 | Continued to review and analyze the cash forecast. |
| 9/11/2012 | T. Morilla | 0.40 | Reviewed and analyzed the U.S. cash balances. |
| 9/11/2012 | J. Hyland | 1.40 | Reviewed cash flows. |

Capstone Advisory Group, LLC  
Invoice for the 9/1/2012-9/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/12/2012 | T. Morilla | 1.30 | Reviewed and analyzed the Canadian and APAC cash forecast. |
| 9/14/2012 | T. Morilla | 1.70 | Reviewed and analyzed the Canadian and APAC cash forecast. |
| 9/14/2012 | T. Morilla | 1.80 | Continued to review the cash forecast. |
| 9/17/2012 | J. Hyland | 2.60 | Reviewed cash forecast. |
| 9/18/2012 | T. Morilla | 0.40 | Reviewed and analyzed the global cash balances. |
| 9/19/2012 | T. Morilla | 0.40 | Reviewed and analyzed the U.S. cash balances. |
| 9/21/2012 | J. Hyland | 2.20 | Analyzed cash balances. |
| 9/26/2012 | T. Morilla | 1.50 | Reviewed and analyzed the previous cash flow forecasts. |
| 9/27/2012 | T. Morilla | 2.40 | Continued to review and analyze the global cash balances and forecasts. |
| 9/28/2012 | T. Morilla | 0.30 | Reviewed and analyzed the U.S. cash balances. |
| Subtotal | | 19.70 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/6/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe regarding U.S. tax presentation. |
| Subtotal | | 0.40 | |
| **Total Hours** | | **356.70** | |