**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9/1/2012 through 9/30/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 9/10/2012 | J. Hyland | Airfare during NY trip. | $607.60 |
| 9/19/2012 | J. Hyland | Airfare to NY for trip with U.S. Debtors. | $649.60 |
| **Subtotal - Airfare/ Train** | | | **$1,257.20** |
| **Auto Rental/Taxi** | | | |
| 9/1/2012 | J. Hyland | Taxi to airport during NY trip. | $72.67 |
| 9/10/2012 | J. Hyland | Taxi during NY trip. | $45.30 |
| **Subtotal - Auto Rental/Taxi** | | | **$117.97** |
| **Hotel** | | | |
| 9/12/2012 | J. Hyland | Hotel during NY trip. | $1,177.92 |
| **Subtotal - Hotel** | | | **$1,177.92** |
| **Meals** | | | |
| 9/10/2012 | J. Hyland | Meals during NY trip. | $17.62 |
| 9/11/2012 | J. Hyland | Meal during NY trip. | $15.39 |
| 9/12/2012 | J. Hyland | Meal during NY trip. | $11.92 |
| **Subtotal - Meals** | | | **$44.93** |
| **Mileage** | | | |
| 9/10/2012 | J. Hyland | Local mileage for NY trip. | $23.31 |
| **Subtotal - Mileage** | | | **$23.31** |

**Capstone Advisory Group, LLC**
Invoice for the 9/1/2012-9/30/2012 Fee Statement

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Parking/ Tolls** | | | |
| 9/10/2012 | J. Hyland | Local tolls for NY trip. | $1.60 |
| 9/12/2012 | J. Hyland | Local airport parking during NY trip. | $78.00 |
| **Subtotal - Parking/ Tolls** | | | **$79.60** |
| **Telecom** | | | |
| 9/5/2012 | CAG Direct | Telecom conference call charges for Nortel. | $6.23 |
| 9/8/2012 | CAG Direct | Long distance telecom for Nortel. | $410.21 |
| **Subtotal - Telecom** | | | **$416.44** |
| **For the Period 9/1/2012 through 9/30/2012** | | | **$3,117.37** |