# SERVICE LIST

**VIA HAND DELIVERY AND OVERNIGHT MAIL**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801-3519

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705

Mary F. Caloway Esq.
Mona A. Parikh
Buchanan Ingersoll & Rooney
1105 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE  19801

William F. Taylor Jr.
McCarter & English LLP
405 N. King Street
8th Floor
Renaissance Centre
Wilmington, DE  19801

**VIA OVERNIGHT MAIL AND FAX**

Ken Coleman Esq
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Fred S. Hodara Esq.
Ryan C. Jacobs Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY  10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763

Albert Togut
Neil Berger
Togut Segal & Segal LLP
One Penn Plaza
New York, NY  10119
Fax: 212-967-4258

6675882.1