**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2936776**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|------|---------------|--------|
| September 30, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $   137,717.00 |
| Disbursements | 1,383.61 |
| **Total Amount Due** | **$   139,100.61** CDN. |

FRASER MILNER CASGRAIN LLP

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP
and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions.  Your payee is Fraser Milner Casgrain and
your account number is 538462.  Please email us at acctrecedm@fmc-law.com
referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax.  We accept
American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

**Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.**
**Payment due on receipt.  Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 01-Aug-12 | NAL | 0012 | Review reports and documents regarding Canadian claims in connection with allocation analysis. | 1.7 |
| 01-Aug-12 | RSK | 0007 | Participate in UCC advisor status call. | 0.8 |
| 01-Aug-12 | RSK | 0031 | Review of MOE factum and appeal book. | 0.8 |
| 01-Aug-12 | RSK | 0029 | Confer with M. Wunder and R. Jacobs regarding mediation meetings. | 0.2 |
| 01-Aug-12 | RSK | 0032 | Review of orders regarding Retiree/LTD Termination process. | 0.1 |
| 01-Aug-12 | MJW | 0031 | Review Ontario Ministry of Environment factum in connection with appeal of Canadian environmental order. | 0.6 |
| 01-Aug-12 | MJW | 0031 | Email correspondence to T. Banks with respect to Canadian appeal issues. | 0.2 |
| 01-Aug-12 | MJW | 0007 | Attend on UCC advisor status call. | 0.8 |
| 02-Aug-12 | NAL | 0012 | Email to and call with M. Wunder regarding Canadian claim issues. | 0.3 |
| 02-Aug-12 | RSK | 0007 | Participate in Committee call (part call). | 0.7 |
| 02-Aug-12 | RSK | 0031 | Review of emails with Tim Banks regarding response to MOE appeal and appeal issues. | 0.2 |
| 02-Aug-12 | RSK | 0029 | Review of correspondence from Anneli LeGault regarding employee claim estimates and discussed same with M. Wunder. | 0.3 |
| 02-Aug-12 | MJW | 0007 | Attend on Committee call. | 1.0 |
| 02-Aug-12 | MJW | 0012 | Review analysis from A. Legault regarding Canadian employee claims analysis. | 0.2 |
| 02-Aug-12 | TMB | 0031 | Reviewing and responding to e-mail from M. Wunder regarding leave to appeal to Court of Appeal. | 0.3 |
| 03-Aug-12 | RSK | 0029 | Analysis of allocation issues in preparation for allocation meeting with mediator. | 1.7 |
| 06-Aug-12 | MMP | 0012 | Analysis regarding Canadian claims and recovery and prepare email summary regarding same. | 1.5 |
| 06-Aug-12 | RSK | 0002 | Participated in weekly call with Cleary and NNI. | 1.0 |
| 06-Aug-12 | RSK | 0031 | Review of multiple emails regarding termination of public securities reporting. | 0.4 |
| 06-Aug-12 | RSK | 0012 | Exchanged emails with Michael Wunder regarding EMEA claims discovery issues. | 0.3 |
| 06-Aug-12 | MJW | 0002 | Attend on status call with UCC advisors and NNI and its advisors. | 1.0 |
| 06-Aug-12 | MJW | 0031 | Email correspondence with Akin Gump and FMC with respect | 0.3 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | to Canadian securities reporting issues. | |
| 06-Aug-12 | MJW | 0031 | Conference with R. Shay and R. Jacobs with respect to Canadian securities reporting issues. | 0.3 |
| 06-Aug-12 | MJW | 0012 | Review Canadian claims orders regarding director and officer claims. | 0.4 |
| 06-Aug-12 | RCJ | 0002 | Attend on status call with UCC advisors and NNI and its advisors. | 1.0 |
| 06-Aug-12 | RCJ | 0031 | Email correspondence with Akin Gump and FMC with respect to Canadian securities reporting issues. | 0.3 |
| 06-Aug-12 | RCJ | 0031 | Conference with R. Shay and M. Wunder with respect to securities reporting issues. | 0.3 |
| 07-Aug-12 | MMP | 0012 | Prepare revised summary regarding Canadian claims analysis. | 0.4 |
| 07-Aug-12 | RSK | 0029 | Review of summary from Mary Picard regarding allocation recovery analysis. | 0.2 |
