# EXHIBIT C

**DISBURSEMENT SUMMARY**
**AUGUST 1 TO AUGUST 31, 2012**
**(All Amounts in Canadian Dollars)**

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Binding Books / Documents | $  106.40 |
| Ground Transportation (Taxi/Courier) | $  108.90 |
| Meals & Beverages | $  154.41 |
| Photocopy & Printing Charges | <u>$1,013.90</u> |

| | |
|---|---|
| Total Non-Taxable Disbursements | **$1,383.61 CDN.** |