**EXHIBIT D**

11833775_3|TorDocs

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2936776
Page 13 of 14
Matter # 538462-000001

DISBURSEMENT DETAIL:

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Aug-12 | Laser Copy;NELSON M | 169.00 | 16.90 |
| 02-Aug-12 | Laser Copy;KUKULOWI | 77.00 | 7.70 |
| 02-Aug-12 | Laser Copy;NELSON M | 98.00 | 9.80 |
| 02-Aug-12 | Laser Copy;Rasmussen, C | 5.00 | 0.50 |
| 03-Aug-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 07-Aug-12 | Laser Copy;MCDONALA | 258.00 | 25.80 |
| 07-Aug-12 | Laser Copy;NELSON M | 42.00 | 4.20 |
| 08-Aug-12 | Laser Copy;NELSON M | 147.00 | 14.70 |
| 09-Aug-12 | Laser Copy;KARTASHM | 49.00 | 4.90 |
| 10-Aug-12 | Laser Copy;NELSON M | 29.00 | 2.90 |
| 13-Aug-12 | Laser Copy;NELSON M | 18.00 | 1.80 |
| 13-Aug-12 | Laser Copy;KARTASHM | 14.00 | 1.40 |
| 14-Aug-12 | Laser Copy;KARTASHM | 25.00 | 2.50 |
| 14-Aug-12 | Laser Copy;NELSON M | 64.00 | 6.40 |
| 14-Aug-12 | Lunch from Fast Fresh during mediation prep session for R. Jacobs on Aug. 13/12; 2012-8-13 Hortons for R. Jacobs on Aug. 16/12; 2012-8-16 | 1.00 | 8.41 |
| 15-Aug-12 | Laser Copy;KARTASHM | 1.00 | 0.10 |
| 16-Aug-12 | Laser Copy;NELSON M | 33.00 | 3.30 |
| 17-Aug-12 | Color Laser Printing | 1,330.00 | 465.50 |
| 17-Aug-12 | Color Laser Printing | 780.00 | 273.00 |
| 19-Aug-12 | Laser Copy;KenneyJ | 5.00 | 0.50 |
| 20-Aug-12 | Photocopy;jacobsr | 668.00 | 66.80 |
| 20-Aug-12 | Laser Copy;NELSON M | 116.00 | 11.60 |
| 21-Aug-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 21-Aug-12 | FedEx delivery Sender: FRASER MILNER CASGRAIN Invoice/Airbill: 720486882/798792188010 Recipient: DAVID BOTTER Company: AKIN GUMP STRAUSS HAUER & FELD | 1.00 | 70.84 |
| 21-Aug-12 | Laser Copy;KUKULOWI | 20.00 | 2.00 |
| 22-Aug-12 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 22-Aug-12 | Laser Copy;KUKULOWI | 3.00 | 0.30 |
| 22-Aug-12 | Laser Copy;KARTASHM | 9.00 | 0.90 |
| 23-Aug-12 | Laser Copy;NELSON M | 87.00 | 8.70 |
| 23-Aug-12 | Laser Copy;KARTASHM | 10.00 | 1.00 |
| 23-Aug-12 | Working lunch in Toronto with Akin Gump (Hodara/Qureshi/Kahn), M. Wunder and R. Jacobs on Aug. 21/12; 2012-8-21 | 1.00 | 75.00 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2936776  
Page 14 of 14  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 23-Aug-12 | Tabs / Cerlox / Clear Cover | 1.00 | 76.00 |
| 23-Aug-12 | Tabs / Cerlox / Clear Cover | 1.00 | 30.40 |
| 24-Aug-12 | Laser Copy;KUKULOWI | 63.00 | 6.30 |
| 27-Aug-12 | Laser Copy;KUKULOWI | 33.00 | 3.30 |
| 27-Aug-12 | Laser Copy;NELSON M | 196.00 | 19.60 |
| 28-Aug-12 | Laser Copy;NELSON M | 6.00 | 0.60 |
| 28-Aug-12 | Meals and Beverages - Maxim Breakfast for UCC advisors for working session/M Wunder-Aug 21/12/Inv. 208884 | 1.00 | 71.00 |
| 28-Aug-12 | Laser Copy;MCDONALA | 24.00 | 2.40 |
| 29-Aug-12 | Laser Copy;PICARD M | 2.00 | 0.20 |
| 29-Aug-12 | Laser Copy;TaitT | 9.00 | 0.90 |
| 29-Aug-12 | Laser Copy;MCDONALA | 2.00 | 0.20 |
| 30-Aug-12 | Laser Copy;MCDONALA | 61.00 | 6.10 |
| 30-Aug-12 | Laser Copy;TaitT | 32.00 | 3.20 |
| 30-Aug-12 | Laser Copy;NELSON M | 41.00 | 4.10 |
| 30-Aug-12 | Laser Copy;TaitT | 186.00 | 18.60 |
| 31-Aug-12 | Laser Copy;KUKULOWI | 53.00 | 5.30 |
| 31-Aug-12 | Laser Copy;NELSON M | 2.00 | 0.20 |
| 31-Aug-12 | Laser Copy;TaitT | 40.00 | 4.00 |
| 31-Aug-12 | Beck Taxi/Inv 1721-044/Michael Wunder Aug 21/12 Aug 23/12 | 1.00 | 12.34 |
| 31-Aug-12 | Beck Taxi/Inv 1721-044/delivery of documents (August 15, 2012) of documents (August 22, 2012) | 1.00 | 25.72 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$ 1,383.61** |

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                    fmc-law.com