# EXHIBIT E

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## AUGUST 1, 2012 THROUGH AUGUST 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 2.7 | $800.00 | $ 2,160.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 24.6 | $800.00 | $ 19,680.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 48.7 | $785.00 | $ 38,229.50 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 5.3 | $850.00 | $ 4,505.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 49.1 | $725.00 | $ 35,597.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 39.9 | $875.00 | $ 34,912.50 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 3.9 | $675.00 | $ 2,632.50 |
| | | | | | | |
| TOTAL | | | | 174.2 | CDN. | $ 137,717.00 |

11833743_1|TorDocs