**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
                                           :

*In re*                                     :

Nortel Networks Inc., *et al.*,[1]          :
                          Debtors.   :

                                         :

                                         :

                                       :

                                       :
---------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 3741, 3800**

**SUPPLEMENTAL DECLARATION OF KATHRYN SCHULTEA IN FURTHER
SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF RLKS EXECUTIVE SOLUTIONS LLC AS
CONSULTANTS TO THE DEBTORS'
*NUNC PRO TUNC* TO JULY 9, 2010**

      I, KATHRYN SCHULTEA, hereby declare as follows:

      1.      On August 18, 2010, this Court approved the Debtors' retention of RLKS

Executive Solutions LLC as the Consultants to the Debtors, *nunc pro tunc* to July 9, 2010.  I am the

Chief Operating Officer of RLKS Executive Solutions LLC ("RLKS"), whose offices are located at

101 Wescott # 706, Houston, Texas 77007.  I am authorized to execute this document on behalf of

RLKS.  Unless otherwise stated in this declaration, all facts set forth in this declaration (the

"Supplemental Declaration") are based upon my personal knowledge, information supplied to me

by other members of the Debtors' management and professionals or learned from reviewing

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

relevant documents.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

2.      I submit this Supplemental Declaration to supplement the Debtors' Motion[2] for entry of an order, pursuant to Section 363 of title 11 of the United States Code (the "Bankruptcy Code") authorizing and approving the employment and retention of RLKS Executive Solutions LLC as Consultants to the Debtor, *nunc pro tunc* to December 7, 2009 [D.I. 3741] (the "Motion"), and the Affidavit of Richard A. Lydecker, Jr. in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors *nunc pro tunc* to July 9, 2010 [D.I. 3741, Ex. B.] (the "Initial Declaration")  By order dated August 18, 2010, this Court granted the Motion [D.I. 3800].

3.      John Ray, the Debtors' Principal Officer, formed Greylock Partners, LLC ("Greylock").  Greylock provides bankruptcy services.  I, along with other principals, employees or affiliates of RLKS expect to work on Greylock engagements from time to time, all of which would be unrelated to Nortel.  Further, I understand that Greylock has not been engaged by any parties in this case, nor will it be.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2012      */s/ Kathryn Schultea*

Kathryn Schultea

6686667

---

[2]      All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.