## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------X

*In re*

Nortel Networks Inc., *et al.*,[1]

                   Debtors.

-------------------------------------------------------------X

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

**Re: D.I. 2095, 2249, 4807**

### SECOND SUPPLEMENTAL DECLARATION OF JOHN RAY IN FURTHER SUPPORT OF EMPLOYMENT AND RETENTION OF JOHN RAY AS THE DEBTORS' PRINCIPAL OFFICER, *NUNC PRO TUNC* TO DECEMBER 7, 2009

I, JOHN RAY, hereby declare as follows:

1.     On January 6, 2010, this Court approved my retention as the Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009.  I am the Senior Managing Director and sole member of Avidity Partners, LLC.  Except as otherwise noted, all facts set forth in this declaration (the "<u>Second Supplemental Declaration</u>") are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals or learned from reviewing relevant documents.  If I were called upon to testify, I could and would testify competently to the facts set forth herein.

2.     I submit this Second Supplemental Declaration to supplement the Debtors' Motion[2] for entry of an order, pursuant to Section 363 of title 11 of the United States Code (the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

"Bankruptcy Code") authorizing and approving the employment and retention of John Ray as the

Debtors' Principal Officer ("Principal Officer"), *nunc pro tunc* to December 7, 2009 [D.I. 2095]

(the "Motion"), and the Declaration of John Ray in Support of Debtors' Motion for an order

authorizing and approving the employment and retention of John Ray as the Debtors' Principal

Officer, *nunc pro tunc* to December 7, 2009 [D.I. 2095, Ex. B.] (the "Initial Declaration")

3.      I have formed a new entity, Greylock Partners, LLC ("Greylock"), of which

I am the sole member.   Greylock provides bankruptcy services. I expect certain principals,

employees or persons, or affiliates of RLKS Executive Solutions LLC ("RLKS"), which has also

been retained by the Debtors in these cases, to work with Greylock on matters unrelated to the

Debtors from time to time.  Greylock has not been engaged by any parties in this case, nor will it be.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct.

Executed this 12th day of November, 2012      */s/ John Ray*

John Ray

6686670

_____

    (. . . continued)

2        All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.