IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
:
*In re*                                                      :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                           :    Case No. 09-10138 (KG)
:
          Debtors.                                      :    Jointly Administered
:
:
:    **Re: D.I. Nos. 8923 & 8924**
------------------------------------------------------------- X

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on November 12, 2012, a copy of the **Supplemental Declaration Of Kathryn Schultea In Further Support Of Debtors' Application For Entry Of An Order Authorizing Employment And Retention Of RLKS Executive Solutions LLC As Consultants To The Debtors' Nunc Pro Tunc To July 9, 2010** (D.I. 8923, Entered 11/12/2012) and a copy of the **Second Supplemental Declaration Of John Ray In Further Support Of Employment And Retention Of John Ray As The Debtors' Principal Officer, Nunc Pro Tunc To December 7, 2009** (D.I. 8924, Entered 11/12/2012) was served in the manner indicated upon the individuals identified on the attached service list.

Dated: November 12, 2012
       Wilmington, Delaware       CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                           James L. Bromley (admitted pro hac vice)
                                           Lisa M. Schweitzer (admitted pro hac vice)
                                           One Liberty Plaza
                                           New York, NY 10006
                                           Telephone: (212) 225-2000
                                           Facsimile: (212) 225-3999

                                                           and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ann C. Cordo
--------------------------------
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6687318.1