## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court ("Bankruptcy Court")
            District of Delaware
            Attn:    Clerk

AND TO:     Nortel Networks Inc. ("Debtor")
            Case No. 09-10138

Claim # 3266

NUANCE COMMUNICATIONS, INC, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SPCP Group, LLC
2 Greenwich Plaza
Greenwich, CT 06830
Tel (203)-542-4032
Fax :(203)-542-4132
Email: Bjarmain@silverpointcapital.com
Attn :Brian A. Jarmain

and its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim No. 3266 in the amount of $961,637.94 (the "Claim") against the Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 28, 2012.

NUANCE COMMUNICATIONS, INC          SPCP GROUP, LLC

By: _____        By: _____
Name:   Thomas Beaudoin              Name:
Title:   Chief Financial Officer      Title:

                                            Michael A. Gatto
                                            Authorized Signatory