# EXHIBIT A

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Dallas, Heidi R. | Paralegal | $ 200.00 | 14.50 | $ 2,900.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 34.40 | $ 7,740.00 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 62.50 | $ 14,062.50 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 14.50 | $ 5,437.50 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 50.90 | $ 13,997.50 |
| Kaiser, Jeffrey D. | Of Counsel | $ 375.00 | 19.30 | $ 7,237.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 47.10 | $ 19,782.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 49.20 | $ 22,632.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 1.40 | $ 791.00 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 15.90 | $ 4,134.00 |
| Weber, Melissa Murphy | Shareholder | $ 250.00 | 0.30 | $ 75.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 90.50 | $ 55,205.00 |
| **Total:** | | | **400.50** | **$ 153,994.00** |
| **Blended Rate:** | | **$ 384.50** | | |