## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## AUGUST 1, 2012 THROUGH AUGUST 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 5.22 |
| Copying | $ 493.30 |
| Delivery/Courier Service | $ 37.50 |
| Parking | $ 27.00 |
| Postate | $ 439.65 |
| Taxi | $ 86.20 |
| Telephone | $ 96.98 |
| Transcripts/Video Tapes | $ 238.50 |
| Airline | $(1,326.00) |
| Railroad | $ 207.00 |
| TOTAL: | $ 305.35 |

WLM: 24453 v1