**Form 210A (10/06)**

# United States Bankruptcy Court
# District Of Delaware

**In re:     Nortel Networks Inc.,**
**(Jointly Administered Under Case No. 09-10138)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **Equity Trust Company Custodian** | **Daniel N. Le** |
| **FBO IRAs #109806 and #109595** | |
| **As assignee of Daniel N. Le** | |

Name and Address where notices to transferee should be sent:

   **Equity Trust Company Custodian**
   **FBO 109806 & 109595 IRAs**
   **c/o Fair Harbor Capital, LLC**
   **PO Box 237037**
   **New York, NY 10023**

Phone: ___212 967 4035___
Last Four Digits of Acct #: ___n/a___

Court Claim # (if known): 2845
Amount of Claim: $18,664.65
Date Claim Filed:

Name and Address of Transferor:

   Daniel N. Le
   3452 Briargrove Lane
   Dallas, TX  75287-6000

Phone:
Last Four Digits of Acct. #: ___n/a___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___n/a___
Last Four Digits of Acct #: ___n/a___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____     Date:____November 16, 2012_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**United States Bankruptcy Court**
**District Of Delaware**

In re:    Nortel Networks Inc.,
         (Jointly Administered Under Case No. 09-10138)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No.  2845(if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 16, 2012.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| **Equity Trust Company Custodian**<br>**FBO IRAs #109806 and #109595**<br>**As assignee of Daniel N. Le** | **Daniel N. Le** |
| **Equity Trust Company Custodian**<br>**FBO 109806 & 109595 IRAs**<br>**c/o Fair Harbor Capital, LLC**<br>**PO Box 237037**<br>**New York, NY  10023** | Name and Address of Alleged Transferor:<br><br>Daniel N. Le<br>3452 Briargrove Lane<br>Dallas, TX  75287-6000 |

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                                                  Clerk of the Court

DANIEL N. LE ("Assignor"), transfers and assigns unto Equity Trust Company, Custodian fbo 109595 IRA, 50% undivided interest and Custodian fbo 109806 IRA, 50% undivided Interest with an address at 1841 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks Inc., et al. (the "Debtor"), in the amount of $18,664.65, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138, et al..

IN WITNESS WHEREOF, Assignor has signed below as of the __9__ day of __Nov__, 2012.

DANIEL N. LE

By: _____     DANIEL LE
     Signature                   Print Name/Title

**Equity Trust Company,**
custodian fbo 109595 IRA, 50% undivided interest and
Custodian fbo 109806 IRA, 50% undivided Interest

By: _____

GAIL PRIBANIC

CORPORATE ALTERNATE SIGNER