Re: Docket 8396

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley Esq.

Mr. Bromley,

As neither your firm nor the other two parties listed below have responded to the attached document. I am forwarding copies of the document filed in the Honorable Judge Kevin Gross's court, under Case No. 09-10138, Docket #8396.

I am aware that your firm should have received an email notice when the attached document was filed with the court, but also realize under standard legal etiquette, I should have sent your firm copies of the attached document at the time of filing.

Prior to filing, I notified all of the listed parties of my intention by phone, but apologize for any inconvenience caused by not forwarding copies when the motion was filed.

Regards,

Mike Rose

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE
Attn: Derek C. Abbott, Esq.

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005
Attn: Jennifer Messina

Re Docket 8396

12 NOV 14 AM 9:46

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005
Attn: Jennifer Messina

Ms. Messina,

As neither your firm nor the other two parties listed below have responded to the attached document. I am forwarding copies of the document filed in the Honorable Judge Kevin Gross's court, under Case No. 09-10138, Docket #8396.

I am aware that your firm should have received an email notice when the attached document was filed with the court, but also realize under standard legal etiquette, I should have sent your firm copies of the attached document at the time of filing.

Prior to filing, I notified all of the listed parties of my intention by phone, but apologize for any inconvenience caused by not forwarding copies when the motion was filed.

Regards,

Mike Rose


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE
Attn: Derek C. Abbott, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley Esq.

*Re: Docket 8396*

*NOV 14 AM 9:46*

*US BANKRUPTCY COURT*
*DISTRICT OF DELAWARE*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley Esq.

Mr. Bromley,

As neither your firm nor the other two parties listed below have responded to the attached document. I am forwarding copies of the document filed in the Honorable Judge Kevin Gross's court, under Case No. 09-10138, Docket #8396.

I am aware that your firm should have received an email notice when the attached document was filed with the court, but also realize under standard legal etiquette, I should have sent your firm copies of the attached document at the time of filing.

Prior to filing, I notified all of the listed parties of my intention by phone, but apologize for any inconvenience caused by not forwarding copies when the motion was filed.

Regards,

*Mike Rose* (signature)
Mike Rose


Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 18th Floor
Wilmington, DE
Attn: Derek C. Abbott, Esq.

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005
Attn: Jennifer Messina

Re: Docket 8396

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Pension Benefit Guaranty Corp.
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7012 2210 0001 3714 9088

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Morris, Nichols, Arsht & Tunnell
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7012 2210 0001 3714 9095

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Cleary Gottlieb Steen
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7012 2210 0001 3714 9101

PS Form 3800, August 2006    See Reverse for Instructions