IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NORTEL NETWORKS INC., et al., | ) Case No. 09-10138 (KG) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Obj. Deadline: December 6, 2012 at 4:00 p.m. (ET)** |
| | ) |

## NOTICE OF APPLICATION

TO:   **The Debtor, Office of the United States Trustee and Notice Parties**

Benesch, Friedlander, Coplan & Aronoff, LLP has filed its **Twenty-Fourth Interim Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period from September 1, 2012 through October 31, 2012** (the "Application") requesting compensation in the amount of $1,787.00 and reimbursement of expenses in the amount of $73.25.

You are required to file a response, if any, to the attached Application with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801 on or before **December 6, 2012 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of any response upon:

Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave., Suite 801
Wilmington, DE 19801

A HEARING ON THIS MATTER WILL BE HELD ON A DATE TO BE DETERMINED BY THE COURT, ONLY IF OBJECTIONS ARE FILED BY **DECEMBER 6, 2012 AT 4:00 P.M. (ET).** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE DEBTORS ARE AUTHORIZED TO IMMEDIATELY PAY 80% OF THE COMPENSATION

AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 16, 2012

                                                 **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    /s/ Raymond H. Lemisch
           Raymond H. Lemisch, Esquire (No. 4204)
           Jennifer R. Hoover, Esquire (No. 5111)
           222 Delaware Avenue, Suite 801
           Wilmington, DE 19801
           Telephone: (302) 442-7006
           Facsimile: (302) 442-7012
           rlemisch@beneschlaw.com
           jhoover@beneschlaw.com

*Special Litigation Counsel to the Debtors*

7388955 v1