Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 09/04/12 | EH | Review amended agenda for 9/05/12 hearing; follow-up email to R. Lemisch and J. Hoover | 0.10 |
| 09/17/12 | EH | Review agenda for 9/19/12 hearing | 0.10 |
| 09/18/12 | EH | Review amended agenda for 9/19/12 hearing | 0.10 |
| 10/01/12 | EH | Review agenda for 10/03/12 hearing | 0.10 |
| 10/04/12 | EH | Review ECF notices and download order setting omnibus hearing dates; track omnibus hearing dates through March 2013 | 0.20 |
| 10/16/12 | EH | Review agenda for 10/18/12 hearing | 0.10 |
| 10/17/12 | EH | Review amended agenda for 10/18/12 hearing | 0.10 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.80 | $192.00 |
| | | | 0.80 | $192.00 |
| | | TOTAL: | 0.80 | $192.00 |

Firm Retention/Fees

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 09/06/12 | LMS | Email to M. Cook regarding monthly accrual estimates | 0.10 |
| 09/07/12 | RHL | Edit time for monthly fee application | 0.20 |
| 09/12/12 | LMS | Review docket regarding objections to BFCA monthly fee application for July 2012 | 0.20 |
| 09/12/12 | LMS | Prepare CNO regarding BFCA monthly fee application for July 2012 | 0.20 |
| 09/12/12 | LMS | File CNO regarding BFCA monthly fee application for July 2012 | 0.10 |
| 09/12/12 | EH | Review ECF notices and download CNO to BFCA July 2012 fee application | 0.10 |
| 09/19/12 | LMS | Preparation of BFCA monthly fee application for August 2012 | 0.10 |
| 09/24/12 | RHL | Review 23rd fee application | 0.20 |
| 09/24/12 | LMS | Preparation of BFCA monthly fee application for August 2012 | 0.50 |
| 09/24/12 | EH | Review ECF notices and download fourteenth omnibus order approving professionals' fee applications; email to R. Lemisch and L. Behra | 0.10 |
| 09/25/12 | LMS | Preparation of BFCA Monthly Fee Application for August 2012 | 0.30 |
| 09/25/12 | LMS | Docket objection deadline regarding BFCA Monthly Fee Application for August 2012 | 0.10 |
| 09/25/12 | LMS | File BFCA Monthly Fee Application for August 2012 | 0.10 |
| 09/25/12 | EH | Review ECF notices and download BFCA August 2012 monthly fee application | 0.10 |
| 09/27/12 | LMS | Download order regarding quarterly fee application | 0.10 |
| 09/27/12 | LMS | Update calendar regarding quarterly fee hearing dates and deadlines | 0.10 |
| 10/02/12 | LMS | Email to M. Cook regarding month-end closing and BFCA estimated accruals | 0.10 |

| Date | Atty | Services | Hours |
|---|---|---|---|
| 10/08/12 | LMS | Email to M. Cook regarding BFCA estimated accruals for September 2012 | 0.10 |
| 10/23/12 | LMS | Preparation of BFCA monthly fee application for September 2012 | 0.50 |
| 10/23/12 | LMS | Review docket regarding objections to BFCA monthly fee application for August 2012 | 0.10 |
| 10/23/12 | LMS | Prepare CNO regarding BFCA monthly fee application for August 2012 | 0.10 |
| 10/23/12 | LMS | File CNO regarding BFCA monthly fee application for August 2012 | 0.10 |

Firm Retention/Fees

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.40 | $250.00 |
| | | | 0.40 | $250.00 |
| **PARALEGAL** | | | | |
| LISA M BEHRA | (LMS) | $200.00 | 2.90 | $580.00 |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.30 | $72.00 |
| | | | 3.20 | $652.00 |
| | | TOTAL: | 3.60 | $902.00 |

General Claims Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 09/05/12 | JRH | Prepare for and conference call with Nortel employees on certain outstanding claims | 0.50 |
| 10/23/12 | JRH | Review file and follow up with M. Cilia on opens claims objections | 0.30 |
| 10/23/12 | RHL | Review claims' issues | 0.20 |
| 10/24/12 | JRH | Emails to and from M. Cilia and J. Davidson regarding open claims objections and next steps | 0.20 |

General Claims Matters

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $395.00 | 1.00 | $395.00 |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.20 | $125.00 |
| | | | 1.20 | $520.00 |
| | | TOTAL: | 1.20 | $520.00 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2012

| Date | Atty | Services | Hours |
|---|---|---|---|
| 09/05/12 | RHL | Telephone call received from J. Hoover regarding status of various matters | 0.20 |
| 09/05/12 | EH | Review 8/30/12 adversary status report | 0.10 |
| 10/15/12 | EH | Review 10/15/12 adversary status report | 0.10 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| RAYMOND H LEMISCH | (RHL) | $625.00 | 0.20 | $125.00 |
| | | | 0.20 | $125.00 |
| **PARALEGAL** | | | | |
| ELIZABETH HEIN | (EH ) | $240.00 | 0.20 | $48.00 |
| | | | 0.20 | $48.00 |
| | | TOTAL: | 0.40 | $173.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|---|---|---|---:|
| 09/25/12 | LMS | Document Reproduction 120 copies | 12.00 |
| 09/25/12 | LMS | Document Reproduction 48 copies | 4.80 |
| | | TOTAL: | $16.80 |

**Federal Express**

| Date | User | Description | Amount |
|---|---|---|---|
| 09/25/12 | LMS | Federal Express 09/25/12 Lisa Behra to Thomas P. Tinker E | 12.35 |
| 09/25/12 | LMS | Federal Express 09/25/12 Lisa Behra to Attn: Derek C. Abb | 12.35 |
| 09/25/12 | LMS | Federal Express 09/25/12 Lisa Behra to Mark D. Collins Es | 12.35 |
| 09/25/12 | LMS | Federal Express 09/25/12 Lisa Behra to Fred S. Hodara Esq | 12.35 |
| | | TOTAL: | $49.40 |

Long Distance Calls

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 09/25/12 | XXX | Long Distance Calls WILMINGT DE - EXT4641 3026589200 Duration: 00:01 | 0.35 |
| | | TOTAL: | $0.35 |

Computer Research

| Date | User | Description | Amount |
|---|---|---|---|
| 09/06/12 | XXX | Computer Research - Pacer PACER SEPTEMBER 2012 38 PAGES | 3.00 |
| 09/12/12 | XXX | Computer Research - Pacer PACER SEPTEMBER 2012 30 PAGES | 2.40 |
| 09/19/12 | XXX | Computer Research - Pacer PACER SEPTEMBER 2012 6 PAGES | 0.50 |
| 09/19/12 | XXX | Computer Research - Pacer PACER SEPTEMBER 2012 10 PAGES | 0.80 |
| | | TOTAL: | $6.70 |