**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on November 16, 2012, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail, postage prepaid, upon all parties on the attached list.

Dated:  November 16, 2012

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        Jennifer R. Hoover, Esquire (No. 5111)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        Telephone:  (302) 442-7006
        Facsimile:  (302) 442-7012
        rlemisch@beneschlaw.com
        jhoover@beneschlaw.com

        *Special Litigation Counsel to the Debtors*

7388957 v1

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
***Via Overnight Delivery***

Nortel Networks, Inc.
Attn:  Accounts Payable
P.O. Box 13010
RTP, NC  27709
***Via United States Mail***

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
***Via Overnight Delivery***

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
***Via Overnight Delivery***

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
21st Floor
PO Box 1347
Wilmington, DE  19801
***Via Overnight Delivery***

7388957 v1