IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
: Chapter 11
In re: :
: Case No. 09 – 10138 (KG)
Nortel Networks Inc., *et al.*, :
: Jointly Administered
Debtors. :
: **Re: D.I. 8396**
---------------------------------------------------X

## CERTIFICATE OF NO OBJECTION REGARDING CREDITOR'S MOTION TO RECONSIDER PROOF OF CLAIM PURSUANT TO ERISA 206 § (g)(3)(D)

The undersigned (hereafter referred to as "the Claimant") hereby certifies that, as of the date hereof, the Claimant has received no answer, objection, or other responsive pleading to the Claimant's MOTION TO RECONSIDER (D.I. 8396), filed on September 4th, 2012.

Given no answer, objection or other pleading be received by the Court within 5 days of the court filing of this document.

WHEREFORE, the Claimant respectfully requests that the Order attached to the Motion be entered at the earliest convenience of the Court.

Signed,

*[signature]*
Michael Rose
Dated: November 7th, 2012

Michael Rose
2615 Merlin Drive
Lewisville, TX 75056
Telephone: (214) 334-3591