IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------:-----------------------------

In re:    Chapter 11                                  :

                                                     :    Case No.

09-10138 (KG)

Nortel Networks Inc., et al., 1                       :

Debtors.                                              :    AMENDED DOCKET
NUMBER #
8154

                                                           : Stephen Paroski Long Term Disability Beneficiaries

Objections to the Debtors Motion for Entry of an Order Pursuant to 11 U.S.C. 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors Long-Term Disability Plans and the Employment of the LTD Employees Filed by Nortel Networks Inc. Even if this was possible for Nortel Networks Inc. Terminate the Debtors Long-Term Disability Plans and the Employment of the LTD Employees.

This Delaware Court in this case would have to consider the Liability in which Telefonaktiebolaget LM Ericsson (Publ) a purchaser of GSM assets (which Stephen Paroski is an Inactive employee is a Long Term Disability Beneficiaries) and which bears Liability for employee benefit fund contributions under the Employee Retirement Income Security Act ("ERISA") as Determine in a PRECEDENTIAL Decision by UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT case No. 09-4204 .

Stephen Paroski is an Inactive employee is a Long Term Disability Beneficiaries)     and Telefonaktiebolaget LM Ericsson (Publ) a purchaser of assets is obligated to contribute to the benefit funds being that a successor employer would be bound by case law.

 Conclusion and Prayers:

That Telefonaktiebolaget LM Ericsson (Publ) a purchaser of GSM assets (Will Be Ordered to Pay for the Stephen Paroski Who is an Inactive employee is a Long Term Disability Beneficiaries) that which Telefonaktiebolaget LM Ericsson (Publ) Bears liability for that being employee benefit fund contributions under the Employee Retirement Income Security Act ("ERISA") as Determine in a PRECEDENTIAL Decision by UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT Case No. 09- 4204 Stephen Paroski is an Inactive employee is a Long Term Disability Beneficiaries).

Telefonaktiebolaget LM Ericsson (Publ) a purchaser of assets is obligated to contribute to The benefit funds being that a successor employer would be bound by case law. If the Authorize Debtors Motion for Entry of an Order Pursuant to 11 U.S.C. 105, 363 and 1 \108 Authorizing the Debtors to Terminate the Debtors Long-Term Disability Plans and The Employment of the LTD Employees Filed by Nortel Networks Inc., ET Pending in the United States Bankruptcy Court for the District of Delaware, case #09-10138(KG) Judge Kevin Gross.

Respectfully submitted by

Cynthia Ann Paroski for Stephen Ray Paroski

333 EL Rio Drive

Mesquite, Texas 75150

Phone: 214 264 9953