# **<u>EXHIBIT B</u>**

ME1 14421082v.1

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 10/01/2012 | PHOTOCOPIES | 3.15 |
| 10/01/2012 | PHOTOCOPIES | 0.90 |
| 10/02/2012 | PHOTOCOPIES | 3.30 |
| 10/02/2012 | PHOTOCOPIES | 0.15 |
| 10/02/2012 | PHOTOCOPIES | 2.25 |
| 10/02/2012 | PHOTOCOPIES | 1.95 |
| 10/02/2012 | PHOTOCOPIES | 1.95 |
| 10/02/2012 | PHOTOCOPIES | 1.50 |
| 10/02/2012 | PHOTOCOPIES | 1.05 |
| 10/03/2012 | PHOTOCOPIES | 1.95 |
| 10/03/2012 | PHOTOCOPIES | 1.95 |
| 10/03/2012 | PHOTOCOPIES | 0.15 |
| 10/03/2012 | PHOTOCOPIES | 0.15 |
| 10/04/2012 | PHOTOCOPIES | 0.15 |
| 10/04/2012 | PHOTOCOPIES | 0.30 |
| 10/04/2012 | PHOTOCOPIES | 2.55 |
| 10/04/2012 | PHOTOCOPIES | 3.90 |
| 10/04/2012 | PHOTOCOPIES | 1.95 |
| 10/08/2012 | PHOTOCOPIES | 0.30 |
| 10/08/2012 | PHOTOCOPIES | 1.20 |
| 10/10/2012 | PHOTOCOPIES | 10.80 |
| 10/10/2012 | PHOTOCOPIES | 0.45 |
| 10/12/2012 | PHOTOCOPIES | 0.15 |
| 10/15/2012 | PHOTOCOPIES | 2.40 |
| 10/16/2012 | PHOTOCOPIES | 1.95 |
| 10/16/2012 | PHOTOCOPIES | 0.60 |
| 10/16/2012 | PHOTOCOPIES | 6.15 |
| 10/17/2012 | PHOTOCOPIES | 44.70 |
| 10/17/2012 | PHOTOCOPIES | 0.60 |
| 10/17/2012 | PHOTOCOPIES | 2.10 |
| 10/17/2012 | PHOTOCOPIES | 2.10 |
| 10/17/2012 | PHOTOCOPIES | 0.30 |
| 10/17/2012 | PHOTOCOPIES | 0.45 |
| 10/17/2012 | PHOTOCOPIES | 2.10 |
| 10/18/2012 | PHOTOCOPIES | 2.10 |
| 10/18/2012 | PHOTOCOPIES | 2.10 |
| 10/18/2012 | PHOTOCOPIES | 0.30 |
| 10/19/2012 | PHOTOCOPIES | 0.60 |
| 10/19/2012 | PHOTOCOPIES | 2.10 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 10/19/2012 | PHOTOCOPIES | 0.30 | |
| 10/19/2012 | PHOTOCOPIES | 0.60 | |
| 10/19/2012 | PHOTOCOPIES | 0.15 | |
| 10/19/2012 | PHOTOCOPIES | 0.15 | |
| 10/22/2012 | PHOTOCOPIES | 42.00 | |
| 10/22/2012 | PHOTOCOPIES | 4.50 | |
| 10/23/2012 | PHOTOCOPIES | 0.15 | |
| 10/23/2012 | PHOTOCOPIES | 2.10 | |
| 10/23/2012 | PHOTOCOPIES | 0.30 | |
| 10/24/2012 | PHOTOCOPIES | 2.10 | |
| 10/25/2012 | PHOTOCOPIES | 2.10 | |
| 10/25/2012 | PHOTOCOPIES | 3.00 | |
| 10/25/2012 | PHOTOCOPIES | 0.30 | |
| 10/25/2012 | PHOTOCOPIES | 2.25 | |
| 10/25/2012 | PHOTOCOPIES | 2.10 | |
| 10/31/2012 | PHOTOCOPIES | 0.30 | |
| | **Total For: PHOTOCOPIES** | | **175.20** |
| 09/04/2012 | CONFERENCE CALLS | 16.67 | |
| | **Total For: TELEPHONE** | | **16.67** |
| 10/01/2012 | POSTAGE | 5.04 | |
| 10/03/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/04/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/04/2012 | POSTAGE POSTAGE | 0.65 | |
| 10/04/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/19/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/19/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/19/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/23/2012 | POSTAGE POSTAGE | 7.70 | |
| 10/23/2012 | POSTAGE | 5.90 | |
| 10/24/2012 | POSTAGE POSTAGE | 0.44 | |
| 10/24/2012 | POSTAGE POSTAGE | 0.65 | |
| 10/24/2012 | POSTAGE POSTAGE | 0.65 | |
| 10/25/2012 | POSTAGE POSTAGE | 0.45 | |
| 10/26/2012 | POSTAGE POSTAGE | 0.65 | |
| 10/26/2012 | POSTAGE POSTAGE | 7.70 | |
| | **Total For: POSTAGE** | | **32.53** |
| 09/19/2012 | LIBRARY RESEARCH - PACER | 11.20 | |
| 09/20/2012 | LIBRARY RESEARCH - PACER | 4.00 | |
| | **Total For: LIBRARY RESEARCH** | | **15.20** |
