IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al.*, | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**ORDER GRANTING NINTH QUARTERLY APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

Upon consideration of the Ninth Quarterly Application (the "Request") of Benesch, Friedlander, Coplan & Aronoff LLP ("BFC&A") for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel for the Debtors (the "Debtors") for the Period from August 1, 2012 through October 31, 2012; and upon consideration of the monthly fee applications subject to the Request (the "Fee Applications"); the Court having reviewed the Request and the Fee Applications; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and determining that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED

    1.    The Request is GRANTED.

    2.    BFC&A is allowed compensation and reimbursement of expenses for the period and in the amounts set forth in its Request, subject to the filing of a final fee application by BFC&A.

    3.    The Debtors are authorized and directed to disburse to BFC&A payment in the amount of the difference between (a) 100% of the total fees and expenses set forth in the Fee

7424083 v1

Applications and (b) the actual interim payments received by BFC&A for fees and expenses under the Fee Applications.

4. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: _____, 2012
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATE BANKRUPTCY JUDGE