IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
      Debtors. : Jointly Administered
:
: RE: D.I. 8950
:
----------------------------------------------------------- X

### DEBTORS' OBJECTION TO CERTIFICATE OF NO OBJECTION REGARDING CREDITOR'S MOTION TO RECONSIDER PROOF OF CLAIM PURSUANT TO ERISA 206 § (G)(3)(D)

  Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession, (collectively, the "Debtors"), hereby respectfully submit this objection (the "Objection"), to the *Certificate of No Objection Regarding Creditor's Motion to Reconsider Proof of Claim Pursuant to ERISA 206 § (g)(3)(D)* [D.I. 8950] (the "CNO") filed by Michael Rose ("Mr. Rose"). In support of this Objection, the Debtors respectfully represent as follows:

### Objection

  1. Mr. Rose was formerly employed by NNI and filed claim number 2602 for benefits under the Nortel Networks Retirement Income Plan, which claim was disallowed *in toto* pursuant to the order approving the *Debtors' Twenty-Sixth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No-*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

*Basis Claims, Modify And Allow Claims, Reclassify And Allow Claims, Wrong Debtor Claims, Redundant Claims, Amended Or Superseded Claims, No-Basis 503(B)(9) Claims And No-Basis Pension Claims)* (such objection [D.I. 7505], the "Twenty-Sixth Omnibus Objection" and such Order [D.I. 7620] the "Approval Order").

2. On September 4, 2012, Mr. Rose filed a Motion to Reconsider the Approval Order with respect to his claim [D.I. 8396] (the "Motion to Reconsider").

3. When he filed the Motion to Reconsider, Mr. Rose did not schedule a hearing on the Motion to Reconsider or an objection deadline with respect to such motion, nor was any objection deadline or hearing date requested in the Motion to Reconsider.

4. Subsequent to filing the Motion to Reconsider, Mr. Rose reached out to the Debtors to inquire as to the status of the Motion to Reconsider. Counsel for the Debtors discussed the matter with Mr. Rose, and agreed with Mr. Rose that the Motion to Reconsider would be heard at the December 5, 2012 omnibus hearing previously scheduled in these chapter 11 cases. Counsel for the Debtors told Mr. Rose that the Debtors anticipate objecting to the Motion to Reconsider.

5. After this discussion with Mr. Rose, given Mr. Rose's pro se status, the Debtors filed a notice of hearing with respect to the Motion to Reconsider [D.I. 8922], which scheduled a hearing on the Motion to Reconsider for December 5, 2012 and established an objection deadline of November 28, 2012 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") with respect to the Motion to Reconsider.

6. The Objection Deadline with respect to the Motion to Reconsider has not passed, and the Debtors intend to respond to the Motion to Reconsider prior to the Objection Deadline.

**Conclusion**

For the reasons set forth above, the Debtors respectfully request the Court not to enter an order approving the Motion to Reconsider at this time.

| | |
|---|---|
| Dated: November 19, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Ann C. Cordo*<br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors<br>and Debtors in Possession* |