# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Objection to Certificate of No Objection Regarding Creditor's Motion to Reconsider Proof of Claim Pursuant to ERISA 206 § (g)(3)(d)** was caused to be made on November 19, 2012, in the manner indicated upon the individual identified below.

Date: November 19, 2012             */s/ Ann C. Cordo*
Wilmington, DE                       Ann C. Cordo (No. 4817)

**Via Overnight Mail**

Michael Rose
2615 Merlin Drive
Lewisville, TX 75056

4644651.9