**EXHIBIT A**

EXPENSES FOR THE RETIREE COMMITTEE MEMBER MICHAEL P. RESSNER

**Michael P. Ressner**
**5909 Applegarth Lane**
**Raleigh, NC  27614**

| Nortel Retiree Committee Meeting | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Sun** | |
| | | | | | | | | |
| Date | | | 9/19/12 | 9/20/12 | 9/21/12 | 9/22/12 | | |
| City | | | Raleigh | New York | New York | New York | | |
| | | | | | | | | |
| **Expense Summary** | | | | | | | | **Total** |
| Airfare | | | | | | 194.80 | | 194.80 |
| Upgrade | | | | | | | | - |
| Hotel | | | | 449.36 | 449.36 | 15.50 | | 914.22 |
| Personal Auto (@.55/mile) | | | | | | | | - |
| Parking | | | | | | | | - |
| Taxi | | | | 40.80 | 26.20 | 36.36 | | 103.36 |
| Car Service | | | 74.34 | | | | | 74.34 |
| Meals | | | | | | | | - |
| Breakfast | | | | | | | | - |
| Lunch | | | | | | | | - |
| Dinner | | | | 7.49 | 66.50 | | | 73.99 |
| Entertainment | | | | | | | | - |
| Conference | | | | | | | | - |
| Seminar Fees | | | | | | | | - |
| Phone | | | | | | | | - |
| Tips | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | |
| **Total Expenses** | - | - | 74.34 | 497.65 | 542.06 | 246.66 | - | 1,360.71 |
| | | | | | | | | |
| | | | | | | | | |
| Receipts Attached | | | | | | | | |



**Receipt 1 (I ♥ NEW YORK)**

```
I ♥ NEW YORK

HACK #        0512747
MED #         5N98
TRIP #        30574
DATE:         09/20/2012
START TIME    19:06
END TIME      19:31
RATE No.      1
STAND. CITY RATE
MILES.RI      10.74
FARE1 $       30.50
SURCHARGE     1.00
TOTAL $       31.50
ST. SUR       0.50
RFK.BR.
GR.TOT.       36.80

CARDNUMBER: 6614
AUTHOR.: 87373P

Contact TLC: 311
SIGNATURE

Airport - Hilton
trip
32.80
4.00
36.80
```

**Receipt 2 (I ♥ NEW YORK)**

```
I ♥ NEW YORK

HACK #        0043556
MED #         8G16
TRIP #        25498
DATE:         09/21/2012
START TIME    07:36
END TIME      07:54
RATE No.      1
STAND. CITY RATE
MILES.RI      5.49
FARE1 $       21.50
ST. SUR       0.50
FARE1 $       4.20
Tip/Other
GR.TOT.       26.20

CARDNUMBER: 6614
AUTHOR.: 73860P

Contact TLC Dial
3-1-1

Clark
```

**Receipt 3 (Taxi)**

```
DRIVER: 5267076
09/22/12 TR #002
START END MILES
15:32 15:47  8.8

Regular Fare
RATE 1$    25.00
SURCH$      0.00
OMTn1$      4.80
$1$rch$     8.50
TIP : $     6.06
TOTAL: $   36.35

Card Type: MC
XXXXXXXXXXX6614
AUTH:76418P

LGA
```

**Receipt 4 (THE SMITH)**

```
T H E   S M I T H
956 2nd Avenue
New York, NY 10003
212-644-2700

Date:        Sep21'12 07:46PM
Card Type:   mastercard
Acct #:      XXXXXXXXXXXX6614
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   BIB001380356806
Auth Code:   55420P
Check:       8119
Table:       106/1
Server:      73 Colin H

Subtotal:    113.23

TIP _____

TOTAL _____  133.23

SIGNATURE _____

Please keep this copy
for your records

Thank-you for dining with us!
```

50% Personal
Expense = $66.50

American Airlines - home page

## New York to Raleigh/ Durham
1 Adult
**Saturday** September 22, 2012

**Your Trip Cost:**
**$194.80** USD

| Record Locator | Reservation Name |
|---|---|
| **KFNXKP** | **LGA/RDU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Purchased** on Sep 16, 2012 |
| | If you have made changes to your reservation, the Total Price will display the original itinerary price until your ticket(s) has been reissued. Once reissued, the Total Price will reflect your new price. |

### Flight Information

| Flight | Depart | Arrive | | |
|---|---|---|---|---|
| | | | Average Fare | $184.00 |
| **AMERICAN AIRLINES** | New York (LGA) | Raleigh/ Durham (RDU) | **Average Fare** | |
| | September 22, 2012 05:40 PM | September 22, 2012 07:20 PM | Adult | $184.00 |
| **4603** | | | | |
| | | | **AAdvantage® Benefits** | |
| Operated by American Eagle | Travel Time : 1 h 40 m | Booking Code : V | Priority AAccess℠ | $0.00 |
| | Cabin Class : Economy | Plane Type : CR7 | Same-Day Standby | $0.00 |
| | Seat : 7B | | | |
| | | | **Taxes & Fees** | |
| | | | Adult | $10.80 |
| | | | **Flight Subtotal** | |
| | | | | **$194.80** |

