# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
October 1, 2012 - October 31, 2012

### Summary of Services Rendered by Project

| Project Code | Nature of Services | October 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | 1.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 20.0 |
| 6 | Committee Matters and Creditor Meetings | 43.0 |
| 7 | Claims Administration and Analysis | 27.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 161.0 |
| 15 | Travel | 40.0 |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| **TOTAL** | | **297.0** |

### Summary of Services Rendered by Professional

| Name | October 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 88.0 |
| Michael Kennedy, Member | 123.0 |
| Aaron Taylor, Vice President | 86.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | **297.0** |

**Nortel Networks, Inc**
October 1, 2012 - October 31, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | October 2012 Hours | Code |
|---|---|---:|---:|
| 10/1/2012 | Calls and analysis re claims, mediation, allocation and case management | 6.0 | 14 |
| 10/2/2012 | Travel to NYC | 4.0 | 15 |
| 10/2/2012 | Meetings w/ UCC and debtor advisors | 9.0 | 6 |
| 10/3/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/4/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 10/4/2012 | Return Travel to Chicago | 4.0 | 15 |
| 10/5/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/9/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/11/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/12/2012 | Calls and analysis re claims, mediation, allocation and case management | 4.0 | 14 |
| 10/13/2012 | Calls and analysis re claims, mediation, allocation and case management | 5.0 | 14 |
| 10/14/2012 | Travel to NYC | 4.0 | 15 |
| 10/15/2012 | Calls and analysis re claims, mediation, allocation and case management | 7.0 | 14 |
| 10/16/2012 | Meetings w/ debtor and creditors | 6.0 | 6 |
| 10/17/2012 | Meetings w/ debtor and UCC | 7.0 | 6 |
| 10/18/2012 | Return travel to Chicago | 4.0 | 15 |
| 10/22/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/24/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 10/26/2012 | Calls and analysis re claims, mediation, allocation and case management | 3.0 | 14 |
| 10/29/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 10/30/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| 10/31/2012 | Calls and analysis re claims, mediation, allocation and case management | 2.0 | 14 |
| **October 2012 Total** | | **88.0** | |

**Nortel Networks, Inc**
October 1, 2012 - October 31, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | October 2012 Hours | Code |
|---|---|---:|---:|
| 10/1/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/1/2012 | Review amended claims report | 2.0 | 7 |
| 10/2/2012 | Travel to New York | 4.0 | 15 |
| 10/2/2012 | Meeting with UCC and advisors | 3.0 | 6 |
| 10/2/2012 | Meeting with Cleary & US Debtor advisors | 5.0 | 5 |
| 10/3/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 10/4/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/4/2012 | Call w/ Monitor and Management re: Mexico claims | 2.0 | 7 |
| 10/4/2012 | Follow-up calls w/ maanagement and Cleary re: Mexico | 3.0 | 7 |
| 10/5/2012 | Call w/ managemen re: cross-border claims | 2.0 | 7 |
| 10/5/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 10/5/2012 | Return travel to Chicago | 4.0 | 15 |
| 10/8/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/8/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 10/9/2012 | Review and discuss amended claims report | 2.0 | 7 |
| 10/9/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/9/2012 | Call with ad hoc advisors | 3.0 | 6 |
| 10/10/2012 | Review and discuss amended claims report | 1.0 | 7 |
| 10/11/2012 | Prepare summary information for creditor meeting | 3.0 | 7 |
| 10/11/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/12/2012 | Prepare summary information for creditor meeting | 2.0 | 7 |
| 10/12/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 10/13/2012 | Prepare summary information for creditor meeting | 4.0 | 7 |
| 10/14/2012 | Prepare summary information for creditor meeting | 3.0 | 7 |
| 10/15/2012 | Travel to New York | 4.0 | 15 |
| 10/16/2012 | Meeting with Cleary & US Debtor advisors | 3.0 | 5 |
| 10/16/2012 | Review material from Capstone | 1.0 | 6 |
| 10/16/2012 | Meeting with ad hoc advisors and other creditors | 3.0 | 6 |
| 10/17/2012 | Meeting with UCC and advisors | 5.0 | 6 |
| 10/17/2012 | Return travel to Chicago | 4.0 | 15 |
| 10/17/2012 | Review cash flash report | 1.0 | 1 |
| 10/18/2012 | Call with ad hoc advisors | 1.0 | 6 |
| 10/18/2012 | Call w/ Nortel Management re: cash and expenses | 1.0 | 2 |
| 10/18/2012 | Call w/ Monitor and Management re: Mexico claims | 1.0 | 7 |
| 10/19/2012 | Calls with Capstone | 2.0 | 6 |
| 10/19/2012 | Review and discuss cash flash report | 1.0 | 1 |
| 10/22/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/23/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 10/24/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 10/25/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 10/25/2012 | Reviw Monotors report in CAA proceedsong | 2.0 | 7 |
| 10/29/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/30/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| | **October 2012 Total** | **123.0** | |

**Nortel Networks, Inc**
October 1, 2012 - October 31, 2012 Time Detail
Chilmark Partners, LLC
Aaron Taylor, Vice President

| Date | Description of Work | October 2012 Hours | Code |
|---|---|---:|---:|
| 10/1/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/1/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/2/2012 | Travel to New York | 4.0 | 15 |
| 10/2/2012 | Meeting with UCC and advisors | 3.0 | 6 |
| 10/2/2012 | Meeting with Cleary & US Debtor advisors | 5.0 | 5 |
| 10/3/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/4/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 10/4/2012 | Return travel to Chicago | 4.0 | 15 |
| 10/5/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/8/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/9/2012 | Review Cash Forecast | 1.0 | 1 |
| 10/9/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/10/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 10/11/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/12/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 10/13/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/14/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 10/15/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/15/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/16/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/17/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 10/18/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/19/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/22/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 10/22/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 10/23/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/24/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/25/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/26/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 10/29/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/29/2012 | Review RM Report | 2.0 | 1 |
| 10/30/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 10/31/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| **October 2012 Total** | | **86.0** | |