# EXHIBIT B

### EXPENSE DETAIL

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| Professional | Trip Date | Description | Amount |
|---|---|---|---:|
| Matt Rosenberg | 10/2/12-10/5/12 | Flight to New York, NY  (Airpass) | $ 481.16 |
| Matt Rosenberg | 10/2/12-10/5/12 | Hotel (two nights) | $ 918.14 |
| Matt Rosenberg | 10/2/12-10/5/12 | Ground Transportation | $ 159.50 |
| Matt Rosenberg | 10/2/12-10/5/12 | Meals | $ - |
| Mike Kennedy | 10/2/12-10/4/12 | Flight to New York, NY | $ 636.80 |
| Mike Kennedy | 10/2/12-10/4/12 | Hotel (two nights) | $ 510.00 |
| Mike Kennedy | 10/2/12-10/4/12 | Ground Transportation | $ 49.50 |
| Mike Kennedy | 10/2/12-10/4/12 | Meals | $ 444.42 |
| Aaron Taylor | 10/2/12-10/4/12 | Flight to New York, NY | $ 897.00 |
| Aaron Taylor | 10/2/12-10/4/12 | Hotel (two nights) | $ 606.00 |
| Aaron Taylor | 10/2/12-10/4/12 | Ground Transportation | $ 176.00 |
| Aaron Taylor | 10/2/12-10/4/12 | Meals | $ 71.00 |
| Matt Rosenberg | 10/14/12-10/18/12 | Flight to New York, NY  (Airpass) | $ 384.93 |
| Matt Rosenberg | 10/14/12-10/18/12 | Hotel (four nights) | $ 1,395.54 |
| Matt Rosenberg | 10/14/12-10/18/12 | Ground Transportation | $ 182.80 |
| Matt Rosenberg | 10/14/12-10/18/12 | Meals | $ 199.19 |
| Mike Kennedy | 10/14/12-10/17/12 | Flight to New York, NY | $ 900.00 |
| Mike Kennedy | 10/14/12-10/17/12 | Hotel (three nights) | $ 1,475.86 |
| Mike Kennedy | 10/14/12-10/17/12 | Ground Transportation | $ 214.00 |
| Mike Kennedy | 10/14/12-10/17/12 | Meals | $ 172.28 |
| Matt Rosenberg | 10/21/12-10/26/12 | Flight to New York, NY  (Airpass) | $ 192.47 |
| Matt Rosenberg | 10/21/12-10/26/12 | Hotel (one night) | $ 778.18 |
| Matt Rosenberg | 10/21/12-10/26/12 | Ground Transportation | $ 111.60 |
| Matt Rosenberg | 10/21/12-10/26/12 | Meals | $ 28.00 |
| **Total Expenses** | | | **$10,984.37** |