**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The    Official Unsecured Creditors Committee for Nortel Networks Inc
c/o    Akin Gump Strauss Hauer & Feld LLP
One    Bryant Park
New    York, New York  10036
United States of America

Tel  +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48

## ashurst

Inter im (S)

VAT Invoice Date: **19 November 2012**    Our Ref: **GDB/CCN01.00001**

Invoice No.: **338985**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 54,030.00 |
| For the period to 31 October 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 147.20 |
| **Disbursements:** (NT) | | | |
| Fares and Incidental Expenses | 0.00 | 0.00 | 107.14 |
| | 0.00 | | 54,284.34 |
| | | VAT | 0.00 |
| | | Total | 54,284.34 |
| | | **Balance Due** | **54,284.34** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 338985 when settling this invoice
**Payment Terms:** 21 days

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN
PAPUA NEW GUINEA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors
Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their
professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term
'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst
LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.



# ashurst

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.30 | 210.00 | (C0007) |
|  |  | 0.70 | 490.00 | (C0031) |
|  |  | **1.00** | **700.00** |  |
| Partner: | Angela Pearson | 5.30 | 3,577.50 | (C0012) |
|  |  | 2.00 | 1,350.00 | (0031) |
|  |  | **7.30** | **4,927.50** |  |
| Partner: | Marcus Fink | 4.70 | 3,055.00 | (C0019) |
|  |  | **4.70** | **3,055.00** |  |
| Senior Associate | Antonia Croke | 6.30 | 2,898.00 | (C0007) |
|  |  | 18.90 | 8,694.00 | (C0012 |
|  |  | 10.00 | 4,600.00 | (C0031) |
|  |  | **35.10** | **16,192.00** |  |
| Junior Associate | Lindsey Roberts | 5.40 | 1,701.00 | (C0003) |
|  |  | 4.40 | 1,386.00 | (C0007) |
|  |  | 48.50 | 15,277.50 | (C0012) |
|  |  | 0.80 | 252.00 | (C0019) |
|  |  | 2.10 | 661.50 | (C0031) |
|  |  | **61.20** | **19,278.00** |  |
| Junior Associate | Sophie Law | 0.70 | 203.00 | (C0007) |
|  |  | 8.80 | 2,552.00 | (C0012) |
|  |  | **9.50** | **2,755.00** |  |
| Trainee | Dominic Boon | 20.30 | 3,755.50 | (C0012) |
|  |  | **20.30** | **3,755.50** |  |
| Trainee | Wei Wei Wang | 18.20 | 3,367.00 | (C0012) |
|  |  | **18.20** | **3,367.00** |  |
|  | **TOTAL** | **157.40** | **54,030.00** |  |

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 31/10/2012

## Matter: CCN01.00001 – BANKRUPTCY

### C0003    Ashurst Fee Application/Monthly Billing Reports

|  |  | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Junior Associate** |  |  |  |  |
| LROBER | Lindsey Roberts | 5.40 | 315.00 | 1,701.00 |
|  |  |  | Total | **1,701.00** |

