## Exhibit C

## DISBURSEMENT SUMMARY
## OCTOBER 01, 2012 THROUGH OCTOBER 31, 2012

| Document Production | £147.20 |
|---|---|
| Meals | £21.04 |
| Travel – Ground Transportation | £86.10 |
| **TOTAL** | **£254.34** |