**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** 147.20

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 02/10/2012 | VENDOR: Roberts, Lindsey INVOICE#: 02626294100400116676 DATE: 04/10/2012<br>Food/drink, 02/10/12, Dinner - Working late | 4.57 |
| 16/10/2012 | VENDOR: Conference Room Catering INVOICE#: 15 21 10 2012 DATE: 23/10/2012<br>,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Oct 16 2012 | 4.50 |
| 23/10/2012 | VENDOR: Roberts, Lindsey INVOICE#: 02717189102500116676 DATE: 25/10/2012<br>Food/drink, 23/10/12, Dinner - Working Late | 7.06 |
| 24/10/2012 | VENDOR: Roberts, Lindsey INVOICE#: 02724395102700116676 DATE: 27/10/2012<br>Food/drink, 24/10/12, Dinner - Working Late | 4.91 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 14/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104816; DATE: 14/10/2012 - TAXI - LROBER (EC2A to SW9) 02/10/12 | 26.19 |
| 14/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/104816; DATE: 14/10/2012 - TAXI - WWANG (EC2A to W7) 11/10/12 | 59.91 |

254.34