Exhibit E

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS
RENDERING SERVICES DURING THE PERIOD
OCTOBER 01, 2012 THROUGH OCTOBER 31, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 1.00 | 700.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 7.30 | 4,927.50 |
| Marcus Fink | Partner for 4 months; Admitted in 2001 in England and Wales; Employment, Incentives and Pensions Group, London | £650 | 4.70 | 3055.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 35.10 | 16,192.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 61.20 | 19,278.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Litigation Group, London | £290 | 9.50 | 2,755.00 |
| Dominic Boon | Trainee Solicitor; Litigation Group, London | £185 | 20.30 | 3,755.50 |
| Wei Wei Wang | Trainee Solicitor; Litigation Group, London | £185 | 18.20 | 3,367.00 |
| **TOTAL** | | | **157.40** | **54,030.00** |

25738389

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 01, 2012 THROUGH OCTOBER 31, 2012**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 5.40 | 1,701.00 |
| Creditors Committee Meetings | 11.70 | 4,697.00 |
| General Claims Analysis | 120.00 | 37,223.50 |
| Labor Issues / Employee Benefits | 5.50 | 3,307.00 |
| European Proceedings / Matters | 14.70 | 7,055.50 |
| **TOTAL** | **157.40** | **54,030.00** |