# **EXHIBIT A**

# NORTEL



HR Shared Services
Nortel Networks Inc.
P.O. Box 13010
Research Triangle Park, NC 27709-3010

November 15, 2010

Dear Nortel Networks Long Term Disability Plan Participant:

The purpose of this letter is to notify you that this year's benefits annual enrollment period is from November 29 through December 8, 2010.

While the company is committed to providing you with the right information to help you make the most informed decision, it's your responsibility to become familiar with and understand the options available and ensure you select the best option for your needs. This may include researching plans other than those provided by Nortel.

The company continues to review benefit programs. Receipt of this enrollment information does not guarantee eligibility or benefit coverage. Nortel continues to reserve the right to change, amend, and reduce or terminate the Health & Welfare plans, at any time, without prior notice to, or consent by, employees, retirees or surviving beneficiaries, in accordance with the terms of the plans and applicable law.

**These are the steps you should take:**

1. Review the 2011 Annual Enrollment Guide at www.nortel.com/benefits. Click on "United States", "Choose the Right Plans" and then on "2011 Annual Enrollment Guide". If you are unable to access this guide from the website please contact HR Shared Services at 1-800-676-4636 to request a copy.
2. Review the enclosed Medicare D Notice of Credible Coverage and HIPAA Privacy and WHCRA Enrollment Notices.
3. Your last step is to complete the enclosed personalized 2011 Annual Enrollment worksheet indicating the changes you wish to make to your plans and/or dependents for 2011, if any. Please remember that if you are covering your spouse under the medical plan, you must complete and return your enrollment worksheet in the self-addressed envelope, postmarked no later than <u>December 8, 2010</u> in order to avoid the spousal access fee of $108.33 per month. Information regarding the spousal access fee can be found online in "Choose the Right Plans" at the web address listed above.

Please note that the Patient Protection and Affordable Care Act (PPACA), which was signed into law in March of this year requires health care plans to extend dependent care coverage to eligible individuals to age 26 effective the first plan year that starts on or after September 23, 2010, without regard for financial dependency, residency, student or marital status. Under this law, eligible dependent children under the age of 26 may be added to your 2011 plans if that dependent does not have access to employer provided coverage.

### Why do I need to review the 2011 Annual Enrollment Guide?

The 2011 Annual Enrollment Guide provides an overview of the plan provisions. It also explains what's changing for 2011 and why costs continue to increase.

### Premium Payment

For most LTD participants, premiums will continue to be deducted from your LTD benefit check. If at any time, your monthly LTD benefit is equal to or less than your monthly premiums, you will be billed by Ceridian Benefits Billing Service (BBS). If you are currently billed by BBS, premiums should continue to be paid to them.

<u>Please be aware that failure to pay premiums **in full by the BBS invoice grace period** date will result in termination of your medical benefits with **NO reinstatement rights.**</u>

### Important Reminder
We also want to remind you that it is extremely important that you immediately notify HR Shared Services if your address changes or you experience a qualified status change during the plan year.

If you have any questions regarding the enclosed information, please call HR Shared Services at 1-800-676-4636. Customer Service Representatives will be available Monday through Friday from 9:00 a.m. to 5 p.m. ET.

Sincerely,

HR Shared Services

# N✪RTEL



HR Shared Services
Nortel Networks Inc.
P.O. Box 13010
Research Triangle Park, NC 27709-3010

November 04, 2011

Dear Nortel Networks Long Term Disability Plan Participant:

The purpose of this letter is to notify you that this year's benefits annual enrollment period is from November 14 through November 18, 2011.

While the company is committed to providing you with the right information to help you make the most informed decision, it's your responsibility to become familiar with and understand the options available and ensure you select the best option for your needs. This may include researching plans other than those provided by Nortel.

The company continues to review benefit programs. *Receipt of this enrollment information does not guarantee eligibility or benefit coverage. Nortel continues to reserve the right to change, amend, and reduce or terminate the Health & Welfare plans, at any time, without prior notice to, or consent by, employees, retirees or surviving beneficiaries, in accordance with the terms of the plans and applicable law.*

These are the steps you should take:

1. Review the 2012 Annual Enrollment Guide at www.nortel.com/benefits. Click on "United States", "Choose the Right Plans" and then on "2012 Annual Enrollment Guide". If you are unable to access this guide from the website please contact HR Shared Services at 1-800-676-4636 to request a copy.
2. Review the enclosed Medicare D Notice of Credible Coverage and HIPAA Privacy and WHCRA Enrollment Notices.
3. Your last step is to complete the enclosed personalized 2012 Annual Enrollment worksheet indicating the changes you wish to make to your plans and/or dependents for 2012, if any. Please remember that if you are covering your spouse under the medical plan, you must complete and return your enrollment worksheet in the self-addressed envelope, postmarked no later than <u>November 18, 2011</u> in order to avoid the spousal access fee of $108.33 per month. Information regarding the spousal access fee can be found online in "Choose the Right Plans" at the web address listed above.

**Why do I need to review the 2012 Annual Enrollment Guide?**

The 2012 Annual Enrollment Guide provides an overview of the plan provisions. It also explains what's changing for 2012 and why costs continue to increase.

**Premium Payment**

For most LTD participants, premiums will continue to be deducted from your LTD benefit check. If at any time, your monthly LTD benefit is equal to or less than your monthly premiums, you will be billed by Ceridian Benefits Billing Service (BBS). If you are currently billed by BBS, premiums should continue to be paid to them.

