# **EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NORTEL NETWORKS INC., *et al.*, | ) | |
| | ) | Case No. 09-10138 (KG) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| ————————————— | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF LONG | ) | |
| TERM DISABILITY PLAN | ) | |
| PARTICIPANTS, on behalf of and as | ) | |
| agent for a class of individual participants | ) | |
| and beneficiaries under various NORTEL | ) | Adversary No. 12-_____ |
| NETWORKS HEALTH AND | ) | |
| WELFARE BENEFIT PLANS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTEL NETWORKS, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| ————————————— | ) | |

## DECLARATION

I, Deborah Jones, declare as follows:

1.    I am a disabled employee of Nortel Networks Inc. ("Nortel") and receive health and welfare benefits under Nortel's long-term disability plan, medical plan, dental, vision, and hearing plan, life insurance plan, and accidental death & dismemberment plans ("LTD plans").

2.    On November 7, 2012, I received a letter from Nortel's HR Shared Services notifying me of the 2013 benefits annual enrollment, along with other documents relating to the 2013 benefits.

3.    I noticed in the letter that there was a change in the language from the letters I received in 2010 and 2011 regarding the annual enrollment for benefits. I noticed that in the sentence where Nortel stated that it had the right to "change, amend and reduce or terminate the Health & Welfare plan," the letter then added the language "and the coverage and benefits provided thereunder."

4.    Not only is this language in the cover letter, for the first time since I have been enrolling for benefits, it is contained in the enrollment form that confirms the benefits I am signing up for.

5.    This added language is a concern and is confusing and concerning to me. While I need the benefits provided by the LTD plans, I am fearful that by enrolling in the benefits I need for my health and support, I will have agreed to the new language Nortel has asserted in the letter.

6.    This language appears to asserting the position that Nortel is attempting to take in its Motion to Terminate, also referenced in the letter.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: 11/19/12

Deborah Jones



**NORTEL**

**United States Benefits**
**Personalized Enrollment Worksheet**

This worksheet shows your eligible Benefits selections. Your current Benefits selections are marked with a *. Before you start, please review the enrollment materials. They include details on eligibility, Benefits Earnings, tax implications, making changes and other important information.

See your enrollment materials for further details. The benefits described herein are in all cases subject to the terms of the relevant benefit plans.

**Important Note:** Nortel Networks Inc. may further amend or discontinue its Benefits Plan(s) and the coverage and benefits provided thereunder at any time without prior notice or consent, in accordance with the terms of the plan and subject to applicable law.

| | |
|---|---|
| Name: | ███ |
| Global ID: | ███ |
| Date Of Birth: | ███ |
| Pay Frequency: | US Bi weekly |
| Benefit Earnings: | ███ |
| Event: | Annual Enrollment |
| Prepared On: | 10/16/2012 |

Your current Benefit coverage (if available) is noted on pages 1,2 and 3

## AFTER-TAX SELECTIONS

### Medical
(Any negative costs represent Benefit Credit income to you)

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| 80/60 PPO, Anthem | ███ | ███ | ███ | ███ |
| * 90/70 PPO, Anthem | ███ | ███ | ███ | ███ |
| Waived Medical | ███ | ███ | | ███ |
| | | | Your Cost Per Pay Period: $ | ███ |

Does your spouse/DP have access to employer-provided medical coverage elsewhere?  *N/A*    ___yes___no

If you choose yes, a spousal/DP bi weekly access fee of $50 will apply. See Enrollment Guide for additional information.

Bi-weekly Fee: $_____(b)

### Dental/Vision/Hearing Care

| | You Only | You & Child(ren) | You & Spouse/DP | You & Family |
|---|---|---|---|---|
| * Dental/Vision/Hearing, Comp | ███ | ███ | ███ | ███ |
| Dental/Vision/Hearing, Plus | ███ | ███ | ███ | ███ |
| Dental/Vision/Hearing, Waived | ███ | ███ | ███ | ███.00 |
| | | | Your Cost Per Pay Period: $ | ███ (c) |

### Short Term Disability

| | Rate |
|---|---|
| You are not eligible to receive this benefit at this time | $0.00 |

$ _Ø_ (d)

### Long Term Disability

Rate

$ _Ø_ (e)

