# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| NORTEL NETWORKS, INC., *et al.*, ) | |
| ) | Case No. 09-10138 (KG) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| OFFICIAL COMMITTEE OF LONG ) | |
| TERM DISABILITY PLAN ) | |
| PARTICIPANTS, on behalf of and as ) | |
| agent for a class of individual participants ) | |
| and beneficiaries under various NORTEL ) | Adversary No. 12-_____ |
| NETWORKS HEALTH AND ) | |
| WELFARE BENEFIT PLANS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NORTEL NETWORKS, INC., *et al.*, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION

I, Barbara Gallagher, declare as follows:

1. I am a disabled employee of Nortel Networks Inc. ("Nortel") and receive health and welfare benefits under Nortel's long-term disability plan, medical plan, dental, vision, and hearing plan, and life insurance plans ("LTD plans").

2. During the week of November 5, 2012, I received a letter from Nortel's HR Shared Services notifying me of the 2013 benefits annual enrollment, along with other

documents relating to the 2013 benefits. At the bottom of the second page of the letter, there is a section which states that the 2013 Annual Enrollment Guide is "subject to the terms of the relevant Health & Welfare plans."

3. On Wednesday, November 14, 2012, I called and left a voice mail message with HR Shared Services at the number listed in the letter to ask for the Health & Welfare plans referred to in the letter. I received a phone call back from Carmen Gaudrault of HR Shared Services.

4. Carmen told me that she was not familiar with the letter that went out regarding the 2013 Annual Enrollment. When I asked about the Health and Welfare plans referenced in the letter, Carmen told me that the health and welfare plans are the actual benefit coverages that I have selected. Carmen could not identify a specific plan document.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: 11/19/12

*Barbara Gallagher*
Barbara Gallagher

2