<u>**CERTIFICATE OF SERVICE**</u>

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Sixteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through October 31, 2012** was caused to be made on November 20, 2012, in the manner indicated upon the entities identified below:

Date:  November 20, 2012                        <u>    /s/ Ann C. Cordo          </u>
                                                Ann C. Cordo (No. 4817)


**VIA HAND DELIVERY**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
(Trustee)


Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
(Counsel for Official Committee
Of Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Nortel Networks
Attn: Accounts Payable
P.O. Box 13010
RTP, NC  27709
(Debtor)


Fred S.  Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
(Counsel for Official Committee
Of Unsecured Creditors)


3046171.16