## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF MARY E. KOHART

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Mary E. Kohart to represent The Official Committee of Long Term Disability Participants in the above-captioned bankruptcy case and any associated adversary proceedings.

Dated: November 20, 2012
Wilmington, DE

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and Standing Order for District Court Fund, effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 20, 2012
Wilmington, Delaware

Elliott Greenleaf

_____
Mary E. Kohart (37191)
925 Harvest Drive Suite #300
Blue Bell, PA 19422
Tel: (215) 654-0910
Fax: (215) 977-1099

*Counsel to the Official Committee of Long Term Disability Participants*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's motion for admission of Mary E. Kohart *pro hac vice* is granted.

Dated: November ____, 2012

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATS BANKRUPTCY JUDGE