IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Re: D.I. 8962 |
| Official Committee of Long Term Disability Plan Participants, on behalf of and as agent for a class of individual participants and beneficiaries under various Nortel Networks Health and Welfare Benefit Plans, | Adversary No. 12-50995 (KG) |
| | Re: D.I. 7 |
| Plaintiffs, | |
| v. | |
| Nortel Networks, Inc., *et al.*, | |
| Defendant. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 20, 2012, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on November 21, 2012 at 9:30 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: November 20, 2012
Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP
          James L. Bromley (admitted pro hac vice)
          Lisa M. Schweitzer (admitted pro hac vice)
          One Liberty Plaza
          New York, NY 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

          and

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Ann C. Cordo*
          Derek C. Abbott (No. 3376)
          Ann C. Cordo (No. 4817)
          Tamara K. Minott (No. 5643)
          1201 North Market Street, 18th Floor
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          *Counsel for the Debtors and Debtors in Possession*

6657795.4