Exhibit B

# Akin Gump
## Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1451913 |
| Invoice Date | 11/15/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 10.00 | $2,762.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.70 | $3,034.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.20 | $927.50 |
| 0007 | Creditors Committee Meetings | 117.00 | $83,221.00 |
| 0008 | Court Hearings | 3.50 | $2,879.50 |
| 0012 | General Claims Analysis/Claims Objections | 21.20 | $13,008.00 |
| 0014 | Canadian Proceedings/Matters | 5.00 | $4,395.00 |
| 0017 | General Adversary Proceedings | 56.10 | $23,722.50 |
| 0018 | Tax Issues | 31.80 | $18,930.00 |
| 0019 | Labor Issues/Employee Benefits | 306.50 | $151,890.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 1.60 | $560.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 6.30 | $4,078.50 |
| 0025 | Travel | 4.50 | $1,012.50 |
| 0028 | Non-Debtor Affiliates | 0.10 | $105.00 |
| 0029 | Intercompany Analysis | 232.30 | $178,291.00 |
| | TOTAL | 802.80 | $488,818.00 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/03/12 | BMK | 0002 | TC with creditor re: case status | 0.30 |
| 10/05/12 | DHB | 0002 | Telephone calls with creditors re status. | 0.40 |
| 10/08/12 | BMK | 0002 | Tc's with creditors re: case status (0.3)(0.2) | 0.50 |
| 10/11/12 | SLB | 0002 | Corr. w/ team re: status (.2); locate materials for F. Hodara (.1). | 0.30 |
| 10/21/12 | JLC | 0002 | Prepare case documents for meeting. | 8.50 |
| 10/16/12 | PJS | 0003 | Review and prepare documents re monthly fee statement. | 3.10 |
| 10/17/12 | FSH | 0003 | Attention to fee applications. | 0.30 |
| 10/18/12 | FSH | 0003 | Work on monthly fee application. | 0.80 |
| 10/19/12 | BMK | 0003 | Finalize fee application for filing | 0.60 |
| 10/25/12 | SLS | 0003 | Review fee application exhibit (.9). | 0.90 |
| 10/01/12 | BMK | 0004 | Review Capstone fee application | 0.30 |
| 10/03/12 | BMK | 0004 | Finalize Jefferies fee app for filing | 0.40 |
| 10/06/12 | FSH | 0004 | Review fee applications. | 0.30 |
| 10/22/12 | FSH | 0004 | Review fee applications. | 0.20 |
| 10/01/12 | FSH | 0007 | Consider materials, issues for Committee meeting and communications re same. | 0.50 |
| 10/01/12 | AQ | 0007 | Review and analyze emails re in person meeting with UCC and company. | 0.20 |
| 10/01/12 | BMK | 0007 | Prepare materials for Committee meeting | 0.70 |
| 10/01/12 | MCF | 0007 | Coordinate Committee Call (.4). | 0.40 |
| 10/02/12 | FSH | 0007 | Prepare for Committee meeting (.5). Meet w/ working group (1.0). Attend Committee meeting and meeting w/ NNL (3.0); follow up re: same (.3). | 4.80 |
| 10/02/12 | AQ | 0007 | Attend Professionals' meeting. | 0.80 |
| 10/02/12 | AQ | 0007 | In-person meeting with Committee and debtors. | 3.00 |
| 10/02/12 | AQ | 0007 | Confer with team re meeting with debtors. | 0.30 |
| 10/02/12 | DHB | 0007 | Prepare for Committee meeting (.5); meet with Capstone re same (1.0); attend meeting with Committee Debtors (3.0); follow-up re same (.3). | 4.80 |
| 10/02/12 | BMK | 0007 | Professionals' meeting in advance of committee meeting (0.8); prepare for committee meeting (0.8); attend committee meeting (3.0); follow up to same (0.3) | 4.90 |
| 10/02/12 | KMR | 0007 | Attended professionals meeting (1.0); meeting with committee to prepare for meeting with NNI and advisors (1.0); meeting with NNI and advisors (2.0). | 4.00 |
| 10/02/12 | SLB | 0007 | Coordinate scheduling of Committee meeting (.2); attend professionals' pre-call (.8); coordinate scheduling of upcoming meetings (.2); confer w/ B. Kahn & M. Fagen re: case status (.2). | 1.40 |
| 10/02/12 | MCF | 0007 | Pre-call with professionals (.8); prepare for meeting (.3); attend UCC meeting with debtor (3.0); post-call with committee (.5); Confer w. B. Kahn re committee meeting (.3). | 4.30 |
| 10/02/12 | MCF | 0007 | Coordinate re committee meeting (.2); Coordinate re professional's meeting tomorrow (.3). | 0.50 |
| 10/03/12 | BMK | 0007 | TC with committee member re: case status | 0.30 |
| 10/05/12 | AQ | 0007 | Consider committee presentation topics re in-person meeting with debtors. | 0.60 |
| 10/11/12 | BMK | 0007 | Prepare for committee call | 0.40 |
| 10/11/12 | MCF | 0007 | Coordinate re Committee Call (.3). | 0.40 |
| 10/12/12 | SLS | 0007 | Participate in UCC call. | 1.50 |
| 10/12/12 | LGB | 0007 | Review revised slide for committee call (.1); participate on committee call (1.5). | 1.60 |
| 10/12/12 | FSH | 0007 | Communications and prep for Committee meeting (.3). Participate in same (1.5). Communications re NNI meetings (.2). | 2.00 |
| 10/12/12 | DHB | 0007 | Prepare for Committee meeting (.3); attend same (1.5) and follow-up (.5). | 2.30 |
| 10/12/12 | BMK | 0007 | Prepare for committee call (0.6); attend committee call (1.5); follow up | 2.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 3
November 15, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | to same (0.3) | |
| 10/12/12 | KMR | 0007 | Participated in creditors committee meeting. | 1.50 |
| 10/12/12 | JYS | 0007 | Attend Committee Call. | 1.50 |
| 10/12/12 | GDB | 0007 | Attend UCC Call. | 1.50 |
| 10/12/12 | MCF | 0007 | Participate in Committee Call (1.5) | 1.50 |
| 10/12/12 | MCF | 0007 | Prepare documents for committee call (.2) | 0.20 |
| 10/15/12 | FSH | 0007 | Communications w/ Committee members and working group re upcoming Committee meeting. | 0.30 |
| 10/15/12 | AQ | 0007 | Review and analyze final presentation materials for in person committee meeting. | 0.80 |
| 10/15/12 | BMK | 0007 | Prepare materials and notes for in-person committee meeting with Debtors | 4.30 |
| 10/15/12 | SLB | 0007 | Prepare materials for in-person Committee meeting. | 1.50 |
| 10/15/12 | MCF | 0007 | Coordinate re committee call (.7); Confer w/ B. Kahn re committee call docs (.2); Documents for Committee Call (1.5). | 2.40 |
| 10/16/12 | SLS | 0007 | Participate in UCC meeting (1.6) (Partial). | 1.60 |
| 10/16/12 | LGB | 0007 | Participate in committee meeting (.3); e-mail Kahn re same (.1); review response to same (.1). | 0.50 |
| 10/16/12 | FSH | 0007 | Attend Committee meeting. | 5.00 |
| 10/16/12 | DHB | 0007 | Prepare for meeting with Debtors and Committee (.8); attend same and follow-up (5.0) (.2). | 6.00 |
| 10/16/12 | BMK | 0007 | Prepare for in-person committee meeting with Debtors (0.8); attend in-person committee meeting (5.0); follow up call with ad hoc professionals (0.6) | 6.40 |
| 10/16/12 | KMR | 0007 | Participated in call/ meeting with NNI representatives (5.0); reviewed tax issues raised in the meeting and drafted email re: same (1.0). | 6.00 |
| 10/16/12 | JYS | 0007 | Participate in Committee Meeting. | 5.00 |
| 10/16/12 | MCF | 0007 | Participate in in-person committee meeting (5.0); follow-up analysis of issues (.5). | 5.50 |
| 10/16/12 | MCF | 0007 | Prepare for committee meeting (.3). | 0.30 |
| 10/17/12 | LGB | 0007 | Participate on committee call (.5). | 0.50 |
| 10/17/12 | FSH | 0007 | Preparation for Committee call (.3). Attend same (.4). | 0.70 |
| 10/17/12 | DHB | 0007 | Prepare for Committee meeting (.2); Committee call (.4) and follow-up (.4). | 1.00 |
| 10/17/12 | BMK | 0007 | Attend committee call (.4); follow up to same (.3). | 0.70 |
| 10/17/12 | KMR | 0007 | Attended creditors committee meeting (.4) and follow up discussions (.4). | 0.80 |
| 10/17/12 | JYS | 0007 | Attend Committee Call (0.4); Follow up conf. and calls w AG team (0.4) | 0.80 |
| 10/17/12 | SLB | 0007 | Attend Committee call (.4); attend post-call meeting w/ Committee professionals (.4). | 0.80 |
| 10/17/12 | MCF | 0007 | Participate in Committee Call (.4); follow up to same (.4). | 0.80 |
