Exhibit C

## DISBURSEMENT SUMMARY
## OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $5,129.83 |
| Conference Call /Telephone/Video Conferencing | $3,605.18 |
| Duplicating (billed at $.10 per page) | $128.60 |
| Meals/Committee Meeting Expenses | $984.57 |
| Travel Expenses – Airfare Charges | $8.15 |
| Travel Expenses – Ground Transportation | $1,086.38 |
| Travel Expenses – Train Fare | $314.00 |
| TOTAL | $11,256.71 |