Exhibit D

**Akin Gump**
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX 75082

| | |
|---|---|
| Invoice Number | 1451913 |
| Invoice Date | 11/15/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 10.00 | $2,762.50 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 5.70 | $3,034.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 1.20 | $927.50 |
| 0007 | Creditors Committee Meetings | 117.00 | $83,221.00 |
| 0008 | Court Hearings | 3.50 | $2,879.50 |
| 0012 | General Claims Analysis/Claims Objections | 21.20 | $13,008.00 |
| 0014 | Canadian Proceedings/Matters | 5.00 | $4,395.00 |
| 0017 | General Adversary Proceedings | 56.10 | $23,722.50 |
| 0018 | Tax Issues | 31.80 | $18,930.00 |
| 0019 | Labor Issues/Employee Benefits | 306.50 | $151,890.50 |
| 0022 | Plan, Disclosure Statement and Plan Related Documentation | 1.60 | $560.00 |
| 0024 | Asset/Stock Transaction/Business Liquidations | 6.30 | $4,078.50 |
| 0025 | Travel | 4.50 | $1,012.50 |
| 0028 | Non-Debtor Affiliates | 0.10 | $105.00 |
| 0029 | Intercompany Analysis | 232.30 | $178,291.00 |
| | TOTAL | 802.80 | $488,818.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 2
November 15, 2012

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 08/21/12 | Travel - Airfare VENDOR: DINERS CLUB INVOICE#: SEP12-53062500000206 DATE: 9/25/2012 PASSENGER: Botter David H TICKET #: 7125608643 DEPARTURE DATE: 08/21/2012 ROUTE: YYZ/LGA | $8.15 |
| 09/04/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $1.05 |
| 09/04/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $18.74 |
| 09/06/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $5.30 |
| 09/10/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $7.41 |
| 09/11/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.85 |
| 09/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP12-53062500000206 DATE: 9/25/2012 PASSENGER: Beckerman Lisa TICKET #: 0578967816 DEPARTURE DATE: 09/18/2012 ROUTE: NYP/WIL/NYP | $37.00 |
| 09/18/12 | Travel - Train Fare VENDOR: DINERS CLUB INVOICE#: SEP12-53062500000206 DATE: 9/25/2012 PASSENGER: Beckerman Lisa TICKET #: DEPARTURE DATE: 09/19/2012 ROUTE: NYP/WIL/NYP | $277.00 |
| 09/18/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1151077 DATE: 10/17/2012 Vendor: Dial Car Voucher #: DLA3563631 Date: 09/18/2012 Name: | $21.22 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 3
November 15, 2012

| Date | Description | Amount |
|---|---|---|
| 09/19/12 | Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3563631 Date: 09/18/2012 Name: Austin Lilling | |
| | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $16.02 |
| 09/20/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $2.21 |
| 09/20/12 | Audio and Web Conference Services VENDOR: GLOBAL CROSSING CONFERENCING INVOICE#: 9033943425 DATE: 9/24/2012 Multi-office omnibus teleconference invoice. Account# 205134736 | $7.72 |
| 09/24/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.00 |
| 10/01/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1271090 DATE: 10/7/2012 Lilling Austin - Baja Fresh Broadway) - 10/01/2012 | $23.50 |
| 10/01/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1271090 DATE: 10/7/2012 Fagen Matthew - Aru Sushi - 10/01/2012 | $21.00 |
| 10/01/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1151098 DATE: 10/17/2012 Vendor: Dial Car Voucher #: DLA3675660 Date: 10/01/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3675660 Date: 10/01/2012 Name: Austin Lilling | $192.23 |
| 10/01/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 691884 DATE: 10/19/2012 Vendor: Executive Royal Voucher #: 376861 Date: 10/01/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 376861 Date: 10/01/2012 Name: Fred Hodara | $44.61 |
| 10/02/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/2/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.46 |
| 10/02/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1150996 DATE: 10/10/2012 Vendor: Dial Car Voucher #: DLRVTDC371C8 Date: 10/02/2012 | $133.92 |

