Exhibit E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 50.50 | $50,247.50 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 59.90 | $58,402.50 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 84.50 | $88,725.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 14.40 | $11,880.00 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 11.00 | $8,525.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 37.50 | $23,437.50 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 51.40 | $36,237.00 |
| Tony D. Feuerstein | Counsel for 4 years; Admitted in 2003; Corporate department | $630 | 2.20 | $1,386.00 |
| Angeline L. Koo | Counsel for 2 years; Admitted in 2005; Litigation Department | $625 | 27.50 | $17,187.50 |
| Jason P. Rubin | Counsel for 1 year; Admitted in 2005; Financial Restructuring Department | $600 | 1.00 | $600.00 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $695 | 3.90 | $2,710.50 |

103802845 v1

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Daniel Z. Vira | Senior Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 9.10 | $5,733.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 7.10 | $3,017.50 |
| Matthew C. Fagen | Associate for 1 years; Not Yet Admitted; Financial Restructuring Department | $375 | 79.20 | $29,700.00 |
| Lindsay B. Harmon | Associate for 3 years; Admitted in 2009; Litigation Department | $410 | 13.50 | $5,535.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 115.50 | $66,412.50 |
| Adam S. Krotman | Associate for 3 years; Admitted in 2010; Tax Department | $475 | 15.30 | $7,267.50 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 42.00 | $25,200.00 |
| Russell J. Collins | Staff Attorney for 5 years; Admitted in 1998; Litigation Department | $310 | 15.50 | $4,805.00 |
| Kemoy Foster | Staff Attorney for 2 years; Admitted in 2007; Litigation Department | $275 | 89.40 | $24,585.00 |
| Edward A. Mishan | Law Clerk for 1 year; Financial Restructuring Department | $350 | 10.10 | $3,535.00 |
| Jennifer L. Cuatt | Legal Assistant for 6 years; Litigation Department | $210 | 22.90 | $4,809.00 |
| Dmitry B Iofe | Legal Assistant for 3 years; Litigation Department | $225 | 12.00 | $2,700.00 |
| Dagmara Krasa-Berstell | Legal Assistant for 22 years; Financial Restructuring Department | $235 | 7.80 | $1,833.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 14.00 | $3,010.00 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 3.10 | $837.00 |
| Matthew D. Wein | Legal Assistant for 1 year; Litigation Department | $200 | 2.50 | $500.00 |

Total Amount of Fees:      $488,818.00
Total Number of Hours:   802.80
Blended Hourly Rate:       $608.89

103802845 v1