# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $332.75 |
| Photos/Art/ Spec Duplicating | Out of Office | 5,178.12 |
| Messenger Service | | 135.00 |
| Courier/Delivery Service | | 4,133.11 |
| Computer Research | Westlaw | 227.14 |
| Secretarial Overtime | | 80.00 |
| In House Duplicating | | 813.40 |
| Postage | | 3.30 |
| Facsimile | | 2,052.50 |
| Conference Calls | | 72.86 |
| **Grand Total Expenses** | | **$13,028.18** |

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 977793 | 10/11/12 | B | 332.75 | Transcripts - DIAZ DATA SERVICES` CASE NO. 09-10138 - TRANSCRIPT - 10/11/2012 | 506 | 904 | 190794 |
| 977771 | 10/12/12 | B | 1,426.73 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC.` BANKRUPTCY SERVICE COPIES - 10/12/2012 | 510 | 904 | 190778 |
| 979033 | 10/16/12 | B | 2,859.81 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT/ INCLUDES STUFFING AND METERING, ENVELOPE, HAND DELIVERY, AND VARIOUS POSTAGE | 510 | 904 | 190969 |
| 978933 | 10/17/12 | B | 891.58 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT/ INCLUDES STUFFING AND METERING, ENVELOPE, HAND DELIVERY, AND VARIOUS POSTAGE | 510 | 684 | 190940 |
| 979058 | 09/04/12 | B | 3.00 | Messenger Service | 513S | 546 | |
| 979123 | 09/05/12 | B | 3.00 | Messenger Service | 513S | 546 | |
| 979130 | 09/05/12 | B | 3.00 | Messenger Service | 513S | 546 | |
| 979207 | 09/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979233 | 09/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979239 | 09/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979250 | 09/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979256 | 09/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979270 | 09/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979272 | 09/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979288 | 09/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979312 | 09/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978434 | 09/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978458 | 09/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978479 | 09/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978506 | 10/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978519 | 10/01/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978546 | 10/02/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978556 | 10/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978562 | 10/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978585 | 10/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978586 | 10/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978593 | 10/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978633 | 10/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978634 | 10/10/12 | B | 3.00 | Messenger Service | 513S | 000 | |

```
Nortel Networks, Inc.                        PROFORMA  308804            AS OF 10/31/12              INVOICE# ******
63989-DIP
DATE: 11/20/12 14:59:43
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 978661 | 10/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978662 | 10/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978670 | 10/11/12 | B | 3.00 | Messenger Service | 513S | 594 | |
| 978672 | 10/11/12 | B | 3.00 | Messenger Service | 513S | 594 | |
| 978704 | 10/15/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 978706 | 10/15/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 978719 | 10/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978722 | 10/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978743 | 10/17/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978730 | 10/17/12 | B | 3.00 | Messenger Service | 513S | 904 | |
| 978761 | 10/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978765 | 10/18/12 | B | 3.00 | Messenger Service | 513S | 203 | |
| 978779 | 10/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978783 | 10/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 978793 | 10/22/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 979415 | 09/18/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - 09/18/12 | 514 | 000 | 191005 |
| 979416 | 09/18/12 | B | 53.25 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - 09/18/12 | 514 | 000 | 191005 |
| 977377 | 10/01/12 | B | 120.32 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190733 |
| 975332 | 10/01/12 | B | 32.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190488 |
| 975343 | 10/01/12 | B | 35.98 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 190490 |
| 975249 | 10/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975250 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975251 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975252 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975253 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975254 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975334 | 10/01/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 190489 |
| 975335 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190489 |
| 975315 | 10/01/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975316 | 10/01/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975317 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975318 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975319 | 10/01/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975320 | 10/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975309 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975310 | 10/01/12 | B | 17.18 | Courier/Delivery Service | 514 | 322 | 190486 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/20/12 14:59:43

PROFORMA  308804                    AS OF 10/31/12                    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 975311 | 10/01/12 | B | 25.44 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975312 | 10/01/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975313 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975314 | 10/01/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975303 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975304 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975305 | 10/01/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975306 | 10/01/12 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975307 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975308 | 10/01/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975297 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975298 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975299 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975300 | 10/01/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975301 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975302 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975291 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975292 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975293 | 10/01/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975294 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975295 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975296 | 10/01/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975285 | 10/01/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975286 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975287 | 10/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975288 | 10/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975289 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975290 | 10/01/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975279 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975280 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975281 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975282 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975283 | 10/01/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975284 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975273 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975274 | 10/01/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975275 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975276 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |

Nortel Networks, Inc.
