IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Nortel Networks Inc. et al.,[1] | ) | Case No. 09-10138 (KG) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Hearing Date: Dec. 18, 2012 at 10:00 a.m.** (ET) |
|  | ) |  |

**NOTICE OF FIFTEENTH INTERIM FEE APPLICATION REQUEST**

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 22, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2012 through October 31, 2012[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,261,324.75 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $42,732.41 |

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Akin Gump Strauss Hauer & Feld LLP's August, September and October, 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 10/19/12 Docket No. 8752 | 8/1/12 – 8/31/12 | $428,364.50 | $14,344.19 | $342,691.60 | $14,344.19 | $85,672.90 |
| Date Filed: 11/8/12 Docket No. 8909 | 9/1/12 – 9/30/12 | $344,142.25 | $17,131.51 | Pending Obj deadline $275,313.80 | Pending Obj deadline $17,131.51 | $68,828.45 |
| Date Filed: 11/20/12 Docket No. N/A | 10/1/12 – 10/31/12 | $488,818.00 | $11,256.71 | Pending Obj deadline $391,054.40 | Pending Obj deadline $11,256.71 | $97,763.60 |
| TOTALS: | | $1,261,324.75 | $42,732.41 | $1,009,059.80[3] | $42,732.41[4] | $252,264.95 |

Summary of any Objections to Fee Applications:  None.

Dated: November 20, 2012
      New York, New York

Fred S. Hodara (*pro hac vice*)
David H. Botter (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000

Counsel to the Official Committee of Unsecured
Creditors of Nortel Networks Inc., *et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.