IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| Nortel Networks Inc., et al.,[1] | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 290 |
| | ) | |

**SUPPLEMENTAL DECLARATION OF JAY I. BOROW IN CONNECTION
WITH THE APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT
AND RETENTION OF CAPSTONE ADVISORY GROUP, LLC AS FINANCIAL
ADVISOR, NUNC PRO TUNC TO JANUARY 26, 2009**

**JAY I. BOROW**, hereby declares:

1.      I am a member of the firm and Executive Director of Capstone Advisory Group,

LLC ("Capstone"), a professional services firm with offices located at 104 West 40th Street, 16th

Floor, New York, New York 10018.

2.      I am familiar with the matters set forth herein and make this supplemental

declaration (the "Supplemental Declaration") in connection with Capstone's role as financial

advisor to the Official Committee of Unsecured Creditors (the "Committee") of Nortel Networks

Inc., et al. (collectively, the "Debtors"). The purpose of this Supplemental Declaration is to

fulfill Capstone's continuing obligation to update its disclosures as set forth in the Application of

the Official Committee of Unsecured Creditors for Order Authorizing the Employment and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number,
are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769);
Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251);
Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical
Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel
Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions
Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

Retention of Capstone Advisory Group, LLC as Financial Advisor, Nunc Pro Tunc to January 26, 2009 (the "Application") (Docket No. 290), and to update my initial declaration, dated February 13, 2009, submitted in connection therewith.

3.    On January 22, 2009 (the "Committee Formation Date"), pursuant to section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee for the District of Delaware appointed the Committee. The Committee currently consists of three members: Pension Benefit Guaranty Corporation; Law Debenture Trust Company of New York, as indenture trustee; and The Bank of New York Mellon, as indenture trustee. On January 26, 2009, the Committee selected Capstone to serve as financial advisor pursuant to section 1103(a) of the Bankruptcy Code. This Court approved Capstone's retention pursuant to an order approving the Application, dated March 5, 2009 (Docket No. 431) (the "Capstone Retention Order").

4.    Milbank, Tweed, Hadley & McCloy LLP ("Milbank") represents an ad hoc group of holders of bonds issued by Nortel Networks Limited, Nortel Networks Corporation, and Nortel Networks Capital Corporation, and, in some cases, guaranteed by Nortel Networks Inc.

5.    In a matter wholly unrelated to these cases or Capstone's retention by the Committee, Capstone has retained Milbank to provide it with legal services. In three separate matters also wholly unrelated to these cases or Capstone's retention by the Committee, Milbank has retained Capstone to provide forensic investigation or valuation services for Milbank clients. Capstone makes this disclosure out of abundance of caution and to insure its full compliance with Federal Rule of Bankruptcy Procedure 2014 and the Capstone Retention Order.

I hereby declare under penalty of perjury that, based upon the information available to me, the foregoing is true and correct.

Executed on November 19, 2012

Jay I. Borow

3