**EXHIBIT B**



Fraser Milner Casgrain LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2940271**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| <u>Date</u> | <u>Matter Number</u> | <u>Lawyer</u> |
|---|---|---|
| October 23, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | | |
|---|---|---|
| Professional Fees | $ | 73,661.75 |
| Disbursements | | 1,485.19 |
| **Total Amount Due** | **$** | **75,146.94** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____
     Michael Wunder

| Payment Options: | |
|---|---|
| **Cheques:** | **Internet Banking:** |
| Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address. | Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount. |
| **Wire Transfer:** | **Credit Card:** |
| Bank of Montreal | Payments are accepted via telephone, email or fax. We accept |
| 1st Canadian Place, Toronto, ON | American Express, MasterCard or Visa (please circle one). |
| Swift Code: BOFMCAM2 | Card No. _____ |
| Bank ID: 001 Transit: 00022 | Expiry Date: _____ Amount: _____ |
| CAD Funds Bank Account : 0004-324 | Cardholder Name: _____ |
| | Signature: _____ |
| Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount. Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days. | |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 2 of 11  
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 02-Sep-12 | NAL | 0012 | Review documents and data regarding Canadian employee claims, and prepare summary. | 1.8 |
| 02-Sep-12 | AGP | 0012 | Review Monitor's reports for information regarding Canadian employee claims. | 1.6 |
| 03-Sep-12 | AGP | 0012 | Review Monitor reports regarding Canadian employee claims and analyze in connection with allocation process. | 1.2 |
| 04-Sep-12 | NAL | 0012 | Review data and revise claims summary. | 0.6 |
| 04-Sep-12 | MMP | 0012 | Review and analyze additional information regarding employee claims in the Canadian estate. | 0.6 |
| 04-Sep-12 | MMP | 0029 | Participated in call with UCC advisors to prepare for discussion regarding claims and allocation issues. | 1.0 |
| 04-Sep-12 | MMP | 0029 | Participated in call with advisors to the UCC, and advisors to the bonds, regarding allocation and claims analysis. | 1.7 |
| 04-Sep-12 | RSK | 0029 | UCC advisor call regarding allocation issues and preparation for meeting with bond advisors. | 1.0 |
| 04-Sep-12 | RSK | 0029 | Review of draft allocation analysis prepared by Capstone. | 0.3 |
| 04-Sep-12 | RSK | 0029 | Participated in meeting with representatives of Ad Hoc Bondholders via phone, and UCC advisor call regarding meeting with bonds regarding allocation issues and preparation for Committee call. | 1.7 |
| 04-Sep-12 | MJW | 0029 | Preparation for meeting with Committee advisors regarding Canadian issues relating to allocation analysis. | 0.4 |
| 04-Sep-12 | MJW | 0029 | Call with Committee advisors to prepare for meeting with bondholder group advisors. | 1.0 |
| 04-Sep-12 | MJW | 0029 | Attend by phone to meeting between Committee and bondholder advisors to discuss allocation issues and attend on UCC advisor follow-up call. | 1.7 |
| 04-Sep-12 | RCJ | 0029 | Attend (telephonically) meeting with UCC professionals regarding mediation strategy and analysis. | 1.0 |
| 04-Sep-12 | RCJ | 0029 | Prepare for and attend (telephonically) meeting with Ad Hoc Bond Group and UCC professionals regarding mediation. | 1.9 |
| 05-Sep-12 | RSK | 0007 | Participated in Committee call. | 0.3 |
| 05-Sep-12 | RSK | 0029 | Review of Capstone recovery scenarios. | 0.3 |
| 05-Sep-12 | MJW | 0007 | Attend on Committee call. | 0.3 |
| 05-Sep-12 | RCJ | 0007 | Participate on Committee call. | 0.3 |
| 06-Sep-12 | RSK | 0029 | Review of email update from Akin Gump regarding discussions with representative of bondholders. | 0.2 |

