# EXHIBIT C

**DISBURSEMENT SUMMARY**
**SEPTEMBER 1 TO SEPTEMBER 30, 2012**
**(All Amounts in Canadian Dollars)**

<u>Non-Taxable Disbursements</u>

| | |
|---|---|
| Airfare/Travel | $ 676.36 |
| Long Distance Telephone Calls | $ 287.68 |
| Meals & Beverages | $ 61.80 |
| Photocopy & Printing Charges | $ 122.00 |
| Transportation Costs | $ 337.35 |
| | |
| Total Non-Taxable Disbursements | **$1,485.19 CDN.** |