**EXHIBIT D**

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 10 of 11  
Matter # 538462-000001

**DISBURSEMENT DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 04-Sep-12 | Laser Copy;NELSON M | 66.00 | 6.60 |
| 04-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 05-Sep-12 | Dining Room Expense - R. Jacobs Nortel | 2.00 | 6.00 |
| 07-Sep-12 | Laser Copy;KUKULOWI | 28.00 | 2.80 |
| 07-Sep-12 | Laser Copy;NELSON M | 78.00 | 7.80 |
| 10-Sep-12 | Laser Copy;MCDONALA | 223.00 | 22.30 |
| 10-Sep-12 | Laser Copy;NELSON M | 238.00 | 23.80 |
| 11-Sep-12 | Laser Copy;MCDONALA | 2.00 | 0.20 |
| 11-Sep-12 | Telephone;16094501009;LawrenceNJ; 4469 | 1.00 | 96.12 |
| 11-Sep-12 | Laser Copy;NELSON M | 114.00 | 11.40 |
| 12-Sep-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 13-Sep-12 | Meals and Beverages - Maxim /R Jacobs-Sept10/12/Inv. 209071 | 1.00 | 30.30 |
| 13-Sep-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 14-Sep-12 | Laser Copy;KUKULOWI | 22.00 | 2.20 |
| 14-Sep-12 | Laser Copy;NELSON M | 8.00 | 0.80 |
| 17-Sep-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 17-Sep-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 18-Sep-12 | Laser Copy;WUNDER M | 2.00 | 0.20 |
| 20-Sep-12 | Laser Copy;NELSON M | 11.00 | 1.10 |
| 21-Sep-12 | Taxi from Toronto Airport to Eglinton for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 57.44 |
| 21-Sep-12 | Air Canada return flight to New York for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 676.36 |
| 21-Sep-12 | Taxi from Eglinton to Toronto Airport for M. Wunder on Sept. 11/12; 2012-9-11 | 1.00 | 51.13 |
| 21-Sep-12 | Taxi from New York airport to Akin Gump office for M. Wunder on Sept. 11/12 (see Visa); 2012-9-11 | 1.00 | 49.01 |
| 21-Sep-12 | Taxi from Akin Gump office to New York Airport for M. Wunder on Sept. 11/12 (see Visa); 2012-9-11 | 1.00 | 40.97 |
| 24-Sep-12 | Laser Copy;KUKULOWI | 27.00 | 2.70 |
| 24-Sep-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 25-Sep-12 | Meals and Beverages - Maxim /M Wunder-Sept 4/12/Inv. 209007/Working lunch for R. Jacobs/S. Kukulowicz | 1.00 | 25.50 |
| 25-Sep-12 | Laser Copy;KUKULOWI | 31.00 | 3.10 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2940271  
Page 11 of 11  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---:|---:|
| 25-Sep-12 | Rogers Wireless - Nortel - August 18, 2012 (R. Shayne Kukulowicz); 2012-9-20 | 1.00 | 146.69 |
| 25-Sep-12 | Rogers Wireless - Cellular Phone for R. Shayne Kukulowicz (Inv. Date July 18/12); 2012-9-20 | 1.00 | 44.87 |
| 25-Sep-12 | Travel cost to UCC advisor meeting in New York for S. Kukulowicz on July 12, 2012;; 2011-7-12 | 1.00 | 138.80 |
| 26-Sep-12 | Laser Copy;MCDONALA | 113.00 | 11.30 |
| 26-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 27-Sep-12 | Laser Copy;MCDONALA | 3.00 | 0.30 |
| 27-Sep-12 | Laser Copy;MCDONALA | 1.00 | 0.10 |
| 27-Sep-12 | Laser Copy;WUNDER M | 12.00 | 1.20 |
| 28-Sep-12 | Laser Copy;MCDONALA | 78.00 | 7.80 |
| 28-Sep-12 | Laser Copy;SHAY R | 75.00 | 7.50 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$1,485.19** |

MONTRÉAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER                fmc-law.com

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Andy Pushalik | Associate | Employment/Labour | Ontario - 2009 | 2.8 | $430.00 | $ 1,204.00 |
| Anneli LeGault | Partner | Employment/Labour | Ontario - 1982 | 2.4 | $800.00 | $ 1,920.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 10.4 | $800.00 | $ 8,320.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 39.4 | $785.00 | $ 30,929.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 1.8 | $850.00 | $ 1,530.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 12.1 | $725.00 | $ 8,772.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 26.9 | $875.00 | $ 23,537.50 |
| | | | | | | |
| TOTAL | | | | 95.8 | CDN. | $ 76,213.00 |
| | Less: Non-Working Travel Time Discount (50% of $5,102.50) | | | | | -2551.25 |
| TOTAL | | | | | | $ 73,661.75 |

11957604_1|TorDocs