# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.1 | $286.00 |
| Fee and Employment Applications | 13.2 | $5,265.00 |
| Analysis of Canadian Law | 58.1 | $53,112.00 |
| Intercompany Analysis | 33.9 | $31,212.00 |
| Canadian CCAA Proceedings/Matters | 91.8 | $68,521.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 15.8 | $13,003.00 |
| **TOTAL** | 213.9 | $171,399.00 |

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | $121.04 |
| Duplicating/Printing | 4,615 pgs @ .10 per pg | $461.50 |
| Miscellaneous | Process Server | $35.60 |
| Courier | | $7.12 |
| Taxi & Travel | Taxi | $18.16 |
| Meals | | - |
| Library Costs | | - |
| Court Searches | | - |
| Word Processing | | $21.35 |
| Telephone | | - |
| **Grand Total Expenses** | | **$664.77** |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Ralph | Dianne | 08/10/2012 | Review of court docket (.1); provide update to attorneys (.1); retrieve DIP monthly operating report and email to W. Gray regarding same (.1) | 0.3 | 78.00 | 11392760 |
| Ralph | Dianne | 25/10/2012 | Review of court docket (.1); provide update to attorneys (.1); retrieve employee motion and email to W. Gray (.2) | 0.4 | 104.00 | 11468345 |
| Ralph | Dianne | 18/10/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11468365 |
| Ralph | Dianne | 24/10/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11468370 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 08/10/2012 | Docket review (0.2); Prepare quarterly fee application (0.3); | 0.5 | 437.50 | 11400972 |
| Gray | William | 16/10/2012 | Review monthly fee application | 0.6 | 525.00 | 11407347 |
| Gray | William | 25/10/2012 | Review monthly fee application and prepare for filing | 1.2 | 1,050.00 | 11427022 |
| Bauer | Alison D. | 10/10/2012 | Conference D. Ralph on fee apps | 0.1 | 72.50 | 11398079 |
| Bauer | Alison D. | 12/10/2012 | Review fee app | 0.3 | 217.50 | 11399370 |
| Bauer | Alison D. | 15/10/2012 | Composed email to Ralph, Dianne, Gray, William: RE: Torys Nortel Seventeenth Monthly (August 2012) Application and read email from Ralph, Dianne: RE: Torys Nortel Seventeenth Monthly (August 2012) Application (0.1); emails re completion of August fee app and drafting of Sept fee app, conference calls S. Bomhof, conference D. Ralph re questions from local counsel on fee app (0.3); composed email to Ralph, Dianne, Bomhof, Scott RE: Nortel (0.1); | 0.5 | 362.50 | 11407102 |
| Ralph | Dianne | 05/10/2012 | Review and revision of August time entries (1.6); email to J. Wong regarding same (.1); preparation of August fee application (.3); | 2.0 | 520.00 | 11390245 |
| Ralph | Dianne | 02/10/2012 | Review and editing of August time entries | 0.8 | 208.00 | 11390951 |
| Ralph | Dianne | 17/10/2012 | Emails to A. Cordo regarding August fee application | 0.3 | 78.00 | 11410689 |
| Ralph | Dianne | 09/10/2012 | Receipt and review of revised August time entries | 1.2 | 312.00 | 11440185 |
| Ralph | Dianne | 10/10/2012 | Review of August time entry changes and preparation August fee application charts (.7); email to J. Wong regarding same (.3) | 1.0 | 260.00 | 11440426 |
| Ralph | Dianne | 22/10/2012 | Receipt and review of September time entries and expenses (.7) | 0.7 | 182.00 | 11468298 |
| Ralph | Dianne | 26/10/2012 | Emails to J. Wong regarding the September fee application charts (.2); finalize September fee application and exhibits (1.4); email to A. Cordo regarding same (.1) | 1.7 | 442.00 | 11468331 |
