**EXHIBIT B**

Nortel
October 2012 Disbursements

| | | | | |
|---|---|---|---:|---|
| 271 Process Server Filing | 02/10/2012 | $ | 35.60 | filing compendium, joint factum, brief of authorities and affidavit of service of Andrew Gray with the Court of Appeal; |
| 303 Taxi & Travel | 30/10/2012 | | 9.08 | Taxi & Travel Bomhof, Scott A.; Taxi/Car Service - Court taxi to court |
| 303 Taxi & Travel | 30/10/2012 | | 9.08 | Taxi & Travel Bomhof, Scott A.; Taxi/Car Service - Torys taxi from court |
| | | $ | 18.16 | |
| 801 Copies | 01/10/2012 | | 0.20 | Copies |
| 801 Copies | 01/10/2012 | | 1.70 | Copies |
| 801 Copies | 01/10/2012 | | 108.50 | Copies |
| 801 Copies | 01/10/2012 | | 15.20 | Copies |
| 801 Copies | 01/10/2012 | | 75.60 | Copies |
| 801 Copies | 02/10/2012 | | 18.60 | Copies |
| 808 Laser Printing | 01/10/2012 | | 1.80 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 0.40 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 0.40 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 0.20 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 2.00 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 3.00 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 8.20 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 4.60 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 6.50 | Laser Printing |
| 808 Laser Printing | 01/10/2012 | | 7.50 | Laser Printing |
| 808 Laser Printing | 02/10/2012 | | 11.30 | Laser Printing |
| 808 Laser Printing | 02/10/2012 | | 7.50 | Laser Printing |
| 808 Laser Printing | 02/10/2012 | | 30.30 | Laser Printing |
| 808 Laser Printing | 05/10/2012 | | 24.00 | Laser Printing |
| 808 Laser Printing | 09/10/2012 | | 0.50 | Laser Printing |
| 808 Laser Printing | 10/10/2012 | | 2.10 | Laser Printing |
| 808 Laser Printing | 11/10/2012 | | 4.20 | Laser Printing |
| 808 Laser Printing | 12/10/2012 | | 2.20 | Laser Printing |
| 808 Laser Printing | 12/10/2012 | | 22.10 | Laser Printing |
| 808 Laser Printing | 15/10/2012 | | 2.80 | Laser Printing |
| 808 Laser Printing | 16/10/2012 | | 23.60 | Laser Printing |
| 808 Laser Printing | 18/10/2012 | | 6.70 | Laser Printing |
| 808 Laser Printing | 23/10/2012 | | 4.10 | Laser Printing |
| 808 Laser Printing | 24/10/2012 | | 5.50 | Laser Printing |
| 808 Laser Printing | 25/10/2012 | | 20.60 | Laser Printing |
| 808 Laser Printing | 29/10/2012 | | 26.10 | Laser Printing |
| 808 Laser Printing | 31/10/2012 | | 0.90 | Laser Printing |
| 4808 Laser Printing | 09/10/2012 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 10/10/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 11/10/2012 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 11/10/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 11/10/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 11/10/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 12/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 12/10/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 12/10/2012 | | 0.90 | Laser Printing |
| 4808 Laser Printing | 12/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 15/10/2012 | | 1.50 | Laser Printing |
| 4808 Laser Printing | 15/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 15/10/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 16/10/2012 | | 1.20 | Laser Printing |
| 4808 Laser Printing | 16/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 16/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 17/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 22/10/2012 | | 0.50 | Laser Printing |

Nortel
October 2012 Disbursements

| | | | | |
|---|---|---|---:|---|
| 4808 Laser Printing | 22/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 22/10/2012 | | 0.50 | Laser Printing |
| 4808 Laser Printing | 22/10/2012 | | 0.50 | Laser Printing |
| 4808 Laser Printing | 22/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 22/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.50 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.70 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 26/10/2012 | | 1.50 | Laser Printing |
| | | $ | 461.50 | |
| 811 Binding Charges | 29/10/2012 | $ | 9.15 | Binding Charges |
| 822 Courier | 02/10/2012 | $ | 7.12 | Courier<br>79 Wellington Street West, Torys,<br>77 King St W, Fraser Milner, |
| 844 Exhibit Tabs | 29/10/2012 | $ | 2.03 | Exhibit Tabs |
| 887 On Line Research Charges - WestlaweCarswell Incl. | 10/10/2012 | | 116.97 | On Line Research Charges -WestlaweCarswell Incl. |
| 887 On Line Research Charges - WestlaweCarswell Incl. | 10/10/2012 | | 4.07 | On Line Research Charges -WestlaweCarswell Incl. |
| | | $ | 121.04 | |
| 954 Copy Preparation | 09/10/2012 | $ | 10.17 | Copy Preparation labour; |
| | | $ | 664.77 | |