# EXHIBIT A

# 751797



## BILLABLE PROFORMA

**Billing Attorney: 000302/ James J. Regan**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000126/ Linex v. Nortel et al.**

**Proforma Generation Date: 11/15/12 10:42:37**

**Fees and Disbursements Through 08/31/12**  
**Last Date Billed 09/21/12 (Through 06/30/12)**  
**Bille Cycle: M**  
**Matter Open Date: Jan 14, 2009**  
**Profoma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $1,326.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $1,326.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $9,506.50 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN 37728 | | **LTD Fees Billed** | $56,877.50 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10194362 | 05/31/12 | Supko, M. | Correspondence with Ms. Palmer re Linex settlement negotiations (0.2); analyze matters relating to settlement and advise Ms. Palmer re same (0.1); prepare response to Mr. Hartmann re settlement negotiations and next steps (0.2). | 0.50 | $390.00 |
| 10413376 | 08/06/12 | Supko, M. | Review/analyze proposed to settlement agreement (0.5); prepare further revisions to settlement agreement (0.3); correspondence with Ms. Palmer re proposed settlement agreement (0.1). | 0.90 | $702.00 |
| 10423769 | 08/09/12 | Supko, M. | Review correspondence from Ms. Palmer re settlement proposal (0.1); prepare email to Mr. | 0.30 | $234.00 |

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  
**Client:** 105185/ Nortel Networks Corp  
**Matter:** 105185.0000126/ Linex v. Nortel et al.  

**Fees and Disbursements Through 08/31/12**  
**Last Date Billed 09/21/12 (Through 06/30/12)**  
**Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Hartmann re revised settlement proposal (0.2). | | |
| | | | **Professional Services Total** | **1.70** | **$1,326.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | 780.00 | 1.70 | $1,326.00 |
| | | | **Fees Value** | **1.70** | **$1,326.00** |

- 2 of 2 -

**751798**



# BILLABLE PROFORMA

**Billing Attorney: 001835/ Matthew Cheney**  
**Client: 105185/ Nortel Networks Corp**  
**Matter: 105185.0000189/ Fee/Employment Application - US**

**Proforma Generation Date: 11/15/12 10:42:41**

**Fees and Disbursements Through 08/31/12**  
**Last Date Billed 09/21/12 (Through 06/30/12)**  
**Bille Cycle: M**  
**Matter Open Date: Jan 14, 2009**  
**Proforma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $542.50 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $542.50 | | |
| **Address:** Jeanine L. Daniluk | | **YTD Fees Billed** | $9,153.00 |
| Dept. 0381 | | **YTD Disb Billed** | $11.60 |
| Nortel Networks | | | |
| 195 The West Mall | | **LTD Fees Billed** | $119,284.50 |
| Toronto, Ontario | | **LTD Disb Billed** | $318.90 |
| Canada, M9C 5K1 | | | |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10446850 | 08/15/12 | Perales, O. | Prepare 41st Interim Fee Application for May 2012 (0.3); prepare 42nd Interim Fee Application for June 2012 (0.3). | 0.60 | $135.00 |
| 10446921 | 08/16/12 | Perales, O. | Prepare 43rd Interim Fee Application for July 2012 (0.3); prepare Fourteenth Quarterly Application (0.3); prepare Order Approving Fees for May 2012 through July 2012 fee statements (0.1). | 0.70 | $157.50 |
| 10464062 | 08/21/12 | Cheney, M | Review and revise May fee statement. | 0.10 | $62.50 |
| 10464064 | 08/21/12 | Cheney, M | Review and revise June fee statement. | 0.10 | $62.50 |

DCACTIVE-21663054.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 001835/ Matthew Cheney  **Fees and Disbursements Through** 08/31/12
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed** 09/21/12 (Through 06/30/12)
**Matter:** 105185.0000189/ Fee/Employment Application - US  **Proforma Joint Group #** 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10464065 | 08/21/12 | Cheney, M | Review and revise July fee statement. | 0.10 | $62.50 |
| 10464066 | 08/21/12 | Cheney, M | Review and revise quarterly fee application and proposed order. | 0.10 | $62.50 |
| | | | **Professional Services Total** | **1.70** | **$542.50** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 625.00 | 0.40 | $250.00 |
| 002444 | Specialist | Perales, O. | 225.00 | 1.30 | $292.50 |
| | | | **Fees Value** | **1.70** | **$542.50** |