# EXHIBIT B

**EXPENSE SUMMARY**

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 Through August 31, 2012

| Expense Category | Service Provider if Applicable | Total Expenses |
|---|---|---:|
| **TOTAL** | | **$0.00** |