# EXHIBIT A

**751799**



## BILLABLE PROFORMA

**Billing Attorney: 000302/ James J. Regan**  **Fees and Disbursements Through 09/30/12**
**Client: 105185/ Nortel Networks Corp**  **Last Date Billed 09/21/12 (Through 06/30/12)**
**Matter: 105185.0000126/ Linex v. Nortel et al.**  **Bille Cycle: M**
  **Matter Open Date: Jan 14, 2009**
**Proforma Generation Date: 11/15/12 10:43:08**  **Profoma Joint Group # 105185**

| | | | |
|---|---|---|---|
| **Total Fees This Proforma** | $780.00 | **Unallocated Cash** | $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** | $0.00 |
| **TOTAL THIS PROFORMA** | $780.00 | | |
| **Address:** Nortel Networks | | **YTD Fees Billed** | $9,506.50 |
| Attn: Accounts Payable | | **YTD Disb Billed** | $0.00 |
| Post Office Box 280510 | | | |
| Nashville, TN 37728 | | **LTD Fees Billed** | $56,877.50 |
| | | **LTD Disb Billed** | $38.49 |
| | | **A/R Balance This Matter** | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10493511 | 09/05/12 | Supko, M. | Correspondence with Ms. Palmer re status of settlement negotiations (0.1); correspondence with Mr. Hartmann re status of settlement negotiations (0.1). | 0.20 | $156.00 |
| 10523867 | 09/14/12 | Supko, M. | Correspondence with Ms. Palmer re status of settlement discussions (0.1); prepare email to Mr. Hartmann advising of timing issues for settlement (0.1). | 0.20 | $156.00 |
| 10543795 | 09/21/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. Palmer re status of settlement proposal. | 0.10 | $78.00 |
| 10551345 | 09/24/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. | 0.20 | $156.00 |

DCACTIVE-21663131.1

**751799**

**CROWELL & MORING**
**BILLABLE PROFORMA**

**Billing Attorney:** 000302/ James J. Regan  **Fees and Disbursements Through 09/30/12**
**Client:** 105185/ Nortel Networks Corp  **Last Date Billed 09/21/12 (Through 06/30/12)**
**Matter:** 105185.0000126/ Linex v. Nortel et al.  **Proforma Joint Group # 105185**

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| | | | Palmer re settlement issues. | | |
| 10554899 | 09/25/12 | Supko, M. | Correspondence with Mr. Hartmann and Ms. Palmer re settlement agreement and procedure for acceptance of same by bankruptcy court. | 0.30 | $234.00 |
| | | | **Professional Services Total** | **1.00** | **$780.00** |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|---|---|---|---|---|---|
| 001474 | Partner | Supko, M. | 780.00 | 1.00 | $780.00 |
| | | **Fees Value** | | **1.00** | **$780.00** |

- 2 of 2 -

DCACTIVE-21663131.1

**751800**



## BILLABLE PROFORMA

**Billing Attorney:  001835/ Matthew Cheney**  
**Client:  105185/ Nortel Networks Corp**  
**Matter:  105185.0000189/ Fee/Employment Application - US**

**Proforma Generation Date:  11/15/12 10:43:12**

**Fees and Disbursements Through 09/30/12**  
**Last Date Billed 09/21/12 (Through 06/30/12)**  
**Bille Cycle:  M**  
**Matter Open Date:  Jan 14, 2009**  
**Profoma Joint Group # 105185**

| | | |
|---|---|---|
| **Total Fees This Proforma** | $125.00 | **Unallocated Cash** $0.00 |
| **Total Disbursements This Proforma** | $0.00 | **Trust Balance** $0.00 |
| **TOTAL THIS PROFORMA** | $125.00 | |

**Address:**  Jeanine L. Daniluk  
Dept. 0381  
Nortel Networks  
195 The West Mall  
Toronto, Ontario  
Canada, M9C 5K1

**YTD Fees Billed** $9,153.00  
**YTD Disb Billed** $11.60  

**LTD Fees Billed** $119,284.50  
**LTD Disb Billed** $318.90  

**A/R Balance This Matter** $0.00

## Professional Services Detail

| **Index** | **Date** | **Timekeeper Name** | **Description of Professional Services** | **Hours** | **Value of Time** |
|---|---|---|---|---|---|
| 10519921 | 09/12/12 | Cheney, M | Review draft fee order from Ms. Cordo. | 0.20 | $125.00 |
| | | | **Professional Services Total** | **0.20** | **$125.00** |

## Professional Services Summary

| **ID** | **Title** | **Timekeeper Name** | **Rate** | **Hours** | **Value** |
|---|---|---|---|---|---|
| 001835 | Partner | Cheney, M | 625.00 | 0.20 | $125.00 |
| | | | **Fees Value** | **0.20** | **$125.00** |

- 1 of 1 -