**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Exhibit A: Summary of Fees by Professional**
**For the Period 10/1/2012 through 10/31/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 50.50 | $40,147.50 |
| J. Borow | Executive Director | $795 | 35.90 | $28,540.50 |
| J. Hyland | Executive Director | $610 | 124.80 | $76,128.00 |
| A. Cowie | Managing Director | $550 | 11.10 | $6,105.00 |
| T. Morilla | Director | $360 | 147.40 | $53,064.00 |
| M. Haverkamp | Paraprofessional | $120 | 2.30 | $276.00 |
| **For the Period 10/1/2012 through 10/31/2012** | | | **372.00** | **$204,261.00** |