# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 10/1/2012 through 10/31/2012**

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 168.30 | $102,588.00 |
| 05. Professional Retention/Fee Application Preparation | 7.70 | $2,695.00 |
| 07. Interaction/Mtgs w Debtors/Counsel | 9.80 | $7,791.00 |
| 08. Interaction/Mtgs w Creditors | 49.50 | $31,605.00 |
| 09. Employee Issues/KEIP | 8.00 | $3,405.00 |
| 10. Recovery/SubCon/Lien Analysis | 68.30 | $27,633.00 |
| 11. Claim Analysis/Accounting | 28.00 | $14,730.00 |
| 13. Intercompany Transactions/Bal | 12.10 | $5,056.00 |
| 18. Operating and Other Reports | 9.40 | $4,484.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 9.50 | $3,420.00 |
| 26. Tax Issues | 1.40 | $854.00 |
| **For the Period 10/1/2012 through 10/31/2012** | **372.00** | **$204,261.00** |