# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 10/1/2012 through 10/31/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 10/1/2012 | J. Hyland | 0.10 | Conducted call with M. Sandberg re: assets and claims. |
| 10/1/2012 | J. Hyland | 2.60 | Reviewed UCC report on proceeds allocation. |
| 10/1/2012 | J. Hyland | 2.70 | Reviewed assets and claims. |
| 10/2/2012 | C. Kearns | 1.00 | Met with counsel in advance of meeting with UCC and J. Ray to discuss key issues and next steps. |
| 10/2/2012 | C. Kearns | 3.00 | Met with J. Ray, CGSH, Chilmark and UCC to discuss issues re: mediation and resolution of the case, including prior discussion with UCC. |
| 10/3/2012 | J. Hyland | 0.10 | Called M. Kennedy re: assets and claims. |
| 10/3/2012 | C. Kearns | 0.50 | Outlined key issues for inclusion in next mediation submission by UCC. |
| 10/3/2012 | A. Cowie | 1.30 | Prepared discussion documents for strategy meeting with counsel in regard to mediation and submissions to Winkler. |
| 10/3/2012 | J. Hyland | 1.30 | Participated in meeting with counsel re: proceeds allocation mediation. |
| 10/3/2012 | J. Hyland | 1.30 | Participated in call with counsel re: proceeds allocation. |
| 10/3/2012 | J. Hyland | 2.00 | Prepared for meeting with counsel re: proceeds allocation. |
| 10/3/2012 | C. Kearns | 2.00 | Met with counsel to frame out mediation submission by UCC. |
| 10/3/2012 | J. Borow | 2.10 | Prepared for (0.8) and participated in (1.3) discussions with counsel to UCC re: mediation issues. |
| 10/4/2012 | C. Kearns | 1.50 | Drafted UCC mediation submission. |
| 10/4/2012 | J. Borow | 2.90 | Reviewed issues relating to proposals to Mediator and related scenarios. |
| 10/5/2012 | J. Borow | 0.90 | Continued to review issues relating to proposals to Mediator and related scenarios. |
| 10/5/2012 | J. Hyland | 1.20 | Conducted call with M. Sandberg re: assets, claims, and mediation submission. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/5/2012 | C. Kearns | 1.80 | Continued the drafting of UCC mediation submission. |
| 10/5/2012 | T. Morilla | 2.00 | Continued to revise the UCC mediation proposal presentation. |
| 10/5/2012 | J. Borow | 2.20 | Reviewed issues relating to proposals to mediator and related scenarios. |
| 10/5/2012 | J. Hyland | 2.80 | Continued reviewing mediation submission draft. |
| 10/5/2012 | J. Hyland | 2.90 | Reviewed mediation submission draft. |
| 10/8/2012 | T. Morilla | 1.30 | Reviewed and edited the UCC mediation proposal submission. |
| 10/8/2012 | T. Morilla | 1.30 | Continued to review allocation and recovery issues. |
| 10/8/2012 | T. Morilla | 1.50 | Continued to review the comments on the UCC mediation submission. |
| 10/8/2012 | C. Kearns | 1.60 | Continued drafting next mediation submission including review of changes suggested by counsel. |
| 10/8/2012 | T. Morilla | 2.10 | Continued to review and edit the UCC mediation proposal submission. |
| 10/8/2012 | J. Hyland | 2.60 | Reviewed updated mediation statement. |
| 10/8/2012 | J. Hyland | 2.90 | Analyzed calculations for mediation statement. |
| 10/9/2012 | T. Morilla | 0.90 | Reviewed the comments to the UCC mediation submission. |
| 10/9/2012 | J. Hyland | 1.00 | Reviewed assets and liabilities. |
| 10/9/2012 | J. Hyland | 1.00 | Conducted call with M. Sandberg re: assets, claims, and mediation. |
| 10/9/2012 | J. Hyland | 1.10 | Summarized assets and claims for counsel. |
| 10/9/2012 | T. Morilla | 1.30 | Reviewed and analyzed the financial metrics for the fair market value allocation. |
| 10/9/2012 | J. Hyland | 1.80 | Prepared for call with counsel on mediation submission. |
| 10/9/2012 | J. Hyland | 1.80 | Participated in call with counsel and Fraser re: mediation submission. |
