**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10/1/2012 through 10/31/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| **Airfare/ Train** | | | |
| 10/15/2012 | J. Hyland | Airfare to NY for UCC in-person meeting. | $716.60 |
| **Subtotal - Airfare/ Train** | | | **$716.60** |
| **Auto Rental/Taxi** | | | |
| 10/2/2012 | J. Hyland | Taxi from airport to home during NY trip. | $70.74 |
| 10/2/2012 | J. Hyland | Taxi from airport during NY trip. | $39.96 |
| 10/15/2012 | J. Hyland | Taxi from airport during NY trip. | $51.50 |
| 10/16/2012 | J. Hyland | Taxi to airport during NY trip. | $43.56 |
| **Subtotal - Auto Rental/Taxi** | | | **$205.76** |
| **Hotel** | | | |
| 10/5/2012 | J. Hyland | Hotel charges from 7/20/2012 not previously included. | $7.50 |
| 10/16/2012 | J. Hyland | Hotel for NY trip for UCC in-person UCC meeting. | $621.26 |
| **Subtotal - Hotel** | | | **$628.76** |
| **Meals** | | | |
| 10/2/2012 | J. Hyland | Meal during NY trip. | $11.30 |
| 10/15/2012 | J. Hyland | Meal during NY trip for UCC meeting. | $15.45 |
| **Subtotal - Meals** | | | **$26.75** |
| **Mileage** | | | |
| 10/2/2012 | J. Hyland | Local mileage to/from airport for NY trip. | $23.31 |

| Date | Professional | Description | Amount |
|---|---|---|---|
| 10/15/2012 | J. Hyland | Local mileage to/from airport for UCC meeting in NY. | $23.31 |
| **Subtotal - Mileage** | | | **$46.62** |
| **Parking/ Tolls** | | | |
| 10/2/2012 | J. Hyland | Local tolls to/from airport for NY trip. | $1.60 |
| 10/15/2012 | J. Hyland | Local tolls to/from airport for UCC meeting in NY. | $1.60 |
| 10/16/2012 | J. Hyland | Local airport parking during NY trip. | $66.00 |
| **Subtotal - Parking/ Tolls** | | | **$69.20** |
| **Telecom** | | | |
| 10/1/2012 | T. Morilla | Telecom expense for a call on 8/24. | $38.61 |
| 10/11/2012 | CAG Direct | Conference call for Nortel. | $4.76 |
| 10/12/2012 | CAG Direct | Telecom for Nortel. | $427.80 |
| **Subtotal - Telecom** | | | **$471.17** |
| **For the Period 10/1/2012 through 10/31/2012** | | | $2,164.86 |