# EXHIBIT A

**751801**



## BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000121/ Wanland

Proforma Generation Date:  11/15/12 10:43:40

Fees and Disbursements Through 10/31/12
Last Date Billed 06/22/12 (Through 02/29/12)
Bille Cycle:  M
Matter Open Date:  Jan 14, 2009
Profoma Joint Group # 105185

| | | | |
|---|---|---|---|
| Total Fees This Proforma | $6,097.50 | Unallocated Cash | $0.00 |
| Total Disbursements This Proforma | $0.00 | Trust Balance | $0.00 |
| **TOTAL THIS PROFORMA** | $6,097.50 | | |

Address:  Nortel Accounts Payable
P.O. Box 280510
Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $59,954.50 |
| YTD Disb Billed | $1,512.32 |
| LTD Fees Billed | $152,420.50 |
| LTD Disb Billed | $2,605.96 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10592109 | 10/04/12 | Lopez, T. | Correspondence with Ms. Parseghian re communication from Plaintiff's counsel re status of settlement. | 0.10 | $61.50 |
| 10627534 | 10/16/12 | Kramer, B. | Review updates from Ms. Lopez re settlement documents and her conversations with plaintiff counsel and Ms. Palmer. | 0.50 | $330.00 |
| 10657522 | 10/16/12 | Lopez, T. | Teleconference and correspondence with Ms. Palmer, bankruptcy counsel for Nortel, re status of matters related to settlement (0.30); correspondence with Ms. Kramer and Mr. Winkelman re same (0.10). | 0.40 | $246.00 |

DCACTIVE-21663225.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney:  000302/ James J. Regan                    Fees and Disbursements Through 10/31/12
Client:  105185/ Nortel Networks Corp                        Last Date Billed 06/22/12 (Through 02/29/12)
Matter:  105185.0000121/ Wanland                             Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10657519 | 10/18/12 | Lopez, T. | Correspondence and teleconference with Plaintiff's counsel re status of class action settlement approval motions (0.30); correspondence with Ms. Kramer re meeting to discuss Nortel's bankruptcy counsel's revisions to preliminary approval motion documents (0.10). | 0.40 | $246.00 |
| 10627758 | 10/18/12 | Kramer, B. | Review update from Ms. Lopez re status of revisions to settlement documents. | 0.10 | $66.00 |
| 10665944 | 10/18/12 | Winkelman, S. | Review exchange with Cleary re next steps in settlement efforts and settlement material forwarded by Cleary for review and input. | 0.50 | $420.00 |
| 10657544 | 10/19/12 | Lopez, T. | Correspondence with Ms. Kramer re conference call to discuss Cleary's revisions. | 0.10 | $61.50 |
| 10657619 | 10/22/12 | Lopez, T. | Correspondence with Mr. Winkelman re preliminary approval motion. | 0.10 | $61.50 |
| 10665458 | 10/22/12 | Winkelman, S. | Review and analyze settlement paperwork forwarded by Cleary. | 2.50 | $2,100.00 |
| 10662556 | 10/23/12 | Lopez, T. | Correspondence with Ms. Kramer re review of Cleary's changes to settlement documents (0.10); correspondence with Mr. Ruttinger and Messes. Welt and Ross re same (0.10). | 0.20 | $123.00 |
| 10667956 | 10/23/12 | Kramer, B. | Review materials pertaining to settlement and related motions. | 0.80 | $528.00 |
| 10666567 | 10/23/12 | Welt, M. | Email with Ms. Kramer re review settlement documents for global issues. | 0.20 | $123.00 |
| 10665203 | 10/24/12 | Kramer, B. | Review settlement materials and exchange emails re review of same. | 0.20 | $132.00 |
| 10666561 | 10/25/12 | Welt, M. | Review settlement documents for global issues per request from Ms. Kramer. | 2.60 | $1,599.00 |

DCACTIVE-21663225.1

**751801**

CROWELL & MORING
BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000121/ Wanland

Fees and Disbursements Through 10/31/12
Last Date Billed 06/22/12 (Through 02/29/12)
Proforma Joint Group # 105185

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|-------|------|-----------------|--------------------------------------|-------|---------------|
| | | | Professional Services Total | 8.70 | $6,097.50 |

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|-----|-------|-----------------|------|-------|-------|
| 001800 | Counsel | Welt, M. | 615.00 | 2.80 | $1,722.00 |
| 003330 | Counsel | Lopez, T. | 615.00 | 1.30 | $799.50 |
| 000277 | Partner | Winkelman, S. | 840.00 | 3.00 | $2,520.00 |
| 001275 | Partner | Kramer, B. | 660.00 | 1.60 | $1,056.00 |
| | | **Fees Value** | | **8.70** | **$6,097.50** |

DCACTIVE-21663225.1

**751802**



## BILLABLE PROFORMA

Billing Attorney:  000302/ James J. Regan
Client:  105185/ Nortel Networks Corp
Matter:  105185.0000126/ Linex v. Nortel et al.

Proforma Generation Date:  11/15/12 10:43:50

Fees and Disbursements Through 10/31/12
Last Date Billed 09/21/12 (Through 06/30/12)
Bille Cycle:  M
Matter Open Date:  Jan 14, 2009
Profoma Joint Group # 105185

| | | |
|---|---|---|
| Total Fees This Proforma | $782.50 | |
| Total Disbursements This Proforma | $0.00 | |
| **TOTAL THIS PROFORMA** | **$782.50** | |

| | | |
|---|---|---|
| Unallocated Cash | $0.00 |
| Trust Balance | $0.00 |

Address:    Nortel Networks
            Attn: Accounts Payable
            Post Office Box 280510
            Nashville, TN 37728

| | |
|---|---|
| YTD Fees Billed | $9,506.50 |
| YTD Disb Billed | $0.00 |
| LTD Fees Billed | $56,877.50 |
| LTD Disb Billed | $38.49 |
| A/R Balance This Matter | $0.00 |

## Professional Services Detail

| Index | Date | Timekeeper Name | Description of Professional Services | Hours | Value of Time |
|---|---|---|---|---|---|
| 10587041 | 10/05/12 | Supko, M. | Correspondence with Mr. Hartmanna and Ms. Palmer re executed settlement agreement and hearing. | 0.20 | $156.00 |
| 10606689 | 10/05/12 | Regan, J. | Review Linex settlement agreement (0.5); confer with Mr. Supko (0.2). | 0.70 | $626.50 |
| | | | **Professional Services Total** | **0.90** | **$782.50** |

DCACTIVE-21663225.1

**CROWELL & MORING**
**BILLABLE PROFORMA**

Billing Attorney: 000302/ James J. Regan        Fees and Disbursements Through 10/31/12
Client: 105185/ Nortel Networks Corp        Last Date Billed 09/21/12 (Through 06/30/12)
Matter: 105185.0000126/ Linex v. Nortel et al.        Proforma Joint Group # 105185

## Professional Services Summary

| ID | Title | Timekeeper Name | Rate | Hours | Value |
|----|-------|-----------------|------|-------|-------|
| 000302 | Partner | Regan, J. | 895.00 | 0.70 | $626.50 |
| 001474 | Partner | Supko, M. | 780.00 | 0.20 | $156.00 |
| | | | **Fees Value** | **0.90** | **$782.50** |

DCACTIVE-21663225.1