## CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Forty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012** was caused to be made on November 20, 2012, in the manner indicated upon the entities identified below.

Date: November 20, 2012                                  */s/ Ann C. Cordo*
                                                          Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                                     **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                                         Nortel Networks, Inc.
Office of the U.S. Trustee                                Attn: Accounts Payable
844 King Street                                           P.O. Box 13010
Suite 2207, Lockbox 35                                    RTP, NC 27709
Wilmington, DE 19801-3519                                 (Debtor)
(Trustee)

Mark D. Collins, Esq.                                     Fred S. Hodara, Esq.
Christopher M. Samis, Esq.                                Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                                  One Bryant Park
One Rodney Square                                         New York, NY 10036
920 N King St                                             (Counsel for Official Committee
Wilmington, DE 19801                                      Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)