# SCHEDULE A
## THIRTY-EIGHTH INTERIM FEE APPLICATION

**NORTEL NETWORKS-ERISA Litigation (CHUBB)**
  **ERISA Litigation - Post Bankruptcy**

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 8/06/12 | RET | .10 | Communications with Tina Chiango regarding status of wire transfer |
| 8/09/12 | RET | .20 | Communications with Jennifer Palmer regarding filed withdrawal of proof of claim |
| 8/09/12 | RET | .10 | Communications with plaintiffs' counsel regarding filed withdrawal of proof of claim |
| 9/06/12 | RET | .30 | Communications with Dan Ray and Tina Chiango regarding settlement distribution |
| 9/14/12 | RET | .30 | Communications with Ron Kilgard regarding settlement distribution |
| 9/18/12 | RET | .30 | Communications with Tina Chiango and Dan Ray regarding costs associated with settlement distribution mailing |
| 9/21/12 | RET | .20 | Communications with plaintiff's counsel regarding participant settlement distribution |
| 9/21/12 | RET | .20 | Further communications with plaintiff's counsel regarding participant settlement distribution |
| 9/21/12 | RET | .30 | Communications with Dan Ray regarding participant settlement distribution |
| 9/21/12 | RET | .20 | Further communications with Dan Ray regarding ERISA litigation participant issue |
| 9/24/12 | RET | .10 | Review notice of filing of transcript of proceedings held in Bankruptcy Court |

                                        SUB TOTAL     1,150.00

TOTAL SERVICES              $1,150.00
TOTAL HOURS:                2.3
FEE GRAND TOTAL:            $1,150.00
NORTEL'S 50% TOTAL:         $575.00

**NORTEL NETWORKS-ERISA Litigation**
  **ERISA Litigation - Post Bankruptcy – Non-Insurance**

DATE ATTY   HRS   DESCRIPTION OF SERVICES RENDERED

L120 Analysis/Strategy

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 9/12/12 | RET | .30 | Communications with Annie Cordo regarding fourteenth quarterly fee hearing |
| 9/19/12 | RET | .10 | Communications with Annie Cordo regarding next hearing |

                                           SUB TOTAL           220.00

L190 Other Case Assessment, Devel. & Adm

| Date | Atty | Hrs | Description |
|---|---|---|---|
| 8/01/12 | RWJ | .10 | Follow up on invoices needed for fee application |
| 8/06/12 | RWJ | .10 | Follow up on invoices needed for fee application |
| 8/06/12 | RWJ | .50 | Begin preparation of thirty-seventh interim fee application |
| 8/06/12 | RWJ | .60 | Begin preparation of exhibit A to thirty-seventh fee application |
| 8/07/12 | RWJ | .40 | Supplement exhibit A to thirty-seventh fee application with information from May invoice |
| 8/08/12 | JMS | .10 | Communication with Rhonda James regarding Annie Cordo's questions regarding court's order |
| 8/10/12 | RWJ | .30 | Further preparation of exhibit A to thirty-seventh interim fee application |
| 8/10/12 | RWJ | 2.80 | Further preparation of thirty-seventh interim fee application |
| 8/10/12 | RWJ | .20 | Prepare exhibit B to thirty-seventh interim fee application |
| 8/13/12 | RWJ | .70 | Begin preparation of fourteenth quarterly fee application |
| 8/14/12 | RWJ | 1.60 | Complete preparation of fourteenth quarterly fee application |
| 8/20/12 | JMS | .30 | Revise bankruptcy fee application |
| 8/20/12 | RWJ | .40 | Finalize interim fee application documents |
| 8/20/12 | RWJ | .10 | E-mail to Annie Cordo regarding filing interim fee application documents |

| | | | |
|---|---|---|---|
| 8/21/12 JMS | .10 | Communication with Annie Cordo regarding fee application | |
| 8/21/12 RWJ | .10 | Communications with Annie Cordo regarding filing fee application | |
| 8/28/12 JMS | .20 | Communications with Annie Cordo's regarding questions fee application | |
| 8/28/12 RWJ | .10 | Forward fee application to Annie Cordo | |
| 8/28/12 RWJ | .10 | E-mail concerning quarterly fee application to Annie Cordo | |
| 9/12/12 JMS | .10 | Communications with Annie Cordo regarding fee application | |
| 9/12/12 RWJ | .10 | Review notice regarding fee hearing from Annie Cordo and docket all related deadlines and action items | |
| 9/13/12 JMS | .10 | Communication with Annie Cordo regarding fee application | |
| 9/14/12 JMS | .10 | Communication with Annie Cordo regarding fee application | |
| 9/20/12 JMS | .20 | Communications with Annie Cordo regarding fee application and order concerning same | |
| 9/21/12 JMS | .20 | Communication with Annie Cordo regarding fee application | |
| 9/21/12 RWJ | .10 | Review order regarding upcoming hearings, docket hearing and deadlines for submissions | |
| 9/21/12 RWJ | .20 | Review court order, check against fee application to verify amounts | |
| 10/10/12 JMS | .10 | Review Notice of Filing of Transcripts and Deadlines for Proceedings on October 3, 2012 | |

                 SUB TOTAL   $2103.75.00

L210 Pleadings

| | | |
|---|---|---|
| 8/07/12 RET | .30 | Review notice of filing of the eighty-seventh report of the Bankruptcy Monitor |
| 8/08/12 RET | .20 | Communications with Annie Cordo regarding Fourteenth Quarterly Fee Hearing |
| 8/20/12 RET | .30 | Review 37th interim fee application along with exhibits for Bankruptcy Court |
| 8/21/12 RET | .10 | Communications with Annie Cordo regarding 37th fee application |

3

| | | | |
|---|---|---|---|
| 9/04/12 RET | .10 | Review notice of filing of transcript for proceedings held on August 20 2012 in the Bankruptcy Court | |
| 9/14/12 RET | .20 | Communications with Annie Cordo regarding quarterly fee hearing | |
| 9/19/12 RET | .20 | Review order on fourteenth quarterly fee order | |
| | | SUB TOTAL | $770.00 |

L160 Settlement/Non-Binding ADR

| | | | |
|---|---|---|---|
| 8/07/12 JMS | .20 | Review monitor report | |
| 8/28/12 RET | .20 | Review of 14th quarterly fee application | |
| 8/28/12 RET | .20 | Communications with Annie Cordo regarding 14th quarterly fee application | |
| 9/04/12 JMS | .20 | Review notice of filing of transcripts for proceedings held | |
| 10/16/12 JMS | .20 | Review 88th monitor report | |
| 10/23/12 JMS | .20 | Review Motion for An Order Enforcing Monitor's Expanded Powers | |
| | | SUB TOTAL | $594.00 |

| | |
|---|---|
| TOTAL SERVICES | $3,687.75 |
| TOTAL HOURS: | 13 |
| FEE GRAND TOTAL: | $3,687.75 |

4837-4343-0161, v.  2