# SCHEDULE B

### EXPENSE SUMMARY

### NORTEL/CHUBB
Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses | Nortel's 50% of Total Expenses |
|---|---|---|---|
| **Grand Total Expenses** | | 0.00 | 0.00 |

**\*Pursuant to agreement with its insurer for the litigation which is related to this application, Nortel is responsible for only 50% of these charges.**

## TOTAL EXPENSES DUE:  $0.00

---

### NORTEL NETWORKS – NON-INSURANCE

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| | 0.00 | 0.00 |
| **Grand Total Expenses** | | **$0.00** |

## TOTAL EXPENSES DUE:  $0.00