**CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Thirty-Eighth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through October 31, 2012** was caused to be made on November 20, 2012, in the manner indicated upon the entities identified below:

Date: November 20, 2012                    */s/ Ann C. Cordo*
                                            Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                      **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                          Nortel Networks
Office of the U.S. Trustee                 Attn: Accounts Payable
844 King Street                            P.O. Box 13010
Suite 2207, Lockbox 35                     RTP, NC  27709
Wilmington, DE  19801-3519                 (Debtor)
(Trustee)

Mark D. Collins, Esq.                      Fred S. Hodara, Esq.
Christopher M. Samis, Esq.                 Akin Gump Strauss Hauer & Feld LLP
Richards Layton & Finger                   One Bryant Park
One Rodney Square                          New York, NY  10036
920 N King St                              (Counsel for Official Committee
Wilmington, DE  19801                      Of Unsecured Creditors)
(Counsel for Official Committee
Of Unsecured Creditors)