**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-10138 (KG) |
| | ) | |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Deadline: December 10, 2012 |

**NINETEENTH INTERIM APPLICATION OF
ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR
TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR PERIOD
OF AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

Name of Applicant:                           Ernst & Young LLP

Authorized to Provide Professional Services to:     The above-captioned debtors and debtors-in-possession

Date of Retention:                           February 5, 2009, *nunc pro tunc* to January 14, 2009

Period for which compensation
and reimbursement are sought:                 August 1, 2012 to October 31, 2012

Amount of Compensation sought as actual,
reasonable, and necessary:                      $ 2,048,384

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:           $ 0

This is a(n):  _x_ interim     __ quarterly     ___ final application

Prior Applications Filed:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

| Fee Application Filing Date | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Total Approved |
|---|---|---|---|---|
| 6/26/09 | 1/14/09 – 4/30/09 | $285,000.00 | $0.00 | $285,000.00 |
| 9/3/09 | 5/1/09 – 7/31/09 | $39,739.00 | $0.00 | $39,739.00 |
| 10/16/09 | 8/1/09 – 9/30/09 | $26,301.00 | $0.00 | $26,301.00 |
| 11/19/09 | 10/1/09 – 10/31/09 | $13,607.00 | $0.00 | $13,607.00 |
| 2/24/10 | 11/1/09 – 12/31/09 | $186,040.00 | $670.00 | $186,710.00 |
| 2/24/10 | 1/1/10 – 1/31/10 | $74,330.00 | $375.58 | $74,705.58 |
| 6/4/10 | 2/1/10 – 4/30/10 | $265,434.50 | $858.82 | $266,293.32 |
| 9/10/10 | 5/1/10 – 7/31/10 | $230,428.50 | $674.09 | $231,102.59 |
| 11/24/10 | 8/1/10 – 10/31/10 | $260,941.50 | $954.00 | $261,895.50 |
| 3/1/11 | 11/1/10 – 1/31/11 | $591,660.00 | $0.00 | $591,660.00 |
| 5/31/11 | 2/1/11 – 4/30/11 | $2,456,156.00 | $1,904.00 | $2,458,060.00 |
| 8/18/11 | 5/1/11 – 5/31/11 | $761,845.00 | $0.00 | $761,845.00 |
| 8/26/11 | 6/1/11 – 7/31/11 | $1,320,000.00 | $0.00 | $1,320,000.00 |
| 11/22/11 | 8/1/11 – 10/31/11 | $2,367,641.00 | $0.00 | $2,367,641.00 |
| 3/1/12 | 11/1/11–1/31/12 | $1,158,441.50 | $5,606.00 | $1,164,047.50 |
| 5/21/12 | 2/1/12 – 4/40/12 | $1,772,779.00 | $8,709.00 | $1,781,485.00 |
| 7/12/12 | 5/1/12 – 6/30/12 | $1,389,524.00 | $0.00 | $1,389,524.00 |
| 8/21/12 | 7/1/12 – 7/31/12 | $530,000.00 | $0.00 | $530,000.00 |
| **TOTAL** | | **$13,729,868.00** | **$19,751.49** | **$13,749,616.49** |

### COMPOSITION BY PROFESSIONAL
### COMPENSATION BY PROFESSIONAL
### AUGUST 1, 2012 THROUGH OCTOBER 31, 2012

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Fixed Fee | N/A | N/A | ~3,798 | $1,590,000 |
| Abbott, Douglas J. | Partner | $640 | 5.0 | $3,200 |
| Beakey III, Andrew M. | Partner | $640 | 16.9 | $10,816 |
| Cannetti, Frank D. | Executive Director | $545 | 0.5 | $272.50 |
| Coats, Edward R. | Executive Director | $545 | 17.0 | $9,265 |
| Craig, Sterling Ruffin | Senior | $300 | 132.5 | $39,750 |
| Davidson, Garrett M. | Staff | $170 | 67.6 | $11,492 |
| Dodson, Kathryn Amber | Senior | $300 | 74.9 | $22,470 |

