**GROUP EXHIBIT A**

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130681641**

**August 1, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**   CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 8 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

|  |  |
|---|---|
| *Total Due* | **$530,000** |

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**ΞΙΙ ERNST & YOUNG**

**INVOICE NUMBER: US0130681641**

**August 1, 2012**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

BU: **US017**    CLIENT NUMBER: **60009478**

|  |  |
|---|---|
| *Total Due* | $530,000 |

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ΞⅡ ERNST & YOUNG

**INVOICE NUMBER: US0130686021**

**September 1, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 9 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

*Total Due*                                    **$530,000**

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

# ⊒Ⅱ ERNST & YOUNG

**INVOICE NUMBER: US0130686021**

**September 1, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

BU: **US017**    CLIENT NUMBER: **60009478**

*Total Due*                                          $530,000

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ 07094

# ERNST & YOUNG

**INVOICE NUMBER: US0130699313**

**October 1, 2012**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

| PLEASE REMIT TO: |
| --- |
| Ernst & Young US LLP |
| Wells Fargo Bank, NA |
| P.O. Box 933514 |
| Atlanta, GA 31193-3514 |
| **EIN: 34-6565596** |

BU: **US017**    CLIENT NUMBER: **60009478**

Pursuant to the 3rd Amendment (dated December 14, 2011) to the Statement of Work dated March 1, 2011 and as agreed upon by Nortel Networks, Inc. and the bankruptcy court, installment 10 of 11 for professional tax services performed including, but not limited to:

- Tax Compliance Reporting
- Tax Controversy, and
- Tax Advisory

|  |  |
| --- | --- |
| ***Total Due*** | **$530,000** |

Please direct billing inquiries to Tammy Edwards at (919) 981-2955 or tammy.edwards@ey.com

**PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE ADVICE**
Due Upon Receipt

**CLIENT COPY**

# REMITTANCE ADVICE

**Ξǁ ERNST & YOUNG**

**INVOICE NUMBER: US0130699313**

**October 1, 2012**

**PLEASE REMIT TO:**

Ernst & Young US LLP
Wells Fargo Bank, NA
P.O. Box 933514
Atlanta, GA 31193-3514

**EIN: 34-6565596**

**NORTEL NETWORKS INC**
**Tim Ross, Chief Financial Officer**
**PO Box 280510**
**Nashville, TN 37228**

BU: **US017**    CLIENT NUMBER: **60009478**

*Total Due*                                        $530,000

## ELECTRONIC FUNDS TRANSFER INFORMATION

**Wire Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248; Swift code: WFBIUS6S
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

**ACH Transfer:**

Wells Fargo Bank, NA
ABA#: 121000248
Account name: Ernst & Young U.S. LLP
A/C#: 2000032587256

*Reference Client and Invoice Number on Electronic Transmittal*