**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
In re                                                         :   Chapter 11
                                                              :
Nortel Networks Inc., *et al.*,[1]                            :   Case No. 09-10138 (KG)
                                                              :
         Debtors.                                             :   Jointly Administered
---------------------------------------------------------------X
                                                              :
Official Committee of Long Term Disability                    :
Plan Participants, on behalf of and as agent for a            :   Adversary No. 12-50995 (KG)
class of individual participants and beneficiaries            :
under various Nortel Networks Health and                      :
Welfare Benefit Plans,                                        :
                                                              :
         Plaintiffs,                                          :
                                                              :
v.                                                            :
                                                              :
Nortel Networks, Inc., *et al.*,                              :
                                                              :
         Defendant.                                           :
---------------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2012 AT 9:30 A.M. (EASTERN TIME)

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **by 9:00 a.m. (ET) on November 21, 2012**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**CONTESTED MATTER GOING FORWARD**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2]   **Amended items appear in bold.**

*Official Committee of Long Term Disability Plan Participants v. Nortel Networks (Adv. Case No. 12-50995)*

1. Plaintiffs' Motion for a Preliminary Injunction and Temporary Restraining Order Pursuant to Section 502(a)(3) of ERISA, Rule 65 of the Federal Rules of Civil Procedure and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 3, Filed 11/19/12).

   Responses Received:

   (a) Debtors' Objection To The Plaintiffs' Motion For A Preliminary Injunction And Temporary Restraining Order Pursuant To Section 502(a)(3) Of ERISA, Rule 65 Of The Federal Rules Of Civil Procedure And Rules 7001(7) And 7065 Of The Federal Rules Of Bankruptcy Procedure (Adv. D.I. 9, Filed 11/20/12); and

   (b) Declaration of Kathryn Schultea In Support Of The Debtors' Objection To The Plaintiffs' Motion For A Preliminary Injunction And Temporary Restraining Order Pursuant To Section 502(a)(3) Of ERISA, Rule 65 Of The Federal Rules Of Civil Procedure And Rules 7001(7) And 7065 Of The Federal Rules Of Bankruptcy Procedure (Adv. D.I. 10, Filed 11/20/12).

   Related Pleading:

   (a) Verified Complaint for Declaratory and Injunctive Relief (Adv. D.I. 1, Filed 11/19/12); and

   (b) Notice of Hearing to Consider Motion for a Preliminary Injunction and Temporary Restraining Order (Adv. D.I. 5, Filed 11/20/12).

   Status: **The hearing on this matter will go forward.**

Dated: November 20, 2012          CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE                    James L. Bromley (admitted *pro hac vice*)
                                  Lisa M. Schweitzer (admitted *pro hac vice*)
                                  One Liberty Plaza
                                  New York, New York 10006
                                  Telephone: (212) 225-2000
                                  Facsimile: (212) 225-3999

                                  - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/     Ann C. Cordo*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6727637.2