# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | NORTEL NETWORKS INC., ET AL. | | |
| **Case Number:** | 09-10138-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 21, 2012 09:30 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matters:

1) **ADV: 1-12-50995**
   **Official Committee of Long Term Disabili vs Nortel Networks Inc., et al.**
   TRO
   **R / M #:**   11 / 0

2) TRO in ADV. 12-50995
   **R / M #:**   8,983 / 0

## Appearances:

   SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

   HEARING HELD. AGENDA ITEMS:
   #1 - Parties are talking in Chambers,  matter is resolved.   ORDER SIGNED