# SIGN-IN-SHEET

**CASE NAME:** Nortel Networks Inc.  
**CASE NO.:** 09-10138 / A-12-50995 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 11/21/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards Layton + Finger | Creditors' Committee |
| Anne Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| Lisa Schweitzer | Cleary Gottlieb Steen & Hamilton | " |
| Megan Fleming | " | " |
| Rafael Zahralddin | Elliott Greenleaf | LTD Committee |
| Mary Kohart (phone) | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 11/21/2012
Calendar Time: 09:30 AM ET

Amended Calendar 11/21/2012 06:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Sandra Aiken | | Sandra Aiken - In Pro Per/Pro Se | In Propria Persona, Sandra Aiken / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael P. Alms | | Michael P. Alms - In Pro Per/Pro Se | In Propria Persona, Michael P. Alms / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Brent Beasley | | Brent Beasley - In Pro Per/Pro Se | In Propria Persona, Brent Beasley / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Neil Berger | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Jaime Chapman | | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Joint Administrators and Foreign Representatives for Nortel Networks UK Ltd / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Roger A. Cooper | | Cleary Gottlieb Steen & Hamilton | Debtor, Nortel Networks Inc / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | John S. Elliott | | John S. Elliott - In Pro Per/Pro Se | Interested Party, John S. Elliott / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Petition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Janette Head | | Janette Head - In Pro Per/Pro Se | In Propria Persona, Janette Head / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Richard Hodges | | Richard Hodges - In Pro Per/Pro Se | In Propria Persona, Richard Hodges / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Mark R. Janis | | Mark R. Janis - In Pro Per/Pro Se | Interested Party, Mark Janis / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Deborah M. Jones | In Pro Per/Pro Se | Deborah M. Jones - In Pro Per/Pro Se | In Propria Persona, Deb Jones (Employee) / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Peter Lawrence | | Peter Lawrence - In Pro Per/Pro Se | Creditor, Peter Lawrence / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Thomas Matz | | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, The Bondholder Group / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Leah McCaffrey | | Leah McCaffrey - In Pro Per/Pro Se | In Propria Persona, Leah McCaffrey / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Jane Neumann | | Jane Neumann - In Pro Per/Pro Se | In Propria Persona, Jane Neumann / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Danny Owenby | | Danny Owenby - In Pro Per/Pro Se | Pro Se, Danny Owenby / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Carol Raymond | | Nortel Networks Inc. | In Propria Persona, Carol Raymond / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Michael Rexroad | | Michael Rexroad - In Pro Per/Pro Se | Pro Se, Michael Rexroad / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Brenda Rohrbaugh | | Brenda Rohrbaugh - In Pro Per/Pro Se | In Propria Persona, Brenda Rohrbaugh / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | John J. Rossi | | John J. Rossi - In Pro Per/Pro Se | In Propria Persona, John J. Rossi / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Cynthia A. Schmidt | | Cynthia A. Schmidt - In Pro Per/Pro Se | Interested Party, Cynthia A. Schmidt / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Hondo Sen | | Cetus Capital | Creditor, Hondo Sen / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Stephanie Skelly | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | William F. Taylor, Jr. | | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Carmel Totman | | Carmel Totman - In Pro Per/Pro Se | Interested Party, Carmel Totman / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Nancy A. Wilson | | Nancy A. Wilson - In Pro Per/Pro Se | In Propria Persona, Nancy A. Wilson / LIVE |
| Nortel Networks Inc., et al. | 09-10138 | Hearing | Matthew A Zloto | | Aurelius Capital Management, LP | Interested Party, Aurelius Capital Management / LISTEN ONLY |
| Nortel Networks Inc., et al. | 09-10138 (12-50995) | Hearing | Chad Soriano | | Chad Soriano - In Pro Per/Pro Se | Creditor, Chad Soriano / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nortel Networks Inc., et al. | 12-50995 | Hearing | | Lisa Beckerman | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 12-50995 | Hearing | | Barbara Gallagher | Barbara Gallagher - In Pro Per/Pro Se | Pro Se, Barbara Gallagher / LIVE |
| Nortel Networks Inc., et al. | 12-50995 | Hearing | | Angeline Koo | Akin Gump Strauss Hauer & Feld LLP | Representing, Official Committee of Unsecured Creditors / LIVE |
| Nortel Networks Inc., et al. | 12-50995 | Hearing | | Selinda A. Melnik | 302-468-5650 DLA Piper US, LLP | Creditor, Government of Ontario / LISTEN ONLY |

Margaret Curran + Elliot Greenleaf - Nortel, LTD