IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                           : Chapter 11
                                                :
Nortel Networks Inc., et al.,[1]                : Case No. 09-10138 (KG)
                                                :
            Debtors.                            : Jointly Administered
------------------------------------------------------------X

*Re Dkt # 8067*

## CONSENT ORDER REGARDING OPEN ENROLLMENT PROCESS

**WHEREAS**, the Debtors have commenced their open enrollment for the 2013 calendar year benefits; and

**WHEREAS**, certain agreements have been reached between counsel to the LTD Committee and counsel to the Debtors with respect to such annual benefit enrollment procedures; IT IS HEREBY:

1.  **ORDERED**, that the deadline for all employees of the Debtors currently receiving long-term disability benefits (the "<u>LTD Employees</u>") to return their completed 2013 annual enrollment worksheet (**<u>to the extent that they have not already done so</u>**) is extended such that the completed worksheet must be returned so as to be actually received by the Debtors on or before November 27, 2012;

2.  **ORDERED**, that the reservation of rights language in the 2013 annual enrollment worksheet and related cover letter reserving the Debtors' right to "change, amend, and reduce or terminate the Health & Welfare plans and the coverage and benefits provided thereunder, at any time, without prior notice to, or consent by, employees, retirees or surviving beneficiaries, in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

accordance with the terms of the plans and subject to applicable law" shall not expand, limit, modify or otherwise affect or amend the Debtors' termination rights with the respect to the plans, benefits and coverage for which enrollment is sought or the rights of the LTD Employees to oppose any such termination, and the rights of the Debtors and any party having filed a timely objection to the LTD Termination Motion are hereby fully reserved;

3. **ORDERED**, that entry of this Order shall not constitute a finding of fact or conclusion of law with respect to the 2013 annual enrollment worksheet and related materials previously sent by the Debtors in connection with the 2013 open enrollment process or the Debtors' and the LTD Employees' conduct related thereto, and all parties' rights are reserved with respect to such matters;

4. **ORDERED**, that entry of this Order shall not constitute a finding of fact or conclusion of law with respect to the matters for which relief is sought in the *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees,* and the rights of all parties with respect thereto are hereby reserved;

5. **ORDERED**, that entry of this Order shall not constitute a finding of fact or conclusion of law with respect to the complaint or motion for a temporary restraining order and preliminary injunction filed in the adversary proceeding styled as *Official Committee of Long Term Disability Plan Participants, on behalf of and as agent for a class of individual participants and beneficiaries under various Nortel Networks Health and Welfare Benefit Plans v. Nortel Networks, Inc., et al.,* Adversary No. 12-50995 (KG), and the rights of all parties with respect thereto are hereby reserved;

6. **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November **21**, 2012
      Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE