**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
*In re*                                                                                              :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                                                    :    Case No. 09-10138 (KG)
:
              Debtors.                                                     :    Jointly Administered
:
:    **Hearing Date: December 18, 2012 at 10:00 a.m. (ET)**
:
---------------------------------------------------------------x

**FIFTEENTH QUARTERLY FEE APPLICATION REQUEST OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS DELAWARE AND GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its Fifteenth Quarterly Fee Application Request (the "Request") for the period August 1, 2012 through and including October 31, 2012[2] (the "Application Period").

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 8686, 8815, and 8970) contain detailed listing of Morris Nichols' requested fees and expenses for the Application Periods.

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/11/12 D.I. 8686 | 8/1/12-8/31/12 | $78,911.50 | $10,177.64 | 11/2/12 D.I. 8874 | $63,129.20 | $10,177.64 | $15,782.30 |
| 10/24/12 D.I. 8815 | 9/1/12-9/30/12 | $56,163.00 | $10,201.83 | 11/15/12 D.I. 8939 | $44,930.40 | $10,201.83 | $11,232.60 |
| 11/20/12 D.I. 8970 | 10/1/12-10/31/12 | $68,908.50 | $13,028.18 | Pending | $55,126.80 | $13,028.18 | $13,781.70 |
| **TOTAL** | | **$203,983.00** | **$33,407.65** | | **$163,186.40** | **$33,407.65** | **$40,796.60** |

In accordance with the Monthly Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant Morris Nichols such other and further relief as is just and proper.

Dated: November 21, 2012  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　/s/ Tamara K. Minott　　　　　　　  
Derek C. Abbott (No. 3376)  
Eric D. Schwartz (No. 3134)  
Ann C. Cordo (No. 4817)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 18th Floor  
P.O. Box 1347  
Wilmington, DE  19899-1347  
Telephone:  302-658-9200  
Facsimile:   302-425-4663

*Delaware and General Bankruptcy Counsel for the Debtors and Debtors-in-Possession*

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Donna L. Culver | Partner/Bankruptcy | 600 | 18.7 | $11,220.00 |
| Eric D. Schwartz | Partner/Bankruptcy | 600 | 14.7 | 8,820.00 |
| Derek C. Abbott | Partner/Bankruptcy | 600 | 33.9 | 20,340.00 |
| Patricia O. Vella | Of Counsel/Corporate | 540 | 1.6 | 864.00 |
| Curtis S. Miller | Partner/Bankruptcy | 490 | .6 | 294.00 |
| Daniel B. Butz | Counsel/Bankruptcy | 480 | 1.8 | 864.00 |
| Ann C. Cordo | Associate/Bankruptcy | 455 | 198.4 | 90,272.00 |
| Andrew Remming | Associate/Bankruptcy | 405 | .2 | 81.00 |
| Erin Fay | Associate/Bankruptcy | 380 | 6.4 | 2,432.00 |
| William M. Alleman, Jr. | Associate/Bankruptcy | 320 | 8.9 | 2,848.00 |
| Tamara K. Minott | Associate/Bankruptcy | 280 | 118.4 | 33,152.00 |
| Angela R. Conway | Paralegal | 230 | 28.3 | 6,509.00 |
| Renae M. Fusco | Paralegal | 230 | 11.8 | 2,714.00 |
| Marisa DeCarli Maddox | Paralegal | 230 | 95.8 | 22,034.00 |
| Susan L. Elia | Case Clerk | 135 | .8 | 108.00 |
| Theresa M. Naimoli | Case Clerk | 135 | 7.3 | 985.50 |
| Wel Freeman | Case Clerk | 135 | 2.0 | 270.00 |
| Cassandra Tate | Case Clerk | 135 | 1.3 | 175.50 |
| **TOTAL** | | | **550.9** | **$203,983.00** |

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 29.4 | $12,862.50 |
| Automatic Stay Matters | .3 | 136.50 |
| Creditor Communications and Meeting | 2.2 | 1,001.00 |
| Fee Applications (MNAT- Filing) | 21.4 | 6,507.00 |
| Fee Applications (Others – Filing) | 73.2 | 22,670.50 |
| Avoidance Actions | 1.3 | 299.00 |
| Other Contested Matters | 5.6 | 2,386.00 |
| Employee Matters | 194.8 | 76,906.00 |
| Tax Matters | 4.4 | 1,791.50 |
| Court Hearings | 102.4 | 35,159.50 |
| Claims Administration and Objections | 59.3 | 22,632.00 |
| Litigation/Adversary Proceedings | 45.9 | 17,323.50 |
| Professional Retention (MNAT – Filing) | 2.4 | 890.00 |
| Professional Retention (Others – Filing) | 2.5 | 1,118.00 |
| General Corporate Matters | 1.7 | 924.00 |
| Schedules/SOFA/U.S. Trustee Reports | 4.1 | 1,376.00 |
| **TOTAL** | **550.9** | **$203,983.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transcripts | | $2,462.35 |
| Photos/Art/ Spec Duplicating | | 15,544.03 |
| Travel | | 126.60 |
| Messenger Service | | 141.00 |
| Meals | | 460.69 |
| Courier/Delivery Service | | 7,606.84 |
| Computer Research | Westlaw | 412.35 |
| In House Duplicating | | 1,934.50 |
| Secretarial Overtime | | 80.00 |
| Facsimile | | 4,491.00 |
| Postage | | 5.90 |
| Pacer | | 49.70 |
| Conference Calls | | 92.69 |
| **Grand Total Expenses** | | **$33,407.65** |

6732983.2

4