**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
                                                          :
*In re*                                                   :        Chapter 11
                                                          :
Nortel Networks Inc., *et al.*,[1]                        :        Case No. 09-10138 (KG)
                                                          :
                                    Debtors.              :        Jointly Administered
                                                          :
                                                          :        **Hearing Date: December 18, 2012 at 10:00 am**
                                                          :
---------------------------------------------------------X

**FIFTEENTH QUARTERLY FEE APPLICATION REQUEST OF**
**CLEARY GOTTLIEB STEEN & HAMILTON LLP,**
**AS ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals, dated February 4, 2009 [D.I. 222] (the "Monthly Compensation Order"), Cleary

Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") hereby submits its Fifteenth Quarterly Fee

Application Request (the "Request") for the period August 1, 2012 through and including

October 31, 2012 (the "Application Period").[2]

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2]        Exhibits A and B attached to the monthly applications for August 2012 [D.I. 8629], September 2012 [D.I. 8893] and October 2012 [D.I. 8973] contain detailed listings of Cleary Gottlieb's requested fees and expenses for the Application Period.

Cleary Gottlieb seeks approval for the following fee applications that were filed in

the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By App. | Total Fees Requested | Total Expenses Requested in Fee App. | Certificate of No Objection Filing Date [Docket No.] | Total Expenses Requested in CNO | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees and Expenses Sought |
|---|---|---|---|---|---|---|---|---|
| 10/01/2012 [D.I. 8629] | 8/1/12 – 8/31/12 | $1,883,204.00 | $53,809.92 | 10/24/2012 [D.I. 8816] | $53,809.92 | $1,506,563.20 | $53,809.92 | $376,640.80 |
| 11/06/2012 [D.I. 8893] | 9/1/12 – 9/30/12 | 1,502,130.50 | 167,099.47 | Pending | 167,099.47 | 1,201,704.40 | 167,099.47 | 300,426.10 |
| 11/20/2012 [D.I. 8973] | 10/1/12 – 10/31/12 | 1,669,498.50 | 22,919.64 | Pending | 22,919.64 | 1,335,598.80 | 22,919.64 | 333,899.70 |
| TOTAL | | $5,054,833.00 | $243,829.03 | | $243,829.03 | $4,043,866.40 | $243,829.03 | $1,010,966.60 |

In accordance with the Monthly Compensation Order, Cleary Gottlieb seeks interim

approval of the full amount of fees and expenses requested in the above-referenced fee

applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, Cleary Gottlieb respectfully requests that the Court enter the order

attached hereto as Exhibit A and grant Cleary Gottlieb such other and further relief as is just and

proper.

Dated:  November 21, 2012
       Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY
## BY PROFESSIONAL FOR APPLICATION PERIOD[3]

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| FLEMING, MEGAN J. | Associate | $690.00 | 667.30 | $460,437.00 |
| RYAN, ROBERT J. | Associate | 565.00 | 492.10 | 278,036.50 |
| CAVANAGH, JUSTIN | Temp. Attorney | 190.00 | 454.10 | 86,279.00 |
| HURLEY, RODGER | Temp. Attorney | 190.00 | 414.10 | 78,679.00 |
| UZIEL, JESSICA L. | Associate | 490.00 | 390.30 | 191,247.00 |
| STEIN, DARRYL | Associate | 490.00 | 339.50 | 166,355.00 |
| ROLL, JESSICA | Paralegal | 255.00 | 336.80 | 85,884.00 |
| SCHWEITZER, LISA M. | Partner – Litigation, Bankruptcy | 1,040.00 | 309.60 | 321,984.00 |
| HAILEY, KARA | Senior Attorney – Corporate, Bankruptcy | 840.00 | 309.20 | 259,728.00 |
| KIM, JOAN | Paralegal | 255.00 | 260.50 | 66,427.50 |
| BROMLEY, JAMES L. | Partner – Bankruptcy, Litigation | 1,095.00 | 244.00 | 267,180.00 |
| ERICKSON, JODI | Associate | 355.00 | 240.10 | 85,235.50 |
| KIM, JANE | Associate | 710.00 | 226.40 | 160,744.00 |
| MAINOO, ABENA | Associate | 630.00 | 205.90 | 129,717.00 |
| IQBAL, AATIF | Associate | 490.00 | 189.60 | 92,904.00 |
| COLEMAN, RONALD | Associate | 490.00 | 150.50 | 73,745.00 |
| ECKENROD, RUSSELL D. | Associate | 660.00 | 147.40 | 97,284.00 |
| KOSTOV, MARTIN N. | Associate | 565.00 | 142.70 | 80,625.50 |
| CROFT, JAMES | Associate | 690.00 | 138.70 | 95,703.00 |
| BAREFOOT, LUKE | Associate | 710.00 | 135.00 | 95,850.00 |
| REEB, REBECCA | Associate | 630.00 | 129.40 | 81,522.00 |
| BAKIOS, MATTHEW | Paralegal | 230.00 | 127.00 | 29,210.00 |
| GIBBON, BRENDAN H. | Associate | 710.00 | 126.20 | 89,602.00 |
| BAGARELLA, LAURA | Associate | 630.00 | 123.20 | 77,616.00 |
| OPOLSKY, JEREMY | Associate | 565.00 | 118.10 | 66,726.50 |

---

[3]    Arranged in descending order according to Total Billed Hours.

