# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
              Debtors. : Jointly Administered
:
: Hearing Date: December 18, 2012 at 10:00 a.m. (ET)
:
---------------------------------------------------------X

## EIGHTH QUARTERLY FEE APPLICATION REQUEST OF TORYS LLP, AS SPECIAL CANADIAN COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated February 4, 2009 [D.I. 222] (the "<u>Monthly Compensation Order</u>"), Torys LLP ("<u>Torys</u>") hereby submits its Eighth Quarterly Fee Application Request (the "<u>Request</u>") for the period August 1, 2012 through and including October 31, 2012[2] (the "<u>Application Period</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly applications for August [D.I. 8714], September [D.I. 8873], and October [D.I. 8975] contain detailed listings of Torys' requested fees and expenses for the Application Period.

Torys seeks approval for the following fee applications that were filed for the Application Period:

| Fee Application Filing Date [Docket No.] | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date [Docket No.] | Amount of Fees Requested / Allowed (80%) | Amount of Expenses Requested / Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 10/16/12 [D.I. 8714] | 8/1/12 – 8/31/12 | $161,891.50 | $1,316.44 | 11/7/12 – [D.I. 8894] | $129,513.20 | $1,316.44 | $32,378.30 |
| 11/2/12 [D.I. 8873] | 9/1/12 – 9/30/12 | $122,438.50 | $447.12 | Pending | $97,950.80 | $447.12 | $24,487.70 |
| 11/20/12 [D.I. 8975] | 10/1/12 – 10/31/12 | $171,399.00 | $664.77 | Pending | $137,119.20 | $664.77 | $34,279.80 |
| TOTAL | | $455,729.00 | $2,428.33 | | $364,583.20 | $2,428.33 | $91,145.80 |

In accordance with the Monthly Compensation Order, Torys seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Torys respectfully requests that the Court enter the order attached hereto as <u>Exhibit A</u> and grant Torys such other and further relief as is just and proper.

Dated: November 21, 2012
New York, New York

TORYS LLP

 /s/ William F. Gray, Jr.
William F. Gray, Jr.
Alison D. Bauer
1114 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 880-6000
Facsimile:  (212) 682-0200

*Special Canadian Counsel for the
Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

Nortel Networks Inc., *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tony DeMarinis | Partner/Bankruptcy | $975.00 | 188.3 | $183,592.50 |
| William Gray | Partner/Bankruptcy | $875.00 | 53.9 | $47,162.50 |
| Scott A. Bomhof | Partner/Bankruptcy | $845.28 | 112.1 | $94,756.00 |
| Michael B. Rotsztain | Partner/Bankruptcy | $810.00 | 0.5 | $405.00 |
| Alison D. Bauer | Partner/Bankruptcy | $725.00 | 1.9 | $1,377.50 |
| Adam Slavens | Associate/Bankruptcy | $565.00 | 110.0 | $62,150.00 |
| Sheila Block | Partners/Litigation | $995.00 | 0.4 | $398.00 |
| Andrew Gray | Partner/Litigation | $710.00 | 34.5 | $24,495.00 |
| John Cameron | Partner/Corporate | $995.00 | 5.5 | $5,472.50 |
| Jessica Bullock | Associate/Corporate | $695.00 | 21.1 | $14,664.50 |
| Matthew Atkey | Associate/Corporate | $500.00 | 0.5 | $250.00 |
| Bradley Tartick | Law Student | $305.00 | 43.9 | $13,389.50 |
| Clare Mauro | Librarian | $355.00 | 0.8 | $284.00 |
| Dianne Ralph | Paralegal | $260.00 | 28.2 | $7,332.00 |
| **Total** | | | 601.6 | $363,159.00 |
| **GRAND TOTAL:** | | | | **$455,729.00** |
| **BLENDED RATE:** | | | | $757.53 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.8 | $728.00 |
| Fee and Employment Applications | 40.7 | $19,706.50 |
| Analysis of Canadian Law | 155.7 | $124,976.50 |
| Intercompany Analysis | 128.7 | $116,873.50 |
| Canadian CCAA Proceedings/Matters | 216.7 | $158,362.00 |
| Litigation | 0.4 | $72.50 |
| Employee Matters | 38.7 | $19,681.50 |
| Canadian Sec. 18.6 Proceedings/Matters | 15.8 | $13,003.00 |
| U.S. Proceedings/Matters | 2.1 | $2,000.00 |
| **TOTAL** | 601.6 | $455,729.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

August 1, 2012 through October 31, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Meals | | $272.41 |
| Computer Research | Westlaw/Quicklaw | $946.63 |
| Duplicating/Printing | In Office | 907.10 |
| Travel | Taxi | $18.16 |
| Miscellaneous | Photographer (Expert) | $607.32 |
| Library Costs | West Payment Center | |
| Court Searches | PACER and Filing Fees | |
| Process Server | | $231.91 |
| Word Processing | | $21.35 |
| Courier | | $30.69 |
| Telephone | Long Distance | $0.08 |
| **GRAND TOTAL EXPENSES** | | **$2,428.33** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]