
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc. et al.,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: December 18, 2012 at 10.00 a.m.** |

## NOTICE OF FIFTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant: Ashurst LLP

Authorized to Provide
Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: March 5, 2009, (nunc pro tunc to January 30, 2009)

Period for which compensation
and reimbursement is sought: August 01, 2012 through October 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary: £118,338.50 (US$ 188,158.21)[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: £7,596.27 (US$ 12,078.07)[4]

This is (a)n: _X_ interim ____ final application
Summary of Fee Applications for Compensation Period:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International b (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Ashurst LLP's August 2012, September 2012 and October 2012 monthly fee applications are incorporated herein by reference.

[3] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.59 as published by Bloomberg.com on the date of the application.

[4] The amount stated in parenthesis is for informational purposes only and reflects the international foreign exchange rate of £1 to US$ 1.59 as published by Bloomberg.com on the date of the application.

25799759

|  |  | Requested | | Approved | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees (20%) |
| Date Filed: 09/13/12 Docket No. 8453 | 08/01/12 – 08/31/12 | £31,168.50 | £155.00 | £24,934.80 | £155.00 | £6,233.70 |
| Date Filed: 10/31/12 Docket No. 8852 | 09/01/12 – 09/30/12 | £33,140.00 | £7,186.93 | £26,512.00 | £7,186.93 | £6,628.00 |
| Date Filed: 11/19/12 Docket No. 8958 | 10/01/12 – 10/31/12 | £54,030.00 | £254.34 | Pending Obj deadline 11/19/12 £43,224.00 | Pending Obj deadline 11/19/12 £254.34 | £10,806.00 |
| TOTALS: |  | £118,338.50 | £7,596.27 | £94,670.80[5] | £7,596.27[6] | £23,667.70 |

Summary of any Objections to Fee Applications: None.

Dated: November 21, 2012
London, United Kingdom

Giles Boothman
ASHURST LLP
Broadwalk House
5 Appold Street
London EC2A 2HA
Telephone: +44 (0)20 7638 1111
Facsimile: +44 (0)20 7638 1112

European Counsel to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*

---

[5] The total amount reflected in this column including amounts pending approval.

[6] The total amount reflected in this column including amounts pending approval.