# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nortel Networks Inc., et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 18, 2012 at 10:00 a.m. (ET)** |

## NOTICE OF FIFTEENTH INTERIM FEE APPLICATION REQUEST

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 5, 2009, *Nunc Pro Tunc* to January 26, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2012 through October 31,-2012[2] |
| Amount of Compensation sought as actual, reasonable and necessary: | $652,891.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $8,745.82 |

This is (a)n: _X_ interim _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Capstone Advisory Group, LLC's August, September and October 2012 monthly fee applications are incorporated herein by reference.

Summary of Fee Applications for Compensation Period:

| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees -80% | Expenses (100%) | Fees -20% |
|---|---|---|---|---|---|---|
| Date Filed: 10/9/2012 Docket No. 8667 | 8/1/12 to 8/31/12 | $250,985.00 | $3,463.59 | $200,788.00 | $3,463.59 | $50,197.00 |
| Date Filed: 11/9/2012 Docket No. 8918 | 9/1/12 to 9/30/12 | $197,645.50 | $3,117.37 | Pending Obj. Deadline 11/29/12 $158,116.40 | Pending Obj. Deadline 11/29/12 $3,117.37 | $39,529.10 |
| Date Filed: 11/20/2012 Docket No. 8978 | 10/1/12 to 10/31/12 | $204,261.00 | $2,164.86 | Pending Obj. Deadline 12/11/12 $163,408.80 | Pending Obj. Deadline 12/11/12 $2,164.86 | $40,852.20 |
| **TOTALS:** | | $652,891.50 | $8,745.82 | $522,313.20 | $8,745.82 | $130,578.30 |

Summary of any Objections to Fee Applications: None.

Dated: November 21, 2012
New York, NY

/s/ Jay Borow
Jay Borow
Member of the Firm
CAPSTONE ADVISORY GROUP
104 West 40th Street
16th floor
New York, NY 10018
Telephone: (212) 782-1411
Facsimile: (212) 782-1479

Financial Advisor to the Official Committee of
Unsecured Creditors of Nortel Networks Inc., *et al.*