## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on November 21, 2012, a copy of the foregoing **Fifteenth Interim Fee Application Request of Capstone Advisory Group, LLC for the Period from August 1, 2012 through October 31, 2012** was served on the parties on the attached list and in the manner indicated thereon.

*[signature]*
Christopher M. Samis (No. 4909)

RLF1 6789479v.1

NORTEL NETWORKS INC.
CASE NO. 09-10138 (KG)
SERVICE LIST

**VIA HAND DELIVERY**

*(United States Trustee)*
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*(Counsel for Debtors)*
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

*(Debtors)*
Nortel Networks, Inc.
Attn: Accounts Payable
P.O. Box 13010
RTP, NC 27709

*(Counsel for Debtors)*
James L. Bromley, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*(Counsel for Official Committee of Unsecured Creditors)*
Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

RLF1 6789479v.1