# **EXHIBIT A**

RLF1 7605210v.1

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 2  
Client # 732310  

Matter # 165839

For services through October 31, 2012  
relating to Case Administration

| Date | Role | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/12 | Paralegal | Update 2002 service list | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 10/03/12 | Associate | Review and calendar upcoming critical dates | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/04/12 | Paralegal | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1); Update 2002 service list (.2); Maintain and organize original pleadings (.2) | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 10/04/12 | Associate | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 10/12/12 | Associate | Participate in weekly Committee call | Christopher M. Samis | 1.10 hrs. | 375.00 | $412.50 |
| 10/16/12 | Paralegal | Review docket (.1); Review and update critical dates (.2); E-mail to distribution re: same (.1) | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 10/17/12 | Associate | Emails to A. Koo re: pro hac (x2) | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/24/12 | Associate | Emails to A. Koo re: A. Koo pro hac (x2) | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/25/12 | Associate | Participate in weekly Committee call | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |

| | |
|---|---|
| Nortel Creditors Committee<br>c/o Fred S. Hodara, Esq.<br>Akin Gump Strauss Hauer Feld LLP<br>One Bryant Park<br>New York NY 10036 | November 21, 2012<br>Invoice 419054<br>Page 3<br>Client # 732310<br><br>Matter # 165839 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/12 | Email to A. Koo re: review of pro hac motion | | | | |
| Associate | Christopher M. Samis | | 0.10 hrs. | 375.00 | $37.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,490.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,490.50** |
| BALANCE BROUGHT FORWARD | $2,345.20 |
| **TOTAL DUE FOR THIS MATTER** | **$3,835.70** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 4  
Client # 732310  

Matter # 165839  

For services through October 31, 2012  
relating to Court Hearings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/12 | Retrieve and review re: 10/3/12 agenda (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: 10/3/12 telephonic appearances for B. Kahn and D. Botter (.2); E-mail to distribution re: same (.1); Telephone call to Courtcall re: 10/3/12 telephonic appearance for F. Hodara (.1); E-mail to B. Kahn re: same (.1); Retrieve re: 10/3/12 agenda pleadings (.4); Prepare 10/3/12 hearing binder (.4) | Paralegal — Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 10/01/12 | Review agenda re: 10/3/12 hearing (.1); Review email from B. Witters re: same (.1) | Associate — Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 10/03/12 | Attention to e-mails to and from C. Samis re: 10/24/12 hearing (.1); Search docket re: notice of rescheduled hearing for 10/24/12 (.2); E-mail to C. Samis re: same (.1) | Paralegal — Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 10/03/12 | Prepare for 10/3/12 hearing (1.0); Attend 10/3/12 hearing (1.1); Email to B. Kahn re: preparation for 10/3/12 hearing (.1) | Associate — Christopher M. Samis | 2.20 hrs. | 375.00 | $825.00 |
| 10/04/12 | Organize binder utilized by Court and co-counsel at 9/5/12 hearing (.1); Organize 2 volumes of binders utilized by Court and co-counsel at 9/19/12 hearing (.2) | Paralegal — Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 10/15/12 | Emails to B. Witters re: items for 10/18/12 hearing (.2); Email to L. Beckerman re: items on for 10/18/12 hearing (.2) | Associate — Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 5

Client #  732310

Matter #  165839

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/16/12 | Retrieve and review re: 10/18/12 agenda (.1); E-mail to distribution re: same (.1); Telephone call to Courtcall re: 10/18/12 telephonic appearances for F. Hodara, D. Botter and B. Kahn (.3); E-mail to distribution re: same (.1); Retrieve re: 10/18/12 agenda items (.2) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 205.00 | $164.00 |
| 10/16/12 | Emails to L. Beckerman re: preparation for 10/18/12 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/17/12 | Retrieve re: amended 10/18/12 agenda (.1); E-mail to distribution re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 10/17/12 | Review amended agenda for 10/18/12 hearing | | | |
| Associate | Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/31/12 | Email to L. Beckerman re: items calendar for 11/7/12 hearing | | | |
| Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $1,893.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,893.50** |
| BALANCE BROUGHT FORWARD | $5,639.10 |
| **TOTAL DUE FOR THIS MATTER** | **$7,532.60** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 6  
Client # 732310  

