# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

November 21, 2012
Invoice 419054

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through October 31, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $49.50 |
| Document Retrieval | $122.40 |
| Filing Fees/Court Costs | $44.00 |
| Long distance telephone charges | $16.68 |
| Messenger and delivery service | $384.15 |
| Photocopying/Printing  3,227 @ $.10/pg. / 1,639 @ $.10/pg. | $486.60 |
| Postage | $308.22 |

| | |
|---|---:|
| Other Charges | $1,411.55 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,411.55** |
| BALANCE BROUGHT FORWARD | $621.75 |
| **TOTAL DUE FOR THIS MATTER** | **$2,033.30** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2012  
Invoice 419054  
Page 16  
Client #  732310  

    <u>Client:</u>  Official Committee of the Board of Directors of Nortel Networks Inc  
   Matter:  Nortel - Representation of Creditors Committee  
              Case Administration  
              Court Hearings  
              Employee Issues  
              Litigation/Adversary Proceedings  
              RLF Fee Applications  
              Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/01/12 | PACER | | DOCRETRI |
| | | Amount = $40.50 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.50 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $34.50 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $19.20 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.70 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $1.00 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $7.00 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $4.50 | |
| 10/01/12 | Printing | | DUP.10CC |
| | | Amount = $0.80 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 17  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/01/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/02/12 | Printing | | DUP.10CC |
| | Amount = | $4.50 | |
| 10/03/12 | Photocopies | | DUP.10CC |
| | Amount = | $82.20 | |
| 10/03/12 | Photocopies | | DUP.10CC |
| | Amount = | $130.50 | |
| 10/03/12 | 12124787320 Long Distance | | LD |
| | Amount = | $6.95 | |
| 10/03/12 | Messenger and delivery | | MESS |
| | Amount = | $364.95 | |
| 10/03/12 | PACER | | DOCRETRI |
| | Amount = | $32.80 | |
| 10/03/12 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 10/03/12 | Postage | | POST |
| | Amount = | $255.94 | |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

November 21, 2012
Invoice 419054
Page 18
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/03/12 | Postage | Amount = $15.24 | POST |
| 10/03/12 | Printing | Amount = $1.70 | DUP.10CC |
| 10/03/12 | Printing | Amount = $2.80 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.30 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $2.80 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.30 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.60 | DUP.10CC |
| 10/03/12 | Printing | Amount = $2.80 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.20 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.20 | DUP.10CC |
| 10/03/12 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 19  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $1.70 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $1.30 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $2.30 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $4.40 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $14.70 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/03/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/04/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/04/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2012  
Invoice 419054  
Page 20  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/04/12 | Printing | Amount = $0.40 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.60 | DUP.10CC |
| 10/04/12 | Printing | Amount = $0.90 | DUP.10CC |
| 10/08/12 | COURTCALL LLC: CCDA-05-1619 | Amount = $44.00 | FLFEE |
| 10/08/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/08/12 | Printing | Amount = $0.30 | DUP.10CC |
| 10/08/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/08/12 | Printing | Amount = $0.40 | DUP.10CC |
| 10/09/12 | Photocopies | Amount = $24.50 | DUP.10CC |
| 10/09/12 | Messenger and delivery charges | Amount = $6.40 | MESS |
| 10/09/12 | Postage | Amount = $7.50 | POST |
| 10/09/12 | Printing | Amount = $0.10 | DUP.10CC |
| 10/09/12 | Printing | Amount = $0.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

November 21, 2012  
Invoice 419054  
Page 21  
Client # 732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/09/12 | Printing | $0.30 | DUP.10CC |
| 10/09/12 | Printing | $0.20 | DUP.10CC |
| 10/09/12 | Printing | $4.40 | DUP.10CC |
| 10/11/12 | DIAZ DATA SERVICES: Transcript | $49.50 | CTRPT |
| 10/15/12 | PACER | $3.00 | DOCRETRI |
| 10/16/12 | PACER | $33.60 | DOCRETRI |
| 10/16/12 | Printing | $0.80 | DUP.10CC |
| 10/16/12 | Printing | $2.50 | DUP.10CC |
| 10/16/12 | Printing | $0.40 | DUP.10CC |
| 10/16/12 | Printing | $0.60 | DUP.10CC |
| 10/16/12 | Printing | $0.80 | DUP.10CC |
| 10/16/12 | Printing | $0.30 | DUP.10CC |
| 10/16/12 | Printing | $0.30 | DUP.10CC |
| 10/16/12 | Printing | $0.50 | DUP.10CC |
| 10/16/12 | Printing | $0.30 | DUP.10CC |
| 10/17/12 | PACER | $3.00 | DOCRETRI |
| 10/17/12 | Printing | $0.10 | DUP.10CC |
| 10/17/12 | Printing | $0.10 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

November 21, 2012  
Invoice 419054  
Page 22  
Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/18/12 | PACER | $6.00 | DOCRETRI |
| 10/18/12 | Printing | $0.10 | DUP.10CC |
| 10/18/12 | Printing | $1.00 | DUP.10CC |
| 10/18/12 | Printing | $0.30 | DUP.10CC |
| 10/18/12 | Printing | $0.20 | DUP.10CC |
| 10/18/12 | Printing | $0.10 | DUP.10CC |
| 10/18/12 | Printing | $0.10 | DUP.10CC |
| 10/18/12 | Printing | $0.20 | DUP.10CC |
| 10/18/12 | Printing | $0.20 | DUP.10CC |
| 10/18/12 | Printing | $0.20 | DUP.10CC |
| 10/18/12 | Printing | $0.20 | DUP.10CC |
| 10/19/12 | Photocopies | $41.00 | DUP.10CC |
| 10/19/12 | Messenger and delivery charges | $6.40 | MESS |
| 10/19/12 | Postage | $14.77 | POST |
| 10/19/12 | Printing | $0.10 | DUP.10CC |
| 10/19/12 | Printing | $0.30 | DUP.10CC |
| 10/19/12 | Printing | $0.30 | DUP.10CC |
| 10/19/12 | Printing | $0.20 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 23  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $1.70 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $1.40 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $3.70 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/19/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/24/12 | Printing | | DUP.10CC |
| | | Amount = $1.60 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 10/25/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 24  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 10/25/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/26/12 | 15164227102 Long Distance | | LD |
| | Amount = | $2.78 | |
| 10/26/12 | 12128728121 Long Distance | | LD |
| | Amount = | $6.95 | |
| 10/31/12 | Photocopies | | DUP.10CC |
| | Amount = | $44.50 | |
| 10/31/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 10/31/12 | Postage | | POST |
| | Amount = | $14.77 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $2.00 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.40 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

November 21, 2012  
Invoice 419054  
Page 25  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $1.00 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $5.60 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.90 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $2.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $3.00 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 10/31/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

TOTALS FOR   732310          Official Committee of the Board of Directors of Nortel Networks Inc

Expenses     $1,411.55