IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br>(Jointly Administered)<br><br>**Hearing Date: December 18, 2012 at 10:00 a.m.** |

## NOTICE OF FIFTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                             Richards, Layton & Finger, P.A.

Authorized to Provide
Professional Services to:                      Official Committee of Unsecured Creditors

Date of Retention:                             March 19, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:                   August 1, 2012 through October 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:              $43,935.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:           $3,668.14

This is (a)n:  X  interim  _____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); and Nortel Networks Cable Solutions Inc. (0567).

[2] Richards, Layton & Finger, P.A.'s August, September and October 2012 monthly fee applications are incorporated herein by reference.

RLF1 7606868v.1

Summary of Fee Applications for Compensation Period:

| Docket No.<br>Date Filed | Period Covered | Requested | | Approved/<br>Pending Approval | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees<br>(80%) | Expenses<br>(100%) | Fees<br>(20%) |
| Docket No. 8603<br>Date Filed: 9/26/12 | 8/1/12 - 8/31/12 | $19,444.50 | $1,634.84 | $15,555.60 | $1,634.84 | $3,888.90 |
| Docket No. 8860<br>Date Filed: 10/31/12 | 9/1/12 - 9/30/12 | $13,158.50 | $621.75 | Pending obj deadline 11/20/12<br>$10,526.80 | Pending obj deadline 11/20/12<br>$621.75 | $2,631.70 |
| Docket No. 8995<br>Date Filed: 11/21/12 | 10/1/12 - 10/31/12 | $11,332.00 | $1,411.55 | Pending obj deadline 12/11/12<br>$9,065.60 | Pending obj deadline 12/11/12<br>$1,411.55 | $2,266.40 |
| **TOTALS:** | | $43,935.00 | $3,668.14 | $35,148.00[3] | $3,668.14[4] | $8,787.00 |

Summary of any Objections to Fee Applications: None.

Dated: November 21, 2012
Wilmington, Delaware

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to the Official Committee of Unsecured Creditors of Nortel Networks Inc., et al.*

---

[3] The total amount reflected in this column includes amounts pending approval.

[4] The total amount reflected in this column includes amounts pending approval.