**EXHIBIT B**



**Fraser Milner Casgrain LLP**
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, ON, Canada M5K 0A1

MAIN   416 863 4511
FAX    416 863 4592

The Official Committee of Unsecured Creditors
of Nortel Networks Inc.
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036 USA

**INVOICE # 2945703**

GST/HST # R121996078
QST # 1086862448 TQ 0001

| Date | Matter Number | Lawyer |
|---|---|---|
| November 21, 2012 | 538462-000001 | Michael Wunder |

**The Official Committee of Unsecured Creditors**
**Re: Nortel Networks Inc., et al.**

| | |
|---|---|
| Professional Fees | $ 95,193.50 |
| Disbursements | 1,567.61 |
| **Total Amount Due** | **$ 96,761.11** CDN. |

**FRASER MILNER CASGRAIN LLP**

Per: _____
Michael Wunder

---

**Payment Options:**

**Cheques:**
Cheques payable to Fraser Milner Casgrain LLP and mailed to the above noted address.

**Wire Transfer:**
Bank of Montreal
1st Canadian Place, Toronto, ON
Swift Code: BOFMCAM2
Bank ID: 001 Transit: 00022
CAD Funds Bank Account : 0004-324

**Internet Banking:**
Accepted at most financial institutions. Your payee is Fraser Milner Casgrain and your account number is 538462. Please email us at acctrecedm@fmc-law.com referencing invoice number and payment amount.

**Credit Card:**
Payments are accepted via telephone, email or fax. We accept American Express, MasterCard or Visa (please circle one).
Card No. _____
Expiry Date: _____ Amount: _____
Cardholder Name: _____
Signature: _____

Please email us at Toronto.Accounting@fmc-law.com referencing invoice number and payment amount.
Payment due on receipt. Interest will be charged at the rate of 1.3% per annum on all outstanding amounts over 30 days.

---

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2945703
Page 2 of 13
Matter # 538462-000001

## Invoice Detail

TO PROFESSIONAL SERVICES RENDERED in connection with the above noted matter:

