**EXHIBIT C**

## DISBURSEMENT SUMMARY
## OCTOBER 1 TO OCTOBER 31, 2012
### (All Amounts in Canadian Dollars)

| | |
|---|---|
| **Non-Taxable Disbursements** | |
| Binding Books / Documents | $ 17.20 |
| Accommodations | $ 900.00 |
| Long Distance Telephone Calls | $ 45.45 |
| Meals & Beverages | $ 111.90 |
| Photocopy & Printing Charges | $ 358.00 |
| Transportation Costs | $ 135.06 |
| Total Non-Taxable Disbursements | **$1,567.61 CDN.** |