**EXHIBIT D**

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

## DISBURSEMENTS DETAIL:

| Date | Description | Qty | Amt |
|------|-------------|-----|-----|
| 01-Oct-12 | Laser Copy;NELSON M | 290.00 | 29.00 |
| 01-Oct-12 | Laser Printing | 54.00 | 5.40 |
| 02-Oct-12 | Laser Printing | 384.00 | 38.40 |
| 02-Oct-12 | Tabs / Cerlox | 1.00 | 3.60 |
| 02-Oct-12 | Laser Copy;Erandio, N. | 115.00 | 11.50 |
| 03-Oct-12 | Laser Copy;NELSON M | 28.00 | 2.80 |
| 03-Oct-12 | Telephone;12128728040;New YorkNY;4715 | 1.00 | 0.51 |
| 03-Oct-12 | Hotel room at Le Parker Meridien in New York for July 12/12 UCC meeting for S. Kukulowicz on July 11-12/12; 2012-7-11 | 1.00 | 450.00 |
| 03-Oct-12 | Hotel room at Le Parker Meridien in New York for UCC in person meeting for S. Kukulowicz on Sept. 11/12 ; 2012-9-11 | 1.00 | 450.00 |
| 04-Oct-12 | Laser Copy;NELSON M | 79.00 | 7.90 |
| 05-Oct-12 | Laser Copy;KenneyJ | 192.00 | 19.20 |
| 05-Oct-12 | Laser Copy;NELSON M | 71.00 | 7.10 |
| 09-Oct-12 | Laser Copy;KARTASHM | 44.00 | 4.40 |
| 09-Oct-12 | Working lunch for FMC Nortel Team - Maxim /M Wunder- Oct 2/12/inv. 209399 | 1.00 | 40.40 |
| 09-Oct-12 | Laser Copy;NELSON M | 273.00 | 27.30 |
| 09-Oct-12 | Laser Copy;DamaniA | 129.00 | 12.90 |
| 09-Oct-12 | Taxi Charge September 11, 2012 for S. Kukulowicz from home to Toronto Airport for Nortel meeting in New York; 2012-9-11 | 1.00 | 59.77 |
| 09-Oct-12 | Taxi Charge on Sepetmber 12, 2012 for Shayne Kukulowicz from Toronto Airport to home regarding Nortel meeting in New York; 2012-9-12 | 1.00 | 75.29 |
| 10-Oct-12 | Laser Printing | 89.00 | 8.90 |
| 11-Oct-12 | Laser Copy;NELSON M | 74.00 | 7.40 |
| 11-Oct-12 | Laser Copy;LEVINE, N | 10.00 | 1.00 |
| 12-Oct-12 | Laser Copy;NELSON M | 36.00 | 3.60 |
| 12-Oct-12 | Laser Copy;LEVINE, N | 22.00 | 2.20 |
| 15-Oct-12 | Laser Printing | 184.00 | 18.40 |
| 15-Oct-12 | Laser Copy;LEVINE, N | 14.00 | 1.40 |
| 16-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 16-Oct-12 | Laser Copy;NELSON M | 21.00 | 2.10 |
| 16-Oct-12 | Laser Copy;LEVINE, N | 50.00 | 5.00 |
| 17-Oct-12 | Laser Copy;KUKULOWI | 47.00 | 4.70 |

FRASER MILNER CASGRAIN LLP
The Official Committee of Unsecured Creditors
Re: Nortel Networks Inc., et al.

| Date | Description | Qty | Amt |
|------|-----------|-----|-----|
| 17-Oct-12 | Laser Copy;NELSON M | 77.00 | 7.70 |
| 17-Oct-12 | Laser Copy;LEVINE, N | 22.00 | 2.20 |
| 17-Oct-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 0.51 |
| 17-Oct-12 | Telephone;12128728121;New YorkNY;4715 | 1.00 | 1.02 |
| 18-Oct-12 | Laser Copy;KUKULOWI | 44.00 | 4.40 |
| 18-Oct-12 | Working lunch for FMC Nortel Team - Maxim /M Wunder- Oct 16/12/Inv. 209565 | 1.00 | 71.50 |
| 18-Oct-12 | Laser Copy;NELSON M | 121.00 | 12.10 |
| 18-Oct-12 | Laser Copy;LEVINE, N | 21.00 | 2.10 |
| 19-Oct-12 | Laser Copy;KUKULOWI | 53.00 | 5.30 |
| 19-Oct-12 | Laser Printing | 138.00 | 13.80 |
| 22-Oct-12 | Laser Copy;NELSON M | 4.00 | 0.40 |
| 22-Oct-12 | Laser Copy;KUKULOWI | 8.00 | 0.80 |
| 23-Oct-12 | Tabs / Cerlox / Clear Cover | 1.00 | 3.80 |
| 23-Oct-12 | Rogers Wireless - Nortel - Cellphone used by Shayne Kukulowicz - Invoice date September 18, 2012; 2012-9-18 | 1.00 | 43.41 |
| 23-Oct-12 | Laser Copy;jacobsr | 12.00 | 1.20 |
| 23-Oct-12 | Laser Copy;Erandio, N. | 62.00 | 6.20 |
| 23-Oct-12 | Laser Copy;NELSON M | 57.00 | 5.70 |
| 23-Oct-12 | Laser Copy;KUKULOWI | 39.00 | 3.90 |
| 24-Oct-12 | Laser Copy;NELSON M | 14.00 | 1.40 |
| 24-Oct-12 | Laser Copy;MCDONALA | 208.00 | 20.80 |
| 24-Oct-12 | Laser Copy;jacobsr | 49.00 | 4.90 |
| 25-Oct-12 | Laser Copy;NELSON M | 42.00 | 4.20 |
| 25-Oct-12 | Laser Copy;DamaniA | 210.00 | 21.00 |
| 25-Oct-12 | Photocopy;DamaniA | 6.00 | 0.60 |
| 25-Oct-12 | Laser Copy;KARTASHM | 2.00 | 0.20 |
| 25-Oct-12 | Laser Copy;KUKULOWI | 18.00 | 1.80 |
| 25-Oct-12 | Cerlox / Tabs | 1.00 | 9.80 |
| 25-Oct-12 | Laser Copy;jacobsr | 8.00 | 0.80 |
| 26-Oct-12 | Laser Copy;jacobsr | 28.00 | 2.80 |
| 26-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 29-Oct-12 | Laser Copy;jacobsr | 30.00 | 3.00 |
| 29-Oct-12 | Laser Copy;NELSON M | 3.00 | 0.30 |
| 30-Oct-12 | Laser Copy;NELSON M | 34.00 | 3.40 |
| 30-Oct-12 | Laser Copy;KUKULOWI | 2.00 | 0.20 |
| 31-Oct-12 | Laser Copy;jacobsr | 56.00 | 5.60 |

**TOTAL NON-TAXABLE DISBURSEMENTS**                                      $ 1,567.61