**EXHIBIT E**

11957585_3|TorDocs

## SUMMARY OF LAWYERS AND PARALEGALS
## RENDERING SERVICES DURING THE PERIOD
## OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012
### (All Amounts in Canadian Dollars)

| Name | Title | Department | Province of Bar Admission/Year | Hours | Rate | Billed Value |
|---|---|---|---|---|---|---|
| Jane Dietrich | Partner | Financial Restructuring | Ontario - 2004 | 4.4 | $580.00 | $ 2,552.00 |
| Mary Picard | Partner | Pensions/Benefits | Ontario - 1985 | 2.9 | $800.00 | $ 2,320.00 |
| Michael Wunder | Partner | Financial Restructuring | Ontario - 1990 | 46.4 | $785.00 | $ 36,424.00 |
| Natalie Levine | Consultant | Financial Restructuring | | 18.1 | $500.00 | $ 9,050.00 |
| Rahim Punjani | Associate | Research | Ontario - 2008 | 5.7 | $400.00 | $ 2,280.00 |
| Ralph Shay | Partner | Commercial | Ontario - 1979 | 0.4 | $850.00 | $ 340.00 |
| Ryan Jacobs | Partner | Financial Restructuring | Ontario - 2011 | 16.5 | $725.00 | $ 11,962.50 |
| Shayne Kukulowicz | Partner | Financial Restructuring | Ontario - 1990 | 33.2 | $875.00 | $ 29,050.00 |
| Timothy Banks | Partner | Research | Ontario - 2002 | 1.8 | $675.00 | $ 1,215.00 |
| | | | | | | |
| TOTAL | | | | 129.4 | CDN. | $ 95,193.50 |