IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Nortel Networks Inc. et al.,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 18, 2012 at 10:00 a.m.** |

## NOTICE OF FIFTEENTH INTERIM FEE APPLICATION REQUEST

Name of Applicant:                          Fraser Milner Casgrain LLP

Authorized to Provide
Professional Services to:                    Official Committee of Unsecured Creditors

Date of Retention:                        March 5, 2009, *Nunc Pro Tunc* to January 26, 2009

Period for which compensation
and reimbursement is sought:            August 1, 2012 through October 31, 2012[2]

Amount of Compensation sought as
actual, reasonable and necessary:        CDN. $306,572.25 Equivalent to USD $307,648.32[3]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:     CDN. $4,436.41 Equivalent to USD $4,451.98[3]

This is (a)n: __X__ interim        ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' tax identification number, are: Nortel Networks Inc. (6332); Nortel Networks Capital Corporation (9620); Nortel Altsystems Inc. (9769); Nortel Altsystems International Inc. (5596); Xros, Inc. (4181); Sonoma Systems (2073); Qtera Corporation (0251); Coretek, Inc. (5722); Nortel Networks Applications Management Solutions, Inc. (2846); Nortel Networks Optical Components, Inc. (3545); Nortel Networks HPOCS Inc. (3546); Architel Systems (U.S.) Corporation (3826); Nortel Networks International Inc. (0358); Northern Telecom International Inc. (6286); Nortel Networks Cable Solutions Inc. (0567); and Nortel Networks (CALA) Inc. (4226).

[2] Fraser Milner Casgrain LLP's August, 2012, September, 2012 and October, 2012 monthly fee applications are incorporated herein by reference.

[3] Reuters Exchange Rate on November 21, 2012 is CDN. $1.00 : U.S. $1.00351

11960232_1|TorDocs

Summary of Fee Applications for Compensation Period:

| | | Requested | | Approved | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| **Date Filed Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees (80%)** | **Expenses (100%)** | **Fees (20%)** |
| Date Filed: 11/12/12 Docket No. 8921 | 8/1/12 - 8/31/12 | $137,717.00 | $1,383.61 | $110,173.60 Pending Obj. Deadline December 3, 2012 | $1,383.61 Pending Obj. Deadline December 3, 2012 | $27,543.40 |
| Date Filed: 11/21/12 Docket No. 8974 | 9/1/12 - 9/30/12 | $73,661.75 | $1,485.19 | $58,929.40 Pending Obj. Deadline December 10, 2012 | $1,485.19 Pending Obj. Deadline December 10, 2012 | $14,732.35 |
| Date Filed: 11/21/12 Docket No. 8997 | 10/1/12 - 10/31/12 | $95,193.50 | $1,567.61 | $76,154.80 Pending Obj. Deadline December 11, 2012 | $1,567.61 Pending Obj. Deadline December 11, 2012 | $19,038.70 |
| **TOTALS:** | All amounts in CDN.$ | $306,572.25 | $4,436.41 | $245,257.80[4] | $4,436.41[5] | $61,314.45 |

Summary of any Objections to Fee Applications: None.

Dated: November 21, 2012
      Toronto, Ontario

Michael J. Wunder
FRASER MILNER CASGRAIN, LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto, Ontario M5K 0A1
(416) 863-4511
Canadian Counsel to the Official Committee of
Unsecured Creditors Of Nortel Networks Inc., *et al.*

---

[4] The total amount reflected in this column includes amounts pending approval.

[5] The total amount reflected in this column includes amounts pending approval.

2

1-11960232_1|TorDocs