## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Cupingood, Dara J. | Paralegal | $ 200.00 | 5.70 | $ 1,140.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 18.00 | $ 3,600.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 49.90 | $ 11,227.50 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 91.00 | $ 20,475.00 |
| Braverman, Michael R. | Associate | $ 190.00 | 11.70 | $ 2,223.00 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 6.80 | $ 2,550.00 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 73.20 | $ 20,130.00 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 66.70 | $ 28,014.00 |
| Kittila, Theodore A. | Of Counsel | $ 310.00 | 1.20 | $ 372.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 11.50 | $ 5,290.00 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 1.50 | $ 847.50 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 46.60 | $ 12,116.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 113.00 | $ 68,930.00 |
| **Total:** | | | 496.80 | $ 176,915.00 |
| **Blended Rate:** | | $ 356.11 | | |