## EXHIBIT C

### SUMMARY OF EXPENSES FOR THE PERIOD
### SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

| **Expense Category** | **Total Expenses** |
|---|---|
| Dockets/Research | $ 22.58 |
| Copying | $ 253.00 |
| Delivery/Courier Service | $ 82.50 |
| Express Mail | $ 46.94 |
| Lodging | $ 971.91 |
| Outside Professional Services | $ 9,291.72 |
| Parking | $ 27.00 |
| Postage | $ 8.40 |
| Telephone | $ 1,248.06 |
| Railroad | $ 85.00 |
| TOTAL: | $ 12,037.11 |

WLM: 24697 v1

2