## EXHIBIT A

### SUMMARY OF PROFESSIONAL AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bugda, Lisa M. | Paralegal | $ 200.00 | 58.20 | $ 11,640.00 |
| Cupingood, Dara J. | Paralegal | $ 200.00 | 18.30 | $ 3,660.00 |
| Dallas, Heidi R. | Paralegal | $ 200.00 | 14.60 | $ 2,920.00 |
| Lyles, Aurelia | Paralegal | $ 225.00 | 129.50 | $ 29,137.50 |
| Snow, Theresa M. | Paralegal | $ 225.00 | 193.20 | $ 43,470.00 |
| Tighe, Alison K. | Paralegal | $ 200.00 | 0.70 | $ 140.00 |
| Braverman, Michael R. | Associate | $ 190.00 | 50.50 | $ 9,595.00 |
| McCarrie, James, J. | Associate | $ 200.00 | 28.80 | $ 5,760.00 |
| McStravick, Michelle E. | Associate | $ 180.00 | 21.70 | $ 3,906.00 |
| Stemerman, Jonathan M. | Associate | $ 375.00 | 9.10 | $ 3,412.50 |
| Curran, Margaret S. | Of Counsel | $ 275.00 | 97.70 | $ 26,867.50 |
| Kinsella, Shelley A. | Of Counsel | $ 420.00 | 158.10 | $ 66,402.00 |
| Kittila, Theodore A. | Of Counsel | $ 310.00 | 0.30 | $ 93.00 |
| Kohart, Mary E. | Of Counsel | $ 460.00 | 18.10 | $ 8,326.00 |
| Sutty, Eric M. | Of Counsel | $ 450.00 | 92.40 | $ 41,580.00 |
| Elias, Brian R. | Shareholder | $ 315.00 | 1.10 | $ 346.50 |
| Siedzikowski, Henry F. | Shareholder | $ 565.00 | 3.60 | $ 2,034.00 |
| Simon, Debbie H. | Shareholder | $ 260.00 | 104.20 | $ 27,092.00 |
| Zahralddin-Aravena, Rafael X. | Shareholder | $ 610.00 | 113.50 | $ 69,235.00 |
| **Total:** | | | **1113.60** | **$ 355,617.00** |

**Blended Rate:**    $ 319.34