## EXHIBIT C

## SUMMARY OF EXPENSES FOR THE PERIOD
## OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012

| Expense Category | Total Expenses |
|---|---|
| Dockets/Research | $ 360.39 |
| Copying | $ 2,797.10 |
| Delivery/Courier Service | $ 82.50 |
| Express Mail | $ 14.63 |
| Meals | $ 76.25 |
| Outside Professional Services | $ 15,103.00 |
| Railroad | $ 103.70 |
| TOTAL: | $ 18,537.57 |

WLM: 24701 v1