IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nortel Networks Inc., *et al.*,[1] | ) | Case No. 09-10138 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 8931, 8999, 9000** |
| | ) | **Objection Deadline: 12/13/2012 @ 4:00 p.m.** |
| | ) | **Hearing Date: 12/18/2012 at 10:00 a.m.** |

**FIFTH QUARTERLY FEE APPLICATION OF ELLIOTT
GREENLEAF, CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF LONG TERM DISABILITY PARTICIPANTS, FOR COMPENSATION AND
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222), Elliott Greenleaf ("EG"), hereby files this Fifth Quarterly Fee Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants (the "LTD Committee"), for Services Rendered and Reimbursement of

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Expenses for the Period of August 1, 2012 through October 31, 2012 (the "Quarterly Application"). In support of this Quarterly Application, EG respectfully represents as follows:

## INTRODUCTION

1. By this Application, EG seeks Quarterly allowance and approval of $717,406.03 (the "Quarterly Amount") for fees and expenses for the period of August 1, 2012 through October 31, 2012 (the "Quarterly Period"). The Quarterly Amount consists of (i) 100% of the compensation that EG earned during the Quarterly Period, in the amount of $ 686,526.00 and (ii) 100% of the expenses that EG incurred in the course of its representation as counsel to the LTD Committee during the Quarterly Period in the amount of $30,880.03.

2. As of the date of this Quarterly Application, the Debtors have not yet been authorized to pay EG $686,526.00 (100% of August, September and October) with respect to professional fees and expenses in the amount of $30,880.03 (100% of August, September and October).

## FACTUAL BACKGROUND

3. On January 14, 2009 (the "Petition Date"), the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate its business and manage its property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts,

and Deborah Jones. *See Amended Notice of Appointment of Unsecured Creditors* (Docket No. 6080).

6. On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected EG as counsel to the committee.

7. Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals who are participants in the long term disability plan of the Debtors.

### Monthly Applications Covered Herein

8. EG has filed and served monthly fee applications for the periods of (i) August 2012, (ii) September 2012 and (iii) October 2012. The following table summarizes the monthly fee applications that EG filed with respect to the Fifth Quarterly Period.

| Fee Application Covered Dates, Doc. No., Date Filed | Total Fee Request | Total Expense Request | Total Amount of Fees Approved to Date (80%) | Total Amount of Expenses Approved to Date (100%) |
|---|---|---|---|---|
| 8/1/12-8/31/12 Doc. No. 8931 11/13/2012 | $ 153,994.00 | $ 305.35 | | |
| 9/1/12-9/30/12 Doc. No. 8999 11/23/2012 | $ 176,915.00 | $ 12,037.11 | | |
| 10/1/12-10/31/12 Doc. No. 9000 11/23/2012 | $ 355,617.00 | $ 18,537.57 | | |
| Totals: | $ 686,526.00 | $ 30,880.03 | | |

9. <u>The August 2012 Fee Application</u>. On November 13, 2012, EG filed and served its Thirteenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of August 1, 2012 through August 31, 2012 (the "Thirteenth Monthly Fee Application") (Docket No. 8931) requesting, *inter alia*, allowance of $153,994.00 in fees and reimbursement of $305.35 in

expenses. If no objections are filed, a Certificate of No Objection will be filed on December 5, 2012, regarding the Thirteenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $123,195.20 in fees and $305.35 in expenses for the Thirteenth Monthly Fee Application. Holdback Fees with respect to the Thirteenth Monthly Fee Application totals $30,798.80.

10. The September 2012 Fee Application. On November 23, 2012, EG filed and served its Fourteenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of September 1, 2012 through September 30, 2012 (the "Fourteenth Monthly Fee Application") (Docket No. 8999) requesting, *inter alia*, allowance of $176,915.00 in fees and reimbursement of $12,037.11 in expenses. If no objections are filed, a Certificate of No Objection will be filed on December 17, 2012, regarding the Fourteenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $141,532.00 in fees and $12,037.11 in expenses for the Fourteenth Monthly Fee Application. Holdback Fees with respect to the Fourteenth Monthly Fee Application total $35,383.00.

11. The October 2012 Fee Application. On November 23, 2012, EG filed and served its Fifteenth Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Long Term Disability Participants for the Period of October 1, 2012 through October 31, 2012 (the "Fifteenth Monthly Fee Application") (Docket No. 9000) requesting, *inter alia*, allowance of $355,617.00 in fees and reimbursement of $18,537.57 in expenses. If no objections are filed, a Certificate of No Objection will be filed on December 17, 2012, regarding the Fifteenth Monthly Fee Application. Pursuant to the Interim Compensation Order, EG will be permitted a payment of $284,493.60 in fees and $18.537/57 in expenses for

the Fifteenth Monthly Fee Application. Holdback Fees with respect to the Fifteenth Monthly Fee Application total $71,123.40.

12. The Monthly Fee Applications covered by this Fifth Quarterly Application contained detailed daily time logs describing the actual and necessary services provided by EG during the Quarterly Period as well as other detailed information required that was included in its monthly fee applications.

### Requested Relief

13. By this Fifth Quarterly Application, EG requests that the Court (i) approve the Quarterly Amount of one-hundred percent (100%) of the fees earned and expenses incurred by EG during the Fifth Quarterly Period and evidenced in the Monthly Fee Applications (ii) payment of the outstanding fees and expenses for the Quarterly period which consists of the twenty percent holdback and (iii) payment of full payment of fees and expenses for the Monthly Fee Applications.

14. At all relevant times, EG has been a disinterested person, as that term is defined at Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

15. EG has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases, except as disclosed herein in the Monthly fee applications. There is no agreement or understanding between EG and any other person for the sharing of compensation to be received for services rendered in these cases.

16. All services for which EG requests compensation were performed for or on behalf of the LTD Committee. The professional services and related expenses for which EG requests

quarterly allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of EG's professional responsibilities as co-counsel for the LTD Committee in the Debtors' Chapter 11 cases. EG's services have been reasonable, necessary and beneficial to the LTD Committee, the Debtors, their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated at Section 330 of the Bankruptcy Code, EG respectfully submits that the amount requested by EG as compensation for its services is fair and reasonable.

## VERIFICATION

18. I am familiar with the work performed on behalf of the LTD Committee by the lawyers and paraprofessionals in the firms.

19. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Bankruptcy Rule 2016 and Local Rule 2016-2, and submit that the Application substantially complies with such Rules.

*[remainder         of         page         intentionally         left         blank]*

WHEREFORE, EG respectfully requests that the Court (i) approve and allow the Quarterly Amount of $717,406.03 for the Quarterly Period, consisting of fees in the sum of $686,526.00 as compensation for necessary professional services rendered and compensation for expenses in the amount of $30,880.03; (ii) allow for payment of any amounts not yet authorized; and (iii) for such other and further relief as may be just and proper.

Dated:  November 23, 2012  **ELLIOTT GREENLEAF**
       Wilmington, Delaware

*/s/Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email:  sak@elliottgreenleaf.com

*Counsel for the Official Committee of Long Term Disability Participants*