**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
                                                          :    Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                        :
                                                          :    Jointly Administered
                    Debtors.                              :
                                                          :    **Hearing Date: December 18, 2012 @ 10:00 a.m.**
----------------------------------------------------------x

**FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES FOR
THE PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), McCarter & English LLP ("McCarter & English") hereby submits its Fifth Quarterly Fee Application Request (the "Request") for the period August 1, 2012 through and including October 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Exhibits A and B attached to the monthly applications (D.I. Nos. 8612, 8859 and 8952) contain detailed listing of McCarter & English's requested fees and expenses to the Application Periods.

ME1 14433951v.1

McCarter & English seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fee Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fee Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 9/27/2012 #8612 | 8/1/2012- 8/31/2012 | $539,595.15 | $3,841.53 | 10/23/2012 #8761 | $431,676.12 | $3,841.53 | $107,919.03 |
| 10/31/2012 #8859 | 9/1/2012- 9/30/2012 | $324,613.75 | $14,615.80 | 11/26/2012 #9003 | $259,691.00 | $14,615.80 | $64,922.75 |
| 11/19/2012 #8952 | 10/1/2012- 10/31/2012 | $249,572.25 | $2,665.49 | TBD OBJ DL: 12-10-2012 | 199,657.80 | $2,665.49 | $49,914.45 |
| **Total** | | **$1,113,781.15** | **$21,122.82** | | **$891,024.92** | **$21,122.82** | **$222,756.23** |

In accordance with the Monthly Compensation Order, McCarter & English seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amount requested in such fee applications in full.

WHEREFORE, McCarter & English respectfully requests that the Court enter the order attached hereto as **Exhibit A** and grant McCarter & English such other and further relief as is just and proper.

Dated: November 26, 2012
       Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*

2

ME1 14433951v.1

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

| Name of Professional | Position with Firm, Professional License & Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| HOROWITZ, JOEL E. | Partner, PA Bar, Tax, Employee Benefits and Finance | $570.00 | 14.75 | $8,460.00 |
| REILLY, WILLIAM T. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $550.00 | 45.90 | $25,245.00 |
| DANIELE, MARK A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | 139.40 | $73,185.00 |
| TAYLOR, JR., WILLIAM F. | Partner, DE Bar, Bankruptcy and Restructuring | $525.00 | 110.60 | $58,065.00 |
| LUDGIN, DAVID A. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $525.00 | .20 | $105.00 |
| NATALI, JR., ARNOLD L. | Partner, NJ Bar, Insurance Coverage | $520.00 | 254.10 | $132,932.00 |
| KORNSTEIN, ALAN F. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $520.00 | 81.00 | $42,120.00 |
| CHIAFULLO, LOUIS A. | Partner, NJ Bar, Insurance Coverage | $435.00 | 151.30 | $66,255.50 |
| OSIAS, BRIAN J. | Partner, NJ Bar, Insurance Coverage | $425.00 | 2.40 | $1,020.00 |
| INSUA, NICHOLAS M. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $410.00 | 74.80 | $30,878.00 |
| KIMBALL, JANE S. | Special Counsel, NJ Bar, Tax, Employee Benefits and Finance | $390.00 | 60.21 | $23,492.90 |
| HARTY, DAVID | Associate, NY Bar, Real Estate | $415.00 | 1.50 | $622.50 |
| THOMAS, DAVID A. | Associate, NJ Bar, Insurance Coverage | $405.00 | 132.40 | $53,814.50 |
| KURTZ, MITCHELL S. | Associate, NY Bar, Product Liability | $400.00 | 96.10 | $39,253.00 |
| ROBERTS AVERY, VANESSA D. | Associate, CT Bar, Business & Financial Services Litigation | $390.00 | 33.50 | $13,080.00 |
| MULLER, JEFFREY S. | Partner, NJ Bar, Tax, Employee Benefits and Finance | $390.00 | 1.10 | $429.00 |
| COSGROVE KURTZ, NORRIS E. | Associate, DE Bar, Product Liability | $390.00 | 109.80 | $42,974.00 |
| BROWN, KEVIN A. | Associate, NJ Bar, Tax & Benefits, Executive Compensation | $385.00 | 22.05 | $8,518.25 |
| ROBERTS, JOSHUA | Associate, PA Bar, Business & Financial Services Litigation | $385.00 | 93.10 | $35,923.50 |
| VILLANUEVA, MARK D. | Associate, PA Bar, Insurance Coverage | $380.00 | 34.90 | $13,264.00 |
| MORRISON, CYNTHIA M. | Associate, PA Bar, Insurance Coverage | $380.00 | 49.60 | $18,856.00 |
| BERNSTEIN, SCOTT H. | Associate, NJ Bar, Bankruptcy and Restructuring | $370.00 | 2.00 | $740.00 |

