```
                    IN THE UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No. 09-10138(KG)
                                )    (Jointly Administered)
NORTEL NETWORKS, INC.,          )
     et al.,                    )    Chapter 11

                                )    Courtroom 3
                                )    824 Market Street
            Debtors.            )    Wilmington, Delaware
                                )
                                )    November 21, 2012
                                )    9:30 a.m.

                    TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE JUDGE KEVIN GROSS
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357


                          Cleary Gottlieb Steen & Hamilton
                          BY: LISA SCHWEITZER, ESQ.
                          BY: MEGAN FLEMING, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 437-4350


ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

For Official Creditors'
Committee:                      Richards Layton & Finger
                                BY: CHRIS SAMIS, ESQ.
                                One Rodney Square
                                920 King Street
                                Wilmington, DE  19801
                                (302) 651-7845


For LTD Committee:              Elliott Greenleaf
                                BY: RAFAEL ZAHRALDDIN, ESQ.
                                BY: MARY KOHART, ESQ.
                                The Brandywine Building
                                1000 West St., Ste. 1440
                                Wilmington, DE  19801
                                (302) 384-9400


TELEPHONIC APPEARANCES:

For Retiree's Committee:        Togut Segal & Segal
                                BY:  NEIL BERGER, ESQ.
                                BY:  STEPHANIE SKELLY, ESQ.
                                (212) 594-5000

                                McCarter & English
                                BY:  WILLIAM TAYLOR, ESQ.
                                (302) 984-6313

For Law Debenture:              Patterson Belknap Webb & Tyler
                                BY:  CRAIG W. DENT, ESQ.
                                (212) 336-2864

For Ernst & Young:              Allen & Overy, LLP
                                BY:  LISA KRAIDIN, ESQ.
                                (212) 610-7300

For Nortel Networks:            Elliott Greenleaf
                                BY:  MARGARET CURRAN, ESQ.
                                (215) 977-1074

                                Cleary Gottlieb Steen &
                                Hamilton
                                BY:  ROGER COOPER, ESQ.
                                (212) 225-2283

For Joint Administrators &
Foreign Representatives for
Nortel Networks:                Young Conaway Stargatt &
                                Taylor, LLP
                                BY:  JAIME CHAPMAN, ESQ.
                                (302) 571-5732

TELEPHONIC APPEARANCES:
(Continued)

For Official Committee of
Unsecured Creditors:                Akin Gump Strauss Hauer &
                                    Feld, LLP
                                    BY:  LISA BECKERMAN, ESQ.
                                    BY:  ANGELINE KOO, ESQ.
                                    (212) 872-1000


For Aurelius Capital
Management, LP:                     Aurelius Capital Management LP
                                    BY:  MATTHEW ZLOTO
                                    (646) 445-6518


For Ad Hoc Committee:               Milbank Tweed Hadley & McCloy
                                    BY:  CINDY CHEN DELANO
                                    (212) 530-8978


For The Bondholder Group:           Milbank Tweed Hadley & McCloy
                                    BY:  THOMAS MATZ, ESQ.
                                    (212) 530-5885


For In Propria Persona:             Sandra Aiken, In Pro Per/
                                    Pro Se
                                    (919) 528-4058

                                    Richard Hodges, In Pro Per/
                                    Pro Se
                                    (972) 814-9020

                                    Jane Neumann, In Pro Per/
                                    Pro Se
                                    (952) 955-2334

                                    Danny Owenby, In Pro Per/
                                    Pro Se
                                    (904) 277-6788

                                    Michael Rexroad, In Pro Per/
                                    Pro Se
                                    (919) 762-9111

                                    John Rossi, In Pro Per/
                                    Pro Se
                                    (330) 264-7737

                                    Michael Alms, In Pro Per/
                                    Pro Se
                                    (262) 534-3955

TELEPHONIC APPEARANCES:
(Continued)

Brent Beasley, In Pro Per/
Pro Se
(910) 230-0588

Janette Head, In Pro Per/
Pro Se
(603) 626-6938

Brenda Rohrbaugh, In Pro Per/
Pro Se
(678) 764-5569

Leah McCaffrey, In Pro Per/
Pro Se
(214) 563-0761

Nancy Wilson, In Pro Per/
Pro Se
(214) 501-3510

Nortel Networks, Inc.
Carol Raymond
In Propria Persona
(305) 238-4951

For Interested Party:          Mark Janis, In Pro Per/
Pro Se
(831) 684-1760

John Elliott, In Pro Per/
Pro Se
(603) 424-0933

Cynthia Schmidt, In Pro Per/
Pro Se
(530) 692-1299

Carmel Totman, In Pro Per/
Pro Se
(919) 649-3411

For UK Pentition
Trust, LTD:                    Wilkie Farr & Gallagher, LLP
BY:  ANDREW HANRAHAN, ESQ.
(212) 728-8170 ext. 8638

TELEPHONIC APPEARANCES:
(Continued)

| | |
|---|---|
| For Creditor: | Barbara Gallagher, In Pro Per/<br>Pro Se<br>(903) 564-9676 |
| | Deborah Jones, In Pro Per/<br>Pro Se<br>(570) 439-1153 |
| | Peter Lawrence, In Pro Per/<br>Pro Se<br>(561) 865-5382 |
| | Chad Soriano, In Pro Per/<br>Pro Se<br>(760) 956-9101 |
| For Creditor - Government | DLA Piper US, LLP<br>BY:  SELINDA MELNIK, ESQ.<br>(302) 468-5850 |
| For Creditor – Hondo Sen | Cetus Capital<br>BY:  HONDO SEN<br>(203) 552-3528 |

<u>WILMINGTON, DELAWARE, WEDNESDAY, NOVEMBER 21, 2012, 9:33
A.M.</u>

1          THE COURT:  Good morning everyone.  Thank you,

2    and please be seated.  It's good to see you all.

3          MS. SCHWEITZER:  Good morning, Your Honor.

4          THE COURT:  Good morning.

5          MR. ZAHRALDDIN:  Good morning, Your Honor.

6          THE COURT:  Good morning.

7          MR. ZAHRALDDIN:  For the record, Rafael

8    Zahralddin, from the law firm of Elliott Greenleaf,

9    representing the Long-Term Disability Committee in these

10   cases.

11         THE COURT:  Yes.

12         MR. ZAHRALDDIN:  Your Honor, I'm going to,

13   uncharacteristically, be quiet today and cede the podium.  I

14   have filed a pro hac for Mary Kohart, of our law firm.  It

15   was filed yesterday and I believe it should hit you at some

16   point.  I'd like to orally move for her admission --

17         THE COURT:  Of course.

18         MR. ZAHRALDDIN:  -- and allow her to --

19         THE COURT:  Pleased to do that.

20         MR. ZAHRALDDIN:  -- take over.

21         THE COURT:  Of course.

22         MR. ZAHRALDDIN:  Thank you, Your Honor.

23         MS. KOHART:  Thank you, Your Honor.

24         THE COURT:  Good morning.  Welcome.

1          MS. KOHART:  Good morning.

2          THE COURT:  Welcome.  Good to have you here.

3          MS. KOHART:  Thank you.

4          THE COURT:  And, you know, I'm going to do

5    something a little uncharacteristic.  I'm going to just say a

6    little something first myself if that's all right with the

7    parties.

8          MR. ZAHRALDDIN:  Absolutely, Your Honor.

9          THE COURT:  I think it may be appropriate to do

10   here because, you know, hopefully, everyone in the room is in

11   the spirit of giving thanks the day before the holiday and I

12   had kind of a hard job this morning because I want to express

13   a lot of concern that I've gotten [indiscernible].  A few of

14   these transcripts have a way of, you know, making the

15   internet it seems, and I don't want my comments to be read

16   out of the tone in which they're intended.  You know, I have

17   a little bit of a concern, as I say, and perhaps, a little

18   displeasure with both sides, but I'm going to make certain

19   that I speak a little more softly and a little bit more

20   deliberately just to prevent there being any misunderstanding

21   or anyone thinking that I don't have --

22         THE CLERK:  [indiscernible].

23         THE COURT:  We're trying a new microphone.

24         THE CLERK:  Is it on your lapel?

25         THE COURT:  Yes.

1          THE CLERK:  Because if it's not --

2          THE COURT:  Yes.  How's that?

3          THE CLERK:  No, it's not working.

4          THE COURT:  All right.  I guess I'll have to

5  switch back to the other one.

6          COURT CLERK:  Okay.

7          THE COURT:  It's flashing red.

8          COURT CLERK:  Oh, maybe it needs batteries.

9  Sorry.

10          THE COURT:  Will you tell them?

11          COURT CLERK:  Yes.

12          THE COURT:  Oh, good.  I'm sorry.  All right.

13  Well, I'll start over because what I was saying was I have

14  some comments to make, and I want to make sure that they're

15  taken in the right tone context because I have a lot of

16  concern here and a little bit of displeasure but not with

17  Counsel.  I recognize how hard everyone is working and the

18  pressures everyone is under and you're all trying to do the

19  right thing and the best thing for your clients and I respect

20  that, and hopefully, you will also be even a little more

21  civil and respectful of one another because of, you know,

22  what could be a fairly otherwise heated type of hearing.  I

23  view this as an opportunity to find a solution for our

24  problem.  I think there's a problem here.

