# EXHIBIT A

2725046.2

**Client: Nortel Networks Incorporated**
**Matter: L-175748 - Pensions**
**Schedule of time covering period from 1 August 2012 to 31 October 2012**

| Date | Name | Hours | Agreed Rate / Hour (£) | Value (£) | Narrative |
|---|---|---|---|---|---|
| **Claims** | | | | | |
| 06/08/2012 | Mark Blyth | 1.00 | 740.00 | 740.00 | Email Cleary re employment issues |
| 10/08/2012 | Mark Blyth | 3.00 | 740.00 | 2,220.00 | Travel to and attend meeting at Cleary incl preparation re employment issues |
| 16/08/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email re employment issues |
| 24/08/2012 | Mark Blyth | 0.10 | 740.00 | 74.00 | Email Cleary re employment issues |
| 10/09/2012 | Mark Blyth | 0.60 | 740.00 | 444.00 | Review documents re employment issues |
| 11/09/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Reviewing query re foreign affiliate issues |
| 11/09/2012 | Mark Blyth | 0.40 | 740.00 | 296.00 | Review documents re foreign affiliate issues |
| 11/09/2012 | Mark Blyth | 0.60 | 740.00 | 444.00 | Review documents re employment issues |
| 13/09/2012 | Jared Oyston | 1.00 | 420.00 | 420.00 | Nortel query re foreign affiliate issues |
| 18/09/2012 | Jared Oyston | 0.70 | 420.00 | 294.00 | Call with Cleary re foreign affiliate issues |
| 18/09/2012 | Jared Oyston | 1.00 | 420.00 | 420.00 | Drafting document re foreign affiliate issues |
| 02/10/2012 | Geoffrey Lim | 4.80 | 200.00 | 960.00 | Research re foreign affiliate issues |
| 02/10/2012 | Mark Blyth | 0.20 | 740.00 | 148.00 | Internal discussion - email Cleary re employment issues |
| 03/10/2012 | Geoffrey Lim | 2.30 | 200.00 | 460.00 | Drafting document re foreign affiliate issues |
| 10/10/2012 | Jared Oyston | 1.00 | 420.00 | 420.00 | Query re foreign affiliate issues |
| 10/10/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Query re foreign affiliate issues |
| 16/10/2012 | Jared Oyston | 7.70 | 420.00 | 3,234.00 | Drafting document re foreign affiliate issues |
| 18/10/2012 | Jared Oyston | 2.00 | 420.00 | 840.00 | Drafting document re foreign affiliate issues |
| 19/10/2012 | Geoffrey Lim | 4.60 | 200.00 | 920.00 | Research re foreign affiliate issues |
| 19/10/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Drafting document re foreign affiliate issues |
| 23/10/2012 | Jared Oyston | 1.60 | 420.00 | 672.00 | Drafting document re foreign affiliate issues |
| 24/10/2012 | Jared Oyston | 0.70 | 420.00 | 294.00 | Drafting document re foreign affiliate issues |
| 24/10/2012 | Jared Oyston | 0.60 | 420.00 | 252.00 | Considering issues re foreign affiliate |
| 24/10/2012 | Jared Oyston | 1.60 | 420.00 | 672.00 | Drafting document re foreign affiliate issues |
| 25/10/2012 | Jared Oyston | 0.80 | 420.00 | 336.00 | Note to Cleary re foreign affiliate issues |
| **Fee applications** | | | | | |
| 29/08/2012 | Jared Oyston | 1.90 | 420.00 | 798.00 | Preparing fee applications |
| **Total** | | **40.70** | | **16,440.00** | |

A15850998