# EXHIBIT B

EXHIBIT B

Client: Nortel Networks Incorporated
Matter: L-175748 - Pensions
Schedule of OSIs covering period from 1 August 2012 to 31 October 2012

**Other Service Item (OSI) Section**

| Date | OSIS. Type | OSIS.Value | Description |
|---|---|---|---|
| 17/08/2012 | O001_TAXIS | 12.68 | 09/08 Taxi in New York |
| 17/08/2012 | O001_TAXIS | 13.95 | 10/08 Taxi Fare in New York |
| **Total** | | **26.63** | |