IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
: Hearing Date: December 18, 2012 at 10.00 a.m.
: (ET)
---------------------------------------------------------------X

**ELEVENTH QUARTERLY FEE APPLICATION REQUEST OF LINKLATERS LLP,
AS U.K. COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals, dated February 4, 2009 (D.I. 222) (the "Monthly Compensation Order"), Linklaters LLP ("Linklaters") hereby submits its Eleventh Quarterly Fee Application Request (the "Request") for the period August 1, 2012 through and including October 31, 2012[2] (the "Application Period").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

[2] Exhibits A and B attached to the monthly application contain detailed listing of Linklaters' requested fees and expenses for the Application Period.

Linklaters seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 11/27/12 | 08/01/12 – 10/31/12 | £16,440.00 ($26,353.49) | £26.63 (US$42.68) | Pending | £13,152.00 ($21,082.79) | £26.63 (US$42.68) | £3,288.00 ($5,270.69) |
| TOTAL | | £16,440.00 ($26,353.49) | £26.63 (US$42.68) | Pending | £13,152.00 ($21,082.79) | £26.63 (US$42.68) | £3,288.00 ($5,270.69) |

In accordance with the Monthly Compensation Order, Linklaters seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Linklaters respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Linklaters such other and further relief as is just and proper.

Dated: November 27, 2011
London, England

LINKLATERS LLP

_/s/ Mark Blyth_

Mark Blyth
One Silk Street
London
EC27 8HQ
Telephone: +44 20 7456 2000
Facsimile: +44 20 7456 2222

*U.K. Counsel for the Debtors and Debtors in Possession*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Name of Professional Person | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mark Blyth | Partner, Litigation | 740.00 | 6.0 | £4,440.00 |
| Jared Oyston | Associate, Litigation | 420.00 | 23.00 | £9,660.00 |
| Geoffrey Lim | Trainee, Litigation | 200.00 | 11.70 | £2,340.00 |
| **Total** | | | **40.70** | **£16,440.00** |
| **GRAND TOTAL:** | £16,440.00 (US$26,353.49) | | | |
| **BLENDED RATE:** | £403.93 (US$647.38) | | | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Project Category | Amount | Total |
|---|---|---|
| Taxis | 26.63 | £26.63 |
| **TOTAL** | | **£26.63** |
| | | (US$42.68) |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]