# EXHIBIT A

**August 1, 2012 through October 31, 2012**
**Time Records**

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Sachs, Paul | 23-Apr-12 | 1.50 | $1,125.00 | Perform initial analysis on DC Plan strategy (1.5). |
| Cran, Greg | 23-Apr-12 | 0.75 | $562.50 | Analyze DC Plan investments (0.75). |
| Pranger, Lanae | 24-Apr-12 | 1.00 | $498.80 | Telephone conference with Kathy Schultea (Nortel) regarding investment strategy (1.0). |
| Sachs, Paul | 24-Apr-12 | 1.25 | $937.50 | Analyze DC Plan investments (0.5); telephone conferences with Nortel regarding same (0.75). |
| Cran, Greg | 24-Apr-12 | 1.00 | $750.00 | Contemplate strategy concerning analysis of DC plan investments (0.25); telephone conferences and e-mail correspondence with Nortel regarding same (0.75). |
| Sachs, Paul | 25-Apr-12 | 1.00 | $750.00 | Telephone conference with Kathy Schultea (Nortel) regarding investment strategy (0.5); telephone conference with Liz Smith (Nortel) regarding same (0.5). |
| Cran, Greg | 25-Apr-12 | 1.50 | $1,125.00 | Telephone conference with DC investment manager regarding plan investments (1.0); e-mail correspondence with Nortel regarding same (0.5). |
| Sachs, Paul | 26-Apr-12 | 2.00 | $1,500.00 | Review design and documentation regarding DC Plan investments (2.0). |
| Cran, Greg | 26-Apr-12 | 3.00 | $2,250.00 | Review documentation regarding DC Plan investments (1.75); prepare documentation related to same (0.75); conferences with DC investment managers regarding plan investments (0.5). |
| Pranger, Lanae | 27-Apr-12 | 0.50 | $249.40 | Meeting with Paul Sachs regarding DC Plan investments (0.5). |
| Sachs, Paul | 27-Apr-12 | 1.50 | $1,125.00 | Conferences with working group regarding evaluation of DC Plan investment strategy (1.5). |
| Cran, Greg | 27-Apr-12 | 1.50 | $1,125.00 | Review documentation regarding DC Plan investments (0.5); prepare documentation related to same (0.25); conferences with DC investment managers regarding plan investments (0.75). |
| Sachs, Paul | 30-Apr-12 | 0.75 | $562.50 | Conferences with working group regarding evaluation of DC Plan investment strategy (0.75). |
| Cran, Greg | 30-Apr-12 | 1.75 | $1,312.50 | Prepare documentation related to DC Plan investment strategy (1.25); conferences with DC investment managers regarding same (0.5). |
| Sachs, Paul | 1-May-12 | 1.50 | $1,125.00 | Telephone conference with Deutsche Bank (DC custodian) regarding plan investments (1.5). |
| Cran, Greg | 1-May-12 | 2.75 | $2,062.50 | Telephone conference with Deutsche Bank (DC custodian) regarding plan investments (1.5); telephone conferences with investment managers regarding same (1.25). |
| Sachs, Paul | 2-May-12 | 2.00 | $1,500.00 | Telephone conference with Daniel Ray and Northern regarding DC Plan investments (2.0). |
| Cran, Greg | 2-May-12 | 2.50 | $1,875.00 | Telephone conference with Deutsche Bank (DC custodian) regarding plan investments (1.5); telephone conferences with investment managers regarding same (1.0). |
| Sachs, Paul | 3-May-12 | 2.25 | $1,687.50 | Prepare for presentation to Nortel regarding DC Plan investments (2.25). |
| Cran, Greg | 3-May-12 | 2.50 | $1,875.00 | Prepare for presentation to Nortel regarding DC Plan investments (2.5). |
| Sachs, Paul | 4-May-12 | 2.00 | $1,500.00 | Prepare for presentation to Nortel regarding DC Plan investments (1.5); confirm details concerning plan managers (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Cran, Greg | 5-May-12 | 0.50 | $375.00 | Review e-mail correspondence regarding analysis of DC Plan investments (0.5). |
| Sachs, Paul | 7-May-12 | 1.50 | $1,125.00 | Presentation to John Ray and Kathy Schultea regarding DC Plan investment strategy (1.5). |
| Cran, Greg | 7-May-12 | 1.00 | $750.00 | Prepare for telephone conference with client to discuss DC Plan investment strategy (1.0). |
| Sachs, Paul | 8-May-12 | 1.25 | $937.50 | Post-presentation telephone conference with Kathy Schultea regarding DC investment plan management (1.25). |
| Cran, Greg | 8-May-12 | 2.00 | $1,500.00 | Post-presentation telephone conference with Kathy Schultea regarding DC investment plan management (1.25); prepare for same (0.75). |
| Sachs, Paul | 9-May-12 | 1.00 | $750.00 | Telephone conference with Jason DeLong (AonHewitt) regarding DC Plan investments (1.0). |
| Cran, Greg | 9-May-12 | 1.00 | $750.00 | Analyze DC Plan investments (1.0). |
| Sachs, Paul | 10-May-12 | 0.25 | $187.50 | Review documents regarding DC Plan investments (0.25). |
| Cran, Greg | 14-May-12 | 0.50 | $375.00 | Telephone conference with investment manager regarding DC Plan investment (0.5). |
| Sachs, Paul | 15-May-12 | 1.00 | $750.00 | Telephone conference with Deutsche Bank regarding DC Plan investments (1.0). |
| Cran, Greg | 16-May-12 | 0.25 | $187.50 | Research regarding DC Plan investment manager (0.25). |
| Cran, Greg | 17-May-12 | 0.75 | $562.50 | Prepare for conference with DC Plan investment manager (0.75). |
| Sachs, Paul | 18-May-12 | 0.75 | $562.50 | E-mail correspondence and conferences with working group regarding status of DC Plan analysis (0.75). |
| Cran, Greg | 18-May-12 | 1.00 | $750.00 | Multiple e-mail correspondence and conferences with working group regarding status of DC Plan analysis (1.0). |
| Cran, Greg | 21-May-12 | 0.50 | $375.00 | Prepare for conference with DC Plan investment manager (0.5). |
| Sachs, Paul | 22-May-12 | 0.50 | $375.00 | Analyze DC Plan investments. |
| Cran, Greg | 22-May-12 | 1.25 | $937.50 | Research regarding DC Plan investment manager (1.25). |
| Sachs, Paul | 23-May-12 | 1.25 | $937.50 | Telephone conference with Daniel Ray and Northern Trust regarding DC plan investments (1.25). |
| Cran, Greg | 23-May-12 | 1.00 | $750.00 | Telephone conference with Northern Trust, Nortel and Liz Smith regarding DC Plan investments (1.0). |
| Cran, Greg | 25-May-12 | 0.25 | $187.50 | Review documents regarding DC Plan investment strategy (0.25). |
| Sachs, Paul | 29-May-12 | 1.25 | $937.50 | Draft memorandum to Kathy Schultea regarding DC Plan investment structure analysis (1.25). |
| Cran, Greg | 29-May-12 | 0.50 | $375.00 | Research regarding DC Plan investment manager (0.5). |
| Pranger, Lanae | 4-Jun-12 | 3.00 | $1,548.60 | Review Investment Policy Statement (1.25); review DC Plan structure (1.75). |
| Neff, Ryan | 6-Jun-12 | 1.00 | $214.60 | Draft report on DC Plan investment structure (1.0). |
| Neff, Ryan | 7-Jun-12 | 1.00 | $214.60 | Continue drafting report on DC Plan investment structure (1.0). |
| Pranger, Lanae | 7-Jun-12 | 6.00 | $3,097.20 | Draft and review report on DC Plan investment structure and strategy (6.0). |
