# EXHIBIT B

**Expenses**
**August 1, 2012 through October 31, 2012**

| Date | Amount | Description |
|---|---|---|
| 14-Aug-12 | $31.00 | Airport Parking - Travel to Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $223.52 | Hotel - Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $25.68 | Meals - Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $47.40 | Mileage - Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $20.00 | Airport Shuttle - Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $655.60 | Airfare to Raleigh, NC - Tammy Hughes |
| 14-Aug-12 | $18.00 | Airport Parking - Travel to Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $213.57 | Hotel - Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $94.14 | Dinner Meeting - Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $36.03 | Breakfast - Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $28.47 | Mileage - Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $6.00 | Airport Shuttle - Raleigh, NC - Cynthia Zaleta |
| 14-Aug-12 | $249.72 | Airfare to Raleigh, NC - Cynthia Zaleta |
| 31-Aug-12 | $1,700.25 | Legal - Administrative |
| 30-Sep-12 | $38.70 | Legal - Administrative |
| 17-Oct-12 | $191.00 | Hotel - Richmond, VA - Matt Naughton |
| 17-Oct-12 | $1,106.00 | Travel Expenses - Richmond, VA - Matt Naughton |
| 17-Oct-12 | $46.00 | Meals - Richmond, VA - Matt Naughton |
| **TOTAL** | **$4,731.08** | |