# EXHIBIT A

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/17/12 | 0.2 | 1 | Incorporate comments from M. Morton and B. Nassau into list of questions regarding revised census data; send via email to N. Berger and other Retiree Committee professionals |
| B. Nassau | 10/29/12 | 0.5 | 1 | Type Notes and Questions re: Mercer Data Call |
| V. Bodnar | 10/2/12 | 0.2 | 2 | Review revised draft of Retiree Committee member document |
| D. Greer | 10/12/12 | 0.2 | 2 | Call (D. Greer & B. Nassau) re: analysis of new Retiree census |
| B. Nassau | 10/12/12 | 0.2 | 2 | Call (D. Greer & B. Nassau) re: analysis of new Retiree census |
| D. Greer | 10/14/12 | 2.5 | 2 | Review new census information and compare versus information previously provided |
| D. Greer | 10/14/12 | 0.5 | 2 | Call (B. Nassau + D. Greer) re: work plan to review new Retiree Census data |
| B. Nassau | 10/14/12 | 0.5 | 2 | Call (B. Nassau + D. Greer) re: work plan to review new Retiree Census data |
| A. Shapiro | 10/15/12 | 0.3 | 2 | Read benefit statements |
| D. Greer | 10/15/12 | 0.7 | 2 | Email exchanges with B. Nassau re: LTD confirmation of benefits statements |
| M. Morton | 10/16/12 | 1.0 | 2 | Review census data |
| M. Morton | 10/17/12 | 1.0 | 2 | Review discovery documents |
| M. Morton | 10/26/12 | 2.9 | 2 | Meeting (D. Greer, B. Yee, M. Morton, W. Fugazy and B. Nassau) re: data for calculation of liability for LTD Benefits |
| M. Morton | 10/26/12 | 1.4 | 2 | Meeting (D. Greer, B. Yee, M. Morton, W. Fugazy and B. Nassau) re: data for calculation of liability for Retiree Benefits |
| M. Morton | 10/15/12 | 1.3 | 3 | Review LTD analysis from Mercer |
| B. Yee | 10/15/12 | 1.0 | 3 | Review of Mercer report & LTD draft |
| B. Yee | 10/19/12 | 1.0 | 3 | Review Mercer report & LTD draft |
| M. Morton | 10/7/12 | 1.5 | 5 | Analysis of retiree benefits for LTD population |
| A. Shapiro | 10/8/12 | 0.5 | 5 | Model retirement benefits with forced retirement date |
| R. Winters | 10/8/12 | 0.2 | 5 | Review analysis of LTD participant benefits upon retirement |
| D. Greer | 10/8/12 | 0.3 | 5 | Review actuarial output provided by A. Shapiro |
| R. Winters | 10/11/12 | 0.5 | 5 | Review of document comparing potential Retiree settlement with Kodak retiree settlement |
| D. Greer | 10/11/12 | 2.5 | 5 | Review revised Retiree Census and other data provided by Debtors |
| M. Morton | 10/12/12 | 3.0 | 5 | Data analytics |
| A. Shapiro | 10/12/12 | 2.5 | 5 | Compare updated dataset to previous version |
| D. Greer | 10/12/12 | 1.5 | 5 | Develop detailed workplan for assessment of revised Retiree Census |
| B. Nassau | 10/12/12 | 5.0 | 5 | Development and review of new census data |
| B. Nassau | 10/13/12 | 3 | 5 | Development and review of new census data |
| D. Greer | 10/14/12 | 0.1 | 5 | Call (B. Nassau & D. Greer) re: retiree restructuring plans and impact on valuation dataset |
| D. Greer | 10/14/12 | 0.8 | 5 | Review analysis of retiree census data provided by B. Nassau |
| B. Nassau | 10/14/12 | 0.1 | 5 | Call (B. Nassau & D. Greer) re: retiree restructuring plans and impact on valuation dataset |
| B. Nassau | 10/14/12 | 4.0 | 5 | Development and review of new census data |
| M. Morton | 10/15/12 | 2.0 | 5 | Data analysis on new census |
| A. Shapiro | 10/15/12 | 1.8 | 5 | Compare updated dataset to previous version |
| R. Winters | 10/15/12 | 0.2 | 5 | Prelim. review of 1/20/12 valuation report forwarded by Curran |
| R. Winters | 10/15/12 | 0.2 | 5 | Prelim . review of profitability report forwarded by Skelly |
| D. Greer | 10/15/12 | 0.7 | 5 | Review comparative analysis of Retiree settlements, research and confirm figures related to Nortel Retirees, and revert with comments to R. Winters and E. Norris |
| B. Nassau | 10/15/12 | 7.0 | 5 | Development/Review of New Census Data and Benefits Enrollment |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| M. Morton | 10/16/12 | 1.5 | 5 | Review LTD analysis from Mercer |
| D. Greer | 10/16/12 | 0.2 | 5 | Call (D. Greer & B. Nassau) re: Retiree Census analysis |
| D. Greer | 10/16/12 | 1.4 | 5 | Preparation for Retiree Committee professionals call |
| B. Nassau | 10/16/12 | 0.5 | 5 | Data Gathering for Emails |
| M. Morton | 10/17/12 | 2.0 | 5 | Compare LTD analysis to prior |
| D. Greer | 10/22/12 | 0.2 | 5 | Locate analysis requiring updates and forward to W. Fugazy with instructions |
| B. Nassau | 10/22/12 | 0.3 | 5 | Data Gathering of 12/30/90 life benefits for D. Greer and S. Kelly |
| W. Fugazy | 10/23/12 | 1.0 | 5 | Analysis for M. Curran re: LTD population statistics |
| D. Greer | 10/23/12 | 0.3 | 5 | Review analysis prepared by W. Fugazy at request of M. Curran |
| B. Nassau | 10/23/12 | 0.2 | 5 | Data Review for S. Kelly Request |
| W. Fugazy | 10/24/12 | 1.2 | 5 | Analysis for S. Skelly re: LTD statistics |
| D. Greer | 10/24/12 | 1.0 | 5 | Review draft reconciliation analysis prepared by W. Fugazy |
| M. Morton | 10/25/12 | 1.0 | 5 | Review LTD model |
