# EXHIBIT B

## EXPENSE SUMMARY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

October 1, 2012 through October 31, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Meals | | $0.00 |
| Telephone | | 0.00 |
| Transportation | | 62.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Expenses**[16] | | **$62.00** |

---

[16] Does not include all expenses incurred during the period. The balance of any expenses will be included in a future fee application.

2725046.2