IBM Corporation
275 Viger East., 4th Floor
Montreal, QC, H2X 3R7
Canada

November 9, 2012

Clerk of the Court
United States Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Subject: NORTEL NETWORKS INC                                    Case# 09-10138

Dear Clerk of the Court:

Please add the following to the Master Mailing List for this case, to receive copies of all notices, pleadings and related documents as required by Bankruptcy Rules 2002 and 3017:

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East, 4th Floor
Montreal, QC,
H3G 2W6
Canada

The Bankruptcy Coordinator can also be reached at telephone 888-245-5572 or Facsimile 845-491-5032.

Would you also please remove any other contact information that you have from the Master Mailing List for this case.

International Business Machines Corporation

BY: /s/Shawn Konig
Shawn Konig
National Bankruptcy Coordinator
IBM Corporation