**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., et al., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, Raymond H. Lemisch, Esquire, hereby certify that on November 28, 2012, a true and correct copy of the foregoing document was served via overnight delivery or United States Mail upon all parties on the attached list.

Dated: November 28, 2012

                                      **BENESCH, FRIEDLANDER, COPLAN**
                                         **& ARONOFF LLP**

                      By:    */s/ Raymond H. Lemisch*
                              Raymond H. Lemisch, Esquire (No. 4204)
                              Jennifer R. Hoover, Esquire (No. 5111)
                              222 Delaware Avenue, Suite 801
                              Wilmington, DE  19801
                              Telephone:  (302) 442-7006
                              Facsimile:  (302) 442-7012
                              rlemisch@beneschlaw.com
                              jhoover@beneschlaw.com

                              *Special Litigation Counsel to the Debtors*

7433294 v1

Thomas P. Tinker, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE  19801-3519
*Via Overnight Delivery*

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801
*Via Overnight Delivery*

Nortel Networks, Inc.
Attn:  Accounts Payable
P.O. Box 13010
RTP, NC 27709
*Via United States Mail*

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036
*Via Overnight Delivery*

Derek C. Abbott
Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
PO Box 1347
Wilmington, DE  19899-1347
*Via Overnight Delivery*

7433294 v1