# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>     Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |
| Nortel Networks Inc., *et al.* v. McCann-Erickson Worldwide, Inc. | Adv. Proc. No. 10-55937 |
| Nortel Networks Inc. v. Sterling Mets, L.P., *et al.* | Adv. Proc. No. 10-55903 |
| Nortel Networks Inc. v. Algo Communication Products Ltd. | Adv. Proc. No. 10-55913 |
| Nortel Networks Inc. v. Revonet, Inc. | Adv. Proc. No. 10-55182 |
| Nortel Networks (CALA) Inc. et al v. Hewlett-Packard Company et al | Adv. Proc. No. 11-50207 |

## STATUS REPORT ON AVOIDANCE ACTIONS
## ASSIGNED TO THE HONORABLE KEVIN GROSS

    In accordance with the Court's Chambers' Procedures and the Scheduling Orders dated January 21, 2011, February 9, 2011, March 9, 2011, April 12, 2011, May 6, 2011, June 7, 2011, July 25, 2011 and October 21, 2011 entered with respect to the above-captioned adversary proceedings, plaintiffs Nortel Networks Inc. and Nortel Networks (CALA) Inc., by and through their counsel, Cleary Gottlieb Steen & Hamilton LLP and Morris, Nichols, Arsht & Tunnell LLP, submit the following status report with respect to the above-captioned adversary proceedings.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: November 29, 2012
      Wilmington, Delaware

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          Lisa M. Schweitzer (admitted *pro hac vice*)
          Neil P. Forrest (admitted *pro hac vice*)
          Nora K. Abularach (admitted pro hac vice)
          One Liberty Plaza
          New York, New York 10006
          Telephone: (212) 225-2000
          Facsimile: (212) 225-3999

              - and -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Tamara K. Minott*
          Donna L. Culver (No. 2983)
          Derek C. Abbott (No. 3376)
          Tamara K. Minott (No. 5643)
          1201 North Market Street, 18th Floor
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 425-4663

          Counsel for the Debtors and
          Debtors in Possession

## STATUS E

### RESOLVED/SETTLED: MAY NOT YET BE DISMISSED

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55913 | Algo Communication Products, Ltd. | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, the Debtors will provide Notice Parties with notice of this proposed settlement. |
| 10-55937 | McCann-Erickson Worldwide, Inc., *et al.* | Parties have reached an agreement in principle to settle this matter. Pursuant to the Settlement Procedures Order, a motion pursuant to Bankruptcy Rule 9019(b) will be filed in connection with this proposed settlement. |

## STATUS F

### DISCOVERY UNDERWAY

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55903 | Sterling Mets, L.P., *et al.* | Discovery will be proceeding in accordance with the Amended Scheduling Order dated September 5, 2012. Defendants' responses to Plaintiff's discovery requests are due December 5, 2012. Plaintiff's responses to Defendants' discovery requests are due December 5, 2012. |
| 11-50207 | Hewlett-Packard Company, *et al.* | Discovery will be proceeding in accordance with the Second Amended Scheduling Order dated August 29, 2012. |

## STATUS J

## STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION

| Adversary No. | Defendant | Status |
|---|---|---|
| 10-55182 | Revonet, Inc. | Suggestion of Bankruptcy was filed by Nortel Networks Inc. on January 11, 2011. |