IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 8927, 8929, 8930, 8935-8938 and 8942** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT   )
                                              ) ss.:
COUNTY OF HARTFORD   )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On November 20, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_/s/ Tim Conklin_
Tim Conklin

Sworn to before me this
28th day of November, 2012

_/s/ Amy Lewis_
Amy Lewis
Notary Public, State of Connecticut

AMY E. LEWIS
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2017

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:     **White, James (gid 0185627)**
        **705 Plantation Cove**
        **Woodstock, GA 30188**

Your claim, in the amount of **$62,919.15** has been transferred, unless previously expunged by Court Order, to:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8927 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTEL NETWORKS INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)**

To:   **Nuance Communications, Inc.**
      **Attn: Thomas Beaudoin**
      **Chief Financial Officer**
      **One Wayside Road**
      **Burlington, MA 01803**

Your claim, in the amount of **$961.637.94** has been transferred, unless previously expunged by Court Order, to:

**SPCP Group, LLC**
**Attention Brian Jarmain**
**2 Greenwich Plaza**
**Greenwich, CT 06830**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8929 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)**

To:   Wesbell Group of Companies, Inc
      Wesbell Asset Recovery Center
      2365 Matheson Blvd East
      Mississauga, ON L4W 5C 2
      Canada

Your claim, in the amount of **$441, 841.30** has been transferred, unless previously expunged by Court Order, to:

SPCP Group, LLC
Attention Brian Jarmain
2 Greenwich Plaza
Greenwich, CT 06830

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8930 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By   /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:    **Robert Kenas**
       **423 Edinburgh Place**
       **Marlboro, NJ 07746**

Your claim, in the amount of $55,771.28 has been transferred, unless previously expunged by Court Order, to:

**HAIN CAPITAL HOLDINGS, LTD**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**
**ATTN: AMANDA RAPOPORT**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8935 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By     /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:  **ROBERT KENAS**
**423 EDINBURGH PLACE**
**MARLBORO, NJ 07746**

Your claim, in the amount of **$52,300.00** has been transferred, unless previously expunged by Court Order, to:

**HAIN CAPITAL HOLDINGS, LTD**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**
**ATTN: AMANDA RAPOPORT**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8936 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)**

To:    **KENNETH GRELCK**
        **117 TARKINGTON CT.**
        **MORRISVILLE, NC 27560**

Your claim, in the amount of **$474,742.20** has been transferred, unless previously expunged by Court Order, to:

    **HAIN CAPITAL HOLDINGS, LTD**
    **301 ROUTE 17, 7TH FLOOR**
    **RUTHERFORD, NJ 07070**
    **ATTN: AMANDA RAPOPORT**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

    UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
    ATTN: BANKRUPTCY CLERK
    824 MARKET STREET, 3RD FLOOR
    WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number #8937 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:  Howard Hewitt (GID 0228012)
18045 Gooseberry Drive
Rowland Heights, CA 91748

Your claim, in the amount of **$48,800.00** has been transferred, unless previously expunged by Court Order, to:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
PO Box 237037
New York, NY 10023

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#8938** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)**

To:   Daniel N. Le
      3452 BRIARGROVE LANE
      DALLAS, TX 75287-6000

Your claim, in the amount of **$18,664.65** has been transferred, unless previously expunged by Court Order, to:

**EQUITY TRUST COMPANY CUSTODIAN**
**FBO 109806 & 109595 IRAS**
**C/O FAIR HARBOR CAPITAL, LLC**
**PO BOX 237037**
**NEW YORK, NY 10023**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#8942** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 20, 2012.

**EXHIBIT B**

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JAMES BROMLEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | FAIR HARBOR CAPITAL, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 |
| WHITE, JAMES<br>705 PLANTATION COVE<br>WOODSTOCK, GA 30188 | SPCP GROUP, LLC<br>ATTENTION BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH, CT 06830 |
| NUANCE COMMUNICATIONS, INC.<br>ATTN: THOMAS BEAUDOIN<br>CHIEF FINANCIAL OFFICER<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA 01803 | WESBELL GROUP OF COMPANIES, INC<br>WESBELL ASSET RECOVERY CENTER<br>2365 MATHESON BLVD EAST<br>MISSISSAUGA, ON L4W 5C 2<br>CANADA |
| HOWARD HEWITT<br>18045 GOOSEBERRY DRIVE<br>ROWLAND HEIGHTS, CA 91748 | HAIN CAPITAL HOLDINGS, LTD<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 |
| ROBERT KENAS<br>423 EDINBURGH PLACE<br>MARLBORO, NJ 07746 | KENNETH GRELCK<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 |

EQUITY TRUST COMPANY CUSTODIAN
FBO 109806 & 109595 IRAS
C/O FAIR HARBOR CAPITAL, LLC
PO BOX 237037
NEW YORK, NY 10023

DANIEL N. LE
3452 BRIARGROVE LANE
DALLAS, TX 75287-6000