IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 8987** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT  )
                      ) ss.:
COUNTY OF HARTFORD    )

TIM CONKLIN, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed as a Senior Case Manager by Epiq Bankruptcy Solutions LLC, 2 Waterside Crossing, 3rd Floor, Windsor, CT 06095 and I am not a party to the above-captioned action.

2. On November 27, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), samples of which are annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Tim Conklin

Sworn to before me this
28th day of November, 2012

_____
Amy Lewis
Notary Public, State of Connecticut

**AMY E. LEWIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2017

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:   **ROBERT KENAS**
**423 EDINBURGH PLACE**
**MARLBORO, NJ 07746**

Your claim, in the amount of **$55,771.28** has been transferred, unless previously expunged by Court Order, to:

**HAIN CAPITAL HOLDINGS, LTD**
**301 ROUTE 17, 7TH FLOOR**
**RUTHERFORD, NJ 07070**
**ATTN: AMANDA RAPOPORT**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#8987** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 27, 2012

**EXHIBIT B**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT KENAS
423 EDINBURGH PLACE
MARLBORO, NJ 07746

HAIN CAPITAL HOLDINGS, LTD
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070
ATTN: AMANDA RAPOPORT