To whom it may concern :                    November 19, 2012

I am writing in **Objection** to the court ending my long term disability.

1- I was employed by Nortel on July, 1987 in their accounts payable department. At that time I made a choice to buy and pay for long term disability. This policy would have payed me 60% of my salary if I became disabled. The payments would continue until I turned sixty five years old. There is another two years of payments until my sixty fifth birthday totaling $7152.00

2- I also purchased a life insurance policy paying three times my salary $85,000.00. I became disabled in 1992 fighting several diseases. To replace this life insurance policy would mean paying a extremely high premium that I could not afford to pay, leaving me with no life insurance.

3- Attached is a benefit calculation statement sent to me from Nortel on May 5, 1998. Included on this form is the lump sum I was entitled to as of January eleventh 2011, $35,931.71. After being out of work for so long with very high medical and prescription cost, I was counting on this lump sum.

> Thank You,
> Barbara Carr
> 145 Grecian PKWY
> Rochester New York 14626
> *Barbara Carr*



# NORTHERN TELECOM INC. RETIREMENT PLAN FOR EMPLOYEES
## BENEFIT CALCULATION STATEMENT

**Name:** CARR, BARBARA
**SSN:** ████
**Date of Birth:** 1949/10/29
**Date of Hire:** 1987/07/27
**Plan Eligible Date:** 1992/07/01
**Spouse Date of Birth:** 1949/09/18

**Termination Date:** 2011/11/01
**Standard Severance End Date:**
**Vacation Days:** 0
**Calculation End Date:** 2011/11/01
**Retirement Age:** 62

**Vesting Service:** 25
**Benefit Service:** 20
**Final Average Earnings:** $18,761.00
**Meets Rule of 85:** TRUE

### NORMAL RETIREMENT: 2014/11/01
Age 65 or current age if older

| Payment Options: | Employee: | Beneficiary: |
|---|---|---|
| Life Only Amount: | $343.95 | |
| 10 Year Certain: | $316.44 | |
| 50% J & S: | $309.75 | $154.88 |
| 75% J & S: | $295.99 | $221.99 |
| 100% J & S: | $285.77 | $285.77 |

### EARLY RETIREMENT: 2011/11/01
Age 55 or current age if older

| Payment Options: | Employee: | Beneficiary: |
|---|---|---|
| Life Only Amount: | $343.95 | |
| 10 Year Certain: | $321.59 | |
| 50% J & S: | $309.75 | $154.88 |
| 75% J & S: | $295.99 | $221.99 |
| 100% J & S: | $285.77 | $285.77 |

**SOCIAL SECURITY LEVELING OPTION - APPLIES TO EARLY RETIREMENT LIFE ONLY AMOUNT**
Monthly Amount prior to        : $0.00    Monthly Amount as of        : $0.00

**LUMP SUM AMOUNT PAYABLE ON** 2011/11/01 $35,931.71
Payable at termination ONLY IF Lump Sum value is $3500 or less - NO exceptions

**Calculation Type:** Projection

Note: This Statement is based on currently available data and may be corrected for errors prior to actual Retirement Date.

**Prepared by:** M. PEEBLES    **date:** 1998/05/19    **Verified by:** P. CHURCHILL    **Date:** 1998/05/19