## **CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **U.S. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and between Nortel Networks Inc. and Perot Systems Corporation** was caused to be made on November 30, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: November 30, 2012  /s/ Tamara K. Minott
Wilmington, DE  Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

*Counsel to Perot Systems Corporation*

6776805.1