## EXHIBIT A

# Expert Report of Ethan Kra

## I.    Qualifications

1.    I am a Fellow of the Society of Actuaries, a Member of the American Academy of Actuaries, a Fellow of the Conference of Consulting Actuaries, a Member of American Society of Pension Professionals and Actuaries, an Enrolled Actuary and a Chartered Enterprise Risk Analyst. I am currently the Principal of Ethan E. Kra Actuary Services, LLC.

2.    I was formally a Senior Partner and Chief Actuary-Retirement of Mercer, where I consulted in the areas of the design and funding of pension and group insurance benefits, structuring and funding of non-qualified pension benefits and the proper accounting for expense of employee benefits.  For over 17 years, I chaired Mercer's Actuarial Resource Network, a committee of the senior technical actuaries throughout the United States.

3.    At Mercer, I constructed the first long term disability continuance table (combined recovery and death) that Mercer used in a computer program for valuing liabilities associated with income continuation benefits of disabled employees on long term disability programs.

4.    At Mercer, starting in 1979 I became involved with the projection of cash flows for medical and prescription drug benefits for retirees and disabled employees. I created Mercer's first programs to value the liabilities for retiree medical in or about 1985. Subsequently, I was part of the national task force at Mercer to develop a

companywide software system to value retiree medical benefits and life insurance benefits.

5.     During my 34+ years at Mercer, I oversaw and reviewed the valuation of post employment and post retirement life, dental, prescription drug, medical and disability benefits for many plan sponsors.

6.     Prior to joining Mercer I worked at the Prudential Insurance Company of America. There my work included the design and pricing of a long term disability insurance program and work on the design and pricing of a medical product.

7.     I have been a regular speaker at Society of Actuaries meetings and Conference of Consulting Actuaries meetings, an instructor at Enrolled Actuaries Learning Sessions and a lecturer at the Practicing Law Institute. I have also taught the American Management Association's course in Advanced Employee Benefits.

8.     I have served as Vice President of the Society of Actuaries, where I had oversight responsibilities for Education and Examinations. I also formerly chaired the Society's Pension Section and was the first chair of both its FAS 106 Task Force and its Pension Finance Task Force. I have served on the American Academy of Actuaries Board of Directors, as its Vice President, Pensions and Chair of its Pension Practice Council. I have also been an active member of the pension trade associations (American Benefits Council and the ERISA Industry Committee) for over 20 years.

9.     I have authored over 30 articles and given over 170 speeches in the areas of employee benefits, executive compensation and the use of insurance products as corporate financial investments. I am also frequently quoted in such publications as The

Wall Street Journal, The New York Times, Time Magazine, Newsweek, CFO Magazine, Business Week, Institutional Investor and have appeared on CNBC.

10.     I am a Summa Cum Laude graduate of Yale University, where I earned my B.A. in Mathematics and was elected to Phi Beta Kappa. I hold M.A., M.Phil., and Ph.D. degrees in Mathematics from Yale University, where I was both a Woodrow Wilson Fellow and a National Science Fellow.

11.     A more complete listing of my qualifications can be found in my curriculum vitae, attached as Appendix A. During the past four years I have testified at an IRS mediation hearing in the matter of IRS v. Peabody Energy Corporation. My testimony in that case addressed the value of employee benefit liabilities and other corporate liabilities. The main thrust of my testimony in that case involved the appropriate selection of discount rate to be used to discount projected cash flows. With the exception of that case, I have not been deposed nor have I testified in any cases during the past four years.

## II.    Assignment and Materials Reviewed

12.     I have been retained by Cleary Gottlieb Steen & Hamilton LLP, counsel for Nortel Networks Inc. and other affiliated debtors in Nortel's Chapter 11 bankruptcy ("Nortel"), in connection with the matter *In re* Nortel Networks Inc., *et al*., Case No. 09-10138 (KG).  In connection with the Debtors' Motion for Entry of and Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long Term Disability Plans and the Employment of the LTD Employees, I have been asked to opine on the aggregate value of the future benefits Nortel would provide under Nortel's Long-Term Disability Plan ("LTD Plan"), Nortel Networks Inc. Medical Plan ("Medical

Plan"), Nortel Networks Inc. Dental/Vision/Hearing Care Plan ("DVH Plan"), and the Nortel Networks Inc. Life and Accidental Death & Dismemberment Insurance Plan ("Life Insurance Plan") to Nortel's long-term disabled employees ("LTD employees") in the event the Court were to conclude that Nortel is not permitted to terminate those benefits without liability, and the benefits were not otherwise modified.

13.     In order to undertake this analysis, I examined the materials listed in Appendix B.  I am being compensated at my regular hourly rate of $675 per hour.

### III.    Summary of Opinions

14.     As an initial matter, if the Court finds that the relevant plans permit Nortel to terminate any or all of the benefits currently provided to LTD employees, then the value of those terminated benefits to LTD employees is zero.

15.     If, however, the Court finds that the relevant plans do not permit Nortel to terminate some or all of the benefits currently provided to LTD employees without compensation to the LTD employees for loss of the benefits, and the Court authorizes Nortel to terminate the benefits as of April 1, 2013, the appropriate measure of the LTD employees' claims would be the value of the benefits the LTD employees and their dependents and beneficiaries would have received had the benefits not been terminated. This measure requires calculating the present value of these future benefits to LTD employees as of the date of the bankruptcy filing – January 14, 2009.[1]  I have been asked by Nortel's counsel to estimate this value employing a discount rate that reflects the fact that these are unfunded benefits financed on a pay-as-you-go basis from Nortel's general assets and are contractual obligations that subject those parties contracting with Nortel to

---

[1] I understand that, under the Bankruptcy Code, the appropriate date for valuing the benefits is the date of the bankruptcy filing (January 14, 2009).

Nortel's credit risk around the time of January 14, 2009. Thus, in calculating the present value of these future benefits, I employ a discount rate that takes into account that risk.

16.     Should the Court determine that Nortel may not terminate some or all of the benefit plans – or that it may do so, but that the LTD employees have corresponding damage claims – the value of the future benefits to LTD employees using this discount rate is between zero and $14.6 million as of January 14, 2009 depending on which benefits the Court determines Nortel is able to terminate without having to compensate any of the LTD employees.

17.     I also have been asked to estimate the value of these benefits using an even more conservative discount rate that does not take into account the foregoing credit or counterparty risk and instead value the LTD benefits by employing a discount rate widely used by public companies, including Nortel, in reporting liabilities on corporate balance sheets and income statements according to US Accounting Standards. To do so, I have employed a discount rate based on AA rated fixed-income investments, in accordance with Statement of Financial Accounting Standards No. 106 ("FAS 106"). FAS 106 provides that "employers shall look to rates of return on high-quality fixed-income investments currently available whose cash flows match the timing and amount of expected benefit payments."[2]

18.     Should the Court determine that the relevant plans do not permit Nortel to terminate some or all of the benefits currently provided to LTD employees – or that it may do so, but that the LTD employees have corresponding damage claims – the value of the future benefits to LTD employees using this discount rate is between zero and $34.4

_____

[2] FAS 106, par. 31.

million as of January 14, 2009 depending on which benefits the Court determines Nortel is able to terminate without compensating any of the LTD employees.

## IV.    Basis for Opinions

### A.  Benefits Provided To LTD Employees

19.     My review of plan documents indicates that Nortel has generally provided LTD employees with certain core benefits that have changed over time, including long-term disability (i.e., income continuation), employee life insurance and services through an employee assistance program, the cost of which has been fully paid by Nortel.[3]  Core benefits may be supplemented or replaced with optional benefits, including medical, dental, vision, hearing care, and accidental death and dismemberment insurance, as well as optional long-term disability and term life insurance coverage (for employees and eligible dependents).[4]  Generally, LTD employees and Nortel share the cost of certain of these optional benefits (such as medical coverage).  While active employees pay the full cost of other optional benefits (including optional long-term disability coverage and accidental death and dismemberment insurance), Nortel covers the cost of those optional benefits for individuals receiving LTD benefits.[5]

20.     I have used conservative assumptions throughout my analysis to the extent possible.  For example, when valuing medical benefits, I conservatively assume a constant level of medical benefits and participant contributions.[6]  However, Nortel has decreased medical benefits within the offered medical plans in the past and given the general trend of decreasing benefits in company medical plans, an alternative reasonable

---

[3] See, e.g., Flex Overview, Summary Plan Description, Plan Year 2012, pp. 4 – 5.
[4] See, e.g., Flex Overview, Summary Plan Description, Plan Year 2012, pp. 5 – 6.
[5] See, e.g., Flex Overview, Summary Plan Description, Plan Year 2012, p. 4; LTD Plan, Summary Plan Description, Plan Year 2010, p. 18; Life Insurance Plan, Summary Plan Description, Plan Year 2012, p. 26.
[6] I assume that participant contributions, as a percentage of costs, would remain constant.

assumption would be to build in further decreases in benefits into the valuation.[7]

Further, assuming that the percentage of the total medical costs contributed by

participants stays constant is also conservative.  I analyzed actual 2009-2011 employee

contributions and claims, and found that participant contributions increased at a much

faster rate than medical costs.[8]  Therefore, it would be reasonable to assume that

participants would continue to bear a larger share of medical costs and Nortel's share of

medical costs would decrease.

### B. The Appropriate Compensation Measure Is the Value Of Benefits To LTD Employees

21.    If the Court determines that Nortel may terminate any or all of the benefits

currently provided to the LTD employees and that Nortel has no obligation to

compensate LTD employees for such benefits, then the value of those terminated benefits

to LTD employees is zero.

22.    If the Court finds to the contrary that Nortel may not terminate some or all

the benefits currently provided to the LTD employees (at least not without compensating

the LTD employees for the loss of some or all terminated benefits), the appropriate

measure of the LTD employees' claims would be the value of the benefits the LTD

---

[7] For example, as of January 1, 2008, the co-pays for office visits increased from $20 to $25 in the PPO 60/60 option and from $15 to $25 in the PPO 90/70 option.  At the same time, deductibles were increased.  Also effective January 1, 2008, the individual deductible for the PPO 90/70 Option increased from $250 to $300 for service in network, and from $400 to $500 for out-of-network service. Nortel Networks Inc. Medical Plan, Summary Plan Description, 2007, p. 9.; Nortel Networks Inc. Medical Plan, Summary Plan Description, 2008, p. 9.  Office visit coverage was further reduced starting in 2009, when higher co-pays of $30 were instituted in both the PPO 80/60 Option and the PPO 90/70 Option for specialist visits.  Nortel Networks Inc. Medical Plan, Summary Plan Description, 2009, p. 9.

[8] For example, between 2009 and 2010, the bi-weekly contribution of employee-only coverage under the PPO 80/60 plan increased from $13.65 to $21.06, an increase of 54%.  Nortel active employee medical plan contribution data.  During the same period the medical claims per employee actually declined.  Similarly, between 2010 and 2011 all plans and election options uniformly increased the required bi-weekly contribution by 22%, despite a decline in average medical claims cost.  The average claims per LTD employee in 2011 were under $3,600, compared to an average claims cost per LTD employee of over $4,700 in 2010. Nortel medical claim cost data, 2009 - 2011.

employees and their dependents and beneficiaries would have received had the benefits not been terminated.

23.    I have been asked to calculate the estimated aggregate value of the benefits currently offered to LTD employees based on a discount rate that accounts for Nortel's creditworthiness around the time of January 14, 2009, given the fact that these are unfunded benefits financed on a pay-as-you-go basis from Nortel's general assets. One potential measure for the discount rate that reflects this risk is the yield on Nortel's bonds at the time of Nortel's bankruptcy filing.[9]  Bloomberg reports pricing and trading data on several Nortel bonds with varying maturity dates that traded on January 14, 2009. Based on these data, yields on Nortel bonds varied between 43 percent and 71 percent depending on tenor.[10]  Another measure of an appropriate discount rate that reflects the risk that Nortel may not financially be able to meet all its benefit payments is the yield on the debt of companies with similar creditworthiness.  Nortel's senior unsecured debt was rated Caa2 by Moody's at the time of its bankruptcy filing.[11] The yield curve for Caa2 rated companies is not available for the period around Nortel's bankruptcy filing.  The yield curve with the most similar credit rating available is Bloomberg's Industrial B- yield curve as of January 14, 2009.[12, 13]  The single equivalent discount rate implied by Bloomberg's Industrial B- yield curve as of January 14, 2009 is approximately 18

---

[9] "[P]ension finance suggests the market liability of a pension plan should be determined by looking at how the financial markets price similar cash flows." Pension Actuary's Guide to Financial Economics, Joint AAA/SOA Task Force on Financial Economics and the Actuarial Model.

