## **CERTIFICATE OF SERVICE**

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Filing Of Expert Report Of Ethan Kra** was caused to be made on November 30, 2012, in the manner indicated upon the parties identified below.

Date: November 30, 2012                                         */s/ Ann C. Cordo*
Wilmington, DE                                                      Ann C. Cordo (No. 4817)

| | |
|---|---|
| **VIA HAND DELIVERY OVERNIGHT & EMAIL** | **VIA OVERNIGHT & EMAIL** |
| Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 N. Market Street<br>Ste 1700<br>Wilmington, DE 19801<br>Email: rxza@elliottgreenleaf.com<br>           sak@elliottgreenleaf.com | Mary Kohart<br>Elliott Greenleaf<br>Union Meeting Corporate Center V<br>925 Harvest Drive<br>Suite 300<br>Blue Bell, PA 19422-1956<br>Email: mek@elliottgreenleaf.com |
| **VIA HAND DELIVERY** | **VIA FIRST-CLASS MAIL** |
| Mark Kenney Esq<br>Office of the U.S. Trustee<br>844 King St<br>Ste 2207 Lockbox 35<br>Wilmington, DE 19801-3519 | Dennis F. Dunne Esq<br>Thomas R. Kreller Esq<br>Albert A. Pisa Esq<br>Andrew M. Leblanc Esq<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 |
| Mark D. Collins Esq<br>Christopher M. Samis Esq<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | Fred S. Hodara Esq<br>Ryan C. Jacobs Esq<br>David H. Botter Esq<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | |

6778073.1