IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
In re                                                      :      Chapter 11
                                                            :
Nortel Networks Inc., *et al.*,[1]                         :      Case No. 09-10138 (KG)
                                                            :
              Debtors.                                     :      Jointly Administered
------------------------------------------------------------X

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 30, 2012, a copy of the **Debtors' Responses And Objections To Official Committee Of Long Term Disability Participants' Notice Of Rule 30(B)(6) Deposition** was served in the manner indicated upon the parties identified below:

| **VIA HAND DELIVERY OVERNIGHT & EMAIL** | **VIA OVERNIGHT & EMAIL** |
|---|---|
| Rafael X. Zahralddin-Aravena<br>Shelley A. Kinsella<br>Elliott Greenleaf<br>1105 N. Market Street<br>Ste 1700<br>Wilmington, DE 19801<br>Email: rxza@elliottgreenleaf.com<br>         sak@elliottgreenleaf.com | Mary Kohart<br>Elliott Greenleaf<br>Union Meeting Corporate Center V<br>925 Harvest Drive<br>Suite 300<br>Blue Bell, PA 19422-1956<br>Email: mek@elliottgreenleaf.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: November 30, 2012
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        and

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Ann C. Cordo*
        Derek C. Abbott (No. 3376)
        Ann C. Cordo (No. 4817)
        Tamara K. Minott (No. 5643)
        1201 North Market Street, 18th Floor
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 425-4663

        *Counsel for the Debtors and Debtors in Possession*

6778375.1