IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
|  | Re: D.I. 9044 |
| SNMP Research International, Inc., *et al.* | Adv. Proc. No. 11-53454 |
| Plaintiffs, v. | Re: D.I. 59 |
| Nortel Networks Inc., *et al.* |  |
| Defendants. |  |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 3, 2012, a copy of the **Notice of Agenda of Matters Scheduled for Hearing on December 5, 2012 at 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified on the attached service lists.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Dated: December 3, 2012
Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    One Liberty Plaza
                    New York, NY 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                    and

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Tamara K. Minott*
                    Derek C. Abbott (No. 3376)
                    Ann C. Cordo (No. 4817)
                    Tamara K. Minott (No. 5643)
                    1201 North Market Street, 18th Floor
                    Wilmington, DE  19899-1347
                    Telephone:  (302) 658-9200
                    Facsimile:  (302) 425-4663

                    *Counsel for the Debtors and Debtors in Possession*

6657795.7

3

**Via Fax**

Karen M. Grivner
Thorp Reed & Armstrong, LLP
824 Market Street, Suite 710
Wilmington, DE 19801
Fax: 302-421-9439

**Via Overnight Mail**

Niamh Cacciato
William Fry
Fitzwilton House
Wilton Place
Dublin 2
IRELAND

Michael Rose
2615 Merlin Dr.
Lewisville, TX 75056