## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ X
                          :

*In re*                             :         Chapter 11

                             :

Nortel Networks Inc., *et al.,*[1]      :         Case No. 09-10138 (KG)

                             :

                Debtors.      :         Jointly Administered

                             :

------------------------------------------------------ X

### CERTIFICATE OF NO OBJECTION REGARDING THIRTY-FOURTH MONTHLY APPLICATION OF JOHN RAY, AS PRINCIPAL OFFICER OF NORTEL NETWORKS, INC. FOR ALLOAWNCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED <u>FOR THE PERIOD OCTOBER 1, 2012 THROUGH OCTOBER 31, 2012</u>

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("<u>Morris Nichols</u>") has received no answer, objection or other responsive pleading to the **Thirty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012** (the "<u>Application</u>") (D.I. 8911), filed on November 8, 2012.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than November 28, 2012 at 4:00 p.m. (Eastern Time).

      Accordingly, pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Fees And Expenses for Professionals and Official Committee Members entered on February 4, 2009, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) +(3) ) |
|---|---|---|---|
| $61,851.50 | $8,124.00 | $49,481.20 | $57,605.20 |

      WHEREFORE, the Debtors respectfully request that the Application be approved.

Dated:  December 3, 2012
Wilmington, Delaware

      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      James L. Bromley
      Lisa M. Schweitzer
      One Liberty Plaza
      New York, New York 10006
      Telephone:  (212) 225-2000
      Facsimile:  (212) 225-3999

      - and -

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Ann C. Cordo*
      Derek C. Abbott (No. 3376)
      Eric D. Schwartz (No. 3134)
      Ann C. Cordo (No. 4817)
      1201 North Market Street, 18th Floor
      P.O. Box 1347
      Wilmington, DE  19899-1347
      Telephone:  (302) 658-9200
      Facsimile:  (302) 425-4663

      *Counsel for the Debtors and Debtors In Possession*

- 2 -

3424282.36