**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 9044 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2012, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 5, 2012 at 10:00 A.M. (Eastern Time)," dated December 3, 2012 [Docket No. 9044], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

T:\Clients\NORTEL\Affidavits\Agenda_DI 9044_AFF_12-3-12_SS.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
4th day of December, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ANSTEAD, VICTORIA | 3894 RIDGE LEA ROAD # A BUFFALO NY 14228 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOSWELL MANN, WENDY | 2114 CLARET LANE MORRISVILLE NC 27560 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADY, ELLEN SUE | 1630 DRY ROAD ASHLAND CITY TN 37015 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| CARLSEN, ROGER G. | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| CRAIG, JAMES | 42 E. CAVALIER ROAD SCOTTSVILLE NY 14546 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DEBORAH M. M. JONES | P.O. BOX 458 WILLOW SPRING NC 27592 |
| DEMEL ERNEST | RCS BOX 426 NEW YORK NY 10101 |
| DUNSTON, BARBARA | 261 MCNAIR DRIVE HENDERSON NC 27537 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| ELLIOTT, JOHN S. | 6 GROUSE LANE MERRIMACK NH 03054 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FAISON, NANETTE | 981 KITTRELL RD KITTRELL NC 27544 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |

| Claim Name | Address Information |
|---|---|
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HEINBAUGH, ALLAN | 19816 COLBY CT SARATOGA CA 95070 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HODGES, RICHARD | 913 WINDEMERE LANE WAKE FOREST NC 27587 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 SACRAMENTO CA 95826 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMER BRANCH TX 75234 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KERRY WAYNE LOGAN | 1207 HIGH HAMMOCK DR. #102 TAMPA FL 33619 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LEWIS, BETTY | 1301- H LEON ST. DURHAM NC 27705 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| MACLVER, RALPH | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD DURHAM NC 27703 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MICHAEL D REXROAD | 5244 LINWICK DR. FUQUAY VARINA NC 27526 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002-0338 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |

| Claim Name | Address Information |
|---|---|
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD., APT. 1637 PLANO TX 75025 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| POWELL, PAMELA J. | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| PURDUM, LEONA | 2532 N. 4TH STREET # 254 FLAGSTAFF AZ 86004 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| REXROAD, MICHAEL D. | 5244 LINWICK DR FUQUAY VARINA NC 27526 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RICHARDSON, CYNTHIA B | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| RODGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SCHMIDT, WAYNE J. | 5346 S. MOHAVE SAGE DR. GOLDEN CANYON AZ 85118 |
| SCOTT DAVID HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN: NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SEYMOUR, LYNETTE KAY | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY | HEATHER L. DONALD AND ALLISON M. DIETZ REVENUE AND COLLECTIONS DIVISION 3030 W. GRAND BLVD, SUITE 10-200 DETROIT MI 48202 |
| STEPP, OLIVE JANE | 470 FAIRVIEW ROAD ASHEVILLE NC 28803 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 374 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOTMAN, CARMEL TURLINGTON | 164 BERTON STREET BOONE NC 28607 |

| Claim Name | Address Information |
|---|---|
| TURNER, BRUCE | 8 SUNSET DRIVE HOMER NY 13077 |
| TURNER, RAYMOND | 1813 ERIC DRIVE GRAHAM NC 27253 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |

**Total Creditor count  145**

| Claim Name | Address Information |
|---|---|
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ,KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |

