# SIGN-IN-SHEET

CASE NAME: Nortel Networks, Inc.
CASE NO.: 09-10138 (KG)
COURTROOM LOCATION: 3
DATE: 12/5/12

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Samis | Richards Layton & Finger | Official Comm. of Assumed Creditors |
| Anne Cordo | Morris Nichols Arsht & Tunnell | Debtors |
| Derek Abbott | " | " |
| James Croft | Cleary Gottlieb Steen + Hamilton | " |
| Mark Kenney | U.S. Trustee | U.S. Trustee |
| Kathleen Murphy | Buchanan Ingersoll | Monitor |
| Tori Guilfoyle | Blank Rome | Ad Hoc Group of Beneficiaries of Deferred Compensation Plan |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 12/05/2012
Calendar Time: 10:00 AM ET

*1st Revision 12/04/2012 01:42 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Cindy Chen Delano | | Milbank, Tweed, Hadley & McCloy, LL | Interested Party, Ad Hoc Committee / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Esther Chung | | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Craig W. Dent | | Patterson Belnap Webb & Tyler | Creditor, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Andrew Hanrahan | | Willkie Farr & Gallagher LLP | Creditor, UK Pentition Trust Ltd / LISTEN ONLY |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Lisa Kraidin | | Allen & Overy, LLP | Monitor, Ernst & Young / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Michael Linn | | Farallon Capital Management | Interested Party, Farallon Capital / LISTEN ONLY |
| | | Nortel Network Inc., et al | 09-10138 | Hearing | | Michael Rose | | Michael Rose - In Pro Per/Pro Se | In Propria Persona, Michael Rose / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | Stephanie Skelly | | Togut, Segal & Segal LLP | Creditor, Official Committee of Retirees / LIVE |
| | | Nortel Networks Inc., et al. | 09-10138 | Hearing | | William F. Taylor, Jr. | | McCarter & English | Creditor, Official Committee of Retirees / LISTEN ONLY |