IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
　　　　　　　　　　Debtors. : Jointly Administered
:
: **RE: D.I.s 8396, 9024**
:
---------------------------------------------------------------X

**ORDER DENYING THE MOTION OF MICHAEL ROSE
FOR RECONSIDERATION OF THE ORDER GRANTING
THE DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTIONS TO CLAIMS**

Upon consideration of the *Motion To Reconsider the Order Granting the Debtors' Twenty-Sixth Omnibus Objection to Claims* [D.I. 8396] (the "Motion"); and upon consideration of the *Debtors' Response And Objection To The Motion Of Michael Rose For Reconsideration Of The Order Granting The Debtors' Twenty-Sixth Omnibus Objections To Claims* [D.I.   ] (the "Response"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and based on the submissions of the Movant and the Debtors; it is hereby:

　　　　1.　　**ORDERED**, that the Motion is hereby DENIED; and it is further

---

[1] The U.S. Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

2. **ORDERED**, that proof of claim number 2602 filed by Michael Rose remains disallowed in its entirety; and it is further

3. **ORDERED**, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 5, 2012
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE