**United States Bankruptcy Court**
**District Of Delaware**

-----------------------------------------------------------------X

In re:
Nortel Networks Inc.

: Chapter 11
: (Jointly Administered Under Case No. 09-10138)
:
: Amount $14,089.39

                Debtor

-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM
**(Reference Docket Number 8869 of 11/1/2012)**

PLEASE TAKE NOTE that the transfer of claim from:

    Qun Han (AKA gid 5090163)
    24 Spencer Ave., Apt 2
    Somerville, MA  02144

IS HEREBY WITHDRAWN BY

    Fair Harbor Capital, LLC
    1841 Broadway Suite 1007
    New York, NY 10023

**As the Scheduled claim #100603970 for $14089.39 has been superceded by the Proof of Claim #5643 which was transferred to Fair Harbor Capital, LLC on docket #8868**

DATED:  December 5, 2012        _____/s/_____
                                                Fredric Glass
                                                Fair Harbor Capital, LLC
                                                (212) 967-4035