**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------X
                                                 :
In re                                            :          Chapter 11
                                                 :
Nortel Networks Inc., et al.,[1]                 :          Case No. 09-10138 (KG)
                                                 :
                             Debtors.            :          Jointly Administered
---------------------------------------------------------------X
```

**OMNIBUS HEARING ORDER**

   **IT IS HEREBY ORDERED,** that the following omnibus hearing has been scheduled in the above-referenced cases:

| **DATE** | **TIME** |
|---|---|
| April 9, 2013 | 10:00 a.m. (Eastern Time) |
| April 23, 2013 | 10:00 a.m. (Eastern Time) |
| May 7, 2013 | 10:00 a.m. (Eastern Time) |
| May 21, 2013 | 10:00 a.m. (Eastern Time) |
| June 11, 2013 | 10:00 a.m. (Eastern Time) |
| June 25, 2013[2] | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
    _____, 2012

        _____
        The Honorable Kevin Gross
        Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] Quarterly fee applications for the period of February through April will be heard at the June 25, 2013 omnibus hearing at 10:00 a.m. (ET).