# EXHIBIT "B"

Nortel Networks Section 1114  
9/1/2012...9/30/2012

# Togut, Segal & Segal LLP
## Client Billing Report

*12/3/2012*  
*10:28:42 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 9/1/12 | foswald / Fax<br>General | E | 0.0<br>17.06 | 17.06<br>Billable |
| #597742 | TS&S monthly facsimile transmission for September 2012. | | | |
| 9/1/12 | atogut / Telephone<br>General | E | 0.0<br>34.97 | 34.97<br>Billable |
| #599023 | TS&S monthly telephone for September 2012. | | | |
| 9/1/12 | atogut / Photocopies<br>General | E | 0.0<br>2,192.40 | 2,192.40<br>Billable |
| #602793 | TS&S monthly photocopies for September 2012. | | | |
| 9/4/12 | bmoore / Telephone<br>General | E | 0.0<br>16.10 | 16.10<br>Billable |
| #599213 | Conference call held on 9/4/12 re retiree benefits. | | | |
| 9/7/12 | cstachon / Messenger<br>General | E | 0.0<br>11.12 | 11.12<br>Billable |
| #603614 | Messenger to Megan Fleming of Cleary Gottlieb --<br>production documents. | | | |
| 9/10/12 | nberger / Meals<br>General | E | 0.0<br>17.19 | 17.19<br>Billable |
| #596428 | Dinner -- worked late preparing for mediation. | | | |
| 9/10/12 | sskelly / Travel-ground<br>General | E | 0.0<br>111.18 | 111.18<br>Billable |
| #598415 | Car service from office to home on 9/10/12 after 8pm --<br>worked late re retiree benefits. | | | |
| 9/11/12 | nberger / Travel-ground<br>General | E | 0.0<br>121.41 | 121.41<br>Billable |
| #598416 | Car service from office to home on 9/11/12 after 8pm --<br>worked late re retiree benefits. | | | |

| Nortel Networks Section 1114 | Togut, Segal & Segal LLP | 12/3/2012 |
| --- | --- | --- |
| 9/1/2012...9/30/2012 | Client Billing Report | 10:28:42 AM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
| --- | --- | --- | --- | --- |
| 9/12/12 | bmoore / Meals<br>General | E | 0.0<br>11.08 | 11.08<br>Billable |
| #604175 | Dinner on 9/12/12 -- worked late re retiree benefits. | | | |
| 9/12/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #604542 | Taxi from office to home on 9/12/12 at 9pm -- worked late revising draft confi stipulation and review of documents produced by the Debtors. | | | |
| 9/13/12 | sskelly / Meals<br>General | E | 0.0<br>9.45 | 9.45<br>Billable |
| #603920 | Dinner on 9/13/12 -- worked late re retiree benefits. | | | |
| 9/13/12 | lmuchnik / Meals<br>General | E | 0.0<br>55.00 | 55.00<br>Billable |
| #604527 | Dinner for NB and RKM -- worked late re retiree benefits. | | | |
| 9/13/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #604543 | Taxi from office to home on 9/13/12 at 11:13pm -- worked late revising draft of confi stipulation. | | | |
| 9/14/12 | nberger / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #599812 | Taxi from meeting with mediator. | | | |
| 9/17/12 | nberger / Travel-ground<br>General | E | 0.0<br>5.00 | 5.00<br>Billable |
| #598765 | Subway for NB and BM to meeting with mediator. | | | |
| 9/18/12 | bmoore / Meals<br>General | E | 0.0<br>10.44 | 10.44<br>Billable |
| #604177 | Dinner on 9/18/12 -- worked late re retiree benefits. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
9/1/2012...9/30/2012

12/3/2012
10:28:42 AM

| Date / Slip Number | Description | T/E | Hours / Rate | Slip Amount / Billing Status |
|---|---|---|---|---|
| 9/18/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.50 | 8.50<br>Billable |
| #604544 | Taxi from office to home on 9/18/12 at 11:10pm -- worked late reviewing Nortel's latest document production. | | | |
| 9/19/12 | rmilin / Travel-ground<br>General | E | 0.0<br>8.00 | 8.00<br>Billable |
| #604546 | Taxi from office to home on 9/19/12 at 11:34pm -- worked late reviewing motion papers to prepare for mediation. | | | |
| 9/20/12 | nberger / Meals<br>General | E | 0.0<br>1,288.75 | 1,288.75<br>Billable |
| #598767 | Dinner with retiree committee members and advisors. | | | |
| 9/20/12 | nberger / Travel-ground<br>General | E | 0.0<br>5.00 | 5.00<br>Billable |
| #598768 | Subway to and from dinner with retiree committee members and advisors. | | | |
| 9/20/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #603629 | Car service from office to home on 9/20/12 at 8:14pm -- worked late re retiree benefits. | | | |
| 9/21/12 | nberger / Travel-ground<br>General | E | 0.0<br>2.50 | 2.50<br>Billable |
| #598769 | Subway to mediation at Cleary. | | | |
| 9/21/12 | nberger / Travel-ground<br>General | E | 0.0<br>104.00 | 104.00<br>Billable |
| #598770 | Parking. | | | |
| 9/21/12 | sskelly / Travel-ground<br>General | E | 0.0<br>136.43 | 136.43<br>Billable |
| #603628 | Car service from 1 Liberty Plaza to office for NB and BM, then home for SAS -- after attending mediation session. | | | |

Matter Total: 0.00     4,293.62

Nortel Networks Section 1114
9/1/2012...9/30/2012

# Togut, Segal & Segal LLP
## Client Billing Report

*12/3/2012*
*10:28:42 AM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter:** | | | |
| 9/13/12<br>#599852 | bmoore / Travel-ground<br>Car service from office to home on 9/13/12 at 9pm -- worked late re mediation. | E | 0.0<br>104.04 | 104.04<br>Billable |
| 9/13/12<br>#599853 | nberger / Travel-ground<br>Car service from office to home on 9/13/12 after 11pm -- worked late re mediation. | E | 0.0<br>142.20 | 142.20<br>Billable |
| 9/13/12<br>#599854 | sskelly / Travel-ground<br>Car service from office to home on 9/13/12 after 8pm -- worked late re retiree benefits. | E | 0.0<br>114.75 | 114.75<br>Billable |
| | Matter Total: | | 0.00 | 360.99 |
| | Total Time Bill: | | | |
| | Total Time Non Bill: | | | |
| | Total Costs Bill: | | | 4,654.61 |
| | Total Costs Non Bill: | | | |
| | Total Non Billable: | | | |
| | Total Billable: | | | 4,654.61 |
| | Grand Total: | | | 4,654.61 |