**United States Bankruptcy Court**
**District Of Delaware**
-------------------------------------------------------------------X
In re:
  Nortel Networks Inc.                                 : (Jointly Administered Under Case No. 09-10138)
                                                                        :
                                                                        : Amount $48,800.00
                  Debtor
-------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**
**(Reference Docket Number 8938 of 11/15/2012)**

    PLEASE TAKE NOTE that the transfer of claim from:

        Howard Hewitt  (GID 0228012)
        18045 Gooseberry Drive
        Rowland Heights, CA  91748

    IS HEREBY WITHDRAWN BY

        Fair Harbor Capital, LLC
        1841 Broadway Suite 1007
        New York, NY 10023


DATED:  December 7, 2012                   _____/s/_____
                                                             Fredric Glass
                                                             Fair Harbor Capital, LLC
                                                             (212) 967-4035