UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

ATTN: BANKRUPTCY CLERK

824 MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801-3577


Date: **December 5, 2012**

**RE: Docket number: #8869**

Dear Bankruptcy Clerk at US Bankruptcy Court,

I received a "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (E)(1) OR(2)" dated November 15 2012, regarding my Nortel Bankruptcy Claim.

I am writing to object to the transfer of my claim, <u>in the amount of **$14,089.39**</u> with Docket Number **#8869.**

I've contacted Victor Knox at Fair Harbor Capital, and he told me the above transfer was a mistake, and Fair Harbor Capital will withdraw the above transfer.


Enclosed please find the document from Fair Harbor Capital.

Should you have any questions, please don't hesitate to contact me.


Best Regards,

Qun Han

24 Spencer Ave, APT2

Somerville, MA02144

Tel: 617-412-8699

Email: applehan@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1) OR (2)

To:    **Qun Han (AKA gid 5090163)**
       **24 Spencer Ave., Apt 2**
       **Somerville, MA 02144**

Your claim, in the amount of **$14,089.39** has been transferred, unless previously expunged by Court Order, to:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claim, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: BANKRUPTCY CLERK
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801-3577

Send a copy of your objection to the transferee.

Refer to docket number **#8869** in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

By    /s/ Tim Conklin
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 15, 2012

**United States Bankruptcy Court**
**District Of Delaware**

-----------------------------------------------------------------X

In re:
Nortel Networks Inc.

: Chapter 11
: (Jointly Administered Under Case No. 09-10138)
:
: Amount $14,089.39

                           Debtor

-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM
### (Reference Docket Number 8869 of 11/1/2012)

PLEASE TAKE NOTE that the transfer of claim from:

       Qun Han (AKA gid 5090163)
       24 Spencer Ave., Apt 2
       Somerville, MA  02144

IS HEREBY WITHDRAWN BY

       Fair Harbor Capital, LLC
       1841 Broadway Suite 1007
       New York, NY 10023

**As the Scheduled claim #100603970 for $14089.39 has been superceded by the Proof of Claim #5643 which was transferred to Fair Harbor Capital, LLC on docket #8868**

DATED: December 5, 2012

                                                    /s/
                                            Fredric Glass
                                            Fair Harbor Capital, LLC
                                            (212) 967-4035

## File a Claim action:

09-10138-KG Nortel Networks Inc., et al.

Type: bk                Chapter: 11 v           Office: 1 (Delaware)
Assets: y               Judge: KG
Case Flag: CLMSAGNT, LEAD, MEGA, SealedDoc(s), APPEAL, Exhibits

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from entered on 12/5/2012 at 3:41 PM EST and filed on 12/5/2012
**Case Name:**        Nortel Networks Inc., et al.
**Case Number:**      09-10138-KG
**Document Number:** 9062

**Docket Text:**
Withdraw of Transfer of Claim by Claimant(s) NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM in the amount of $14,089.39 on docket #8869 to Fair Harbor Capital, LLC. Filed by Fair Harbor Capital, LLC. (Glass, Fredric)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** nortel - Qun Han - Withdrawl Scheduled Claim Transfer.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=12/5/2012] [FileNumber=11273871-0
] [25474d0700bb9d34711bb547153d7e24e4393eb7ed888ca14cb9c6edb3bbdb1bfc7
3d0ef84d2153bd5e52555754329288bbce21f938ff54c1b576bf56d2dbbe05]]

**09-10138-KG Notice will be electronically mailed to:**

Christopher Page
csimon@crosslaw.com