UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 09-10138 (KG)<br>)<br>) Jointly Administered<br>)<br>) <u>**NOTICE OF CHANGE OF ADDRESS**</u><br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that United States Debt Recovery XI, LP hereby withdraws the purported change of address and transfer of claim of PAYNE, PAUL S, DOCKET #9075 against the above captioned debtor, Proof of Claim number 3961, filed by the creditor and all pre-petition unsecured claims of Transferor. Transferor remains a pre-petition creditor of the debtor and service of any pleadings, notices, correspondence and distributions or dividends relating to such claim should be sent to the creditor's original Proof of Claim Address set forth below, effective as of the date hereof.

<u>CREDITOR ADDRESS</u>
PAYNE, PAUL S
4911 CHATHAM WALK
GAINESVILLE, GA 30504

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____
Nathan E. Jones, Managing Director