**CERTIFICATE OF SERVICE**

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc.** was caused to be made on December 11, 2012, in the manner indicated upon the entities identified below and on the attached service list.

Date: December 11, 2012　　　　　　　　　　　／s/ Tamara K. Minott_____
Wilmington, DE　　　　　　　　　　　　　　　Tamara K. Minott (No. 5643)

**Via Hand Delivery**

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue
P.O. Box 25046
Wilmington, DE 19801
(Counsel for McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, and Wahlstrom)

Potter Anderson & Corroon LLP
Jeremy Ryan
R. Stephen McNeill
1313 N Market St.
Wilmington, DE 19801
(Counsel for International Data Group)

**Via First Class Mail**

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

6828269.1