# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ------------------------------------------------------X : | Chapter 11 |
| *In re* : | Bankr. Case No. 09-10138 (KG) |
| Nortel Networks Inc., *et al.*, : | (Jointly Administered) |
| Debtors.[1] : | Re: D.I. 9079 |
| ------------------------------------------------------X | |
| Nortel Networks Inc. : | |
| and : | |
| Nortel Networks (CALA) Inc., : | |
| Plaintiffs, : | |
| v. : | |
| McCann-Erickson Worldwide, Inc., *et al.*, : | Adv. Pro. No. 10-55937 (KG) |
| : | Re: D.I. 140 |
| Defendants. : | |
| ------------------------------------------------------X | |

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that on December 11, 2012, a copy of the **Amended Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc.** was served in the manner indicated and on the persons identified in the attached service lists.

---

[1] The Debtors in the Chapter 11 cases are: Nortel Networks Inc., Nortel Networks (CALA) Inc., Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Dated: December 11, 2012  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
      Wilmington, Delaware

                                                  */s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)
Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors and Debtors in Possession*

4186355.2

**Via Hand Delivery**

Werb & Sullivan
Matthew Austria
300 Delaware Ave.
Wilmington, DE 19801

Jeremy William Ryan
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O Box 951
Wilmington, DE 19801

**Via First Class Mail**

Global Broadcast News
Attn:  Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India