**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Twenty-First Supplement to List of Ordinary Course Professionals** was caused to be made on December 11, 2012, in the manner indicated upon the individuals identified on the attached service list.

Date: December 11, 2012                                                          */s/ Ann C. Cordo*
Wilmington, DE                                                                         Ann C. Cordo (No. 4817)

4644651.10