**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

_____

|   |   |
|---|---|
| In re: | ) |
|   | ) Chapter 11 |
|   | ) |
| Nortel Networks, Inc., et al. | ) Case No. 09-10138 (KG) |
|   | ) |
| Debtors. | ) Jointly Administered |
|   | ) |

Proof of Claim No.: **7179**
Amount of Claim Transferred: **$80,000.00**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:   TRANSFEROR:   WELLS FARGO BANK, NATIONAL ASSOCIATION,** as successor by merger to Wachovia Bank, N.A., solely in its capacity as Special Servicer, for the Nortel Networks Pass-Through Trust, Series 2001-1
550 S. Tryon, 7th Floor
Charlotte, North Carolina
Attention:   Tina C. McNeill, VP
Telephone: 704-410-8320
E-mail:   tina.mcneill@wellsfargo.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **7179** against Nortel Networks, Inc. in the amount of **$80,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:   PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO**
c/o Waterstone Capital Management LP
2 Carlson Parkway, Suite 260
Plymouth, MN 55447
Attention:   Vincent Conley
Telephone: 952-697-4130
E-mail:   operations@wscm.net

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., solely in its capacity as Special Servicer, for the Nortel Networks Pass-Through Trust, Series 2001-1** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the entities set forth and in the in the proportions set forth below (collectively, "Assignees") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$5,331,198.00** against Nortel Networks, Inc. *et al.* (the "Debtor"), Chapter 11 Case No. 09-10138 (KG), United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

| Assignees | Amount | Percentage |
|---|---|---|
| Waterstone Market Neutral Master Fund, Ltd. | $3,165,198.00 | 59.00% |
| Waterstone MF Fund, Ltd. | $731,000.00 | 14.00% |
| Waterstone Offshore AD Fund, Ltd | $574,000.00 | 11.00% |
| Waterstone Offshore ER Fund, Ltd. | $530,000.00 | 10.00% |
| Waterstone Distressed Opportunities Master Fund, Ltd. | $251,000.00 | 5.00% |
| Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio | $80,000.00 | 2.00% |
| TOTAL | $5,331,198.00 | 100.00% |

Assignor hereby waives any objection to the transfer of the claim to Assignees on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignees the foregoing claim and recognizing the Assignees as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignees.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of August, 2012.

**Wells Fargo Bank, National Association,** as successor by merger to Wachovia Bank, N.A., solely in its capacity as Special Servicer, for the Nortel Networks Pass-Through Trust, Series 2001-1

By: _____
Name: **Tina C. McNeill**
Title: **Vice President**

Name:
Title:

**WATERSTONE MARKET NEUTRAL MASTER FUND, LTD**
By: Waterstone Capital Management, L.P.

By: *[signature]*
Name: Jeffrey C Erb
Title: General Counsel

**WATERSTONE MF FUND, LTD.**
By: Waterstone Capital Management, L.P.

By: *[signature]*
Name: Jeffrey C Erb
Title: General Counsel

**WATERSTONE OFFSHORE AD FUND, LTD.**
By: Waterstone Capital Management, L.P.

By: *[signature]*
Name: Jeffrey C Erb
Title: General Counsel

**WATERSTONE OFFSHORE ER FUND, LTD**
By: Waterstone Capital Management, L.P.

By: *[signature]*
Name: Jeffrey C Erb
Title: General Counsel

**WATERSTONE DISTRESSED OPPORTUNITIES MASTER FUND, LTD.**
By: Waterstone Capital Management, L.P.

By: *[signature]*

Name: Jeffrey C Erb
Title: General Counsel

**PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO**
By: Waterstone Capital Management, L.P.

By: _____
Name: Jeffrey C Erb
Title: General Counsel