```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE


IN RE:                              )     Case No. 09-10138(KG)
                                    )     (Jointly Administered)
NORTEL NETWORKS, INC.,              )
     et al.,                        )     Chapter 11

                                    )     Courtroom 3
                                    )     824 Market Street
           Debtors.                 )     Wilmington, Delaware
                                    )
                                    )     December 5, 2012
                                    )     10:00 a.m.

                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE JUDGE KEVIN GROSS
                    UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Debtors:              Morris Nichols Arsht & Tunnell, LLP
                          BY: DEREK ABBOTT, ESQ.
                          BY: ANN CORDO, ESQ.
                          1201 North Market St., 18th Floor
                          Wilmington, DE  19899-1347
                          (302) 351-9357

                          Cleary Gottlieb Steen & Hamilton
                          BY: JAMES CROFT, ESQ.
                          One Liberty Plaza
                          New York, NY  10006
                          (212) 437-4350

ECRO:                     GINGER MACE

Transcription Service:    DIAZ DATA SERVICES, LLC
                          331 Schuylkill Street
                          Harrisburg, Pennsylvania 17110
                          (717) 233-6664
                          www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Official Creditors' Committee: | Richards Layton & Finger<br>BY: CHRIS SAMIS, ESQ.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE  19801<br>(302) 651-7845 |
| For U. S. Trustee: | U. S. Department of Justice<br>BY: MARK KENNEY, ESQ.<br>844 King Street, Ste. 2207<br>Lockbox 35<br>Wilmington, DE  19801<br>(302) 573-6491 |
| For Canadian Monitor: | Buchanan Ingersoll & Rooney, PC<br>BY: KATHLEEN MURPHY, ESQ.<br>1105 W. Market St., Ste. 1900<br>Wilmington, DE  19801-1054<br>(302) 552-4214 |
| For Ad Hoc Group of Beneficiaries of Deferred Compensation Plan: | Blank Rome, LLP<br>BY:  VICTORIA GUILFOYLE, ESQ.<br>1201 Market St., Ste. 800<br>Wilmington, DE  19801<br>(302) 425-6400 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Retiree's Committee: | Togut Segal & Segal<br>BY: STEPHANIE SKELLY, ESQ.<br>(212) 594-5000<br><br>McCarter & English<br>BY: WILLIAM TAYLOR, ESQ.<br>(302) 984-6310 |
| For Law Debenture: | Patterson Belknap Webb & Tyler<br>BY: CRAIG W. DENT, ESQ.<br>(212) 336-2864 |
| For Ernst & Young: | Allen & Overy, LLP<br>BY: LISA KRAIDIN, ESQUIRE<br>(212) 610-7300 |

```
TELEPHONIC APPEARANCES:
(Continued)


For Bank of America:        Bank of America
                            BY: ESTHER CHUNG
                            (646) 855-6705

For Ad Hoc Committee:       Milbank Tweed Hadley & McCloy
                            BY: CINDY CHEN DELANO
                            (212) 530-8978

For In Propria Persona:     Nortel Networks, Inc.
                            BY:  MICHAEL ROSE
                            In Propria Persona
                            (214) 334-3591

For UK Pentition            Wilkie Farr & Gallagher, LLP
Trust, LTD:                 BY:  ANDREW HANRAHAN, ESQ.
                            (212) 728-8170 ext. 8638

For Farallon Capital        Farallon Capital Management
Management:                 BY:  MICHAEL LINN
                            (415) 421-2132
```

1

```
 1  WILMINGTON, DELAWARE, WEDNESDAY, DECEMBER 5, 2012, 10:00 A.M.
 2              THE COURT:  Good morning everyone.  Thank you.
 3  Please be seated.  It's good to see you.  Mr. Abbott, I see
 4  you're rearing to go.
 5              MR. ABBOTT:  Good morning, Your Honor.
 6              THE COURT:  Good morning.
 7              MR. ABBOTT:  Only because, Your Honor, I may have
 8  to sneak out if this goes longer than we all hope it will go,
 9  I apologize.  I did want to ask the Court's indulgence.
10              THE COURT:  Of course.
11              MR. ABBOTT:  I have a hearing in front of Judge
12  Shannon at 11:30.  I'm hoping we won't be that long because
13  there is only one matter on today's agenda, Your Honor.
14              THE COURT:  That's right.
15              MR. ABBOTT:  And, without further ado, I'll just
16  re-introduce the Court to Mr. Croft who you will recall --
17              THE COURT:  I sure do.
18              MR. ABBOTT:  -- who's going to be making the
19  argument for the debtors.
