IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTEL NETWORKS INC., *et al*., | ) | Case No. 09-10138 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 8947**

On November 16, 2012 Benesch, Friedlander, Coplan & Aronoff, LLP, (the "Applicant"), filed its Twenty-Fourth Application for Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Debtors for the Period From September 1, 2012 Through October 31, 2012 (the "Application").  Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 6, 2012 at 4:00 p.m. (ET).  The undersigned hereby certifies that he has received no formal answers, objections or responsive pleadings with respect to the Application and that no answer, objection or other responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Compensation Order dated February 4, 2009 and entered at Docket No. 222, the Debtors are authorized to pay Applicant $1,429.60, which represents 80% of the fees requested, and $73.25, which represents 100% of the expenses requested in the Application upon filing this Certification of No Objection and without the need for entry of a Court order approving Application.

Dated: December 12, 2012          **BENESCH, FRIEDLANDER, COPLAN**
                                                           **& ARONOFF LLP**

                              By:    */s/ Raymond H. Lemisch*
                                       Raymond H. Lemisch, Esquire (No. 4204)
                                       Jennifer R. Hoover, Esquire (No. 5111)
                                       222 Delaware Avenue, Suite 801
                                       Wilmington, DE  19801
                                       Telephone:  (302) 442-7006
                                       Facsimile:  (302) 442-7012
                                       rlemisch@beneschlaw.com
                                       jhoover@beneschlaw.com

                                       *Special Litigation Counsel to the Debtors*

7451676 v1