IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: January 2, 2013 @ 4:00 PM |
| | ) Hearing Date: Only if Objections Filed |

## SIXTH APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR REIMBURSMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

Name of Applicant:                              Elliott Greenleaf

Authorized to Provide
Professional Services to:                       Official Committee of Long Term Disability Participants

Date of Retention:                              June 22, 2011

Period for which compensation and
reimbursement is sought:                        June 2012 through November 2012

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:            $2,773.16

This is a: __x__ monthly

If this is not the first application filed, disclose the following for each prior application:

| Docket No. | Date Filed | Periods Covered | Expenses Requested | Approved Expenses |
|---|---|---|---|---|
| 6698 | 10/27/11 | October 2011 | $4,231.26 | $4,185.48 |
| 7475 | 03/30/12 | February 2012 | $1,072.19 | $1,072.13 |
| 7546 | 04/17/12 | February 2012 | $1,921.87 | $1,921.87 |
| 7590 | 04/25/12 | February 2012 | $1,686.99 | $1,686.99 |
| 8080 | 08/1/12 | June/July 2012 | $2,443.87 | $2,443.87 |

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| Debtors. | ) Jointly Administered |
|  | ) Objection Deadline: **January 2, 2013 @ 4:00 PM** <br> ) Hearing Date: **Only if Objections Filed** |

### SIXTH APPLICATION OF THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PARTICIPANTS FOR REIMBURSEMENT OF EXPENSES INCURRED BY COMMITTEE MEMBERS

The Official Committee of Long Term Disability Participants (the "LTD Committee") appointed in the bankruptcy cases of the above-captioned debtor and debtor-in-possession (the "Debtor") submits this application (the "Application") for reimbursement of expenses incurred by certain Committee members (the "Members") for February 2012 - November 2012 (the "Application Period"), in connection with the Debtor's chapter 11 case in accordance with the Administrative Order Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses of Professionals and Official Committee Members entered by the Court on February 4, 2009 (the "Interim Compensation Order") (Docket No. 222), and respectfully represents as follows:

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

## BACKGROUND

1. On January 14, 2009 (the "Petition Date"), each of the Debtors commenced their bankruptcy cases (the "Bankruptcy Cases") by filing voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Debtors continue to operate their business and manage their property as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. On June 22, 2011, the Court ordered the appointment of the LTD Committee (Docket No. 5790). The LTD Committee consists of the following members: Wendy Boswell Mann, Daniel D. David, Dianna L. Irish, Paul E. Morrison, Barbara Gallagher, Michael Stutts, and Deborah Jones. *See* Amended Notice of Appointment of Unsecured Creditors (Docket No. 6080).

4. On August 2, 2011, (the "Retention Date") the LTD Committee was formed and selected Elliott Greenleaf ("EG") as counsel to the committee.

5. Prior to the Retention Date, EG acted as counsel to Barbara Gallagher and 58 other disabled individuals of the total 245 disabled individuals who are participants in the long term disability plan of the Debtors.

## JURISDICTION

6. The Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**RELIEF REQUESTED**

7.     By this Application, the LTD Committee requests reimbursement of the expenses of the Members incurred during the Application Period, as set forth below, as administrative expenses of the Debtors, and directing payment of same.

**COMMITTEE MEMBER EXPENSES**

8.     The Members request reimbursement of expenses in the aggregate amount of $2,773.16. Such expenses relate to meetings on June 27, 2012 and July 19, 2012 with Debtors' counsel, Clearly Gottlieb Steen & Hamilton, and Richard Levin, mediator, in New York, NY. Also included are CourtCall expenses relating to various hearings attended via teleconference.

9.     A photocopy of the receipts for the Members' expenses is annexed hereto as Exhibit A.

10.    The expenses were incurred by the Members in connection with their duties as Members of the Committee.

11.    The expenses incurred by the Members were necessary to permit the effective performance of the Members' duties under Section 1103 of the Bankruptcy Code and are reimbursable from the Debtors' estate. 11 U.S.C. § 503(b)(3)(F); *see also* Interim Compensation Order (Docket No. 222) and In re First Merchants Acceptance Corp., 198 F.3d 394, 397 (3d Cir. 1999).

12.    This is the LTD Committee's Sixth Application. None of the expenses for which reimbursement is requested are duplicative of any expenses requested or awarded in any prior application.

13.    The LTD Committee reserves the right to include additional requests for expense reimbursement, if any, for this Application Period in subsequent applications.

14. Accordingly, the Members' expenses in the amount of $2,773.16 should be paid as administrative expenses of the Debtors' estate under Section 503(b)(3)(F) of the Bankruptcy Code by the Debtors within the time provided for in the Interim Compensation Order.

## CONCLUSION

**WHEREFORE**, the LTD Committee requests that the expenses incurred by the Members as reflected on Exhibit A hereto, be reimbursed by the Debtors in the total amount $2,773.16.

Dated: December 12, 2012
Wilmington, DE

**ELLIOTT GREENLEAF**

/s/Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Eric M. Sutty (Bar No. 4007)
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: ems@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*