# EXHIBIT A

| Committee Member | Food | Air/ Baggage | Hotel | Taxi/Car Service | Phone/Court Calls | Other* | Totals |
|---|---|---|---|---|---|---|---|
| Diana Irish** | $ 181.19 | $ 1,640.59 | | $ 193.00 | | $ 105.00 | $ 2,119.78 |
| Paul Morrison | $ 120.21 | $    49.97 | | $ 110.60 | | | $    280.78 |
| Deborah Jones | | $    231.60 | | | $    141.00 | | $    372.60 |
| | | | | | | | $ 2,773.16 |

 * **Expenses incurred due to disability**
** **Hotel and airfare combined in vacation package**

| | |
|---|---|
| Subj: | **Your Jun 26, 2012 – Jun 28, 2012 stay at the New York Marriott Marquis** |
| Date: | 6/30/2012 5:34:37 A.M. Eastern Daylight Time |
| From: | efolio@marriott.com |
| To: | DLIRISH01@AOL.COM |

Thank you for choosing the New York Marriott Marquis for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill**, please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

### Summary of Your Stay

**Hotel: New York Marriott Marquis**

    1535 Broadway
    New York, New York 10036
    USA
    (212) 398-1900

**Guest: IRISH/DIANNA**
235 ATRIUM CT
WARNER ROBINS, GA
310885600
USA

**Dates of stay:** Jun 26, 2012 - Jun 28, 2012
**Guest number:** 23664
**Marriott Rewards number:** XXXXX8536

**Room number:** 4217
**Group number:**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 06/26/12 | RMSERVIC | 2369 | 57.64 | |
| 06/27/12 | RMSERVIC | 2497 | 38.61 | |
| 06/28/12 | RMSERVIC | 2775 | 47.42 | |
| 06/28/12 | Payment – Visa XXXXXXXXXXX6531 | | | 143.67 |
| **Total balance** | | | **0.00** USD | |

Was that the best night's sleep you've ever had? How about a repeat performance at your place!

shopmarriott.com

### Important Information

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (212) 398-1900.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

## Vacations by Marriott Confirmation

Subj:     **Vacations by Marriott Confirmation**
Date:     6/9/2012 3:56:07 P.M. Eastern Daylight Time
From:     confirmation@gomarriottvacations.com
To:       mafwarnerrobins@aol.com, dlirish01@aol.com

Dear DIANNA L IRISH,

Thank you for taking the time to book this vacation. This email is to notify you of the items you booked. To inquire on this reservation, please visit the reservation retrieval page. You will need to use the reservation number listed below and the password you used when purchasing. If you need assistance, please call 1-800-210-8368.

To inquire on this reservation, please visit the reservation retrieval page.

**Thank you for booking your vacation with Vacations by Marriott.**

Your confirmation number is - **236000J1**.

**What to expect next:**

- You will be receiving important travel documents in your email shortly.
- If your travel includes air, please make sure you take these emailed documents to the airport when you travel. (You will need them at check-in.)
- Should you have any questions please contact our customer care team at **1-800-210-8368**.

# Traveler # 1 - Adult

| First Name | Middle Initial/Name | Last Name |
|---|---|---|
| **DIANNA** | **L** | **IRISH** |

| Email Address | Primary Number | Mobile Number |
|---|---|---|
| **dlirish01@aol.com** | | |

Sunday, June 24, 2012 AOL: Guest

**4782931612    2109123818**

## Hotel - check in 6/26/2012 and check out 6/28/2012



**New York Marriott Marquis**

**Room 1** - 1 Adult
Room Type - Times Square View
Room, 1 King or 2 Double, Sof
abed, 430sqft/39sqm, Wireless
Internet for a fe e, Wired
Internet for a fee, Coffee/tea
maker,

---

△ Hotel Advisories
Prices are based on single or double occupancy. You may
incur additional charges at time of check-in for additional
room occupants. Prices are based on single or double
occupancy. You may incur additional charges at time of
check-in for additional room occupants.

