UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :   Chapter 11
In re:                                                          :
                                                                :   Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1]                              :
                                                                :   Jointly Administered
                                   Debtors.                     :
                                                                :   **Related Docket No. 8956**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH APPLICATION OF
MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD JULY 1, 2012 THROUGH SEPTEMBER 30, 2012**

      I, William F. Taylor, Jr., of McCarter & English LLP, Co-Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

      1.    On November 19, 2012, the Retiree Committee filed the *Fourth Application of Members of the Official Committee of Retired Employees for Reimbursement of Expenses Incurred for the Period July 1, 2012 through September 30, 2012* [Docket No. 8956] (the "Application").

      2.    Pursuant to the Notice of Application, objections to the Application were to be filed and served by December 10, 2012 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1G) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 14522669v.1

3.      The Application requested allowance of expenses in the amount of $6,745.84 pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Interim Compensation Order") (Docket No. 222).  As noted above, no objections were received to the full amount of the Members of the Official Committee of Retired Employees' expense request.

Dated: December 12, 2012  
      Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr._____  
William F. Taylor, Jr. (DE Bar I.D. #2936)  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  
(302) 984-6300  
(302) 984-6399 Facsimile  
wtaylor@mccarter.com

-and-

Albert Togut, Esquire  
Neil Berger, Esquire  
Togut, Segal & Segal LLP  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000  
(212) 967-4258 Facsimile  
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*