**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
:
*In re*                                                    :   Chapter 11
                                                           :
Nortel Networks Inc., *et al.*,[1]                         :   Case No. 09-10138 (KG)
                                                           :
                    Debtors.  :   Jointly Administered
                                                           :
                                                           :   **RE: D.I.s 8067, 8085, 8562, 8722, 8886**
                                                           :
---------------------------------------------------------- X

### AMENDED SCHEDULING ORDER FOR HEARING ON
### DEBTORS' PROCESS TO TERMINATE LONG-TERM DISABILITY BENEFITS

      WHEREAS, on July 30, 2012, the Debtors filed the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees* [D.I. 8067] (the "LTD Termination Motion").

      WHEREAS, on August 1, 2012, the Court entered the *Scheduling Order for Hearing on Debtors' Process to Terminate LTD Benefits Pursuant to 11 U.S.C. § 105(a), 363 and 1108* [D.I. 8085] (as amended from time to time, the "Scheduling Order"), which was subsequently amended by the *Order Granting Debtors' Motion for Entry of an Order (A) Establishing Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees and (B) Amending the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

*Scheduling Order for Hearing on Debtors' Process to Terminate Benefits*, dated September 20, 2012 [D.I. 8562], the *Amended Scheduling Order for Discovery Procedures in Connection with Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 1108 Authorizing the Debtors to Terminate the Debtors' Long-Term Disability Plans and the Employment of the LTD Employees*, dated October 17, 2012 [D.I. 8722] and the *Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits*, dated November 6, 2012 [D.I. 8886].

WHEREAS, counsel for the Official Committee of Long Term Disability Participants (the "LTD Committee"), as well as counsel to the Official Committee of Unsecured Creditors and the Ad Hoc Group of Bondholders, have reviewed the proposed amended scheduling order (the "Proposed Amended Scheduling Order") and the parties have agreed to amend the Scheduling Order as set forth below.

NOW THEREFORE, IT IS HEREBY ORDERED, that the following shall apply:

1. The LTD Committee shall file all expert report(s) and/or disclosures on or before January 9, 2013.

2. All depositions of all fact witnesses shall be concluded on or before January 11, 2013, except for any depositions of any rebuttal witnesses. All depositions of all expert witnesses shall be concluded on or before January 22, 2013.

3. A status conference before the Court shall take place on January 23, 2013.

4. All parties shall be entitled to file further submissions in respect of the LTD Termination Motion no later than January 30, 2013.

5. In all other respects, the Scheduling Order shall remain unchanged.

6. Deadlines in this Order may be extended by joint agreement of the Debtors and the LTD Committee or by the Court upon good cause shown.

7. For the avoidance of doubt, any and all deadlines applicable to the LTD Committee shall also apply to any LTD Employees in their individual capacity.

8. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2012
Wilmington, DE

_____
THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE