**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------- X
                     :

*In re*                        :       Chapter 11
                     :

Nortel Networks Inc., *et al.*,[1]    :       Case No. 09-10138 (KG)
                     :

            Debtors.    :       Jointly Administered
                     :
                     :

-------------------------------------------------- X    Re: D.I. 9113

**NOTICE OF SERVICE**

        PLEASE TAKE NOTICE that on December 13, 2012, a copy of the **Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits** was served in the manner indicated upon the individuals identified below and on the attached service list.

**Via Hand Delivery and Email**

Rafael X. Zahralddin (rxza@elliottgreenleaf.com)
Shelly Kinsella (sak@elliottgreenleaf.com)
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801

**Via Overnight and Email**

Mary Kohart (mek@elliottgreenleaf.com)
Elliott Greenleaf
& Siedzikowski, P.C.
925 Harvest Drive
P.O. Box 3010
Blue Bell, PA 19422

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated: December 13, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted pro hac vice)
Lisa M. Schweitzer (admitted pro hac vice)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

 and

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

_Counsel for the Debtors and Debtors in Possession_

6657795.13

2