**SERVICE LIST**

| **VIA HAND DELIVERY AND OVERNIGHT MAIL** | **VIA OVERNIGHT MAIL AND FAX** |
|---|---|
| Mark Kenney, Esq.<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Ken Coleman Esq<br>Lisa J.P. Kraidin. Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>20th Floor<br>New York, NY 10020<br>Fax: 212-610-6399 |
| Laura Davis Jones<br>Timothy P. Cairns<br>Pachulski Stang<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | Fred S. Hodara Esq.<br>Ryan C. Jacobs Esq.<br>David H. Botter Esq.<br>Akin Gump<br>One Bryant Park<br>New York, NY 10036<br>Fax: 212-872-1002 |
| Mary F. Caloway Esq.<br>Mona A. Parikh<br>Buchanan Ingersoll & Rooney<br>1105 N. Market Street<br>Suite 1900<br>Wilmington, DE 19801-1228 | Thomas R. Kreller<br>Milbank, Tweed, Hadley & Mcloy LLP<br>601 South Figueroa Street<br>Suite 3000<br>Los Angeles, CA 90017<br>Fax: 213-892-4763 |
| Mark D. Collins Esq.<br>Christopher M. Samis Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>920 N King Street<br>Wilmington, DE 19801 | |