SCHEDULE A

Your Individual Distribution

The following information provides your GID number and your share of the Settlement Amount under the Resolution Terms <u>before withholdings for any applicable taxes</u>.  If a notice of transfer has been filed in the Bankruptcy Case disclosing that you have transferred your claim relating to the DCP, the party to whom you transferred your claim, as disclosed in that notice, will be paid the below amount under and in accordance with the Resolution Terms.  In such an event, you will not receive any distribution under the Resolution Terms but will remain a Participant under the Resolution Terms for all other purposes and will remain bound by the Resolution Terms, including all of the releases set forth in the Resolution Terms.

| **LAST NAME** | **FIRST NAME** | **Employee ID** | **Greater of 97% Petition Date Balance and 73.65% Termination Date Balance** |
|---|---|---|---|
|  |  |  |  |

NOTE: For the purposes of filing, this schedule has been intentionally left blank.  Participants (and their Transferees disclosed to date) will receive a notice with an individualized schedule.