## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
                                                        :
*In re*                                                 :        Chapter 11
                                                        :
Nortel Networks Inc., *et al.*,[1]                      :        Case No. 09-10138 (KG)
                                                        :
                                  Debtors.              :        Jointly Administered
                                                        :
                                                        :        **Re: D.I. 9126**
                                                        :
-------------------------------------------------------- X

## NOTICE OF WITHDRAWAL

      **PLEASE TAKE NOTICE** that on December 14, 2012, the Debtors filed the

*Notice of the Joint Motion for Order: (I) Approving Compromise Among the Debtors, the*

*Official Committee of Unsecured Creditors, And the Ad Hoc Group of Beneficiaries of the Nortel*

*Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated*

*Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan)*

*Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments*

*Pursuant to 11 U.S.C. § 503(b)(1)(A) and Rule 9019; (III) Directing U.S. Bank National*

*Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the*

*Deferred Compensation Plan Participants* (D.I. 9126) (the "Notice").

      **PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the

Notice without prejudice.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

Dated:  December 14, 2012
      Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

    - and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


_____*/s/ William M. Alleman, Jr.*_____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for the Debtors*
*and Debtors-in-Possession*