**Form 210A (10/06)**

# United States Bankruptcy Court
# District Of Delaware

In re:   Nortel Networks Inc.,
(Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Equity Trust Company Custodian**<br>**FBO IRAs #109806 and #109595**<br>**As assignee of Sylvie Lafreniere (GID 1595396)** | Name of Transferor:<br>**Sylvie Lafreniere (GID 1595396)** |

Name and Address where notices to transferee should be sent:

    **Equity Trust Company Custodian**
    **FBO 109806 & 109595 IRAs**
    **c/o Fair Harbor Capital, LLC**
    **PO Box 237037**
    **New York, NY  10023**

Phone:   212 967 4035
Last Four Digits of Acct #:      n/a

Court Claim # (if known):  613
Amount of Claim:  $57,864.13
Date Claim Filed:

Name and Address of Transferor:

    Sylvie Lafreniere (GID 1595396)
    3517 Harlington Lane
    Richardson, TX  75082

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:            n/a
Last Four Digits of Acct #:       n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         /s/ *Fredric Glass*                                   Date:    December 17, 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District Of Delaware

**In re:** Nortel Networks Inc.,
**Case No.** (Jointly Administered Under Case No. 09-10138)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 613 (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December 17, 2012.

| | |
|---|---|
| Name of Transferee:<br>  Equity Trust Company Custodian<br>   FBO IRAs #109806 and #109595<br>   As assignee of Sylvie Lafreniere (GID 1595396) | Name of Alleged Transferor:<br>  Sylvie Lafreniere (GID 1595396) |
| **Equity Trust Company Custodian**<br> **FBO 109806 & 109595 IRAs**<br>**c/o Fair Harbor Capital, LLC**<br>**PO Box 237037**<br>**New York, NY  10023** | Name and Address of Alleged Transferor:<br><br>Sylvie Lafreniere (GID 1595396)<br>3517 Harlington Lane<br>Richardson, TX  75082 |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                                                                                            Clerk of the Court


12/12/12

SYLVIE LAFRENIERE ("Assignor") transfers to Assignee Equity Trust Company, Custodian fbo lb9595 IRA, 50% undivided interest and Custodian fbo 109806 IRA, 50% undivided interest with an address at 1843 Broadway Suite 1007, New York, NY 10023, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title, and interest in, to and under the claim of Assignor as set forth in the Agreement against Nortel Networks Inc., et al. (the "Debtor"), in the amount of $57,864.18, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-10138, et al..

IN WITNESS WHEREOF, Assignor has signed below as of the 4 day of DEC, 2012.

SYLVIE LAFRENIERE

By: _____  SYLVIE LAFRENIERE
    Signature                 Print Name/Title

Equity Trust Company, custodian fbo 109595 IRA, 50% undivided interest and Custodian fbo 109806 ~~IRA~~

By: _____
                              Jeffrey S. Brown
          CORPORATE ALTERNATE SIGNER

Victor Knox

Fredric Glass 12/12/12