IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
*In re*  :  Chapter 11
:
Nortel Networks Inc., *et al.*,[1] :  Case No. 09-10138 (KG)
:
                 Debtors.  :  Jointly Administered
:
:  **Re: D.I. Nos.: 8910, 8953, 8959, 8965, 8967, 8971, 8980, 8984, 8990, 8991, 8992, 8993, 8994, 8996, 8998, 9004, 9007, 9012, 9014, 9015, 9017, 9020 & 9025**
:
:
---------------------------------------------------------X

**CERTIFICATION OF COUNSEL REGARDING THE FIFTEENTH OMNIBUS ORDER ALLOWING CERTAIN PROFESSIONALS INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

      I, Ann C. Cordo, counsel to the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certify as follows regarding the proposed *Fifteenth Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered And Reimbursement Of Expenses* (the "Proposed Order") attached hereto as **Exhibit A**:

      1.     The professionals retained in the above-captioned cases and listed on Exhibit A to the Proposed Order (the "Professionals") filed their Interim Application Requests in these cases (collectively, the "Applications") for interim allowance of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.


(D.I. Nos.: 8910, 8953, 8959, 8965, 8967, 8971, 8980, 8984, 8990, 8991, 8992, 8993, 8994, 8996, 8998, 9004, 9007, 9012, 9014, 9015, 9017, 9020 & 9025).

2. The Applications are noticed for a hearing scheduled for December 18, 2012 at 10:00 a.m. (ET).

3. The Proposed Order was circulated to all Professionals.

4. The Proposed Order attached hereto as **Exhibit A** is acceptable to all Professionals.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience and grant such other relief as may be just and proper.

Dated: December 17, 2012
Wilmington, Delaware

CLEARY GOTTLIEB STEEN & HAMILTON LLP

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Ann C. Cordo
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

Counsel for the Debtors and
Debtors in Possession

6851179.1