**EXHIBIT A**

**Debtors' Fifteenth Ordinary Course Professional Quarterly Statement for July 1, 2012 – September 30, 2012**

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz | General labor and employment legal services, including representation in employment and employee benefit matters | $5,004.00 | $15.85 | $8,164.80 | $107.44 | $4,399.20 | $0.45 | $0.00 | $0.00 | **$17,568.00** |
| KPMG LLP | 401k, VEBA and Retirement Income Plan | $24,820.00 | $63.00 | $27,124.00 | $18.00 | $9,305.50 | $0.00 | $0.00 | $0.00 | **$61,249.50** |
| McConnell Valdes LLC | Legal services related to Debtors' benefit plans | $382.00 | $4.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$382.00** |
| Rode & Qualey | Legal services, advice and counsel with respect to import and export laws, regulations and procedures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $200.00[1] | $0.00 | **$1,700.00** |

---

[1] Rode & Qualey incurred $100.00 in fees for professional services provided to the Debtors during each of March 2012 and May 2012.

| Ordinary Course Professional | Description of Services | July Fees | July Disbursements & Expenses | August Fees | August Disbursements & Expenses | September Fees | September Disbursements & Expenses | Other Fees | Other Disbursements & Expenses | Total Quarterly Fees (excluding disbursements & expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Waller Lansden Dortch & Davis, LLP | General labor and employment legal services, including representation in employment and employee benefits matters before administrative agencies and federal and state courts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,641.00[2] | $0.00 | **$1,641.00** |
| Willcox & Savage | Assistance and advice in filing pleadings related to sales and use tax in the Richmond, Virginia Circuit Court | $1,813.00 | $11.10 | $0.00 | $0.00 | $0.00 | $0.00 | $595.00[3] | $0.00 | **$2,408.00** |
| William D. Preston, P.A. | Legal services regarding Florida environmental regulatory issues | $189.00 | $31.80 | $126.00 | $0.00 | $157.50 | $0.00 | $0.00 | $0.00 | **$472.50** |

---

[2] Waller Lansden Dortch & Davis, LLP incurred $620.00 in fees for professional services provided to the Debtors during May 2012 and incurred $1,021.00 in fees during June 2012.

[3] Wilcox & Savage incurred $595.00 in fees for professional services provided to the Debtors during June 2012.