# CERTIFICATE OF SERVICE

I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Filing and Service of Debtors' Fifteenth Ordinary Course Professional Quarterly Statement** was caused to be made on December 17, 2012, in the manner indicated, upon the parties identified below:

Date: December 17, 2012 /s/ Ann C. Cordo
Wilmington, DE Ann C. Cordo (No. 4817)

**VIA HAND DELIVERY**                          **VIA FIRST CLASS MAIL**

Mark Kenney, Esq.                              James L. Bromley
Office of the U.S. Trustee                     Lisa M. Schweitzer
844 King Street                                Cleary Gottlieb Steen & Hamilton LLP
Suite 2207, Lockbox 35                         One Liberty Plaza
Wilmington, DE 19801-3519                      New York, NY 10006
                                               (Counsel for the Debtors)

Mark D. Collins, Esq.
Christopher M. Samis, Esq.                     Fred S. Hodara, Esq.
Richards Layton & Finger                       Akin Gump Strauss Hauer & Feld LLP
One Rodney Square                              One Bryant Park
920 N King Street                              New York, NY 10036
Wilmington, DE 19801                           (Counsel for Official Committee
(Counsel for Official Committee                Of Unsecured Creditors)
Of Unsecured Creditors)

6864449.1