## Exhibit A

The Sixth Amendment to the Statement of Work



December 12, 2012

Mr. Timothy Ross
VP – Finance Operations and Corporate Secretary
Nortel Networks, Inc.
Nortel Networks India International Inc. and Nortel Ventures LLC
2221 Lakeside Boulevard
Richardson, Texas 75082-4305

Dear Tim:

This letter is the 6th amendment (the "6th Amendment") to the Statement of Work dated March 1, 2011 for tax operations outsourcing and other variable services (as amended, the "SOW") entered into pursuant to the Master Tax Services Agreement dated March 1, 2011 between Nortel Networks Inc. ("NNI"), its U.S. debtor affiliates listed in Appendix A of the SOW, Nortel Networks India International Inc., and Nortel Ventures LLC (collectively, "you", the "Client", the "Company," or "Nortel") and Ernst & Young LLP ("EY") for the provision of certain tax services to the Client (the "Agreement"). Pursuant to this 6th Amendment, the parties agree to the following modifications in the Scope of Services.

## ADDITIONAL SERVICES

As of December 12, 2012 and contingent upon this 6th Amendment taking effect pursuant to the Bankruptcy Court Order entered on July 22, 2011 (the "Order"), modifying the Agreement, EY will provide the Client with the EY Core Services as described below. This 6th Amendment will also define additional Services not covered by the SOW as originally executed or as amended, which would otherwise fall into the category of "Variable Services" or "Out-of-Scope Services" as described in the SOW.

These additional Services (as well as any other Services covered by the SOW) may be modified from time to time by mutual written consent of the parties in accordance with the Order.

*EY Core Services*

These Services will consist of a continuation for calendar year 2013 of the EY Core Services described in the SOW.

*Variable Services*

EY will assist with IRS audit management, including all aspects of data collection and dissemination for the purpose of responding to Information Document Requests ("IDRs") issued by the IRS field



agents, coordination of responses with management and outside counsel, support of positions taken in filed returns and advice relating to audit management prior to Appeals or Litigation.

*Out-of-Scope Services*

The Out of Scope Services described below are subject to written approval, including email, by the Company prior to proceeding with regard to a range of fees to be incurred.

**Foreign Bank Account Reporting**

EY will assist Nortel with Report of Foreign Bank and Financial Accounts, form TD 90-22.1 (the FBAR Form) filings for account ownership and signature authority related to foreign bank accounts for calendar year 2012.

During the course of our work, we anticipate that we may encounter fact patterns that are not clearly addressed by the applicable regulations. In such circumstances, we will discuss the technical analysis with you and document any decisions made, and may seek informal guidance from the IRS. If Nortel decides the pursuit of a formal ruling is appropriate, a fee estimate will be provided prior to engaging in such process.

**FEES**

The General Terms of the Agreement address our fees and expenses generally.

*EY Core Services*

Client shall pay EY's fees for the EY Core Services described in this 6th Amendment and reimburse reasonable expenses incurred in connection with the EY Core Services described in this 6th Amendment, subject to and in accordance with Bankruptcy Court approval.

Nortel shall pay EY a fixed fee of $4,825,000 for the EY Core Services described in this 6th Amendment. This fee will be billed in ten (10) monthly installments of $450,000 beginning January 1, 2013 and one (1) installment of $325,000 on November 1, 2013.

*Variable Services and Out-of-Scope Services*

With respect to the Variable and Out-of-Scope Services described in this 6th Amendment, Client shall pay EY's fees and reimburse EY for reasonable expenses incurred in connection with these additional Services, subject to and in accordance with Bankruptcy Court approval.



The fees for the EY Variable Services and Out-of-Scope Services described in this 6th Amendment will be billed on a monthly basis using the rates set forth below:

| Professional | Rate per Hour |
|---|---|
| Partner / Executive Director | $640 |
| Senior Manager | $550 |
| Manager | $450 |
| Senior | $315 |
| Staff | $185 |

You shall also pay any value-added taxes (VAT), sales taxes, and other indirect taxes incurred in connection with the delivery of the all Services described in this 6th Amendment, including any such taxes and related administrative costs that result from billing arrangements specifically requested by you.

This letter does not modify any portion of the SOW or Agreement not specifically addressed herein, and all other provisions of the SOW and Agreement are applicable hereto.

We appreciate the opportunity to be of continued service to you. If you have any questions regarding the matters discussed in this letter, please contact James E. Scott at (919) 981-2886.

Please indicate your acceptance of the above arrangements by signing and returning the enclosed copy of this letter.

Very truly yours,

*Ernst & Young LLP*

Nortel Networks Inc. and its U.S. debtor affiliates listed in Appendix A of the SOW
Nortel Networks India International Inc.
Nortel Ventures LLC

By: _____   12/14/12
Mr. Timothy Ross
VP- Finance Operations and Corporate Secretary          Date

Nortel Networks, Inc.

A member firm of Ernst & Young Global Limited