## **CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of the Sixth Amendment to the Statement of Work Entered into Pursuant to the Tax Services Agreement with Ernst & Young LLP** was caused to be made on December 17, 2012, in the manner indicated upon the individuals identified on the attached service list.

Date: December 17, 2012                                                               */s/ Ann C. Cordo*
Wilmington, DE                                                             Ann C. Cordo (No. 4817)