**EXHIBIT A**

**Nortel Networks Inc, Bankruptcy Case No. 09-10138**

**Summary of Fees and Expenses for the Period
From August 1, 2012 through October 31, 2012, unless otherwise specified**

**Hearing: December 18, 2012 at 10:00 a.m. (Eastern Time)**

Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")

A.    Fifteenth Interim Fee Application Request Of Akin Gump As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2012 Through October 31, 2012 (D.I. 8971, Filed 11/20/12).

    1.    Forty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8752, Filed 10/19/12);

    2.    Certification Of No Objection Regarding Forty-Third Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8928, Filed 11/13/12);

    3.    Forty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 8909, Filed 11/8/12);

    4.    Certification Of No Objection Regarding Forty-Fourth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 9049, Filed 12/3/12);

    5.    Forty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 8969, Filed 11/20/12); and

    6.    Certification Of No Objection Regarding Forty-Fifth Monthly Application Of Akin Gump Strauss Hauer & Feld LLP, Co-Counsel For The Official Committee Of

Unsecured Creditors, For Interim Allowance Of Compensation And For The Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 9117, Filed 12/13/12).

Alvarez & Marsal Healthcare Industry Group, LLC

B.     Fifth Quarterly Fee Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period August 1, 2012 Through October 31, 2012 (D.I. 9020, Filed 11/27/12).

   1.     Eleventh Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period August 1, 2012 Through August 31, 2012 (D.I. 8446, Filed 9/14/12);

   2.     Certificate Of No Objection Regarding Eleventh Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period August 1, 2012 Through August 31, 2012 (D.I. 8671, Filed 10/9/12);

   3.     Twelfth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period September 1, 2012 Through September 30, 2012 (D.I. 8645, Filed 10/4/12);

   4.     Certificate Of No Objection Regarding Twelfth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et al, And Its Affiliated Debtors For The Period September 1, 2012 Through September 30, 2012 (D.I. 8846, Filed 10/26/12);

   5.     Thirteenth Monthly Application Of Alvarez & Marsal Healthcare Industry Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisor To The Official Committee Of Retired Employees And The Official Committee Of Long-Term Disability Participants Of Nortel Networks Inc. et

al, And Its Affiliated Debtors For The Period October 1, 2012 Through October 31, 2012 (D.I. 9018, Filed 11/27/12).

Ashurst LLP

C.      Fifteenth Interim Fee Application Request Of Ashurst As European Counsel To The Official Committee Of Unsecured Creditors For The Period August 1, 2012 Through October 31, 2012 (D.I. 8993, Filed 11/21/12).

      1.      Forty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8453, Filed 9/14/12);

      2.      Certification Of No Objection Regarding Forty-Third Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8662, Filed 10/8/12);

      3.      Forty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 8852, Filed 10/31/12);

      4.      Certification Of No Objection Regarding Forty-Fourth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 9010, Filed 11/26/12);

      5.      Forty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 8958, Filed 11/19/12); and

      6.      Certification Of No Objection Regarding Forty-Fifth Monthly Application Of Ashurst LLP, European Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 9116, Filed 12/13/12).

Benesch, Friedlander, Coplan & Aronoff, LLP

D.     Ninth Quarterly Application Of Benesch, Friedlander, Coplan & Aronoff, LLP, For
       Compensation For Services Rendered And Reimbursement Of Expenses As Special
       Litigation Counsel For The Debtors For The Period From August 1, 2012 Through October
       31, 2012 (D.I. 8953, Filed 11/19/12).

              a.     Amended Ninth Quarterly Application Of Benesch, Friedlander, Coplan &
                     Aronoff, LLP, For Compensation For Services Rendered And Reimbursement
                     Of Expenses As Special Litigation Counsel For The Debtors For The Period
                     From August 1, 2012 Through October 31, 2012 (D.I. 9025, Filed 11/28/12).

