# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*, [1] <br><br>                Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Re: D.I. 9137 |
| Nortel Networks Inc., *et al.* v. Commonwealth of Virginia Department of Taxation | Adv. Proc. No. 12-50608 <br><br> Re: D.I. 22 |
| Nortel Networks Inc. v. State of Michigan Department of Treasury | Adv. Proc. No. 12-50773 <br><br> Re: D.I. 40 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2012, a copy of the **Notice Of Amended Agenda Of Matters Scheduled For Hearing On December 18, 2012 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| **Via Fax** | **Via Overnight Mail** |
|---|---|
| Jeffrey A. Scharf<br>Taxing Authority Consulting Services, PC<br>2812 Emerywood Parkway<br>Suite 220<br>Richmond, VA 23294<br>Fax: 804-440-1171 | Coface North America Insurance Co.<br>Attn: Managing Partner<br>50 Millstone Rd.., BLDG. 100<br>STE 360<br>East Windsor, NJ 08520 |
| Allison M. Dietz<br>Heather L. Donald<br>Michigan Dept of Attorney General<br>3030 W. Grand Blvd<br>Detroit, MI 48202<br>Fax: 313-456-0141 | Monarch Master Funding LTD<br>Attn: Managing Partner<br>535 Madison Ave.<br>New York, NY 10022 |

Dated: December 17, 2012
Wilmington, DE

CLEARY GOTTLIEB STEEN & HAMILTON LLP
James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.4