# SERVICE LIST

**VIA HAND DELIVERY AND FACSIMILE**

Christopher A. Ward Esq
Justin K. Edelson Esq
Polsinelli Shughart PC
222 Delaware Ave
Ste 1101
Wilmington, DE  19801
FAX: 302-252-0921

Steven K. Kortanek
Matthew P. Ward
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave
Ste 1501
Wilmington, DE  19801
FAX: 302-252-4330

Tobey M. Daluz Esq
Leslie Heilman Esq
David T. May
Ballard Spahr
919 Market St
11th Floor
Wilmington, DE  19801
FAX: 302-252-4466

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 N. Market Street
Ste 1700
Wilmington, DE  19801
FAX: 302-384-9399

David B. Stratton Esq
Leigh-Anne M. Raport Esq
Evelyn J. Meltzer Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Henry Jaffe Esq
Pepper Hamilton LLP
1313 Market Street
Ste 5100
Wilmington, DE  19801
FAX: 302-421-8390

Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 N. Market Steet
Ste. 8000
Wilmington, DE  19801
FAX: 302-425-6464

Domenic Pacitti Esq
Klehr Harrison
919 Market Street
Ste 1000
Wilmington, DE  19801
FAX: 302-426-9193

Michael D. DeBaecke  Esq
Blank Rome LLP
1201 Market Street
Ste 800
Wilmington, DE  19801
FAX: 302-428-5107

William D. Sullivan Esq
Sullivan Hazeltine Allinson LLC
4 E 8th Street
Ste 400
Wilmington, DE  19801
FAX: 302-428-8195

Donna L. Harris
Kevin M. Capuzzi
Pinckney Harris & Weidinger LLC
1220 N. Market Street
Ste 950
Wilmington, DE  19801
FAX: 302-442-7046

Adam G.  Landis Esq
Kerri K. Mumford Esq
J. Landon Ellis Esq
Landis Rath & Cobb LLP
919 Market Street
Ste 1800
Wilmington, DE  19801
FAX: 302-467-4450

Mary F. Caloway Esq
P.J. Duhig Esq
Buchanan Ingersoll & Rooney
1105 N. Market Street
Ste 1900
Wilmington, DE  19801-1228
FAX: 302-552-4295

James L. Patton
Edwin J. Harron
Young Conaway
1000 W. King Street
Wilmington, DE  19801
FAX: 302-571-1253

Brett D. Fallon Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

Carl N.  Kunz Esq
Michael J. Custer Esq
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE  19801
FAX: 302-571-1750

Stephen M. Miller
Courtney R. Hamilton
Morris James LLP
500 Delaware Ave
Ste. 1500
Wilmington, DE  19801
FAX: 302-571-1750

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE  19801
FAX: 302-573-6431

Mark Kenney Esq
Office of the U.S. Trustee
844 King St
Ste 2207 Lockbox 35
Wilmington, DE  19801-3519
FAX: 302-573-6497

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
FAX: 302-651-3001

Mark D. Collins Esq
Christopher M. Samis Esq
Richards Layton & Finger
One Rodney Square
920 N King St
Wilmington, DE  19801
FAX: 302-651-7701

Duane D. Werb Esq
Werb & Sullivan
300 Delaware Ave
13th Floor
Wilmington, DE  19801
FAX: 302-652-1111

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman
   & Leonard
500 Delaware Ave
Ste 1410
Wilmington, DE  19801
FAX: 302-652-3117

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE  19899-8705
FAX: 302-652-4400

Kathleen M. Miller Esq
Smith Katzenstein & Jenkins LLP
800 Delaware Ave
10th Floor
Wilmington, DE  19801
FAX: 302-652-8405

William P. Bowden Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Ricardo Palacio Esq
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE  19801
FAX: 302-654-2067

Gregory A. Taylor Esq
Benjamin W. Keenan Esq
Ashby & Geddes P.A.
500 Delaware Ave
8th Floor
Wilmington, DE  19801
FAX: 302-654-2067

Maria Aprile Sawczuk Esq
Stevens & Lee P.C.
1105 N Market St
7th Floor
Wilmington, DE  19801
FAX: 302-654-5181

Nicholas  Skiles Esq
Swartz Campbell LLC
300 Delaware Ave
Ste 1410
Wilmington, DE  19801
FAX: 302-656-1434

Rachel B. Mersky Esq  
Monzack Mersky McLaughlin Browder  
1201 N Orange St  
Ste 400  
Wilmington, DE  19801  
FAX: 302-656-2769  

