# Exhibit A

**NORTEL EXHIBIT A - TIME DETAILS PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/27/2012 | Weekly trade payable claims call with K. O'Neill of Cleary. | 0.50 | 420 | 210.00 |
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | Coley P. Brown | 11/29/2012 | Weekly employee claims call with J. Croft of Cleary. | 1.00 | 420 | 420.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/7/2012 | Updated monthly fee application exhibits. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/7/2012 | Updated monthly fee application documents and sent to Huron managing director for review. | 1.50 | 420 | 630.00 |
| 6 | Retention and Fee Applications | Coley P. Brown | 11/8/2012 | Updated the quarterly fee application documents and exhibits and provided to Huron managing director for review and signature. | 2.00 | 420 | 840.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/7/2012 | Nortel - review and sign-off on monthly fee application, re Oct. | 0.40 | 725 | 290.00 |
| 6 | Retention and Fee Applications | James Lukenda | 11/8/2012 | Nortel - review and finalize quarterly fee application. | 0.30 | 725 | 217.50 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/2/2012 | Reviewed employee claim communication documents and reconciled against analysis. | 2.00 | 420 | 840.00 |
| 16 | Unsecured Claim Analysis | Coley P. Brown | 11/2/2012 | Reconciled employee claim communication documents and followed up with M. Cilia of RLKS on outstanding requests. | 1.90 | 420 | 798.00 |
| 16 | Meeting/Teleconference w/ Bank Group, Counsel, or Ad | Coley P. Brown | 11/16/2012 | Reviewed employee claims analysis and updated accordingly. | 1.50 | 420 | 630.00 |
| 16 | Unsecured Claim Analysis | James Lukenda | 11/9/2012 | Nortel- file review and update correspondence. | 0.40 | 725 | 290.00 |