# Exhibit B

**NORTEL EXHIBIT B - EXPENSE DETAILS PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012**

| Date | Professional | Cost Type | Description | Amount |
|------|-------------|-----------|-------------|--------|
| | | | None | - |