IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Nortel Networks Inc., *et al.*,[1] | ) Case No. 09-10138 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 8999** |

**CERTIFICATE OF NO OBJECTION REGARDING
THE FOURTEENTH MONTHLY APPLICATION OF ELLIOTT GREENLEAF,
COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM
DISABILITY PARTICIPANTS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE
<u>PERIOD SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012</u>**

The undersigned counsel hereby certifies that, as of the date hereof:

1. She has received no answer, objection, or other responsive pleading to the Fourteenth Monthly Application of Elliott Greenleaf, Counsel to the Official Committee of Long Term Disability Participants, for Compensation and Reimbursement of Expenses for the Period September 1, 2012 through September 30, 2012 (the "Application") (Docket No. 8999) filed on November 23, 2012.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by December 13, 2012 (the "Objection Deadline"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors, along with the last four digits of each Debtors' federal tax identification number, are: Nortel Networks Inc (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc (0358), Northern Telecom International Inc (6286), Nortel Networks Cable Solutions Inc. (0657) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested allowance of fees in the amount of $176,915.00 and expenses in the amount of $12,037.11 pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested payment of fees in the amount of $141,532.00 and expenses in the amount of $12,037.11 pursuant to the Interim Compensation Order. As noted above, no objections were received to the full amount of Elliott Greenleaf's fees and expenses request.

Dated: December 18, 2012  
Wilmington, DE

**ELLIOTT GREENLEAF**

_(signature)_

Rafael X. Zahralddin-Aravena (DE No. 4166)  
Shelley A. Kinsella (DE No. 4023)  
1105 N. Market Street, Ste 1700  
Wilmington, DE 19801  
Telephone: (302) 384-9400  
Facsimile: (302) 384-9399  
Email: rxza@elliottgreenleaf.com  
Email: sak@elliottgreenleaf.com

*Counsel to the Official Committee of Long Term Disability Participants*

WLM: 24768 v1