UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 09-10138 (KG)
Nortel Networks Inc., *et al.*,[1] :
: Jointly Administered
Debtors. :
: **Related Docket No. 9004**
---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH QUARTERLY
FEE APPLICATION OF MCCARTER & ENGLISH, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF RETIREES FOR THE
PERIOD AUGUST 1, 2012 THROUGH OCTOBER 31, 2012**

I, William F. Taylor, Jr., of McCarter & English LLP, Delaware Counsel to The Official Committee of Retirees (the "Retiree Committee"), in the above-captioned case, hereby certify the following:

1. On November 26, 2012, the Retiree Committee filed the *Fifth Quarterly Fee Application of McCarter & English LLP, As Local Counsel for The Official Committee of Retirees For The Period August 1, 2012 Through October 31, 2012* [Docket No. 9004] (the "Application").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served by December 17, 2012 ("Objection Deadline"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to Rule 9013-1(j) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and General Chambers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

ME1 14566533v.1

Procedures § 2(a)(v), undersigned counsel files this Certificate of No Objection to the Application following two business days after the Objection Deadline.

3. The Application requested payment of twenty percent (20%) of the interim fee amount in the amount of $222,756.23 (20% of $1,113,781.15) pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(A) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Fees and Expenses for Professionals and Official Committee Members (the "Interim Compensation Order") (Docket No. 222). The Application also requested allowance of fees in the amount of $1,113,781.15 and expenses in the amount of $21,122.82 pursuant to the Interim Compensation Order. As noted above, no objections were received to the full amount of McCarter & English LLP's fee and expense request.

Dated: December 19, 2012
Wilmington, DE

**MCCARTER & ENGLISH, LLP**

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar I.D. #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
wtaylor@mccarter.com

-and-

Albert Togut, Esquire
Neil Berger, Esquire
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000
(212) 967-4258 Facsimile
neilberger@teamtogut.com

*Counsel to the Official Committee of Retirees*