IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
:
*In re*                                                       :    Chapter 11
:
Nortel Networks Inc., *et al.*,[1]          :    Case No. 09-10138 (KG)
:
              Debtors.           :    Jointly Administered
:
:
------------------------------------------------------- X    Re: D.I. 9155

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on December 19, 2012, a copy of the **Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: December 19, 2012
Wilmington, Delaware

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    James L. Bromley (admitted pro hac vice)
                    Lisa M. Schweitzer (admitted pro hac vice)
                    One Liberty Plaza
                    New York, NY 10006
                    Telephone: (212) 225-2000
                    Facsimile: (212) 225-3999

                    and

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Ann C. Cordo*
                    Derek C. Abbott (No. 3376)
                    Ann C. Cordo (No. 4817)
                    Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6657795.14