United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Nortel Networks, Inc. | } Chapter 11 |
| | } |
| | } |
| | } Case No. |
| | } 09-10138 |
| Debtor | } |

# NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for **Blatter, Kevin** (related Docket No. 9159) by Liquidity Solutions Inc is hereby withdrawn.

By:/s/ Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

3334726