**CERTIFICATE OF SERVICE**

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Twenty-Second Supplement to List of Ordinary Course Professionals** was caused to be made on December 20, 2012, in the manner indicated upon the individuals identified on the attached service list.

| | |
|---|---|
| Date: December 20, 2012<br>Wilmington, DE |      */s/ Ann C. Cordo*<br>Ann C. Cordo (No. 4817) |

4644651.12