## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 9, 2013 at 10:00 a.m. (ET)**<br>**Objection Deadline: January 2, 2013 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR LEAVE TO AMEND PROOF OF CLAIM

**PLEASE TAKE NOTICE** that, by this motion (the "Motion"), Law Debenture Trust Company of New York ("Law Debenture"), solely in its capacity as successor indenture trustee (as described more fully in the Motion), seeks entry of an order pursuant to Local Rule 9013-1(b), granting Law Debenture leave to amend its timely filed proof of claim.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel so as to be received on or before January 2, 2013 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on January 9, 2013 at 10:00 a.m. (ET) before the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), NNCC (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO FILE AN

OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE

WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE

MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         December 20, 2012

                         Respectfully submitted,

                         MORRIS JAMES LLP

                         By:  Stephen M. Miller (DE Bar No. 2610)
                              Courtney R. Hamilton (DE Bar No. 5432)
                         500 Delaware Avenue, Suite 1500
                         P.O. Box 2306
                         Wilmington, Delaware  19899-2306
                         Telephone:  (302) 888-6800
                         Facsimile:  (302) 571-1750

                         – and –

                         PATTERSON BELKNAP WEBB & TYLER LLP
                         Daniel A. Lowenthal
                         Brian P. Guiney
                         1133 Avenue of the Americas
                         New York, New York  10036-6710
                         Telephone:  (212) 336-2000
                         Facsimile:  (212) 336-2222

                         *Counsel for Law Debenture Trust Company of New York*

6035129/

2