**Exhibit C**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Re: D.I. _____ |

## ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, LEAVE TO AMEND PROOF OF CLAIM

Upon consideration of the Motion ("Motion") of Law Debenture Trust Company of New York ("Law Debenture"), solely in its capacity as successor indenture trustee (as described more fully in the Motion), for entry of an order granting Law Debenture leave to amend its timely filed proof of claim; and upon consideration of any and all objections and responses, if any, filed regarding the Motion, and it appearing that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and (iii) notice of the Motion and the hearing was sufficient under the circumstances; and upon the record herein; and after due deliberation, good and sufficient cause exists for the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

6035129/

2. Law Debenture may, but is not required to, amend the Original Claim[2] by filing the Amended Claim, which shall be substantially in the form attached to the Motion as Exhibit B.

3. Nothing contained in this Order shall constitute a finding or determination that the Original Claim as amended by the Amended Claim is an allowed claim. The rights of all parties as they exist under the Bankruptcy Code with respect to the Original Claim as amended by the Amended Claim are preserved.

4. Entry of this Order is without prejudice to the right of Law Debenture to seek leave to further amend the Original Claim or the Amended Claim.

5. This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: _____, 2013
Wilmington, Delaware

                                         THE HONORABLE KEVIN GROSS
                                         UNITED STATES BANKRUPTCY COURT JUDGE

---

[2] Initially capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

6035129/