IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nortel Networks Inc., et al., | Case No: 09-10138 (KG) |
| Debtors. | |

## AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE   :
: SS:
NEW CASTLE COUNTY   :

I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 20, 2012 I caused to be served:

**MOTION OF LAW DEBENTURE TRUST
COMPANY OF NEW YORK, IN ITS CAPACITY AS
INDENTURE TRUSTEE, FOR LEAVE TO AMEND PROOF OF CLAIM**

Service[1] was completed upon the following individuals listed below as indicated thereon. Additional parties, on the attached service list, were served via hand delivery for local counsel and first class mail, postage prepaid, for all other parties.

Date:   December 20, 2012

Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 20th day of December, 2012.

Notary

---

[1] The exhibits to the motion were only served on the Debtors' counsel, the United States Trustee, counsel to the Official Committee of Unsecured Creditors, counsel to the Official Committee of Retirees and counsel for the Official Committee of Long Term Disability Participants. Any party wishing to receive a copy of the exhibits may contact movant's counsel or obtain a copy from the Court's ECF system.

**VIA HAND DELIVERY**
Derek C. Abbot, Esq.
Eric D. Schwartz, Esq.
Ann C. Cordo, Esq.
Chad A. Flights, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. North Market Street
Wilmington, DE 19801
[Counsel for the Debtors]

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee of Unsecured Creditors]

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
[Counsel to the Official Committee of Retirees]

Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
[Counsel to the Official Committee of Long Term Disability Participants]

Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Place
New York, NY 10006
[Counsel for the Debtors]

Fred S. Hodara, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
[Counsel to the Official Committee of Unsecured Creditors]

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
[Counsel to the Official Committee of Retirees]

Christopher A. Ward Esq.
Justin K. Edelson Esq.
Polsinelli Shughart PC
222 Delaware Ave Ste 1101
Wilmington, DE 19801

Tobey M. Daluz Esq.
Leslie Heilman Esq.
David T. May
Ballard Spahr
919 Market St 11th Floor
Wilmington, DE 19801

David B. Stratton Esq.
Leigh-Anne M. Raport Esq.
Evelyn J. Meltzer Esq.
Pepper Hamilton LLP
1313 Market Street Ste 5100
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Victoria A. Guilfoyle, Esq.
Blank Rome LLP
1201 N. Market Street Ste. 8000
Wilmington, DE 19801

Michael D. DeBaecke Esq.
Blank Rome LLP
1201 Market Street Ste 800
Wilmington, DE 19801

Donna L. Harris, Esq.
Kevin M. Capuzzi, Esq.
Pinckney Harris & Weidinger LLC
1220 N. Market Street Ste 950
Wilmington, DE 19801

Mary F. Caloway Esq.
P.J. Duhig Esq.
Buchanan Ingersoll & Rooney
1105 N. Market Street Ste 1900
Wilmington, DE 19801-1228

Rebecca Smith
424 Southerland Street
Durham, NC 27703

Wanda Jacobs
801 Dupree Street
Durham, NC 27701

Kathleen A. Reese
200 Carnegie Drive
Milpitas, CA 95035

Steven K. Kortanek, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave Ste 1501
Wilmington, DE 19801

Kenneth Murray
P.O. Box 3043
McKeesport, PA 15134

Henry Jaffe Esq.
Pepper Hamilton LLP
1313 Market Street Ste 5100
Wilmington, DE 19801

Domenic Pacitti Esq.
Klehr Harrison
919 Market Street Ste 1000
Wilmington, DE 19801

William D. Sullivan Esq.
Sullivan Hazeltine Allinson LLC
4 E 8th Street Ste 400
Wilmington, DE 19801

Adam G. Landis Esq.
Kerri K. Mumford Esq.
J. Landon Ellis Esq.
Landis Rath & Cobb LLP
919 Market Street Ste 1800
Wilmington, DE 19801

James L. Patton, Esq.
Edwin J. Harron, Esq.
Young Conaway
1000 N. King Street
Wilmington, DE 19801

Ralph MacIver
116 Honeycomb Lane
Morrisville, NC 27560

US Attorney's Office
District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Sarah E. Pierce
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Michael Stutts
1616 Hastings Bluff
McKinney, TX 75070

