# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through November 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 3.4 | $1,451.50 |
| Creditor Communications and Meetings | .4 | 182.00 |
| Fee Applications (MNAT- Filing) | 6.8 | 2,061.50 |
| Fee Applications (Others – Filing) | 35.3 | 10,530.00 |
| Executory Contracts/Unexpired Leases | .4 | 182.00 |
| Other Contested Matters | 1.8 | 733.00 |
| Employee Matters | 55.9 | 25,395.50 |
| Court Hearings | 32.7 | 10,969.00 |
| Claims Objections and Administration | 8.2 | 3,052.50 |
| Litigation/Adversary Proceedings | 18.5 | 6,795.00 |
| Professional Retention (Others – Filing) | 5.1 | 2,016.50 |
| Schedules/SOFA/U.S. Trustee Reports | 2.2 | 651.00 |
| **TOTAL** | **170.7** | **$64,019.50** |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA 319903 AS OF 12/30/12

INVOICE# ******

## TIME ENTRIES

| INDEX | ID | LAST NAME | DATE | STAT | TASK | BILLED HOURS | BILLED AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | Case Administration | | | | | | |
| 2884437 | 322 | Abbott | 11/05/12 | B | B110 | 0.10 | 60.00 | Telephone call w/ Cordo re: Wednesday status conference |
| 2886340 | 684 | Maddox | 11/08/12 | B | B110 | 0.10 | 23.00 | File AOS re: amended scheduling order |
| 2881563 | 904 | Cordo | 11/01/12 | B | B110 | 0.10 | 45.50 | Emails with M. Maddox re: nortel service |
| 2883686 | 904 | Cordo | 11/02/12 | B | B110 | 0.30 | 136.50 | Multiple emails with T. Conklin re: service (.2); call with RLF re: same (.1) |
| 2884468 | 904 | Cordo | 11/05/12 | B | B110 | 0.10 | 45.50 | Review weekly case calendar E-mail from J. Uziel |
| 2886743 | 904 | Cordo | 11/08/12 | B | B110 | 0.10 | 45.50 | Review revised AOS and email M. Maddox re: same |
| 2886744 | 904 | Cordo | 11/08/12 | B | B110 | 0.10 | 45.50 | Review message from A. Mainoo re: service |
| 2886749 | 904 | Cordo | 11/08/12 | B | B110 | 0.60 | 273.00 | Additional calls with Cleary re: service (.3); further research re: same (.2); call with M. Fleming re: same (.1) |
| 2886747 | 904 | Cordo | 11/08/12 | B | B110 | 0.10 | 45.50 | Discussion with D. Abbott re: case status |
| 2887649 | 904 | Cordo | 11/09/12 | B | B110 | 0.30 | 136.50 | Call with M. Fleming and J. Uziel re: service (.1); attn: to same (.2) |
| 2888508 | 904 | Cordo | 11/12/12 | B | B110 | 0.10 | 45.50 | Review case calendar from J. Uziel |
| 2888511 | 904 | Cordo | 11/12/12 | B | B110 | 0.10 | 45.50 | Review E-mail from M. Maddox re: NOS; respond re: same |
| 2889464 | 904 | Cordo | 11/13/12 | B | B110 | 0.10 | 45.50 | Review emails from B. Springart and T. Conklin re: 2002 list |
| 2893783 | 904 | Cordo | 11/19/12 | B | B110 | 0.10 | 45.50 | Review weekly case calendar from J. Uziel |
| 2897420 | 904 | Cordo | 11/26/12 | B | B110 | 0.10 | 45.50 | Review e-mail from K. Murrary re: affidavit of service; e-mail M. Maddox re: same |
| 2897421 | 904 | Cordo | 11/26/12 | B | B110 | 0.10 | 45.50 | Review e-mail from J. Uziel re: NNI case calendar |
| 2897425 | 904 | Cordo | 11/26/12 | B | B110 | 0.10 | 45.50 | Emails with J. Kim and D. Abbott re: Nortel call |
| 2897429 | 904 | Cordo | 11/26/12 | B | B110 | 0.10 | 45.50 | Review emails from N. Forrest and R. Zahralddin re: meet and confer |
| 2899225 | 904 | Cordo | 11/28/12 | B | B110 | 0.10 | 45.50 | Review e-mail from B. Springart re: updated 2002 list |
| 2901036 | 904 | Cordo | 11/30/12 | B | B110 | 0.10 | 45.50 | Call with C. Samis re: case question |
| 2887665 | 971 | Minott | 11/09/12 | B | B110 | 0.10 | 28.00 | Email to C. O'Neill re conflicts correspondence |
| 2888498 | 971 | Minott | 11/12/12 | B | B110 | 0.10 | 28.00 | Review weekly case calendar from J. Uziel |
| 2893859 | 971 | Minott | 11/19/12 | B | B110 | 0.10 | 28.00 | Review weekly case calendar from J. Uziel |
| 2896230 | 971 | Minott | 11/21/12 | B | B110 | 0.10 | 28.00 | Emails from A. Cordo and epiq re service |
