Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2885674 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Jerry L. Wadlow |
| 2885676 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Brenda L. Rohrbaugh |
| 2885677 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by John S. Elliott |
| 2885680 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Remajos Brown |
| 2885683 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Cynthia Ann Schmidt |
| 2885684 | 221 | Schwartz | 11/06/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Michael P. Alms |
| 2885766 | 221 | Schwartz | 11/07/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by David A. Fox |
| 2885767 | 221 | Schwartz | 11/07/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Alan Heinbaugh |
| 2885769 | 221 | Schwartz | 11/07/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Janet Bass |
| 2885770 | 221 | Schwartz | 11/07/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Chad P. Soriano |
| 2885772 | 221 | Schwartz | 11/07/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Michael Stutts |
| 2888057 | 221 | Schwartz | 11/09/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Edward G. Guevarra Jr. |
| 2888059 | 221 | Schwartz | 11/09/12 | B | B220 | 0.10 | 60.00 | Objection Filed by Thelma Watson |
| 2888062 | 221 | Schwartz | 11/09/12 | B | B220 | 0.10 | 60.00 | Rev. Amended Objection Filed by Nancy Wilson |
| 2888070 | 221 | Schwartz | 11/09/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Deborah M. Jones |
| 2888075 | 221 | Schwartz | 11/09/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Reid T. Mullett |
| 2888803 | 221 | Schwartz | 11/12/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Ronald J. Rose, Jr. |
| 2888809 | 221 | Schwartz | 11/12/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Marilyn Day |
| 2888838 | 221 | Schwartz | 11/12/12 | B | B220 | 0.10 | 60.00 | Objection Filed by James Lee |
| 2888841 | 221 | Schwartz | 11/12/12 | B | B220 | 0.10 | 60.00 | Objection Filed by Chae S. Roob |
| 2888848 | 221 | Schwartz | 11/12/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Kerry Logan |
| 2889635 | 221 | Schwartz | 11/13/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Bonnie J. Boyer |
| 2889637 | 221 | Schwartz | 11/13/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Caroline Underwood |
| 2889640 | 221 | Schwartz | 11/13/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Paul Wolfe |
| 2889643 | 221 | Schwartz | 11/13/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Crickett Grissom |
| 2889644 | 221 | Schwartz | 11/13/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Mark R. Janis |
| 2890303 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Bruce Francis |
| 2890304 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Janetta Hames |
| 2890305 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Susan Paperno |
| 2890306 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Susan Paperno |
| 2890308 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Jeffrey B. Borron |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA  3DMC    PAGE 3-2/20/12    INVOICE# ******

| 2890310 | 221 | Schwartz | 11/14/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Leona Purdum |
| 2891081 | 221 | Schwartz | 11/15/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Victoria Anstead and Objection Filed by Brad Lee Henry |
| 2891082 | 221 | Schwartz | 11/15/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Gary W. Garrett |
