Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PROFORMA   305547   INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2900772 | 904 | Cordo | 11/29/12 | B | B220 | 0.20 | 91.00 | Emails with Epiq re: filing tomorrow |
| 2902035 | 904 | Cordo | 11/30/12 | B | B220 | 0.20 | 91.00 | Review emails from W. Alleman and D. Abbott re: LTD committee research |
| 2901020 | 904 | Cordo | 11/30/12 | B | B220 | 0.30 | 136.50 | Finalize response and objections to 30(b)(6) for filing |
| 2901031 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | E-mail N. Arburlach re: LTD issues |
| 2901032 | 904 | Cordo | 11/30/12 | B | B220 | 0.20 | 91.00 | E-mail M. Bunda re: notice; E-mail A. Conway re: same (.1); emails with epiq re: service of notice (.1) |
| 2901033 | 904 | Cordo | 11/30/12 | B | B220 | 0.20 | 91.00 | Call with A. Mainoo re: disco requests (.1); research and E-mail A. Mainoo re:s same (.1) |
| 2901034 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | Follow up call with A. Mainoo re: subpoenas |
| 2901035 | 904 | Cordo | 11/30/12 | B | B220 | 0.20 | 91.00 | Call with J. Kim re: deferred comp |
| 2901038 | 904 | Cordo | 11/30/12 | B | B220 | 0.40 | 182.00 | Multiple discussions with W. Alleman re: LTD Research |
| 2901039 | 904 | Cordo | 11/30/12 | B | B220 | 0.40 | 182.00 | Call with R. Ryan re: disco (.1); emails re: same (.2); review disco (.1) |
| 2901040 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | Emails with M. Bunda re: service |
| 2901041 | 904 | Cordo | 11/30/12 | B | B220 | 0.20 | 91.00 | Review and revise notice of filing from M. Bunda (.1); review and revise COS and NOS (.1) |
| 2901042 | 904 | Cordo | 11/30/12 | B | B220 | 0.70 | 318.50 | Finalize and file expert report; emails with M. Bunda re: same |
| 2901043 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | Review E-mail from B. Springart re: updated 2002 list |
| 2901044 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | Review two emails re: status conf on Monday |
| 2901045 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | Emails and call with R. Ryan re: disco and service re: same |
| 2901057 | 904 | Cordo | 11/30/12 | B | B220 | 0.10 | 45.50 | E-mail M. Fleming re: withdrawal of PI motion |
| 2899394 | 964 | Alleman, Jr. | 11/28/12 | B | B220 | 0.20 | 64.00 | Call with D. Abbott and A. Cordo re: LTD research issues |
| 2900192 | 964 | Alleman, Jr. | 11/29/12 | B | B220 | 1.70 | 544.00 | Research re: LTD issues |
| 2901100 | 964 | Alleman, Jr. | 11/30/12 | B | B220 | 2.80 | 896.00 | Research re: LTD issues (2.0); and e-mails D. Abbott re: same (.8) |
| 2901123 | 964 | Alleman, Jr. | 11/30/12 | B | B220 | 0.10 | 32.00 | Respond to e-mails from D. Abbott re: LTD research issues |
| 2883715 | 971 | Minott | 11/02/12 | B | B220 | 0.10 | 28.00 | Email from L. Schweitzer re witness list re LTD Termination Motion |
| 2883726 | 971 | Minott | 11/02/12 | B | B220 | 0.10 | 28.00 | Email from A. Cordo re witness list re LTD Termination Motion |
