Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA   311473          AS OF 11/30/12          INVOICE# ******

| ID | # | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2883164 | 684 | Maddox | 11/02/12 | B | B310 | 0.10 | 23.00 | File CNO re Debtors' Motion for Entry of Order Approving Stipulation Resolving Claim Nos. 4163,4700, 6093, 6094, 6296, 6297, 6401 and 6402 under Rule 9019 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC |
| 2885014 | 684 | Maddox | 11/06/12 | B | B310 | 0.30 | 69.00 | Serve Linex 9019 order (.1); draft NOS re same (.1); file NOS (.1) |
| 2885017 | 684 | Maddox | 11/06/12 | B | B310 | 0.30 | 69.00 | Serve Order Approving Stipulation Resolving Claim Nos. 4163,4700, 6093, 6094, 6296, 6297, 6401 and 6402 Filed by U.S. Bank National Association, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-2, C/O Situs Holdings, LLC (.1); draft NOS re: same (.1); file NOS (.1) |
| 2887412 | 684 | Maddox | 11/09/12 | B | B310 | 0.10 | 23.00 | File Affidavit/Declaration of Service Re: Notice of Transfer of Claim |
| 2888280 | 684 | Maddox | 11/12/12 | B | B310 | 0.20 | 46.00 | Draft notice of hearing on motion to reconsider (.1); emails with A. Cordo re: same (.1) |
| 2891410 | 684 | Maddox | 11/16/12 | B | B310 | 0.10 | 23.00 | File Affidavit/Declaration of Service Regarding Notices of Transfer of Claim |
| 2893204 | 684 | Maddox | 11/19/12 | B | B310 | 0.40 | 92.00 | Draft COS re: objection to CNO re: creditors motion to reconsider proof of claim (.1); emaisl with A. Cordo re: same (.1); file Objection to Certificate of No Objection Regarding Creditor's Motion to Reconsider Proof of Claim (.1); serve same (.1) |
| 2899620 | 684 | Maddox | 11/29/12 | B | B310 | 0.10 | 23.00 | File Affidavit/Declaration of Service Re: Notices of Transfer of Claim |
| 2881561 | 904 | Cordo | 11/01/12 | B | B310 | 0.20 | 91.00 | Call with counsel for claimant re: status of case |
| 2884470 | 904 | Cordo | 11/05/12 | B | B310 | 0.10 | 45.50 | Review E-mail from D. Spelfogel re: objection; respond re: same |
| 2884460 | 904 | Cordo | 11/05/12 | B | B310 | 0.10 | 45.50 | Review E-mail from J. Davidson re: withdrawal notices; respond re: same |
| 2886186 | 904 | Cordo | 11/07/12 | B | B310 | 0.10 | 45.50 | Review notices of withdrawal and give to M. Maddox re: same |
| 2886746 | 904 | Cordo | 11/08/12 | B | B310 | 0.10 | 45.50 | Review notice of withdrawal docket items and E-mail J. Davidson re: same |
| 2886742 | 904 | Cordo | 11/08/12 | B | B310 | 0.30 | 136.50 | Review mailing from employee (.1); leave message for J. Croft re: same (.1); E-mail J. Croft re: same (.1) |
| 2887643 | 904 | Cordo | 11/09/12 | B | B310 | 0.10 | 45.50 | Review e-mail from J. Croft re: claimant; respond re: same |
| 2888509 | 904 | Cordo | 11/12/12 | B | B310 | 0.10 | 45.50 | Call with J. Croft re: M. Rose claims |
| 2888513 | 904 | Cordo | 11/12/12 | B | B310 | 0.20 | 91.00 | Review and revise motion to reconsider notice and emails with J. Croft re: same |
| 2889450 | 904 | Cordo | 11/13/12 | B | B310 | 0.20 | 91.00 | Review and revise Rose objection and e-mail J. Croft re: same |
| 2889466 | 904 | Cordo | 11/13/12 | B | B310 | 0.20 | 91.00 | Review e-mail from J. Croft re: Rose CNO (.1) call with J. Croft re: same (.1) |
| 2889956 | 904 | Cordo | 11/14/12 | B | B310 | 0.10 | 45.50 | Dicussion with D. Abbott re: CNO and Objection |
| 2889957 | 904 | Cordo | 11/14/12 | B | B310 | 0.20 | 91.00 | Review revised objection to CNO (.1); Emails with J. Croft re: same (.1) |
| 2892058 | 904 | Cordo | 11/16/12 | B | B310 | 0.20 | 91.00 | Review letter docketed from M. Rose; e-mail J. Croft re: same (.1); review response re: same nd respond re: same (.1) |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA   311473           AS OF 11/30/12                INVOICE# ******

