# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through November 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Costs | | $25.00 |
| Transcripts | | 458.85 |
| Photos/Art/ Spec Duplicating | Out of Office | 4,524.43 |
| Messenger Service | | 153.00 |
| Courier/Delivery Service | | 8,011.43 |
| Computer Research | Westlaw | 122.65 |
| In House Duplicating | | 1,018.40 |
| Pacer | | 85.30 |
| Facsimile | | 964.75 |
| Hotel Accommodations | | 370.08 |
| **Grand Total Expenses** | | **$15,733.89** |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PROFORMA   341473                      AS OF 11/30/12                      INVOICE# ******

## COST ENTRIES

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 983433 | 10/12/12 | B | 25.00 | Court Costs - AMERICAN EXPRESS` COURTS/USDC-DE - COURT FILING FEES - 10/12/20 | 503 12 | 000 | 191351 |
| 982048 | 11/09/12 | B | 332.75 | Transcripts - DIAZ DATA SERVICES` CASE 09-10138 - TRANSCRIPT | 506 | 904 | 191270 |
| 986794 | 11/30/12 | B | 126.10 | Transcripts - DIAZ DATA SERVICES` EXPEDITE TRANSCRIPT - 11/30/2012 | 506 | 904 | 191700 |
| 982012 | 11/05/12 | B | 1,486.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY PRINT AND HANDWRITTEN AIRBILLS/ FAX BROADCAST | 510 | 904 | 191238 |
| 981999 | 11/06/12 | B | 606.97 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/ PRINT, ENVELOPE, AND HAND DELIVERY | 510 | 684 | 191219 |
| 985429 | 11/12/12 | B | 645.24 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/12/2012 | 510 | 684 | 191462 |
| 985738 | 11/16/12 | B | 21.30 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/16/2012 | 510 | 684 | 191561 |
| 985730 | 11/20/12 | B | 19.00 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 11/20/2012 | 510 | 684 | 191549 |
| 986805 | 11/30/12 | B | 1,570.92 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC.` BANKRUPTCY SERVICE COPIES - 11/30/2012 | 510 | 904 | 191711 |
| 986806 | 11/30/12 | B | 175.00 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC.` BANKRUPTCY SERVICE COPIES - 11/30/2012 | 510 | 594 | 191712 |
| 987546 | 10/23/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987582 | 10/24/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987593 | 10/25/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987615 | 10/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987626 | 10/31/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987679 | 11/02/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 987693 | 11/05/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987697 | 11/05/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 987719 | 11/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987720 | 11/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987730 | 11/07/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987735 | 11/07/12 | B | 3.00 | Messenger Service | 513S | 000 | |

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

Case 09-10138-MFW  Doc 9169-6  Filed 12/20/12  Page 3 of 6  
PRO FORMA  311473                    AS OF 11/30/12                 INVOICE# ******

