# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
:
*In re*                                                    :     Chapter 11
:
Nortel Networks Inc., *et al.*,[1]                         :     Case No. 09-10138 (KG)
:
          Debtors.                    :     Jointly Administered
:
:
------------------------------------------------------X     Re: D.I. 9171

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on December 20, 2012, a copy of the **Certification of Counsel Regarding Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits** was served in the manner indicated upon the individuals identified on the attached service lists.

Dated: December 20, 2012
Wilmington, Delaware

                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                          James L. Bromley (admitted pro hac vice)
                          Lisa M. Schweitzer (admitted pro hac vice)
                          One Liberty Plaza
                          New York, NY 10006
                          Telephone: (212) 225-2000
                          Facsimile: (212) 225-3999

                          and

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Tamara K. Minott*
                          Derek C. Abbott (No. 3376)
                          Ann C. Cordo (No. 4817)
                          Tamara K. Minott (No. 5643)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6657795.14

**Via Hand Delivery and Email**

Rafael X. Zahralddin
(rxza@elliottgreenleaf.com)
Shelly Kinsella (sak@elliottgreenleaf.com)
Elliott Greenleaf
1105 N. Market St.
Wilmington, DE 19801

**Via Overnight Mail and Email**

Mary Kohart (mek@elliottgreenleaf.com)
Elliott Greenleaf
925 Harvest Drive
Blue Bell, PA 19422