# **EXHIBIT A**


## McCARTER & ENGLISH
### ATTORNEYS AT LAW

Electronic Payment Instructions
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021000025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33 (International payments)
Please reference Invoice Number

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

December 20, 2012
Invoice 7826703

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**.......................................................................    $83,373.50
**TOTAL DISBURSEMENTS**.......................................................    367.55

**TOTAL DUE THIS INVOICE** .......................................................    $83,741.05

**AMOUNT OUTSTANDING FROM PRIOR INVOICES**    $413,804.93

**TOTAL AMOUNT DUE AS OF THIS INVOICE**    $497,545.98


Please include this page with your remittance. Thank you.



# McCARTER &ENGLISH
### ATTORNEYS AT LAW

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

Electronic Payment  Instructions
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: PNBPUS33  (International payments)
Please reference Invoice Number

Page 1
December 20, 2012
Invoice 7826703

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS


OFFICIAL COMMITTEE OF 1114 RETIREES
TAYLOR F. WILLIAM
405 NORTH KING STREET
8TH FLOOR
WILMINGTON, DE 19801


**TOTAL FEES**................................................................. $83,373.50
**TOTAL DISBURSEMENTS**................................................... 367.55

**TOTAL DUE THIS INVOICE** ............................................ $83,741.05


**AMOUNT OUTSTANDING FROM PRIOR INVOICES**      $413,804.93

**TOTAL AMOUNT DUE AS OF THIS INVOICE**      $497,545.98

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

Professional Services Recorded Through 11/30/2012

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/01/12 | FOLLOW-UP CALL WITH RON WINTERS RELATED TO RETIREE COMMITTEE CALL FOLLOW-UP. | 00952/MAD | 0.20 |
| 11/01/12 | REVIEW DETAILED EMAIL FROM JOHN ZALOKAR AND MARK HAUPT REGARDING ISSUES RELATED TO PROVIDING ACCESS TO AETNA'S FULLY INSURED PLAN TO OTHER RETIREES OF NORTEL; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 0.50 |
| 11/01/12 | REVIEW OF EMAIL COMMUNICATION REGARDING LTD'S RESPONSE TO DEBTOR'S MOTION TO TERMINATE THE LTD PLANS. | 00952/MAD | 0.30 |
| 11/01/12 | COMMUNICATING REGARDING ISSUES RELATED TO THE CENSUS INFORMATION NEEDED BY AETNA WITH RESPECT TO PROVIDING HEALTH RATES; REVIEW OF EMAILS FROM A&M. | 00952/MAD | 0.30 |
| 11/01/12 | REVIEW OF EMAIL COMMUNICATION FROM NEIL BERGER FORWARDING THE TIME LINE OF APPROVAL OF THE SETTLEMENT AND THE DRAFT SETTLEMENT TERMS AND CONDITIONS; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 11/01/12 | PREPARE RULING REQUEST - 105/106 ANALYSIS. | 03600/JEH | 1.30 |
| 11/01/12 | REVIEW PROPOSED SETTLEMENT AGREEMENT; EMAILS WITH MARK DANIELE REGARDING SAME. | 05237/AFK | 0.20 |
| 11/01/12 | FURTHER REVIEW AND REVISION OF DECLARATIONS FOR OPPOSITION APPLICATION; CONTINUED REVIEW OF NORTEL DOCUMENTS AND MATERIALS ALLEGEDLY COMMUNICATED TO RETIREES; COMMUNICATE WITH MD WITH RESPECT TO SETTLEMENT. | 00286/ALN | 3.30 |
| 11/01/12 | FURTHER AND CONTINUED CORRESPONDENCE WITH LEAD COUNSEL RE SIGNIFICANCE AND IMPACT OF THE NEWLY ISSUED AMENDED SCHEDULING ORDER FOR RETIREE | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | TERMINATION MOTION. | | |
| 11/01/12 | CORRESPOND WITH LEAD COUNSEL RE SIGNIFICANCE AND IMPACT OF THE NEWLY ISSUED AMENDED SCHEDULING ORDER FOR RETIREE TERMINATION MOTION. | 02718/WFT | 0.30 |
| 11/01/12 | EXAMINE AND ANALYZE NEWLY ISSUED AMENDED SCHEDULING ORDER FOR RETIREE TERMINATION MOTION. | 02718/WFT | 0.30 |
| 11/01/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.90 |
| 11/01/12 | RECEIPT AND REVIEW OF EMAIL WITH RESPECT TO STATUS OF PROJECT AND CASE; EMAIL TO TEAM REGARDING SAME. | 02323/JMA | 0.20 |
| 11/01/12 | EXAMINE AND ANALYZE LATEST AMENDED SCHEDULING ORDER RE TERMINATION OF RETIREE BENEFITS. | 03706/KRB | 0.30 |
| 11/01/12 | EXAMINE AND ANALYZE NUMEROUS RECENTLY FILED LTD TERMINATION OBJECTIONS AND FEE APPS. | 03706/KRB | 1.30 |
| 11/01/12 | EMAIL COMMUNICATION WITH TEAM RE STATUS OF RETIREE-CALL PROJECT. | 03262/CWD | 0.20 |
| 11/01/12 | RECEIPT AND REVIEW OF MATERIALS FROM RETIREE NO. 187906 (0.2); CREATING RECORD OF MATERIALS FROM RETIREE NO. 187906 (0.3); RECEIPT AND REVIEW OF MATERIALS FROM RETIREE NO. 188989 (0.2); CREATING RECORD OF MATERIALS FROM RETIREE NO. 188989 (0.3). | 04585/BDK | 1.00 |
| 11/01/12 | CONFERRED WITH NORTEL RETIREE NO. 2423 (1.0); CREATE RECORD OF CALL AND CORRESPONDENCE (0.8); DRAFT AND PREPARE DECLARATION FOR NORTEL RETIREE NO. 2423 (1.0); RECEIPT AND REVIEW OF SIGNED DECLARATION FROM NORTEL RETIREE 2399 (0.3); RECEIPT AND REVIEW OF RETIREE DOCUMENT PLANS FROM NORTEL RETIREE 2401 (2.0); RECEIPT AND REVIEW OF SIGNED | 03156/MSK | 7.10 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
| --- | --- | --- | --- |
