# **EXHIBIT B**

121032  OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 11/01/2012 | PHOTOCOPIES | 0.60 |
| 11/01/2012 | PHOTOCOPIES | 2.10 |
| 11/09/2012 | PHOTOCOPIES | 0.90 |
| 11/13/2012 | PHOTOCOPIES | 2.25 |
| 11/14/2012 | PHOTOCOPIES | 0.45 |
| 11/20/2012 | PHOTOCOPIES | 0.30 |
| 11/21/2012 | PHOTOCOPIES | 85.20 |
| | **Total For: PHOTOCOPIES** | **91.80** |
| 11/09/2012 | PHOTOCOPIES | 33.00 |
| 11/13/2012 | PHOTOCOPIES | 6.90 |
| 11/13/2012 | PHOTOCOPIES | 7.20 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.95 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/15/2012 | PHOTOCOPIES | 1.80 |
| 11/19/2012 | PHOTOCOPIES | 19.95 |
| 11/19/2012 | PHOTOCOPIES | 0.15 |

121032   OFFICIAL COMMITTEE OF 1114 RETIREES
00001   NORTEL NETWORKS

| | | | |
|---|---|---:|---:|
| | **Total For: PHOTOCOPIES** | | **114.15** |
| 11/26/2012 | POSTAGE POSTAGE | 10.50 | |
| | **Total For: POSTAGE** | | **10.50** |
| 11/28/2012 | TELECOPIER TELECOPIER | 14.00 | |
| 11/29/2012 | TELECOPIER TELECOPIER | 14.00 | |
| 11/29/2012 | TELECOPIER TELECOPIER | 14.00 | |
| | **Total For: TELECOPIER** | | **42.00** |
| 09/11/2012 | FILING FEES | 5.20 | |
| | **Total For: FILING FEES-MISC** | | **5.20** |
| 10/15/2012 | LIBRARY RESEARCH - PACER | 3.90 | |
| | **Total For: LIBRARY RESEARCH** | | **3.90** |
| 09/25/2012 | TELEPHONIC APPEARANCE AT COURT HEARING | 100.00 | |
| | **Total For: SERVICES** | | **100.00** |

**TOTAL DISBURSEMENTS** .................................................................  **$367.55**