IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*

Nortel Networks Inc., *et al.*,[1]

        Debtors.

---

Chapter 11

Case No. 09-10138 (KG)

Jointly Administered

Re: D.I. 9174

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 21, 2012, a copy of the **Amended Scheduling Order for Hearing on Debtors' Process to Terminate Long-Term Disability Benefits** was served in the manner indicated upon the individuals identified on the attached service list.

Dated: December 21, 2012
Wilmington, Delaware

        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        James L. Bromley (admitted pro hac vice)
        Lisa M. Schweitzer (admitted pro hac vice)
        One Liberty Plaza
        New York, NY 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        And

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Tamara K. Minott*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6885677.1

2

**SERVICE LIST**

<u>**Via Hand Delivery**</u>

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705

Mary F. Caloway, Esq.
Mona A. Parikh, Esq.
Buchanan Ingersoll & Rooney
II 05 N. Market Street
Suite 1900
Wilmington, DE 19801-1228

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801

<u>**Via Hand Delivery and Email**</u>

Rafael X. Zahralddin
(rxza@elliottgreenleaf.com)
Shelly Kinsella (sak@elliottgreenleaf.com)
Elliott Greenleaf
1105 N. Market St.
Wilmington, DE 19801

<u>**Via Overnight Mail and Email**</u>

Mary Kohart (mek@elliottgreenleaf.com)
Elliott Greenleaf
925 Harvest Drive
Blue Bell, PA 19422

<u>**Via Overnight Mail And Fax**</u>

Ken Coleman, Esq.
Lisa J.P. Kraidin, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
20th Floor
New York, NY 10020
Fax: 212-610-6399

Fred S. Hodara, Esq.
Ryan C. Jacobs, Esq.
David II. Botter, Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Fax: 212-872-1002

Thomas R. Kreller
Milbank, Tweed, Hadley & Meloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
Fax: 213-892-4763