**Exhibit B**

# Invoice

Ashurst LLP
Broadwalk House
5 Appold Street
London
EC2A 2HA

The Official Unsecured Creditors Committee for Nortel Networks Inc
c/o Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
United States of America

Tel +44 (0)20 7638 1111
Fax +44 (0)20 7638 1112
www.ashurst.com

Our VAT No.: GB 108 2136 48



Interim (S)

VAT Invoice Date: **21 December 2012**    Our Ref: **GDB/CCN01.00001**    Invoice No.: **340882**

| | VAT GBP | VAT Rate (%) | Fees and Disbursements GBP |
|---|---|---|---|
| **Re: BANKRUPTCY** | | | |
| **To our professional fees** (NT) | 0.00 | 0.00 | 20,211.00 |
| For the period to 30 November 2012, in connection with the above matter. | | | |
| (Please see attached). | | | |
| Document Production (NT) | 0.00 | 0.00 | 11.52 |
| **Disbursements:** (NT) | | | |
| External Photocopying Charges | 0.00 | 0.00 | 416.70 |
| Fares and Incidental Expenses | 0.00 | 0.00 | 238.35 |
| | 0.00 | | 20,877.57 |
| | | VAT | 0.00 |
| | | Total | 20,877.57 |
| | | **Balance Due** | **20,877.57** |

The fees and disbursements the subject of this invoice may include fees and disbursements due to another member of the Ashurst Group.

**Payment Details**
NatWest - 15 Bishopsgate, London, EC2P 2AP - **Account No.:** 00404268
**Sort Code:** 50-00-00 - **Swift Code:** NWBKGB2L - **IBAN Code:** GB12NWBK50000000404268
Please quote reference 340882 when settling this invoice
**Payment Terms: 21 days**

**Legal services are 100% foreign source**

AUSTRALIA  BELGIUM  CHINA  FRANCE  GERMANY  HONG KONG SAR  INDONESIA (ASSOCIATED OFFICE)  ITALY  JAPAN  PAPUA NEW GUINEA
SAUDI ARABIA  SINGAPORE  SPAIN  SWEDEN  UNITED ARAB EMIRATES  UNITED KINGDOM  UNITED STATES OF AMERICA

Ashurst LLP is a limited liability partnership registered in England and Wales under number OC330252. It is a law firm authorised and regulated by the Solicitors Regulation Authority of England and Wales under number 468653. A list of members of Ashurst LLP and the non-members who are designated as partners and their professional qualifications is open to inspection at its registered office Broadwalk House, 5 Appold Street, London EC2A 2HA or at the address above. The term 'partner' in relation to Ashurst LLP is used to refer to a member of Ashurst LLP or to an employee or consultant with equivalent standing and qualifications. Ashurst LLP, Ashurst Australia or one of their respective affiliates has an office in each of the places listed above.

The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2012

|  |  | Time (Hours) | Amount (£) |  |
|---|---|---|---|---|
| Partner: | Giles Boothman | 0.50 | 350.00 | (C0007) |
|  |  | 0.20 | 140.00 | (C0012) |
|  |  | 1.00 | 700.00 | (C0031) |
|  |  | **1.70** | **1,190.00** |  |
| Partner: | Angela Pearson | 3.70 | 2,497.50 | (C0012) |
|  |  | 2.90 | 1,957.50 | (C0031) |
|  |  | **6.60** | **4,455.00** |  |
| Senior Associate | Antonia Croke | 5.30 | 2,438.00 | (C0007) |
|  |  | 2.60 | 1,196.00 | (C0012 |
|  |  | 10.70 | 4,922.00 | (C0031) |
|  |  | **18.60** | **8,556.00** |  |
| Junior Associate | Lindsey Roberts | 7.50 | 2,362.50 | (C0003) |
|  |  | 1.00 | 315.00 | (C0007) |
|  |  | 6.20 | 1,953.00 | (C0012) |
|  |  | 1.90 | 598.50 | (C0031) |
|  |  | **16.60** | **5,229.00** |  |
| Junior Associate | Sophie Law | 1.00 | 290.00 | (C0007) |
|  |  | 0.80 | 232.00 | (C0031) |
|  |  | **1.80** | **522.00** |  |
| Trainee | Dominic Boon | 1.40 | 259.00 | (C0012) |
|  |  | **1.40** | **259.00** |  |
|  | **TOTAL** | **46.70** | **20,211.00** |  |



