Exhibit C

DISBURSEMENT SUMMARY
NOVEMBER 01, 2012 THROUGH NOVEMBER 30, 2012

| Document Production | £428.22 |
|---|---|
| Meals | £13.15 |
| Travel – Ground Transportation | £151.20 |
| Incidental Expenses | £74.00 |
| TOTAL | £666.57 |

18