**Exhibit D**

## Disbursements Detailed Breakdown

**Document Production** 11.52

**External Photocopying Charges (Outside Photocopying Charges)**

| | | |
|---|---|---|
| 30/09/2012 | VENDOR: Millnet Limited; INVOICE#: 58207; DATE: 30/09/2012 - Outsourced - Reprographics | 416.70 |

**Fares, Courier Charges and Incidental Expenses (Meals)**

| | | |
|---|---|---|
| 20/11/2012 | VENDOR: Conference Room Catering INVOICE#: 19 25 112012 DATE: 28/11/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Nov 20 2012 | 4.85 |
| 31/10/2012 | VENDOR: Conference Room Catering INVOICE#: 29 04 11 2012 DATE: 05/11/2012 ,Hospitality Recharges - Writs Eve Food - PURPOSE: - - Oct 31 2012 | 8.30 |

**Fares, Courier Charges and Incidental Expenses (Sundries)**

| | | |
|---|---|---|
| 31/10/2012 | VENDOR: The British Library; INVOICE#: 139695802; DATE: 31/10/2012 - Journal Articles | 74.00 |

**Fares, Courier Charges and Incidental Expenses (Taxis)**

| | | |
|---|---|---|
| 14/11/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105325; DATE: 14/11/2012 - TAXI - LCC (EC2A to SW9/SW12) 01/11/12 | 46.44 |
| 31/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105077; DATE: 31/10/2012 - TAXI - LCC (EC2A to SW9) 23/10/12 | 26.19 |
| 31/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105077; DATE: 31/10/2012 - TAXI - LCC (EC2A to SW9) 24/10/12 | 26.19 |
| 31/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105077; DATE: 31/10/2012 - TAXI - LCC (EC2A to SW9) 29/10/12 | 26.19 |
| 31/10/2012 | VENDOR: BruCar Ltd; INVOICE#: BR/105077; DATE: 31/10/2012 - TAXI - LCC (EC2A to SW9) 31/10/12 | 26.19 |

666.57