**Exhibit E**

**SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS**
**RENDERING SERVICES DURING THE PERIOD**
**NOVEMBER 01, 2012 THROUGH NOVEMBER 30, 2012**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested (£) |
|---|---|---|---|---|
| Giles Boothman | Partner for 11 years; Admitted in 1993 in England and Wales; Restructuring and Special Situations Group, London | £700 | 1.70 | 1,190.00 |
| Angela Pearson | Partner for 6 years; Admitted in 1991 in England and Wales; Litigation Group, London | £675 | 6.60 | 4,455.00 |
| Antonia Croke | Associate for 5 years; Admitted in 2007 in New South Wales, Australia; Litigation Group, London | £460 | 18.60 | 8,556.00 |
| Lindsey Roberts | Associate for 1 year; Admitted in 2011 in England and Wales; Litigation Group, London | £315 | 16.60 | 5,229.00 |
| Sophie Law | Newly qualified Associate; Admitted in 2012 in England and Wales; Litigation Group, London | £290 | 1.80 | 522.00 |
| Dominic Boon | Trainee Solicitor; Litigation Group, London | £185 | 1.40 | 259.00 |
| **TOTAL** | | | **46.70** | **20,211.00** |

25738389

**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 01, 2012 THROUGH NOVEMBER 30, 2012**

| Project Category | Total Hours | Total Fees (£) |
|---|---|---|
| Ashurst Fee Application / Monthly Billing Reports | 7.50 | 2,362.50 |
| Creditors Committee Meetings | 7.80 | 3,393.00 |
| General Claims Analysis | 14.10 | 6,045.50 |
| European Proceedings / Matters | 17.30 | 8,410.00 |
| **TOTAL** | **46.70** | **20,211.00** |

21