# EXHIBIT "B"

# Togut, Segal & Segal LLP
## Summary Report

Nortel Networks Section 1114  
10/1/2012...10/31/2012

*12/21/2012*  
*3:08:03 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| Meals | | 0.0 | 152.29 |
| Photocopies | | 0.0 | 1,086.60 |
| Telephone | | 0.0 | 409.84 |
| Travel-ground | | 0.0 | 914.60 |
| | Grand Total: | 0.0 | 2,563.33 |

1

Nortel Networks Section 1114
10/1/2012...10/31/2012

**Togut, Segal & Segal LLP**
Client Billing Report

*12/21/2012*
*2:38:39 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| | **Matter: General** | | | |
| 10/1/12 | nberger / Meals<br>General | E | 0.0<br>78.32 | 78.32<br>Billable |
| #601719 | Lunch -- meeting held at TS&S offices re retiree benefits (NB, BM, RKM, R. Winters and M. Amaudreta). | | | |
| 10/1/12 | nberger / Travel-ground<br>General | E | 0.0<br>149.68 | 149.68<br>Billable |
| #607508 | Car service from office to home on 10/1/12 at 8:51pm -- worked late re Nortel matters. | | | |
| 10/1/12 | sskelly / Telephone<br>General | E | 0.0<br>7.14 | 7.14<br>Billable |
| #612274 | Conference call held on 9/27/12 re retiree benefits. | | | |
| 10/1/12 | atogut / Telephone<br>General | E | 0.0<br>12.94 | 12.94<br>Billable |
| #612390 | TS&S monthly telephone for October 2012. | | | |
| 10/1/12 | nberger / Telephone<br>General | E | 0.0<br>62.86 | 62.86<br>Billable |
| #612571 | Conference call held on 9/18/12. | | | |
| 10/1/12 | nberger / Telephone<br>General | E | 0.0<br>117.46 | 117.46<br>Billable |
| #612572 | Conference call held on 9/28/12. | | | |
| 10/1/12 | atogut / Photocopies<br>General | E | 0.0<br>1,086.60 | 1,086.60<br>Billable |
| #614223 | TS&S monthly photocopies for October 2012. | | | |
| 10/2/12 | nberger / Travel-ground<br>General | E | 0.0<br>245.00 | 245.00<br>Billable |
| #604180 | Amtrak ticket to and from omni hearing. | | | |

| | Togut, Segal & Segal LLP | | | |
|---|---|---|---|---|
| Nortel Networks Section 1114 | Client Billing Report | | | 12/21/2012 |
| 10/1/2012...10/31/2012 | | | | 2:38:39 PM |

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 10/2/12 | nberger / Travel-ground<br>General | E | 0.0<br>10.00 | 10.00<br>Billable |
| #604181 | Taxi from work on 10/2/12 -- worked late preparing for omni meeting. | | | |
| 10/4/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #609966 | Car service from office to home on 10/4/12 at 8pm -- worked late re retiree benefits. | | | |
| 10/9/12 | nberger / Travel-ground<br>General | E | 0.0<br>10.50 | 10.50<br>Billable |
| #607487 | Taxi from office on 10/9/12 at 9:23pm -- worked late re retiree committee issues. | | | |
| 10/9/12 | sskelly / Travel-ground<br>General | E | 0.0<br>108.12 | 108.12<br>Billable |
| #609967 | Car service from office to home on 10/9/12 at 9pm -- worked late re retiree benefits. | | | |
| 10/9/12 | sskelly / Meals<br>General | E | 0.0<br>21.40 | 21.40<br>Billable |
| #610297 | Dinner on 10/9/12 -- worked late re document production. | | | |
| 10/9/12 | nberger / Telephone<br>General | E | 0.0<br>39.06 | 39.06<br>Billable |
| #612573 | Conference call (first) held on 10/9/12. | | | |
| 10/9/12 | nberger / Telephone<br>General | E | 0.0<br>170.38 | 170.38<br>Billable |
| #612574 | Conference call (second) held on 10/9/12. | | | |
| 10/15/12 | sskelly / Meals<br>General | E | 0.0<br>22.51 | 22.51<br>Billable |
| #610301 | Dinner on 10/15/12 for SAS who worked late re retiree benefits. | | | |

**Togut, Segal & Segal LLP**
**Client Billing Report**

Nortel Networks Section 1114
10/1/2012...10/31/2012

*12/21/2012*
*2:38:39 PM*

| Date<br>Slip Number | | T/E | Hours<br>Rate | Slip Amount<br>Billing Status |
|---|---|---|---|---|
| 10/15/12 | sskelly / Travel-ground<br>General | E | 0.0<br>104.04 | 104.04<br>Billable |
| #612721 | Car service from office to home on 10/15/12 at 9:46pm -- worked late re retiree benefits. | | | |
| 10/16/12 | sskelly / Meals<br>General | E | 0.0<br>30.06 | 30.06<br>Billable |
| #610298 | Dinner on 10/16/12 for SAS and NB -- worked late re claims. | | | |
| 10/16/12 | nberger / Travel-ground<br>General | E | 0.0<br>68.47 | 68.47<br>Billable |
| #612713 | Car service on 10/16/12 at 10:22pm -- worked late re Nortel matters (1/2 car rate billed to non-Nortel client). | | | |
| 10/16/12 | sskelly / Travel-ground<br>General | E | 0.0<br>114.75 | 114.75<br>Billable |
| #612724 | Car service from office to home on 10/16/12 at 8:52pm -- worked late re retiree benefits. | | | |

|  |  |
|---|---|
| Matter Total: | 0.00   2,563.33 |
| Total Time Bill: | |
| Total Time Non Bill: | |
| Total Costs Bill: | 2,563.33 |
| Total Costs Non Bill: | |
| Total Non Billable: | |
| Total Billable: | 2,563.33 |
| Grand Total: | 2,563.33 |