# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Nortel Networks Inc., *et al.,*[1] | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9126 & 9127 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 14, 2012, I caused to be served:

    a)  the "Notice of the Joint Motion for Order: (I) Approving Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(b)(1)(A) and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants," dated December 14, 2012 [Docket No. 9126], (the "Deferred Compensation Notice"),

    b)  the "Joint Motion for Order: (I) Approving Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(b)(1)(A)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems, Inc. (9769), Nortel Altsystems International, Inc. (5596) Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.
T:\Clients\NORTEL\Affidavits\Deferred Comp Notice & Motion, Personalized Deferred Compensation Notice & W-4 Form_DI 9126 & 9127_AFF_12-14-12_SS.doc

and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants," dated December 14, 2012 [Docket No. 9127], (the "Deferred Compensation Motion"),

c)  the "Notice of the Joint Motion for Order: (I) Approving Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(b)(I)(A) and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants," dated December 14, 2012, *related to Docket No. 9126*, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Personalized Deferred Compensation Notice"), and

d)  the *2012 Form W-4*, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "W-4 Form"),

by causing true and correct copies of the:

i.  Deferred Compensation Notice and Deferred Compensation Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

ii.  Deferred Compensation Motion, Personalized Deferred Compensation Notice, and W-4 Form, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Panagiota Manatakis

Sworn to before me this
20th day of December, 2012

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\NORTEL\Affidavits\Deferred Comp Notice & Motion, Personalized Deferred Compensation Notice & W-4 Form_DI 9126 & 9127_AFF_12-14-12_SS.doc

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------X
        :
*In re*                              :      Chapter 11
        :
Nortel Networks Inc., *et al.*,[1]      :      Case No. 09-10138 (KG)
        :
            Debtors.      :      Jointly Administered
        :
        :      **Hearing date: January 23, 2013 at 10:00 a.m. (ET)**
        :      **Objections due: January 9, 2013 at 4:00 p.m. (ET)**
---------------------------------------------------------X

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING
COMPROMISE AMONG THE DEBTORS, THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC
GROUP OF BENEFICIARIES OF THE NORTEL
NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR
THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS
IN AND BENEFICIARIES OF THE NORTEL NETWORKS
U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO
RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE;
(II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A)
AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION
TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND
SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

PLEASE TAKE NOTICE that on December 14, 2012, Nortel Networks Inc. ("NNI") and

certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") and the

Official Committee of Unsecured Creditors (the "Committee"), together with Robert Horne,

Mason James Young, Ellen Bovarnick, Charla Crisler, Bart Kohnhorst, Brian Page, Benjamin

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number,
are:  Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769),
Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation
(0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel
Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.)
Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286),
Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226).  Contact information
for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

Warren, individually and collectively as the steering committee (the "<u>Steering Committee</u>") of the Ad Hoc Group (as defined below), and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (the "<u>Ad Hoc Group</u>," and, together with the Debtors, the Committee and the Steering Committee, the "<u>Movants</u>"), for themselves and all other participants in or beneficiaries (collectively, with the Ad Hoc Group, the "<u>Participants</u>") of the Nortel Networks U.S. Deferred Compensation Plan (the "<u>DCP</u>" or "<u>Plan</u>") who have positive nominal account balances under the Plan as of January 14, 2009, by and through their undersigned counsel, filed the *Joint Motion for Order: (I) Approving Compromise among the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(B)(1)(A) and Rule 9019; and (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").  A true and correct copy of the Motion is attached hereto.  The Motion seeks entry of an order approving a settlement (the "<u>Resolution Terms</u>") to resolve all claims of any Participant concerning or arising out of the Plan, including all claims against the irrevocable trust created by the Nortel Networks U.S. Deferred Compensation Plan Trust Agreement, as amended (the "<u>Trust</u>") and the assets held by the Trust, and the disputes between the Debtors, the Committee, the Ad Hoc Group, and U.S. Bank, N.A. pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

All Participants in the DCP are encouraged to read the entire Motion and its attachments.  A review of any summary of the Resolution Terms is not a substitute for the review of the Motion and its attachments.  In part, however, the Resolution Terms will pay to each of the Participants (or the holder of their claims, if transferred, sold or assigned) in cash on the Effective Date, the greater of (a) 97% of his/her balance in the Plan as of the Petition Date or (b) 73.65% of his/her balance in the DCP as of December 31, 2010.

If you are a Participant, your share of the settlement amount under the Resolution Terms, before any withholdings for applicable taxes, is set forth in the attached Schedule A.  If a notice of transfer has been filed in the Bankruptcy Case disclosing that you have transferred your claim relating to the DCP, the party to whom you transferred your claim (the "Transferee"), as disclosed in that notice, will be paid the amount set forth in the attached Schedule A under and in accordance with the Resolution Terms and will be bound as a Participant by the Resolution Terms and all releases set forth in the Resolution Terms.  In such an event, you will not receive any distribution under the Resolution Terms but will remain a Participant under the Resolution Terms for all other purposes and will remain bound by the Resolution Terms, including all of the releases set forth in the Resolution Terms.

If approved by the Bankruptcy Court, the Resolution Terms, including the releases more fully described in the Motion and its attachments, will bind all Participants (and the holders of their claims, if transferred, sold or assigned), REGARDLESS OF WHETHER OR NOT YOU ARE A MEMBER OF THE AD HOC GROUP, and result in the complete satisfaction of all claims arising out of the DCP, the Trust or the assets held by the Trust held by any Participant (and any transferees, purchasers or assignees of such claims) and

4

the release and discharge of all such claims held by any Participant (and any transferees, purchasers or assignees of any Participant) against the Debtors, US Bank, the Plan Committee Defendants, the Committee (each, as defined in the Motion) and other third parties, as more fully described in the Motion and its attachments.

The Resolution Terms, which will be binding on all Participants, also would resolve all objections that have been filed or could be filed by any Participants to the *Debtors' Motion For An Order Pursuant to 11 U.S.C. §§ 105, 541, 542 and 543 and Bankruptcy Rule 9019 (I) Approving the Stipulation By And Between NNI And U.S. Bank National Association, (II) Directing U.S. Bank National Association To Turn Over Property To NNI, and (III) Granting Related Relief Related To The Nortel Networks U.S. Deferred Compensation Plan*, filed on December 22, 2010, regardless of whether or not you are a member of the Ad Hoc Group.

Attached is a form W-4.  In the event that the Bankruptcy Court approves the Motion and the Resolution Terms, Participants should return their fully completed form W-4 to the Debtors at the following address:  Nortel Networks Inc., 4001 East Chapel Hill – Nelson Highway, Research Triangle Park, NC  27709.   If a Participant is a Transferee as defined in the Motion, such Transferee must submit to the Debtors a fully completed form W-9 within 30 days after the Effective Date rather than a form W-4.

If a Participant does not return his or her fully completed form W-4 to the Debtors by 30 days after the Bankruptcy Court's order approving the Motion and the Resolution Terms becomes a final, non-appealable order, under the Resolution Terms, the Debtors will withhold from his or her distribution at the tax rate as if the Participant were single and claimed zero allowances for all applicable federal, state and local taxes.   If a

5

**Participant is a Transferee, the Debtors will not withhold from the Transferee's Individual Distribution, and the Transferee shall be solely responsible for the reporting of wage payments and the withholding of applicable federal, state and local taxes. In the event that the Bankruptcy Court does not approve the Motion and the Resolution Terms, or such an order is modified, reversed or otherwise does not become a final order, then the Debtors shall have no obligation to make any payment under the Settlement Agreement (as defined in the Motion) or the Resolution Terms, and all Participants' rights with respect to the DCP, the Trust, the assets held by the Trust and any related claims against the Debtors will be determined by further proceedings in the Bankruptcy Court.**

Any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **January 9, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE KEVIN GROSS AT THE BANKRUPTCY COURT ON **JANUARY 23, 2013, AT 10:00 A.M. (ET)** (the "Hearing").

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]*

Dated:  December 14, 2012          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors*
*and Debtors in Possession*

**BLANK ROME LLP**

*/s/      Victoria A. Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**

Robert J. Keach (admitted *pro hac vice*)
Paul McDonald (admitted *pro hac vice*)
Daniel J. Murphy (admitted *pro hac vice*)
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone:  (207) 774-1200
Facsimile:  (207) 774-1127

*Counsel for the Ad Hoc Group and the Steering Committee*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/      Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Fred S. Hodara (admitted *pro hac vice*)
David H. Botter (admitted *pro hac vice*)
Lisa G. Beckerman (admitted *pro hac vice*)
Joshua Y. Sturm (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for the Official Committee of Unsecured Creditors*

## SCHEDULE A

Your Individual Distribution

The following information provides your GID number and your share of the Settlement Amount under the Resolution Terms before withholdings for any applicable taxes.  If a notice of transfer has been filed in the Bankruptcy Case disclosing that you have transferred your claim relating to the DCP, the party to whom you transferred your claim, as disclosed in that notice, will be paid the below amount under and in accordance with the Resolution Terms.  In such an event, you will not receive any distribution under the Resolution Terms but will remain a Participant under the Resolution Terms for all other purposes and will remain bound by the Resolution Terms, including all of the releases set forth in the Resolution Terms.

| LAST NAME | FIRST NAME | Employee ID | Greater of 97% Petition Date Balance and 73.65% Termination Date Balance |
|---|---|---|---|
| Dhondt | Luc | 4722769 | $117,232.95 |

10

**EXHIBIT B**

# Form W-4 (2012)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2012 expires February 18, 2013. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you can claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 505 for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 505 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 505 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 505 to see how the amount you are having withheld compares to your projected total tax for 2012. See Pub. 505, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-4, at *www.irs.gov/w4*. Information about any future developments affecting Form W-4 (such as legislation enacted after we release it) will be posted on that page.

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| **A** | Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . | **A** _____ |
| **B** | Enter "1" if: { • You are single and have only one job; or / • You are married, have only one job, and your spouse does not work; or / • Your wages from a second job or your spouse's wages (the total of both) are $1,500 or less. } | **B** _____ |
| **C** | Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . | **C** _____ |
| **D** | Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . | **D** _____ |
| **E** | Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) | **E** _____ |
| **F** | Enter "1" if you have at least $1,900 of **child or dependent care expenses** for which you plan to claim a credit . . | **F** _____ |
| | (**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.) | |
| **G** | **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information. | |
| | • If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then **less** "1" if you have three to seven eligible children or **less** "2" if you have eight or more eligible children. | |
| | • If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child . . . | **G** _____ |
| **H** | Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** | _____ |

For accuracy, complete all worksheets that apply.
{
• If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
• If you are **single** and have **more than one job** or are **married** and **you and your spouse both** work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.
}

---
- - - - - - - - - - - - - - **Separate here and give Form W-4 to your employer. Keep the top part for your records.** - - - - - - - - - - - - - -
---

## Form W-4

Department of the Treasury
Internal Revenue Service

### Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074

**2012**

| 1   Your first name and middle initial          Last name | | 2   Your social security number |
|---|---|---|
| Home address (number and street or rural route) | 3 ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. | |
| City or town, state, and ZIP code | **Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. | |

4   If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

| 5 | Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | 5 | |
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2012, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(This form is not valid unless you sign it.) ▶

Date ▶

| 8   Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9   Office code (optional) | 10   Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

Cat. No. 10220Q

Form **W-4** (2012)

Form W-4 (2012)                                                                                                                          Page **2**

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions or claim certain credits or adjustments to income.

| | | |
|---|---|---|
| **1** | Enter an estimate of your 2012 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions | **1** $ |
| **2** | Enter: $11,900 if married filing jointly or qualifying widow(er) / $8,700 if head of household / $5,950 if single or married filing separately | **2** $ |
| **3** | **Subtract** line 2 from line 1. If zero or less, enter "-0-" | **3** $ |
| **4** | Enter an estimate of your 2012 adjustments to income and any additional standard deduction (see Pub. 505) | **4** $ |
| **5** | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from the *Converting Credits to Withholding Allowances for 2012 Form W-4* worksheet in Pub. 505.) | **5** $ |
| **6** | Enter an estimate of your 2012 nonwage income (such as dividends or interest) | **6** $ |
| **7** | **Subtract** line 6 from line 5. If zero or less, enter "-0-" | **7** $ |
| **8** | **Divide** the amount on line 7 by $3,800 and enter the result here. Drop any fraction | **8** |
| **9** | Enter the number from the **Personal Allowances Worksheet,** line H, page 1 | **9** |
| **10** | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | **10** |

## Two-Earners/Multiple Jobs Worksheet (See *Two earners or multiple jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | |
|---|---|---|
| **1** | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** |
| **2** | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $65,000 or less, do not enter more than "3" | **2** |
| **3** | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet | **3** |

**Note.** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

| | | |
|---|---|---|
| **4** | Enter the number from line 2 of this worksheet | **4** |
| **5** | Enter the number from line 1 of this worksheet | **5** |
| **6** | **Subtract** line 5 from line 4 | **6** |
| **7** | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here | **7** $ |
| **8** | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed | **8** $ |
| **9** | Divide line 8 by the number of pay periods remaining in 2012. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2011. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck | **9** $ |

