UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |  |
|---|---|---|
| Nortel Networks, Inc., *et al.* | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | CASE NO. 09-10138 |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim of **WJF Telecom LLC (related document 9094 )** is hereby withdrawn by Tannor Partners Credit Fund, LP.

Related Court Claim Numbers: **6845**

By: /s/ Robert J. Tannor
Tannor Partners Credit Fund, LP
(914) 509-5000