# United States Bankruptcy Court

## District of Delaware

<u>In re:</u> **Nortel Networks, Inc.**                    <u>Case No.:</u> **09-10138**

Court ID (Court use only)_____

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**<u>Farallon Capital Institutional Partners II, LP</u>**        **<u>Hain Capital Holdings, LLC</u>**
                                                            Name of Transferor

Name and Address where notices to transferee            Court Record Address of Transferor
should be sent

                                                        (Court Use Only)
**Farallon Capital Institutional Partners II, LP**
**Att: Michael Linn**
**1 Maritime Place, Suite 2100**
**San Francisco, CA 94111**
**Phone 415-421-2132**
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments            Name and Current Address of Transferor
should be sent (if different from above)

                                                        **<u>Hain Capital Holdings, LLC</u>**
                                                        301 Route 17 North, 7th floor
                                                        Rutherford, NJ 07070

Court Claim # (if known): 5443
Claim Amount:            $1,959,220.81
Amount transferred:      $34,000.00
Date Claim Filed:        9/30/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Amanda Rapoport_____        Date: 12/28/2012
        Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                    **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Holdings, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to each assignee (severally, and not joint and severable) as set forth on Schedule 1 attached hereto("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the aggregate amount of **$1,959,220.81** associated with proof of claim number **5443** against Nortel Networks, Inc. (the "Debtor"), Chapter 11 Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.   Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27th day of December, 2012.

ASSIGNOR:

HAIN CAPITAL HOLDINGS, LLC
By Koltai & Company Advisors, LLC

By:
Name:
Title:   Robert Koltai
          Manager

ASSIGNEE:

**FARALLON CAPITAL PARTNERS, L.P.**
BY:     Farallon Partners, L.L.C.,
       Its General Partner

BY:     _____
          Michael Linn
          Managing Member

**FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P.**
BY:     Farallon Partners, L.L.C.,
       Its General Partner

BY:     _____
          Michael Linn
          Managing Member

**FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P.**
BY:     Farallon Partners, L.L.C.,
       Its General Partner

BY:     _____
          Michael Linn
          Managing Member

**FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P.**
BY:     Farallon Partners, L.L.C.,
       Its General Partner

BY:     _____
          Michael Linn
          Managing Member

**FARALLON CAPITAL OFFSHORE INVESTORS II, L.P.**
BY:     Farallon Partners, L.L.C.,
       Its General Partner

BY:     _____
          Michael Linn
          Managing Member

**FARALLON CAPITAL (AM) INVESTORS, L.P.**

BY:    Farallon Partners, L.L.C.,
        Its General Partner

BY:    _____

        Michael Linn
        Managing Member


**NOONDAY OFFSHORE, INC.**

BY:    Farallon Capital Management, L.L.C.,
        Its Agent and Attorney-In-Fact

BY:    _____

        Michael Linn
        Managing Member

Schedule 1

| Assignee: | Pro Rata Share: | Allocable Claim Amont: |
|---|---|---|
| Farallon Capital Partners, LP | 25.50% | 500,000.00 |
| Farallon Capital Institutional Partners, LP | 28.50% | 558,000.00 |
| Farallon Capital Institutional Partners II, LP | 1.75% | 34,000.00 |
| Farallon Capital Offshore Investors II, LP | 39.25% | 770,220.81 |
| Farallon Capital (AM) Investors, LP | 1.25% | 24,000.00 |
| Farallon Capital Institutional Partners III, LP | 2.50% | 49,000.00 |
| Noonday Offshore Inc | 1.25% | 24,000.00 |
| | | 1,959,220.81 |