# **EXHIBIT A**

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 2  

Client #  732310  

Matter #  165839

For services through November 30, 2012  
relating to  Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/12 | Finalize and file re: pro hac vice motion of A. Koo (.2); Coordinate to Judge Gross re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 11/02/12 | Email to B. Witters re: filing and service of A. Koo pro hac | | | | |
| | Associate    Christopher M. Samis | | 0.10 hrs. | 375.00 | $37.50 |
| 11/05/12 | Review docket (.1); Review and update critical dates (.2) | | | | |
| | Paralegal    Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 11/06/12 | Email to distribution re: critical dates | | | | |
| | Paralegal    Barbara J. Witters | | 0.10 hrs. | 205.00 | $20.50 |
| 11/06/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | | |
| | Associate    Drew G. Sloan | | 0.30 hrs. | 375.00 | $112.50 |
| 11/14/12 | Review docket (.1); Review and update critical dates (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 0.30 hrs. | 205.00 | $61.50 |
| 11/14/12 | Review email from B. Witters re: revised critical dates calendar (.1); Review same (.2) | | | | |
| | Associate    Drew G. Sloan | | 0.30 hrs. | 375.00 | $112.50 |
| 11/28/12 | Review docket (.1); Review and update critical dates (.2); Email to distribution re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 0.40 hrs. | 205.00 | $82.00 |

Total Fees for Professional Services    $549.50

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 21, 2012  
Invoice 421073  
Page 3  
Client #  732310  

Matter #  165839  

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $549.50 |
| **TOTAL DUE FOR THIS MATTER** | $549.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2012  
Invoice 421073  
Page 4  
Client # 732310

Matter # 165839

For services through November 30, 2012  
relating to Court Hearings

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/12 | Emails to T. Semmelman re: coverage for Nortel hearing on 11/7/12 (.2); Email to L. Beckerman re: items on for Nortel hearing on 11/7/12 (.1) | Associate — Christopher M. Samis | 0.30 hrs. | 375.00 | $112.50 |
| 11/01/12 | Email from and conference with C. Samis re: 11/7 hearing | Associate — Tyler D. Semmelman | 0.10 hrs. | 300.00 | $30.00 |
| 11/05/12 | Retrieve and review re: 11/7/12 agenda (.2); Email to distribution re: same (.1); Organize a binder utilized by counsel at 10/3/12 hearing (.2); Organize a binder utilized by counsel at 10/18/12 hearing (.2) | Paralegal — Barbara J. Witters | 0.70 hrs. | 205.00 | $143.50 |
| 11/05/12 | Emails to B. Witters re: logistics of 11/7/12 hearing (.2); Emails to B. Kahn re: logistics of 11/7/12 hearing (.2) | Associate — Christopher M. Samis | 0.40 hrs. | 375.00 | $150.00 |
| 11/05/12 | Review agenda re: 11/7/12 hearing | Associate — Drew G. Sloan | 0.10 hrs. | 375.00 | $37.50 |
| 11/06/12 | Telephone call to Courtcall re: 11/7/12 heairng telephonic appearances for B. Kahn, D. Botter and F. Hodara (.3); Email to B. Kahn re: same (.1); Retrieve re: 11/7/12 agenda pleadings (.2); Prepare 11/7/12 hearing binder (.3); Email to Chambers re: 11/7/12 hearing (.1); Email to B. Kahn & C. Samis re: 11/7/12 hearing for Jefferies final fee application (.1) | Paralegal — Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |
| 11/06/12 | Email to A. Koo re: logistics of 11/7/12 Nortel hearing (.1); Prepare for 11/7/12 Nortel hearing (1.2) | Associate — Christopher M. Samis | 1.30 hrs. | 375.00 | $487.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

