# **EXHIBIT B**



Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

Tax I.D. No.: 51-0226371

December 21, 2012
Invoice 421073

Page 1
Client #  732310
Matter #  165839

For disbursements incurred through November 30, 2012
relating to  Nortel - Representation of Creditors Committee

OTHER CHARGES:

| | |
|---|---|
| Court Reporter Services | $23.40 |
| Document Retrieval | $82.20 |
| Filing Fees/Court Costs | $271.00 |
| Long distance telephone charges | $4.17 |
| Messenger and delivery service | $383.20 |
| Photocopying/Printing<br>12,301 @ $.10 pg./ 984 @ $.10/pg. | $1,328.50 |
| Postage | $584.42 |

Other Charges                                              $2,676.89

**TOTAL DUE FOR THIS INVOICE**                             $2,676.89

**TOTAL DUE FOR THIS MATTER**                              $2,676.89

■ ■ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2012  
Invoice 421073  
Page 17  
Client # 732310

Client: Official Committee of the Board of Directors of Nortel Networks Inc  
Matter: Nortel - Representation of Creditors Committee  
Case Administration  
Court Hearings  
Employee Issues  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 11/01/12 | Printing | | DUP.10CC |
| | Amount = | $1.80 | |
| 11/02/12 | AMERICAN EXPRESS | | FLFEE |
| | Amount = | $25.00 | |
| 11/02/12 | Messenger and delivery charges | | MESS |
| | Amount = | $3.20 | |
| 11/02/12 | PACER | | DOCRETRI |
| | Amount = | $12.00 | |
| 11/02/12 | PACER | | DOCRETRI |
| | Amount = | $3.20 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/02/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 18  
Client #  732310

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 11/02/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/05/12 | Printing | | | DUP.10CC |
| | | Amount = | $2.00 | |
| 11/06/12 | PACER | | | DOCRETRI |
| | | Amount = | $22.90 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.00 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/06/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.40 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 19  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.60 | |
| 11/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 11/06/12 | Printing | | DUP.10CC |
| | Amount = | $0.80 | |
| 11/07/12 | COURTCALL LLC | | FLFEE |
| | Amount = | $88.00 | |
| 11/08/12 | Photocopies | | DUP.10CC |
| | Amount = | $38.00 | |
| 11/08/12 | 12128728121 Long Distance | | LD |
| | Amount = | $4.17 | |
| 11/08/12 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 11/08/12 | Messenger and delivery | | MESS |
| | Amount = | $63.30 | |
| 11/08/12 | Postage | | POST |
| | Amount = | $9.90 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $1.40 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $3.60 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 21, 2012  
Invoice 421073  
Page 20  
Client #  732310

| Date | Description | | Code |
|---|---|---|---|
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/08/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/09/12 | Photocopies | | DUP.10CC |
| | Amount = | $22.00 | |
| 11/09/12 | Postage | | POST |
| | Amount = | $6.90 | |
| 11/09/12 | Printing | | DUP.10CC |
| | Amount = | $3.80 | |
| 11/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/09/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/12/12 | Photocopies | | DUP.10CC |
| | Amount = | $26.00 | |
| 11/12/12 | Messenger and delivery charges | | MESS |
| | Amount = | $6.40 | |
| 11/12/12 | Postage | | POST |
| | Amount = | $7.50 | |
| 11/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/12/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/13/12 | PACER | | DOCRETRI |
| | Amount = | $6.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 21, 2012  
Invoice 421073  
Page 21  
Client #  732310  

| Date | Description | | Code |
|---|---|---|---|
| 11/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/13/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/14/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/14/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/14/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/19/12 | Photocopies | | DUP.10CC |
| | Amount = | $20.00 | |
| 11/19/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |
| 11/19/12 | Postage | | POST |
| | Amount = | $6.58 | |
| 11/19/12 | Printing | | DUP.10CC |
| | Amount = | $3.40 | |
| 11/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/19/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/20/12 | Photocopies | | DUP.10CC |
| | Amount = | $969.00 | |
| 11/20/12 | Photocopies | | DUP.10CC |
| | Amount = | $89.50 | |
| 11/20/12 | Messenger and delivery charges | | MESS |
| | Amount = | $102.40 | |
| 11/20/12 | Messenger and delivery | | MESS |
| | Amount = | $12.00 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036  

