IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Nortel Networks Inc., *et al.*,[1] : Case No. 09-10138 (KG)
:
           Debtors. : Jointly Administered
:
: Hearing date: January 23, 2013 at 10:00 a.m. (ET)
: Objections due: January 16, 2013 at 4:00 p.m. (ET)[2]
:
------------------------------------------------------------X

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF ORDERS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1114 AND FED. R. BANKR. P. 9019 (A) APPROVING SETTLEMENT NOTIFICATION PROCEDURES AND, SUBSEQUENTLY, (B) APPROVING A SETTLEMENT AGREEMENT WITH THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES**

**PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE MOTION AND THE DOCUMENTS CONTAINED IN THIS PACKAGE VERY CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED BY THIS MOTION.**

       PLEASE TAKE NOTICE that Nortel Networks Inc. ("NNI") and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have today filed the attached **Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees** ("Motion"). A true and correct copy of the Motion is attached hereto. The Motion seeks entry of an order approving certain notice procedures and forms of notice regarding a settlement (the "Settlement Agreement") to resolve all Retiree Claims (as such term is defined in the Motion), including all claims arising out of or related to the termination of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

[2] These dates relate only to the hearing with respect to approval of the settlement notification procedures. As set forth in this Motion, separate notice will be provided regarding the hearing date and objection deadline with respect to the approval of the Settlement Agreement (as defined in the Motion).

Retiree Welfare Plans (as defined in the Motion) and requests that a second hearing be scheduled for the Court to consider the approval of the Settlement Agreement (the "Approval Hearing").

**PLEASE TAKE FURTHER NOTICE that all Retirees are encouraged to read the entire Motion and its attachments. Reviewing any summary of the Settlement Agreement is not a substitute for reviewing the Motion and its attachments. If approved, additional notices regarding the Settlement Agreement will be sent to you. In part, however, as described more fully in the Settlement Agreement, all holders of Retiree Claims will have those claims against the Debtors and other third parties released and expunged, subject only to their entitlement (if any) to receive payment of a portion of the Settlement Amount, in accordance with the Allocation Methodology described in the Settlement Agreement.**

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving certain notice procedures and forms of notice regarding the Settlement Agreement and scheduling the Approval Hearing, must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **January 16, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"). The Objection Deadline does not apply to raise objections to the Settlement Agreement, for which a later date will be set in connection with scheduling the Approval Hearing.

At the same time, you must serve such Objection on counsel for the Movants so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE PORTION OF THE MOTION RELATING TO THE APPROVAL OF THE SETTLEMENT NOTIFICATION PROCEDURES AND SCHEDULING OF THE APPROVAL HEARING WILL BE HELD ON **JANUARY 23, 2013 AT 10:00 A.M. (EASTERN TIME)**[3] BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING. AS SET FORTH IN THE MOTION, SEPARATE NOTICE WILL BE PROVIDED REGARDING THE HEARING DATE AND OBJECTION DEADLINE WITH RESPECT TO THE APPROVAL OF THE SETTLEMENT AGREEMENT.

---

[3] These dates relate only to the hearing with respect to approval of the settlement notification procedures. As set forth in this Motion, separate notice will be provided regarding the hearing date and objection deadline with respect to the approval of the Settlement Agreement (as defined in the Motion).

2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 31, 2012<br>Wilmington, Delaware | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>  */s/ Ann C. Cordo*  <br>Derek C. Abbott (No. 3376)<br>Eric D. Schwartz (No. 3134)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>(302) 658-9200<br><br>*Counsel for the Debtors and Debtors in Possession* |