IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| Nortel Networks Inc., *et al.*,[1] | : | Case No. 09-10138 (KG) |
| Debtors. | : | Jointly Administered |

---

### DECLARATION OF JOHN J. RAY III IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF ORDERS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 1114 AND FED. R. BANKR. P. 9019 (A) APPROVING SETTLEMENT NOTIFICATION PROCEDURES AND, SUBSEQUENTLY, (B) APPROVING A SETTLEMENT AGREEMENT WITH THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

I, John J. Ray III, declare under penalty of perjury as follows:

1. On January 6, 2010, upon the motion of Nortel Networks Inc. ("NNI") and the other above-captioned debtors (together, the "Debtors"), I was appointed by this court as Debtors' Principal Officer, *nunc pro tunc* to December 7, 2009. I am also Senior Managing Director and the sole member of Avidity Partners, LLC.

2. Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other members of the Debtors' management and professionals based on, among other things, a review of the Debtors' files, books and records, or learned from my review of relevant documents or are based upon my

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

opinion, which is founded upon my experience and knowledge of the Debtors' operations. If I were called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this declaration.

3. I submit this declaration in support of the Debtors' motion (the "<u>Retiree Settlement Motion</u>")[2] for an order (i) approving the form and manner of certain noticing procedures; (ii) authorizing the Debtors' entry into and approving the Settlement Agreement with the Retiree Committee; and (iii) granting them such other and further relief as the Court deems just and proper.

4. True and complete copies of the following documents cited in the Retiree Settlement Motion are attached to this declaration:

**Exhibit 1:** 1991 Northern Telecom Inc. Retiree Medical Plan and Retiree Life Insurance and Long-Term Care Plan

**Exhibit 2:** 2004 Nortel Networks Inc. Retiree Medical Plan Summary Plan Description

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Retiree Settlement Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: December 31, 2012

John J. Ray III