| 07-Aug-12 | RSK | 0029 | Email correspondence with UCC advisors regarding allocation meetings and issues. | 0.4 |
| 07-Aug-12 | RSK | 0029 | Review of emails regarding chambers conference with Gross and statements on mediation. | 0.3 |
| 07-Aug-12 | RSK | 0031 | Review of emails regarding termination of securities filings. | 0.2 |
| 07-Aug-12 | RSK | 0029 | Review of Asset and Claims Data circulated by representatives of mediator. | 0.7 |
| 07-Aug-12 | MJW | 0031 | Attend on calls and email correspondence regarding Canadian securities reporting issues. | 0.3 |
| 07-Aug-12 | MJW | 0031 | Conference with R. Jacobs and R. Shay regarding reporting issues. | 0.3 |
| 07-Aug-12 | MJW | 0029 | Review email correspondence and summary from M. Picard regarding allocation recovery analysis. | 0.4 |
| 07-Aug-12 | MJW | 0032 | Call with Committee advisors regarding U.S. chambers conference. | 0.4 |
| 07-Aug-12 | MJW | 0029 | Email correspondence with Akin Gump with respect to allocation mediation process. | 0.3 |
| 07-Aug-12 | RHS | 0031 | Research regarding Ontario Securities Commission cease trade orders and follow-up discussions with R. Jacobs and M. Wunder. | 1.5 |
| 07-Aug-12 | RHS | 0031 | Review of email correspondence relating to the intended termination of public reporting by the Nortel companies under Canadian and U.S. securities laws. | 0.4 |
| 07-Aug-12 | RHS | 0031 | Meeting with Ryan Jacobs and Michael Wunder to discuss the Canadian securities law issues. | 0.3 |
| 07-Aug-12 | RHS | 0031 | Participation in conference call with Akin Gump to discuss securities reporting issues. | 0.2 |
| 07-Aug-12 | RHS | 0031 | Conference call with counsel to Nortel and the Monitor. | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 4 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 07-Aug-12 | RCJ | 0029 | Email correspondence with F. Hodara regarding allocation mediation. | 0.2 |
| 07-Aug-12 | RCJ | 0029 | Analysis and prep work for issues for mediation. | 1.8 |
| 07-Aug-12 | RCJ | 0031 | Phone call with M. Lang (Norton Rose) and R. Shay regarding Canadian securities reporting issues. | 0.4 |
| 07-Aug-12 | RCJ | 0031 | Telephone call with S. Kuhn at Akin Gump regarding termination of securities reporting. | 0.3 |
| 07-Aug-12 | TMB | 0012 | Analyze supplementary issues raised by Abid Qureshi. | 0.3 |
| 07-Aug-12 | TMB | 0012 | Analyzing legal issues relating to EMEA claims. | 1.3 |
| 07-Aug-12 | TMB | 0012 | E-mail report to R. Jacobs regarding legal issues relating to EMEA claims. | 0.7 |
| 08-Aug-12 | MMP | 0012 | Review claims data provided by mediator's counsel regarding Canadian claims analysis. | 0.7 |
| 08-Aug-12 | RSK | 0007 | Participated in weekly UCC advisor call. | 0.9 |
| 08-Aug-12 | RSK | 0031 | Office conference with Michael Wunder regarding MOE appeal issues. | 0.3 |
| 08-Aug-12 | MJW | 0007 | Attend on UCC advisor call to prepare for Committee meeting. | 0.9 |
| 08-Aug-12 | MJW | 0031 | Review of Ministry of Environment factum and appeal book with respect to appeal of Canadian environmental order. | 0.6 |
| 08-Aug-12 | MJW | 0029 | Review asset and claims summaries and related allocation analysis in preparation for mediation. | 1.4 |
| 08-Aug-12 | RHS | 0031 | Analyze cease trade order issues. | 0.4 |
| 08-Aug-12 | RHS | 0007 | Participation in UCC advisor call. | 0.9 |
| 08-Aug-12 | RHS | 0031 | Participation in conference call with Cleary Gottlieb, Akin Gump and others to discuss the financial reporting matters. | 0.4 |
| 08-Aug-12 | RCJ | 0031 | Analysis of Canadian securities reporting issues. | 0.8 |
| 08-Aug-12 | RCJ | 0031 | Conference call with Akin Gump and FMC teams regarding U.S. and Canadian securities reporting. | 0.4 |
| 08-Aug-12 | TMB | 0031 | Preparation for and attendance on conference call with Abid Qureshi and R. Jacobs regarding Canadian legal framework and EMEA claims. | 0.5 |