| 10/03/2012 | PICKUP LEAD COUNSEL FROM WILMINGTON TRAIN STATION AND DELIVER TO BANKRUPTCY-COURT | 50.00 | |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 10/03/2012 | PICK-UP LEAD COUNSEL FROM BANKRUPTCY COURT AND DELIVER TO WILMINGTON TRAIN STATION | 50.00 | |
| | **Total For: MESSENGER/OUTSIDE** | | **100.00** |
| 08/24/2012 | TELEPHONIC COURT HEARING APPEARANCE | 132.00 | |
| 08/29/2012 | TELEPHONIC COURT HEARING APPEARANCE | 44.00 | |
| | **Total For: SERVICES** | | **176.00** |
| 10/15/2012 | IMAGING Nortel Docs | 49.52 | |
| | **Total For: IMAGING** | | **49.52** |
| 10/15/2012 | PDF CONVERSION Nortel Docs | 18.57 | |
| | **Total For: PDF CONVERSION** | | **18.57** |
| 10/16/2012 | SPECIAL SERVICES 3 Hole Punch | 17.50 | |
| | **Total For: SPECIAL SERVICES** | | **17.50** |
| 08/29/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798848455697 | 17.00 | |
| 08/29/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798854561587 | 13.70 | |
| 08/30/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798858749120 | 20.67 | |
| 09/06/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798908492197 | 29.16 | |
| 09/06/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798903459391 | 15.77 | |
| 09/10/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798925812973 | 16.46 | |
| 09/11/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798936791876 | 17.22 | |
| 09/11/2012 | FEDERAL EXPRESS IFORMATION NOT SUPPLIED Tracking #: 798936163148 | 17.22 | |
| 09/11/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798936070088 | 17.22 | |
| 09/12/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798947047260 | 17.31 | |
| 09/12/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798947009752 | 17.22 | |
| 09/12/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798947081255 | 17.22 | |
| 09/12/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798949221486 | 20.93 | |
| 09/13/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798957945193 | 17.22 | |
| 09/13/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798956999304 | 17.31 | |
| 09/17/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798982372386 | 17.31 | |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount |
|---|---|---|
| 09/17/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 798982636629 | 17.31 |
| 09/19/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799003020360 | 17.09 |
| 09/19/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799001812280 | 28.48 |
| 09/19/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798971965291 | 14.25 |
| 09/20/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799010067500 | 27.54 |
| 09/20/2012 | FEDERAL EXPRESSDelivery to: Richard K. Milin Togut, Segal & Segal LLP Tracking #: 799012918564 | 15.09 |
| 09/21/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 799003033863 | 17.75 |
| 09/24/2012 | FEDERAL EXPRESS Delivery to: David A Thomas McCarter & English LLP Tracking #: 798994353410 | 28.08 |
| 09/24/2012 | FEDERAL EXPRESS Delivery to: David A Thomas McCarter & English LLP Tracking #: 799010158725 | 27.88 |
| 09/25/2012 | FEDERAL EXPRESS Delivery to: Brett D Kahn McCarter & English LLP Tracking #: 798830770650 | 14.25 |