### Your Notifications

| Contact Information | Notification Summary | Notification Actions |
|---|---|---|
| **Email :** MICHAEL@RESSNER.COM | • Send 2 hours prior to departure<br>• Including Baggage Claim<br>• Connecting Flight Departure Status<br>• Gate changes | ⦿ Enabled<br>○ Disable |
| | | Notify a Friend |

### Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| MICHAEL RESSNER | | No Further information required to travel |
|---|---|---|

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided.<br>Online check-in will be available 24 hours prior to your departure. | Secure Flight Information | Frequent Flyer Number<br>Trip Contact Number |

### Upgrade Reservation

If your upgrade request cannot be confirmed prior to check-in, you will be added to the airport standby list. In order to be added to the airport standby list, please ensure you have the appropriate number of upgrades in your account prior to check-in.

If there are multiple passengers in your reservation and each passenger will be paying for their upgrade separately, please call AAdvantage Reservations to ensure your request is handled appropriately.

| Flight | Flight Details | Upgrade Required | Request Upgrade? |
|---|---|---|---|

From: "Executive Transportation" <info@executivetransportationnc.com>
Subject: Conf# 15413 For Michael Ressner [09/19/2012-07:00 AM]
Date: September 12, 2012 5:28:51 PM EDT
To: michael@ressner.com

## Executive Transportation
"Serving All US Cities" P.O. Box 721 Franklinton, NC 27525
US
Tel: (919) 728-8418
Email: info@executivetransportationnc.com

Confirmation

## Reservation Confirmation #15413

Last Modified On: 09/12/2012 05:28 PM

Below please find your confirmation. If any of the information appears to be incorrect, please contact our office immediately to correct it.

| | |
|---|---|
| **Pick-up Date:** | 09/19/2012 - Wednesday |
| **Pick-up Time:** | 07:00 AM |
| **ServiceType:** | Airport Departure |
| **Passenger:** | Michael Ressner |
| **Phone Number:** | (919) 274-8766 |
| **No. of Pass:** | 1 |
| **Vehicle Type:** | Sedan |
| **Primary/Billing Contact:** | Michael Ressner |
| **Payment Method:** | Not Specified |

**Trip Routing Information:** **PU:** -- : 5909 Applegarth Rd. Raleigh, NC 27614 (United States of America)
**DO:** -- : RDU - Raleigh-Durham International Airport

**Charges & Fees**

| | |
|---|---|
| Flat Rate | $59.00 |
| Std Grat 20.00% | $11.80 |
| Fuel Surch 6.00% | $3.54 |
| **Reservation Total:** | $74.34 |
| **Payments/Deposits:** | $0.00 |
| **Authorizations:** | $0.00 |
| **Total Due:** | $74.34 |

**Terms & Conditions/
Reservation Agreement:** The client assumes full financial liability for any damage. SMOKING IS PROHIBITED IN ALL VEHICLES. Sanitation fee is 300.00. Drug use is prohibited by law. Any fines will be paid for by the customer. The CHAUFFEUR has the right to terminate service without refund if there is blatant indiscretion on the part of the client(s). Not responsible for articles left in the vehicles. Vehicles cannot be loaded beyond seating capacity.Deposit due at time of booking, deposit is non refundable. Final balance due 2 weeks prior to event.

**From:** <WNEWYORK@starwoodhotels.com>
**Subject:** Your W New York folio
**Date:** September 22, 2012 2:10:20 AM EDT
**To:** <MICHAEL@RESSNER.COM>

1 Attachment, 75 KB

Hello,
Thanks for staying with us at W Hotels. We hope you had a wonderful time. Please find your folio attached as requested. For billing-related questions, please contact wny.ar@whotels.com. To tell us about your experience, contact me at GM.Edward.Maynard@whotels.com.

This electronic message transmission contains information from the Company that may be proprietary, confidential and/or privileged.
The information is intended only for the use of the individual(s) or entity named above.  If you are not the intended recipient, be
aware that any disclosure, copying or distribution or use of the contents of this information is prohibited.  If you have received
this electronic transmission in error, please notify the sender immediately by replying to the address listed in the "From:" field.

**W NEW YORK**
541 Lexington Ave
New York, NY 10022
212-755-1200 / 212-319-8344
http://www.wnewyork.com/



HOTELS

| Ressner, Michael | Page Number | 1 | Invoice Nbr | 1000053536 |
| 5909 Applegarth Lane | Guest Number | 4788625 | Arrive Date | 09-20-2012 |
| Raleigh, NC 27614 | Folio ID | A | Depart Date | 09-22-2012 |
| | No. Of Guest | 1 | | |
| | Room Number | 1158 | | |
| | Club Account | SPG - G42334565372 | | |
| | Time | 09-22-2012 02:10 | | |