### Detailed Time Breakdown

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2012 | Lindsey Roberts | LETT | Email re: September fee estimate | 0.10 | 315.00 | 31.50 |
| 11/10/2012 | Lindsey Roberts | LETT | Email to Steve re: draft invoice | 0.10 | 315.00 | 31.50 |
| 13/10/2012 | Lindsey Roberts | DRFT | Amending invoice for monthly fee application | 0.80 | 315.00 | 252.00 |
| 18/10/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.60 | 315.00 | 189.00 |
| 18/10/2012 | Lindsey Roberts | DRFT | Further amends to invoice (and email to S Gibson) | 0.60 | 315.00 | 189.00 |
| 22/10/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.90 | 315.00 | 283.50 |
| 24/10/2012 | Lindsey Roberts | INTD | Email to GDB re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 24/10/2012 | Lindsey Roberts | DRFT | Amending draft invoice | 0.40 | 315.00 | 126.00 |
| 24/10/2012 | Lindsey Roberts | DRFT | Finalising monthly fee application | 1.40 | 315.00 | 441.00 |
| 29/10/2012 | Lindsey Roberts | DRFT | Amend Nortel monthly fee application | 0.30 | 315.00 | 94.50 |
| 29/10/2012 | Lindsey Roberts | LETT | Email to B Kahn re: monthly fee application | 0.10 | 315.00 | 31.50 |
|  |  |  |  |  |  | **1,701.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0007**      **Creditors Committee Meetings**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| GDB | Giles Boothman | 0.30 | 700.00 | 210.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 6.30 | 460.00 | 2,898.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 4.40 | 315.00 | 1,386.00 |
| SLAW | Sophie Law | 0.70 | 290.00 | 203.00 |
| | | | Total | **4,697.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2012 | Lindsey Roberts | PHON | Dialled in to in-person debtors meeting (including pre-call with UCC) | 2.90 | 315.00 | 913.50 |
| 12/10/2012 | Antonia Croke | ATTD | Attend UCC call (in part) | 0.60 | 460.00 | 276.00 |
| 12/10/2012 | Lindsey Roberts | ATTD | UCC call re: mediation allocation submission | 1.50 | 315.00 | 472.50 |
| 16/10/2012 | Antonia Croke | ATTD | Attend UCC/Debtor in person meeting and subsequent UCC meeting by phone | 4.90 | 460.00 | 2,254.00 |
| 17/10/2012 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 460.00 | 184.00 |
| 17/10/2012 | Giles Boothman | ATTD | UCC call | 0.30 | 700.00 | 210.00 |
| 25/10/2012 | Antonia Croke | ATTD | Attend UCC call | 0.40 | 460.00 | 184.00 |
| 25/10/2012 | Sophie Law | ATTD | Attend UCC committee conference call | 0.70 | 290.00 | 203.00 |
| | | | | | | 4,697.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>    <u>**General Claims Analysis/Claims Objections**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 5.30 | 675.00 | 3,577.50 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 18.90 | 460.00 | 8,694.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 48.50 | 315.00 | 15,277.50 |
| SLAW | Sophie Law | 8.80 | 290.00 | 2,552.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 20.30 | 185.00 | 3,755.50 |
| WWANG | Wei Wei Wang | 18.20 | 185.00 | 3,367.00 |
| | | | Total | 37,223.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0012**    **General Claims Analysis/Claims Objections**