Please be aware that failure to pay premiums in full by the BBS invoice grace period date will result in termination of your medical benefits with **NO reinstatement rights.**

**Important Reminder**
We also want to remind you that it is extremely important that you immediately notify HR Shared Services if your address changes or you experience a qualified status change during the plan year.

If you have any questions regarding the enclosed information, please call HR Shared Services at 1-800-676-4636. Customer Service Representatives will be available Monday through Friday from 9:00 a.m. to 1 p.m. ET.

Sincerely,

HR Shared Services

# NORTEL NETWORKS INC.

HR Shared Services
Nortel Networks Inc.
P.O. Box 13010
Research Triangle Park, NC 27709-3010

November 02, 2012

Dear Nortel Networks Long Term Disability Plan Participant:

The purpose of this letter is to notify you that this year's benefits annual enrollment period is from November 9 through November 21, 2012.

While the company is committed to providing you with the right information to help you make the most informed decision, it's your responsibility to become familiar with and understand the options available and ensure you select the best option for your needs. This may include researching plans other than those provided by Nortel.

---

**Availability of Summary Health Information**

Your plan offers a series of health coverage options. Choosing a health coverage option is an important decision. To help you make an informed choice, your plan makes available a Summary of Benefits and Coverage (SBC), which summarizes important information about any health coverage option in a standard format, to help you compare across options. The SBC is available on the web at: http://www.nortel-us.com/current/benefits/choose/SBC. A paper copy is also available, free of charge, by calling 1-800-676-4636.

---

The company continues to review benefit programs. *Receipt of this enrollment information does not guarantee eligibility or benefit coverage. Nortel continues to reserve the right to change, amend, and reduce or terminate the Health & Welfare plans and the coverage and benefits provided thereunder, at any time, without prior notice to, or consent by, employees, retirees or surviving beneficiaries, in accordance with the terms of the plans and subject to applicable law.*

On July 30, 2012, the Debtors filed the *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Benefit Termination Motion") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court"). The LTD Benefit Termination Motion seeks approval from

the Delaware Bankruptcy Court to terminate certain of the Debtors' employee benefit plans, including those plans offering medical insurance, dental, vision and hearing insurance, life insurance, AD&D insurance and long-term disability income continuation benefits. If the LTD Benefit Termination Motion is approved, these benefit plans would be terminated with respect to all of the Debtors' current employees and their dependents, including those receiving long-term disability benefits. Anyone receiving COBRA benefits under any of the terminated plans would also be affected.

The Debtors also filed a *Motion For Entry of an Order Terminating Retiree Benefits and Approving a Settlement Proposal Pursuant to 11 U.S.C. § 1114* [D.I. 8066] (the "Retiree Benefit Termination Motion" and, together with the LTD Benefit Termination Motion, the "Motions") in the Delaware Bankruptcy Court on July 30, 2012. The Retiree Benefit Termination Motion requests that the Delaware Bankruptcy Court authorize the termination of certain retiree benefit plans, including those plans providing medical insurance, life insurance and long-term care insurance. The rights of all current and prospective retirees to receive such benefits would be affected if the Retiree Benefit Termination Motion is approved.

The Delaware Bankruptcy Court will hold hearings on the Motions prior to authorizing the Debtors to take any action with respect to the relevant benefit plans. The hearings have not taken place yet. Additional information about the Motions and the related hearings is available at http://chapter11.epiqsystems.com/nortel.

**To begin annual enrollment, these are the steps you should take:**

1. Review the 2013 Annual Enrollment Guide at http://www.nortel-us.com/current/benefits/choose/. Click on "Annual Enrollment Guide". If you are unable to access this guide from the website please contact HR Shared Services at 1-800-676-4636 to request a copy.
2. Review the enclosed Medicare D Notice of Creditable Coverage and HIPAA Privacy and WHCRA Enrollment Notices.
3. Your last step is to complete the enclosed personalized 2013 Annual Enrollment worksheet indicating the changes you wish to make to your plans and/or dependents for 2013, if any. Please remember that if you are covering your spouse under the medical plan, you must complete and **return your enrollment worksheet in the self-addressed envelope, postmarked no later than November 21, 2012 in order to avoid the spousal access fee of $108.33 per month.** Information regarding the spousal access fee can be found online in "Choose the Right Plans" at the web address listed above.

**Why do I need to review the 2013 Annual Enrollment Guide?**

The 2013 Annual Enrollment Guide provides an overview of the plan provisions. The 2013 Annual Enrollment Guide, as well as all other materials provided to you in connection with the annual enrollment process and the benefits described therein, are in all cases subject to the terms of the relevant Health & Welfare plans.

**Premium Payment**

For most LTD participants, premiums will continue to be deducted from your LTD benefit check. If at any time, your monthly LTD benefit is equal to or less than your monthly premiums, you will be billed by Ceridian Benefits Billing Service (BBS). If you are currently billed by BBS, premiums should continue to be paid to them.

Please be aware that failure to pay premiums in full by the BBS invoice grace period date will result in termination of your medical benefits with **NO reinstatement rights.**

**Important Reminder**
We also want to remind you that it is extremely important that you immediately notify HR Shared Services if your address changes or you experience a qualified status change during the plan year.

If you have any questions regarding the enclosed information, please call HR Shared Services at 1-800-676-4636. Customer Service Representatives will be available Monday through Friday from 9:00 a.m. to 1 p.m. ET.

Sincerely,

HR Shared Services