### Core Employee Life Insurance

Core Coverage is provided at no cost to you; however, there are tax implications when Benefits Earnings are greater than $50,000

| | |
|---|---|
| 50,000 Core Life Insurance | $0.00 |
| * 1x Benefits Earnings | $0.00 |

Choosing $50,000 Core Life requires a completed Core Life Waiver Form

---

Page 1 Subtotal: Cost Per-Pay-Period    ███

▬▬▬  ▬▬▬▬▬▬  10/16/2012  Page 2

## AFTER-TAX SELECTIONS (continued)

| Optional Employee Life Insurance | Non-Smoker | Smoker |
|---|---|---|
| * 1x Benefit Earnings | ■ | ■ |
| 2x Benefit Earnings | ■ | ■ |
| 3x Benefit Earnings | ■ | ■ |
| 4x Benefit Earnings | ■ | ■ |
| 5x Benefit Earnings | ■ | ■ |
| No Optional Coverage | ■ | |

You may only retain or decrease your current coverage level during this enrollment
Note: A smoker is defined as anyone who has used a tobacco in the previous 12 consecutive months. An increase in coverage will require Evidence of Insurability.

$ ▬▬▬ (g)

### Dependent Life Insurance - Spouse/Domestic Partner (DP)

The cost of life insurance for your spouse/DP is based on his or her age. Costs for a spouse/DP whose date of birth is on record are shown below. See Optional Spousal/DP Life Insurance Costs worksheet in your enrollment materials. Calculate the cost based on how much coverage you want to purchase and enter the per-pay-period cost on line (h).

| | |
|---|---|
| * No Coverage | $0.00 |
| $10,000.00 | |
| $25,000.00 | |
| $50,000.00 | |
| $75,000.00 | |
| $100,000.00 | |

$ 0 (h)

### Dependent Life Insurance - Child(ren)

Cost shown is the total for all Child(ren). Age limits may apply.

| | |
|---|---|
| * No Coverage | ■ |
| $5,000 Per Child | ■ |
| $10,000 Per Child | ■ |
| $15,000 Per Child | ■ |

$ 0 (i)

| Accidental Death and Dismemberment | You Only | You Family |
|---|---|---|
| 1x Benefits Earnings | ■ | ■ |
| 2x Benefits Earnings | ■ | ■ |
| 3x Benefits Earnings | ■ | ■ |
| 4x Benefits Earnings | ■ | ■ |
| * 5x Benefits Earnings | ■ | ■ |
| No Optional AD&D Coverage | ■ | ■ |

You may only retain or decrease your current coverage level during this enrollment

$ ▬▬▬ j)

### Page 2 Subtotal: Cost Per-Pay-Period

Add the amounts shown above (g through j) in the right column of this worksheet and enter the total here.

$. ▬▬▬ (k)

### Effect on Your Pay

Enter the total cost per-pay-period of your selections here:

NOTE: Please double-check your selections above. These selections are final. Please keep a copy of this completed worksheet for your personal records.

██████        ████████            10/16/2012                    Page3

## DEPENDENT INFORMATION

Review the information below for all your eligible dependents, even if you are not enrolling them in a Medical or Dental/Vision/Hearing Care option, so that they will have access to the Employee Assistance Program.   Refer to your Benefits enrollment materials for a definition of eligible dependents.  If you need to update/correct your dependent information, mark the changes below and contact HR Shared Services at 919 905 9351, or toll-free at 1 800 676 4636.

| | Name | Soc. Sec. | Relationship | Gender | Date of Birth |
|---|---|---|---|---|---|
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |
| Add<br>Delete<br>Change | | | | | |

**NOTE:** Call Shared Services at 919 905-9351, or 1 800 676 4636 if you have any questions or wish to enroll a domestic partner for Medical and/or Dental/Vision/Hearing Care coverage.

Please do not enroll a domestic partner as a spouse; doing so constitutes fraud and will be dealt with accordingly

Also, if you are a smoker, it is your responsibility to identify yourself as a smoker; otherwise, your beneficiary(ies) could be denied Life Insurance benefits in the future due to your falsely claiming a non-smoker status.

If you need assistance in completing your enrollment and/or updating your dependent data, please call HR Shared Services at the number above.