| 10/17/12 | MCF | 0007 | Prep documents and schedule for comm. call (.4). | 0.40 |
| 10/23/12 | FSH | 0007 | Communications w/ working group re upcoming Committee meeting. | 0.20 |
| 10/23/12 | BMK | 0007 | Coordinate upcoming Nortel meetings | 0.40 |
| 10/23/12 | MCF | 0007 | Coordinate re professional's call (.3); Confer w/ B. Kahn re same (.2) | 0.50 |
| 10/24/12 | FSH | 0007 | Review materials for meeting w/ working group (.3). Attend same (1.0). Follow-up (.1). | 1.40 |
| 10/24/12 | DHB | 0007 | Email communications re agenda and review of same (.2); prepare for (.2) and attend professionals pre-call (.6); follow up with A. Qureshi (.1). | 1.10 |
| 10/24/12 | BMK | 0007 | Draft and edit agenda for committee call (0.4); attend professionals' call (0.7) | 1.10 |
| 10/24/12 | KMR | 0007 | Attended professionals meeting (0.7). | 0.70 |
| 10/24/12 | JYS | 0007 | Professionals Call. | 0.70 |
| 10/24/12 | MCF | 0007 | Participate in Professionals' Call. | 1.30 |
| 10/24/12 | MCF | 0007 | Coordinate re professionals' call (.2); Prepare docs re professionals' call (.4); Prepare/update docs re committee call (.4). | 1.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 4  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/25/12 | SLS | 0007 | Participate in UCC call (.7). | 0.70 |
| 10/25/12 | LGB | 0007 | Participate in Nortel committee call (.7); prepare for same (.2). | 0.90 |
| 10/25/12 | FSH | 0007 | Preparation for Committee call (.4). Participate in same (.7). | 1.10 |
| 10/25/12 | AQ | 0007 | Attend Committee call. | 0.70 |
| 10/25/12 | DHB | 0007 | Prepare for committee call (.5); attend same (.7) and follow-up (.3). | 1.50 |
| 10/25/12 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (0.7) | 1.00 |
| 10/25/12 | KMR | 0007 | Attended creditors committee meeting. | 0.70 |
| 10/25/12 | MCF | 0007 | Participate in Committee Call. | 0.70 |
| 10/31/12 | FSH | 0007 | Communications re upcoming Committee call and follow-up. | 0.40 |
| 10/31/12 | DHB | 0007 | Email comms re status and committee meeting. | 0.20 |
| 10/31/12 | BMK | 0007 | Emails re: cancellation of committee call | 0.30 |
| 10/01/12 | LGB | 0008 | Review e-mail from Kahn re hearing on 10/3 (.1); respond to same (.1). | 0.20 |
| 10/01/12 | FSH | 0008 | Review court agenda and communications re hearing. | 0.30 |
| 10/01/12 | DHB | 0008 | Review hearing letter (.1); office conference with B. Kahn re same (.1); emails re same (.1). | 0.30 |
| 10/01/12 | BMK | 0008 | Review agenda and prepare for 10/3 omnibus hearing | 0.30 |
| 10/03/12 | FSH | 0008 | Follow up re LTD hearing. | 0.10 |
| 10/03/12 | BMK | 0008 | Prepare for omnibus hearing (0.2); telephonic hearing appearance (1.0) | 1.20 |
| 10/16/12 | LGB | 0008 | Review e-mail from Samis re hearing agenda on 10/18 (.1); review agenda re same (.1); e-mail Samis re same (.1); T/C to Fleming re same (.1). | 0.40 |
| 10/16/12 | FSH | 0008 | Review agenda. | 0.10 |
| 10/17/12 | LGB | 0008 | E-mail Fleming re 10/18 hearing (.1); review response to same (.1); e-mail Kahn/Samis re same (.1). | 0.30 |
| 10/17/12 | FSH | 0008 | Communications re adjourned hearing. | 0.10 |
| 10/31/12 | LGB | 0008 | E-mail Samis re 11/7 hearing (.1); e-mail Koo re same. | 0.20 |
| 10/01/12 | BMK | 0012 | Review claims issues | 0.80 |
| 10/03/12 | AQ | 0012 | Review and analyze memo re claims issues. | 0.80 |
| 10/03/12 | BMK | 0012 | Research re: claims issues (2.2); confs with E. Mishan re: same (0.4) | 2.60 |
| 10/03/12 | MCF | 0012 | Review documents re claims issues (1.1). | 1.10 |
| 10/04/12 | FSH | 0012 | Review claims issues. | 0.30 |
| 10/04/12 | BMK | 0012 | TC with J. Kim re: claims issue (0.2); follow up to same (0.1) | 0.30 |
| 10/06/12 | FSH | 0012 | Review claim settlement. | 0.10 |
| 10/09/12 | BMK | 0012 | Review claim stipulation and email group re: same | 0.30 |
| 10/10/12 | LGB | 0012 | Review e-mail/stipulation re Khatod claim (.1); e-mail Kahn re same (.1). Review e-mail/stipulation re Khatod claim (.1); e-mail Kahn re same (.1). Review e-mail from Kahn re Khatod claim (.1); respond to same (.1). | 0.40 |
| 10/10/12 | FSH | 0012 | Review claims matters. | 0.30 |
| 10/10/12 | BMK | 0012 | Review claims settlement issues (0.2); tcs with Cleary re: same (0.3) | 0.50 |
| 10/10/12 | BMK | 0012 | Research and prepare materials re: claims issues | 2.20 |
| 10/11/12 | BMK | 0012 | Research claims related issues (2.1); prepare materials re: same (1.6) | 3.70 |
| 10/15/12 | BMK | 0012 | Research claims issues | 0.90 |
| 10/17/12 | BMK | 0012 | Review and research claims related issue | 2.70 |
| 10/18/12 | FSH | 0012 | Review settlement of claims. | 0.20 |
| 10/18/12 | FSH | 0012 | Review claims info from Cleary. | 0.10 |
| 10/18/12 | BMK | 0012 | Review guarantees and related claims issues | 1.10 |
| 10/19/12 | FSH | 0012 | Analyze claims issues and info. | 0.30 |
| 10/23/12 | MCF | 0012 | Review claims issues. | 0.50 |
| 10/25/12 | FSH | 0012 | Review claims issues. | 0.30 |
| 10/25/12 | BMK | 0012 | Review guarantee documents | 0.40 |
| 10/25/12 | MCF | 0012 | Research for B. Kahn re guarantees (.3)(.6). | 0.90 |
| 10/29/12 | FSH | 0012 | Examine claims info and confer w/ B. Kahn re same. | 0.40 |
| 10/01/12 | FSH | 0014 | Attention to Canadian appealing filings. | 0.20 |
| 10/02/12 | FSH | 0014 | Respond to call of creditor re Canadian motion (.2). Confer w/ Frasers re same (.2). Review docs (.1). | 0.50 |
| 10/03/12 | FSH | 0014 | Analyze info re Canadian court hearing and communications re same. | 0.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 5  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/03/12 | DHB | 0014 | Email communications re Monitor expansion hearing. | 0.40 |
| 10/03/12 | BMK | 0014 | Review order and FMC email re: expanded Monitor powers | 0.40 |
| 10/04/12 | FSH | 0014 | Review report re Canadian hearing and follow up. | 0.40 |
| 10/19/12 | BMK | 0014 | Review Canadian claims information | 0.30 |
| 10/23/12 | FSH | 0014 | Attention to stay motion. | 0.20 |
| 10/24/12 | BMK | 0014 | Review Monitor's report and related documents | 0.80 |
| 10/30/12 | DHB | 0014 | Review Monitor report re stay extension and emails re same. | 1.50 |
| 10/01/12 | MCF | 0017 | Revise memo re: [REDACTED]. | 1.70 |
| 10/02/12 | FSH | 0017 | Review misc. pleadings. | 0.30 |
| 10/02/12 | BMK | 0017 | Research re: litigation issues | 1.60 |
| 10/02/12 | MCF | 0017 | Confer w/ B. Kahn re [REDACTED]. | 0.10 |
| 10/03/12 | MCF | 0017 | Revise [REDACTED] memo (1.5). | 1.50 |
| 10/04/12 | BMK | 0017 | Conf with D. Botter re: [REDACTED] (0.2); confs with M. Fagen re: same (0.3); review analyses re: same (1.3) | 1.80 |
| 10/04/12 | MCF | 0017 | Revise [REDACTED] memo (.6); Confer w/ B. Kahn re same (.3); research re same (1.3); draft addendum to memo (1.9); Confer w/ B. Kahn re same (.2) | 4.30 |
| 10/05/12 | MCF | 0017 | Edit memo addendum re [REDACTED]. | 1.20 |
| 10/08/12 | BMK | 0017 | Review and edit memorandum re: [REDACTED] | 2.60 |
| 10/08/12 | MCF | 0017 | Revise addendum to [REDACTED] memo (2.8); confer w/ B. Kahn re addendum (.3). | 3.10 |
| 10/09/12 | BMK | 0017 | Analysis of [REDACTED] | 0.40 |
| 10/09/12 | MCF | 0017 | Research re [REDACTED] (1.2). | 1.20 |
| 10/10/12 | BMK | 0017 | Review and comment on [REDACTED] memo | 1.80 |
| 10/10/12 | MCF | 0017 | Confer w/ B. Kahn re [REDACTED] memo (.4); Research re same (2.2). | 2.60 |
| 10/11/12 | MCF | 0017 | Confer w/ B. Kahn re memo and case (1.1); Revise case law analysis (1.4); Revise [REDACTED] memo (1.3). | 3.80 |
| 10/15/12 | MCF | 0017 | Research and revise [REDACTED] memo (7.5); Communications w/ B. Kahn re revisions (.5) | 8.00 |