| Date | Description | Amount |
|---|---|---|
| 10/02/12 | Name: David Botter\|\|Car Service, Vendor: Dial Car Voucher #: DLRVTDC371C8 Date: 10/02/2012 Name: David Botter | |
| 10/02/12 | Document Production - In House REQUESTOR: B KAHN; DESCRIPTION: COLOR COPIES; QUANTITY: 1250; DATE ORDERED: 10/2/12 | $125.00 |
| 10/02/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1271090 DATE: 10/7/2012 Fagen Matthew - !Savory - 10/02/2012 | $29.17 |
| 10/02/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 691634 DATE: 10/11/2012 Vendor: Executive Royal Voucher #: 395883 Date: 10/02/2012 Name: Gina Lewis\|\|Car Service, Vendor: Executive Royal Voucher #: 395883 Date: 10/02/2012 Name: Gina Lewis | $53.54 |
| 10/02/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $9.50 |
| 10/03/12 | Computerized Legal Research - Westlaw User: MISHAN,EDDIE Date: 10/3/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $42.24 |
| 10/03/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1271090 DATE: 10/7/2012 Fagen Matthew - Aru Sushi - 10/03/2012 | $21.00 |
| 10/03/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $9.50 |
| 10/04/12 | Computerized Legal Research - Westlaw User: MISHAN,EDDIE Date: 10/4/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $151.88 |
| 10/04/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 7.0 | $94.50 |
| 10/04/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.0 | $94.50 |
| 10/04/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.0 | $13.95 |
| 10/04/12 | Meals (100%) 10/2/12 P Sanchez - In-person committee meeting - breakfast (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: | $273.28 |

| Date | Description | Amount |
|---|---|---|
| 10/04/12 | 2033800209; DATE: 10/4/2012 Meals (100%) 10/2/12  M Fagen - In-person committee meeting Lunch (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800209; DATE: 10/4/2012 | $248.24 |
| 10/05/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 10/5/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $14.08 |
| 10/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 10001-01001-12; DATE: 10/5/2012 | $3,543.88 |
| 10/05/12 | Document Retrieval  In Various Courts - 7/1/12 - 9/30/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0054-Q32012; DATE: 10/5/2012  - Account ID AG0054 | $298.80 |
| 10/05/12 | Document Retrieval  Court Docket - 7/1/12-9/30/12 VENDOR: PACER SERVICE CENTER; INVOICE#: AG0381-Q32012; DATE: 10/5/2012  - Account ID: AG0381 | $12.00 |
| 10/08/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 10/8/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $23.46 |
| 10/08/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: DOCUMENT PRINTING; Quantity: 2.0 | $27.00 |
| 10/08/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SEARCHES; Quantity: 1.0 | $108.00 |
| 10/08/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.0 | $81.00 |
| 10/08/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN  MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 10/08/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1275872 DATE: 10/14/2012 Fagen Matthew - Breeze Thai  French Kitchen - 10/08/2012 | $21.32 |
| 10/09/12 | Meals (100%)  VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1275872 DATE: 10/14/2012 Fagen Matthew - A La Mode Oriental Brought to You by New York Thai Grill) - 10/09/2012 | $21.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 6
November 15, 2012

| Date | Description | Amount |
|---|---|---|
| 10/10/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/10/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $44.79 |
| 10/10/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $54.00 |
| 10/10/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.0 | $67.50 |
| 10/11/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1275872 DATE: 10/14/2012 Fagen Matthew - Aru Sushi - 10/11/2012 | $26.42 |
| 10/11/12 | Meals (100%) 10/10/12 M Fagen - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800210; DATE: 10/11/2012 | $116.93 |
| 10/12/12 | Computerized Legal Research - Westlaw User: BRAUNER,SARA Date: 10/12/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,481.84 |
| 10/12/12 | Computerized Legal Research - Westlaw User: FAGEN,MATTHEW Date: 10/12/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $135.67 |
| 10/12/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/12/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $334.05 |
| 10/12/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 10/12/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 1.0 | $90.90 |
| 10/12/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 10.0 | $135.00 |
| 10/12/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 10/12/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1275872 DATE: 10/14/2012 | $24.57 |