63989-DIP
DATE: 11/20/12 14:59:43

PROFORMA 308804 AS OF 10/31/12 INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 975277 | 10/01/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975278 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975267 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975268 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975269 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975270 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975271 | 10/01/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975272 | 10/01/12 | B | 25.72 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975261 | 10/01/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975262 | 10/01/12 | B | 35.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975263 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975264 | 10/01/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975265 | 10/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975266 | 10/01/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975255 | 10/01/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975256 | 10/01/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975257 | 10/01/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975258 | 10/01/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975259 | 10/01/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 190486 |
| 975260 | 10/01/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 190486 |
| 978271 | 10/08/12 | B | 61.04 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190855 |
| 978272 | 10/10/12 | B | 26.50 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190855 |
| 978273 | 10/11/12 | B | 22.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190855 |
| 977770 | 10/12/12 | B | 170.00 | Courier/Delivery Service - PARCELS INC.` MULTIPLE INNER CITY DELIVERIES - 10/12/2012 | 514 | 594 | 190777 |
| 979096 | 10/15/12 | B | 13.80 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 190993 |
| 980833 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980834 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980835 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980836 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980837 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980751 | 10/16/12 | B | 17.18 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980752 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980753 | 10/16/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980845 | 10/16/12 | B | 35.24 | Courier/Delivery Service | 514 | 322 | 191019 |
| 980842 | 10/16/12 | B | 56.77 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 191018 |
| 980827 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980828 | 10/16/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 191017 |

```
Nortel Networks, Inc.                                           PROFORMA  308804       AS OF 10/31/12                        INVOICE# ******
63989-DIP
DATE: 11/20/12 14:59:43
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 980829 | 10/16/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980830 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980831 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980832 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980821 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980822 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980823 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980824 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980825 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980826 | 10/16/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980815 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980816 | 10/16/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980817 | 10/16/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980818 | 10/16/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980819 | 10/16/12 | B | 25.72 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980820 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980809 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980810 | 10/16/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980811 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980812 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980813 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980814 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980803 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980804 | 10/16/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980805 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980806 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980807 | 10/16/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980808 | 10/16/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980796 | 10/16/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980798 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980799 | 10/16/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980800 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980801 | 10/16/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980802 | 10/16/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980790 | 10/16/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980791 | 10/16/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980792 | 10/16/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 191017 |
| 980793 | 10/16/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 191017 |

```
Nortel Networks, Inc.                                         PROFORMA  308804      AS OF 10/31/12                  INVOICE# ******
63989-DIP