FRASER MILNER CASGRAIN LLP                                          INVOICE 2940271
The Official Committee of Unsecured Creditors                       Page 3 of 11
Re: Nortel Networks Inc., et al.                                    Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 06-Sep-12 | MJW | 0029 | Correspondence from Akin Gump with respect to allocation issues. | 0.1 |
| 07-Sep-12 | MMP | 0029 | Calls and emails with Akin Gump regarding Canadian estate claims and related allocation analysis. | 0.4 |
| 07-Sep-12 | MMP | 0019 | Canadian claims and allocation analysis and confer with R. Jacobs regarding same. | 0.6 |
| 07-Sep-12 | MMP | 0019 | Discussion with M. Wunder regarding Canadian claims in the Canadian estate. | 0.1 |
| 07-Sep-12 | RSK | 0029 | Review of Akin and Capstone emails regarding on-going allocation discussions with bondholders. | 0.2 |
| 07-Sep-12 | RSK | 0029 | Review of insert for Committee presentation and related emails with UCC advisors. | 0.4 |
| 07-Sep-12 | RSK | 0029 | Review of updated recovery analysis from Capstone. | 0.8 |
| 07-Sep-12 | MJW | 0029 | Email correspondence with Akin Gump with respect to allocation issues and preparation for Committee meeting. | 0.3 |
| 07-Sep-12 | MJW | 0031 | Review allocation analysis for Committee meeting and Canadian issues summary. | 0.7 |
| 07-Sep-12 | MJW | 0031 | Revisions to Canadian issues list regarding allocation recovery analysis. | 0.8 |
| 07-Sep-12 | RCJ | 0029 | Review summary of claims and allocation issues to prepare for Committee meeting regarding mediation and allocation issues. | 0.7 |
| 07-Sep-12 | RCJ | 0029 | Prepare Canadian issues summary for Committee meeting regarding mediation and allocation issues. | 0.8 |
| 07-Sep-12 | RCJ | 0029 | Email correspondence with Akin Gump regarding Canadian claims and allocation issues. | 0.2 |
| 10-Sep-12 | MMP | 0012 | Reviewed material prepared by Capstone regarding claims analysis. | 0.8 |
| 10-Sep-12 | MMP | 0007 | Participated on UCC advisor call to prepare for Committee meeting (part call). | 0.9 |
| 10-Sep-12 | MMP | 0029 | Review and assist to revised Canadian claims and allocation issues summary for Committee meeting. | 0.4 |
| 10-Sep-12 | MMP | 0029 | Confer with R. Jacobs and M. Wunder regarding summary of allocation issues and analysis related to Canadian claims, and review draft summary. | 0.9 |
| 10-Sep-12 | RSK | 0029 | Review of emails from Akin and Capstone regarding allocation recovery analysis. | 0.6 |
| 10-Sep-12 | RSK | 0029 | Review of revised allocation recovery analysis and emails regarding Committee meeting. | 0.5 |
| 10-Sep-12 | MJW | 0029 | Review allocation analysis presentation for Committee meeting, and provide comments. | 0.8 |
| 10-Sep-12 | MJW | 0007 | Committee advisor call to discuss allocation issues and prepare for Committee meeting. | 1.1 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 4 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 10-Sep-12 | MJW | 0029 | Prepare for Committee meeting and presentation of Canadian issues. | 0.4 |
| 10-Sep-12 | RCJ | 0007 | Attend UCC professionals call to prepare for in-person Committee meeting. | 0.9 |
| 10-Sep-12 | RCJ | 0029 | Review and comment on presentation material for Committee meeting. | 0.7 |
| 11-Sep-12 | MMP | 0007 | Participated in Committee meeting (by phone). | 3.0 |
| 11-Sep-12 | RSK | 0007 | Attend UCC advisor prep session and in-person Committee meeting at Akin Gump. | 5.0 |
| 11-Sep-12 | RSK | 0029 | Review updated allocation analysis and summary for Committee to prepare for in-person Committee meeting. | 1.0 |
| 11-Sep-12 | MJW | 0029 | Review allocation analysis and Canadian claims and allocation summaries to prepare for Committee meeting. | 1.0 |
| 11-Sep-12 | MJW | 0025 | Travel to NYC for in person Committee meeting. | 3.3 |
| 11-Sep-12 | MJW | 0007 | Meet with Committee advisors to prepare for Committee meeting, and attend in-person meeting with Committee and UCC advisors. | 5.0 |
| 11-Sep-12 | MJW | 0025 | Return travel from New York to Toronto after Committee meeting. | 3.2 |
| 11-Sep-12 | RCJ | 0007 | Attend UCC professionals pre-meeting in preparation for Committee meeting. | 0.8 |
| 11-Sep-12 | RCJ | 0029 | Analysis of claims and allocation issues in preparation for mediation statement submission. | 2.8 |
| 12-Sep-12 | RSK | 0007 | Participated in UCC advisors call to discuss allocation issues and mediation submissions. | 0.6 |
| 12-Sep-12 | RSK | 0029 | Review of further update from Akin Gump regarding discussions with NNI's advisors. | 0.1 |