| Ralph | Dianne | 23/10/2012 | Review of September time entries and expenses | 0.8 | 208.00 | 11468337 |
| Ralph | Dianne | 25/10/2012 | Review of revised September time entries and prepare fee application (1.4); email to J. Wong regarding time entries and expenses (.1) | 1.5 | 390.00 | 11468347 |

FEE AND EMPLOYMENT APPLICATIONS

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 04/10/2012 | research regarding section 18.6; | 1.2 | 1,032.00 | 11391867 |
| Bomhof | Scott A. | 09/10/2012 | research regarding Canadian legal issues; | 2.9 | 2,494.00 | 11393426 |
| Bomhof | Scott A. | 31/10/2012 | research regarding Canadian legal issues regarding amendments to s. 18.6 order; | 2.4 | 2,064.00 | 11437565 |
| Slavens | Adam | 04/10/2012 | conducting research of section 18.6 and part IV of CCAA; | 2.5 | 1,412.50 | 11390121 |
| Slavens | Adam | 09/10/2012 | conducting preliminary research of section 18.6 (2.0); reviewing CCAA recognition orders (2.0); | 4.0 | 2,260.00 | 11394684 |
| Slavens | Adam | 16/10/2012 | office conference with S. Bomhof re amendments to section 18.6 order; | 0.3 | 169.50 | 11409144 |
| DeMarinis | Tony | 03/10/2012 | analysis of Canadian legal issues; | 2.6 | 2,535.00 | 11388526 |
| DeMarinis | Tony | 04/10/2012 | consideration of legal issues relating to claims in concurrent proceedings; | 2.5 | 2,437.50 | 11391207 |
| DeMarinis | Tony | 05/10/2012 | analysis of law relating to Canadian legal issues and associated principles; | 4.5 | 4,387.50 | 11392946 |
| DeMarinis | Tony | 09/10/2012 | review of legal issues relating to administration of concurrent multiple proceedings; | 4.5 | 4,387.50 | 11394391 |
| DeMarinis | Tony | 15/10/2012 | reading corporate pre-petition filing in relation to corporate activities, organizational structure, and inter-company matters; | 5.0 | 4,875.00 | 11406973 |
| DeMarinis | Tony | 16/10/2012 | analysis regarding consolidation principles; | 3.0 | 2,925.00 | 11407651 |
| DeMarinis | Tony | 17/10/2012 | review and analysis of intra-organizational transfers and transactions; | 4.8 | 4,680.00 | 11411114 |
| DeMarinis | Tony | 24/10/2012 | analysis regarding Canadian legal issues and emails on same; | 1.4 | 1,365.00 | 11425643 |
| DeMarinis | Tony | 25/10/2012 | consideration of inter-company transfer pricing issues and principles; | 4.5 | 4,387.50 | 11427118 |
| DeMarinis | Tony | 29/10/2012 | analysis of legal principles of Canadian legal issues; | 3.0 | 2,925.00 | 11432321 |
| DeMarinis | Tony | 30/10/2012 | legal review of principles relating to claims, and reading file information; | 4.5 | 4,387.50 | 11433093 |
| DeMarinis | Tony | 31/10/2012 | analysis of claims and related legal issues; | 4.5 | 4,387.50 | 11439069 |

ANALYSIS OF CANADIAN LAW

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/10/2012 | attend status call with J. Ray and Cleary; | 1.5 | 1,290.00 | 11384313 |
| Bomhof | Scott A. | 10/10/2012 | reviewing US materials regarding delivery of share certificates to NNC/NNL and discussing need for Canadian recognition order with Cleary; | 1.0 | 860.00 | 11398338 |
| Bomhof | Scott A. | 12/10/2012 | reviewing mediation briefs and considering issues raised by Canadian creditor committee; | 1.2 | 1,032.00 | 11405312 |
| Bomhof | Scott A. | 22/10/2012 | Research regarding Canadian legal issues regarding SCC decision on transfer pricing and related caselaw; | 1.0 | 860.00 | 11422875 |
| Bomhof | Scott A. | 29/10/2012 | reviewing issues related to allocation; | 1.0 | 860.00 | 11432825 |