| 10/9/2012 | T. Morilla | 1.90 | Reviewed and analyzed previous mediation statements. |
| 10/9/2012 | T. Morilla | 1.90 | Continued to edit the charts in the UCC mediation submission. |
| 10/9/2012 | C. Kearns | 2.20 | Prepared for (0.4) and participated in (1.8) meeting with counsel to do page turn of draft mediation submission and discuss related issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/9/2012 | J. Hyland | 2.40 | Reviewed analysis on proceeds allocation. |
| 10/9/2012 | C. Kearns | 2.40 | Continued review of draft submission and related analyses. |
| 10/10/2012 | C. Kearns | 0.60 | Reviewed sensitivity analyses of possible allocation counter in mediation submission as compared to estimated NNI assets and claims. |
| 10/10/2012 | C. Kearns | 1.00 | Continued to review draft of next submission. |
| 10/10/2012 | J. Hyland | 1.20 | Participated in call with counsel, Milbank, and FTI re: mediation submission. |
| 10/10/2012 | C. Kearns | 1.20 | Participated in call with counsel and ad hoc advisers to discuss status of mediation submission and next steps. |
| 10/10/2012 | T. Morilla | 1.80 | Reviewed and analyzed certain allocation issues. |
| 10/10/2012 | J. Hyland | 1.80 | Prepared for call with counsel, Milbank, and FTI re: mediation submission. |
| 10/10/2012 | J. Borow | 3.10 | Prepared for (1.9) and participated in (1.2) meeting with professionals re: allocation and mediation issues. |
| 10/11/2012 | J. Borow | 1.10 | Reviewed issues relating to mediation and allocation scenarios. |
| 10/11/2012 | T. Morilla | 1.30 | Continued to edit the UCC mediation submission. |
| 10/11/2012 | C. Kearns | 1.80 | Reviewed draft mediation submission and related analyses for consideration by the UCC. |
| 10/12/2012 | C. Kearns | 1.00 | Ran additional mediation related scenarios. |
| 10/12/2012 | C. Kearns | 1.10 | Participated in various discussions with counsel regarding next steps with ad hocs and Debtor re: mediation submission. |
| 10/12/2012 | C. Kearns | 1.50 | Participated in UCC call to review draft mediation submission and next steps. |
| 10/12/2012 | T. Morilla | 1.70 | Continued to review certain allocation issues. |
| 10/15/2012 | C. Kearns | 0.80 | Participated in call with counsel and ad hoc advisers to discuss mediation submission. |
| 10/15/2012 | C. Kearns | 1.10 | Continued review of mediation related issues. |
| 10/15/2012 | T. Morilla | 2.40 | Continued to revise the UCC mediation submission. |
| 10/15/2012 | J. Hyland | 2.80 | Reviewed proceeds allocation scenarios. |
| 10/15/2012 | J. Hyland | 2.90 | Analyzed changes to mediation statement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/16/2012 | J. Hyland | 0.60 | Participated on call with A. Pisa, FTI, and counsel re: mediation. |
| 10/16/2012 | C. Kearns | 0.60 | Participated in call with ad hocs to debrief from UCC meeting. |
| 10/16/2012 | C. Kearns | 0.90 | Reviewed and revised draft submission. |
| 10/16/2012 | J. Hyland | 2.50 | Reviewed mediation statement. |
| 10/16/2012 | C. Kearns | 5.00 | Participated in UCC meeting with Debtors to discuss case status and mediation related issues. |
| 10/17/2012 | J. Hyland | 0.50 | Summarized review comments on mediation statement for counsel. |
| 10/17/2012 | T. Morilla | 1.20 | Continued to review the UCC mediation submission. |
| 10/17/2012 | T. Morilla | 1.40 | Reviewed comments to the UCC mediation submission. |
| 10/17/2012 | C. Kearns | 1.60 | Continued to review and draft mediation statement. |
| 10/17/2012 | T. Morilla | 1.80 | Continued to revise the UCC mediation submission. |
| 10/17/2012 | T. Morilla | 1.90 | Continued to review allocation and recovery issues. |