2

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eaton, Antoinyce Evangeline | Intern | $0 | 0.9 | $0 |
| Fortenberry, Charles Benjamin | Staff | $170 | 85.5 | $14,535 |
| Fultz,Richard Donald | ED | $545 | 2.0 | $1,090 |
| Gargus, Vernon Keith | Partner | $640 | 26.0 | $16,640 |
| Gentile, Matthew Donald | Manager | $430 | 150.5 | $64,715 |
| Giles,Ashley F. | Senior Manager | $540 | 1.4 | $756 |
| Harrison IV, George Jackson | Partner | $640 | 18.0 | $11,520 |
| Jacks, Sarah Butler | Senior Manager | $540 | 0.2 | $108 |
| Jordan,Samuel C. | Senior | $300 | 28.3 | $8,490 |
| Kapilovich,Uri | Staff | $170 | 20.6 | $3,502 |
| King, Michael H. | Senior | $300 | 115.7 | $34,710 |
| Lambert, Karen | Executive Director | $545 | 4.0 | $2,180 |
| Lemanski,Bobbi Michelle Wilson | Manager | $430 | 2.3 | $989 |
| Matthews, Kelly | Intern | $0 | 6.0 | $0 |
| McCully, Becky M. | Senior Manager | $540 | 62.1 | $33,534 |
| Mesler, Mark S. | Partner | $640 | 17.5 | $11,200 |
| Nelson, Christopher J. | Partner | $640 | 1.0 | $640 |
| Peabody,Brian A. | Partner | $640 | 6.0 | $3,840 |
| Rao, Anthony D. | Executive Director | $545 | 1.0 | $545 |
| Scott, James E. | Partner | $640 | 101.7 | $65,088 |
| Sloop, Erin Pamela | Staff | $170 | 5.2 | $884 |
| Summers, Alan | Senior Manager | $540 | 1.0 | $540 |
| Tart,Marta L. | Senior Manager | $540 | 40.9 | $22,086 |
| Whaley III,William C. | Senior | $300 | 1.6 | $480 |
| Williams, Charles F. | Executive Director | $545 | 16.0 | $8,720 |
| Wood, Jeffrey T. | Executive Director | $545 | 114.6 | $62,566 |
| York, Jeffrey Allan | Executive Director | $540 | 6.4 | $3,456 |
| Young, Suzanne N. | Senior | $300 | 2.0 | $600 |
| | | | (less incurred above fee cap) | $(12,297) |

| Professional | Position | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **TOTAL** | | | **4,950.8** | **$2,048,384** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 1, 2012 THROUGH OCTOBER 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fixed Fees | ~3,798 | $1,590,000 |
| Foreign Jurisdiction Tax Assistance | 16.6 | $6,985 |
| North Carolina Alternative Apportionment | 123.4 | $73,667 |
| E&P Analysis | 298.6 | $110,057 |
| 9100 Relief | 34.1 | $20,127 |
| Secretary of State Applications | 181.6 | $59,589 |
| FBAR Filing | 164.9 | $52,297 |
| FBAR Filing (less incurred above fee cap) | | $(12,297) |
| Modeling | 333.6 | $147,959 |
| **TOTAL** | **~4,950.8** | **$2,048,384** |

## EXPENSE SUMMARY
## AUGUST 1, 2012 THROUGH OCTOBER 31, 2012

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | Case No. 09-10138 (KG) |
| | ) | |
| Nortel Networks, Inc., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## NINETEENTH INTERIM APPLICATION OF ERNST & YOUNG LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS INDIRECT TAX SERVICE ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR PERIOD OF AUGUST 1, 2012 THROUGH OCTOBER 31, 2012

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Order Authorizing The Debtors to Retain and Employ Professionals Used In the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date dated February 5, 2009 [Docket No. 236] (the "OCP Order"), and the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and Fed. R. Bankr. P. 2016-2 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members [Docket No. 222] (the "Compensation Order"), Ernst & Young, LLP ("E&Y LLP") hereby files this Nineteenth Interim Application for Allowance of Compensation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

4823-1382-6833.1

for Services Rendered as Indirect Tax Service Advisor to the Debtors and Debtors-in-Possession for the Period from August 1, 2012 through October 31, 2012 (the "Application"). By this Application, E&Y LLP seeks allowance pursuant to the Compensation Order of payments from the above-captioned debtors and debtors-in-possession (the "Debtors") of $2,048,384 in compensation and $0 in reimbursement for expenses incurred during the period August 1, 2012 through October 31, 2012 (the "Compensation Period"). In support of this Application, E&Y LLP respectfully represents as follows:

**Background**

1. On January 14, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. E&Y LLP is employed as an ordinary course professional by the Debtors pursuant to the OCP Order [Docket No. 236]. The OCP Order authorized the Debtors to compensate ordinary course professionals in the ordinary course of business, but stated that fee applications would be required for any "Tier Two" ordinary course professional, like E&Y LLP, charging more than $50,000 in a given month or $350,000 in a calendar year.

3. The Debtors have retained E&Y LLP to perform indirect tax services, consisting of sales and use tax compliance, sales and use tax audit assistance, sales and use tax consulting, and refund and credit services (the "OCP Engagement") pursuant to E&Y LLP's engagement agreement with the Debtors (the "Engagement Agreement").

4. E&Y LLP's fees to date have exceeded the annual cap, and therefore, in accordance with the OCP Order, E&Y LLP hereby seeks approval of its fees in compliance with the Compensation Order.

5. On March 1, 2011, the Debtors retained E&Y LLP to perform tax

2

services, consisting of federal and state tax compliance, US reporting requirement for foreign operations, tax reporting, and federal, state, and international tax advisory pursuant to E&Y LLP's engagement with the Debtors (the "Master Tax Services Agreement").  On March 23, 2011, the Court entered an order [Docket No. 6021] (the "Retention Order").

6.    On July 1, 2011, the Debtors filed a Supplemental Application for an Order Expanding the Scope of Employment and Retention of Ernst & Young LLP to Include FBAR Services under the terms and conditions of the FBAR Amendment, *nunc pro tunc* to May 31, 2011 [Docket No. 5862] (the "Expansion Application").