[4]    Due to changes in billing rates to reflect certain timekeeper adjustments, more than one Hourly Billing Rate for a given professional may be shown.

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| MACELROY, KELSEY | Paralegal | 230.00 | 117.30 | 26,979.00 |
| BUSSIGEL, EMILY A. | Associate | 565.00/630.00 | 116.80 | 73,571.00 |
| COOPER, ROGER A. | Partner – Litigation | 915.00 | 109.50 | 100,192.50 |
| ABULARACH, NORA | Associate | 710.00 | 109.20 | 77,532.00 |
| FORREST, NEIL | Senior Attorney – Litigation | 840.00 | 108.90 | 91,476.00 |
| TUNIS, BRENT | Associate | 415.00 | 106.60 | 44,239.00 |
| XU, DONNA | Associate | 415.00 | 102.80 | 42,662.00 |
| PAK, JOANNA | Paralegal | 255.00 | 97.90 | 24,964.50 |
| PENN, JEFFREY | Associate | 690.00 | 95.40 | 65,826.00 |
| BUNDA, MATTHEW | Associate | 700.00 | 86.10 | 60,270.00 |
| HERRINGTON, DAVID H. | Counsel – Litigation | 905.00 | 85.00 | 76,925.00 |
| LESSNER, KIMBERLY | Temp. Attorney | 190.00 | 84.70 | 16,093.00 |
| MOESSNER, JACQUELINE | Associate | 700.00 | 83.70 | 58,590.00 |
| FORDE, CHARLENE | Temp. Attorney | 190.00 | 83.30 | 15,827.00 |
| LAYNE, TYLER | Associate | 415.00 | 83.30 | 34,569.50 |
| KLIPPER, ERICA | Associate | 490.00 | 76.60 | 37,534.00 |
| CLARKIN, DANIEL | Associate | 355.00 | 74.80 | 26,554.00 |
| LIPNER, LOUIS | Associate | 660.00 | 70.40 | 46,464.00 |
| KHYM, HANDOL | Temp. Attorney | 190.00 | 70.00 | 13,300.00 |
| MALONE, LEAH | Associate | 660.00 | 63.40 | 41,844.00 |
| LASHAY, VINI | Practice Support Manager | 265.00 | 54.20 | 14,363.00 |
| CHEUNG, SU | Assistant Managing Clerk | 150.00 | 53.80 | 8,070.00 |
| DIABA, LILIANE S. | Associate | 630.00 | 46.40 | 29,232.00 |
| MONIZ, JENNIFER | Practice Support Specialist | 255.00 | 45.80 | 11,679.00 |
| O'KEEFE, PETER | Paralegal | 310.00 | 45.30 | 14,043.00 |
| GURGEL, MATTHEW G. | Associate | 630.00 | 45.30 | 28,539.00 |
| ANDERSON, JOSH | Associate | 565.00 | 44.40 | 25,086.00 |
| KAHN, MICHAEL | Associate | 415.00 | 42.70 | 17,720.50 |
| CORNELIUS, JOHN | Associate | 630.00 | 38.20 | 24,066.00 |
| PALMER, JENNIFER M. | Associate | 700.00 | 38.00 | 26,600.00 |
| KLEIN, KERRIN T. | Associate | 630.00 | 35.00 | 22,050.00 |
| SHULTS, ANTHONY | Associate | 490.00 | 32.20 | 15,778.00 |
| CERCEO, ANTHONY R. | Associate | 630.00 | 32.00 | 20,160.00 |
| ZELBO, HOWARD S. | Partner – Litigation | 1,095.00 | 31.80 | 34,821.00 |
| SHERRETT, JESSE D.H. | Associate | 565.00 | 31.20 | 17,628.00 |
| WHATLEY, CAROL | Assistant Managing Clerk | 150.00 | 30.20 | 4,530.00 |
| ALCOCK, MARY E. | Counsel – Employee Benefits | 905.00 | 29.80 | 26,969.00 |
| TEMP. PARALEGAL | Temp. Paralegal | 230.00 | 28.90 | 6,647.00 |
| EZIE, ANDREA C. | Associate | 490.00 | 27.20 | 13,328.00 |
| PEACOCK, LAUREN L. | Associate | 710.00 | 25.00 | 17,750.00 |
| ST. LEDGER, MEGAN M. | Associate | 690.00 | 22.90 | 15,801.00 |