Matter # 165839  

For services through October 31, 2012  
relating to Employee Issues  

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 10/01/12 | | Meeting with C. Samis re: redacted copy of brief (.1); Meeting with C. Greer re: same (.1); Review emails (x3) from C. Samis re: same (.1); Review emails (x3) from C. Greer re: same (.1) | | | |
| | Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 10/23/12 | | Review objections / responses to motion to terminate LTD benefits | | | |
| | Associate | Christopher M. Samis | 2.80 hrs. | 375.00 | $1,050.00 |
| 10/29/12 | | Complete review of response/objections to motion to terminate LTD benefits | | | |
| | Associate | Christopher M. Samis | 3.20 hrs. | 375.00 | $1,200.00 |

Total Fees for Professional Services         $2,400.00

TOTAL DUE FOR THIS INVOICE         **$2,400.00**
BALANCE BROUGHT FORWARD         $1,012.50

**TOTAL DUE FOR THIS MATTER**         **$3,412.50**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 7  
Client # 732310  

Matter # 165839  

For services through October 31, 2012  
relating to Litigation/Adversary Proceedings  

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/12 | Retrieve ex parte motion of New Century seeking order authorizing filing of defendants' opposition to plaintiffs' motion for class certification and email to C.Samis | Paralegal — Cathy M. Greer | 0.10 hrs. | 205.00 | $20.50 |
| 10/01/12 | Review Schroeder opposition to class certification for use in Horne litigation (1.0); Call to A. Cordo re: use of Schroeder opposition to class certification for use in Horne litigation (.2); Emails to C. Greer re: collecting pertinent documentation for C. Samis review for determining if use of Schroeder opposition to class certification is appropriate for use in Horne litigation (.2) | Associate — Christopher M. Samis | 1.40 hrs. | 375.00 | $525.00 |
| 10/02/12 | Review and redact Schroeder opposition to class certification for use in Horne litigation (1.2); Email to J. Cerbone re: clearance to use redacted Schroeder opposition to class certification for use in Horne litigation (.1) | Associate — Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |
| 10/03/12 | Call from M. Indelicato re: using Schroeder opposition to class certification in Horne litigation | Associate — Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 10/31/12 | Email to J. Sturm re: filing joinder in LTD litigation | Associate — Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

Total Fees for Professional Services     $1,145.50

**TOTAL DUE FOR THIS INVOICE**     **$1,145.50**

BALANCE BROUGHT FORWARD     $1,688.70

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 21, 2012
Invoice 419054
Page 8
Client #  732310

Matter #  165839

---

**TOTAL DUE FOR THIS MATTER**                                           $2,834.20

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 21, 2012
Invoice 419054
Page 9
Client #  732310

Matter #  165839

For services through October 31, 2012
relating to  RLF Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/12 | E-mail to B. Kahn re: RLF September fee and expense estimates | | | | |
| | Paralegal | Barbara J. Witters | 0.10 hrs. | 205.00 | $20.50 |
| 10/18/12 | Prepare cno re: RLF August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 10/18/12 | Review email from B. Witters re: filing certificate of no objection re: RLF monthly fee application (.1); Review and execute same (.1); Discussion with B. Witters re: filing same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 10/22/12 | Review September RLF bill memo | | | | |
| | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 10/22/12 | Review September 2012 bill memos re: RLF monthly fee application (.4); Discussion with B. Witters re: comments to same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 10/31/12 | Review and revise RLF September fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 10/31/12 | Review and execute RLF monthly fee application (.3); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | | | | |
| | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Total Fees for Professional Services                $856.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 10  
Client #  732310

Matter # 165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$856.50** |
| BALANCE BROUGHT FORWARD | $1,223.80 |
| **TOTAL DUE FOR THIS MATTER** | **$2,080.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