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 01-Oct-12 | RSK | 0031 | Exchanged emails with Andrew Gray (counsel for NNI) regarding joint factum for Canadian environmental order appeal hearing. | 0.2 |
| 01-Oct-12 | RSK | 0031 | Review of responding factum of noteholders regarding Canadian environmental appeal. | 0.4 |
| 01-Oct-12 | MJW | 0031 | Review revised Nortel Canada factum with respect to environmental appeal. | 0.4 |
| 01-Oct-12 | MJW | 0031 | Prepare and forward report to Akin Gump with respect to environmental appeal and draft factums. | 0.3 |
| 01-Oct-12 | MJW | 0031 | Review City of Belleville factum with respect to environmental appeal. | 0.2 |
| 01-Oct-12 | MJW | 0031 | Email and call with Torys with respect to Canadian joint factum for NNI and UCC. | 0.2 |
| 01-Oct-12 | MJW | 0031 | Call with Torys with respect to Canadian motion regarding Monitor's expanded powers. | 0.2 |
| 01-Oct-12 | MJW | 0031 | Email and call with Akin Gump with respect to Monitor's expanded powers and prepare report for Committee with respect to Canadian motion. | 0.4 |
| 01-Oct-12 | MJW | 0031 | Review motion record and draft order for Monitor's expanded powers. | 0.4 |
| 01-Oct-12 | MJW | 0003 | Prepare August, 2012 fee account. | 1.7 |
| 01-Oct-12 | MJW | 0029 | Review allocation analysis summary to prepare for Committee meeting. | 0.8 |
| 01-Oct-12 | RHS | 0023 | Discussions with M. Wunder regarding Canadian securities cease trade order issues. | 0.4 |
| 01-Oct-12 | RCJ | 0031 | Email correspondence with Akin Gump team regarding Canadian motion for Monitor expanded powers. | 0.4 |
| 02-Oct-12 | RSK | 0029 | Review of revised Capstone summary on recovery analysis. | 0.4 |
| 02-Oct-12 | RSK | 0007 | Participated in Committee meeting via telephone including meeting with NNI and Cleary. | 1.8 |
| 02-Oct-12 | RSK | 0031 | Office conference with M. Wunder and review of emails regarding position of noteholders on motion to expand Monitor's powers. | 0.3 |
| 02-Oct-12 | RSK | 0007 | Participate in UCC advisor status call to prepare for Committee meeting. | 0.7 |
| 02-Oct-12 | RSK | 0029 | Telephone attendance with Akin Gump regarding mediation meeting with representatives of NNI. | 0.2 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 3 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 02-Oct-12 | RSK | 0031 | Telephone attendance with Akin Gump regarding expansion of Monitor's powers and position of various Noteholders. | 0.2 |
| 02-Oct-12 | MJW | 0031 | Calls with Canadian counsel for bonds and NNI regarding Canadian Monitor expansion power motion. | 0.4 |
| 02-Oct-12 | MJW | 0031 | Email correspondence with NNI's Canadian counsel regarding Canadian motion. | 0.2 |
| 02-Oct-12 | MJW | 0031 | Conference with R. Shay regarding Canadian securities reporting issues. | 0.2 |
| 02-Oct-12 | MJW | 0029 | Review recovery sensitivity analysis and Canadian commentary in preparation for mediation submissions. | 0.5 |
| 02-Oct-12 | MJW | 0007 | Committee advisor call to prepare for in person Committee meeting with NNI and its advisors. | 0.7 |
| 02-Oct-12 | MJW | 0007 | In person Committee meeting including meeting with NNI and its advisors (participate telephonically). | 1.8 |
| 02-Oct-12 | JOD | 0031 | Call with Michael Wunder and Scott Bomhof regarding Canadian court hearing. | 0.2 |
| 03-Oct-12 | RSK | 0031 | Review of updates regarding Canadian hearing to expand Monitor's powers. | 0.2 |
| 03-Oct-12 | RSK | 0031 | Telephone attendance with M. Wunder regarding Canadian CCAA issues. | 0.3 |
| 03-Oct-12 | MJW | 0008 | Email correspondence with J. Dietrich to prepare for Canadian court hearing, UCC submissions and positions of other parties. | 0.3 |
| 03-Oct-12 | MJW | 0008 | Meet with J. Dietrich to discuss Canadian court hearing. | 0.2 |
| 03-Oct-12 | MJW | 0008 | Review issued Canadian court order and endorsement. | 0.3 |
| 03-Oct-12 | MJW | 0031 | Prepare and forward detailed report to UCC advisors regarding Canadian court hearing. | 1.2 |
| 03-Oct-12 | MJW | 0031 | Conferences with S. Kukulowicz and J Dietrich regarding Canadian proceeding issues, and review of CCAA and initial Nortel CCAA order. | 0.6 |
| 03-Oct-12 | MJW | 0031 | Email correspondence with Akin Gump regarding Canadian proceeding and related issues, and forward supplemental report. | 0.4 |