ME1 14433951v.1

| | | | | |
|---|---|---|---|---|
| RICE, BRIAN P. | Associate, CT Bar, Business & Construction Litigation | $355.00 | 79.50 | $28,228.50 |
| CUNNINGHAM, BRIAN | Associate, DE Bar, Business & Financial Services Litigation | $340.00 | 155.90 | $53,160.00 |
| ALEXANDER, JASON M. | Associate, NJ Bar, Insurance Coverage | $335.00 | 200.90 | $68,899.00 |
| DAVIS, CRAIG W. | Associate, NJ Bar, Insurance Coverage | $335.00 | 113.00 | $37,950.00 |
| GRAY, CATHERINE M. | Associate, CT Bar, Labor & Employment Law | $335.00 | 39.20 | $13,302.00 |
| KELLAR, JAMES | Associate, DE Bar, Bankruptcy and Restructuring | $300.00 | 176.30 | $53,665.00 |
| BUCK, KATE R. | Associate, DE Bar, Bankruptcy and Restructuring | $295.00 | 45.50 | $13,552.50 |
| KAHN, BRETT D. | Associate, NJ Bar, Insurance Coverage | $280.00 | 169.40 | $48,709.50 |
| NWANERI, NNAMDI, J. | Associate, NY Bar, Real Estate | $245.00 | 126.50 | $30,992.50 |
| HRUBIEC, R. JOSEPH | Associate, DE Bar, Product Liability | $240.00 | 139.20 | $34,707.00 |
| SCHIERBAUM, JARED F. | Paralegal, Bankruptcy and Restructuring | $215.00 | 49.50 | $10,642.50 |
| BROWN, DEBORAH | Paralegal, Insurance Coverage Litigation | $210.00 | 141.70 | $29,982.00 |
| SNEDEKER, JAMES A. | Paralegal, Tax, Employee Benefits and Finance | $175.00 | .70 | $125.00 |
| GOLDSON-CAMMOCK, TAMIKA | Paralegal, Bankruptcy and Litigation | $165.00 | .50 | $82.50 |
| WILLIAMS, SCOTT | Sr. Litigation Support Project | $200.00 | 2.30 | $460.00 |
| GREENSTONE, JAMES J. | Research Analyst | $150.00 | .60 | $90.00 |
| **TOTAL:** | | | **2,951.41** | **$1,113,781.15** |
| | *Blended Rate* | $377.38 | | |

2

ME1 14433951v.1

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**

|     | Project Category | Total Hours | Total Fees |
|-----|------------------|-------------|------------|
| D21 | ASSET ANALYSIS AND RECOVERY | 2.40 | $1,020.00 |
| D24 | CASE ADMINISTRATION | 197.50 | $68,862.50 |
| D26 | EMPLOYMENT BENEFITS/PENSIONS | 570.16 | $237,613.40 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 17.10 | $6,524.50 |
| D30 | LITIGATION | 1,777.00 | $671,476.50 |
| D34 | TAX ISSUES | .20 | $105.00 |
| D41 | LITIGATION CONSULTING | 14.10 | $,6957.00 |
| D43 | OTHER | 158.10 | $57,636.00 |
| D47 | FEE APPLICATIONS – OTHERS | .30 | $157.50 |
| D61 | COURT HEARING | 8.60 | $2,537.00 |
| D62 | GENERAL CASE STRATEGY | 201.65 | $59,429.75 |
|     | **TOTAL:** | **2,951.41** | **$1,113,781.15** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|------------------|----------------|
| PHOTOCOPIES | $1,212.30 |
| POSTAGE | $231.90 |
| FILING FEES-MISC. | $3.00 |
| PDF CONVERSION | $54.21 |
| TRAVEL EXPENSES | 38.25 |
| TRANSCRIPTS | $147.60 |
| LIBRARY RESEARCH | $3,128.70 |
| MESSENGER/HAND DELIVERIES | $280.50 |
| COLOR SCANNING | $18.60 |
| IMAGING | $218.48 |
| TELEPHONE | $16.67 |
| MEETINGS/LUNCHEON | $16.82 |
| SPECIAL SERVICES | $11,517.59 |
| SERVICES | $26.25 |
| PRINTING W/SLIP SHEETS, STAPLES | $1,662.60 |
| LABOR (DATA AND TECH CONVERSIONS) | $250.00 |
| FEDERAL EXPRESS | $2,299.34 |
| **TOTAL:** | **$21,122.82** |

3

ME1 14433951v.1