25          There's been a lot of abuse about who did what

1    when or who didn't do what when, lack of communication, but

2    that goes in both directions from what I can see.  It

3    started, I think, with the debtor sending out the form

4    without consulting with Counsel, without passing it by the

5    Courts.  You know, here we are, we're in litigation.  And I

6    do think that, at the very least, the form was unnecessarily

7    confusing, so that creates a problem, and that was only

8    exacerbated by the minimal amount of time given parties.

9    We've been here for quite a number of months and to send out

10   a form in early November with a two-week limit for

11   responding, I think was -- and particularly, as I say, given

12   the context in which it was sent, which is litigation, I

13   think it was insufficient so we have that problem.

14          And then, of course, Counsel for the disabled

15   parties chose to bring the litigation kind of at the last

16   moment.  You know, nobody picked up the phone a week ago or

17   10 days ago and said, Judge, I think we have a problem with

18   the form; we'd like to see you, and I think people know I

19   would have seen you immediately on this, and nobody did that.

20   Instead, we get a Complaint, you know, right near the holiday

21   and we're here on an emergency basis, and I think that that

22   was certainly unfortunate and strategic.  So I think both

23   sides are playing the strategy, and in the middle, are these

24   disabled parties, and that's where my concern is at the

25   moment; that they be given every opportunity to fully and

1    fairly be responsive where appropriate.

2            So I'd like to talk about how we're going to

3    proceed as much as anything.  I'll obviously give you all an

4    opportunity to be heard.  I don't want to hear a lot about

5    who did what when, as I said, but I'll give you all the

6    opportunity to make your record if you'd like, but I think

7    there are solutions to be had and that's where the parties

8    ought to be spending their time here this morning.  We can

9    talk about how the litigation proceeds later, what

10   ramifications there are or aren't from what has happened, but

11   let's come up with a solution.

12           For example, there's such a thing; it's kind of an

13   old-fashioned thing at this point, there's this thing called

14   a telephone where people actually talk to one another and

15   they ask questions.  They exchange questions and answers, you

16   know, right there and then and it doesn't take forever and a

17   day to get responses and information, and that's a

18   possibility where disabled parties are called and asked about

19   how they want to fill out their enrollment form.  We could

20   use Federal Express to send out a new enrollment form.  All

21   of your rights are reserved and protected in this Court,

22   which again is why I think that the enrollment form is

23   unfortunate that was sent, because I don't think that those

24   reservations of rights had to be imposed upon the

25   individuals.  I think that we have that of record and a

1   record did not need to be made on the forms but I'll hear you

2   out and if you would like a little bit of time to talk to one

3   another, I'm prepared to give you that either here in the

4   Courtroom or you can use my conference room, and I can be

5   available if I can be helpful, or we can proceed as is and

6   I'll rule.

7                MR. ZAHRALLDIN:  Your Honor, can I take one second

8   with Ms. Kohart?

9                THE COURT:  Of course you may.

10               MR. ZAHRALLDIN:  Your Honor, you know, I'm going

11  to take to heart particularly your concern about having a

12  transcript.  We want to avoid that.  We also want to avoid

13  confusion with our folks as well.

14               THE COURT:  Sure.

15               MR. ZAHRALLDIN:  We would like to -- and as I've

16  consulted with Ms. Schweitzer; she agreed, if we could go

17  back in Chambers, maybe we can discuss the injunction issue.

18               THE COURT:  Yes.

19               MR. ZAHRALLDIN:  You're correct; the other issues

20  are for another time.

21               THE COURT:  Right.

22               MR. ZAHRALLDIN:  And certainly, I think we were

23  trying to conserve resources and money, but put it all into

24  context when we combined the two.

25               THE COURT:  Absolutely.

1     MR. ZAHRALLDIN:  But we're happy to recess and go

2 into Chambers and have a discussion.  Perhaps, we can resolve

3 the injunction issue --

4     THE COURT:  Yes.

5     MR. ZAHRALLDIN:  -- back there with you.

6     THE COURT:  I would hope so.  And do you want me

7 to give you just an opportunity in the first instance to talk

8 to one another because I don't think there's been a lot of

9 communication here?

10     MS. SCHWEITZER:  That would be --

11     THE COURT:  That's part of the problem.

12     MS. SCHWEITZER:  That would be fine.

13     MR. ZAHRALDDIN:  That's fine.

14     THE COURT:  And then I'll be available should you

15 need me to come in and --

16     MS. SCHWEITZER:  Yes.

17     THE COURT:  -- get things a little straighter or

18 just to be able to know that we'll put something on the

19 record, whatever.

20     MR. ZAHRALDDIN:  Your Honor, you're always a

21 calming influence, so I think your presence at some point

22 would --

23     THE COURT:  All right.

24     MR. ZAHRALDDIN:  -- would be helpful.

25     THE COURT:  Okay.

1    MR. ZAHRALDDIN:  And I think that way, too, we can

2  figure out whether we can -- whether we have to come back for

3  any sort of formal thing afterwards or whether we can just

4  put a resolution up with you.

5    THE COURT:  I agree.

6    MR. ZAHRALDDIN:  Okay.

7    THE COURT:  All right, let's do that.  You can

8  come into Chambers.

9    MS. SCHWEITZER:  Thank you.

10    THE COURT:  And I think there's room for most, if

11  not all, of you and --

12    MS. SCHWEITZER:  Super.

13    THE COURT:  -- then I'll be in when -- in if you

14  need me.

15    MR. ZAHRALDDIN:  Okay.  Thank you, Your Honor.  I

16  appreciate it.

17    THE COURT:  All right.  Thank you.

18      (Recess from 9:41 a.m. to 11:30 a.m.)

19    THE CLERK:  Please rise.

20    THE COURT:  Thank you everyone.  Please be seated,

21  and I thank all of you on the telephone for your patience

22  while the parties were discussing a potential resolution of

23  the matter and -- yes?

24    MR. ZAHRALDDIN:  Good morning again, Your Honor.

25    THE COURT:  Yes.

1          MR. ZAHRALDDIN:  It's still morning, which means

2    that we --

3          THE COURT:  It is.

4          MR. ZAHRALDDIN:  -- were efficient in getting

5    ourselves in order.

6          THE COURT:  Yes.

7          MR. ZAHRALDDIN:  Thank you so much, thank the

8    Court and the Court staff for giving us a little bit of time

9    there, having a recess to try to reach a resolution.

10          THE COURT:  Sure.

11          MR. ZAHRALDDIN:  The parties have reached a

12    resolution.  There are other issues that we'll be probably

13    discussing with the -- with Your Honor maybe, but we will be

14    discussing next Monday regarding scheduling of broader

15    issues.  We'll leave that to another time, but in terms of

16    the injunctive relief, we have reached a resolution.  Ms.

17    Schweitzer -- and I'll cede the podium to Ms. Schweitzer so

18    she can read the terms of that resolution and the Order into

19    the record, and for the benefit of others who are on the

20    phone, and she also has a reservation of rights that she'll

21    be relaying for the record as well for the Retirees.  And

22    though not in the Order, this will obviate the need for us to

23    have a preliminary injunction, and we'll be removing that as

24    well, following through a separate filing on the docket.  And

25    with that, I am going to turn over the podium to Ms.

1   Schweitzer and she can read the Consent Order into the

2   record.

3          THE COURT:  Very well.  Thank you.  Ms.

4   Schweitzer, good morning to you.

5          MS. SCHWEITZER:  Thank you, Your Honor.  Thank you

6   for your time and patience this morning as well.

7          THE COURT:  Of course.

8          MS. SCHWEITZER:  The terms that have been agreed

9   on between the parties will be by way of a Consent Order

10  entered in the main bankruptcy proceeding with the case

11  number 09-10138.

12         The Consent Order reads as follows, it is being

13  read for the benefit of the individuals on the phone is that

14  first --

15          Whereas, the debtors have commenced their open

16  enrollment for the 2013 calendar year benefits,  and

17          Whereas certain agreements have been reached

18  between Counsel to the LTD Committee and Counsel to the

19  debtors with respect to such annual benefit enrollment

20  procedures, it is Ordered that the deadline for all employees

21  of the debtors currently receiving long-term disability

22  benefits, which are the LTD employees, to return their

23  completed 2013 Annual Enrollment Worksheet, to the extent

24  that they have not already done so, is extended such that the

25  completed worksheet must be returned so as to actually be

1   received by the debtors on or before November 27, 2012.