| Billie, Patrick | 7-Jun-12 | 4.50 | $887.40 | Analyze and evaluate performance of DC Plan investments (4.5). |
| Neff, Ryan | 8-Jun-12 | 1.00 | $214.60 | Continue drafting report on DC Plan investment structure (1.0). |
| Sachs, Paul | 13-Jun-12 | 0.50 | $375.00 | Conferences with Deutsche Bank regarding DC Plan investments (0.5). |
| Cran, Greg | 13-Jun-12 | 2.00 | $1,500.00 | Research regarding DC Plan investment manager (2.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Sachs, Paul | 18-Jun-12 | 0.50 | $375.00 | Research regarding DC Plan investment manager (0.5). |
| Cran, Greg | 18-Jun-12 | 0.50 | $375.00 | Continue analysis of DC Plan investment manager (0.5). |
| Sachs, Paul | 20-Jun-12 | 1.25 | $937.50 | Continue analysis of DC Plan investment manager (1.25). |
| Cran, Greg | 20-Jun-12 | 0.50 | $375.00 | Continue analysis of DC Plan investment manager (0.5). |
| Pranger, Lanae | 21-Jun-12 | 3.00 | $1,548.60 | Telephone conference with John Ray (Nortel) to review DC Plan investment findings (3.0). |
| Sachs, Paul | 21-Jun-12 | 0.25 | $187.50 | E-mail correspondence and conferences with working group regarding status of DC Plan analysis (0.25). |
| Sachs, Paul | 25-Jun-12 | 0.50 | $375.00 | E-mail correspondence and conferences with working group regarding status of DC Plan analysis (0.5). |
| Cran, Greg | 25-Jun-12 | 0.50 | $375.00 | E-mail correspondence with working group regarding investment manager analysis (0.5). |
| Pranger, Lanae | 28-Jun-12 | 1.00 | $516.20 | Review and analyze DC Plan investments (1.0). |
| Pranger, Lanae | 3-Jul-12 | 1.00 | $516.20 | Telephone conference with Allianz regarding DC Plan investments (1.0). |
| Pranger, Lanae | 9-Jul-12 | 2.00 | $1,032.40 | Telephone conference with BlackRock regarding DC Plan investments (1.5); prepare for same (0.5). |
| Pranger, Lanae | 19-Jul-12 | 5.00 | $2,581.00 | Continue analysis of DC Plan investment manager (5.0). |
| Pranger, Lanae | 24-Jul-12 | 1.00 | $516.20 | Telephone conference with Deutsche Bank regarding DC Plan investments (1.0). |
| Pranger, Lanae | 25-Jul-12 | 2.00 | $1,032.40 | Telephone conference with John Ray (Nortel) regarding investment strategy (2.0). |
| Pranger, Lanae | 27-Jul-12 | 2.00 | $1,032.40 | Telephone conference with Committee and Liz Smith regarding investment strategy (2.0). |
| Smith, Doug J | 1-Aug-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regaridng status of DC Plan analysis (0.5). |
| Farswani, Vikas | 1-Aug-12 | 0.50 | $179.80 | Review BEN calculation data (0.5). |
| Zaleta, Cynthia O | 2-Aug-12 | 2.50 | $1,421.00 | Telephone conference with John Ray and Kathy Schultea (Nortel) regarding DC Plan termination (1.75); conference with working group regarding same (0.75). |
| Hughes, Tammy O | 2-Aug-12 | 2.25 | $1,526.86 | Attend meeting with working group and DC Plan Pension Investment Committee (1.75); prepare minutes for same (0.75). |
| Smith, Eileen M | 2-Aug-12 | 1.00 | $406.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Harris, Jason | 6-Aug-12 | 1.75 | $507.50 | Draft and review Investment Policy Statement. |
| Zaleta, Cynthia O | 6-Aug-12 | 1.50 | $852.60 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties on DC plan termination (1.5). |
| Smith, Eileen M | 6-Aug-12 | 1.00 | $406.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Hughes, Tammy O | 6-Aug-12 | 0.75 | $508.96 | Attend meeting with working group and DC Plan Pension Investment Committee (0.5); prepare minutes for same |
| Zaleta, Cynthia O | 7-Aug-12 | 1.00 | $568.40 | Telephone conference (in part) with Daniel Ray, Elizabeth Smith and other interested parties on DC plan termination (1.0). |
| Hughes, Tammy O | 7-Aug-12 | 1.50 | $1,017.90 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties on DC plan termination (1.5). |
| Smith, Eileen M | 7-Aug-12 | 0.75 | $304.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Smith, Eileen M | 7-Aug-12 | 1.00 | $406.00 | Telephone conference (in part) with Daniel Ray, Elizabeth Smith and other interested parties on DC plan termination (1.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Hughes, Tammy O | 7-Aug-12 | 2.00 | $1,357.20 | Telephone conference with working group and DC Plan Pension Investment Committee (1.5); prepare minutes for same (0.5). |
| Hughes, Tammy O | 8-Aug-12 | 1.50 | $1,017.90 | Telephone conference with working group and DC Plan Pension Investment Committee (1.25); prepare minutes for same (0.25). |
| Smith, Eileen M | 8-Aug-12 | 0.75 | $304.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.75). |
| Hughes, Tammy O | 8-Aug-12 | 1.75 | $1,187.56 | Attend meeting with working group and DC Plan Pension Investment Committee (1.5); prepare minutes for same (0.25). |
| Zaleta, Cynthia O | 8-Aug-12 | 1.50 | $852.60 | Attend meeting with working group and DC Plan Pension Investment Committee (1.5). |
| Hughes, Tammy O | 9-Aug-12 | 2.25 | $1,526.86 | Attend meeting with working group and DC Plan Pension Investment Committee (2.0); prepare minutes for same (0.25). |
| Zaleta, Cynthia O | 9-Aug-12 | 1.00 | $568.40 | Attend (in part) meeting with working group and DC Plan Pension Investment Committee (1.0). |
| Smith, Eileen M | 10-Aug-12 | 0.25 | $101.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Hughes, Tammy O | 10-Aug-12 | 1.25 | $848.26 | Attend meeting with working group and DC Plan Pension Investment Committee (1.0); prepare minutes for same (0.25). |
| Farswani, Vikas | 10-Aug-12 | 5.25 | $1,887.90 | Analyze and compare settlement liability estimates for restoration plan against Benecalc files (5.25). |
| Harris, Jason | 13-Aug-12 | 2.00 | $580.00 | Revise and update DC Plan review report (1.25); generate alternative index options (0.75). |
| Smith, Doug J | 13-Aug-12 | 0.50 | $336.40 | Contemplate strategy concerning analysis of DC Plan investments (0.5). |
| Smith, Eileen M | 13-Aug-12 | 0.50 | $203.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Zaleta, Cynthia O | 13-Aug-12 | 1.00 | $568.40 | E-mail correspondence and telephone conferences with Daniel Ray and outside parties regarding DC Plan termination filing (1.0). |
| Harris, Jason | 14-Aug-12 | 2.00 | $580.00 | Revise and update DC Plan review report (1.25); generate alternative index options (0.75). |
| Smith, Eileen M | 14-Aug-12 | 1.00 | $406.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties on DC plan termination (1.0). |
| Zaleta, Cynthia O | 14-Aug-12 | 2.50 | $1,421.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties on progress of DC Plan termination (2.5). |
| Hughes, Tammy O | 14-Aug-12 | 2.00 | $1,357.20 | Attend DC Plan Pension Investment Committee meeting (1.0); prepare minutes for same (0.25); telephone conference with Daniel Ray and working group regarding DC Plan termination (0.75). |