| D. Greer | 10/26/12 | 2.9 | 5 | Meeting with B. Yee, M. Morton, W. Fugazy and B. Nassau re: data for calculation of liability for LTD Benefits |
| D. Greer | 10/26/12 | 1.4 | 5 | Meeting with B. Yee, M. Morton, W. Fugazy and B. Nassau re: data for calculation of liability for Retiree Benefits |
| B. Nassau | 10/26/12 | 0.2 | 5 | Data Gathering for S. Kelly |
| M. Morton | 10/16/12 | 0.8 | 7 | Conference call with client |
| R. Winters | 10/19/12 | 0.7 | 7 | Call with Retiree Committee member to clarify his questions regarding data in recent A&M presentation |
| D. Greer | 10/19/12 | 0.7 | 7 | Call with Retiree Committee member to clarify his questions regarding data in recent A&M presentation |
| D. Greer | 9/30/12 | 0.5 | 8 | Call with R. Winters regarding strategy for LTD Committee and Retiree Committee and support required from A&M |
| V. Bodnar | 10/1/12 | 1.4 | 8 | Call to discuss Retiree Committee member issues list |
| M. Morton | 10/1/12 | 0.3 | 8 | Conference call with client |
| R. Winters | 10/1/12 | 0.1 | 8 | Telephone call with Retiree Committee member re meeting coordination |
| R. Winters | 10/01/12 | 0.1 | 8 | Telephone call (Ronald Winters + M. Curran) re LTD meeting scheduling + negotiation progress |
| V. Bodnar | 10/2/12 | 0.3 | 8 | Call with Neil and Doug |
| V. Bodnar | 10/2/12 | 0.5 | 8 | Call with Cleary and A&M |
| R. Winters | 10/2/12 | 0.4 | 8 | Discussion (Winters - Greer) re review of LTDs likely to retire |
| R. Winters | 10/2/12 | 0.2 | 8 | Discussion with Neil Berger re invoicing and LTD pro se motion |
| D. Greer | 10/2/12 | 0.4 | 8 | Discussion (Winters - Greer) re review of LTDs likely to retire |
| E. Cohen-Cole | 10/2/12 | 0.2 | 8 | Call (Baliban Cohen-Cole) re pbgc rates |
| D. Greer | 10/8/12 | 0.4 | 8 | Locate analysis previously sent to R. Zahralddin but re-requested; draft explanatory cover note and send via email |
| R. Winters | 10/9/12 | 1.2 | 8 | Conference call (Ronald Winters + Neil Berger + Daniele + Doug Greer) re prep for 5pm call with Retiree Committee |
| R. Winters | 10/9/12 | 0.7 | 8 | Call (Greer + Winters) in preparation for Retiree Committee call |
| R. Winters | 10/9/12 | 1.5 | 8 | Conference call (Ronald Winters + Doug Greer + Neil Berger); (Berger 0.7 only) re follow-up from Retiree Committee call + scheduling LTD support + post settlement retiree options |
| D. Greer | 10/9/12 | 1.2 | 8 | Conference call (Ronald Winters + Neil Berger + Daniele + Doug Greer) re prep for 5pm call with Retiree Committee |
| D. Greer | 10/9/12 | 0.7 | 8 | Call (Greer + Winters) in preparation for Retiree Committee call |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/9/12 | 1.5 | 8 | Conference call (Ronald Winters + Doug Greer + Neil Berger); (Berger 0.7 only) re follow-up from Retiree Committee call + scheduling LTD support + post settlement retiree options |
| R. Winters | 10/10/12 | 0.2 | 8 | Telephone call (Winters - Norris) re comparison of Term Sheet to Kodak motion |
| R. Winters | 10/10/12 | 1.0 | 8 | Conference call (Winters + Greer + Zahralddin) re negotiating and litigation process and response planning |
| D. Greer | 10/10/12 | 1.0 | 8 | Call with R. Zahralddin, R. Winters, D. Greer regarding LTD litigation / mediation strategy |
| V. Bodnar | 10/12/12 | 0.8 | 8 | Call with Retiree Committee professionals re: settlement allocation issues |
| R. Winters | 10/12/12 | 0.2 | 8 | Call with D. Greer re: issues related to Retiree Committee |
| R. Winters | 10/12/12 | 0.3 | 8 | Telephone call with Neil Berger re allocation of settlement approach |
| R. Winters | 10/12/12 | 0.3 | 8 | Telephone call (Winters - Norris) re schedule developed re comparison to Kodak settlement |
| W. Fugazy | 10/12/12 | 1.1 | 8 | Conference call(D. Greer and W. Fugazy) going over actuarial models and data |
| W. Fugazy | 10/12/12 | 0.5 | 8 | Explain confirmation of benefit statements data extraction to B. Nassau |
| D. Greer | 10/12/12 | 1.1 | 8 | Call (D. Greer, B. Nassau and W. Fugazy) re: workplan for assessment of revised Retiree Census |
| D. Greer | 10/12/12 | 0.2 | 8 | Call with R. Winters re: issues related to Retiree Committee |
| E. Norris | 10/12/12 | 0.3 | 8 | Telephone call (Winters - Norris) re schedule developed re comparison to Kodak settlement |
| B. Nassau | 10/12/12 | 1.1 | 8 | Conference call(D. Greer and W. Fugazy) going over actuarial models and data |
| R. Winters | 10/16/12 | 0.9 | 8 | Retiree Committee professionals call re: revised census data |
| R. Winters | 10/16/12 | 0.1 | 8 | Call (R. Winters & D. Greer) re: follow ups from Retiree Committee call |
| D. Greer | 10/16/12 | 0.9 | 8 | Retiree Committee professionals call re: revised census data |
| D. Greer | 10/16/12 | 0.1 | 8 | Call (R. Winters & D. Greer) re: follow ups from Retiree Committee call |
| B. Nassau | 10/16/12 | 1.0 | 8 | Conference call with counsel to Retiree committee re: revised census data |
| R. Winters | 10/22/12 | 0.5 | 8 | Call (Greer & Winters) re: LTD litigation process and related deliverables from A&M |