[10] Two months before its bankruptcy filing, before Nortel's credit rating was downgraded by Moody's, yields on Nortel's bonds with maturity dates of July 15, 2011, July 15, 2013, and July 15, 2016 were 47.6 percent, 48.5 percent, and 42.5 percent, respectively.

[11] Moody's downgraded Nortel's senior unsecured debt rating from B3 to Caa2 on December 15, 2008. Nortel's senior unsecured debt rating was B3 between July 6, 2005 and December 15, 2008.

[12] The B- rating is a Bloomberg indexed rating based on Moody's, Standard & Poor's and Fitch ratings.

[13] It is common practice to use a yield curve instead of a single discount rate for discounting. Using a yield curve allows discounting future expected benefit payments by yields with matching duration.

percent.[14]  Using Bloomberg's Industrial B- yield curve is conservative because Nortel's credit ratings at the time of its bankruptcy filing indicate that its debt is less credit worthy than a B- rated bond.  Under Moody's ratings scale, a Caa2 rating is two rating grades below a B- rating.[15]  Indeed, yields from Bloomberg's Industrial B- yield curve are significantly lower than yields on Nortel's actively traded bonds at the same duration, reflecting the fact that an investment in Nortel bonds was financially more risky than an investment in B- rated fixed-income investments.[16]  Historical data show that there is a large difference in default probabilities between B- rated bonds and Caa2 tier rated bonds.  According to a Moody's study covering corporate defaults between 1983 and 2010, the average annual default rate for B3 rated bonds was 10 percent compared to 22 percent for Caa2 rated bonds.[17]  In order to be conservative in my valuation I use Bloomberg's Industrial B- yield curve in my valuation.

24.      I have also been asked to include a valuation employing a discount rate based on AA rated fixed-income investments as of the date of the bankruptcy filing.[18]  As noted above, this valuation involves a highly conservative set of assumptions that do not take into account that the valued benefits are unfunded and being financed by Nortel on a pay-as-you-go basis from its general assets and that they represent contractual obligations that subject those parties contracting with Nortel to Nortel's credit risk around the time of

---

[14] Single equivalent discount rate for a yield curve is the uniform discount rate that, when applied to the same cash flows, results in the same discounted present value as the yield curve.  I have calculated the single equivalent discount rate based on the timing of cash flows of the projected total benefit claims of LTD employees.

[15] The B- rating used by Bloomberg corresponds to a B3 rating by Moody's.

[16] Furthermore, Nortel's bond yields may be conservative when quantifying the financial risk of Nortel.  I understand that Nortel bondholders may have a claim against other debtors in Canada.  Possibility of an alternative payor may reduce the risk that claims not be paid in full and therefore may lower the yields on Nortel bonds.

[17] Corporate Default and Recovery Rates, Moody's Investor Service, February 28, 2011, Exhibit 32.

[18] I use Mercer's AA yield curve as of December 31, 2008. I understand that this yield curve is derived from the standard yield curve model that Mercer uses in its benefit valuations, including the FAS valuations Mercer performed for Nortel in the past.

January 14, 2009.  This valuation instead values the LTD benefits based on a discount

rate reflecting the rates of return on high-quality fixed-income investments, i.e., the rate

used by public companies in accordance with FAS 106 in reporting liabilities on

corporate financial statements according to US Accounting Standards.

### C.   *Value Of Benefits To LTD Employees*

25.      Using the discount rates discussed above, I separately valued each of the

following categories of benefits as of January 14, 2009 in the event Nortel were to

terminate the benefits as of April 1, 2013 but it were found that such termination gave

rise to a claim by the LTD recipients:  (i) income continuation; (ii) dental, vision and

hearing care; (iii) medical; (iv) prescription drug; (v) Medicare Part B premium

reimbursement; and (vi) life insurance.  The valuation results are reported in Exhibits 1

and 2.[19]  Using the discount rate that accounts for the Nortel risk faced by LTD

employees, the valuation of aggregate future benefits to LTD employees as of January

14, 2009 ranges from zero to $14.6 million, depending on which benefits the Court

determines Nortel may not terminate or for which it has an obligation to compensate LTD

employees if it terminates them.

26.      Specifically, the value of each of the categories of benefits is as follows:

the income continuation benefit is approximately $7.9 million; the value of the life

insurance benefit is $1.4 million; and the aggregate value of the medical, prescription

drug, dental, hearing, and vision benefits and Medicare Part B premium reimbursement is

$6.1 million. In addition, the employee contributions for medical, dental, hearing and

vision benefits are valued at $0.9 million, resulting in a net value of approximately $5.2

---

[19] My valuation is limited to the value of benefits offered to LTD employees under the plans.

million for medical, prescription drug, dental, hearing and vision benefits and Medicare Part B premium reimbursement.

27.     Using the AA discount rate to value the aggregate future benefits to LTD employees as of January 14, 2009 produces a range from zero to $34.4 million, depending on which benefits the Court determines Nortel may not terminate or for which it has an obligation to compensate LTD employees if it terminates them.  Specific valuation of each benefit is summarized in Exhibit 2.

28.     To calculate these values, I prepared a valuation model.  Background data for this model are included in Exhibits 3-6.  A complete list of the valuation assumptions used in my modeling is included in Exhibit 7, and an explanation of my basis for using these assumptions is included in Exhibit 8.  In my valuation I only included income continuation payments and Medicare Part B reimbursements payable on or after April 1, 2013, life insurance payments for deaths occurring on or after April 1, 2013, and payments for services rendered on or after April 1, 2013 under other benefits (medical, prescription drug, dental, hearing, and vision benefits).  I have excluded benefits payments already made between the date of Nortel's bankruptcy filing and the present and payments that may be made for services rendered before April 1, 2013.

29.     My analysis is based on LTD employee census data and other data that I received from Nortel and Mercer via Cleary Gottlieb Steen & Hamilton LLP.  I understand that Mercer has followed the customary actuarial standards to review the data for internal consistency and general reasonableness.  I also have reviewed the financial and participant data for internal consistency and general reasonableness, but I have not verified or audited any of the data or information provided. I reserve the right to amend

my analysis if the data or plan provisions supplied are found to not be accurate or complete.

**V.    Professional Certification**

30.    I am a credentialed actuary who meets the Qualification Standards of the American Academy of Actuaries to render the actuarial opinions contained in this Report. I am not aware of any direct or material indirect financial interest or relationship, including investments or other services, that could create a conflict of interest, or that would impair the objectivity of my work.

Dated:  November 30, 2012
        Verona, New Jersey

_____
**ETHAN E. KRA**

# Ethan E. Kra

**Ethan E. Kra Actuarial Services, LLC**
26 Swayze Street
West Orange, NJ 07052
Phone: 201-294-0649
actuary.kra@gmail.com

Education:

  B.A., Yale University, summa cum laude, honors with exceptional distinction in
    mathematics, 1969

  M.A., Yale University, mathematics, 1969

  M.Phil., Yale University, mathematics, 1973

  Ph.D., Yale University, mathematics, 1974

      Thesis:  Infinitary Forcing for Languages with the Q-Quantifier:  Fefferman
      Vaught Theorems for Infinitary Forcing

  Academic Honors:  Woodrow Wilson Fellow

        National Science Foundation Fellow

        Prize Teaching Fellowship (Yale University)

        Phi Beta Kappa

Professional Organization and Credentials:

  Fellow, Society of Actuaries (1976)

      Chartered Risk Enterprise Analyst (CERA) (2009)

      Vice President, Education & Examination (2007–08)

      Vice President, Pensions (2006–07)

      Board of Governors (1997–2000); Operations Committee (1997–2000)

      Pension Section Council (1991-94), Vice-Chair (1992-93), Chair (1993–94)

      FAS 106 Task Force (1993-99), Co-chair (1993–99)

      Pension Finance Task Force (jointly sponsored with the American Academy of
        Actuaries) (2002–11), Chair (2002–04)

      Discipline Committee (2000–05)

      Retirement Practice Advancement Committee (1992–2004), Chair (1997–2000)

      Non-Mortality Decrement Task Force (2000–04)

      Jointly Administered Examinations for Enrollment of Actuaries Committee (1978–79)

      Part 4 Examination Committee (1979–80)

Fellow, Conference of Consulting Actuaries (1985)

    Intersector Committee (1992–94)

Member, American Academy of Actuaries (1979)

    Vice President, Pensions (2009-11)

    Board of Directors (2003–2006)

    Pension Practice Council (1993–94, 1997–2011), Vice Chair (2000–03, 2005–09), Chair (2009-11)

    Pension Committee (1994–2010)

    Defined Benefit Revitalization Task Force (2003–04)

    Washington Forum Planning Committee (2002)

    Strategic Planning Task Force (1997–98)

    Tax Reform Work Group (2006–09)

    Executive Committee (2009-11)

    Personnel and Compensation Committee (2009-11)

Member, Funding Reform Advisory Task Force (2006-2008)

Member, American Society of Pension Actuaries (1996)

American Benefits Council (formerly known as Association of Private Pension and Welfare Plans)

    Retirement Savings Committee (1991-1997)

    Retirement and Investment Policy Committee (1999–2011)

    Retirement Income Task Force (1997–2011)

ERISA Industry Committee

    Pension Funding Task Force (2004–06)

    Retirement Security Committee (2003–11)

    Board of Delegates (2008–11)

Enrolled Actuary (1979)

Chartered Life Underwriter (1977)

Insurance Licenses in New York and New Jersey

Actuarial Standards Board General Committee (2002–04)

Page 3

Employment:

    Ethan E. Kra Actuarial Services, LLC, 2011—

        Litigation support and expert witness; strategic advice with respect to multiemployer plan liabilities; evaluation of liabilities and assets of benefit programs in mergers and acquisitions; analysis of financing strategies for executive and long term benefit obligations; consulting with respect to employee benefits in captive insurance companies; advice to executives on benefit elections; valuation of benefits in change of employment and in divorce

    Mercer, 1977--2011

        1994-2011: Chief Actuary-Retirement, with responsibilities in the areas of design and funding of pension and group insurance benefits, structuring and funding of non-qualified pension benefits years and the proper accounting for expense of employee benefits

        Internal positions included:

- Chair, Actuarial Resource Network
- Former Chair, New York Region Professional Standards Committee
- Former member, Global Retirement Professional Affairs Committee

        Principal (1984-1989); Managing Director (1989--2011); designation subsequently changed from Managing Director to Senior Partner

    Prudential Insurance Company of America, 1973-77

        Actuarial program, including assignments in long and short term disability insurance (3/76–4/77); group pensions (8/74–2/76); group insurance systems and aviation reinsurance

    Yale University, 1971-73

        Prize Teaching Fellow, 1972-73

        Teaching Fellow, 1971-72

Speeches and Lectures:

    "The Consulting Actuary as Expert Witness", instructor at Conference of Consulting Actuaries Seminar.

    "Unwelcomed Media Attention: Sensationalism or Substance?" ", panelist at the 2012 Conference of Consulting Actuaries Annual Meeting.

    "Growing Older, Working Longer: Legal and Actuarial Issues of Phased Retirement", panelist on Bloomberg BNA Webinar.

    "Potential Approaches for Making Defined Benefit Plans More Appealing", speaker at the 2012 ABA Joint Committee on Employee Benefits, Treasury/IRS Technical Session.

"Rules governing Employee Benefits: What is Working & What Can Be Done to Improve the System? Defined Benefit Plan Focus (PBGC Rules, Funding Rules, Hybrid Plan Rules)", speaker at the 2012 Joint Committee on Employee Benefits, ABA, AICPA, ACEBC and the Section of International Law Employment Committee Government Invitational.