**Total Creditor count  17**

**EXHIBIT B**

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| NAME | CONTACT | FAX |
|---|---|---|
| SIRLIN GALLOGLY & LESSER PC | ATTN: DANA S PLON ESQ | 215-864-9669 |
| BALLARD SPAHR | ATTN: TOBEY M DALUZ ESQLESLIE HEILMAN ESQ | 302-252-4466 |
| US DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B SHAPIRO ESQ | 202-307-0494 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ | 202-326-4112 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ROBERT E WINTER | 202-551-0129 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H LISTER | 202-659-5800 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZIACTING GENERAL COUNSEL | 202-776-0080 |
| AMPHENOL CORPORATION | ATTN: EDWARD C WETMORE VP & GEN COUNSEL | 203-265-8827 |
| RIDDELL WILLIAMS PS | ATTN: JOSEPH E SHICKICH JR ESQ | 206-389-1708 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M ALSTON ESQ | 206-447-9700 |
| BERNSTEIN SHUR SAWYER & NELSON | ATTN: ROBERT J KEACH ESQ; PAUL MCDONALD ESQ; | 207-774-1127 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ | 208-396-3958 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G AELVOET ESQ | 210-226-4308 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN ESQ; KEVIN MALEK ESQ | 212-220-9504 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST ESQ; THOMAS M VITALE ESQ; | 212-262-1910 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A ROSENZWEIG ESQ | 212-318-3400 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQKIMBERLY K SMITH ESQ | 212-332-3888 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH | 212-336-1348 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; BRIAN P GUINEY | 212-336-2222 |
| GIBSON DUNN | JANET WEISS ESQ | 212-351-4035 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: PHILIP MINDLIN ESQ; DOUGLAS K MAYER ESQ | 212-403-2217 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN ESQ | 212-407-7799 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQLAURA D METZGER ESQ | 212-506-5151 |
| PRYOR CASHMAN LLP | ATTN: RONALD S BEACHER | 212-515-6959 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| | ESQ | |
|---|---|---|
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ | 212-541-4630 |
| CHADBOURNE & PARKE LLP | ATTN: N THODORE ZINK JR ESQ | 212-541-5369 |
| MOSES & SINGER LLP | ATTN: ALAN KOLODCHRISTOPHER CARUSOKENT KOLBIG | 212-554-7700 |
| ROPES & GRAY LLP | ATTN: MARK I BANEANNE H PAK | 212-596-9090 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQLISA JP KRAIDIN ESQ | 212-610-6399 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | ATTN: EDMOND P O'BRIEN ESQ | 212-681-4041 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J REISMAN ESQJAMES V DREW ESQ | 212-697-1559 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA | 212-704-2236 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J LIPKIN ESQJEREMY E CRYSTAL ESQ | 212-728-8111 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J RIELA ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J ROSENBERG ESQ | 212-751-4864 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N GOLDSTEIN ESQ | 212-751-4864 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S STEEL ESQ | 212-808-7897 |
| KELLEY DRYE & WARREN LLP | KRISTIN S ELLIOTT ESQ | 212-808-7897 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE ESQTHOMAS R KRELLER ESQ | 212-822-5219 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S HODARA ESQ; RYAN C JACOBS ESQ | 212-872-1002 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E NOBLE ESQ | 212-894-5653 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER | 212-938-3837 |
| TOGUT SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT ESQ; NEIL BERGER ESQ | 212-967-4258 |
| COWLES & THOMPSON PC | ATTN: STEPHEN C STAPLETON | 214-462-6401 |
| BAKER BOTTS LLP | JUDITH W ROSS ESQ | 214-661-4605 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R WARMAN | 214-740-7181 |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 215-516-2015 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E MOMJIAN | 215-560-2202 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E MOMJIAN | 215-560-2202 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