20              THE COURT:  All right.  And if you have to leave,
21  certainly, I'll understand.  You don't have to say anything
22  further.
23              MR. ABBOTT:  Thank you, Your Honor.
24              THE COURT:  Okay, Mr. Abbott.  Ms. Cordo, good
25  morning to you; Mr. Samis, Mr. Kenney.
```

1             MR. KENNEY:  Good morning, Your Honor.

2             THE COURT:  Mr. Croft, good morning.

3             MR. CROFT:  Good morning, Judge Gross.  Again, for
4  the record, James Croft, from Cleary Gottlieb Steen &
5  Hamilton, on behalf of the debtors.

6             THE COURT:  You bet.

7             MR. CROFT:  The only item on the agenda today is a
8  Motion to Reconsider a Claim that was Disallowed Pursuant to
9  the Debtors' Twenty-Sixth Omnibus Objection.

10             THE COURT:  Yes.

11             MR. CROFT:  And that Motion to Reconsider was
12  filed by Mr. Michael Rose, and it's at D.I. 8396.  And, Your
13  Honor, Mr. Rose, I understand, is on the phone and it's his
14  Motion so I'm happy to have him make his presentation.

15             THE COURT:  Yes, Mr. Croft.  I think that's
16  appropriate.  Mr. Rose, good morning to you.

17             MR. ROSE:  Good morning, Your Honor.  Thank you
18  for your time today.

19             THE COURT:  Of course, and are you able to hear us
20  sufficiently out there?

21             MR. ROSE:  I can hear you very clearly.

22             THE COURT:  All right, good.  All right.  Now, I
23  understand that you have asked for reconsideration of the
24  Order which essentially denied your claim in the case.

25             MR. ROSE:  Correct, yes.

1     THE COURT: All right. And I will certainly hear
2 you now on why you believe the Court should grant such
3 reconsideration.
4     MR. ROSE: So I have read the Opposing Counsel's
5 argument, and I've sort of reconsidered. I understand what
6 they're saying. I don't agree with it. I think the -- I'm
7 speaking -- sorry, did somebody say something?
8     THE COURT: I don't -- I hope not.
9     MR. ROSE: I'm speaking specifically of the ERISA
10 206(g)(3)(d).
11    THE COURT: Right.
12    MR. ROSE: I think it's very ambiguous. It
13 basically states this paragraph shall not apply to any Plans
14 for any Plan year if the terms of such Plan provide for no
15 benefit accruals with respect to any participant during such
16 period. So it's saying any Plan, any Plan year, and then it
17 turns around and says in effect for a period beginning on
18 September 1st, 2005 and ending with such Plan year. So the
19 basic clause itself says hey, this does not -- this applies
20 to every Plan year and then, in brackets, they qualify it for
21 one Plan year. So it's somewhat ambiguous but I kind of have
22 to agree that, on the face of it, it does say that it only
23 applies to one Plan year and, basically, for that reason, I
24 kind of have to withdraw my objection from my Motion to
25 Reconsider. I don't think it's right. I think that --

1   THE COURT: Well, you don't think it's fair when
2 you say right, but the argument, I think, you're accepting?
3   MR. ROSE: Yes, the argument is correct.
4   THE COURT: Yes.
5   MR. ROSE: I think for something called ERISA,
6 which is supposed to be for the employees' rights, it doesn't
7 do that; it does the opposite. It kind of legally
8 misappropriates that money and takes it away from me and
9 gives it to Corporate America, and whoever else, and now I'm
10 a debtor to the PBGC. So it's exchanging one bad debt for
11 another -- what's probably going to be another bad debt.
12 But, unfortunately, that's what it says. I also think it's
13 kind of ambiguous that it leaves it up to an arbitrary date.
14 Because I'm no longer employed with Nortel for five or six
15 months, I'm requesting my money and it's kind of this
16 arbitrary well, we're not going to pay you for five months
17 and then they file bankruptcy before that point but, you
18 know, that's what the Plan says, right?
19   THE COURT: Yes. Well --
20   MR. ROSE: So there's really not a lot I can do
21 except to go, in the future, and try and convince Congress
22 they need to take out those few words that say any with such
23 Plan year because there's just no logical reason why
24 September 1st, 2005 is important and then after that it's not
25 important. It's just, you know, nonsensical, but it is what

1  it is.