## Flights - departing 6/26/2012 and returning 6/28/2012

| DEPARTURE: **Tuesday, June 26, 2012** **12:35 PM** Leaves **Atlanta (ATL)** Arrives in **New York - La Guardia (LGA) 2:45 PM** | AirTran | #376 Published Fare Coach Non Stop |
| --- | --- | --- |
| RETURN: **Thursday, June 28, 2012** **2:19 PM** Leaves **New York - La Guardia (LGA)** Arrives in **Atlanta (ATL) 4:39 PM** | AirTran | #1360 Published Fare Coach Non Stop |

† indicates codeshare flight

† indicates codeshare flight · <u>Additional
baggage charges</u> may apply

Vacations by Marriott Confirmation

## Add-ons - for 6/26/2012 to 6/28/2012



**24-hour Customer Service for your Travel Needs**

Date - **June 26**
Price - **Included with hotel**



**5000 Marriott Rewards Points**

Date - **June 26**
Price - **Included with hotel**

| | |
|---|---|
| Package (includes certain taxes and services) | **$1,600.59** |
| **Total Price** | **$1,600.59** |
| Price per person | **$1,600.59** |

Sunday, June 24, 2012 AOL: Guest

**Groome Transportation of Georgia, Inc.**

4540 Sheraton Drive • Macon, GA 31210
1(800) 537-7903 • (478) 471-1616

Roundtrip Transportation Voucher

NO:                                                    MR

Written By _____

Name _IRISH_                    Date _USED 6/26/12_

From _____                    _4 6/28/10_

Charge To _SHUTTLE TO & FROM ATLANTA_

Authorized By _(USE OLD TICKETS THAT WERE LOST_

Driver _4 FOUND BY SISTER) Cost_ _63.00_

Vehicle No. _____

CUSTOMER RECEIPT - NOT GOOD FOR TRAVEL

---

Receipt from Driver #_____, Providing transportation through Affiliation with

**CARMEL CAR SERVICE**

*Limousine & Airport Transportation*
2642 Broadway, New York, NY 10025

**Outside of N.Y.C. – 1-800-9-CARMEL**

Date _6/27/12_

Mr./Mrs. _IRISH_

From _825 8th AVE_

To _1535 BROADWAY_

For Service

| | |
|---|---|
| FARE | 17.00 |
| STOPS | |
| WAITING TIME | |
| TOLLS & PARKING | |
| TIP | 5.00 |
| **TOTAL** | 22.00 |

Tel: (212) 666-6666
*THANK YOU FOR USING CARMEL*

## Carmel Car Service

Page 1 of 2

Subj: **Please Verify Your Carmel Limo Reservation**
Date: 6/11/2012 4:01:36 P.M. Eastern Daylight Time
From: reservations@CarmelLimo.com
To: DLIRISH01@AOL.COM

Trip Itinerary

Your Confirmation number is:**210.912.3818**(your phone number)

| | |
|---|---|
| Phone#: | 210.912.3818 |
| Passenger Name: | DiAnna Irish |
| Date & Time: | Tuesday, June 26, 2012 2:45 PM |
| Car Type: | Sedan Only |
| Passengers/Luggage: | 1 passenger(s) / 4 pieces of luggage |
| Pick Up: | LGA:FL 376:ATL - ATLANTA, GA (OUT) |
| Drop Off: | Marriott Marquis Hotel: 1535 BROADWAY (W 46 St / W 45 St) |
| Basic Fare*: | $28.00 Tolls, Gratuity, Extra Stops, Waiting Time (if any) are not included. |
| Extra Stops: | |
| Coupon Code: | |
| Form of Payment: | Cash |
| Reward Program: | |
| Special Request: | |

**New !!!**

**Carmel's Great
Service is Now
Available in
Cities Nationwide**

**Click Here to
Reserve and Save**

## INSTRUCTIONS FOR AIRPORT PICK UP

1. **First collect your luggage.**
2. **After you have your luggage call 1-800-9-CARMEL or 1-212-666-6666.**
3. **Carmel operator will provide you with the car # and the location where the car is waiting for you.**

Thank you for using CARMEL.

For any change on your reservation please call 1-800-9-CARMEL or 212-666-6666.

**** PLEASE DON'T REPLY TO THIS EMAIL. ****

CLICK HERE TO PRINT COUPON



Sund

## Carmel Car Service

Page 1 of 1

**Subj:** **Please Verify Your Carmel Limo Reservation**
**Date:** 6/11/2012 10:57:27 P.M. Eastern Daylight Time
**From:** reservations@CarmelLimo.com
**To:** DLIRISH01@AOL.COM

Trip Itinerary

Your Confirmation number is:**210.912.3818**(your phone number)

| | |
|---|---|
| Phone#: | 210.912.3818 |
| Passenger Name: | DiAnna Irish |
| Date & Time: | Wednesday, June 27, 2012 8:15 AM |
| Car Type: | Sedan Only |
| Passengers/Luggage: | 1 passenger(s) / 2 pieces of luggage |
| Pick Up: | 1535 BROADWAY (W 46 St / W 45 St): FOLDABLE WALKER |
| Drop Off: | 825 8 Ave (W 50 St / W 49 St) |
| Basic Fare*: | $17.00 Tolls, Gratuity, Extra Stops, Waiting Time (if any) are not included. |
| Extra Stops: | |
| Coupon Code: | |
| Form of Payment: | Cash |
| Reward Program: | |
| Special Request: | |

New !!!