       1.     Twenty-Third Interim Application Of Benesch, Friedlander, Coplan & Aronoff, LLP,
              For Interim Compensation For Services Rendered And Reimbursement Of Expenses
              As Special Litigation Counsel For The Debtors For The Period From August 1, 2012
              Through August 31, 2012 (D.I. 8579, Filed 9/25/12);

       2.     Certification Of No Objection Regarding Docket No. 8579 (D.I. 8760, Filed
              10/23/12);

       3.     Twenty-Fourth Interim Application Of Benesch, Friedlander, Coplan & Aronoff,
              LLP, For Interim Compensation For Services Rendered And Reimbursement Of
              Expenses As Special Litigation Counsel For The Debtors For The Period From
              September 1, 2012 Through October 31, 2012 (D.I. 8947, Filed 11/16/12); and

       4.     Certification Of No Objection Regarding Docket No. 8947 (D.I. 9092, Filed
              12/12/12).

Capstone Advisory Group, LLC

E.     Fifteenth Interim Fee Application Request Of Capstone As Financial Advisor For The
       Official Committee Of Unsecured Creditors for the Period August 1, 2012 Through October
       31, 2012 (D.I. 8994, Filed 11/21/12).

       1.     Forty-Third Monthly Application Of Capstone Advisory Group, LLC, Financial
              Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance
              Of Compensation And For Reimbursement Of Expenses For Services Rendered
              During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8667, Filed
              10/9/12);

       2.     Certification Of No Objection Regarding Forty-Third Monthly Application Of
              Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of
              Unsecured Creditors, For Interim Allowance Of Compensation And For
              Reimbursement Of Expenses For Services Rendered During The Period From August
              1, 2012 Through August 31, 2012 (D.I. 8892, Filed 11/6/12);

3.     Forty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 8918, Filed 11/9/12);

4.     Certification of No Objection Regarding Forty-Fourth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 9050, Filed 12/3/12);

5.     Forty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 8978, filed 11/20/12); and

6.     Certification of No Objection Regarding Forty-Fifth Monthly Application Of Capstone Advisory Group, LLC, Financial Advisor For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 9118, Filed 12/13/12).

Chilmark Partners LLC

F.     Eleventh Quarterly Fee Application Request Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8959, Filed 11/19/12 ).

1.     Thirtieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8862, Filed 10/31/12);

2.     Certificate of No Objection Regarding Thirtieth Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From August 1, 2012 Through August 31, 2012 (D.I. 9008, Filed 11/26/12);

3.     Thirty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2012 Through September 30, 2012 (D.I. 8863, Filed 10/31/12);

4.      Certificate of No Objection Regarding Thirty-First Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses During The Period From September 1, 2012 Through September 30, 2012 (D.I. 9009, Filed 11/26/12);

5.      Thirty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2012 Through October 31, 2012 (D.I. 8597, Filed 11/19/12); and

6.      Certificate of No Objection Regarding Thirty-Second Monthly Application Of Chilmark Partners, LLC, As Consulting Expert To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses For The Period October 1, 2012 Through October 31, 2012 (D.I. 9104, Filed 12/12/12).

Cleary Gottlieb Steen & Hamilton LLP ("Cleary")

G.      Fifteenth Quarterly Fee Application Request Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8991, Filed 11/21/12).

1.      Forty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8629, Filed 10/11/12);

2.      Certificate Of No Objection Regarding Forty-Fourth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8816, Filed 10/24/12);

3.      Forty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8893, Filed 11/6/12);

4.      Certificate Of No Objection Regarding Forty-Fifth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim

Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 9035, Filed 11/29/12);

5.   Forty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8973, Filed 11/20/12); and

6.   Certificate Of No Objection Regarding Forty-Sixth Interim Application Of Cleary Gottlieb Steen & Hamilton LLP, As Attorneys For Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9111, Filed 12/13/12).

Crowell & Moring LLP

H.   Fifteenth Quarterly Fee Application Request Of Crowell & Moring LLP, Special Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8980, Filed 11/20/12).

1.   Forty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8976, Filed 11/20/12);

2.   Certificate Of No Objection Regarding Forty-Fourth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 9100, Filed 12/12/12);

3.   Forty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8977, Filed 11/20/12);

4.   Certificate Of No Objection Regarding Forty-Fifth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 9101, Filed 12/12/12);

5.   Forty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And

For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8979, Filed 11/20/12 ); and

6.    Certificate Of No Objection Regarding Forty-Sixth Interim Application Of Crowell & Moring LLP As Special Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9102, 12/12/12).