Michael R. Lastowski  
Duane Morris LLP  
222 Delaware Ave  
Ste 1600  
Wilmington, DE  19801-1659  
FAX: 302-657-4901  

Jeffrey S. Wisler Esq  
Marc J. Phillips Esq  
Connolly Bove  
The Nemours Building  
1007 N Orange St  
Wilmington, DE  19801  
FAX: 302-658-0380  

Charlene D. Davis Esq  
Daniel A. O'Brien Esq  
Justin R. Alberto  
Bayard P.A.  
222 Delaware Ave  
Ste 900  
Wilmington, DE  19801  
FAX: 302-658-6395  

Bruce E. Jameson  
Prickett Jones & Elliott PA  
1310 King Street  
Box 1328  
Wilmington, DE  19899  
FAX: 302-658-8111  

Christopher P. Simon  
Cross & Simon LLC  
913 N. Market Street  
11th Floor  
Wilmington, DE  19801  
FAX: 302-777-4224  

Charles J. Brown III Esq  
Archer & Greiner PC  
300 Delaware Ave  
Ste 1370  
Wilmington, DE  19801  
FAX: 302-777-4352  

Stuart M. Brown  
Edwards Angell Palmer & Dodge  
919 N. Market Street  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-777-7263  

Kurt F. Gwynne Esq  
J. Cory Falgowski Esq  
Reed Smith LLP  
1201 N Market Street  
Ste 1500  
Wilmington, DE  19801  
FAX: 302-778-7575  

William F. Taylor Jr.  
McCarter & English LLP  
405 N. King St  8th Floor  
Renaissance Centre  
Wilmington, DE  19801  
FAX: 302-984-6399  

Minoru Inayoshi Gen Mgr of M&A  
Hitachi Lt. Telecommunicatons  
& Network Systems   Division  
216 Totsuka-cho  
Totsuka-ku  
Yokohama-shi,   244-8567  
JAPAN  
FAX: +81-45-881-3221  

Stephen Gale  
Herbert Smith  
Exchange House  
Primrose Streeet  
London, UK  EC2A 2HS  
ENGLAND  
FAX: 011-44-20-7098-4878  

Tony Reyes  
Norton Rose  
Royal Bank Plaza South Tower  
200 Bay St. Ste. 3800  
Toronto, Ontario  M5J 2Z4  
CANADA  
FAX: 416-216-3930  

Jennifer Stam  
Derrick Tay  
Gowling Lafleur Henderson  
1 First Canadian Place  
100 King St. West Ste. 1600  
Toronto, Ontario  M5X 1G5  
CANADA  
FAX: 416-862-7661  

Michael J. Wunder  
R. Snayne Kukulowicz  
Alex L. MacFarlane  
Fraser Milner Casgrain LLP  
77 King St West  
Ste 400  
Toronto, Ontario  M5K 0A1  
CANADA  
FAX: 416-863-4592

```
Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario  M5H 2S7
CANADA
FAX: 416-979-1234

Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
275 Viger East 4th Floor
Montreal, QC  H3G 2W6
CANADA
FAX: 845-491-5032

Seth B. Shapiro Esq
U.S. Dept of Justice Civil Div
P.O. Box 875
Ben Franklin Station
Washington, DC  20044
FAX: 202-307-0494

Jan M. Geht Esq
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC  20044
FAX: 202-514-6866

Janet Fitzpatrick
Unisys Corporation
P.O. Box 500
M/S E8-108
Blue Bell, PA  19424
FAX: 215-986-5721

Centralized Insolvency Operation
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
FAX: 855-235-6787

Sheryl L. Moreau Esq
Missouri Dept of Revenue
Bankruptcy Division
PO Box 475
Jefferson City, MO  65105-0475
FAX: 573-751-7232

Laura L. McCloud Esq
Assistant Attorney General
P.O. Box 20207
Nashville, TN  37202
FAX: 615-741-3334

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233
FAX: 704-943-1152

John P. Dillman Esq
Linebarger Goggan Blair
  & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064
FAX: 713-844-3503

Mark K. Ames
Tax Authority Consulting
  Services P.C.
P. O. Box 71476
Richmond, VA  23255
FAX: 804-440-1171

Amos U. Priester IV Esq
Anna B. Osterhout Esq
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC  27602-2611
FAX: 919-821-6800

Vicente Matias Murrell Esq
Stephen D. Schreiber Esq
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC  20005-4026
FAX: 202-326-4112

Robert  Winter
Paul Hastings Janofsky & Walker LLP
875 15th St  N.W.
Washington, DC  20005
FAX: 202-551-0129

James H. Lister
Birch Horton Bittner & Cherot
1155 Connecticut Ave NW
Ste 1200
Washington, DC  20036
FAX: 202-659-1027

David Capozzi
Acting General Counsel
Universal Service Administrative Co
2000 L St NW
Ste 200
Washington, DC  20036
FAX: 202-776-0080
```