Norman L. Pernick
Sanjay Bhatnagar
Cole Schotz Meisel Forman & Leonard
500 Delaware Ave Ste 1410
Wilmington, DE 19801

Kathleen M. Miller Esq.
Smith Katzenstein & Jenkins LLP
800 Delaware Ave 10th Floor
Wilmington, DE 19801

Ricardo Palacio Esq.
Ashby & Geddes P.A.
500 Delaware Ave
Wilmington, DE 19801

Maria Aprile Sawczuk Esq.
Stevens & Lee P.C.
1105 N Market St 7th Floor
Wilmington, DE 19801

Rachel B. Mersky Esq.
Monzack Mersky McLaughlin Browder
1201 N Orange St Ste 400
Wilmington, DE 19801

Jeffrey S. Wisler Esq.
Marc J. Phillips Esq.
Connolly Bove
The Nemours Building
1007 N Orange St
Wilmington, DE 19801

Bruce E. Jameson, Esq.
Prickett Jones & Elliott PA
1310 King Street Box 1328
Wilmington, DE 19899

Secretary of State
Div of Corporations-Franchise Tax
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901

Charles J. Brown III Esq.
Archer & Greiner PC
300 Delaware Ave Ste 1370
Wilmington, DE 19801

Duane D. Werb Esq.
Werb & Sullivan
300 Delaware Ave 13th Floor
Wilmington, DE 19801

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street 17th Floor
Wilmington, DE 19899-8705

William P. Bowden Esq.
Ashby & Geddes P.A.
500 Delaware Ave 8th Floor
Wilmington, DE 19801

Gregory A. Taylor Esq.
Benjamin W. Keenan Esq.
Ashby & Geddes P.A.
500 Delaware Ave 8th Floor
Wilmington, DE 19801

Nicholas Skiles Esq.
Swartz Campbell LLC
300 Delaware Ave Ste 1410
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Ave Ste 1600
Wilmington, DE 19801-1659

Charlene D. Davis Esq.
Daniel A. O'Brien Esq.
Justin R. Alberto
Bayard P.A
222 Delaware Ave Ste 900
Wilmington, DE 19801

Secretary of Treasury
John G. Townsend Bldg.
401 Federal St. Ste. 4
Dover, DE 19901

Christopher P. Simon, Esq.
Cross & Simon LLC
913 N. Market Street 11th Floor
Wilmington, DE 19801

Stuart M. Brown
Edwards Angell Palmer & Dodge
919 N. Market Street Ste 1500
Wilmington, DE 19801

Kurt F. Gwynne Esq.
J. Cory Falgowski Esq.
Reed Smith LLP
1201 N Market Street Ste 1500
Wilmington, DE 19801


Derek Austin
Export Development Canada
151 O'Connor Street
Ottowa, Ontario K1A 1K3 CANADA


Tony Reyes
Norton Rose
Royal Bank Plaza South Tower
200 Bay St. Ste. 3800
Toronto, Ontario M5J 2Z4
CANADA

Michael J. Wunder
R. Snayne Kukulowicz
Alex L. MacFarlane
Fraser Milner Casgrain LLP
77 King St West, Ste 400
Toronto, Ontario M5K 0A1
CANADA

Rahul Kumar
C-701 Neelachal
Apt. Plot No 3
Sector 4, Dwarka
New Delhi, 110078
INDIA

Stephen Gale
Herbert Smith Exchange House
Primrose Street
London, UK EC2A 2HS
ENGLAND


P.O. Box 875
Ben Franklin Station
Washington, DC 20044



Jan M. Geht Esq.
U.S. Dept of Justice Tax Div
P.O. Box 227
Washington, DC 20044



Robert Winter, Esq.
Paul Hastings Janofsky & Walker LLP
875 15th St N.W.
Washington, DC 20005



David Capozzi, Esq.
Acting General Counsel
Universal Service Administrative Co
2000 L St NW Ste 200
Washington, DC 20036


Shirley Maddry
2519 Riddle Road
Durham, NC 27703



Marie-Josee Dube
Bankruptcy Coordinator
IBM Corporation/IBM Credit LLC
1360 Rene-Levesque W.
Ste 400
Montreal, QC H3G 2W6
CANADA

Jennifer Stam
Derrick Tay
Gowling Lafleur Henderson
1 First Canadian Place
100 King St. West, Ste. 1600
Toronto, Ontario M5X 1G5
CANADA