| 2897903 | 971 | Minott | 11/26/12 | B | B110 | 0.10 | 28.00 | Review weekly case calendar from J. Uziel |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51  
PROFORMA 314493    AS OF 11/30/12    INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Task: | B110 | 3.40 | 1,451.50 | |
| | | Creditor Communications and Meetings | | | | | | |
| 2886193 | 904 | Cordo | 11/07/12 | B | B150 | 0.20 | 91.00 | Call with creditor re: question about claims |
| 2886190 | 904 | Cordo | 11/07/12 | B | B150 | 0.10 | 45.50 | Review message from creditor; return call re: same |
| 2901037 | 904 | Cordo | 11/30/12 | B | B150 | 0.10 | 45.50 | Review message from C. Samis re: Nortel; return call re: same |
| | | | | Total Task: | B150 | 0.40 | 182.00 | |
| | | Fee Applications (MNAT - Filing) | | | | | | |
| 2883107 | 684 | Maddox | 11/02/12 | B | B160 | 0.10 | 23.00 | File CNO re: MNAT fee app |
| 2881864 | 684 | Maddox | 11/02/12 | B | B160 | 0.10 | 23.00 | Draft CNO re: MNAT Aug fee app |
| 2886621 | 684 | Maddox | 11/08/12 | B | B160 | 0.50 | 115.00 | Review Oct. MNAT pro forma |
| 2887411 | 684 | Maddox | 11/09/12 | B | B160 | 0.10 | 23.00 | Emails with A. Cordo and Accounting re: wire for August |
| 2886920 | 684 | Maddox | 11/09/12 | B | B160 | 0.50 | 115.00 | Review pro forma |
| 2889142 | 684 | Maddox | 11/13/12 | B | B160 | 0.10 | 23.00 | Draft CNO re: MNAT Sept app |
| 2890618 | 684 | Maddox | 11/15/12 | B | B160 | 0.10 | 23.00 | File CNO re: MNAT Sept fee app |
| 2894290 | 684 | Maddox | 11/20/12 | B | B160 | 0.20 | 46.00 | Draft cos and notice re: Oct fee app of MNAT |
| 2894311 | 684 | Maddox | 11/20/12 | B | B160 | 0.40 | 92.00 | Draft MNAT Oct fee app |
| 2894480 | 684 | Maddox | 11/20/12 | B | B160 | 0.10 | 23.00 | File MNAT Oct app |
| 2894158 | 684 | Maddox | 11/20/12 | B | B160 | 1.00 | 230.00 | Revise Oct. pro forma |
| 2896141 | 684 | Maddox | 11/21/12 | B | B160 | 0.20 | 46.00 | File and serve MNAT quarterly application |
| 2895095 | 684 | Maddox | 11/21/12 | B | B160 | 0.10 | 23.00 | Draft COS re: quarterly MNAT app |
| 2895186 | 684 | Maddox | 11/21/12 | B | B160 | 0.70 | 161.00 | Draft MNAT 15th quarterly fee application |
| 2883688 | 904 | Cordo | 11/02/12 | B | B160 | 0.10 | 45.50 | Review MNAT CNO; e-mail M. Maddox re: same |
| 2890218 | 904 | Cordo | 11/14/12 | B | B160 | 0.30 | 136.50 | Review and revise Oct pro forma |
| 2890860 | 904 | Cordo | 11/15/12 | B | B160 | 0.10 | 45.50 | Review MNAT CNO and e-mail M. Maddox re:s same |
| 2890861 | 904 | Cordo | 11/15/12 | B | B160 | 1.10 | 500.50 | Review and review MNAT Oct pro forma |
| 2894727 | 904 | Cordo | 11/20/12 | B | B160 | 0.10 | 45.50 | Review e-mail from M. Maddox re: fee app; respond re: same |
| 2894732 | 904 | Cordo | 11/20/12 | B | B160 | 0.20 | 91.00 | Review and finalize MNAT october Fee app for filing |
| 2897241 | 904 | Cordo | 11/21/12 | B | B160 | 0.20 | 91.00 | Emails with T. Minott re: quarterly fee app |
| 2896211 | 971 | Minott | 11/21/12 | B | B160 | 0.10 | 28.00 | Email from A. Cordo re MNAT fifteenth quarterly fee application |
| 2896238 | 971 | Minott | 11/21/12 | B | B160 | 0.20 | 56.00 | Review and revise MNAT 15th quarterly fee application |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PROFORMA 311493  AS OF 11/30/12  
INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2896201 | 971 | Minott | 11/21/12 | B | B160 | 0.10 | 28.00 | Email to M. Maddox re MNAT 15th quarterly fee app and COS |
| 2896202 | 971 | Minott | 11/21/12 | B | B160 | 0.10 | 28.00 | Review COS re MNAT 15th quarterly fee application |
| | | | Total Task: | B160 | | 6.80 | 2,061.50 | |

Fee Applications (Others - Filing)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2900713 | 203 | Culver | 11/20/12 | B | B165 | 0.30 | 180.00 | Review/revise proforma |
| 2884279 | 546 | Fusco | 11/05/12 | B | B165 | 0.10 | 23.00 | Draft notice & cos re RLKS 28th fee app |