| 2891085 | 221 | Schwartz | 11/15/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Steven E. Bennett |
| 2891086 | 221 | Schwartz | 11/15/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Danny L. Owenby |
| 2891089 | 221 | Schwartz | 11/15/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Fred Lindow |
| 2897917 | 221 | Schwartz | 11/26/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Lynette Seymour |
| 2897921 | 221 | Schwartz | 11/26/12 | B | B220 | 0.10 | 60.00 | Rev. Objections Filed by Adella Venneman and by Jane Neumann |
| 2897927 | 221 | Schwartz | 11/26/12 | B | B220 | 0.10 | 60.00 | Rev. Response Filed by Gloria Benson |
| 2897929 | 221 | Schwartz | 11/26/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Robert Dale Dover |
| 2898327 | 221 | Schwartz | 11/27/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Olive Jane Stepp |
| 2898331 | 221 | Schwartz | 11/27/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Patrick C. Merwin |
| 2898333 | 221 | Schwartz | 11/27/12 | B | B220 | 0.10 | 60.00 | Rev, Objection Filed by Manuel Segura |
| 2898336 | 221 | Schwartz | 11/27/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by John Allan Mercer |
| 2898337 | 221 | Schwartz | 11/27/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Janette M. Head |
| 2899366 | 221 | Schwartz | 11/28/12 | B | B220 | 0.10 | 60.00 | Rev. Objections Filed by Bruce Turner and Filed by George I Hovater Jr. |
| 2899367 | 221 | Schwartz | 11/28/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Herbert Preston Stansbury |
| 2899368 | 221 | Schwartz | 11/28/12 | B | B220 | 0.10 | 60.00 | Rev. Objection Filed by Shirley Bloom |
| 2899369 | 221 | Schwartz | 11/28/12 | B | B220 | 0.10 | 60.00 | Rev. Objection of Filed by Laurie Adams |
| 2899370 | 221 | Schwartz | 11/28/12 | B | B220 | 0.10 | 60.00 | Rev. Objection filed by Scott Gennett |
| 2882327 | 322 | Abbott | 11/02/12 | B | B220 | 0.20 | 120.00 | Mtg w/ Cordo re: LTD supplement, status, claims issues |
| 2885685 | 322 | Abbott | 11/07/12 | B | B220 | 1.90 | 1,140.00 | Prep and attend status conference re: LTD action |
| 2891254 | 322 | Abbott | 11/16/12 | B | B220 | 0.10 | 60.00 | Call to Kim re: deferred comp litigation |
| 2891259 | 322 | Abbott | 11/16/12 | B | B220 | 0.20 | 120.00 | Telephone call w/ Kim re: deferred comp litigation |
| 2894523 | 322 | Abbott | 11/20/12 | B | B220 | 0.30 | 180.00 | Telephone call w/ Schweitzer, Fleming re: TRO hearing |
| 2894897 | 322 | Abbott | 11/20/12 | B | B220 | 0.50 | 300.00 | Review and comment on TRO objection |
| 2894041 | 322 | Abbott | 11/20/12 | B | B220 | 0.50 | 300.00 | Review complaint and TRO |
| 2894048 | 322 | Abbott | 11/20/12 | B | B220 | 0.30 | 180.00 | Telephone call w/ Fleming re: TRO and hearing |
| 2894259 | 322 | Abbott | 11/20/12 | B | B220 | 0.10 | 60.00 | Mtg w/ Cordo re:  service issue re: LTD adversary |
| 2894612 | 322 | Abbott | 11/20/12 | B | B220 | 0.30 | 180.00 | Mtg w/ Cordo re: TRO evidence issues |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA 311473    AS OF 11/30/12    INVOICE# ******

| 2895313 | 322 | Abbott | 11/21/12 | B | B220 | 3.70 | 2,220.00 | Prep and attend LTD TRO hearing |
|---|---|---|---|---|---|---|---|---|
| 2895879 | 322 | Abbott | 11/21/12 | B | B220 | 0.20 | 120.00 | Telephone call w/ Kenney re: class action by LTRD committee |
| 2896248 | 322 | Abbott | 11/21/12 | B | B220 | 0.60 | 360.00 | Research re: LTD complaint issues |