| 2886090 | 971 | Minott | 11/07/12 | B | B220 | 0.10 | 28.00 | Emails from A. Cordo and M. Maddox re LTD scheduling order |
| 2886091 | 971 | Minott | 11/07/12 | B | B220 | 0.20 | 56.00 | Research re LTD discovery requests |
| 2886092 | 971 | Minott | 11/07/12 | B | B220 | 0.10 | 28.00 | Emails from M. Maddox re LTD discovery requests |
| 2886838 | 971 | Minott | 11/08/12 | B | B220 | 0.10 | 28.00 | Email from J. Uziel re COC re amended scheduling order re Retiree Termination Motion |
| 2886845 | 971 | Minott | 11/08/12 | B | B220 | 0.10 | 28.00 | Email to M. Maddox re AOS re LTD and retiree orders/supplemental materials |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PRO FORMA  319146

As of 11/30/12

INVOICE# ******

| 2886846 | 971 | Minott | 11/08/12 | B | B220 | 0.10 | 28.00 | Review AOS re Retiree scheduling order, LTD motion supplemental and reservation of rights |
|---|---|---|---|---|---|---|---|---|
| 2886847 | 971 | Minott | 11/08/12 | B | B220 | 0.10 | 28.00 | Review AOS re LTD scheduling order |
| 2886850 | 971 | Minott | 11/08/12 | B | B220 | 0.10 | 28.00 | Email from M. Maddox re AOS re LTD and retiree orders and supplemental materials |
| 2887664 | 971 | Minott | 11/09/12 | B | B220 | 0.10 | 28.00 | Email from J. Uziel re COC re Amended Scheduling Order re Retiree Termination Motion |
| 2896229 | 971 | Minott | 11/21/12 | B | B220 | 0.10 | 28.00 | Emails with A. Cordo re LTD Termination Motion |
| 2897898 | 971 | Minott | 11/26/12 | B | B220 | 0.10 | 28.00 | Emails with J. Uziel re amended retiree scheduling order |
| 2898544 | 971 | Minott | 11/27/12 | B | B220 | 0.10 | 28.00 | Email to M. Maddox re NOS re COC re Retiree Amended Scheduling Order |
| 2898555 | 971 | Minott | 11/27/12 | B | B220 | 0.10 | 28.00 | Email to M. Fleming re COC re Retiree Amended Scheduling Order |
| 2898556 | 971 | Minott | 11/27/12 | B | B220 | 0.10 | 28.00 | Emails with M. Fleming re service of COC re Retiree Amended Scheduling Order |
| 2898557 | 971 | Minott | 11/27/12 | B | B220 | 0.10 | 28.00 | Office conference with T. Namoli re service of COC re Retiree Amended Scheduling Order |
| 2898558 | 971 | Minott | 11/27/12 | B | B220 | 0.20 | 56.00 | Email to WP re COC re Retiree Amended Scheduling Order |
| 2898559 | 971 | Minott | 11/27/12 | B | B220 | 0.10 | 28.00 | Email to M. Fleming re service of COC re Amended Retiree Scheduling Order |
| 2898560 | 971 | Minott | 11/27/12 | B | B220 | 0.20 | 56.00 | Review COC re Amended Retiree Scheduling Order and prepare for filing |
| 2899355 | 971 | Minott | 11/28/12 | B | B220 | 0.10 | 28.00 | Review NOS re COC re Retiree Amended Scheduling Order and emails with M. Maddox re same |
| 2899356 | 971 | Minott | 11/28/12 | B | B220 | 0.10 | 28.00 | Call with M. Maddox re NOS re COC re Retiree Amended Scheduling Order |
| 2899363 | 971 | Minott | 11/28/12 | B | B220 | 0.10 | 28.00 | Review NOS re retiree amended scheduling order |