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2893779 | 904 | Cordo | 11/19/12 | B | B310 | 0.20 | 91.00 | Finalize objection to CNO for filing (.1) and e-mail M. Maddox re: same (.1) |
| 2893877 | 904 | Cordo | 11/19/12 | B | B310 | 0.20 | 91.00 | Emails with J. Croft re: objection to M. Rose CNO |
| 2893784 | 904 | Cordo | 11/19/12 | B | B310 | 0.10 | 45.50 | Additional emails with J. Croft re: rose CNO and motion to reconsider |
| 2894719 | 904 | Cordo | 11/20/12 | B | B310 | 0.10 | 45.50 | Attendance on call with J. Davidson re: claims |
| 2897423 | 904 | Cordo | 11/26/12 | B | B310 | 0.20 | 91.00 | Emails with C. Hare re: E. Demel; respond re: same (.1); emails with M. Fleming re: same (.1) |
| 2897433 | 904 | Cordo | 11/26/12 | B | B310 | 0.10 | 45.50 | Emails with J. Croft re: Certification |
| 2897437 | 904 | Cordo | 11/26/12 | B | B310 | 0.10 | 45.50 | Additional emails with J. Croft re: draft objection |
| 2899220 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | Eails with D. Abbott and J. Croft re: rule 60 motion |
| 2899260 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | Review e-mail from D> Spelfogel re: claim objection; respond re: same |
| 2899228 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | E-mail J. Croft re: as filed objection |
| 2899223 | 904 | Cordo | 11/28/12 | B | B310 | 0.20 | 91.00 | Finalize rose objection for filing and emails with M. Maddox re: same |
| 2899224 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | Additional emails with J> Croft re: revision to rose motion |
| 2899214 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | Call with J. Croft re: regroee |
| 2899217 | 904 | Cordo | 11/28/12 | B | B310 | 0.20 | 91.00 | Review response to rose motion to reconsider |
| 2899198 | 904 | Cordo | 11/28/12 | B | B310 | 0.10 | 45.50 | E-mail J. Davidson re: POCs |
| 2900130 | 904 | Cordo | 11/29/12 | B | B310 | 0.20 | 91.00 | Call with M. Bunda re: Service |
| 2900131 | 904 | Cordo | 11/29/12 | B | B310 | 0.10 | 45.50 | Review e-mail from D. Spelfogel re: nortel claims; respond re: same |
| 2883717 | 971 | Minott | 11/02/12 | B | B310 | 0.10 | 28.00 | Email from M. Maddox re U.S. Bank 9019 CNO |
| 2883718 | 971 | Minott | 11/02/12 | B | B310 | 0.10 | 28.00 | Email to M. Maddox re CNOs re U.S. Bank 9019, Linex 9019, and LTD amended scheduling order |
| 2883722 | 971 | Minott | 11/02/12 | B | B310 | 0.30 | 84.00 | Review and revise CNOs re U.S. Bank 9019, Linex 9019, and LTD amended scheduling order |
| 2893851 | 971 | Minott | 11/19/12 | B | B310 | 0.10 | 28.00 | Emails from A. Cordo and J. Croft re claims |
| 2897899 | 971 | Minott | 11/26/12 | B | B310 | 0.10 | 28.00 | Email to J. Croft re declaration in support of response to rule 60 motion |
| 2897900 | 971 | Minott | 11/26/12 | B | B310 | 0.10 | 28.00 | Review declaration in support of response to rule 60 motion |
| 2897901 | 971 | Minott | 11/26/12 | B | B310 | 0.10 | 28.00 | Emails from J. Croft and A. Cordo re response to Rule 60 motion |
| 2898565 | 971 | Minott | 11/27/12 | B | B310 | 0.10 | 28.00 | Email from J. Croft re Response to Rule 60 Motion |
| 2899354 | 971 | Minott | 11/28/12 | B | B310 | 0.10 | 28.00 | Email from A. Cordo re response to Rule 60 motion re 26th omnibus objection to claims |
| 2900218 | 971 | Minott | 11/29/12 | B | B310 | 0.10 | 28.00 | Emails with A. Cordo and M. Maddox re Jaco/Coface claims |
| 2900226 | 971 | Minott | 11/29/12 | B | B310 | 0.10 | 28.00 | Email from M. Maddox re CNO |
| 2901152 | 971 | Minott | 11/30/12 | B | B310 | 0.10 | 28.00 | Office conference with T. Naimoli re CNO re NN Ireland 9019 Motion |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA 314/5    AS OF 11/30/12    INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2901153 | 971 | Minott | 11/30/12 | B | B310 | 0.10 | 28.00 | Review and revise CNO re NN Ireland 9019 |
| 2901154 | 971 | Minott | 11/30/12 | B | B310 | 0.10 | 28.00 | Email to WP re CNO re Nortel Networks (Ireland) 9019 Motion |
| | | | Total Task: | B310 | | 8.20 | 3,052.50 | |