Nortel Networks, Inc.  
63989-DIP  
DATE: 12/19/12 14:44:51

PRO FORMA  311473    AS OF 11/30/12    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 987738 | 11/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987743 | 11/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987749 | 11/08/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987751 | 11/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987756 | 11/09/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987760 | 11/12/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987771 | 11/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987812 | 11/15/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987813 | 11/15/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987824 | 11/16/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987854 | 11/19/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 987858 | 11/20/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 987873 | 11/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987878 | 11/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987881 | 11/21/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 987885 | 11/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987887 | 11/21/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 987889 | 11/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987897 | 11/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987900 | 11/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987920 | 11/26/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987924 | 11/27/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987965 | 11/27/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 987952 | 11/28/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987969 | 11/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987970 | 11/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987975 | 11/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 987984 | 11/29/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 983424 | 10/02/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS` UPSP.COM - COURIER CHARGES - 10/02/2012 | 514 | 000 | 191351 |

```
Nortel Networks, Inc.                      PRO FORMA  31147/3          AS OF 11/30/12              INVOICE# ******
63989-DIP
DATE: 12/19/12 14:44:51
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 983425 | 10/02/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/02/2012 | 514 | 000 | 191351 |
| 983445 | 10/17/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/17/2012 | 514 | 000 | 191351 |
| 983446 | 10/17/12 | B | 29.25 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/17/2012 | 514 | 000 | 191351 |
| 983447 | 10/17/12 | B | 88.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/17/2012 | 514 | 000 | 191351 |
| 983444 | 10/17/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/17/2012 | 514 | 000 | 191351 |
| 983449 | 10/18/12 | B | 17.75 | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - COURIER CHARGES - 10/18/2012 | 514 | 000 | 191351 |
| 982468 | 10/24/12 | B | 16.84 | Courier/Delivery Service | 514 | 322 | 191309 |
| 982036 | 10/31/12 | B | 22.30 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 191265 |
| 989946 | 10/31/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - CREDIT - 10/31/2012 | 514 | 000 | 192010 |
| 989947 | 10/31/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - CREDIT - 10/31/2012 | 514 | 000 | 192010 |
| 989948 | 10/31/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - CREDIT - 10/31/2012 | 514 | 000 | 192010 |
| 989944 | 10/31/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS` USPS.COM - CREDIT - 10/31/2012 | 514 | 000 | 192010 |
| 989945 | 10/31/12 | B | (17.75) | Courier/Delivery Service - AMERICAN EXPRESS.` USPS.COM - CREDIT - 10/31/2012 | 514 | 000 | 192010 |
| 981477 | 11/01/12 | B | 12.34 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981478 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981480 | 11/05/12 | B | 21.61 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981474 | 11/05/12 | B | 25.55 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981475 | 11/05/12 | B | 12.39 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981476 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981499 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981545 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 000 | 191145 |
| 981810 | 11/05/12 | B | 32.72 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 191174 |
| 981554 | 11/05/12 | B | 21.90 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981555 | 11/05/12 | B | 20.93 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981556 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981557 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981558 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981559 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981548 | 11/05/12 | B | 24.38 | Courier/Delivery Service | 514 | 322 | 191145 |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PRO FORMA 314193 AS OF 11/30/12

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 981549 | 11/05/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981550 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981551 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981552 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981553 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981541 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981542 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981543 | 11/05/12 | B | 15.81 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981544 | 11/05/12 | B | 23.21 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981546 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981547 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981535 | 11/05/12 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981536 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981537 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981538 | 11/05/12 | B | 21.90 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981539 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981540 | 11/05/12 | B | 16.89 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981529 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981530 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981531 | 11/05/12 | B | 19.52 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981532 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981533 | 11/05/12 | B | 25.71 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981534 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981523 | 11/05/12 | B | 24.10 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981524 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981525 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981526 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981527 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981528 | 11/05/12 | B | 20.68 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981517 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981518 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981519 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981520 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981521 | 11/05/12 | B | 21.90 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981522 | 11/05/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981511 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981512 | 11/05/12 | B | 24.38 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981513 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |

Nortel Networks, Inc.
63989-DIP
DATE: 12/19/12 14:44:51

PROFORMA 340913    AS OF 11/30/12    INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 981514 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981515 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981516 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981505 | 11/05/12 | B | 21.61 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981506 | 11/05/12 | B | 25.83 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981507 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981508 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981509 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981510 | 11/05/12 | B | 21.61 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981498 | 11/05/12 | B | 24.38 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981500 | 11/05/12 | B | 20.68 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981501 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981502 | 11/05/12 | B | 28.06 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981503 | 11/05/12 | B | 21.90 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981504 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981492 | 11/05/12 | B | 15.81 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981493 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981494 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981495 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981496 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981497 | 11/05/12 | B | 28.06 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981486 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981487 | 11/05/12 | B | 21.90 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981488 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981489 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981490 | 11/05/12 | B | 24.38 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981491 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 982356 | 11/05/12 | B | 12.39 | Courier/Delivery Service | 514 | 000 | 191300 |
| 982358 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 000 | 191300 |
| 981479 | 11/05/12 | B | 22.13 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981481 | 11/05/12 | B | 22.00 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981482 | 11/05/12 | B | 21.61 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981483 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981484 | 11/05/12 | B | 12.39 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981485 | 11/05/12 | B | 24.35 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981560 | 11/05/12 | B | 20.68 | Courier/Delivery Service | 514 | 322 | 191145 |
| 981561 | 11/05/12 | B | 18.19 | Courier/Delivery Service | 514 | 322 | 191145 |
| 982354 | 11/05/12 | B | 17.26 | Courier/Delivery Service | 514 | 322 | 191300 |