| | DECLARATION AND DOCUMENTS FROM NORTEL RETIREE NO. 2386 (0.5); RECEIPT AND REVIEW OF RETIREE DOCUMENTS PLANS FROM NORTEL RETIREE 2428 AND 2422 (1.5) | | |
| 11/01/12 | FURTHER PREPARATION OF DRAFT DECLARATION FOR RETIREE 187103 (0.5); PREPARATION OF DECLARATION FOR RETIREE 185655 (1.3); PREPARATION OF DECLARATION FOR RETIREE 194758 (1.4); RETURN CALL FROM RETIREE 209826 (.6); RETURN CALL FROM RETIREE 1627977 (0.5). | 02153/DAT | 4.30 |
| 11/01/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING THIRTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH AND CNO FOR TSS FEE APPLICATION; ; | 04990/JFS | 0.20 |
| 11/01/12 | REVIEW AND CALENDAR CRITICAL DATES RELATED TO AMENDED SCHEDULING ORDER FOR HEARING ON MOTION TO TERMINATE BENEFITS; | 04990/JFS | 0.40 |
| 11/02/12 | REVIEWING AND DRAFTING CORRESPONDENCE WITH RETIREES (.5); REVIEWING AND DRAFTING CORRESPONDENCE WITH TEAM RE: DISCOVERY (.6). | 01584/LAC | 1.10 |
| 11/02/12 | COMMUNICATING WITH RESPECT TO ISSUES RAISED BY JOHN ZALOCOR REGARDING THE INCLUSION OF OTHER RETIREES WITHIN THE PROGRAM. | 00952/MAD | 0.20 |
| 11/02/12 | LENGTHY OFFICE MEETING REVIEWING THE FORM OF THE LLC FORMATION DOCUMENT, THE LLC OPERATING AGREEMENT AND CONFERRING WITH RESPECT TO ISSUES RELATED TO THE SETTLEMENT AGREEMENT. | 00952/MAD | 1.00 |
| 11/02/12 | CONFERENCE CALL WITH THE COMMITTEE REGARDING HEALTH BENEFIT ISSUE TO BE PROVIDED BY VEBA. | 00952/MAD | 0.50 |
| 11/02/12 | OFFICE CONFERENCE WITH MARK DANIELE REGARDING PROPOSED SETTLEMENT AGREEMENT; DISCUSSION WITH JEFF MULLER REGARDING LLC ISSUES; FOLLOW-UP WITH MARGARET MORIARTY REGARDING LLC | 05237/AFK | 1.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | FORMATION. | | |
| 11/02/12 | DRAFT LLC CERTIFICATE OF FORMATION; DRAFT LLC OPERATING AGREEMENT; REVIEW LLC ISSUES; REVIEW DRAFT SETTLEMENT AGREEMENT. | 05237/AFK | 3.20 |
| 11/02/12 | ATTEND TO VARIOUS CLOSE OUT SETTLEMENT ISSUES. | 00286/ALN | 1.60 |
| 11/02/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 1.10 |
| 11/03/12 | REVIEW LLC OPERATING AGREEMENT ISSUES; REVIEW VEBA ISSUES. | 05237/AFK | 1.70 |
| 11/04/12 | REVIEW OF COMMENTS TO THE DRAFT SETTLEMENT AGREEMENT. | 00952/MAD | 0.50 |
| 11/04/12 | REVIEW DRAFT OF SETTLEMENT AGREEMENT; COMMENTS TO M. DANIELE REGARDING SAME. | 05237/AFK | 3.60 |
| 11/05/12 | CONFERRING WITH TEAM MEMBERS RE: DISCOVERY (.8); REVIEWING AND DRAFTING CORRESPONDENCE RE: SAME (.3). | 01584/LAC | 1.10 |
| 11/05/12 | LENGTHY MEETING WITH THE PROFESSIONALS, THE TOGUT FIRM AND THE RETIREE COMMITTEE DISCUSSING AT LENGTH VARIOUS ISSUES RELATED TO THE PLAN TO BE SPONSORED BY THE VEBA AND THE ELIGIBLE PARTICIPANTS THEREIN FOR MEDICAL LIFE AND LONG TERM CARE. | 00952/MAD | 1.50 |
| 11/05/12 | CONFERENCE CALL WITH NEIL BERGER AND THE A&M PROFESSIONALS; PREPARING FOR THE UPCOMING RETIREE COMMITTEE MEETING REGARDING THE PARTICIPANTS IN THE MEDICAL PLAN SPONSORED BY THE VEBA AND THE IMPLICATIONS OF THE SAME. | 00952/MAD | 0.50 |
| 11/05/12 | FURTHER REVIEW OF COMMENTS TO THE DRAFT OF THE SETTLEMENT AGREEMENT WITH NORTEL AND THE RETIREE COMMITTEE. | 00952/MAD | 0.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/05/12 | REVIEW SETTLEMENT ISSUES; REVIEW MISCELLANEOUS EMAILS REGARDING SETTLEMENT AGREEMENT. | 05237/AFK | 0.20 |
| 11/05/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT HEARING TO DETERMINE IF RETIREE COMMITTEE IS AFFECTED BY ANYTHING GOING FORWARD. | 02718/WFT | 0.30 |
| 11/05/12 | CORRESPOND WITH LEAD COUNSEL (TSS) RE AGENDA FOR NEXT HEARING AND AFFECT ON RETIREE COMMITTEE. | 02718/WFT | 0.30 |
| 11/05/12 | CORRESPOND FURTHER WITH LEAD COUNSEL ON ATTENDANCE AND ISSUES FOR UPCOMING HEARING IN THIS MATTER. | 02718/WFT | 0.30 |
| 11/05/12 | PREPARE TELEPHONIC APPEARANCE FOR CO-COUNSEL FOR NOVEMBER 7, 2012 HEARING; | 04990/JFS | 0.40 |
| 11/05/12 | CONFER WITH COUNSEL REGARDING STATUS OF HEARINGS RELATED TO HURRICANE SANDY; CONFER WITH CHAMBERS REGARDING SAME; | 04990/JFS | 0.40 |
| 11/06/12 | REVIEW OF EMAIL COMMUNICATION FROM MARK HAUPT REGARDING DISCUSSION ISSUES FOR THE UPCOMING MEETING AS IT RELATES TO THE VEBA; REVIEW OF FOLLOW-UP EMAIL COMMUNICATION FROM MIKE RESSNER WITH RESPECT TO THE SAME. | 00952/MAD | 0.20 |
| 11/06/12 | CONFERENCE CALL WITH THE PROFESSIONALS REGARDING FOLLOW-UP ISSUES TO MONDAY'S RETIREE CALL REGARDING INSURANCE ALTERNATIVES FOR THE VEBA. | 00952/MAD | 0.70 |
| 11/06/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.50 |
| 11/06/12 | EXAMINE AND ANALYZE M&E BILLING FOR OCTOBER 2012 (80+ PAGES) IN ORDER TO REVIEW, AND REVISE SAME TO FORM THE BASIS OF NEXT MONTHLY FEE APPLICATION. | 02718/WFT | 0.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 11/06/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS FILED IN (2 WEEKS WORTH - DOZENS) CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.80 |
| 11/06/12 | EXAMINE AND ANALYZE AGENDA OF MATTERS SCHEDULED FOR 11/7 HEARING. | 03706/KRB | 0.20 |
| 11/06/12 | COMMUNICATION WITH TEAM RE STATUS OF RETIREE CALL PROJECT AND REVIEW OF LETTER TO RETIREE RETURNING ORIGINAL DOCUMENTS. | 03262/CWD | 0.30 |