The Official Unsecured Creditors Committee for Nortel Networks Inc
Re: BANKRUPTCY
GDB/GDB/CCN01.00001
For the period: to 30/11/2012

**Matter: CCN01.00001 - BANKRUPTCY**

| C0003 | Ashurst Fee Application/Monthly Billing Reports | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 7.50 | 315.00 | 2,362.50 |
| | | | Total | **2,362.50** |

**Matter: CCN01.00001 - BANKRUPTCY**

### C0003        Ashurst Fee Application/Monthly Billing Reports

|  |  |  |  | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2012 | Lindsey Roberts | LETT | Email to B Kahn re monthly fee application | 0.10 | 315.00 | 31.50 |
| 08/11/2012 | Lindsey Roberts | LETT | Email to costs re: billing guide and estimates | 0.20 | 315.00 | 63.00 |
| 08/11/2012 | Lindsey Roberts | LETT | Email to B Kahn re: fee estimates for October | 0.10 | 315.00 | 31.50 |
| 09/11/2012 | Lindsey Roberts | LETT | Emails re: correction to Invoice | 0.30 | 315.00 | 94.50 |
| 09/11/2012 | Lindsey Roberts | PHON | Telephone conversation re: corrections to invoice | 0.10 | 315.00 | 31.50 |
| 12/11/2012 | Lindsey Roberts | INTD | Email re: invoice | 0.10 | 315.00 | 31.50 |
| 12/11/2012 | Lindsey Roberts | LETT | Emails re: invoice | 0.20 | 315.00 | 63.00 |
| 12/11/2012 | Lindsey Roberts | DRFT | Amending invoice for monthly fee application | 0.60 | 315.00 | 189.00 |
| 13/11/2012 | Lindsey Roberts | LETT | Emails re: invoice | 0.10 | 315.00 | 31.50 |
| 13/11/2012 | Lindsey Roberts | DRFT | Drafting monthly fee application | 0.40 | 315.00 | 126.00 |
| 14/11/2012 | Lindsey Roberts | DRFT | Drafting Interim Fee application | 0.80 | 315.00 | 252.00 |
| 14/11/2012 | Lindsey Roberts | LETT | Email to B Kahn re: docket number | 0.10 | 315.00 | 31.50 |
| 14/11/2012 | Lindsey Roberts | DRFT | Amending invoice for monthly fee application | 0.70 | 315.00 | 220.50 |
| 15/11/2012 | Lindsey Roberts | DRFT | Further amends to invoice | 0.70 | 315.00 | 220.50 |
| 19/11/2012 | Lindsey Roberts | READ | Review of amended invoice | 0.50 | 315.00 | 157.50 |
| 19/11/2012 | Lindsey Roberts | LETT | Drafting monthly fee application | 1.50 | 315.00 | 472.50 |
| 19/11/2012 | Lindsey Roberts | LETT | Email to B Kahn re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 19/11/2012 | Lindsey Roberts | INTD | Email to GDB re: monthly fee application | 0.10 | 315.00 | 31.50 |
| 20/11/2012 | Lindsey Roberts | DRFT | Interim fee application | 0.40 | 315.00 | 126.00 |
| 21/11/2012 | Lindsey Roberts | LETT | Email to GDB re: interim fee application | 0.10 | 315.00 | 31.50 |
| 21/11/2012 | Lindsey Roberts | DRFT | Final review of interim fee application | 0.20 | 315.00 | 63.00 |
| 21/11/2012 | Lindsey Roberts | LETT | Email to B Kahn attaching interim fee application | 0.10 | 315.00 | 31.50 |