### Table 1

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above |
| $0 - $5,000 | 0 | $0 - $8,000 | 0 |
| 5,001 - 12,000 | 1 | 8,001 - 15,000 | 1 |
| 12,001 - 22,000 | 2 | 15,001 - 25,000 | 2 |
| 22,001 - 25,000 | 3 | 25,001 - 30,000 | 3 |
| 25,001 - 30,000 | 4 | 30,001 - 40,000 | 4 |
| 30,001 - 40,000 | 5 | 40,001 - 50,000 | 5 |
| 40,001 - 48,000 | 6 | 50,001 - 65,000 | 6 |
| 48,001 - 55,000 | 7 | 65,001 - 80,000 | 7 |
| 55,001 - 65,000 | 8 | 80,001 - 95,000 | 8 |
| 65,001 - 72,000 | 9 | 95,001 - 120,000 | 9 |
| 72,001 - 85,000 | 10 | 120,001 and over | 10 |
| 85,001 - 97,000 | 11 | | |
| 97,001 - 110,000 | 12 | | |
| 110,001 - 120,000 | 13 | | |
| 120,001 - 135,000 | 14 | | |
| 135,001 and over | 15 | | |

### Table 2

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $70,000 | $570 | $0 - $35,000 | $570 |
| 70,001 - 125,000 | 950 | 35,001 - 90,000 | 950 |
| 125,001 - 190,000 | 1,060 | 90,001 - 170,000 | 1,060 |
| 190,001 - 340,000 | 1,250 | 170,001 - 375,000 | 1,250 |
| 340,001 and over | 1,330 | 375,001 and over | 1,330 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| ACUSHNET COMPANY | ATTN: CREDIT DEPT TITLEIST & FOOTJOY, PO BOX 965 FAIRHAVEN MA 02719 |
| ADAMS, LAURIE | 217 RIDGE CREEK DRIVE MORRISVILLE NC 27560 |
| AIKEN, SANDRA | 3166 TUMP WILKINS ROAD STEM NC 27581 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: FRED S. HODARA ESQ.; RYAN C. JACOBS ESQ. ONE BRYANT PARK NEW YORK NY 10036 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: SUSAN R. FUERTES, ESQ. 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN ESQ,LISA J.P. KRAIDIN. ESQ. 1221 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020 |
| AMPHENOL CORPORATION | ATTN: EDWARD C. WETMORE VP & GEN COUNSEL 358 HALL AVENUE WALLINGFORD CT 06492 |
| ANSTEAD, VICTORIA | 3894 RIDGE LEA ROAD # A BUFFALO NY 14228 |
| APC WORKFORCE SOLUTIONS LLC | ATTN: DOUG GOIN CFO 420 SOUTH ORANGE AVENUE, 6TH FL ORLANDO FL 32801 |
| ARDENT LAW GROUP, P.C. | ATTN: HUBERT H. KUO ESQ. 2600 MICHELSON DRIVE, SUITE 1700 IRVINE CA 92612 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN ESQ.,FRANK N. WHITE ESQ. 171 17TH ST NW, STE 2100 ATLANTA GA 30363-1031 |
| ASHBY & GEDDES P.A. | ATTN: WILLIAM P BOWDEN ESQ 500 DELAWARE AVE, 8TH FL WILMINGTON DE 19801 |
| ASHBY & GEDDES P.A. | ATTN: RICARDO PALACIO ESQ. 500 DELAWARE AVE WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | GREGORY A. TAYLOR, ESQ.; BENJAMIN W. KEENAN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASSISTANT ATTORNEY GENERAL | ATTN: LAURA L. MCCLOUD ESQ. P.O. BOX 20207 NASHVILLE TN 37202 |
| BAKER BOTTS L.L.P. | JUDITH W. ROSS, ESQ. COUNSEL TO GENBAND, INC. 2001 ROSS AVENUE DALLAS TX 75201 |
| BALLARD SPAHR | ATTN: TOBEY M. DALUZ ESQ.,LESLIE HEILMAN ESQ. 919 MARKET ST, 12TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | ATTN: DAVID L. POLLACK ESQ.,JEFFREY MEYERS ESQ. 51ST FL MELLON BANK CTR, 1735 MARKET ST PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | ROBERT MCL. BOOTE, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA PA 19103-7599 |
| BALLARD SPAHR, LLP | TOBEY M. DALUZ, ESQ.; DAVID T. MAY, ESQ. COUNSEL TO WESTCHESTER FIRE INSURANCE CO. 919 N. MARKET STREET, 12TH FLOOR WILMINGTON DE 19801 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN ESQ. 155 FEDERAL ST, 9TH FL BOSTON MA 02110 |
| BASS, JANET | 1228 MOULTRIE COURT RALEIGH NC 27615 |
| BAYARD P.A. | ATTN: CHARLENE D DAVIS,DANIEL A O'BRIEN ESQ 222 DELAWARE AVE, STE 900 WILMINGTON DE 19801 |
| BAYARD, P.A. | CHARLENE D. DAVIS, ESQ.; JUSTIN R. ALBERTO, ESQ. 222 DELAWARE AVENUE, SUITE 900 WILMINGTON DE 19899 |
| BELL MICROPRODUCTS INC | ATTN: DAVID L. URANGA 201 MONROE STREET, SUITE 300 MONTGOMERY AL 36104 |
| BENNETT, STEVEN E. | 37052 CHESTNUT STREET NEWARK CA 94560 |
| BERNSTEIN, SHUR, SAWYER & NELSON | ATTN: ROBERT J. KEACH, ESQ.; PAUL MCDONALD, ESQ.; DANIEL J. MURPHY, ESQ. COUNSEL TO AD HOC COMMITTEE 100 MIDDLE STREET P.O. BOX 9729 PORTLAND ME 04104-5029 |
| BERTRAM FREDRICK THOMAS FLETCHER | 35 BROOMHILL COURT CLAYTON NC 27527 |
| BIALSON BERGEN & SCHWAB | ATTN: LAWRENCE M. SCHWAB ESQ.,THOMAS M. GAA PATRICK M. COSTELLO ESQ. 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO,KEVIN G. COLLINS 800 N. KING STREET, FIRST FLOOR WILMINGTON DE 19801 |
| BIFFERATO LLC | IAN CONNOR BIFFERATO, ESQ.; MATTHEW DENN, ESQ; KEVIN G. COLLINS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BIRCH HORTON BITTNER & CHEROT | ATTN: JAMES H. LISTER 1155 CONNECTICUT AVENUE NW SUITE 1200 WASHINGTON DC 20036 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE, ESQ. COUNSEL TO CABLE NEWS NETWORK, INC. 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL, ESQ.; VICTORIA A. GUILFOYLE, ESQ. COUNSEL TO AD |

| Claim Name | Address Information |
|---|---|
| BLANK ROME LLP | HOC COMMITTEE 1201 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BOSWELL MANN, WENDY | 2114 CLARET LANE MORRISVILLE NC 27560 |
| BOYER, BONNIE J. | 305 W. JUNIPER AVE STERLING VA 20164 |
| BOYLAN BROWN | ATTN: DEVIN LAWTON PALMER 145 CULVER ROAD ROCHESTER NY 14620-1678 |
| BRACEWELL & GUILIANI LLP | ATTN: JENNIFER FELDSHER 1251 AVENUE OF THE AMERICAS 49TH FL NEW YORK NY 10020-1104 |
| BRACEWELL & GUILIANI LLP | ATTN: EVAN D. FLASCHEN,KATHERINE L. LINDSAY 225 ASYLUM STREET, SUITE 2600 HARTFORD CT 06103 |
| BRAD LEE HENRY | 11596 W SIERRA DAWN BLVD LOT 386 SURPRISE AZ 85378 |
| BRADY, ELLEN SUE | 1630 DRY ROAD ASHLAND CITY TN 37015 |
| BRENDA L. ROHRBAUGH | 2493 ALSTON DRIVE MARIETTA GA 30062 |
| BRENT E. BEASLEY | 541 AMMONS RD DUNN NC 28334 |
| BROWN & CONNERY LLP | ATTN: DONALD K. LUDMAN ESQ. 6 NORTH BROAD ST, STE 1000 WOODBURY NJ 08096 |
| BROWN MCCAROLL LLP | ATTN: AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN MCCARROLL LLP | KELL C. MERCER; AFTON SANDS-PURYEAR 111 CONGRESS AVENUE, SUITE 1400 AUSTIN TX 78701 |
| BROWN, REMAJOS | 2353 SWORD DRIVE GARLAND TX 75044 |
| BRUCE FRANCIS | 5506 LAKE ELTON RD. DURHAM NC 27713 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ERIC S. PREZANT ESQ. 161 N CLARK ST, STE 4300 CHICAGO IL 60601 |
| BRYAN CAVE LLP | ATTN: CULLEN K. KUHN ESQ. 211 N BROADWAY, STE 3600 ST. LOUIS MO 63102 |
| BUCHALTER NEMER | ATTN: SHAWN M. CHRISTIANSON ESQ. 55 SECOND STREET, 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY F. CALOWAY ESQ.,P.J. DUHIG ESQ. 1105 NORTH MARKET STREET, SUITE 1900 WILMINGTON DE 19801-1228 |
| CARLSEN, ROGER G. | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| CAROL F. RAYMOND | 7962 S.W. 185 STREET MIAMI FL 33157 |
| CAROLINE UNDERWOOD | 2101 EMERSON COOK RD. PITTSBORO NC 27312 |
| CARR, BARBARA | 145 GRECIAN PKWY ROCHESTER NY 14626 |
| CARTER LEDYARD & MILBURN LLP | ATTN: SUSAN P. JOHNSON 2 WALL STREET NEW YORK NY 10005 |
| CHAD SORAINO | 894 HICKORY AVE. HESPERIA CA 92345 |
| CHADBOURNE & PARKE LLP | ATTN: N. THODORE ZINK JR. ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHAMBERS, LOTTIE EDITH | 2716 DALFORD CT. RALEIGH NC 27604 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD | ATTN: NORMAN L. PERNICK,SANJAY BHATNAGAR 500 DELAWARE AVE, SUITE 1410 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSLYVANIA | CAROL E. MOMJIAN OFFICE OF THE ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| CONNOLLY BOVE | ATTN: JEFFREY S. WISLER ESQ.,MARC J. PHILLIPS ESQ. THE NEMOURS BUILDING, 1007 N ORANGE ST WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H. RUDMAN, ESQ.; DAVID A. ROSENFELD, ESQ. 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COWLES & THOMPSON, PC | ATTN: STEPHEN C. STAPLETON COUNSEL TO GTCI 901 MAIN STREET, SUITE 3900 DALLAS TX 75202 |
| CRAIG, JAMES | 42 E. CAVALIER ROAD SCOTTSVILLE NY 14546 |
| CROSS & SIMON, LLC | CHRISTOPHER P. SIMON, ESQ. 913 NORTH MARKET STREET, 11TH FLOOR P.O. BOX 1380 WILMINGTON DE 19899-1380 |
| CULLEN, EMILY D | 100 TELMEW CT CARY NC 27518 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP | ATTN: STEVEN J. REISMAN ESQ.,JAMES V. DREW ESQ. 101 PARK AVENUE NEW YORK NY 10178-0061 |
| CYNTHIA ANN SCHMIDT | P.O. BOX 119 OREGON HOUSE CA 95962 |
| DAVID LITZ | 316 N MANUS DRIVE DALLAS TX 75224 |