December 21, 2012  
Invoice 421073  
Page 5  
Client # 732310  

Matter # 165839

---

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/12 | Prepare for 11/7/12 hearing (1.0); Attend 11/7/12 hearing (1.3); Post-hearing meeting with A. Koo re: status of LTD litigation (.4); Email to A. Koo re: logistics of 11/7/12 hearing (.1) | Associate | Christopher M. Samis | 2.80 hrs. | 375.00 | $1,050.00 |
| 11/19/12 | Review email from B. Witters re: agenda for 11/21/12 hearing (.1); Review agenda re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 11/20/12 | Attention to email re: 11/21/12 telephonic appearances (.1); Telephone call to Courtcall re: 11/21/12 telephonic appearances for L. Beckerman & A. Koo (.2); Email to distribution re: same (.1); Retrieve re: 11/21/12 agenda (.1); Email to distribution re: same (.1); Retrieve re: 11/21/12 agenda pleadings (.1); Prepare 11/21/12 hearing binder (.2) | Paralegal | Barbara J. Witters | 0.90 hrs. | 205.00 | $184.50 |
| 11/20/12 | Review agenda for 11/21/12 hearing (.2); Prepare for 11/21/12 hearing (1.2) | Associate | Christopher M. Samis | 1.40 hrs. | 375.00 | $525.00 |
| 11/21/12 | Retrieve amended agenda (.1); Update hearing binder for 11/21/12 hearing (.1) | Paralegal | Cathy M. Greer | 0.20 hrs. | 205.00 | $41.00 |
| 11/21/12 | Prepare for 11/21/12 hearing (1.3); Attend 12/21/12 hearing (2.5); Emails to L. Beckerman re: strategy for and outcome of 12/21/12 hearing (.6); Email to B. Kahn re: strategy for 12/21/12 hearing (.1) | Associate | Christopher M. Samis | 4.50 hrs. | 375.00 | $1,687.50 |
| 11/26/12 | Circulate to distribution re: 11/21/12 hearing transcript (.1); Organize binders utilized by Court and co-counsel for the 11/712 and 11/21/12 hearings (.2) | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 11/29/12 | Attention to e-mail from C. Samis re: 12/3/12 telephonic hearing appearances (.1); Telephone call to Courtcall re: L. Beckerman, J. Sturm and C. Samis re: same (.3); E-mail to distribution re: same (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 6  
Client #  732310

Matter #  165839

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/29/12 | Emails to L. Beckerman re: 12/3/12 status conference (.2); Emails to B. Witters re: preparation for 12/3/12 status conference (.2); Emails to A. Cordo re: 12/3/12 status conference (.2) | | | |
| Associate | Christopher M. Samis | 0.60 hrs. | 375.00 | $225.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $5,138.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$5,138.50** |
| **TOTAL DUE FOR THIS MATTER** | **$5,138.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 7

Client #  732310

Matter #  165839

For services through November 30, 2012  
relating to Employee Issues

| Date | Description | Title | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/12 | Review joinder to Debtors' motion to terminate LTD benefits (.2); Emails to T. Semmelman re: filing and service of joinder to Debtors' motion to terminate LTD benefits (.2); Email to J. Sturm re: filing and service of joinder to Debtors' motion to terminate LTD benefits (.1) | Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 11/01/12 | Review email from C. Samis re: filing LTD pleading (.1); Email to C. Samis re: same (.1) | Associate | Drew G. Sloan | 0.20 hrs. | 375.00 | $75.00 |
| 11/01/12 | Email correspondence (x3) with C. Samis re: Committee statement re: LTD motion (.1); Review draft of Committee statement (.1) | Associate | Tyler D. Semmelman | 0.20 hrs. | 300.00 | $60.00 |
| 11/02/12 | Finalize and file re: statement reservation of rights LTD Plans and LTD employees (.2); E-mail to Epiq re: service of same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 11/02/12 | Emails to T. Semmelman re: filing and service of Committee statement supporting LTD benefit termination motion (.2); Emails to J. Sturm re: filing and service of Committee statement supporting LTD benefit termination motion (.3); Emails to B. Witters re: filing and service of Committee statement supporting LTD benefit termination motion (.2) | Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |
| 11/02/12 | Review/finalize Committee statement in support of LTD termination motion (.6); Email correspondence (x3) with C. Samis re: same (.1); Conference with B. Witters re: filing and service of same (.1) | Associate | Tyler D. Semmelman | 0.80 hrs. | 300.00 | $240.00 |

Total Fees for Professional Services            $886.50

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2012
Invoice 421073
Page 8
Client #  732310

Matter # 165839

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $886.50 |
| **TOTAL DUE FOR THIS MATTER** | $886.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 9  