December 21, 2012  
Invoice 421073  
Page 22  

Client #  732310  

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/20/12 | Messenger and delivery | Amount = $57.30 | MESS |
| 11/20/12 | PACER | Amount = $25.60 | DOCRETRI |
| 11/20/12 | Postage | Amount = $521.37 | POST |
| 11/20/12 | Postage | Amount = $14.77 | POST |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.30 | DUP.10CC |
| 11/20/12 | Printing | Amount = $6.00 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $3.90 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.20 | DUP.10CC |
| 11/20/12 | Printing | Amount = $3.80 | DUP.10CC |
| 11/20/12 | Printing | Amount = $4.70 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.20 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.30 | DUP.10CC |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 23  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.40 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $4.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $7.50 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.10 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $2.90 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.30 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $0.20 | |
| 11/20/12 | Printing | | DUP.10CC |
| | | Amount = $2.90 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 24  
Client #  732310

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/20/12 | Printing | Amount = $0.30 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.20 | DUP.10CC |
| 11/20/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/20/12 | Printing | Amount = $1.40 | DUP.10CC |
| 11/20/12 | Printing | Amount = $2.80 | DUP.10CC |
| 11/21/12 | Photocopies | Amount = $65.60 | DUP.10CC |
| 11/21/12 | Messenger and delivery | Amount = $12.00 | MESS |
| 11/21/12 | Messenger and delivery | Amount = $51.30 | MESS |
| 11/21/12 | PACER | Amount = $12.50 | DOCRETRI |
| 11/21/12 | Postage | Amount = $14.70 | POST |
| 11/21/12 | Printing | Amount = $0.20 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.10 | DUP.10CC |
| 11/21/12 | Printing | Amount = $0.20 | DUP.10CC |

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2012
Invoice 421073
Page 25

Client #  732310

| Date | Description | | | |
|---|---|---|---|---|
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $4.60 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $1.80 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.30 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.20 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |
| 11/21/12 | Printing | | | DUP.10CC |
| | | Amount = | $0.10 | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY  10036

December 21, 2012  
Invoice 421073  
Page 26  
Client #  732310

| Date | Description | | |
|---|---|---|---|
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $2.00 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.20 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $0.50 | | |
| 11/21/12 | Printing | | DUP.10CC |
| | Amount = $1.40 | | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = $0.10 | | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = $0.30 | | |

Nortel Creditors Committee  
c/o Fred S. Hodara, Esq.  
Akin Gump Strauss Hauer Feld LLP  
One Bryant Park  
New York NY 10036

December 21, 2012  
Invoice 421073  
Page 27

Client # 732310

| Date | Description | | Code |
|---|---|---|---|
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/26/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/27/12 | COURTCALL LLC | | FLFEE |
| | Amount = | $158.00 | |
| 11/28/12 | Postage | | POST |
| | Amount = | $2.70 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $5.20 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.30 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.20 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/28/12 | Printing | | DUP.10CC |
| | Amount = | $0.10 | |
| 11/29/12 | Printing | | DUP.10CC |
| | Amount = | $0.50 | |
| 11/30/12 | DIAZ DATA SERVICES | | CTRPT |
| | Amount = | $23.40 | |
| 11/30/12 | Printing | | DUP.10CC |
| | Amount = | $1.20 | |

TOTALS FOR 732310              Official Committee of the Board of Directors of Nortel

Nortel Creditors Committee
c/o Fred S. Hodara, Esq.
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York NY  10036

December 21, 2012
Invoice 421073
Page 28
Client #  732310

Networks Inc

Expenses     $2,676.89