| 09-Aug-12 | RSK | 0029 | Exchange of emails with M. Wunder and R. Jacobs regarding mediation preparation session and Canadian due diligence issues. | 0.3 |
| 09-Aug-12 | RSK | 0029 | Review of email from Akin Gump regarding mediation schedule. | 0.1 |
| 09-Aug-12 | MJW | 0003 | Prepare June, 2012 fee application. | 1.4 |
| 09-Aug-12 | MJW | 0007 | Attend on Committee call. | 1.1 |
| 09-Aug-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation mediation issues. | 0.3 |
| 09-Aug-12 | MJW | 0029 | Review claims and allocation recovery analysis, including Canadian claims and post-filing payments. | 0.6 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 5 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| 09-Aug-12 | RHS | 0007 | Participation in part of UCC call. | 0.9 |
| 09-Aug-12 | RCJ | 0007 | Participate in Committee call. | 1.1 |
| 09-Aug-12 | RCJ | 0012 | Analysis of claims data for mediation purposes. | 1.6 |
| 10-Aug-12 | MMP | 0019 | Review and analyze Canadian pension claims. | 1.1 |
| 10-Aug-12 | MMP | 0019 | Prepare email summary regarding Canadian pension claims and related allocation mediation issues. | 0.4 |
| 10-Aug-12 | RSK | 0029 | Review email from Akin Gump regarding planning for allocation mediation. | 0.1 |
| 10-Aug-12 | RSK | 0029 | Review of analysis of asset and claims data from Mary Picard. | 0.5 |
| 10-Aug-12 | MJW | 0003 | Prepare July, 2012 fee account. | 1.7 |
| 10-Aug-12 | MJW | 0029 | Review assets and claims summaries and related allocation analysis in preparation for mediation prep session. | 0.7 |
| 10-Aug-12 | RCJ | 0012 | Review and analyze claims base submissions for mediation. | 2.1 |
| 12-Aug-12 | RSK | 0029 | Review of mediation briefs and assets/claims data for mediation prep session. | 1.0 |
| 13-Aug-12 | RSK | 0029 | Prepare for and participate on UCC advisor mediation preparation session. | 2.2 |
| 13-Aug-12 | RSK | 0029 | Participate on call with Cleary and UCC advisors regarding allocation mediation. | 1.3 |
| 13-Aug-12 | RSK | 0029 | Review of allocation recovery analysis. | 0.3 |
| 13-Aug-12 | MJW | 0029 | Review allocation analysis to prepare for UCC advisor mediation preparation session. | 0.4 |
| 13-Aug-12 | MJW | 0029 | Attend on UCC advisor call to prepare for allocation mediation. | 1.8 |
| 13-Aug-12 | MJW | 0031 | Email correspondence with respect to Canadian securities reporting issues. | 0.2 |
| 13-Aug-12 | MJW | 0012 | Review EMEA Joint Administrators objection to U.S. claims scheduling motion. | 0.3 |
| 13-Aug-12 | RHS | 0023 | Email correspondence with Akin Gump regarding Canadian securities reporting issues. | 0.1 |
| 13-Aug-12 | RCJ | 0029 | Attend (telephonically) mediation prep session with UCC advisors. | 1.7 |
| 13-Aug-12 | RCJ | 0012 | Analyze Canadian claims issues. | 1.1 |
| 14-Aug-12 | RSK | 0029 | Review of Capstone analysis of Project Swift transactions. | 0.3 |
| 14-Aug-12 | RSK | 0031 | Review of request by MOE to have Nortel and Northstar's environmental appeals heard together. | 0.3 |
| 14-Aug-12 | MJW | 0031 | Review email from Ministry of the Environment with respect to appeal of Canadian Northstar environmental order and request for appeal and joint hearing with Nortel environmental appeal, and review Northstar notice of appeal. | 0.4 |
| 14-Aug-12 | MJW | 0031 | Email correspondence from T. Banks with respect to Canadian order appeal issues. | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 14-Aug-12 | RCJ | 0012 | Telephone call with Capstone regarding Canadian claims issues. | 0.2 |
| 14-Aug-12 | RCJ | 0012 | Analysis of Canadian claims issues. | 1.9 |
| 14-Aug-12 | TMB | 0031 | Reviewing and responding to questions regarding appeal procedural issues. | 0.5 |
| 15-Aug-12 | RSK | 0029 | Review of allocation analysis and Capstone commentary. | 0.6 |
| 15-Aug-12 | RSK | 0029 | Review of draft allocation issue summaries and related emails with Akin and Capstone. | 0.8 |
| 15-Aug-12 | MJW | 0029 | Review summaries of allocation issues in preparation for allocation mediation. | 0.7 |