| 09/25/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799045685922 | 26.46 |
| 09/26/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799054701971 | 20.44 |
| 09/27/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799069520014 | 24.20 |
| 09/27/2012 | FEDERAL EXPRESS Deilvery to: Noriss Cosgrove McCarter & English LLP Tracking #: 799047151419 | 10.71 |
| 09/28/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799081043023 | 35.20 |
| 10/01/2012 | FEDERAL EXPRESS Delivery to: David A Thomas McCarter & English LLP Tracking #: 799069548863 | 21.70 |
| 10/01/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799090163125 | 14.17 |
| 10/01/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799091175331 | 17.59 |
| 10/01/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799091229861 | 17.59 |
| 10/02/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799098471122 | 16.03 |
| 10/02/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799102506160 | 14.17 |
| 10/02/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799098830866 | 17.38 |
| 10/04/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799118170064 | 17.59 |
| 10/04/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799118713020 | 16.03 |
| 10/04/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799118163132 | 17.38 |
| 10/05/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799133625661 | 16.03 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| Date | Description | Amount | Total |
|---|---|---|---|
| 10/05/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799133684671 | 16.03 | |
| 10/06/2012 | FEDERAL EXPRESS Delivery to Brett D. Kahn McCarter & English LLP Tracking #: 799118722963 | 16.62 | |
| 10/16/2012 | FEDERAL EXPRESS INFORMATION NOT SUPPLIED Tracking #: 799207496539 | 33.94 | |
| 10/19/2012 | FEDERAL EXPRESS Delivery to: Wilma King INFORMATION NOT SUPPLIED Tracking #: 799234010180 | 16.03 | |
| 10/19/2012 | FEDERAL EXPRESS Delivery to: Betty Jo Pope INFORMATION NOT SUPPLIED Tracking #: 799238793607 | 16.03 | |
| 10/19/2012 | FEDERAL EXPRESS Delivery to: Mr Ralph Fields Mr Ralph Fields Tracking #: 799238946000 | 37.02 | |
| 10/22/2012 | FEDERAL EXPRESS Delivery to: MR RALPH FIELDS INFORMATION NOT SUPPLIED Tracking #: 876708339461 | 16.17 | |
| 10/23/2012 | FEDERAL EXPRESS Delivery to: Phillip Holmes INFORMATION NOT SUPPLIED Tracking #: 793909345090 | 14.63 | |
| | **Total For: FEDERAL EXPRESS** | | 965.80 |
| 10/06/2012 | PRINTING W/SLIP SHEETS, STAPLES Nortel Retiree Documents | 821.50 | |
| 10/15/2012 | PRINTING W/SLIP SHEETS, STAPLES Nortel Docs | 101.70 | |
| 10/16/2012 | PRINTING W/SLIP SHEETS, STAPLES Nortel print out various folders | 12.80 | |
| | **Total For: PRINTING W/SLIP SHEETS, STAPLES** | | 936.00 |
| 09/26/2012 | LABOR (DATA AND TECH CONVERSIONS) Nortel Retiree Documents | 62.50 | |
| 10/06/2012 | LABOR (DATA AND TECH CONVERSIONS) Nortel Retiree Documents | 87.50 | |
| 10/15/2012 | LABOR (DATA AND TECH CONVERSIONS) Nortel Documents | 12.50 | |
| | **Total For: LABOR (DATA AND TECH CONVERSIONS)** | | 162.50 |

**TOTAL DISBURSEMENTS** .................................................................... **$2,665.49**