Information Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 09-20-2012 | DEPOSIT | Deposit Applied | | $-898.72 |
| 09-20-2012 | 21276 | Munchie Bar | $7.49 | |
| 09-20-2012 | S823 | -In Room Movie | $16.99 | |
| 09-20-2012 | S823 | Tax Other | $1.51 | |
| 09-20-2012 | RT1158 | Room Chrg Restricted SW | $388.55 | |
| 09-20-2012 | RT1158 | State Tax | $34.48 | |
| 09-20-2012 | RT1158 | Occupancy/Tourism Tax | $2.00 | |
| 09-20-2012 | RT1158 | NYS Javits Ctr Tax | $1.50 | |
| 09-20-2012 | RT1158 | Room Tax | $22.83 | |
| 09-21-2012 | 303745 | Laundry/Valet | $98.00 | |
| 09-21-2012 | RT1158 | Room Chrg Restricted SW | $388.55 | |
| 09-21-2012 | RT1158 | State Tax | $34.48 | |
| 09-21-2012 | RT1158 | Occupancy/Tourism Tax | $2.00 | |
| 09-21-2012 | RT1158 | NYS Javits Ctr Tax | $1.50 | |
| 09-21-2012 | RT1158 | Room Tax | $22.83 | |
| 09-22-2012 | MC | Mastercard | | $-123.99 |

```
** Total                    $1,022.71      $-1,022.71
** Balance                    $0.00
```

***For Authorization Purpose Only***

MICHAEL P RESSNER

| Date | Credit Card | Code | Authorized |
|------|-------------|------|------------|

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

**EXPENSE SUMMARY REPORT**

Currency: USD

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|------|-----------|-----------|-----------|---------|-------|-------|---------|
| 09-20-2012 | $449.36 | $7.49 | $0.00 | $0.00 | $18.50 | $475.35 | $-898.72 |
| 09-21-2012 | $449.36 | $0.00 | $0.00 | $0.00 | $98.00 | $547.36 | $0.00 |
| 09-22-2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-123.99 |
| Total | $898.72 | $7.49 | $0.00 | $0.00 | $116.50 | $1,022.71 | $-1,022.71 |

Signature_____

**EXHIBIT B**

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER SUSAN KANE**

# XFINITY Connect

skane6@comcast.ne

± Font Size ‗

## Nortel Retiree Expenses Incurred

**From :** skane6@comcast.net                                                          Mon, Aug 27, 2012 05:14 PM

**Subject :** Nortel Retiree Expenses Incurred                                          ⧂ 1 attachment

**To :** Dawn Person <dperson@teamtogut.com>

**Cc :** Neil Berger <neilberger@teamtogut.com>

Dawn,

I will be sending to you via regular US mail the original receipts for expenses incurred in xeroxing, faxing and overnight Fed Ex postage for Nortel health and pension documents related to the subpoena request for information.

The total amount is $165.77.   Please process this request for reimbursement of expenses incurred by me.

Thank you.

Sue Kane
e-mail: skane6@comcast.net
telephone: 615-361-4857

⊠    **Nortel Retiree Fax Expenses.xls**
      16 KB

### Nortel Retiree Expenses for Susan Kane

| Date | Amount | Comments |
|------|--------|----------|
| August 10, 2012 | 13.14 | Copy of subpoena faxed to Togut, Segal & Segal - per Richard Milin |
| August 16, 2012 | 23.16 | Xerox copy of Nortel health and pension information that I had as well as any information provided to me by fellow retirees - per Richard Milin |
| August 16, 20102 | 62.48 | Cost of sending the xerox copies (see above) over night via Fed Ex to Togut, Segal & Segal - per Richard Milin |
| August 20, 20102 | 66.99 | Cost to fax copies of monthly health invoices from Benefit Billing related to payment of retirees health care insurance from October 2009 to current month - per Stephanie Skelly |
| **Total** | **$165.77** | |

FedEx Office.

Page: 1

August 20, 2012 10:13
Receipt #: 2193640038
VISA #: XXXXXXXXXXXX3829
2012/08/20 09:35

| Qty | Description | Amount |
|-----|-------------|--------|
| 39 | SS Fax - Domestic Send | 62.91 |
| | Spoiled: 39 | -62.91 |
| 38 | SS Fax - Domestic Send | 0.00 |
| | | 61.32 |

| | | |
|---|---|---|
| SubTotal | | 81.32 |
| Taxes | | 5.67 |
| Total | | 66.99 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

540 Donelson Pike
Nashville, TN 37214
(615) 391-8077
www.FedExOffice.com

Please Recycle This Receipt

---

FedEx Office.

Page: 1

August 16, 2012 12:26
Receipt #: 2193645480
VISA #: XXXXXXXXXXXX3829
2012/08/16 11:20

| Qty | Description | Amount |
|-----|-------------|--------|
| 210 | ES B&W S/S White 8.5 x11 | 21.00 |
| 1 | ES B&W S/S White 11x17 | 0.20 |

| | | |
|---|---|---|
| SubTotal | | 21.20 |
| Taxes | | 1.96 |
| Total | | 23.16 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the issuer of the charge
card in accordance with the agreement between the
issuer and the Cardholder.

FedEx Office Print & Ship Centers

540 Donelson Pike
Nashville, TN 37214
(615) 391-8077
www.FedExOffice.com

Please Recycle This Receipt

FedEx Office.