|  |  |  |  | Time<br>(Decimal) | Agreed Rate<br>(GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time<br>(Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/10/2012 | Antonia Croke | LETT | Consider emails re knowing receipt claims; email B Kahn; email LROBER | 0.30 | 460.00 | 138.00 |
| 06/10/2012 | Antonia Croke | LETT | Emails AMP/LROBER | 0.10 | 460.00 | 46.00 |
| 06/10/2012 | Antonia Croke | LETT | Consider emails re call with Akin | 0.10 | 460.00 | 46.00 |
| 07/10/2012 | Angela Pearson | LETT | Email ACROKE re analysis | 0.20 | 675.00 | 135.00 |
| 07/10/2012 | Angela Pearson | LETT | Email Brad | 0.20 | 675.00 | 135.00 |
| 07/10/2012 | Angela Pearson | INTD | Email LROBER re analysis | 0.20 | 675.00 | 135.00 |
| 07/10/2012 | Angela Pearson | READ | Review emails from ACROKE/LROBER | 0.20 | 675.00 | 135.00 |
| 08/10/2012 | Angela Pearson | READ | Review emails from ACROKE/LROBER | 0.50 | 675.00 | 337.50 |
| 08/10/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 675.00 | 135.00 |
| 08/10/2012 | Lindsey Roberts | LETT | Discussion with AMP | 0.20 | 315.00 | 63.00 |
| 09/10/2012 | Angela Pearson | READ | Review report on Knowing Receipt | 0.50 | 675.00 | 337.50 |
| 09/10/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.50 | 675.00 | 337.50 |
| 09/10/2012 | Angela Pearson | PHON | Telephone conversation with Brad Khan | 0.50 | 675.00 | 337.50 |
| 09/10/2012 | Lindsey Roberts | INTD | Discussion with AMP | 0.50 | 315.00 | 157.50 |
| 09/10/2012 | Lindsey Roberts | READ | Review of Marshall and Todd declaration re: tracing point | 0.30 | 315.00 | 94.50 |
| 09/10/2012 | Lindsey Roberts | LETT | Email re: tracing and opinion | 0.20 | 315.00 | 63.00 |
| 09/10/2012 | Lindsey Roberts | INTD | Email to AMP re: expert report | 0.10 | 315.00 | 31.50 |
| 09/10/2012 | Lindsey Roberts | PHON | Telephone conversation with Brad Kahn | 0.50 | 315.00 | 157.50 |
| 09/10/2012 | Lindsey Roberts | INTD | Prepare for meeting with DBOON to discuss research task | 0.20 | 315.00 | 63.00 |
| 09/10/2012 | Lindsey Roberts | PREP | Discussion with DBOON re: analysis | 0.50 | 315.00 | 157.50 |
| 10/10/2012 | Lindsey Roberts | READ | Review of EMEA claim analysis | 0.50 | 315.00 | 157.50 |
| 10/10/2012 | Lindsey Roberts | INTD | Discussion with WWANG re: research | 0.40 | 315.00 | 126.00 |
| 10/10/2012 | Lindsey Roberts | INTD | Further discussion with WWANG (and follow up email) | 0.40 | 315.00 | 126.00 |
| 10/10/2012 | Wei Wei Wang | INTD | Discussion with Lindsey Roberts re: research | 0.20 | 185.00 | 37.00 |
| 10/10/2012 | Wei Wei Wang | RSCH | Research re knowing receipt (including discussion with LROBER) | 6.20 | 185.00 | 1,147.00 |
| 11/10/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.20 | 675.00 | 135.00 |
| 11/10/2012 | Lindsey Roberts | LETT | Email to WWANG re: timing on analysis | 0.10 | 315.00 | 31.50 |
| 11/10/2012 | Lindsey Roberts | LETT | Email to ACROKE re: update | 0.10 | 315.00 | 31.50 |
| 11/10/2012 | Lindsey Roberts | INTD | Discussion with AMP | 0.20 | 315.00 | 63.00 |
| 11/10/2012 | Wei Wei Wang | LETT | Research re: knowing receipt | 6.60 | 185.00 | 1,221.00 |
| 12/10/2012 | Antonia Croke | INTD | Confer LROBER re update; emails re same | 0.10 | 460.00 | 46.00 |
| 12/10/2012 | Angela Pearson | READ | Review emails re analysis | 0.20 | 675.00 | 135.00 |
| 12/10/2012 | Wei Wei Wang | RSCH | Research re: knowing receipt | 5.20 | 185.00 | 962.00 |
| 15/10/2012 | Antonia Croke | LETT | Confer LROBER re analysis | 0.10 | 460.00 | 46.00 |
| 15/10/2012 | Angela Pearson | READ | Review email | 0.50 | 675.00 | 337.50 |
| 15/10/2012 | Lindsey Roberts | READ | Review of WWANG's research note | 1.10 | 315.00 | 346.50 |
| 15/10/2012 | Lindsey Roberts | INTD | Email to ACROKE | 0.20 | 315.00 | 63.00 |
| 15/10/2012 | Lindsey Roberts | READ | Review of research material from Counsel | 0.40 | 315.00 | 126.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