| 10/16/12 | JYS | 0017 | T/C w. L. Beckerman re LTD litigation (0.4); Review proposed amendment to LTD scheduling order (0.4); Corr w. A. Koo re LTD discovery materials review (0.3). | 1.10 |
| 10/16/12 | KF | 0017 | Review documents (2.4); conf w/ A. Koo & re review status (.4); conf w/ J. Erickson re production (.2); conf w/ D. Iofe re same (.2). | 3.20 |
| 10/16/12 | MCF | 0017 | Revise 9019 memo (1.8). | 1.80 |
| 10/17/12 | ALK | 0017 | Attention to LTD document review (0.8); emails with team regarding same (1); call with team regarding same (0.4). | 2.20 |
| 10/18/12 | BMK | 0017 | Review updated [REDACTED] memo | 1.80 |
| 10/24/12 | BMK | 0017 | Research and review [REDACTED] | 1.60 |
| 10/24/12 | KF | 0017 | Review LTD documents (3.5); review objections (2.8); conf w/ A. Koo & J. Cuatt re same (.3); conf w/ debtors re production (.3). | 6.90 |
| 10/25/12 | ALK | 0017 | Coordination of LTD document review and analysis (1). Emails to team regarding same (0.5). | 1.50 |
| 10/02/12 | KMR | 0018 | Continued review of tax issues in preparation for meetings (0.8); begin follow up review of tax reserve (1.2). | 2.00 |
| 10/03/12 | KMR | 0018 | Continued work on NNI tax issues. | 0.80 |
| 10/04/12 | KMR | 0018 | Reviewed analysis underlying NNI tax issues (1.2); discussions with J. Hyland re: same (.4). | 1.60 |
| 10/08/12 | KMR | 0018 | Review NNI tax issues (2.2). | 2.20 |
| 10/10/12 | KMR | 0018 | Continued analysis of NNI tax issues (2.2); discussion with J. Hyland (0.2). | 2.40 |
| 10/11/12 | KMR | 0018 | Continued review and research re: NNI tax issues (0.7). | 0.70 |
| 10/15/12 | KMR | 0018 | Continued review of tax issues (2.0). | 2.00 |
| 10/16/12 | BMK | 0018 | Review of NNI tax issues | 0.30 |
| 10/17/12 | FSH | 0018 | Confer w/ K. Rowe re tax information and review same. | 0.20 |
| 10/18/12 | KMR | 0018 | Discussion with B. McRae re: NNI tax issues (0.2). | 0.20 |
| 10/19/12 | KMR | 0018 | Analyze tax issues (1.5) | 1.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 6  
November 15, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 10/19/12 | ASK | 0018 | Tax research re NNI issues. | 5.60 |
| 10/22/12 | KMR | 0018 | Continued review of NNI tax issues. | 1.00 |
| 10/22/12 | ASK | 0018 | Tax research re NNI issues. | 2.90 |
| 10/23/12 | KMR | 0018 | Continued analysis of tax issues (1.2). | 1.20 |
| 10/24/12 | KMR | 0018 | Reviewed analysis of guarantee language (0.4). | 0.40 |
| 10/25/12 | ASK | 0018 | Tax research and analysis re NNI issues. | 3.60 |
| 10/26/12 | ASK | 0018 | Tax research and analysis re [REDACTED]. | 3.20 |
| 10/01/12 | DHB | 0019 | Review LTD/retiree information and emails re same. | 0.40 |
| 10/01/12 | ASL | 0019 | Review eligibility proposal re: LTD (.5); review retiree term sheet (.4); review pro se objection (Ltd) (.2); review discovery order (.3). | 1.40 |
| 10/02/12 | LGB | 0019 | Review LTD timeline (.1); e-mail Uziel re comment to same (.1); review e-mail from Schweitzer re Horne proposal (.1). | 0.30 |
| 10/03/12 | LGB | 0019 | E-mail Sturm re revised retiree term sheet (.1); review response to same (.1); respond to same (.1); e-mail Schweitzer/Herrington re Keach proposal (.1); review e-mail from Schweitzer re LTD scheduling order (.1); review e-mail from Kahn re LTD motion (.1); review e-mail from Sturm re retiree term sheet (.1); review e-mail from Lilling re same (.1). | 0.80 |
| 10/03/12 | FSH | 0019 | Review FSD info. | 0.20 |
| 10/03/12 | BMK | 0019 | Review revised retiree term sheet and emails re: same | 0.40 |
| 10/03/12 | ASL | 0019 | Review revised retiree term sheet (.2); attention to associate query re: release (.2). | 0.40 |
| 10/03/12 | JYS | 0019 | Telephone conference w. M. Fleming Delacruz re retiree term sheet (0.3); Review LTD Scheduling timeline (0.4); Corr w. CG and AG teams re same (0.2); Review retiree committee settlement term sheet (0.9); Corr w. L. Beckerman re same (0.3); Review revised retiree committee term sheet (0.3); Corr w. L. Beckerman and A. Lilling re same (0.3); Corr w. CG re same (0.4); Review corr re LTD group's motion to compel (0.2) | 3.30 |
| 10/04/12 | JYS | 0019 | Correspondence w. D. Botter re status of LTD, Retiree and DCP negotiations/litigations (0.5); Review DCP settlement offer and related corr (1.1); Corr w. M. Fleming re LTD supplemental submission deadline (0.3) | 1.90 |
| 10/05/12 | LGB | 0019 | Review e-mail from Kim re deferred comp settlement (.1); review response from Horne re same (.1); e-mail Sturm re LTD scheduling order (.1); review e-mail from Fleming re same (.1); respond to same (.1); review e-mail from Sturm re same (.1); respond to same (.1); review e-mail from Hyland re retiree/LTD claims (.1); respond to same (.1); T/C with Schweitzer re LTD scheduling motion (.5); e-mail Sturm re same (.1); review e-mail from Fleming re same (.1); respond to same (.1); review e-mail from Margaret re same (.1); review e-mail from Schweitzer re same (.1). | 1.90 |
| 10/05/12 | DHB | 0019 | Email communications re LTD issues (.3), deferred comp and retirees (.4); office conference with J. Sturm re same, retirees and LTD status (.3). | 1.00 |
| 10/05/12 | ALK | 0019 | Review emails and documents from L. Beckerman and J. Sturm (0.9); email from debtors' counsel regarding LTD (0.1). | 1.00 |
| 10/05/12 | ASL | 0019 | Review deferred compensation materials and consider issues. | 0.80 |
| 10/05/12 | JYS | 0019 | Telephone conference w. D. Botter re status of LTD, Retiree and DCP negotiations/litigations (0.4); Correspondence w. L. Beckerman and L. Schweitzer re timing of LTD scheduling (0.3); Review revised LTD scheduling order (0.5); Corr w. AG team re same (0.4); Corr and T/Cs w. Cleary re same (0.5); Corr w. A. Koo re LTD litigation timing (0.2) | 2.30 |
| 10/07/12 | LGB | 0019 | E-mail Schweitzer re reservation of rights issue (.1); e-mail Schweitzer re call (.1). | 0.20 |
| 10/08/12 | LGB | 0019 | T/C with Schweitzer re Horne litigation/LTD order. | 0.30 |
| 10/08/12 | ALK | 0019 | Coordination of discovery tasks with team (0.4); LTD document review and analysis (1.2). | 1.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 7  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/09/12 | ASL | 0019 | Attention to deferred compensation settlement materials and issues (1.2); review motion to amend scheduling order (.2). | 1.40 |
| 10/10/12 | LGB | 0019 | Review A&M's presentation re LTD participants to retire (.2); review motion to amend LTD scheduling order (.3); e-mail Kim re deferred comp litigation settlement (.1); review Nortel pro se LTD objection (.3); T/C with Schweitzer re LTD litigation/deferred comp litigation/retiree settlement (.6). | 1.50 |
| 10/10/12 | ALK | 0019 | Review emails/LTD scheduling motion from team and discovery (0.6); emails from debtors' counsel regarding LTD discovery (0.3). | 0.90 |
| 10/10/12 | ASL | 0019 | Review A&M retiree presentation (.7); review pro se objection (.3). | 1.00 |
| 10/10/12 | JYS | 0019 | Review LTD objections | 1.40 |
| 10/11/12 | LGB | 0019 | Review COC re LTD scheduling order (.1); e-maul Uziel re same (.1); T/C with Sturm re litigation, retiree settlement, Horne litigation (.5); e-mail Schweitzer/Fleming re LTD cost question (.1). | 0.80 |
| 10/11/12 | ALK | 0019 | Emails with team and debtors' counsel regarding LTD discovery | 0.40 |
| 10/11/12 | JYS | 0019 | T/C w. L. Beckerman re pending retiree negotiations (0.3), T/C w. L. Beckerman re pending LTD negotiations (0.2); T/C w. L. Beckerman re pending deferred comp negotiations (0.1); Review COC re retiree scheduling order (0.4); Review draft deferred comp counterproposal (0.5); Corr w. L. Beckerman re same (0.3); Corr w. K. Foster re LTD scheduling order (0.2). | 2.00 |