| Date | Description | Amount |
|---|---|---|
| | Catering Akin Gump - Kosher Deluxe - 10/12/2012 | |
| 10/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SEARCHES; Quantity: 2.0 | $253.80 |
| 10/14/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $54.00 |
| 10/15/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/15/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $161.69 |
| 10/15/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Kahn Brad - Â¡Whym! Restaurant - 10/15/2012 | $34.46 |
| 10/15/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Fagen Matthew - Breeze Thai French Kitchen - 10/15/2012 | $19.31 |
| 10/15/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692135 DATE: 10/26/2012 Vendor: Executive Royal Voucher #: 428151 Date: 10/15/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 428151 Date: 10/15/2012 Name: Fred Hodara | $33.58 |
| 10/16/12 | Computerized Legal Research - Westlaw User: KRASA-BERSTELL,DAGMARA Date: 10/16/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $239.34 |
| 10/16/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Fagen Matthew - Chop't Creative Salad Co. Times Square) - 10/16/2012 | $13.05 |
| 10/16/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Lilling Austin - Kodama Japanese - 10/16/2012 | $31.33 |
| 10/16/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.00 |
| 10/17/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/17/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $565.28 |
| 10/17/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692135 DATE: 10/26/2012 | $67.99 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE
Invoice Number: 1451913

Page 8
November 15, 2012

| Date | Description | Amount |
|---|---|---|
| 10/18/12 | Vendor: Executive Royal Voucher #: 331183 Date: 10/17/2012 Name: Lisa Beckerman||Car Service, Vendor: Executive Royal Voucher #: 331183 Date: 10/17/2012 Name: Lisa Beckerman Duplication - In House Photocopy - Wein, Matthew, NY, 36 page(s) | $3.60 |
| 10/18/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Fagen Matthew - !Savory - 10/18/2012 | $23.78 |
| 10/18/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Collins Russell - Szechuan Gourmet - 10/18/2012 | $17.73 |
| 10/18/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692135 DATE: 10/26/2012 Vendor: Executive Royal Voucher #: 386778 Date: 10/18/2012 Name: Lisa Beckerman||Car Service, Vendor: Executive Royal Voucher #: 386778 Date: 10/18/2012 Name: Lisa Beckerman | $67.99 |
| 10/19/12 | Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/19/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $98.12 |
| 10/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152214 DATE: 10/31/2012 Vendor: Dial Car Voucher #: DLA3604899 Date: 10/20/2012 Name: Austin Lilling||Car Service, Vendor: Dial Car Voucher #: DLA3604899 Date: 10/20/2012 Name: Austin Lilling | $192.53 |
| 10/21/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1277294 DATE: 10/21/2012 Cuatt Jennifer - Cafe O - 10/21/2012 | $17.88 |
| 10/22/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692135 DATE: 10/26/2012 Vendor: Executive Royal Voucher #: 383773 Date: 10/22/2012 Name: Lisa Beckerman||Car Service, Vendor: Executive Royal Voucher #: 383773 Date: 10/22/2012 Name: Lisa Beckerman | $67.99 |
| 10/22/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692402 DATE: 11/2/2012 Vendor: Executive Royal Voucher #: 381210 Date: 10/22/2012 Name: Fred Hodara||Car Service, Vendor: Executive Royal Voucher #: 381210 Date: | $35.80 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1451913

Page 9  
November 15, 2012

| Date | Description | Amount |
|---|---|---|
| 10/24/12 | 10/22/2012 Name: Fred Hodara<br>Computerized Legal Research - Westlaw User: KAHN,BRAD Date: 10/24/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $77.22 |
| 10/24/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 10/24/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $63.04 |
| 10/26/12 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 10/26/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $261.26 |
| 10/28/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692402 DATE: 11/2/2012 Vendor: Executive Royal Voucher #: 428250 Date: 10/28/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 428250 Date: 10/28/2012 Name: Lisa Beckerman | $67.99 |
| 10/28/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692402 DATE: 11/2/2012 Vendor: Executive Royal Voucher #: 385054 Date: 10/28/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Executive Royal Voucher #: 385054 Date: 10/28/2012 Name: Lisa Beckerman | $67.99 |

Current Expenses                                                                 $11,256.71

**Total Amount of This Invoice**                                                 $500,074.71