DATE: 11/20/12 14:59:43

INDEX      DATE      STAT      AMOUNT   DESCRIPTION                                                  CODE    TKPER    VOUCHER
980794   10/16/12     B         24.24   Courier/Delivery Service                                     514      322     191017
980795   10/16/12     B         21.80   Courier/Delivery Service                                     514      322     191017
980784   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980785   10/16/12     B         20.59   Courier/Delivery Service                                     514      322     191017
980786   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980787   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980788   10/16/12     B         21.91   Courier/Delivery Service                                     514      322     191017
980789   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980778   10/16/12     B         21.80   Courier/Delivery Service                                     514      322     191017
980779   10/16/12     B         27.93   Courier/Delivery Service                                     514      322     191017
980780   10/16/12     B         21.91   Courier/Delivery Service                                     514      322     191017
980781   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980782   10/16/12     B         24.24   Courier/Delivery Service                                     514      322     191017
980783   10/16/12     B         21.91   Courier/Delivery Service                                     514      322     191017
980772   10/16/12     B         21.80   Courier/Delivery Service                                     514      322     191017
980773   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980774   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980775   10/16/12     B         25.44   Courier/Delivery Service                                     514      322     191017
980776   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980777   10/16/12     B         15.74   Courier/Delivery Service                                     514      322     191017
980766   10/16/12     B         24.28   Courier/Delivery Service                                     514      322     191017
980767   10/16/12     B         24.24   Courier/Delivery Service                                     514      322     191017
980768   10/16/12     B         15.74   Courier/Delivery Service                                     514      322     191017
980769   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980770   10/16/12     B         20.59   Courier/Delivery Service                                     514      322     191017
980771   10/16/12     B         20.59   Courier/Delivery Service                                     514      322     191017
980760   10/16/12     B         24.24   Courier/Delivery Service                                     514      322     191017
980761   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980762   10/16/12     B         12.34   Courier/Delivery Service                                     514      322     191017
980763   10/16/12     B         12.34   Courier/Delivery Service                                     514      322     191017
980764   10/16/12     B         24.24   Courier/Delivery Service                                     514      322     191017
980765   10/16/12     B         21.91   Courier/Delivery Service                                     514      322     191017
980754   10/16/12     B         23.99   Courier/Delivery Service                                     514      322     191017
980755   10/16/12     B         25.59   Courier/Delivery Service                                     514      322     191017
980756   10/16/12     B         22.03   Courier/Delivery Service                                     514      322     191017
980757   10/16/12     B         18.11   Courier/Delivery Service                                     514      322     191017
980758   10/16/12     B         23.11   Courier/Delivery Service                                     514      322     191017
980759   10/16/12     B         21.80   Courier/Delivery Service                                     514      322     191017
```

```
Nortel Networks, Inc.                              PROFORMA  308804      AS OF 10/31/12                INVOICE#  ******
63989-DIP
DATE: 11/20/12 14:59:43

INDEX      DATE      STAT    AMOUNT    DESCRIPTION                                                      CODE    TKPER    VOUCHER
980844    10/17/12    B       12.34    Courier/Delivery Service                                          514     322     191019
979097    10/17/12    B       58.40    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514     000     190993
981314    10/24/12    B        6.90    Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC             514     000     191118
982398    11/05/12    B       53.04    Courier/Delivery Service - FEDERAL EXPRESS CORP.                  514     000     191303
976147    10/04/12    B       32.71    Computer Research - Westlaw Search Performed by:                  515     000
                                       MINOTT,TAMARA
978826    10/08/12    B       31.59    Computer Research - Westlaw Search Performed by: FAY,ERIN         515     959
978827    10/09/12    B       14.31    Computer Research - Westlaw Search Performed by: FAY,ERIN         515     959
979478    10/15/12    B       84.65    Computer Research - Westlaw Search Performed by:                  515     000
                                       PRINT,WESTLAW CASE