| 12-Sep-12 | RSK | 0029 | Further review and consideration of recovery analysis and potential allocation scenarios. | 1.1 |
| 12-Sep-12 | MJW | 0007 | Attend on Committee advisor call to discuss allocation issues. | 0.6 |
| 12-Sep-12 | MJW | 0029 | Email correspondence with respect to allocation mediation and discussions with NNI's advisors. | 0.2 |
| 12-Sep-12 | RCJ | 0007 | Participate in Committee advisor status call. | 0.6 |
| 12-Sep-12 | RCJ | 0029 | Review allocation analysis and assess Canadian issues. | 1.4 |
| 13-Sep-12 | RSK | 0029 | Review email from Akin Gump regarding Committee meeting with representatives of NNI. | 0.1 |
| 13-Sep-12 | RSK | 0029 | Review of further recovery models prepared by Capstone. | 0.4 |
| 13-Sep-12 | MJW | 0029 | Review allocation recovery analysis material including Canadian issues summary. | 0.4 |
| 13-Sep-12 | MJW | 0029 | Email correspondence with Committee advisors regarding allocation mediation. | 0.2 |
| 14-Sep-12 | RSK | 0031 | Review of Notice of Constitutional Question filed by MOE | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 5 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | regarding Canadian environmental order appeal. | |
| 14-Sep-12 | RSK | 0031 | Conference with Michael Wunder regarding Canadian environmental order appeal issues and review emails regarding same. | 0.2 |
| 14-Sep-12 | RSK | 0029 | Review of e-mails from UCC advisors regarding allocation issues and proposed meeting with NNI. | 0.2 |
| 14-Sep-12 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding appeal of Canadian environmental order and preparation of joint NNI/UCC factum. | 0.2 |
| 14-Sep-12 | MJW | 0031 | Review Nortel Canada factum from original Canadian environmental motion in connection with preparation of joint NNI/UCC factum. | 0.4 |
| 14-Sep-12 | MJW | 0031 | Review Ontario government filing with respect to Canadian environmental appeal and service of Notice of Constitutional Question. | 0.3 |
| 14-Sep-12 | MJW | 0031 | Email correspondence with Committee advisors and Committee members regarding allocation mediation and meeting with NNI advisors. | 0.2 |
| 15-Sep-12 | RSK | 0029 | Review of emails from UCC advisors regarding meeting with representatives of NNI. | 0.2 |
| 17-Sep-12 | RSK | 0031 | Review of emails from counsel for NNI regarding joint factum in response to MOE Canadian appeal. | 0.3 |
| 17-Sep-12 | RSK | 0029 | Review of emails from Akin Gump regarding Committee meeting with NNI to discuss allocation mediation issues. | 0.2 |
| 17-Sep-12 | RSK | 0029 | Review of mediation submissions and strategy. | 1.2 |
| 17-Sep-12 | RSK | 0031 | Review of research regarding Canadian environmental order appeal in connection with joint NNI/UCC factum preparation. | 0.8 |
| 19-Sep-12 | RSK | 0007 | Call with Committee advisors regarding allocation issues. | 1.3 |
| 19-Sep-12 | RSK | 0029 | Review of further emails from Capstone and Akin Gump regarding revised allocation analysis and related issues. | 0.4 |
| 19-Sep-12 | MJW | 0029 | Email correspondence with Akin Gump and Capstone with respect to allocation mediation issues. | 0.4 |
| 19-Sep-12 | MJW | 0007 | Attend call with Committee advisors with respect to allocation issues. | 1.3 |
| 19-Sep-12 | MJW | 0029 | Review allocation recovery analysis and email exchange with Committee advisors regarding same. | 0.4 |
| 20-Sep-12 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 20-Sep-12 | RSK | 0031 | Exchanged emails with M. Wunder regarding MOE appeal factum. | 0.2 |
| 20-Sep-12 | RSK | 0029 | Review email correspondence regarding UCC advisor call with bondholder advisors and allocation issues. | 0.1 |
| 20-Sep-12 | MJW | 0031 | Prepare for Committee call including presentation of Canadian proceeding status update. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 6 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 20-Sep-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 20-Sep-12 | MJW | 0029 | Attend on conference call with UCC advisors and advisors for bondholders with respect to allocation issues. | 1.0 |
| 21-Sep-12 | RSK | 0031 | Review of emails from Jane Dietrich and Michael Wunder regarding MOE Canadian environmental order appeal. | 0.2 |
| 21-Sep-12 | RSK | 0019 | Review of update from Akin Gump regarding mediation/settlement with Retiree Committee. | 0.2 |
| 21-Sep-12 | MJW | 0031 | Review draft NNI/UCC factum with respect to Canadian environmental appeal. | 0.6 |