| Bomhof | Scott A. | 30/10/2012 | reviewing issues related to transfer pricing and allocation; | 1.0 | 860.00 | 11432849 |
| DeMarinis | Tony | 10/10/2012 | consideration of alternative claims treatments and inter-company issues; | 2.9 | 2,827.50 | 11398151 |
| DeMarinis | Tony | 12/10/2012 | review and analysis of materials relating to corporate organizational structural and history, and inter-company activities; | 4.4 | 4,290.00 | 11401237 |
| DeMarinis | Tony | 18/10/2012 | reviewing documents and legal alternatives relevant to Canadian legal issues; | 4.5 | 4,387.50 | 11414040 |
| DeMarinis | Tony | 19/10/2012 | review previously filed mediation materials; | 2.7 | 2,632.50 | 11419237 |
| DeMarinis | Tony | 24/10/2012 | multiple recourse claims review and analysis; | 2.0 | 1,950.00 | 11425056 |
| Gray | William | 01/10/2012 | Work on mediation briefing issues | 2.3 | 2,012.50 | 11389436 |
| Gray | William | 03/10/2012 | Work on mediation brief issues | 1.2 | 1,050.00 | 11389463 |
| Gray | William | 05/10/2012 | Review competing claims (.8); Review court filings (.7) | 1.5 | 1,312.50 | 11393414 |
| Gray | William | 10/10/2012 | Review claims and Canadian motion regarding the same | 0.8 | 700.00 | 11401052 |
| Gray | William | 08/10/2012 | Review motion in Canadian proceedings on contested hearing | 0.6 | 525.00 | 11401117 |
| Gray | William | 15/10/2012 | Review intercompany claims; | 1.3 | 1,137.50 | 11408212 |
| Gray | William | 17/10/2012 | Review priority of claims issues | 0.7 | 612.50 | 11409474 |
| Gray | William | 22/10/2012 | Review relative claims and potentials for claims valuations; | 0.6 | 525.00 | 11423060 |
| Gray | William | 25/10/2012 | Work on and research of claims; | 1.7 | 1,487.50 | 11426863 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 01/10/2012 | reviewing motion materials for October 3 motion and discuss same with J. Bromley and FMC (1.7); finalize joint factum regarding MOE appeal and serve factum (2.0); telephone call with K. Zych regarding October 3 motion (.2); | 3.9 | 3,354.00 | 11384832 |
| Bomhof | Scott A. | 02/10/2012 | various telephone calls with K. Zych (Bennett Jones), M. Wunder (FMC) and Cleary regarding Canadian legal issues (1.0); reviewing factums filed by ad hoc committee and CCAA applicants in MOE appeal (.9); reviewing Canadian legal issues (.6); | 2.5 | 2,150.00 | 11385384 |
| Bomhof | Scott A. | 03/10/2012 | discussing enhanced Monitor powers motion with A. Gray (.4); reviewing materials related to pensioner class action lawsuit against pension trustees and reviewing terms of HWT settlement agreement and HWT settlement approval order and discussing same with M. Fleming-Delacruz (2.0); | 2.4 | 2,064.00 | 11389560 |
| Bomhof | Scott A. | 04/10/2012 | reviewing materials for recognition order and e-mails with R. Ecklerod with respect to same (1.0); reviewing issues (.6); | 1.6 | 1,376.00 | 11391958 |
| Bomhof | Scott A. | 05/10/2012 | discussing s.18.6 issues with M. Wunder of FMC (.3); exchange messages with C. Armstrong and J. Opolosky regarding next CCAA extension hearing (.3); | 0.6 | 516.00 | 11392200 |
| Bomhof | Scott A. | 08/10/2012 | prepare for and attend status call with J. Ray and Cleary; | 1.0 | 860.00 | 11392220 |
| Bomhof | Scott A. | 10/10/2012 | research regarding Canadian legal issues; | 3.2 | 2,752.00 | 11398281 |
| Bomhof | Scott A. | 16/10/2012 | reviewing MOE appeal materials and preparing summary of parties filing factums; | 1.3 | 1,118.00 | 11407661 |