| 10/17/2012 | J. Hyland | 2.20 | Reviewed comments on the mediation statement. |
| 10/18/2012 | J. Hyland | 0.20 | Conducted call with counsel re: mediation statement. |
| 10/18/2012 | C. Kearns | 0.70 | Continued review and revise a draft of the mediation submission. |
| 10/18/2012 | J. Hyland | 0.80 | Participated on call with counsel and Fraser re: mediation statement. |
| 10/18/2012 | T. Morilla | 1.00 | Continued reviewing comments made to the UCC mediation submission. |
| 10/18/2012 | T. Morilla | 1.30 | Reviewed comments made to the UCC mediation submission. |
| 10/18/2012 | C. Kearns | 1.30 | Called and emailed with counsel to revise draft mediation submission. |
| 10/18/2012 | J. Hyland | 1.60 | Prepared for call with counsel re: mediation. |
| 10/18/2012 | J. Hyland | 1.70 | Reviewed revised mediation statement. |
| 10/19/2012 | J. Hyland | 0.50 | Summarized mediation matters for counsel. |
| 10/19/2012 | T. Morilla | 1.20 | Continued to review adjustments to the U.S. estate-owned assets. |
| 10/19/2012 | J. Hyland | 1.50 | Reviewed mediation statement revisions. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/19/2012 | T. Morilla | 1.90 | Reviewed and edited the UCC mediation submission. |
| 10/19/2012 | C. Kearns | 2.30 | Completed a final review and made comments to UCC mediation submission. |
| 10/22/2012 | C. Kearns | 0.30 | Participated in call with counsel to prepare for Debtors call to discuss mediation submission. |
| 10/22/2012 | C. Kearns | 0.30 | Drafted memo for counsel to summarize key points discussed with DPW. |
| 10/22/2012 | C. Kearns | 0.40 | Participated in call with counsel and DPW (US Counsel to the Mediator) to discuss UCC submission and next steps. |
| 10/22/2012 | J. Hyland | 1.30 | Analyzed allocation scenario. |
| 10/23/2012 | J. Hyland | 0.30 | Participated in call with Milbank and counsel re: mediation status. |
| 10/23/2012 | C. Kearns | 0.50 | Participated in call with counsel and ad hocs (0.3) including debrief with counsel (0.2). |
| 10/23/2012 | C. Kearns | 0.50 | Continued review of mediation related issues. |
| 10/23/2012 | J. Borow | 1.10 | Reviewed scenarios relating to mediation submission. |
| 10/23/2012 | T. Morilla | 1.80 | Reviewed and analyzed the April 2011 mediation proposals. |
| 10/24/2012 | J. Hyland | 0.80 | Summarized proceeds allocation analysis for counsel. |
| 10/24/2012 | T. Morilla | 1.30 | Reviewed previous U.S. Interests mediation submission. |
| 10/24/2012 | T. Morilla | 1.50 | Continued to review April 2011 mediation statements. |
| 10/24/2012 | J. Hyland | 2.60 | Continued analyzing proceeds allocation scenario. |
| 10/24/2012 | J. Hyland | 2.90 | Analyzed proceeds allocation scenario. |
| 10/25/2012 | C. Kearns | 1.30 | Reviewed draft ad hoc submission and related analysis. |
| 10/26/2012 | J. Hyland | 0.80 | Participated in call with Milbank, FTI, and counsel re: mediation |
| 10/26/2012 | C. Kearns | 1.00 | Prepared (0.2) and participated in (0.8) call with Milbank and counsel to discuss draft submission. |
| 10/26/2012 | J. Hyland | 1.10 | Reviewed a mediation statement. |
| 10/26/2012 | C. Kearns | 1.30 | Reviewed and analyzed draft as hoc submission and discussed with counsel. |
| 10/26/2012 | T. Morilla | 1.40 | Continued to review the bondholder mediation submission. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/26/2012 | T. Morilla | 1.90 | Continued to review issues in the bondholder mediation submission. |
| 10/29/2012 | C. Kearns | 0.20 | Emailed with counsel regarding mediation submission. |
| 10/29/2012 | C. Kearns | 0.40 | Prepared for call with U.S. counsel to Mediator. |
| 10/29/2012 | T. Morilla | 1.20 | Reviewed and analyzed the bondholder mediation submission. |