7.    On July 22, 2011, the Court granted the Expansion Application and authorized the Debtors to expand the scope of EY's employment and retention to include FBAR Services under the terms and conditions of the FBAR Amendment, *nunc pro tunc* to May 31, 2011 [Docket No. 6021].

8.    On December 22, 2011, the Debtors filed a Notice of the Third Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 7021] (the "Third Amendment").

9.    On January 12, 2012, the Court entered an Order Modifying the Engagement of Ernst & Young LLP *nunc pro tunc* to December 5, 2011 authorizing the Third Amendment [Docket No. 7090].

10.   On February 29, 2012, the Debtors filed a Notice of the Fourth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 7312] (the "Fourth Amendment").  No objections were filed to the Fourth Amendment.

11.   On July 18, 2012, the Debtors filed a Notice of the Fifth Amendment to

the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP [Docket No. 8015] (the "Fifth Amendment"). No objections were filed to the Fifth Amendment.

## Compensation Paid and Its Source

12. All services for which compensation is requested by E&Y LLP were performed for or on behalf of the Debtors.

13. E&Y LLP has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between E&Y LLP and any other person other than the directors of E&Y LLP for the sharing of compensation to be received for services rendered in these cases.

## Fee Statements

14. Pursuant to the Master Tax Services Agreement, E&Y LLP provides the Debtors with tax compliance reporting, tax controversy and tax advisory services for a fixed fee. Copies of the invoices for the fixed fee installment payments for August, September and October 2012 are attached hereto as Group Exhibit A. Copies of the billing detail for the hourly work are attached hereto as Group Exhibit B.

15. To the best of E&Y LLP's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

16. EY is not seeking reimbursement of expenses with this Application.

**Summary of Services Rendered**

17. E&Y LLP, by and through the above-named persons, has advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described below.

**Summary of Services By Project**

18. The services rendered by E&Y LLP during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below.

Tax Compliance Reporting

19. E&Y LLP assisted with tax compliance, tax reporting and tax advisory consulting such as but not limited to the preparation and filing of all state and local sales and use tax returns and the preparation of reports and reconciliations to assist the Debtors with the proper accounting of payments and tax credits and E&Y LLP prepared and reviewed federal and state tax filing positions and compliance requirements.

Modeling

20. E&Y LLP provided holdback calculations iterated and updated for revised model assumptions. E&Y LLP also prepared and communicated output, assumptions and strategic options to various constituencies, including the committee of unsecured creditors.

Foreign Jurisdiction Tax Assistance

21. E&Y LLP provided an assessment of local country tax advice, assisted with the coordination of data relating to the filing of local country income and indirect tax returns, provided consultation related to the resolution of tax controversies for tax periods open by the statute, and provided assistance with procedural matters related to the wind-up and final withdrawal of the local entity or branch for Puerto Rico, Trinidad and Tobago.

### NC Alternative Apportionment

22. E&Y provided revisions to the North Carolina alternative apportionment request for tax periods 2011 through 2013.

### E&P Analysis

23. E&Y provided calculations of earnings and profits for the tax years ending December 31, 1971 through December 31, 2010, including cumulative E&P at December 31, 2009 and 2010. E&Y also provided a compilation and reconciliation of source return documentation and a review of the Debtors' transaction history, including restatements and IRS examinations.

### 9100 Relief

24. E&Y provided research and analysis related to 9100 relief, including the preparation of the ruling request, to secure an extension of time to treat the Debtors' 2008 net operating loss as an "applicable net operating loss" pursuant to I.R.C. § 172(b)(1)(H).

### Secretary of State Applications

25. E&Y provided research of state rules regarding withdrawal from the Secretaries of State and closure of the income tax account with the state Departments of Revenue/Taxation, including analysis of Debtors' activities on a state-by-state basis to determine whether activities ceased during 2012. E&Y also prepared a matrix that summarized the Debtors' activities with open claims, notices received and pending negotiations.

### FBAR Filing

26. E&Y provided assistance with the report of Foreign Bank and Financial Accounts, Form TD F 90-22.1 filings for account ownership and signature authority related to foreign bank accounts for calendar year 2011 and assistance with the corporate FBAR Form

amended filings for account ownership and signature authority related to foreign bank accounts.

**Valuation of Services**

27. The professionals and staff members of E&Y LLP have expended approximately 4,950.8 hours[2] in connection with this matter during the Compensation Period. The flat fee identified above is E&Y LLP's normal rate for work of this character. The reasonable value of the services rendered by E&Y LLP during the Compensation Period is $2,048,384.

28. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by E&Y LLP is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, E&Y LLP has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, E&Y LLP respectfully requests that the Court authorize that for the period Compensation Period, an allowance be made to E&Y LLP pursuant to the terms of the Compensation Order, with respect to the sum of $1,638,707.20 as compensation for necessary professional services rendered (80% of $2,048,384), and that such sum be authorized for payment and for such other and further relief as this Court may deem just and proper.

---

[2] This number represents an estimate of the total hours of services provided during this Compensation Period and is subject to change from month to month.

8

Dated: November 19, 2012                Respectfully submitted,

                                          /s/ Joanne Lee
Joanne Lee
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel. 312.832.4500
jlee@foley.com

8