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| ATWOOD, STEPHANIE | Summer Associate | 335.00 | 21.40 | 7,169.00 |
| ILAN, DANIEL | Counsel – Intellectual Property | 790.00 | 20.40 | 16,116.00 |
| ABELEV, ALEKSANDR | Practice Support Specialist | 265.00 | 18.30 | 4,849.50 |
| SIDHU, KAMAL | Associate | 565.00 | 18.20 | 10,283.00 |
| DELAHAYE, SHANNON | Associate | 660.00 | 14.30 | 9,438.00 |
| MARTIN, JACKSON | Trainee Solicitor | 350.00 | 13.90 | 4,865.00 |
| BROD, CRAIG B. | Partner – Corporate | 1,095.00 | 12.10 | 13,249.50 |
| STREATFEILD, LUKE | Associate | 830.00 | 11.90 | 9,877.00 |
| CAMERON, SEBASTIAN | Associate | 405.00 | 11.50 | 4,657.50 |
| FLOW, SANDRA | Partner – Corporate | 1,065.00 | 10.90 | 11,608.50 |
| UNGBERG, ANDREW J. | Associate | 565.00 | 10.20 | 5,763.00 |
| O'NEILL, KATHLEEN M. | Associate | 700.00 | 9.30 | 6,510.00 |
| KOGAN, ANNA | Associate | 630.00 | 8.50 | 5,355.00 |
| BELYAVSKY, VICTORIA S. | Associate | 565.00 | 8.20 | 4,633.00 |
| KOLODNER, JONATHAN | Counsel – Litigation | 905.00 | 8.20 | 7,421.00 |
| VERGARA, VICTOR | Assistant Managing Clerk | 150.00 | 8.10 | 1,215.00 |
| LANG, PATRICK W. | Practice Support Specialist | 225.00 | 8.00 | 1,800.00 |
| KOHN, ARTHUR | Partner – Employee Benefits | 1,095.00 | 7.60 | 8,322.00 |
| SADO, STEPHANIE | Associate | 660.00 | 7.20 | 4,752.00 |
| POR, DANIEL R. | Associate | 415.00 | 7.00 | 2,905.00 |
| GIANIS, MARGOT | Summer Associate | 335.00 | 6.90 | 2,311.50 |
| SHEA, ZOE E. | Associate | 490.00 | 6.50 | 3,185.00 |
| REINSTEIN, JONATHAN | Paralegal | 255.00 | 6.00 | 1,530.00 |
| WEISS, EMILY | Associate | 630.00 | 5.70 | 3,591.00 |
| FISCHER, CRAIG M. | Associate | 565.00 | 5.70 | 3,220.50 |
| BLACKLOW, KIMBERLY BROWN | Partner – Real Estate | 1,075.00 | 5.50 | 5,912.50 |
| SPENCER, GARTH A. | Associate | 490.00 | 5.10 | 2,499.00 |
| HAMMER, BRANDON | Summer Associate | 335.00 | 5.00 | 1,675.00 |
| CUMMINGS-GORDON, TONIA | Practice Support Specialist | 225.00 | 5.00 | 1,125.00 |
| TOTAL HOURS: | | | 9,310.30 | |
| GRAND TOTAL: | | | | $5,054,833.00 |

## <u>CUMULATIVE COMPENSATION BY PROJECT CATEGORY<br>FOR APPLICATION PERIOD</u>

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 2,008.10 | $1,215,359.50 |
| Claims Administration and Objections | 693.30 | 424,894.00 |
| Employee Matters | 5,457.80 | 2,739,342.50 |
| Customer Issues | 2.10 | 1,386.00 |
| Supplier Issues | 5.80 | 3,654.00 |
| Plan of Reorganization & Disclosure Statement | 46.60 | 27,832.00 |
| Tax | 15.00 | 12,079.00 |
| Intellectual Property | 43.20 | 31,733.00 |
| Regulatory | 42.00 | 30,497.00 |
| Fee and Employment Applications | 291.70 | 147,213.00 |
| Litigation | 625.90 | 388,113.50 |
| Real Estate | 47.00 | 32,729.50 |
| **TOTAL** | **9,278.50** | **$5,054,833.00** |

6

**CUMULATIVE EXPENSE SUMMARY**
**FOR APPLICATION PERIOD**

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Telephone | | $2,401.03 |
| Travel – Transportation | | 11,833.67 |
| Travel – Lodging | | 2,206.91 |
| Travel – Meals | | 266.91 |
| Mailing and Shipping Charges | | 1,556.48 |
| Scanning Charges (at $0.10/page) | | 464.10 |
| Duplicating Charges (at $0.10/page) | | 14,511.50 |
| Color Duplicating Charges (at $0.65/page) | | 302.25 |
| Facsimile Charges (at $1.00/page) | | 457.00 |
| Legal Research | Lexis | 14,915.15 |
| | Westlaw | 17,853.02 |
| | Pacer | 3,815.60 |
| Late Work – Meals | | 5,514.83 |
| Late Work – Transportation | | 12,987.36 |
| Conference Meals | | 9,650.88 |
| Other Charges | | 13,536.09 |
| Expert Expenses | | 131,556.25 |
| **Grand Total Expenses** | | **$243,829.03** |