November 21, 2012  
Invoice 419054  
Page 11  
Client # 732310

Matter # 165839

For services through October 31, 2012  
relating to Fee Applications of Others

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/12 | Attention to e-mail from B. Kahn re: Jefferies August and final fee applications (.1); Review and prepare re: same (.2); Prepare notice of application re: Jefferies August fee application (.2); Prepare cos re: same (.1); Prepare notice of application re: Jefferies final fee application (.2): Review interim compensation order re: final fee application (.2); E-mail to C. Samis motion and order re: interim compensation (.1); Paralegal support for filing Jefferies fee applications (.3); Revise notice of application re: Jefferies August fee application (.1); Revise notice of application re: Jefferies final fee application (.1); Finalize, file and coordinate service re: Jefferies August fee application (.3); Finalize, file and coordinate service re: Jefferies final fee application (.3); Prepare aos re: same x2 (.4) | Paralegal | Barbara J. Witters | 2.60 hrs. | 205.00 | $533.00 |
| 10/03/12 | Call from B. Kahn re: hearing date for Jefferies final fee application (.2); Emails to B. Witters re: hearing date for Jefferies final fee application (.2); Emails to B. Kahn re: hearing date for Jefferies final fee application (.2); Review, revise and finalize final Jefferies fee application (.2); Review, revise and finalize 43rd monthly Jefferies fee application (.2) | Associate | Christopher M. Samis | 1.00 hrs. | 375.00 | $375.00 |
| 10/03/12 | Review emails (x2) from B. Kahn re: filing Jefferies final fee application (.1); Review Jefferies monthly fee application (.2); Discussion with B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.40 hrs. | 375.00 | $150.00 |
| 10/04/12 | Finalize and file aos re: Jefferies final fee application (.1); Finalize and file aos re: notice of Jefferies final fee application (.1) | Paralegal | Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 10/08/12 | Update fee status chart (1.0); Prepare cno re: Ashurst August fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 1.40 hrs. | 205.00 | $287.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 12  
Client # 732310  

Matter # 165839  

---

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/08/12 | Review email from B. Witters re: filing certificate of no objection re: Ashurst monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | Associate — Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 10/09/12 | Attention to e-mail from B. Kahn re: Capstone August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 10/09/12 | Review email from B. Kahn re: Capstone monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate — Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 10/19/12 | Attention to e-mail from B. Kahn re: Akin Gump August fee application (.1); Retrieve and review re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal — Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 10/19/12 | Review email from B. Kahn re: Akin Gump monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate — Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 10/23/12 | Attention to e-mail from C. Samis re: Jefferies final fee application (.1); E-mail to C. Samis re: same (.1) | Paralegal — Barbara J. Witters | 0.20 hrs. | 205.00 | $41.00 |
| 10/23/12 | Email to A. Cordo re: hearing on Jefferies final fee application (.1); Email to B. Witters re: hearing on Jefferies final fee application (.1) | Associate — Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 13  
Client #  732310

Matter #  165839

---

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/12 | Prepare cno re: Jefferies & Co August fee application (.2); Prepare cno re: Jefferies & Co final fee application (.3); Revise cno re: Jefferies final fee application x2 (.3); Prepare order re: same (.1); Finalize and file cno re: Jefferies August fee application (.2); Finalize and file cno re: Jefferies final fee application (.2) | Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |
| 10/25/12 | Review, revise and finalize CNO and related order for Jefferies final fee application (.3); Review and revise CNO for Jefferies final monthly fee application (.2); Emails to B. Kahn and R. Tennenbaum re: submission of order for Jefferies final fee application (.4) | Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |
| 10/29/12 | Email to B. Kahn re: filing and service of September 2012 Ashurst fee application | Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 10/31/12 | Attention to e-mail from B. Kahn re: Ashurst September fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 10/31/12 | Email to B. Kahn re: filing and service of Ashurst September 2012 fee application | Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |
| 10/31/12 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review and execute same (.1); Discussion with B. Witters re: same (.1); Review Ashurst monthly fee application (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.70 hrs. | 375.00 | $262.50 |

Total Fees for Professional Services  $3,546.00

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2012  
Invoice 419054  
Page 14  
Client #  732310  

Matter #  165839  

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $3,546.00 |
| BALANCE BROUGHT FORWARD | $4,155.60 |
| **TOTAL DUE FOR THIS MATTER** | **$7,701.60** |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 21, 2012
Invoice 419054
Page 15
Client #  732310

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Barbara J. Witters | 15.30 | 205.00 | 3,136.50 |
| Cathy M. Greer | 0.10 | 205.00 | 20.50 |
| Christopher M. Samis | 17.20 | 375.00 | 6,450.00 |
| Drew G. Sloan | 4.60 | 375.00 | 1,725.00 |
| TOTAL | 37.20 | $304.62 | 11,332.00 |

**TOTAL DUE FOR THIS INVOICE**                                                                 **$12,743.55**

   Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

   Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310