| 03-Oct-12 | JOD | 0008 | Review of Monitor's Canadian motion record. | 0.2 |
| 03-Oct-12 | JOD | 0008 | Attend at Canadian court for motion regarding expansion of Monitor's powers. | 2.8 |
| 03-Oct-12 | JOD | 0008 | Attend at court for reading of endorsement of Justice Morawetz. | 0.4 |
| 03-Oct-12 | JOD | 0031 | Email and call to M. Wunder regarding Canadian court hearing. | 0.3 |
| 03-Oct-12 | JOD | 0031 | Review emails regarding Canadian court hearing. | 0.1 |
| 04-Oct-12 | MJW | 0031 | Review report regarding former employee litigation, and Canadian court approved agreements. | 0.4 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 4 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 04-Oct-12 | MJW | 0031 | Review Ontario Ministry of Environment reply factum regarding Northstar Canadian appeal request, including request to hear Northstar and Nortel appeals together. | 0.3 |
| 05-Oct-12 | RSK | 0029 | Review of UCC draft mediation submission. | 0.5 |
| 05-Oct-12 | RSK | 0031 | Review of draft U.S. court material and related emails regarding Canadian recognition proceeding. | 0.6 |
| 05-Oct-12 | MJW | 0031 | Review draft US motion material, and correspondence from NNI's Canadian counsel. | 0.7 |
| 05-Oct-12 | MJW | 0031 | Forward report to Akin Gump regarding proposed Canadian motion. | 0.2 |
| 05-Oct-12 | MJW | 0029 | Review CCAA approved agreements and CCAA orders in connection with preparation of allocation mediation submission. | 0.3 |
| 05-Oct-12 | MJW | 0031 | Email correspondence with Torys and Akin Gump regarding Nortel proceeding. | 0.2 |
| 05-Oct-12 | MJW | 0031 | Review documents regarding NN India. | 0.8 |
| 05-Oct-12 | MJW | 0029 | Review draft submissions for allocation mediation. | 0.8 |
| 05-Oct-12 | RCJ | 0012 | Analysis of Canadian claims issues. | 1.7 |
| 05-Oct-12 | RCJ | 0014 | Review recognition proceeding materials for NN India. | 0.2 |
| 05-Oct-12 | NEL | 0012 | Review Nortel background materials regarding Canadian claims issues, and analyze claims issues. | 3.3 |
| 06-Oct-12 | RCJ | 0029 | Email correspondence with Akin Gump and Capstone teams regarding draft mediation submission. | 0.3 |
| 07-Oct-12 | RCJ | 0029 | Review draft mediation submission. | 0.9 |
| 08-Oct-12 | RSK | 0029 | Review of further revised UCC draft mediation submission and related emails. | 0.6 |
| 08-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors regarding preparation of mediation submission. | 0.2 |
| 08-Oct-12 | MJW | 0029 | Review and analyze Canadian claims analysis, and related allocation mediation issues. | 0.8 |
| 09-Oct-12 | MMP | 0012 | Analysis regarding Canadian pension claims regarding Ontario government pension support to Nortel retirees. | 0.4 |
| 09-Oct-12 | MMP | 0029 | Telephone and email advice to R. Jacobs and M. Wunder regarding UCC mediation submissions. | 0.2 |
| 09-Oct-12 | MMP | 0029 | Reviewed draft UCC mediation submission and provide comments. | 0.3 |
| 09-Oct-12 | RSK | 0029 | Participated in UCC advisor call to discuss allocation issues and submissions. | 1.7 |
| 09-Oct-12 | RSK | 0029 | Email exchanges with UCC advisors regarding draft mediation analysis and submissions. | 0.6 |
| 09-Oct-12 | RSK | 0029 | Review of allocation recovery analysis. | 0.3 |
| 09-Oct-12 | MJW | 0029 | Attend on UCC advisor conference call to discuss allocation | 1.7 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 5 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | mediation issues. | |
| 09-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation issues and analysis, including review of updating report from Capstone. | 0.4 |
| 09-Oct-12 | RCJ | 0029 | Participate in strategy call with UCC advisors regarding mediation submission. | 1.2 |
| 09-Oct-12 | RCJ | 0029 | Review and comment on draft UCC mediation submission. | 1.3 |
| 09-Oct-12 | JOD | 0012 | Discussion with N. Levine and T. Banks regarding Canadian claims issues. | 0.2 |
| 09-Oct-12 | NEL | 0007 | Prepare for Nortel UCC advisor call and review material. | 0.5 |
| 09-Oct-12 | NEL | 0007 | Participate in Nortel UCC advisor call. | 1.7 |
| 09-Oct-12 | NEL | 0007 | Meet with Jane Dietrich to discuss research issues regarding Canadian claims. | 0.2 |
| 09-Oct-12 | NEL | 0031 | Telephone call with Akin Gump regarding Nortel case update and Canadian case issues. | 0.8 |