2        It is Ordered that the reservation of rights language

3   in the 2013 Annual Enrollment Worksheet and related cover

4   letter, reserving the debtors' rights to change, amend,

5   reduce, or terminate the health and welfare plans and the

6   coverage and benefits provided thereunder at any time without

7   prior notice to, or consent by employees, retirees, or

8   surviving beneficiaries, in accordance with the terms of the

9   plans and subject to applicable law, shall not expand, limit,

10  modify, or otherwise affect or amend the debtors' termination

11  rights with respect to the plans benefit and coverage for

12  which enrollment is sought or the rights of the LTD employees

13  to oppose any such termination, and the rights of the debtors

14  and any party having filed a timely objection to the LTD

15  Termination Motion are hereby fully reserved.

16        It's Ordered that entry of this Order shall not

17  constitute a finding of fact or conclusion of law with

18  respect to the 2013 Annual Enrollment Worksheet and related

19  materials previously sent by the debtors in connection with

20  the 2013 open enrollment process, or the debtors' and the LTD

21  employees' conduct related thereto, and all parties' rights

22  are reserved with respect to such matters.

23        It's Ordered that the entry of this Order shall

24  not constitute a finding of fact or conclusion of law with

25  respect to the matters for which relief is sought in the

1   Motion for Entry of an Order Pursuant to *11 U.S.C. §§105363*

2   and *1108*, authorizing the debtors to terminate the debtor's

3   long-term disability plans and employment of the LTD

4   employees, and the rights of all such parties with respect

5   thereto are hereby reserved.

6       It's Ordered that the entry of the Order shall not

7   constitute a finding of fact or conclusion of law with

8   respect to the Complaint or Motion for a Temporary

9   Restraining Order and Preliminary Injunction filed in the

10   adversary proceeding styled as the Official Committee of

11   Long-Term Disability Plan Participants on Behalf of and as

12   Agent for a Class of Individual Participants and

13   Beneficiaries under Nortel Networks' Health and Benefit Plans

14   and Nortel Networks, Inc., which is adversary number 12-

15   50995, and the rights of all parties with respect thereto are

16   hereby reserved.

17       It's Ordered that the Court retains jurisdiction

18   with respect to all matters arising from and implemented --

19   I'm sorry; arising from and related to the implementation of

20   this Order.  And then a place for Your Honor's signature.

21       I noticed, Your Honor, in reading it out loud that

22   the one thing we forgot, in between the Whereas and the

23   Ordered, it is to say It Is Hereso By or --

24       THE COURT:  It Is Hereby Ordered?

25       MS. SCHWEITZER:  Hereby Ordered -- we're missing

1    the words It Is Hereby, right.

2            THE COURT:  I'll add those in, of course.

3            MS. SCHWEITZER:  So you can just add those in.

4            THE COURT:  I'll do that, yes.

5            MS. SCHWEITZER:  But, otherwise, that's the terms

6    of the Consent Order.

7            THE COURT:  All right.

8            MS. SCHWEITZER:  And the only other thing I wanted

9    to add on the record, and is consistent with these

10   agreements, is that Mr. Berger, who is Counsel to the Retiree

11   Committee, is on the telephone and he noted that the

12   Complaint and Motion had been picked up by the Press, and

13   while he didn't have particular concerns himself with respect

14   to the disclosures made for the -- in the Retiree forms, he

15   wanted us to make clear, in light of the Press, that -- to

16   make clear on the record that the reservation of rights is in

17   the enrollment worksheets for the Retiree re-enrollment

18   weren't meant to amend the benefit plans for the Retirees or

19   supersede what the benefit plans say for the Retirees either.

20   And all parties' rights with respect to the 1114 Termination

21   Motion and the relief sought by the debtors therein are also

22   reserved.

23           THE COURT:  All right.

24           MS. SCHWEITZER:  So, in other words, the

25   worksheets get us to next year in all cases.

1          THE COURT:  Yes.

2          MS. SCHWEITZER:  But no one's rights are changed

3   or modified under the underlying plans by the fact they are

4   filling out worksheets.

5          THE COURT:  Okay.  All right.  Thank you.

6          MR. BERGER:  It's Neil Berger.  Thank you, Ms.

7   Schweitzer.  Judge, her comments are consistent with our

8   conversations offline.

9          THE COURT:  All right.  Thank you, Mr. Berger.

10  And Mr. Zahralddin?

11         MR. ZAHRALDDIN:  Your Honor, I believe that

12  concludes, prior to noon, our business before the Court.

13         THE COURT:  Yes.

14         MR. ZAHRALDDIN:  And I appreciate the time and

15  also your helpful guidance in getting the parties to try to

16  resolve things.

17         THE COURT:  All right.  And you know, there was a

18  lot that was read into the record with that Order, but for

19  those parties on the telephone, I think, essentially, all

20  that was -- most of that language was reserving everyone's

21  rights as to what already was in place, and really the only

22  change of substance at this point, the change, if you will,

23  is that, instead of there being a deadline now of today for

24  the enrollment forms, that deadline has been extended to the

25  27th and there will be explanations, as I understand it, from

1  the Elliott Greenleaf firm going out and assistance being

2  provided if anyone needs it in order to be able to return

3  those forms by the 27th.

4          MR. ZAHRALDDIN:  Yes, and I believe that the

5  debtors have indicated they'll take the forms in the form of

6  email, return mail, Fed Ex, whatever, we'll do to get it so

7  they're actually received by that day, and certainly, to the

8  extent anyone needs any help, they know how to contact me;

9  they have my cell phone, and we're also going to be relaying

10 that via email to those who have email and through the

11 network that they have.  We may even try to have an open call

12 to assuage anybody's concerns about this.

13         THE COURT:  All right.  Ms. Schweitzer, yes?

14         MS. SCHWEITZER:  Your Honor, I think it was in the

15 Order, but just to make clear that if you already returned a

16 form and the debtors have received it, you do not need to

17 return another form.

18         THE COURT:  Good.

19         MS. SCHWEITZER:  If you returned a form and you

20 wrote something to the effect of I protest the reservation of

21 rights language, you do not need to return another form.  We

22 will deem that to just be a return of the form, subject to

23 this Order, and it doesn't add your rights; it doesn't lessen

24 your rights.  If you filled out the form, we just address

25 that one paragraph.  We'll treat it as just protected by this

 1  Order.  And also, that I think Your Honor would agree, you're

 2  not ordering anyone to return a form.

 3           THE COURT:  Oh, no.

 4           MS. SCHWEITZER:  They have to make their decision

 5  to return the form based on whether they believe, under the

 6  plan, they have to make changes, but if -- they don't

 7  otherwise need to return a form.

 8           MR. ZAHRALDDIN:  Right.

 9           MS. SCHWEITZER:  There's nothing in the Courtroom

10  that's ordering anyone to return a form.

11           THE COURT:  That's exactly right.  All right.

12           MR. ZAHRALDDIN:  With that, Your Honor, unless you

13  had any other comments, I think we're concluded for today.

14           THE COURT:  All right.  I thank everyone.  I wish

15  everyone, both here and on the phone, a wonderful

16  Thanksgiving, and I thank all the parties for your hard work

17  today in addressing these important issues.

18           MS. SCHWEITZER:  Thank you, Your Honor.

19           MR. ZAHRALDDIN:  Thank you, Your Honor.

20           MS. KOHART:  Thank you, Your Honor.

21           THE COURT:  All right, everyone.

22           MS. KOHART:  Happy Holidays.

23           THE COURT:  Thank you.  Good day to everyone.

24  Safe travel.

25           MS. KOHART:  Thank you.

1          THE COURT:  Thank you.

2      (Whereupon at 12:48 p.m., the hearing was adjourned)

3

4                        CERTIFICATION

5          I  certify  that  the  foregoing  is  a  correct

6  transcript  from  the  electronic  sound  recording  of  the

7  proceedings in the above-entitled matter.