| Smith, Eileen M | 14-Aug-12 | 0.25 | $101.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Smith, Doug J | 15-Aug-12 | 0.50 | $336.40 | Contemplate strategy concerning analysis of DC Plan investments (0.5). |
| Zaleta, Cynthia O | 15-Aug-12 | 1.50 | $852.60 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties on progress of DC Plan termination (1.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Hughes, Tammy O | 15-Aug-12 | 2.00 | $1,357.20 | Attend DC Plan Pension Investment Committee meeting (1.0); prepare minutes for same (0.25); telephone conference with Daniel Ray and working group regarding DC Plan termination (0.75). |
| Farswani, Vikas | 15-Aug-12 | 1.00 | $359.60 | Analyze and compare settlement liability estimates for restoration plan against Benecalc files (0.5); telephone conference with Laura Bagarella regarding same (0.5). |
| Farswani, Vikas | 15-Aug-12 | 2.75 | $988.90 | Analyze and compare settlement liability estimates for 106/112 Plan (2.0); telephone conference with Cleary and CornerStone Group regarding same (0.75). |
| Balteanu, Cornel | 16-Aug-12 | 1.50 | $565.50 | Review files related to LTD valuation (0.25); prepare cash flow worksheet related to same (0.25); e-mail correspondence with Don Hardin regarding upcoming conference call (0.25); telephone conference with Cleary, Vikas Farswani and Don Hardin (0.5); telephone conference with Vikas Farswani regarding reports (0.25). |
| Hardin, Don R | 16-Aug-12 | 1.00 | $725.00 | Telephone conference with Vikas Farswani, Cornel Balteanu and Cleary regarding discount rates (1.0). |
| Henson, Kelly | 16-Aug-12 | 5.00 | $2,146.00 | Attend meeting with Elizabeth Smith (Nortel) regarding DC investment strategy (5.0). |
| Smith, Doug J | 16-Aug-12 | 0.50 | $336.40 | Contemplate strategy regarding LTD valuation issues (0.5). |
| Zaleta, Cynthia O | 16-Aug-12 | 6.00 | $3,410.40 | Attend DC Plan Pension Investment Committee meeting with working group (5.0); prepare minutes for same (1.0). |
| Hughes, Tammy O | 16-Aug-12 | 2.50 | $1,696.50 | Attend DC Plan Pension Investment Committee meeting with working group (in part) (2.5). |
| Hughes, Tammy O | 16-Aug-12 | 6.00 | $4,071.60 | Attend DC Plan Pension Investment Committee meeting with working group (5.0); telephone conference with Daniel Ray and working group regarding DC Plan termination (1.0). |
| Henson, Kelly | 16-Aug-12 | 3.00 | $1,287.00 | Attend DC Plan Pension Investment Committee meeting with working group (in part) (3.0). |
| Harris, Jason | 17-Aug-12 | 1.00 | $290.00 | Revise and update DC Plan review report (0.75); generate alternative index options (0.25). |
| Smith, Doug J | 17-Aug-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding status of DC Plan analysis (0.5). |
| Zaleta, Cynthia O | 17-Aug-12 | 1.50 | $852.60 | Review required termination notices for DC Plan (1.5). |
| Balteanu, Cornel | 20-Aug-12 | 0.25 | $94.26 | Prepare for conference call related to LTD valuation issues (0.25). |
| Harris, Jason | 20-Aug-12 | 0.25 | $73.00 | Review presentation related to DC Plan (0.25). |
| Smith, Eileen M | 20-Aug-12 | 0.75 | $304.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.75). |
| Zaleta, Cynthia O | 20-Aug-12 | 1.00 | $568.40 | Review required termination notices for DC Plan (1.0). |
| Mayer, Julie J | 20-Aug-12 | 8.25 | $622.06 | Research for ongoing projects (8.25). |
| Balteanu, Cornel | 21-Aug-12 | 1.75 | $659.76 | Prepare revised valuation of LTD (0.5); e-mail correspondence with Don Hardin regarding same (0.25); address issues related to LTD valuation (0.25); telephone conference with Don Hardin regarding same (0.25); search data files related to LTD valuation issues (0.25); e-mail correspondence with Matt Naughton regarding same (0.25). |
| Henson, Kelly | 21-Aug-12 | 1.00 | $429.00 | Draft memorandum to client regarding DC Plan transition options (1.0). |
| Smith, Doug J | 21-Aug-12 | 0.50 | $336.40 | Review strategy related to LTD valuation (0.5). |
| Smith, Eileen M | 21-Aug-12 | 1.00 | $406.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Zaleta, Cynthia O | 21-Aug-12 | 2.25 | $1,278.90 | Telephone conferences with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (2.25). |
| Hughes, Tammy O | 21-Aug-12 | 1.00 | $678.60 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |
| Smith, Eileen M | 21-Aug-12 | 1.50 | $609.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.5). |
| Lee, Eumene D | 21-Aug-12 | 1.00 | $336.40 | Conference with Vikas Farswani regarding 7/1/2012 valuation planning (1.0). |
| Hardin, Don R | 22-Aug-12 | 2.00 | $1,450.00 | Compile DC Plan data requested by Cleary (1.25); prepare data request for Nortel (0.75). |
| Hardin, Don R | 22-Aug-12 | 1.00 | $725.00 | Telephone conference with Roger Cooper regarding valuation issues (1.0). |
| Smith, Doug J | 22-Aug-12 | 0.50 | $336.40 | Review strategy related to LTD valuation (0.5). |
| Zaleta, Cynthia O | 22-Aug-12 | 0.50 | $284.20 | Review meeting materials for upcoming DC Plan Pension Investment Committee meeting (0.5). |
| Balteanu, Cornel | 23-Aug-12 | 0.50 | $188.50 | Telephone conference with Nortel, Don Hardin and Vikas Farswani regarding LTD valuation issues (0.5). |
| Hardin, Don R | 23-Aug-12 | 0.50 | $362.50 | Telephone conference with Nortel regarding 7/1/12 valuation data request (0.5). |
| Harris, Jason | 23-Aug-12 | 2.00 | $580.00 | Review and revise presentation related to DC Plan review (2.0). |
| Smith, Doug J | 23-Aug-12 | 1.00 | $672.80 | Review strategy related to LTD valuation (1.0). |
| Zaleta, Cynthia O | 23-Aug-12 | 1.00 | $568.40 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |
| Zaleta, Cynthia O | 23-Aug-12 | 2.50 | $1,421.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (2.5). |
| Lee, Eumene D | 23-Aug-12 | 0.50 | $168.20 | Conference with Vikas Farswani regarding 7/1/2012 valuation planning (0.5). |
| Balteanu, Cornel | 24-Aug-12 | 1.00 | $377.00 | Review new data files related to LTD valuation (0.5); e-mail correspondence with Don Hardin regarding same (0.25); e-mail correspondence with working group regarding same (0.25). |
| Hardin, Don R | 24-Aug-12 | 0.50 | $362.50 | Review e-mail correspondence to Cleary and Nortel regarding LTD valuation issues (0.5). |
| Hughes, Tammy O | 24-Aug-12 | 1.00 | $678.60 | Research regarding required notices related to DC Plan (1.0). |
| Smith, Eileen M | 24-Aug-12 | 0.25 | $101.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Farswani, Vikas | 24-Aug-12 | 4.25 | $1,528.30 | Prepare 7/1/2012 valuation of Retiree-Medical (FAS 106) plan (2.75); review non-qualified claims liability (1.0); telephone conference with Cleary regarding same (0.5). |