| D. Greer | 10/22/12 | 0.5 | 8 | Call (Greer & Winters) re: LTD litigation process and related deliverables from A&M |
| M. Morton | 10/24/12 | 0.3 | 8 | Call (M. Morton, B. Nassau, W. Fugazy and A. Shapiro) re: Nortel work plan (partial participation) |
| A. Shapiro | 10/24/12 | 0.5 | 8 | Call (M. Morton, B. Nassau, W. Fugazy and A. Shapiro) re: Nortel work plan |
| W. Fugazy | 10/24/12 | 0.4 | 8 | Call (D. Greer, W. Fugazy, M. Morton, A. Shapiro) re: Nortel work for LTD committee |
| W. Fugazy | 10/24/12 | 0.2 | 8 | Call (D. Greer, W. Fugazy) re: accounting reconciliation |
| W. Fugazy | 10/24/12 | 0.4 | 8 | Call (Fugazy & Greer) re: engagement administrative matters |
| D. Greer | 10/24/12 | 0.4 | 8 | Call with M. Morton, B. Nassau, W. Fugazy and A. Shapiro re: Nortel work plan |
| B. Nassau | 10/24/12 | 0.4 | 8 | Conference call with D. Greer, M. Morton, A Shapiro, W. Fugazy |
| B. Nassau | 10/26/12 | 2.9 | 8 | LTD benefit Dataset Meeting D. Greer, M. Morton, W. Fugazy and B. Yee |
| B. Nassau | 10/26/12 | 1.4 | 8 | Retiree benefit Dataset Meeting with D. Greer, M. Morton, W. Fugazy and B. Yee |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| V. Bodnar | 10/29/12 | 0.6 | 8 | Calls with Mercer and Doug regarding census data |
| R. Winters | 10/29/12 | 0.3 | 8 | Follow up with Greer following his call with Mercer |
| D. Greer | 10/29/12 | 0.5 | 8 | Call with Mercer re: latest Retiree census data |
| D. Greer | 10/29/12 | 0.5 | 8 | Preparation for call with Mercer |
| D. Greer | 10/29/12 | 0.2 | 8 | Follow up with V. Bodnar after call with Mercer |
| D. Greer | 10/29/12 | 0.3 | 8 | Follow up with R. Winters after call with Mercer |
| B. Nassau | 10/29/12 | 0.5 | 8 | Call with Mercer Re: Retiree Census Data |
| B. Nassau | 10/29/12 | 0.5 | 8 | Preparation for call with mercer |
| B. Nassau | 10/23/12 | 0.2 | 9 | Email with S. Kelly regarding Retiree Data Coding |
| V. Bodnar | 10/1/12 | 0.5 | 10 | Review term sheet. Email to Neil. |
| M. Morton | 10/1/12 | 0.3 | 10 | Emails re: Overlapping benefits |
| M. Morton | 10/1/12 | 1.0 | 10 | Emails re: Overlapping benefits |
| R. Winters | 10/1/12 | 0.4 | 10 | Review emails and presentation re Bodnar issues review |
| V. Bodnar | 10/2/12 | 0.5 | 10 | Review M. Leahan email on MA pricing process |
| P. Colasanto | 10/2/12 | 0.3 | 10 | Review M. Leahan's e-mail and research applicable Medicare law |
| R. Winters | 10/2/12 | 0.1 | 10 | Email exchange with D. Greer re: timing of Retiree Committee call |
| R. Winters | 10/2/12 | 0.3 | 10 | Emails re completing fee application |
| D. Greer | 10/2/12 | 0.1 | 10 | Email exchange with R. Winters re: timing of Retiree Committee call |
| R. Winters | 10/3/12 | 0.2 | 10 | Email exchange with Berger re LTD pro se motion |
| R. Winters | 10/5/12 | 0.5 | 10 | Review and comment on questions emailed by Retiree Committee members regarding allocations and structure of settlement |
| R. Winters | 10/5/12 | 0.5 | 10 | Email comments on draft term sheet to N. Berger |
| D. Greer | 10/5/12 | 0.5 | 10 | Review and comment on questions emailed by Retiree Committee members regarding allocations and structure of settlement |
| D. Greer | 10/5/12 | 0.5 | 10 | Email comments on draft term sheet to N. Berger |
| M. Morton | 10/8/12 | 0.3 | 10 | Review emails |
| M. Morton | 10/9/12 | 0.3 | 10 | Emails re: presentation |
| M. Morton | 10/9/12 | 0.3 | 10 | Emails re: presentation |
| R. Winters | 10/9/12 | 0.2 | 10 | Review inter-professional email series (prep for call) |
| R. Winters | 10/9/12 | 0.2 | 10 | Emails from Curran re discovery issues |
| R. Winters | 10/9/12 | 0.1 | 10 | Contact Gregson re carrier presentation to Retiree Committee |
| R. Winters | 10/10/12 | 0.2 | 10 | Email exchange with Retiree Committee professionals re: VEBA expense assumptions |
| D. Greer | 10/10/12 | 0.2 | 10 | Email exchange with Retiree Committee professionals re: VEBA expense assumptions |
| V. Bodnar | 10/11/12 | 0.2 | 10 | Emails re: allocation issues |
| R. Winters | 10/11/12 | 0.1 | 10 | Emails with Berger + others to arrange call (professionals) |
| D. Greer | 10/11/12 | 0.2 | 10 | Email exchange with T. Snow regarding access to LTD discovery responses |
| D. Greer | 10/11/12 | 0.4 | 10 | Draft email summarizing preliminary observations re: Retiree Census and send to Retiree Committee professionals |
| D. Greer | 10/11/12 | 0.2 | 10 | Respond to various emails among Retiree Committee professionals regarding considerations related to allocations |
| M. Morton | 10/12/12 | 0.5 | 10 | Emails re: data |
| R. Winters | 10/12/12 | 0.2 | 10 | Review Retiree Committee member comments on benefits |
| W. Fugazy | 10/12/12 | 0.4 | 10 | Locate and e-mail previously used confirmation of benefit statements |
| B. Nassau | 10/13/12 | 0.2 | 10 | Email (D. Greer) data review |
| R. Winters | 10/14/12 | 0.2 | 10 | Review and respond to emails re DaVinci - TW changes |
| B. Nassau | 10/14/12 | 0.2 | 10 | Email (D. Greer) data review |