"Ethics", panelist at the 2012 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2011 Conference of Consulting Actuaries Annual Meeting.

"2011 Pension Symposium – A Call To Action", panelist at symposium.

"Late Breaking Developments", panelist at the 2011 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2010 Conference of Consulting Actuaries Annual Meeting.

"PPA – Where are We Now?", panelist at the 2010 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2009 Conference of Consulting Actuaries Annual Meeting.

"Hot Topics for Hybrid Plans", speaker at the 2009 ASPPA Advanced Actuarial Conference.

"General Session 2: Ask the Experts", panelist at the 2009 ASPPA Advanced Actuarial Conference.

"Measuring Public Pension Liabilities – The Contrasting Views Discussion", panelist at the 2009 Society of Actuaries Public Pension Finance Symposium.

"Annual Check-up and Late Breaking Developments", panelist at the 2009 Enrolled Actuaries Meeting.

"Funding Policy: Beyond Minimum", panelist at the 2009 Enrolled Actuaries Meeting.

"PPA - Practical Plan Application", panelist at the 2008 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", panelist at the 2008 Conference of Consulting Actuaries Annual Meeting.

"Cash Balance Plan Litigation – What's Been Settled & What's Up in the Air", panelist at the ERISA Fiduciary ExecuSummit.

"Variable Annuity Plans", panelist at the 2008 ASPPA Advanced Actuarial Conference.

"The Future of the Defined Benefit System: Are Defined Benefit Plans an Endangered Species", panelist at the 2008 ASPPA Advanced Actuarial Conference.

"PPA 3 – So Close and Yet So Far", panelist at the CCA/SOA 2008 Employee Benefits Spring Meeting.

"Late Breaking Developments", panelist at the CCA/SOA 2008 Employee Benefits Spring Meeting.

"Pension Volatility", panelist at General Session at the 2008 Enrolled Actuaries Meeting.

"PPA: Benefit Restrictions", panelist before the Employee Benefits Committee, Association of the Bar of the City of New York

"Late Breaking Developments", panelist at the 2007 Conference of Consulting Actuaries Annual Meeting.

"General Session 2: Future of the Defined Benefit System", speaker at the 2007 ASPPA Advanced Actuarial Conference.

"Variable Annuity Plans", speaker at the 2007 ASPPA Advanced Actuarial Conference.

"Financial Economics Part 2: Making it Real", moderator at the jointly sponsored 2007 SOA/CCA Employee Benefits Spring Meeting.

"Financial Economics Part 1: Learning the Ropes" panelist and moderator at the jointly sponsored 2007 SOA/CCA Employee Benefits Spring Meeting.

"Pension Symposium: The Future is Here – So What Does That Mean?", panelist at the 2007 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2007 Enrolled Actuaries Meeting.

"General Session 1: PPA Pension Funding Rules", panelist at the 2007 Enrolled Actuaries Meeting.

"Pension Reform: What You Need to Know and What You Need to Do", panelist on Corporate Treasurers Council webcast.

"Late Breaking Developments", panelist at the 2006 Conference of Consulting Actuaries Annual Meeting.

"Pension Funds in Crisis – Next Generation Plan Design: What Will It Look Like for Generation X and Y?", panelist at the Strategic Research Institute Conference.

"Pension Reform: What You Need to Know and What You Need to Do", panelist at the Association of Financial Professionals Annual Conference.

"Are Defined Benefit Plans an Endangered Species?, panelist at the OPERS 5th Annual Investment Forum.

"Pension Accounting Reform & the Future of Defined Benefit Plans – Did the Markets, the Accounting or the Funding Rules Cause the Pension Crisis?", panelist at the Strategic Research Institute Conference.

"General Session 1 – Pension Funding Reform", panelist at the 2006 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2005 Conference of Consulting Actuaries Annual Meeting.

"Addressing the Financial Risks from Retirement Systems Seminar: Changing Our Focus: Consulting About Risk", panelist at the 2005 Society of Actuaries Spring Meeting.

"2005 Pension Symposium – Pension Funding Reform", speaker at the symposium co-sponsored by the American Academy of Actuaries, the American Society of Pension Professionals & Actuaries and the Society of Actuaries.

"Practicing Professionalism", panelist at the 2005 Enrolled Actuaries Meeting.

"Education 2005: Update from the Pension Perspective", panelist at the 2004 Society of Actuaries Annual Meeting.

"Pension Funding Proposals", panelist at the 2004 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", panelist at the 2004 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", panelist at the 2004 Society of Actuaries Annual Spring Meeting.

"The Great Unknown: Q & N/A's", panelist at the 2004 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the 2003 Conference of Consulting Actuaries Annual Meeting.

"The Great Controversy Symposium: Employer Perspective (Part 1)", moderator and panelist at the SOA Symposium, "The Great Controversy: Current Pension Actuarial Practice in Light of Financial Economics".

"Late Breaking Developments", panelist at the 2003 Society of Actuaries Annual Spring Meeting.

"Rulings and Regulations Update", panelist at the 2003 Enrolled Actuaries Meeting.

"Q and N/A", panelist at the 2002 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", panelist at the 2002 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", panelist at the 2002 Society of Actuaries Annual Meeting.

"Does the Syllabus Prepare Us for the Jobs of the Future?", panelist at the 2002 Society of Actuaries Annual Meeting.

"Rulings and Regulations Update", panelist at the 2002 Society of Actuaries Annual Spring Meeting.

"New Mortality Tables on Pension Plans", panelist at the 2002 Enrolled Actuaries Meeting.

"Rulings and Regulations Update", panelist at the 2002 Enrolled Actuaries Meeting.

"Is That Your Final Answer?", panelist at the 2001 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments – Wass Up!", panelist at the 2001 Conference of Consulting Actuaries Annual Meeting.

"Does ERISA Bias Lead to Equity Investment?", panelist at the Society of Actuaries 2001 Annual Spring Meeting.

"Late Breaking Developments Part 2: Court Cases", moderator at the Society of Actuaries 2001 Annual Spring Meeting

"Effective Use of Pension Surplus", panelist at the 2001 Enrolled Actuaries Meeting.

"Funding Retiree Welfare Benefits", panelist at the 2001 Enrolled Actuaries Meeting.

"Rulings and Regulation Update", panelist at the 2001 Enrolled Actuaries Meeting.

"Late Breaking Developments", panelist at the Conference of Consulting Actuaries 2000 Annual Meeting.

"Déjà vu All Over Again – Q&N/A's", panelist at the Conference of Consulting Actuaries 2000 Annual Meeting.

"Financing Voluntary Nonqualified Deferred Compensation Plans", presenter at the Financial Executives Institute National teleconference.

"Late Breaking Developments and Rulings", panelist at the Society of Actuaries 2000 Annual Spring Meeting.

"Discussion of IRS Gray Book and PBGC Blue Book", panelist at the 2000 Enrolled Actuaries Meeting.

"Rulings and Regulations Update", panelist at the 2000 Enrolled Actuaries Meeting.

"Q&NA's – Gray Areas", panelist at the 2000 Enrolled Actuaries Meeting.

"Reopening the Great Debate: ERISA Funding", panelist at the Society of Actuaries 1999 Annual Meeting.

"Dial 10-10-GATT for Pension Plan Mortality", panelist at the Society of Actuaries 1999 Annual Meeting.

"Q&NA's", panelist at the Conference of Consulting Actuaries 1999 Annual Meeting.

"Late Breaking Developments", panelist at the Conference of Consulting Actuaries 1999 Annual Meeting.

"Overview of Deferred Compensation Plans", panelist at the 1999 Non-Qualified Executive Retirement Programs Conference sponsored by International Business Communications.

"Pension Rulings and Regulations Update", panelist at the Society of Actuaries 1999 Annual Spring Meeting.

"Discussion of Gray Book Questions and Answers", panelist at the 1999 Enrolled Actuaries Meeting.

 "Rulings and Regulations Update", panelist at the 1999 Enrolled Actuaries Meeting.

"Tales of Terror – Ethics, Actuaries, the ABCD and the Law", speaker at the Conference of Consulting Actuaries 1998 Annual Meeting.

"Pension Rulings and Regulations Update", panelist at the Society of Actuaries 1998 Annual Meeting.

"Technical Concerns:  Late-Breaking Pension Developments", panelist at the Society of Actuaries 1998 Annual Spring Meeting.

"Discussion of Gray Book Questions and Answers", panelist at the 1998 Enrolled Actuaries Meeting.

"Postretirement Welfare Benefits", panelist at the 1998 Enrolled Actuaries Meeting.

"Exercising Professional Judgement – An Exercise in Futility", panelist of General Session #1 of the 1998 Enrolled Actuaries Meeting.

"Questions and Answers with the Experts", panelist at the Conference of Consulting Actuaries 1997 Annual Meeting.

"So What's New?—Late Breaking Developments", panelist at the Conference of Consulting Actuaries 1997 Annual Meeting.

"Financing Executive Deferred Compensation with Life Insurance—Does It Make Economic Sense When the Insurance Company Doesn't Run the Numbers?", panelist at the American Bar Association's 1997 Annual Meeting.

"Split Dollar Life Insurance – The True Economics (Pre TAM/PLR)", panelist at the American Bar Association's 1997 Annual Meeting.

"Trends & Issues in Non-Qualified Pension Plans", speaker at the Financial Executives Institute sponsored by the Committee on Investment of Employee Benefit Assets.

"Pension Simplification – Defined Benefit Issues", panelist at the Society of Actuaries 1997 Annual Spring Meeting.

"Approaching the Decision Making Process:  How to Compare the Alternatives", panelist at the 1997 Non-Qualified Executive Retirement Programs Conference sponsored by International Business Communications.

"Employee Benefits in Captives", panelist at the 1997 Captives Insurance Operations Conference.

"Post-Retirement Welfare Benefits", panelist at the 1997 Enrolled Actuaries Meeting.

"Exercising Professional Judgment – An Exercise in Futility?", panelist at the 1997 Enrolled Actuaries Meeting.

"Gray Book Questions and Answers", speaker at the 1997 Enrolled Actuaries Meeting.

"Small Business Job Protection Act of 1996 (Pension Simplification???)", panelist of General Session #1 at the 1997 Enrolled Actuaries Meeting.

"Basics of Funding Retiree Medical", panelist at the Conference of Consulting Actuaries 1996 Annual Meeting.

"Plan Qualification/Registration Issues for Multinational Sponsors", moderator and panelist at the Society of Actuaries 1996 Spring Meeting.

"SFAS 106/112 For the 'Know it All'", co-chair and speaker at the Society of Actuaries May 1996 seminar.

"Employee Benefit in Captives" speaker at the 1996 Captive Insurance Operations Conference sponsored by the Hartford Institute on Insurance Taxation.

"Non-Qualified Executive Compensation" chair and moderator for the Center for Business Intelligence seminar; spoke on "Integrating Non-qualified Plan Objectives to Attract & Retain Key Employees" and "Funding and Securing Non-Qualified Supplemental Executive Benefit Programs".

"Gray Book Questions and Answers", speaker at the 1996 Enrolled Actuaries Meeting.

"Pick your iq", speaker at the 1996 Enrolled Actuaries Meeting.

"415 Limitations After GATT - Revenue Ruling 95-29" speaker at the 1996 Enrolled Actuaries Meeting.

"How to Calculate Federal Insurance Contributions Act Tax on Supplemental Executive Retirement Plans", moderator and speaker at the Society of Actuaries 1995 Spring Meeting.

"Employee Benefits and U.S. Captives", speaker at the 33rd RIMS Annual Conference.

"Employee Benefits in Captives" speaker at the Tenth Anniversary Captive Insurance Operations Conference.

"Pick Your i", speaker at the 1995 Enrolled Actuaries Meeting.

"Pension Aspects of GATT", speaker at the Employee Benefits Group Inc.

"Financing Corporate Liabilities", speaker at Benefit and Financial Strategies after OBRA, seminars sponsored by CIGNA.

"Why Aren't More Captives Writing Employee Benefit Coverage?", speaker at the 21st Annual Captive Insurance Companies Association, Inc. Conference.