|  | ESQ |  |
|---|---|---|
| BALLARD SPAHR LLP | ROBERT MCL BOOTE ESQ | 215-864-8999 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L POLLACK ESQJEFFREY MEYERS ESQ | 215-864-9473 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK | 215-986-5721 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S KOPIT ESQCHRISTOPHER W PEER ESQ | 216-241-2824 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQJUSTIN K EDELSON ESQ | 302-252-0921 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | STEVEN K KORTANEK ESQ; MATTHEW P WARD ESQ | 302-252-4330 |
| BALLARD SPAHR LLP | TOBEY M DALUZ ESQ; DAVID T MAY ESQ | 302-252-4466 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATOKEVIN G COLLINS | 302-254-5383 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO ESQ; MATTHEW DENN ESQ; | 302-254-5383 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X ZAHRALDDIN-ARAVENA; | 302-384-9399 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQLEIGH-ANNE M RAPORT ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ | 302-421-8390 |
| PEPPER HAMILTON LLP | DAVID B STRATTON ESQ; EVELYN J MELTZER ESQ | 302-421-8390 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL ESQ; | 302-425-6464 |
| KLEHR HARRISON | ATTN: JOANNE B WILLS ESQ | 302-426-9193 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D SULLIVAN ESQ | 302-428-8195 |
| PINCKNEY HARRIS & WEIDINGER LLC | ATTN: DONNA L HARRIS ESQ; KEVIN M CAPUZZI ESQ | 302-442-7046 |
| LANDIS RATH & COBB LLP | ADAM G LANDIS ESQ; KERRI K MUMFORD ESQ; | 302-467-4450 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F CALOWAY ESQPJ DUHIG ESQ | 302-552-4295 |
| YOUNG CONAWAY | ATTN: JAMES L PATTONEDWIN J HARRON | 302-571-1253 |
| MORRIS JAMES LLP | ATTN: BRETT D FALLON ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: CARL N KUNZ ESQMICHAEL J CUSTER ESQ | 302-571-1750 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER; COURTNEY R HAMILTON | 302-571-1750 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE | 302-573-6431 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| OFFICE OF THE US TRUSTEE | ATTN: MARK KENNEY | 302-573-6497 |
|---|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E PIERCE | 302-651-3001 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQCHRISTOPHER M SAMIS ESQ | 302-651-7701 |
| WERB & SULLIVAN | ATTN: DUANE D WERB ESQ | 302-652-1111 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L PERNICKSANJAY BHATNAGAR | 302-652-3117 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONESTIMOTHY P CAIRNS | 302-652-4400 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M MILLER ESQ | 302-652-8405 |
| WEIR & PARTNERS LLP | JEFFREY S CIANCIULLI ESQ | 302-652-8909 |
| ASHBY & GEDDES PA | ATTN: RICARDO PALACIO ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | ATTN: WILLIAM P BOWDEN ESQ | 302-654-2067 |
| ASHBY & GEDDES PA | GREGORY A TAYLOR ESQ; BENJAMIN W KEENAN | 302-654-2067 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ | 302-656-1434 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | ATTN: RACHEL B MERSKY ESQ | 302-656-2769 |
| DUANE MORRIS LLP | MICHAEL R LASTOWSKI ESQ; SUMMER L ROSS ESQ | 302-657-4901 |
| CONNOLLY BOVE | ATTN: JEFFREY S WISLER ESQMARC J PHILLIPS ESQ | 302-658-0380 |
| BAYARD PA | ATTN: CHARLENE D DAVIS ESQDANIEL A O'BRIEN ESQ | 302-658-6395 |
| PRICKETT JONES & ELLIOTT PA | ATTN: BRUCE E JAMESON ESQ | 302-658-8111 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE | 302-739-3812 or 302-739-3813 |
| SECRETARY OF TREASURY | | 302-739-5635 |
| CROSS & SIMON LLC | CHRISTOPHER P SIMON ESQ | 302-777-4224 |
| REED SMITH LLP | ATTN: KURT F GWYNNE ESQJ CORY FALGOWSKI ESQ | 302-778-7575 |
| MCCARTER & ENGLISH LLP | ATTN: WILLIAM F TAYLOR JR ESQ | 302-984-6399 |
| TW TELECOM INC | ATTN: LINDA BOYLE | 303-566-1010 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN VICE PRESIDENT | 303-927-4513 |
| EDWARDS ANGELL PALMER & | ATTN: STUART M BROWN | 302-770-7263 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| | | |
|---|---|---|
| DODGE LLP | | |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T ATTANASIO ESQ | 310-407-9090 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P BRANCH ESQ | 310-788-4471 |
| FREEBORN & PETERS LLP | ATTN: AARON L HAMMER ESQDEVON J EGGERT ESQ | 312-360-6995 |
| FREEBORN & PETERS LLP | ATTN: DEVON J EGGERT ESQ | 312-360-6995 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY | 312-499-6000 |
| BRYAN CAVE LLP | ATTN: ERIC S PREZANT ESQ | 312-602-5050 |
| VEDDER PRICE PC | COUNSEL TO MIKE ZAFIROVSKI | 312-609-5005 |
| MAYER BROWN LLP | ATTN: MELISSA A MICKEY | 312-706-9359 |
| DEWEY & LEBOEUF LLP | LAWRENCE E MILLER ESQ | 312-794-8100 |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J HORVAY ESQ | 312-899-1624 |
| BRYAN CAVE LLP | ATTN: CULLEN K KUHN ESQ | 314-552-8869 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L URANGA | 334-954-6106 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F VERNI | 401-861-8210 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI | 401-861-8210 |
| JONES DAY | ATTN: JEFFREY B ELLMAN ESQROBBIN S RAHMAN ESQ | 404-581-8330 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S LADDIN ESQFRANK N WHITE ESQ | 404-873-8121 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO | 407-770-6162 |
| SAUL EWING LLP | ATTN: JOYCE A KUHNS | 410-332-8964 |
| DLA PIPER LLP (US) | ATTN: RICHARD M KREMEN ESQDALE K CATHELL ESQ | 410-580-3001 |
| VONBRIESEN & ROPER SC | ATTN: RANDALL D CROCKER ESQ | 414-238-6532 |
| DAVIS & KUELTHAU SC | ATTN: RUSSELL S LONG ESQ | 414-278-3656 |
| BUCHALTER NEMER | ATTN: SHAWN M CHRISTIANSON ESQ | 415-227-0770 |
| MEYERS LAW GROUP PC | ATTN: MERLE C MEYERS ESQMICHELE THOMPSON ESQ | 415-362-7515 |
| NIXON PEABODY LLP | ATTN: LOUIS J CISZ III | 415-984-8300 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J WUNDERR SNAYNE KUKULOWICZ | 416-863-4592 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 469-221-5002 |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E GISLESON | 504-561-6024 |
| ACUSHNET COMPANY | ATTN: CREDIT DEPT | 508-910-8441 |
| CYNTHIA ANN SCHMIDT | | 530-692-1499 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| FPL LAW DEPARTMENT | ATTN: RACHEL S BUDKE ESQ | 561-691-7103 |
|---|---|---|
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L MOREAU ESQ | 573-751-7232 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER | 585-238-9012 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K BROWN ESQ | 602-734-3866 |
| STEVENS & LEE PC | ATTN: MARIA APRILE SAWCZUK | 610-988-0838 |
| VORYS SATER SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB ESQ | 614-719-4663 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L MCCLOUD ESQ | 615-741-3334 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V DORAN ESQ | 617-345-9020 |
| BARTLETT HACKETT FEINBERG PC | ATTN: FRANK F MCGINN ESQ | 617-422-0383 |
| ROPES & GRAY LLP | JAMES M WILTON ESQ; PATRICIA I CHEN ESQ | 617-951-7050 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN ESQ; DAVID A ROSENFELD ESQ | 631-367-1173 |
| MAGNOZZI & KYE LLP | ATTN: AMISH R DOSHI ESQ | 631-923-2860 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M SCHWAB ESQTHOMAS M GAA ESQ | 650-494-2738 |
| ROBINSON BRADSHAW & HINSON PA | ATTN: DAVID M SCHILLI ESQTY E SHAFFER ESQ | 703-378-4000 |
| MCGUIREWOODS LLP | ATTN: DAVID I SWAN ESQKENNETH M MISKEN ESQ | 703-712-5050 |
| POYNER SPRUILL LLP | ATTN: SHANNON E HOFF | 704-342-5264 |
| J SCOTT DOUGLASS ESQ | | 713-227-7497 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN ESQ | 713-844-3503 |
| POST & SCHELL PC | ATTN: BRIAN W BISIGNANI ESQ | 717-731-1985 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST CITY ATTY | 720-913-3180 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K DEXTER ESQ | 720-931-3201 |
| RAY QUINNEY & NEBEKER PC | ATTN: STEPHEN C TINGEY ESQ | 801-532-7543 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ | 817-860-6509 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR | 845-491-5032 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN ESQ | 856-853-9933 |