2              THE COURT:  Yes, sir.  And, you know, I will tell
3  you that I was also persuaded by the argument and had reached
4  the conclusion, Mr. Rose, that you have reached, and that is
5  that there was, unfortunately or fortunately, however you
6  look at it, depending on whose side you are, there was no
7  basis for the claim and so I understand, at this time, that
8  you are conceding the argument and I would, therefore, deny
9  your Motion for Reargument.
10             MR. ROSE:  All right.  Thank you very much.
11             THE COURT:  All right, sir.  Mr. Croft, you wrote
12 a very persuasive paper and --
13             MR. CROFT:  Well, thank you.
14             THE COURT:  And, Mr. Rose, you as well did a very
15 fine job I thought in making your arguments, particularly for
16 someone not represented by Counsel.  So, Mr. Croft, I'll sign
17 the Order which I'm sure you've got there.
18             MR. CROFT:  Thanks.  Yes, Your Honor, I do have
19 the Order.  May I approach?
20             THE COURT:  You sure may.  All right.  Thank you,
21 sir.  Mr. Rose, you're not in the Courtroom so you don't see
22 it, but I am signing the Order denying your Motion and it
23 really is that --
24             MR. ROSE:  Okay.  Thank you.
25             THE COURT:  And it really is that simple where it

1  just says, basically --

2          MR. ROSE:  Okay.

3          THE COURT:  -- the Motion is hereby denied; the

4  claim is disallowed, and the Court retains jurisdiction for

5  matters which may arise in connection with the implementation

6  of the Order, and that is being signed.  All right.  I would

7  tell you to go to law school, Mr. Rose, but the job market

8  isn't so great there either.

9                      (Laughter)

10         THE COURT:  Anything further on this matter?

11         MR. CROFT:  No, Your Honor.

12         THE COURT:  All right, Mr. Croft.  And anything

13 further for the Court's consideration at this hearing?

14         MR. CROFT:  No, Your Honor.

15         THE COURT:  All right.  Counsel, thank you so much

16 and we will stand in recess and a good day to all of you.

17         COUNSEL:  Thank you.

18         THE COURT:  Thank you.

19    (Whereupon at 10:09 a.m., the hearing was adjourned)

20                   CERTIFICATION

21        I   certify   that   the   foregoing   is   a   correct

22 transcript   from   the   electronic   sound   recording   of   the

23 proceedings in the above-entitled matter.

24

25   _____              5 December 2012
26   Tammy Kelly, Transcriber                            Date
27   Diaz Data Services, LLC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **206(g)(3)(d)**(1) | 6:10 | **chen**(1) | 3:10 | **esther**(1) | 3:6 | **i've**(1) | 6:5 |
| **a.m**(3) | 1:15 4:1 9:19 | **chris**(1) | 2:6 | **every**(1) | 6:20 | **james**(2) | 1:30 5:4 |