Carmel's Great
Service is Now
Available in
Cities Nationwide

Click Here to
Reserve and Save

Thank you for using CARMEL.

For any change on your reservation please call 1-800-9-CARMEL or 212-666-6666.

**** PLEASE DON'T REPLY TO THIS EMAIL. ****

CLICK HERE TO PRINT COUPON



GOING
OUT OF TOWN?

$5 Off Any
Out of Town
Trip Above $60
*Must get a code# when
the reservation is made
One coupon per trip
Expires 12/12/12

Code#
57

1-800-9-CARMEL
212 666-6
www.Carmel L

- To make a reservation please call 212-66
- Please print this coupon for your future t
- Please make a reservation and ask for a
- Please hand this coupon to the driver for

CARMEL CAR SERVICE
Limousine & Airport Transportation
2642 Broadway, New York, NY 10025
Outside of N.Y.C. – 1-800-9-CARMEL
Providing transportation through affiliates with
Receipt from Driver #

Tel. (212) 666-6666
THANK YOU FOR USING CARMEL

| For Service | | |
|---|---|---|
| FARE | STOPS | WAITING TIME | TOLLS & PARKING | **TOTAL** | TIP |
| 17.00 | | | | | 5.00 |

TOTAL  22.00

Mr./Mrs.
From
To
Date 6/27
IRISH

Sunday, June 24, 2012 AOL: Guest

Carmel Car Service

Page 1 of 1

Subj: **Please Verify Your Carmel Limo Reservation**
Date: 6/11/2012 10:58:01 P.M. Eastern Daylight Time
From: reservations@CarmelLimo.com
To: DLIRISH01@AOL.COM

Trip Itinerary

Your Confirmation number is: **210.912.3818** (your phone number)

| | | |
|---|---|---|
| Phone#: | 210.912.3818 | |
| Passenger Name: | DiAnna Irish | |
| Date & Time: | Thursday, June 28, 2012 12:00 PM | **New !!!** |
| Car Type: | Sedan Only | |
| Passengers/Luggage: | 1 passenger(s) / 2 pieces of luggage | **Carmel's Great** |
| Pick Up: | 1535 BROADWAY (W 46 St / W 45 St): FOLDABLE WALKER | **Service is Now** |
| Drop Off: | LGA | **Available in** |
| Basic Fare*: | $33.00 Tolls, Gratuity, Extra Stops, Waiting Time (if any) are not included. | **Cities Nationwide** |
| Extra Stops: | | |
| Coupon Code: | | **Click Here to** |
| Form of Payment: | Cash | **Reserve and Save** |
| Reward Program: | | |
| Special Request: | | |

Thank you for using CARMEL.

For any change on your reservation please call 1-800-9-CARMEL or 212-666-6666.

**** PLEASE DON'T REPLY TO THIS EMAIL. ****

CLICK HERE TO PRINT COUPON



- To make a reservation please call 212-
- Please print this coupon for your futur
- Please make a reservation and ask for
- Please hand this coupon to the driver

Sur

## Airtran Airways
## Payment Receipt

Date :                    28Jun12
Confirmation Number : KG8JUX
Receipt/Auth #      KG8JUX-04

Received : Visa        20.00

                       20.00 USD
                       $20.00
                       $20.00 USD

Remarks :  XXXXXXXXXXX

Received by Agent : 90023     40.00

Signature:

---

GIFT SHOP # 3080
265701 CUPCAKE              3.49
265701 CUPCAKE              3.49
263644 VEGETABLE LO MEI    10.99 T
263642 MOZZ & TOMATO PE     8.99 T
4692349 AQUAFINA WATER 1    4.99
223469 SIERRA MIST NATU     3.49 T

SUBTOTAL                   35.44
TAX                         2.08
TOTAL                      37.52
CASH                       40.00
CHANGE                      2.48

Cshr 2006: Anna F.        477  # 245
Register: REG4 Jun 26 2012  4:42 PM
          Thank You
   Returns require original receipt
   Returns need to be made within 30 days