Elliott Greenleaf

I.    Fifth Quarterly Fee Application Of Elliott Greenleaf, Co-Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through October 31, 2012 (D.I. 9001, Filed 11/23/12).

1.    Thirteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through August 31, 2012 (D.I. 8931, Filed 11/13/12);

2.    Certificate Of No Objection Regarding Thirteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term Disability Participants, For Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through August 31, 2012 (D.I. 9107, Filed 12/12/12);

3.    Fourteenth Monthly Application Of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period September 1, 2012 Through September 30, 2012 (D.I. 8999, Filed 11/23/12); and

4.    Fifteenth Monthly Application of Elliott Greenleaf, Counsel To The Official Committee Of Long Term, Disability Participants, For Compensation And Reimbursement Of Expenses For The Period October 1, 2012 Through October 31, 2012 (D.I. 9000, Filed 11/23/12).

Ernst & Young LLP

J.    Fifteenth Quarterly Fee Application Of Ernst & Young LLP For Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For The Period Of August 1, 2012 Through October 31, 2012 (D.I. 9012, Filed 11/27/12).

1.    Nineteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2012 Through October 31, 2012 (D.I. 8982, Filed 11/20/12); and

2.      Certificate Of No Objection Regarding Nineteenth Interim Application Of Ernst & Young LLP For Allowance Of Compensation For Services Rendered As Indirect Tax Service Advisor To The Debtors And Debtors-In-Possession For Period Of August 1, 2012 Through October 31, 2012 (D.I. 9105, Filed 12/12/12).

Fraser Milner Casgrain LLP

K.      Fifteenth Interim Fee Application Request Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors For The Period August 1, 2012 Through October 31, 2012 (D.I. 8998, Filed 11/21/12).

1.      Forty-Third Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 8921, Filed 11/12/12);

2.      Certification Of No Objection Regarding Forty-Third Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From August 1, 2012 Through August 31, 2012 (D.I. 9065, Filed 12/5/12);

3.      Forty-Fourth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 8974, Filed 11/20/12);

4.      Certification Of No Objection Regarding Forty-Fourth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From September 1, 2012 Through September 30, 2012 (D.I. 9109, Filed 12/12/12);

5.      Forty-Fifth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 8997, Filed 11/21/12); and

6.      Certification Of No Objection Regarding Forty-Fifth Monthly Fee Application Of Fraser Milner Casgrain LLP Canadian Counsel For The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation And For Reimbursement Of Expenses For Services Rendered During The Period From October 1, 2012 Through October 31, 2012 (D.I. 9119, Filed 12/13/12).

Huron Consulting Group

L.    Fifteenth Quarterly Fee Application Request Of Huron Consulting Group As Accounting And Restructuring Consultants For Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8910, Filed 11/8/12).

   1.    Forty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8414, Filed 9/17/12);

   2.    Certificate Of No Objection Regarding Forty-Third Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8669, Filed 10/9/12);

   3.    Forty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8679, Filed 10/10/12);

   4.    Certificate Of No Objection Regarding Forty-Fourth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8871, Filed 11/2/12);

   5.    Forty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8895, Filed 11/7/12); and

   6.    Certificate Of No Objection Regarding Forty-Fifth Interim Application Of Huron Consulting Group As Accounting And Restructuring Consultant To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9038, Filed 11/29/12).

Jackson Lewis LLP

M.    Fifteenth Quarterly Fee Application Request Of Jackson Lewis LLP As Counsel To Debtors And Debtors-In-Possession, The Period August 1, 2012 Through October 31, 2012 (D.I. 9015, Filed 11/27/12).

    1.    Thirty-Eighth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through October 31, 2012 (D.I. 8981, Filed 11/20/12); and

    2.    Certificate Of No Objection Regarding Thirty-Eighth Interim Application Of Jackson Lewis LLP, As Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through October 31, 2012 (D.I. 9106, Filed 12/12/12).