Edward C. Wetmore VP & Gen Counsel
Amphenol Corporation
358 Hall Ave
Wallingford, CT  06492
FAX: 203-265-8827

Joseph E. Shickich Jr. Esq
Riddell Williams P.S.
1001 4th Ave
Ste 4500
Seattle, WA  98154-1192
FAX: 206-389-1708

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME  04104-5029
FAX: 207-774-1127

Ramona Neal Esq
HP  Company
11307 Chinden Blvd
MS 314
Boise, ID  83714
FAX: 208-396-3958

Kaushik Patel
5665 Arapaho Road
#1023
Dallas, TX  75248
FAX: 208-493-9355

David G. Aelvoet Esq
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300
711 Navarro
San Antonio, TX  78205
FAX: 210-226-4308

Javier Schiffrin
Kevin Malek
Malek Schiffrin LLP
340 Madison Ave
19th Floor
New York, NY  10173-1922
FAX: 212-220-9504

Brian Trust
Thomas M. Vitale
Amit K. Trehan
Mayer Brown LLP
1675 Broadway
New York, NY  10019
FAX: 212-262-1910

David A. Rosenzweig Esq
Fulbright & Jaworski LLP
666 5th Ave
New York, NY  10103-3198
FAX: 212-318-3400

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center
Ste 400
New York, NY  10281-1022
FAX: 212-336-1348

Daniel A. Lowenthal
Brian P. Guiney
Patterson Belknap Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710
FAX: 212-336-2222

Philip Mindlin
Douglas K. Mayer
Benjamin M. Roth
Gregory E. Pessin
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY  10019
FAX: 212-403-2217

Michael L. Schein Esq
Vedder Price P.C.
1633 Broadway
47th Floor
New York, NY  10019
FAX: 212-407-7799

Michael Luskin
Derek J.T. Adler
Hughes Hubbard
One Battery Park Plaza
New York, NY  10004
FAX: 212-422-4726

Raniero  D'Aversa Jr. Esq
Laura D. Metzger Esq
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019-6142
FAX: 212-506-5151

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036
FAX: 212-515-6959

Dennis Dunne Esq  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005-1413  
FAX: 212-530-5219  

Michelle McMahon Esq  
Bryan Cave LLP  
1290 Ave of the Americas  
New York, NY  10104  
FAX: 212-541-4630  

N. Thodore Zink Jr. Esq  
Chadbourne & Parke LLP  
30 Rockefeller Plaza  
New York, NY  10112  
FAX: 212-541-5369  

Alan  Kolod  
Christopher J. Caruso  
Kent C. Kolbig  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Ave  
New York, NY  10174  
FAX: 212-554-7700  

Mark I. Bane  
Anne H. Pak  
Ropes & Gray LLP  
1211 Ave of the Americas  
New York, NY  10036-8704  
FAX: 212-596-9090  

Ken Coleman Esq  
Lisa J.P. Kraidin. Esq  
Allen & Overy LLP  
1221 Ave of the Americas  
20th Floor  
New York, NY  10020  
FAX: 212-610-6399  

Carren B. Shulman Esq  
Kimberly K. Smith Esq  
Sheppard Mullin Richter & Hampton LLP  
30 Rockefeller Plaza  
24th Floor  
New York, NY  10112  
FAX: 212-653-8701  

Edmond P. O'Brien Esq  
Stempel Bennett Claman & Hochberg PC  
675 Third Ave  
31st Floor  
New York, NY  10017  
FAX: 212-681-4041  

Steven J.  Reisman Esq  
James V. Drew Esq  
Curtis Mallet-Prevost Colt  
   & Mosle LLP  
101 Park Ave  
New York, NY  10178-0061  
FAX: 212-697-1559  

Nicholas Vianna  
The Interpublic Group of Companies  
1114 Ave of the Americas  
19th Floor  
New York, NY  10036  
FAX: 212-704-2236  