Chris Armstrong
Goodmans LLP
Bay Adelaide Centre
333 Bay St. Ste 3400
Toronto, Ontario M5H 2S7
CANADA

Minoru Inayoshi
Gen Mgr of M&AHitachi Lt. Telecommunicatons & Network Systems
Division 216
Totsuka-cho
Totsuka-ku Yokohama-shi, 244-8567
JAPAN

Seth B. Shapiro Esq.
U.S. Dept of Justice Civil Div
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


Vicente Matias Murrell Esq.
Stephen D. Schreiber Esq.
Pension Benefit Guaranty Corp
1200 K St NW
Washington, DC 20005-4026


Ellen Sue Brady
1630 Dry Road
Ashland City, TN 37015



James H. Lister, Esq.
Birch Horton Bittner & Cherot
1155 Connecticut Ave NW Ste 1200
Washington, DC 20036


Edward C. Wetmore, Esq.
VP & Gen Counsel
Amphenol Corporation
358 Hall Ave
Wallingford, CT 06492

Joseph E. Shickich Jr. Esq.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192

Ramona Neal Esq.
HP Company
11307 Chinden Blvd MS 314
Boise, ID 83714

David G. Aelvoet Esq.
Linebarger Goggan Blair & Sampson LLP
Travis Bldg Ste 300711
Navarro San Antonio, TX 78205

Brian Trust, Esq.
Thomas M. Vitale , Esq.
Amit K. Trehan , Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Alistar Bambach
SEC NY Regional Office
Bankruptcy Division
3 World Financial Center Ste 400
New York, NY 10281-1022

Philip Mindlin, Esq.
Douglas K. Mayer, Esq.
Benjamin M. Roth, Esq.
Gregory E. Pessin, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd St
New York, NY 10019

Michael Luskin, Esq.
Derek J.T. Adler, Esq.
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

Raniero D'Aversa Jr. Esq.
Laura D. Metzger Esq.
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

Dennis Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

N. Thodore Zink Jr. Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Robert J. Keach
Paul McDonald
Daniel J. Murphy
Bernstein Shur Sawyer & Nelson
100 Middle Street
Box 9729
Portland, ME 04104-5029

Kaushik Patel
5665 Arapaho Road #1023
Dallas, TX 75248

Javier Schiffrin, Esq.
Kevin Malek, Esq.
Malek Schiffrin LLP
340 Madison Ave 19th Floor
New York, NY 10173-1922

David A. Rosenzweig Esq.
Fulbright & Jaworski LLP
666 5th Ave
New York, NY 10103-3198

Paul S. Payne
4911 Chatham Walk
Gainesville, GA 30504

Michael L. Schein Esq.
Vedder Price P.C.
1633 Broadway
47th Floor New York, NY 10019

Gloria Benson
1824 Wilson Pike
Brentwood, TN 37027

Ronald S. Beacher Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036

Michelle McMahon Esq.
Bryan Cave LLP
1290 Ave of the Americas
New York, NY 10104

Alan Kolod, Esq.
Christopher J. Caruso, Esq.
Kent C. Kolbig, Esq.
Moses & Singer LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174

Mark I. Bane, Esq.
Anne H. Pak, Esq.
Ropes & Gray LLP
1211 Ave of the Americas
New York, NY 10036-8704

Carren B. Shulman Esq.
Kimberly K. Smith Esq.
Sheppard Mullin
Richter & Hampton LLP
30 Rockefeller Plaza 24th Floor
New York, NY 10112

Steven J. Reisman Esq.
James V. Drew Esq.
Curtis Mallet-Prevost
Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

Ernest S. Wechsler, Esq.
Kramer Levin Naftalis Frankel LLP
1177 Ave of the Americas
New York, NY 10036

Marc Abrams, Esq.
Brian E. O'Connor, Esq.
Sameer Advani, Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019-6099

Robert J. Rosenberg, Esq.
Michael J. Riela, Esq.
Zachary N. Goldstein, Esq.
Latham & Watkins LLP
885 Third Ave Ste 1000
New York, NY 10022-4068

Stephen J. Shimshak, Esq.
Marilyn Sobel, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Ave of the Americas
New York, NY 10019-6064