| 2884288 | 546 | Fusco | 11/05/12 | B | B165 | 0.20 | 46.00 | Efile RLKS October fee app |
| 2884289 | 546 | Fusco | 11/05/12 | B | B165 | 0.60 | 138.00 | Prep service of RLKS Oct fee app |
| 2900040 | 594 | Conway | 11/29/12 | B | B165 | 0.10 | 23.00 | Prep for efiling and efile cno re Huron Oct fee app |
| 2899898 | 594 | Conway | 11/29/12 | B | B165 | 0.10 | 23.00 | Discuss drafting cno approving John Ray's 34th fee app w/M. Maddox |
| 2885421 | 605 | Naimoli | 11/06/12 | B | B165 | 0.60 | 81.00 | Review email from A. Cordo (.2); Prepare, efile & serve Forty-Fifth Interim Application of Cleary Gottlieb Steen & Hamilton LLP for the Period September 1, 2012 through September 30, 2012 (.4) |
| 2886782 | 605 | Naimoli | 11/08/12 | B | B165 | 0.30 | 40.50 | Review email from A. Cordo (.1); Prepare, efile & serve Fifteenth Quarterly Fee Application Request of Huron Consulting Group for the Period August 1, 2012 through October 31, 2012 (.2) |
| 2896454 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Nineteenth Monthly Fee Application of Torys LLP for the Period October 1, 2012 through October 31, 2012 (.3) |
| 2896455 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Forty-Fourth Interim Fee Application of Crowell & Moring for the Period August 1, 2012 through August 31, 2012 (.3) |
| 2896456 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Forty-Fifth Interim Fee Application of Crowell & Moring LLP for the Period September 1, 2012 through September 30, 2012 (.3) |
| 2896457 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Forty-Sixth Interim Fee Application of Crowell & Moring LLP for the Period October 1, 2012 through October 31, 2012 (.3) |
| 2896458 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Fifteenth Quarterly Fee Application Request of Crowell & Moring LLP for the Period August 1, 2012 through October 31, 2012 (.3) |
| 2896459 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Thirty-Eighth Interim Fee Application of Jackson Lewis LLP for the Period August 1, 2012 through October 31, 2012 (.3) |
| 2896460 | 605 | Naimoli | 11/20/12 | B | B165 | 0.40 | 54.00 | Review email from A. Cordo (.1); Prepare, efile & serve Nineteenth Interim Fee Application of Ernst & Young for the Period August 1, 2012 through October 31, 2012 (.3) |
| 2881157 | 684 | Maddox | 11/01/12 | B | B165 | 0.20 | 46.00 | Emails with C. Brown re: Huron's CNO (.1); draft CNO re: Huron Sept app (.1) |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA   311493                    AS OF 11/30/12                     INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2882710 | 684 | Maddox | 11/02/12 | B | B165 | 0.10 | 23.00 | File Huron CNO |
| 2882756 | 684 | Maddox | 11/02/12 | B | B165 | 0.10 | 23.00 | Emails with A. Cordo re: Torys fee app |
| 2882778 | 684 | Maddox | 11/02/12 | B | B165 | 0.30 | 69.00 | File and serve Torys Sept app |
| 2885066 | 684 | Maddox | 11/06/12 | B | B165 | 0.40 | 92.00 | Serve Jefferies final fee order (.1); emails with A. Cordo and B. Witters re: same (.1); draft NOS re: same (.1); file NOS re: same (.1) |
| 2885806 | 684 | Maddox | 11/07/12 | B | B165 | 0.20 | 46.00 | Draft notice and COS re: Huron Oct. fee app |
| 2885811 | 684 | Maddox | 11/07/12 | B | B165 | 0.10 | 23.00 | File CNO re: Torys fee app |
| 2885929 | 684 | Maddox | 11/07/12 | B | B165 | 0.40 | 92.00 | Emails with C. Brown re: fee app (.1); file and serve Huron fee app (.3) |
| 2885500 | 684 | Maddox | 11/07/12 | B | B165 | 0.20 | 46.00 | Emails with Torys and A. Cordo re: Aug CNO (.1); draft Aug. CNO re: Torys fees (.1) |
| 2886579 | 684 | Maddox | 11/08/12 | B | B165 | 0.30 | 69.00 | Draft notice and COS re: John Ray Oct. fee app |
| 2886611 | 684 | Maddox | 11/08/12 | B | B165 | 0.10 | 23.00 | Draft COS re Huron quarterly app |
| 2887026 | 684 | Maddox | 11/09/12 | B | B165 | 1.50 | 345.00 | Retrieve fee applications of professionals for quarterly fee hearing binder |