| 2896186 | 322 | Abbott | 11/21/12 | B | B220 | 0.10 | 60.00 | Review correspondence from Fatell re: deferred comp |
| 2897513 | 322 | Abbott | 11/26/12 | B | B220 | 1.20 | 720.00 | Conf call w/ Cordo, Schweitzer, Fleming, Zhraldin, Kohart and other Elliott Greenleaf lawyers re: LTD issues |
| 2897260 | 322 | Abbott | 11/26/12 | B | B220 | 0.50 | 300.00 | Telephone call w/ Schweitzer, Cordo, Kim re: deferred comp issues |
| 2897262 | 322 | Abbott | 11/26/12 | B | B220 | 0.20 | 120.00 | Telephone call w/ Cordo, Fleming re: deferred comp issues |
| 2898120 | 322 | Abbott | 11/27/12 | B | B220 | 0.30 | 180.00 | Mtg w/ Cordo re: LTD issues(.1); telephone call w/ Schweitzer re: same (.2) |
| 2899005 | 546 | Fusco | 11/28/12 | B | B220 | 0.10 | 23.00 | Send retiree benefit cert to KG chambers |
| 2900775 | 594 | Conway | 11/30/12 | B | B220 | 0.30 | 69.00 | Draft nos re Rule 30(B)(6) discovery upon OC of Long Term Disability participants and email to A. Cordo for review (.2); file w/the court (.1) |
| 2899263 | 605 | Naimoli | 11/27/12 | B | B220 | 1.00 | 135.00 | Review email from T. Minott (.2); Prepare, efile & serve Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits Pursuant to 11 U.S.C. § 1114 (.8) |
| 2896366 | 623 | Freeman | 11/20/12 | B | B220 | 0.10 | 13.50 | Prepare for efiling and service Objection of Debtors to the [LTD] Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order with Certificate of Service in A.P. 12-50995 (D.I. 9) |
| 2896394 | 623 | Freeman | 11/20/12 | B | B220 | 0.10 | 13.50 | Prepare for efiling and service Declaration of Kathryn Schultea in Support of the Debtors' Objection to the [LTD] Plaintiff's Motion for a PI and TRO with Certificate of Service in A.P. 12-50995 (D.I. 10) |
| 2880977 | 684 | Maddox | 11/01/12 | B | B220 | 0.20 | 46.00 | Retrieve LTD objections (.1); revise LTD index (.1) |
| 2880989 | 684 | Maddox | 11/01/12 | B | B220 | 0.20 | 46.00 | Call with court re: LTD obj on docket (.1); emails with A. Cordo re: same (.1) |
| 2881013 | 684 | Maddox | 11/01/12 | B | B220 | 0.10 | 23.00 | Emails with Epiq re: service of Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits |
| 2883195 | 684 | Maddox | 11/02/12 | B | B220 | 0.10 | 23.00 | File supp submission in support of Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363 and 1108 Authorizing the Debtors to Terminate the Debtors Long-Term Disability Plans and the Employment of the LTD Employees |
| 2883140 | 684 | Maddox | 11/02/12 | B | B220 | 0.10 | 23.00 | File CNO re Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors Process to Terminate Long-Term Disability Benefits |
| 2882116 | 684 | Maddox | 11/02/12 | B | B220 | 0.10 | 23.00 | Draft CNO re: Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits |
| 2885022 | 684 | Maddox | 11/06/12 | B | B220 | 0.10 | 23.00 | Emails with Epiq re: service of Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors Process to Terminate Long-Term Disability Benefits |
| 2885650 | 684 | Maddox | 11/07/12 | B | B220 | 0.20 | 46.00 | Emails with A. Cordo re: LTD order |

| 2885662 | 684 | Maddox | 11/07/12 | B | B220 | 0.10 | 23.00 | Emails with A. Cordo re: M. Stewart discovery request |
| 2885693 | 684 | Maddox | 11/07/12 | B | B220 | 0.50 | 115.00 | Research re: M. Stewart discovery (.4); additional emails with A. Cordo (.1) |