| 2899364 | 971 | Minott | 11/28/12 | B | B220 | 0.10 | 28.00 | Email to A. Cordo re retiree amended scheduling order |
| | | | Total Task: | | B220 | 55.90 | 25,395.50 | |

Court Hearings

| 2884101 | 322 | Abbott | 11/05/12 | B | B300 | 0.10 | 60.00 | Review agenda re: 11/7 hearing |
|---|---|---|---|---|---|---|---|---|
| 2884280 | 546 | Fusco | 11/05/12 | B | B300 | 0.10 | 23.00 | Efile 11/7 agenda |
| 2884281 | 546 | Fusco | 11/05/12 | B | B300 | 0.20 | 46.00 | Send hrg binders to KG chambers |
| 2884283 | 546 | Fusco | 11/05/12 | B | B300 | 0.30 | 69.00 | Coordinate service of agenda |
| 2884284 | 546 | Fusco | 11/05/12 | B | B300 | 0.20 | 46.00 | Draft NOS re agenda |
| 2884286 | 546 | Fusco | 11/05/12 | B | B300 | 0.40 | 92.00 | Efile NOS re agenda |
| 2884278 | 546 | Fusco | 11/05/12 | B | B300 | 0.10 | 23.00 | Rvw agenda & hrg binders |
| 2896210 | 546 | Fusco | 11/21/12 | B | B300 | 0.20 | 46.00 | Hrg prep, including prepping orders for hrg |

| 2888584 | 605 | Naimoli | 11/12/12 | B | B300 | 0.30 | 40.50 | Review email from A. Cordo (.1); Prepare & efile Notice of Service Re: Notice of Hearing on Motion to reconsider [D.I. 8396] (.2) |
| 2888581 | 605 | Naimoli | 11/12/12 | B | B300 | 0.30 | 40.50 | Review email from A. Cordo; Prepare, efile & serve Notice of Hearing on Motion to Reconsider [D.I. 8396] |
| 2896396 | 623 | Freeman | 11/20/12 | B | B300 | 0.10 | 13.50 | Prepare for filing and facsimile service Amended Notice of Agenda for Hearing on 11/21/2012 (D.I. 8983/11) |
| 2881088 | 684 | Maddox | 11/01/12 | B | B300 | 0.10 | 23.00 | Emails with B. Witters re: 11/7 hearing |
| 2882819 | 684 | Maddox | 11/02/12 | B | B300 | 0.50 | 115.00 | Prepare hearing binders |
| 2884717 | 684 | Maddox | 11/06/12 | B | B300 | 0.20 | 46.00 | Prepare hearing binder for 11.7 hearing |
| 2884798 | 684 | Maddox | 11/06/12 | B | B300 | 0.20 | 46.00 | Draft 11/21 agenda |
| 2884965 | 684 | Maddox | 11/06/12 | B | B300 | 0.20 | 46.00 | Emails with B. Witters (Committee) re: 11.7 hearing (.1); emails with A. Cordo re: same (.1) |
| 2884982 | 684 | Maddox | 11/06/12 | B | B300 | 0.10 | 23.00 | Call with Fed Ex re: service of agenda to LTD employee C. Soriano |
| 2885730 | 684 | Maddox | 11/07/12 | B | B300 | 1.30 | 299.00 | Prepare documents for hearing binder |
| 2886456 | 684 | Maddox | 11/08/12 | B | B300 | 0.10 | 23.00 | File AOS re: notice of agenda for 11.7 |
| 2888167 | 684 | Maddox | 11/12/12 | B | B300 | 0.20 | 46.00 | Emails with A. Cordo re: revisions to agenda (.1); revise agenda (.1) |
| 2888365 | 684 | Maddox | 11/12/12 | B | B300 | 0.30 | 69.00 | Emails with A. Cordo and Cleary re: comments to agenda (.2); revise agenda with comments (.1) |
| 2887876 | 684 | Maddox | 11/12/12 | B | B300 | 0.10 | 23.00 | Emails with A. Cordo and T. Minott re: draft 11.21 agenda |
| 2887991 | 684 | Maddox | 11/12/12 | B | B300 | 0.20 | 46.00 | Emails with T. Minott re: revisions to agenda (.1); revise agenda (.1) |
| 2888994 | 684 | Maddox | 11/13/12 | B | B300 | 0.40 | 92.00 | Prepare 11.21 hearing binder |