Litigation/Adversary Proceedings

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2902915 | 203 | Culver | 11/06/12 | B | B330 | 0.10 | 60.00 | Attention to status report |
| 2902917 | 203 | Culver | 11/06/12 | B | B330 | 0.10 | 60.00 | Email J. Ray re McCann/Perot settlement agreement |
| 2903883 | 203 | Culver | 11/07/12 | B | B330 | 0.10 | 60.00 | Emails w/S. McNeil re Perot |
| 2900458 | 203 | Culver | 11/08/12 | B | B330 | 0.10 | 60.00 | Email w/S. McNeil re Perot agreement |
| 2900468 | 203 | Culver | 11/08/12 | B | B330 | 0.10 | 60.00 | Email T. Minott re Perot/McCann 9019s |
| 2900469 | 203 | Culver | 11/08/12 | B | B330 | 0.10 | 60.00 | Email G. Schwed, T. Cobb and D. Besikof re McCann settlement agreement |
| 2903412 | 203 | Culver | 11/09/12 | B | B330 | 0.10 | 60.00 | Email from Strelow-Cobb re McCann |
| 2903570 | 203 | Culver | 11/12/12 | B | B330 | 0.10 | 60.00 | Email from T. Minott re McCann/Perot 9019 motions |
| 2903940 | 203 | Culver | 11/13/12 | B | B330 | 0.10 | 60.00 | Email S. McNeil re Perot agreement |
| 2903996 | 203 | Culver | 11/13/12 | B | B330 | 0.10 | 60.00 | Email w/S. McNeil re Perot |
| 2904000 | 203 | Culver | 11/13/12 | B | B330 | 0.10 | 60.00 | Email w/M. Vanek re preference update |
| 2904003 | 203 | Culver | 11/13/12 | B | B330 | 0.10 | 60.00 | Email w/M. Vanek re Prime Carrier |
| 2903903 | 203 | Culver | 11/14/12 | B | B330 | 0.60 | 360.00 | Review/revise McCann 9019 |
| 2903905 | 203 | Culver | 11/14/12 | B | B330 | 0.40 | 240.00 | Review/revise Perot 9019 |
| 2903922 | 203 | Culver | 11/14/12 | B | B330 | 0.10 | 60.00 | Email from D. Besikof |
| 2904026 | 203 | Culver | 11/15/12 | B | B330 | 0.10 | 60.00 | Email w/D. Besikof re McCann |
| 2900695 | 203 | Culver | 11/19/12 | B | B330 | 0.10 | 60.00 | Review K. Sidhu/T. Minott emails (multiple) re Prime Carrier |
| 2900698 | 203 | Culver | 11/19/12 | B | B330 | 0.10 | 60.00 | Email w/Strelow-Cobb/D. Besikof re McCann |
| 2900748 | 203 | Culver | 11/20/12 | B | B330 | 0.10 | 60.00 | Email w/B. Gibbon re 9019 protocol |
| 2900754 | 203 | Culver | 11/20/12 | B | B330 | 0.10 | 60.00 | Email M. Hall re HP discovery |
| 2900756 | 203 | Culver | 11/20/12 | B | B330 | 0.40 | 240.00 | Draft email to B. Kahn re Perot/McCann settlements |
| 2900829 | 203 | Culver | 11/26/12 | B | B330 | 0.10 | 60.00 | Email D. Crapo re discovery responses |
| 2901819 | 203 | Culver | 11/27/12 | B | B330 | 0.10 | 60.00 | Email D. Crapo re discovery responses (HP) |
| 2900904 | 203 | Culver | 11/28/12 | B | B330 | 0.10 | 60.00 | Email from D. Besikof re McCann settlement |
| 2900907 | 203 | Culver | 11/28/12 | B | B330 | 0.10 | 60.00 | Email to D. Besikof re McCann 9019 |
| 2900920 | 203 | Culver | 11/28/12 | B | B330 | 0.10 | 60.00 | Call w/Strelow-Cobb re McCann 9019 |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA 311473  AS OF 11/30/12