| 11/07/12 | TELEPHONE CONFERENCE CALL WITH REPRESENTATIVES OF AETNA AND NEIL BERGER, BRIAN MOORE AND KEVIN GREYSON DISCUSSING VARIOUS ALTERNATIVES WITH RESPECT TO THE PROPOSED MEDICAL PLAN PROVIDED BY THE VEBA (.60); REVIEWING AND REVISING MEETING SUMMARY AND COMMUNICATING WITH BRIAN MOORE (.30). | 00952/MAD | 0.90 |
| 11/07/12 | CONTINUED PREPARATION OF A VEBA TRUST AGREEMENT AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE GOVERNANCE PROVISIONS. | 00952/MAD | 0.50 |
| 11/07/12 | CONFERENCE WITH THE A&M PROFESSIONALS AND THE TOGUT FIRM A&M PROFESSIONALS DISCUSSING THE PRESENTATION TO THE RETIREE COMMITTEE REGARDING THE MEDICAL PLAN OPTIONS AND OTHER RELATED ISSUES IN CONNECTION WITH THE SETTLEMENT AND THE VEBA. | 00952/MAD | 0.60 |
| 11/07/12 | CONTINUE CLOSE OUT OF FILE; CONTINUE OT ATTEND TO CORRECTION OF RETIREE CONTACT LIST FOR NOTIFICATION PURPOSES. | 00286/ALN | 1.10 |
| 11/07/12 | PREPARE FOR AND ATTEND THE MONTHLY OMNIBUS HEARING IN THIS CASE. | 02718/WFT | 2.00 |
| 11/07/12 | EXAMINE AND ANALYZE DEBTORS' SUPPLEMENTAL SUBMISSION CONCERNING LTD ISSUES AND MOTION. | 02718/WFT | 0.30 |
| 11/07/12 | CORRESPONDENCE WITH WFT RE ISSUES ADDRESSED AT HEARING INCLUDING | 03706/KRB | 0.20 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | INDIVIDUAL LTD ISSUES. | | |
| 11/07/12 | COMMUNICATIONS WITH TEAM RE STATUS OR RETIREE CALL PROJECT AND MEETING TO DISCUSS SAME. | 03262/CWD | 0.30 |
| 11/07/12 | ASSIST WITH PREPARATION OF NOVEMBER 7, 2012 HEARING; | 04990/JFS | 0.40 |
| 11/08/12 | RESEARCH 106, PREPARE RULING REQUEST ON 105/106 ISSUE. | 03600/JEH | 0.50 |
| 11/08/12 | PREPARE FOR AND PARTICIPATE IN CALL RE: STATUS UPDATE AND SETTLEMENT ISSUES. | 04841/NMI | 1.30 |
| 11/08/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.70 |
| 11/08/12 | INTERNAL EMAILS REGARDING CONFERENCE CALL WITH CO-COUNSEL. | 02323/JMA | 0.20 |
| 11/09/12 | COMMUNICATING WITH RON WINTERS REGARDING ISSUES RELATED TO THE TRUSTEE OF THE VEBA AND THE CHARACTERIZATION OF THE FUNCTIONS OF SUCH ENTITY. | 00952/MAD | 0.10 |
| 11/09/12 | PARTICIPATING IN THE RETIREE COMMITTEE MEETING. | 00952/MAD | 1.20 |
| 11/09/12 | PARTICIPATING IN THE CALL OF THE PROFESSIONALS REGARDING THE UPCOMING RETIREE COMMITTEE MEETING. | 00952/MAD | 0.40 |
| 11/09/12 | REVIEW TOGUT FIRM REVISED DRAFT OF SETTLEMENT AGREEMENT; EMAILS WITH MARK DANIELE RE: SAME. | 05237/AFK | 1.50 |
| 11/09/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.80 |
| 11/09/12 | COMPOSING EMAIL TO RETIREE WESTLAKE IN RESPONSE TO HIS (.1); COMPOSING EMAIL TO | 02323/JMA | 0.50 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | RETIREE STANTON IN RESPONSE TO HERS (.1); ANSWERING QUESTIONS OF ATTORNEY CALLERS (.3). | | |
| 11/09/12 | REVIEW/LOG NEW DECLARATIONS RECEIVED. | 00535/D-B | 1.00 |
| 11/10/12 | CONTINUED PREPARATION OF ACTION ITEM LIST REGARDING THE ESTABLISHMENT OF THE VEBA; CONSIDERATION OF LEGAL ISSUES REGARDING THE HRA ACCOUNTS. | 00952/MAD | 0.80 |
| 11/12/12 | CALL WITH R. MILIN (.3); DRAFTING CORRESPONDENCE TO TEAM (.6); CONFERRING WITH TEAM RE: DISCOVERY (.2). | 01584/LAC | 1.10 |
| 11/12/12 | FOLLOW-UP WITH MARK DANIELE, JOEL HOROWITZ REGARDING STATUS OF SETTLEMENT. | 05237/AFK | 0.20 |
| 11/12/12 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH M&E TRIAL TEAM AND TOGUT TEAM (SAS AND RM); ADDRESS CENSUS/CONTACT INFORMATION (CORRECTED INDIVIDUAL INFORMATION); PREPARE LIST OF RETIREES SELECTING ALTERNATIVE BENEFITS. | 00286/ALN | 2.10 |
| 11/12/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.70 |
| 11/12/12 | TELEPHONE CALL WITH CO-COUNSEL REGARDING STATUS AND EMAILS REGARDING SAME. | 02323/JMA | 0.30 |
| 11/12/12 | EXAMINE AND ANALYZE RECENT PLEADINGS FOR IMPACT ON RETIREE ISSUES. | 03706/KRB | 0.40 |
| 11/12/12 | COMMUNICATING WITH D. BROWN AND L. CHIAFULLO REGARDING RETIREES WITH BAD CONTACT INFORMATION; REVIEW OF NOTES ON SAME. | 04585/BDK | 0.30 |
| 11/12/12 | EXCHANGE EMAILS REGARDING STATUS. | 03589/MDV | 0.10 |
| 11/12/12 | REVIEW AND CALENDAR CRITICAL DATES RELATED TO AMENDED SCHEDULING ORDER | 04990/JFS | 0.40 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | FOR HEARING ON MOTION TO TERMINATE BENEFITS; | | |
| 11/13/12 | REVIEWING AND DRAFTING CORRESPONDENCE WITH TEAM MEMBERS RE: OUTSTANDING DISCOVERY ISSUES. | 01584/LAC | 1.20 |
| 11/13/12 | TELEPHONE CONFERENCE WITH RICHARD MILAN, STEPHANIE SKELLEY AND ALAN KORNSTEIN DISCUSSING COMMENTS TO THE SETTLEMENT AGREEMENT; COMMUNICATING WITH NEIL BERGER FORWARDING ADDITIONAL COMMENTS TO THE SETTLEMENT AGREEMENT. | 00952/MAD | 1.50 |
| 11/13/12 | COMMUNICATING WITH NEIL BERGER UPDATING ON THE STATUS OF THE LLC AND VEBA DOCUMENTS. | 00952/MAD | 0.20 |
| 11/13/12 | REVIEW OF EMAIL COMMUNICATION FROM STEPHANIE SKELLY REGARDING PROPOSED REVISIONS TO PARAGRAPH 7 AND 8(B) OF THE SETTLEMENT AGREEMENT. COMMUNICATING WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 11/13/12 | CONTINUED PREPARATION OF A DETAILED LIST OF THE ACTIONS NECESSARY TO IMPLEMENT THE VEBA AND THE LLC PURSUANT TO THE SETTLEMENT AGREEMENT. | 00952/MAD | 1.00 |