                                                                                                                    2,362.50

**Matter: CCN01.00001 - BANKRUPTCY**

| C0007 | Creditors Committee Meetings | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| GDB | Giles Boothman | | 0.50 | 700.00 | 350.00 |
| **Senior Associate** | | | | | |
| ACROKE | Antonia Croke | | 5.30 | 460.00 | 2,438.00 |
| **Junior Associate** | | | | | |
| LROBER | Lindsey Roberts | | 1.00 | 315.00 | 315.00 |
| SLAW | Sophie Law | | 1.00 | 290.00 | 290.00 |
| | | | | Total | 3,393.00 |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2012 | Antonia Croke | ATTD | Attend UCC Professionals call | 1.00 | 460.00 | 460.00 |
| 06/11/2012 | Sophie Law | INTD | UCC Professionals call | 1.00 | 290.00 | 290.00 |
| 08/11/2012 | Antonia Croke | LETT | Attend UCC call | 0.70 | 460.00 | 322.00 |
| 12/11/2012 | Antonia Croke | ATTD | Attend UCC Professionals call re mediation | 1.30 | 460.00 | 598.00 |
| 14/11/2012 | Antonia Croke | ATTD | Attend UCC Professionals call | 0.50 | 460.00 | 230.00 |
| 14/11/2012 | Lindsey Roberts | ATTD | UCC Professionals' call | 0.50 | 315.00 | 157.50 |
| 15/11/2012 | Antonia Croke | ATTD | Attend UCC call | 0.50 | 460.00 | 230.00 |
| 19/11/2012 | Lindsey Roberts | PHON | UCC Professionals' call | 0.50 | 315.00 | 157.50 |
| 29/11/2012 | Antonia Croke | ATTD | Attend UCC Professionals call | 0.50 | 460.00 | 230.00 |
| 29/11/2012 | Antonia Croke | ATTD | Attend UCC call | 0.80 | 460.00 | 368.00 |
| 29/11/2012 | Giles Boothman | ATTD | UCC Committee call | 0.50 | 700.00 | 350.00 |
| | | | | | | 3,393.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

| C0012 | General Claims Analysis/Claims Objections | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 3.70 | 675.00 | 2,497.50 |
| GDB | Giles Boothman | 0.20 | 700.00 | 140.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 2.60 | 460.00 | 1,196.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 6.20 | 315.00 | 1,953.00 |
| **Trainee** | | | | |
| DBOON | Dominic Boon | 1.40 | 185.00 | 259.00 |
| | | | Total | **6,045.50** |

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2012 | Antonia Croke | INTD | Confer LROBER re tracing memo | 0.20 | 460.00 | 92.00 |
| 01/11/2012 | Antonia Croke | DRFT | Review updated draft memo on tracing; draft further amends | 1.90 | 460.00 | 874.00 |
| 01/11/2012 | Antonia Croke | LETT | Emails AMP re tracing memo | 0.20 | 460.00 | 92.00 |
| 01/11/2012 | Angela Pearson | DRFT | Review of memo | 2.50 | 675.00 | 1,687.50 |
| 01/11/2012 | Angela Pearson | INTD | Further emails to ACROKE | 0.20 | 675.00 | 135.00 |
| 01/11/2012 | Angela Pearson | INTD | Discussion with LROBER | 0.80 | 675.00 | 540.00 |
| 01/11/2012 | Angela Pearson | INTD | Email ACROKE re tracing memo | 0.20 | 675.00 | 135.00 |
| 01/11/2012 | Dominic Boon | DRFT | Proof-reading the Nortel memo on tracing. Inserting final amends. | 1.40 | 185.00 | 259.00 |
| 01/11/2012 | Lindsey Roberts | DRFT | Further work on analysis of NNUK claims and executive summary | 2.50 | 315.00 | 787.50 |
| 01/11/2012 | Lindsey Roberts | READ | Review of DBOON's comments | 0.20 | 315.00 | 63.00 |
| 01/11/2012 | Lindsey Roberts | INTD | Discussion with ACROKE re: memo; follow-up emails | 0.40 | 315.00 | 126.00 |
| 01/11/2012 | Lindsey Roberts | INTD | Discussion with AMP re: memo | 0.80 | 315.00 | 252.00 |
| 02/11/2012 | Antonia Croke | INTD | Confer LROBER re memo; emails re same | 0.20 | 460.00 | 92.00 |
| 02/11/2012 | Antonia Croke | LETT | Email Akin re Tracing memo | 0.10 | 460.00 | 46.00 |
| 02/11/2012 | Lindsey Roberts | DRFT | Incorporating AMP's comments | 2.10 | 315.00 | 661.50 |
| 02/11/2012 | Lindsey Roberts | LETT | Confer with A Croke re memo; emails re same | 0.20 | 315.00 | 63.00 |
| 29/11/2012 | Giles Boothman | READ | Emails re memo | 0.20 | 700.00 | 140.00 |