| Claim Name | Address Information |
|---|---|
| DAVID, DANIEL D. | 2105 POSSUM TROT RD WAKE FOREST NC 27587 |
| DAVIS & KUELTHAU, S.C. | ATTN: RUSSELL S. LONG, ESQ. COUNSEL TO CORE BROOKFIELD LAKES, LLC 111 E. KILBOURN AVENUE, SUITE 1400 MILWAUKEE WI 53202 |
| DEBORAH M. M. JONES | P.O. BOX 458 WILLOW SPRING NC 27592 |
| DEMEL ERNEST | RCS BOX 426 NEW YORK NY 10101 |
| DEWEY & LEBOEUF, LLP | LAWRENCE E. MILLER, ESQ. 125 W 55TH STREET NEW YORK NY 10019 |
| DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN ESQ.,DALE K. CATHELL ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 |
| DUANE MORRIS LLP | MICHAEL R. LASTOWSKI, ESQ.; SUMMER L. ROSS, ESQ. COUNSEL TO GENBAND INC. 222 DELAWARE AVENUE SUITE 1600 WILMINGTON DE 19801-1659 |
| DUNSTON, BARBARA | 261 MCNAIR DRIVE HENDERSON NC 27537 |
| DURANT, FRED | 708 EAST H STREET LEOTI KS 67861 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA; SHELLY A. KINSELLA COUNSEL TO THE OFFICIAL COMMITTEE OF LONG TERM DISABILITY PLAN PARTICIPANTS 1105 N. MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ELLIOTT, JOHN S. | 6 GROUSE LANE MERRIMACK NH 03054 |
| EMC CORPORATION | RONALD ROWLAND, ESQ. C/O RECEIVABLE MANAGEMENT SERVICES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21094 |
| ESTELLE LOGGINS | 6707 LATTA STREET DALLAS TX 75227 |
| EXPORT DEVELOPMENT CANADA | ATTN: DEREK AUSTIN 151 O'CONNOR STREET OTTOWA ON K1A 1K3 CANADA |
| FAIRCLOTH, DEBORAH | 115 WINCHESTER LANE ROCKY POINT NC 28457 |
| FAISON, NANETTE | 981 KITTRELL RD KITTRELL NC 27544 |
| FLEXTRONICS INTERNATIONAL | ATTN: STEVEN JACKMAN, VICE PRESIDENT 847 GIBRALTAR DRIVE MILPITAS CA 95035 |
| FOSTER PEPPER PLLC | ATTN: CHRISTOPHER M. ALSTON ESQ. 1111 3RD AVE, STE 3400 SEATTLE WA 98101-3299 |
| FPL LAW DEPARTMENT | ATTN: RACHEL S. BUDKE ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FRANCHISE TAX BOARD | ATTN: DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| FRANCIS, BRUCE | 5506 LAKE ELTON ROAD DURHAM NC 27713 |
| FRASER MILNER CASGRAIN LLP | ATTN: MICHAEL J. WUNDER,R. SNAYNE KUKULOWICZ RYAN C. JACOBS 1 FIRST CANADIAN PLACE -FLOOR 42, 100 KING ST WEST TORONOTO ON M5X 1B2 CANADA |
| FREDDIE WORMSBAKER | 327 LOCUST ST. TWIN FALLS ID 83301 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER ESQ.,DEVON J. EGGERT ESQ. 311 SOUTH WACKER DR, STE 3000 CHICAGO IL 60606 |
| FREEBORN & PETERS LLP | ATTN: DEVON J. EGGERT, ESQ. COUNSEL TO MERCER (US) INC. 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FULBRIGHT & JAWORSKI LLP | ATTN: DAVID A. ROSENZWEIG ESQ. 666 5TH AVE NEW YORK NY 10103-3198 |
| GALLAGHER, BARBARA | 410 WEST ACRES ROAD WHITESBORO TX 76273 |
| GAMBOURG & BORSEN LLP | ATTN: ROMAN GAMBOURG, ESQ. COUNSEL TO MERA NETOWRKS THE BRIDGE PLAZA BUILDING 2185 LEMOINE AVENUE, SUITE B4 FORT LEE NJ 07024 |
| GARRETT, GARY W. | 4093 HOGAN DRIVE UNIT 4114 TYLER TX 75709 |
| GERALD R. UTPADEL | 4627 GREENMEADOWS AVENUE TORRANCE CA 90505 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO ESQ. ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN | JANET WEISS, ESQ. COUNSEL TO CREDIT SUISSE STRATEGIC PARTNERS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GLORIA BENSON | 1824 WILSON PIKE BRENTWOOD TN 37027 |
| GOODMANS LLP | ATTN: CHRIS ARMSTRONG 333 BAY STREET, SUITE 3400 TORONTO ON M5H 2S7 CANADA |
| GOULD & RATNER LLP | ATTN: CHRISTOPHER J. HORVAY ESQ. 222 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| GOWLING LAFLEUR HENDERSON | ATTN: JENNIFER STAM; DERRICK TAY 1 FIRST CANADIAN PLACE 100 KING STREET WEST, SUITE 1600 TORONTO ON M5X 1G5 CANADA |
| GRISSOM, CRICKETT | 2580 W. PORTER CREEK AVE. PORTERVILLE CA 93257 |

| Claim Name | Address Information |
|---|---|
| GUEVARRA JR., EDWARD | 11007 SCRIPPS RANCH BLVD SAN DIEGO CA 92131 |
| HAHN LOESER & PARKS LLP | ATTN: ALAN S. KOPIT ESQ.,CHRISTOPHER W. PEER ESQ. 200 PUBLIC SQUARE, STE 2800 CLEVELAND OH 44114 |
| HEINBAUGH, ALLAN | 19816 COLBY CT SARATOGA CA 95070 |
| HEISLER, SUSAN ANN | 133 ANNA ROAD BOX 194 BLAKESLEE PA 18610 |
| HERBERT PRESTON STANSBURY | 3193 US HIGHWAY 15 STEM NC 27581 |
| HERBERT SMITH | ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREEET LONDON EC2A 2HS ENGLAND |
| HERMAN HERMAN KATZ & COTLAR | ATTN: SOREN E. GISLESON 820 O'KEEFE AVENUE NEW ORELANS LA 70113 |
| HINCKLEY ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN ESQ. 28 STATE ST BOSTON MA 02109 |
| HITACHI COMMUNICATIONS TECHNOLOGIES LTD | MINORU INAYOSHI, GEN MGR. OMORI BELLPORT D BLDG., 26-3 MINAMI OI 6-CHROME SHINAGAWA-KU 140-0013 TOKYO JAPAN |
| HODGES, RICHARD | 913 WINDEMERE LANE WAKE FOREST NC 27587 |
| HOLBROOK, MARY L. | 1181 GREY FOX COURT FOLSOM CA 95630 |
| HOVATER, JR., GEORGE I | 9009 CASALS ST. UNIT 1 SACRAMENTO CA 95826 |
| HP COMPANY | ATTN: RAMONA NEAL ESQ. 11307 CHINDEN BLVD, MS 314 BOISE ID 83714 |
| HUGHES HUBBARD | MICHAEL LUSKIN; DEREK ADLER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: LYNNETTE R. WARMAN 1445 ROSS AVE, ROUNTAIN PLACE STE 3700 DALLAS TX 75202-2799 |
| IBM CORP. LEGAL DEPT | ATTN: R. S. STAHEL 1503 LBJ FREEWAY, 3RD FL DALLAS TX 75234 |
| IBM CORPORATION/IBM CREDIT LLC | ATTN: BANKRUPTCY COORDINATOR 275 VIGER EAST 4TH FLOOR MONTREAL QC H3G 2W6 CANADA |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| J. SCOTT DOUGLASS ESQ. | 909 FANNIN, STE 1800 HOUSTON TX 77010 |
| JACOBS, WANDA | 801 DUPREE STREET DURHAM NC 27701 |
| JAMES HUNT | 8903 HANDEL LOOP LAND O LAKES FL 34637 |
| JAMES LEE | 1310 RICHMOND STREET EL CERRITO CA 94530 |
| JANETTA HAMES | 649 FOSSIL WOOD DRIVE SAGINAW TX 76179 |
| JANETTE M. HEAD | 16 GLENEAGLE DRIVE BEDFORD NH 03110 |
| JD THOMPSON LAW | JUDY T. THOMPSON, ESQ. P.O. BOX 33127 CHARLOTTE NC 28233 |
| JEFFREY B. BORRON | 13851 TANGLEWOOD DR. FARMER BRANCH TX 75234 |
| JOHN J. ROSSI | 1568 WOODCREST DRIVE WOOSTER OH 44691 |
| JOHN MERCER | 121 MONASTERY RD. PINE CITY NY 14871 |
| JOHNSON, WILLIAM E. | 2865 HORSEMANS RIDGE DRIVE CLAYTON NC 27520 |
| JONES DAY | ATTN: JEFFREY B. ELLMAN ESQ.,ROBBIN S. RAHMAN ESQ. 1420 PEACHTREE ST NE, STE 800 ATLANTA GA 30309 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: KENNETH E. NOBLE ESQ. 575 MADISON AVE NEW YORK NY 10022-2585 |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: DUSTIN P. BRANCH ESQ. 2029 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-3012 |
| KAUSHIK PATEL | 5665 ARAPAHO RD. #1023 DALLAS TX 75248 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | KRISTIN S. ELLIOTT, ESQ. COUNSEL TO CYPRESS COMMUNICATIONS, INC.; TATA AMERICAN INTERNATIONAL CORP. 101 PARK AVENUE NEW YORK NY 10178 |
| KERRY WAYNE LOGAN | 1207 HIGH HAMMOCK DR. #102 TAMPA FL 33619 |
| KLEE TUCHIN BOGDANOFF & STERN LLP | ATTN: EDWARD T. ATTANASIO ESQ. 1999 AVENUE OF THE STARS, 39TH FL LOS ANGELES CA 90067-6049 |
| KLEHR HARRISON | ATTN: JOANNE B. WILLS ESQ. 919 MARKET ST, STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS FRANKEL LLP | ERNSEST S. WECHSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KUMAR, RAHUL | C-701 NEELACHAL APT. PLOT NO 3 SECTOR 4, DWARKA NEW DELHI 110078 INDIA |
| L.A. COUNTY TREASURER & TAX COLLECTOR | P.O. BOX 54110 LOS ANGELES CA 90054-0110 |
| LANDIS RATH & COBB LLP | ADAM G. LANDIS, ESQ.; KERRI K. MUMFORD, ESQ.; J. LANDON ELLIS, ESQ. COUNSEL TO ASM CAPITAL III, L.P. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| LATHAM & WATKINS LLP | ATTN: DAVID S. ALLINSON; THOMAS MALONE; ALEXANDRA CROSWELL 885 THIRD AVENUE, SUITE 100 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT J. ROSENBERG ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: MICHAEL J. RIELA ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHAM & WATKINS LLP | ATTN: ZACHARY N. GOLDSTEIN ESQ. 885 THIRD AVENUE, STE 1000 NEW YORK NY 10022-4068 |
| LATHROP & GAGE LLP | ATTN: STEPHEN K. DEXTER ESQ. U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| LAW OFFICE OF VIVIAN HOUGHTON | ATTN: VIVIAN A. HOUGHTON, ESQ. COUNSEL TO MERA NETWORKS 800 WEST STREET WILMINGTON DE 19801 |
| LEWIS AND ROCA LLP | ATTN: SCOTT K. BROWN ESQ. 40 NORTH CENTRAL AVE, STE 1900 PHOENIX AZ 85004 |
| LEWIS, BETTY | 1301- H LEON ST. DURHAM NC 27705 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ. 2323 BRYAN STREET, STE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN ESQ. P.O. BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: DAVID G. AELVOET ESQ. TRAVIS BLDG SUITE 300, 711 NAVARRO SAN ANTONIO TX 78205 |
| LONG, VERNON | 4929 KELSO LANE GARLAND TX 75043 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT A. D'AGOSTINO ESQ. 65 LIVINGSTON AVE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | JOHN SHERWOOD, ESQ.; IRA M. LEVEE, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MACLVER, RALPH | 116 HONEYCOMB LANE MORRISVILLE NC 27560 |
| MADDRY, SHIRLEY | 2519 RIDDLE ROAD DURHAM NC 27703 |
| MAGNOZZI & KYE, LLP | ATTN: AMISH R. DOSHI, ESQ. COUNSEL TO ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MALEK SCHIFFRIN LLP | JAVIER SCHIFFRIN, ESQ.; KEVIN MALEK, ESQ. COUSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 340 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10173-1922 |
| MARILYN DAY | 2020 FOX GLEN DRIVE ALLEN TX 75013 |
| MARILYN GREEN | 1106 BOSTON HOLLOW ROAD ASHLAND CITY TN 37015 |
| MARK A. PHILLIPS | 6117 TREVOR SIMPSON DRIVE LAKE PARK NC 28079 |
| MARK R. JANIS | 193 VIA SODERINI APTOS CA 95003 |
| MARTEL, ROBERT JOSEPH | 200 LIGHTHOUSE LANE APT B3 SWANSBORO NC 28584 |
| MASSENGILL, TERRY D. | 126 KERI DRIVE GARNER NC 27529 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, ESQ.; THOMAS M. VITALE, ESQ.; AMIT K. TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: MELISSA A. MICKEY 71 S. WACKER DRIVE CHICAGO IL 60604-1404 |
| MCCAFFREY, LEAH | 7139 DEBBE DR. DALLAS TX 75252 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, JR., ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MCGUIREWOODS LLP | ATTN: JAMES E. VAN HORN 7 SAINT PAUL STREET SUITE 1000 BALTIMORE MD 21202 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN ESQ.,KENNETH M. MISKEN ESQ. 1750 TYSONS BLVD, STE 1800 MCLEAN VA 22102-4215 |
| MD DEPARTMENT OF LABOR LICENSING & REG. | OFFICE OF UNEMPLOYMENT INSURANCE CONTRIBUTIONS DIVISION 1100 N. EUTAW STREET, ROOM 401 SUITE 3000 BALTIMORE MD 21201 |
| MEYERS LAW GROUP P.C. | ATTN: MERLE C. MEYERS ESQ.,MICHELE THOMPSON ESQ. 44 MONTGOMERY STREET, STE 1010 SAN FRANCISCO CA 94104 |
| MICHAEL D REXROAD | 5244 LINWICK DR. FUQUAY VARINA NC 27526 |
| MICHAEL MCWALTERS | PO BOX 338 ALVISO CA 95002-0338 |
| MICHAEL P. ALMS | 4944 ELM ISLAND CIRCLE WATERFORD WI 53185 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE ESQ.,THOMAS R. KRELLER ESQ. ALBERT A. PISA ESQ.,ANDREW M. LEBLANC ESQ. ONE CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MISSOURI DEPT OF REVENUE | ATTN: SHERYL L. MOREAU ESQ. P.O. BOX 475, BANKRUPTCY DIVISION JEFFERSON CITY MO 65105-0475 |