Client #  732310

Matter #  165839

---

For services through November 30, 2012  
relating to Retention of Others

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/20/12 | | Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Prepare cos re: supplemental declaration of Capstone retention application (.2); Finalize, file and coordinate service re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | | $82.00 |
| 11/20/12 | | Review Capstone supplemental retention affidavit | | | |
| Associate | Christopher M. Samis | 0.30 hrs. | 375.00 | | $112.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $194.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$194.50** |
| **TOTAL DUE FOR THIS MATTER** | **$194.50** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2012  
Invoice 421073  
Page 10  
Client # 732310

Matter # 165839

For services through November 30, 2012  
relating to RLF Fee Applications

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/12 | Attention to e-mail from B. Kahn re: October fee and expense estimates (.1); E-mail to L. Stevenson re: same (.1); E-mail to B. Kahn re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 205.00 | $61.50 |
| 11/14/12 | Review RLF October bill memo | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 11/15/12 | Review October 2012 bill memos re: RLF monthly fee application (.4); Email to B. Witters re: same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 11/21/12 | Review and revise RLF October fee application (.3); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Prepare RLF 15th interim fee application (.5); E-mail to accounting re: same (.1) | Paralegal | Barbara J. Witters | 1.30 hrs. | 205.00 | $266.50 |
| 11/21/12 | Finalize and file re: RLF 15th interim fee application (.2); Coordinate service re: same (.2); Coordinate service re: same (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 205.00 | $102.50 |
| 11/21/12 | Review, revise and finalize RL&F October 2012 fee application (.5); Review, revise and finalize RL&F 15th interim fee application (.2) | Associate | Christopher M. Samis | 0.70 hrs. | 375.00 | $262.50 |
| 11/26/12 | Prepare cno re: RLF September fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 11/26/12 | Email to B. Witters re: preparing CNO for September 2012 RL&F fee application | Associate | Christopher M. Samis | 0.10 hrs. | 375.00 | $37.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2012  
Invoice 421073  
Page 11  
Client # 732310

Matter # 165839

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/28/12 | Prepare letter to Accounts Payable re: RLF September fee application payment (.2); Coordinate to same re: RLF September fee application and cno (.2) | | | | |
| | | Paralegal Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |

| | | |
|---|---|---|
| | Total Fees for Professional Services | $1,164.00 |
| TOTAL DUE FOR THIS INVOICE | | **$1,164.00** |
| **TOTAL DUE FOR THIS MATTER** | | **$1,164.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 12  

Client #  732310  

Matter #  165839

For services through November 30, 2012  
relating to Fee Applications of Others

| Date | Description | Role/Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/12 | Prepare cno re: Capstone Advisory August fee application (.2); Finalize and file cno re: same (.2) | | | | |
| | | Paralegal — Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 11/06/12 | Email to B. Witters re: entry of Jefferies final fee order (.1); Email to B. Kahn re: entry of Jefferies final fee order (.1) | | | | |
| | | Associate — Christopher M. Samis | 0.20 hrs. | 375.00 | $75.00 |
| 11/06/12 | Review email from B. Witters re: filing certificate of no objection re: Capstone monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | | | | |
| | | Associate — Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 11/08/12 | Attention to e-mail from B. Kahn re: Akin Gump September fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | | Paralegal — Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 11/08/12 | Review email form B. Kahn re: filing Akin Gump monthly fee application (.1); Review email from B. Witters re: same (.1); Email to B. Witters re: same (.1) | | | | |
| | | Associate — Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 11/09/12 | Attention to e-mail from B. Kahn re: Capstone September fee application (.1); Retrieve re: same and review (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | | | | |
| | | Paralegal — Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

December 21, 2012  
Invoice 421073  
Page 13  
Client # 732310  

Matter # 165839  

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/09/12 | Review email from B. Kahn re: filing Capstone monthly fee application (.1); Review same (.2); Draft and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 11/12/12 | Attention to e-mail from M. Wunder re: Fraser Milner August fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3); E-mail to M. Wunder re: confirmation of same (.1) | Paralegal | Barbara J. Witters | 1.10 hrs. | 205.00 | $225.50 |
| 11/12/12 | Review email from M. Wunder re: Fraser Milner monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |
| 11/13/12 | Prepare cno re: Akin Gump August fee application (.2); Finalize and file cno re: same (.2) | Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |
| 11/13/12 | Review email from B. Witters re: filing certificate of no objection re: Akin Gump monthly fee application (.1); Review email from B. Kahn re: same (.1); Review and execute same (.1) | Associate | Drew G. Sloan | 0.30 hrs. | 375.00 | $112.50 |
| 11/19/12 | Attention to e-mail from B. Kahn re: Ashurst October fee application (.1); Retrieve and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.3) | Paralegal | Barbara J. Witters | 1.00 hrs. | 205.00 | $205.00 |
| 11/19/12 | Review email from B. Kahn re: Ashurst monthly fee application (.1); Review same (.2); Review and execute notice re: same (.1); Discussion with B. Witters re: filing and service of same (.1) | Associate | Drew G. Sloan | 0.50 hrs. | 375.00 | $187.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036  