| 15-Aug-12 | MJW | 0029 | Email correspondence with Akin Gump, FMC and Capstone with respect to preparation for allocation mediation. | 0.3 |
| 15-Aug-12 | MJW | 0003 | Complete preparation of July, 2012 fee account. | 0.6 |
| 15-Aug-12 | MJW | 0029 | Review report regarding meeting with mediator's counsel and related mediation allocation issues. | 0.3 |
| 15-Aug-12 | MJW | 0029 | Review allocation recovery analysis models in preparation for allocation mediation. | 0.7 |
| 16-Aug-12 | RSK | 0029 | Participated in allocation mediation preparation session with UCC advisors. | 1.7 |
| 16-Aug-12 | RSK | 0029 | Review of Akin and Capstone correspondence regarding mediation issues. | 0.2 |
| 16-Aug-12 | RSK | 0029 | Review of Capstone analysis of allocation recovery models. | 0.3 |
| 16-Aug-12 | RSK | 0007 | Participated in Committee call. | 0.7 |
| 16-Aug-12 | MJW | 0029 | Attend on UCC advisor call to prepare for allocation mediation. | 1.7 |
| 16-Aug-12 | MJW | 0007 | Attend on Committee call. | 0.7 |
| 16-Aug-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation and discussion with mediator's counsel. | 0.3 |
| 16-Aug-12 | RCJ | 0029 | Participate in UCC advisors mediation prep session. | 1.7 |
| 16-Aug-12 | RCJ | 0007 | Participate in Committee call. | 0.7 |
| 17-Aug-12 | RSK | 0029 | Review of summary and related emails from Akin Gump regarding allocation analysis and allocation mediation. | 0.4 |
| 17-Aug-12 | RSK | 0029 | Participated in mediation preparation call with Akin Gump. | 0.8 |
| 17-Aug-12 | RSK | 0029 | Review of mediation scenario summary and exchange of emails with Akin Gump and Capstone. | 0.6 |
| 17-Aug-12 | RSK | 0032 | Review of Monitor's response to EMEA Discovery Motion and related emails. | 0.3 |
| 17-Aug-12 | RSK | 0031 | Review of email from Tim Banks regarding MOE appeal timing and procedures. | 0.2 |
| 17-Aug-12 | RSK | 0032 | Review of Joint Reply of US Debtors and the Committee regarding EMEA Claims Motion. | 0.2 |

FRASER MILNER CASGRAIN LLP

The Official Committee of Unsecured Creditors

Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 17-Aug-12 | MJW | 0029 | Email correspondence with Committee advisors in connection with allocation mediation and preparation for mediation. | 0.3 |
| 17-Aug-12 | MJW | 0012 | Review Monitor's response to motion for EMEA claims discovery scheduling. | 0.1 |
| 17-Aug-12 | MJW | 0012 | Emails with Committee advisors with respect to EMEA claims discovery motion and related allocation mediation issues. | 0.4 |
| 17-Aug-12 | MJW | 0012 | Review reply of NNI and UCC to EMEA Joint Administrators objection relating to EMEA claims discovery motion. | 0.3 |
| 17-Aug-12 | MJW | 0031 | Review correspondence from T. Banks with respect to Canadian order appeal issues. | 0.2 |
| 17-Aug-12 | RCJ | 0017 | Email correspondence with Torys regarding MOE appeal. | 0.2 |
| 17-Aug-12 | RCJ | 0029 | Prep work for allocation mediation meetings in Toronto. | 2.9 |
| 17-Aug-12 | TMB | 0031 | Reviewing and responding to e-mail from M. Wunder regarding procedural issues relating to Canadian proceedings. | 0.3 |
| 18-Aug-12 | RSK | 0029 | Review of emails regarding response to Monitor submissions on EMEA claims and mediation. | 0.2 |
| 20-Aug-12 | RSK | 0029 | Participated on conference call with Akin and Capstone regarding mediation preparation. | 0.7 |
| 20-Aug-12 | RSK | 0029 | Review mediation submissions to prepare for meeting with mediator. | 0.6 |
| 20-Aug-12 | RSK | 0029 | Participated in call with Cleary and UCC advisors regarding mediation issues. | 0.5 |
| 20-Aug-12 | RSK | 0029 | Review of email from Judge Gross regarding mediation. | 0.2 |
| 20-Aug-12 | MJW | 0029 | UCC advisor call to prepare for allocation mediation meetings. | 0.7 |
| 20-Aug-12 | MJW | 0002 | Attend on status call with UCC advisors, NNI and Cleary. | 0.5 |
| 20-Aug-12 | MJW | 0012 | Review correspondence from U.S. court regarding EMEA claims discovery motion, and emails and discussions with Akin Gump, Capstone regarding same. | 0.6 |