** RE-PRINT on Aug. 10, 2012 **

August 10,2012 10:27
Receipt #:2193644460
VISA #: XXXXXXXXXXXX3829
2012/08/10 10:17

Page: 1

| Qty | Description | Amount |
|---|---|---|
| 8 | SS Fax - Domestic Send | 13.62 |
| | Spoiled:1 | -1.59 |
| 1 | SS Fax - Domestic Send | 2.49 |
| | Spoiled:1 | -2.49 |
| | | 12.03 |
| | | 0.00 |

| | | |
|---|---|---|
| SubTotal | | 12.03 |
| Taxes | | 1.11 |
| Total | | 13.14 |

The Cardholder agrees to pay the issuer of the
charge card in accordance with the agreement
between the issuer and the Cardholder.

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office
purchases when you sign up for My FedEx
Rewards. Go to fedex.com/rewards to sign up
today.

FedEx Office Print & Ship Centers

540 Donelson Pike
Nashville,TN 37214
(615) 391-8077
www.FedExOffice.com

Please Recycle This Receipt

** RE-PRINT on Aug. 10, 2012 **

---

FedEx Office℠

540 DONELSON PIKE
NASHVILLE, TN 37214

Location:              BNAKO
Device ID:             BNAKO-POS2
Employee:              1875297
Transaction:           7806063535703

Scheduled Delivery Date 08/17/2012

PRIORITY OVERNIGHT
8009634448X0     2.05 lb (S)          62.48

Shipment subtotal:                    62.48

                     Total Due:       62.48

                  (V) CreditCard:     62.48
                ************3829

N = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

**FedEx** Express® **NEW** Package **US Airbill**

FedEx Tracking Number **8009 6344 4870**

Sender's Copy

**1 From** Please print and press hard.

Date **9/5/12**

Sender's FedEx Account Number    SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name **SUSAN KANE**    Phone **(615) 361-4851**

Company **NORTEL RETIREE COMMITTEE**

Address **649 LAKE TERRACE DRIVE**
OPTIONAL

City **NASHVILLE**    State **TN**    ZIP **37217**

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name **RICHARD MILIN**    Phone **212-594-5000** X159

Company **TOGUT, SEGAL & SEGAL**

Address **ONE PENN PLAZA**
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City **NEW YORK**    State **NY**    ZIP **10119**

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

**4 Express Package Service**    *To most locations.
NOTE Service order has changed. Please select carefully.

**Next Business Day**

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**    *Declared value limit $500.

☐ FedEx Envelope*    ☒ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

**Does this shipment contain dangerous goods?**
One box must be checked.
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature
☐ No    ☐ Yes    ☐ Dry Ice    ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value

**644**

**EXHIBIT C**

**EXPENSES FOR RETIREE COMMITTEE MEMBER JOHN T. ZALOKAR**



John T Zalokar
6N426 Crescent Ln
St Charles IL 60175-5457

1114 Expenses

July / August 2012

July    LIMO TO
        + FROM OHARE          $123, —
        CAN FLIGHTS
        N.Y. WEATHER

AUGUST    COPY/MAILING EXP
          DISCOVERY DOC        46.16
          SUPENA :

                    TOTAL $169.16

                    8/31/'12



LIMO $60

TO

OHARE

FROM $63

OHARE

$123°°

11/4 MEETING





August 18,2012 13:22
Receipt #: 3624386483
AmEx #: XXXXXXXXXX1002                    Page: 1
2012/08/18 13:05

| Qty | Description | Amount |
|---|---|---|
| 82 | ES B&W S/S White 8.5 x11 | 9.02 |

|  |  |  |
|---|---|---|
|  | SubTotal | 9.02 |
|  | Taxes | 0.36 |
|  | Total | 9.38 |

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office
purchases when you sign up for My FedEx
Rewards. Go to fedex.com/rewards to sign up
today.

The Cardholder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

615 S. Randall Rd.
St. Charles, IL 60174
630-443-0100
www.FedExOffice.com

Please Recycle This Receipt

615 S RANDALL RD
SAINT CHARLES, IL 60174

Location:              GBGKK
Device ID:             GBGKK-POS1
Employee:              2274159
Transaction:           78060720416


PRIORITY OVERNIGHT
  801126773690      0.20 lb (M)        36.78
  Direct Signature

Scheduled Delivery Date 08/20/2012


Shipment subtotal:                     36.78


          Total Due:                   36.78

          (A) CreditCard:              36.78
          ***********1002


M = Weight entered manually
S = Weight read from scale
I = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
     1.800.463.3339