<u>**C0012**</u>      <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 16/10/2012 | Antonia Croke | LETT | Brief DBOON re background (+ discussion with LROBER) | 0.40 | 460.00 | 184.00 |
| 17/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.10 | 315.00 | 31.50 |
| 19/10/2012 | Antonia Croke | PHON | Phone call B Kahn re analysis | 0.10 | 460.00 | 46.00 |
| 19/10/2012 | Antonia Croke | INTD | Discussion with AMP | 0.30 | 460.00 | 138.00 |
| 19/10/2012 | Angela Pearson | INTD | Discussion with ACROKE | 0.30 | 675.00 | 202.50 |
| 19/10/2012 | Angela Pearson | READ | Review emails re analysis | 0.50 | 675.00 | 337.50 |
| 22/10/2012 | Antonia Croke | INTD | Consider issues with LROBER + SLAW re analysis and relevant docs | 1.00 | 460.00 | 460.00 |
| 22/10/2012 | Antonia Croke | READ | Consider research materials from counsel | 1.40 | 460.00 | 644.00 |
| 22/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE and SLAW (and follow-up for SLAW re reading materials) | 1.10 | 315.00 | 346.50 |
| 22/10/2012 | Lindsey Roberts | READ | Review of material on tracing | 1.50 | 315.00 | 472.50 |
| 22/10/2012 | Sophie Law | INTD | INTD w/ACROKE, LROBER re knowing receipt | 1.70 | 290.00 | 493.00 |
| 23/10/2012 | Antonia Croke | LETT | Review materials on tracing | 1.70 | 460.00 | 782.00 |
| 23/10/2012 | Antonia Croke | INTD | Confer LROBER re memo | 0.40 | 460.00 | 184.00 |
| 23/10/2012 | Lindsey Roberts | LETT | Analysis of tracing principles under English Law | 4.50 | 315.00 | 1,417.50 |
| 23/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: outline | 0.40 | 315.00 | 126.00 |
| 23/10/2012 | Sophie Law | READ | Rsch/read re tracing | 0.50 | 290.00 | 145.00 |
| 24/10/2012 | Antonia Croke | LETT | Consider emails re cails; and confer LROBER | 0.40 | 460.00 | 184.00 |
| 24/10/2012 | Antonia Croke | LETT | Consider issues with LROBER; DBOON and SLW re memo | 0.70 | 460.00 | 322.00 |
| 24/10/2012 | Dominic Boon | RSCH | Research into claims for knowing receipt and proprietary claims | 5.20 | 185.00 | 962.00 |
| 24/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: analysis | 0.20 | 315.00 | 63.00 |
| 24/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE and DBOON | 0.70 | 315.00 | 220.50 |
| 24/10/2012 | Lindsey Roberts | DRFT | Drafting note - factual analysis | 5.60 | 315.00 | 1,764.00 |
| 24/10/2012 | Sophie Law | READ | RSCH/READ re tracing | 0.50 | 290.00 | 145.00 |
| 25/10/2012 | Antonia Croke | LETT | Emails LROBER re memo | 0.10 | 460.00 | 46.00 |
| 25/10/2012 | Antonia Croke | PHON | Phone call B Kahn | 0.10 | 460.00 | 46.00 |
| 25/10/2012 | Antonia Croke | INTD | Confer LROBER re memo | 0.10 | 460.00 | 46.00 |
| 25/10/2012 | Antonia Croke | LETT | Email B Kahn | 0.10 | 460.00 | 46.00 |
| 25/10/2012 | Antonia Croke | DRFT | Draft memo; review legal materials | 4.90 | 460.00 | 2,254.00 |
| 25/10/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 25/10/2012 | Dominic Boon | DRFT | Further research into claims for knowing receipt and the production of a memorandum (including discussion with LROBER). | 7.20 | 185.00 | 1,332.00 |
| 25/10/2012 | Lindsey Roberts | INTD | Discussion with DBOON | 0.40 | 315.00 | 126.00 |
| 25/10/2012 | Sophie Law | READ | Reading in re EMEA claims | 1.00 | 290.00 | 290.00 |
| 26/10/2012 | Antonia Croke | DRFT | Draft Memo to Akin; emails re same | 2.50 | 460.00 | 1,150.00 |
| 26/10/2012 | Antonia Croke | DRFT | Review materials; draft further amends to memo | 1.20 | 460.00 | 552.00 |
| 26/10/2012 | Angela Pearson | READ | Review emails re memo | 0.30 | 675.00 | 202.50 |
| 26/10/2012 | Lindsey Roberts | DRFT | Working on analysis note (review of DBOON's note and relevant material) | 3.60 | 315.00 | 1,134.00 |
| 26/10/2012 | Lindsey Roberts | INTD | Discussion with DBOON | 0.40 | 315.00 | 126.00 |
| 26/10/2012 | Lindsey Roberts | INTD | Emails to ACROKE and SLAW re memo | 0.40 | 315.00 | 126.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0012**</u>        <u>**General Claims Analysis/Claims Objections**</u>