| 10/11/12 | KF | 0019 | Review LTD documents and requests. | 2.20 |
| 10/12/12 | LGB | 0019 | Review e-mail from Sturm re counter proposal re deferred comp litigation (.1); respond to same (.1); review same (.2); e-mail Kim/Matz re call re same (.1); review responses to same (.1); e-mail Keach re counterproposal/timing (.1). | 0.70 |
| 10/12/12 | ALK | 0019 | Emails with K. Foster and J. Sturm regarding LTD discovery. | 0.70 |
| 10/12/12 | KF | 0019 | conf w/ Debtor's counsel & D. Iofe re production; review same | 1.10 |
| 10/14/12 | ASL | 0019 | Review scheduling order (.2); review and digest DC term sheet (.3). | 0.50 |
| 10/14/12 | KF | 0019 | Review LTD documents and document requests. | 1.70 |
| 10/15/12 | LGB | 0019 | T/C with Matz, Kim, Sturm, Lilling re deferred comp litigation (.2); review revised term sheet re same (.1); review LTD scheduling order re response deadline (.1); e-mail Kahn, Hodara, Botter re hearing/deferred comp term sheet (.1); review response from Kahn re same (.1); review response from Hodara re same (.1); review agenda and comment on same (.1); review opposition to motion to dismiss re deferred comp adversary proceeding (1.). | 1.80 |
| 10/15/12 | FSH | 0019 | Review revised proposal and communications w/ LB re same. | 0.30 |
| 10/15/12 | ALK | 0019 | Review document categories and emails from team regarding LTD review. | 0.70 |
| 10/15/12 | ASL | 0019 | Prepare for call re: deferred compensation (.3); call re: deferred comp.(.3). | 0.60 |
| 10/15/12 | JYS | 0019 | T/C w. T. Matz and CG re DCP settlement (0.3); Prep and follow up w. L. Beckerman (0.3); Review Deferred Comp opposition (1.8). | 2.10 |
| 10/15/12 | KF | 0019 | Review documents (6.8); review debtors motion (.8); conf w/ D. Iofe re production (.6). | 8.20 |
| 10/15/12 | DBI | 0019 | Coordinate LTD document discovery. | 3.00 |
| 10/16/12 | LGB | 0019 | Review memo re Top hat plan/ERISA issues (1.0); review cases cited to in opposition to motion to dismiss (2.0); e-mail Fleming/Matz re LTD scheduling order (.1); review e-mail from Fleming re same (.1); e-mail Kim/Matz re deferred comp counter proposal (.1); T/C with Lilling re motion to dismiss (.2); review e-mail from Matz re LTD scheduling order (.1). | 3.60 |
| 10/16/12 | DZV | 0019 | Begin review of deferred compensation plan opposition motion (1.7); conference with A. Lilling regarding same (0.2). | 1.90 |
| 10/16/12 | ALK | 0019 | Emails/analysis regarding LTD discovery. | 1.00 |
| 10/16/12 | ASL | 0019 | Confer with L. Beckerman re: motion (.2); review motion answering | 8.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 8  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | brief (3.5); confer with L. Beckerman re: Same (.2); review case law (4.5). | |
| 10/17/12 | LGB | 0019 | E-mail Schweitzer re retiree settlement (.1); review response to same (.1); T/C with Lilling re cases/objection to motion to dismiss (.5); review e-mail from Sturm re document production re LTD termination motion (.1); respond to same (.1); review e-mail from Kahn re individual LTD participant objections (.1); respond to same (.1); review same (1.0). | 2.10 |
| 10/17/12 | DZV | 0019 | Review deferred compensation plan opposition motion. | 1.00 |
| 10/17/12 | BMK | 0019 | Review pro se LTD objections | 0.60 |
| 10/17/12 | RJC | 0019 | Meeting with Kemoy Foster and review case documents (.3). | 0.30 |
| 10/17/12 | ASL | 0019 | Review deferred compensation case law (1.6); confer with L. Beckerman re: same (.3); follow on analysis re: DC claims (.9). | 2.80 |
| 10/17/12 | JYS | 0019 | T/C w. K. Foster re LTD litigation (0.3); Corr w. A. Koo re same (0.2); Review pro se LTD objections (1.6); Corr w. A. Koo and C. Samis re pro hac (0.3) | 2.40 |
| 10/17/12 | LBH | 0019 | Review debtor's motion to terminate long-term disability plans (1.9); review documents in preparation for response to Debtor's motion to terminate long term disability plans (.7). | 2.60 |
| 10/17/12 | KF | 0019 | Review documents (3.2); conf w/ J. Sturm re review (.3); conf w/ A.Koo re same (.3); conf w/ debtors re documents production (.4); review pro se objections (2.8). | 7.00 |
| 10/17/12 | MCF | 0019 | Revise settlement issues memo. | 2.40 |
| 10/17/12 | JAS | 0019 | Organize Pro Se objections to disability termination. | 0.80 |
| 10/17/12 | DBI | 0019 | Coordinate LTD document discovery. | 2.00 |
| 10/18/12 | LGB | 0019 | Review e-mail from Keach re counterproposal (.1); respond to same (.1); e-mail Kim/Matz re same (.1); review responses to same (.1); review final counterproposal (.1); review e-mail from Kim re same (.1); T/C with Kim re same (.1); review objections by individual LTD participants (1.4). | 2.10 |
| 10/18/12 | DZV | 0019 | Conference with A. Lilling regarding deferred compensation plan issues. | 0.20 |
| 10/18/12 | BMK | 0019 | Review LTD objections | 0.70 |
| 10/18/12 | ALK | 0019 | Attention to LTD discovery (0.5); call with R. Collins regarding same (0.2); emails with team regarding same (0.3). | 1.00 |
| 10/18/12 | RJC | 0019 | Reviewed LTD documents for key issues. | 7.60 |
| 10/18/12 | ASL | 0019 | Research re: deferred comp top hat trusts. | 1.50 |
| 10/18/12 | LBH | 0019 | Review and analyze documents in preparation for response to Debtor's motion to terminate long-term disability plans. | 8.80 |
| 10/18/12 | KF | 0019 | Review documents (8.1); conf w/ R.Collins, A. Koo & L. Harmon re review status (.3); conf w/ M. Wein re hot docs binder (.2). | 8.60 |
| 10/18/12 | MDW | 0019 | Coordinate and prepare Retiree/LTD documents. | 2.50 |
| 10/18/12 | DBI | 0019 | Coordinate LTD document discovery. | 0.50 |
| 10/19/12 | LGB | 0019 | Review LTD memo. | 0.80 |
| 10/19/12 | ALK | 0019 | Meeting with K. Foster (0.6); document review (0.9); confer with team regarding same (1). | 2.50 |
| 10/19/12 | RJC | 0019 | Reviewed LTD documents for key issues. | 7.60 |
| 10/19/12 | ASL | 0019 | Research re: top hat (1.8); attention to retiree settlement (1.5). | 3.30 |
| 10/19/12 | LBH | 0019 | Review and analyze documents in preparation for response to Debtor's motion to terminate long-term disability plans. | 2.10 |
| 10/19/12 | KF | 0019 | Review documents (5.6); conf w/ A. Koo re same (.6). | 6.10 |
| 10/19/12 | JLC | 0019 | Meet with K. Foster regarding assignment (.5); review summary LTD plans for language (1.4). | 1.90 |
| 10/19/12 | JAS | 0019 | Pull objections to disability termination (.5) and e-mail to B. Kahn (.1). | 0.60 |
| 10/19/12 | DBI | 0019 | Coordinate LTD document discovery. | 2.00 |
| 10/20/12 | KF | 0019 | Review LTD documents. | 3.50 |
| 10/21/12 | LGB | 0019 | Review e-mail from Keach re call (.1); respond to same (.1). | 0.20 |
| 10/21/12 | DZV | 0019 | Review deferred compensation plan opposition motion. | 1.50 |
| 10/21/12 | KF | 0019 | Review LTD documents (3.1); conf w/ J. Cuatt re same (.2). | 3.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 9  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/22/12 | LGB | 0019 | Review timeline of retiree settlement (.1); review retiree settlement agreement and mark up same (1.0); e-mail Sturm/Lilling re same (.1); review Lilling comments to same (.5); respond to same (.2); e-mail Ryan/Matz with comments to same (.1); review Prudential Agreement (.5); review LTD expense info (.2); e-mail Stein re sharing info re same (.1); e-mail Schweitzer re sharing with Capstone LTD cost info (.1); review response (.1); respond to same (.1); e-mail Hyland/Borow re same (.1); e-mail Samper case request (.1); review cases cited to in LTD committee letter including Unisys cases (2.4). | 5.70 |
| 10/22/12 | ALK | 0019 | LTD objection review and analysis (2.5); meeting with L. Beckerman regarding same (1); coordination of review with K. Foster (0.8). | 4.30 |