979575    10/22/12    B       63.88    Computer Research - Westlaw Search Performed by: CORDO,ANN        515     904
979374    10/04/12    B       80.00    Secretarial Overtime                                              516S    626
974436    10/01/12    B      179.30    In-House Duplicating                                              519     684
974437    10/01/12    B        2.10    In-House Duplicating                                              519     684
974599    10/01/12    B       92.00    In-House Duplicating                                              519     691
974878    10/02/12    B       13.00    In-House Duplicating                                              519     691
974877    10/02/12    B        0.30    In-House Duplicating                                              519     971
974971    10/04/12    B       16.80    In-House Duplicating                                              519     684
974972    10/04/12    B        4.00    In-House Duplicating                                              519     684
975655    10/08/12    B      114.00    In-House Duplicating                                              519     684
975656    10/08/12    B        1.00    In-House Duplicating                                              519     684
976576    10/11/12    B       22.00    In-House Duplicating                                              519     691
976577    10/11/12    B        1.30    In-House Duplicating                                              519     691
976407    10/11/12    B        0.70    In-House Duplicating                                              519     594
976579    10/12/12    B        3.90    In-House Duplicating                                              519     594
976578    10/12/12    B       34.00    In-House Duplicating                                              519     626
977035    10/15/12    B        6.60    In-House Duplicating                                              519     691
976781    10/15/12    B        7.80    In-House Duplicating                                              519     684
977036    10/16/12    B        6.60    In-House Duplicating                                              519     684
977037    10/16/12    B        3.80    In-House Duplicating                                              519     684
977038    10/16/12    B       25.30    In-House Duplicating                                              519     684
977039    10/16/12    B       12.80    In-House Duplicating                                              519     684
977040    10/16/12    B        7.80    In-House Duplicating                                              519     684
979708    10/16/12    B        0.90    In-House Duplicating                                              519     691
979709    10/17/12    B        0.70    In-House Duplicating                                              519     684
979813    10/17/12    B        5.60    In-House Duplicating                                              519     691
979814    10/17/12    B        1.60    In-House Duplicating                                              519     691
979815    10/18/12    B        2.40    In-House Duplicating                                              519     684
```

```
Nortel Networks, Inc.                                                                                    INVOICE# ******
63989-DIP                              PROFORMA  308804                AS OF 10/31/12
DATE: 11/20/12 14:59:43
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 980041 | 10/22/12 | B | 21.20 | In-House Duplicating | 519 | 684 | |
| 980154 | 10/23/12 | B | 1.60 | In-House Duplicating | 519 | 691 | |
| 980262 | 10/24/12 | B | 0.30 | In-House Duplicating | 519 | 691 | |
| 980263 | 10/24/12 | B | 32.20 | In-House Duplicating | 519 | 605 | |
| 980374 | 10/25/12 | B | 4.00 | In-House Duplicating | 519 | 637 | |
| 980517 | 10/31/12 | B | 18.00 | In-House Duplicating | 519 | 605 | |
| 978803 | 09/18/12 | B | 3.30 | Postage | 520 | 000 | |
| 977465 | 10/01/12 | B | 1,002.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 10/01/2012 | 522H | 904 | 190764 |
| 979034 | 10/16/12 | B | 1,034.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST | 522H | 904 | 190970 |
| 978934 | 10/17/12 | B | 15.75 | Facsimile - DIGITAL LEGAL SERVICES LLC` BROADCAST FAX | 522H | 684 | 190941 |
| 974600 | 10/01/12 | B | 10.85 | In-House Printing - black & white | 541 | 691 | |
| 974973 | 10/04/12 | B | 1.90 | In-House Printing - black & white | 541 | 959 | |
| 975657 | 10/08/12 | B | 11.50 | In-House Printing - black & white | 541 | 626 | |
| 976273 | 10/10/12 | B | 3.60 | In-House Printing - black & white | 541 | 691 | |
| 976408 | 10/11/12 | B | 1.95 | In-House Printing - black & white | 541 | 594 | |
| 976580 | 10/12/12 | B | 9.45 | In-House Printing - black & white | 541 | 626 | |
| 977041 | 10/16/12 | B | 92.40 | In-House Printing - black & white | 541 | 454 | |
| 979710 | 10/16/12 | B | 18.15 | In-House Printing - black & white | 541 | 691 | |
| 979816 | 10/18/12 | B | 2.70 | In-House Printing - black & white | 541 | 203 | |
| 979902 | 10/19/12 | B | 4.80 | In-House Printing - black & white | 541 | 959 | |
| 976274 | 10/10/12 | B | 12.00 | In-House Printing - color | 542 | 637 | |
| 976581 | 10/12/12 | B | 0.25 | In-House Printing - color | 542 | 594 | |
| 979711 | 10/16/12 | B | 0.25 | In-House Printing - color | 542 | 691 | |
| 981634 | 08/08/12 | B | 64.25 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 191168 |
| 978310 | 10/12/12 | B | 8.61 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 190881 |
|  |  |  | _____ |  |  |  |  |
|  |  |  | 13,028.18 |  |  |  |  |