| 21-Sep-12 | MJW | 0031 | Review Ontario government (Ministry of Environment) factum and Canadian environmental order in connection with preparation of NNI/UCC factum. | 0.8 |
| 24-Sep-12 | RSK | 0031 | Exchanged emails with Michael Wunder regarding MOE appeal factum. | 0.2 |
| 24-Sep-12 | RSK | 0031 | Exchanged emails with counsel to NNL and NNI regarding responding factum to MOE Canadian environmental order appeal. | 0.3 |
| 24-Sep-12 | RSK | 0031 | Review of draft NNL responding factum for MOE Canadian appeal. | 0.4 |
| 24-Sep-12 | MJW | 0031 | Email correspondence with NNI's Canadian counsel with respect to Canadian environmental appeal. | 0.2 |
| 25-Sep-12 | RSK | 0029 | Conference call with UCC and bond advisors regarding meetings with mediator and allocation issues. | 1.2 |
| 25-Sep-12 | RSK | 0031 | Exchanged emails with Canadian counsel for NNI regarding MOE Canadian appeal. | 0.2 |
| 25-Sep-12 | RSK | 0031 | Review of factum filed by City of Belleville regarding MOE Canadian appeal. | 0.2 |
| 25-Sep-12 | MJW | 0029 | Attend on call with Committee advisors and advisors for bondholder group to discuss allocation issues. | 1.3 |
| 26-Sep-12 | RSK | 0031 | Review of Monitor's 88th Report and Canadian motion record to expand Monitor's powers. | 0.6 |
| 27-Sep-12 | RSK | 0031 | Office conference with M. Wunder regarding Monitor's motion and related securities reporting issues. | 0.2 |
| 27-Sep-12 | RSK | 0023 | Review of emails from Akin and FMC regarding securities law issues. | 0.3 |
| 27-Sep-12 | RSK | 0031 | Exchange of emails with Michael Wunder regarding MOE appeal. | 0.2 |
| 27-Sep-12 | MJW | 0007 | Attend on Committee call. | 0.5 |
| 27-Sep-12 | MJW | 0029 | Attend on conference call with UCC advisors, NNI and its advisors to discuss allocation issues. | 2.0 |
| 27-Sep-12 | MJW | 0029 | Attend on conference call with UCC advisors, bondholder advisors to discuss allocation issues. | 1.1 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 7 of 11  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 27-Sep-12 | MJW | 0031 | Review Monitor's motion record, Monitor's report and draft court order regarding Monitor's expanded powers, and review prior Canadian expanded powers order. | 1.4 |
| 27-Sep-12 | RHS | 0023 | Review of email correspondence regarding Monitor's motion and related securities reporting issues. | 0.1 |
| 27-Sep-12 | RHS | 0023 | Discussion with M. Wunder regarding Canadian securities reporting and trading issues. | 0.1 |
| 28-Sep-12 | RSK | 0031 | Review of draft joint factum of NNI and UCC and further revised drafts (re: Canadian MOE appeal). | 0.9 |
| 28-Sep-12 | RSK | 0031 | Review of Akin and FMC emails regarding securities law issues. | 0.4 |
| 28-Sep-12 | RSK | 0023 | Review material regarding Canadian securities and reporting issues. | 0.3 |
| 28-Sep-12 | MJW | 0031 | Report to Committee advisors regarding Canadian motion for expanded Monitor's powers, and email exchange with Akin Gump regarding securities reporting issues. | 0.8 |
| 28-Sep-12 | MJW | 0031 | Call and emails with Monitor's counsel regarding Canadian motion for expanded Monitor's power. | 0.2 |
| 28-Sep-12 | MJW | 0031 | Call and email correspondence with Goodmans regarding Canadian motion and Canadian securities reporting issues. | 0.3 |
| 28-Sep-12 | MJW | 0031 | Review material regarding Canadian securities reporting and trading issues. | 0.9 |
| 28-Sep-12 | MJW | 0031 | Conferences with Ralph Shay regarding Canadian securities issues, and reporting to Akin Gump regarding same. | 0.8 |
| 28-Sep-12 | MJW | 0031 | Email correspondence with Akin Gump regarding Canadian motion for expanded Monitor's powers, and securities reporting issues. | 0.7 |
| 28-Sep-12 | MJW | 0031 | Review draft factum for Canadian environmental appeal, MOE factum and Canadian environmental order, and forward same to Akin Gump with explanatory comments. | 0.9 |
| 28-Sep-12 | RHS | 0023 | Discussions with M. Wunder regarding securities reporting and trading issues. | 0.3 |
| 28-Sep-12 | RHS | 0023 | Review of documents relating to securities reporting and trading issues and Monitor motion material. | 1.0 |
| 28-Sep-12 | RHS | 0023 | Email correspondence with Akin Gump and FMC regarding Canadian securities reporting and trading issues. | 0.3 |
| 29-Sep-12 | RSK | 0031 | Review of revised NNL factum regarding Canadian MOE appeal. | 0.3 |
|  |  |  | **Total** | **95.8** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 8 of 11  
Matter # 538462-000001