| Bomhof | Scott A. | 15/10/2012 | follow up on CCAA extension materials regarding October 30 hearing; | 0.2 | 172.00 | 11407666 |
| Bomhof | Scott A. | 17/10/2012 | reviewing MOE appeal record regarding environmental claims (.9); reviewing status of CCAA stay period and discussing stay extension application with A. Gray (.3); | 1.2 | 1,032.00 | 11413267 |
| Bomhof | Scott A. | 26/10/2012 | telephone call with M. Wunder of (FMC) and preparing for October 30 motion; | 1.0 | 860.00 | 11429441 |
| Bomhof | Scott A. | 25/10/2012 | reviewing NNL materials for October 30 CCAA extension motion and reviewing Monitor's material for extension of hardship fund and 2013 retention plan and preparing for motion; | 2.2 | 1,892.00 | 11429466 |
| Bomhof | Scott A. | 29/10/2012 | preparing for October 30, 2012 motions - CCAA extension and discussing same with Cleary and Fraser Milner; | 1.1 | 946.00 | 11431232 |
| Bomhof | Scott A. | 30/10/2012 | preparing for and attending motion before Morawetz J. regarding stay extension, hardship fund extension and compensation claims; | 5.2 | 4,472.00 | 11432862 |
| Bomhof | Scott A. | 31/10/2012 | reviewing issued orders regarding October 30 motion and discussing outstanding NNI wind-down steps with S. Hamilton of E&Y; | 2.0 | 1,720.00 | 11437545 |
| Gray | Andrew | 01/10/2012 | revising and serving appeal materials (2.1); reviewing motion materials regarding Monitor super-powers and office conference with Scott Bomhof regarding same (1.2) | 3.3 | 2,343.00 | 11384822 |
| Gray | Andrew | 02/10/2012 | preparing for motion regarding Monitor's powers and reviewing correspondence regarding same; | 1.4 | 994.00 | 11386646 |
| Gray | Andrew | 03/10/2012 | preparing for, attending and reporting on | 3.4 | 2,414.00 | 11390313 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 04/10/2012 | Monitor super-powers motion; reviewing pension claim and related court orders (0.8); correspondence regarding cross-border issue (0.3) | 1.1 | 781.00 | 11391131 |
| Gray | Andrew | 05/10/2012 | internal discussions with Scott Bomhof (0.2); reviewing correspondence and court materials (0.4); | 0.6 | 426.00 | 11391749 |
| Slavens | Adam | 01/10/2012 | email correspondence with A. Gray and S. Bomhof re factum on MOE appeal; | 0.5 | 282.50 | 11384919 |
| Slavens | Adam | 02/10/2012 | preparing for motion returnable on October 3, 2012 (1.2); email correspondence with S. Bomhof and A. Gray re same (0.2); telephone call with FMC re same (0.2); | 1.6 | 904.00 | 11385756 |
| Slavens | Adam | 02/10/2012 | reviewing CCAA case court materials; | 3.0 | 1,695.00 | 11386006 |
| Slavens | Adam | 02/10/2012 | preparing lawyer's certificate re court of appeal (0.7); arranging for filing of same (0.3); email correspondence with S. Bomhof, A. Gray and FMC re same (0.2); | 1.2 | 678.00 | 11386373 |
| Slavens | Adam | 04/10/2012 | reviewing court materials re MOE appeal; | 1.0 | 565.00 | 11390154 |
| Slavens | Adam | 03/10/2012 | attending CCAA motion returnable on October 3, 2012; | 4.5 | 2,542.50 | 11391153 |
| Slavens | Adam | 05/10/2012 | conducting preliminary research regarding amendments of section 18.6 (2.0); reviewing Canadian legal issues and CCAA orders (1.5); office conference with S. Bomhof re same (0.5); | 4.0 | 2,260.00 | 11392529 |
| Slavens | Adam | 10/10/2012 | conducting preliminary research of section 18.6 (1.0); preparing CCAA court materials re recognition of same (2.0); | 3.0 | 1,695.00 | 11398784 |