| 10/29/2012 | T. Morilla | 1.30 | Continued to review and analyze the bondholder mediation submission. |
| 10/30/2012 | C. Kearns | 0.30 | Emailed with counsel regarding mediation-related status. |
| 10/31/2012 | C. Kearns | 0.40 | Reviewed mediation related issues. |
| 10/31/2012 | J. Hyland | 2.50 | Analyzed prior mediation statements. |
| Subtotal | | 168.30 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/3/2012 | J. Hyland | 0.20 | Prepared September fee estimate and sent to counsel. |
| 10/22/2012 | M. Haverkamp | 2.20 | Prepared September fee application. |
| 10/23/2012 | M. Haverkamp | 0.10 | Prepared September fee application. |
| 10/24/2012 | T. Morilla | 1.90 | Prepared the September 2012 fee application. |
| 10/25/2012 | J. Hyland | 1.20 | Reviewed fee application. |
| 10/25/2012 | T. Morilla | 1.60 | Continued preparing the September 2012 fee application. |
| 10/30/2012 | J. Hyland | 0.50 | Reviewed fee application. |
| Subtotal | | 7.70 | |

**07. Interaction/Mtgs w Debtors/Counsel**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2012 | C. Kearns | 0.50 | Continued review of issues related to next mediation submission for discussion with Debtor and UCC. |
| 10/2/2012 | J. Borow | 3.00 | Participated in meeting with UCC, professionals to UCC, Debtor and professionals to Debtor regarding mediation issues. |
| 10/16/2012 | J. Borow | 5.90 | Prepared for (0.9) and participated in (5.0) meeting with Debtor, Debtor's advisors, UCC and UCC advisors re: mediation issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/22/2012 | C. Kearns | 0.40 | Participated in call with counsel and CGSH to brief them on status of our mediation submission and DPW conference call. |
| Subtotal | | 9.80 | |

**08. Interaction/Mtgs w Creditors**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2012 | J. Hyland | 0.40 | Conducted call with M. Sandberg re: assets, claims, and mediation. |
| 10/2/2012 | J. Hyland | 0.50 | Conducted discussions with Committee members and advisors re: UCC meeting. |
| 10/2/2012 | J. Borow | 0.60 | Prepared for meeting with UCC, professionals to UCC, Debtor and professionals to Debtor regarding mediation issues. |
| 10/2/2012 | J. Hyland | 1.00 | Participated in meeting with counsel re: preparation from UCC meeting. |
| 10/2/2012 | A. Cowie | 1.20 | Prepared supporting analyses and discussion points for UCC meeting and subsequent follow on meeting with the Debtors' professionals. |
| 10/2/2012 | J. Hyland | 2.40 | Continued preparing for UCC meeting and reviewed UCC presentations. |
| 10/2/2012 | J. Hyland | 2.90 | Prepared for UCC meeting and reviewed UCC presentations. |
| 10/2/2012 | J. Hyland | 3.00 | Participated in UCC meeting with UCC members, UCC professionals, and including for a portion of the meeting: J. Ray, J. Bromley, L. Schweitzer, M. Rosenberg, M. Kennedy, and A. Taylor. |
| 10/4/2012 | J. Hyland | 0.40 | Conducted call with K. Rowe re: U.S. taxes and mediation. |
| 10/9/2012 | A. Cowie | 1.80 | Prepared supporting discussion points and analysis for Nortel mediation professionals call. |
| 10/9/2012 | J. Borow | 3.10 | Prepared for (1.3) for and participated in (1.8) meeting with advisors to UCC and UCC re: issues relating to mediation and allocation. |
| 10/10/2012 | A. Cowie | 0.90 | Prepared supporting analysis for discussion with bondholders and their professionals in regard to settlement issues. |
| 10/12/2012 | J. Borow | 0.80 | Participated in discussions with various creditors re: status of matter. |
| 10/12/2012 | J. Hyland | 1.00 | Summarized matters from UCC call. |
| 10/12/2012 | A. Cowie | 1.40 | Prepared supporting analysis and discussion points for UCC call. |