| 10-Oct-12 | RSK | 0029 | Participated in call between Committee and bondholder advisors regarding draft Mediation Submission and sensitivity analysis. | 1.1 |
| 10-Oct-12 | MJW | 0029 | Review revised draft allocation mediations material and related analysis, and provide comments. | 0.4 |
| 10-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation submissions and analysis. | 0.2 |
| 10-Oct-12 | MJW | 0029 | Prepare for and attend on conference call with UCC advisors and bond advisors to discuss allocation mediation issues. | 1.4 |
| 10-Oct-12 | MJW | 0029 | Review summaries of allocation mediation issues. | 0.3 |
| 10-Oct-12 | TMB | 0012 | Analyzing Canadian CCAA claims issues. | 1.0 |
| 10-Oct-12 | NEL | 0029 | Review material to prepare for UCC meeting. | 0.2 |
| 10-Oct-12 | NEL | 0029 | Review allocation analysis and assess allocation issues. | 0.4 |
| 11-Oct-12 | RSK | 0012 | Review of emails regarding claims amounts. | 0.5 |
| 11-Oct-12 | MJW | 0003 | Prepare August, 2012 fee application. | 1.6 |
| 11-Oct-12 | MJW | 0029 | Review allocation analysis and related Canadian issues to prepare for Committee meeting. | 0.6 |
| 11-Oct-12 | RCJ | 0029 | Analysis of mediation position issues. | 1.3 |
| 11-Oct-12 | RCJ | 0012 | Analysis of NNI claim issues. | 1.2 |
| 11-Oct-12 | TMB | 0031 | Review of CCAA issues regarding claims. | 0.4 |
| 11-Oct-12 | RP | 0012 | Research issues regarding claims and CCAA voting. | 1.8 |
| 11-Oct-12 | NEL | 0012 | Research CCAA plan issues and discuss same with R. Jacobs and review related research from T. Banks. | 0.6 |
| 11-Oct-12 | NEL | 0007 | Review material and prepare for Committee call. | 0.4 |
| 12-Oct-12 | RSK | 0007 | Participate on Committee call. | 1.4 |
| 12-Oct-12 | RSK | 0012 | Email exchange with UCC advisors regarding claims calculation | 0.2 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2945703
Page 6 of 13
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | issues. | |
| 12-Oct-12 | RSK | 0029 | Review of revised allocation analysis. | 0.2 |
| 12-Oct-12 | MJW | 0003 | Prepare September, 2012 fee account. | 1.4 |
| 12-Oct-12 | MJW | 0007 | Attend Committee meeting by phone. | 1.5 |
| 12-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation issues and analysis, and related claims issues. | 0.4 |
| 12-Oct-12 | RCJ | 0012 | Email correspondence with Akin Gump team regarding post claims calculation issues. | 0.3 |
| 12-Oct-12 | RCJ | 0007 | Participate in Committee call. | 0.7 |
| 12-Oct-12 | NEL | 0031 | Conference with Akin Gump regarding Canadian claims issues. | 0.3 |
| 12-Oct-12 | NEL | 0012 | Review and analyze claims information and analysis. | 0.1 |
| 12-Oct-12 | NEL | 0007 | Participate in Committee call. | 1.5 |
| 15-Oct-12 | RSK | 0029 | Review of revised UCC mediation submission. | 0.4 |
| 15-Oct-12 | RCJ | 0029 | Review and comment on latest draft of UCC mediation submission. | 0.5 |
| 15-Oct-12 | RCJ | 0012 | Analysis of claim issues. | 1.3 |
| 15-Oct-12 | JOD | 0031 | Discussion with R. Punjani and N. Levine regarding research related to Canadian claims analysis. | 0.2 |
| 15-Oct-12 | TMB | 0031 | Reviewing and commenting on memorandum regarding Canadian claims issues. | 0.4 |
| 15-Oct-12 | RP | 0031 | Meet with J. Dietrich and N. Levine to discuss CCAA claims issues, and continue research including review of case law and commentary, and prepare summary. | 3.9 |
| 15-Oct-12 | NEL | 0007 | Prepare for Committee meeting. | 0.2 |
| 15-Oct-12 | NEL | 0002 | Review Nortel public filings and meet with J. Dietrich and R. Punjani regarding claims. | 0.7 |
| 16-Oct-12 | RSK | 0007 | Attend Committee meeting via telephone with representatives of NNI regarding mediation submission and allocation issues (part meeting). | 3.4 |
| 16-Oct-12 | RSK | 0029 | Review of NNI allocation analysis. | 0.3 |
| 16-Oct-12 | RSK | 0012 | Review of summary of claims calculation issues. | 0.3 |
| 16-Oct-12 | MJW | 0007 | Review revised draft mediation allocation material to prepare for Committee meeting. | 0.3 |
| 16-Oct-12 | MJW | 0012 | Confer with N. Levine and R. Jacobs regarding Canadian estate claims issues and review research results regarding same. | 0.3 |
| 16-Oct-12 | MJW | 0007 | Attend UCC in person meeting (by phone) with NNI and its advisors in attendance for part meeting to discuss allocation issues. | 4.8 |