8
9  _____          22 November 2012
10 Tammy Kelly, Transcriber                  Date
11 Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

a.m(4) 1:15 6:1 13:18 13:18
abbott(1) 1:23
able(2) 12:18 20:2
about(7) 8:25 10:2 10:4 10:9 10:18 11:11 20:12

above-entitled(1) 22:7
absolutely(2) 7:8 11:25
abuse(1) 8:25
accordance(1) 16:8
actually(3) 10:14 15:25 20:7
add(4) 18:2 18:3 18:9 20:23
address(1) 20:24
addressing(1) 21:17
adjourned(1) 22:2
administered(1) 1:6
administrators(1) 2:49
admission(1) 6:17
adversary(2) 17:10 17:14
affect(1) 16:10
afterwards(1) 13:3
again(2) 10:22 13:24
agent(1) 17:12
ago(2) 9:16 9:17
agree(2) 13:5 21:1
agreed(2) 11:16 15:8
agreements(2) 15:17 18:10
aiken(1) 3:26
akin(1) 3:6
all(32) 6:3 7:6 8:4 8:12 8:18 10:3 10:5
10:20 11:23 12:23 13:7 13:11 13:11 15:20 16:21 17:4 17:15 17:18 18:7 18:20
18:23 18:25 19:5 19:9 19:17 19:19 20:13
21:11 21:14 21:16 21:21

allen(1) 2:36
allow(1) 6:19
alms(1) 3:50
already(3) 15:24 19:21 20:15
also(7) 8:20 11:12 14:20 18:21 19:15 20:9 21:1

always(1) 12:20
amend(2) 16:4 16:10 18:18
amount(1) 9:8
and(118) 6:3 6:14 6:16 6:19 7:4 7:11 7:15
7:17 7:19 8:14 8:16 8:17 8:18 8:18 8:19 8:19
8:20 8:21 9:5 9:7 9:9 9:11 9:14 9:17 9:18
9:19 9:21 9:21 9:22 9:24 9:24 9:25 10:7
10:14 10:15 10:16 10:16 10:16 10:17
10:17 10:18 10:21 10:25 11:2 11:4 11:4
11:15 11:22 11:23 12:1 12:2 12:2 12:6
12:15 13:1 13:10 13:11 13:21 13:23 14:8
14:17 14:18 14:20 14:20 14:21 14:24
14:24 15:1 15:6 15:16 15:18 16:3 16:5
16:5 16:6 16:6 16:8 16:9 16:12 16:15 16:16
16:20 16:21 17:2 17:3 17:4 17:9 17:11
17:12 17:13 17:14 17:15 17:18 17:19
17:20 17:22 18:8 18:9 18:11 18:12 18:12
18:20 18:21 19:10 19:14 19:14 19:17
19:21 19:25 20:1 20:4 20:7 20:9 20:10
20:16 20:19 20:23 21:1 21:15 21:16

andrew(1) 4:47
angeline(1) 3:9
ann(1) 1:24
annual(4) 15:19 15:23 16:3 16:18
another(8) 8:21 10:14 11:3 11:20 12:8 14:15 20:17 20:21

answers(1) 10:15
any(7) 7:20 13:3 16:6 16:13 16:14 20:8 21:13

anybody's(1) 20:12
anyone(5) 7:21 20:2 20:8 21:2 21:10
anything(1) 10:3
applicable(1) 16:9

appreciate(2) 13:16 19:14
appropriate(2) 7:9 10:1
are(19) 9:5 9:23 9:23 10:7 10:10 10:18
10:21 11:20 14:12 14:19 15:22 16:15
16:22 17:5 17:15 18:21 19:2 19:3 19:7

aren't(1) 10:10
arising(2) 17:18 17:19
arsht(1) 1:22
ask(1) 10:15
asked(1) 10:18
assistance(1) 20:1
assuage(1) 20:12
aurelius(2) 3:12 3:13
authorizing(1) 17:2
available(2) 11:5 12:14
avoid(1) 11:12 11:12
back(4) 8:5 11:17 12:5 13:2
bankruptcy(3) 1:1 1:19 15:10
barbara(1) 5:5
based(1) 9:21
basis(1) 9:21
batteries(1) 8:8
beasley(1) 4:4
because(8) 7:10 7:12 8:1 8:13 8:15 8:21 10:23 12:8

beckerman(1) 3:8
been(7) 8:25 9:9 12:8 15:8 15:17 18:12 19:24

before(4) 1:18 7:11 16:1 19:12
behalf(1) 17:11
being(4) 7:20 15:12 19:23 20:1
believe(4) 6:16 19:11 20:4 21:5
belknap(1) 2:32
beneficiaries(2) 16:8 17:13
benefit(7) 14:19 15:13 15:19 16:11 17:13 18:18 18:19

benefits(7) 15:16 15:22 16:6
berger(5) 2:24 18:10 19:6 19:6 19:9
best(1) 8:19
between(3) 15:9 15:18 17:22
bit(5) 7:17 7:19 8:16 11:2 14:8
bondholder(1) 3:19
both(4) 7:18 9:2 9:22 21:15
brandywine(1) 2:15
brenda(1) 4:12
brent(1) 4:4
bring(1) 9:15
broader(1) 14:14
building(1) 2:15
business(1) 19:12
but(16) 7:18 8:16 9:1 10:5 10:6 10:10
11:1 11:23 12:1 14:13 14:15 18:5 19:2
19:18 20:15 21:6

calendar(1) 15:16
call(1) 20:11
called(2) 10:13 10:18
calming(1) 12:21
can(16) 9:2 10:8 11:4 11:4 11:5 11:5 11:7
11:17 12:22 13:1 13:2 13:3 13:7 14:18
15:1 18:3

capital(3) 3:12 3:13 5:25
carmel(1) 4:41
carol(1) 4:25
case(2) 1:5 15:10
cases(2) 6:11 18:25
cede(2) 6:14 14:17
cell(1) 20:9
certain(2) 7:18 15:17
certainly(3) 9:22 11:22 20:7
certification(1) 22:4
certify(1) 22:5
cetus(1) 5:25
chad(1) 5:17

chambers(3) 11:17 12:2 13:8
change(1) 16:4 19:22 19:22
changed(1) 19:2
changes(1) 21:6
chapman(1) 2:53
chapter(1) 1:8
chen(1) 3:18
chose(1) 9:15
chris(1) 2:6
cindy(1) 3:18
civil(1) 8:21
class(1) 17:12
clear(3) 18:15 18:16 20:15
cleary(2) 1:29 2:44
clerk(8) 7:22 7:24 8:1 8:3 8:6 8:8 8:11 13:19

clients(1) 8:19
combined(1) 11:24
come(4) 10:11 12:15 13:2 13:8
comments(4) 7:15 8:14 19:7 21:13
committee(9) 2:5 2:12 2:23 3:5 3:17 6:10 15:18 17:10 18:14

communication(2) 9:1 12:9
complaint(3) 9:20 17:18 17:19
completed(1) 15:23 15:25
conaway(1) 2:51
concern(5) 7:13 7:17 8:16 9:24 11:11
concerns(2) 18:13 20:12
concluded(1) 21:13
concludes(1) 17:7
conclusion(3) 16:17 16:24 17:7
conduct(1) 16:21
conference(1) 11:4
confusing(1) 9:7
confusion(1) 11:13
connection(1) 16:19
consent(5) 15:1 15:9 15:12 16:7 18:6
conserve(1) 11:23
consistent(2) 18:9 19:7
constitute(3) 16:17 16:24 17:7
consulted(1) 11:16
consulting(1) 9:4
contact(1) 20:8
context(3) 8:15 9:12 11:24
continued(4) 2:2 3:3 4:2 5:3
conversations(1) 19:8
cooper(1) 2:46
cordo(1) 1:24
correct(2) 11:19 22:5
could(3) 8:22 10:19 11:16
counsel(6) 8:17 9:4 9:14 15:18 15:18
course(6) 6:18 6:22 9:14 11:9 15:7 18:2
court(69) 1:1 6:2 6:5 6:7 6:8 6:20
6:22 6:25 7:2 7:4 7:9 7:23 7:25 8:2 8:4
8:6 8:7 8:8 8:10 8:11 8:12 10:21 11:9
11:14 11:18 11:25 12:4 12:6 12:11
12:14 12:17 12:23 12:25 13:5 13:7 13:10
13:13 13:17 13:20 13:25 14:3 14:6 14:8
14:8 14:10 15:3 15:7 15:17 17:17 18:2
18:4 18:7 18:23 19:1 19:1 19:9 19:9 19:12
19:13 19:17 20:13 20:18 21:3 21:11 21:14
21:21 21:23 22:1

courtroom(3) 1:10 11:4 21:9
courts(1) 9:5
cover(1) 16:3
coverage(2) 16:6 16:11
craig(1) 2:33
creates(1) 9:7
creditor(3) 5:5 5:21 5:25
creditors(1) 3:6
creditors'(1) 2:4
curran(1) 2:41
currently(1) 15:21
cynthia(1) 4:37
danny(1) 3:38

data(2) 1:38 22:11
date(1) 22:10
day(4) 7:11 10:17 20:7 21:23
days(1) 9:17
deadline(3) 15:20 19:23 19:24
debenture(1) 2:32
deborah(1) 5:9
debtor(1) 9:3
debtors(12) 1:12 1:22 15:15 15:19 15:21
16:1 16:13 16:19 17:2 18:21 20:5 20:16

debtors'(3) 16:4 16:10 16:20
debtor's(1) 17:2
decision(1) 21:4
deem(1) 20:22
delano(1) 3:18
delaware(3) 1:2 1:12 6:1