| Balteanu, Cornel | 27-Aug-12 | 1.00 | $377.00 | Prepare LTD cash flow valuation analysis (0.5); review related files and data (0.5). |
| Smith, Doug J | 27-Aug-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan analysis (0.5). |
| Zaleta, Cynthia O | 27-Aug-12 | 2.50 | $1,421.00 | Review presentation materials for upcoming DC Plan Pension Investment Committee meeting (2.5). |
| Smith, Eileen M | 27-Aug-12 | 0.50 | $203.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Hughes, Tammy O | 27-Aug-12 | 1.00 | $678.60 | Attend DC Plan Pension Investment Committee meeting with working group (0.75); prepare minutes for same (0.25). |
| Lee, Eumene D | 27-Aug-12 | 2.00 | $672.80 | Reconciled data for valuation for retiree medical plan (2.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Smith, Eileen M | 28-Aug-12 | 0.50 | $203.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.5). |
| Hughes, Tammy O | 28-Aug-12 | 1.00 | $678.60 | Review required DC Plan notices (1.0). |
| Smith, Eileen M | 28-Aug-12 | 1.50 | $609.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.5). |
| Balteanu, Cornel | 29-Aug-12 | 2.50 | $942.50 | Prepare LTD valuation analysis, including review and analysis of backup data (2.5). |
| Smith, Doug J | 29-Aug-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan analysis (0.5). |
| Zaleta, Cynthia O | 29-Aug-12 | 1.00 | $568.40 | Conference with Daniel Ray and Elizabeth Smith regarding Rollover Systems, Inc. DC Plan issues (1.0). |
| Smith, Eileen M | 29-Aug-12 | 0.75 | $304.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.75). |
| Farswani, Vikas | 29-Aug-12 | 4.00 | $1,438.40 | Analyze non-qualified liability claims (4.0). |
| Balteanu, Cornel | 30-Aug-12 | 5.00 | $1,885.02 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (4.25); e-mail correspondence with Don Hardin and Matt Naughton regarding same (0.75). |
| Farswani, Vikas | 30-Aug-12 | 1.50 | $539.40 | Prepare 7/1/2012 valuation of FAS 106 post-retiree medical (1.5). |
| Lee, Eumene D | 30-Aug-12 | 1.50 | $504.60 | Reconcile data for 7/1/2012 valuation (1.5). |
| Balteanu, Cornel | 31-Aug-12 | 0.75 | $282.76 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (0.5); e-mail correspondence with Don Hardin and Matt Naughton regarding same (0.25). |
| Hardin, Don R | 31-Aug-12 | 1.00 | $725.00 | Conference with Roger Cooper (Cleary) regarding inquiries of Cornerstone (0.5); correspondence with working group regarding same (0.5). |
| Naughton, Matt | 31-Aug-12 | 0.75 | $500.26 | Review analyses prepared by working group related to LTD valuation (0.75). |
| Lee, Eumene D | 31-Aug-12 | 1.00 | $336.40 | Reconcile data for 7/1/2012 valuation (1.0). |
| Balteanu, Cornel | 4-Sep-12 | 5.75 | $2,167.76 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (4.75); e-mail correspondence and conferences with Don Hardin and Matt Naughton regarding same (1.0). |
| Smith, Doug J | 4-Sep-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding LTD valuation strategy (0.5). |
| Smith, Eileen M | 4-Sep-12 | 1.25 | $507.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.25). |
| Smith, Eileen M | 4-Sep-12 | 1.00 | $406.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |
| Zaleta, Cynthia O | 4-Sep-12 | 2.00 | $1,136.80 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (2.0). |
| Farswani, Vikas | 4-Sep-12 | 0.25 | $89.90 | Analyze non-qualified liability claims (0.25). |
| Lee, Eumene D | 4-Sep-12 | 2.00 | $672.80 | Conferences with internal working group regarding 7/1/2012 valuation data reconciliation (2.0). |
| Balteanu, Cornel | 5-Sep-12 | 4.00 | $1,508.02 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (4.0). |
| Zaleta, Cynthia O | 5-Sep-12 | 3.50 | $1,989.40 | Review DC Plan required termination notices (1.0); attend DC Plan Pension Investment Committee meeting with working group (2.25); prepare minutes for same (0.25). |
| Farswani, Vikas | 6-Sep-12 | 1.25 | $449.50 | Prepare 7/1/2012 valuation of FAS 106 post-retiree medical (1.25). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Balteanu, Cornel | 7-Sep-12 | 3.50 | $1,319.52 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (3.5). |
| Chronister, Mark E | 7-Sep-12 | 1.00 | $696.00 | Collect and review IBNP data for retirees and disableds (1.0). |
| Smith, Doug J | 7-Sep-12 | 1.00 | $672.80 | E-mail correspondence and conferences with working group regarding DC Plan investments (0.5); e-mail correspondence and conferences with working group regarding LTD valuation strategy (0.5). |
| Smith, Eileen M | 10-Sep-12 | 1.00 | $406.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Lee, Eumene D | 10-Sep-12 | 2.00 | $672.80 | Conference with Vikas Farswani regarding post-retiree medical valuation data reconciliation (2.0). |
| Hughes, Tammy O | 11-Sep-12 | 2.25 | $1,526.86 | Attend DC Plan Pension Investment Committee meeting (1.5); prepare minutes for same (0.25); telephone conference with Daniel Ray and working group regarding DC Plan termination (0.5). |
| Smith, Eileen M | 11-Sep-12 | 2.00 | $812.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (2.0). |
| Farswani, Vikas | 11-Sep-12 | 4.00 | $1,438.40 | Review non-qualified plan (restoration plan) liability claims (4.0). |
| Horner, Timothy J | 11-Sep-12 | 1.00 | $759.80 | Review notes from recent DC Plan Pension Investment Committee meetings (1.0). |
| Lee, Eumene D | 11-Sep-12 | 2.00 | $672.80 | Conference with Vikas Farswani regarding post-retiree medical valuation data reconciliation (2.0). |
| Balteanu, Cornel | 12-Sep-12 | 4.50 | $1,696.54 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (3.75); e-mail correspondence with Don Hardin and Matt Naughton regarding issues concerning same (0.75). |
| Chronister, Mark E | 12-Sep-12 | 1.50 | $1,044.00 | Collect and review IBNP data for retirees and disableds (1.5). |
| Green, Katelyn N | 12-Sep-12 | 1.00 | $226.20 | Collect and review IBNP data for retirees and disableds (1.0). |
| Hardin, Don R | 12-Sep-12 | 1.00 | $725.00 | Telephone conference with Cleary and Cornerstone working group regarding retiree plan (1.0). |
| Nebbia, Jerry A | 12-Sep-12 | 1.00 | $754.00 | Actuarial review of IBNP data for retirees and disableds (1.0). |
| Smith, Doug J | 12-Sep-12 | 1.00 | $672.80 | Review documents and correspondence related to strategy concerning DC Plan investments (1.0). |
| Smith, Eileen M | 12-Sep-12 | 0.50 | $203.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Hughes, Tammy O | 12-Sep-12 | 0.75 | $508.96 | Attend DC Plan Pension Investment Committee meeting with working group (0.5); prepare minutes for same (0.25). |