| M. Morton | 10/15/12 | 0.8 | 10 | Emails re: data |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| R. Winters | 10/15/12 | 0.2 | 10 | Emails with Bodnar + Feigenbaum re TW-DaVinci |
| R. Winters | 10/15/12 | 0.3 | 10 | Email exchanges with R. Winters and V. Bodnar re: DaVinci / TW merger agreement |
| D. Greer | 10/15/12 | 0.2 | 10 | Review email from B. Nassau with data re: changes in retiree census data |
| D. Greer | 10/15/12 | 0.2 | 10 | Respond to email inquiries from S. Skelly and R. Milin |
| D. Greer | 10/15/12 | 0.6 | 10 | Draft cover letter with questions regarding new retiree census, email to Retiree Committee counsel |
| D. Greer | 10/15/12 | 0.3 | 10 | Email exchanges with R. Winters and V. Bodnar re: DaVinci / TW merger agreement |
| B. Nassau | 10/15/12 | 1.0 | 10 | Various inter office emails regarding data retrieval and review |
| R. Winters | 10/16/12 | 0.3 | 10 | Develop email describing banding concept; review with Greer and forward |
| B. Nassau | 10/16/12 | 0.2 | 10 | Conference call(D. Greer) review of new census data |
| R. Winters | 10/17/12 | 0.1 | 10 | Review R. Zahralddin email re evidentiary matters |
| R. Winters | 10/19/12 | 0.2 | 10 | Berger email to Schweitzer re data inquiries; R. Zahralddin email to Berger re term sheet sharing |
| D. Greer | 10/22/12 | 0.2 | 10 | Respond to email inquiry from M. Curran; direct W. Fugazy regarding required response |
| D. Greer | 10/22/12 | 0.2 | 10 | Review emailed request from S. Skelly; direct B. Nassau to research and provide the response |
| D. Greer | 10/22/12 | 0.1 | 10 | Locate file and forward to N. Berger, per request by R. Zahralddin |
| D. Greer | 10/22/12 | 0.2 | 10 | Respond to S. Skelly email with list of potential issues |
| D. Greer | 10/22/12 | 0.1 | 10 | Respond to email inquiry from N. Berger regarding discussion between J. Ray and R. Winters |
| D. Greer | 10/22/12 | 0.1 | 10 | Respond to email inquiry from N. Berger regarding retiree life elections and potential allocation issues |
| B. Nassau | 10/22/12 | 0.2 | 10 | Email Correspondence with D. Greer regarding Retiree Data |
| R. Winters | 10/23/12 | 0.1 | 10 | Review Berger email re discussion with carrier representative |
| R. Winters | 10/24/12 | 0.1 | 10 | Berger email re open enrollment |
| W. Fugazy | 10/24/12 | 0.2 | 10 | E-mail final report to D. Greer |
| D. Greer | 10/24/12 | 0.2 | 10 | Review request from S. Kinsella and direct W. Fugazy to respond |
| D. Greer | 10/24/12 | 0.1 | 10 | Review email from N. Berger re: status of discussions with health plan and timing of Retiree Committee call |
| R. Winters | 10/25/12 | 0.2 | 10 | Email re Towers Declaration |
| W. Fugazy | 10/25/12 | 0.3 | 10 | E-mail reminders to team re: accounts reconciliation |
| M. Morton | 10/26/12 | 0.5 | 10 | Emails re: Retiree committee |
| D. Greer | 10/26/12 | 0.2 | 10 | Inquire as to team's availability for Monday afternoon call with Mercer |
| D. Greer | 10/26/12 | 0.2 | 10 | Provide instructions to B. Nassau re: prep for Monday cal |
| B. Nassau | 10/26/12 | 0.2 | 10 | Email to S. Kelly in response to her inquiry |
| B. Nassau | 10/26/12 | 0.2 | 10 | Email Correspondence with D. Greer regarding 10/29 Phone Call |
| R. Winters | 10/27/12 | 0.3 | 10 | Emails re health plan alternatives based on field intel (Retiree Committee professionals) |
| R. Winters | 10/29/12 | 0.1 | 10 | Review and respond to email from B. Nassau with follow up questions from Mercer call |
| D. Greer | 10/29/12 | 0.1 | 10 | Review and respond to email from B. Nassau with follow up questions from Mercer call |
| B. Nassau | 10/29/12 | 0.1 | 10 | Email D. Greer Regarding Mercer Call |
| R. Winters | 10/1/12 | 0.9 | 11 | Meeting (Moore + Arnaoudona + Winters) (partial participation); re POR principles; expert report |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:                   251.55

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| R. Winters | 10/01/12 | 1.2 | 11 | LTD Committee conference call re mediation process |
| M. Arnaoudona | 10/1/12 | 0.9 | 11 | Meeting (Moore + Arnaoudona + Winters); re POR principles; expert report |
| D. Greer | 10/8/12 | 1.9 | 11 | LTD Committee call |
| V. Bodnar | 10/9/12 | 1.8 | 11 | Retiree Committee call |
| R. Winters | 10/9/12 | 1.8 | 11 | Retiree Committee call to discuss potential allocations of value and other issues |
| R. Winters | 10/9/12 | 0.1 | 11 | Review materials for Retiree Committee call |
| R. Winters | 10/9/12 | 0.1 | 11 | Review insurance company quotation materials |
| D. Greer | 10/9/12 | 1.8 | 11 | Retiree Committee call to discuss potential allocations of value and other issues |
| R. Winters | 10/10/12 | 0.6 | 11 | Call with Retiree Committee member to answer questions re: A&M's Aug 10th presentation |
| D. Greer | 10/10/12 | 0.6 | 11 | Call with Retiree Committee member to answer questions re: A&M's Aug 10th presentation |
| V. Bodnar | 10/16/12 | 1.8 | 11 | Retiree Committee call to discuss allocations of potential settlement proceeds |