"Post-Retirement Welfare Benefits", speaker at the 1994 Enrolled Actuaries meeting.

"Employee Benefits", speaker at the 1994 Conference on Offshore Captive Insurance Operations sponsored by the Center for Tax Education and Research.

"Employee Benefits in a Captive Insurance Company?", speaker at joint Mercer/Marsh & McLennan client seminars.

"Retirement Programs for Law Firm Partners", speaker, Symposium on Employee Benefits.

"FAS 106 Technical Issues", speaker and co-chair at the Society of Actuaries Seminar.

"FAS 106 Consulting Issues", speaker and co-chair at the Society of Actuaries Seminar.

"Post Retirement Welfare Benefits - Funding", panelist at the 1993 Enrolled Actuaries Meeting.

"Cash Balance Plans" moderator at Society of Actuaries Seminars.

"FAS 106 Strategies and the Impact on Executive Compensation", speech at the Healthcare Issues Confronting Corporate America, Client Forum sponsored by Chase Manhattan Bank.

"Funding and Financing Retiree Health: Who Should Pay and How?", speech at the Post-Retirement Health Care Benefits sponsored by Institute for International Research.

"Post Retirement Health Benefit Funding", moderator and speaker at the Society of Actuaries 1992 Spring Meeting.

"Post-Employment Welfare Benefits - Funding", moderator and speaker at the 1992 Enrolled Actuaries Meeting.

"Permitted Disparity", presentation to the Practising Law Institute.

"Funding & Insured Funding Vehicles for Retiree Health", speech at The First Annual Pension and Employee Benefits Conference sponsored by Pensions and Investments.

"Funding and Financing Retiree Medical Benefits: Cost Effective Strategies", speech at the Post-Retirement Health Care Benefits seminar sponsored by Institute for International Research.

"Audience Dialogue with the IRS", moderator at the Society of Actuaries 1991 Spring Meeting.

"Message from the IRS", moderator at the Society of Actuaries 1991 Spring Meeting.

"Funding Alternatives for Post-Employment Welfare Benefits", speeches at Post Retirement Health Care seminars sponsored by Fidelity Investments Institutional Services.

"Funding Alternatives for Post Employment Benefits", speaker and moderator at the 1991 Enrolled Actuaries Meeting.

"Integrating Retirement Plans into Estate Planning", speech to the Tax & Estate Planning Council of Nassau County.

"Post-Retirement Medical Benefits: A Look at FASB Requirements and New Strategies for Controlling Costs", speaker at Mercer seminars.

"Post-Retirement Medical Benefits vs. Pension Benefits: Contrast in Asset/Liability Issues", speech at Asset Liability Management for Pension Funds sponsored by the Institute for International Research.

"What's New in Retiree Medical Funding Vehicles", speech at the Post Retirement Medical seminar sponsored by Institute for International Research.

"Mergers and Acquisitions", speech to the New York County Lawyers Association.

"Mergers and Acquisitions, Employee Benefit Issues", speech to the New York Metro Area Chapter - ISCEBS.

"The Funding and Financing of Retiree Medical Benefits", speech at the Benefits News Analysis seminar on Managing Post-Retirement Medical Benefits.

"Applications for Post Retirement Medical Obligations", speech at the Morgan Stanley seminar on ESOP Strategies and Implementation Issues.

"Pre-funding vs. Pay-as-you-go: Viable & Innovative Financing Options", speech at the Institute for International Research seminar on Designing & Funding Cost-effective Employee Benefit Plans.

"Changing Perspectives Which Motivate Asset - Liability Management:  What Are the True Liabilities and How Do They Affect Matching?", speech at the second Annual Meeting on Asset/ Liability Management for Pension Funds sponsored by the Institute for International Research.

"Funding Executive Benefits", discussion leader for the Financial Executives Institute Financial Policy Peer Group Series.

"Highly Compensated Employees... Controlled Groups... Lines of Business...Aggregation Techniques", workshop speaker at a Section 89 seminar sponsored by William M. Mercer, Inc.

"Omnibus Reconciliation Act of 1987 - Effects on Employee Benefit Plans", speech at a William M. Mercer, Inc. seminar.

"Managing Future Liabilities – Investment Strategies for Funding Retiree Health Care Benefits", speech at the first Annual Symposium on Funding Post-employment Health Care Benefits sponsored by the Institute for International Research.

"Actuarial Considerations for Self-funded Benefit Plans", panel seminar speaker at the New York State Public Sector Coalition on Health Benefits Annual Conference.

"The Actuary and Post-retirement Welfare Benefits", speech to the Actuaries Club of New York.

"The Effects of Tax Reform on Welfare Plans", lecture at the 1987 Accounting Conference sponsored by the Foundation for Accounting.

"Coping with COBRA", speech to the Cultural Institutions Personnel Group.

"Defined Contribution Plans - Impact of 1986 Tax Reform Act", panel speaker at a Mercer-Meidinger seminar.

"Tax Reform Legislation - Whither Goest Thou?", panel speaker at the annual meeting of Conference of Actuaries in Public Practice.

"An Advanced Course in Employee Benefits", course leader/teacher for the American Management Association.

"Select and Ultimate Financial Assumptions in Pension Plan Valuations", workshop chairperson at the Society of Actuaries 1985 Annual meeting.

"Coping with REACT Regulations", workshop panelist for the American Pension Conference.

"The Effect of the Treasury Tax Reform Proposals on Educational Institutions", speech to the Eastern Association of College and University Officers.

"Post Retirement Medical and Death Benefits", speech to the American Management Association Annual Compensation/Employee Benefits Briefing.

"Using Insurance as a Capital Accumulation Device", course teacher for the Practising Law Institute.

"Fundamentals of Employee Benefits", course leader/teacher for the American Management Association.

"Retirement Equity Act", speech to the New York Personnel Management Association.

"Post-retirement Medical and Death Benefits: The Unrecognized Liability", speaker at a Mercer-Meidinger seminar.

"Funding Vehicles for Pension Plans", workshop chairperson at the Society of Actuaries 1983 Spring Meeting.

"Hidden Pension Liabilities in an Acquisition", speaker at a Mercer-Meidinger seminar.

"New Challenges and Opportunities for Welfare Plans", panelist at a Mercer workshop.

"Opting Out of Social Security", speaker at a Mercer sponsored seminar for hospital personnel executives.

"Executive Benefits Funded Through Life Insurance", speech at a Mercer sponsored seminar for hospital personnel executives.

"Response to the Multiemployer Pension Plan Amendments Act of 1980", workshop chairperson at the Society of Actuaries 1981 Spring Meeting.

"Considerations in Selection of Actuarial Assumptions/Methods for Larger Plans", teacher at the Enrolled Actuaries' Annual Meeting.

"Plan Sponsor Responses To The "Age Discrimination in Employment Act" (ADEA) – Employee Benefits", workshop chairperson at the Society of Actuaries 1980 Spring Meeting.

"Coordination of Social Security with...", workshop co-chairperson at the Society of Actuaries 1979 Annual Meeting.

Publications:

"A Proposal for Pension Funding Reform", The Future of Pension Plan Funding and Disclosure Monograph, July 2005, the Society of Actuaries, co-authored with Donald E. Fuerst.

"Durational (Select and Ultimate) Discount Rates for FAS 87 and 106 Valuations", The Pension Forum, December 2004, the Society of Actuaries, co-authored with Ron Iverson, Heidi Rackley and Steve Alpert.

"Late Breaking Developments", transcript, 2004 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", transcript, 2003 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", transcript, 2002 Conference of Consulting Actuaries Annual Meeting.

"Q & N/A", transcript, 2002 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", transcript, 2002 Conference of Consulting Actuaries Annual Meeting.

"New Mortality Tables for Pension Plans", transcript, 2002 Enrolled Actuaries Meeting.

"Rulings and Regulations Update", transcript, 2002 Enrolled Actuaries Meeting.

"Is That Your Final Answer?", transcript, 2001 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments - Wass Up!", transcript, 2001 Conference of Consulting Actuaries Annual Meeting.

"Déjà vu All Over Again – Q & N/A!", transcript, 2000 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", transcript, 2000 Conference of Consulting Actuaries Annual Meeting.

"Q&N/A", transcript, 1999 Conference of Consulting Actuaries Annual Meeting.

"Late Breaking Developments", transcript, 1999 Conference of Consulting Actuaries Annual Meeting.

"So What's New? Late Breaking Developments", transcript, 1997 Conference of Consulting Actuaries Annual Meeting.

"Post-Retirement Welfare Benefits", transcript, 1997 Enrolled Actuaries Meeting.

"Exercising Professional Judgment—An Exercise in Futility?", transcript, 1997 Enrolled Actuaries Meeting.

"Small Business Job Protection Act of 1996 (Pension Simplification???)", transcript, 1997 Enrolled Actuaries Meeting.

"Basics of Funding Retiree Medical Funding", transcript, 1996 Conference of Consulting Actuaries Meeting.

"Pick your iq", transcript, 1996 Enrolled Actuaries Meeting.

"415 Limitations After GATT—Revenue Ruling 95-29" transcript, 1996 Enrolled Actuaries Meeting.

"Pick Your i", transcript, 1995 Enrolled Actuaries Meeting.

"New Rules for Underfunded Pension Plans, The Retirement Protection Act of 1994", a William M. Mercer, Inc. commentary, co-author.

"Post-Retirement Welfare Benefits", Transcript, 1994 Enrolled Actuaries Meeting.

"Post-Retirement Welfare Benefits - Funding", Transcript, 1993 Enrolled Actuaries Meeting.

"Employee Benefits in a Captive Insurance Company?", Mercer Bulletin, July, 1993.

"Decisions - FAS 106", Mercer Bulletin, September 1992.

"Postretirement Health Benefits Funding", Record of the Society of Actuaries 1992, Vol. 18, No. 1A.

"Post-Retirement Health Benefit Funding", Transcript, 1992 Enrolled Actuaries Meeting.

"Retiree Medical Benefits: Making the Fund or Finance Decision", co-author with William A. Bader, The Journal of Corporate Accounting and Finance, Spring 1992.

"Audience Dialogue with the IRS", Record of the Society of Actuaries 1991, Vol. 17, No. 3.

"Message from the IRS", Record of the Society of Actuaries 1991, Vol. 17, No. 3.

"Funding Alternatives for Post Employment Benefits", Transcript, 1991 Enrolled Actuaries Meeting.

"New Directions in Retirement Planning," a William M. Mercer, Inc. series of commentaries, co-author.

"Miscellaneous 401(a)(4) and Related Issues; a Discussion of Various Issues", in Complying With the New Nondiscrimination and Minimum Coverage Regulations, Practising Law Institute, 1991.

"Funding and Financing Retiree Medical Benefits", Mercer Bulletin, September 1991.

"Retiree Health Benefits in the 1990's", a William M. Mercer, Inc. commentary, co-author.

"Permitted Disparity" in Complying With the New Nondiscrimination and Minimum Coverage Regulations, Practising Law Institute, 1991.

"Secular Trusts and Annuities - Securing Executive Benefits After Tax Reform", a William M. Mercer, Inc. commentary, co-author.

"Omnibus Budget Reconciliation Act of 1987: What it Means to Pensions and Employee Benefits", a William M. Mercer, Inc. commentary, co-author.

"Tax Reform: What It Will Mean to Benefits and Compensation - A Mercer-Meidinger Commentary", co-author.

"Using Insurance as a Capital Accumulation Device", in Executive Compensation, Practising Law Institute.

"How to Protect Yourself Against Medical Insurance Gaps", Bottom Line Personnel.

"How to Identify Gaps In Life and Disability Insurance", Bottom Line Personnel.


Internal Mercer Communiqués - author/co-author of the following:

"Credit recordkeeping and document retention for US actuarial professional continuing education requirements", co-authored with Jess McGrath.

"US actuarial professional continuing education requirements", co-authored with Aquil Ahmed, Carol Gramer, and Shelly Raad.

"Retirement Studio conversion standards", co-authored with Ron Iverson.

"FAS 158 and Multiemployer Plans", co-authored with James Dexter.

"Computation of Actuarial Value of Assets: Corridor Limit Application", co-authored with Carol Gramer.