NORTEL NETWORKS INC., ET AL.
FAX SERVICE LISTS

| | | |
|---|---|---|
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D FLASCHENKATHERINE L LINDSAY | 860-246-3201 |
| TRAVELERS | ATTN: ATTN: CHANTEL PINNOCK | 860-277-2158 |
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN | 866-741-2505 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G LEDWIN ESQ | 914-323-7001 |
| NOSSAMAN LLP | ATTN: ROBERT S MCWHORTER ESQ | 916-442-0382 |
| HOLBROOK MARY L | | 916-983-0969 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER | 919-541-8297 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP ATTN: AMOS U PRIESTER IV ESQ | 919-821-6800 |
| PATTERSON HARKAVY | | 919-942-5256 |
| ARDENT LAW GROUP PC | ATTN: HUBERT H KUO ESQ | 949-863-9783 |
| IBM CORP LEGAL DEPT | ATTN: R S STAHEL | 972-561-6487 |
| WOLFF & SAMSON PC | ATTN: ROBERT E NIES ESQ | 973-530-2212 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A D'AGOSTINO ESQ | 973-597-2400 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD ESQ; IRA M LEVEE ESQ | 973-597-2400 |
| GIBBONS PC | ATTN: DAVID N CRAPO ESQ | 973-639-6244 |

| NAME | FAX |
|---|---|
| HERBERT SMITH STEPHEN GALE | 011-44-20-7098-4878 |

| NAME | FAX |
|---|---|
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | 011-813-6404-0555 |