| **abbott**(9) | 1:23 4:3 4:5 4:7 4:11 4:15 4:18 4:23 4:24 | **chung**(1) | 3:6 | **everyone**(1) | 4:2 | **job**(2) | 8:15 9:7 |
| **able**(1) | 5:19 | **cindy**(1) | 3:10 | **except**(1) | 7:21 | **jointly**(1) | 1:6 |
| **above-entitled**(1) | 9:23 | **claim**(4) | 5:8 5:24 8:7 9:4 | **exchanging**(1) | 7:10 | **judge**(4) | 1:18 1:19 4:11 5:3 |
| **accepting**(1) | 7:2 | **clause**(1) | 6:19 | **ext**(1) | 3:20 | **jurisdiction**(1) | 9:4 |
| **accruals**(1) | 6:15 | **clearly**(1) | 5:21 | **face**(1) | 6:22 | **just**(4) | 4:15 7:23 7:25 9:1 |
| **adjourned**(1) | 9:19 | **cleary**(2) | 1:29 5:4 | **fair**(1) | 7:1 | **justice**(1) | 2:12 |
| **administered**(1) | 1:6 | **committee**(3) | 2:5 2:35 3:9 | **farallon**(2) | 3:22 3:22 | **kathleen**(1) | 2:21 |
| **ado**(1) | 4:15 | **compensation**(1) | 2:28 | **farr**(1) | 3:18 | **kelly**(1) | 9:26 |
| **after**(1) | 7:24 | **conceding**(1) | 8:8 | **few**(1) | 7:22 | **kenney**(3) | 2:13 4:25 5:1 |
| **again**(1) | 5:3 | **conclusion**(1) | 8:4 | **file**(1) | 7:17 | **kevin**(1) | 1:18 |
| **agenda**(2) | 4:13 5:7 | **congress**(1) | 7:21 | **filed**(1) | 5:12 | **kind**(5) | 6:21 6:24 7:7 7:13 7:15 |
| **agree**(2) | 6:6 6:22 | **connection**(1) | 9:5 | **fine**(1) | 8:15 | **king**(2) | 2:8 2:14 |
| **all**(12) | 4:8 4:20 5:22 5:22 6:1 8:10 8:11 8:20 9:6 9:12 9:15 9:16 | **consideration**(1) | 9:13 | **finger**(1) | 2:5 | **know**(3) | 7:18 7:25 8:2 |
| **allen**(1) | 2:48 | **continued**(2) | 2:2 3:2 | **five**(2) | 7:14 7:16 | **kraidin**(1) | 2:49 |
| **also**(2) | 7:12 8:3 | **convince**(1) | 7:21 | **floor**(1) | 1:25 | **laughter**(1) | 9:9 |
| **ambiguous**(3) | 6:12 6:21 7:13 | **cordo**(2) | 1:24 4:24 | **for**(33) | 1:2 1:22 2:4 2:12 2:19 2:26 2:35 2:44 2:48 3:5 3:9 3:13 3:18 3:22 4:19 5:3 5:18 5:23 6:14 6:14 6:17 6:20 6:23 7:5 7:6 7:10 7:14 7:16 8:7 8:9 8:15 9:4 9:13 | **law**(2) | 2:44 9:7 |
| **america**(3) | 3:5 3:5 7:9 | **corporate**(1) | 7:9 | | | **layton**(1) | 2:5 |
| **and**(37) | 4:15 4:20 5:11 5:12 5:12 5:13 5:19 6:1 6:5 6:16 6:17 6:18 6:20 6:23 7:8 7:8 7:9 7:9 7:15 7:17 7:21 7:21 7:24 8:2 8:3 8:4 8:7 8:8 8:12 8:14 8:22 8:25 9:2 9:6 9:12 9:16 9:16 | **correct**(3) | 5:25 7:3 9:21 | | | **leave**(1) | 4:20 |
| | | **counsel**(3) | 8:16 9:15 9:17 | **foregoing**(1) | 9:21 | **leaves**(1) | 7:13 |
| | | **counsel's**(1) | 6:4 | **fortunately**(1) | 8:5 | **legally**(1) | 7:7 |
| | | **course**(2) | 4:10 5:19 | **from**(4) | 5:4 6:24 7:8 9:22 | **liberty**(1) | 1:31 |
| | | **court**(33) | 1:1 4:2 4:6 4:10 4:14 4:16 4:17 4:20 4:24 5:2 5:6 5:10 5:15 5:19 5:22 6:1 6:2 6:8 6:11 7:1 7:4 7:19 8:2 8:11 8:14 8:20 8:25 9:3 9:4 9:10 9:12 9:15 9:18 | **front**(1) | 4:11 | **linn**(1) | 3:23 |
| **andrew**(1) | 3:19 | | | **further**(4) | 4:15 4:22 9:10 9:13 | **lisa**(1) | 2:49 |
| **ann**(1) | 1:24 | | | **future**(1) | 7:21 | **llc**(1) | 1:37 |