**Additional Expenses for Dianna Irish due to Handicap:**

**The following do not give receipts:**

| | |
|---|---|
| Tip for Groome Driver from Macon, GA to Atlanta Hartsfield Airport and assistance with my luggage and walker | $10.00 |
| Tip for Wheelchair Assistance from Curbside Check-in to Gate at Atlanta | $10.00 |
| Tip at LaGuardia for Wheelchair Assistance from Plane to Baggage, then pushing me and pulling my luggage to far side of street for car pickup | $10.00 |
| Tip for Doorman helping with luggage, doors and elevator to registration desk level at the hotel | $ 5.00 |
| Tip for Bellman for assistance to room, getting ice for me, setting luggage on Luggage rack, helping to hang clothes in closet and getting me free water, etc. | $15.00 |
| Tip for Doorman at hotel helping me in and out of elevator from main floor to street level and to car to take me to meeting at Cleary | $ 5.00 |
| Tip for Doorman at hotel helping from car, in and out of elevator to main floor of hotel after meeting with Cleary | $ 5.00 |
| Tip for help with luggage from room to lobby at the hotel | $10.00 |
| Tip for Doorman for help with luggage and elevator to street level and to car Taking me to LaGuardia | $ 5.00 |
| Tip at LaGuardia for Wheelchair Assistance from Curbside to Gate | $10.00 |
| Tip for Wheelchair Assistance from Plane to Baggage and then to Groome pickup point outside and across two streets from the terminal while pulling my luggage | $10.00 |
| Tip for Groome Driver from Atlanta Hartsfield Airport to Macon, GA and assistance with my luggage and walker to my car | $   10.00 |

|  | | |
|---|---|---|
| | TOTAL | $   105.00 |

I ♥ NEW YORK

HACK #    05045698
MED #        IP36
TRIP #      29410
DATE: 07/20/2012
START TIME 09:58
END TIME    09:33
RATE No.        1
STAND. CITY RATE
MILES R1    16.64
FARE1 $      37.30
ST. SUR       0.50
RFK.Br.       4.80
Tip/Other     9.32
GR.TCT.      51.92

Contact TLC Dial
3-1-1

CARDNUMBER: 6871
AUTHOR.:  035388

---

I ♥ NEW YORK

HACK #:       00482293
MEDALLION         6H18
07/19/2012 09:01 - 09:27
TRIP# 2999 RATE#      1
STAND. CITY RATE
MILES R1          4.38
FARE R1     $     16.50
STATE SRCHG$       0.50
TOLLS $            0.00
GRAND TOTAL $     17.00

Contact TLC Dial 3-1-1

---

HACK # 00437708
TRIP #          1
DATE: 07/18/2012
START TIME 19:46
END TIME    20:16
RATE No.        1
STAND. CITY RATE
MILES R1      1
FARE1 $       3
SURCHARGE
TOLLS         3
ST. SUR
Tip/Other
GR.TOT.    4.

Contact TLC Dial
3-1-1

CARDNUMBER: 3851
AUTHOR.: 015402

---

Morrison
18JUL'12, 9:41PM

1 PENNE VODKA         21.00
1 ADD SHRIMP           8.00
1 CREME BRULEE         9.00
4 BROOKLYN BTL        26.00
  Sub-Total:          63.00
  DINING CHARGE        4.00
  18% RS SVC CHG      11.34
  Tax                  5.95
9:47 TOTAL DUE: $84.29

18% RS SVC CHG HAS BEEN INCLUDED
% OF THE 18%, 100% IS
DISTRIBUTED TO THE EMPLOYEES.
A DELIVERY CHARGE OF $4 WILL BE
RETAINED BY THE HOTEL.

ROOM NUMBER      1705
PRINT LAST NAME  D-Marrison
SIGNATURE
ADDITIONAL GRATUITY
TOTAL

---

Anchor Bar - food made
to order. At peak times, allow
up to 15 minutes to prepare meal

CHQ7 DEBBIE B

23/1      4:48
JU '8 12  7:56PM

Appetizer           6.4
Cocktail            7.59
Add Shrimp         13.95
Add On Li           5.29

Subtotal           30.27
Total Tax           2.65
5:36 Total Due  $32.92

HEALTHY GOURMET
LAGUARDIA AIRPORT
FLUSHING, NY 11371
1-888-427-2244
07/20/2012                    FRI
DATE                          .'.55
FRUIT SALAD T1                $0.53
TAX1 AMT
TOTAL                        $6.48
                            $10.00
CASH
CHANGE                       $3.52
        * ORDER# 0187 *
NO.086687 REG01 MORNING      TIME 09:53

Cape Air                                                        https://www.capeair.com/aco/booking/purchase/action.do



Search Cape Air        GO

**Book Flights**          **Manage Flights**          **Where We Fly**          **Travel Deals**

## Itinerary/Receipt

Search  Select  Review  Passengers  Purchase  Itinerary

Your booking is confirmed.
Thank you for choosing our airline and we look forward to welcoming you on board.
**Please print this itinerary/receipt for your reference.**

Booking Date: **Tue Jul-17, 2012**
Passenger:   **Mr Paul E Morrison**

You can create a new Customer Profile with the information you have used in
your Booking. This will allow you to view and update all of your bookings,
personal information, credit cards, travel companions and frequent flyer
information quickly.