John Ray

N.    Twelfth Quarterly Fee Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. And Its Affiliates, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8967, Filed 11/20/12).

    1.    Thirty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 7854, Filed 6/15/12);

    2.    Certificate Of No Objection Regarding Thirty-Second Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8670, Filed 10/9/12);

    3.    Thirty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8672, Filed 10/9/12);

    4.    Certificate Of No Objection Regarding Thirty-Third Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8864, Filed 10/31/12);

5.      Thirty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8911, Filed 11/8/12); and

6.      Certificate Of No Objection Regarding Thirty-Fourth Monthly Application Of John Ray, As Principal Officer Of Nortel Networks, Inc. For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9047, Filed 12/3/12).

Linklaters LLP

O.      Eleventh Quarterly Fee Application of Linklaters LLP, as U.K. Counsel for Debtors and Debtors-In-Possession, for the Period August 1, 2012 Through October 31, 2012 (D.I. 9014, Filed 11/27/12).

1.      Twelfth Monthly Application of Linklaters LLP, as U.K. Counsel to Debtors and Debtors-In-Possession, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2012 Through October 31, 2012 (D.I. 9013, Filed 11/27/12).

McCarter & English LLP

P.      Fifth Quarterly  Fee Application of McCarter & English, LLP for Compensation for Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period August 1, 2012 Through October 31, 2012 (D.I. 9004, Filed 11/26/12).

1.      Twelfth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period August 1, 2012 Through August 31, 2012 (D.I. 8612, Filed 9/27/12);

2.      Certificate Of No Objection Regarding Twelfth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period August 1, 2012 Through August 31, 2012 (D.I. 8761, Filed 10/2312);

3.      Thirteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period September 1, 2012 Through September 30, 2012 (D.I. 8859, Filed 10/31/12);

4.      Certificate Of No Objection Regarding Thirteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of

Expenses As Counsel To The Committee Of Retirees For The Period September 1, 2012 Through September 30, 2012 (D.I. 9003, Filed 11/26/12);

5.      Fourteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period October 1, 2012 Through October 31, 2012 (D.I. 8952, Filed 11/19/12); and

6.      Certificate Of No Objection Regarding Fourteenth Monthly Application Of McCarter & English, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Committee Of Retirees For The Period October 1, 2012 Through October 31, 2012 (D.I. 9091, Filed 12/12/12).

Mercer (US) Inc.

Q.      Fifteenth Quarterly Fee Application Request Of Mercer (US) Inc., As Compensation Specialist To The Debtors, For The Period Of August 1, 2012 Through October 31, 2012 (D.I. 9017, Filed 11/27/12).

1.      Fifteenth Interim Application Of Mercer (US) Inc. As Compensation Specialist and Consulting Expert To The Debtors Seeking Allowance Of Interim Compensation And Interim Reimbursement Of Actual And Necessary Expenses Incurred For The Period Of August 1, 2012 Through August 31, 2012 (D.I. 9016, Filed 11/27/12).

Morris, Nichols, Arsht & Tunnell LLP

R.      Fifteenth Quarterly Fee Application Request Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel For Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 8990, Filed 11/21/12).

1.      Forty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8686, Filed 10/11/12);

2.      Certificate of No Objection Regarding Forty-Fourth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8874, Filed 11/2/12);

3.      Forty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All

Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8815, Filed 10/24/12);

4.    Certificate Of No Objection Regarding Forty-Fifth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8939, Filed 11/15/12);

5.    Forty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8970, Filed 11/20/12); and

6.    Certificate Of No Objection Regarding Forty-Sixth Interim Application Of Morris, Nichols, Arsht & Tunnell LLP, As Delaware And General Bankruptcy Counsel To Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9103, Filed 12/12/12).

Punter Southall, LLC

S.    Fourteenth Quarterly Fee Application Request Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through October 31, 2012 (D.I. 8965, Filed 11/20/12).

1.    Sixteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through October 31, 2012 (D.I. 8964, Filed 11/20/12); and

2.    Certificate Of No Objection Regarding Sixteenth Monthly Application Of Punter Southall LLC, Pension Co-Advisor To The Debtors For Allowance Of Compensation And Reimbursement Of Expenses For The Period August 1, 2012 Through October 31, 2012 (D.I. 9099, Filed 12/12/12).