Ernest S. Wechsler  
Kramer Levin Naftalis Frankel LLP  
1177 Ave of the Americas  
New York, NY  10036  
FAX: 212-715-8000  

Jeremy E. Crystal Esq  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019  
FAX: 212-728-8111  

Marc Abrams  
Brian E. O'Connor  
Sameer Advani  
Willkie Farr & Gallagher LLP  
787 7th Ave  
New York, NY  10019-6099  
FAX: 212-728-8111  

Susan P. Johnston Esq.  
Carter Ledyard & Milburn LLP  
2 Wall Street  
New York, NY  10005  
FAX: 212-732-3232  

Robert J. Rosenberg  
Michael J. Riela  
Zachary N. Goldstein  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  
FAX: 212-751-4864  

David S.  Allinson  
Thomas Malone  
Alexandra Croswell  
Latham & Watkins LLP  
885 Third Ave  
Ste 1000  
New York, NY  10022-4068  
FAX: 212-751-4864

Stephen J. Shimshak  
Marilyn Sobel  
Paul Weiss Rifkind Wharton & Garrison  
1285 Ave of the Americas  
New York, NY  10019-6064  
FAX: 212-757-3990  

Kristin S. Elliott  
Kelley Drye & Warren LLP  
101 Park Ave  
New York, NY  10178  
FAX: 212-808-7897  

Dennis F. Dunne Esq  
Thomas R. Kreller Esq  
Albert A. Pisa Esq  
Andrew M. Leblanc Esq  
Milbank Tweed Hadley & McCloy LLP  
One Chase Manhattan Plaza  
New York, NY  10005  
FAX: 212-822-5219  

Fred S. Hodara Esq  
Ryan C. Jacobs Esq  
David H. Botter Esq  
Akin Gump  
One Bryant Park  
New York, NY  10036  
FAX: 212-872-1002  

Kenneth E. Noble Esq  
Katten Muchin Rosenman LLP  
575 Madison Ave  
New York, NY  10022-2585  
FAX: 212-894-5653  

Jennifer Feldsher  
Bracewell & Guiliani LLP  
1251 Ave of the Americas  
New York, NY  10020  
FAX: 212-938-3837  

Albert Togut  
Neil Berger  
Togut Segal & Segal LLP  
One Penn Plaza  
New York, NY  10119  
FAX: 212-967-4258  

Thomas R. Kreller  
Milbank Tweed Hadley & McCloy LLP  
601 South Figueroa St  
Ste 3000  
Los Angeles, CA  90017  
FAX: 213-629-5063  

Mark H. Ralston  
Ciardi Ciardi & Astin  
2603 Oak Lawn Ave  
Ste 200  
Dallas, TX  75219  
FAX: 214-602-1250  

Judith W. Ross  
Baker Botts LLP  
2001 Ross Ave  
Dallas, TX  75201  
FAX: 214-661-4605  

Stephen C. Stapleton  
Cowles & Thompson PC  
901 Main St. Ste. 3900  
Dallas, TX  75202  
FAX: 214-672-2020  

Lynnette R. Warman  
Hunton & Williams  
1445 Ross Ave  
Ste 3700  
Dallas, TX  75202-2799  
FAX: 214-740-7181  

Carol E. Momjian Esq  
PA Senior Deputy Atty Gen  
21 S 12th Street  
3rd Floor  
Philadelphia, PA  19107-3603  
FAX: 215-560-2202  

Fred S. Kurtzman Esq  
Klehr Harrison  
1835 Market Street  
Ste 1400  
Philadelphia, PA  19103  
FAX: 215-568-6603  

David L. Pollack Esq  
Jeffrey Meyers Esq  
Ballard Spahr Andrews  
  & Ingersoll LLP  
51st Fl Mellon Bank Ctr  
1735 Market St  
Philadelphia, PA  19103  
FAX: 215-864-9473  
      215-864-8999  

Dana S. Plon Esq  
Sirlin Gallogly & Lesser  
123 S. Broad Street  
Ste 2100  
Philadelphia, PA  19109  
FAX: 215-864-9669

Alan S. Kopit Esq
Christopher W. Peer Esq
Hahn Loeser & Parks LLP
200 Public Square
Ste 2800
Cleveland, OH  44114
FAX: 216-241-2824

Susan R. Fuertes Esq
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX  77032
FAX: 281-985-6321