Dennis F. Dunne Esq.
Thomas R. Kreller Esq.
Albert A. Pisa Esq.
Andrew M. Leblanc Esq.
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Kenneth E. Noble Esq.
Katten Muchin Rosenman LLP
575 Madison Ave
New York, NY 10022-2585

Janet Bass
1228 Moultrie Court
Raleigh, NC 27615

Ken Coleman Esq.
Lisa J.P. Kraidin. Esq.
Allen & Overy LLP
1221 Ave of the Americas 20th Floor
New York, NY 10020

Edmond P. O'Brien Esq.
Stempel Bennett Claman & Hochberg PC
675 Third Ave 31st Floor
New York, NY 10017

Nicholas Vianna
The Interpublic Group of Companies
1114 Ave of the Americas 19th Floor
New York, NY 10036

Jeremy E. Crystal Esq.
Willkie Farr & Gallagher LLP
787 7th Ave
New York, NY 10019

Susan P. Johnston Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

David S. Allinson, Esq.
Thomas Malone, Esq.
Alexandra Croswell, Esq.
Latham & Watkins LLP
885 Third Ave Ste 1000
New York, NY 10022-4068

Kristin S. Elliott, Esq.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Vernon M. Long
4929 Kelso Lane
Garland, TX 75043

Jennifer Feldsher, Esq.
Bracewell & Guiliani LLP
1251 Ave of the Americas
New York, NY 10020

Thomas R. Kreller, Esq.
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa St Ste 3000
Los Angeles, CA 90017

| | |
|---|---|
| Mark H. Ralston, Esq.<br>Ciardi Ciardi & Astin<br>2603 Oak Lawn Ave Ste 200<br>Dallas, TX 75219 | Judith W. Ross, Esq.<br>Baker Botts LLP<br>2001 Ross Ave Dallas, TX 75201 |
| Stephen C. Stapleton, Esq.<br>Cowles & Thompson PC<br>901 Main St. Ste. 3900<br>Dallas, TX 75202 | Lynnette R. Warman, Esq.<br>Hunton & Williams<br>1445 Ross Ave Ste 3700<br>Dallas, TX 75202-2799 |
| Carol E. Momjian Esq.<br>PA Senior Deputy Atty Gen<br>21 S 12th Street 3rd Floor<br>Philadelphia, PA 19107-3603 | Fred S. Kurtzman Esq.<br>Klehr Harrison<br>1835 Market Street Ste 1400<br>Philadelphia, PA 19103 |
| David L. Pollack Esq.<br>Jeffrey Meyers Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl Mellon Bank Ctr<br>1735 Market St<br>Philadelphia, PA 19103 | Dana S. Plon Esq.<br>Sirlin Gallogly & Lesser<br>123 S. Broad Street Ste 2100<br>Philadelphia, PA 19109 |
| Janet Fitzpatrick<br>Unisys Corporation<br>801 Lakeview Drive #100<br>Blue Bell, PA 19422 | P.O. Box 500<br>M/S E8-108<br>Blue Bell, PA 19424 |
| Alan S. Kopit Esq.<br>Christopher W. Peer Esq.<br>Hahn Loeser & Parks LLP<br>200 Public Square Ste 2800<br>Cleveland, OH 44114 | Centralized Insolvency Operation<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Cynthia B. Richardson<br>5717 Cypress Drive<br>Rowlett, TX 75089 | Susan R. Fuertes Esq.<br>Aldine Independent School District<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |
| Deborah Faircloth<br>115 Winchester Lane<br>Rocky Point, NC 28457 | Linda Boyle<br>w telecom inc.<br>10475 Park Meadows Dr Ste 400<br>Littleton, CO 80124 |
| Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East<br>Ste 2600<br>Los Angeles, CA 90067-3012 | Christopher J. Horvay Esq.<br>Gould & Ratner LLP<br>222 N Lasalle St Ste 800<br>Chicago, IL 60601 |
| Aaron L. Hammer Esq.<br>Devon J. Eggert Esq.<br>Freeborn & Peters LLP<br>311 South Wacker Dr Ste 3000<br>Chicago, IL 60606 | Mary E. Olson, Esq.<br>Wildman Harrold Allen & Dixon LLP<br>225 West Wacker Drive Ste 3000<br>Chicago, IL 60606 |

Eric S. Prezant Esq.
Bryan Cave LLP
161 N Clark Street Ste 4300
Chicago, IL 60601