| 2889144 | 684 | Maddox | 11/13/12 | B | B165 | 0.20 | 46.00 | Draft CNO Re: RLKS Sept app (.1); draft CNO re: RLKS Aug app (.1) |
| 2890620 | 684 | Maddox | 11/15/12 | B | B165 | 0.20 | 46.00 | File CNO re: RLKS Aug fee app (.1); file CNO re: RLKS Sept fee app (.1) |
| 2890309 | 684 | Maddox | 11/15/12 | B | B165 | 0.10 | 23.00 | Emails with A. Cordo re: fee apps |
| 2892774 | 684 | Maddox | 11/19/12 | B | B165 | 0.90 | 207.00 | Prepare fee exhibit A |
| 2893161 | 684 | Maddox | 11/19/12 | B | B165 | 0.10 | 23.00 | Emails with A. Cordo re: Fee applications |
| 2893222 | 684 | Maddox | 11/19/12 | B | B165 | 0.20 | 46.00 | Draft notice and COS re: Chilmark Oct app |
| 2893257 | 684 | Maddox | 11/19/12 | B | B165 | 0.20 | 46.00 | File and serve Chilmark Oct application |
| 2894526 | 684 | Maddox | 11/20/12 | B | B165 | 0.20 | 46.00 | File Cleary fee app for Oct |
| 2894000 | 684 | Maddox | 11/20/12 | B | B165 | 0.20 | 46.00 | Revise fee exhibit A |
| 2894179 | 684 | Maddox | 11/20/12 | B | B165 | 0.30 | 69.00 | Draft COS re: Punter quarterly app (.1); draft notice and COS re: Punter monthly app (.2) |
| 2894197 | 684 | Maddox | 11/20/12 | B | B165 | 0.10 | 23.00 | Draft COS re: John Ray quarterly app |
| 2894358 | 684 | Maddox | 11/20/12 | B | B165 | 0.30 | 69.00 | File and serve Punter's fee app (.2); file and serve Punters quarterly app (.1) |
| 2894359 | 684 | Maddox | 11/20/12 | B | B165 | 0.10 | 23.00 | File and serve John Ray quarterly app |
| 2894455 | 684 | Maddox | 11/20/12 | B | B165 | 0.30 | 69.00 | Draft COS and notice re: Cleary oct app (.1); draft COS and notice re: Crowell fee apps (.2) |
| 2896147 | 684 | Maddox | 11/21/12 | B | B165 | 0.30 | 69.00 | Draft COS re: Cleary quarterly fee app (.1); various emails with T. Minott re: various professional fee apps (.2) |
| 2896152 | 684 | Maddox | 11/21/12 | B | B165 | 0.20 | 46.00 | File and serve Cleary quarterly app |
| 2896153 | 684 | Maddox | 11/21/12 | B | B165 | 0.20 | 46.00 | File and serve Torys quarterly app |

```
Nortel Networks, Inc.                    PROFORMA  511493           AS OF 11/30/12              INVOICE# ******
63989-DIP
DATE: 12/19/12 14:44:51
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2896086 | 684 | Maddox | 11/21/12 | B | B165 | 0.10 | 23.00 | Draft cos re Torys quarterly |
| 2895071 | 684 | Maddox | 11/21/12 | B | B165 | 0.30 | 69.00 | Revise fee exhibit A |
| 2897180 | 684 | Maddox | 11/26/12 | B | B165 | 0.20 | 46.00 | File and serve RLKS quarterly app |
| 2897230 | 684 | Maddox | 11/26/12 | B | B165 | 0.30 | 69.00 | Prepare final fee Shell for Jackson Lewis (.2); call and emails with A. Cordo re: same (.1) |
| 2896823 | 684 | Maddox | 11/26/12 | B | B165 | 1.00 | 230.00 | Revise fee exhibit A and prepare documents for binder |
| 2896831 | 684 | Maddox | 11/26/12 | B | B165 | 0.10 | 23.00 | Draft Chilmark Aug CNO |
| 2896833 | 684 | Maddox | 11/26/12 | B | B165 | 0.10 | 23.00 | Draft Chilmark cno re Sept fees |
| 2897037 | 684 | Maddox | 11/26/12 | B | B165 | 0.20 | 46.00 | Draft COS re: RLKS quarterly app (.1); emails with A. Cordo re: same (.1) |
| 2897292 | 684 | Maddox | 11/26/12 | B | B165 | 0.20 | 46.00 | File CNO Re Chilmark Aug app (.1); file CNO re: Chilmark Sept app (.1) |
| 2897935 | 684 | Maddox | 11/27/12 | B | B165 | 0.10 | 23.00 | Draft Torys Sept cno |
| 2898133 | 684 | Maddox | 11/27/12 | B | B165 | 0.10 | 23.00 | Draft COS re: E&Y quarterly |
| 2898146 | 684 | Maddox | 11/27/12 | B | B165 | 0.20 | 46.00 | File and serve E&Y quarterly app |
| 2897966 | 684 | Maddox | 11/27/12 | B | B165 | 0.40 | 92.00 | Draft COS re: Quarterly Linklaters fee app (.1); draft ntoice and COS re: monthly Linklaters fee app (.2); conf with A. Cordo re: same (.1) |
| 2898163 | 684 | Maddox | 11/27/12 | B | B165 | 0.40 | 92.00 | File and serve Linklaters monthly app (.2); file and serve Linklaters quarterly app (.2) |