| 2886342 | 684 | Maddox | 11/08/12 | B | B220 | 0.20 | 46.00 | File AOS re: Order Approving Debtors' Motion for Entry of an Order Further Amending the Scheduling Order for Hearing on Debtors Process to Terminate Long-Term Disability Benefits (.1); coordinate copy to chambers (.1) |
| 2887379 | 684 | Maddox | 11/09/12 | B | B220 | 0.20 | 46.00 | File Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits (.1); coordinate copy to chambers (.1) |
| 2888146 | 684 | Maddox | 11/12/12 | B | B220 | 0.10 | 23.00 | File NOS re: Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits |
| 2887861 | 684 | Maddox | 11/12/12 | B | B220 | 0.10 | 23.00 | Draft NOS re: amended scheduling order re: terminate retiree benefits |
| 2894008 | 684 | Maddox | 11/20/12 | B | B220 | 0.20 | 46.00 | Emails with A. Cordo re: Adv. Motion for Preliminary Injunction and Temporary Restraining Order (.1); call with chambers re: same (.1) |
| 2895038 | 684 | Maddox | 11/21/12 | B | B220 | 0.10 | 23.00 | Research re: LTD |
| 2898887 | 684 | Maddox | 11/28/12 | B | B220 | 0.10 | 23.00 | Draft cos re Response to Rule 60 Motion |
| 2898891 | 684 | Maddox | 11/28/12 | B | B220 | 0.60 | 138.00 | File Response and Objection to the Motion of Michael Rose for Reconsideration of the Order Granting the Debtors Twenty-Sixth Omnibus Objections to Claims (.1); serve response (.4); emails with A. Cordo re: response (.1) |
| 2898748 | 684 | Maddox | 11/28/12 | B | B220 | 0.20 | 46.00 | Draft NOS re Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits (.1); file NOS (.1) |
| 2899078 | 684 | Maddox | 11/28/12 | B | B220 | 0.50 | 115.00 | E-mails with T. Minott re: service of Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits (.1); serve Amended Scheduling Order for Hearing on Debtors' Process to Terminate Retiree Benefits (.2); draft NOS re: same (.1); file NOS (.1) |
| 2899504 | 684 | Maddox | 11/29/12 | B | B220 | 0.30 | 69.00 | Retrieve LTD documents |
| 2881565 | 904 | Cordo | 11/01/12 | B | B220 | 0.30 | 136.50 | Review LTD Supplement (.1); emails with A. Mainoo re: same (.1); review e-mail from D. Abbott re: same (.1) |
| 2881566 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Review response to disco from P. Lawrence |
| 2881567 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Emails with M. Maddox re: LTD objection |
| 2881568 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Review two emails re: First set of requests and disco |
| 2881577 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Review two more LTD emails |
| 2881557 | 904 | Cordo | 11/01/12 | B | B220 | 0.20 | 91.00 | Emails with A. Mainoo re: witness list |
| 2881558 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Review two emails from E. Morgaine re: disco dispute; E-mail cleary re: Same |
| 2881559 | 904 | Cordo | 11/01/12 | B | B220 | 0.10 | 45.50 | Call with A. Mainoo re: LTD supplement |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA   341196                                           INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2883673 | 904 | Cordo | 11/02/12 | B | B220 | 0.20 | 91.00 | Additional emails re: service of supplement |
| 2883677 | 904 | Cordo | 11/02/12 | B | B220 | 0.40 | 182.00 | Finalize nortel supplement for filing (.2); emails re: filing and service of same (.2) |
| 2883679 | 904 | Cordo | 11/02/12 | B | B220 | 0.20 | 91.00 | Review emails from three LTDers: disco response |
| 2883682 | 904 | Cordo | 11/02/12 | B | B220 | 0.20 | 91.00 | Review two more emails from LTDers re: disco |