| 2889701 | 684 | Maddox | 11/14/12 | B | B300 | 0.10 | 23.00 | Revise agenda |
| 2890497 | 684 | Maddox | 11/15/12 | B | B300 | 0.20 | 46.00 | Revise agenda (.1); draft COS re: agenda (.1) |
| 2891091 | 684 | Maddox | 11/16/12 | B | B300 | 0.20 | 46.00 | File agenda (.1); coordinate copy to chambers (.1) |
| 2891093 | 684 | Maddox | 11/16/12 | B | B300 | 0.10 | 23.00 | E-mails with Digital re: fax service of agenda |
| 2891097 | 684 | Maddox | 11/16/12 | B | B300 | 0.20 | 46.00 | Draft NOS re: agenda (.1); file nos (.1) |
| 2891112 | 684 | Maddox | 11/16/12 | B | B300 | 0.20 | 46.00 | Serve agenda |
| 2891073 | 684 | Maddox | 11/16/12 | B | B300 | 0.10 | 23.00 | Emails with T. Minott re: agenda |
| 2894023 | 684 | Maddox | 11/20/12 | B | B300 | 0.40 | 92.00 | Draft agenda for 11.21 adv hearing |
| 2894162 | 684 | Maddox | 11/20/12 | B | B300 | 0.10 | 23.00 | Emails with A. Cordo re: adv. agenda |
| 2894166 | 684 | Maddox | 11/20/12 | B | B300 | 0.40 | 92.00 | File agenda (.1); coordinate hearing binder to chambers (.1); prepare hearing binder (.2) |
| 2895039 | 684 | Maddox | 11/21/12 | B | B300 | 0.10 | 23.00 | Draft NOS re: amended agenda |
| 2896088 | 684 | Maddox | 11/21/12 | B | B300 | 0.10 | 23.00 | File NOS Re: Notice of Amended Agenda of Matters Scheduled for Hearing on November 21, 2012 at 9:30 a.m. |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA  314/3          AS of 11/30/12                    INVOICE# ******

| 2895240 | 684 | Maddox | 11/21/12 | B | B300 | 0.20 | 46.00 | Draft 12/5 agenda |
|---|---|---|---|---|---|---|---|---|
| 2897947 | 684 | Maddox | 11/27/12 | B | B300 | 0.20 | 46.00 | Emails with T. Minott re: agenda comments (.1); further revisions to agenda (.1) |
| 2898094 | 684 | Maddox | 11/27/12 | B | B300 | 1.40 | 322.00 | Prepare fee hearing binders |
| 2897707 | 684 | Maddox | 11/27/12 | B | B300 | 0.10 | 23.00 | Revise agenda |
| 2897713 | 684 | Maddox | 11/27/12 | B | B300 | 0.10 | 23.00 | Emails with A. Cordo re: agenda comments |
| 2899516 | 684 | Maddox | 11/29/12 | B | B300 | 0.20 | 46.00 | Emails with Cleary and T. Minott re: agenda comments (.1); revise agenda (.1) |
| 2899661 | 684 | Maddox | 11/29/12 | B | B300 | 0.50 | 115.00 | Prepare hearing binder for Judge |
| 2881564 | 904 | Cordo | 11/01/12 | B | B300 | 0.20 | 91.00 | Additional emails with Epiq and M. Maddox re: service of agenda(.1); review service its; e-mail cleary re: same (.1) |
| 2884474 | 904 | Cordo | 11/05/12 | B | B300 | 0.10 | 45.50 | Review E-mail from A. Iqbal re: hearing; respond re: same |
| 2884469 | 904 | Cordo | 11/05/12 | B | B300 | 0.10 | 45.50 | Emails with T. Conklin and L. Schweitzer re: service of agenda |
| 2884463 | 904 | Cordo | 11/05/12 | B | B300 | 0.10 | 45.50 | E-mail epiq re: service of agenda |
| 2884461 | 904 | Cordo | 11/05/12 | B | B300 | 0.10 | 45.50 | Review NOS and E-mail R. Fusco re: service of agenda |