Case 09-10138-MFW   Doc 9169-5   Filed 12/20/12   Page 4 of 7

INVOICE# ******

| ID | Tkpr | Name | Date | | Code | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2900859 | 203 | Culver | 11/29/12 | B | B330 | 0.10 | 60.00 | Email S. McNeil re Perot settlement |
| 2900862 | 203 | Culver | 11/29/12 | B | B330 | 0.30 | 180.00 | Email from/to S. McNeil re 9019 motion revisions (.1); incorporate same (.1) and email T. Minott re filing (.1) |
| 2900869 | 203 | Culver | 11/29/12 | B | B330 | 0.40 | 240.00 | Review/revise McCann 9019 |
| 2900870 | 203 | Culver | 11/29/12 | B | B330 | 0.10 | 60.00 | Conf w/T. Minott re status report |
| 2900874 | 203 | Culver | 11/29/12 | B | B330 | 0.50 | 300.00 | Review/revise Perot settlement agreement (.4) and conf w/T. Minott re same (.1) |
| 2900884 | 203 | Culver | 11/29/12 | B | B330 | 0.10 | 60.00 | Conf w/T. Minott re McCann agreement |
| 2900886 | 203 | Culver | 11/29/12 | B | B330 | 0.10 | 60.00 | Email T. Strelow-Cobb and D. Besikof re McCann 9019 |
| 2902933 | 203 | Culver | 11/30/12 | B | B330 | 0.10 | 60.00 | Email from D. Crapo re HP discovery |
| 2902936 | 203 | Culver | 11/30/12 | B | B330 | 0.10 | 60.00 | Conf w/T. Minott re Perot 9019 |
| 2903403 | 389 | Butz | 11/28/12 | B | B330 | 0.30 | 144.00 | Emails with A Cordo and D Abbott re: litigation letter (.3) |
| 2900035 | 594 | Conway | 11/29/12 | B | B330 | 0.40 | 92.00 | Review and respond to email from T. Minott re filing coc extending deadline re Sterling Nets (.1); prep for efiling and efile w/the Court (.2); submit to chambers and def counsel (.1) |
| 2901693 | 594 | Conway | 11/30/12 | B | B330 | 0.40 | 92.00 | Assist w/service of Discovery and expert report and discuss same w/C. Tate |
| 2900702 | 594 | Conway | 11/30/12 | B | B330 | 0.40 | 92.00 | Review and respond to email from A. Cordo re svc of pleading re expert report of Ethan Kra (.1); research svc info and email to L. Gast re assistance w/preparation of svc (.2); draft cos (.1) |
| 2900442 | 594 | Conway | 11/30/12 | B | B330 | 0.50 | 115.00 | Review and respond to email from T. Minott re filing and svc of Perot 9019 (.1); draft notice and cos and email to T. Minott for review (.3); review 2002 re svc of counsel and email to L. Gast re svc preparation (.1) |
| 2900444 | 594 | Conway | 11/30/12 | B | B330 | 0.30 | 69.00 | Efile Perot 9019 w/the Court (.2); email to parcels re svc of same (.1) |
| 2900770 | 594 | Conway | 11/30/12 | B | B330 | 0.20 | 46.00 | Review service of expert discovery (.1); revise cos and email to A. Cordo for review (.1) |
| 2900936 | 594 | Conway | 11/30/12 | B | B330 | 0.40 | 92.00 | T/c from A. Cordo re filing and svc of expert report (.1); prep for efiling and efile w/the Court (.1); email to A. Cordo re filing and svc of same (.1); discuss additional party svc w/C. Tate (.1) |
| 2881270 | 684 | Maddox | 11/01/12 | B | B330 | 0.10 | 23.00 | Emails with T. Minott re: request for Dell status report |
| 2884952 | 684 | Maddox | 11/06/12 | B | B330 | 0.20 | 46.00 | Draft Dell status report (.1); draft COS re: same (.1) |
| 2884962 | 684 | Maddox | 11/06/12 | B | B330 | 0.20 | 46.00 | File and serve Dell status report |
| 2893210 | 684 | Maddox | 11/19/12 | B | B330 | 0.10 | 23.00 | File Stipulation of Dismissal (Prime Carrier) |
| 2895190 | 684 | Maddox | 11/21/12 | B | B330 | 0.20 | 46.00 | Call with Court re: closing of Telecom Adv. (.1); e-mails with T. Minott re: same (.1) |
| 2895105 | 684 | Maddox | 11/21/12 | B | B330 | 0.30 | 69.00 | Draft status report shell (.1); revise service list (.1); emails with T. Minott re: status report (.1) |
| 2899518 | 684 | Maddox | 11/29/12 | B | B330 | 0.10 | 23.00 | Draft cos re status report |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nortel Networks, Inc. | | | | | | | PROFORMA 344979 | | AS OF 12/30/12 | INVOICE# ****** |
| 63989-DIP | | | | | | | | | |
| DATE: 12/19/12 14:44:51 | | | | | | | | | |