| 11/13/12 | REVIEW OF EMAIL COMMUNICATION FROM RICHARD MILLIN FORWARDING THE REVISED DRAFTS OF THE SETTLEMENT AGREEMENT; REVIEW OF THE SAME. | 00952/MAD | 0.50 |
| 11/13/12 | CONSIDER OFFICE CONFERENCE REGARDING ISSUES RELATED TO INDEMNIFICATION FOR THE LLC AS IT RELATES TO THE VEBA; REVIEW OF DETAIL AND EMAIL COMMUNICATION WITH RESPECT TO SAME. | 00952/MAD | 0.50 |
| 11/13/12 | TELEPHONE CALL TO K. BROWN; TELEPHONE CALL TO AK. REVIEW RULING, ADVICE REGARDING FUNDING VEHICLE. | 03600/JEH | 1.25 |
| 11/13/12 | CONFERENCE CALL WITH MARK DANIELE, STEPHANIE SKELLY, RICHARD MILIN REGARDING SETTLEMENT AGREEMENT COMMENTS. | 05237/AFK | 0.70 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/13/12 | OFFICE CONFERENCES WITH MARK DANIELE, JOEL HOROWITZ REGARDING SETTLEMENT AGREEMENT ISSUES. | 05237/AFK | 0.90 |
| 11/13/12 | REVIEW ISSUES IN PROPOSED SETTLEMENT AGREEMENT; PREPARE MARK-UP OF REVISED DRAFT PREPARED BY TOGUT FIRM AND FORWARD SAME TO STEPHANIE SKELLY. | 05237/AFK | 2.10 |
| 11/13/12 | EXAMINE AND ANALYZE NUMEROUS (DOZENS) PLEADINGS FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.80 |
| 11/13/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.60 |
| 11/13/12 | CONFERRING WITH AND PROVIDING INFORMATION TO D. BROWN. | 02323/JMA | 0.20 |
| 11/13/12 | CORRESPONDENCE RE FINALIZING RETIREE DECLARATIONS FOR RESPONSE TO TERMINATION MOTION. | 03706/KRB | 0.20 |
| 11/13/12 | COMPILED LIST OF RETIREES WITH INCORRECT CONTACT INFORMATION; FORWARDED SAME TO DEBBIE BROWN AND LOU CHIAFULLO. | 04575/B-C | 0.40 |
| 11/13/12 | COMMUNICATIONS WITH LOU CHIAFULLO REGARDING STATUS OF DRAFT DECLARATION. | 04575/B-C | 0.10 |
| 11/13/12 | EDITED DRAFT DECLARATION FOR NORTEL RETIREE ID NO. 202582 AND FORWARDED SAME FOR RETIREE'S REVIEW AND SIGNATURE; | 04575/B-C | 0.20 |
| 11/13/12 | REVIEW OF NOTES ON AND STATUS OF RETIREE COMMUNICATIONS AND OUTSTANDING DECLARATIONS; COMMUNICATING WITH L. CHIAFULLO REGARDING SAME. | 04585/BDK | 1.00 |
| 11/13/12 | REVIEW OF RETIREES LIST AND NOTES AND PREPARATION OF LIST OF RETIREES WITH BAD CONDUCT INFORMATION. | 02153/DAT | 3.20 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/13/12 | PROVIDE UPDATE CONCERNING INVALID CONTACT INFORMATION. | 03589/MDV | 0.20 |
| 11/13/12 | COMPILE AND PREPARE MASTER SPREADSHEET OF BAD CONTACT INFORMATION FOR CO-COUNSEL; CONFER WITH TEAM REGARDING SAME. | 00535/D-B | 4.50 |
| 11/13/12 | CONFER WITH COUNSEL REGARDING STATUS OF APPROACHING HEARINGS AND RELATED PLEADINGS TO BE HEARD; | 04990/JFS | 0.40 |
| 11/14/12 | REVIEWING AND DRAFTING CORRESPONDENCE RE: DISCOVERY ISSUES. | 01584/LAC | 1.40 |
| 11/14/12 | CONFERENCE CALL WITH RON WINTERS AND DOUG GREER DISCUSSING VARIOUS ISSUES RELATED TO THE UPCOMING COMMITTEE MEETING AND THE ACTION ITEMS WITH RESPECT TO THE VEBA AND INFORMING PARTICIPANTS OF THEIR SETTLEMENT AMOUNT. | 00952/MAD | 0.60 |
| 11/14/12 | CONSIDERATION OF LEGAL ISSUES RELATED TO INDEMNIFICATION PROVISION IN THE VEBA TRUST AGREEMENT. | 00952/MAD | 0.50 |
| 11/14/12 | CONFERRING WITH RESPECT TO ISSUES RELATED TO THE INDEMNIFICATION PROVISIONS IN THE TRUST AGREEMENT FOR THE VEBA COMMITTEE MEMBERS AND THE LLC. | 00952/MAD | 0.50 |
| 11/14/12 | REVIEWING AND REVISING SLIDES FOR THE UPCOMING RETIREE COMMITTEE MEETING WITH RESPECT TO THE ACTION ITEMS AND STEP LIST FOR THE VEBA FORMATION AND THE PLANS SPONSORED BY THE VEBA. | 00952/MAD | 2.00 |
| 11/14/12 | TELEPHONE CALL TO A. KORNSTEIN REGARDING STATUS OF RULING REQUEST, REVISE RULING REQUEST. | 03600/JEH | 0.50 |
| 11/14/12 | REVIEW INDEMNIFICATION PROVISIONS IN DRAFT OF VEBA TRUST AGREEMENT; EMAILS WITH MARK DANIELE REGARDING SETTLEMENT STEPS, VEBA INDEMNIFICATION; EMAILS WITH STEPHANIE SKELLY REGARDING SETTLEMENT AGREEMENT; REVIEW MARK DANIELE'S DRAFT | 05237/AFK | 0.90 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | OUTLINE OF STEPS REGARDING VEBA AND LLC. | | |
| 11/14/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 0.90 |
| 11/14/12 | RECEIPT AND REVIEW OF EMAILS FROM CO-COUNSEL REGARDING CONTACT INFORMATION AND BENEFITS ELECTIONS (.2); DISCUSSING WITH COLLEAGUES INFORMATION AND STATUS AND CONSIDERING POSSIBLE NEXT STEPS (1.0); DRAFT EMAIL TO CO-COUNSEL REGARDING SAME (.6); DISCUSSING WITH L. CHIAFULLO. (.2). | 02323/JMA | 2.00 |
| 11/14/12 | RECEIPT AND REVIEW OF DECLARATION FROM RETIREE 240140 (0.2); REVISE AND EDIT DECLARATION FOR RETIREE 242697 (0.2); REVISE AND EDIT DECLARATION FOR RETIREE 193993 (0.2); REVISE AND EDIT DECLARATION FOR RETIREE 227417 (0.2); REVISE AND EDIT DECLARATION FOR RETIREE 194115 (0.2) REVISE AND EDIT DECLARATION FOR RETIREE 192414 (0.2) | 05172/JAK | 1.20 |
| 11/14/12 | RECEIPT OF CALL AND CONFERRED WITH NORTEL RETIREE NO. 2388 REGARDING STATUS AND ELIGIBILITY (0.5); RECEIPT OF CALL AND CONFERRED WITH NORTEL RETIREE NO. 2428 REGARDING STATUS AND ELIGIBILITY (0.5); | 03156/MSK | 1.00 |
| 11/14/12 | REVIEW OF STATUS OF RETIREES WITH DECLARATIONS PENDING AND PREPARATION OF STATUS EMAIL (0.8); PREPARATION OF EMAILS TO RETIREES WITH DECLARATIONS PENDING (0.8). | 02153/DAT | 1.60 |