6,045.50

**Matter: CCN01.00001 - BANKRUPTCY**

| C0031 | European Proceedings/Matters | | | |
|---|---|---|---|---|
| | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
| **Partner** | | | | |
| AMP | Angela Pearson | 2.90 | 675.00 | 1,957.50 |
| GDB | Giles Boothman | 1.00 | 700.00 | 700.00 |
| **Senior Associate** | | | | |
| ACROKE | Antonia Croke | 10.70 | 460.00 | 4,922.00 |
| **Junior Associate** | | | | |
| LROBER | Lindsey Roberts | 1.90 | 315.00 | 598.50 |
| SLAW | Sophie Law | 0.80 | 290.00 | 232.00 |
| | | | Total | **8,410.00** |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031** **European Proceedings/Matters**

|  |  |  | | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|

**Detailed Time Breakdown**

| Date | Lawyer | Action | Narrative | Time (Decimal) | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2012 | Antonia Croke | READ | Consider B Kahn email | 0.10 | 460.00 | 46.00 |
| 01/11/2012 | Antonia Croke | READ | Consider email and statement re LTD | 0.20 | 460.00 | 92.00 |
| 05/11/2012 | Antonia Croke | READ | Consider emails re 'Update' | 0.30 | 460.00 | 138.00 |
| 05/11/2012 | Antonia Croke | READ | Consider emails re model and mediation submission | 0.60 | 460.00 | 276.00 |
| 05/11/2012 | Angela Pearson | READ | Review emails re model and mediation submission | 0.50 | 675.00 | 337.50 |
| 06/11/2012 | Antonia Croke | LETT | Emails SLAW re call | 0.10 | 460.00 | 46.00 |
| 06/11/2012 | Antonia Croke | READ | Consider emails re debtor submission, models and call | 0.80 | 460.00 | 368.00 |
| 06/11/2012 | Antonia Croke | READ | Consider emails re ad hocs and models | 0.50 | 460.00 | 230.00 |
| 06/11/2012 | Lindsey Roberts | READ | Review of Debotor's mediation submission | 0.20 | 315.00 | 63.00 |
| 06/11/2012 | Lindsey Roberts | LETT | Emails re Debtor Mediation submission | 0.30 | 315.00 | 94.50 |
| 07/11/2012 | Antonia Croke | READ | Consider agenda for UCC call | 0.10 | 460.00 | 46.00 |
| 07/11/2012 | Angela Pearson | READ | Review emails re mediation submission | 0.50 | 675.00 | 337.50 |
| 07/11/2012 | Lindsey Roberts | READ | Review of Capstone model analysis | 0.20 | 315.00 | 63.00 |
| 07/11/2012 | Sophie Law | READ | Read emails re professionals call | 0.50 | 290.00 | 145.00 |
| 08/11/2012 | Antonia Croke | READ | Consider US settlement chart | 0.40 | 460.00 | 184.00 |
| 09/11/2012 | Antonia Croke | LETT | Consider emails re mediation process and call re same; emails AMP/GSB re same | 0.80 | 460.00 | 368.00 |
| 09/11/2012 | Antonia Croke | READ | Consider emails re UCC follow ups | 0.40 | 460.00 | 184.00 |
| 09/11/2012 | Antonia Croke | READ | Consider emails re mediation | 0.30 | 460.00 | 138.00 |
| 09/11/2012 | Antonia Croke | READ | Consider further and additional emails re Intel on mediation and call | 0.70 | 460.00 | 322.00 |
| 09/11/2012 | Lindsey Roberts | MISC | Review emails from mediation | 0.10 | 315.00 | 31.50 |
| 09/11/2012 | Lindsey Roberts | READ | Review email re: Mediation allocation submissions | 0.10 | 315.00 | 31.50 |
| 09/11/2012 | Lindsey Roberts | READ | Emails re: mediation call | 0.20 | 315.00 | 63.00 |
| 12/11/2012 | Antonia Croke | READ | Consider emails re mediation issues | 0.30 | 460.00 | 138.00 |
| 12/11/2012 | Angela Pearson | READ | Review emails | 0.30 | 675.00 | 202.50 |
| 12/11/2012 | Giles Boothman | READ | Read emails re mediation submission | 0.50 | 700.00 | 350.00 |
| 12/11/2012 | Lindsey Roberts | READ | Read email re: allocation re: mediation submission | 0.20 | 315.00 | 63.00 |
| 13/11/2012 | Lindsey Roberts | READ | Review summary of Recoveries | 0.10 | 315.00 | 31.50 |
| 14/11/2012 | Antonia Croke | READ | Consider emails re prof and UCC calls | 0.20 | 460.00 | 92.00 |
| 14/11/2012 | Antonia Croke | LETT | Emails re profs call | 0.10 | 460.00 | 46.00 |
| 15/11/2012 | Antonia Croke | LETT | Emails re calls | 0.10 | 460.00 | 46.00 |
| 19/11/2012 | Antonia Croke | READ | Review Capstone mediation materials and email | 0.50 | 460.00 | 230.00 |
| 19/11/2012 | Antonia Croke | READ | Review emails re UCC/Joint bondholder submissions and model submission comparison doc | 0.90 | 460.00 | 414.00 |
| 19/11/2012 | Antonia Croke | LETT | Emails LROBER re profs call | 0.10 | 460.00 | 46.00 |
| 19/11/2012 | Antonia Croke | READ | Consider further emails re model results and consolidated recovery pack | 0.70 | 460.00 | 322.00 |
| 19/11/2012 | Angela Pearson | READ | Review emails re joint models | 0.30 | 675.00 | 202.50 |
| 19/11/2012 | Lindsey Roberts | READ | Review of joint model results | 0.20 | 315.00 | 63.00 |