| Claim Name | Address Information |
|---|---|
| MONARCH ALTERNATIVE CAPITAL LP | ATTN: ANDREW HERENSTEIN 535 MADISON AVE. NEW YORK NY 10022 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER P.A. | ATTN: RACHEL B. MERSKY ESQ. 1201 N ORANGE ST, STE 400 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: BRETT D. FALLON ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ ESQ.,MICHAEL J. CUSTER ESQ. 500 DELAWARE AVE, STE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER; COURTNEY R. HAMILTON COUNSEL TO LAW DEBENTURE COMPANY OF NEW YORK 500 DELAWARE AVENUE, SUITE 1500 P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| MOSES & SINGER LLP | ATTN: ALAN KOLOD,CHRISTOPHER CARUSO,KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| MULLETT, REID | 4224 THAMESGATE CLOSE NORCROSS GA 30092 |
| MUNICIPAL OPERATIONS | ATTN: MAX TAYLOR ASST. CITY ATTY. 201 W. COLFAX AVENUE, DEPT. 1207 DENVER CO 80202-5332 |
| NAJAM UD DEAN | 6 AUGUSTA DRIVE MILLBURY MA 01527 |
| NANCY WILSON | 7101 CHASE OAKS BLVD., APT. 1637 PLANO TX 75025 |
| NEUMANN, JANE | 11730 CO. ROAD 24 WATERTOWN MN 55388 |
| NIXON PEABODY LLP | ATTN: LOUIS J. CISZ, III ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111 |
| NORTON ROSE | ATTN: TONY REYES ROYAL BANK PLAZA SOUTH TOWER 200 BAY ST., SUITE 3800 TORONTO ON M5J 2Z4 CANADA |
| NOSSAMAN LLP | ATTN: ROBERT S. MCWHORTER ESQ. 915 L ST, STE 1000 SACRAMENTO CA 95814 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: MARK KENNEY 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801-3519 |
| OFFICE OF UNEMPLOYMENT INSURANCE | CONTRIBUTIONS DIVISION MD DEPT. OF LABOR LICENSING & REG. 1100 N. EUTAW STREET, ROOM 401 BALTIMORE MD 21201 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA JR ESQ,LAURA D METZGER ESQ WESTON T. EGUCHI ESQ. 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| OWENBY, DANNY | 2136 SAPELO CT FERNANDINA BEACH FL 32034 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A MERTZ, TAX AGENT READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA DEPARTMENT OF LABOR & INDUSTRY | ATTN: DENISE A. MERTZ READING BANKRUPTCY & COMPLIANCE UNIT 625 CHERRY STREET, ROOM 203 READING PA 19602-1184 |
| PA SENIOR DEPUTY ATTY GEN | ATTN: CAROL E. MOMJIAN ESQ. 21 S 12TH ST, 3RD FL PHILADELPHIA PA 19107-3603 |
| PACHULSKI STANG | ATTN: LAURA DAVIS JONES,TIMOTHY P. CAIRNS 919 N. MARKET ST. 17TH FL. WILMINGTON DE 19899-8705 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: PATRICIA ANTONELLI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND ANNABELLE W. CAFFRY 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PARTRIDGE SNOW & HAHN LLP | ATTN: LAUREN F. VERNI COUNSEL TO ANNABELLE W. CAFFRY AND SUSANNAH LUND 180 SOUTH MAIN STREET PROVIDENCE RI 02903 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; BRIAN P. GUINEY LAW DEBENTURE TRUST COMPANY OF NEW YORK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PATTERSON HARKAVY | 225 E WORTHINGTON AVE STE 200 CHARLOTTE NC 282034886 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: RICHARD CHESLEY COUNSEL TO IBM CORPORATION 191 N. WACKER DRIVE, 30TH FLOOR CHICAGO IL 60606 |
| PAUL WEISS RIFKIND WHARTON & GARRISON | STEPHEN J. SHIMSHAK; MARILYN SOBEL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ROBERT E. WINTER 875 15TH STREET, NW WASHINGTON DC 20005 |
| PENSION BENEFIT GUARANTY CORP | ATTN: VICENTE MATIAS MURRELL ESQ. STEPHEN D. SCHREIBER ESQ. 1200 K STREET NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN: DAVID B STRATTON ESQ,LEIGH-ANNE M RAPORT ESQ 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |

| Claim Name | Address Information |
| --- | --- |
| PEPPER HAMILTON LLP | ATTN: HENRY JAFFE ESQ. 1313 MARKET ST, STE 5100 WILMINGTON DE 19801 |
| PEPPER HAMILTON LLP | DAVID B. STRATTON, ESQ.; EVELYN J. MELTZER, ESQ. HERCULES PLAZA, SUITE 5100 1313 MARKET STREET PO BOX 1709 WILMINGTON DE 19899-1709 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA ESQ. 4025 WOODLAND PARK BLVD, STE 300 ARLINGTON TX 76013 |
| PETER LAWRENCE | 16295 VIA VENETIA W DELRAY BEACH FL 33484 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | ATTN: DONNA L. HARRIS, ESQ.; KEVIN M. CAPUZZI, ESQ COUNSEL TO SOLUS ALTERNATIVE ASSET MANAGEMENT LP 1220 N. MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| POLSINELLI SHUGHART PC | ATTN: CHRISTOPHER A WARD ESQ,JUSTIN K EDELSON ESQ 222 DELAWARE AVENUE, STE 1101 WILMINGTON DE 19801 |
| POST & SCHELL P.C. | ATTN: BRIAN W. BISIGNANI ESQ. 17 N 2ND ST, 12TH FL HARRISBURG PA 17101-1601 |
| POWELL, PAMELA J. | 676 BROOKVIEW DRIVE CHAPEL HILL NC 27514 |
| POYNER SPRUILL LLP | ATTN: SHANNON E. HOFF 301 S. COLLEGE STREET, SUITE 2300 CHARLOTTE NC 28202 |
| PRICKETT, JONES & ELLIOTT, P.A. | ATTN: BRUCE E. JAMESON, ESQ. 1310 KING STREET, BOX 1328 WILMINGTON DE 19899 |
| PRYOR CASHMAN LLP. | ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| PURDUM,LEONA | 2532 N. 4TH STREET # 254 FLAGSTAFF AZ 86004 |
| RAY QUINNEY & NEBEKER P.C. | ATTN: STEPHEN C. TINGEY, ESQ. 36 SOUTH STATE STREET, SUITE 1400 SALT LAKE CITY UT 84145-0385 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE ESQ.,J. CORY FALGOWSKI ESQ. 1201 N MARKET ST, STE 1500 WILMINGTON DE 19801 |
| REESE, KATHLEEN | 200 CARNEGIE DRIVE MILPITAS CA 95035 |
| REXROAD, MICHAEL D. | 5244 LINWICK DR FUQUAY VARINA NC 27526 |
| RICHARD LYNN ENGLEMAN | 1505 NEVADA DRIVE PLANO TX 75093 |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ,CHRISTOPHER M SAMIS ESQ ONE RODNEY SQUARE, 920 N KING ST WILMINGTON DE 19801 |
| RICHARDSON, CYNTHIA B | 5717 CYPRESS DRIVE ROWLETT TX 75089 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E. SHICKICH JR. ESQ. 1001 4TH AVE, STE 4500 SEATTLE WA 98154-1192 |
| ROBERT DALE DOVER | 2509 QUAIL RIDGE RD. MELISSA TX 75454 |
| ROBERT JOSEPH MARTEL | 200 LIGHTHOUSE LANE; APT. B3 SWANSBORO NC 28584 |
| ROBINSON BRADSHAW & HINSON P.A. | ATTN: DAVID M. SCHILLI ESQ.,TY E. SHAFFER ESQ. 101 NORTH TRYON ST, STE 1900 CHARLOTTE NC 28246 |
| RODGER G. CARLSEN | 390 E. PASEO CELESTIAL SAHUARITA AZ 85629 |
| RONALD J. ROSE JR. | 26 PHEASANT RUN BALLSTON SPA NY 12020 |
| ROOB, CHAE S. | 8584 CHANHASSEN HILLS DR. SOUTH, CHANHASSEN MN 55317 |
| ROPES & GRAY LLP | ATTN: MARK I. BANE,ANNE H. PAK 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| ROPES & GRAY LLP | JAMES M. WILTON, ESQ.; PATRICIA I. CHEN, ESQ. PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SANDNER, CHARLES | 1970 N. LESLIE #3779 PAHRUMP NV 89060 |
| SAUL EWING LLP | ATTN: JOYCE A. KUHNS 500 E. PRATT STREET, 8TH FLOOR BALTIMORE MD 21202 |
| SCHMIDT, WAYNE J. | 5346 S. MOHAVE SAGE DR. GOLDEN CANYON AZ 85118 |
| SCOTT DAVID HOWARD | 2050 CABIAO ROAD PLACERVILLE CA 95667 |
| SCOTT GENNETT | 16 WILDWOOD DRIVE LAKE GROVE NY 11755 |
| SEC NY REGIONAL OFFICE | ATTN: ATTN:  NATHAN FUCHS 233 BROADWAY NEW YORK NY 10279 |
| SEC NY REGIONAL OFFICE | ATTN: ALISTAR BAMBACH BANKRUPTCY DIV_STE 400 3 WORLD FINANCIAL CENTER NEW YORK NY 10281-1022 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECRETARY OF TREASURY | 820 SILVERLAKE BLVD., SUITE 100 DOVER DE 19904 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: GEORGE S. CANELLOS, REGIONAL DIRECTOR 3 WORLD |

| Claim Name | Address Information |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SEGURA, MANUEL | 215 SHERIDAN APT. #B-43 PERTH AMBOY NJ 08861 |
| SEYMOUR, LYNETTE KAY | 16711 RIVENDELL LANE AUSTIN TX 78737 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN B SHULMAN ESQ, KIMBERLY K SMITH ESQ 30 ROCKEFELLER PLAZA, 24TH FL NEW YORK NY 10112 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA S. PLON ESQ. 123 SOUTH BROAD STREET, SUITE 2100 PHILADELPHIA PA 19109 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: SARAH E. PIERCE ONE RODNEY SQUARE, PO BOX 636 WILMINGTON DE 19899-0636 |
| SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN | LLP, ATTN: AMOS U. PRIESTER IV ESQ. ANNA B. OSTERHOUT ESQ. P.O. BOX 2611 RALEIGH NC 27602-2611 |
| SMITH KATZENSTEIN & FURLOW | ATTN: KATHLEEN M. MILLER ESQ. 800 DELAWARE AVE., 7TH FL WILMINGTON DE 19801 |
| SPECTRUM GROUP MANAGEMENT LLC | ATTN: DAVID D.R. BULLOCK 1250 BROADWAY, 19TH FLOOR NEW YORK NY 10001 |
| STATE OF MI DEPT OF TREASURY | ATTN: DEBORAH B. WALDMEIR ESQ. 3030 W GRAND BLVD. STE. 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY | HEATHER L. DONALD AND ALLISON M. DIETZ REVENUE AND COLLECTIONS DIVISION 3030 W. GRAND BLVD, SUITE 10-200 DETROIT MI 48202 |
| STEMPEL BENNETT CLAMAN & HOCHBERG P.C. | ATTN: EDMOND P. O'BRIEN ESQ. 675 THIRD AVE, 31ST FL NEW YORK NY 10017 |
| STEPP, OLIVE JANE | 470 FAIRVIEW ROAD ASHEVILLE NC 28803 |
| STEVENS & LEE P.C. | ATTN: MARIA APRILE SAWCZUK 1105 N MARKET ST, 7TH FL WILMINGTON DE 19801 |
| STEWART, MIRIAM L. | 2615 BAILEY'S CROSSROADS RD. BENSON NC 27504 |
| STUTTS, MICHAEL | 1616 HASTINGS BLUFF MCKINNEY TX 75070 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN ESQ. 901 N. MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| SUMITOMO ELECTRIC | ATTN: CHRIS FINCH CREDIT MANAGER 78 ALEXANDER DRIVE, PO BOX 13445 TRIANGLE PARK NC 27709 |
| SWARTZ CAMPBELL LLC | ATTN: NICHOLAS SKILES ESQ. 300 DELAWARE AVENUE, SUITE 1410 WILMINGTON DE 19801 |
| THE INTECH GROUP INC. | ATTN: ERNIE HOLLING PRESIDENT 305 EXTON COMMONS EXTON PA 19341 |
| THE INTERPUBLIC GROUP OF COMPANIES | ATTN: NICHOLAS VIANNA 1114 AVENUE OF THE AMERICAS, 19TH FLOOR NEW YORK NY 10036 |
| THOMPSON, MICHAEL R. | 564 OLD CANDIA ROAD CANDIA NH 03034 |
| TIM STEELE | POWER OF ATTORNEY FOR WAYNE SCHMIDT P.O. BOX 374 CHRISTOPHER LAKE SK S0J 0N0 CANADA |
| TISHLER & WALK, LTD. | JEFFREY B. ROSE 200 S. WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT, ESQ.; NEIL BERGER, ESQ. ONE PENN PLAZA NEW YORK NY 10119 |
| TOTMAN, CARMEL TURLINGTON | 164 BERTON STREET BOONE NC 28607 |
| TRAVELERS | ATTN: ATTN:  CHANTEL PINNOCK 1 TOWER SQUARE, 5MN HARTFORD CT 06183-4044 |
| TURNER, BRUCE | 8 SUNSET DRIVE HOMER NY 13077 |
| TURNER, RAYMOND | 1813 ERIC DRIVE GRAHAM NC 27253 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR, STE 400 LITTLETON CO 80124 |
| U.S. DEPT OF JUSTICE CIVIL DIV | ATTN: SETH B. SHAPIRO ESQ. P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNIVERSAL SERVICE ADMINISTRATIVE CO | ATTN: DAVID CAPOZZI, ACTING GENERAL COUNSEL 2000 L STREET NW, SUITE 200 WASHINGTON DC 20036 |
| UPHOLD, LOIS DIANE | 201 CAMDEN PARK DRIVE GOLDSBORO NC 27530 |
| US ATTORNEY'S OFFICE | DISTRICT OF DELAWARE 1007 N. ORANGE STREET WILMINGTON DE 19801 |
| VEDDER PRICE P.C. | ATTN: MICHAEL L. SCHEIN ESQ. 1633 BROADWAY, 47TH FL NEW YORK NY 10019 |
| VEDDER PRICE P.C. | COUNSEL TO MIKE ZAFIROVSKI ATTN: DOUGLAS J. LIPKE, ESQ.; ROBERT F. SIMON, ESQ 222 NORTH LASALLE STREET, SUITE 2600 CHICAGO IL 60601 |
| VEGA, DEBRA | 818 GLENCO ROAD DURHAM NC 27703 |
| VIDMER, CLAUDIA | 213 ORCHARD LANE GLEN ELLYN IL 60137 |