December 21, 2012  
Invoice 421073  
Page 14  
Client # 732310  

Matter # 165839  

---

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/20/12 | Finalize and efile fee application of Fraser Milner (.2); Coordinate service of same (.1); Prepare notice and certification of service for Capstone fee application (.1); Finalize and efile Capstone fee application (.2); Coordinate service of same (.1) | Paralegal | Ann Jerominski | 0.70 hrs. | 205.00 | $143.50 |
| 11/20/12 | Attention to e-mail from B. Kahn re: Akin Gump October fee application (.1); Review and prepare re: same (.2); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail re: Akin Gump 15th interim fee application (.1); Retrieve and review re: same (.1); Prepare cos re: same (.2); Finalize, file and coordinate service re: same (.2) | Paralegal | Barbara J. Witters | 1.50 hrs. | 205.00 | $307.50 |
| 11/20/12 | Review and revise October 2012 Akin (.3); Review, revise and finalize Capstone 45th monthly fee application (.2) | Associate | Christopher M. Samis | 0.50 hrs. | 375.00 | $187.50 |
| 11/21/12 | Attention to e-mails from B. Kahn re: Capstone and Ashurst 15th interim fee applications (.1); Retrieve and review re: same (.1); Prepare cos re: Capstone 15th interim fee application (.2); Finalize and file re: same (.2); Prepare cos re: Ashurst 15th interim fee application (.2); Finalize, file and coordinate service re: same (.2); Attention to e-mail from M. Wunder re: Fraser Milner October fee application (.1); Retrieve and review re: same (.1); Prepare notice of application re: same (.2); Prepare cos re: same (.2); Finalize and file re: same (.2); E-mail to M. Wunder re: confirmation of filing of same (.1); Attention to e-mail from M. Wunder re: Fraser Milner 15th interim fee application (.1); Retrieve re: same (.1); Prepare cos re: same (.2); Finalize and file re: same (.2) | Paralegal | Barbara J. Witters | 2.50 hrs. | 205.00 | $512.50 |
| 11/21/12 | Review, revise and finalize Fraser Milner October 2012 fee application (.3); Review, revise and finalize 15th Fraser Miler interim fee application (.2); Review, revise and finalize 15th Capstone interim fee application (.2); Review, revise and finalize 15th Ashurst interim fee application (.2) | Associate | Christopher M. Samis | 0.90 hrs. | 375.00 | $337.50 |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 15  
Client #  732310

Matter #  165839

| | | | | |
|---|---|---|---|---|
| 11/26/12 | Prepare cno re: Ashurst September fee application (.2); Finalize and file cno re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 205.00 | $82.00 |

| | |
|---|---|
| Total Fees for Professional Services | $3,550.00 |
| TOTAL DUE FOR THIS INVOICE | $3,550.00 |
| **TOTAL DUE FOR THIS MATTER** | **$3,550.00** |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 16  
Client #  732310

## Summary of Hours

|                       | Hours | Rate/Hr | Dollars   |
|-----------------------|-------|---------|-----------|
| Ann Jerominski        | 0.70  | 205.00  | 143.50    |
| Barbara J. Witters    | 18.20 | 205.00  | 3,731.00  |
| Cathy M. Greer        | 0.20  | 205.00  | 41.00     |
| Christopher M. Samis  | 15.30 | 375.00  | 5,737.50  |
| Drew G. Sloan         | 4.00  | 375.00  | 1,500.00  |
| Tyler D. Semmelman    | 1.10  | 300.00  | 330.00    |
| TOTAL                 | 39.50 | $290.71 | 11,483.00 |

**TOTAL DUE FOR THIS INVOICE** $14,159.89

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

732310