| 20-Aug-12 | MJW | 0029 | Review allocation and claims analysis and mediation statements to prepare for allocation meetings. | 1.2 |
| 20-Aug-12 | RCJ | 0029 | Review email correspondence from Judge Gross regarding mediation and related discussion with Akin Gump team. | 0.3 |
| 20-Aug-12 | RCJ | 0029 | Review mediation submissions and claims summaries. | 2.2 |
| 21-Aug-12 | RSK | 0029 | Attended mediation session with Justice Winkler and post-meeting with UCC advisors. | 3.0 |
| 21-Aug-12 | RSK | 0029 | Attended meeting with Cleary and Torys regarding mediation. | 0.8 |
| 21-Aug-12 | MJW | 0029 | Meetings in Toronto with UCC advisors in connection with allocation mediation, and attend to follow-up. | 3.6 |
| 21-Aug-12 | MJW | 0029 | Review allocation recovery models. | 0.5 |
| 21-Aug-12 | RCJ | 0029 | Meetings with Akin Gump and Capstone teams at FMC Toronto regarding Nortel mediation. | 2.4 |
| 21-Aug-12 | RCJ | 0029 | Meetings at Torys with U.S. Debtor and UCC professionals | 1.4 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 8 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|----|----|---------------------|-------|
| | | | regarding mediation and Winkler meetings. | |
| 21-Aug-12 | RCJ | 0029 | Strategy meeting with F. Hodara, A. Qureshi. B. Kahn and M. Wunder regarding mediation positions and next steps. | 0.8 |
| 22-Aug-12 | RSK | 0029 | Follow up call with UCC advisors, NNI and Cleary regarding U.S. Debtor's meeting with mediator and allocation mediation next steps. | 0.8 |
| 22-Aug-12 | RSK | 0007 | Attend on UCC advisors status call. | 0.7 |
| 22-Aug-12 | RSK | 0012 | Review of CCAA claims summary. | 0.3 |
| 22-Aug-12 | MJW | 0029 | Attend on status call with UCC advisors, NNI and Cleary to discuss allocation mediation issues. | 0.6 |
| 22-Aug-12 | MJW | 0007 | Attend on UCC advisors call in preparation for Committee meeting. | 0.7 |
| 22-Aug-12 | RCJ | 0007 | Participate in UCC professionals call. | 0.7 |
| 22-Aug-12 | RCJ | 0029 | Analysis of issues for allocation mediation. | 1.6 |
| 22-Aug-12 | RCJ | 0031 | Consider MOE litigation and UCC position. | 0.3 |
| 23-Aug-12 | MMP | 0019 | Conference call with R. Jacobs and M. Wunder to review recovery of claims in the Canadian estate. | 0.4 |
| 23-Aug-12 | RSK | 0007 | Participated on Committee call. | 1.0 |
| 23-Aug-12 | RSK | 0007 | Participated in UCC advisor call (part call). | 0.2 |
| 23-Aug-12 | RSK | 0029 | Review of emails with UCC advisors regarding Canadian claims and allocation issues. | 0.5 |
| 23-Aug-12 | RSK | 0029 | Review of update from Akin Gump regarding discussions with Cleary in connection with allocation mediation. | 0.2 |
| 23-Aug-12 | RSK | 0029 | Review of emails and reports regarding Canadian pension claims and Canadian estate allocation issues. | 0.4 |
| 23-Aug-12 | MJW | 0007 | Attend on Committee call. | 1.0 |
| 23-Aug-12 | MJW | 0007 | Attend on follow-up call with Committee advisors after Committee meeting to discuss allocation mediation issues. | 0.5 |
| 23-Aug-12 | MJW | 0003 | Prepare July, 2012 fee application. | 1.7 |
| 23-Aug-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation analysis and review of Canadian claims and recoveries. | 0.4 |
| 23-Aug-12 | MJW | 0012 | Call with R. Jacobs and M. Picard to discuss Canadian claims and allocation recovery analysis. | 0.5 |
| 23-Aug-12 | MJW | 0029 | Review correspondence from Committee advisors regarding preparation for allocation meetings and required action items. | 0.3 |
| 23-Aug-12 | RCJ | 0007 | Participate in Committee call. | 1.0 |
| 23-Aug-12 | RCJ | 0029 | Conference call with UCC professionals regarding mediation issues. | 0.5 |
| 24-Aug-12 | RSK | 0029 | Review of analysis and documents regarding Canadian pension closing and Canadian allocation issues. | 0.7 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 9 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| 24-Aug-12 | RCJ | 0029 | Telephone call with Akin Gump (F. Hodara) regarding mediation strategies and issues. | 0.3 |