August 18, 2012 1:29:52 PM

9.38
36.78
$ 46.16

DISCOVERY
DOC

JOHN T. ZALOKAR

JOHN ZALOKAR
6N426 CRESCENT LN
ST. CHARLES IL 60175

NORTEL
1114 COM. EXP.
SEPTEMBER 20/21, 2012
NY NY - CLEARY GOTTLIEB OFC

| | | |
|---|---|---|
| (9/20) AM. AIR. # 380 CHI/LAGUARDIA | | 614.59 |
| (9/21) AM. AIR. # 365 NY/CHI | | |
| O'HARE PARKING | | 18.00 |
| ST. CHARLES (HOME) TO O'HARE - MILAGE AND BACK | 70 MI @ 50 | 35.00 |
| HOTEL - MARRIOTT NY | | 518.73 |
| CAB - LAGUARDIA TO MARRIOTT (9-20) | | 37.00 |
| MARRIOTT TO CLEARY (9/21) | | 15.00 |
| MEALS DINNER 9-20 ROOM (MARRIOTT) SERVICE | | 84.29 |
| DINNER 9-21 AIR PORT (LAGUARDIA) SANDWICH/SODA | | 24.60 |
| | | 1347.21 |

# NEW YORK **Marriott**
## MARQUIS

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

+ TAX

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|------|------|------|--------|------|-------|
| 3658 | ZALOKAR/JOHN/MR | 449.00 | 09/21/12 | 12:00 | 22033 |
| LNK TYPE | | | 09/20/12 | 19:20 | |
| 52 | | | ARRIVE | TIME | |

MRW#: XXXXX1215

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---------|---------|-------------|
| 09/20 | RMSERVIC | 26933658 | 84.29 | | |
| 09/20 | ROOM TR | 3658, 1 | 449.00 | | A |
| 09/20 | RM TAX | 3658, 1 | 39.85 | | B |
| 09/20 | CITY TAX | 3658, 1 | 26.88 | | C |
| 09/20 | OCC JAV | 3658, 1 | 3.50 | | |
| 09/21 | AX CARD | | | 603.02 | |

603.02
- 84.29
#518.73

TO BE SETTLED TO: AMERICAN EXPRESS CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL EXTENSION 6200, OR PRESS "MENU" ON YOUR TV.

---

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| I | PHONE SALES TAX | .00 | .00 |
| J | NYC 2.35% UTILITY TX | .00 | .00 |
| L | NYS GROSS REC. TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 603.02 | .00 | .00 | 603.02 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM



Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement for updated activity.

# NEW YORK **Marriott**
## MARQUIS



For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



GRAN...
Contact TL

*D. CLONRY*

I ♥ NEW YORK

HACK #:          05363563
MEDALLION              1U62
09/21/2012 07:46 - 08:03
TRIP# 1643 RATE#       1
STAND. CITY RATE
MILES R1              3.97
FARE R1         $    14.50
STATE SRCHG$         0.50
TOLLS $              0.00
GRAND TOTAL $       15.00

Contact TLC Dial 3-1-1

---

RT SHIFT 09/20/2012 18
:18

*D. HOTEL*

I ♥ NEW

HACK #:              4125
MEDALLION            0035
09/20/2012 18:23     :14
TRIP# 1001 RATE#       1
STAND. CITY RATE
MILES R1             9.30
FARE R1            35.50
SURCH          $    1.00
TOTAL $            36.50
STATE SRCHG$        0.50
TOLLS $             0.00
GRAND TOTAL $      37.00

Contact TLC Dial 3-1-1

---

**THANK YOU**
**O'Hare International Airport**
Parking Facility - Lot F
PO Box 66179, Chicago, IL, 60666-0179
Tel; (773) 686-7532

**DAILY TICKET**

| | |
|---|---|
| Transaction-Id: | 13923 |
| In: | 9/20/2012 12:57 PM |
| Out: | 9/21/2012 9:29 PM |
| Duration: | 1 08:33 |
| Lane: | 27 |
| Vehicle LPN: | 313ZZZ |
| ID: | cbarb |
| Parking Fees | $ 18.00 |
| Validations | $ 0.00 |
| **Total:** | **$ 18.00** |
| CREDIT CARD | $ 18.00 |
| AMERICANEX PRESS | XXXXXXXXXXX1002 |
| Auth | 562044 |

Includes All Applicable Taxes

JOHN T ZALOKAR                         Account Ending 7-81002                              p. 4/10

## Detail Continued

Amount

08/22/12

08/23/12   FEDEX# 801126773690 1-800-622-1147                                              $36.78
           1-800-622-1147
           TO: TOGAT SEGAL & SEGAL LLP NY
           FROM: JOHN T ZALONAR 60175
           001 PRIORITY LTR 1LB AWB801126773690
           FedEx #1-800-622-1147

08/25/12

08/27/12

08/31/12   AA AIR TICKET SALE 4DALLAS        TX                                           $608.59
           AMERICAN AIRLINES
           From:                 To:                  Carrier:      Class:
           CHICAGO O'HARE INT    NEW YORK LA GUARDI   AA            P
                                 CHICAGO O'HARE INT   AA            P
                                 N/A                  YY            00
                                 N/A                  YY            00
           Ticket Number: 0012371201949              Date of Departure: 09/23
           Passenger Name: ZALOKAR/JOHN
           Document Type: PASSENGER TICKET