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 28/10/2012 | Lindsey Roberts | READ | Case Law on tracing | 1.50 | 315.00 | | 472.50 |
| 29/10/2012 | Dominic Boon | RSCH | Research into tracing | 2.10 | 185.00 | | 388.50 |
| 29/10/2012 | Lindsey Roberts | DRFT | Finalising analysis memo | 10.80 | 315.00 | | 3,402.00 |
| 29/10/2012 | Sophie Law | INTD | Tracing rsch, draft riders re same for insertion into tracing memo | 5.10 | 290.00 | | 1,479.00 |
| 30/10/2012 | Dominic Boon | DRFT | Further research on tracing and producing a memo | 3.10 | 185.00 | | 573.50 |
| 30/10/2012 | Lindsey Roberts | DRFT | Further work on analysis note | 4.60 | 315.00 | | 1,449.00 |
| 31/10/2012 | Antonia Croke | INTD | Confer LROBER re note | 0.70 | 460.00 | | 322.00 |
| 31/10/2012 | Antonia Croke | DRFT | Review updated draft memo; draft further amends; confer DBOON re same | 2.10 | 460.00 | | 966.00 |
| 31/10/2012 | Dominic Boon | RSCH | Further research on tracing | 2.10 | 185.00 | | 388.50 |
| 31/10/2012 | Dominic Boon | INTD | Discussions with ACroke and LRoberts regarding note | 0.60 | 185.00 | | 111.00 |
| 31/10/2012 | Lindsey Roberts | DRFT | Further work on analysis note | 3.30 | 315.00 | | 1,039.50 |
| 31/10/2012 | Lindsey Roberts | INTD | Discussion with DBOON re: discrete research point (and follow-up email) | 0.40 | 315.00 | | 126.00 |
| 31/10/2012 | Lindsey Roberts | INTD | Discussion with DBOON | 0.30 | 315.00 | | 94.50 |
| 31/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE | 0.70 | 315.00 | | 220.50 |
| 31/10/2012 | Lindsey Roberts | DRFT | Drafting Executive Summary | 2.10 | 315.00 | | 661.50 |

|  |
|---|
| 37,223.50 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0019**     **Labor Issues/Employee Benefits**

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| MDF | Marcus Fink | 4.70 | 650.00 | 3,055.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 0.80 | 315.00 | 252.00 |
| | | | Total | **3,307.00** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2012 | Marcus Fink | LETT | Reviewing exhibits to TPR Warning Notice sent by L Beckerman at Akin | 2.30 | 650.00 | 1,495.00 |
| 09/10/2012 | Lindsey Roberts | INTD | Email to Marcus Fink re: pensions section of UCC Mediation Submission presentation | 0.30 | 315.00 | 94.50 |
| 09/10/2012 | Lindsey Roberts | READ | Review of Pension Claim Summary in UCC Mediation Submission Presentation | 0.10 | 315.00 | 31.50 |
| 09/10/2012 | Lindsey Roberts | LETT | Email to Brad Kahn re: Marcus Fink's comments on presentation | 0.30 | 315.00 | 94.50 |
| 09/10/2012 | Marcus Fink | LETT | Review mediation submission and comment. Provide details on regulated apportionment arrangements (relating to the transfer of UK pension liabilities to PPF) to D Botter and research same | 2.40 | 650.00 | 1,560.00 |
| 18/10/2012 | Lindsey Roberts | PHON | Telephone conversation and email with Marcus Fink | 0.10 | 315.00 | 31.50 |
| | | | | | | **3,307.00** |

**Matter: CCN01.00001 – BANKRUPTCY**

<u>**C0031**</u>     <u>**European Proceedings/Matters**</u>

| | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|
| **Partner** | | | | |
| AMP | Angela Pearson | 2.00 | 675.00 | 1,350.00 |
| GDB | Giles Boothman | 0.70 | 700.00 | 490.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 9.90 | 460.00 | 4,554.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 2.10 | 315.00 | 661.50 |
| | | | Total | 7,055.50 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**        **European Proceedings/Matters**