| 10/22/12 | ASL | 0019 | Review and revise retiree settlement agreement (1.2); confer with litigation team re: LTD termination motion (1.0). | 2.20 |
| 10/22/12 | JYS | 0019 | O/C w. A. Koo, K. Foster and L. Beckerman re LTD production (1.0); Review retiree term sheet (0.4); Corr w. L. Beckerman and A. Lilling re same (0.2). | 1.60 |
| 10/22/12 | KF | 0019 | Review documents (7.1); conf w/ J. Cuatt re hot docs binder (.3); conf w/ L. Beckerman, J. Sturm, A.Koo, A. Lilling re case status (.4). | 7.80 |
| 10/22/12 | JLC | 0019 | Prepare LTD materials for meeting (.4); review summary plans for language (.8). | 1.20 |
| 10/23/12 | LGB | 0019 | Review comments from Matz on retiree settlement agreement (.4); review e-mail from Keach re counterproposal (.1); e-mail Schweitzer, Kim, Matz, Herrington re same (.1); review responses to same (.1); T/C with Schweitzer, Kim, Matz, Sturm re same (.3); review e-mails from Sturm/Lilling re Matz's comments on retiree settlement agreement (.1); review e-mail from Lilling re indemnification agreement (.1); respond to same (.1); review e-mail from Kim re counterproposal (.1); respond to same (.1); e-mail Foster re 1996 SPD (.1); review response to same (.1); review various LTD individual objections (2.1); review 2000 SPD/1996 SPD (.5); T/C with Kahn re agenda items for committee call (.2). | 4.50 |
| 10/23/12 | FSH | 0019 | Attention to pleadings of LTD parties. | 0.30 |
| 10/23/12 | DHB | 0019 | Email correspondence re bid/ask with Keach. | 0.20 |
| 10/23/12 | BMK | 0019 | Review of LTD objections (1.2); tc with L. Beckerman re: LTD issues (0.5) | 1.70 |
| 10/23/12 | ALK | 0019 | Reviewed LTD emails/documents from team (1.5). Coordination of document review/analysis w/ K. Foster (0.6) | 2.10 |
| 10/23/12 | ASL | 0019 | Review Keach counterproposal (.2); review term sheet re: retiree with bond comments (.2); review LTD documents (.8); call re: counterproposal (.3); research re: fiduciary duty (2.5);review counterproposal email (.2). | 4.20 |
| 10/23/12 | JYS | 0019 | T/C w. Cleary and Milbank re Keach offer (0.3); review corr from L. Beckerman re same (0.1); Corr w. CG and Milbank re same (0.4); Review LTD Objections (1.9); Corr w. L. Beckerman and A. Lilling re LTD claims (0.4). | 3.10 |
| 10/23/12 | KF | 0019 | Review LTD documents. | 5.00 |
| 10/23/12 | JAS | 0019 | Pull all objections to disability termination (.9); develop electronic filings of same (.2); confer with B. Kahn re same (.1). | 1.20 |
| 10/24/12 | LGB | 0019 | Review e-mail from Matz re counterproposal re deferred comp litigation (.1); review e-mail from Hyland re LTD premiums (.1); review e-mail from Sturm re same (.1); respond to same (.1). | 0.40 |
| 10/24/12 | DZV | 0019 | Review case law relating to deferred compensation plan issues and consider arguments made in opposition motion. | 4.50 |
| 10/24/12 | BMK | 0019 | Review LTD objections | 1.60 |
| 10/24/12 | ALK | 0019 | Coordination of LTD document review and analysis (0.6). Call w/ K. Foster regarding same (0.2). | 0.80 |
| 10/24/12 | ASL | 0019 | Review LTD SPD documents (.2); research re: fiduciary duty (3.3). | 3.50 |
| 10/24/12 | JYS | 0019 | Review LTD objections (3.1); Coordinate prep of binder including same | 3.50 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  Page 10
Invoice Number: 1451913  November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (0.4). | |
| 10/24/12 | JLC | 0019 | Review LTD discover documents. | 4.00 |
| 10/24/12 | JAS | 0019 | Pull objections to disability termination (1.2); confer with J. Sturm regarding development of file of same (.1). | 1.30 |
| 10/25/12 | LGB | 0019 | E-mail Kim re counterproposal in deferred comp litigation (.1); e-mail Fleming re retiree settlement agreement (.1); review response to same (.1); review revised scheduling order re retiree motion (.1); T/C with Uziel re same (.1); review counterproposal e-mail from Kim (.1); e-mail Uziel re retiree scheduling order (.1); review various individual LTD objections (2.9); review e-mail from Matz re revised retiree scheduling order (.1). | 3.70 |
| 10/25/12 | DKB | 0019 | Review and organize the objection to disability plans (2.1); Confer with J. Samper re logistics thereof (.3). | 2.40 |
| 10/25/12 | KF | 0019 | Review LTD documents and objections. | 7.00 |
| 10/25/12 | JLC | 0019 | Organize and review LTD documents. | 1.40 |
| 10/25/12 | JAS | 0019 | Develop file of all objections to disability termination. | 2.50 |
| 10/26/12 | LGB | 0019 | Review various individual objections to LTD termination motion. | 3.00 |
| 10/26/12 | ALK | 0019 | Reviewed LTD objection documents and emails from team regarding same (2.9). Confer w/ K. Foster regarding docket review and doc review (0.2). Coordination of same (0.3). | 3.40 |
| 10/26/12 | DKB | 0019 | Review and organize the objection to disability plans (3.6); Confer with J. Samper re logistics thereof (.3); Update indices therefor (.7); Update notebooks (.8). | 5.40 |
| 10/26/12 | ASL | 0019 | Conduct ERISA research re: deferred compensation. | 5.50 |
| 10/26/12 | KF | 0019 | Review LTD documents (6.1); conf w/ A. Koo & J. Cuatt re same (.2). | 6.30 |
| 10/26/12 | JLC | 0019 | Review and organize LTD documents. | 3.90 |
| 10/26/12 | JAS | 0019 | Pull objections to disability termination filed on 10/25 and 10/26 (.6); develop files of all objections to disability termination (7.0). | 7.60 |
| 10/27/12 | FSH | 0019 | Review LTD scheduling order. | 0.10 |
| 10/27/12 | KF | 0019 | Review LTD documents. | 3.20 |
| 10/28/12 | LGB | 0019 | Review additional objections from LTD Committee and LTD participants (3.0); review some cases cited in LTD Committee's objection (1.0); e-mail same re exhibits re same (.1); review response to same (.1). | 4.20 |
| 10/29/12 | LGB | 0019 | Further review objection by LTD committee (.8); review LTD plans/SPD re same (1.0); e-mail Foster re documents re same (.1). | 1.90 |
| 10/29/12 | ALK | 0019 | Emails with team regarding LTD documents (0.2); analysis regarding same (0.8). | 1.00 |
| 10/29/12 | JYS | 0019 | Review LTD Objections (2.2); Corr w. L. Beckerman and A. Lilling re same (0.3) | 2.50 |
| 10/29/12 | KF | 0019 | Review LTD documents. | 4.60 |
| 10/29/12 | JLC | 0019 | Review LTD documents. | 2.00 |
| 10/30/12 | LGB | 0019 | E-mail Sturm re statement in support of LTD termination motion (.1); e-mail Sturm/Lilling re call to discuss same (.1). | 0.20 |
| 10/30/12 | ALK | 0019 | Emails with L. Beckerman regarding LTD hearing and opposing counsel email (0.3); emails with local counsel regarding pro hac and hearing agenda (0.3); attention to LTD discovery issues and SPD documents (1.5). | 2.10 |
| 10/30/12 | JYS | 0019 | Review LTD Objections (0.9); Corr w. L. Beckerman and A. Lilling re same (0.2) | 1.10 |
| 10/30/12 | KF | 0019 | Review LTD documents (3.7); conf w/ L. Beckerman re same (.1). | 3.80 |
| 10/31/12 | LGB | 0019 | Review and mark up statement in support of LTD termination motion (.3); e-mail Sturm re same (.1); e-mail Botter/Hodara re same (.1); review e-mail from Sturm re same (.1); respond to same (.1). | 0.70 |
| 10/31/12 | BMK | 0019 | Review UCC statement re: LTD motion and emails re: same | 0.40 |
| 10/31/12 | ALK | 0019 | Review emails (.1); draft LTD joinder submission (.2). | 0.30 |
| 10/31/12 | JYS | 0019 | Drafting Committee statement in support of LTD Termination Motion | 2.70 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (1.4); Corr w. L. Beckerman and A. Lilling re same (0.5); Revisions to same (0.8) | |
| 10/03/12 | EAM | 0022 | Research precedent re "best interests" test (1.6). | 1.60 |