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 2.8 | $430.00 | $ 1,204.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 2.4 | $800.00 | $ 1,920.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 10.4 | $800.00 | $ 8,320.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 39.4 | $785.00 | $ 30,929.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.8 | $850.00 | $ 1,530.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.1 | $725.00 | $ 8,772.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 26.9 | $875.00 | $ 23,537.50 |
| TOTAL | | | | 95.8 | CDN. | $ 76,213.00 |
| | Less: Non-Working Travel Time Discount (50% of $5,102.50) | | | | | (2,551.25) |
| TOTAL | | | | 95.8 | CDN. | $ 73,661.75 |

**TOTAL PROFESSIONAL FEES**   $ 76,213.00  
Less: Non-Working Travel Time Discount (50% of $5,102.50)   (2,551.25)  
**NET PROFESSIONAL FEES**   $ 73,661.75

**NON-TAXABLE DISBURSEMENTS**

    Airfare/Travel   $ 676.36  
    Long Distance Telephone Calls   287.68  
    Meals & Beverages   61.80  
    Photocopy & Printing Charges   122.00  
    Transportation Costs   337.35  
**TOTAL NON-TAXABLE DISBURSEMENTS**   $ 1,485.19

**TOTAL DISBURSEMENTS**   1,485.19

**TOTAL AMOUNT DUE**   $ 75,146.94 CDN.

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2940271
Page 9 of 11
Matter # 538462-000001