| Slavens | Adam | 10/10/2012 | reviewing motion materials re Canadian legal issues (1.0); email correspondence with Cleary and S. Bomhof re recognition of same in Canada (0.3); | 1.3 | 734.50 | 11399003 |
| Slavens | Adam | 11/10/2012 | preparing CCAA court materials re amendments to section 18.6 order; | 1.0 | 565.00 | 11400050 |
| Slavens | Adam | 15/10/2012 | reviewing amendments to section 18.6 order; | 2.0 | 1,130.00 | 11407081 |
| Slavens | Adam | 23/10/2012 | reviewing CCAA case court materials; | 2.0 | 1,130.00 | 11423446 |
| Slavens | Adam | 25/10/2012 | reviewing CCAA case court materials; | 1.5 | 847.50 | 11428029 |
| Slavens | Adam | 30/10/2012 | attending motion returnable on October 30, 2012; | 2.5 | 1,412.50 | 11433136 |
| Slavens | Adam | 29/10/2012 | preparing for motions returnable on October 30, 2012; | 2.0 | 1,130.00 | 11434367 |
| Slavens | Adam | 31/10/2012 | preparing factum re section 18.6 proceeding (3.5); conducting research re same (2.0); | 5.5 | 3,107.50 | 11438192 |
| DeMarinis | Tony | 02/10/2012 | reading Applicants' factum for appeal hearing and responding factum of noteholders, and review of materials and law for joint U.S. Debtor and UCC submission; | 3.5 | 3,412.50 | 11386388 |
| DeMarinis | Tony | 03/10/2012 | reviewing court materials and issued order and endorsement regarding Canadian legal issues; | 1.0 | 975.00 | 11388598 |
| DeMarinis | Tony | 04/10/2012 | review MOE materials and legal precedents and arguments; | 1.5 | 1,462.50 | 11390997 |
| DeMarinis | Tony | 10/10/2012 | review appeal materials and accumulated Canadian court materials; | 1.2 | 1,170.00 | 11397989 |
| DeMarinis | Tony | 11/10/2012 | review factum and other appeal materials; | 0.5 | 487.50 | 11399514 |
| DeMarinis | Tony | 16/10/2012 | review information relating to claims; | 2.2 | 2,145.00 | 11407624 |
| DeMarinis | Tony | 24/10/2012 | reading Monitor's 89th report, compensation claims motion record, and related materials; | 1.7 | 1,657.50 | 11425611 |

CANADIAN CCAA PROCEEDINGS/MATTERS

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| DeMarinis | Tony | 25/10/2012 | review stay extension motion and materials relating to claims in Canadian proceedings; | 0.8 | 780.00 | 11427105 |
| DeMarinis | Tony | 29/10/2012 | review and consideration of claims against Canadian applicants; | 3.2 | 3,120.00 | 11432049 |
| DeMarinis | Tony | 30/10/2012 | reading orders, endorsement and related materials regarding today's motion; | 0.4 | 390.00 | 11433086 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 12/10/2012 | preparing draft materials for amendment to section 18.6 order; | 2.5 | 2,150.00 | 11405263 |
| Bomhof | Scott A. | 15/10/2012 | reviewing issues related to amendment to s. 18.6 proceedings; | 2.1 | 1,806.00 | 11407694 |
| Bomhof | Scott A. | 16/10/2012 | discussing s.18.6 issues with A. Slavens; | 0.6 | 516.00 | 11407714 |
| Slavens | Adam | 17/10/2012 | preparing CCAA court materials re amendments to section 18.6 order; | 4.4 | 2,486.00 | 11415095 |
| DeMarinis | Tony | 02/10/2012 | correspondence regarding research for amendments to section 18.6 order; | 2.0 | 1,950.00 | 11386842 |
| DeMarinis | Tony | 03/10/2012 | considering proposed expansion of recognition order and reading background information; | 1.5 | 1,462.50 | 11388792 |
| DeMarinis | Tony | 04/10/2012 | reading draft materials relating to amendments to section 18.6 order and correspondence, discussion and background review relating to same; | 2.7 | 2,632.50 | 11391270 |