| 10/12/2012 | J. Hyland | 1.50 | Participated in UCC call with UCC professionals. |
| 10/12/2012 | J. Borow | 1.50 | Participated in meeting with UCC and professionals to UCC. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/12/2012 | J. Hyland | 2.00 | Prepared for UCC call. |
| 10/16/2012 | J. Hyland | 0.50 | Conducted meetings with counsel and UCC members re: mediation. |
| 10/16/2012 | J. Hyland | 2.00 | Prepared for UCC meeting. |
| 10/16/2012 | A. Cowie | 2.10 | Continued to prepare supporting analyses and discussion points for UCC in-person meeting. |
| 10/16/2012 | A. Cowie | 2.40 | Prepared supporting analyses and discussion points for UCC in-person meeting. |
| 10/16/2012 | J. Hyland | 5.00 | Participated in UCC meeting with UCC members, UCC professionals, and for a portion of meeting with J. Ray, Cleary, and Chilmark. |
| 10/17/2012 | J. Hyland | 0.40 | Participated in UCC call with UCC members and UCC advisors. |
| 10/17/2012 | C. Kearns | 0.40 | Participated in UCC call to discuss draft mediation statement. |
| 10/17/2012 | J. Hyland | 0.90 | Conducted call with M. Sandberg re: mediation. |
| 10/17/2012 | J. Borow | 2.10 | Prepared for (1.2) and participated in (0.9) meeting with bondholder representatives re: mediation issues. |
| 10/18/2012 | J. Hyland | 0.80 | Conducted call and follow-up with M. Sandberg regarding mediation. |
| 10/23/2012 | J. Hyland | 0.80 | Conducted call with M. Wunder re: employee compensation and case matters. |
| 10/23/2012 | J. Hyland | 0.90 | Conducted call with K. Rowe re: U.S. taxes and mediation. |
| 10/24/2012 | C. Kearns | 0.50 | Participated in a portion of the call with counsel to prepare for next UCC meeting. |
| 10/24/2012 | J. Hyland | 0.80 | Participated in weekly status call with UCC professionals. |
| 10/25/2012 | J. Hyland | 0.40 | Conducted calls with M. Sandberg re: proceeds allocation. |
| 10/25/2012 | J. Hyland | 0.60 | Prepared for UCC call. |
| 10/25/2012 | J. Hyland | 0.70 | Participated in UCC call with UCC advisors. |
| 10/26/2012 | J. Borow | 1.80 | Prepared for (1.0) and participated in (0.8) meeting with Milbank and counsel. |
| Subtotal | | 49.50 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **09. Employee Issues/KEIP** | | | |
| 10/16/2012 | T. Morilla | 1.90 | Continued to review and analyze the employee related issues. |
| 10/23/2012 | T. Morilla | 1.70 | Reviewed and analyzed the 2013 retention plan. |
| 10/26/2012 | J. Hyland | 0.60 | Participated in call with B. Beekenkamp re: Canadian employee 2013 retention plan. |
| 10/26/2012 | J. Hyland | 1.50 | Analyzed Canadian employee 2013 retention plan. |
| 10/29/2012 | T. Morilla | 1.10 | Continued to review the employee retention plan. |
| 10/31/2012 | T. Morilla | 1.20 | Created talking points for the retention program. |
| Subtotal | | 8.00 | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 10/1/2012 | T. Morilla | 1.00 | Revised the preliminary recovery analyses. |
| 10/2/2012 | T. Morilla | 0.80 | Reviewed and analyzed the bondholder pricing. |
| 10/2/2012 | C. Kearns | 0.80 | Outlined key issues for consideration or reconsideration by UCC related to NNI and claims and impact on allocation scenarios. |
| 10/2/2012 | T. Morilla | 1.30 | Continued to revise the preliminary recovery analyses. |
| 10/2/2012 | J. Borow | 1.40 | Reviewed recovery and scenarios. |
| 10/2/2012 | T. Morilla | 2.20 | Continued to review issues regarding recovery analyses. |
| 10/3/2012 | T. Morilla | 1.50 | Continued to review the recovery presentation. |
| 10/3/2012 | T. Morilla | 1.50 | Continued to analyze the recovery waterfall. |
| 10/3/2012 | T. Morilla | 1.80 | Reviewed and analyzed recoveries to certain entities. |