| 16-Oct-12 | RCJ | 0029 | Review and comment on latest draft of mediation submission. | 0.9 |
| 16-Oct-12 | RCJ | 0007 | Participate in portion of UCC meeting regarding mediation submission (part meeting). | 1.8 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 7 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| 16-Oct-12 | NEL | 0012 | Conference with Ryan Jacobs regarding Canadian claims issues. | 0.1 |
| 16-Oct-12 | NEL | 0007 | Participate in Committee meeting. | 4.8 |
| 16-Oct-12 | NEL | 0012 | Research Canadian claims issues. | 0.4 |
| 17-Oct-12 | MMP | 0029 | Telephone discussion with Akin Gump regarding allocation submissions. | 0.4 |
| 17-Oct-12 | MMP | 0029 | Research regarding Canadian pension issues relating to allocation submissions. | 0.2 |
| 17-Oct-12 | RSK | 0029 | Review of revised draft of mediation submission for further discussion with Committee. | 0.5 |
| 17-Oct-12 | RSK | 0029 | Office conference with M. Wunder and exchanged emails with UCC advisors regarding revisions to mediation submission. | 0.8 |
| 17-Oct-12 | RSK | 0007 | Participated in Committee call regarding allocation mediation issues. | 0.5 |
| 17-Oct-12 | RSK | 0029 | Review of revised draft allocation submissions. | 0.9 |
| 17-Oct-12 | RSK | 0029 | Review of update emails from Capstone regarding allocation issues including bondholder claims. | 0.3 |
| 17-Oct-12 | RSK | 0029 | Review of comments from bondholders regarding mediation material. | 0.4 |
| 17-Oct-12 | MJW | 0029 | Review and provide comments on draft allocation mediation material including multiple emails and calls with Akin Gump to discuss. | 1.2 |
| 17-Oct-12 | MJW | 0007 | Attend on Committee call. | 0.4 |
| 17-Oct-12 | MJW | 0029 | Review material from counsel for bondholder group regarding allocation issues. | 0.4 |
| 17-Oct-12 | RCJ | 0007 | Participate in Committee call regarding allocation. | 0.3 |
| 17-Oct-12 | RCJ | 0029 | Review and comment on draft mediation submission. | 1.3 |
| 17-Oct-12 | NEL | 0007 | Participate in Committee call. | 0.4 |
| 18-Oct-12 | MMP | 0029 | Review and comment on draft mediation submissions. | 0.4 |
| 18-Oct-12 | RSK | 0029 | Further internal discussions and emails regarding mediation submission relating to Canadian pension claims. | 0.4 |
| 18-Oct-12 | RSK | 0029 | Participated in UCC advisor call regarding mediation submission. | 0.8 |
| 18-Oct-12 | RSK | 0029 | Review of emails regarding allocation issues and bondholder positions. | 0.2 |
| 18-Oct-12 | RSK | 0029 | Review of draft mediation submission and commentary from UCC advisors. | 0.6 |
| 18-Oct-12 | RSK | 0029 | Review of additional analysis from Capstone regarding allocation recovery analysis. | 0.4 |
| 18-Oct-12 | MJW | 0029 | Email correspondence with Akin Gump regarding allocation mediation submissions, and review Canadian issues summary. | 0.4 |
| 18-Oct-12 | MJW | 0029 | Attend on UCC advisor conference call to discuss allocation | 0.8 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 8 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | mediation submissions. | |
| 18-Oct-12 | MJW | 0029 | Review revised draft mediation submissions. | 0.2 |
| 18-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors and Committee regarding allocation issues and process. | 0.2 |
| 18-Oct-12 | MJW | 0031 | Call to Goodmans to discuss Canadian proceeding and CCAA stay extension. | 0.2 |
| 18-Oct-12 | NEL | 0029 | E-mail exchanges regarding mediation submissions and analysis. | 0.4 |
| 19-Oct-12 | RSK | 0029 | Review of emails from Capstone and Akin regarding discussions with bondholders regarding mediation and submissions. | 0.3 |
| 19-Oct-12 | RSK | 0029 | Review of UCC mediation submission and exchange of emails with Randy Bennett et al. | 0.4 |
| 19-Oct-12 | RSK | 0012 | Review of update claim information from Ernst & Young. | 0.2 |
| 19-Oct-12 | MJW | 0029 | Email correspondence with UCC advisors regarding allocation mediation analysis and submissions. | 0.4 |
| 19-Oct-12 | MJW | 0029 | Review revised allocation submissions. | 0.2 |
| 19-Oct-12 | MJW | 0003 | Complete August, 2012 fee application. | 0.6 |
| 19-Oct-12 | MJW | 0003 | Complete September, 2012 fee account. | 0.6 |
| 19-Oct-12 | RCJ | 0029 | Review UCC mediation statement. | 0.7 |