deliberately(1) 7:20
dent(1) 2:33
derek(1) 1:23
diaz(2) 1:38 22:11
did(4) 8:25 9:19 10:5 11:1
didn't(2) 9:1 18:13
directions(1) 9:2
disability(4) 6:10 15:21 17:3 17:11
disabled(2) 9:14 9:24 10:18
disclosures(1) 18:14
discuss(1) 11:17
discussing(3) 13:22 14:13 14:14
discussion(1) 12:2
displeasure(2) 7:18 8:16
district(1) 1:2
dla(1) 5:21
docket(1) 14:24
doesn't(3) 10:16 20:23 20:23
done(1) 15:24
don't(6) 7:15 7:21 10:4 10:23 12:8 21:6
early(1) 9:10
ecro(1) 1:36
effect(1) 20:20
efficient(1) 14:4
either(2) 11:3 18:19
electronic(2) 1:44 22:6
elliott(5) 2:12 2:40 4:33 6:9 20:1
email(3) 20:6 20:10 20:10
emergency(1) 9:21
employees(5) 15:20 15:22 16:7 16:12 17:4
employees'(1) 16:21
employment(1) 17:3
english(1) 2:28
enrollment(12) 10:19 10:20 10:22 15:16
15:19 15:23 16:3 16:12 16:18 16:20 18:17 19:24

entered(1) 15:10
entry(4) 16:16 16:23 17:1 17:6
ernst(1) 2:36
esq(20) 1:23 1:24 1:30 1:31 2:6 2:13 2:14
2:24 2:25 2:29 2:33 2:37 2:41 2:46 2:53
3:8 3:9 3:22 4:47 5:22

essentially(1) 19:19
even(2) 8:20 20:11
every(1) 9:25
everyone(9) 6:2 7:10 8:17 8:18 13:20
21:14 21:15 21:21 21:23

everyone's(1) 19:20
exacerbated(1) 9:8
exactly(1) 21:11
example(1) 10:12
exchange(1) 10:15
expand(1) 16:9
explanations(1) 19:25
express(2) 7:12 10:20
ext(1) 4:48
extended(2) 15:24 19:24
extent(2) 15:23 20:8
fact(4) 16:17 16:24 17:7 19:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**fairly**(2) 8:22  10:1
**farr**(1) 4:46
**fed**(1) 20:6
**federal**(1) 10:20
**feld**(1) 3:7
**few**(1) 7:13
**figure**(1) 13:2
**filed**(4) 6:15  6:16  16:14  17:9
**filing**(1) 14:24
**fill**(1) 10:19
**filled**(1) 20:24
**filling**(1) 19:4
**find**(1) 8:23
**finding**(3) 16:17  16:24  17:7
**fine**(2) 12:12  12:13
**finger**(1) 2:5
**firm**(3) 6:9  6:15  20:1
**first**(3) 7:6  12:7  15:14
**flashing**(1)
**floor**(1) 1:25
**fleming**(1) 1:31
**folks**(1) 11:13
**following**(1) 14:24
**follows**(1) 15:12
**for**(56) 1:2  1:22  2:4  2:12  2:23  2:32  2:36
2:40  2:49  2:50  3:5  3:12  3:17  3:21  3:26
4:29  4:45  5:5  5:21  5:25  6:8  6:15  6:17
8:19  8:23  9:9  9:10  9:14  10:12  11:20  13:2
13:10  13:21  14:8  14:19  14:21  14:21  14:22
15:6  15:13  15:16  15:20  16:11  16:25  17:1
17:8  17:12  17:20  18:14  18:17  18:18  18:19
19:18  19:23  21:13  21:16
**foregoing**(1) 22:5
**foreign**(1) 2:50
**forever**(1) 10:16
**forgot**(1) 17:22
**form**(18) 9:3  9:6  9:10  9:18  10:19  10:20
10:22  20:5  20:16  20:17  20:19  20:21  20:22
20:24  21:2  21:5  21:7  21:10
**formal**(1) 13:3
**forms**(5) 11:1  18:14  19:24  20:3  20:5
**from**(8) 6:9  9:2  10:10  13:18  17:18  17:19
19:25  22:6
**fully**(3) 9:25  16:15
**gallagher**(2) 4:46  5:5
**get**(5) 9:20  10:17  12:17  18:25  20:6
**getting**(2) 14:4  19:15
**ginger**(1) 1:36
**give**(4) 10:3  10:5  11:3  12:7
**given**(3) 9:8  9:11  9:25
**giving**(2) 7:11  14:8
**goes**(1) 9:2
**going**(9) 6:13  7:4  7:5  7:18  10:2  11:10
14:25  20:1  20:9
**good**(14) 6:2  6:3  6:4  6:5  6:6  6:7  6:25  7:1
7:2  8:12  13:24  15:4  20:18  21:23
**gotten**(1) 7:13
**gottlieb**(2) 1:29  2:44
**government**(1) 5:21
**greenleaf**(4) 2:12  2:40  6:9  20:1
**gross**(1) 1:18
**group**(1) 3:21
**guess**(1) 8:4
**guidance**(1) 19:15
**gump**(1) 3:6
**hac**(1) 6:15
**had**(5) 7:12  10:7  10:24  18:12  21:13
**hadley**(3) 3:17  3:21
**hamilton**(2) 1:29  2:45
**hanrahan**(1) 4:47
**happened**(1) 10:10
**happy**(2) 12:1  21:22
**hard**(3) 7:12  8:17  21:16
**harrisburg**(1) 1:40

**has**(3) 10:10  14:20  19:24
**hauer**(1) 3:6
**have**(30) 6:15  7:2  7:14  7:16  7:21  8:4  8:13
8:15  9:13  9:17  9:19  10:25  12:2  13:2
14:11  14:16  14:23  15:8  15:15  15:17  15:24
18:13  20:5  20:9  20:10  20:11  20:11  20:16
21:4  21:6
**having**(3) 11:11  14:9  16:14
**head**(1) 4:8
**health**(2) 16:5  17:13
**hear**(2) 10:4  11:1
**heard**(1) 10:4
**hearing**(2) 8:22  22:2
**heart**(1) 11:11
**heated**(1) 8:22
**help**(1) 20:8
**helpful**(3) 11:5  12:24  19:15
**her**(3) 6:17  6:19  19:7
**here**(11) 7:2  7:10  8:16  8:24  9:5  9:9  9:21
10:8  11:3  12:9  21:15
**hereby**(6) 16:15  17:5  17:16  17:24  17:25
18:1
**hereso**(1) 17:23
**himself**(1) 18:13
**hit**(1) 6:16
**hoc**(1) 3:17
**hodges**(1) 3:30
**holiday**(2) 7:11  9:20
**holidays**(1) 21:22
**hondo**(2) 5:25  5:26
**honor**(21) 6:4  6:6  6:13  6:23  6:24  7:8  11:7
11:10  12:20  13:15  13:24  14:13  15:5  17:2
19:11  20:14  21:1  21:12  21:18  21:19  21:2
**honorable**(1) 1:18
**honor's**(1) 17:20
**hope**(1) 12:6
**hopefully**(2) 7:10  8:20
**how**(5) 8:17  10:2  10:9  10:19  20:8
**how's**(1) 8:2
**immediately**(1) 9:19
**implementation**(1) 17:19
**implemented**(1) 17:18
**important**(1) 21:17
**imposed**(1) 10:24
**inc**(3) 1:7  4:24  17:14
**indicated**(1) 20:5
**indiscernible**(2) 7:13  7:22
**individual**(1) 17:12
**individuals**(2) 10:25  15:13
**influence**(1) 12:21
**information**(1) 10:17
**injunction**(4) 11:17  12:3  14:23  17:9
**injunctive**(1) 14:16
**instance**(1) 12:7
**instead**(2) 9:20  19:23
**insufficient**(1) 9:13
**intended**(1) 7:16
**interested**(1) 4:29
**internet**(1) 7:15
**into**(6) 11:23  12:2  13:8  14:18  15:1  19:18
**issue**(1) 11:17  12:3
**issues**(4) 11:19  14:12  14:15  21:17
**it's**(11) 6:3  8:1  8:3  8:7  10:12  14:1  16:16
16:23  17:6  17:17  19:6
**i'd**(2) 6:17  10:2
**i'll**(11) 8:4  8:13  10:3  10:5  11:1  11:6
12:14  13:13  14:17  18:2  18:4
**i'm**(8) 6:13  7:4  7:5  7:18  8:12  11:3  11:10
17:19
**i've**(2) 7:13  11:15
**jaime**(1) 2:53
**jane**(1) 3:34

**janette**(1) 4:8
**janis**(1) 4:29
**job**(1) 7:12
**john**(2) 3:46  4:33
**joint**(1) 2:49
**jointly**(1) 1:6
**jones**(1) 5:9
**judge**(4) 1:18  1:19  9:17  19:7
**jurisdiction**(1) 17:17
**just**(10) 7:5  7:20  12:7  12:18  13:3  18:3
20:15  20:22  20:24  20:25