| Lee, Eumene D | 12-Sep-12 | 0.50 | $168.20 | Conference with Vikas Farswani regarding post-retiree medical valuation data reconciliation (0.5). |
| Balteanu, Cornel | 13-Sep-12 | 1.00 | $377.00 | Review and analyze data concerning LTD valuation (0.5); telephone conference with Matt Naughton and Don Hardin regarding same (0.5). |
| Chronister, Mark E | 13-Sep-12 | 1.00 | $696.00 | Collect and review IBNP data for retirees and disableds (1.0). |
| Hardin, Don R | 13-Sep-12 | 0.75 | $543.76 | Telephone conference with Cornel Balteanu and Matt Naughton regarding 2010 medical gain/loss calculation for LTD (0.5); telephone conference with Roger Cooper regarding same (0.25). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Nebbia, Jerry A | 13-Sep-12 | 0.50 | $377.00 | Actuarial review of IBNP data for retirees and disableds (0.5). |
| Smith, Doug J | 13-Sep-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan investments (0.5). |
| Farswani, Vikas | 13-Sep-12 | 8.00 | $2,876.80 | Review and analyze data regarding 7/1/2012 FAS 106 valuation (6.0); conference with Eumene Lee regarding data reconciliation issues (1.0); telephone conferences with Cleary and Cornerstone working group regarding issues concerning same (1.0). |
| Lee, Eumene D | 13-Sep-12 | 1.00 | $336.40 | Conference with Vikas Farswani regarding post-retiree medical valuation data reconciliation (1.0). |
| Balteanu, Cornel | 14-Sep-12 | 1.50 | $565.50 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (1.5). |
| Chronister, Mark E | 14-Sep-12 | 1.00 | $696.00 | Collect and review IBNP data for retirees and disableds (1.0). |
| Green, Katelyn N | 14-Sep-12 | 0.25 | $56.56 | Collect and review IBNP data for retirees and disableds (0.25). |
| Nebbia, Jerry A | 14-Sep-12 | 1.50 | $1,131.00 | Actuarial review of IBNP data for retirees and disableds (1.5). |
| Smith, Eileen M | 14-Sep-12 | 0.25 | $101.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Hughes, Tammy O | 14-Sep-12 | 2.00 | $1,357.20 | Telephone conference with representative of RSI, Inc. and working group regarding DC Plan (2.0). |
| Farswani, Vikas | 14-Sep-12 | 2.25 | $809.10 | Review and analyze data regarding 7/1/2012 FAS 106 valuation (1.75); telephone conferences with Cleary and Cornerstone regarding issues concerning same (0.5). |
| Balteanu, Cornel | 17-Sep-12 | 1.50 | $565.50 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (1.0). |
| Green, Katelyn N | 17-Sep-12 | 1.50 | $339.30 | Collect and review IBNP data for retirees and disableds (1.5). |
| Henson, Kelly | 17-Sep-12 | 1.00 | $429.00 | Revise and update Investment Policy Statement (1.0). |
| Smith, Doug J | 17-Sep-12 | 0.50 | $336.40 | Review strategy related to DC Plan investments (0.5). |
| Smith, Eileen M | 17-Sep-12 | 1.00 | $406.00 | Review DC Plan forms and required termination notices (1.0). |
| Lee, Eumene D | 17-Sep-12 | 1.50 | $504.60 | Prepare 7/1/2012 LTD valuation (1.5). |
| Balteanu, Cornel | 18-Sep-12 | 3.00 | $1,131.00 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.5); e-mail correspondence to Matt Naughton regarding issues concerning same (0.5). |
| Chronister, Mark E | 18-Sep-12 | 1.50 | $1,044.00 | Collect and review IBNP data for retirees and disableds (1.5). |
| Green, Katelyn N | 18-Sep-12 | 0.25 | $56.56 | Collect and review IBNP data for retirees and disableds (0.25). |
| Hughes, Tammy O | 18-Sep-12 | 1.00 | $678.60 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |
| Smith, Eileen M | 18-Sep-12 | 1.25 | $507.50 | Review DC Plan forms and required termination notices (1.25). |
| Chronister, Mark E | 19-Sep-12 | 1.50 | $1,044.00 | Collect and review IBNP data for retirees and disableds (1.5). |
| Green, Katelyn N | 19-Sep-12 | 1.25 | $282.76 | Collect and review IBNP data for retirees and disableds (1.25). |
| Hardin, Don R | 19-Sep-12 | 0.50 | $362.50 | Telephone conference with Cleary and Nortel regarding IBNR (0.5). |
| Naughton, Matt | 19-Sep-12 | 0.50 | $333.50 | Review LTD valuations performed by working group (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Nebbia, Jerry A | 19-Sep-12 | 1.00 | $754.00 | Telephone conference with Mark Chronister and Katelyn Green regarding IBNP (1.0). |
| Henson, Kelly | 19-Sep-12 | 1.00 | $429.00 | Revise and update Investment Policy Statement (1.0). |
| Hughes, Tammy O | 19-Sep-12 | 2.00 | $1,357.20 | Attend DC Plan Pension Investment Committee meeting with working group (1.75); prepare minutes for same (0.25). |
| Farswani, Vikas | 19-Sep-12 | 2.00 | $719.20 | Prepare 7/1/2012 FAS 106 valuation (2.0). |
| Lee, Eumene D | 19-Sep-12 | 2.00 | $672.80 | Prepare 7/1/2012 FAS 106 valuation (2.0). |
| Chronister, Mark E | 20-Sep-12 | 0.50 | $348.00 | Telephone conference with Kathy Schultea regarding 2013 medical plan rates (0.5). |
| Smith, Doug J | 20-Sep-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Hughes, Tammy O | 20-Sep-12 | 1.75 | $1,187.56 | Attend DC Plan Pension Investment Committee meeting with working group (1.5); prepare minutes for same (0.25). |
| Smith, Eileen M | 20-Sep-12 | 1.25 | $507.50 | Review DC Plan forms and required termination notices (1.25). |
| Farswani, Vikas | 20-Sep-12 | 7.25 | $2,607.10 | Prepare 7/1/2012 FAS 106 valuation (3.0); telephone conference with Cleary regarding same (0.5); review non-qualified liability claims for Cleary (3.75). |
| Lee, Eumene D | 20-Sep-12 | 3.00 | $1,009.20 | Prepare 7/1/2012 FAS 106 valuation (3.0). |
| Chronister, Mark E | 21-Sep-12 | 0.50 | $348.00 | Telephone conference with Kathy Schultea regarding 2013 medical plan rates (0.5). |
| Hughes, Tammy O | 21-Sep-12 | 1.50 | $1,017.90 | Attend DC Plan Pension Investment Committee meeting with working group (1.25); prepare minutes for same (0.25). |
| Farswani, Vikas | 21-Sep-12 | 1.25 | $449.50 | Review non-qualified liability claims at request of Cleary (1.25). |
| Mayer, Julie J | 21-Sep-12 | 8.25 | $622.06 | Research for ongoing projects (8.25). |
| Balteanu, Cornel | 24-Sep-12 | 2.00 | $754.00 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (1.75); e-mail correspondence to Matt Naughton regarding issues concerning same (0.25). |
| Nebbia, Jerry A | 24-Sep-12 | 1.00 | $754.00 | Actuarial review of IBNP data for retirees and disableds (1.0). |
| Henson, Kelly | 24-Sep-12 | 3.50 | $1,502.00 | Meeting with Elizabeth Smith regarding DC Plan investment strategy (3.5). |
| Smith, Eileen M | 24-Sep-12 | 0.25 | $101.50 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Zaleta, Cynthia O | 24-Sep-12 | 1.50 | $852.60 | Review DC Plan required termination notices (1.5). |
| Lee, Eumene D | 24-Sep-12 | 3.00 | $1,009.20 | Prepare 7/1/2012 valuation (3.0). |