| R. Winters | 10/16/12 | 0.3 | 11 | Review + forward Norris analysis of Kodak settlement comparison |
| R. Winters | 10/16/12 | 0.1 | 11 | Call (R. Winters & D. Greer) re: preparation for Retiree Committee call |
| R. Winters | 10/16/12 | 0.1 | 11 | Call with M. Daniele re: prep for Retiree Committee call |
| R. Winters | 10/16/12 | 1.8 | 11 | Retiree Committee call to discuss allocations of potential settlement proceeds |
| D. Greer | 10/16/12 | 0.1 | 11 | Call (R. Winters & D. Greer) re: preparation for Retiree Committee call |
| D. Greer | 10/16/12 | 0.1 | 11 | Call with M. Daniele re: prep for Retiree Committee call |
| D. Greer | 10/16/12 | 1.8 | 11 | Retiree Committee call to discuss allocations of potential settlement proceeds |
| R. Winters | 10/22/12 | 1.5 | 11 | LTD Committee call |
| D. Greer | 10/22/12 | 1.5 | 11 | LTD Committee call |
| W. Fugazy | 10/25/12 | 0.3 | 11 | Preparation for meeting with representatives of DaVinci |
| B. Yee | 10/26/12 | 3.0 | 11 | Meeting (D. Greer, B. Yee, M. Morton, W. Fugazy and B. Nassau) re: data for calculation of liability for LTD Benefits |
| B. Yee | 10/26/12 | 1.3 | 11 | Meeting (D. Greer, B. Yee, M. Morton, W. Fugazy and B. Nassau) re: data for calculation of liability for Retiree Benefits |
| R. Winters | 10/26/12 | 1.2 | 11 | Preparation for and participation in LTD Committee call |
| W. Fugazy | 10/26/12 | 1.9 | 11 | Partial Participation in LTD Dataset meeting (W. Fugazy, M. Morton, B. Yee, and B. Nassau) |
| W. Fugazy | 10/26/12 | 1.4 | 11 | LTD Dataset meeting (W. Fugazy, M. Morton, B. Yee, and B. Nassau) |
| W. Fugazy | 10/26/12 | 0.5 | 11 | Review LTD dataset files in preparation for meeting with DaVinci actuaries |
| V. Bodnar | 10/1/12 | 1.3 | 12 | Revisions to Retiree Committee member issues list |
| M. Morton | 10/1/12 | 1.3 | 12 | Draft expert report |
| M. Morton | 10/1/12 | 0.8 | 12 | Review presentation |
| D. Greer | 10/1/12 | 0.2 | 12 | Review draft presentation from V. Bodnar to Retiree Committee |
| D. Greer | 10/1/12 | 0.6 | 12 | Provide detailed comments on presentation to Retiree Committee |
| M. Arnaoudona | 10/1/12 | 3.0 | 12 | Draft expert report |
| M. Morton | 10/2/12 | 1.0 | 12 | Update presentation |
| D. Greer | 10/2/12 | 0.3 | 12 | Call with N. Berger, V. Bodnar, D. Greer re: presentation to Retiree Committee |
| M. Arnaoudona | 10/4/12 | 1.5 | 12 | Draft expert report |
| R. Winters | 10/7/12 | 0.2 | 12 | Review draft email from M. Daniele to Retiree Committee |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC

October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|---|---|---|---|---|
| D. Greer | 10/7/12 | 0.3 | 12 | Review and comment on draft email from M. Daniele to Retiree Committee |
| D. Greer | 10/8/12 | 1.0 | 12 | Incorporate actuarial output provide by A. Shapiro into revised presentation; draft cover note and email to counsel for Retiree Committee and LTD Committee |
| M. Arnaoudona | 10/9/12 | 2.0 | 12 | Draft expert report |
| M. Morton | 10/10/12 | 0.8 | 12 | Draft expert report |
| E. Norris | 10/10/12 | 0.1 | 12 | R. Winters discussion re term sheet comparison analysis deliverable |
| M. Arnaoudona | 10/10/12 | 2.0 | 12 | Draft expert report |
| R. Winters | 10/11/12 | 0.2 | 12 | Review 8.10.12 presentation (A&M) |
| R. Winters | 10/11/12 | 0.7 | 12 | Discussion with E. Norris on reviewing term sheet comparison analysis deliverable |
| R. Winters | 10/11/12 | 0.1 | 12 | Discussion with E. Norris re additional findings |
| E. Norris | 10/11/12 | 0.2 | 12 | Review Nortel retiree term sheet |
| E. Norris | 10/11/12 | 0.1 | 12 | Review blackline edits to Nortel retiree term sheet |
| E. Norris | 10/11/12 | 0.4 | 12 | Summarize value of proposed Nortel settlement |
| E. Norris | 10/11/12 | 0.2 | 12 | Research/review Kodak docket to identify retiree settlement |
| E. Norris | 10/11/12 | 0.4 | 12 | Review & summarize Kodak settlement |
| E. Norris | 10/11/12 | 0.6 | 12 | Develop draft deliverable comparing Kodak settlement to Nortel term sheet |
| E. Norris | 10/11/12 | 0.1 | 12 | Transmittal of draft deliverable to R. Winters |
| E. Norris | 10/11/12 | 0.9 | 12 | Revise deliverable based on further review of term sheet administration cost details & debtor funded notice provisions |
| E. Norris | 10/11/12 | 0.7 | 12 | R. Winters discussion reviewing term sheet comparison analysis deliverable |
| E. Norris | 10/11/12 | 0.3 | 12 | Revise deliverable per R. Winters direction |
| E. Norris | 10/11/12 | 0.4 | 12 | Research Kodak GUC collection rate |
| E. Norris | 10/11/12 | 0.1 | 12 | R. Winters discussion re additional findings |
| E. Norris | 10/11/12 | 0.2 | 12 | Review Motion to Terminate for Retiree monthly expense |
| E. Norris | 10/12/12 | 0.5 | 12 | Update term sheet comparison deliverable per debtor monthly spend, current discount rate & R. Winters correspondence |
| E. Norris | 10/16/12 | 0.4 | 12 | Revise deliverable per D. Greer comments and circulate |
| D. Greer | 10/22/12 | 0.3 | 12 | Review and comment on draft settlement comparison document prepared by R. Winters |