"Selecting Cross-Border Accounting Assumptions", co-authored with Bruce Cadenhead, Wendy McFee and Phil Turner.

"Retiree medical Pre-funding in 401(h) accounts and VEBAs", co-authored with Heidi Rackley, Judy Bauserman, Barbara McGeoch, Scott Tucker and Derek Guyton.

"International Accounting Changes Target Multiemployer Plans", co-authored with James Dexter.

"Tax Effects of the New Medicare Prescription Drug Subsidy", co-authored with Fran Bruno and Mark Hamelburg.

"Employee Benefits in a Captive Insurance Company", co authored with Rich Fuerstenberg, Mark Hamelburg and Henry Saveth.

"DOL Benefits-in-a-Captive Ruling Imminent" co-authored with Henry Saveth, and Mark Hamelburg.

"Peer Review of Cross-Border Actuarial Work", co-authored with Bruce Cadenhead.

"Professional Standard – Signing and Peer Reviewing Actuarial Reports", co-authored with Derek Guyton.

"Guidelines for Selecting Certain Assumptions", co-authored with Paul Zeisler and Bruce Cadenhead.

"Spin-off Assumptions", co-authored with Bruce Cadenhead.

"Pension Valuation Checklist for Multiemployer Plans: Updated to Reflect Changes Included in the Economic Growth and Tax Relief Reconciliation Act of 2001", co-authored with Carol Gramer.

"Reorganization Status for Multiemployer Plans", co-authored with Carol Gramer.

"Aggregate Entry Age Normal Funding Method Violates IRS Reasonable Funding Regulations".

"Section 414(k) Plans – Actuarial Issues", co-authored with Ron Iverson.

"Captive Insurance Companies and Employee Benefits", co-authored with Henry Saveth.

"Select and Ultimate Discount Rates for FAS 87 & 106 Valuations", co-authored with Ron Iverson and Heidi Dexter.

"Tax Gross Up Calculations for Executive Benefits", co-authored with Frank Burianek, Gary Thomas.

"Professional Standard – Signing/Peer Reviewing Actuarial Reports".

"Mergers and Acquisitions", co-authored with Bert Bernier, Edgar Friedman, Kevin Minor and Scott Tucker.

"Automatic approval for change in funding method for plans with negative unfunded liability".

"E-54—International Accounting Standards", co-authored with Ron Iverson, Wendy McFee, Larry Bader and Frank Todisco.

"Pension Valuation Checklist for Multiemployer Plans", co-authored with Carol Gramer.

"Change in SFAS 87/106 Measurement Date", co-authored with Kevin Minor and Bob Behar.

"1996 Schedule B", co-authored with Bruce Cadenhead and Ed Greene.

"Consulting Issues Relating to Repeal of IRC Section 415(e)", co-authored with Carol Gramer.

"PBGC Variable Premium Calculations", co-authored with Bob Behar and Steven Gagel.

"Document Retention".

"Plan Spinoffs".

"FAS 87 & 106 Discount Rates".

"Multiple Employer Plans:  Do I have one and what do I do now?", co-authored with Joy Theobald.

"Technical Actuarial Questions on Bulletin Board".

"Peer Review for Actuarial Reports".

"Continuing Education for Actuaries".

"Negative Unfunded Accrued Liabilities", co-authored with David Jarrett.

"Separate Line of Business".

"Testimony on 401(a)(4) Regulation Package".

"Schedule B - Deficit Reduction Contribution".

"Required Distributions Under Section 401(a)(9) - Qualified Plans".

"Business Combination Accounting".

"Retroactively Changing the Amortization Period for Gains and Losses Recognized as of 1/1/88".

"Meeting With IRS".

"Meeting With IRS".

"U.S. Controlled Group Benefit Issue for Foreign Parent Companies".

"Meeting With IRS".

"Revenue Notice 89-70 Warning on Early Retirement Using 1/15, 1/30".

"Calculating Benefits for Employees Who Attain age 70½".

"Taxation of Long Term Care Insurance".

"Bank Ownership of Individual Policies".

"Proposed Section 89 and 125 Regulations".

"Required Distributions From Qualified Plans: One Year Deferral of Effective Date".

"Determination of FAS 87 Pension Expense for Secular Trusts".

"Analysis of Social Security Integration Requirements".

"Integration Under Tax Reform '86 - A White Paper".

"Market Crash of October 19, 1987".

"DOL Guidelines for Benefit Plans under ADEA", co-authored with Solomon Weinberger.

**Quoted frequently by New York Times, Wall Street Journal, Business Week, Newsweek, Time, Fortune, etc.**

# Materials Considered

| Bates Number | Title | Date |
|---|---|---|

## Pleadings and Legal Documents

| Bates Number | Title | Date |
|---|---|---|
| | Debtors' Motion for Entry Of An Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing The Debtors to Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees | 7/30/12 |
| | Notice Of Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 105, 363 and 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees | 7/30/12 |
| | The Official Committee Of Long Term Disability Participants' Objection To The Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105, 363 and 1108 Authorizing The Debtors To Terminate The Debtors' Long-Term Disability Plans And The Employment Of The LTD Employees | 10/25/12 |
| | Debtors' Supplemental Submission in Further Support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees | 11/2/12 |

## Settlement Presentations

| Title | Date |
|---|---|
| Nortel Networks Inc., Retiree Medical and LTD Benefits, Mercer | 10/6/11 |
| Framework of LTD Settlement Proposal, Alvarez & Marsal | 5/9/12 |

## Plan Documents

| Bates Number | Title | Date |
|---|---|---|
| NNI-LTD-00005727 | Aetna Life & Casualty Plan Summary | 5/20/1977 |
| NNI-LTD-00011062 | Plan Summary | 1/1/82 |
| NNI-LTD-00011069 | Group Benefits Plan | 1/1/82 |
| NNI-LTD-00003878 | Group Benefits Plan, Salaried Revised Plan | 1982 |
| NNI-LTD-00011162 | Northern Telecom Inc. Group Benefits Plan Trust | 7/1/82 |
| NNI-LTD-00011131 | Guide to the Flexible Benefit Plan | 1/1/84 |
| NNI-LTD-00005673 | Plan Summary | 1/1/1984 |
| NNI-LTD-00001559 | Plan Summary | 1/1/86 |
| NNI-LTD-00011179 | Benefits at a Glance For Employees of Northern Telecom Inc. | 1/1/86 |
| NNI-LTD-00008001 | Group Benefits Plan, Revised Plan | 1/1/1986 |
| NNI-LTD-00005678 | Group Benefits Plan, Revised Plan | 1/1/1987 |
| NNI-LTD-00011198 | Benefits at a Glance For Employees of Northern Telecom Inc. | 1/1/88 |
| NNI-LTD-00001563 | Plan Supplement | 1/1/89 |
| NNI-LTD-00003910 | Group Benefits Plan, Revised Plan | 1/1/89 |
| NNI-LTD-00011216 | Northern Telecom Inc., Your Benefits at a Glance | 1991 |
| NNI-LTD-00005100 | Weekly Disability and Long Term Disability Plan | 1/1/1991 |
| NNI-LTD-00005154 | Vision Care Plan and Dental Plan | 1/1/1991 |
| NNI-LTD-00005186 | Triple Option Medical Plan | 1/1/1991 |
| NNI-LTD-00005309 | Life Insurance and Accidental Death and Dismemberment Plan | 1/1/1991 |
| NNI-LTD-00011273 | Life Insurance and Accidental Death and Dismemberment Plan | 4/1/92 |
| NNI-LTD-00005118 | Vision Care Plan and Dental Plan, Benefits Connection | 4/1/1992 |
| NNI-LTD-00005009 | Weekly Disability and Long Term Disability Plan | 6/1/1992 |
| NNI-LTD-00005337 | Northern Telecom/BNR U.S. Employee Benefits for Bargaining Unit Employees of Nynex Meridian Systems, Benefits Connection | 1/93 |
| NNI-LTD-00005478 | Northern Telecom/BNR U.S. Employee Benefits for Bargaining Unit Employees of Nynex Meridian Systems, Benefits Connection | 1/93 |
| NNI-LTD-00000107 | Weekly Disability and Long Term Disability Plan 1993 | 1993 |
| NNI-LTD-00011304 | Your Group Program | 1/1/94 |
| NNI-LTD-00011341 | Flex Benefits, Enrollment Workbook | 6/1/94 |
| NNI-LTD-00011385 | Flex Benefits, Enrollment Workbook | 6/6/94 |
| NNI-LTD-00011423 | Enrollment Workbook | 6/7/94 |
| NNI-LTD-00011531 | Flex Benefits, Enrollment Workbook | 6/20/94 |

# Materials Considered

| Bates Number | Title | Date |
|---|---|---|
| NNI-LTD-00011461 | Flex Benefits, Enrollment Workbook | 7/1/94 |
| NNI-LTD-00011571 | Flex Benefits | 7/1/94 |
| NNI-LTD-00011565 | Flex Benefits, Special Instructions | 10/94 |
| NNI-LTD-00011579 | Flex Benefits, Special Instructions | 10/94 |
| NNI-LTD-00011591 | Flex Benefits, Special Instructions for people who reside in Puerto Rico | 10/94 |
| NNI-LTD-00011585 | Flex Benefits, Highlights | 1995 |
| NNI-LTD-00011597 | Flex Benefits, Enrollment Workbook | 1995 |
| NNI-LTD-00011673 | Raleigh Area Employee Handbook | 4/95 |
| NNI-LTD-00011721 | Flex Benefits, Highlights, 1996, If you are: Retired Under the Early Retirement Option (ERO), Covered by COBRA | 10/95 |
| NNI-LTD-00011727 | Flex Benefits, Highlights, 1996, If you are: On Leave of Absence Without Pay, Under Severance/Salary Continuation, On Long-Term Disability | 10/95 |
| NNI-LTD-00011735 | Flex Benefits, Highlights, 1996 | 1996 |
| NNI-LTD-00011743 | Flex Benefits, Enrollment Workbook | 1996 |
| NNI-LTD-00011818 | Flex Benefits, Highlights, 1997, COBRA Participants | 10/96 |
| NNI-LTD-00011832 | Flex Benefits, Highlights, 1997 If you are: On Family Care Leave of Absence Without Pay, On Family Leave of Absence, Under Severance/Salary Continuation, On Long-Term Disability | 10/96 |
| NNI-LTD-00005032 | Employee Benefits and Programs Handbook | 12/96 |
| NNI-LTD-00011824 | Flex Benefits, Special Instructions for people who reside in Puerto Rico, 1997 | 1997 |
| NNI-LTD-00011840 | Flex Benefits, Highlights, 1997 | 1/1/97 |
| NNI-LTD-00011852 | 1997 Flex Benefits, Enrollment Workbook | 1997 |
| NNI-LTD-00010840 | Dental/Vision/Hearing Care Plan | 4/97 |
| NNI-LTD-00011911 | Flex Benefits, Easy to Enroll Guide, 1998 | 1998 |
| NNI-LTD-00011915 | Flex Benefits, Handbook, 1998 | 1998 |
| NNI-LTD-00011961 | Flex Benefits, Highlights, 1998, If you are: On Family Care Leave of Absence Without Pay, On Leave of Absence Without Pay, Under Severance/Salary Continuation, On Long-Term Disability | 1998 |
| NNI-LTD-00011973 | Flex Benefits, Highlights, 1998 | 1998 |
| NNI-LTD-00011986 | Flex Benefits, Highlights, 1998 | 1998 |
| NNI-LTD-00012000 | Flex Benefits, Highlights, 1998 | 1998 |
| NNI-LTD-00012012 | Flex Benefits, Highlights, 1998 | 1998 |
| NNI-LTD-00012032 | Flex Benefits, Special Instructions for people who reside in Puerto Rico, 1998 | 1998 |
| NNI-LTD-00010740 | Employee Benefits and Programs (Introduction) | 3/98 |
| NNI-LTD-00012057 | Flex Benefits, Highlights, 1999 If you are: On Family Care Leave of Absence Without Pay, On Leave of Absence Without Pay, Under Severance/Salary Continuation, On Long-Term Disability | 1999 |
| NNI-LTD-00012077 | Flex Benefits, Handbook, 1999 | 1999 |
| NNI-LTD-00012126 | Flex Benefits, Highlights, 1999 | 1999 |
| NNI-LTD-00012150 | Flex Benefits, Easy to Enroll Guide, 1999 | 1999 |
| NNI-LTD-00012154 | Flex Benefits, Easy to Enroll Guide, 1999, For U.S. Executives | 1999 |
| NNI-LTD-00012158 | Flex Benefits, Summary of Medical Benefits and Coverags, 1999, Puerto Rico | 1999 |
| NNI-LTD-00012166 | Bay Networks Benefits Source Summary Plan Description | 1999 |
| NNI-LTD-00000056 | Short-Term and Long-Term Disability Plan | 8/99 |
| NNI-LTD-00003962 | Employee Benefits and Programs Binder | 8/99 |
| NNI-LTD-00010684 | Nortel Networks U.S. Deferred Compensation Plan, As Amended and Restated as of January 1, 2000 | 1/1/00 |
| NNI-LTD-00012377 | Flex Benefits, Enrollment Guide | 2000 |
| NNI-LTD-00012445 | Flex Benefits, Enrollment Guide, Special Groups | 2000 |
| NNI-LTD-00012513 | Flex Benefits, Enrollment Guide, Bay Networks | 2000 |
| NNI-LTD-00012585 | Welcome to Nortel Networks, You are now connected | 2000 |
| NNI-LTD-00004558 | Employee Benefits and Programs Binder | 4/00 |
| NNI-LTD-00000082 | Short-Term and Long-Term Disability Plan | 6/00 |
| NNI-LTD-00012823 | Welcome to Nortel Networks, You are now connected | 2001 |