| **another**(2) | 7:11 7:11 | | | **gallagher**(1) | 3:18 | **llp**(4) | 1:22 2:26 2:48 3:18 |
| **any**(6) | 6:13 6:14 6:15 6:16 6:16 7:22 | | | **ginger**(1) | 1:35 | **lockbox**(1) | 2:15 |
| **anything**(3) | 4:21 9:10 9:12 | **courtroom**(2) | 1:10 8:21 | **gives**(1) | 7:9 | **logical**(1) | 7:23 |
| **apologize**(1) | 4:9 | **court's**(2) | 4:9 9:13 | **goes**(1) | 4:8 | **long**(1) | 4:12 |
| **appearances**(2) | 2:33 3:1 | **craig**(1) | 2:45 | **going**(3) | 4:18 7:11 7:16 | **longer**(2) | 4:8 7:14 |
| **applies**(2) | 6:19 6:23 | **creditors'**(1) | 2:4 | **good**(12) | 4:2 4:3 4:5 4:6 4:24 5:1 5:2 5:3 5:16 5:17 5:22 9:16 | **look**(1) | 8:6 |
| **apply**(1) | 6:13 | **croft**(15) | 1:30 4:16 5:2 5:3 5:4 5:7 5:11 5:15 8:11 8:13 8:16 8:18 9:11 9:12 9:14 | | | **lot**(1) | 7:20 |
| **approach**(1) | 8:19 | | | | | **ltd**(1) | 3:19 |
| **appropriate**(1) | 5:16 | | | **got**(1) | 8:17 | **mace**(1) | 1:35 |
| **arbitrary**(2) | 7:13 7:16 | **d.i**(1) | 5:12 | **gottlieb**(2) | 1:29 5:4 | **make**(1) | 5:14 |
| **are**(3) | 5:19 8:6 8:8 | **data**(1) | 1:37 | **grant**(1) | 6:2 | **making**(2) | 4:18 8:15 |
| **argument**(6) | 4:19 6:5 7:2 7:3 8:3 8:8 | **date**(2) | 7:13 9:26 | **great**(1) | 9:8 | **management**(2) | 3:22 3:23 |
| **arguments**(1) | 8:15 | **day**(1) | 9:16 | **gross**(2) | 1:18 5:3 | **mark**(1) | 2:13 |
| **arise**(1) | 9:5 | **debenture**(1) | 2:44 | **group**(1) | 2:26 | **market**(5) | 1:11 1:25 2:22 2:28 9:7 |
| **around**(1) | 6:17 | **debt**(2) | 7:10 7:11 | **guilfoyle**(1) | 2:27 | **matter**(3) | 4:13 9:10 9:23 |
| **arsht**(1) | 1:22 | **debtor**(1) | 7:10 | **had**(1) | 8:3 | **matters**(1) | 9:5 |
| **ask**(1) | 4:9 | **debtors**(4) | 1:12 1:22 4:19 5:5 | **hadley**(1) | 3:9 | **may**(4) | 4:7 8:19 8:20 9:5 |
| **asked**(1) | 5:23 | **debtors'**(1) | 5:9 | **hamilton**(2) | 1:29 5:5 | **mccarter**(1) | 2:39 |
| **away**(1) | 7:8 | **december**(3) | 1:14 4:1 9:25 | **hanrahan**(1) | 3:19 | **mccloy**(1) | 3:9 |
| **bad**(2) | 7:10 7:11 | **deferred**(1) | 2:27 | **happy**(1) | 5:14 | **michael**(3) | 3:14 3:23 5:12 |
| **bank**(2) | 3:5 3:5 | **delano**(1) | 3:10 | **harrisburg**(1) | 1:39 | **milbank**(1) | 3:9 |
| **bankruptcy**(3) | 1:1 1:19 7:17 | **delaware**(3) | 1:2 1:12 4:1 | **have**(11) | 4:7 4:11 4:20 4:21 5:14 5:23 6:4 6:21 6:24 8:4 8:18 | **misappropriates**(1) | 7:8 |
| **basic**(1) | 6:19 | **denied**(2) | 5:24 9:3 | | | **money**(2) | 7:8 7:15 |
| **basically**(3) | 6:13 6:23 9:1 | **dent**(1) | 2:45 | | | **monitor**(1) | 2:19 |
| **basis**(1) | 8:7 | **deny**(1) | 8:8 | **hear**(3) | 5:19 5:21 6:1 | **months**(2) | 7:15 7:16 |
| **because**(4) | 4:7 4:12 7:14 7:23 | **denying**(1) | 8:22 | **hearing**(3) | 4:11 9:13 9:19 | **morning**(9) | 4:2 4:5 4:6 4:25 5:1 5:2 5:3 5:16 5:17 |
| **before**(2) | 1:18 7:17 | **department**(1) | 2:12 | **hereby**(1) | 9:3 | | |