**CREATE A NEW CUSTOMER PROFILE**

## Booking Information                    Print this page                    Email this page

**Booking Reference:**  **Q2LCVM**

**Electronic Ticketing confirmed. This is your official itinerary/receipt.**

**Main Contact:**
Mr Paul E Morrison
pemqcy@gmail.com
1-217-3163272 (Mobile)

**Online Services:**
    **Manage** my bookings online.

**Customer Care**

**Questions about your reservation?**
1-866-CAPE-AIR (227-3247)
1-508-771-6944 (outside the US)

**Flight Arrivals and Departures**
1-866-CAPE-AIR (227-3247)
1-508-771-6944 (outside the US)

## Flight Itinerary

| | | Depart | Arrive | Duration | Connections | Flight | Aircraft |
|---|---|---|---|---|---|---|---|
| From: | St Louis, St. Louis Lambert Int'l, MO (STL) | Fri Jul-20 18:55 | Fri Jul-20 19:45 | 0h 50m | | 9K1149 | CNA |
| To: | Quincy, Quincy Muni, IL (UIN) | | | | | | |
| | | | | | | Value - | Details |

## Passenger Information

**Mr Paul E Morrison (Adult)**

Ticket Number:    **3062120129410**

Payment:         **$49.97USD** charged to Visa ending in
                 3715

## Purchase Summary

**Fare Summary**

| | Adult |
|---|---|
| Passenger Type | |
| Trip Airfare | **44.16** |
| Surcharges (included in fare) | |
| **Taxes, Fees and Charges** | |
| U.S.A. Transportation Tax | 3.31 |
| September 11 Security Fee | 2.50 |
| US Flight Segment Tax | 0.00 |

Date: Sat, 9 Jun 2012 20:05:09 +0000
From: DeltaAirLines@e.delta.com
Subject: DEBORAH J RALEIGH-DURHAM 27JUN12
To: the_dudette@hotmail.com

Comment/Complaint ?   ¦   Add to Address Book ?

 **DELTA** 🔰                    delta.com    My Trips    Earn Miles

## YOUR ITINERARY AND RECEIPT



**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **HALH9O** | Ticket #: 00623062345183

**CHECK IN ONLINE >**

## Your Flight Information

**Wed 27JUN**

| LV **6:00am** | RALEIGH-DURHAM | AR **7:35am** | NYC-LAGUARDIA | **DELTA 7326***<br>ECONOMY (U)<br>Confirmed |
| LV **9:40pm** | NYC-LAGUARDIA | AR **11:31pm** | RALEIGH-DURHAM | **DELTA 7329***<br>ECONOMY (U)<br>Confirmed |

*Flight 7326 Operated by SHUTTLE AMERICA
*Flight 7329 Operated by SHUTTLE AMERICA

11/26/2012

## Your Flight Details    Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| **DEBORAH JONES** | DELTA 7326 | *** | 0 PC |
| ›Add SkyMiles # | DELTA 7329 | *** | 0 PC |
| ›Join SkyMiles | | | |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

### Receipt Information

**Billing Details**

| | | |
|---|---|---|
| Passenger: | Payment Method: | Ticket Number: |
| **DEBORAH JONES** | CA************4019 | **00623062345183** |
| **FARE:** | **178.60 USD** | |
| **Taxes/Carrier-imposed Fees:** | **35.00** | |
| **Total:** | **213.60 USD** | |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Details - Taxes/Carrier-imposed Fees

| | |
|---|---|
| **Total:** | **35.00** |
| **Itemized:** | 5.00 AY 9.00 XF 7.60 ZP 13.40 US |

### Fare Details

**RDU DL NYC89.30UA14R2NP DL RDU89.30UA14R2NP USD178.60END ZP RDULGA XF RDU4.5LGA4.5**

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| DEBORAH JONES | 00623062345183 | LAXWEB | 09JUN12 | 09JUN13 |

| Baggage Fees (per passenger each way) | | Economy Class | First/ Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage | Carry-on Baggage | Complimentary | Complimentary |

(one bag plus one personal item:)

| | Checked Baggage | | |
|---|---|---|---|
| First Checked Bag<br>Want first bag free? | | Within U.S. and Canada: $25<br>U.S./Canada and Caribbean: $25<br>International: Complimentary | Complimentary |
| Second Checked Bag | | Within U.S. and Canada: $35<br>Mexico, Central America, and<br>Caribbean: $40<br>Japan and Micronesia: $40<br>South America, Transatlantic to the<br>Middle East and Southern Africa, and<br>Transpacific $75.<br>Transatlantic to Europe and North<br>Africa $100 USD. | Complimentary |

[1]SkyMiles Medallion® members are eligible for fee waivers and other benefits. Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe, respectively. Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.