Richards, Layton & Finger, PA

T.    Fifteenth Interim Fee Application Request Of Richards, Layton & Finger, PA As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2012 Through October 31, 2012 (D.I. 8996, Filed 11/21/12).

1.    Forty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2012 Through August 31, 2012 (D.I. 8603, Filed 9/26/12);

2.      Certification Of No Objection Regarding Forty-Third Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From August 1, 2012 Through August 31, 2012 (D.I. 8734, Filed 10/18/12);

3.      Forty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2012 Through September 30, 2012 (D.I. 8860, Filed 10/31/12);

4.      Certification Of No Objection Regarding Forty-Fourth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From September 1, 2012 Through September 30, 2012 (D.I. 9011, Filed 11/26/12);

5.      Forty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2012 Through October 31, 2012 (D.I. 8995, Filed 11/21/12); and

6.      Certification Of No Objection Regarding Forty-Fifth Monthly Application Of Richards, Layton & Finger, P.A. For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Co-Counsel To The Official Committee Of Unsecured Creditors For The Period From October 1, 2012 Through October 31, 2012 (D.I. 9114, Filed 12/13/12).

RLKS Executive Solutions, LLC

U.      Tenth Quarterly Fee Application Request Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For The Period August 1, 2012 Through October 31, 2012 (D.I. 9007, Filed 11/26/12).

1.      Twenty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8758, Filed 10/22/12);

2.      Certificate Of No Objection Regarding Twenty-Sixth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period

August 1, 2012 Through August 31, 2012 (D.I. 8940, Filed 11/15/12);

3.     Twenty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8759, Filed 10/22/12);

4.     Certificate Of No Objection Regarding Twenty-Seventh Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8941, Filed 11/15/12);

5.     Twenty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8881, Filed 11/5/12); and

6.     Certificate Of No Objection Regarding Twenty-Eighth Monthly Application Of RLKS Executive Solutions LLC, As Consultants To The Debtors And Debtors-In-Possession, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9027, Filed 11/28/12).

Togut, Segal & Segal LLP

V.     Fourth Quarterly Fee Application Of Togut, Segal & Segal LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Retired Employees For The Period June 1, 2012 Through August 31, 2012 (D.I. 8984, Filed 11/21/12).

1.     Tenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8320, Filed 8/24/12);

2.     Certificate Of No Objection Regarding Tenth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period June 1, 2012 Through June 30, 2012 (D.I. 8841, Filed 10/26/12);

3.     Eleventh Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation

And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8651, Filed 10/5/12);

4.      Certificate Of No Objection Regarding Eleventh Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period July 1, 2012 Through July 31, 2012 (D.I. 8853, Filed 10/31/12);

5.      Twelfth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8848, Filed 10/26/12); and

6.      Certificate Of No Objection Regarding Twelfth Monthly Application Of Togut, Segal & Segal LLP, As Counsel To The Official Committee Of Retired Employees, For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8954, Filed 7/17/12).

Torys LLP

W.      Eighth Quarterly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through October 31, 2012 (D.I. 8992, Filed 11/21/12).

1.      Seventeenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8714, Filed 10/16/12);

2.      Certificate Of No Objection Regarding Seventeenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period August 1, 2012 Through August 31, 2012 (D.I. 8894, Filed 11/7/12);

3.      Eighteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 8873, Filed 11/2/12);

4.      Certificate Of No Objection Regarding Eighteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For

Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period September 1, 2012 Through September 30, 2012 (D.I. 9023, Filed 11/28/12);

5.      Nineteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 8975, Filed 11/20/12); and

6.      Certificate Of No Objection Regarding Nineteenth Monthly Application Of Torys LLP, As Special Canadian Counsel To Debtors And Debtors-In-Possession For Allowance Of Interim Compensation And For Interim Reimbursement Of All Actual And Necessary Expenses Incurred For The Period October 1, 2012 Through October 31, 2012 (D.I. 9112, Filed 12/13/12).

2981307.17
Nortel - Exhibit A