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5635

Secretary of State
Div of Corporations –
   Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE  19901
FAX: 302-739-5831

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Dr
Ste 400
Littleton, CO  80124
FAX: 303-566-1010

Dustin P. Branch Esq
Katten Muchin Rosenman LLP
2029 Century Park East
Ste 2600
Los Angeles, CA  90067-3012
FAX: 310-788-4471

Christopher J. Horvay Esq
Gould & Ratner LLP
222 N Lasalle St
Ste 800
Chicago, IL  60601
FAX: 312-236-3241

Aaron L. Hammer Esq
Devon J. Eggert Esq
Freeborn & Peters LLP
311 South Wacker Dr
Ste 3000
Chicago, IL  60606
FAX: 312-360-6995

Mary E. Olson
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-416-4886

Eric S. Prezant Esq
Bryan Cave LLP
161 N Clark St
Ste 4300
Chicago, IL  60601
FAX: 312-602-5050

Douglas J. Lipke
Robert f. Simon
Vedder Price P.C.
North LaSalle St Ste 2600
Chicago, IL  60601
FAX: 312-609-5005

Craig Reimer
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60604-1404
FAX: 312-706-9359

Jeffrey B. Rose
Tishler & Walk Ltd.
200 S. Wacker Drive
Ste 3000
Chicago, IL  60606
FAX: 312-876-3816

Cullen K. Kuhn Esq
Bryan Cave LLP
211 N Broadway
Ste 3600
St. Louis, MO  63102
FAX: 314-552-8869

John J. Rossi
1568 Woodcrest Drive
Wooster, OH  44691
FAX: 330-264-7737

David L. Uranga
Bell Microproducts Inc
201 Monroe St
Ste 300
Montgomery, AL  36104
FAX: 334-954-6106

Patricia Antonelli  
Lauren F. Verni  
Partridge Snow & Hahn LLP  
180 S. Main Street  
Providence, RI  02903  
FAX: 401-861-8210  

Jeffrey B. Ellman Esq  
Robbin S. Rahman Esq  
Jones Day  
1420 Peachtree St NE  
Ste 800  
Atlanta, GA  30309  
FAX: 404-581-8330  

Darryl S. Laddin Esq  
Frank N. White Esq  
Arnall Golden Gregory LLP  
171 17th St NW  
Ste 2100  
Atlanta, GA  30363-1031  
FAX: 404-873-8121  

Doug  Goin CFO  
APC Workforce Solutions LLC  
420 South Orange Ave  
6th Floor  
Orlando, FL  32801  
FAX: 407-770-6162  

Steve  Jackman Esq VP  
Flextronics  
847 Gibralter Drive  
Milpitas, CA  95035  
FAX: 408-956-6222  

Joyce A. Kuhns  
Saul Ewing LLP  
500 E. Pratt Street  
8th Floor  
Baltimore, MD  21202  
FAX: 410-332-8964  

Richard M. Kremen Esq  
Dale K. Cathell Esq  
DLA Piper LLP (US)  
6225 Smith Ave  
Baltimore, MD  21209  
FAX: 410-580-3001  

James E. Van Horn  
McGuireWoods LLP  
7 Saint Paul Street  
Ste 1000  
Baltimore, MD  21202-1671  
FAX: 410-659-4488  

Randall D. Crocker Esq  
VonBriesen & Roper S.C.  
411 E Wisconsin Ave  
Ste 700  
Milwaukee, WI  53202  
FAX: 414-238-6532  

Russell S. Long  
Davis & Kuelthau SC  
111 E. Kilbourn Ave. Ste. 1400  
Milwaukee, WI  53202-6613  
FAX: 414-278-3656  

Shawn M. Christianson Esq  
Buchalter Nemer  
55 Second Street  
17th Floor  
San Francisco, CA  94105-3493  
FAX: 415-227-0770  

Merle C. Meyers Esq  
Michele Thompson Esq  
Meyers Law Group P.C.  
44 Montgomery Street  
Ste 1010  
San Francisco, CA  94104  
FAX: 415-362-7515  

Louis J. Cisz III  
Nixon Peabody LLP  
One Embarcadero Center  
18th Floor  
San Francisco, CA  94111-3600  
FAX: 415-984-8300  

Elizabeth Weller Esq  
Linebarger Goggan Blair  
   & Sampson LLP  
2323 Bryan Street  
Ste 1600  
Dallas, TX  75201  
FAX: 469-221-5002  