Craig Reimer, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60604-1404

Cullen K. Kuhn Esq.
Bryan Cave LLP
211 N Broadway Ste 3600
St. Louis, MO 63102

David L. Uranga
Bell Microproducts Inc
201 Monroe Street Ste 300
Montgomery, AL 36104

Jeffrey B. Ellman Esq.
Robbin S. Rahman Esq.
Jones Day
1420 Peachtree St NE Ste 800
Atlanta, GA 30309

Doug Goin CFO
APC Workforce Solutions LLC
420 South Orange Ave
6th Floor
Orlando, FL 32801

Joyce A. Kuhns, Esq.
Saul Ewing LLP
500 E. Pratt Street 8th Floor
Baltimore, MD 21202

James E. Van Horn, Esq.
McGuire Woods LLP
7 Saint Paul Street Ste 1000
Baltimore, MD 21202-1671

Russell S. Long, Esq.
Davis & Kuelthau SC
111 E. Kilbourn Ave. Ste. 1400
Milwaukee, WI 53202-6613

Merle C. Meyers Esq.
Michele Thompson Esq.
Meyers Law Group P.C.
44 Montgomery Street Ste 1010
San Francisco, CA 94104

Douglas J. Lipke, Esq.
Robert F. Simon
Vedder Price P.C.
North LaSalle Street Suite 2600
Chicago, IL 60601

Jeffrey B. Rose, Esq.
Tishler & Walk Ltd.
200 S. Wacker Drive Ste 3000
Chicago, IL 60606

John J. Rossi
1568 Woodcrest Drive
Wooster, OH 44691

Patricia Antonelli, Esq.
Lauren F. Verni, Esq.
Partridge Snow & Hahn LLP
180 S. Main Street
Providence, RI 02903

Darryl S. Laddin Esq.
Frank N. White Esq.
Arnall Golden Gregory LLP
171 17th St NW Ste 2100
Atlanta, GA 30363-1031

Steve Jackman Esq., VP
Flextronics
847 Gibralter Drive
Milpitas, CA 95035

Richard M. Kremen Esq.
Dale K. Cathell Esq.
DLA Piper LLP (US)
6225 Smith Ave
Baltimore, MD 21209

Randall D. Crocker Esq.
VonBriesen & Roper S.C.
411 E Wisconsin Ave Ste 700
Milwaukee, WI 53202

Shawn M. Christianson Esq.
Buchalter Nemer
55 Second Street 17th Floor
San Francisco, CA 94105-3493

Louis J. Cisz III, Esq.
Nixon Peabody LLP
One Embarcadero Center 18th Floor
San Francisco, CA 94111-3600

Elizabeth Weller Esq.
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street Ste 1600
Dallas, TX 75201

Soren E. Gisleson, Esq.
Herman Herman Katz & Cotlar
820 O'Keefe Ave
New Orelans, LA 70113

Cynthia Ann Schmidt
PO Box 119
Oregon House, CA 95962

Sheryl L. Moreau Esq.
Missouri Dept of Revenue
Bankruptcy Division
P.O. Box 475
Jefferson City, MO 65105-0475

Devin Lawton, Esq.
Palmer Boylan Brown
145 Culver Road
Rochester, NY 14620-1678

Michael R. Thompson
564 Old Candia Road
Candia, NH 03034

Denise A. Mertz
UC Tax Agent/Bankr Rep
PA Department of Labor & Industry
Reading Bankr & Compliance Unit
625 Cherry St Room 203
Reading, PA 19602-1184

Laura L. McCloud Esq.
Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202

Jennifer V. Doran Esq.
Hinckley Allen & Snyder LLP
28 State St Boston, MA 02109

James M. Wilton, Esq.
Patricia I. Chen, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston St
Boston, MA 02199-3600

James C. Waggoner Esq.
Davis Wright, Esq.
Tremaine LLP
1300 SW 5th Ave Ste 2300
Portland, OR 97201-5630

Kell C. Mercer, Esq.
Afton Sands-Puryear, Esq.
Brown McCarroll LLP
111 Congress Ave Ste 1400
Austin, TX 78701