| 2898164 | 684 | Maddox | 11/27/12 | B | B165 | 0.10 | 23.00 | Draft COS re: Jackson quarterly app |
| 2898165 | 684 | Maddox | 11/27/12 | B | B165 | 0.20 | 46.00 | File and Serve Jackson Lewis quarterly app |
| 2898166 | 684 | Maddox | 11/27/12 | B | B165 | 0.20 | 46.00 | Emails with A. Cordo re: various fee applications |
| 2898169 | 684 | Maddox | 11/27/12 | B | B165 | 0.20 | 46.00 | Revise fee exhibit A |
| 2899069 | 684 | Maddox | 11/28/12 | B | B165 | 0.10 | 23.00 | File RLKS cno |
| 2898760 | 684 | Maddox | 11/28/12 | B | B165 | 0.20 | 46.00 | Draft RLKS CNO re: OCt fees (.1); emails with RLKS re: same (.1) |
| 2898761 | 684 | Maddox | 11/28/12 | B | B165 | 0.20 | 46.00 | Draft Cleary CNO re: Sept fee app (.1); emaisl with Cleary re: same (.1) |
| 2898770 | 684 | Maddox | 11/28/12 | B | B165 | 0.30 | 69.00 | Revise fee exhibit A (.1); revise fee binders (.2) |
| 2898814 | 684 | Maddox | 11/28/12 | B | B165 | 0.10 | 23.00 | Call with Benesch re: quarterly app |
| 2898839 | 684 | Maddox | 11/28/12 | B | B165 | 0.90 | 207.00 | Draft 15th omnibus fee order |
| 2898877 | 684 | Maddox | 11/28/12 | B | B165 | 0.10 | 23.00 | File cno re: Torys app |
| 2899458 | 684 | Maddox | 11/29/12 | B | B165 | 0.10 | 23.00 | Draft Huron Oct fee CNO |
| 2899499 | 684 | Maddox | 11/29/12 | B | B165 | 0.90 | 207.00 | Draft final fee application of Jackson Lewis |
| 2899507 | 684 | Maddox | 11/29/12 | B | B165 | 0.10 | 23.00 | Revise fee order |
| 2899662 | 684 | Maddox | 11/29/12 | B | B165 | 0.10 | 23.00 | File Cleary CNO for Sept fee app |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2886811 | 691 | Tate | 11/08/12 | B | B165 | 0.20 | 27.00 | Review email from A. Cordo (.1);E-file Thirty-Fourth Monthly Fee Application (.1) |
| 2893744 | 691 | Tate | 11/19/12 | B | B165 | 0.10 | 13.50 | Review e-mail from A. Cordo. Prepare Certificate of Service; e-file Eleventh Quarterly Fee Application. |
| 2881562 | 904 | Cordo | 11/01/12 | B | B165 | 0.20 | 91.00 | Review updated billing info for KCC (.1)and e-mail K. Ponder re: same; review response re: same (.1) |
| 2883683 | 904 | Cordo | 11/02/12 | B | B165 | 0.20 | 91.00 | Review and sign NOA and COS for torys fee app |
| 2883680 | 904 | Cordo | 11/02/12 | B | B165 | 0.30 | 136.50 | Emails with D. Ralph re: torys fee app (.1); e-mail M. Maddox re: same (.1); additional emails re: same (.1); |
| 2883681 | 904 | Cordo | 11/02/12 | B | B165 | 0.10 | 45.50 | Review e-mail from C. Brown re: huron fee app; review and sign CNO |
| 2884466 | 904 | Cordo | 11/05/12 | B | B165 | 0.30 | 136.50 | Review RLKS fee app (.1); E-mail K. Shultea re: same (.1); review and sign NOA and COS (.1) |
| 2885220 | 904 | Cordo | 11/06/12 | B | B165 | 0.10 | 45.50 | Review e-mail from J. Sherrett re: fee app; respond re: same |
| 2885278 | 904 | Cordo | 11/06/12 | B | B165 | 0.30 | 136.50 | Review e-mail from J. Sherrett re: fee app; review app (.1); e-mail WP re: notice and COS (.1); review and sign notice and COS (.1) |
| 2886198 | 904 | Cordo | 11/07/12 | B | B165 | 0.30 | 136.50 | Review e-mail from C. Brown re: huron fee app; review app (.1); e-mail M. Maddox re: same (.1); review and sign NOA and COS (.1) |
| 2886199 | 904 | Cordo | 11/07/12 | B | B165 | 0.20 | 91.00 | Additional emails re: Huron fee app |
| 2886189 | 904 | Cordo | 11/07/12 | B | B165 | 0.10 | 45.50 | Review weekly fee e-mail from T. Minott |
| 2886191 | 904 | Cordo | 11/07/12 | B | B165 | 0.20 | 91.00 | Review e-mail from M. Maddox: re torys CNO; review response re: same (.1); review and sign CNO (.1) |
| 2886750 | 904 | Cordo | 11/08/12 | B | B165 | 0.20 | 91.00 | Review email from C. Brown re quarterly app; respond re: same (.1); review app and sign COS (.1) |
| 2886730 | 904 | Cordo | 11/08/12 | B | B165 | 0.30 | 136.50 | Send E-mail reminder to all professionals re: quarterly fee hearing |