| 2883684 | 904 | Cordo | 11/02/12 | B | B220 | 0.10 | 45.50 | Review committee reservation of rights |
| 2883687 | 904 | Cordo | 11/02/12 | B | B220 | 0.30 | 136.50 | Review e-mail from L. Schweitzer re: service of motion; research and respond re: same (.2); additional emails re: same (.1) |
| 2883689 | 904 | Cordo | 11/02/12 | B | B220 | 0.10 | 45.50 | Review LTDer e-mail re: response to disco |
| 2884464 | 904 | Cordo | 11/05/12 | B | B220 | 0.10 | 45.50 | Review three LTD responses to disco requests |
| 2884465 | 904 | Cordo | 11/05/12 | B | B220 | 0.20 | 91.00 | Review finalized witness list and additional emails with A. Mainoo re: same |
| 2884462 | 904 | Cordo | 11/05/12 | B | B220 | 0.10 | 45.50 | E-mail A. Mainoo re: Witness list |
| 2884473 | 904 | Cordo | 11/05/12 | B | B220 | 0.40 | 182.00 | Call with N. Arburlach and R. Cooper re: disco disputes (.2); call with D. Abbott re: same (.1) |
| 2884475 | 904 | Cordo | 11/05/12 | B | B220 | 0.20 | 91.00 | Review E-mail from Nortel employee re: disco dispute(.1); E-mail cleary re: same (.1) |
| 2885230 | 904 | Cordo | 11/06/12 | B | B220 | 0.30 | 136.50 | Review six emails from LTDers re: disco responses |
| 2885241 | 904 | Cordo | 11/06/12 | B | B220 | 0.20 | 91.00 | Review three LTD emails; e-mail T. Snow re: same |
| 2885225 | 904 | Cordo | 11/06/12 | B | B220 | 0.10 | 45.50 | Review four more emails responding to LTD disco request |
| 2885226 | 904 | Cordo | 11/06/12 | B | B220 | 0.10 | 45.50 | Review emails from T. Snow re: emails from LTDers and dispute chart |
| 2885800 | 904 | Cordo | 11/06/12 | B | B220 | 0.10 | 45.50 | Review e-mail from LTDer re: response to disco |
| 2886372 | 904 | Cordo | 11/07/12 | B | B220 | 0.10 | 45.50 | Review two emails from LTD employees |
| 2886194 | 904 | Cordo | 11/07/12 | B | B220 | 0.20 | 91.00 | Leave message for J. Croft re: employee |
| 2886195 | 904 | Cordo | 11/07/12 | B | B220 | 0.30 | 136.50 | Review e-mail and response from LTD employee re: disco |
| 2886196 | 904 | Cordo | 11/07/12 | B | B220 | 0.10 | 45.50 | Call with J. Croft re: employee claims |
| 2886197 | 904 | Cordo | 11/07/12 | B | B220 | 0.10 | 45.50 | Review LTD employee doc responses and e-mail cleary re: same |
| 2886187 | 904 | Cordo | 11/07/12 | B | B220 | 0.20 | 91.00 | Review five emails from LTD employees re: discovery |
| 2886185 | 904 | Cordo | 11/07/12 | B | B220 | 0.30 | 136.50 | Research and e-mail rafael re: documents requests |
| 2886748 | 904 | Cordo | 11/08/12 | B | B220 | 0.40 | 182.00 | Call with A. Manioo re: LTD service and discovery issues |
| 2886757 | 904 | Cordo | 11/08/12 | B | B220 | 0.40 | 182.00 | Attn: to LTD related issues |
| 2886732 | 904 | Cordo | 11/08/12 | B | B220 | 0.20 | 91.00 | Review E-mail from J. Uziel re: amended scheduling order (.1); review order and E-mail comments to J. Uziel re: same (.1) |
| 2886736 | 904 | Cordo | 11/08/12 | B | B220 | 0.40 | 182.00 | Emails with M. Fleming and A. Mainoo re: service (.2); research re; same (.2) |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PRO FORMA 311473          AS OF 11/30/12          INVOICE# ******

| 2886737 | 904 | Cordo | 11/08/12 | B | B220 | 0.20 | 91.00 | Call with A. Mainoo re: LTD witness list |
|---|---|---|---|---|---|---|---|---|
| 2886738 | 904 | Cordo | 11/08/12 | B | B220 | 0.10 | 45.50 | Call with M. Fleming re: witness list |
| 2886739 | 904 | Cordo | 11/08/12 | B | B220 | 0.20 | 91.00 | Review e-mail from LTD Employee re: document; e-mail cleary re: same (.1); review response re; same and e-mail LTD employee re: same (.1) |