| 2884458 | 904 | Cordo | 11/05/12 | B | B300 | 0.30 | 136.50 | Emails with R. Fusco and M. Maddox re: nortel agenda (.1); review final version (.1); review E-mail from J. Uziel re: same; respond re: same (.1) |
| 2884471 | 904 | Cordo | 11/05/12 | B | B300 | 0.30 | 136.50 | Call with M. Fleming re: hearing dates and LTD (.2); leave message for S. Scaruzzi re: same (.1) |
| 2885224 | 904 | Cordo | 11/06/12 | B | B300 | 0.10 | 45.50 | Review message from chambers re: hearing |
| 2885227 | 904 | Cordo | 11/06/12 | B | B300 | 0.10 | 45.50 | Review e-mail from K. Murphy re: hearing; respond re: same |
| 2885228 | 904 | Cordo | 11/06/12 | B | B300 | 0.30 | 136.50 | Additional emails with Cleary and Committee re: agenda and hearing |
| 2885229 | 904 | Cordo | 11/06/12 | B | B300 | 0.30 | 136.50 | Review four orders in Nortel (.1); review two NOS (.1); e-mail with M. Maddox re; service (.1) |
| 2886184 | 904 | Cordo | 11/07/12 | B | B300 | 2.60 | 1,183.00 | Prep for and attend hearing |
| 2886188 | 904 | Cordo | 11/07/12 | B | B300 | 0.10 | 45.50 | Emails with B. Springart re: nortel transcript |
| 2886192 | 904 | Cordo | 11/07/12 | B | B300 | 0.20 | 91.00 | Review e-mail from J. Luton re: hearing (.1); respond re: same (.1) |
| 2886745 | 904 | Cordo | 11/08/12 | B | B300 | 0.20 | 91.00 | Emails with G. Sargbaugh re: transcript (.1); E-mail Cleary re: same (.1) |
| 2888512 | 904 | Cordo | 11/12/12 | B | B300 | 0.20 | 91.00 | Review and revise agenda |
| 2888510 | 904 | Cordo | 11/12/12 | B | B300 | 0.10 | 45.50 | Review agenda and E-mail M. Maddox and T. Minott re: same |
| 2888515 | 904 | Cordo | 11/12/12 | B | B300 | 0.30 | 136.50 | Emails with N. Arbulach re: agenda (.1); research re: same (.2) |
| 2889958 | 904 | Cordo | 11/14/12 | B | B300 | 0.20 | 91.00 | EMails and discussions with T. Minott re: agenda |
| 2890863 | 904 | Cordo | 11/15/12 | B | B300 | 0.20 | 91.00 | Review message from S. Scaruzzi re: hearing (.1); emails with M. Maddox and T. Minott re: same (.1) |
| 2890853 | 904 | Cordo | 11/15/12 | B | B300 | 0.10 | 45.50 | Leave message for S. Scaruzzi re: Nov 21 hearing |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA 311475     AS OF 1/30/12          INVOICE# ******

| 2890854 | 904 | Cordo | 11/15/12 | B | B300 | 0.20 | 91.00 | Review emails re: nortel agenda |
|---------|-----|-------|----------|---|------|------|-------|--------------------------------|
| 2892059 | 904 | Cordo | 11/16/12 | B | B300 | 0.10 | 45.50 | Emails with T. Minott re: Nortel agenda |
| 2892060 | 904 | Cordo | 11/16/12 | B | B300 | 0.10 | 45.50 | E-mail T. Minott and M. Maddox re: Nortel agenda |
| 2894725 | 904 | Cordo | 11/20/12 | B | B300 | 0.20 | 91.00 | Emails with M. Maddox re: agenda |
| 2894726 | 904 | Cordo | 11/20/12 | B | B300 | 0.20 | 91.00 | Call with J. Uziel re: agenda (.1); discussion with D. Abbott re: same (.1) |
| 2894718 | 904 | Cordo | 11/20/12 | B | B300 | 0.60 | 273.00 | E-mail with M. Maddox re: agenda (.1); review and revise agenda (.2); emails with J. Uziel re: same (.1); e-mail C. Samis re: hearing (.1) |