| ID | Code | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2899553 | 684 | Maddox | 11/29/12 | B | B330 | 0.30 | 69.00 | File and serve Status report |
| 2881607 | 971 | Minott | 11/01/12 | B | B330 | 0.10 | 28.00 | Emails with M. Maddox re Dell/Perot Systems status report |
| 2886837 | 971 | Minott | 11/08/12 | B | B330 | 0.10 | 28.00 | Emails with D. Culver re McCann and Dell 9019 motions |
| 2887775 | 971 | Minott | 11/10/12 | B | B330 | 1.60 | 448.00 | Draft Perot Systems 9019 Motion |
| 2887778 | 971 | Minott | 11/11/12 | B | B330 | 1.50 | 420.00 | Draft McCann 9019 Motion |
| 2888497 | 971 | Minott | 11/12/12 | B | B330 | 0.10 | 28.00 | Email to D. Culver re Perot Systems and McCann 9019 Motions |
| 2893852 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Email to Accounting-conflicts re recoding prime carrier ltd. as formerly adverse |
| 2893853 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Email to K. Sidhu re Prime Carrier stipulation of dismissal |
| 2893854 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Email from M. Maddox re prime carrier stip of dismissal |
| 2893856 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Email to M. Maddox re prime carrier stip of dismissal |
| 2893857 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Review prime carrier stip of dismissal and prepare for filing |
| 2893858 | 971 | Minott | 11/19/12 | B | B330 | 0.10 | 28.00 | Emails with K. Sidhu re Prime Carrier stip of dismissal |
| 2894895 | 971 | Minott | 11/20/12 | B | B330 | 0.30 | 84.00 | Draft proposed order denying preliminary injunction motion |
| 2894896 | 971 | Minott | 11/20/12 | B | B330 | 0.10 | 28.00 | Emails with A. Cordo re preliminary injunction order |
| 2896231 | 971 | Minott | 11/21/12 | B | B330 | 0.10 | 28.00 | Email to N. Abularach and K. Sidhu re consolidated status report |
| 2896232 | 971 | Minott | 11/21/12 | B | B330 | 0.10 | 28.00 | Emails with M. Maddox re revised consolidated status report |
| 2896233 | 971 | Minott | 11/21/12 | B | B330 | 0.30 | 84.00 | Review and revise consolidated status report |
| 2896234 | 971 | Minott | 11/21/12 | B | B330 | 0.10 | 28.00 | Emails with M. Maddox re status report for all waves |
| 2900230 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Review NOS re consolidated status report; email to M. Maddox re same |
| 2900231 | 971 | Minott | 11/29/12 | B | B330 | 0.20 | 56.00 | Review and revise consolidated status report for preference actions; office conference with D. Culver re same |
| 2900234 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Emails with K. Sidhu re consolidated status report |
| 2900239 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Emails from N. Abularach re Sterling Mets stipulation to amend scheduling order |
| 2900221 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Emails with N. Abularach re Sterling Mets COC re amended scheduling order |
| 2900222 | 971 | Minott | 11/29/12 | B | B330 | 0.30 | 84.00 | Review and revise COC re Fourth Amended Scheduling Order in Sterling Mets preference action and prepare for filing |
| 2900223 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Email from A. Wolper re Sterling Mets stipulation to amend scheduling order |
| 2900224 | 971 | Minott | 11/29/12 | B | B330 | 0.70 | 196.00 | Review and revise Perot Systems 9019 Motion per D. Culver comments |
| 2900225 | 971 | Minott | 11/29/12 | B | B330 | 0.50 | 140.00 | Review and revise McCann 9019 Motion per D. Culver comments |
| 2900212 | 971 | Minott | 11/29/12 | B | B330 | 0.20 | 56.00 | Review and revise Perot Systems 9019 Motion |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PRO FORMA 311473  AS OF 11/30/12  INVOICE# ******