| 11/14/12 | UPDATE MASTER CENSUS SPREADSHEET TO UPDATE RE OUTDATED RETIREE CONTACT INFORMATION. | 00535/D-B | 3.00 |
| 11/15/12 | REVIEWING AND REVISING THE SLIDES FOR THE UPCOMING RETIREE COMMITTEE MEETING (1.00); CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME (.20); CONFERRING WITH NEIL BERGER REGARDING THE SAME (.30). | 00952/MAD | 1.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/15/12 | CONTINUED PREPARATION OF THE VEBA TRUST AGREEMENT GOVERNANCE PROVISION; CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE SAME. | 00952/MAD | 0.80 |
| 11/15/12 | EMAILS WITH MARK DANIELE REGARDING SUMMARY OF LLC AND VEBA CONSIDERATIONS; EMAILS WITH STEPHANIE SKELLY REGARDING SETTLEMENT AGREEMENT. | 05237/AFK | 0.20 |
| 11/15/12 | ATTEND TO REVISION/REDACTION OF INVOICE; ATTEND TO CONTINUING FOLLOW-UP AT TOGUT REQUEST TO OBTAIN AND COMMUNICATE ACCURATE CENSUS DATA FOR RETIREES TO ASSIST IN ACCURATE AND EFFICIENT COMMUNICATION OF SETTLEMENT AND RELATED MATTERS. | 00286/ALN | 2.40 |
| 11/15/12 | DRAFT, REVISE AND FINALIZE 40 PAGES OF TIME AND EXPENSE REPORTS IN ORDER TO DRAFT M&E'S OCTOBER 2012 FEE APPLICATION T O INSURE INFORMATION IS CORRECT, APPROPRIATE AND NON-PRIVILEGED. | 02718/WFT | 1.50 |
| 11/15/12 | REVIEW INTERVIEW SHEETS AND UPDATE/LINK TO MASTER CENSUS SPREADSHEET; REVIEW RECENTLY RECEIVED DECLARATIONS AND LOG/INDEX; REVIEW MASTER CENSUS SPREADSHEET TO DETERMINE NUMBER OF RETIREES NOT YET CONTACTED BY M&E CALL TEAM. | 00535/D-B | 6.00 |
| 11/16/12 | REVIEW OF EMAIL COMMUNICATION FROM KEVIN GREYSON REGARDING ISSUES RELATED TO THE FEES TO BE CHARGED BY AETNA WITH RESPECT TO THE FULLY INSURED PLAN AND TERMS OF ADMINISTRATION; REVIEW OF DOUG GREEN'S FEE SCHEDULE. | 00952/MAD | 0.30 |
| 11/16/12 | REVIEW AND REVISE THE VARIOUS SLIDES FOR THE UPCOMING RETIREE COMMITTEE MEETING. | 00952/MAD | 0.80 |
| 11/16/12 | CONFERRING WITH NEIL BERGER REGARDING ISSUES RELATED TO THE UPCOMING RETIREE COMMITTEE MEETING. | 00952/MAD | 0.20 |
| 11/16/12 | TELEPHONE CALL TO AK: REVISE 105/106 | 03600/JEH | 1.00 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | ANALYSIS FOR RULING. | | |
| 11/16/12 | CONFERENCE WITH JOEL HOROWITZ REGARDING VEBA INDEMNIFICATION ISSUES. | 05237/AFK | 0.30 |
| 11/16/12 | MANAGE DECLARATIONS (REVIEW, REVISE AND UPDATE) AND DOCUMENTS RECEIVED FROM RETIREES, CREATING RECORDS OF SAME FOR OBJECTION TO TERMINATION MOTION AND TRIAL. | 02718/WFT | 1.10 |
| 11/16/12 | REVIEW AND ANALYZE DRAFT 14TH MONTHLY FEE APPLICATION; DRAFT, REVISE, FINALIZE SAME FOR FILING AND INSURE ALL BACK UP NEEDED FOR SAME IS TRUE AND CORRECT AND APPROPRIATE UNDER LOCAL RULES. | 02718/WFT | 1.50 |
| 11/16/12 | REVIEW OF OUTSTANDING RETIREE COMMUNICATIONS (0.2); PREPARING FOR AND CALLING RETIREE NO. 189373 REGARDING STATUS OF BANKRUPTCY PROCEEDINGS (0.2); PREPARING FOR AND CALLING RETIREE NO. 191465 REGARDING STATUS OF BANKRUPTCY PROCEEDINGS (0.3); RECEIPT AND REVIEW OF MATERIALS FROM RETIREE NO. 197703 (0.2); CREATING RECORD OF MATERIALS FROM RETIREE NO. 197703 (0.3). | 04585/BDK | 1.20 |
| 11/16/12 | PREPARE FOURTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.20 |
| 11/17/12 | FURTHER REVIEW OF THE DOCUMENTS PROVIDED FOR THE COMMITTEE IN CONNECTION WITH THE UPCOMING MEETING. | 00952/MAD | 0.30 |
| 11/19/12 | CONFERENCE CALL WITH RON WINTERS, DOUG GREER AND NEIL BERGER DISCUSSING ISSUES RELATED TO THE UPCOMING RETIREE COMMITTEE MEETING AND THE DISCUSSION REGARDING THE ESTABLISHMENT OF THE VEBA, THE LLC, THE HRAS AND OTHER RELATED MATTERS. | 00952/MAD | 0.60 |
| 11/19/12 | REVIEW OF EMAIL COMMUNICATION FROM RON WINTERS REGARDING THE HEALTH REIMBURSEMENT ACCOUNTS. | 00952/MAD | 0.20 |
| 11/19/12 | PARTICIPATING AND ATTENDING THE NORTEL | 00952/MAD | 1.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001      NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | RETIREES COMMITTEE MEETING. | | |
| 11/19/12 | CONFERRING WITH A REPRESENTATIVE OF A POTENTIAL BANK TO SERVE AS THE VEBA TRUSTEE AND OUTLINING PROPOSED POSSIBLE REPRESENTATION. | 00952/MAD | 0.30 |
| 11/19/12 | REVIEW OF THE SUMMARY OF VEBA SERVICE PROVIDERS REGARDING PROPOSED INQUIRIES AND REVISING THE SAME; EMAIL COMMUNICATION TO DOUG GREER WITH RESPECT TO MY COMMENTS. | 00952/MAD | 0.30 |
| 11/19/12 | COMMUNICATING WITH CONSULTANT REGARDING POTENTIAL VENDORS FOR THE HRA ADMINISTRATION. | 00952/MAD | 0.50 |
| 11/19/12 | FOLLOW-UP DISCUSSION REGARDING THE HRA AND THE HSA DISCUSSION WITH MARK HAUPT, A COMMITTEE MEMBER. | 00952/MAD | 0.30 |
| 11/19/12 | EXAMINATION OF LAW REGARDING THE DIFFERENCES BETWEEN A HRA AND A HSA; COMMENCE PREPARATION OF A SUMMARY. | 00952/MAD | 1.00 |
| 11/19/12 | EXAMINE AND ANALYZE NUMEROUS PLEADINGS (1 WEEKS WORTH) FILED IN CASE IN ORDER TO KEEP ABREAST OF STATUS IN CASE CLIENTS ARE AFFECTED BY SAME. | 02718/WFT | 0.90 |
| 11/19/12 | CALL WITH CO COUNSEL TO DISCUSS LATEST M&E FEE APPLICATION AND WHETHER IT IS READY TO FILE OR NEEDS FURTHER REVIEW. | 02718/WFT | 0.30 |
| 11/19/12 | CORRESPOND WITH COUNSEL ON POSSIBLE ADDITIONAL CHANGES NEEDED FOR LATEST M&E FEE APPLICATION. | 02718/WFT | 0.30 |