**Matter: CCN01.00001 - BANKRUPTCY**

**C0031**        **European Proceedings/Matters**

| Date | Name | Type | Description | Time (Decimal) | Std Rate (GBP /hour) | Amount |
|---|---|---|---|---|---|---|
| 21/11/2012 | Antonia Croke | READ | Review updated recovery model, worksheets and email re same | 0.40 | 460.00 | 184.00 |
| 21/11/2012 | Antonia Croke | READ | Consider emails re further amends to joint recovery model | 0.40 | 460.00 | 184.00 |
| 21/11/2012 | Antonia Croke | READ | Consider email re update | 0.10 | 460.00 | 46.00 |
| 21/11/2012 | Antonia Croke | READ | Consider update model and emails re same | 0.90 | 460.00 | 414.00 |
| 21/11/2012 | Angela Pearson | READ | Review email re model | 0.50 | 675.00 | 337.50 |
| 21/11/2012 | Giles Boothman | READ | Read emails and update model | 0.50 | 700.00 | 350.00 |
| 21/11/2012 | Lindsey Roberts | READ | Review of emails re: Nortel mediation update | 0.20 | 315.00 | 63.00 |
| 21/11/2012 | Sophie Law | READ | Read various emails re mediation models | 0.30 | 290.00 | 87.00 |
| 23/11/2012 | Angela Pearson | READ | Review emails re models | 0.30 | 675.00 | 202.50 |
| 26/11/2012 | Angela Pearson | READ | Review emails re mediation models | 0.20 | 675.00 | 135.00 |
| 27/11/2012 | Antonia Croke | LETT | Email MDF re pensions | 0.10 | 460.00 | 46.00 |
| 28/11/2012 | Antonia Croke | READ | Consider emails re calls | 0.20 | 460.00 | 92.00 |
| 28/11/2012 | Antonia Croke | READ | Consider Agenda re UCC call | 0.10 | 460.00 | 46.00 |
| 29/11/2012 | Antonia Croke | READ | Consider update re mediator | 0.10 | 460.00 | 46.00 |
| 29/11/2012 | Antonia Croke | LETT | Emails SLAW re calls | 0.10 | 460.00 | 46.00 |
| 29/11/2012 | Angela Pearson | READ | Review emails re mediator | 0.30 | 675.00 | 202.50 |
| 29/11/2012 | Lindsey Roberts | READ | Review of email re: mediator | 0.10 | 315.00 | 31.50 |
| 30/11/2012 | Antonia Croke | LETT | Emails M Fink re pensions | 0.10 | 460.00 | 46.00 |

**8,410.00**