| Claim Name | Address Information |
|---|---|
| VONBRIESEN & ROPER S.C. | ATTN: RANDALL D. CROCKER ESQ. 411 E WISCONSIN AVE, STE 700 MILWAUKEE WI 53202 |
| VORYS, SATER, SEYMOUR AND PEASE LLP | TIFFANY STRELOW COBB, ESQ. 52 EAST GAY STREET COLUMBUS OH 43215 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: PHILIP MINDLIN, ESQ.; DOUGLAS K. MAYER, ESQ. BENJAMIN M. ROTH, ESQ.; GREGORY E. PESSIN, ESQ; BRIAN M. WALKER, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 51 WEST 52ND STREET NEW YORK NY 10019 |
| WADLOW, JERRY | PO BOX 79 WEWOKA OK 74884 |
| WATSON, THELMA | PO BOX 971 BATH SC 29816 |
| WEIR & PARTNERS LLP | JEFFREY S. CIANCIULLI, ESQ. COUNSEL TO ACME PACKET, INC. 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801-4939 |
| WERB & SULLIVAN | ATTN: DUANE D. WERB ESQ. 300 DELAWARE AVE, 13TH FL WILMINGTON DE 19801 |
| WILLIAM A. REED | 7810 HEATON DRIVE THEODORE AL 36582 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN ESQ.,JEREMY E. CRYSTAL ESQ. 787 7TH AVE NEW YORK NY 10019 |
| WILLKIE FARR & GALLAGHER LLP | MARC ABRAMS, ESQ.; BRIAN E. O'CONNOR, ESQ; SAMEER ADVANI, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | ATTN: MARK G. LEDWIN ESQ. 3 GANNETT DR WHITE PLAINS NY 10604 |
| WOLFE, PAUL DOUGLAS | 113 RED DRUM LANE GLOUCESTER NC 28528 |
| WOLFF & SAMSON PC | ATTN: ROBERT E. NIES ESQ. THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | STEVEN K. KORTANEK, ESQ.; MATTHEW P. WARD, ESQ. COUNSEL TO GOOGLE INC. AND RANGER INC. 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WREAD, BRENDA L. | 3408A WATER VISTA PARKWAY LAWRENCEVILLE GA 30044 |
| YATES, KIM M. | 207 TOMATO HILL ROAD LEESBURG FL 34748 |
| YOUNG CONAWAY | ATTN: JAMES L. PATTON,EDWIN J. HARRON THE BRANDYWINE BLDG 17TH FL. 1000 WEST STREET WILMINGTON DE 19801 |

**Total Creditor count  314**

| Claim Name | Address Information |
| --- | --- |
| U.S. BANK INSTITUTIONAL TRUST & | CUSTODY, ANN ROEMER 111 SW 5TH AVENUE PL6 PORTLAND OR 97204 |
| U.S. BANK NATIONAL ASSOCIATION | C/O RICHARD L. RENCK, ASHBY & GEDDES 500 DELAWARE AVE., 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| U.S. BANK NATIONAL ASSOCIATION | GREG GATTI, COUNSEL 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |

**Total Creditor count  3**

**EXHIBIT D**

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

ADAMYK, GORDON B
137 BROADMEADOW RD
GROTON, MA 01450

ADNAN ONART
23 BAY STATE RD
UNIT 4
BOSTON, MA 02215

ALAN REID
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

ALAN SOWARDS
103 LINDENTHAL CT
CARY, NC 27513

ALAN STODDARD
8104 GREENSBORO DR.
PLANO, TX 75025

ALLAN, JAY WALTER
21912 BARBADOS
MISSION VIEJO, CA 92692

ANDERSON, STUART
178 RUE ROBERT DORION EAST
GATINEAU, QC 69H 7A5
CANADA

ANDREW CHEZEM
111 CONGRESSIONAL BOULEVARDSUITE 100
CARMEL, IN 46032

ANDREW CHEZEM
5694 BLACKFOOT TR
CARMEL, IN 46033

ANDREW SUTCLIFFE
18500 VON KARMAN  11TH FLOOR
IRVINE, CA 92612

ANDREW SUTCLIFFE
34300 LANTERN BAY DR UNIT 50
DANA POINT, CA 92629

ANDREW TWYNHAM
10451 BIG CANOE
JASPER, GA 30143

ANGELO CAMMILLERI
6191 SHAMROCK LN
EAST AMHERST, NY 14051

ANTHONY PEREZ
485 LEXINGTON AVENUE
NEW YORK, NY 10017

ARMANDO TELLO
2545 WINDSOR LN
NORTHBROOK, IL 60062

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

BANDROWCZAK, STEVEN
104 CHARMWOOD CT
CARY, NC 27518-7102

BANDROWCZAK, STEVEN
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

BANDROWCZAK, STEVEN
6 LOCH LN
GREENWICH, CT 06830-3024

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

BARNES, WILLIAM
5765 BOZEMAN DR APT 2114
PLANO, TX 75024-5618

BARRAN, DANIEL
2616 N. E. 27TH TERRACE
FT. LAUDERDALE, FL 33306

BARRY MURASH
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

BARRY MURASH
85 RIO ROBLES E UNIT 2411
SAN JOSE, CA 95134-1660

BASIL E PAPANTONIS
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

BASU, KALYAN
3605 SAGE BRUSH TRL
PLANO, TX 75023

BAXTER, TIMOTHY
MANHATTAN WEST PULMONARY PC
404 WHISPERWOOD DRIVE
CARY, NC 27518

BAYNO, FRANK
3509 LA COSTA WAY
RALEIGH, NC 27610

BEN WARREN
PO BOX 20228
STANFORD, CA 94309-0228

BINGAMAN, PETER
47 INDIAN HILL ROAD
WILTON, CT 06897

BINNER, SCOTT E.
2505 JAKIN WAY NW
SUWANEE, GA 30024

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

BLAINE CAVASSO
3704 ARBOR VISTA DR
PLANO, TX 75093

BOBBY R. JOHNSON, JR.
C/O RUBY & SCHOFIELD
125 SOUTH MARKET STREET, SUITE 1001
SAN JOSE, CA 95113

BORCHGREVINK, JACK
12006 TIDESWEPT COURT
HOUSTON, TX 77095

BOTTORFF, PAUL A.
135 FOXWOOD RD.
PORTOLA VALLEY, CA 94028

BOVARNICK, ELLEN
120 MATTISON COVE NE
ATLANTA, GA 30319

BOYCE CREAMER JR
548 WOODMERE BOULEVARD
#2 TWINLEAF PLACE
DURHAM, NC 27705

BOYCE CREAMER JR
FUREY, FUREY, LEVERAL, MANZIONE,
27 GATE 11
CALABASH, NC 28467-2621

BRIAN A LEONARD
708 LAMONT AVENUE
1030 CHASEWOOD TRAIL
ALPHARETTA, GA 30005

BRIAN LEONARD
16 STEBBINS AVENUE
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

BRIDGES, STEPHEN
5020 RED CEDAR RD
RALEIGH, NC 27613

BROWER, KOLLEN
1206 MORROW LANE
ALLEN, TX 75002

BRUCE KLEIN
4010 EAST CHAPEL HILL-NELSON HWY
RESEARCH TRIANGLE PARK, NC 27709

BRUCE SCHOFIELD
15 FARWELL RD
TYNGSBORO, MA 01879

BRUCE SCHOFIELD
600 TECHNOLOGY PARK
BILLERICA, MA 01821

BRYAN RITCHIE
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

BRYAN RITCHIE
370 FAIRLEAF CT
ALPHARETTA, GA 30022

BUDIHARDJO, PETER
103 LOCHFIELD DR
CARY, NC 27518

BULENGO, RAYMOND C.
748 HERITAGE WAY
WESTON, FL 33326

BURKEY, MARTHA
802 NORTH SALEM ROAD
104 MEADOWSTONE CT.
CARY, NC 27513

BUSHNELL, ROGER
101 MAYBANK COURT
DURHAM, NC 27713

C. GREGORY FARMER
38 CONCORD ROAD
621 A STREET NE
WASHINGTON, DC 20002

C. GREGORY FARMER
45 CHIPPERFIELD COURT
101 CONSTITUTION AVENUE, NW3RD FLOOR
WASHINGTON, DC 20001-2133

CABOT, GERRY
5452 GOLDEN CURRANT WAY
PARKER, CO 80134

CALKINS, DAVID E.
300 NORTHVIEW DR
RICHARDSON, TX 75080

CALLANAN, RICHARD P.
29 SYCAMORE LANE
RIDGEFIELD, CT 06877

CARL CRAMER
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

CARLIN, SONJA
3921 E. BASELINE ROAD, SUITE 100
11706 DARLINGTON AVE APT 402
LOS ANGELES, CA 90049-5517

CARLIN, SONJA
8 CALLE GORRION
89 PAMPLONA
ALISO VIEJO, CA 92656

CARROLL GRAY-PRESTON
101 HALLEY'S CT
MORRISVILLE, NC 27560

CARROLL GRAY-PRESTON
4004 E. CHAPEL-HILL NELSON HWY.
DAVIS DRIVE
RESEARCH TRIANGLE PARK, NC 27709

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

| | | |
|---|---|---|
| CASSIDY, PETER<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | CELLARIUS, PETER<br>6591 LITTLE FALLS DR<br>SAN JOSE, CA 95120 | CHANG, TONY<br>621 WATER OAK<br>PLANO, TX 75025 |
| CHATTOS, DANIEL J<br>1920 E 2ND ST APT 2302<br>EDMOND, OK 73034-6377 | CHAVEZ, TOM<br>6408 CALLE LOMAS<br>EL PASO, TX 79912 | CHAVEZ, TOM<br>7217 ROYAL ARMS<br>EL PASO, TX 79912 |
| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | CHRIS DOSSA<br>328 DEERPARK COURT<br>WALNUT CREEK, CA 94598 | CHRISTOPHER GOSNELL<br>101 ELIOT LN<br>GOLDEN, CO 80403 |
| CICCARELLI, LAWRENCE<br>4000 VETERANS MEMORIAL HIGHWAY<br>BOHEMIA, NY 11716 | CIRIACO VALDEZ JR<br>10851 MASTIN DRIVESUITE 800<br>OVERLAND PARK, KS 66210 | CIRIACO VALDEZ JR<br>13208 WEST 129TH TER<br>OVERLAND PARK, KS 66213 |
| CLARK, DOUGLAS G.<br>1529 ELLIS HOLLOW RD.<br>ITHACA, NY 14850 | CLARK, DOUGLAS G.<br>330 SPADINA RD APT 1904<br>TORONTO, ON M5R 2V1<br>CANADA | CLARK, GEORGE<br>53 BRATTLE STREET<br>WORCESTER, MA 01606 |

Debtor: Nortel Networks Inc.

Case #: 09-10138

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

CLARKE, EGBERT
16405 DIAMOND PLACE
WESTON, FL 33331

CLARK-SELLERS, KATHRYN
233 COLLEGE AVENUE, SUITE 202
3005 LATTYES LANE
RALEIGH, NC 27613

CLAUDIA EVERSMEYER
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

COLEMAN, DEBRA
5017 STOCKTON DRIVE
RALEIGH, NC 27606

CONNOR, DANIEL J.
13282 TORRINGTON DRIVE
FRISCO, TX 75035

CONROY, MARK
20 ROBIN HOOD DR
LONDONDERRY, NH 03053

COOPER, MICHAEL
P.O. BOX 1056
MADISON, FL 32341

CORREIA, FRANK
21 SACHEM ROAD
BRISTOL, RI 02809

COTTON, RODNEY
18500 VON KARMAN 11TH FLOOR
IRVINE, CA 92612

COVEY, NIEL
333 108TH AVENUE NETOWER 333, SUITE 2000
BELLEVUE, WA 98004

COZYN, MARTIN A.
C/O FRANCIS MARTINGANO, M.D.
2104 COUNTRY HILL LN
LOS ANGELES, CA 90049-6822

COZYN, MARTIN A.
C/O MICHAEL SULLIVAN, ESQ.
2363 BUCKINGHAM LANE
LOS ANGELES, CA 90077

CRAMER, CARL R.
106 PITCH STONE COVE
GEORGETOWN, TX 78628

CRISLER, CHARLA
2301 WEST LYNN STREET
3 WOODY CREST CIRCLE
FAIRVIEW, TX 75069

CROWL, JOHN
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

CROWL, JOHN
13921 GARNETT ST.
OVERLAND PARK, KS 66221

CYNTHIA SCHMIDT
PO BOX 119
OREGON HOUSE, CA 95962

DALE A HOKANSON
640 SWEET GUM FORREST LANE
ALPHARETTA, GA 30005

DALE NASH
600 TECHNOLOGY PARK
BILLERICA, MA 01821

D'AMOUR, BARRY
1001 KELTON COTTAGE WAY
MORRISVILLE, NC 27560

DANA CAVASSO
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

DANIEL CHATTOS
1309 FOX LAKE LN
EDMOND, OK 73034-7314

DANIEL CONNOLLY
20310 KIAWAH ISLAND DRIVE
ASHBURN, VA 20147

DANIEL CONNOR
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

DAS, PRABIR
6307 WIND RIDER WAY
COLUMBIA, MD 21045

DASSANI, JAGDISH D.
58 WEST 58TH STREET, APT. 29E
5317 WOOD VALLEY DRIVE
RALEIGH, NC 27613

DAUTENHAHN, DAVID
13913 HAYES
OVERLAND PARK, KS 66221

DAVE BREWER
9075 OLD KEITH BRIDGE ROAD
GAINESVILLE, GA 30506-6201

DAVID ADAMS
2 BARBARA'S PATH
UPTON, MA 01568

Debtor: Nortel Networks Inc.