| 25-Aug-12 | RCJ | 0012 | Email correspondence with Capstone regarding Canadian claims issues. | 0.2 |
| 25-Aug-12 | RCJ | 0012 | Analysis of Canadian claims and allocation issues. | 1.3 |
| 26-Aug-12 | MMP | 0012 | Reviewed Canadian claims summaries and data including pension claims regarding allocation recovery issues. | 0.8 |
| 26-Aug-12 | MMP | 0029 | Analysis of Canadian claims and allocation recovery issues. | 1.2 |
| 27-Aug-12 | MMP | 0029 | Met with R. Jacobs, M. Wunder and S. Kukulowicz to discuss Canadian claims and allocation recovery analysis. | 0.9 |
| 27-Aug-12 | MMP | 0012 | Reviewed and analyzed publicly-available information and documentation relating to Canadian claims. | 2.6 |
| 27-Aug-12 | MMP | 0012 | Telephone discussion with S. Seller of Bennett Jones to discuss Canadian claims. | 0.2 |
| 27-Aug-12 | MMP | 0029 | Prepare summary of Canadian claims and related analysis regarding allocation recoveries. | 1.3 |
| 27-Aug-12 | RSK | 0029 | Meeting with Mary Picard, R. Jacobs and M. Wunder to discuss analysis of Canadian creditor claims. | 0.9 |
| 27-Aug-12 | RSK | 0029 | Review of documentation regarding Canadian creditor claims. | 0.6 |
| 27-Aug-12 | MJW | 0003 | Complete July, 2012 fee application. | 0.4 |
| 27-Aug-12 | MJW | 0003 | Complete quarterly fee application. | 0.3 |
| 27-Aug-12 | MJW | 0029 | Meet with M. Picard, S. Kukulowicz and R. Jacobs to discuss Canadian claims and related allocation recovery analysis and due diligence for allocation mediation. | 0.9 |
| 27-Aug-12 | MJW | 0029 | Review due diligence regarding Canadian claims and allocation recovery analysis. | 0.7 |
| 27-Aug-12 | RCJ | 0012 | Meeting with FMC team regarding Canadian claims analysis summary for mediation purposes. | 0.9 |
| 27-Aug-12 | RCJ | 0029 | Analysis of allocation mediation issues and related Canadian claims and recovery issues. | 1.5 |
| 28-Aug-12 | MMP | 0029 | Prepare summary of Canadian claims and related allocation issues. | 2.4 |
| 28-Aug-12 | MMP | 0012 | Review of Monitor's reports and other information regarding claims in the Canadian estate to prepare summary of Canadian claims and allocation issues. | 1.9 |
| 28-Aug-12 | RSK | 0029 | Review of draft summary of Canadian claims and relevant allocation recovery considerations. | 0.9 |
| 28-Aug-12 | MJW | 0029 | Conference with M. Picard to discuss allocation analysis and Canadian claims. | 0.3 |
| 28-Aug-12 | MJW | 0029 | Work to prepare Canadian claims and allocation summary for allocation mediation. | 1.2 |
| 28-Aug-12 | RCJ | 0012 | Work on Canadian claims analysis summary for mediation | 3.9 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | purposes. | |
| 29-Aug-12 | MMP | 0019 | Meeting with S. Kukulowicz, R. Jacobs and M. Wunder to discuss Canadian estate claims and related allocation issues. | 0.4 |
| 29-Aug-12 | MMP | 0019 | Second meeting with S. Kukulowicz, R. Jacobs and M. Wunder to discuss Canadian estate claims and related allocation issues. | 0.5 |
| 29-Aug-12 | MMP | 0012 | Reviewing Monitor's reports and other publicly-available sources, regarding claims in the Canadian estate, and analysis regarding allocation recovery issues. | 3.4 |
| 29-Aug-12 | MMP | 0029 | Prepared summary of Canadian estate claims and allocation recovery issues. | 3.3 |
| 29-Aug-12 | RSK | 0029 | Review of draft Canadian creditor summary and provide comments on Canadian issues commentary. | 1.1 |
| 29-Aug-12 | RSK | 0029 | Meetings with Mary Picard, M. Wunder and R. Jacobs to discuss Canadian claims and allocation issues summary and review of source documents. | 0.9 |
| 29-Aug-12 | RSK | 0029 | Review revised Canadian claims and allocation recovery summary. | 0.3 |
| 29-Aug-12 | MJW | 0029 | Canadian claims and allocation recovery analysis for allocation mediation. | 1.6 |