09/05/12

Continued on next page

**EXHIBIT D**

EXPENSES FOR THE RETIREE COMMITTEE MEMBER GARY DONAHEE

## Expenses, 1114 Committee/     Cleary MTG

### NYC 08/21/12

| | |
|---|---|
| Airfare | $ 1836.60 |
| Hotel | 630.92 |
| Taxies (LGA to Hotel & RTN) | 120.00 |
| Parking DFW | 52.51 |
| Fed Ex shipping costs, (Court material) | 96.94 |
| **Total** | **2736.97** |

American Airlines@aa.com <notify@aa.globalnotifications.com>   September 11, 2012  9:34 AM
To:  GDONAHEE@MAC.COM <gdonahee@mac.com>
E-Ticket Confirmation-FTHBXC 20SEP



**eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |

**Date of Issue: 11SEP12**

Gary R Donahee:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: FTHBXC**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  For faster check-in at the airport, scan the barcode at any AA Self-Service machine.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance


**Budget**
Up to 30% off plus earn up to 3,000 AAdvantage® bonus miles.
Up to 35% off AVIS plus earn up to 5,000 AAdvantage® bonus miles.

**AAdvantage**
Earn miles on this trip
Enroll Now

NEW PLANES. NEW EXPERIENCE.
Learn More
AmericanAirlines

30 DAYS. UNLIMITED ACCESS. $99.
Americanlines

**Record Locator: FTHBXC**



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 728 | DALLAS FT WORTH | THU 20SEP 11:35 AM | NEW YORK LGA | 4:00 PM | P |
| | | Gary Donahee | FF#: B941352 PLT | First Cl | Seat 4A | Lunch |
| **AA** | 791 | NEW YORK LGA | FRI 21SEP 7:50 PM | DALLAS FT WORTH | 10:45 PM | P |
| | | | FF#: B941352 | | | |

| American Airlines | Gary Donahee | PLT | First Cl | Seat 4B | Snack |

## Receipt

| PASSENGER | TICKET NUMBER | FARE- USD | TAXES AND CARRIER- IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| GARY DONAHEE | 0012313522411 | 1688.37 | 148.23 | 1836.60 |

| Payment Type: American Express XXXXXXXXXX1008 | Total: $1836.60 |

### Baggage Information

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -DFWLGA-02P/AA LGADFW-02P/AA
1STCHECKED BAG FEE-DFWLGA-USD0.00/AA LGADFW-USD0.00/AA
2NDCHECKED BAG FEE-DFWLGA-USD0.00/AA LGADFW-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001  |  F: 212 571 2316
W: hilton.com

NAME AND ADDRESS:
DONAHEE, GARY
5517 SAINT ANDREWS COURT

PLANO, TX 750934235
US

| | |
|---|---|
| Room: | 3106/K1RC |
| Arrival Date: | 9/20/2012    4:46:00PM |
| Departure Date: | 9/21/2012 |
| Adult/Child: | 1/0 |
| Room Rate: | 529.00 |

RATE PLAN          LV0

HH# 377719008 SILVER
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3490065008

9/21/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/20/2012 | REFRESHMENT CENTER | LINTR | 6328491 | $5.44 | | |
| 9/20/2012 | INTERNET ACCESS | LINTR | 6328503 | $14.95 | | |
| 9/20/2012 | GUEST ROOM | SANDY | 6329164 | $529.00 | | |
| 9/20/2012 | STATE SALES TAX 8.875% | SANDY | 6329164 | $46.95 | | |
| 9/20/2012 | CITY TAX - RMS 5.875% | SANDY | 6329164 | $31.08 | | |
| 9/20/2012 | ROOM OCC. TAX $2.00 | SANDY | 6329164 | $2.00 | | |
| 9/20/2012 | JAVITS CENTER TAX FEE | SANDY | 6329164 | $1.50 | | |

WILL BE SETTLED TO AX *1008          $630.92
EFFECTIVE BALANCE OF          $0.00

### EXPENSE REPORT SUMMARY

| | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $610.53 | $610.53 |
| MISCELLANEOUS | $5.44 | $5.44 |
| SHOPS | $14.95 | $14.95 |
| DAILY TOTAL | $630.92 | $630.92 |

## Zip-Out Check-Out®

| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 1080724 A |

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room. *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| | |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |





# Airport Parking Receipt

**FreedomPark**
AIRPORT VALET SERVICES

7501 Esters Blvd., Suite 130
Irving, TX 75063
Reservations: 972.252.2500
Toll Free: 866.ParkDFW
Fax: 972.894.0009
www.freedomparkdfw.com

Receipt #: 1483619
Date: 9/18/2012 4:28:37 PM

SOLD     Gary Donahee
TO        214-986-5443
            gdonahee@mac.com

| Control | Departure Date | Return Date | Total Discount | Total Charge |
|---------|---------------|-------------|----------------|--------------|
| 1483619 | 9/20/2012 | 9/21/2012 | | $52.51 |

Charges for AMEX ending in 1000 - Corp

| Description | Qty | Rate | Pre-Tax | Sales Tax | Airport Fee | Sub Total | Total Charge | |
|-------------|-----|------|---------|-----------|-------------|-----------|--------------|--|
| Parking | 2 | $22.00 | $44.00 | $3.63 | $4.88 | | $52.51 | |

Credit Card Total $52.51

Each charge has been billed to your credit card indicated. Should you have any questions about these charges, please call us at
972-252-2500.