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 02/10/2012 | Antonia Croke | LETT | Emails LROBER re UCC and debtor meeting | 0.10 | 460.00 | 46.00 |
| 02/10/2012 | Lindsey Roberts | READ | Review of Capstone materials in advance of call with UCC and Debtors | 0.30 | 315.00 | 94.50 |
| 02/10/2012 | Lindsey Roberts | INTD | Email to ACROKE re: Debtor call | 0.10 | 315.00 | 31.50 |
| 03/10/2012 | Antonia Croke | READ | Consider capstone recovery analysis | 0.40 | 460.00 | 184.00 |
| 03/10/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: Debtors call | 0.10 | 315.00 | 31.50 |
| 06/10/2012 | Antonia Croke | READ | Consider capstone recovery analysis | 0.10 | 460.00 | 46.00 |
| 08/10/2012 | Lindsey Roberts | LETT | Email to Brad Kahn  Re: Meeting to Discuss Mediation Submission | 0.10 | 315.00 | 31.50 |
| 09/10/2012 | Antonia Croke | LETT | Consider further emails re comments on UCC mediation submission | 0.40 | 460.00 | 184.00 |
| 09/10/2012 | Antonia Croke | READ | Consider emails Re: Allocation Mediation Documents | 0.50 | 460.00 | 230.00 |
| 09/10/2012 | Antonia Croke | LETT | Consider emails re UCC Mediation submission | 0.10 | 460.00 | 46.00 |
| 09/10/2012 | Angela Pearson | READ | Review mediation slides | 0.50 | 675.00 | 337.50 |
| 09/10/2012 | Angela Pearson | READ | Review emails re mediation allocation | 0.50 | 675.00 | 337.50 |
| 10/10/2012 | Antonia Croke | READ | Consider email from Brad M. Kahn  Re: Allocation Mediation Documents | 0.10 | 460.00 | 46.00 |
| 10/10/2012 | Antonia Croke | READ | Consider email from Brad M. Kahn  Re: Nortel Talking Points | 0.10 | 460.00 | 46.00 |
| 10/10/2012 | Antonia Croke | READ | Consider email from Brad M. Kahn | 0.10 | 460.00 | 46.00 |
| 10/10/2012 | Antonia Croke | READ | Consider emails Re: Allocation Mediation Documents | 1.20 | 460.00 | 552.00 |
| 10/10/2012 | Angela Pearson | READ | Review emails re mediation allocation submission | 0.50 | 675.00 | 337.50 |
| 10/10/2012 | Lindsey Roberts | READ | Review of emails re: mediation allocation submission | 0.30 | 315.00 | 94.50 |
| 10/10/2012 | Lindsey Roberts | PHON | Professionals call re: Mediation Allocation Submission | 1.20 | 315.00 | 378.00 |
| 11/10/2012 | Antonia Croke | READ | Consider emails re LTD/retiree comments | 0.30 | 460.00 | 138.00 |
| 11/10/2012 | Angela Pearson | READ | Review email re mediation allocation | 0.20 | 675.00 | 135.00 |
| 12/10/2012 | Antonia Croke | READ | Consider emails re updated Allocation Mediation Document | 0.20 | 460.00 | 92.00 |
| 12/10/2012 | Antonia Croke | LETT | Review summary document | 0.20 | 460.00 | 92.00 |
| 16/10/2012 | Antonia Croke | LETT | Consider materials and draft mediation submission for meeting with debtors | 1.40 | 460.00 | 644.00 |
| 17/10/2012 | Antonia Croke | READ | Consider emails with ad hocs and updated draft basis for settlement | 0.40 | 460.00 | 184.00 |
| 17/10/2012 | Antonia Croke | INTD | Confer GDB re update | 0.20 | 460.00 | 46.00 |
| 17/10/2012 | Antonia Croke | READ | Consider amends to UCC mediation submission | 0.40 | 460.00 | 184.00 |
| 17/10/2012 | Giles Boothman | INTD | Update from Antonia | 0.20 | 700.00 | 140.00 |
| 17/10/2012 | Giles Boothman | READ | Review of emails re mediation allocation | 0.50 | 700.00 | 350.00 |
| 18/10/2012 | Antonia Croke | READ | Consider Milbank comments for ad hocs on UCC submission | 0.50 | 460.00 | 230.00 |
| 19/10/2012 | Antonia Croke | READ | Consider redline of final mediation submission and emails re same | 0.30 | 460.00 | 138.00 |
| 19/10/2012 | Antonia Croke | READ | Consider emails re update on mediation submission and ad hocs | 0.40 | 460.00 | 184.00 |
| 19/10/2012 | Antonia Croke | READ | Consider B Kahn email re submission | 0.10 | 460.00 | 46.00 |

**Matter: CCN01.00001 – BANKRUPTCY**

**C0031       European Proceedings/Matters**

| | | | | Time (Decimal) | Agreed Rate (GBP /hour) | | Amount |
|---|---|---|---|---|---|---|---|
| 24/10/2012 | Antonia Croke | READ | Consider emails and Agenda re Profs call; and attend Profs call | 1.20 | 460.00 | | 552.00 |
| 24/10/2012 | Antonia Croke | LETT | Consider Agenda for UCC call; email SLAW and DBOON re same | 0.20 | 460.00 | | 92.00 |
| 24/10/2012 | Antonia Croke | LETT | Emails B Kahn re calls | 0.10 | 460.00 | | 46.00 |
| 25/10/2012 | Antonia Croke | READ | Consider Ad Hocs draft mediation submission | 0.50 | 460.00 | | 230.00 |
| 26/10/2012 | Antonia Croke | READ | Consider emails re Ad Hoc draft submission | 0.50 | 460.00 | | 230.00 |

|  | **7,055.50** |
|---|---|