| 10/03/12 | JYS | 0024 | Review recovery analyses (0.4); Review correspondence w. CG re DCP offer (0.3) | 0.70 |
| 10/05/12 | FSH | 0024 | Examine Radware letter and materials (.2). Communicate w/ S. Kuhn re same (.2). | 0.40 |
| 10/05/12 | DHB | 0024 | Email communications re Radware. | 0.20 |
| 10/05/12 | BMK | 0024 | TC with L. Lipner re: Radware dispute | 0.30 |
| 10/08/12 | BMK | 0024 | Review documents re: Radware dispute (0.5); tc with T. Feuerstein re: same (0.2); tc with L. Lipner and T. Feuerstein re: same (0.8); email to Akin team re: same (0.2) | 1.70 |
| 10/08/12 | TDF | 0024 | Review Radware documents (0.9); call w/B. Kahn (0.2); call with Cleary (0.8). | 1.90 |
| 10/11/12 | FSH | 0024 | Review letter re sale dispute. | 0.10 |
| 10/11/12 | BMK | 0024 | Review Radware letter | 0.20 |
| 10/22/12 | TDF | 0024 | Reviewing response re:Radware issue and discussing w/B. Kahn. | 0.30 |
| 10/23/12 | BMK | 0024 | Review Radware response letter (0.4); tc with T. Feuerstein re: same (0.1) | 0.50 |
| 10/11/12 | DBI | 0025 | Coordinate LTD document discovery. (Actual time - 5.0) | 2.50 |
| 10/12/12 | DBI | 0025 | Coordinate LTD document discovery. (Actual time - 4.0) | 2.00 |
| 10/05/12 | FSH | 0028 | Attention to Nortel India filing. | 0.10 |
| 10/01/12 | FSH | 0029 | Review allocation related case law (.2). Communications w/ Capstone re figures (.2). Communications w/ working group, Milbank, Cleary re next steps (.7). | 1.10 |
| 10/01/12 | DHB | 0029 | Email communications re meeting preparation (.2) and next steps (.1) (.1) and work product for allocation meeting (.3) and deductions (.1). | 0.80 |
| 10/01/12 | KMR | 0029 | Reviewed NNI tax issue and research re: same. | 3.20 |
| 10/02/12 | FSH | 0029 | TC A. Pisa re allocation and mediation issues (.2). Further TC w/ A. Pisa (.4). Analyze issues raised at meeting (.4). Confer w/ Frasers re same (.1). | 1.10 |
| 10/02/12 | BMK | 0029 | Confs with S. Brauner and M. Fagen re: allocation issues (0.2); review of same (0.7) | 0.90 |
| 10/03/12 | SLS | 0029 | Participate in working group call regarding next steps for mediation (.8) (partial). | 0.80 |
| 10/03/12 | FSH | 0029 | Confer w/ DB re next steps (.2). Analyze same (1.5). Meet w/ Capstone re submission (1.3). Confer w/ DB re same (.2). | 3.20 |
| 10/03/12 | AQ | 0029 | Meet with Capstone team regarding supplemental submission to mediator. | 1.10 |
| 10/03/12 | AQ | 0029 | Review and analyze allocation issues. | 0.70 |
| 10/03/12 | DHB | 0029 | Email communications re mediation (.4); next steps and consider same (.4); telephone call with S. Kelly re same and board communications (.2); office conferences with F. Hodara and B. Kahn re mediation submissions (.1) (.3); emails with F. Hodara following Kelly call re next steps (.3). | 1.70 |
| 10/03/12 | BMK | 0029 | Meeting with Akin and Capstone teams re: allocation mediation issues (1.2); review follow up Capstone analysis (0.2); emails re: same (0.2) | 1.60 |
| 10/03/12 | EAM | 0029 | Research precedent re intercompany claims (4.4); confer with B. Kahn re same (.2). | 4.60 |
| 10/04/12 | DHB | 0029 | Email communications with B. Kahn re research issues re mediation (.2); consider same (.5); office conference with B. Kahn re same (.3); telephone call with C. Kearns re same (.4); follow-up with B. Kahn (.1). | 1.50 |
| 10/04/12 | BMK | 0029 | Confs with E. Mishan re: allocation research issue (0.5); draft mediation submission (4.4) | 4.90 |
| 10/04/12 | EAM | 0029 | Draft memo re intercompany claims. | 3.90 |
| 10/05/12 | FSH | 0029 | Continue analysis of intercompany issue and communicate w/ working group re same (1.8). Work on submission (.3). | 2.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 12  
November 15, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 10/05/12 | AQ | 0029 | E-mails re allocation analysis. | 0.20 |
| 10/05/12 | BMK | 0029 | Draft/edit mediation submission | 2.20 |
| 10/05/12 | KMR | 0029 | Began review of Capstone presentation for submission to the mediator. | 0.70 |
| 10/05/12 | JYS | 0029 | Review draft UCC mediation submission. | 0.30 |
| 10/06/12 | FSH | 0029 | Work on allocation presentation (.7). Analyze issues re allocation (.5). Communications w/ working group re same (.3). | 1.50 |
| 10/06/12 | DHB | 0029 | Email communications re mediation slides and issues and begin review of same. | 0.60 |
| 10/07/12 | DHB | 0029 | Email communications re mediation issues and consider same. | 0.50 |
| 10/07/12 | KMR | 0029 | Continued review of Capstone mediation presentation (.4); drafted email re: same (.6). | 2.00 |
| 10/08/12 | SLS | 0029 | Review and comment on mediation submission. | 1.00 |
| 10/08/12 | FSH | 0029 | Work on allocation analysis (1.6). Communications w/ working group re presentation for mediator (.7). Work on same (1.5). | 3.80 |
| 10/08/12 | AQ | 0029 | Review and edit revised mediation statement. | 0.40 |
| 10/08/12 | DHB | 0029 | Revise mediation presentation and email communications re same. | 1.50 |
| 10/08/12 | BMK | 0029 | Review and edit mediation submission (1.8); tc with Capstone re: same (0.2); conf with F. Hodara re: same (0.4); conf with F. Hodara re: allocation issues (0.2); review and analyze allocation issues (0.8); conf with J. Rubin re: same (0.5) | 3.90 |
| 10/08/12 | KMR | 0029 | Reviewed drafts of mediation submissions (1.0). | 1.00 |
| 10/08/12 | MCF | 0029 | Review mediation submission. | 1.20 |
| 10/08/12 | MCF | 0029 | Coordinate re meeting to discuss mediation proposal (.2). | 0.20 |
| 10/08/12 | JPR | 0029 | Conf w/ B. Kahn re: allocation issues. | 0.50 |
| 10/09/12 | SLS | 0029 | Office conference with B. Kahn regarding revisions to allocation mediation submission (.2); participate in meeting with working group regarding same (1.8). | 2.00 |
| 10/09/12 | FSH | 0029 | Work on submission to mediator (.7). Work on analysis and presentation re allocation issues (.6). Meet w/ working group (1.8). TC J. Bromley re foregoing (.1). Communications w/ working groups re foregoing, edits (.4). Analyze asset and liability info (.2). | 3.80 |
| 10/09/12 | AQ | 0029 | Attend meeting with Capstone re mediation submission. | 1.80 |
| 10/09/12 | DHB | 0029 | Review latest draft of mediation statement (.7); emails re same (.1) (.2) (.1); meeting on statement and follow-up (0.2); emails re changes thereto (.2) (.3); review new draft (.5); telephone call with C. Kearns re results of analysis (.2); emails re same (.1) (.1); telephone call with A. Pisa re next steps (.3) and emails re same (.2) (.1). | 5.10 |
| 10/09/12 | BMK | 0029 | Call with Ashurst re: EMEA claim issue (0.3); prepare for internal meeting re: mediation submission (0.5); attend UCC professional meeting re: mediation submission (1.8); review and edit mediation submission (2.3); tc with N. Levine re: allocation issues (0.8); review slides re: allocation issues (0.5); tc's and emails with Capstone re: same (0.7); email to ad hoc professionals re: allocation (0.2); review of estimated recovery chart (0.3); further analysis of allocation related issues (0.4) | 7.80 |
| 10/09/12 | KMR | 0029 | Continued review of draft mediation statements and related tax issues (1.5); attended meeting re: mediation statement and other strategies (1.8); reviewed revised mediation statements and other emails (1.0). | 4.30 |
| 10/09/12 | GDB | 0029 | Emails re UCC mediation statement. | 0.40 |
| 10/09/12 | SLB | 0029 | Team meeting re: mediation submission. | 1.60 |
| 10/09/12 | MCF | 0029 | Conference w/ Capstone re mediation submission (1.8); prepare presentation re same (1.9); Confer w/ B. Kahn re same (.3) | 4.00 |
| 10/09/12 | MCF | 0029 | Coordinate re conference w/ Capstone (.2). | 0.20 |