### TIME SUMMARY BY TASK CODE:

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0007 | Creditors Committee Meetings | 24.1 | 19,541.00 |
| 0012 | General Claims Analysis/Claims Objections | 6.6 | 4,244.00 |
| 0019 | Labor Issues/Employee Benefits | 0.9 | 735.00 |
| 0023 | Telecommunications/Regulatory | 2.4 | 2,055.00 |
| 0025 | Travel | 6.5 | 5,102.50 |
| 0029 | Intercompany Analysis | 38.8 | 31,052.00 |
| 0031 | Canadian Proceedings/Matters | 16.5 | 13,483.50 |
|  | **Total** | **95.8** | **$76,213.00** |
|  | Less: Non-Working Travel Time Discount (50% of $5,102.50) |  | (2,551.25) |
|  | **TOTAL** |  | **$73,661.75** |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 10 of 11  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 04-Sep-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 04-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 05-Sep-12 | Dining Room Expense - R. Jacobs Nortel | 2.00 | 6.00 |
| 07-Sep-12 | Laser Copy;KUKULOWI | 28.00 | 2.80 |
| 07-Sep-12 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 10-Sep-12 | Laser Copy;MCDONALA | 223.00 | 22.30 |
| 10-Sep-12 | Laser Copy;NELSON M | 238.00 | 23.80 |
| 11-Sep-12 | Laser Copy;MCDONALA | 2.00 | 0.20 |
| 11-Sep-12 | Telephone;16094501009;LawrenceNJ; 4469 | 1.00 | 96.12 |
| 11-Sep-12 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 12-Sep-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 13-Sep-12 | Meals and Beverages - Maxim /R Jacobs-Sept10/12/Inv. 209071 | 1.00 | 30.30 |
| 13-Sep-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 14-Sep-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 14-Sep-12 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 17-Sep-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 17-Sep-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 18-Sep-12 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 20-Sep-12 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 21-Sep-12 | Taxi from Toronto Airport to Eglinton for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 57.44 |
| 21-Sep-12 | Air Canada return flight to New York for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 676.36 |
| 21-Sep-12 | Taxi from Eglinton to Toronto Airport for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 51.13 |
| 21-Sep-12 | Taxi from New York airport to Akin Gump office for M. Wunder on Sept. 11/12 (see Visa); 2012-9-11 | 1.00 | 49.01 |
| 21-Sep-12 | Taxi from Akin Gump office to New York Airport for M. Wunder on Sept. 11/12 (see Visa); 2012-9-11 | 1.00 | 40.97 |
| 24-Sep-12 | Laser Copy;KUKULOWI | 27.00 | 2.70 |
| 24-Sep-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 25-Sep-12 | Meals and Beverages - Maxim /M Wunder-Sept 4/12/Inv. 209007/Working lunch for R. Jacobs/S. Kukulowicz | 1.00 | 25.50 |
| 25-Sep-12 | Laser Copy;KUKULOWI | 31.00 | 3.10 |

FRASER MILNER CASGRAIN LLP                                            INVOICE 2940271
The Official Committee of Unsecured Creditors                          Page 11 of 11
Re: Nortel Networks Inc., et al.                                  Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 25-Sep-12 | Rogers Wireless - Nortel - August 18, 2012 (R. Shayne Kukulowicz); 2012-9-20 | 1.00 | 146.69 |
| 25-Sep-12 | Rogers Wireless - Cellular Phone for R. Shayne Kukulowicz (Inv. Date July 18/12); 2012-9-20 | 1.00 | 44.87 |
| 25-Sep-12 | Travel cost to UCC advisor meeting in New York for S. Kukulowicz on July 12, 2012;; 2011-7-12 | 1.00 | 138.80 |
| 26-Sep-12 | Laser Copy;MCDONALA | 113.00 | 11.30 |
| 26-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 27-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 27-Sep-12 | Laser Copy;MCDONALA | 1.00 | 0.10 |
| 27-Sep-12 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 28-Sep-12 | Laser Copy;MCDONALA | 78.00 | 7.80 |
| 28-Sep-12 | Laser Copy;SHAY R | 75.00 | 7.50 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$1,485.19** |