| 10/3/2012 | T. Morilla | 1.90 | Continued to review and analyze the recovery model. |
| 10/4/2012 | T. Morilla | 1.80 | Reviewed and revised the recovery model. |
| 10/4/2012 | T. Morilla | 1.90 | Continued to revise and edit the UCC mediation proposal presentation. |
| 10/4/2012 | T. Morilla | 2.00 | Continued to prepare the UCC mediation proposal presentation. |
| 10/4/2012 | T. Morilla | 2.90 | Began preparing the UCC mediation proposal presentation. |
| 10/5/2012 | T. Morilla | 0.90 | Continued to revise the justifications of recovery document. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/5/2012 | T. Morilla | 1.90 | Continued to run additional recovery scenarios. |
| 10/5/2012 | T. Morilla | 2.20 | Collected comments and revised justifications of recoveries. |
| 10/8/2012 | J. Borow | 2.30 | Reviewed issues pertaining to allocation and recoveries for mediation purposes. |
| 10/9/2012 | T. Morilla | 0.30 | Reviewed and analyzed the recovery waterfall. |
| 10/9/2012 | T. Morilla | 1.90 | Continued to run additional recovery scenarios. |
| 10/10/2012 | T. Morilla | 1.90 | Reviewed and modeled addition recovery scenarios. |
| 10/10/2012 | T. Morilla | 2.10 | Continued to review and edit the recovery model. |
| 10/10/2012 | T. Morilla | 2.20 | Continued to run additional recovery scenarios. |
| 10/11/2012 | T. Morilla | 1.90 | Continued to edit certain recovery scenarios. |
| 10/11/2012 | T. Morilla | 2.10 | Continued to review additional recovery scenarios. |
| 10/12/2012 | T. Morilla | 1.40 | Continued to review and analyze recovery issues. |
| 10/12/2012 | T. Morilla | 1.50 | Continued to run additional recovery scenarios. |
| 10/12/2012 | T. Morilla | 2.10 | Continued to review and edit recovery scenarios. |
| 10/15/2012 | T. Morilla | 1.50 | Reviewed and analyzed the recovery waterfall. |
| 10/16/2012 | T. Morilla | 1.90 | Continued to adjust recovery model based on comments. |
| 10/18/2012 | T. Morilla | 1.10 | Continued to run additional recovery scenarios. |
| 10/18/2012 | T. Morilla | 1.20 | Continued to run additional recovery scenarios. |
| 10/18/2012 | T. Morilla | 1.80 | Continued to review and analyze the recovery model. |
| 10/19/2012 | T. Morilla | 1.60 | Reviewed and analyzed allocation and recovery issues. |
| 10/19/2012 | T. Morilla | 1.80 | Reviewed analysis showing recoveries to certain EMEA entities. |
| 10/22/2012 | C. Kearns | 2.00 | Continued review of recovery scenarios to consider questions raised by DPW. |
| 10/22/2012 | T. Morilla | 2.30 | Continued to run additional recovery scenarios. |
| 10/23/2012 | T. Morilla | 1.90 | Revised and edited the recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/23/2012 | T. Morilla | 1.90 | Continued to run additional recovery scenarios. |
| 10/24/2012 | T. Morilla | 1.30 | Continued to review and analyze the recovery scenarios. |
| 10/29/2012 | C. Kearns | 0.50 | Participated in call with counsel and DPW (US Counsel to the Mediator) regarding questions related to UCC mediation submission. |
| Subtotal | | 68.30 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2012 | T. Morilla | 1.30 | Reviewed and analyzed the U.S. claims. |
| 10/2/2012 | J. Hyland | 1.70 | Analyzed results from UCC meeting regarding claims. |
| 10/5/2012 | J. Hyland | 2.70 | Analyzed claims from other estates. |
| 10/11/2012 | J. Hyland | 0.20 | Conducted call with M. Sandberg re: claims. |
| 10/11/2012 | J. Hyland | 0.20 | Conducted call with M. Kennedy re: claims. |
| 10/11/2012 | T. Morilla | 0.40 | Reviewed and analyzed post-petition interest claims. |
| 10/11/2012 | J. Hyland | 0.60 | Conducted calls with M. Sandberg re: claims. |