| 22-Oct-12 | RSK | 0029 | Review of summary of mediation discussions. | 0.2 |
| 22-Oct-12 | RSK | 0029 | Discussion with NNI Canadian counsel regarding status of mediation and NNI submission. | 0.2 |
| 22-Oct-12 | RSK | 0029 | Review case law regarding allocation issues. | 0.3 |
| 22-Oct-12 | MJW | 0029 | Review email correspondence from UCC advisors regarding allocation mediation process and submissions. | 0.2 |
| 22-Oct-12 | RCJ | 0029 | Review email correspondence from Akin Gump and Capstone teams regarding mediation. | 0.2 |
| 23-Oct-12 | RSK | 0031 | Review of Nortel Motion Record regarding stay extension, employee hardship process and retention plan. | 0.6 |
| 23-Oct-12 | MJW | 0031 | Review Canadian motion record for CCAA extension and other relief. | 0.6 |
| 23-Oct-12 | MJW | 0031 | Call with Capstone to discuss Canadian employee 2013 retention program and stay extension. | 0.3 |
| 24-Oct-12 | RSK | 0029 | Review of Capstone analysis regarding allocation recoveries. | 0.4 |
| 24-Oct-12 | RSK | 0007 | Participate in UCC advisor status call. | 1.0 |
| 24-Oct-12 | MJW | 0029 | Review allocation material and analysis and Capstone summary. | 0.4 |
| 24-Oct-12 | MJW | 0007 | Attend on UCC advisor call to prepare for Committee meeting. | 1.0 |
| 24-Oct-12 | MJW | 0031 | Review Monitor's motion record regarding Canadian employees claims , and Monitor's report regarding motion and | 0.9 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 9 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|------|-----|------|---------------------|-------|
| | | | CCAA stay extension, and forward report to UCC advisors. | |
| 24-Oct-12 | NEL | 0007 | Participate in UCC advisor call to prepare for Committee meeting. | 1.0 |
| 25-Oct-12 | RSK | 0007 | Participated in Committee call. | 0.8 |
| 25-Oct-12 | RSK | 0031 | Review of Monitor's 89th report and Canadian motion record regarding employee compensation claims. | 0.8 |
| 25-Oct-12 | RSK | 0029 | Review of draft mediation submission and exchanged emails with M. Picard regarding Canadian pension issues. | 0.9 |
| 25-Oct-12 | RSK | 0029 | Review of emails from Akin and Capstone regarding allocation analysis. | 0.3 |
| 25-Oct-12 | MJW | 0031 | Calls to Canadian counsel for NNI and bond group to discuss CCAA stay extension hearing. | 0.2 |
| 25-Oct-12 | MJW | 0031 | Call with Capstone to discuss Canadian motions including 2013 employee retention plan. | 0.2 |
| 25-Oct-12 | MJW | 0031 | Further review of Monitor's report and prepare report for Committee meeting regarding Canadian motions, and review draft court orders. | 0.6 |
| 25-Oct-12 | MJW | 0007 | Attend on Committee call. | 0.8 |
| 25-Oct-12 | MJW | 0029 | Review and analyze draft allocation mediation material, and email correspondence with UCC advisors. | 0.6 |
| 26-Oct-12 | RSK | 0029 | Review of Akin and Capstone emails regarding allocation analysis. | 0.3 |
| 26-Oct-12 | RSK | 0029 | Further analysis of allocation and claims issues. | 0.6 |
| 26-Oct-12 | MJW | 0029 | Conference call with UCC and bond advisors regarding allocation issues. | 0.9 |
| 26-Oct-12 | NEL | 0002 | Review e-mails regarding allocation mediation issues. | 0.1 |
| 29-Oct-12 | MMP | 0029 | Email correspondence to FMC team regarding allocation and claims analysis. | 0.3 |
| 29-Oct-12 | MMP | 0012 | Review allocation material and analyze Canadian pension claim issues. | 0.7 |
| 29-Oct-12 | RSK | 0029 | Review of mediator website and analyze allocation issues. | 0.3 |
| 29-Oct-12 | RSK | 0031 | Review CCAA stay extension motion record and office conference with M. Wunder regarding court hearing. | 0.5 |
| 29-Oct-12 | RSK | 0029 | Review of email from M. Picard regarding allocation claims and analysis. | 0.3 |
| 30-Oct-12 | RSK | 0008 | Attend Canadian court hearing regarding CCAA stay extension and related relief. | 1.9 |
| 30-Oct-12 | MJW | 0031 | Prepare for Canadian court hearing for CCAA stay extension and other relief. | 0.3 |
| 30-Oct-12 | MJW | 0008 | Attend to Nortel court hearing in Toronto. | 1.9 |
| 30-Oct-12 | MJW | 0031 | Review issued Canadian court orders and endorsements. | 0.2 |
| 30-Oct-12 | MJW | 0031 | Report to UCC advisors regarding Canadian court hearing and | 0.3 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 10 of 13  
Matter # 538462-000001