**kelly**(1) 22:10
**kevin**(1) 1:18
**kind**(3) 7:12  9:15  10:12
**king**(1) 2:8
**know**(14) 7:4  7:10  7:14  7:16  8:21  9:5
9:16  9:18  9:20  10:16  11:10  12:18  19:17
20:8
**kohart**(9) 2:14  6:15  6:24  7:1  7:3  11:8
21:20  21:22  21:25
**koo**(1) 3:9
**kraidin**(1) 2:37
**lack**(1) 9:1
**language**(3) 16:2  19:20  20:21
**lapel**(1) 7:24
**last**(1) 9:15
**later**(1) 10:9
**law**(7) 2:32  6:9  6:15  16:9  16:17  16:24
**lawrence**(1) 5:13
**layton**(1) 2:5
**leah**(1) 4:16
**least**(1) 9:6
**leave**(1) 14:15
**lessen**(1) 20:23
**letter**(1) 16:4
**let's**(2) 10:11  13:7
**liberty**(1) 1:32
**light**(1) 18:15
**like**(6) 6:17  9:18  10:2  10:6  11:2  11:15
**limit**(2) 9:10  16:9
**lisa**(1) 1:30  2:37  3:8
**litigation**(2) 9:12  9:15  10:9
**little**(11) 7:5  7:6  7:17  7:17  7:19  7:19  8:16
8:20  11:2  12:17  14:8
**llc**(2) 1:38  22:11
**llp**(6) 1:22  2:36  2:52  3:7  4:46  5:21
**long-term**(4) 6:10  15:21  17:3  17:11
**lot**(6) 7:13  8:15  8:25  10:4  12:8  19:18
**loud**(1) 7:6
**ltd**(8) 2:12  4:46  15:18  15:22  16:12  16:14
16:20  17:3
**mace**(1) 1:36
**made**(2) 11:1  18:14
**mail**(1) 20:6
**main**(1) 15:10
**make**(9) 7:18  8:14  8:14  10:6  18:15  18:16
20:15  21:4  21:6
**making**(1) 7:14
**management**(2) 3:13  3:13
**margaret**(1) 2:41
**mark**(1) 4:29
**market**(2) 1:11  1:25
**mary**(2) 2:14  6:15
**materials**(1) 16:19
**matter**(2) 13:23  22:7
**matters**(3) 16:22  16:25  17:18
**matz**(1) 3:22
**may**(3) 7:9  11:9  20:11
**maybe**(3) 8:8  11:17  14:13
**mccaffrey**(1) 4:16
**mccarter**(1) 2:28
**mccloy**(3) 3:17  3:21
**means**(1) 14:1

**meant**(1) 18:18
**megan**(1) 1:31
**melnik**(1) 5:22
**michael**(2) 3:42  3:50
**microphone**(1) 7:23
**middle**(1) 9:23
**milbank**(2) 3:17  3:21
**minimal**(1) 9:8
**missing**(1) 17:25
**misunderstanding**(1) 7:20
**modified**(1) 19:3
**modify**(1) 16:10
**moment**(2) 9:16  9:25
**monday**(1) 14:14
**money**(1) 11:23
**months**(1) 9:9
**more**(3) 7:9  7:19  8:20
**morning**(13) 6:2  6:4  6:5  6:6  6:7  6:25  7:1
7:12  10:8  13:24  14:1  15:4  15:6
**morris**(1) 1:22
**most**(2) 13:10  19:20
**motion**(5) 16:15  17:1  17:8  18:12  18:21
**move**(1) 6:17
**much**(2) 10:3  14:7
**must**(1) 15:25
**myself**(1) 7:6
**nancy**(1) 4:20
**near**(1) 9:20
**need**(7) 11:1  12:15  13:14  14:22  20:16
20:21  21:7
**needs**(3) 8:8  20:2  20:8
**neil**(2) 2:24  19:6
**network**(1) 20:3
**networks**(5) 1:7  2:40  2:51  4:24  17:14
**networks'**(1) 17:13
**neumann**(1) 3:34
**new**(3) 1:33  7:23  10:20
**next**(2) 14:14  18:25
**nichols**(1) 1:22
**nobody**(2) 9:16  9:19
**noon**(1) 19:12
**nortel**(5) 1:7  2:40  2:51  4:24  17:13  17:14
**north**(1) 1:25
**not**(14) 8:1  8:3  8:16  11:1  13:11  14:22
15:24  16:9  16:16  16:24  17:6  20:16  20:21
21:2
**noted**(1) 18:11
**nothing**(1) 21:9
**notice**(1) 16:7
**noticed**(1) 17:2
**november**(5) 1:14  6:1  9:10  16:1  22:9
**now**(1) 19:23
**number**(3) 9:9  15:11  17:14
**objection**(1) 16:14
**obviate**(1) 14:22
**obviously**(1) 10:3
**official**(3) 2:4  3:5  17:10
**okay**(5) 8:6  12:25  13:6  13:15  19:5
**old-fashioned**(1) 10:13
**one**(10) 1:32  2:7  8:5  8:21  10:14  11:2  11:7
12:8  17:22  20:25
**one's**(1) 19:2
**only**(3) 9:7  18:8  19:21
**open**(3) 15:15  16:20  20:11
**opportunity**(5) 8:23  9:25  10:4  10:6  12:7
**oppose**(1) 16:13
**orally**(1) 6:17
**order**(18) 14:5  14:18  14:22  15:1  15:9
15:12  16:16  16:23  17:1  17:6  17:9  17:20
18:6  19:18  20:2  20:15  20:23  21:1
**ordered**(9) 15:20  16:2  16:16  16:23  17:6
17:17  17:23  17:24  17:25
**ordering**(2) 21:2  21:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| other(6) 8:5 11:19 14:12 18:8 18:24 21:13 | | protest(1) 20:20 | | rossi(1) 3:46 | | taylor(2) 2:29 2:52 | |
| others(1) 14:19 | | provided(2) 16:6 20:2 | | rule(1) 11:6 | | telephone(4) 10:14 13:21 18:11 19:19 | |
| otherwise(4) 8:22 16:10 18:5 21:7 | | pursuant(1) 17:1 | | safe(1) 21:24 | | telephonic(4) 2:21 3:2 4:1 5:2 | |
| ought(1) 10:8 | | put(3) 11:23 12:18 13:4 | | said(2) 9:17 10:5 | | tell(1) 8:10 | |
| our(5) 6:15 8:23 11:13 19:7 19:12 | | questions(2) 10:15 10:15 | | samis(1) 2:6 | | temporary(1) 17:8 | |
| ourselves(1) 6:14 | | quiet(1) 6:14 | | sandra(1) 3:26 | | terminate(2) 16:5 17:2 | |
| out(11) 7:16 9:3 9:9 10:19 10:20 11:2 | | quite(1) 9:9 | | say(5) 7:5 7:7 9:11 17:23 18:19 | | termination(4) 16:10 16:13 16:15 18:20 | |
| 13:2 17:21 19:4 20:1 20:24 | | rafael(2) 2:13 6:8 | | saying(1) 8:13 | | terms(5) 14:15 14:18 15:8 16:8 18:5 | |
| | | ramifications(1) 10:10 | | scheduling(1) 14:14 | | thank(25) 6:2 6:23 6:24 7:3 13:9 13:15 | |
| over(3) 6:21 8:13 14:25 | | raymond(1) 4:25 | | schmidt(1) 4:37 | | 13:17 13:20 13:21 14:7 14:7 15:3 15:5 | |
| overby(1) 2:36 | | re-enrollment(1) 18:17 | | schuylkill(1) 1:39 | | 15:5 19:5 19:6 19:9 21:24 21:16 21:18 | |
| owenby(1) 3:38 | | reach(1) 14:9 | | schweitzer(27) 1:30 6:4 11:16 12:10 12:12 | | 21:19 21:20 21:23 21:25 22:1 | |
| p.m(1) 22:2 | | reached(3) 14:11 14:16 15:17 | | 12:16 13:9 13:12 14:17 14:17 15:1 15:4 | | | |
| paragraph(1) 20:25 | | read(5) 7:15 14:18 15:1 15:13 19:18 | | 15:5 15:8 17:25 18:3 18:5 18:8 18:24 | | thanks(1) 7:11 | |
| part(1) 12:11 | | reading(1) 17:21 | | 19:2 19:7 20:13 20:14 20:19 21:4 21:9 | | thanksgiving(1) 21:16 | |
| participants(2) 17:11 17:12 | | reads(1) 15:12 | | 21:18 | | that(68) 6:20 7:13 7:19 7:21 8:2 8:14 | |
| particular(1) 18:13 | | really(1) 19:21 | | seated(2) 6:3 13:20 | | 8:20 9:2 9:6 9:7 9:7 9:13 9:19 9:21 9:21 | |
| particularly(2) 9:11 11:11 | | received(3) 16:1 20:7 20:16 | | second(1) 11:7 | | 9:25 10:22 10:23 10:23 10:25 10:25 11:3 | |
| parties(14) 7:7 9:8 9:15 9:24 10:7 10:18 | | receiving(1) 15:21 | | see(3) 6:3 9:2 9:18 | | 11:12 12:10 12:12 12:18 13:1 13:7 14:2 | |