| Balteanu, Cornel | 25-Sep-12 | 2.00 | $754.00 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (1.75); e-mail correspondence to Matt Naughton regarding issues concerning same (0.25). |
| Naughton, Matt | 25-Sep-12 | 1.00 | $667.00 | Review LTD valuations performed by working group (1.0). |
| Henson, Kelly | 25-Sep-12 | 3.50 | $1,502.00 | Meeting with Elizabeth Smith regarding DC Plan investment strategy (3.5). |
| Smith, Doug J | 25-Sep-12 | 0.50 | $336.40 | E-mail correspondence with working group regarding DC investments engagement (0.5). |
| Smith, Eileen M | 25-Sep-12 | 1.75 | $710.50 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0); prepare update to DC Plan engagement and termination workflows for Nortel (0.75). |
| Lee, Eumene D | 25-Sep-12 | 4.00 | $1,345.60 | Prepare 7/1/2012 valuation calculations (4.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Balteanu, Cornel | 26-Sep-12 | 3.00 | $1,131.00 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.25); e-mail correspondence to Matt Naughton and Kathy Schultea regarding issues concerning same (0.75). |
| Smith, Doug J | 26-Sep-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Zaleta, Cynthia O | 26-Sep-12 | 0.50 | $284.20 | Review DC Plan required termination notices (0.5). |
| Farswani, Vikas | 26-Sep-12 | 12.50 | $4,495.00 | Analyze data related to 7/1/2012 FAS 106 valuation (12.5). |
| Lee, Eumene D | 26-Sep-12 | 3.00 | $1,009.20 | Prepare 7/1/2012 FAS 106 valuation (3.0). |
| Balteanu, Cornel | 27-Sep-12 | 5.00 | $1,885.04 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (3.25); e-mail correspondence with Matt Naughton regarding issues concerning same (0.5); multiple e-mail correspondence with Elizabeth Smith regarding additional data for analysis (0.5); review same (0.75). |
| Chronister, Mark E | 27-Sep-12 | 0.75 | $522.00 | Telephone conference with Kathy Schultea regarding PPACA compliance (0.75). |
| Zaleta, Cynthia O | 27-Sep-12 | 1.00 | $568.40 | Review DC Plan required termination notices (1.0). |
| Smith, Eileen M | 27-Sep-12 | 0.50 | $203.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Zaleta, Cynthia O | 27-Sep-12 | 0.50 | $284.20 | Telephone conference with working group and Kathy Schultea regarding DC Plan compliance issues (0.5). |
| Farswani, Vikas | 27-Sep-12 | 1.00 | $359.60 | Review non-qualified liabilities for Restoration plan (0.75); telephone conference with Cleary regarding same (0.25). |
| Lee, Eumene D | 27-Sep-12 | 2.00 | $672.80 | Continue preparation of 7/1/2012 valuation (2.0). |
| Balteanu, Cornel | 28-Sep-12 | 4.50 | $1,696.50 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.5); telephone conference and e-mail correspondence with Matt Naughton regarding census file review (0.5); e-mail correspondence to Elizabeth Smith and Allison Ryan regarding same (0.25); telephone conference with Vikas Farswani regarding RDS assumptions (0.25); research regarding Part B premium (0.5); e-mail correspondence to Matt Naughton regarding same (0.25); e-mail correspondence to and from Don Hardin and Allison Ryan regarding valuation issues (0.25). |
| Chronister, Mark E | 28-Sep-12 | 0.75 | $522.00 | Telephone conference with Kathy Schultea regarding status of LTD valuation (0.75). |
| Hardin, Don R | 28-Sep-12 | 0.50 | $362.52 | Respond to request of John Ray regarding data liability (0.25); telephone conference with Kathy Schultea regarding settlement offer (0.25). |
| Zaleta, Cynthia O | 28-Sep-12 | 1.00 | $568.40 | Review DC Plan required termination notices (1.0). |
| Balteanu, Cornel | 1-Oct-12 | 6.75 | $2,544.76 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (4.25); e-mail correspondence with Don Hardin regarding status of same (0.25); additional analysis of SSDI offsets and COLA documents (1.75); e-mail correspondence with Allison Ryan regarding same (0.5). |
| Smith, Doug J | 1-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Lee, Eumene D | 1-Oct-12 | 3.00 | $1,113.60 | Perform 7/1/2012 valuation calculations (3.0). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Balteanu, Cornel | 2-Oct-12 | 6.25 | $2,356.26 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (4.25); e-mail correspondence with Allison Ryan and Deb Parker regarding COLA data (0.5); telephone conference with Allison Ryan and Deb Parker regarding COLA policy document review (0.5); telephone call to Matt Naugton regarding COLA data (0.25); additional importation of RDS calculations data (0.75). |
| Hardin, Don R | 2-Oct-12 | 0.50 | $362.50 | Telephone conference with Cleary regarding valuation data |
| Smith, Doug J | 2-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Smith, Eileen M | 2-Oct-12 | 1.25 | $522.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.25). |
| Hughes, Tammy O | 2-Oct-12 | 0.50 | $348.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.5). |
| Zaleta, Cynthia O | 2-Oct-12 | 1.50 | $878.70 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.5). |
| Smith, Eileen M | 2-Oct-12 | 0.50 | $208.80 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.5). |
| Lee, Eumene D | 2-Oct-12 | 2.00 | $742.40 | Perform 7/1/2012 valuation calculations (2.0). |
| Balteanu, Cornel | 3-Oct-12 | 4.50 | $1,696.50 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (3.25); multiple e-mail correspondence to Matt Naughton regarding headcounts and liabilities comparisons (0.75); telephone conference with Kathy Schultea regarding same (0.5). |
| Zaleta, Cynthia O | 3-Oct-12 | 1.50 | $878.70 | Attend DC Plan Pension Investment Committee meeting with working group (1.25); prepare minutes for same (0.25). |
| Balteanu, Cornel | 4-Oct-12 | 3.25 | $1,225.26 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.75); multiple e-mail correspondence with Matt Naughton and Mason Shea regarding same (0.5). |
| Hughes, Tammy O | 4-Oct-12 | 0.25 | $174.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.25). |
| Balteanu, Cornel | 5-Oct-12 | 4.00 | $1,508.02 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.75); e-mail correspondence with Don Hardin and Matt Naughton regarding census file analysis (0.75); e-mail correspondence with Vikas Farswani regarding same (0.25); e-mail correspondence to Kathy Schultea regarding same (0.25). |
| Naughton, Matt | 5-Oct-12 | 2.00 | $1,334.00 | Review valuation analyses performed by Cornel Balteanu (1.5); e-mail correspondence with Cornel Balteanu regarding same (0.5). |
| Zaleta, Cynthia O | 5-Oct-12 | 1.00 | $585.80 | Attend DC Plan Pension Investment Committee meeting with working group (0.75); prepare minutes for same (0.25). |
| Farswani, Vikas | 5-Oct-12 | 2.50 | $1,000.50 | Perform data research related to FAS 106 valuation (2.25); e-mail correspondence with Cornel Balteanu regarding same (0.25). |