| E. Norris | 10/22/12 | 0.1 | 12 | Review of revised comp deliverable & transmittal of comments to R. Winters |
| R. Winters | 10/2/12 | 0.2 | 13 | Review Issues Sheet and provide edits |
| D. Greer | 10/2/12 | 0.3 | 13 | Review and comment on LTD Committee litigation schedule summary provided by A. Lyles |
| R. Winters | 10/3/12 | 0.3 | 13 | Review of term sheet provided by Berger (prelim) |
| R. Winters | 10/4/12 | 0.6 | 13 | Read hearing transcript |
| D. Greer | 10/05/12 | 0.3 | 13 | Review stipulation and correspondence related to E. Demel claim |
| R. Winters | 10/9/12 | 0.3 | 13 | Review LTD term sheet |
| D. Greer | 10/9/12 | 0.3 | 13 | Review revised LTD litigation scheduling motion and take note of relevant dates |
| D. Greer | 10/23/12 | 0.3 | 13 | Email M. Morton re: development of Nortel work plan for litigation support |
| D. Greer | 10/26/12 | 0.5 | 13 | Review Fitzgerald stipulation and order |
| D. Greer | 10/26/12 | 0.2 | 13 | Review discovery task list provided by S. Skelly |
| R. Winters | 10/30/12 | 0.3 | 13 | Review Cleary settlement timeline forwarded by Moore |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| B. Whyte | 10/31/12 | 1.0 | 13 | Review of litigation matter |
| E. Cohen-Cole | 9/25/12 | 0.7 | 14 | Review and comment on draft expert report |
| E. Cohen-Cole | 10/1/12 | 0.6 | 14 | Research related to A&M expert report |
| E. Cohen-Cole | 10/1/12 | 1.0 | 14 | Research related to A&M expert report |
| D. Greer | 10/4/12 | 0.1 | 14 | Research and respond to inquiry from S. Skelly |
| D. Greer | 10/19/12 | 0.6 | 14 | Research HCTC eligibility requirements in relation to Retiree and LTC settlement discussions |
| W. Fugazy | 10/23/12 | 0.7 | 14 | Research in response to inquiries from R. Winters |
| R. Winters | 10/1/12 | 0.2 | 15 | Email exchange with R. Winters re: September fee application |
| R. Winters | 10/1/12 | 0.2 | 15 | Emails with Fugazy re Fee Apps |
| W. Fugazy | 10/1/12 | 0.2 | 15 | Confirm receipt of team members' final time journals, follow up with those who did not submit |
| W. Fugazy | 10/1/12 | 2.5 | 15 | Preparation of September monthly fee application |
| D. Greer | 10/1/12 | 0.5 | 15 | Review and comment on September monthly fee application; email comments to W. Fugazy |
| D. Greer | 10/1/12 | 0.2 | 15 | Email exchange with R. Winters re: September fee application |
| D. Greer | 10/1/12 | 0.3 | 15 | Check Administrative Order Establishing Procedures for Interim Compensation and forward to W. Fugazy and E. Norris |
| D. Greer | 10/1/12 | 0.1 | 15 | Email to W. Fugazy re: time diaries in September fee application |
| E. Norris | 10/1/12 | 0.3 | 15 | Review of August Fee App & Comments to W. Fugazy |
| R. Winters | 10/2/12 | 0.1 | 15 | Call (Winters + Greer) re: fee application |
| R. Winters | 10/2/12 | 0.1 | 15 | Email exchange with A&M team re: timing of filing September fee application |
| W. Fugazy | 10/2/12 | 2.0 | 15 | Finalize September fee application |
| D. Greer | 10/2/12 | 0.1 | 15 | Call (Winters + Greer) re: fee application |
| D. Greer | 10/2/12 | 0.5 | 15 | Review and comment on next iteration of September fee application (including redaction of time diaries) |
| D. Greer | 10/02/12 | 0.1 | 15 | Email exchange with A&M team re: timing of filing September fee application |
| E. Norris | 10/2/12 | 0.4 | 15 | Review of fee app details & calculations |
| E. Norris | 10/2/12 | 0.1 | 15 | W. Fugazy email & call re final edits |
| R. Winters | 10/3/12 | 0.1 | 15 | Call (Greer + Winters) re staffing of engagement |
| R. Winters | 10/3/12 | 0.2 | 15 | Review email from S. Skelly re: September fee application; discussion with Greer, Fugazy |
| R. Winters | 10/03/12 | 0.1 | 15 | Discussion (Winters - Greer) re billing matters |
| W. Fugazy | 10/3/12 | 0.2 | 15 | Call (W. Fugazy + D. Greer) re: September fee application |
| D. Greer | 10/3/12 | 0.1 | 15 | Call (Greer + Winters) re staffing of engagement |
| D. Greer | 10/3/12 | 0.3 | 15 | Review email from S. Skelly re: September fee application; revise fee application accordingly |
| D. Greer | 10/3/12 | 0.2 | 15 | Call (W. Fugazy + D. Greer) re: September fee application |
| D. Greer | 10/3/12 | 0.3 | 15 | Final review of September fee application |
| D. Greer | 10/3/12 | 0.1 | 15 | Check collections status on outstanding invoices; direct accounting to release subcontractor payments |
| D. Greer | 10/3/12 | 0.1 | 15 | Discussion (Winters - Greer) re billing matters |
| R. Winters | 10/4/12 | 0.1 | 15 | Email exchange with Greer re: staffing of engagement |
| D. Greer | 10/4/12 | 0.1 | 15 | Email exchange with R. Winters re: staffing of engagement |
| E. Norris | 10/4/12 | 0.2 | 15 | Final review of revised fee app |
| D. Greer | 10/07/12 | 0.2 | 15 | Preparation of time diaries |
| W. Fugazy | 10/9/12 | 0.3 | 15 | Call (Greer + Fugazy) re: Nortel invoicing, collections, and accounting therefore |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**
Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC
October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/9/12 | 0.3 | 15 | Call (Greer + Fugazy) re: Nortel invoicing, collections, and accounting therefore |
| A. Shapiro | 10/12/12 | 0.3 | 15 | Setup FTP |
| A. Shapiro | 10/15/12 | 0.3 | 15 | Download files and provide FTP instructions to Ben |
| W. Fugazy | 10/15/12 | 0.2 | 15 | Add B. Nassau to time tracking sheet |
| W. Fugazy | 10/22/12 | 1.2 | 15 | Reconcile yearend accounting with time diaries submitted |
| W. Fugazy | 10/22/12 | 0.2 | 15 | Call with D. Greer re: Nortel time tracking and invoicing |
| W. Fugazy | 10/22/12 | 0.1 | 15 | Call (Greer + Fugazy) re: Nortel invoicing |
| D. Greer | 10/22/12 | 0.2 | 15 | Call with W. Fugazy re: Nortel time tracking and invoicing |
| D. Greer | 10/22/12 | 0.1 | 15 | Call (Greer + Fugazy) re: Nortel invoicing |
| D. Greer | 10/22/12 | 0.1 | 15 | Review collections status updates / summarize in email to R. Winters |
| D. Greer | 10/22/12 | 0.1 | 15 | Respond to email inquiry from L. Ryan regarding invoicing status |
| R. Winters | 10/23/12 | 0.2 | 15 | Telephone call (Winters-Greer) re changes to DaVinci/actuarial retention |
| R. Winters | 10/23/12 | 0.3 | 15 | Conference call with Ronald Winters, Doug Greer+ Dan Feigenbaum re DaVinci retention modification options |
| D. Greer | 10/23/12 | 0.4 | 15 | Review preliminary conflict check info (as provided by V. Bodnar); forward to R. Winters with question re: status; respond to V. Bodnar with follow up request |
| D. Greer | 10/23/12 | 0.2 | 15 | Telephone call (Winters-Greer) re changes to DaVinci/actuarial retention |
| D. Greer | 10/23/12 | 0.3 | 15 | Conference call with Ronald Winters, Doug Greer+ Dan Feigenbaum re Davinci retention modification options |
| D. Greer | 10/23/12 | 0.1 | 15 | Call with D. Feigenbaum re: DaVinci retention changes |
| D. Greer | 10/23/12 | 0.3 | 15 | Email D. Feigenbaum and R. Winters with summary of issues / options and request for discussion re: DaVinci revised retention |
| D. Greer | 10/23/12 | 0.1 | 15 | Email V. Bodnar with summary of options re: DaVinci revised retention |
| D. Greer | 10/23/12 | 0.6 | 15 | Locate and review Retiree census information |
| R. Winters | 10/24/12 | 0.3 | 15 | Telephone call (Winters-Greer) re required engagement administration |
| W. Fugazy | 10/24/12 | 0.5 | 15 | Meeting with personnel from accounting to confirm receipt of fees/expenses, and correct allocation |
| W. Fugazy | 10/24/12 | 0.8 | 15 | Reconcile accounting reports with Nortel Invoices |
| D. Greer | 10/24/12 | 0.3 | 15 | Telephone call (Winters-Greer) re required engagement administration |
| D. Greer | 10/24/12 | 0.6 | 15 | Call (Fugazy & Greer) re: engagement administrative matters |
| W. Fugazy | 10/25/12 | 0.2 | 15 | Update time journal |
| D. Greer | 10/25/12 | 0.2 | 15 | Email to A&M accounting re: collections status and payments to DaVinci |
| D. Greer | 10/25/12 | 0.2 | 15 | Correspond with W. Fugazy re: Nortel accounting reconciliations |
| D. Greer | 10/26/12 | 0.1 | 15 | Telephone call (Winters-Greer) re changes in retention for DaVinci + admin matters |
| B. Nassau | 10/26/12 | 0.2 | 15 | Time Journal Update |
| D. Greer | 10/28/12 | 0.5 | 15 | Preparation of time diaries |
| D. Greer | 10/2/12 | 0.6 | 17 | Review information and email from M. Leahan and forward to K. Gregson for review and comment |
| D. Greer | 10/07/12 | 0.1 | 17 | Review comments from N. Berger re: distributions to Retirees |
| D. Greer | 10/09/12 | 0.5 | 17 | Review Plan F response from potential replacement health insurance carrier |
| R. Winters | 10/17/12 | 1.5 | 17 | Retiree Committee call with potential alternative health plan |
| D. Greer | 10/17/12 | 1.5 | 17 | Retiree Committee call with potential alternative health plan |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC

October 1, 2012 - October 31, 2012

TOTAL HOURS:          251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 9/30/12 | 0.3 | 18 | Revise disclaimer language in draft presentation and resend to N. Berger, R. Zahralddin and others |
| K. Gregson | 10/01/12 | 1.0 | 18 | Call with Prospective Insurer on Contract and LOU |
| D. Greer | 10/2/12 | 0.5 | 18 | Call with V. Bodnar, N. Berger, S. Skelly and M. Fleming re: A&M/DaVinci analysis of retiree benefits |
| D. Greer | 10/2/12 | 1.2 | 18 | Revisions to analysis of retiree benefits for LTD Participants (per request from M. Fleming and N. Berger) |
| K. Gregson | 10/2/12 | 0.8 | 18 | Email exchange with Prospective Insurer and Togut firm on Prospective Insurer provisions |
| D. Greer | 10/3/12 | 1.5 | 18 | Revisions to analysis of retiree benefits for LTD Participants (per request from M. Fleming and N. Berger) |
| K. Gregson | 10/3/12 | 1.5 | 18 | Committee Call |
| D. Greer | 10/4/12 | 1.0 | 18 | Review and comment on draft term sheet for Retiree Committee settlement with Debtors |
| D. Greer | 10/4/12 | 1.2 | 18 | Review 10/4 court hearing transcript |
| K. Gregson | 10/4/12 | 0.5 | 18 | Review of email follow up from Committee call |