# Materials Considered

| Bates Number | Title | Date |
|---|---|---|
| NNI-LTD-00013064 | Flex Benefits Decision Maker, for FLEX Participants Not Actively at Work | 2001 |
| NNI-LTD-00013111 | Flex Benefits Decision Maker | 2001 |
| NNI-LTD-00013160 | Flex Benefits Decision Maker, Puerto Rico Decision Maker | 2001 |
| NNI-LTD-00013192 | Flex Benefits Enrollment Guide | 2001 |
| NNI-LTD-00013243 | Flex Benefits Program, 2002 | 10/01 |
| NNI-LTD-00013247 | Flex Benefits Program, Decision Maker | 10/01 |
| NNI-LTD-00013239 | Flex Benefits Program, 2002, Specific Information for Employees Not Actively at Work | 11/01 |
| NNI-LTD-00013278 | Flex 2003 Roadmap | 10/02 |
| NNI-LTD-00013302 | Nortel Networks FLEX Benefits Program for Puerto Rico FLEX Participants With Intranet Access 2003, FLEX 2003 Online Roadmap | 10/16/02 |
| NNI-LTD-00013335 | FLEX 2003 Enrollment Guide | 10/25/02 |
| NNI-LTD-00000131 | Short-Term and Long-Term Disability Plans | 12/10/02 |
| NNI-LTD-00004918 | Short-Term and Long-Term Disability Plans, Plan Year 2002 | 12/11/02 |
| NNI-LTD-00013272 | Navigating Your FLEX Benefits Enrollment, For Employees Not Actively at Work | 2003 |
| NNI-LTD-00013276 | Navigating Your FLEX Benefits Enrollment, 2003 | 2003 |
| NNI-LTD-00005628 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2003 | 2003 |
| NNI-LTD-00013387 | FLEX 2004 Update for Employees Not Actively at Work | 10/03 |
| NNI-LTD-00013391 | FLEX 2004 Action Steps | 10/03 |
| NNI-LTD-00013399 | FLEX 2004 Roadmap | 10/03 |
| NNI-LTD-00026802 | FLEX 2004 Online Roadmap | 10/21/03 |
| NNI-LTD-00004811 | Medical Plan, Plan Year 2002 | 11/27/2003 |
| NNI-LTD-00004892 | Dental/Vision/Hearing Care Plan, Plan Year 2002 | 11/27/2003 |
| NNI-LTD-00004941 | Life & AD&D Insurance and Business Travel Accident Insurance Plan, Plan Year 2002 | 11/27/2003 |
| NNI-LTD-00004971 | Administrative Information, Plan Year 2002 | 11/27/2003 |
| NNI-LTD-00016059 | Nortel Networks Inc. Dental/Vision/Hearing Care Plan, Summary Plan Description, 2003 | 12/03 |
| NNI-LTD-00000154 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2004 | 2004 |
| NNI-LTD-00000957 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2004 | 2004 |
| NNI-LTD-00013435 | FLEX 2005 Enrollment Guide | 11/04 |
| NNI-LTD-00013491 | FLEX 2005 Enrollment Guide, For U.S. FLEX Participants Not Actively Working | 11/04 |
| NNI-LTD-00000195 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2005 | 2005 |
| NNI-LTD-00000834 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2005 | 2005 |
| NNI-LTD-00013551 | FLEX 2006 Enrollment Guide | 9/05 |
| NNI-LTD-00013631 | FLEX 2006 Enrollment Guide, For U.S. FLEX Participants Not Actively Working | 9/05 |
| NNI-LTD-00000236 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2006 | 2006 |
| NNI-LTD-00001430 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2006 | 2006 |
| NNI-LTD-00026556 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2007 | 2007 |
| NNI-LTD-00000279 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2007 | 2007 |
| NNI-LTD-00001310 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2007 | 2007 |
| NNI-LTD-00010739 | Employee Benefits and Programs (Introduction) | 8/07 |
| NNI-LTD-00010704 | Nortel Networks Enhanced Severance Allowance Plan, As Amended and Restated as of January 1, 2008 | 1/1/08 |
| NNI-LTD-00000321 | Nortel Networks Inc. Short-Term Disability Plan and Long-Term Disability Plan, Summary Plan Description, 2008 | 2008 |
| NNI-LTD-00001190 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2008 | 2008 |
| NNI-LTD-00000037 | Nortel Networks Welfare Benefits Plan | 2009 |
| NNI-LTD-00000364 | Nortel Networks Inc. Long-Term Disability Plan, Summary Plan Description, 2009 | 2009 |
| NNI-LTD-00001072 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2009 | 2009 |
| NNI-LTD-00000401 | Nortel Networks Long-Term Disability Plan, Summary Plan Description, 2010 | 2010 |

# Materials Considered

| Bates Number | Title | Date |
|---|---|---|
| NNI-LTD-00000438 | Nortel Networks Short-Term Disability Plan, Summary Plan Description, 2010 | 2010 |
| NNI-LTD-00000606 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2010 | 2010 |
| | Nortel Networks Severance Allowance Plan, Summary Plan Description, 2010 | 1/21/2010 |
| | Nortel Networks Severance Allowance Plan, Summary Plan Description, 2011 | 1/1/2011 |
| NNI-LTD-00000726 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2011 | 2011 |
| NNI-LTD-00003442 | Nortel Networks Inc. Life and Accidental Death & Dismemberment Insurance Plan, Summary Plan Description, 2012 | 1/12 |
| NNI-LTD-00003482 | Nortel Networks Inc. Medical Plan, Summary Plan Description, 2012 | 2012 |
| NNI-LTD-00003646 | Nortel Networks Inc. Dental/Vision/Hearing Care Plan, Summary Plan Description, 2012 | 2012 |
| NNI-LTD-00003703 | FLEX Overview, Summary Plan Description, Plan Year 2012 | 2012 |
| NNI-LTD-00003852 | Nortel Networks Inc. Short-Term Disability Plan, Summary Plan Description, 2012 | 2012 |
| NNI-LTD-00000107 | Weekly Disability and Long Term Disability Plan | |
| NNI-LTD-00010741 | Flex Overview | |
| NNI-LTD-00010757 | Medical Plan | |
| NNI-LTD-00010867 | Health Care and Dependent Day Care Reimbursement Account Plan | |
| NNI-LTD-00010886 | Short-Term and Long-Term Disability Plan | |
| NNI-LTD-00010912 | Life Insurance and AD&D Insurance Plan | |
| NNI-LTD-00010937 | Long Term Investment Plan | |
| NNI-LTD-00011012 | Administrative Information | |
| NNI-LTD-00011040 | Glossary | |
| NNI-LTD-00005608 | Weekly Disability and Long Term Disability Plan | |

## Financial Reports and Data

| Bates Number | Title | Date |
|---|---|---|
| NNI-LTD-00002195 | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/03 |
| NNI-LTD-00002209 | Nortel Networks Health & Welfare Benefits Trust Financial Statements | 12/31/04 |
| NNI-LTD-00002225 | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/05 |
| NNI-LTD-00002242 | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/06 |
| NNI-LTD-000022559 | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/07 |
| NNI-LTD-00002280 | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/08 |
| | Nortel Networks Voluntary Employee Beneficiary Association Plan Financial Statements | 12/31/09 |
| NNI-LTD-00002882 | Nortel Networks Welfare Benefits Plan Financial Statements | 12/31/10 |
| NNI-LTD-00002301 | 2003 FAS 112, Mercer | 4/19/04 |
| NNI-LTD-00002310 | 2004 FAS 112, Mercer | 2/9/05 |
| NNI-LTD-00002319 | 2005 FAS 112, Mercer | 31/20/05 |
| NNI-LTD-00002344 | 2006 FAS 112, Mercer | 8/30/07 |
| NNI-LTD-00002329 | 2007 FAS 112, Mercer | 5/5/08 |
| NNI-LTD-00002357 | 2008 FAS 112, Mercer | 2/20/09 |
| NNI-LTD-00002374 | 2009 FAS 112, Mercer | 2/4/10 |
| NNI-LTD-00002393 | 2010 FAS 112, Mercer | 1/18/11 |
| NNI-LTD-00003425 | Postemployment Benefit Valuation Report for the Fiscal Year Ending June 30, 2011, Nortel Networks, Mercer | 12/23/11 |
| NNI-LTD-00015241 | Postemployment Benefit Valuation Report for the Fiscal Year Ending December 31, 2011, Nortel Networks, Mercer | 1/20/12 |
| | Nortel_LTD_Valuation_Report_9-2010.xlsx | 9/10 |
| | LTD as of 9 1 2011.xls | 9/1/11 |
| | LTD as of 9 27 2011.xls | 9/27/11 |
| | 2012 Data - LTD.xls | 2012 |
| | LTD Detail of Oct 6 slide 16.xlsx | |
| | LTD master FINAL_merged data only.xls | |
| | LTD Participant Counts by month 2009 - 2011 (2).xlsx | |
| | LTD Participants (dates_dependents).xlsx | |
| | LTD Reconciliation.xls | |

# Materials Considered

| Bates Number | Title | Date |
|---|---|---|
| | 2455529_1(Sept 1, 2011 LTD Participants' Names and Addresses).XLS | 9/1/11 |
| | Individual liability summary final July 2011.xlsx | 7/11 |
| | FAS 112 individual liability summary July 2011 with new participants.xlsx | 7/12 |
| | Individual liability summary final 5.xls | |
| | Copy of Mercer Sample Liabilities.xls | |
| | Final 2011 Active Pricing Template.xls | |
| | Final 2011 Active Pricing Template Values - v2 (10282010).xls | |
| | ANTHEM_LTD_Final_Masked_200901_201112.xls | |
| | CIGNA_LTD_ MEDICAL CLAIMS_2009_2011A.xls | |
| | CIGNA_LTD_DENTAL CLAIMS_2009_2011A.xls | |
| | MEDCO_LTD_claims_report___Jan_09___Dec_11a.xls | |
| | OPTUM LTD CLAIMS DATA 2009 - 2011a.xls | |
| | Prudential_LTD 2008.xls | |
| | Prudential_LTD 2009.xls | |
| | Prudential_LTD(1) 2007.xls | |
| NNI-LTD-PRU-00000056 | LTD Payment History | |
| NNI-LTD-PRU-00000059 | Income Benefit Census | |
| | Nortel LTD Ctrbs.xls | |
| | Nortel PWP_Individual Output_final_9282011_LTD ppts from investors program.xls | |
| | NotesToNNI-LTD-PRU-00000056.xls | |
| | NotesToNNI-LTD-PRU-00000059.xls | |
| | Mercer Yield Curve - White Paper and Bond Universe at 6.30.11.pdf | |
| | Mercer Yield Curve | |
| | Mercer Medical and Dental Trend Rates | |
| | Mercer Trend Model Inputs | |