| **beginning**(1) | 6:17 | **depending**(1) | 8:6 | **hey**(1) | 6:19 | **morris**(1) | 1:22 |
| **behalf**(1) | 5:5 | **derek**(1) | 1:23 | **him**(1) | 5:14 | **motion**(7) | 5:8 5:11 5:14 6:24 8:9 8:22 9:3 |
| **being**(1) | 9:6 | **diaz**(1) | 1:37 | **his**(2) | 5:13 5:14 | **much**(2) | 8:10 9:15 |
| **believe**(1) | 6:2 | **did**(3) | 4:9 6:7 8:14 | **hoc**(2) | 2:26 3:9 | **murphy**(1) | 2:21 |
| **belknap**(1) | 2:44 | **disallowed**(2) | 5:8 9:4 | **honor**(10) | 4:5 4:7 4:13 4:23 5:1 5:13 5:17 8:18 9:11 9:14 | **need**(1) | 7:22 |
| **beneficiaries**(1) | 2:27 | **district**(1) | 1:2 | | | **networks**(2) | 1:7 3:13 |
| **benefit**(1) | 6:15 | **does**(3) | 6:19 6:22 7:7 | | | **new**(1) | 1:32 |
| **bet**(1) | 5:6 | **doesn't**(1) | 7:6 | **honorable**(1) | 1:18 | **nichols**(1) | 1:22 |
| **blank**(1) | 2:26 | **don't**(6) | 4:21 6:6 6:8 6:25 7:1 8:21 | **hope**(2) | 4:8 6:8 | **nonsensical**(1) | 7:25 |
| **brackets**(1) | 6:20 | **during**(1) | 6:15 | **hoping**(1) | 4:12 | **nortel**(3) | 1:7 3:13 7:14 |
| **buchanan**(2) | 2:19 | **ecro**(1) | 1:35 | **however**(1) | 8:5 | **north**(1) | 1:25 |
| **but**(7) | 6:21 7:2 7:12 7:17 7:25 8:22 9:7 | **effect**(1) | 6:17 | **implementation**(1) | 9:5 | **not**(8) | 6:8 6:13 6:19 7:16 7:20 7:24 8:16 8:21 |
| **called**(1) | 7:5 | **either**(1) | 9:8 | **important**(2) | 7:24 7:25 | | |
| **can**(2) | 5:21 7:20 | **electronic**(2) | 1:43 9:22 | **inc**(2) | 1:7 3:13 | **now**(3) | 5:22 6:2 7:9 |
| **canadian**(1) | 2:19 | **else**(1) | 7:9 | **indulgence**(1) | 4:9 | **objection**(2) | 5:9 6:24 |
| **capital**(2) | 3:22 3:22 | **employed**(1) | 7:14 | **ingersoll**(1) | 2:19 | **official**(1) | 2:4 |
| **case**(2) | 1:5 5:24 | **employees'**(1) | 7:6 | **isn't**(1) | 9:8 | **okay**(3) | 4:24 8:24 9:2 |
| **certainly**(2) | 4:21 6:1 | **ending**(1) | 6:18 | **item**(1) | 5:7 | **omnibus**(1) | 5:9 |
| **certification**(1) | 9:20 | **english**(1) | 2:39 | **itself**(1) | 6:19 | **one**(6) | 1:31 2:7 4:13 6:21 6:23 7:10 |
| **certify**(1) | 9:21 | **erisa**(2) | 6:9 7:5 | **it's**(13) | 4:3 5:12 5:13 6:12 6:16 6:21 6:25 7:1 7:10 7:12 7:15 7:24 7:25 | **only**(4) | 4:7 4:13 5:7 6:22 |
| **chapter**(1) | 1:8 | **ernst**(1) | 2:48 | | | **opposing**(1) | 6:4 |
| | | **esq**(11) | 1:23 1:24 1:30 2:6 2:13 2:21 2:27 2:36 2:40 2:45 3:19 | **i'll**(3) | 4:15 4:21 8:16 | **opposite**(1) | 7:7 |
| | | **esquire**(1) | 2:49 | **i'm**(8) | 4:12 5:14 6:6 6:9 7:7 7:9 7:14 7:15 | **order**(5) | 5:24 8:17 8:19 8:22 9:6 |
| | | **essentially**(1) | 5:24 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **out**(3) 4:8 5:20 7:22 | | **side**(1) 8:6 | | **try**(1) 7:21 | |
| **overy**(1) 2:48 | | **sign**(1) 8:16 | | **tunnell**(1) 1:22 | |
| **paper**(1) 8:12 | | **signed**(1) 9:6 | | **turns**(1) 6:17 | |
| **paragraph**(1) 6:13 | | **signing**(1) 8:22 | | **tweed**(1) 3:9 | |
| **participant**(1) 6:15 | | **simple**(1) 8:25 | | **twenty-sixth**(1) 5:9 | |