Travelers to/from Key West, Florida are limited to one checked bag.

You must be checked in and at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirements guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

Questions regarding your upcoming flight? Please contact us at the following:
Delta 1-800-221-1212 | Air France 1-800-237-2747 | Alitalia 1-800-223-5730 | KLM 1-800-618-0104

   ▲DELTA SKYMILES

**HERTZ ›**
Save up to 40% on car rentals worldwide, plus SkyMiles members earn up to 200 miles per day.

**TRIP INSURANCE ›**
Protect your trip against trip cancellations and interruptions with valuable insurance from Allianz Global Assistance.

**AMERICAN EXPRESS ›**
Get 30,000 miles and your first bag free. Apply Now. Terms and Restrictions Apply.

**BUY & TRANSFER MILES ›**
Need more miles? Buy and transfer miles on delta.com.

## Terms & Conditions

### Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service, including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

11/26/2012

# Letter Of Confirmation

June 9, 2012

Deborah Jones
2824 Thurrock Drive
Apex  NC 27539

Dear Deborah Jones,

Thank you for choosing us to protect your travel investment. This *Letter of Confirmation* and the enclosed *Certificate of Insurance/Policy* contains important information on the insurance plan you purchased. Please make sure you read this *Letter of Confirmation*, your enclosed *Certificate of Insurance/Policy*, and any other attached documents, including riders or other forms carefully. Contact us immediately if you think there is a mistake in your *Letter of Confirmation*.

If you did not receive a *Certificate of Insurance/Policy*, or would like another copy, please call 1-800-419-8016.

## Information about your plan

| | |
|---|---|
| Name of your plan: | Travel Protection |
| Policy identification number: | EUSP2033688447 |
| Type of order: | Gateway |
| Number of people insured: | 1 |
| Who it insures: | Deborah Jones |
| Date of purchase: | June 9, 2012 |
| Plan effective date: | June 10, 2012 |
| Travel dates: | June 27, 2012 - June 27, 2012 |
| Total cost: | $18.00 |

Changes to your travel plans may require changes to your coverage. If your plans change please contact us.

Thanks again for purchasing a travel insurance plan from us. Have a safe and pleasant trip!

Sincerely,

Mark Henson
Vice President of Travel Operations

Please note that your policy does not cover all situations and excludes coverage for existing medical conditions. We encourage you to carefully review your *Certificate of Insurance/Policy* to understand your specific coverage.

 We will refund your insurance premium if you cancel your insurance within 10 days of purchase and have not filed a claim or departed on your trip.

**To modify your policy or file a claim, please visit:**
**www.etravelprotection.com/delta**

How can we help?

Form No. 101-LOC-XX-02

---

*Please detach the card to the right, fold, and carry with you.*



**Name:** Deborah Jones
**Policy No.:** EUSP2033688447

**Emergency Assistance Card**

**For emergency assistance during your trip call:**
**1-800-419-8016    1-804-281-5763**
(From U.S.)        (Outside U.S. / Collect)

**For benefit information call:**
**1-800-419-8016**
(From U.S.)

**To modify your policy or file a claim, please visit:**
**www.etravelprotection.com/delta**

P. O. Box 72031, Richmond, VA 23255-2031

### What Your Plan Includes

Your plan includes the following coverage, up to the limits shown. Please see your *Certificate of Insurance/Policy* for information about how our insurance works.

| Benefit | Coverage Limits* |
|---|---|
| Baggage Coverage | $300.00* |
| Concierge | |
| 24-Hour Hotline Assistance | |
| Emergency Medical Transportation | $75,000.00* |
| Emergency Medical and Dental | $15,000.00* |
| Trip Cancellation Protection | $300.00* |
| Travel/Trip Delay Coverage | $200.00* |
| Trip Interruption Protection | $300.00* |