James C. Waggoner Esq  
Davis Wright Tremaine LLP  
1300 SW 5th Ave  
Ste 2300  
Portland, OR  97201-5630  
FAX: 503-778-5299  

Soren E. Gisleson  
Herman Herman Katz & Cotlar  
820 O'Keefe Ave  
New Orelans, LA  70113  
FAX: 504-561-6024

Kell C. Mercer
Afton Sands-Puryear
Brown McCarroll LLP
111 Congress Ave
Ste 1400
Austin, TX  78701
FAX: 512-226-7324

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA  95962
FAX: 530-692-1499

Rachel S. Budke Esq
FPL Law Department
700 Universe Blvd
Juno Beach, FL  33408
FAX: 561-691-7103

Devin Lawton Palmer
Boylan Brown
145 Culver Road
Rochester, NY  14620-1678
FAX: 585-238-9012

Scott K. Brown Esq
Lewis and Roca LLP
40 North Central Ave
Ste 1900
Phoenix, AZ  85004
FAX: 602-734-3866

Michael R. Thompson
564 Old Candia Road
Candia, NH  03034
FAX: 603-587-0999
(notify before sending)

Janette M. Head
16 Gleneagle Drive
Bedford, NH  03110
FAX: 603-935-7571

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Complaince Unit
625 Cherry St Room 203
Reading, PA  19602-1184
FAX: 610-378-4459

Tiffany Strelow Cobb
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH  43215
FAX: 614-719-4663

Jennifer V. Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  02109
FAX: 617-345-9020

Frank F. McGinn Esq
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA  02110
FAX: 617-422-0383

James M. Wilton
Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA  02199-3600
FAX: 617-951-7050

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 S. Service Road
Ste 200
Melville, NY  11747
FAX: 631-367-1173

Amish R. Doshi
Magnozzi & Kye LLP
23 Green Street
Suite 302
Huntington, NY  11743
FAX: 631-923-2860

Rick A. Steinberg
Ciardi Ciardi & Astin
100 Church Street
8th Floor
New York, NY  10007
FAX: 646-688-4385

David W. Hansen Esq
525 University Ave
Ste 1100
Palo Alto, CA  94301
FAX: 650-470-4570

Lawrence M. Schwab Esq
Thomas M. Gaa Esq
Patrick M. Costello Esq
Bialson Bergen & Schwab
2600 El Camino Real
Ste 300
Palo Alto, CA  94306
FAX: 650-494-2738

David I. Swan Esq
Kenneth M. Misken Esq
McGuireWoods LLP
1750 Tysons Blvd
Ste 1800
McLean, VA  22102-4215
FAX: 703-712-5050

Shannon E. Hoff
Poyner Spruill LLP
301 S. College Street
Ste 2300
Charlotte, NC  28202
FAX: 704-342-5264

David M.  Schilli Esq
Ty E. Shaffer Esq
Robinson Bradshaw & Hinson P.A.
101 North Tryon Street
Ste 1900
Charlotte, NC  28246
FAX: 704-378-4000

J. Scott Douglass Esq
909 Fannin
Ste 1800
Houston, TX  77010
FAX: 713-227-7497

Brian W. Bisignani Esq
Post & Schell P.C.
17 N 2nd Street
12th Floor
Harrisburg, PA  17101-1601
FAX: 717-731-1985

Max Taylor Asst. City Atty.
Municipal Operations
201 W. Colfax Ave
Dept. 1207
Denver, CO  80202-5332
FAX: 720-913-3180

Stephen K. Dexter Esq
Lathrop & Gage LLP
US Bank Tower Ste 2400
950 Seventeenth St
Denver, CO  80202
FAX: 720-931-3201

Stephen C. Tingey Esq
Ray Quinney & Nebeker P.C.
36 South State Street
Ste 1400
Salt Lake City, UT  84145-0385
FAX: 801-532-7543

Kerry Wayne Logan
1207 High Hammock Drive
#102
Tampa, FL  33619-7609
FAX: 813-644-7793

Elizabeth  Banda Esq
Perdue Brandon Fielder
   Collins & Mott LLP
4025 Woodland Park Blvd
Ste 300
Arlington, TX  76013
FAX: 817-860-6509

Donald K. Ludman Esq
Brown & Connery LLP
6 North Broad Street
Ste 1000
Woodbury, NJ  08096
FAX: 856-853-9933