Rachel S. Budke Esq.
FPL Law Department
700 Universe Blvd
Juno Beach, FL 33408

Susan Ann Heisler
133 Anna Road, Box 194
Blakelee, PA 18610

Scott K. Brown Esq.
Lewis and Roca LLP
40 North Central Ave Ste 1900
Phoenix, AZ 85004

Janette M. Head
16 Gleneagle Drive
Bedford, NH 03110

Tiffany Strelow Cobb, Esq.
Vorys Sater Seymour and Pease
55 East Gay St
Columbus, OH 43215

Danny Owenby
2136 Sapelo Court
Fernandina, FL 32034

Frank F. McGinn Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street 9th Floor
Boston, MA 02110

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Robbins Geller Rudman & Dowd LLP
58 S. Service Road Ste 200
Melville, NY 11747

| | |
|---|---|
| Amish R. Doshi, Esq.<br>Magnozzi & Kye LLP<br>23 Green Street Suite 302<br>Huntington, NY 11743 | Rick A. Steinberg, Esq.<br>Ciardi Ciardi & Astin<br>100 Church Street 8th Floor<br>New York, NY 10007 |
| David W. Hansen Esq.<br>525 University Ave Ste 1100<br>Palo Alto, CA 94301 | Lawrence M. Schwab Esq.<br>Thomas M. Gaa Esq.<br>Patrick M. Costello Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real Ste 300<br>Palo Alto, CA 94306 |
| David I. Swan Esq.<br>Kenneth M. Misken Esq.<br>McGuireWoods LLP<br>1750 Tysons Blvd Ste 1800<br>McLean, VA 22102-4215 | Shannon E. Hoff<br>Poyner Spruill LLP<br>301 S. College Street Ste 2300<br>Charlotte, NC 28202 |
| David M. Schilli Esq.<br>Ty E. Shaffer Esq.<br>Robinson Bradshaw & Hinson P.A.<br>101 North Tryon Street Ste 1900<br>Charlotte, NC 28246 | Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 |
| J. Scott Douglass Esq.<br>909 Fannin Ste 1800<br>Houston, TX 77010 | John P. Dillman Esq.<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Brian W. Bisignani Esq.<br>Post & Schell P.C.<br>17 N 2nd Street 12th Floor<br>Harrisburg, PA 17101-1601 | Max Taylor Asst. City Atty.<br>Municipal Operations<br>201 W. Colfax Ave Dept. 1207<br>Denver, CO 80202-5332 |
| Stephen K. Dexter Esq.<br>Lathrop & Gage LLP<br>US Bank Tower Ste 2400<br>950 Seventeenth St<br>Denver, CO 80202 | Stephen C. Tingey Esq.<br>Ray Quinney & Nebeker P.C.<br>36 South State Street Ste 1400<br>Salt Lake City, UT 84145-0385 |
| Mark K. Ames<br>Tax Authority Consulting Services P.C.<br>P. O. Box 71476<br>Richmond, VA 23255 | Kerry Wayne Logan<br>1207 High Hammock Drive #102<br>Tampa, FL 33619-7609 |
| Elizabeth Banda Esq.<br>Perdue Brandon Fielder Collins & Mott LLP<br>4025 Woodland Park Blvd Ste 300<br>Arlington, TX 76013 | Donald K. Ludman Esq.<br>Brown & Connery LLP<br>6 North Broad Street Ste 1000<br>Woodbury, NJ 08096 |
| Attn: Chantel Pinnock<br>Travelers<br>1 Tower Square 5MN<br>Hartford, CT 06183-4044 | Andrew Herenstein<br>Monarch Alternative Capital LP<br>535 Madison Ave<br>New York, NY 10022 |

Mark G. Ledwin Esq.
Wilson Elser
Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604

Lois Diane Uphold
201 Camden Park Drive
Goldsboro, NC 27530

Reid T. Mullett
4224 Thamesgate Close
Norcross, GA 30092

Emily D. Cullen
100 Telmew Court
Cary, NC 27518

Wendy Boswell Mann
2114 Claret Lane
Morrisville, NJ 27560

Ann Groninger Esq.
Patterson Harkavy
225 E. Worthington Ave Ste 200
Charlotte, NC 28203

Robert E. Nies Esq.
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive West
Orange, NJ 07052

Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

L.A. County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Miss Deborah M.M. Jones
P.O. Box 458
Willow Spring, NC 27592