| 2886731 | 904 | Cordo | 11/08/12 | B | B165 | 0.30 | 136.50 | Review E-mail from R. Smith re: J. Ray app; review app (.1); E-mail M. Maddox re: same; E-mail R. Smith re: comment to same (.1); review and sign NOA and COS (.1) |
| 2887644 | 904 | Cordo | 11/09/12 | B | B165 | 0.10 | 45.50 | Emails with W. Gray re: fee applications |
| 2889462 | 904 | Cordo | 11/13/12 | B | B165 | 0.20 | 91.00 | Review e-mail from K. Shultea re: fee app (.1); research and respond re: same (.1) |
| 2890856 | 904 | Cordo | 11/15/12 | B | B165 | 0.20 | 91.00 | Review list of fee apps missing and discuss same with M. Maddox |
| 2890858 | 904 | Cordo | 11/15/12 | B | B165 | 0.10 | 45.50 | Review two RLKS CNOs and e-mail comments to M. Maddox re: same |
| 2892157 | 904 | Cordo | 11/16/12 | B | B165 | 0.30 | 136.50 | E-mail professionals re: missing fee applications |
| 2893778 | 904 | Cordo | 11/19/12 | B | B165 | 0.20 | 91.00 | Emails with M. Maddox re: fee applications (.1); e-mail H. Ashner re: same (.1) |
| 2893780 | 904 | Cordo | 11/19/12 | B | B165 | 0.10 | 45.50 | Call with H. Ashner re: fee apps |
| 2893785 | 904 | Cordo | 11/19/12 | B | B165 | 0.10 | 45.50 | E-mail D. Berton re: global IP fees; review response re: same |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA 311473     AS OF 11/30/12     INVOICE# ******

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2893786 | 904 | Cordo | 11/19/12 | B | B165 | 0.30 | 136.50 | Review e-mail from S. Shannon re: quarterly app; e-mail WP re: same (.1); review and sign COS (.1); additional emails re: same (.1) |
| 2893878 | 904 | Cordo | 11/19/12 | B | B165 | 0.10 | 45.50 | Review weekly fee e-mail from T. Minott |
| 2893782 | 904 | Cordo | 11/19/12 | B | B165 | 0.30 | 136.50 | Review e-mail from S. Shannon re: fee app; e-mail M. Maddox re: same (.1); respond re: same (.1); review and sign NOA and COS (.1) |
| 2894723 | 904 | Cordo | 11/20/12 | B | B165 | 0.30 | 136.50 | Review e-mail from R. McGlothlin re: fee app; review app (.1); e-mail M. Fleming re: same (.1); e-mail M. Maddox re: revisions to same (.1) |
| 2894702 | 904 | Cordo | 11/20/12 | B | B165 | 0.10 | 45.50 | Review and sign Notice and COS for Torys fee app |
| 2894703 | 904 | Cordo | 11/20/12 | B | B165 | 0.20 | 91.00 | Review e-mail from R. James re: Jackson Lewis Fee app; review app (.1); e-mail R. James re: same (.1) |
| 2894704 | 904 | Cordo | 11/20/12 | B | B165 | 0.20 | 91.00 | Review e-mail from D. Ralph re: torys fee app; respond re: same (.1); review app (.1) |
| 2894813 | 904 | Cordo | 11/20/12 | B | B165 | 0.10 | 45.50 | E-mail M. Maddox re: update to missing fee apps |
| 2894907 | 904 | Cordo | 11/20/12 | B | B165 | 0.30 | 136.50 | Emails with T. Namoli re: E&Y and Jackson fee apps (.1); review and sign NOA and COS for both (.2) |
| 2894733 | 904 | Cordo | 11/20/12 | B | B165 | 0.30 | 136.50 | Review e-mail from J. Sherret re: fee app; review app (.1); emails with M. Maddox re: same (.1); review and sign NOA and COS (.1) |
| 2894728 | 904 | Cordo | 11/20/12 | B | B165 | 0.20 | 91.00 | Review and sign notices and COS for punter fee apps |
| 2894729 | 904 | Cordo | 11/20/12 | B | B165 | 0.20 | 91.00 | Review e-mail from R. Smith re: J. Ray fee app; Review app (.1); email R. Smith re: same; review and sign COS (.1) |
| 2894736 | 904 | Cordo | 11/20/12 | B | B165 | 0.70 | 318.50 | Review four fee applications sent by Crowell and Moring (.3); emails with Oleg and M. Cheney re: same (.1); emails with T. Namoli re: filing of same (.1); review and sign NOA and COS for all application (.2) |
| 2894807 | 904 | Cordo | 11/20/12 | B | B165 | 0.10 | 45.50 | Emails with D. Ralph re: torys fee apps |
| 2894808 | 904 | Cordo | 11/20/12 | B | B165 | 0.10 | 45.50 | Emails with T. Namoli re: fee application |
| 2894721 | 904 | Cordo | 11/20/12 | B | B165 | 0.10 | 45.50 | Review e-mail from M. Cheney re: fee applications |
| 2897237 | 904 | Cordo | 11/21/12 | B | B165 | 0.10 | 45.50 | Additional emails with T. Minott and J. Sherrett re: Cleary quarterly fee app |