| 2886740 | 904 | Cordo | 11/08/12 | B | B220 | 0.10 | 45.50 | Review E-mail from T. Snow re: copy of objection; research and respond re: same |
| 2886741 | 904 | Cordo | 11/08/12 | B | B220 | 0.10 | 45.50 | Review witness list AOS and emails with M. Maddox and Cleary re: same |
| 2887651 | 904 | Cordo | 11/09/12 | B | B220 | 0.10 | 45.50 | Call with M. Fleming re: LTD e-mail; review e-mail from D. Stein re: same |
| 2887645 | 904 | Cordo | 11/09/12 | B | B220 | 0.10 | 45.50 | Review and sign cert for amended scheduling order for filing |
| 2889463 | 904 | Cordo | 11/13/12 | B | B220 | 0.20 | 91.00 | Review package from B. Boyer re: documents (.1); e-mail N. Arbulach and A. Iqubal re: same (.1) |
| 2889465 | 904 | Cordo | 11/13/12 | B | B220 | 0.10 | 45.50 | Review wemail from N. Alburach re: LTD |
| 2889467 | 904 | Cordo | 11/13/12 | B | B220 | 0.10 | 45.50 | Emails with M. Fleming and A. Mainoo re: NOS for witness list |
| 2889468 | 904 | Cordo | 11/13/12 | B | B220 | 0.40 | 182.00 | Review witness list (.2); emails with M. Fleming re; same (.2) |
| 2889461 | 904 | Cordo | 11/13/12 | B | B220 | 0.10 | 45.50 | Review two emails from LTDers |
| 2892156 | 904 | Cordo | 11/16/12 | B | B220 | 0.10 | 45.50 | Review notice of depo and e-mail cleary re: same |
| 2893777 | 904 | Cordo | 11/19/12 | B | B220 | 0.10 | 45.50 | Review paroski objection |
| 2893781 | 904 | Cordo | 11/19/12 | `B | B220 | 0.20 | 91.00 | Review emails from T. Snow and N. Abularach re: LTD emails |
| 2893879 | 904 | Cordo | 11/19/12 | B | B220 | 0.40 | 182.00 | Review complaint and e-mail cleary re: same (.2); additional emails re: same (.2) |
| 2894720 | 904 | Cordo | 11/20/12 | B | B220 | 0.40 | 182.00 | Review complaint and motion for PI |
| 2894724 | 904 | Cordo | 11/20/12 | B | B220 | 0.10 | 45.50 | Call with D. Abbott re: status update on complaint |
| 2894906 | 904 | Cordo | 11/20/12 | B | B220 | 2.90 | 1,319.50 | Emails with cleary re: reply to LTD Motion (.5); review and revise reply (.3) emails with D. Abbott re: same (.2); review order and e-mail cleary re; same (.2); finalize reply for filing (.3); review and revise agenda (.2); emails with WP re: filing and service (.2); e-mail J. Gross re: as filed copy (.1); additional emails re: Same (.5); additional emails with WP re: service of agenda and chambers (.4) |
| 2894810 | 904 | Cordo | 11/20/12 | B | B220 | 0.20 | 91.00 | Discussion with D. Abbott re: objection to TRO |
| 2894734 | 904 | Cordo | 11/20/12 | B | B220 | 0.20 | 91.00 | Discussion with D. Abbott re: TRO and response to R. Zahralddin |
| 2894735 | 904 | Cordo | 11/20/12 | B | B220 | 0.10 | 45.50 | Call with M. Fleming re: objection and proposed orders |
| 2897240 | 904 | Cordo | 11/21/12 | B | B220 | 0.30 | 136.50 | Emails (.1) and calls (.2) with T. Snow re: LTD employees |
| 2896105 | 904 | Cordo | 11/21/12 | B | B220 | 0.10 | 45.50 | Review message from T. Snow re: LTD; respond re: same |
| 2897226 | 904 | Cordo | 11/21/12 | B | B220 | 0.20 | 91.00 | Emails with L. Schweitzer and D. Abbott re: withdrawal of PI |
| 2897245 | 904 | Cordo | 11/21/12 | B | B220 | 0.30 | 136.50 | Additional emails with WP re: filing and service of reply |

PROFORMA 311473          AS OF 11/30/12          INVOICE# ******

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2897419 | 904 | Cordo | 11/26/12 | B | B220 | 0.20 | 91.00 | Review e-mail from M. Fleming re: withdrawal of PI motion; respond re: same (.1); e-mail EG re: same (.1) |