| 2894730 | 904 | Cordo | 11/20/12 | B | B300 | 0.10 | 45.50 | Additional emails with J. Uziel re: agenda and service. |
| 2894731 | 904 | Cordo | 11/20/12 | B | B300 | 0.10 | 45.50 | Review agenda NOS and e-mail M. Maddox re: same |
| 2894811 | 904 | Cordo | 11/20/12 | B | B300 | 0.20 | 91.00 | Review E-mail from R. Ryan re: hearing prep; respond re: same (.1); review information for printing and additional emails re: same (.1) |
| 2894722 | 904 | Cordo | 11/20/12 | B | B300 | 0.30 | 136.50 | Review and revise agenda (.2); attn: to filing (.1) |
| 2894809 | 904 | Cordo | 11/20/12 | B | B300 | 0.10 | 45.50 | Discussion with W. Freeman re: copies for hearing |
| 2897244 | 904 | Cordo | 11/21/12 | B | B300 | 0.10 | 45.50 | Review NOS for agenda and e-mail M. Maddox re: same |
| 2896090 | 904 | Cordo | 11/21/12 | B | B300 | 0.10 | 45.50 | Call with chambers re: docketing of order |
| 2896095 | 904 | Cordo | 11/21/12 | B | B300 | 3.80 | 1,729.00 | Prep for and attend hearing |
| 2896096 | 904 | Cordo | 11/21/12 | B | B300 | 0.20 | 91.00 | Attn: to post hearing issues |
| 2897238 | 904 | Cordo | 11/21/12 | B | B300 | 0.10 | 45.50 | Emails with B. Springart re: hearing transcript |
| 2897422 | 904 | Cordo | 11/26/12 | B | B300 | 0.10 | 45.50 | Review e-mail from J. Schierbaum re: transcript; respond re: same |
| 2897427 | 904 | Cordo | 11/26/12 | B | B300 | 0.20 | 91.00 | Review transcript (.1); e-mail Cleary re: same (.1) |
| 2897525 | 904 | Cordo | 11/26/12 | B | B300 | 0.10 | 45.50 | Review agenda and e-mail comments to M. Maddox |
| 2898494 | 904 | Cordo | 11/27/12 | B | B300 | 0.10 | 45.50 | Disuss Nortel agenda with T. Minott and review e-mail re: same |
| 2898497 | 904 | Cordo | 11/27/12 | B | B300 | 0.10 | 45.50 | Emails with M. Maddox re: nortel agenda |
| 2899218 | 904 | Cordo | 11/28/12 | B | B300 | 0.10 | 45.50 | Emails with L. Schweitzer re: omnibus hearing dates; email S. Scaruizzi re: same |
| 2899219 | 904 | Cordo | 11/28/12 | B | B300 | 0.10 | 45.50 | Review e-mail from R. Eckenrod re: agenda; review T. Minott response re: same |
| 2900133 | 904 | Cordo | 11/29/12 | B | B300 | 0.10 | 45.50 | Review emails from C. Hare re: court call; e-mail L. Schweitzer re: same |
| 2902041 | 904 | Cordo | 11/30/12 | B | B300 | 0.10 | 45.50 | Review emails from J. Croft and D. Abbott re: hearing prep |
| 2883708 | 971 | Minott | 11/02/12 | B | B300 | 0.10 | 28.00 | Email to J. Uziel re 11/7 agenda |
| 2883711 | 971 | Minott | 11/02/12 | B | B300 | 0.10 | 28.00 | Review and revise draft 11/7 agenda |
| 2883712 | 971 | Minott | 11/02/12 | B | B300 | 0.10 | 28.00 | Email from M. Maddox re 11/7 agenda |
| 2885442 | 971 | Minott | 11/06/12 | B | B300 | 0.10 | 28.00 | Emails with A. Cordo re 11/7 hearing |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA   317496                                    As of 11/30/12                INVOICE# ******

| 2885445 | 971 | Minott | 11/06/12 | B | B300 | 0.10 | 28.00 | Email from A. Cordo re Jaco/Monarch claims for agenda |