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2900213 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Email from D. Culver re Perot Systems 9019 Motion |
| 2900214 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Review and revise Perot Systems 9019 Motion |
| 2900215 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Email to N. Abularach re COC re Sterling Mets amended scheduling order |
| 2900216 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Email to A. Conway re COC re Sterling Mets amended scheduling order |
| 2900217 | 971 | Minott | 11/29/12 | B | B330 | 0.10 | 28.00 | Email from N. Abularach re COC re Sterling Mets amended scheduling order |
| 2901155 | 971 | Minott | 11/30/12 | B | B330 | 0.10 | 28.00 | Review and revise Notice and COS re Perot Systems 9019 Motion; email to A. Conway re same |
| 2901156 | 971 | Minott | 11/30/12 | B | B330 | 0.10 | 28.00 | Emails with A. Conway re Perot 9019 |
| 2901157 | 971 | Minott | 11/30/12 | B | B330 | 0.50 | 140.00 | Review and revise Perot Systems 9019 Motion and prepare for filing; email to A. Conway and R. Fusco re same |
| | | | Total Task: | | B330 | 18.50 | 6,795.00 | |

Professional Retention (Others - Filing)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2887430 | 322 | Abbott | 11/09/12 | B | B360 | 0.50 | 300.00 | Review supplemental docs re: avidity and RLKS, and revise same |
| 2898110 | 322 | Abbott | 11/27/12 | B | B360 | 0.40 | 240.00 | Telephone call w/ Fleming, Lacks re: OCP issues |
| 2888585 | 605 | Naimoli | 11/12/12 | B | B360 | 0.30 | 40.50 | Review email from A. Cordo (.1); Prepare & efile Notice of Service Re: Notice of Service Re: (1) Supplemental Declaration of Kathryn Schultea in Further Support of Application for an Order Authorizing Employment & Retention of RLKS (.1); and (2) Second Supplemental Declaration of John Ray in Further Support of Employment and Retention of John Ray (.1) |
| 2888582 | 605 | Naimoli | 11/12/12 | B | B360 | 0.20 | 27.00 | Review email from A. Cordo (.1); Prepare, efile Supplemental Declaration of Kathryn Schultea in Further Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of RLKS Executive Solutions LLC as Consultants to the Debtors' Nunc Pro Tunc to July 9, 2010; Prepare service on 2002 (.1) |
| 2888583 | 605 | Naimoli | 11/12/12 | B | B360 | 0.20 | 27.00 | Review email from A. Cordo; Prepare and efile Second Supplemental Declaration of John Ray in Further Support of Employment and Retention of John Ray as the Debtors' Principal Officer, Nunc Pro Tunc to December 7, 2009; Prepare service on 2002 |
| 2881560 | 904 | Cordo | 11/01/12 | B | B360 | 0.10 | 45.50 | Review E-mail from J. Opoleksy re: relationship list; E-mail J. Lee re; same |
| 2884467 | 904 | Cordo | 11/05/12 | B | B360 | 0.10 | 45.50 | Review E-mail from K. Shultea re: documents; respond re: same |
| 2886956 | 904 | Cordo | 11/08/12 | B | B360 | 0.10 | 45.50 | E-mail with J. Houser and D. Abbott re: J. Ray and RLKS declarations |
| 2887647 | 904 | Cordo | 11/09/12 | B | B360 | 0.40 | 182.00 | Call with D. Abbott re: supplemental disclosure (.1); review and revise same (.2); emails J. Ray and K. Shultea re: same (.1) |
| 2888514 | 904 | Cordo | 11/12/12 | B | B360 | 0.20 | 91.00 | Emails with K. Shultea and J. Ray re: supplemental declarations |
| 2888516 | 904 | Cordo | 11/12/12 | B | B360 | 0.20 | 91.00 | Finalize and file two supp decs (.1) and review and sign NOS re: same (.1) |
| 2890857 | 904 | Cordo | 11/15/12 | B | B360 | 0.10 | 45.50 | Call with M. Fleming re: OCP issue |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51  