| 11/19/12 | EXAMINE AND ANALYZE PROPOSED 4TH APPLICATION OF COMMITTEE MEMBERS (AND EXHIBITS FOR SAME) AND REVISE AND FINALIZE SO THAT THE MOTION CAN BE FILED AND THE EXHIBITS MATCH THE MOTION IN ALL RESPECTS. | 02718/WFT | 0.50 |
| 11/19/12 | EXAMINE AND ANALYZE, EDIT AND FINALIZE THE 13TH M&E MONTHLY FEE CNO FOR FILING. | 02718/WFT | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/19/12 | EXAMINE AND ANALYZE NOTICE OF FILE / ACCEPTANCE OF 14TH M&E FEE APPLICATION; CORRESPOND WITH MR DANIELE RE STATUS OF SAME. | 02718/WFT | 0.30 |
| 11/19/12 | RECEIPT OF EMAIL FROM AND RESPONSE TO RETIREE WESTLAKE. | 02323/JMA | 0.10 |
| 11/19/12 | REVIEW ECF FILINGS INCLUDING OBJECTION TO LTD TERMINATION AND NOTICE OF NORTEL DEPOSITION. | 03706/KRB | 0.40 |
| 11/19/12 | RECEIPT AND REVIEW OF SIGNED AND EXECUTED DECLARATION FROM NORTEL RETIREE NO. 2402 (0.5) | 03156/MSK | 0.50 |
| 11/19/12 | PREPARE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE APPLICATION OF TSS; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 11/19/12 | PREPARE CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.40 |
| 11/19/12 | REVISE AND ELECTRONICALLY FILE FOURTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.70 |
| 11/19/12 | REVISE AND ELECTRONICALLY FILE FOURTH FEE APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.70 |
| 11/20/12 | REVIEWING AND DRAFTING CORRESPONDENCE WITH TEAM RE: WRAP-UP. | 01584/LAC | 0.80 |
| 11/20/12 | REVIEW OF LTD MOTION REGARDING ENROLLMENT MATERIALS AND DEBTOR'S MOTION. | 00952/MAD | 0.50 |
| 11/20/12 | COMMUNICATING WITH RON WINTER AND DOUG GREER REGARDING ISSUES RELATED TO THE QUESTIONS WITH RESPECT TO THE HRA AND HRS RAISED BY JOHN ZALATOR; CONSIDERATION OF LEGAL ISSUES REGARDING THE REQUIREMENT FOR THE HIGH DEDUCTIBLE | 00952/MAD | 1.00 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | PLAN TO BE LINKED TO AN HSA; EXAMINATION OF LAW REGARDING THE SAME. | | |
| 11/20/12 | PREPARE RULING REQUEST; TELEPHONE CALL TO K. BROWN REGARDING HSA; TELEPHONE CALL TO IRS REGARDING HSA. | 03600/JEH | 0.80 |
| 11/20/12 | EXAMINE AND ANALYZE AGENDA FOR NEXT OMNIBUS HEARING AND CORRESPOND WITH LEAD COUNSEL ON ATTENDANCE ISSUES FOR SAME. | 02718/WFT | 0.30 |
| 11/20/12 | INTERNAL EMAILS REGARDING RETIREE INQUIRY. | 02323/JMA | 0.10 |
| 11/20/12 | LEGAL RESEARCH REGARDING POTENTIAL USE OF VEBA TO FUND HSA AND DRAFTING MEMORANDUM REGARDING THE SAME. | 03651/KAB | 3.30 |
| 11/20/12 | EXAMINE AND ANALYZE AGENDA FOR 11/21 HEARING; CORRESPONDENCE WITH WFT RE SAME. | 03706/KRB | 0.30 |
| 11/20/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL FOR NOVEMBER 21, 2012 HEARING; | 04990/JFS | 0.50 |
| 11/20/12 | ELECTRONICALLY FILE AFFIDAVIT OF SERVICE REGARDING FOURTH FEE APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; | 04990/JFS | 0.30 |
| 11/20/12 | DRAFT FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 1.90 |
| 11/21/12 | REVIEW OF THE DEBTOR'S MOTION FOR INJUNCTIVE RELIEF AND THE CONSENT ORDER. | 00952/MAD | 0.50 |
| 11/21/12 | CONFERRING WITH THE PROPOSED HRA VENDOR AND CONSIDERATION OF LEGAL ISSUES WITH RESPECT TO THE FEE STRUCTURE. | 00952/MAD | 0.50 |
| 11/21/12 | CONFERRING WITH POTENTIAL BANK TRUSTEE REGARDING FEE STRUCTURE ISSUES. | 00952/MAD | 0.30 |
| 11/21/12 | COMMUNICATING WITH NEIL BURGER REGARDING THE STATUS OF THE LLC FORMATION AGREEMENT AND THE ADOPTION | 00952/MAD | 0.30 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | AGREEMENT. | | |
| 11/21/12 | OFFICE CONFERENCE REGARDING THE SUMMARY OF THE DIFFERENCES BETWEEN THE HRA AND THE HSA ACCOUNTS AND THE STATUS OF DISCUSSIONS WITH RESPECT TO THE SAME. | 00952/MAD | 0.50 |
| 11/21/12 | TWO TELEPHONE CONFERENCES AND EMAILS WITH MR. BROWN CONCERNING POTENTIAL CONTRIBUTION TO HAS. | 03600/JEH | 1.00 |
| 11/21/12 | PARTICIPATE IN OMNIBUS HEARING ON THE MOTION OF THE LTD FOR INJUNCTION AND RELATED ISSUES. | 02718/WFT | 1.60 |
| 11/21/12 | EXAMINE AND ANALYZE PROPOSED 4TH QUARTERLY OF TSS AND EDIT / FINALIZE SAME FOR FILING AND SERVICE. | 02718/WFT | 0.30 |
| 11/21/12 | EXAMINE AND ANALYZE AMENDED AGENDA FOR HEARING TODAY AND CORRESPOND AND UPDATE ALL COUNSEL RE SAME. | 02718/WFT | 0.30 |
| 11/21/12 | EXAMINE AND ANALYZE PROPOSED 5TH QUARTERLY OF M&E AND EDIT / FINALIZE SAME FOR FILING AND SERVICE. | 02718/WFT | 0.40 |
| 11/21/12 | OFFICE CONFERENCES REGARDING WHETHER HSAS CAN BE FUNDED BY A VEBA, AND FURTHER DRAFTING MEMO AND LEGAL RESEARCH REGARDING THE SAME. | 03651/KAB | 6.30 |
| 11/21/12 | RECEIPT AND REVIEW OF AMENDED AGENDA RE LTD ADVERSARY ACTION. | 03706/KRB | 0.20 |
| 11/21/12 | REVISE AND ELECTRONICALLY FILE FOURTH QUARTERLY FEE APPLICATION OF TSS; CONFIRM SERVICE OF SAME; | 04990/JFS | 0.50 |
| 11/21/12 | ASSIST WITH PREPARATION OF NOVEMBER 21, 2012 HEARING; | 04990/JFS | 0.40 |
| 11/21/12 | REVISE  FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; | 04990/JFS | 0.30 |
| 11/23/12 | FURTHER DRAFTING OF MEMORANDUM SUMMARIZING THE DIFFERENCES BETWEEN HSAS AND HRAS AND FURTHER | 03651/KAB | 3.80 |