Case #: 09-10138

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

DAVID DAUTENHAHN
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

DAVID DOWNING
4820 LUDWELL BRANCH COURT
RALEIGH, NC 27612

DAVID HILBIG
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

DAVID LONGAKER
1446 Q ST. NW
WASHINGTON, DC 20009

DAVID MURASHIGE
10305 SW 27TH PLACE
2604 RUTGERS COURT
PLANO, TX 75093

DAVIES, J.D.M
942 BEST CIRCLE
NEW MARKET, ON L3X 2K9
CANADA

DAVIES, J.D.M
GIMMEL, WEIMAN, ERSEK, BLOMBERG & LEWIS
4 PROFESSIONAL DRIVE, SUITE 145
GAITHERSBURG, MD 20879

DAVIS, PATRICK
3000 FOWNES COURT
RALEIGH, NC 27613

DAVIS, PATRICK
4010 EAST CHAPEL HILL- NELSON HWY.
RESEARCH TRIANGLE PARK, NC 27709

DAVY, ERRINGTON TONY
1501 NW 108TH AVE, APT 329
PLANTATION, FL 33322

DEBOER, DONALD
1223 PINKERTON LANE
ALLEN, TX 75002

DEBOER, DONALD
1701 LANDON LN
MCKINNEY, TX 75071-7662

DEBORAH RODGERS
2 TREMONT TERRACE
4004 E. CHAPEL-HILL NELSON HWY.
DAVIS DRIVE
RESEARCH TRIANGLE PARK, NC 27709

DEBORAH RODGERS
70 ST. JAMES PLACE
127 SHADOW RIDGE PLACE
CHAPEL HILL, NC 27516

DEBRA COLEMAN
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

| | | |
|---|---|---|
| DEEDEE MATNI<br>2109 BEL AIR AVENUE<br>SAN JOSE, CA 95128 | DEEDEE MATNI<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | DENEEN, JEFFREY<br>7514 KINGS MOUNTAIN RD<br>VESTAVIA HLS, AL 35242-2593 |
| DENNIS ALTROGGE<br>151 CALDERON AVE<br>APT 179<br>MOUNTAIN VI, CA 94041 | DENNIS ALTROGGE<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | DETLEF SOBERAY<br>4241 INWOOD RD<br>MINNETONKA, MN 55345-2525 |
| DETLEF SOBERAY<br>8000 NORMAN CENTER DRIVESUITE 650<br>BLOOMINGTON, MN 55437 | DHONDT, LUC<br>GROENSTRAAT 11<br>9820 MERELBEKE,<br>BELGIUM | DIBURRO, LAWRENCE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 |
| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA 01830 | DIDIER WERKOFF<br>81 ELLSWORTH ST<br>SAN FRANCISCO, CA 94110-5638 | DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 |
| DONALD DEBOER<br>2221 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | DONALD FEDYK<br>220 HAYDEN RD<br>GROTON, MA 01450 | DONALD SACCO<br>336 LAKEVIEW AVE E<br>BRIGHTWATERS, NY 11718 |

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

DONALD VAUGHN
3825 RIDGETOP LANE
PLANO, TX 75074

DOUGLAS CLARK
234 SPADINA RD.
TORONTO, ON M5R 2V1
CANADA

DOUGLAS FORTH
46 HARBOUR CT #B-9
2205 CIMMARRON ROAD
MCKINNEY, TX 75070

DOUGLAS SMITH
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

DOUGLAS SMITH
4703 KINSMON PL
MARIETTA, GA 30062

DOUGLASS PHILLIPS
329 MILLWOOD ROAD
6200 WYCKHURST CT.
RALEIGH, NC 27609

DOUGLASS PHILLIPS
8804 CHALON DR
916 STONE FALLS TRAIL
RALEIGH, NC 27614

DOWNING, DAVID
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

EDDIE TAN-ATICHAT
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

EDWARD ENG
6 BLACKHORSE DR
ACTON, MA 01720

EDWARD ENG
600 TECHNOLOGY PARK
BILLERICA, MA 01821

EDWIN KOEHLER JR
7319 FURNACE ROAD
ONTARIO, NY 14519

EGAN, LYNN C
9413 ATHERTON COURT
BRENTWOOD, TN 37027-8700

EGBERT CLARKE
1500 CONCORD TERRACE
SUNRISE, FL 33323

ELIAS CAGIANNOS
11 ROBIN CIRCLE
PRINCETON JUNCTION, NJ 08550

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

ELIAS CAGIANNOS
87 WOODLAND ROAD
MADISON, NJ 07940

ELY, RICHARD J.
9 MINUTEMAN LANE
SUDBURY, MA 01776

ENIS ERKEL
7/F & 8/F GS KANGNAM TOWNER  679
YOKSAM-DONG, KANGNAM-KU
SEOUL, GYEONGGI-DO,  135-985
KOREA

ENIS ERKEL
PO BOX 13955
EXPAT MAIL SEOUL KOREA
RESEARCH TRIANGLE PARK, NC 27709

ERIC BADOWSKI
4204 GRANDBROOK LN
PLANO, TX 75074

ERIKA JUNG
4311 NE 20TH AVE
OAKLAND PARK, FL 33308

ERKEL, ENIS
117 LAKE PINE DRIVE
CARY, NC 27511

ERKEL, ENIS
FATMAKADIN SOK. MARMARA APT. NO. 14/29
SUADIYE
ISTANBUL,  34740
TURKEY

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 12.29
SUADIYE
ISTANBUL,  34740
TURKEY

FARRANTO, PETER
1716 WITHMERE WAY
ATLANTA, GA 30338

FAX, RUTH G.
148 MILL ST
NEWTON, MA 02459

FISHMAN, ROBERT
PO BOX 4
1380 GRAND VIEW LODGE RD.
PLYMOUTH, VT 05056

FOULOIS, MARA
10910 BELMONT BLVD.
MASON NECK, VA 22079

FRADETTE, MAURICE J.
36 GLENWOOD ROAD
WEST HARTFORD, CT 06107

FRANK J SHEPHERD
2426-1 SHIPS MECHANIC ROW
GALVESTON, TX 77550

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

FRANK TOLVE, JR.
380 EDGEWOOD ROAD
SAN MATEO, CA 94402

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: JAMES R LONG
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: STANDEL, JR., RICHARD
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

GARBIS, FRANK
18295 CANFIELD PLACE
SAN DIEGO, CA 92128

GARITO, NICOLA
19164 NE 44TH COURT
SAMMAMISH, WA 98074

GARNICA, KEVIN THOMAS
120 LINCOLNSHIRE LANE
SPRINGBORO, OH 45066

GARRICK, LYNN J.
32535 GREEN BEND CT
MAGNOLIA, TX 77354-6858

GARY HATFIELD
PO BOX 1475
CELINA, TX 75009

GARY KUTAC
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

GAYLE LANIER
254 WEST 10TH STREET
2112 OAKTON DRIVE
RALEIGH, NC 27606-8908

GEOFFREY THOMPSON
158 PASEO COURT
MOUNTAIN VIEW, CA 94043-5286

GEORGE ABOU-ARRAGE
1333 HARLEY CIRCLE
THE VILLIAGES, FL 32162

GEORGE CLARK
600 TECHNOLOGY PARK
BILLERICA, MA 01821

GEORGE MONTGOMERY
6614 STAMPS ST
ROWLETT, TX 75089

**Debtor: Nortel Networks Inc.**

**Case #: 09-10138**

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,      THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