| 29-Aug-12 | MJW | 0029 | Continue preparation of summary of Canadian claims and allocation analysis. | 1.8 |
| 29-Aug-12 | MJW | 0029 | Meetings with FMC lawyers regarding mediation and Canadian claims. | 0.9 |
| 29-Aug-12 | RCJ | 0029 | Meetings with M. Wunder, S. Kukulowicz and M. Picard regarding Canadian claims and allocation mediation issues. | 0.9 |
| 29-Aug-12 | RCJ | 0029 | Work on detailed summary regarding Canadian claims and allocaiton mediation issues. | 3.6 |
| 30-Aug-12 | NAL | 0012 | Discussions with Mary Picard regarding Canadian claims. | 0.2 |
| 30-Aug-12 | MMP | 0012 | Calls and emails with R. Jacobs and M. Wunder to discuss Canadian claims and allocation mediation issues. | 0.7 |
| 30-Aug-12 | RSK | 0029 | Review of Canadian creditor and allocation issue summary and provide comments. | 0.9 |
| 30-Aug-12 | RSK | 0031 | Review of emails from Scott Bomhof, Allan Merskey et al. regarding responding factums on MOE appeal. | 0.3 |
| 30-Aug-12 | RSK | 0031 | Review of MOE factum and request for Northstar appeal to be heard concurrently with Nortel appeal. | 0.5 |
| 30-Aug-12 | MJW | 0029 | Continue preparation of Canadian claims and allocation recovery analysis summary. | 1.8 |
| 30-Aug-12 | MJW | 0029 | Calls with M. Picard to discuss Canadian claims analysis and allocation recovery summary. | 0.5 |
| 30-Aug-12 | RCJ | 0012 | Work to prepare and finalize summary memorandum for UCC professionals regarding Canadian claims issues. | 4.4 |
| 30-Aug-12 | RCJ | 0012 | Email correspondence with M. Picard regarding summary | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 11 of 14
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | memorandum regarding Canadian claims and allocation analysis. | |
| 31-Aug-12 | NAL | 0012 | Review court filed reports and other materials regarding Canadian claims. | 0.5 |
| 31-Aug-12 | MMP | 0012 | Conference with A. LeGault regarding Canadian estate claims and related allocation issues. | 0.2 |
| 31-Aug-12 | MMP | 0012 | Analysis regarding Canadian claims. | 0.3 |
| 31-Aug-12 | MJW | 0031 | Review Ontario Ministry of Environment factum regarding Northstar leave for appeal request (re: appeal of Nortel environmental order by MOE and request to have appeals heard together). | 0.4 |
| | | | **Total** | **174.2** |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|------|-------|------------|-------------------------------|-------|------|--------------|
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 2.7 | $800.00 | $2,160.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 24.6 | $800.00 | $19,680.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.7 | $785.00 | $38,229.50 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 5.3 | $850.00 | $4,505.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 49.1 | $725.00 | $35,597.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 39.9 | $875.00 | $34,912.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 3.9 | $675.00 | $2,632.50 |
| | | | | | | |
| TOTAL | | | | 174.2 | CDN. | $137,717.00 |

**TOTAL PROFESSIONAL FEES**                                                $   137,717.00

**NON-TAXABLE DISBURSEMENTS**
   Binding Books / Documents                          $       106.40
   Ground Transportation (Taxi Charges/Courier)            108.90
   Meals & Beverages                                       154.41
   Photocopy & Printing Charges                          1,013.90
**TOTAL NON-TAXABLE DISBURSEMENTS**                          $     1,383.61

**TOTAL DISBURSEMENTS**                                                   1,383.61

**TOTAL AMOUNT DUE**                                             $  139,100.61 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 12 of 14
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|------|------------------|------:|------:|
| 0002 | General Case Administration | 3.5 | 2,777.50 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 6.1 | 4,788.50 |
| 0007 | Creditors Committee Meetings | 17.0 | 13,702.00 |