Thanks for using FreedomPark!

**OFFICIAL TAXI RECEIPT**

Date 08 / 20 20 12

FROM LGA

TO Hilton

FARE ............... TOLL ............ TOTAL 60.00

SIGNATURE ........................... # ...............

**LimoRes.net**
on time anywhere

Hilton to LGA
60-8

www.LimoRes.net
212-787-7777
1-800-LIMORES

NEW Package
US Airbill

FedEx Tracking Number: **8001 3415 9637**

Form ID No. **02**

Sander's FedEx Account Number

MARY DONAHEE  Phone 214, 986-5445

1513 SLEEPY SPRING DR

PLANO  State TX  ZIP 75093

Internal Billing Reference

STEPHANIE KEELY  Phone 212, 594-5000

TORYS, SEGAL & SPAN

ONE PENN PLAZA SUITE 3335

NEW YORK  State NY  ZIP 10119

---

**FedEx Office**

2301 PRESTON RD
PLANO, TX 75093

Location:        DNEKO
Device ID:       DNEKO-POS1
Employee:        1880171
Transaction:     78061033646

FIRST OVERNIGHT
8001341S9637       1.55 lb (S)        96.64

Scheduled Delivery Date 08/23/2012

Shipment subtotal:        96.64

Total Due:        96.64

(M) CreditCard:        96.64
*************8774

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 22, 2012 3:58:49 PM

HILTON TO C...

60-G

www.LimoRes.r...
212-787-777...
1-800-LIMOR...

**EXHIBIT E**

**EXPENSES FOR THE RETIREE COMMITTEE MEMBER MARK M. HAUPT, SR.**

**Mark Haupt**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Wednesday, September 12, 2012 1:48 PM |
| **To:** | MARK@CONVERGEDUSA.COM |
| **Subject:** | E-Ticket Confirmation-JUVALM  20SEP |

 **eTicket Itinerary & Receipt Confirmation**

| Reservations | Award Booking | My Account | Fare Sales & Offers |
|---|---|---|---|



Date of Issue: 12SEP12

Mark M Haupt:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: JUVALM**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel       Book a car       Buy trip insurance


Budget
Up to 30% off plus earn up to 500 AAdvantage® bonus miles.

Earn miles on this trip
AAdvantage®
Enroll Now


NEW PLANES.
NEW EXPERIENCE.
American Airlines

30 DAYS.
UNLIMITED ACCESS.
$99.
American Airlines

Record Locator: JUVALM 

| **Itinerary** | | | | | | |
|---|---|---|---|---|---|---|
| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |

| | | | | | | |
|---|---|---|---|---|---|---|
| American Airlines | 4434 | RALEIGH DURHAM | THU 20SEP 2:20 PM | NEW YORK LGA | 4:00 PM | G |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | Mark Haupt | FF#: VH48960 GLD | | Economy | Seat 9C | Food For Purchase |
| American Airlines | 4603 | NEW YORK LGA | FRI 21SEP 5:40 PM | RALEIGH DURHAM | 7:20 PM | W |
| | Mark Haupt | FF#: VH48960 GLD | | | Seat 9C | Food For Purchase |

### Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAXES AND CARRIER-IMPOSED FEES | TICKET TOTAL |
|---|---|---|---|---|
| MARK HAUPT | 0012313571168 | 353.48 | 48.12 | 401.60 |

| | |
|---|---|
| Payment Type: American Express XXXXXXXXXXX3001 | Total: $401.60 |

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines
BAG ALLOWANCE -RDULGA-02P/AA LGARDU-02P/AA
1STCHECKED BAG FEE-RDULGA-USD0.00/AA LGARDU-USD0.00/AA
2NDCHECKED BAG FEE-RDULGA-USD0.00/AA LGARDU-USD0.00/AA
ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

**(AA CARRY-ON BAGGAGE)**

American Airlines does not impose Carry-On bag fees however, restrictions do apply.   To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On luggage . Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

**(AA CHECKED BAGGAGE CHARGES)**

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag.   For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag.   For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag.   For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free.   For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free.   For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and  To/From/Via Europe and India, the first bag is free.   For a second bag, the charge is 40.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free.   For a second bag, the charge is 70.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

2

MARK HAUPT                                    Account Ending 7-43001                                    p. 4/17