| 10/09/12 | MCF | 0029 | Review IFSA and Allocation Protocol Motion (1.6). | 1.60 |
| 10/09/12 | JPR | 0029 | Review draft mediation submission. | 0.50 |
| 10/10/12 | FSH | 0029 | Work on revisions to presentations (.9). Communications w/ working group re same, ad hocs, Committee meeting, next steps (.5). | 1.40 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 13  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/10/12 | DHB | 0029 | Prepare for call with Ad Hocs (.4); emails re same (.3); attend same (1.2) and follow-up (.3); extensive email communications and consideration of issues following call (.7). | 2.90 |
| 10/10/12 | BMK | 0029 | Analysis of allocation mediation issues (0.6); call with ad hoc professionals re: same (1.2); update and revise mediation submission draft (0.8) | 2.60 |
| 10/10/12 | KMR | 0029 | Participated in conference call with bondholder representatives (1.2). | 1.20 |
| 10/10/12 | JYS | 0029 | T/C w. bonds re allocation proposal (1.3); Review corr among AG and Capstone re mediation proposal (0.4) | 1.70 |
| 10/10/12 | GDB | 0029 | Emails re UCC mediation draft (0.3) | 0.30 |
| 10/10/12 | MCF | 0029 | Confer w/ B. Kahn re allocation powerpoint (.2); Revise allocation powerpoint (.6); Call with UCC and ad hoc professionals (1.2). | 2.00 |
| 10/10/12 | MCF | 0029 | Coordinate re call with UCC and ad hoc professionals (.4). | 0.40 |
| 10/11/12 | LGB | 0029 | Review draft mediation submission (1.0); e-mail Kahn re comments to same (.1). | 1.10 |
| 10/11/12 | FSH | 0029 | Draft outline of issues (4.0). Communications w/ working group re same and other mediation issues (.7). Work on committee presentation (1.2). | 5.90 |
| 10/11/12 | DHB | 0029 | Extensive communications re Ad Hoc discussions (.5); review new slides and analysis (.3) (.3) (.3); office conference with B. Kahn re same (.3); email communications re tax allocation issues (.2); office conference with K. Rowe re same (.1); telephone call with C. Kearns re new analysis (.4); continue analysis precedent issues and consider same (.7); emails re same (.2). | 3.30 |
| 10/11/12 | BMK | 0029 | TC with E. Vonnegut re: allocation mediation (0.2); draft and edit mediation submission (1.4); emails and tcs with Capstone re: same (0.6); tc with C. Kearns and D. Botter re: same (0.3) | 2.50 |
| 10/11/12 | KMR | 0029 | Reviewed emails and draft documents pertaining to the mediation (0.5). | 0.50 |
| 10/12/12 | SLS | 0029 | Communications with working group regarding allocation submission (.5) | 0.50 |
| 10/12/12 | FSH | 0029 | Conference w/ working group re analysis (1.5). Work on presentation re issues (2.2). Review case law (.4). Confer w/ Capstone re financial items (.4). | 4.50 |
| 10/12/12 | DHB | 0029 | Consider allocation issues and emails re same (.5); extensive emails re same (.4); consider mediation presentation and next steps (.5); emails re US Debtor issues and questions (.3); telephone call with J. Bromley re same (.2). | 1.90 |
| 10/12/12 | BMK | 0029 | TC with N. Levine re: allocation issues (0.4); tc with S. Kuhn re: same (0.1); prepare materials for allocation meeting with Debtors (2.3); research re: same (2.8) | 5.60 |
| 10/12/12 | KMR | 0029 | Reviewed emails and materials relating to allocation. | 1.00 |
| 10/12/12 | SLB | 0029 | Confer w/ B. Kahn re: outstanding research questions (.2); conduct research re: mediation issues (1); prepare brief summary of the same (.3). | 1.50 |
| 10/12/12 | MCF | 0029 | Post-call communications with F. Hodara, D. Botter, B. Kahn, and capstone re allocation issues (.8); Research for F. Hodara re same (1.2); confer w. B.Kahn re research (.3); Research re allocation issues (3.7); Confer w/ F. Hodara and B. Kahn re same (.5). | 6.50 |
| 10/14/12 | FSH | 0029 | Review allocation research (1.0). Work on allocation outline (.8). | 1.80 |
| 10/14/12 | DHB | 0029 | Continue review of applicable precedent re mediation issues. | 1.50 |
| 10/14/12 | MCF | 0029 | Research re allocation issues (1.8); Communications w/ B. Kahn re same (.5) | 2.30 |
| 10/15/12 | LGB | 0029 | Review revised mediation submission (.5). | 0.50 |
| 10/15/12 | FSH | 0029 | Review research on allocation issues (1.8). Work on presentation (5.4). Call w/ Ad Hocs re mediation matters (.7). | 7.90 |
| 10/15/12 | DHB | 0029 | Continue preparation for allocation meeting with Debtors (.5) (.6); office conference with F. Hodara re same (.2); review revised mediation statement (multiple times) (1.0); emails re same (.2); call with Ad Hocs | 3.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 14  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | and follow-up re same (.8). | |
| 10/15/12 | BMK | 0029 | Review and edit draft mediation submission (1.3); emails and tc's with Capstone re: same (0.4); emails and tc's with Akin team re: same (0.3); tc with Milbank re: allocation mediation issues (0.4) | 2.40 |
| 10/15/12 | KMR | 0029 | Reviewed draft mediation statements and related materials (0.7). | 0.70 |
| 10/15/12 | JYS | 0029 | Review revised mediation submission (0.3) | 0.30 |
| 10/15/12 | GDB | 0029 | Emails re UCC mediation submission. | 0.20 |
| 10/16/12 | FSH | 0029 | Final preparation for presentation of issues (2.0). Follow-up on same w/ Committee members (.3). Work on submission (.5). Call w/ Ad Hocs re: allocation and submission issues (.7). Confer w/ BK and DB re: issues (.3). | 3.80 |
| 10/16/12 | DHB | 0029 | Email communications re revisions to mediation statement (.4); review changes thereto (.2); conference call with Ad Hoc professionals re same and next steps and follow-up with F. Hodara and B. Kahn (.8). | 1.40 |
| 10/16/12 | BMK | 0029 | Revise/edit mediation submission (1.1); emails to committee re: same (0.3) | 1.40 |
| 10/16/12 | KMR | 0029 | Reviewed revised drafts of mediation statement. | 0.50 |
| 10/17/12 | LGB | 0029 | Review revised mediation deck (.5); review Milbank comments to same (.4). | 0.90 |
| 10/17/12 | FSH | 0029 | Communications w/ working group re submission (.8). Work on same (.4). Analyze data from NNI (.3). TC A. Pisa (.3). | 1.80 |
| 10/17/12 | AQ | 0029 | Review and analyze Milbank comments to mediation submission. | 0.60 |
| 10/17/12 | DHB | 0029 | Review changes to mediation statement (.5); emails re same (.2) (.1); office conferences with B. Kahn re changes thereto and review language (.2) (.2) and follow-up emails re same (.1) (.2). | 1.50 |
| 10/17/12 | BMK | 0029 | Review and revise mediation submission (2.8); tcs and emails with FMC re: same (0.4); review Milbank comments to same (0.6) | 3.80 |
| 10/17/12 | KMR | 0029 | Reviewed drafts of the mediation statement. | 1.00 |
| 10/17/12 | GDB | 0029 | Reviewing mediation papers. | 0.40 |
| 10/18/12 | LGB | 0029 | Review revised mediation submission. | 0.50 |
| 10/18/12 | FSH | 0029 | Confer w/ D. Botter re NNI communications (.3). Communications w/ working group re next steps (.4). Analyze Ad Hoc comments (.4). Call w/ Capstone re submission (.8). Communications w/ Committee members (.4). Communications w/ Milbank (.3). Work on revised submission (.3). | 2.90 |
| 10/18/12 | DHB | 0029 | Review Milbank comments to presentation and emails re same (.7); conference call with team re same (1.0); email communications re status and statement (.2) (.4) and consider follow-up issues (.4). | 2.70 |
| 10/18/12 | BMK | 0029 | Review and revise mediation submission (0.8); tc with ad hoc professionals re: same (0.7); follow up emails and confs with UCC professionals (0.6) | 2.10 |
| 10/18/12 | KMR | 0029 | Reviewed drafts of mediation statement (0.5); participate in conference call (0.4); reviewed responded to emails re: same (0.4). | 1.30 |