| 10/11/2012 | T. Morilla | 0.70 | Reviewed and analyzed intercompany claims. |
| 10/11/2012 | J. Hyland | 0.90 | Summarized claims. |
| 10/11/2012 | T. Morilla | 1.60 | Reviewed and analyzed the U.S. claims. |
| 10/11/2012 | J. Hyland | 1.70 | Reviewed estate claims. |
| 10/12/2012 | J. Hyland | 0.10 | Conducted call with M. Kennedy re: intercompany claims. |
| 10/12/2012 | J. Hyland | 1.70 | Analyzed intercompany claims. |
| 10/15/2012 | J. Hyland | 2.40 | Reviewed claims base. |
| 10/16/2012 | T. Morilla | 1.40 | Reviewed and analyzed EMEA claims. |
| 10/17/2012 | T. Morilla | 0.50 | Reviewed and analyzed the Canadian estate claims. |
| 10/17/2012 | T. Morilla | 1.20 | Continued to review the U.S. claims. |
| 10/17/2012 | J. Hyland | 2.40 | Reviewed claims recovery scenarios. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/19/2012 | J. Hyland | 2.00 | Reviewed Canadian claims. |
| 10/22/2012 | T. Morilla | 1.40 | Continued to review the U.S. claim amounts. |
| 10/24/2012 | T. Morilla | 0.90 | Reviewed and analyzed the LTD and retiree claim issues. |
| 10/24/2012 | J. Hyland | 2.00 | Analyzed LTD calculations and claims. |
| Subtotal | | 28.00 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/29/2012 | T. Morilla | 1.80 | Reviewed and analyzed the APAC Restructuring Manager reports. |
| 10/30/2012 | T. Morilla | 2.70 | Reviewed and analyzed the APAC and CALA intercompany balances. |
| 10/31/2012 | T. Morilla | 2.20 | Continued to review and analyze the APAC and CALA intercompany balances. |
| 10/31/2012 | T. Morilla | 2.60 | Continued to review and analyze the APAC and CALA intercompany balances. |
| 10/31/2012 | J. Hyland | 2.80 | Reviewed Restructuring Manager's Report for APAC. |
| Subtotal | | 12.10 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2012 | T. Morilla | 1.00 | Reviewed and analyzed certain professional expenses. |
| 10/8/2012 | T. Morilla | 1.90 | Reviewed the previous EMEA Admin reports. |
| 10/25/2012 | T. Morilla | 0.90 | Reviewed and analyzed the 89th Report of the Monitor. |
| 10/25/2012 | J. Hyland | 2.80 | Reviewed Monitor's Report. |
| 10/30/2012 | T. Morilla | 1.20 | Continued to review and analyze the 89th report of the Monitor. |
| 10/30/2012 | J. Hyland | 1.60 | Reviewed Monitor's Report and analyzed information. |
| Subtotal | | 9.40 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2012 | T. Morilla | 0.90 | Reviewed the U.S. cash balances. |
| 10/3/2012 | T. Morilla | 0.50 | Reviewed and analyzed the global cash flash. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/12/2012 | T. Morilla | 0.30 | Reviewed the escrow account balances. |
| 10/12/2012 | T. Morilla | 1.00 | Reviewed historical U.S. cash inflows/outflows. |
| 10/18/2012 | T. Morilla | 1.60 | Reviewed and analyzed the Canadian and APAC cash forecasts. |
| 10/22/2012 | T. Morilla | 0.40 | Reviewed and analyzed the October 12 cash flash. |
| 10/22/2012 | T. Morilla | 1.30 | Continued to review the U.S. Debtor cash balances. |
| 10/24/2012 | T. Morilla | 1.10 | Reviewed and analyzed the global cash flow forecast. |
| 10/25/2012 | T. Morilla | 1.20 | Reviewed and analyzed the cash forecast on the Monitor's report. |
| 10/29/2012 | T. Morilla | 0.30 | Reviewed the escrow account balances. |
| 10/29/2012 | T. Morilla | 0.50 | Reviewed and analyzed the U.S. cash balances. |
| 10/30/2012 | T. Morilla | 0.40 | Reviewed the global cash balances. |
| Subtotal | | 9.50 | |

**26. Tax Issues**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/4/2012 | J. Hyland | 1.20 | Conducted call with K. Rowe re: U.S. taxes. |
| 10/10/2012 | J. Hyland | 0.20 | Conducted call with K. Rowe re: U.S. taxes. |
| Subtotal | | 1.40 | |
| **Total Hours** | | **372.00** | |