| Date | ID | Task | Description of Work | Hours |
|---|---|---|---|---|
| | | | court orders. | |
| 31-Oct-12 | RSK | 0029 | Review of email correspondence from Akin and Capstone regarding allocation issue update for the UCC. | 0.3 |
| | | | Total | 129.4 |

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.4 | $580.00 | $2,552.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 2.9 | $800.00 | $2,320.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.4 | $785.00 | $36,424.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 18.1 | $500.00 | $9,050.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 5.7 | $400.00 | $2,280.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.4 | $850.00 | $ 340.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 16.5 | $725.00 | $11,962.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 33.2 | $875.00 | $29,050.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 1.8 | $675.00 | $1,215.00 |
| TOTAL | | | | 129.4 | CDN. | $95,193.50 |

**TOTAL PROFESSIONAL FEES** $ 95,193.50

**NON-TAXABLE DISBURSEMENTS**
   Binding Books / Documents     $ 17.20  
   Accommodations     900.00  
   Long Distance Telephone Calls     45.45  
   Meals & Beverages     111.90  
   Photocopy & Printing Charges     358.00  
   Transportation Costs     135.06  
**TOTAL NON-TAXABLE DISBURSEMENTS**     $ 1,567.61

**TOTAL DISBURSEMENTS**     1,567.61

**TOTAL AMOUNT DUE**     $ 96,761.11 CDN.

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 11 of 13  
Matter # 538462-000001

**TIME SUMMARY BY TASK CODE:**

| Code | Task Description | Hours | Fees |
|---|---|---|---|
| 0002 | General Case Administration | 0.8 | 400.00 |
| 0003 | FMC Fee Application/Monthly Billing Reports | 5.9 | 4,631.50 |
| 0007 | Creditors Committee Meetings | 34.4 | 24,650.50 |
| 0008 | Court Hearings | 8.0 | 5,754.00 |
| 0012 | General Claims Analysis/Claims Objections | 14.6 | 9,189.00 |
| 0014 | CCAA Order/Court-Ordered Charges/Canadian Analysis | 0.2 | 145.00 |
| 0023 | Telecommunications/Regulatory | 0.4 | 340.00 |
| 0029 | Intercompany Analysis | 42.5 | 34,064.50 |
| 0031 | Canadian Proceedings/Matters | 22.6 | 16,019.00 |
|  | **TOTAL** | **129.4** | **$95,193.50** |