| 13:22 14:11 15:9 17:4 17:15 19:15 19:19 | | recess(3) 12:1 13:18 14:9 | | seems(1) 7:15 | | 14:12 14:15 14:18 14:20 14:23 14:25 15:8 | |
| 21:16 | | recognize(1) 8:17 | | seen(1) 9:19 | | 15:13 15:20 15:24 15:24 16:2 16:16 16:23 | |
| parties'(2) 16:21 18:20 | | record(11) 6:8 10:6 10:25 11:1 12:19 | | segal(2) 2:23 2:23 | | 17:6 17:17 17:21 18:4 18:10 18:11 18:15 | |
| party(2) 4:29 16:14 | | 14:19 14:21 15:2 18:9 18:16 19:18 | | selinda(1) 5:22 | | 18:16 19:11 19:18 19:18 19:20 19:20 | |
| passing(1) 9:4 | | recorded(1) 1:44 | | sen(2) 5:25 5:26 | | 19:23 19:24 20:4 20:7 20:10 20:11 20:15 | |
| patience(2) 13:21 15:6 | | recording(2) 1:44 22:6 | | send(2) 9:9 10:20 | | 20:22 20:25 21:1 21:12 22:5 | |
| patterson(1) 2:32 | | red(1) 8:7 | | sending(1) 9:3 | | | |
| pennsylvania(1) 1:40 | | reduce(1) 16:5 | | sent(3) 9:12 10:23 16:19 | | that's(9) 7:6 9:24 10:7 10:17 12:11 12:13 | |
| pention(1) 4:45 | | regarding(1) 14:14 | | separate(1) 14:24 | | 18:5 21:10 21:11 | |
| people(2) 9:18 10:14 | | related(4) 16:3 16:18 16:21 17:19 | | service(2) 1:38 1:45 | | | |
| per(20) 3:26 3:30 3:34 3:38 3:42 3:46 | | relaying(2) 14:21 20:9 | | services(2) 1:38 22:11 | | the(252) 1:1 1:2 1:18 2:15 3:21 6:2 6:5 | |
| 3:50 4:4 4:8 4:12 4:16 4:20 4:29 4:33 | | relief(3) 14:16 16:25 18:21 | | shall(4) 16:5 16:6 16:23 17:6 | | 6:7 6:8 6:9 6:10 6:12 6:14 6:18 6:20 6:22 | |
| 4:37 4:41 5:5 5:9 5:13 5:17 | | removing(1) 14:23 | | she(4) 11:16 14:18 14:20 15:1 | | 6:25 7:2 7:4 7:6 7:9 7:10 7:11 7:11 7:11 | |
| | | representatives(1) 2:50 | | she'll(1) 14:20 | | 7:14 7:16 7:22 7:23 7:24 7:25 8:1 8:2 8:3 | |
| perhaps(2) 7:17 12:2 | | representing(1) 6:12 | | should(2) 6:16 12:14 | | 8:4 8:5 8:7 8:10 8:12 8:15 8:17 8:18 | |
| persona(2) 3:26 4:26 | | reservation(4) 14:20 16:2 18:16 20:20 | | sides(2) 7:18 9:23 | | 8:19 9:3 9:4 9:6 9:6 9:8 9:12 9:14 | |
| peter(1) 5:13 | | reservations(1) 10:24 | | signature(1) 17:20 | | 9:15 9:15 9:16 9:18 9:20 9:23 9:23 9:24 | |
| phone(5) 9:16 14:20 15:13 20:9 21:15 | | reserved(6) 10:21 16:15 16:22 17:5 17:16 | | skelly(1) 2:25 | | 10:5 10:7 10:9 10:22 10:24 11:1 11:3 | |
| picked(2) 9:16 18:12 | | 18:22 | | softly(1) 7:19 | | 11:9 11:14 11:17 11:18 11:19 11:21 11:24 | |
| piper(1) 5:21 | | | | solution(2) 8:23 10:11 | | 11:25 12:3 12:4 12:6 12:7 12:11 12:11 | |
| place(1) 17:20 19:21 | | reserving(2) 16:4 19:20 | | solutions(1) 10:7 | | 12:14 12:17 12:18 12:23 12:25 13:5 13:7 | |
| plan(2) 17:11 21:6 | | resolution(6) 13:4 13:22 14:9 14:12 14:16 | | some(3) 6:16 8:14 12:21 | | 13:10 13:13 13:17 13:19 13:20 13:21 | |
| plans(8) 16:5 16:9 16:11 17:3 17:13 18:18 | | 14:18 | | something(4) 7:5 7:6 12:18 20:20 | | 13:22 13:23 13:25 14:3 14:6 14:7 14:8 | |
| 18:19 19:3 | | | | soriano(1) 5:17 | | 14:10 14:11 14:13 14:16 14:17 14:18 | |
| | | resolve(2) 12:2 19:16 | | sorry(3) 8:9 8:12 17:19 | | 14:18 14:19 14:19 14:21 14:21 | |
| playing(1) 9:23 | | resources(1) 11:23 | | sort(1) 13:3 | | 14:22 14:22 14:24 14:25 15:1 15:1 15:3 | |
| plaza(1) 1:32 | | respect(12) 8:19 15:19 16:11 16:18 16:22 | | sought(3) 14:12 16:25 18:21 | | 15:7 15:8 15:9 15:10 15:10 15:12 15:13 | |
| please(3) 6:3 13:19 13:20 | | 16:25 17:4 17:8 17:15 17:18 18:13 18:20 | | sound(1) 1:44 22:6 | | 15:13 15:15 15:15 15:16 15:18 15:19 | |
| pleased(1) 6:20 | | | | speak(1) 7:19 | | 15:20 15:21 15:22 15:23 15:24 16:1 16:2 | |
| podium(3) 6:14 14:17 14:25 | | respectful(1) 8:21 | | spending(1) 10:8 | | 16:3 16:4 16:5 16:5 16:8 16:8 16:10 | |
| point(4) 6:17 10:13 12:21 19:22 | | responding(1) 9:11 | | spirit(1) 7:11 | | 16:11 16:12 16:12 16:13 16:13 16:14 | |
| possibility(1) 10:18 | | responses(1) 10:17 | | square(1) 2:7 | | 16:18 16:19 16:20 16:20 16:20 16:23 | |
| potential(1) 13:22 | | responsive(1) 10:1 | | staff(1) 14:8 | | 16:25 16:25 17:2 17:2 17:3 17:4 17:6 | |
| ppearances(2) 1:21 2:1 | | restraining(1) 17:9 | | stargatt(1) 2:51 | | 17:6 17:8 17:9 17:10 17:15 17:17 17:19 | |
| prepared(1) 11:3 | | retains(1) 17:17 | | start(1) 8:13 | | 17:22 17:22 17:22 17:24 18:1 18:2 18:4 | |
| presence(1) 12:21 | | retiree(3) 18:10 18:14 18:17 | | started(1) 9:3 | | 18:5 18:6 18:7 18:8 18:9 18:10 18:11 | |
| press(2) 18:12 18:15 | | retirees(4) 14:21 16:7 18:18 18:19 | | states(2) 1:1 1:19 | | 18:11 18:12 18:14 18:14 18:14 18:15 | |
| pressures(1) 8:18 | | retiree's(1) 2:23 | | ste(1) 2:16 | | 18:16 18:16 18:17 18:17 18:18 18:18 | |
| prevent(1) 7:20 | | return(10) 15:22 20:2 20:6 20:17 20:21 | | steen(2) 1:29 2:44 | | 18:19 18:19 18:20 18:21 18:21 18:23 | |
| previously(1) 16:19 | | 20:22 21:2 21:5 21:7 21:10 | | stephanie(1) 2:25 | | 18:24 19:1 19:3 19:3 19:3 19:5 19:9 19:12 | |
| prior(2) 16:7 19:12 | | | | still(1) 14:1 | | 19:13 19:14 19:15 19:17 19:18 19:19 | |
| pro(4) 3:26 3:27 3:30 3:31 3:34 3:35 | | returned(3) 15:25 20:15 20:19 | | straighter(1) 12:17 | | 19:21 19:22 19:24 19:24 20:1 20:3 20:4 | |
| 3:38 3:39 3:42 3:43 3:46 3:47 3:50 3:51 | | rexroad(1) 3:42 | | strategic(1) 9:22 | | 20:5 20:5 20:7 20:10 20:13 20:14 20:16 | |
| 4:4 4:5 4:8 4:9 4:12 4:13 4:16 4:17 4:20 | | richard(1) 3:30 | | strategy(1) 9:23 | | 20:18 20:20 20:20 20:22 20:24 21:3 21:5 | |
| 4:21 4:29 4:30 4:33 4:34 4:37 4:38 4:41 | | richards(1) 2:5 | | strauss(1) 3:6 | | 21:5 21:9 21:11 21:14 21:15 21:16 21:21 | |
| 4:42 5:5 5:6 5:9 5:10 5:13 5:14 5:17 5:18 | | right(23) 7:6 8:4 8:12 8:15 8:19 9:20 | | street(3) 1:11 1:39 2:8 | | 21:23 22:1 22:2 22:5 22:6 22:6 22:7 | |
| 6:15 | | 10:16 11:21 12:23 13:7 13:17 18:1 18:7 | | styled(1) 17:10 | | | |
| | | 18:23 19:5 19:9 19:17 20:13 21:8 21:11 | | subject(2) 16:9 20:22 | | their(5) 10:8 10:19 15:15 15:22 21:4 | |
| probably(1) 14:12 | | 21:11 21:14 21:21 | | substance(1) 19:22 | | them(1) 8:10 | |
| problem(6) 8:24 8:24 9:7 9:13 9:17 12:11 | | | | such(6) 16:12 15:19 15:24 16:13 16:22 | | then(5) 9:14 10:16 12:14 13:13 17:20 | |