| Hardin, Don R | 8-Oct-12 | 0.25 | $181.26 | Telephone conference with Cleary regarding status of LTD valuation (0.25). |
| Smith, Doug J | 8-Oct-12 | 1.00 | $672.80 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Zaleta, Cynthia O | 8-Oct-12 | 0.50 | $292.90 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.5). |
| Smith, Eileen M | 8-Oct-12 | 0.50 | $208.80 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Lee, Eumene D | 8-Oct-12 | 3.00 | $1,113.60 | Continue preparation of 7/1/2012 valuation (3.0). |
| Balteanu, Cornel | 9-Oct-12 | 3.00 | $1,131.02 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.25); e-mail correspondence with Vikas Farswani and Matt Naughton regarding discount rate issues (0.5); e-mail correspondence with Don Hardin regarding census file (0.25). |
| Naughton, Matt | 9-Oct-12 | 3.00 | $2,001.00 | Review LTD valuation analysis performed by working group (2.5); e-mail correspondence with working group regarding same (0.5). |
| Zaleta, Cynthia O | 9-Oct-12 | 1.50 | $878.70 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.5). |
| Smith, Eileen M | 9-Oct-12 | 1.00 | $417.60 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Farswani, Vikas | 9-Oct-12 | 12.00 | $4,802.40 | Prepare and update valuation for 7/1/12 FAS 106 post-retiree medical (9.0); prepare and update FAS 112 LTD valuation (0.5); research regarding retirees for Restoration plan and settlement of non-qualified claims (2.0: telephone conferences with Cleary working group regarding same (0.5). |
| Lee, Eumene D | 9-Oct-12 | 4.50 | $1,670.40 | Perform calculations related to 7/1/2012 valuation (4.5). |
| Turner, Stacy | 9-Oct-12 | 0.25 | $92.80 | Perform calculations related to 7/1/2012 valuation (0.25). |
| Balteanu, Cornel | 10-Oct-12 | 2.75 | $1,036.76 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.75). |
| Smith, Doug J | 10-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Smith, Eileen M | 10-Oct-12 | 0.75 | $313.20 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.75). |
| Zaleta, Cynthia O | 10-Oct-12 | 1.00 | $585.80 | Attend DC Plan Pension Investment Committee meeting with working group (0.75); prepare minutes for same (0.25). |
| Farswani, Vikas | 10-Oct-12 | 8.00 | $3,201.60 | Prepare and update valuation for 7/1/12 FAS 106 post-retiree medical (3.0); research regarding retirees for Restoration plan and settlement of non-qualified claims (4.25); telephone conferences with Cleary regarding same (0.75). |
| Lee, Eumene D | 10-Oct-12 | 1.50 | $556.80 | Perform calculations related to 7/1/2012 valuation (1.5). |
| Balteanu, Cornel | 11-Oct-12 | 1.75 | $659.76 | Draft LTD valuation report (1.25); e-mail correspondence with Don Hardin and Vikas Farswani regarding liability summary (0.25); e-mail correspondence with Matt Naughton regarding valuation report (0.25). |
| Zaleta, Cynthia O | 11-Oct-12 | 2.00 | $1,171.60 | Attend DC Plan Pension Investment Committee meeting with working group (1.75); prepare minutes for same (0.25). |
| Lee, Eumene D | 11-Oct-12 | 1.50 | $556.80 | Perform calculations related to 7/1/2012 valuation (1.5). |
| Balteanu, Cornel | 12-Oct-12 | 6.50 | $2,450.54 | Continue preparation of LTD valuation analysis, including review and analysis of backup data (2.25); e-mail correspondence and telephone conference with Matt Naughton regarding trend and Part B issues (0.5); continue drafting LTD valuation report (3.25); e-mail correspondence with Matt Naughton and Kathy Schultea regarding same (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Naughton, Matt | 12-Oct-12 | 2.00 | $1,334.00 | Review LTD valuation analysis performed by working group (1.5); e-mail correspondence with working group regarding same (0.5). |
| Smith, Doug J | 12-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Zaleta, Cynthia O | 12-Oct-12 | 1.50 | $878.70 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.5). |
| Balteanu, Cornel | 15-Oct-12 | 4.25 | $1,602.28 | Revise and update draft report regarding LTD valuation (2.75); e-mail correspondence with Vikas Farswani, Don Hardin and Matt Naughton regarding issues concerning same (1.0); telephone conference and e-mail correspondence with Don Hardin and Matt Naughton regarding responding to Cleary's request concerning LTD valuation (0.5). |
| Hardin, Don R | 15-Oct-12 | 1.00 | $725.00 | Telephone conferences with working group and Cleary regarding Cornerstone work allocation (1.0). |
| Smith, Doug J | 15-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Zaleta, Cynthia O | 15-Oct-12 | 1.00 | $585.80 | Attend DC Plan Pension Investment Committee meeting with working group (0.75); prepare minutes for same (0.25). |
| Hardin, Don R | 16-Oct-12 | 1.00 | $725.00 | Telephone conferences with working group and Cleary regarding upcoming meeting in Richmond (1.0). |
| Zaleta, Cynthia O | 16-Oct-12 | 1.50 | $878.70 | Telephone conference with working group and Daniel Ray regarding Puerto Rico DC Plan termination issues (1.0); attend DC Plan Pension Investment Committee meeting with working group (0.25); prepare minutes for same (0.25). |
| Smith, Eileen M | 16-Oct-12 | 1.00 | $417.60 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Hughes, Tammy O | 16-Oct-12 | 0.75 | $522.00 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.75). |
| Balteanu, Cornel | 17-Oct-12 | 0.50 | $188.50 | Telephone conference and e-mail correspondence with Don Hardin regarding LTD valuation data (0.25); e-mail correspondence with Don Hardin, Kathy Schultea and Matt Naughton regarding valuation report (0.25). |
| Hardin, Don R | 17-Oct-12 | 0.50 | $362.50 | Telephone conferences and e-mail correspondence regarding upcoming meeting in Richmond (0.5). |
| Naughton, Matt | 17-Oct-12 | 2.75 | $1,834.26 | Review draft LTD valuation report (2.5); e-mail correspondence and conference with Cornel Balteanu regarding same (0.25). |
| Balteanu, Cornel | 18-Oct-12 | 4.75 | $1,790.78 | Prepare for upcoming meeting with Cleary working group (including telephone conferences and e-mail correspondence with Matt Naughton) (0.5); telephone conference with Kathy Schultea regarding draft valuation report (0.25); continue preparation of LTD valuation analysis, including review and analysis of backup data (2.0); telephone conference and multiple e-mail correspondence with Don Hardin regarding same (1.5); e-mail correspondence and telephone conference with Matt Naughton regarding valuation data and assumption issues (0.5). |