| D. Greer | 10/5/12 | 0.8 | 18 | Revise calculation of Retiree life insurance eligibility as requested by Retiree Committee counsel |
| D. Greer | 10/5/12 | 0.5 | 18 | Compile dataset for seriatim valuation of Retiree Benefits using revised calculation of Retiree life insurance eligibility |
| D. Greer | 10/5/12 | 0.3 | 18 | Write detailed request for running actuarial model scenario and email to M. Morton and others |
| K. Gregson | 10/5/12 | 0.5 | 18 | Review of email follow up from Committee call |
| R. Winters | 10/8/12 | 0.1 | 18 | Review email from M. Daniele re: Retiree settlement considerations |
| D. Greer | 10/8/12 | 0.1 | 18 | Review email from M. Daniele re: Retiree settlement considerations |
| D. Greer | 10/8/12 | 0.5 | 18 | Draft email to Retiree Committee regarding additional considerations related to potential settlement |
| K. Gregson | 10/8/12 | 0.5 | 18 | Preparation for Professionals call on Prospective Insurer program |
| D. Greer | 10/9/12 | 0.5 | 18 | Draft cover note for A&M presentation, highlighting issues relevant to Retirees, and send via email to Retiree Committee |
| D. Greer | 10/09/12 | 0.5 | 18 | Draft explanatory cover note for A&M presentation highlighting LTD issues, and send via email to LTD Committee |
| D. Greer | 10/9/12 | 0.5 | 18 | Draft explanatory cover note for A&M presentation and send to Debtors' counsel, mediator, and counsel to LTD and Retiree Committees |
| K. Gregson | 10/09/12 | 2.8 | 18 | Professionals call and follow up on Prospective Insurer contract and underwriting provisions |
| K. Gregson | 10/10/12 | 1.0 | 18 | Call with Prospective Insurer team on underwriting of group |
| K. Gregson | 10/10/12 | 1.0 | 18 | Call and email exchange with Berger on Prospective Insurer program |
| R. Winters | 10/12/12 | 0.9 | 18 | Call with Retiree Committee professionals re: settlement allocation issues |
| D. Greer | 10/12/12 | 0.9 | 18 | Call with Retiree Committee professionals re: settlement allocation issues |
| K. Gregson | 10/12/12 | 1.0 | 18 | Professionals call on Allocation methodology |
| K. Gregson | 10/15/12 | 0.5 | 18 | Call with Prospective Insurer in preparation for Committee Call |
| K. Gregson | 10/16/12 | 0.8 | 18 | Call with Prospective Insurer in preparation for Committee Call |
| K. Gregson | 10/17/12 | 2.5 | 18 | Committee call on Prospective Insurer presentation for Health Program |
| R. Winters | 10/18/12 | 0.1 | 18 | Call (R. Winters + D. Greer) re: issues related to Retiree settlement process |
| D. Greer | 10/18/12 | 0.1 | 18 | Call (R. Winters + D. Greer) re: issues related to Retiree settlement process |

**Financial Advisor to The Official Committee of Retired Employees and The Official Committee of Long Term Disability Participants of Nortel Networks, Inc., et al.**

Professional Services Rendered by Alvarez & Marsal Healthcare Industry Group, LLC

October 1, 2012 - October 31, 2012

TOTAL HOURS:        251.55

| Name | Date | Hours | Project # | Description |
|------|------|-------|-----------|-------------|
| D. Greer | 10/18/12 | 0.3 | 18 | Call with R. Milin and N. Berger re: potential issues related to Retiree settlement |
| K. Gregson | 10/18/12 | 2.3 | 18 | Follow up calls with Prospective Insurer based on Committee guidance from call |
| R. Winters | 10/19/12 | 0.8 | 18 | Call (D. Greer & R. Winters) re: Nortel - issues re: Retiree settlement discussion and LTD litigation process |
| D. Greer | 10/19/12 | 0.8 | 18 | Call (D. Greer & R. Winters) re: Nortel - issues re: Retiree settlement discussion and LTD litigation process |
| K. Gregson | 10/19/12 | 0.5 | 18 | Follow up call with Berger on Prospective Insurer Discussion |
| R. Winters | 10/22/12 | 1.4 | 18 | Review edit and complete email with Nortel - Kodak settlement comparative + annotation |
| K. Gregson | 10/22/12 | 0.5 | 18 | Follow up call with Prospective Insurer on contract and underwriting |
| K. Gregson | 10/23/12 | 0.8 | 18 | Email exchange and call with Berger on Prospective Insurer underwriting |
| K. Gregson | 10/24/12 | 1.0 | 18 | Call with Prospective Insurer on underwriting issues on group expansion |
| K. Gregson | 10/25/12 | 0.8 | 18 | Call with Prospective Insurer on underwriting issues on group expansion |
| K. Gregson | 10/26/12 | 1.5 | 18 | Call with Retiree Committee member on expansion of Prospective Insurer Group |
| R. Winters | 10/28/12 | 0.3 | 18 | Review memo re coordination of settlement from Berger |
| K. Gregson | 10/29/12 | 1.5 | 18 | Development of Risk profile for group expansion |
| D. Greer | 10/30/12 | 1.0 | 18 | Review draft files from Debtors re: retiree settlement |
| K. Gregson | 10/30/12 | 1.0 | 18 | Call with Retiree Committee member on expansion of Prospective Insurer Group |
| D. Greer | 10/31/12 | 0.2 | 18 | Review revised Retiree scheduling order |
| D. Greer | 10/31/12 | 0.1 | 18 | Review draft LOU with health plan |
| K. Gregson | 10/31/12 | 1.5 | 18 | Call with Berger and Milin on Risks and Group Expansion |