### Publicly Available

| | | |
|---|---|---|
| | Bloomberg Industrial B- Yield Curve | 11/26/2012 |
| | 2008 GLTD Tables | 2008 |
| | 2008 Group Long Term Disability Experience Table Report | 10/10/2011 |
| | Medicare Premiums to Rise $5 a Month Next Year, Wall Street Journal | 11/16/2012 |
| | Consumer Price Index for All Urban Consumers, St. Louis Federal Reserve | 11/15/2012 |
| | Congressional Budget Office - Budget and Economic Outlook 2009-2019 | 11/09 |
| | TIPS and Treasury Spread Data, Bloomberg | |
| | Nortel credit ratings, Bloomberg | |
| | Nortel bond yields, Bloomberg | |
| | 2012 Milliman Medical Index | 5/12 |
| | Statement of Financial Accounting Standards No. 106 | 12/90 |
| | Moody's Investors Service, Coporate Default and Recovery Rates, 1920-2010 | 2/28/2011 |
| | Pension Actuary's Guide to Financial Economics | 6/28/1905 |
| | 1987 GLTD Tables | |
| | 95a Recovery and Mortality Tables | |
| | 1985 CIDA Tables | |

# Nortel LTD Employee Benefits Valuation Results
## January 14, 2009 Valuation Date Using Bloomberg's Industrial B- Yield Curve
## Values in Millions

| | LTD Plan: Income Continuation[1] | Medical Plan: Medical Insurance[2] | Medical Plan: Prescription Drug Benefit | DVH Plan: Dental/Vision/Hearing | Medicare Part B Premium Reimbursement[3] | Medical Plan and DVH Plan: Employee Contributions[4] | Life Insurance Plan: Life Insurance[5] | Total |
|---|---|---|---|---|---|---|---|---|
| LTD Employees | $7.9 | $2.0 | $2.1 | $0.1 | $0.4 | Included in Total | $1.4 | |
| Spouses[6] | N/A | $0.7 | $0.3 | $0.1 | N/A | Included in Total | N/A | |
| Children | N/A | $0.3 | $0.1 | $0.1 | N/A | Included in Total | N/A | |
| Total | $7.9 | $3.0 | $2.4 | $0.2 | $0.4 | ($0.9) | $1.4 | $14.6 |

[1] COLA was applied to net income benefit for eligible participants.

[2] This analysis does not reflect the value of the Employee Assistance Program offered through OptumHealth Behavioral Solutions because the value of this benefit is minimal.

[3] In determining who is eligible for the Medicare Part B Premium Reimbursement, I used the "SSDI Approval" variable in the census data.

[4] Employee Contributions are for elected medical, dental, vision, and hearing coverage.  They are not broken down by employee versus spouse versus children, as the source data did not have this break down.

[5] It has been my experience that AD&D benefits typically cost less than 5 cents per month per thousand of coverage.  Because the total value of AD&D benefit is small, I did not include it in this analysis.

[6] Includes spouses and domestic partners.

Note: In this valuation I only included income continuation and Medicare Part B Premium Reimbursements payable on or after April 1, 2013, payments for life insurance where death occurs on or after April 1, 2013, and payments for services rendered on or after April 1, 2013 under other benefits (e.g., medical, dental, hearing, vision benefits).  I have excluded benefit payments already made between the date of Nortel's bankruptcy filing and the present and payments that may be made for services rendered before April 1, 2013.

Totals may differ slightly from the sum of the individual amounts shown above due to rounding.

I have reviewed the financial and participant data for internal consistency and general reasonableness, but I have not verified or audited any of the data or information provided.  I have observed a small number of unresolved anomalies in the census data.  I do not believe the resolution of these items would materially affect the valuation of the report. The anomalies are: (1) some employees have life insurance benefit amounts that are not integral multiples of their annual salaries; and (2) two employees have life insurance benefits less than their respective annual salaries, while the core benefit is 1X annual salary.

## Nortel LTD Employee Benefits Valuation Results
### January 14, 2009 Valuation Date Using Mercer's AA Yield Curve[1]
### Values in Millions

| | LTD Plan: Income Continuation[2] | Medical Plan: Medical Insurance[3] | Medical Plan: Prescription Drug Benefit | DVH Plan: Dental/Vision/Hearing | Medicare Part B Premium Reimbursement[4] | Medical Plan and DVH Plan: Employee Contributions[5] | Life Insurance Plan: Life Insurance[6] | Total |
|---|---|---|---|---|---|---|---|---|
| LTD Employees | $18.2 | $4.9 | $5.3 | $0.3 | $1.0 | Included in Total | $3.4 | |
| Spouses[7] | N/A | $1.7 | $0.6 | $0.2 | N/A | Included in Total | N/A | |
| Children | N/A | $0.7 | $0.1 | $0.1 | N/A | Included in Total | N/A | |
| Total | $18.2 | $7.3 | $6.1 | $0.6 | $1.0 | ($2.1) | $3.4 | $34.4 |

[1] Mercer's AA yield curve is as of December 31, 2008. I understand that this is the standard AA yield curve that Mercer typically uses in its benefit valuations.

[2] COLA was applied to net income benefit for eligible participants.

[3] This analysis does not reflect the value of the Employee Assistance Program offered through OptumHealth Behavioral Solutions because the value of this benefit is minimal.

[4] In determining who is eligible for the Medicare Part B Premium Reimbursement, I used the "SSDI Approval" variable in the census data.

[5] Employee Contributions are for elected medical, dental, vision, and hearing coverage.  They are not broken down by employee versus spouse versus children, as the source data did not have this break down.

[6] It has been my experience that AD&D benefits typically cost less than 5 cents per month per thousand of coverage.  Because the total value of AD&D benefit is small, I did not include it in this analysis.

[7] Includes spouses and domestic partners.

Note: In this valuation I only included income continuation and Medicare Part B Premium Reimbursements payable on or after April 1, 2013, payments for life insurance where death occurs on or after April 1, 2013, and payments for services rendered on or after April 1, 2013 under other benefits (e.g., medical, dental, hearing, vision benefits).  I have excluded benefit payments already made between the date of Nortel's bankruptcy filing and the present and payments that may be made for services rendered before April 1, 2013.

Totals may differ slightly from the sum of the individual amounts shown above due to rounding.

I have reviewed the financial and participant data for internal consistency and general reasonableness, but I have not verified or audited any of the data or information provided.  I have observed a small number of unresolved anomalies in the census data.  I do not believe the resolution of these items would materially affect the valuation of the report. The anomalies are: (1) some employees have life insurance benefit amounts that are not integral multiples of their annual salaries; and (2) two employees have life insurance benefits less than their respective annual salaries, while the core benefit is 1X annual salary.

# Summary of Benefits Currently Available to Nortel LTD Employees[1]

**Income Continuation Benefit**

| | |
|---|---|
| Eligibility | Total disability following a 26-week waiting period or end of STD benefits, if longer.  Must be a regular Employee working 20 or more hours per week. |
| Coverage End | Recovery from disability, death, failure to furnish required proof of disability, failure to have a medical exam or be under the care of a physician, reaching the end of the maximum benefit period (attainment of age 65 for disabilities that begin before age 60; for disabilities that begin after age 60, benefits continue for between six months and five years depending upon age at disability), end of employment with the Company (assuming no prior termination of benefits under the plan terms or otherwise). |
| Benefits | As provided in the census data provided by Cleary Gottlieb Steen & Hamilton LLP.  I have been advised that the census data were provided by Mercer based on information given by Nortel. Core and optional benefit coverage percentage changed over time. According to the 2010 Long-Term Disability Plan SPD, core benefit provides 55% of FLEX earnings (or the statutory minimum if higher). Optional benefit increases core coverage to 66.6% of FLEX earnings. Total benefits paid are reduced by benefits received from other sources, e.g., Social Security disability benefits, income from employment, worker's compensation benefits, disability or retirement benefits, etc. |
| Contributions | None required for core benefit.  Premiums for optional LTD coverage are waived if employee is receiving LTD benefits. |
| Cost-of-living Adjustments | The plans do not provide for a COLA increase to LTD benefits for disabilities beginning on or after January 1, 2000 or prior to July 1,1994. |

# Summary of Benefits Currently Available to Nortel LTD Employees[1]

## Medical Benefits

| | |
|---|---|
| Eligibility | Any regular Employee working 20 or more hours per week. Medical plan benefits continue to be available to LTD employees (based on the plan currently offered to active employees) following a 26-week waiting period or end of STD benefits, if longer.  LTD employees have the right to change plan elections at the annual open enrollment, on the same basis as active employees. |
| Dependent Eligibility | Spouse and children under age 26.[2] |
| Survivor Eligibility | None.  Family coverage will also end upon end of employee's coverage. |
| Coverage End | End of employment or qualification for coverage, ending of the part of the plan providing the coverage, failure to pay any required premium (assuming no prior termination of benefits under the plan terms or otherwise).  See above for end of LTD status. |
| Benefits | As provided in the census data provided by Cleary Gottlieb Steen & Hamilton LLP.  I have been advised that the census data were provided by Mercer based on information given by Nortel. LTD Employees are offered the same medical plan options as active employees. |
| Contributions | Cost of coverage is determined by the Company each year. Contributions are required at active employee rates. |

## Dental, Vision, and Hearing Benefits

| | |
|---|---|
| Eligibility | Any regular Employee working 20 or more hours per week. D/V/H plan benefits continue to be available to LTD employees (based on the plan currently offered to active employees) following a 26-week waiting period or end of STD benefits, if longer.  LTD employees have the right to change plan elections at the annual open enrollment, on the same basis as active employees. |
| Dependent Eligibility | Spouse and children under age 26.[2] |
| Survivor Eligibility | None.  Family coverage will also end upon end of employee's coverage. |
| Coverage End | End of employment or qualification for coverage, ending of the part of the plan providing the coverage, failure to pay any required premium (assuming no prior termination of benefits under the plan terms or otherwise).  See above for end of LTD status. |
| Benefits | As provided in the census data provided by Cleary Gottlieb Steen & Hamilton LLP.  I have been advised that the census data were provided by Mercer based on information given by Nortel. LTD Employees are offered the same D/V/H plan options as active employees. |
| Contributions | Cost of coverage is determined by the Company each year. Contributions are required at active employee rates. |

# Summary of Benefits Currently Available to Nortel LTD Employees[1]

**Life Insurance Benefits**

| | |
|---|---|
| Eligibility | Any regular Employee working 20 or more hours per week.  Life benefits continue to be available to LTD employees following a 26-week waiting period or end of STD benefits, if longer. |
| Coverage End | End of employment or qualification for coverage, ending of the part of the plan providing the coverage, failure to pay any required premium (assuming no prior termination of benefits under the plan terms or otherwise).  See above for end of LTD status. |
| Benefit | As provided in the census data provided by Cleary Gottlieb Steen & Hamilton LLP.  I have been advised that the census data were provided by Mercer based on information given by Nortel. Core benefit is one times annual pay.  Optional life insurance of one to five times annual pay, as elected while employee was active. Employees receiving LTD Plan benefits cannot increase optional life insurance or optional AD&D insurance coverage for themselves or their eligible Dependents. |
| Contributions | None required for core benefits. Premiums waived for optional life benefits while on disability. |

[1] The following is a general summary of the types of benefits provided to LTD employees, which is qualified in all cases by the terms of the relevant plans.

[2] The Summary Plan Descriptions specify that unmarried children under age 26 are covered; however, I have presumed that married children will also be eligible for coverage pursuant to the Patient Protection and Affordable Care Act (PPACA).

Note: Summary of benefits is based on the Summary Plan Documents listed in Appendix B. Because benefits offered under different plans may have changed over time, the summaries in this table may not reflect the benefits a particular LTD employee may be receiving currently.
Nortel also offers an Employee Assistance Program through OptumHealth Behavioral Solutions, which includes resources such as crisis intervention, financial counseling, and legal consultation.