| **particularly**(1) 8:15 | | **sir**(3) 8:2 8:11 8:21 | | **tyler**(1) 2:44 | |
| **patterson**(1) 2:44 | | **six**(1) 7:14 | | **understand**(5) 4:21 5:13 5:23 6:5 8:7 | |
| **pay**(1) 7:16 | | **skelly**(1) 2:36 | | **unfortunately**(2) 7:12 8:5 | |
| **pbgc**(1) 7:10 | | **sneak**(1) 4:8 | | **united**(2) 1:1 1:19 | |
| **pennsylvania**(1) 1:39 | | **somebody**(1) 6:7 | | **very**(5) 5:21 6:12 8:10 8:12 8:14 | |
| **pentition**(1) 3:18 | | **someone**(1) 8:16 | | **victoria**(1) 2:27 | |
| **period**(2) 6:16 6:17 | | **something**(2) 6:7 7:5 | | **want**(1) 4:9 | |
| **persona**(2) 3:13 3:15 | | **somewhat**(1) 6:21 | | **was**(6) 5:8 5:11 8:3 8:5 8:6 9:19 | |
| **persuaded**(1) 8:3 | | **sorry**(1) 6:7 | | **webb**(1) 2:44 | |
| **persuasive**(1) 8:12 | | **sort**(1) 6:5 | | **wednesday**(1) 4:1 | |
| **phone**(1) 5:13 | | **sound**(2) 1:43 9:22 | | **well**(5) 7:1 7:16 7:19 8:13 8:14 | |
| **plan**(11) 2:28 6:14 6:14 6:16 6:16 6:18 6:20 6:21 6:23 7:18 7:23 | | **speaking**(2) 6:7 6:9 | | **we're**(1) 7:16 | |
| | | **specifically**(1) 6:9 | | **what**(4) 6:5 7:12 7:18 7:25 | |
| **plans**(1) 6:13 | | **square**(1) 2:7 | | **what's**(1) 7:11 | |
| **plaza**(1) 1:31 | | **stand**(1) 9:16 | | **when**(1) 7:1 | |
| **please**(1) 4:3 | | **states**(3) 1:1 1:19 6:13 | | **where**(1) 8:25 | |
| **point**(1) 7:17 | | **ste**(3) 2:14 2:22 2:28 | | **whereupon**(1) 9:19 | |
| **ppearances**(2) 1:21 2:1 | | **steen**(2) 1:29 5:4 | | **which**(4) 5:24 7:6 8:17 9:5 | |
| **presentation**(1) 5:14 | | **stephanie**(1) 2:36 | | **who**(1) 4:16 | |
| **probably**(1) 7:11 | | **street**(4) 1:11 1:38 2:8 2:14 | | **whoever**(1) 7:9 | |
| **proceedings**(3) 1:17 1:43 9:23 | | **such**(5) 6:2 6:14 6:15 6:18 7:22 | | **whose**(1) 8:6 | |
| **produced**(1) 1:44 | | **sufficiently**(1) 5:20 | | **who's**(1) 4:18 | |
| **propria**(2) 3:13 3:15 | | **supposed**(1) 7:6 | | **why**(2) 6:2 7:23 | |
| **provide**(1) 6:14 | | **sure**(3) 4:17 8:17 8:20 | | **wilkie**(1) 3:18 | |
| **pursuant**(1) 5:8 | | **take**(1) 7:22 | | **will**(5) 4:8 4:16 6:1 8:2 9:16 | |
| **qualify**(1) 6:20 | | **takes**(1) 7:8 | | **william**(1) 2:40 | |
| **re-introduce**(1) 4:16 | | **tammy**(1) 9:26 | | **wilmington**(7) 1:12 1:26 2:9 2:16 2:23 2:29 4:1 | |
| **reached**(2) 8:3 8:4 | | **taylor**(1) 2:40 | | | |
| **read**(1) 6:4 | | **telephonic**(2) 2:33 3:1 | | **with**(6) 6:6 6:15 6:18 7:14 7:22 9:5 | |
| **really**(3) 7:20 8:23 8:25 | | **tell**(2) 8:2 9:7 | | **withdraw**(1) 6:24 | |
| **reargument**(1) 8:9 | | **terms**(1) 6:14 | | **without**(1) 4:15 | |
| **rearing**(1) 4:4 | | **than**(1) 4:8 | | **won't**(1) 4:12 | |
| **reason**(2) 6:23 7:23 | | **thank**(10) 4:2 4:23 5:17 8:10 8:13 8:20 8:24 9:15 9:17 9:18 | | **words**(1) 7:22 | |
| **recall**(1) 4:16 | | | | **would**(2) 8:8 9:6 | |
| **recess**(1) 9:16 | | **thanks**(1) 8:18 | | **wrote**(1) 8:11 | |