*USD per person unless noted otherwise

**Please Note**
- For Emergency Medical and Dental benefits, a one-time $50.00 deductible per person applies to outpatient visits.
- There is a $500 maximum for all covered dental expenses.
- AGA Service Company is the licensed producer and administrator of this plan.
- California residents: We are doing business in California as Allianz Global Assistance Insurance Agency, License # 0B01400.
- **Insurance coverage is provided under 101-C-XX-02 issued by Jefferson Insurance Company.**

# JEFFERSON INSURANCE COMPANY
## (A Stock Company)

### NORTH CAROLINA AMENDATORY RIDER

The certificate to which this rider is attached is amended as follows:

In the Section 5 entitled **CLAIMS INFORMATION,** the following changes are made:

The first sentence in the provision entitled Important Information About Claims is amended to read:

**You** have 180 days from the date of **your** loss to submit **your** claim to **us**, except as otherwise provided by law.

The provision entitled *Resolving Disputes* is amended to read:

*Resolving disputes*
If **you** disagree with **our** decision about a claim, **you** can request to go to arbitration through the American Arbitration Association. If **we** agree, **you** can submit a dispute to desk arbitration, as long as:
- **you** submit it at least 60 days, but no more than three years, after **you've** filed **your** entire claim with **us**, and
- it complies with the American Arbitration Association's rules at the time **you** submit it.

If **you** disagree with the decision, **you** may seek a decision from a jury trial as long as **you** file the suit at least 60 days but not more than three years after **you** filed **your** entire claim with us.

The provision entitled *Subrogation* is amended to read:

*Subrogation*
When someone is responsible for **your** loss, **we** have the right to recover any payments **we've** made to **you** or someone else in relation to **your** claim, as permitted by law. Everyone eligible to receive payment for a claim submitted to **us** must cooperate with this process, and must refrain from doing anything that would adversely affect **our** rights or the rights of **Jefferson** to recover payment. This provision does not apply to the Emergency medical/dental benefit or the Travel Accident benefit.

There are no other changes to the certificate.

Form 101-R-NC-02



# CourtCall®
## TELEPHONIC COURT APPEARANCES

Court Conference℠ is a division of CourtCall®

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

### INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5261083 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 7th, 2012 at 10:00 AM ET |
| FIRM NAME: | Deborah M. Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | Deborah M. Jones |
| TELEPHONE: | (570) 439-1153 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| AMOUNT PAID : | $30.00 |
| **PAYMENT NOW DUE:** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 5628 | 11/6/2012  10:58:08AM |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK or MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5261083 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 7th, 2012 at 10:00 AM ET |
| FIRM NAME: | Deborah M. Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | Deborah M. Jones |
| TELEPHONE: | (570) 439-1153 |



# CourtCall®
## TELEPHONIC COURT APPEARANCES

Court Conference℠ is a division of CourtCall®

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
www.courtcall.com
Tax ID: 95-4568415

### INVOICE / RECEIPT

|                               |                                                          |
|-------------------------------|----------------------------------------------------------|
| COURTCALL ID:                 | 5170889                                                  |
| CASE NUMBER/NAME:             | 09-10138 / Nortel Networks Inc., et al. and Nanette Faison |
| CUSTOMER REF. NUMBER:         |                                                          |
| DATE OF HEARING:              | Wednesday, September 19th, 2012 at 10:00 AM ET           |
| FIRM NAME:                    | Deborah M. Jones - In Pro Per/Pro Se                     |
| ATTORNEY/PARTY APPEARING:     | Deborah M. Jones                                         |
| TELEPHONE:                    | (570) 439-1153                                           |
| FAX/EMAIL:                    |                                                          |
| BASIC FEE/LATE FEE :          | $30.00                                                   |
| AMOUNT PAID :                 | $30.00                                                   |
| PAYMENT NOW DUE:              | $0.00                                                    |

**Payment Details**

| Method | Type   | Amount | Reference           | Date/Time           |
|--------|--------|--------|---------------------|---------------------|
| Credit | Charge | $30.00 | Visa ending in 5628 | 9/18/2012  1:28:28PM |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

|                               |                                                          |
|-------------------------------|----------------------------------------------------------|
| COURTCALL ID:                 | 5170889                                                  |
| CASE NAME/NUMBER:            | 09-10138 / Nortel Networks Inc., et al. and Nanette Faison |
| CUSTOMER REF. NUMBER:         |                                                          |
| DATE OF HEARING:              | Wednesday, September 19th, 2012 at 10:00 AM ET           |
| FIRM NAME:                    | Deborah M. Jones - In Pro Per/Pro Se                     |
| ATTORNEY/PARTY APPEARING:     | Deborah M. Jones                                         |
| TELEPHONE:                    | (570) 439-1153                                           |