Attn: Chantel Pinnock
Travelers
1 Tower Square
5MN
Hartford, CT  06183-4044
FAX: 860-277-2158

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022
FAX: 866-741-2505

Mark G. Ledwin Esq
Wilson Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY  10604
FAX: 914-323-7001

Robert S. McWhorter Esq
Nossaman LLP
915 L Street
Ste 1000
Sacramento, CA  95814
FAX: 916-442-0382

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC  27530
FAX: 919-221-6910

Chris Finch Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC  27709
FAX: 919-541-8297

Debra L. Vega
818 Glenco Road
Durham, NC  27703
FAX: 919-598-1319

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ  27560
FAX: 919-651-0931

Ann Groninger Esq
Patterson Harkavy
225 E. Worthington Ave
Ste 200
Charlotte, NC  28203
FAX: 919-942-5256

R. S. Stahel
IBM Corp. Legal Dept
1503 LBJ Freeway
3rd Floor
Dallas, TX  75234
FAX: 972-561-6487

Robert E. Nies Esq
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ  07052
FAX: 973-530-2212

Vincent A. D'Agostino Esq
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068
FAX: 973-597-2400

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ  07068
FAX: 973-597-2400

David N. Crapo Esq
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310
FAX: 973-639-6244

Jeffrey A. Scharf
Taxing Authority Consulting
   Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294
Fax: 804-440-1171

Allison M. Dietz
Heather L. Donald
Michigan Dept of Attorney General
3030 W. Grand Blvd
Detroit, MI 48202
Fax: 313-456-0141

**VIA OVERNIGHT MAIL**

Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario  K1A 1K3
CANADA

Tim Steele
Power of Attorney for
   Wayne Schmidt
P.O. Box 374
Christopher Lake, SK  S0J 0N0
CANADA

Rahul Kumar
C-701 Neelachal Apt. Plot No 3
Sector 4, Dwarka
New Delhi,  110078
INDIA

Brad Lee Henry
11596 W. Sierra Dawn Boulevard
Lot 386
Surprise, AZ  85378

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA  19341

Ronald Rowland Esq
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD  21094

Off of Unemplmt Ins Contrib Div.
MD Department of Labor
   Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St
Room 401
Baltimore, MD  21201

Deborah B. Waldmeir Esq
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI  48202

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

Najam ud Dean
6 Augusta Drive
Milbury, MA 01527

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC 28079

Gerald R. Utpadel
4627 Greenmeadows Avenue
Torrance, CA 90505

Michael P. Alms
4944 Elm Island Circle
Waterford, WI 53185

William A. Reed
7810 Heaton Drive
Theodore, AL 36582-2362

Bertram Frederick
Thomas Fletcher
35 Broomhill Court
Clayton, NC 27527

Nancy Ann Wilson
7101 Chase Oaks Blvd.
Apt. #1637
Plano, TX 75025

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL 33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX 75093

Janetta Hames
649 Fossil Wood Drive
Saginaw, TX 76179

Mark R. Janis
193 Via Soderini
Aptos, CA 95003

Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX 75234

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA 30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY 12020

Scott David Howard
2050 Cabiao Road
Placerville, CA 95667

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

David Litz
316 N. Manus Drive
Dallas, TX 75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX 75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA 92345

Bruce Francis
5506 Lake Elton Road
Durham, NC 27713

Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC 27526

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC 27312

Robert Joseph Martel
200 Lighthouse Lane
Apartment B3
Cedar Point, NC 28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