Robert S. McWhorter Esq.
Nossaman LLP
915 L Street Ste
1000 Sacramento, CA 95814

Chris Finch
Credit Manager
Sumitomo Electric
78 Alexander Drive
PO Box 13445
Triangle Park, NC 27709

James Craig
42 E. Cavalier Road
Scottsville, NY 14546

Debra L. Vega
818 Glenco Road
Durham, NC 27703

Amos U. Priester IV Esq.
Anna B. Osterhout Esq.
Smith Anderson Blount Dorsett
P.O. Box 2611
Raleigh, NC 27602-2611

R. S. Stahel
IBM Corp.
Legal Dept
1503 LBJ Freeway 3rd Floor
Dallas, TX 75234

Vincent A. D'Agostino Esq.
Lowenstein Sandler PC
65 Livingston Ave
Roseland, NJ 07068

David N. Crapo Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Michael McWalters
P.O. Box 338
Alviso, CA 95002-0338

Tim Steele
Power of Attorney for Wayne Schmidt
P.O. Box 374
Christopher Lake, SK S0J 0N0
Canada

Jerry Wadlow
P.O. Box 79
Wewoka, OK 74884

Thelma Watson
P.O. Box 971
Bath, SC 29816

Brad Lee Henry
11596 W. Sierra Dawn Boulevard Lot 386
Surprise, AZ 85378

Ernie Holling President
The InTech Group Inc.
305 Exton Commons
Exton, PA 19341

Ronald Rowland Esq.
EMC Corporation
c/o Receivable Management Servs
307 International Circle Ste 270
Hunt Valley, MD 21094

Off of Unemplmt Ins Contrib Div.
MD Department of Labor Licensing & Reg.
Litigation Prosecution Unit
1100 N. Eutaw St Room 401
Baltimore, MD 21201

Deborah B. Waldmeir Esq.
State of MI Dept of Treasury
Cadillac Place Ste 10-200
3030 W Grand Blvd.
Detroit, MI 48202