| 2896091 | 904 | Cordo | 11/21/12 | B | B165 | 0.10 | 45.50 | Emails with T. Minott and D. Ralph re: torys fee app |
| 2897220 | 904 | Cordo | 11/24/12 | B | B165 | 0.20 | 91.00 | Emails with R. Thorne re: final fee app and Jackson Lewis |
| 2897424 | 904 | Cordo | 11/26/12 | B | B165 | 0.20 | 91.00 | Review email rom K. Shultea re: fee app; respond re: same (.1); review and sign COS (.1) |
| 2897426 | 904 | Cordo | 11/26/12 | B | B165 | 0.10 | 45.50 | Review emails re: nortel for Chilmark; Review and sign CNO |
| 2897434 | 904 | Cordo | 11/26/12 | B | B165 | 0.10 | 45.50 | Review final fee app form and e-mail M. Maddox re: same |
| 2897435 | 904 | Cordo | 11/26/12 | B | B165 | 0.10 | 45.50 | E-mail professionals re: reminder for quarterly fee app |
| 2897431 | 904 | Cordo | 11/26/12 | B | B165 | 0.10 | 45.50 | Call with D. Abbott and M. Fleming re: payment of fees |
| 2897432 | 904 | Cordo | 11/26/12 | B | B165 | 0.10 | 45.50 | Review e-mail from KCC re: invoice; e-mail K. Ponder re: same |
| 2898495 | 904 | Cordo | 11/27/12 | B | B165 | 0.10 | 45.50 | Review e-mail from J. Enright re: fee app |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA 314493   AS OF 11/30/12   INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2898496 | 904 | Cordo | 11/27/12 | B | B165 | 0.10 | 45.50 | Review e-mail from J. Oysten re: Fee app; e-mail K. Klein re; same; e-mail M. Maddox re: same |
| 2898500 | 904 | Cordo | 11/27/12 | B | B165 | 0.20 | 91.00 | Review E&Y quarterly fee app (.1); review and sign COS (.1) |
| 2898501 | 904 | Cordo | 11/27/12 | B | B165 | 0.20 | 91.00 | Additional emails with J. Oysten and K. Klein re: fee app for linklaters |
| 2898502 | 904 | Cordo | 11/27/12 | B | B165 | 0.10 | 45.50 | Emails with T. Minott and K. Ponder re: fee app hearing |
| 2898503 | 904 | Cordo | 11/27/12 | B | B165 | 0.10 | 45.50 | Review and sign linklaters NOA and COS |
| 2898504 | 904 | Cordo | 11/27/12 | B | B165 | 0.10 | 45.50 | Emails with D. Eggert re: fee apps |
| 2898511 | 904 | Cordo | 11/27/12 | B | B165 | 0.20 | 91.00 | Review e-mail from R. James re: fee app; review app (.1); review and sign COS (.1) |
| 2899226 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Review emails from M. Maddox and B. Witters re: fee order |
| 2899221 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Review torys CNO and e-mail M. Maddox re: same |
| 2899222 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Review three emails from M. Maddox re: CNOs |
| 2899197 | 904 | Cordo | 11/28/12 | B | B165 | 0.20 | 91.00 | Review KCC invoices and e-mail Nortel re: same |
| 2899229 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Review and sign two NOS and e-mail . Maddox re: same |
| 2899230 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Emails with M. Maddox re: fee question; respond rE: same |
| 2899262 | 904 | Cordo | 11/28/12 | B | B165 | 0.10 | 45.50 | Review form final fee app; e-mail M. Maddox re: same |
| 2900127 | 904 | Cordo | 11/29/12 | B | B165 | 0.10 | 45.50 | Emails with M. Maddox and J. Sherret re: CNO for fee app |
| 2900128 | 904 | Cordo | 11/29/12 | B | B165 | 0.10 | 45.50 | Review emails from M. Maddox re: huron CNO; review CNO |
| 2886089 | 971 | Minott | 11/07/12 | B | B165 | 0.30 | 84.00 | Weekly fee application/CNO email to Nortel |
| 2888488 | 971 | Minott | 11/12/12 | B | B165 | 0.50 | 140.00 | Weekly fee application/CNO email to Nortel |
| 2893850 | 971 | Minott | 11/19/12 | B | B165 | 0.30 | 84.00 | Weekly fee application/CNO email to Nortel |
| 2896209 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Review COS re Torys quarterly fee app and email to M. Maddox re same |
| 2896196 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email to J. Sherrett re CGSH 15th quarterly fee application |
| 2896197 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email with M. Maddox re Torys 8th quarterly fee application and review revised fee application |