| 2897428 | 904 | Cordo | 11/26/12 | B | B220 | 0.10 | 45.50 | Review message from employee and e-mail J. Croft re: same |
| 2897430 | 904 | Cordo | 11/26/12 | B | B220 | 0.70 | 318.50 | Attendance on call re: deferred comp |
| 2897436 | 904 | Cordo | 11/26/12 | B | B220 | 0.10 | 45.50 | Review amended retiree order; respond to J. Uziel re: same; emails with T. Minott re: same |
| 2897527 | 904 | Cordo | 11/26/12 | B | B220 | 1.20 | 546.00 | Attendance on call re: LTD claims |
| 2898498 | 904 | Cordo | 11/27/12 | B | B220 | 0.20 | 91.00 | Call with M. Bunda re: service of LTD expert report |
| 2899190 | 904 | Cordo | 11/27/12 | B | B220 | 0.20 | 91.00 | E-mail with M. Fleming and T. Minott re: cert of counsel re: scheduling order |
| 2899240 | 904 | Cordo | 11/28/12 | B | B220 | 0.30 | 136.50 | Call w with A. Mainoo re: nortel notice of depo (.1); review notice and letter (.1); call with A. Mainoo re: same (.1) |
| 2899216 | 904 | Cordo | 11/28/12 | B | B220 | 0.20 | 91.00 | Emails and follow up call with L. Haney re: trial schedule |
| 2899199 | 904 | Cordo | 11/28/12 | B | B220 | 0.10 | 45.50 | Review e-mail from A> Mainoo re: correspondence from neil forest |
| 2899206 | 904 | Cordo | 11/28/12 | B | B220 | 0.10 | 45.50 | Emails with T. Minott re: service of order |
| 2899213 | 904 | Cordo | 11/28/12 | B | B220 | 0.40 | 182.00 | Call w with court re: status of retiree schedule (.1); call with cleary re: same (.1); follow up call re: same (.1); emails with D. Abbott re: same (.1) |
| 2899227 | 904 | Cordo | 11/28/12 | B | B220 | 0.10 | 45.50 | Review amended order and e-mail J. Uziel re: same |
| 2899985 | 904 | Cordo | 11/28/12 | B | B220 | 0.20 | 91.00 | Emails with D. Butz re: nortel letter |
| 2899986 | 904 | Cordo | 11/28/12 | B | B220 | 0.40 | 182.00 | Emails with D. Abbott, L. Schweitzer, B. Fatell re: status conference |
| 2900010 | 904 | Cordo | 11/28/12 | B | B220 | 0.20 | 91.00 | Call with D. Abbott and W. Alleman re: research |
| 2900122 | 904 | Cordo | 11/29/12 | B | B220 | 0.70 | 318.50 | Emails with B. Fatell and C. Samis re: call (.2); emails with cleary re: same (.1); attendance on call with court (and pre call with B. Fatell) (.3); additional emails re: same (.1) |
| 2900123 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Call with J. Kim re: status conference time |
| 2900129 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Review e-mail from J. Kim re: court call; e-mail C. Hare re: same |
| 2900125 | 904 | Cordo | 11/29/12 | B | B220 | 0.30 | 136.50 | Review letter re: LTD issues from J. Ray; emails J. Ray rE: same (.1); Dicussion with C. Hare and M. Maddox re: same (.2) |
| 2900126 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Review B. Carr objection to LTD Termination |
| 2900132 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Call with M. Fleming re: LTD notice of withdrawal; e-mail EG re: same |
| 2900134 | 904 | Cordo | 11/29/12 | B | B220 | 0.40 | 182.00 | Follow up call with M. Bunda re: service of expert report (.2); draft notice of filing of same (.2) |
| 2900194 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Review e-mail from N. Arbulacrach re: confi agreement; e-mail D. Abbott re: same |
| 2900768 | 904 | Cordo | 11/29/12 | B | B220 | 0.20 | 91.00 | Review emails re: status conference |
| 2900769 | 904 | Cordo | 11/29/12 | B | B220 | 0.10 | 45.50 | Emails with D. Abbott re: confi letter |