| 2886093 | 971 | Minott | 11/07/12 | B | B300 | 0.10 | 28.00 | Hearing prep |
| 2886094 | 971 | Minott | 11/07/12 | B | B300 | 0.10 | 28.00 | Emails with M. Fleming re 11/7 hearing |
| 2888490 | 971 | Minott | 11/12/12 | B | B300 | 0.30 | 84.00 | Email to co-counsel re draft 11/21 agenda |
| 2888491 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Emails with M. Maddox re draft 11/21 agenda |
| 2888492 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email to M. Maddox re 11/21 agenda |
| 2888493 | 971 | Minott | 11/12/12 | B | B300 | 0.20 | 56.00 | Review 11/21 draft agenda |
| 2888494 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email from A. Cordo re 11/21 draft agenda |
| 2888495 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Attention to 11/21 draft agenda |
| 2888496 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email to M. Maddox re 11/21 agenda |
| 2888479 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email to N. Abularach re 11/21 draft agenda |
| 2888480 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email from M. Maddox re 11/21 agenda |
| 2888481 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Emails from N. Abularach and A. Cordo re 11/21 hearing |
| 2888486 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email from A. Cordo re 11/21 agenda |
| 2888487 | 971 | Minott | 11/12/12 | B | B300 | 0.10 | 28.00 | Email from N. Abularach re 11/21 agenda |
| 2889992 | 971 | Minott | 11/14/12 | B | B300 | 0.10 | 28.00 | Emails with J. Uziel re 11/21 hearing |
| 2889993 | 971 | Minott | 11/14/12 | B | B300 | 0.10 | 28.00 | Email to J. Uziel re 11/21 draft agenda |
| 2889994 | 971 | Minott | 11/14/12 | B | B300 | 0.20 | 56.00 | Review revised draft 11/21 agenda |
| 2889995 | 971 | Minott | 11/14/12 | B | B300 | 0.10 | 28.00 | Emails with J. Uziel re 11/21 agenda |
| 2889996 | 971 | Minott | 11/14/12 | B | B300 | 0.10 | 28.00 | Email to M. Maddox re 11/21 draft agenda |
| 2890911 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Emails with J. Uziel re 11/21 agenda |
| 2890912 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Emails with M. Maddox re 11/21 agenda |
| 2890913 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Review COS re 11/21 agenda |
| 2890914 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Email to J. Uziel re 11/21 agenda |
| 2890915 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Review updated 11/21 agenda |
| 2890916 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Email from A. Cordo re 11/21 hearing |
| 2890922 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Email with J. Uziel re 11/21 agenda |
| 2890924 | 971 | Minott | 11/15/12 | B | B300 | 0.10 | 28.00 | Emails with J. Uziel re 11/21 agenda |
| 2892239 | 971 | Minott | 11/16/12 | B | B300 | 0.10 | 28.00 | Emails from A. Cordo and M. Maddox re service of agendas |
| 2892240 | 971 | Minott | 11/16/12 | B | B300 | 0.10 | 28.00 | Review NOS re 11/21 agenda; emails with M. Maddox re same |