PROFORMA 311473   AS OF 11/30/12   INVOICE# ******

| ID | # | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2890862 | 904 | Cordo | 11/15/12 | B | B360 | 0.30 | 136.50 | Follow up call with M. Fleming re; OCP statements and research re: same |
| 2898499 | 904 | Cordo | 11/27/12 | B | B360 | 0.30 | 136.50 | Attendance on call with M. Fleming and J. Opolsky re: OCP |
| 2900124 | 904 | Cordo | 11/29/12 | B | B360 | 0.20 | 91.00 | Emails with D. Abbott re: comments to revised OCP statements (.1); review statements and e-mail J. Opolsky re: same (.1) |
| 2886812 | 968 | Houser | 11/08/12 | B | B360 | 0.20 | 64.00 | Confer w/A. Cordo re supplemental disclosures. |
| 2887673 | 968 | Houser | 11/09/12 | B | B360 | 1.10 | 352.00 | Drafting supplemental disclosures of professionals. |
| 2888489 | 971 | Minott | 11/12/12 | B | B360 | 0.10 | 28.00 | Emails from K. O'Brien, D. Culver, and A. Cordo re relationship check |
| 2897902 | 971 | Minott | 11/26/12 | B | B360 | 0.10 | 28.00 | Emails re relationship check |
| | | | | Total Task: | B360 | 5.10 | 2,016.50 | |

Schedules/SOFA/U.S. Trustee Reports

| ID | # | Name | Date | | Task | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 2890296 | 684 | Maddox | 11/15/12 | B | B420 | 0.40 | 92.00 | Emails with T. Minott re: MOR (.1); draft COS re: MOR (.1); file Sept. MOR (.1); serve same (.1) |
| 2896130 | 684 | Maddox | 11/21/12 | B | B420 | 0.10 | 23.00 | Draft COS re: MOR |
| 2896134 | 684 | Maddox | 11/21/12 | B | B420 | 0.20 | 46.00 | File and serve Oct. MOR |
| 2890859 | 904 | Cordo | 11/15/12 | B | B420 | 0.20 | 91.00 | Emails with J. Landzkron and T. Minott re: MOR |
| 2897239 | 904 | Cordo | 11/21/12 | B | B420 | 0.10 | 45.50 | Emails with T. Minott and J. Landzkron re: MOR |
| 2896089 | 904 | Cordo | 11/21/12 | B | B420 | 0.10 | 45.50 | Review e-mail from J. Landzkron re: MOR |
| 2890923 | 971 | Minott | 11/15/12 | B | B420 | 0.10 | 28.00 | Emails with J. Lanzkron re September MOR |
| 2890917 | 971 | Minott | 11/15/12 | B | B420 | 0.10 | 28.00 | Email to J. Lanzkron re September MOR |
| 2890918 | 971 | Minott | 11/15/12 | B | B420 | 0.10 | 28.00 | Emails with M. Maddox re COS re September MOR |
| 2890919 | 971 | Minott | 11/15/12 | B | B420 | 0.10 | 28.00 | Email to M. Maddox re September MOR |
| 2890920 | 971 | Minott | 11/15/12 | B | B420 | 0.20 | 56.00 | Review September MOR and prepare for filing |
| 2890921 | 971 | Minott | 11/15/12 | B | B420 | 0.10 | 28.00 | Email with A. Cordo re September MOR |
| 2896225 | 971 | Minott | 11/21/12 | B | B420 | 0.10 | 28.00 | Email from J. Lanzkron re MOR |
| 2896228 | 971 | Minott | 11/21/12 | B | B420 | 0.10 | 28.00 | Emails from J. Lanzkron and A. Cordo re MOR |
| 2896200 | 971 | Minott | 11/21/12 | B | B420 | 0.10 | 28.00 | Email to J. Lanzkron re October MOR |
| 2896203 | 971 | Minott | 11/21/12 | B | B420 | 0.10 | 28.00 | Review COS re October MOR |
| | | | | Total Task: | B420 | 2.20 | 651.00 | |
| | | | | FEE SUBTOTAL | | 170.70 | 64,019.50 | |