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| | CONSIDERATIONS WITH RESPECT TO WHETHER A VEBA CAN BE USED TO FUND HSAS. | | |
| 11/24/12 | CONTINUED PREPARATION OF MEMORANDUM TO THE RETIREE COMMITTEE REGARDING THE DIFFERENCES BETWEEN HSAS AND HRAS AND THE IMPLICATIONS OF THE USE OF THE VEBA TO FUND SUCH ARRANGEMENTS. | 00952/MAD | 1.50 |
| 11/24/12 | CONTINUED PREPARATION OF THE MEMORANDUM REGARDING HRAS AND HSAS AND THE DIFFERENT REQUIREMENTS AND CONTRIBUTION LIMITS WITH RESPECT TO THE SAME. | 00952/MAD | 2.00 |
| 11/25/12 | OFFICE CONFERENCE REGARDING MEMORANDUM REGARDING HRAS/HSAS. | 03651/KAB | 1.30 |
| 11/26/12 | CONSIDERATION OF LEGAL ISSUES REGARDING THE MEMORANDUM COMPARING THE HRAS AND THE HSAS REQUIREMENTS. | 00952/MAD | 0.50 |
| 11/26/12 | REVIEW OF THE BLACK LINE VERSION OF THE RETIREE SETTLEMENT AGREEMENT AND THE REVISIONS MADE BY THE TOGUT FIRM. | 00952/MAD | 0.50 |
| 11/26/12 | TELEPHONE CALL TO KEVIN BROWN REGARDING USE OF VEBA VS. OTHER VEHICLES FOR FUNDING BENEFITS. | 03600/JEH | 0.50 |
| 11/26/12 | REVIEW CLEARY 11/25 REVISED DRAFT OF SETTLEMENT AGREEMENT; SEND MARKUP OF SAME TO MARK DANIELE. | 05237/AFK | 1.70 |
| 11/26/12 | FURTHER DRAFTING OF MEMORANDUM REGARDING HSAS AND HRAS, AND THE USE OF A VEBA. | 03651/KAB | 2.30 |
| 11/26/12 | CONFER WITH COUNSEL REGARDING STATUS OF NOVEMBER 21, 2012 HEARING TRANSCRIPT, FORWARD REQUESTED TRANSCRIPT; | 04990/JFS | 0.40 |
| 11/26/12 | REVISE AND ELECTRONICALLY FILE CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH MONTHLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.40 |