GEORGE REICHERT
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

GERRY CABOT
6465 SOUTH GREENWOOD PLAZA BOULEVARD
SUITE 1000, PEAKVIEW PLACE
ENGLEWOOD, CO 80111

GILLIAN MCCOLGAN
600 TECHNOLOGY PARK
BILLERICA, MA 01821

GLEN BLESI
3816 SPINEL CR
RESCUE, CA 95672

GORDON ADAMYK
600 TECHNOLOGY PARK
BILLERICA, MA 01821

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

GRANT, DAVID
205 REEDHAM WAY
RALEIGH, NC 27615

GREGG GELINAS
1409 CREEK POINTE
FARMINGTON, NY 14425

GREGORY HOY
430 HIGHLAND OAKS CIRCLE
SOUTHLAKE, TX 76092

GREGORY MERRITT
2711 CREEK RUN COURT
CHAPEL HILL, NC 27514

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

GRONWALL, TERYL
5853 JOE BEAR DRIVE
HONEOYE, NY 14471

GUNDECHA, CHAND
58 WEST 58TH STREET, APT. 29E
11309 RIDGEGATE DRIVE
RALEIGH, NC 27617

GUPTA, SANJEEV
1840 DRY CREEK RD
SAN JOSE, CA 95124

GUREVITCH, MORRIS
17890 ABERDEEN WAY
BOCA RATON, FL 33496

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

HABOSIAN, LEVON
11 DOUGLAS RD
WESTFORD, MA 01886

HABOSIAN, LEVON
600 TECHNOLOGY PARK
BILLERICA, MA 01821

HAMILTON, MARK
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

HAMILTON, MARK
438 PLUMWOOD WAY
FAIRVIEW, TX 75069

HANKEL, MARK
600 TECHNOLOGY PARK
BILLERICA, MA 01821

HANKEL, MARK
8 FOX HOLLOW LANE
PLAISTOW, NH 03865

HART, RICHARD
35 RIDGE BROOK DRIVE
STAMFORD, CT 06903

HEARN, JOHN MARK
1556 WATERSIDE CT
DALLAS, TX 75218

HERIBERTO VALDES
14965 S.W. 37 STREET
DAVIE, FL 33331

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

HILBIG, DAVID
1420 FARINGDON DR.
PLANO, TX 75075

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

HO, STEPHANIE
703 ALLEN DRIVE
EULESS, TX 76039

HOI NGUYEN
207 PACIFICA WY
MILPITAS, CA 95035

HOI NGUYEN
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

HOLMES, ROBERT D.
67 MAYHEW DRIVE
1107 S WELLINGTON POINT RD
MCKINNEY, TX 75070-6964

HOPE, STEVE F.
16562 ELM STREET
OMAHA, NE 68130

HORNE, ROBERT
10015 HIGH FALLS POINTE
ALPHARETTA, GA 30022

HOROWITZ, STEVEN
5908 ST. AGNES DRIVE
PLANO, TX 75093

HOWELL, MICHAEL J.
REGIONAL RADIOLOGY
1205 W. YAKIMA AVE
SELAH, WA 98942

HSU-DOUNG TSENG
TAIWN DEPT TWGM
PO BOX 13955
RESEARCH TRIANGLE PARK, NC 27709

IBRAHIM, TAREK F.
224 HUDSON ST., # 4B
HOBOKEN, NJ 07030

INDERMOHAN MONGA
600 TECHNOLOGY PARK
BILLERICA, MA 01821

IVO LEKICH
1835 MARKET STREETSUITE 505
PHILADELPHIA, PA 19103-2933

IVO LEKICH
PO BOX 13010
DURHAM, NC 27709-3010

JACK BORCHGREVINK
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4305

JACK BORCHGREVINK
519 N SAM HOUSTON PKWY EAST 6TH FLOOR
HOUSTON, TX 77060

JAMES DECKER III
2332 INVERNESS CIRCLE
JAMISON, PA 18929

JAMES E MCLEISH
498 NORTH STREET
TEWKSBURY, MA 01876

JAMES MULIK
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

JAMES MULIK
6300 BATTLEVIEW DRIVE
RALEIGH, NC 27613

JAMES R. LONG
2348 S. OCEAN BLVD
HIGHLAND BEACH, FL 33487

JAMOUSSI, BILEL
14 POLIQUIN DRIVE
NASHUA, NH 03062

JAMOUSSI, BILEL
BILEL JAMOUSSI
7 JARED CIRCLE
NASHUA, NH 03063

JANIS, MARK R.
193 VIA SODERINI
APTOS, CA 95003

JEFFREY M CLOWERS
2248 CONSTITUTION DR
SAN JOSE, CA 95124

JEFFREY TOWNLEY
4109 ENGLISH GARDEN WAY
RALEIGH, NC 27612

JEFFREY TOWNLEY
5-6/F CITYPLAZA FOUR
12 TAIKOO WAN ROAD
TAIKOO SHING
HONG KONG,
CHINA

JEFFREY TOWNLEY
PO BOX 13955
RESEARCH TRIANGLE PARK, NC 27709

JOHN ALVI
3913 BENTLEY BROOK DRIVE
RALEIGH, NC 27612

JOHN CURRAN
600 TECHNOLOGY PARK
BILLERICA, MA 01821

JOHN CURRAN
8 ALGONQUIN AVENUE
ANDOVER, MA 01810

JOHN KALFA
75 JOHNSON PL
WOODMERE, NY 11598

JOHN LOWE
421 HUGUENOT STREET, 2ND FLOOR
228 HEIN DRIVE
CLAYTON, NC 27527

JOHN LOWE
7101 INDICA DR APT 427
RALEIGH, NC 27613-7179

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

JOHN MARK HEARN
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

JOHN OSTASZEWSKI
1933 CAMBORNE CRESCENTS
OTTAWA, ON K1H 7B6
CANADA

JOHN OSTASZEWSKI
31 BELGRAVE ROAD
OTTAWA, ON K1S 0L9
CANADA

JOHN SELIGSON
330 ESATTO PL
EL DORADO HLS, CA 95762-3964

JOHNSON, JACK
7123 AZALEA LN
DALLAS, TX 75230

JOHNSON, KENNETH
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

JOHNSON, KENNETH
14425 MAPLE
OVERLAND PARK, KS 66223

JONATHAN JONES
P.O. BOX 863625
PLANO, TX 75086

JONATHAN SCHMIDT
202 CLIFFSIDE
SAN ANTONIO, TX 78231

JOSEPH KING
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

JUST, TERESA
719 NO. 4OO W.
CENTERVILLE, UT 84014

KAPIL, VIVEK
2712 MERLIN DR.
LEWISVILLE, TX 75056

KARIA, ARVINDKUMAR J
3517 LAKEBROOK DR
PLANO, TX 75093

KEATES, ROB
10519 138 ST NW
EDMONTON, AB T5N 2J5
CANADA

KEATES, ROB
2294 ALDER ST
KINGSTON, ON K7L 4V1
CANADA

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

KEEGAN, SUSAN M.
8 QUAIL RIDGE DRIVE
FLEMINGTON, NJ 08822

KEITH MCNULTY
1917 BONAVENTURE WAY
MARIETTA, GA 30068-1502

KEITH MCNULTY
793 BEDFORD OAKS DRIVE
MARIETTA, GA 30068

KELLY BROUGHAL
80 LARK STREET
PEARL RIVER, NY 10965

KENNEDY, SCOTT
13523 W. SOLA DRIVE
SUN CITY WEST, AZ 85375

KENNETH PECOT
4401 WHITE CHAPEL WAY
RALEIGH, NC 27615

KENNETH PECOT
4520 45TH AVE NE
SEATTLE, WA 98105-3910

KENNETH W HORN
6708 FOX FIRE PLACE
RALEIGH, NC 27615

KENT SELBREDE
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

KEVIN HICKEY
2828 FYNE DR
WALNUT CREEK, CA 94598

KHANNA, BAKUL
58 BLAKE ROAD
LEXINGTON, MA 02420

KING, JOSEPH
8311 SAN BENITO WAY
DALLAS, TX 75218

KLEIN, BRUCE
8220 FOUNTAIN PARK DRIVE
RALEIGH, NC 27613

KNAPP, WILLIAM
506 DEKEMONT LANE
BRENTWOOD, TN 37027

KNUDSEN, PAUL
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

**Debtor: Nortel Networks Inc.**

**Case #: 09-10138**

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

KO, DAVID
420 EAST 61ST STREET, APT. 42D
920 BROOKLINE WAY
ALPHARETTA, GA 30022

KOHNHORST, BART
5724 CEDAR GROVE CIRCLE
PLANO, TX 75093

KUTAC, GARY E.
1552 SAN SABA DR.
DALLAS, TX 75218

LABADAN, RENATO
7800 SEVEN LOCKS RD
BETHESDA, MD 20817

LABADAN, RENATO
PSC 502, BOX 1
DPO, AP 96515

LACERTE, RICHARD
PO BOX 10428
BEDFORD, NH 03110

LAFAURIE, CESAR
101 WILLOWCREEK BLVD
SWEETWATER, TN 37874

LAGIOS, GREGORY
11 BAY POINT RD
CENTER OSSIPEE, NH 03814

LAGIOS, GREGORY
22 DEER RUN DRIVE
FREEDOM, NH 03836

LAKSHMINARAYAN, SANKARAN
9815 AUTRY FALLS DR
ALPHARETTA, GA 30022

LASKIN, LEE
863 NEVADA AVE
SAN JOSE, CA 95125

LAU, STEPHEN
982 SANDALRIDGE CT
MILPITAS, CA 95035

LAVIAN, TAL
1294 CALDWELL COURT
SUNNYVALE, CA 94087

LAVIAN, TAL
1640 MARIANI DRIVE
SUNNYVALE, CA 94087

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

LAWRENCE CICCARELLI
8 JULIA CIRCLE
EAST SETAUKET, NY 11733

LAWRENCE MOLINA JR
622 EMERSON ROAD  SUITE 450
CREVE COEUR, MO 63141

LAYNE, SAMUEL J.
555 WEST 23RD STREET
9317 WEST 139TH ST.
OVERLAND PARK, KS 66221

LAYNE, SAMUEL
FIFTH AVENUE NEUROLOGY
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

LEE, YU-TEN
949 MARLINTON COURT
SAN JOSE, CA 95120

LEGER, ANTHONY
9409 STONE MOUNTAIN ROAD
RALEIGH, NC 27613

LEGER, ANTHONY
ANTHONY LEGER
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

LEKICH, IVO
1235 VICTORIA LANE
WEST CHESTER, PA 19380-4046

LEVON HABOSIAN
511 PLEASANT VALLEY LN
RICHARDSON, TX 75080-1861

LEWIS LOCKHART
1600 LIATRIS LANE
RALEIGH, NC 27613

LI, XUEWEN
102 MANOR GARDEN WAY
CARY, NC 27513

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARVINDKUMAR, KARIA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BINGAMAN, PETER
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CRAMER, CARL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GIGLIOTTI, THOMAS A
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

**Debtor: Nortel Networks Inc.**

**Case #: 09-10138**

**Notices mailed by: December 19, 2012**

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GUPTA, SANJEEV<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KENNEDY, SCOTT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LACERTE, RICHARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LLANES, RODOLFO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SMITH, DOUGLAS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TWYNHAM, ANDREW S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 |
| LOCKHART, LEWIS<br>4001 E CHAPEL HILL-NELSON HWY<br>PO BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | LONGAKER, DAVID<br>302 WOODLAWN RD.<br>BALTIMORE, MD 21210 | LORI MCLEAN<br>614 WEST MAIN ST<br>APT 201<br>DURHAM, NC 27701 |
| LUC DHONDT<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | LYNN EGAN<br>220 ATHENS WAYSUITE 300 (3RD FLOOR)<br>NASHVILLE, TN 37228 | LYNN GARRICK<br>13330 RAVENS CAW<br>CYPRESS, TX 77429 |
| MACLAREN, PETER<br>1496 WEST HILL ROAD<br>WARREN, VT 05674 | MAGINLEY, RONALD<br>621 JOHN CLOSE<br>MURPHY, TX 75094 | MALZAHN, MARK J.<br>1013 TIMBERLINE LN<br>ALLEN, TX 75002 |

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

MARGARET TURNER
2306 MARCHURST ROAD
KANATA, ON K2K 1X7
CANADA

MARK A STUKEL
14601 HOWE DR
LEAWOOD, KS 66224

MARK CONROY
600 TECHNOLOGY PARK
BILLERICA, MA 01821

MARK MALZAHN
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

MARK SHIELDS
55 WOODBROOKE DR
COATESVILLE, PA 19320

MARK STUKEL
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

MARK, RAYMOND
1 RIVER PLACE APT. 1406
NEW YORK, NY 10036

MARK, RAYMOND
1336 S. FINLEY ROAD, APT 1C
LOMBARD, IL 60148

MARK, RAYMOND
245 EAST 54TH STREET, APT. 26B
NEW YORK, NY 10022

MARSONIA, RAJPRIYA
C/O MICHAEL SULLIVAN, ESQ.
400 CAPELLAN ST.
WAKE FOREST, NC 27587

MARTHA BURKEY
101 WEST 12TH STREET
4004 E. CHAPEL-HILL NELSON HWY.
DAVIS DRIVE
RESEARCH TRIANGLE PARK, NC 27709

MARYAK, JENIFER
10720 DUNHILL TER
RALEIGH, NC 27615

MASON YOUNG
2984 FRANKLIN OAKS DRIVE
OAK HILL, VA 20171

MATHENY, SCOTT
155 BAY DR.
HENDERSONVILLE, TN 37075

MAUREEN CROZIER
1247 MALLARD COURT
BOULDER, CO 80303

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

MAURICIO CVJETKOVIC
19701 E COUNTRY CLUB DR #5-106
AVENTURA, FL 33180

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

MCCABE, ROBERT A
2009 MISSION RD
EDMOND, OK 73034

MCCOLGAN, GILLIAN
2 BIRCH ROAD
WILMINGTON, MA 01887

MCCUNE, BRIAN
1638 MATTHEWS AVE
VANCOUVER, BC V6J 2T2
CANADA

MCDONOUGH, MICHAEL J., III
31 OLDE YORKE RD
RANDOLPH, NJ 07869

MCLAUGHLIN, ROBERT
99 SIGNAL HILL ROAD
602 WILMES DRIVE
AUSTIN, TX 78752

MCLEAN, LORI
3100 CORNWALL ROAD
DURHAM, NC 27707

MCNITT, STEVE
3441 SUNDANCE DR
GAINESVILLE, GA 30506

MEAD, JOHN
349 BAYBERRY COMMONS
FREMONT, CA 94539

MEAD, JOHN
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

MENDONCA, TIMOTHY A.
490 FOREST PARK ROAD
OLDSMAR, FL 34677

MERCURE, JIM
210 CELLARS WAY
WALLACE, NC 28466

MICHAEL COOPER
4509 STATEN ISLAND CT
PLANO, TX 75024

MICHAEL HESLOP
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

MICHAEL HOWELL
15 MAGUIRE COURT
1416 BRANDON CT
ALLEN, TX 75013

MICHAEL LA-ANYANE
18330 CAPISTRANO WAY
MORGAN HILL, CA 95037

MICHAEL LA-ANYANE
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

MICHAEL MCDONOUGH
10 SYLVAN WAY1ST FLOOR
PARSIPPANY, NJ 07054

MILLER, CLYDE E
1680 CENTER GROVE CHURCH RD
MONCURE, NC 27559

MILTON PEREZ
3042 SW 189TH AVE
MIRAMAR, FL 33029

MISSINI, DENNIS
616 RUSSETWOOD LANE
POWDER SPRINGS, GA 30127

MITCHELL SIMCOE
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

MOHAN DATTATREYA
1569 BLACKHAWK DRIVE
SUNNYVALE, CA 94087

MOLINA, LAWRENCE S. JR.
P.O. BOX 28473
ST LOUIS, MO 63146-0973

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

MONGA, INDERMOHAN S
6 ROSE COURT
ACTON, MA 01720

MONGA, INDERMOHAN
1211 PARKINSON AVE
PALO ALTO, CA 94301-3451

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

MONTGOMERY, GEORGE G
9808 ST ANNES DRIVE
PLANO, TX 75025

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

MOSELEY, ROBERT J.
7718 MEADOWHAVEN DR.
DALLAS, TX 75254

MOSELEY, ROBERT J.
PO BOX 600278
DALLAS, TX 75360-0278

MOSES SUN
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

MUNSON, GEORGE
4000 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716

MUNSON, GEORGE
49 WYANDOTTE ST
SELDEN, NY 11784

MURASH, BARRY
1021 GROGAN'S MILL DRIV
CARY, NC 27519

MURASH, BARRY
PMB 16788
2885 SANFORD AVE SW # 16788
GRANDVILLE, MI 49418-1342

MURASHIGE, DAVID
5455 N. MARGINAL ROAD
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

MURPHY, PETER
FIFTH AVENUE NEUROLOGY
5555 GROVE POINT RD
ALPHARETTA, GA 30022

MYSORE PRAKASH
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

NASH, DALE
14 LAUREL CIRCLE
SUDBURY, MA 01776

NATHAN JONES
8108 RED BIRD COURT
AUSTIN, TX 78726

NATHAN JONES
812 SNAPDRAGON LN
PLANO, TX 75075

NATHAN JONES
PO BOX 170610
AUSTIN, TX 78717-0032

NATIUK, EDWARD
6143 NW 124TH DRIVE
CORAL SPRINGS, FL 33076

Debtor: Nortel Networks Inc.