| 0012 | General Claims Analysis/Claims Objections | 38.9 | 29,500.50 |
| 0017 | General Adversary Proceedings | 0.2 | 145.00 |
| 0019 | Labor Issues/Employee Benefits | 2.8 | 2,240.00 |
| 0023 | Telecommunications/Regulatory | 0.1 | 85.00 |
| 0029 | Intercompany Analysis | 89.6 | 71,699.50 |
| 0031 | Canadian Proceedings/Matters | 15.0 | 11,940.00 |
| 0032 | U.S. Proceedings/Matters | 1.0 | 839.00 |
|  | **Total** | **174.2** | **$137,717.00** |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

### DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Aug-12 | Laser Copy;NELSON M | 169.00 | 16.90 |
| 02-Aug-12 | Laser Copy;KUKULOWI | 77.00 | 7.70 |
| 02-Aug-12 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 02-Aug-12 | Laser Copy;Rasmussen, C | 5.00 | 0.50 |
| 03-Aug-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 07-Aug-12 | Laser Copy;MCDONALA | 258.00 | 25.80 |
| 07-Aug-12 | Laser Copy;NELSON M | 42.00 | 4.20 |
| 08-Aug-12 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 09-Aug-12 | Laser Copy;KARTASHM | 49.00 | 4.90 |
| 10-Aug-12 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 13-Aug-12 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 13-Aug-12 | Laser Copy;KARTASHM | 14.00 | 1.40 |
| 14-Aug-12 | Laser Copy;KARTASHM | 25.00 | 2.50 |
| 14-Aug-12 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 14-Aug-12 | Lunch from Fast Fresh during mediation prep session for R. Jacobs on Aug. 13/12; 2012-8-13 Hortons for R. Jacobs on Aug. 16/12; 2012-8-16 | 1.00 | 8.41 |
| 15-Aug-12 | Laser Copy;KARTASHM | 1.00 | 0.10 |
| 16-Aug-12 | Laser Copy;NELSON M | 33.00 | 3.30 |
| 17-Aug-12 | Color Laser Printing | 1,330.00 | 465.50 |
| 17-Aug-12 | Color Laser Printing | 780.00 | 273.00 |
| 19-Aug-12 | Laser Copy;KenneyJ | 5.00 | 0.50 |
| 20-Aug-12 | Photocopy;jacobsr | 668.00 | 66.80 |
| 20-Aug-12 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 21-Aug-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 21-Aug-12 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 720486882/798792188010 Recipient: DAVID BOTTER Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 70.84 |
| 21-Aug-12 | Laser Copy;KUKULOWI | 20.00 | 2.00 |
| 22-Aug-12 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 22-Aug-12 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 22-Aug-12 | Laser Copy;KARTASHM | 9.00 | 0.90 |
| 23-Aug-12 | Laser Copy;NELSON M | 87.00 | 8.70 |
| 23-Aug-12 | Laser Copy;KARTASHM | 10.00 | 1.00 |
| 23-Aug-12 | Working lunch in Toronto with Akin Gump (Hodara/Qureshi/Kahn), M. Wunder and R. Jacobs on Aug. 21/12; 2012-8-21 | 1.00 | 75.00 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 23-Aug-12 | Tabs / Cerlox / Clear Cover | 1.00 | 76.00 |
| 23-Aug-12 | Tabs / Cerlox / Clear Cover | 1.00 | 30.40 |
| 24-Aug-12 | Laser Copy;KUKULOWI | 63.00 | 6.30 |
| 27-Aug-12 | Laser Copy;KUKULOWI | 33.00 | 3.30 |
| 27-Aug-12 | Laser Copy;NELSON M | 196.00 | 19.60 |
| 28-Aug-12 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 28-Aug-12 | Meals and Beverages - Maxim Breakfast for UCC advisors for working session/M Wunder-Aug 21/12/Inv. 208884 | 1.00 | 71.00 |
| 28-Aug-12 | Laser Copy;MCDONALA | 24.00 | 2.40 |
| 29-Aug-12 | Laser Copy;PICARD M | 2.00 | 0.20 |
| 29-Aug-12 | Laser Copy;TaitT | 9.00 | 0.90 |
| 29-Aug-12 | Laser Copy;MCDONALA | 2.00 | 0.20 |
| 30-Aug-12 | Laser Copy;MCDONALA | 61.00 | 6.10 |
| 30-Aug-12 | Laser Copy;TaitT | 32.00 | 3.20 |
| 30-Aug-12 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 30-Aug-12 | Laser Copy;TaitT | 186.00 | 18.60 |
| 31-Aug-12 | Laser Copy;KUKULOWI | 53.00 | 5.30 |
| 31-Aug-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 31-Aug-12 | Laser Copy;TaitT | 40.00 | 4.00 |
| 31-Aug-12 | Beck Taxi/Inv 1721-044/Michael Wunder Aug 21/12 Aug 23/12 | 1.00 | 12.34 |
| 31-Aug-12 | Beck Taxi/Inv 1721-044/delivery of documents (August 15, 2012) of documents (August 22, 2012) | 1.00 | 25.72 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$ 1,383.61** |