## Detail Continued

| | | | Amount |
|---|---|---|---|
| 09/14/12 | THERMO FISHER SCIENTASHEVILLE<br>828-365-1248 | NC | $120.84 |
| 09/16/12 | COSTCO WHSE #0645 00RALEIGH<br>9197S52811 | NC | $166.38 |
| 09/16/12 | COSTCO GAS #0645 000RALEIGH<br>9197S52811 | NC | $45.23 |
| 09/18/12 | PNC ARENA BOX OFFICERALEIGH<br>TICKET AGENCY<br>Description<br>SPECIALTY RETA | NC | $130.00 |
| 09/19/12 | EIG*WEBHOST4LIFE   866-539-2854<br>866-539-2854 | MA | $89.95 |
| 09/19/12 | TICKETMASTER   NEW YORK   NY<br>4078393900<br>MENOPAUSE, THE MUSICA 20120919 | | $14.40 |
| 09/21/12 | NYC TAXI MED 8K59 09NEW YORK<br>000-0000000 | NY | $60.80 |
| 09/21/12 | RDU AIRPORT AUTHORITRALEIGH<br>GOVERNMENT SERVICE | NC | $31.00 |
| 09/21/12 | STARBUCKS CORP073759NEW YORK<br>800-7827282 | NY | $5.50 |
| 09/21/12 | 00166 CAPITALCARDINARALEIGH<br>MEMB CLUB | NC | $357.80 |
| 09/22/12 | Millenium Hilton 753New York   NY<br>Arrival Date          Departure Date<br>09/20/12              09/21/12<br>00000000<br>LODGING | | $511.10<br>— ⒈8.5o<br>492.6o |
| 09/22/12 | MYLIFE *PEOPLE-SEARC888-704-1900<br>888-704-1900 | CA | $8.85 |
| 09/24/12 | STAPLES 01139   CARY   NC<br>(800)333-3330 | | $28.81 |
| 09/25/12 | BACKYARD BISTRO 6500RALEIGH<br>9198516203<br>TIP                          $7.00 | NC | $45.63 |
| 09/26/12 | LOWE'S OF W. RALEIGHRALEIGH<br>919-510-9667 | NC | $68.09 |
| 09/26/12 | USA TODAY SUBSCRIPTI800-872-0001<br>800-872-0001 | VA | $19.95 |
| 09/26/12 | CARIBOU COFFEE #312 RALEIGH<br>7635922335<br>Description<br>RESTAURANT CHARGES | NC | $4.29 |
| 09/26/12 | JUNGLEDISK.COM   678-710-7745<br>FILE STORAGE | TX | $7.57 |
| 09/26/12 | VZWIRELESS MY VZ VE 800-922-0204<br>BILL PAY | NJ | $196.14 |
| 09/26/12 | VZWIRELESS MY VZ VE 800-922-0204<br>BILL PAY | NJ | $169.82 |

Continued on next page

# Millenium Hilton

MILLENIUM HILTON
55 Church Street | New York, NY | 10007
T: 212 693 2001 | F: 212 571 2316
W: hilton.com

NAME AND ADDRESS:
HAUPT, MARK
10533 TARTON FIELDS CIR

RALEIGH, NC 27617
US

| | |
|---|---|
| Room: | 1010/K1D |
| Arrival Date: | 9/20/2012    4:38:00PM |
| Departure Date: | 9/21/2012 |
| Adult/Child: | 1/0 |
| Room Rate: | 413.10 |

RATE PLAN          L-PGARP3

HH# 577989989 BLUE
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER : 3483800774

9/21/2012    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/20/2012 | *LIQUID ASSETS LOUNGE | LINTR | 6328584 | $15.07 | | |
| 9/20/2012 | ~~LIQUID ASSETS LOUNGE~~ | ~~LINTR~~ | ~~6328786~~ | ~~$15.80~~ | | |
| 9/20/2012 | GUEST ROOM | SANDY | 6328928 | $413.10 | | |
| 9/20/2012 | STATE SALES TAX  8.875% | SANDY | 6328928 | $36.66 | | |
| 9/20/2012 | CITY TAX - RMS 5.875% | SANDY | 6328928 | $24.27 | | |
| 9/20/2012 | ROOM OCC. TAX $2.00 | SANDY | 6328928 | $2.00 | | |
| 9/20/2012 | JAVITS CENTER TAX FEE | SANDY | 6328928 | $1.50 | | |

WILL BE SETTLED TO AX *3001                                    $511.10
EFFECTIVE BALANCE OF                                           $0.00

## EXPENSE REPORT SUMMARY

|  | 12:00:00AM | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $477.53 | $477.53 |
| MISCELLANEOUS | $18.50 | $18.50 |
| FOOD & BEVERAGE | $15.07 | $15.07 |
| DAILY TOTAL | $511.10 | $511.10 |

−18.50

492.60

---

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
• Please review this statement.  It is a record of your charges as of late last
   evening.
• For any charges after your account was prepared, you may:
   + pay at the time of purchase.
   + charge purchases to your account, then stop by the Front Desk for an
      updated statement.
   + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 1082535  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

HILTON
HHONORS


WALDORF
ASTORIA

CONRAD


Hilton


DOUBLETREE

EMBASSY
SUITES

Hilton
Garden Inn


Homewood
Suites

HOME2

Hilton
Grand Vacations



7980 ARCO CORP DR
RALEIGH, NC 27617

Location:        RZZKS
Device:          RZZKS-POS1
Employee:        1788062
Transaction:     78060657932

PRIORITY OVERNIGHT
  800679712160      2.45 lb (S)      71.82
    Direct Signature
    Declared Value      500

Scheduled Delivery Date 08/20/2012


Shipment subtotal:        71.82


Total Due:        71.82

(A) CreditCard:        71.82
**********3001