| 10/18/12 | MCF | 0029 | Telephone conference w/ Milbank re mediation submission (.9); Confer w/ F. Hodara + B. Kahn re mediation submission (.3); Research re allocation issues (1.3); Confer w/ B. Kahn re same (.2). | 2.70 |
| 10/19/12 | LGB | 0029 | Review revised mediation submission. | 0.50 |
| 10/19/12 | FSH | 0029 | Work on finalization, submission (1.8). Communications w/ parties re same (.5). | 2.30 |
| 10/19/12 | DHB | 0029 | Extensive communications re mediation statement (.7); review of final statement (.7). | 1.40 |
| 10/19/12 | BMK | 0029 | Finalize mediation document for submission to mediator (2.2); research re: allocation issues (2.7) | 4.90 |
| 10/19/12 | KMR | 0029 | Continued review of draft mediation statements (0.4). | 0.40 |
| 10/19/12 | GDB | 0029 | Emails re UCC mediation materials | 0.60 |
| 10/20/12 | GDB | 0029 | Emails re mediation papers | 0.30 |
| 10/22/12 | FSH | 0029 | Follow-up re submission w/ working group (.4). TC w/ DPW re same | 2.30 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 15
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | (.4). Follow-up w/ DB and C. Kearns (.4). Analyze issues raised by DPW (.4). Conf. call w/ D. Botter, C. Kearns, B. Kahn re mediation issues (.3). TC NNI re same (.4). | |
| 10/22/12 | DHB | 0029 | Email communications re mediation statement issues (.2); call with counsel to mediator re same and follow-up (.5); emails re same (.2) (.2); prepare for call with U.S. Debtors (.3); attend same (.4); emails with Ad Hocs (.2). | 2.00 |
| 10/22/12 | BMK | 0029 | Call with Debtors re: allocation mediation | 0.60 |
| 10/23/12 | FSH | 0029 | Prepare for call w/ Ad Hocs (.2). Attend same (.3). Confer w/ working group re mediation (.4). | 0.90 |
| 10/23/12 | DHB | 0029 | Conference call with Ad Hocs re mediation submission (.3) and follow-up re same (.3). | 0.60 |
| 10/23/12 | BMK | 0029 | Call with Milbank re: allocation mediation | 0.70 |
| 10/23/12 | KMR | 0029 | Discussion with J. Hyland re: allocation/mediation issues (0.3). | 0.30 |
| 10/24/12 | FSH | 0029 | Review Capstone allocation analysis. | 0.50 |
| 10/24/12 | AQ | 0029 | Confer with Capstone re mediation statement. | 0.30 |
| 10/24/12 | AQ | 0029 | Review e-mails re EMEA claim research issues. | 0.20 |
| 10/24/12 | BMK | 0029 | Review Capstone analysis of allocation issues | 0.60 |
| 10/25/12 | SLS | 0029 | Review bondholder submission. | 0.50 |
| 10/25/12 | LGB | 0029 | Review Ad Hoc Noteholders committee's mediation submission (.5); review Hodara e-mail re same (.1). | 0.60 |
| 10/25/12 | FSH | 0029 | Review materials from Ad Hoc Group (.8). Communications w/ working group re same (.6). Analyze and outline mediation issues (1.1). Communications re inquiries from Mediator (.6). Communication w/ Committee member re foregoing (.1). Communications re scheduling (.3). | 3.50 |
| 10/25/12 | AQ | 0029 | E-mails with Akin working group re bondholder mediation statement. | 0.20 |
| 10/25/12 | AQ | 0029 | Review and analyze draft ad hoc committee mediation statement. | 0.50 |
| 10/25/12 | DHB | 0029 | Email communications with Akin working group re mediation issues (.3); begin review of ad hoc statement (.6); emails re same (.2). | 1.10 |
| 10/25/12 | BMK | 0029 | TC with E. Vonnegut re: mediation questions (0.1); follow up emails to Akin team re: same (0.3); review ad hoc submission draft (0.7) | 1.10 |
| 10/25/12 | KMR | 0029 | Reviewed bondholder group's draft mediation submission. | 0.80 |
| 10/26/12 | SLS | 0029 | Participate in pre-call (.3) and call (.9) with ad hocs regarding allocation submission; follow-up re: same (.3). | 1.50 |
| 10/26/12 | FSH | 0029 | Communications w/ working group re issues raised by Ad Hocs and by mediator (1.4). Call w/ Ad Hoc reps (.9). | 2.30 |
| 10/26/12 | AQ | 0029 | Confer with team re comments to ad hoc bondholder. | 0.30 |
| 10/26/12 | AQ | 0029 | Call with Milbank re bondholder mediation brief. | 0.90 |
| 10/26/12 | DHB | 0029 | Continue review of ad hoc presentation and emails re same (1.1); pre-call re same (.3); call with ad-hoc profs and follow-up re same (.9). | 2.30 |
| 10/26/12 | BMK | 0029 | Review ad hoc submission (0.3); call with UCC professionals re: same (0.3); call with ad hoc professionals re: same (0.9); follow up emails from Capstone re: same (0.3) | 1.80 |
| 10/26/12 | KMR | 0029 | Continued review of draft mediation submission from the bondholders and related emails (1.1); attended meetings re: same (.9). | 2.00 |
| 10/26/12 | GDB | 0029 | Emails re mediation submissions (0.2) | 0.20 |
| 10/26/12 | MCF | 0029 | Coordinate re call with ad hocs (.5) | 0.50 |
| 10/26/12 | MCF | 0029 | Review Ad Hocs' Mediation Submission (1.7) and emails re same (.3); Participate in call w/ Ad Hocs' Professionals (.9) and pre-call discussion with Capstone (.3) re same | 3.20 |
| 10/27/12 | FSH | 0029 | Call w/ J. Bromley re status. | 0.60 |
| 10/27/12 | DHB | 0029 | Call with Bromley re mediation status (.5). | 0.50 |
| 10/29/12 | FSH | 0029 | Prep for call w/ DPW re mediation issues (.3). Work on bases (.4). Attend call w/ DPW (.6). | 1.30 |
| 10/29/12 | BMK | 0029 | TC with F. Hodara, D. Botter, C. Kearns and E. Vonnegut re: allocation mediation | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 16  
November 15, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 10/29/12 | KMR | 0029 | Reviewed allocation issues (0.3), reviewed MRDA in connection with mediation briefs (0.5). | 0.80 |
| 10/31/12 | DHB | 0029 | Review UK comity decision and emails with Frasers re same. | 0.50 |
| | | | Total Hours | 802.80 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| L G BECKERMAN | 50.50 | at | $995.00 | = | $50,247.50 |
| F S HODARA | 84.50 | at | $1050.00 | = | $88,725.00 |
| A QURESHI | 14.40 | at | $825.00 | = | $11,880.00 |
| D H BOTTER | 59.90 | at | $975.00 | = | $58,402.50 |
| S L SCHULTZ | 11.00 | at | $775.00 | = | $8,525.00 |
| A S LILLING | 37.50 | at | $625.00 | = | $23,437.50 |
| K M ROWE | 51.40 | at | $705.00 | = | $36,237.00 |
| A L KOO | 27.50 | at | $625.00 | = | $17,187.50 |
| T D FEUERSTEIN | 2.20 | at | $630.00 | = | $1,386.00 |
| G D BELL | 3.90 | at | $695.00 | = | $2,710.50 |
| J P RUBIN | 1.00 | at | $600.00 | = | $600.00 |
| B M KAHN | 115.50 | at | $575.00 | = | $66,412.50 |
| J Y STURM | 42.00 | at | $600.00 | = | $25,200.00 |
| L B HARMON | 13.50 | at | $410.00 | = | $5,535.00 |
| S L BRAUNER | 7.10 | at | $425.00 | = | $3,017.50 |
| A S KROTMAN | 15.30 | at | $475.00 | = | $7,267.50 |
| M C FAGEN | 79.20 | at | $375.00 | = | $29,700.00 |
| D Z VIRA | 9.10 | at | $630.00 | = | $5,733.00 |
| R J COLLINS | 15.50 | at | $310.00 | = | $4,805.00 |
| K FOSTER | 89.40 | at | $275.00 | = | $24,585.00 |
| E A MISHAN | 10.10 | at | $350.00 | = | $3,535.00 |
| P J SPROFERA | 3.10 | at | $270.00 | = | $837.00 |
| D B IOFE | 12.00 | at | $225.00 | = | $2,700.00 |
| D KRASA-BERSTELL | 7.80 | at | $235.00 | = | $1,833.00 |
| J L CUATT | 22.90 | at | $210.00 | = | $4,809.00 |
| M D WEIN | 2.50 | at | $200.00 | = | $500.00 |
| J A SAMPER | 14.00 | at | $215.00 | = | $3,010.00 |

Current Fees $488,818.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Lexis | $1,101.61 |
| Computerized Legal Research - Westlaw | $3,717.42 |
| Document Retrieval | $310.80 |
| Duplication - In House | $3.60 |
| Document Production - In House | $125.00 |
| Meals (100%) | $984.57 |
| Audio and Web Conference Services | $3,605.18 |
| Travel - Airfare | $8.15 |
| Travel - Ground Transportation | $1,086.38 |
| Travel - Train Fare | $314.00 |

Current Expenses $11,256.71

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 17  
November 15, 2012

**Total Amount of This Invoice**                                                                $500,074.71