MONTRÉAL   OTTAWA   TORONTO   EDMONTON   CALGARY   VANCOUVER         fmc-law.com

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

INVOICE 2945703
Page 12 of 13
Matter # 538462-000001

**DISBURSEMENTS DETAIL:**

| Date | Description | Qty | Amt |
|---|---|---|---|
| 01-Oct-12 | Laser Copy;NELSON M | 290.00 | 29.00 |
| 01-Oct-12 | Laser Printing | 54.00 | 5.40 |
| 02-Oct-12 | Laser Printing | 384.00 | 38.40 |
| 02-Oct-12 | Tabs / Cerlox | 1.00 | 3.60 |
| 02-Oct-12 | Laser Copy;Erandio, N. | 115.00 | 11.50 |
| 03-Oct-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 03-Oct-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 03-Oct-12 | Hotel room at Le Parker Meridien in New York for July 12/12 UCC meeting for S. Kukulowicz on July 11-12/12; 2012-7-11 | 1.00 | 450.00 |
| 03-Oct-12 | Hotel room at Le Parker Meridien in New York for UCC in person meeting for S. Kukulowicz on Sept. 11/12 ; 2012-9-11 | 1.00 | 450.00 |
| 04-Oct-12 | Laser Copy;NELSON M | 79.00 | 7.90 |
| 05-Oct-12 | Laser Copy;KenneyJ | 192.00 | 19.20 |
| 05-Oct-12 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 09-Oct-12 | Laser Copy;KARTASHM | 44.00 | 4.40 |
| 09-Oct-12 | Working lunch for FMC Nortel Team - Maxim /M Wunder- Oct 2/12/inv. 209399 | 1.00 | 40.40 |
| 09-Oct-12 | Laser Copy;NELSON M | 273.00 | 27.30 |
| 09-Oct-12 | Laser Copy;DamaniA | 129.00 | 12.90 |
| 09-Oct-12 | Taxi Charge September 11, 2012 for S. Kukulowicz from home to Toronto Airport for Nortel meeting in New York; 2012-9-11 | 1.00 | 59.77 |
| 09-Oct-12 | Taxi Charge on Sepetmber 12, 2012 for Shayne Kukulowicz from Toronto Airport to home regarding Nortel meeting in New York; 2012-9-12 | 1.00 | 75.29 |
| 10-Oct-12 | Laser Printing | 89.00 | 8.90 |
| 11-Oct-12 | Laser Copy;NELSON M | 74.00 | 7.40 |
| 11-Oct-12 | Laser Copy;LEVINE, N | 10.00 | 1.00 |
| 12-Oct-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 12-Oct-12 | Laser Copy;LEVINE, N | 22.00 | 2.20 |
| 15-Oct-12 | Laser Printing | 184.00 | 18.40 |
| 15-Oct-12 | Laser Copy;LEVINE, N | 14.00 | 1.40 |
| 16-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 16-Oct-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 16-Oct-12 | Laser Copy;LEVINE, N | 50.00 | 5.00 |
| 17-Oct-12 | Laser Copy;KUKULOWI | 47.00 | 4.70 |

FRASER MILNER CASGRAIN LLP  
The Official Committee of Unsecured Creditors  
Re: Nortel Networks Inc., et al.

INVOICE 2945703  
Page 13 of 13  
Matter # 538462-000001

| Date | Description | Qty | Amt |
|---|---|---|---|
| 17-Oct-12 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 17-Oct-12 | Laser Copy;LEVINE, N | 22.00 | 2.20 |
| 17-Oct-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 17-Oct-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 18-Oct-12 | Laser Copy;KUKULOWI | 44.00 | 4.40 |
| 18-Oct-12 | Working lunch for FMC Nortel Team - Maxim /M Wunder- Oct 16/12/Inv. 209565 | 1.00 | 71.50 |
| 18-Oct-12 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 18-Oct-12 | Laser Copy;LEVINE, N | 21.00 | 2.10 |
| 19-Oct-12 | Laser Copy;KUKULOWI | 53.00 | 5.30 |
| 19-Oct-12 | Laser Printing | 138.00 | 13.80 |
| 22-Oct-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 22-Oct-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 23-Oct-12 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 23-Oct-12 | Rogers Wireless - Nortel - Cellphone used by Shayne Kukulowicz - Invoice date September 18, 2012; 2012-9-18 | 1.00 | 43.41 |
| 23-Oct-12 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 23-Oct-12 | Laser Copy;Erandio, N. | 62.00 | 6.20 |
| 23-Oct-12 | Laser Copy;NELSON M | 57.00 | 5.70 |
| 23-Oct-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 24-Oct-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 24-Oct-12 | Laser Copy;MCDONALA | 208.00 | 20.80 |
| 24-Oct-12 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 25-Oct-12 | Laser Copy;NELSON M | 42.00 | 4.20 |
| 25-Oct-12 | Laser Copy;DamaniA | 210.00 | 21.00 |
| 25-Oct-12 | Photocopy;DamaniA | 6.00 | 0.60 |
| 25-Oct-12 | Laser Copy;KARTASHM | 2.00 | 0.20 |
| 25-Oct-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 25-Oct-12 | Cerlox / Tabs | 1.00 | 9.80 |
| 25-Oct-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 26-Oct-12 | Laser Copy;jacobsr | 28.00 | 2.80 |
| 26-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 29-Oct-12 | Laser Copy;jacobsr | 30.00 | 3.00 |
| 29-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 30-Oct-12 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 30-Oct-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 31-Oct-12 | Laser Copy;jacobsr | 56.00 | 5.60 |
| | **TOTAL NON-TAXABLE DISBURSEMENTS** | | **$ 1,567.61** |

MONTREAL    OTTAWA    TORONTO    EDMONTON    CALGARY    VANCOUVER    fmc-law.com