| procedures(1) 15:20 | | rights(18) 10:21 10:24 14:20 16:2 16:4 | | super(1) 13:12 | | there(10) 7:20 10:7 10:10 10:16 12:5 14:9 | |
| proceed(2) 10:3 11:5 | | 16:11 16:12 16:13 16:21 17:4 17:15 18:16 | | superseded(1) 18:9 | | 14:12 19:17 19:23 19:25 | |
| proceeding(2) 15:10 17:10 | | 18:20 19:2 19:21 20:21 20:23 20:24 | | sure(3) 8:14 11:14 14:10 | | | |
| proceedings(3) 1:17 1:44 22:7 | | | | surviving(1) 16:8 | | therein(1) 18:21 | |
| proceeds(1) 10:9 | | rise(1) 13:19 | | switch(1) 8:5 | | thereto(3) 16:21 17:5 17:15 | |
| process(1) 16:20 | | rodney(1) 2:7 | | | | thereunder(1) 16:6 | |
| produced(1) 1:45 | | roger(1) 2:46 | | take(5) 6:21 10:16 11:7 11:11 20:5 | | there's(7) 8:24 8:25 10:12 10:13 12:8 | |
| propria(2) 3:26 4:26 | | rohrbaugh(1) 4:12 | | taken(1) 8:15 | | 13:10 21:9 | |
| protected(2) 10:21 20:25 | | room(3) 7:10 11:4 13:10 | | talk(5) 10:2 10:9 10:14 11:2 12:7 | | | |
| | | | | tammy(1) 22:10 | | these(5) 6:10 7:14 9:23 18:9 21:17 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|

**they**(13) 9:25  10:15  10:15  10:19  15:24  19:3  20:8  20:9  20:11  21:4  21:5  21:6  21:6

**they'll**(1) 20:5

**they're**(3) 7:16  8:14  20:7

**thing**(8) 8:19  8:19  10:12  10:13  10:13  13:3  17:22  18:8

**things**(2) 12:17  19:16

**think**(23) 7:9  8:24  9:3  9:6  9:11  9:13  9:17  9:18  9:21  9:22  10:6  10:22  10:23  10:25  11:22  12:8  12:21  13:1  13:10  19:19  20:14  21:1  21:13

**thinking**(1) 7:21

**this**(16) 7:12  8:23  9:19  10:8  10:13  10:13  10:21  14:22  15:6  16:16  16:23  17:20  19:22  20:12  20:23  20:25

**thomas**(1) 3:22

**those**(6) 10:23  18:2  18:3  19:19  20:3  20:10

**though**(1) 14:22

**through**(2) 14:24  20:10

**time**(9) 9:8  10:8  11:2  11:20  14:8  14:15  15:6  16:6  19:14

**timely**(1) 16:14

**today**(4) 6:14  19:23  21:13  21:17

**togut**(1) 2:23

**tone**(2) 7:16  8:15

**too**(1) 13:1

**totman**(1) 4:41

**transcriber**(1) 22:10

**transcript**(4) 1:17  1:45  11:12  22:6

**transcription**(2) 1:38  1:45

**transcripts**(1) 7:14

**travel**(1) 21:24

**treat**(1) 20:25

**trust**(1) 4:46

**try**(3) 14:9  19:15  20:11

**trying**(3) 7:23  8:18  11:23

**tunnell**(1) 1:22

**turn**(1) 14:25

**tweed**(2) 3:17  3:21

**two**(1) 11:24

**two-week**(1) 9:10

**tyler**(1) 2:32

**type**(1) 8:22

**u.s.c**(1) 17:1

**uncharacteristi**(1) 7:5

**uncharacteristically**(1) 6:14

**under**(4) 8:18  17:13  19:3  21:5

**underlying**(1) 19:3

**understand**(1) 19:25

**unfortunate**(2) 9:22  10:23

**united**(2) 1:1  1:19

**unless**(1) 21:12

**unnecessarily**(1) 9:6

**unsecured**(1) 3:6

**upon**(1) 10:24

**use**(2) 10:20  11:4

**very**(2) 9:6  15:3

**via**(1) 20:10

**view**(1) 8:23

**want**(8) 7:12  7:15  8:14  10:4  10:19  11:12  11:12  12:6

**wanted**(2) 18:8  18:15

**was**(17) 6:16  8:13  8:13  9:6  9:7  9:11  9:12  9:13  9:22  10:23  19:17  19:18  19:20  19:21  20:14  22:2

**way**(3) 7:14  13:1  15:9

**webb**(1) 2:32

**wednesday**(1) 6:1

**week**(1) 9:16

**welcome**(2) 6:25  7:2

**welfare**(1) 16:5

**well**(6) 8:13  11:13  14:21  14:24  15:3  15:6

**were**(3) 11:22  13:22  14:4

**weren't**(1) 18:18

**west**(1) 2:16

**we'd**(1) 9:18

**we'll**(6) 12:18  14:12  14:15  14:23  20:6  20:9  21:13

**we're**(8) 7:23  9:5  9:21  10:2  12:1  17:25  20:9  21:13

**we've**(1) 9:9

**what**(10) 8:13  8:22  8:25  9:1  9:2  10:5  10:9  10:10  18:19  19:21

**whatever**(2) 12:19  20:6

**when**(5) 9:1  9:1  10:5  11:24  13:13

**where**(5) 9:24  10:1  10:7  10:14  10:18

**whereas**(3) 15:15  15:17  17:22

**whereupon**(1) 22:2

**whether**(4) 13:2  13:2  13:3  21:5

**which**(9) 7:16  9:12  9:12  10:22  14:1  15:22  16:12  16:25  17:14

**while**(2) 13:22  18:13

**who**(6) 8:25  9:1  10:5  14:19  18:10  20:10

**why**(1) 10:22

**wilkie**(1) 4:46

**will**(8) 8:10  8:20  14:13  14:22  15:9  19:22  19:25  20:22

**william**(1) 2:29

**wilmington**(5) 1:12  1:26  2:9  2:17  6:1

**wilson**(1) 4:20

**wish**(1) 21:14

**with**(34) 7:6  7:18  8:16  9:3  9:4  9:10  9:17  10:11  11:8  11:13  11:16  12:5  13:4  14:13  14:13  14:25  15:10  15:19  16:8  16:11  16:17  16:19  16:22  16:24  17:4  17:7  17:15  17:18  18:9  18:13  18:20  19:7  19:18  21:12

**without**(3) 9:4  9:4  16:6

**wonderful**(1) 21:15

**words**(2) 18:1  18:24

**work**(1) 21:16

**working**(2) 8:3  8:17

**worksheet**(4) 15:23  15:25  16:3  16:18

**worksheets**(3) 18:17  18:25  19:4

**would**(9) 9:19  11:2  11:15  12:6  12:10  12:12  12:22  12:24  21:1

**wrote**(1) 20:20

**www.diazdata.com**(1) 1:42

**year**(2) 15:16  18:25

**yes**(15) 6:12  7:25  8:2  8:11  11:18  12:4  12:16  13:23  13:25  14:6  18:4  19:1  19:13  20:4  20:13

**yesterday**(1) 6:16

**york**(1) 1:33

**you**(65) 6:2  6:3  6:16  6:23  6:24  7:2  7:3  7:4  7:10  7:14  7:16  8:10  8:20  8:21  9:5  9:16  9:18  9:19  9:20  10:3  10:5  10:15  11:1  11:2  11:3  11:4  11:9  11:10  12:5  12:6  12:7  12:14  13:4  13:7  13:9  13:11  13:13  13:15  13:17  13:20  13:21  14:7  15:3  15:4  15:5  15:5  18:3  19:5  19:6  19:9  19:17  19:22  20:15  20:16  20:19  20:19  20:21  20:24  21:12  21:12  21:18  21:19  21:20  21:23  21:25  22:1

**young**(2) 2:36  2:51

**your**(34) 6:4  6:6  6:13  6:23  6:24  7:8  7:24  8:19  10:6  10:21  11:7  11:10  11:11  12:20  12:21  13:15  13:21  13:24  14:13  15:5  15:6  17:20  17:21  19:11  19:15  20:14  20:23  20:24  21:1  21:12  21:16  21:18  21:19  21:20

**you'd**(1) 10:6

**you're**(4) 8:18  11:19  12:20  21:1

**zahralddin**(27) 2:13  6:6  6:8  6:9  6:13  6:19  6:21  6:23  7:8  12:13  12:20  12:24  13:1  13:6  13:15  13:24  14:1  14:4  14:7  14:11  19:10  19:11  19:14  20:4  21:8  21:12  21:19

**zahralldin**(7) 11:7  11:10  11:15  11:19  11:22  12:1  12:5

**zloto**(1) 3:14