| Hardin, Don R | 18-Oct-12 | 1.50 | $1,087.50 | Telephone conference with Cornel Balteanu regarding LTD data valuation status and issues (1.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Naughton, Matt | 18-Oct-12 | 8.00 | $5,336.00 | Review LTD valuation analyses and draft report (5.0); address multiple inquiries of Cornel Balteanu related to same (2.0); telephone conference and e-mail correspondence with Cornel Balteanu regarding same (1.0). |
| Smith, Doug J | 18-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Smith, Eileen M | 18-Oct-12 | 1.00 | $417.60 | E-mail correspondence and conferences with working group regarding DC Plan strategy and planning (1.0). |
| Hughes, Tammy O | 18-Oct-12 | 0.50 | $348.00 | Attend DC Plan Pension Investment Committee meeting with working group (0.25); prepare minutes for same (0.25). |
| Zaleta, Cynthia O | 18-Oct-12 | 1.00 | $585.80 | Telephone conference with Daniel Ray and working group regarding Puerto Rico DC Plan termination issues (1.0). |
| Naughton, Matt | 19-Oct-12 | 10.00 | $6,670.00 | Review and update LTD valuation analysis and draft report concerning results of same (7.0); conferences with Bruce Richards and Cornel Balteanu regarding same (3.0). |
| Richards, Bruce A | 19-Oct-12 | 3.00 | $2,610.00 | Conference with Matt Naughton and Cornel Balteanu regarding LTD valuation analysis and draft report concerning results of same (3.0). |
| Zaleta, Cynthia O | 19-Oct-12 | 0.25 | $146.46 | Telephone conference with Daniel Ray and working group regarding Puerto Rico DC Plan termination issues (0.25). |
| Farswani, Vikas | 19-Oct-12 | 6.75 | $2,701.36 | Perform validation of non-qualified liability claims (1.0); telephone conference with Cleary regarding Restoration plan (0.75); prepare report of 7/1/2012 FAS 106 valuation (5.0). |
| Mayer, Julie J | 22-Oct-12 | 9.75 | $735.16 | Research for ongoing projects (9.75). |
| Balteanu, Cornel | 23-Oct-12 | 1.00 | $377.00 | Multiple e-mail correspondence and conferences with Don Hardin regarding data issues related to LTD valuation (1.0). |
| Hardin, Don R | 23-Oct-12 | 1.25 | $906.26 | Telephone conference with Cornel Balteanu regarding data issues related to LTD valuation (0.5); telephone conference with Matt Bunda and Cornerstone regarding LTD valuation (0.5); telephone conference with Vikas Farswani regarding retiree committee issues (0.25). |
| Smith, Doug J | 23-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Hughes, Tammy O | 23-Oct-12 | 0.50 | $348.00 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.5). |
| Zaleta, Cynthia O | 23-Oct-12 | 1.50 | $878.70 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.5). |
| Smith, Eileen M | 23-Oct-12 | 2.00 | $835.20 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (in part) (1.0); prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Farswani, Vikas | 23-Oct-12 | 8.00 | $3,201.60 | Prepare and update 7/1/2012 FAS 106 valuation (6.0); research questions raised by A&M related to same (1.25); update valuation based on same (0.75). |
| Hardin, Don R | 24-Oct-12 | 1.00 | $725.00 | Telephone conferences with Matt Naughton regarding retiree benefits and LTD valuation data (1.0). |
| Naughton, Matt | 24-Oct-12 | 1.00 | $667.00 | Review retiree medical and LTD valuation work performed by working group (1.0). |
| Zaleta, Cynthia O | 24-Oct-12 | 2.00 | $1,171.60 | Telephone conference with Kathy Schultea and working group regarding issues related to DC Plan (1.5); telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.5). |

| Employee | Date | Hours | Charge | Narrative |
|---|---|---|---|---|
| Farswani, Vikas | 24-Oct-12 | 7.25 | $2,901.46 | Review non-qualified liability claims (5.0); prepare and update analysis on Restoration plan (2.25). |
| Hardin, Don R | 25-Oct-12 | 1.00 | $725.00 | E-mail correspondence and telephone conferences with working group regarding LTD valuation analysis and data issues (1.0). |
| Smith, Doug J | 25-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Farswani, Vikas | 25-Oct-12 | 3.00 | $1,200.60 | Prepare and update 7/1/2012 FAS 106 valuation report (3.0). |
| Lee, Eumene D | 25-Oct-12 | 2.50 | $928.00 | Update valuation data and RDS trend (2.25); e-mail correspondence with working group regarding same (0.25). |
| Naughton, Matt | 26-Oct-12 | 0.25 | $166.76 | Review retiree medical and LTD valuation work performed by working group (0.25). |
| Smith, Eileen M | 26-Oct-12 | 0.25 | $104.40 | Prepare update to DC Plan engagement and termination workflows for Nortel (0.25). |
| Lee, Eumene D | 26-Oct-12 | 1.50 | $556.80 | Update valuation data and RDS trend (1.0); e-mail correspondence with working group regarding same (0.5). |
| Hardin, Don R | 29-Oct-12 | 1.25 | $906.26 | Conference with Vikas Farswani regarding LTC eligibility issues (0.25); telephone conference with Cleary to prepare for retiree call with Alvarez & Marsal and Davinci (0.5); telephone conference with Cleary, Alvarez & Marsal and Davinci regarding retiree census issues (0.5). |
| Smith, Doug J | 29-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Hughes, Tammy O | 29-Oct-12 | 1.00 | $696.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.0). |
| Smith, Doug J | 30-Oct-12 | 0.50 | $336.40 | E-mail correspondence and conferences with working group regarding DC Plan strategy (0.5). |
| Hughes, Tammy O | 30-Oct-12 | 0.75 | $522.00 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (0.75). |
| Zaleta, Cynthia O | 30-Oct-12 | 2.00 | $1,171.60 | Telephone conference with Daniel Ray, Elizabeth Smith and other interested parties regarding DC Plan termination (1.5); telephone conference with Kathy Schultea and working group regarding DC Plan issues (0.5). |
| Smith, Eileen M | 30-Oct-12 | 1.00 | $417.60 | Telephone conference with Kathy Schultea and working group regarding issues related to DC Plan (1.0). |
| Smith, Eileen M | 30-Oct-12 | 1.00 | $417.60 | Prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Chronister, Mark E | 31-Oct-12 | 0.50 | $348.00 | Telephone conference with Kathy Schultea regarding PPACA compliance (0.5). |
| Zaleta, Cynthia O | 31-Oct-12 | 1.00 | $585.80 | Telephone conference with Kathy Schultea and working group regarding issues related to DC Plan (1.0). |
| Smith, Eileen M | 31-Oct-12 | 2.00 | $835.20 | Telephone conference with Kathy Schultea and working group regarding issues related to DC Plan (1.0); prepare update to DC Plan engagement and termination workflows for Nortel (1.0). |
| Farswani, Vikas | 31-Oct-12 | 2.50 | $1,000.50 | Prepare for telephone conference with Cleary regarding valuation analysis and related issues (1.5); participate in telephone conference with Cleary regarding same (1.0). |
| Lee, Eumene D | 31-Oct-12 | 1.00 | $371.20 | Perform actuarial calculations related to LTD valuation (1.0). |
| | **TOTAL:** | **647.25** | **$313,131.28** | |