Sources: Nortel Networks Inc. Long-Term Disability Plan: Summary Plan Description, 2010; Flex Overview: Summary Plan Description Plan Year 2012; Nortel Networks Inc. Medical Plan: Summary Plan Description 2012; Nortel Networks Inc. Dental/Vision/Hearing Care Plan: Summary Plan Description 2012; Nortel Networks Inc. Life and Accidental Death & Dismemberment Insurance Plan: Summary Plan Description 2012.

EXHIBIT 4

# Nortel LTD Employee Statistics
## As of July 1, 2012

| | |
|---|---|
| Number of LTD employees | 213 |
| Average Age | 56 |
| Number receiving net income continuation benefit[1] | 205 |
| Number of LTD employees with medical insurance | 196 |
| Average Age | 57 |
| Number of Spouses with medical insurance[2] | 74 |
| Average Age | 57 |
| Number of Children with medical insurance | 74 |
| Average Age | 18 |
| Number of LTD employees with D/V/H insurance | 198 |
| Average Age | 56 |
| Number of Spouses with D/V/H insurance[2] | 91 |
| Average Age | 57 |
| Number of Children with D/V/H insurance | 79 |
| Average Age | 19 |
| Number of LTD employees with life benefit | 213 |
| Average net monthly income continuation benefits[1] | $2,200 |
| Average life benefit | $168,000 |
| Number who qualify for Medicare[3] | 201 |

[1] Excludes participants receiving a zero net income continuation benefit due to income offsets.
[2] Includes spouses and domestic partners.
[3] Based on whether participant is receiving Social Security Disability Income.

EXHIBIT 5

# Age Distribution of Nortel LTD Employees
## As of July 1, 2012

| Age | Males | Females | Total |
|---|---|---|---|
| Under 30 | 0 | 0 | **0** |
| 30-35 | 0 | 0 | **0** |
| 35-40 | 1 | 1 | **2** |
| 40-45 | 7 | 4 | **11** |
| 45-50 | 10 | 8 | **18** |
| 50-55 | 21 | 18 | **39** |
| 55-60 | 29 | 30 | **59** |
| 60-65 | 35 | 47 | **82** |
| 65+ | 2 | 0 | **2** |
| **Total** | 105 | 108 | **213** |
| **Average Age** | 56 | 57 | **56** |

EXHIBIT 6

# Nortel Medical Claim Costs
## Estimated Average Annualized Claims
## As of Calendar Year 2009

| | Employee | Spouse | Child |
|---|---|---|---|
| Medical | $4,396 | $3,903 | $2,032 |
| Prescription Drug | $4,773 | $1,478 | $318 |
| D/V/H | $304 | $304 | $304 |

Note: Claim cost estimates for disabled participants, spouses, and children are based on actual 2009-2011 claim costs. Average per capita claims from 2010 and 2011 are trended backward to 2009 using 7.3% between 2010 and 2011 and 7.8% between 2009 and 2010 and then averaged with the 2009 average per capita claim creating an average claim estimate for calendar year 2009. These trend rates are actual healthcare trend rates as reported by 2012 Milliman Research Report.

# Summary of Actuarial Assumptions

**Economic Assumptions**

Valuation Date                    1/14/2009

Discount Rate                     The Industrial B- yield curve is based on the Bloomberg Industrial B- yield
                                  curve as of 1/14/09, using linear interpolation.  The AA yield curve is based
                                  on Mercer's AA yield curve as of 12/31/08, using linear interpolation.

| Tenor | Industrial B- Yield | AA Yield |
|---|---|---|
| 1 Year | 15.8% | 5.6% |
| 2 Year | 16.4% | 5.2% |
| 3 Year | 17.1% | 5.3% |
| 4 Year | 17.3% | 5.5% |
| 5 Year | 17.6% | 5.8% |
| 6 Year | 17.6% | 6.0% |
| 7 Year | 17.7% | 6.2% |
| 8 Year | 18.5% | 6.4% |
| 9 Year | 18.6% | 6.5% |
| 10 Year | 18.7% | 6.6% |
| 20 Year | 21.5% | 6.9% |
| 25 Year | 22.3% | 6.7% |
| 30 Year | 16.7% | 5.4% |

EXHIBIT 7

# Summary of Actuarial Assumptions

Inflation

For the period 2009 through 2019 we used the expected inflation as projected by the Congressional Budget Office ("CBO").  For periods after that, for which we did not have any published CBO data, we used the forward rates developed from the spread between Treasury yields and Treasury Inflation Protected Securities (TIPS) yields as of 1/14/09, using linear interpolation.  In all cases we applied the rate for the published year as of the month in the year when the COLA would be applicable.

| Year | Expected Inflation |
| --- | --- |
| 2009 | 0.1% |
| 2010 | 1.7% |
| 2011 | 1.8% |
| 2012 | 2.0% |
| 2013 | 2.2% |
| 2014 | 2.2% |
| 2015 | 2.2% |
| 2016 | 2.2% |
| 2017 | 2.2% |
| 2018 | 2.2% |
| 2019 | 2.2% |
| 2020 | 1.1% |
| 2021 | 1.2% |
| 2022 | 1.3% |
| 2023 | 1.4% |
| 2024 | 1.5% |
| 2025 | 1.6% |
| 2026 | 1.7% |
| 2027 | 1.8% |
| 2028 | 1.9% |
| 2029 | 1.5% |
| 2030 | 1.5% |
| 2031 | 1.6% |
| 2032 | 1.6% |
| 2033 | 1.7% |
| 2034 | 1.7% |
| 2035 | 1.8% |
| 2036 | 1.8% |
| 2037 | 1.9% |
| 2038 | 1.9% |
| 2039+ | 1.2% |

# Summary of Actuarial Assumptions

**Income Continuation Benefit Assumptions**

| | |
|---|---|
| Income Benefit Offsets | No changes in future income benefit offsets. |

**Medical Benefit Assumptions**

| | |
|---|---|
| Medical and DVH Benefit Cost | Claim cost estimates for disabled participants, spouses, and children are based on actual 2009-2011 claim costs. Average per capita claims from 2010 and 2011 are trended backward to 2009 using 7.3% between 2010 and 2011 and 7.8% between 2009 and 2010 and then averaged with the 2009 average per capita claim creating an average claim estimate for calendar year 2009. These trend rates are actual healthcare trend rates as reported by 2012 Milliman Research Report. |
| Medical and DVH Elections Spousal and Children Coverage | No changes in future Medical elections.<br>Currently covered spouses are assumed to continue coverage while LTD employee is eligible. Currently covered children are assumed to continue coverage while LTD is eligible unless the children reach the age of 26 earlier. |
| Medical, Prescription Drug, Medicare Part B, and DVH Trend Rates | Actual healthcare trend rates as reported by the 2012 Milliman Research Report are used to trend claims to calendar year 2012. Projected trend rates beyond calendar year 2012 are based on Mercer's internal model. Trend rates are applied annually at the beginning of each calendar year. |

| Year | Medical, Prescription Drug, and Medicare Part B | Dental, Vision, and, Hearing |
|---|---|---|
| 2012 | 7.5% | 5.0% |
| 2013 | 7.3% | 5.0% |
| 2014 | 7.1% | 5.0% |
| 2015 | 6.9% | 5.0% |
| 2016 | 6.7% | 5.0% |
| 2017 | 6.4% | 5.0% |
| 2018 | 6.2% | 4.9% |
| 2019 | 6.0% | 4.9% |
| 2020 | 5.9% | 4.8% |
| 2021 | 5.7% | 4.8% |
| 2022 | 5.5% | 4.7% |
| 2023 | 5.3% | 4.7% |
| 2024 | 5.1% | 4.6% |
| 2025 | 4.9% | 4.6% |
| 2026 | 4.7% | 4.5% |
| 2027+ | 4.5% | 4.5% |

# Summary of Actuarial Assumptions

| | |
|---|---|
| Spousal Aging Factors | An adjustment for the aging of the spouses was estimated by a model which adjusts future spousal claim costs to reflect the aging of the population as well as the expected Medicare eligibility of the spouses.  The model uses factors that were developed by assuming a 4% per year of age factor pre-65, a 3% per year of age factor post-65 and a one time 70% medical reduction cost upon Medicare eligibility. |
| Contributions for LTD Claimants | 2012 and 2013 LTD Medical and DVH contribution rates are the same as they were in 2011.  Medical and DVH contribution rates after 2013 are expected to increase annually from the valuation date at the same rate as Medical and DVH costs respectively. |
| | Expected future contribution rates for participant's covering children are reduced when all of the participants children reach age 26.  Participants currently electing Employee and Child(ren) coverage are assumed to pay the expected Employee Only coverage rate.  Participants currently electing Employee and Family coverage are assumed to pay the expected Employee and Spouse coverage rate. |
| Disabled Mortality and Recovery | 2008 GLTD Table for LTDs.  No mortality table is used for spouses or children. |

# Basis for Actuarial Assumptions

**Economic Assumptions**

| | |
|---|---|
| Discount Rate | A yield curve methodology was used.  Nortel's unsecured debt had a Moody's credit rating of Ca effective 1/15/2009 before becoming not rated on 1/19/2009.  The most similar yield curve found was the Bloomberg Industrial B- yield curve. |

**LTD Income Benefit Assumptions**

| | |
|---|---|
| Income Benefit Offsets | SSDI family offsets will normally be reduced for a participant when a child reaches the age of 18.  However, some participants may add new dependents to their offsets.  Furthermore, some participants currently not receiving SSDI may become eligible in the future.  Historically, 14% of LTD employees received SSDI after 2.5 years.  These effects to future income benefit offsets likely counterbalance each other and justify a static offset assumption. |

**LTD Medical Benefit Assumptions**

| | |
|---|---|
| Medical Benefit Cost | The analysis utilized all historical medical claims data provided.  By using average claims across different medical plan options, I assume the relative election between the two medical and two DVH plans will remain constant.  I am also assuming the same portion of participants are Medicare eligible over time.  Using trend adjusted average claims is conservative because Nortel has decreased medical benefits within the offered medical plans in the past and would reasonably be expected to do so in the future. In addition, the average medical claim cost in this closed group should decrease when controlling for a general trend in medical costs.  The most seriously ill LTD employees will decrement faster and the longer an employee has been disabled, the less likely an employee is to be involved with intensive medical procedures.  These downward pressures on future claim costs outweigh any future increase in claim costs due to demographic aging, therefore no aging factors are used for LTDs. |
| Medical and DVH Elections | Assuming no medical or DVH election changes is a conservative assumption because it is possible that a participant may drop medical coverage and switch to a spouse's plan in the future. |
| Spousal and Children Coverage | Assuming no coverage changes while an LTD is eligible and children are under 26 years of age is a conservative assumption.  A spouse that is currently covered may become deceased or divorced from a participant.  Similarly, currently covered children may also drop coverage before the age of 26 for their own employer's medical plan. |

# Basis for Actuarial Assumptions

| | |
|---|---|
| Medical Trend Rates | Trend rates are based on an internal Mercer model (Mercer Macroeconomic Trend Model) that incorporates historical medical cost trends, discussions with insurance companies, and potential impact of health care reform.  I understand that these rates were developed by Mercer using their standard model for projecting long term medical trends and is the current standard at Mercer for their valuation of post-employment medical plans. |
| Spousal Aging Factors | The claim costs estimates used for all spouses is based on the current demographic group.  The spousal aging factors are designed to adjust for the changing of the average of the spouse population and the portion of spouses eligible for Medicare.  70% reduction is based on Mercer's national standard assumption used in preparing FAS 112 valuations. |
| Contributions for LTD Claimants | Increasing employee contributions at the same rate as claim costs assumes the sharing percentage of the medical and DVH benefit costs between Nortel and the participants stays constant.  I analyzed actual 2009-2011 employee contributions and claims, and found that contributions increased at a much faster rate than medical costs. |
| Disabled Mortality and Recovery | The 2008 GLTD table is the most current group study for disabled mortality and recovery rates using claim exposures between January 1, 1997 and December 31, 2006.  This study includes more terminations that have been recorded in any other study of private disability insurance. |