| **reconsider**(3) 5:8 5:11 6:25 | | **that**(23) 4:12 5:8 5:11 5:23 6:22 6:22 6:23 6:25 7:7 7:8 7:13 7:17 7:22 7:24 8:3 8:4 8:4 8:5 8:7 8:23 8:25 9:6 9:21 | | **www.diazdata.com**(1) 1:41 | |
| **reconsideration**(2) 5:23 6:3 | | | | **year**(7) 6:14 6:16 6:18 6:20 6:21 6:23 | |
| **reconsidered**(1) 6:5 | | | | **yes**(8) 5:10 5:15 5:25 7:3 7:4 7:19 8:2 | |
| **record**(1) 5:4 | | | | **york**(1) 1:32 | |
| **recorded**(1) 1:43 | | **that's**(4) 4:14 5:15 7:12 7:18 | | **you**(39) 4:2 4:3 4:16 4:20 4:21 4:23 4:25 5:6 5:16 5:17 5:19 5:21 5:23 6:2 6:2 7:1 7:2 7:16 7:17 7:25 8:2 8:3 8:4 8:5 8:6 8:8 8:10 8:11 8:13 8:14 8:20 8:20 8:21 8:24 9:7 9:15 9:16 9:17 9:18 | |
| **recording**(2) 1:43 9:22 | | **the**(78) 1:1 1:2 1:18 4:2 4:6 4:9 4:10 4:14 4:16 4:17 4:18 4:19 4:20 4:24 5:2 5:4 5:5 5:6 5:7 5:7 5:9 5:10 5:13 5:15 5:19 5:22 5:23 5:24 6:1 6:2 6:4 6:6 6:8 6:9 6:11 6:14 6:18 6:22 7:1 7:2 7:3 7:4 7:6 7:7 7:10 7:18 7:19 7:21 8:2 8:3 8:4 8:7 8:8 8:11 8:14 8:17 8:19 8:20 8:21 8:22 8:25 9:3 9:3 9:3 9:4 9:5 9:6 9:7 9:10 9:12 9:13 9:15 9:18 9:19 9:21 9:22 9:22 9:23 | | | |
| **represented**(1) 8:16 | | | | | |
| **requesting**(1) 7:15 | | | | | |
| **respect**(1) 6:15 | | | | | |
| **retains**(1) 9:4 | | | | **young**(1) 2:48 | |
| **retiree's**(1) 2:35 | | | | **your**(15) 4:5 4:7 4:13 4:23 5:1 5:12 5:17 5:18 5:24 8:9 8:15 8:18 8:22 9:11 9:14 | |
| **richards**(1) 2:5 | | | | | |
| **right**(15) 4:14 4:20 5:22 5:22 6:1 6:11 6:25 7:2 7:18 8:10 8:11 8:20 9:6 9:12 9:15 | | **then**(4) 6:16 6:20 7:17 7:24 | | **you're**(3) 4:4 7:2 8:21 | |
| | | **there**(6) 4:13 5:20 8:5 8:6 8:17 9:8 | | **you've**(1) 8:17 | |
| **rights**(1) 7:6 | | **therefore**(1) 8:8 | | | |
| **rodney**(1) 2:7 | | **there's**(2) 7:20 7:23 | | | |
| **rome**(1) 2:26 | | **they**(3) 6:20 7:17 7:22 | | | |
| **rooney**(1) 2:19 | | **they're**(1) 6:6 | | | |
| **rose**(20) 3:14 5:12 5:13 5:16 5:17 5:21 5:25 6:4 6:9 6:12 7:3 7:5 7:20 8:4 8:10 8:14 8:21 8:24 9:2 9:7 | | **think**(9) 5:15 6:6 6:12 6:25 6:25 7:1 7:2 7:5 7:12 | | | |
| **samis**(2) 2:6 4:25 | | **this**(8) 4:8 6:13 6:19 6:19 7:15 8:7 9:10 9:13 | | | |
| **say**(5) 4:21 6:7 6:22 7:2 7:22 | | | | | |
| **saying**(2) 6:6 6:16 | | | | | |
| **says**(5) 6:17 6:19 7:12 7:18 9:1 | | **those**(1) 7:22 | | | |
| **school**(1) 9:7 | | **thought**(1) 8:15 | | | |
| **schuylkill**(1) 1:38 | | **time**(2) 5:18 8:7 | | | |
| **seated**(1) 4:3 | | **today**(2) 5:7 5:18 | | | |
| **see**(3) 4:3 4:3 8:21 | | **today's**(1) 4:13 | | | |
| **segal**(2) 2:35 2:35 | | **togut**(1) 2:35 | | | |
| **september**(2) 6:18 7:24 | | **transcriber**(1) 9:26 | | | |
| **service**(2) 1:37 1:44 | | **transcript**(3) 1:17 1:44 9:22 | | | |
| **services**(1) 1:37 | | **transcription**(2) 1:37 1:44 | | | |
| **shall**(1) 6:13 | | **trust**(1) 3:19 | | | |
| **shannon**(1) 4:12 | | **trustee**(1) 2:12 | | | |
| **should**(1) 6:2 | | | | | |