---



# CourtCall®
## TELEPHONIC COURT APPEARANCES

Court Conference℠ is a division of CourtCall*

6383 Arizona Circle
Los Angeles, CA 90045

Telephone: (888) 882-6878
Facsimile: (888) 883-2946

www.courtcall.com

Tax ID: 95-4568415

### INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID: | 5286503 |
| CASE NUMBER/NAME: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 21st, 2012 at 9:30 AM ET |
| FIRM NAME: | Deborah M. Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | Deborah M. Jones |
| TELEPHONE: | (570) 439-1153 |
| FAX/EMAIL: | |
| BASIC FEE/LATE FEE: | $30.00 |
| AMOUNT PAID : | $30.00 |
| PAYMENT NOW DUE: | $0.00 |

**Payment Details**

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 5628 | 11/20/2012  8:40:50AM |

If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only; otherwise, the amount indicated is now due.

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD or COURTCALL DEBIT ACCOUNT:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have your CourtCall Debit Account number or complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

PLEASE DETACH AND RETURN THE PORTION BELOW IF PAYING BY CHECK OR MONEY ORDER

**PAYMENT BY CHECK OR MONEY ORDER:** If a balance is due detach and mail this payment section with your check, payable to: **CourtCall LLC, 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check. Please note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5286503 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al. |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, November 21st, 2012 at 9:30 AM ET |
| FIRM NAME: | Deborah M. Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | Deborah M. Jones |
| TELEPHONE: | (570) 439-1153 |



# CourtCall ®

### Telephonic Court Appearances
Court Conference is a division of CourtCall

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
Tax ID: 95-4568415

## INVOICE / RECEIPT

| | |
|---|---|
| COURTCALL ID | 5041801 |
| CASE NAME/NUMBER | 09-10138 / Nortel Networks Inc., et al |
| CUSTOMER REF. NUMBER | |
| DATE OF HEARING | Wednesday, July 11th, 2012 10:00 AM ET |
| FIRM NAME | Deb Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING | Deb Jones |
| TELEPHONE | (570) 439-1153 |
| FAX/EMAIL | |
| AMOUNT DUE | $51.00 |
| AMOUNT PAID | $51.00 |
| **PAYMENT NOW DUE** | $0.00 |

### Payment Details

| Method | Type | Amount | Reference | Date/Time |
|---|---|---|---|---|
| Credit | Charge | $30.00 | Visa ending in 4064 | 7/9/2012  11:19:45AM |
| Credit | Charge | $21.00 | Visa ending in 4064 | 7/18/2012  3:11:51PM |

**If the 'Payment Now Due' indicated above is zero, no payment is due and this receipt is for your records only, otherwise, the amount indicated is now due.**

If there is an amount due, please remit your payment within five business days of receipt of this notice. If you have already sent payment please contact our Accounting Department as our records do not reflect receipt of payment at the time this notice was sent. IF PAYMENT IS NOT RECEIVED, FUTURE SERVICE MAY BE DENIED AND/OR THE COURT MAY BE ADVISED OF YOUR REFUSAL TO PAY.

**PAYMENT BY CREDIT CARD:** Payment can be made online by registering and logging in at www.courtcall.com or by calling (888) 882-6878 and selecting option '5' for the Accounting Department. Please have the complete credit card billing address in addition to the credit card number, expiration date and cardholder's full name available when making payment.

**PLEASE DETACH AND RETURN THIS PORTION IF PAYING BY CHECK OR MONEY ORDER**

---

**PAYMENT BY CHECK OR MONEY ORDER:** Complete this payment section and mail your check, payable to: **CourtCall LLC at 6383 Arizona Circle. Los Angeles, CA 90045.** Please write the CourtCall ID number in the memo section of your check.  Please Note: CourtCall does not accept personal checks.

| | |
|---|---|
| COURTCALL ID: | 5041801 |
| CASE NAME/NUMBER: | 09-10138 / Nortel Networks Inc., et al |
| CUSTOMER REF. NUMBER: | |
| DATE OF HEARING: | Wednesday, July 11th, 2012 10:00 AM ET |
| FIRM NAME: | Deb Jones - In Pro Per/Pro Se |
| ATTORNEY/PARTY APPEARING: | Deb Jones |
| TELEPHONE: | (570) 439-1153 |

Please find enclosed, my check payable to: CourtCall LLC in the amount of $0.00

Signature: _____    Date: _____

---

Janet Smith [CS]                    Our Tax ID is 95-4568415                    07/30/2012 11:58 AM