James Lee
1310 Richmond Street
El Cerrito, CA 94530

John Mercer
121 Monastery Road
Pine City, NY  14871

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID  83301

Estelle Loggins
6707 Latta Street
Dallas, TX  75227

Scott Gennett
16 Wildwood Street
Lake Grove, NY  11755

Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX  78737

Claudia Vidmer
213 Orchard Lane
Glen Ellyn, IL  60137

Manuel Segura
215 Sheridan
Apt. #B-43
Perth Amboy, NJ  08861

Nanette Faison
981 Kittrell Road
Kitrell, NC  27544

William E. Johnson
2865 Horsemans Ridge Drive
Clayton, NC  27520

Carmel Turlington Totman
164 Berton Street
Boone, NC  28607

Roger G. Carlsen
390 E. Paseo Celestial
Sahuarita, AZ  85629

Kim M. Yates
207 Tomato Hill Road
Leesburg, FL  34748

Bruce Turner
8 Sunset Drive
Homer, NY  13077

Remajos Brown
2353 Sword Drive
Garland, TX  75044-6036

Lottie Edith Chambers
2716 Dalford Ct.
Raleigh, NC  27604

Jane Neumann
11730 Co Road 24
Watertown, MN  55388

Barbara Gallagher
410 West Acres Road
Whitesboro, TX  76273

John S. Elliott
6 Grouse Lane
Merrimack, NH  03054-2876

Pamela J. Powell
676 Brookview Drive
Chapel Hill, NC  27514

Wayne J. Schmidt
5346 S. Mohave Sage Drive
Gold Canyon, AZ  85118

Charles Sandner
1970 N. Leslie #3779
Pahrump, NV  89060

Betty Lewis
1301-H Leon Street
Durham, NC  27705

Steven E. Bennett
37052 Chestnut Street
Newark, CA  94560

Alan Heinbaugh
19816 Colby Court
Saratoga, CA  95070

Leona Purdum
2532 N. 4th Street #254
Flagstaff, AZ  86004

George I. Hovater Jr.
9009 Casals Street
Unit 1
Sacramento, CA  95826

Daniel D. David
2105 Possum Trot Road
Wake Forest, NC  27587

Bonnie J. Boyer
305 W. Juniper Avenue
Sterling, VA  20164-3724

Miriam L. Stewart
2615 Bailey's Crossroads Rd.
Benson, NC  27504

Leah McCaffrey
7139 Debbe Drive
Dallas, TX  75252

Terry D. Massengill
126 Keri Drive
Garner, NC  27529

Laurie Adams
217 Ridge Creek Drive
Morrisville, NC  27560

Olive Jane Stepp
470 Fairview Road
Asheville, NC  28803

Edward G. Guevarra Jr.
11007 Scripps Ranch Blvd
San Diego, CA  92131

Gary W. Garrett
4093 Hogan Drive Unit 4114
Tyler, TX  75709

Chae S. Roob
8584 Chanhassen Hills Dr. South
Chanhassen, MN  55317

Raymond Turner
1813 Eric Drive
Graham, NC  27253

Paul Douglas Wolfe
113 Red Drum Lane
Gloucester, NC  28528

Victoria Anstead
3894 Ridge Lea Road #A
Amherst, NY  14228

Sandra Aiken
3166 Tump Wilkins Road
Stern, NC  27581

Brenda L. Wread
3408A Water Vista Parkway
Lawrenceville, GA  30044

Barbara Dunston
261 McNair Drive
Henderson, NC  27537

Barbara Carr
145 Grecian Parkway
Rochester, NY  14626

Herbert Preston Stansbury
3193 US Highway 15
Stern, NC  27581

Crickett Grissom
2580 W. Porter Creek Avenue
Porterville, CA  93257

Janet Bass
1228 Moultrie Court
Raleigh, NC  27615

Vernon M. Long
4929 Kelso Lane
Garland, TX  75043

Shirley Maddry
2519 Riddle Road
Durham, NC  27703

Michael Stutts
1616 Hastings Bluff
McKinney, TX  75070

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA  95035

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC  27560

Emily D. Cullen
100 Telmew Court
Cary, NC  27518

James Craig
42 E. Cavalier Road
Scottsville, NY  14546

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA  30092

Danny Owenby
2136 Sapelo Court
Fernandina, FL  32034

Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA  18610

```
Deborah Faircloth
115 Winchester Lane
Rocky Point, NC  28457

Cynthia B. Richardson
5717 Cypress Drive
Rowlett, TX  75089

Gloria Benson
1824 Wilson Pike
Brentwood, TN  37027

Ellen Sue Brady
1630 Dry Road
Ashland City, TN  37015

Richard Hodges
913 Windemere Lane
Wake Forest, NC  27587

Wanda Jacobs
801 Dupree Street
Durham, NC  27701

L.A. County Treasurer &
   Tax Collector
P.O. Box 54110
Los Angeles, CA  90054-0110

Michael McWalters
P.O. Box 338
Alviso, CA  95002-0338

Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC  27592

Jerry Wadlow
P.O. Box 79
Wewoka, OK  74884

Thelma Watson
P.O. Box 971
Bath, SC  29816

Coface North America Insurance Co.
Attn: Managing Partner
50 Millstone Road
Bldg. 100
Suite 360
East Windsor, NJ  08520

Monarch Master Funding LTD
Attn: Managing Partner
535 Madison Ave.
New York, NY  10022


2662446
```