Attn: Nathan Fuchs
SEC NY Regional Office
233 Broadway
New York, NY 10279

Securities & Exchange Commission
100 F St NE
Washington, DC 20549

Najam ud Dean
6 Augusta Drive
Milbury, MA 01527

Mark A. Phillips
6117 Trevor Simpson Drive
Lake Park, NC 28079

Gerald R. Utpade
14627 Greenmeadows Avenue
Torrance, CA 90505

Michael P. Alms
4944 Elm Island Circle
Waterford, WI 53185

William A. Reed
7810 Heaton Drive
Theodore, AL 36582-2362

Bertram Frederick
Thomas Fletcher
35 Broomhill Court
Clayton, NC 27527

Nancy Ann Wilson
7101 Chase Oaks Blvd. Apt. #1637
Plano, TX 75025

Carol F. Raymond
7962 S.W. 185 Street
Miami, FL 33157-7487

Richard Lynn Engleman
1505 Nevada Drive
Plano, TX 75093

Janetta Hames
649 Fossil Wood Drive
Saginaw, TX 76179

Mark R. Janis
193 Via Soderini
Aptos, CA 95003

Jeffrey Borron
13851 Tanglewood
Farmers Branch, TX 75234

Brenda L. Rohrbaugh
2493 Alston Drive
Marietta, GA 30062

Ronald J. Rose Jr.
26 Pheasant Run
Ballston Spa, NY 12020

Scott David Howard
2050 Cabiao Road
Placerville, CA 95667

James Hunt
8903 Handel Loop
Land O Lakes, FL 34637

David Litz
316 N. Manus Drive
Dallas, TX 75224

Robert Dale Dover
2509 Quail Ridge Road
Melissa, TX 75454

Chad Soraino
8974 Hickory Ave.
Hesperia, CA 92345

Bruce Francis
5506 Lake Elton Road
Durham, NC 27713

Michael D. Rexroad
5244 Linwick Drive
Fuquay Varina, NC 27526

Caroline Underwood
2101 Emerson Cook Road
Pittsboro, NC 27312

Robert Joseph Martel
200 Lighthouse Lane Apartment B3
Cedar Point, NC 28584

Marilyn Green
1106 Boston Hollow Road
Ashland City, TN 37015

Marilyn Day
2020 Fox Glen Drive
Allen, TX 75013

James Lee
1310 Richmond Street
El Cerrito, CA 94530

John Mercer
121 Monastery Road
Pine City, NY 14871

Freddie Wormsbaker
327 Locust Street
Twin Falls, ID 83301

Estelle Loggins
6707 Latta Street
Dallas, TX 75227

Scott Gennett
16 Wildwood Street
Lake Grove, NY 11755

Lynette Kay Seymour
16711 Rivendell Lane
Austin, TX 78737

Claudia Vidmer  
213 Orchard Lane  
Glen Ellyn, IL 60137

Manuel Segura  
215 Sheridan Apt. #B-43  
Perth Amboy, NJ 08861

Nanette Faison  
981 Kittrell Road  
Kitrell, NC 27544

William E. Johnson  
2865 Horsemans Ridge Drive  
Clayton, NC 27520

Carmel Turlington Totman  
164 Berton Street  
Boone, NC 28607

Roger G. Carlsen  
390 E. Paseo Celestial  
Sahuarita, AZ 85629

Kim M. Yates  
207 Tomato Hill Road  
Leesburg, FL 34748

Bruce Turner  
8 Sunset Drive  
Homer, NY 13077

Remajos Brown  
2353 Sword Drive  
Garland, TX 75044-6036

Lottie Edith Chambers  
2716 Dalford Ct.  
Raleigh, NC 27604

Jane Neumann  
11730 Co Road 24  
Watertown, MN 55388

Barbara Gallagher  
410 West Acres Road  
Whitesboro, TX 76273

John S. Elliott  
6 Grouse Lane  
Merrimack, NH 03054-2876

Pamela J. Powell  
676 Brookview Drive  
Chapel Hill, NC 27514

Wayne J. Schmidt  
5346 S. Mohave Sage Drive  
Gold Canyon, AZ 85118

Charles Sandner  
1970 N. Leslie #3779  
Pahrump, NV 89060

Betty Lewis  
1301-H Leon Street  
Durham, NC 27705

Steven E. Bennett  
37052 Chestnut Street  
Newark, CA 94560

Alan Heinbaugh  
19816 Colby Court  
Saratoga, CA 95070

Leona Purdum  
2532 N. 4th Street #254  
Flagstaff, AZ 86004

| | |
|---|---|
| George I. Hovater Jr.<br>9009 Casals Street Unit 1<br>Sacramento, CA 95826 | Daniel D. David<br>2105 Possum Trot Road<br>Wake Forest, NC 27587 |
| Bonnie J. Boyer<br>305 W. Juniper Avenue<br>Sterling, VA 20164-3724 | Miriam L. Stewart<br>2615 Bailey's Crossroads Rd.<br>Benson, NC 27504 |
| Leah McCaffrey<br>7139 Debbe Drive<br>Dallas, TX 75252 | Terry D. Massengill<br>126 Keri Drive<br>Garner, NC 27529 |
| Laurie Adams<br>217 Ridge Creek Drive<br>Morrisville, NC 27560 | Olive Jane Stepp<br>470 Fairview Road<br>Asheville, NC 28803 |
| Edward G. Guevarra Jr.<br>11007 Scripps Ranch Blvd<br>San Diego, CA 92131 | Gary W. Garrett<br>4093 Hogan Drive Unit 4114<br>Tyler, TX 75709 |
| Chae S. Roob<br>8584 Chanhassen Hills Dr.<br>South Chanhassen, MN 55317 | Raymond Turner<br>1813 Eric Drive<br>Graham, NC 27253 |
| Paul Douglas Wolfe<br>113 Red Drum Lane<br>Gloucester, NC 28528 | Victoria Anstead<br>3894 Ridge Lea Road #A<br>Amherst, NY 14228 |
| Sandra Aiken<br>3166 Tump Wilkins Road<br>Stern, NC 27581 | Brenda L. Wread<br>3408A Water Vista Parkway<br>Lawrenceville, GA 30044 |
| Barbara Dunston<br>261 McNair Drive<br>Henderson, NC 27537 | Barbara Carr<br>145 Grecian Parkway<br>Rochester, NY 14626 |
| Herbert Preston Stansbury<br>3193 US Highway 15<br>Stern, NC 27581 | Crickett Grissom<br>2580 W. Porter Creek Avenue<br>Porterville, CA 93257 |