| 2896198 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Review COS re Cleary 15th quarterly fee application |
| 2896199 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email to M. Maddox re Cleary 15th quarterly fee application |
| 2896235 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email from M. Maddox re professional fee applications |
| 2896237 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Call with M. Maddox re Torys quarterly fee application |
| 2896214 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email to M. Maddox re COS for Torys Eighth quarterly fee application |
| 2896218 | 971 | Minott | 11/21/12 | B | B165 | 0.10 | 28.00 | Email to D. Ralph re Torys quarterly fee application |
| 2896221 | 971 | Minott | 11/21/12 | B | B165 | 0.40 | 112.00 | Review Torys eighth quarterly fee application and prepare for filing |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2898563 | 971 | Minott | | 11/27/12 | B | B165 | 0.80 | 224.00 | Weekly fee application/CNO email to Nortel |
| | | | Total Task: | | | B165 | 35.30 | 10,530.00 | |

Executory Contracts/Unexpired Leases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2892061 | 904 | Cordo | 11/16/12 | B | B185 | 0.30 | 136.50 | Review message from A. Cerco re: lease; leave message for A. Cereco re; same; research re: same |
| 2892062 | 904 | Cordo | 11/16/12 | B | B185 | 0.10 | 45.50 | Call with A. Cereco re: lease |
| | | | Total Task: | B185 | 0.40 | 182.00 | |

Other Contested Matters

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2898150 | 322 | Abbott | 11/27/12 | B | B190 | 0.60 | 360.00 | Review correspondence re: settlements (.2); research re: same (.2); telephone call w/ Schweitzer re: same (.2) |
| 2899897 | 594 | Conway | 11/29/12 | B | B190 | 0.10 | 23.00 | Discuss drafting cno approving settlement w/M. Maddox |
| 2893861 | 605 | Naimoli | 11/19/12 | B | B190 | 0.20 | 27.00 | Review email from A. Cordo (.1); Prepare & efile Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement with Nortel Networks (Ireland) Limited (.1) |
| 2901128 | 605 | Naimoli | 11/30/12 | B | B190 | 0.20 | 27.00 | Review email from T. Minott (.1); Prepare & efile Certificate of No Objection Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Settlement with Nortel Networks (Ireland) Limited (.10 |
| 2897141 | 684 | Maddox | 11/26/12 | B | B190 | 0.10 | 23.00 | File AOS re: Motion to Approve Compromise under Rule 9019 for Entry of an Order Approving Settlement with Nortel Networks (Ireland) Limited |
| 2893759 | 904 | Cordo | 11/19/12 | B | B190 | 0.60 | 273.00 | Review NNII settlement motion with Ireland (.2); call with R. Eckenrod re: same (.1); finalize motion for filing (.1); emails re: service (.1); |
| | | | Total Task: | B190 | 1.80 | 733.00 | |

Employee Matters

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2884599 | 221 | Schwartz | 11/05/12 | B | B220 | 0.10 | 60.00 | Rev. Objection to Debtors' Motion for Entry of an Order Pursuant to 11 Filed by Robert Joseph Martel |
| 2884600 | 221 | Schwartz | 11/05/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Claudia Vidmer |
| 2884604 | 221 | Schwartz | 11/05/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Sandra Aiken |
| 2884607 | 221 | Schwartz | 11/05/12 | B | B220 | 0.20 | 120.00 | Rev. Objection Filed by Wayne J. Schmidt |
| 2884610 | 221 | Schwartz | 11/05/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Peter Lawrence |
| 2885540 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Daniel D. David |
| 2885542 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Emily D. Cullen |
| 2885547 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Lottie E. Chambers |
| 2885552 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Debra Vega |
| 2885672 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Michael D. Rexroad |