| 2892241 | 971 | Minott | 11/16/12 | B | B300 | 0.10 | 28.00 | Emails with M. Maddox and A. Cordo re service of 11/21 agenda |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA  300.06                INVOICE# ******

| 2892242 | 971 | Minott | 11/16/12 | B | B300 | 0.10 | 28.00 | Emails with M. Maddox re 11/21 agenda |
|---|---|---|---|---|---|---|---|---|
| 2894848 | 971 | Minott | 11/20/12 | B | B300 | 0.10 | 28.00 | Emails from A. Cordo, N. Abularach, and M. Fleming re service of LTD adversary agenda |
| 2894849 | 971 | Minott | 11/20/12 | B | B300 | 0.10 | 28.00 | Emails from A. Cordo and M. Maddox re 11/21 adversary proceeding hearing |
| 2896236 | 971 | Minott | 11/21/12 | B | B300 | 2.20 | 616.00 | Hearing prep |
| 2897904 | 971 | Minott | 11/26/12 | B | B300 | 0.10 | 28.00 | Review draft 12/5 agenda |
| 2897897 | 971 | Minott | 11/26/12 | B | B300 | 0.10 | 28.00 | Email from A. Cordo re 12/5 agenda |
| 2898566 | 971 | Minott | 11/27/12 | B | B300 | 0.10 | 28.00 | Emails from M. Maddox and A. Cordo re 12/5 agenda |
| 2898564 | 971 | Minott | 11/27/12 | B | B300 | 0.30 | 84.00 | Review and revise draft 12/5 agenda and emails and office conference with M. Maddox re same |
| 2898561 | 971 | Minott | 11/27/12 | B | B300 | 0.10 | 28.00 | Emails from A. Cordo and K. Ponder re 12/18 fee hearing |
| 2898562 | 971 | Minott | 11/27/12 | B | B300 | 0.10 | 28.00 | Email to co-counsel re draft 12/5 agenda |
| 2899357 | 971 | Minott | 11/28/12 | B | B300 | 0.10 | 28.00 | Emails with R. Eckenrod re 12/5 agenda |
| 2899352 | 971 | Minott | 11/28/12 | B | B300 | 0.10 | 28.00 | Emails with J. Kim re 12/5 agenda |
| 2900235 | 971 | Minott | 11/29/12 | B | B300 | 0.10 | 28.00 | Emails with J. Uziel re 12/5 draft agenda |
| 2900232 | 971 | Minott | 11/29/12 | B | B300 | 0.10 | 28.00 | Emails with M. Maddox re 12/5 agenda |
| 2900233 | 971 | Minott | 11/29/12 | B | B300 | 0.10 | 28.00 | Email to J. Uziel re 12/5 agenda |
| 2901137 | 971 | Minott | 11/30/12 | B | B300 | 0.20 | 56.00 | Review and revise draft 12/5 agenda; email to J. Uziel re 12/5 agenda |

Total Task:  B300        32.70      10,969.00

Claims Objections and Administration

| 2885031 | 203 | Culver | 11/02/12 | B | B310 | 0.10 | 60.00 | Review D. Abbott/G. Schwed emails re claims |
|---|---|---|---|---|---|---|---|---|
| 2889741 | 322 | Abbott | 11/14/12 | B | B310 | 0.10 | 60.00 | Mtg w/ Cordo re: claim objection |
| 2882122 | 684 | Maddox | 11/02/12 | B | B310 | 0.10 | 23.00 | Draft CNO re: Linex 9019 motion |
| 2882128 | 684 | Maddox | 11/02/12 | B | B310 | 0.10 | 23.00 | Draft CNO re: Motion for Entry of Order Approving Stipulation Resolving Claim Nos. 4163, 4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC |
| 2883151 | 684 | Maddox | 11/02/12 | B | B310 | 0.10 | 23.00 | File CNO re: Debtors' Motion Pursuant to Bankruptcy under Rule 9019 Resolving Proofs of Claim Nos. 5517 and 6137 Filed by Linex Technologies, Inc. |