Page 21
Invoice 7826703

121032    OFFICIAL COMMITTEE OF 1114 RETIREES
00001     NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/26/12 | REVISE AND ELECTRONICALLY FILE FIFTH QUARTERLY FEE APPLICATION OF MCCARTER & ENGLISH; PREPARE SERVICE OF SAME; | 04990/JFS | 0.50 |
| 11/27/12 | REVIEWING AND REVISING THE MEMORANDUM REGARDING THE USE OF HRAS VERSUS HSAS WITH THE VEBA TO BE PROVIDED TO THE RETIREE COMMITTEE FOR CONSIDERATION AT THE UPCOMING RETIREE COMMITTEE MEETING; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 1.20 |
| 11/27/12 | DETAIL REVIEW OF THE MOST RECENT DRAFT OF THE SETTLEMENT AGREEMENT AND PREPARATION OF A DETAILED MARK UP ON THE SAME; COMMUNICATING WITH NEIL BERGER FORWARDING A DRAFT OF THE MARK UP; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME. | 00952/MAD | 1.80 |
| 11/27/12 | COMMENCE REVIEW OF NDA FORM FOR HRA VENDOR. | 00952/MAD | 0.30 |
| 11/27/12 | EMAILS TO MR. DANIELE AND MR. BROWN; REVIEW MEMORANDUM REGARDING HRS AND HAS; EMAIL TO MR. BROWN WITH ADDITIONAL MATERIAL FOR MEMORANDUM. | 03600/JEH | 0.80 |
| 11/27/12 | EMAILS WITH JOEL HOROWITZ REGARDING TAX ASPECTS OF HRAS. | 05237/AFK | 0.10 |
| 11/27/12 | REVISIONS TO MEMORANDUM REGARDING HRAS/HSA AND THE USE OF A VEBA AS A FUNDING MECHANISM. | 03651/KAB | 1.30 |
| 11/28/12 | REVIEW OF REVISED VENDOR SCHEDULE FOR VEBA ADMINISTRATION AND COMMUNICATING WITH RICHARD MIZAK OF AANDM UPDATING HIS CHART. | 00952/MAD | 0.40 |
| 11/28/12 | REVIEWING AND REVISING THE MEMO TO THE RETIREE COMMITTEE REGARDING THE DIFFERENCES BETWEEN HRAS AND HSAS AND THE USE OF THE VEBA; CONSIDERATION OF LEGAL ISSUES RELATED TO THE SAME AND COMMUNICATING WITH NEIL BERGER REGARD THE SAME AND FORWARDING THE SAME. | 00952/MAD | 1.50 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 11/28/12 | FOLLOW UP WITH MR. BROWN ON MEMO ON HRA AND HAS ACCOUNTS. | 03600/JEH | 0.30 |
| 11/28/12 | FURTHER RESEARCH AND CHANGES TO HSA/HRA MEMO. | 03651/KAB | 1.30 |
| 11/28/12 | REVIEW AND CALENDAR CRITICAL DATES RELATED TO AMENDED SCHEDULING ORDER FOR HEARING ON MOTION TO TERMINATE BENEFITS; | 04990/JFS | 0.40 |
| 11/29/12 | REVISE EXHIBIT FOR QUARTERLY FEE APPLICATION ORDER | 04990/JFS | 0.60 |
| 11/30/12 | REVIEW OF MEMORANDUM REGARDING HRAS AND HSAS AND RELATED LEGAL ISSUES IN PREPARATION FOR THE RETIREE COMMITTEE MEETING ON 11/30/12. | 00952/MAD | 0.50 |
| 11/30/12 | PARTICIPATING IN THE 11/30/12 RETIREE COMMITTEE MEETING. | 00952/MAD | 1.20 |
| 11/30/12 | ADDRESSING INQUIRIES REGARDING LONG-TERM CARE LIMITS FOR 2013. | 03651/KAB | 0.30 |
| 11/30/12 | PREPARE TELEPHONIC APPEARANCE FOR COUNSEL FOR DECEMBER 4, 2012 HEARING; | 04990/JFS | 0.50 |
| | TOTAL HOURS: | | 189.35 |

TOTAL FEES........................................................................... $83,373.50
TOTAL DISBURSEMENTS...................................................        367.55

TOTAL DUE THIS INVOICE ....................................................... $83,741.05

AMOUNT OUTSTANDING FROM PRIOR INVOICES            $413,804.93

TOTAL AMOUNT DUE AS OF THIS INVOICE               $497,545.98

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001    NORTEL NETWORKS

|  |  |  | HOURS |  | RATE | VALUE |
|---|---|---|---|---|---|---|
| 04841 | NICHOLAS M. INSUA | PARTNER | 1.30 | Hours @ | 420.00 | 546.00 |
| 01584 | LOUIS A. CHIAFULLO | PARTNER | 6.70 | Hours @ | 445.00 | 2,981.50 |
| 05237 | ALAN F. KORNSTEIN | PARTNER | 18.80 | Hours @ | 520.00 | 9,776.00 |
| 00952 | MARK A. DANIELE | PARTNER | 43.10 | Hours @ | 525.00 | 22,627.50 |
| 02718 | WILLIAM F. TAYLOR, JR. | PARTNER | 22.30 | Hours @ | 525.00 | 11,707.50 |
| 00286 | ARNOLD L. NATALI, JR. | PARTNER | 10.50 | Hours @ | 530.00 | 5,565.00 |
| 03600 | JOEL E. HOROWITZ | PARTNER | 7.95 | Hours @ | 580.00 | 4,611.00 |
| 04585 | BRETT D. KAHN | ASSOCIATE | 3.50 | Hours @ | 305.00 | 1,067.50 |
| 03706 | KATE R. BUCK | ASSOCIATE | 3.50 | Hours @ | 320.00 | 1,120.00 |
| 05172 | JAMES KELLAR | ASSOCIATE | 1.20 | Hours @ | 325.00 | 390.00 |
| 02323 | JASON M. ALEXANDER | ASSOCIATE | 3.60 | Hours @ | 360.00 | 1,296.00 |
| 03262 | CRAIG W. DAVIS | ASSOCIATE | 0.80 | Hours @ | 360.00 | 288.00 |
| 04575 | BRIAN CUNNINGHAM | ASSOCIATE | 0.70 | Hours @ | 360.00 | 252.00 |
| 03589 | MARK D. VILLANUEVA | ASSOCIATE | 0.30 | Hours @ | 385.00 | 115.50 |
| 03651 | KEVIN A. BROWN | ASSOCIATE | 19.90 | Hours @ | 395.00 | 7,860.50 |
| 02153 | DAVID A. THOMAS | ASSOCIATE | 9.10 | Hours @ | 410.00 | 3,731.00 |
| 03156 | MITCHELL S. KURTZ | ASSOCIATE | 8.60 | Hours @ | 410.00 | 3,526.00 |
| 00535 | DEBORAH BROWN | PARALEGAL | 14.50 | Hours @ | 215.00 | 3,117.50 |
| 04990 | JARED, F. SCHIERBAUM | PARALEGAL | 13.00 | Hours @ | 215.00 | 2,795.00 |
| **ATTORNEY TOTALS:** |  |  | **189.35** |  |  | **83,373.50** |