Case #: 09-10138

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

NG, MAN-FAI
3713 MOUNT PLEASANT LN
PLANO, TX 75025

NIEL COVEY
23314 SE 13TH CT
SAMMAMISH, WA 98075

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

ORBE, JOHN F
2008 KEHRSBORO DRIVE
CHESTERFIELD, MO 63005

ORDER, KIM
15 DANE CIRCLE
TYNGSBORO, MA 01879

OWEN, ARLENE
101 EAST CARNABY CT
CARY, NC 27513

OWEN, ARLENE
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

PAGE, BRIAN E
1108 REDFIELD RIDGE
DUNWOODY, GA 30338

PALMER, CAROLYN G.
3171 WINDING LAKE DRIVE
GAINESVILLE, GA 30504

PARKER, TIMOTHY
730 SUGAR PINE RD
SCOTTS VALLEY, CA 95066-3929

PATEL, GIRISHKUMAR
3905 JEFFERSON CIRCLE
PLANO, TX 75023

PATEL, JAGDISH
4413 LAIRD CIRCLE
SANTA CLARA, CA 95054

PATRICK LEWIS
7009 SOUTH NETHERLAND WAY
AURORA, CO 80016

PAUL TO
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

PAUL WOODRUFF
1489 RAMON DR
SUNNYVALE, CA 94087

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

PAUL WOODRUFF
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

PECOT, KENNETH W.
700 THOMAS CT.
SOUTHLAKE, TX 76092

PEREZ, ANTHONY D
23 MARYETTA COURT
SYOSSET, NY 11791

PETER MACKINNON
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

PETER MACKINNON
706 BANDERA DRIVE
ALLEN, TX 75013

PETER MURPHY
272 PLAINFIELD AVENUE
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

PETERS, SCOTT C.
5520 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4829

PILLOW, TIMOTHY
575 LOVE HENRY COURT
SOUTHLAKE, TX 76092

PIRIH, ANTHONY M.
900 ANDERSON DRIVE
GREEN OAKS, IL 60048

PLASTINA, FRANCO
306 POND BLUFF WAY
CARY, NC 27513

PRAKASH, MYSORE
5212 LAKECREEK CT
PLANO, TX 75093

PRAVEEN SHEKOKAR
3521 WILLETT PL.
SANTA CLARA, CA 95051

RACZYNSKI, MARK
5590 TOURNAMENT DRIVE
HAYMARKET, VA 20169

RANDY DODD
10851 MASTIN DRIVESUITE 800
OVERLAND PARK, KS 66210

RANDY DODD
14009 HAYES ST
OVERLAND PARK, KS 66221

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

RANKIN, THOMAS
2005 STERLING SILVER DR.
APEX, NC 27502

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

RAVI SUBRAMANIAN
4420 TAYLOR LANE
RICHARDSON, TX 75082

RAYMOND MARK
6 CHAOWAI STREET
BUILDING 21,APT.2705
CHAOYANG DISTRICT
BEIJING,  10000
CHINA

RAYNOR, CECIL D.
39 JOYCE ROAD
1508 BRIARWOOD PL.
RALEIGH, NC 27614

REDDISH, RICHARD
2126 PALERMO COURT
ORANGE, CA 92867

REICHERT, GEORGE
220 BEACON FALLS CT.
CARY, NC 27519

REID, ALAN B.
2900 SHADYWOOD LANE
PLANO, TX 75023

RICHARD C RICKS
2751 MARSHALL LAKE DRIVE
OAKTON, VA 22124

RICHARD CALLANAN
100 SUMMIT LAKE  SUITE 200
VALHALLA, NY 10595

RICHARD CALLANAN
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4305

RICHARD DANIEL HERRING
1240 HARBOR ISLAND WALK
17200 WESTGROVE DRIVE
APT 921
ADDISON, TX 75001

RICHARD DANIEL
833 GULL POINT ROAD
4004 E. CHAPEL-HILL NELSON HWY.
DAVIS DRIVE
RESEARCH TRIANGLE PARK, NC 27709

RICHARD EISWIRTH
214 STAYMAN CT
LAKE LURE, NC 28746-9424

RICHARD EISWIRTH
3052 CLEAR COVE WAY
GAINSVILLE, GA 30506

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

RICHARD ROSE
100 SUMMIT LAKE  SUITE 200
VALHALLA, NY 10595

RICHARD ROSE
17 THERESA BLVD
WAPPINGERS FALLS, NY 12590

RICHARD ROSE
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4305

RICHARD STANDEL JR.
8231 BAY COLONY DR.
APT. #303
NAPLES, FL 34108

RICHARD WATSON
21340 OAKVIEW DRIVE
NOBLESVILLE, IN 46060

ROBERT FISHMAN
5270 SYCAMORE AVENUE
BRONX, NY 10471

ROBERT HOLMES
34 CLINTON AVENUE
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

ROBERT HOLMES
511 22ND STREET
104 FINNWAY LANE
CARY, NC 27519

ROBERT HUFF
10192 SCARLET OAK DR.
INDEPENDENC, KY 41051

ROBERT HUFF
10350 ORMSBY PARK PLACE  SUITE 205
LOUISVILLE, KY 40223

ROCK, TERENCE
30 AVE AT PORT IMPERIAL
856 BELLEVILLE DRIVE
VALLEY COTTAGE, NY 10989

RODNEY COTTON
13215 FRED DRIVE
POWAY, CA 92064

RODOLFO LLANES
7279 SW 112TH CR
MIAMI, FL 33173

RODOLFO LLANES
7961 NW 113 PLACE ISLAND OF DORAL
DORAL, FL 33178

RONALD G ISOM
1127 N SHANNON DR
FARMINGTON, UT 84025

Debtor: Nortel Networks Inc.

Case #: 09-10138

Notices mailed by: December 19, 2012

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

RONALD ISOM
41 NORTH RIO GRANDE STREETSUITE 100
SALT LAKE CITY, UT 84101

RONALD ISOM
4655 GREAT AMERICA PKWY
SANTA CLARK, CA 95054-1233

RONALD MCDOUGALL
4150 19TH AVENUE
MARKHAM,  L6C1M2
CANADA

RONALD MCDOUGALL
51 MUIRFIELD CIR
WHEATON, IL 60187

RYAN, JOHN JR
5 JOSEPH ROAD
HOPKINTON, MA 01748

SALB, RALPH
4216 249TH COURT SE
ISSAQUAH, WA 98029

SANJEEV GUPTA
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

SANKARAN LAKSHMINARAYAN
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

SCHECTER, ROGER A.
3 BLACKBERRY RD
NASHVILLE, TN 37215

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

SCOTT PETERS
226 MEETING LANE, NE
ATLANTA, GA 30342

SEAMAN, HAROLD
118 WEST CODA CIRCLE
DELRAY BEACH, FL 33444

SEAN MCEVOY
120 PEACEABLE STREET
RIDGEFIELD, CT 06877

SEAN MCEVOY
485 LEXINGTON AVENUE
NEW YORK, NY 10017

SEARLES, STEVEN
19119 STREAM CROSSING CT
LEESBURG, VA 20176

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

SELBREDE, KENT
4716 ANGEL FIRE DR
RICHARDSON, TX 75082

SELIGSON, JOHN
2901 CAPETANIOS DRIVE
EL DORADO HILLS, CA 95762

SELVA SIVAJI
PMB 206
4474 WESTON RD
DAVIE, FL 33331-3195

SENNA, STEVEN A.
29 WESTRIDGE DR.
BOLTON, CT 06043

SHARMA, JAG MOHAN
113 COUNCIL GAP COURT
CARY, NC 27513

SHEPPARD, JOHN E.
535 EAST 86TH STREET
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

SHERMAN HAWKINS
1045 PINE GROVE POINTE DRIVE
ROSWELL, GA 30075

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

SILVERNALE, ROBERT
P.O. BOX 1032
MERRIMACK, NH 03054

SIMCOE, MITCHELL
1085 TIMBERLINE PLACE
ALPHARETTA, GA 30005

SIVAJI, SELVA
4008 STAGHORN LN
WESTON, FL 33331

SKIDMORE, THOMAS P.
16743 W 159TH TERRACE
OLATHE, KS 66062

SLATTERY, STEVE
507 LAREDO CIRCLE
ALLEN, TX 75013

SOBERAY, DETLEF
18980 COUNTY RD 50
HAMBURG, MN 55339

SONJA CARLIN
106 HILL COUNTRY ROAD
18500 VON KARMAN  11TH FLOOR
IRVINE, CA 92612

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

SPRADLEY, SUSAN
2 DORSET PLACE
DALLAS, TX 75229

STACY, MARK
475 N. MARTINGALE ROAD
SCHAUMBURG, IL 60173

STACY, MARK
895 E. SCHIRRA DR
PALATINE, IL 60074

STEPHANIE HO
2201 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

STEPHEN BRIDGES
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

STEPHEN KALEGARIC
386 RIVERWAY
UNIT #2
BOSTON, MA 02115

STEVE SENNA
175 CAPITAL BLVD.  CORPORATE RIDGE
ROCKY HILL, CT 06067

STEVEN HOROWITZ
310 OAK LN
WEST WINDSOR, NJ 08550

STEVEN MCNITT
13560 MORRIS ROAD, SUITE 1100
1ST FLOOR, ONE DEERFIELD CENTRE
ALPHARETTA, GA 30004

STRASSBURGER, RAYMOND
2805 PINE HOLLOW RD
OAKTON, VA 22124

STUART ANDERSON
225 CROSS ST
BELMONT, MA 02478

SUN, MOSES
9208 STONEBROOK DR.
COLLEGE STATION, TX 77845

SURYA BOMMAKANTI
1220 SAN SABA CT
ALLEN, TX 75013

SURYA BOMMAKANTI
2221 LAKESIDE BLVD
RICHARDSON, TX 75082-4399

TAN-ATICHAT, EDDIE
46879 CRAWFORD ST
FREMONT, CA 94539

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

TAREK IBRAHIM
485 LEXINGTON AVENUE
NEW YORK, NY 10017

TARIQ, MASOOD
12325 RICHMOND RUN DRIVE
RALEIGH, NC 27614

TAYLOR, KENNETH
9401 SHADOW OAK WAY
RALEIGH, NC 27615

TELLEZ, RAUL
6927 TREERIDGE DRIVE
CINCINNATI, OH 45244

TERENCE ROCK
C/O MICHAEL SULLIVAN, ESQ.
10 SYLVAN WAY1ST FLOOR
PARSIPPANY, NJ 07054

TERESA JUST
41 NORTH RIO GRANDE STREETSUITE 100
SALT LAKE CITY, UT 84101

THOMAS A. GIGLIOTTI
2520 PENNYSHIRE LANE
RALEIGH, NC 27606

THOMAS P SKIDMORE
16743 W 157TH TER
OLATHE, KS 66062

TIMMONS, JAY S.
1411 ANDOVER STREET
TEWKSBURY, MA 01876

TIMOTHY BAXTER
314 WEST 14TH STREET, 4TH FLOOR
4001 E. CHAPEL HILL-NELSON HWY
P.O. BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

TO, PAUL
904 THERESA CT.
MENLO PARK, CA 94025

TONY RAUBOLT
TWOTOWNE SQUARE, SUITE 450
OAKLAND TOWNE SQUARE II
SOUTHFIELD, MI 48076

TRYLOVICH, KAREN
221 SPALDING GATE DR
ATLANTA, GA 30328

TSENG, HSU-DOUNG
214 LONG CANYON COURT
RICHARDSON, TX 75080

TSENG, HSU-DOUNG
NO. 9, CHAOYANG PARK WEST ROAD
#17-602, CHAOYANG DISTRICT
BEIJING,  100026
CHINA

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

VALENTINE, JOHN
NEW YORK DOWNTOWN HOSPITAL
719 QUARTERSTAFF ROAD
WINSTON SALEM, NC 27104

VINCE IACOVIELLO
10 SYLVAN WAY1ST FLOOR
PARSIPPANY, NJ 07054

VINCE IACOVIELLO
20 BROADVIEW AVE
MADISON, NJ 07940

WADE, GWYNNE
2201 MURPHY AVENUE, SUITE 110
8 SNUFFYS LN
LEBANON, NJ 08833

WARREN, BEN
37 CREST LN
LA SELVA BEACH, CA 95076

WARREN, BEN
677 WAVERLEY ST
PALO ALTO, CA 94301

WATSON, RICHARD
2504 BROWN DR
FLOWER MOUND, TX 75022

WERKOFF, DIDIER
421 HERSHNER DRIVE
LOS GATOS, CA 95032

WERKOFF, DIDIER
5301 MISSION ST., APT. #4
SAN FRANCISCO, CA 94112

WHITEHURST, MICHAEL
801 SILVER POINT RD
CHAPIN, SC 29036

WILCOX, REGINALD
22 EWING COURT
LUCAS, TX 75002

WILLIAM KIELY
185 SNOW CREST ROAD
LOS GATOS, CA 95033

WILLIAM KIELY
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

WOHLFORD, ROBERT E.
30 ALEXANDER PLACE
PITTSBURGH, PA 15243

**Debtor: Nortel Networks Inc.**

**Case #: 09-10138**

**Notices mailed by: December 19, 2012**

**NOTICE OF THE JOINT MOTION FOR ORDER: (I) APPROVING COMPROMISE AMONG THE DEBTORS,     THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE AD HOC GROUP OF BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN (FOR THEMSELVES AND ALL SIMILARLY SITUATED PARTICIPANTS IN AND BENEFICIARIES OF THE NORTEL NETWORKS U.S. DEFERRED COMPENSATION PLAN) PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; (II) DIRECTING PAYMENTS PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND RULE 9019; (III) DIRECTING U.S. BANK NATIONAL ASSOCIATION TO TURN OVER ASSETS TO THE DEBTORS; AND (IV) RELEASING AND SETTLING CLAIMS OF THE DEFERRED COMPENSATION PLAN PARTICIPANTS**

WONG, WING
3016 BONSAI DR.
PLANO, TX 75093

XUEWEN LI
4004 E. CHAPEL-HILL NELSON HWY.
DAVIS DRIVE
RESEARCH TRIANGLE PARK, NC 27709

YEE, MENG F.
1506 SOMERSET PLACE
RICHARDSON, TX 75081

YOUNG, MASON
8000 HONG KONG PL
DULLES, VA 20189-8000

YOUNG, ROBERT
313, PROMENADE SOUTH
MONTGOMERY, TX 77356

YUAN-HAO LIN
219 RINCONADA AVE
PALO ALTO, CA 94301

YUET LEE
2195 CANYON OAK LN
DANVILLE, CA 94506

YU-TEN LEE
4655 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

Total Parties: 518