# EXHIBIT B



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1457655 |
| Invoice Date | 12/12/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/12 :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | General Case Administration | 0.50 | $440.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 22.10 | $11,942.00 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 6.30 | $3,170.00 |
| 0006 | Retention of Professionals | 1.80 | $1,447.50 |
| 0007 | Creditors Committee Meetings | 37.80 | $25,535.50 |
| 0008 | Court Hearings | 7.20 | $5,916.50 |
| 0012 | General Claims Analysis/Claims Objections | 5.60 | $3,837.50 |
| 0014 | Canadian Proceedings/Matters | 1.70 | $1,717.50 |
| 0018 | Tax Issues | 0.20 | $210.00 |
| 0019 | Labor Issues/Employee Benefits | 185.70 | $122,898.50 |
| 0025 | Travel | 2.25 | $1,406.25 |
| 0029 | Intercompany Analysis | 148.60 | $112,623.00 |
| 0031 | European Proceedings/Matters | 0.30 | $270.00 |
| | TOTAL | 420.05 | $291,414.25 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                           Page 2
Invoice Number: 1457655                                                   December 12, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/05/12 | ALK | 0002 | Attention to pro hac admission (0.2). | 0.20 |
| 11/29/12 | FSH | 0002 | Respond to calls of creditors re pending matters. | 0.30 |
| 11/06/12 | BMK | 0003 | Begin work on October fee application. | 0.70 |
| 11/07/12 | FSH | 0003 | Work on September fee application. | 0.20 |
| 11/07/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.30 |
| 11/07/12 | BMK | 0003 | Draft/edit September fee application | 0.80 |
| 11/08/12 | FSH | 0003 | Work on September fee application. | 0.60 |
| 11/08/12 | BMK | 0003 | Finalize fee application for filing. | 0.40 |
| 11/09/12 | BMK | 0003 | Review October invoice. | 1.80 |
| 11/12/12 | BMK | 0003 | Review October fee invoice. | 1.30 |
| 11/15/12 | SLS | 0003 | Review exhibit to monthly fee application. | 2.50 |
| 11/16/12 | PJS | 0003 | Review and prepare documents re fee application. | 2.80 |
| 11/16/12 | BMK | 0003 | Draft October fee application. | 1.40 |
| 11/19/12 | FSH | 0003 | Work on interim fee app and October fee app. | 1.00 |
| 11/19/12 | BMK | 0003 | Prepare interim fee application (0.3); review October fee application (0.3). | 0.60 |
| 11/20/12 | BMK | 0003 | Finalize fee applications for filing | 0.70 |
| 11/20/12 | MCF | 0003 | Communications w/ B. Kahn re fee app docs (.5); communications w/ F. Hodara re fee app docs (.2); prepare October fee app (1.2). | 1.90 |
| 11/26/12 | SLB | 0003 | Prepare November bill (1.8); corr. w/ S. Schultz re: same (.1). | 1.90 |
| 11/27/12 | SLS | 0003 | Review exhibit to fee application. | 0.80 |
| 11/27/12 | SLB | 0003 | Continue review of November bill (.3); corr. w/ S. Schultz re: same (.1). | 0.40 |
| 11/05/12 | FSH | 0004 | Attention to filed fee applications. | 0.30 |
| 11/05/12 | BMK | 0004 | Emails re: Jefferies final fee order. | 0.30 |
| 11/08/12 | BMK | 0004 | Review and comment on Capstone fee application (0.5); attention to UCC professional fee issues (0.2). | 0.70 |
| 11/12/12 | SLB | 0004 | Confer w/ M. Fagen re: Debtor professionals' invoices (.2); attention to the same (.1). | 0.30 |
| 11/12/12 | MCF | 0004 | Confer w/ S. Brauner re Debtor professionals' fee statements. | 0.20 |
| 11/13/12 | MCF | 0004 | Review Debtor professionals' September fee app. | 2.60 |
| 11/16/12 | FSH | 0004 | Examine fee applications. | 0.10 |
| 11/16/12 | MCF | 0004 | Review Debtor professionals' fee app. | 0.90 |
| 11/20/12 | BMK | 0004 | Review and comment on Capstone fee application | 0.30 |
| 11/21/12 | BMK | 0004 | Review Ashurst interim fee app for filing | 0.30 |
| 11/26/12 | FSH | 0004 | Examine fee applications. | 0.30 |
| 11/03/12 | FSH | 0006 | Review Capstone declaration and communications re same. | 0.40 |
| 11/04/12 | DHB | 0006 | Review Capstone disclosure and emails re same. | 0.20 |
| 11/05/12 | FSH | 0006 | Attention to Capstone affidavit and communications re same. | 0.20 |
| 11/05/12 | BMK | 0006 | Review and comment on Capstone supplemental declaration. | 0.50 |
| 11/15/12 | BMK | 0006 | Review RLKS and Ray declarations. | 0.20 |
| 11/19/12 | FSH | 0006 | Examine RLKS & Ray declarations re retentions. | 0.10 |
| 11/19/12 | BMK | 0006 | Review revised Capstone declaration. | 0.20 |
| 11/06/12 | MCF | 0007 | Coordinate scheduling Committee Call. | 0.60 |
| 11/07/12 | LGB | 0007 | E-mail A. Koo re UCC call (.1); review response to same (.1). | 0.20 |
| 11/07/12 | FSH | 0007 | Communicate w/ Committee member re upcoming meeting (.1). Work on agenda (.1). Communications w/ working group re same (.1). | 0.30 |
| 11/07/12 | BMK | 0007 | Prepare for committee call and communications re: same. | 0.30 |
| 11/07/12 | MCF | 0007 | Coordinate re Committee Call (.9); communications w. Capstone and B. Kahn (.4) re same. | 1.30 |
| 11/08/12 | SLS | 0007 | Participate in UCC call (.7); follow-up re: same (.1). | 0.80 |
| 11/08/12 | FSH | 0007 | Communications w/ working group re presentation for Committee (.2). Prep for call (.2). Participate in same (.7). | 1.10 |
| 11/08/12 | DHB | 0007 | Prepare for Committee call (.5); attend same (.7) and follow-up (.2). | 1.40 |
| 11/08/12 | BMK | 0007 | Prepare for committee call (0.3); attend committee call (0.7); follow-up discussions with Capstone (0.3) | 1.30 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/08/12 | KMR | 0007 | Participated in creditors committee meeting. | 0.70 |
| 11/08/12 | JYS | 0007 | Committee Call (0.7); Follow up w/ UCC professionals (0.7). | 1.40 |
| 11/08/12 | GDB | 0007 | Attend UCC call. | 0.70 |
| 11/08/12 | SLB | 0007 | Attend Committee call (.7); follow-up re: same (.1). | 0.80 |
| 11/08/12 | MCF | 0007 | Prepare for committee call (.7); Participate in Committee Call (.7); follow-up re: same (.5). | 1.90 |
| 11/09/12 | MCF | 0007 | Prepare minutes re Committee call. | 0.90 |
| 11/14/12 | SLS | 0007 | Participate in professionals' pre-call. | 0.50 |
| 11/14/12 | FSH | 0007 | Confer w/ BK re upcoming Committee meeting (.1). Work on agenda (.1). Call of working group to prepare (.5). | 0.70 |
| 11/14/12 | DHB | 0007 | Review agenda and emails re same (.2); professionals pre-call (.5). | 0.70 |
| 11/14/12 | BMK | 0007 | Prepare for professionals' call (0.1); confer w/ F. Hodara re: same (.1); attend professionals' call (0.5). | 0.70 |
| 11/14/12 | JYS | 0007 | Attend Professionals Call (0.5). | 0.50 |
| 11/14/12 | MCF | 0007 | Prepare for (.4) and participate in Professionals' Call (.5); communications re same (.4). | 1.30 |
| 11/15/12 | SLS | 0007 | Participate in UCC call. | 0.50 |
| 11/15/12 | LGB | 0007 | E-mail Kahn/Sturm re UCC call (.1) review response from Sturm re same (.1). | 0.20 |
| 11/15/12 | FSH | 0007 | Communications w/ working group re Committee call (.2). Prepare for same (.1). Participate in same (.5). | 0.80 |
| 11/15/12 | DHB | 0007 | Attend Committee call. | 0.50 |
| 11/15/12 | BMK | 0007 | Prepare for committee call (0.5); attend committee call (0.5). | 1.00 |
| 11/15/12 | JYS | 0007 | Attend Committee Call (0.5); Prep for same (0.3). | 0.80 |
| 11/15/12 | MCF | 0007 | Prepare for (.5) and participate in (.5) Committee call and post-call discussion (.2). | 1.20 |
| 11/16/12 | MCF | 0007 | Prepare minutes re 11/15 committee call. | 0.30 |
| 11/21/12 | FSH | 0007 | Communications re upcoming Committee meeting. | 0.20 |
| 11/27/12 | FSH | 0007 | Communications re upcoming Committee meeting. | 0.30 |
| 11/27/12 | JYS | 0007 | T/Cs and corr w. M. Fagen coordinating professionals call and committee call (0.3); review corr w. AG team re agenda (0.3) | 0.60 |
| 11/27/12 | MCF | 0007 | Prepare for committee call (.8) and communications w/ J. Sturm (.3) and F. Hodara (.2) re same | 1.30 |
| 11/28/12 | LGB | 0007 | Review e-mail from Fagen re agenda for UCC call on 11/29 (.1); respond to same (.1); review revised agenda (.1). | 0.30 |
| 11/28/12 | FSH | 0007 | Review agenda (.1). Communicate w/ M. Fagen re upcoming meeting (.1). Consider issues for same (.2). | 0.40 |
| 11/28/12 | DHB | 0007 | Email communications related to Committee meeting issues and materials to be distributed (.2); office conference with M. Fagen re same (.1). | 0.30 |
| 11/28/12 | GDB | 0007 | Emails re professionals call and UCC call (0.3) | 0.30 |
| 11/28/12 | SLB | 0007 | Confer w/ M. Fagen re: Committee call. | 0.30 |
| 11/28/12 | MCF | 0007 | Prepare for Committee Call (1.2) and communications w JS and SB re same (.4) | 1.60 |
| 11/29/12 | SLS | 0007 | Participate in UCC call (.9); follow-up to same (.3). | 1.20 |
| 11/29/12 | LGB | 0007 | Participate in professionals pre-call. | 0.50 |
| 11/29/12 | LGB | 0007 | Prepare for UCC call (.5); participate in UCC call (.9). | 1.40 |
| 11/29/12 | FSH | 0007 | Meet w/ working group to review pending issues (.4). Committee conference call (.9). Communications re upcoming meetings (.3). | 1.60 |
| 11/29/12 | KMR | 0007 | Attended professionals meeting (0.5);attended creditors committee meeting (0.5). | 1.40 |
| 11/29/12 | JYS | 0007 | Professionals Call (0.5); Committee Call (.9); follow up to same (.4). | 1.80 |
| 11/29/12 | GDB | 0007 | Attend UCC Call. | 0.90 |
| 11/01/12 | LGB | 0008 | Review e-mail from C. Samis re agenda on 11/7. | 0.10 |
| 11/01/12 | JYS | 0008 | Correspondence with C. Samis and AG team re 11/7 hearing. | 0.30 |
| 11/05/12 | FSH | 0008 | Review Court agenda and follow up re hearing. | 0.20 |
| 11/07/12 | DHB | 0008 | Prepare for and attend omnibus hearing. | 1.10 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1457655

Page 4  
December 12, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/07/12 | BMK | 0008 | Telephonic appearance at omnibus hearing. | 1.10 |
| 11/07/12 | ALK | 0008 | Attend Hearing. | 1.10 |
| 11/16/12 | FSH | 0008 | Communication re hearing. | 0.10 |
| 11/21/12 | LGB | 0008 | Attend telephonic hearing (2.0); review e-mail from Koo re same (.1). | 2.10 |
| 11/21/12 | FSH | 0008 | Examine revised agenda and monitor court hearing developments (.2). Communications w/ working group re same (.2). | 0.40 |
| 11/21/12 | JYS | 0008 | Listen to TRO hearing (telephonic-partial attendance) (0.7). | 0.70 |
| 11/09/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 11/12/12 | FSH | 0012 | Review claim settlement issues. | 0.30 |
| 11/13/12 | BMK | 0012 | Research re: claim related issues. | 1.20 |
| 11/14/12 | FSH | 0012 | Review claims issues. | 0.20 |
| 11/14/12 | BMK | 0012 | Review and comment on claims research and analysis. | 1.90 |
| 11/16/12 | BMK | 0012 | Research and analysis of claims issues. | 1.20 |
| 11/17/12 | FSH | 0012 | Analyze information re claims. | 0.30 |
| 11/29/12 | FSH | 0012 | Review claims issues. | 0.30 |
| 11/17/12 | FSH | 0014 | Review Canadian pleadings, employee issues, claims issues. | 0.60 |
| 11/20/12 | FSH | 0014 | Review info re Canadian motion. | 0.10 |
| 11/20/12 | DHB | 0014 | Brief review of Monitor motion re order to show cause and trading (.4); emails re same (.2). | 0.60 |
| 11/21/12 | FSH | 0014 | Communications w/ Frasers, DB re Canadian motion. | 0.10 |
| 11/21/12 | DHB | 0014 | Email communications re Canadian order to show cause. | 0.10 |
| 11/23/12 | DHB | 0014 | Email communications re Canadian lift stay. | 0.20 |
| 11/17/12 | FSH | 0018 | Analyze proposal for tax issues. | 0.20 |
| 11/01/12 | LGB | 0019 | E-mail F. Hodara/ D. Botter re UCC statement (.1); review e-mail from F. Hodara (.1); review e-mail from J. Sturm (.1); respond to same (.1); review response from F. Hodara (.1); respond to same(.1); review revised statement (.1); e-mail J. Sturm/ F. Hodara re same (.1); review cover e-mail to UCC (.1); T/C Keach re counterproposal (.2); review same (.1); e-mail Schweitzer, Matz, and Kim re same (.1). | 1.30 |
| 11/01/12 | FSH | 0019 | Review draft re LTD termination and communications w/ working group re same. | 0.70 |
| 11/01/12 | DHB | 0019 | Email communications re LTD pleadings and review of same (.5); review new proposals re LTDs (.1). | 0.60 |
| 11/01/12 | BMK | 0019 | Review draft pleading and emails re: LTD statement. | 0.80 |
| 11/01/12 | ALK | 0019 | Emails w/ team regarding LTD. | 0.50 |
| 11/01/12 | JYS | 0019 | Correspondence with AG team re LTD termination pleading (.6); revise same (.8); correspondence with Committee re same (.3); correspondence with Committee members re same (.4); coordinate with C. Samis re filing prep (.3); correspondence with CG and Milbank re settlement negotiations (.4). | 2.80 |
| 11/02/12 | LGB | 0019 | Review supplemental statement filed by Debtors re LTD termination motion (.3); review e-mail from J. Sturm re same (.1); respond to same (.1); review e-mail from J. Sturm re UCC statement (.1). | 0.60 |
| 11/02/12 | FSH | 0019 | Communications re finalization of pleading. | 0.10 |
| 11/02/12 | BMK | 0019 | Review LTD related pleadings. | 0.70 |
| 11/02/12 | ALK | 0019 | Emails w/ team regarding litigation (0.5). Reviewed Debtors' supplemental submission (0.5). Emails w/ team regarding same (0.3). | 1.30 |
| 11/02/12 | JYS | 0019 | Correspondence with CG and Milbank re settlement negotiations (.4); coordinate filing of committee pleading re LTD motion (.3); correspondence with AG team re same (.3); review Debtors' supplemental LTD submission (.5); correspondence with AG team and Debtors re same (.6). | 2.10 |
| 11/05/12 | LGB | 0019 | T/C with Schweitzer, Matz, Kim, J. Sturm, Lilling re deferred comp litigation (.5); O/C with J. Samper re LTD objections (.1); review e-mail from B. Kahn re LTD discovery conference (.1); respond to same (.1). | 0.80 |
| 11/05/12 | BMK | 0019 | Review revised LTD discovery schedule and order. | 0.40 |
| 11/05/12 | ALK | 0019 | Reviewed emails/documents regarding LTD objections (1.5). | 2.50 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | Preparation for status conference hearing (1). | |
| 11/05/12 | ASL | 0019 | Call re: settlement negotiations with Deferred Compensation (.6); consider LTD objections (.7); LTD research (.7). | 2.00 |
| 11/05/12 | JYS | 0019 | T/C w. AG team, Milbank and CG re employee matters (0.6); Review LTD objection exhibits (1.1). | 1.70 |
| 11/05/12 | JLC | 0019 | Organize and index LTD objection related documents. | 1.30 |
| 11/05/12 | JAS | 0019 | Coordinate production of files of objections to disability termination (.2); pull all exhibits to LTD committee objection (.7); compile electronic file of same (.1); compress and circulate same (.3); develop file of exhibits to LTD committee's objection to disability termination (2.7); confer w/ L. Beckerman re: same.(.1). | 4.10 |
| 11/06/12 | LGB | 0019 | Review e-mail from A. Koo re discovery conference re LTD termination motion (.1). | 0.10 |
| 11/06/12 | ALK | 0019 | Preparation for status conference hearing (0.8). Confer w/ Debtors' counsel regarding same (0.5). Email w/ Debtors' counsel and team regarding same (1.2). | 2.50 |
| 11/06/12 | ASL | 0019 | Attention to LTD objection and research. | 7.50 |
| 11/06/12 | JLC | 0019 | Review docket for additional LTD objections (1.2); update document management system (.8). | 2.00 |
| 11/06/12 | JAS | 0019 | Amend files of all disability termination objections and upload additional materials (3.0); pull objections; review docket (.1); arrange for reproduction of files (.2); coordinate delivery of same (.2). | 3.50 |
| 11/07/12 | LGB | 0019 | Review e-mail from Kim re deferred comp counterproposal (.1); respond to same (.1). | 0.20 |
| 11/07/12 | ALK | 0019 | Confer w/ local counsel regarding LTD hearing (0.5). Emails/confer w/ team regarding same (0.8). | 1.30 |
| 11/07/12 | ASL | 0019 | Confer with J. Sturm regarding LTD hearing. | 0.20 |
| 11/07/12 | JYS | 0019 | Review LTD Termination Objection Materials (0.3); confer w/ A. Lilling (.2). | 0.50 |
| 11/07/12 | JLC | 0019 | Search source data for new objector names (.3); update document management system (.5). | 0.80 |
| 11/07/12 | JAS | 0019 | Review, amend, and distribute files of objections to disability termination. | 1.50 |
| 11/08/12 | LGB | 0019 | Review e-mail from Keach re call (.1); respond to same (.1). | 0.20 |
| 11/08/12 | DZV | 0019 | Conference with A. Lilling regarding deferred compensation memo (0.6); research case law regarding same (2.3); review memorandum regarding deferred compensation/top hat plan issues (2.0). | 4.90 |
| 11/08/12 | BMK | 0019 | Review UK pension guarantees | 0.20 |
| 11/08/12 | ALK | 0019 | Email to B. Kahn regarding LTD update. | 0.80 |
| 11/08/12 | ASL | 0019 | Confer with associate re: Deferred Comp memo (.6); review case law (.8); review certification of counsel re: Retiree amended scheduling order (.1). | 1.50 |
| 11/08/12 | JYS | 0019 | Review amended Retiree scheduling order. | 0.40 |
| 11/09/12 | LGB | 0019 | Review amendment to retiree scheduling order (.1); e-mail Uziel re same (.1); review further revised draft of same (.1); e-mail Uziel re same (.1); T/C with Keach re deferred comp litigation (.2). | 0.60 |
| 11/09/12 | DZV | 0019 | Review cases cited in plaintiffs' deferred compensation plan opposition motion and prepare summary of same. | 5.50 |
| 11/09/12 | ALK | 0019 | Reviewed emails/documents from team regarding retiree amended schedule. | 0.50 |
| 11/09/12 | ASL | 0019 | Review deferred compensation research. | 2.10 |
| 11/10/12 | LGB | 0019 | Review Lilling e-mail re Bixler and related fiduciary duty cases. | 0.30 |
| 11/10/12 | DZV | 0019 | Prepare deferred compensation/ memorandum in connection with plaintiffs' opposition motion. | 7.00 |
| 11/11/12 | DZV | 0019 | Research and review cases and continue with preparation of deferred compensation memorandum. | 9.00 |
| 11/12/12 | AQ | 0019 | Confer with A. Koo re status of LTD dispute. | 0.20 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE                                      Page 6
Invoice Number: 1457655                                                December 12, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/12/12 | DZV | 0019 | Conferences with A. Lilling regarding deferred compensation/top hat plan memorandum (0.6); follow-up case law research regarding same (1.7); revise memorandum accordingly and send draft to L. Beckerman (1.3). | 3.60 |
| 11/12/12 | ALK | 0019 | Document review and analysis relating to LTD (1.3); confer w/ A. Qureshi re: same (.2). | 1.50 |
| 11/12/12 | ASL | 0019 | Review research (.8); review memo (.7); confer with associate (.6); review retiree settlement (.5). | 2.60 |
| 11/12/12 | JYS | 0019 | Review Retiree Committee settlement comments (0.3); review material relating to LTD Committee objections (0.3) | 0.60 |
| 11/13/12 | LGB | 0019 | Review e-mail from A. Lilling/ J. Sturm re retiree settlement (.1); respond to same (.1); T/C with Keach, Matz, Schweitzer re deferred comp litigation (1.0); T/C Keach re same (.2). | 1.40 |
| 11/13/12 | JYS | 0019 | Review revised memo re DCP. | 0.60 |
| 11/14/12 | LGB | 0019 | Review exhibits to LTD Committee objection (1.0); review various SPDS/other documents cited in LTD individual objections (1.0); review Bixler case (.7); review Vira revised memo re legal issues in deferred comp action (.5); e-mail B. Kahn re status of various issues (.1). | 3.30 |
| 11/14/12 | FSH | 0019 | Confer w/ LB re LTD and discovery issues. | 0.10 |
| 11/14/12 | ALK | 0019 | Emails w/ team regarding 1113 (0.3). Emails w/ Davis Polk regarding same (0.2). | 0.50 |
| 11/15/12 | LGB | 0019 | T/C with Kim, Schweitzer, Matz, Sturm, Lilling re call with Keach/next steps (.8); review e-mail from Keach re deferred comp litigation (.1); respond to same (.1). | 1.00 |
| 11/15/12 | ALK | 0019 | Emails/calls w/ company co-counsel and team regarding 1113 (2.5). Review/analyze preliminary decision in connection with confi (1.2). | 3.70 |
| 11/15/12 | ASL | 0019 | Prepare for deferred comp call (.5); call re: same (.6). | 1.10 |
| 11/15/12 | JYS | 0019 | T/C w. L. Beckerman, CG and B. Keach re DCP settlement mechanics (0.7) | 0.70 |
| 11/16/12 | LGB | 0019 | T/C with J. Sturm/ A. Lilling re LTD objections (1.0); review e-mail from Schweitzer re Keach settlement (.1); respond to same (.1). | 1.20 |
| 11/16/12 | DZV | 0019 | Address deferred compensation plan issues (1.2); conference with A. Lilling regarding same (0.2). | 1.40 |
| 11/16/12 | BMK | 0019 | Review LTD notice of deposition. | 0.20 |
| 11/16/12 | ALK | 0019 | Emails w/ team regarding LTD discovery and depositions. | 0.40 |
| 11/16/12 | ASL | 0019 | Prepare for LTD call (.8); LTD conference with L. Beckerman (1); follow up research (1.5). | 3.30 |
| 11/16/12 | JYS | 0019 | T/C w. L. Beckerman and A. Lilling re LTD Objections. | 1.00 |
| 11/17/12 | FSH | 0019 | Communications re deposition. | 0.10 |
| 11/17/12 | ASL | 0019 | Review notice of deposition and deferred compensation emails. | 0.40 |
| 11/18/12 | LGB | 0019 | E-mail A. Koo re discovery (.1); respond to same (.1); e-mail Fleming re retiree settlement agreement (.1). | 0.30 |
| 11/18/12 | JYS | 0019 | Review correspondence re retiree settlement comments. | 0.20 |
| 11/19/12 | LGB | 0019 | Review Cleary mark up of retiree settlement agreement (1.0); e-mail Sturm/Lilling re comments to same (.2); review cases re trustee motion/Gross (1.3); T/C with Schweitzer re LTD motion/mediation (.5); T/C with Matz re same (.2); e-mail Sturm/Lilling re same (.1); review response to same (.1); e-mail Matz/Krasnow re same (.1); review response to same (0.1). | 3.60 |
| 11/19/12 | DZV | 0019 | Conference with A. Lilling regarding plaintiffs' deferred compensation plan opposition motion (0.3); review case law regarding same (2.6). | 2.90 |
| 11/19/12 | ALK | 0019 | Emails w/ debtors' counsel regarding LTD discovery (0.2). Analysis regarding same (0.1). | 0.30 |
| 11/19/12 | ASL | 0019 | Review settlement agreement draft (.7); confer with D. Vira re: memo (.3); review LTD objections (1.7). | 2.70 |
| 11/19/12 | JYS | 0019 | Review markup of Retiree settlement proposal (0.6); corr re LTD objections (0.3); Coordinate meeting re same (0.3) | 1.20 |

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| 11/19/12 | JAS | 0019 | Prepare cases for L. Beckerman. | 0.40 |
| 11/20/12 | LGB | 0019 | Review complaint (.7); review TRO motion/exhibits (1.2); T/C with Schweitzer, Matz, Koo, Sturm, Lilling re TRO/complaint (.8); review e-mail from Kahn re same (.1); respond to same (.1); e-mail Schweitzer re same (.1); review Lilling's comments re retiree settlement agreement mark up (.1); review Sturm's re same (.1); mark up same (.4); review e-mail from Keach re deferred comp settlement (.2). | 3.80 |
| 11/20/12 | FSH | 0019 | Attention to LTD complaint. | 0.10 |
| 11/20/12 | DZV | 0019 | Research and review recent cases impacting deferred compensation plan issues (2.4); prepare summary of same (1.9). | 4.30 |
| 11/20/12 | ALK | 0019 | Reviewed TRO materials and emails (1.9). Call w/ debtors' counsel regarding same (0.4). Confer/emails w/ team regarding same (0.9). Reviewed responsive filing (1). | 4.20 |
| 11/20/12 | ASL | 0019 | Attention to LTD complaint (1.5); review retirement agreement (.6); call re: LTD complaint (.4); review DC settlement email and consider tax issues (.4); review case law research (2.5); review reply paperwork (.5). | 5.90 |
| 11/20/12 | JYS | 0019 | Review LTD motion and TRO (1.1); Corr w. AG team re same (0.3); T/C w. CG and Milbank re LTD same (0.5); Prep for same (0.3); Review deferred comp settlement agreement (0.4); Corr w. AG team re same (0.4) | 3.00 |
| 11/21/12 | LGB | 0019 | Review Debtor's reply to TRO motion (.7); T/C with Koo re same (.1); review settlement agreement with deferred comp claimants (.7); review Lilling comments to same (.2); e-mail comments to same (.2); review e-mail from Schweitzer re mediation (.1). | 2.00 |
| 11/21/12 | DHB | 0019 | Email communications re temporary restraining order and work re same. | 0.50 |
| 11/21/12 | DZV | 0019 | Review cases regarding employee benefits. | 1.40 |
| 11/21/12 | BMK | 0019 | Review emails re: LTD TRO (0.4); email to UCC re: same (0.2) | 0.60 |
| 11/21/12 | ALK | 0019 | LTD TRO hearing (0.8). Emails w/ L. Beckerman and local counsel regarding same (0.4). Confer w/ L. Beckerman regarding same (0.2). Email to group regarding hearing (0.8). | 2.20 |
| 11/21/12 | ASL | 0019 | Review Koo email (.1); review and mark up settlement agreement and review prior settlement agreements (2.3). | 2.40 |
| 11/21/12 | JYS | 0019 | Review Retiree settlement (0.6); Corr w. AG team re same (0.4); Review Debtors' response to LTD TRO Motion (0.4). | 1.40 |
| 11/23/12 | ASL | 0019 | Review settlement agreement comments (.3); review L. Beckerman reply to comments (.1). | 0.40 |
| 11/23/12 | JYS | 0019 | Markup Deferred Comp settlement agreement (0.6); Corr w. AG team re same (0.2). | 0.80 |
| 11/24/12 | LGB | 0019 | Review Sturm mark up of deferred comp. settlement agreement and comment on same (.6); e-mail Sturm re same (.1); e-mail Sturm re meeting with Matz/Krasnow (.1). | 0.80 |
| 11/25/12 | LGB | 0019 | Review e-mail from Lilling re deferred comp. settlement agreement (.1); review e-mail from Sturm re same (.1); respond to same (.1). | 0.30 |
| 11/25/12 | JYS | 0019 | Revisions to markup of Deferred Comp settlement agreement (0.4); Circulating same to CG and Milbank (0.2). | 0.60 |
| 11/26/12 | LGB | 0019 | E-mail Ryan re retiree settlement agreement mark up (.1); review response from Schweitzer to same (.1); respond to same (.1); review Debtors' mark up of retiree settlement agreement (.4); review retiree amended scheduling order (.1); e-mail Uziel re same (.1); review Matz e-mail re retiree settlement agreement (.1); review e-mail from Kim re same (.1); prepare for 11/29 meeting with Katz/Krasnow (1.0). | 2.10 |
| 11/26/12 | DZV | 0019 | Review deferred compensation plan issues. | 3.70 |
| 11/26/12 | ALK | 0019 | Emails w/ Cleary regarding discovery schedule (0.2). Reviewed correspondence relating to depositions (0.2). Analysis and review in connection with company depositions (1.8). | 2.20 |
| 11/26/12 | ASL | 0019 | Review amended scheduling order. | 0.10 |
| 11/26/12 | JYS | 0019 | Review corr w. CG re retiree markup (0.2); Review Retiree Committee | 0.60 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1457655

Page 8  
December 12, 2012

| Date | Tkpr | Task | Description | Hours |
|---|---|---|---|---|
| | | | settlement comments (0.4) | |
| 11/27/12 | LGB | 0019 | Review e-mail from Keach re settlement (.2); review Schweitzer response to same (.1); review response to same (.1); review e-mail from Schweitzer re LTD mediation (.1); respond to same (.1); review response to same (.1); T/C with Kim/Schweitzer/Matz re Keach/other matters (.5); review e-mail from Kim re same (.1). | 1.30 |
| 11/27/12 | DZV | 0019 | Conference with A. Lilling regarding status of deferred compensation plan negotiations (0.1); consider issues relating to same (0.7). | 0.80 |
| 11/27/12 | ALK | 0019 | Reviewed correspondence regarding LTD mediation. | 0.20 |
| 11/27/12 | ASL | 0019 | Review settlement correspondence with Ad Hoc counsel and consider issues (.7); research re: same (3). | 3.70 |
| 11/27/12 | JYS | 0019 | Review corr w. B. Keach re settlement negotiations (0.3); Review retiree scheduling order (0.3) | 0.60 |
| 11/28/12 | LGB | 0019 | T/C with Levin re mediation (.7); T/C with Matz, Schweitzer, McDonald re deferred comp process timing/notice (1.0); e-mail Hyland/Borow re mediation on 12/4 (.1); review response to same (.1); e-mail Sturm re 363 research (.1); e-mail Ryan re mediation (.1). | 2.10 |
| 11/28/12 | ASL | 0019 | Review case law research re: deferred comp issue (.8); call with Ad Hoc Counsel for deferred compensation (1.0). | 1.80 |
| 11/29/12 | LGB | 0019 | Prepare for Matz meeting (.5); participate in meeting with Lee, Krasnow, Matz, Sturm, Lilling re LTD claims (1.4); O/C with Sturm re various LTD/retiree matters (.2); T/C with Schweitzer/Matz re call with Levin/call with Zahralldin (.8); review deposition notices (.2); e-mail Samis re status conference (.1); review response (.1); review e-mail from Fatell re same (.1); respond to same (.1). | 3.50 |
| 11/29/12 | ALK | 0019 | Reviewed emails/notices re depositions (0.5). | 0.50 |
| 11/29/12 | ASL | 0019 | Prepare for LTD meeting (.5); LTD meeting with Milbank (1.4). | 1.90 |
| 11/29/12 | JYS | 0019 | O/C w. T. Matz, J. Krasnow and AG team re LTD claims (1.4); T/C w. L. Beckerman, L. Schweitzer, and T. Matz re LTD claims (0.9); preparation for status conference (0.3); research re LTD objection (1.1) | 3.70 |
| 11/30/12 | LGB | 0019 | T/C with Levin/Matz re mediation (.5); T/C with Levin/Lee re same (.2); review retiree committee mark up of settlement agreement (.8); review e-mail from Schweitzer re status conference (.1); review e-mail from Schweitzer re LTD document production (.1). | 1.70 |
| 11/30/12 | ASL | 0019 | Attention to LTD objections and prepare for mediation. | 2.60 |
| 11/07/12 | ALK | 0025 | Travel to/from status conference hearing on LTD (actual time 4.5). | 2.25 |
| 11/04/12 | FSH | 0029 | Communications w/ NNI, Ad Hocs re submissions. | 0.30 |
| 11/05/12 | FSH | 0029 | Confer w/ BK re submissions (.2). Confer w/ working group re info from mediator (.4). TCs w/ Cleary and follow-up re submissions (.9). | 1.50 |
| 11/05/12 | AQ | 0029 | E-mails regarding mediation submissions and related models. | 0.20 |
| 11/05/12 | DHB | 0029 | Email communications re mediation issues and consider same (.5); begin review of Debtors' statement (.7); and emails re same (.3). | 1.50 |
| 11/05/12 | BMK | 0029 | TC and email with E. Vonnegut re: allocation mediation (0.2); emails with Akin and Capstone teams re: same (0.2); review Debtor mediation submission (0.4); emails with UCC professionals re: same (0.4) | 1.20 |
| 11/05/12 | GDB | 0029 | Emails re mediation submissions. | 0.20 |
| 11/05/12 | MCF | 0029 | Review Debtors' Mediation Submission (1.7) and emails re same (.3). | 2.00 |
| 11/05/12 | MCF | 0029 | Prepare for UCC Professionals Allocation Mediation Call. | 0.90 |
| 11/06/12 | SLS | 0029 | Participate in working group call regarding response to mediator's inquiry. | 1.10 |
| 11/06/12 | FSH | 0029 | Communicate w/ Capstone re submissions (.2). Review Capstone outline and other information (.9). Meet w/ working group re same (1.1). Communications w/ NNI, Ad Hocs re foregoing items (.5). | 2.70 |
| 11/06/12 | AQ | 0029 | Review and analyze Debtors' mediation submission. | 0.40 |
| 11/06/12 | AQ | 0029 | E-mails regarding mediation models. | 0.20 |
| 11/06/12 | DHB | 0029 | Email communications re issues arising from debtor presentation (.4); meeting re same and next steps (1.1); follow-up emails (.4). | 2.00 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1457655

Page 9  
December 12, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/06/12 | BMK | 0029 | Review and draft allocation submission comparison (1.7); tcs with T. Morilla re: same (0.4); attend UCC professionals meeting re: allocation issues (1.1) | 3.20 |
| 11/06/12 | KMR | 0029 | Reviewed NNI's submission to the mediator and related emails (.7); participated in professionals call re: NNI's submission (1.1). | 1.80 |
| 11/06/12 | JYS | 0029 | Professionals Call re: allocation issues. | 1.10 |
| 11/06/12 | JYS | 0029 | Review mediation proposals (0.3); Review corr w AG team re mediation submissions (0.3). | 0.60 |
| 11/06/12 | GDB | 0029 | Emails re mediation submission. | 0.30 |
| 11/06/12 | MCF | 0029 | Review Debtors' Mediation Submission (.9); UCC Professionals Call re Mediation Allocation (1.1) emails re same (.2); Prepare for same (.5). | 2.70 |
| 11/07/12 | FSH | 0029 | Confer w/ L. Schweitzer re mediator request (.3). Analyze issues re same (.7). Confer B. Kahn re submissions (.1). Work on Capstone presentation (.5). Review Ad Hoc document (.3). Communications w/ working group re model (.6). Communications w/ Ad Hocs re meeting (.2). Outline issues for presentation (.3). | 3.00 |
| 11/07/12 | AQ | 0029 | Review and draft e-mails re mediation models. | 0.20 |
| 11/07/12 | DHB | 0029 | Email communications re Ad Hocs mediation statement (.1); review and revise U.S. comparative chart (1.0); email communications re mediator request and next steps (.6). | 1.70 |
| 11/07/12 | BMK | 0029 | Review allocation submission issues (1.7); emails with UCC professional team re: same (0.3); confer w/ F. Hodara re: same (.1). | 2.10 |
| 11/08/12 | FSH | 0029 | Communications re meeting w/ Ad Hocs (.2). Attention to mediator request and communications re same (.3). | 0.50 |
| 11/08/12 | DHB | 0029 | Email communications re mediation issues. | 0.20 |
| 11/08/12 | BMK | 0029 | Analysis of allocation mediation issues. | 0.80 |
| 11/09/12 | FSH | 0029 | Review email from R. Bennett re mediation session (.1). Analyze next steps (.8). TC R. Bennett (.2). Numerous communications w/ working group re: foregoing (1.7). | 2.80 |
| 11/09/12 | AQ | 0029 | Review and draft e-mail re questions proposed by mediator. | 0.30 |
| 11/09/12 | DHB | 0029 | Review communications from mediator and extensive communications with team re same (1); review statement and next steps (.5). | 1.50 |
| 11/09/12 | BMK | 0029 | Review email from Mediator's counsel (0.1); follow-up emails with UCC team (0.4); follow-up actions re: same (0.3); review allocation issues (0.4). | 1.20 |
| 11/09/12 | KMR | 0029 | Reviewed emails re: mediation session. | 0.60 |
| 11/09/12 | JYS | 0029 | Review correspondence among UCC professionals re mediation. | 0.80 |
| 11/09/12 | MCF | 0029 | Prepare for professionals' call re allocation/mediation. | 0.70 |
| 11/10/12 | DHB | 0029 | Attention to mediation issues and strategy and next steps. | 2.50 |
| 11/12/12 | SLS | 0029 | Participate in allocation discussion with Committee professionals (1.5); participate in call with Committee and noteholder professionals regarding allocation (1.4). | 2.90 |
| 11/12/12 | FSH | 0029 | Confer w/DB re allocation concepts (.2). Meetings w/ working group (1.5) and w/ Ad Hoc representatives re same and next steps (1.4). Research re allocation issues (1.9). Confer w/ Frasers re mediation issues (.8). | 5.80 |
| 11/12/12 | AQ | 0029 | Meet with Capstone re mediator's questions on recovery model. | 1.50 |
| 11/12/12 | AQ | 0029 | Attend meeting with Ad Hoc's re recovery models. | 1.40 |
| 11/12/12 | DHB | 0029 | Continue assessment of mediation strategy (.7); emails re same (.2); prepare for meeting with Ad Hocs (.4); meet with team re same and response to DPW (1.5); meet with Ad Hocs (1.4); follow-up re same (.6) and next steps (.2). | 5.00 |
| 11/12/12 | BMK | 0029 | Analysis of allocation related issues (0.3); attend UCC professionals meeting re: allocation issues (1.5); Attend meeting with Ad Hoc professionals re: same (1.4); attention to allocation mediation logistics (0.6). | 3.80 |
| 11/12/12 | KMR | 0029 | Reviewed emails and other materials re: mediation meeting (0.4); | 1.90 |

NORTEL NETWORKS INC. CREDITORS COMMITTEE  
Invoice Number: 1457655

Page 10  
December 12, 2012

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| | | | meeting with various professionals (1.5). | |
| 11/12/12 | JYS | 0029 | T/C w. UCC professionals re mediation materials. | 1.50 |
| 11/12/12 | SLB | 0029 | Attend meeting re: allocation issues (partial). | 1.00 |
| 11/12/12 | MCF | 0029 | Discussion with UCC Professionals (1.5) and Ad Hoc Professionals (1.4) re mediation/allocation; conduct research regarding allocation dispute and prepare summary of case (1.8). | 4.70 |
| 11/13/12 | FSH | 0029 | Communications re call w/ DPW (.1). Analyze case law and prepare memo re same and follow up communications re same (1.2). | 1.30 |
| 11/13/12 | AQ | 0029 | Review and analyze case law. | 0.60 |
| 11/13/12 | DHB | 0029 | Review precedent (.8); emails re same (.3); review additional precedent and emails re same (1). | 2.10 |
| 11/13/12 | BMK | 0029 | Analysis of allocation issues. | 0.30 |
| 11/13/12 | MCF | 0029 | Prepare case summary (2.3) and communications w/ B. Kahn re same (.2); conduct research and prepare additional summaries (2.3); correspondence re: same (.2). | 5.00 |
| 11/14/12 | FSH | 0029 | Follow up re case law analysis (.4). Work on submission to mediator and communications w/ Cleary and working group re same (.9). Call w/ Davis Polk re pending items (.3). Meet w/ working group re legal analysis (.4). | 2.00 |
| 11/14/12 | AQ | 0029 | Review and analyze case law. | 0.80 |
| 11/14/12 | DHB | 0029 | Focus on mediation issues (.5); emails with working group re same and responses to mediator (.4); telephone call with C. Kearns and T. Morilla re same (.2); prepare for call with DPW (.2) and attend same and follow-up (.6). | 1.90 |
| 11/14/12 | BMK | 0029 | Attend call with E. Vonnegut re: allocation mediation (0.3); follow up with Akin team re: same (0.3). | 0.60 |
| 11/14/12 | KMR | 0029 | Participated in allocation mediation call. | 0.40 |
| 11/14/12 | JYS | 0029 | Review memo re allocation methodologies (0.2); Corr w. AG team re same (0.2). | 0.40 |
| 11/14/12 | JYS | 0029 | Follow up T/C w. D. Polk re mediation statement questions (0.3); Follow up w. committee professionals (0.3). | 0.60 |
| 11/14/12 | MCF | 0029 | Teleconference w/ E. Vonnegut re allocation submission. | 0.40 |
| 11/14/12 | MCF | 0029 | Research (.8) and summaries re allocation cases (2.2) and emails w/ B. Kahn (.2) and others (.1) re same. | 3.30 |
| 11/15/12 | FSH | 0029 | Analysis of allocation related case law (.3). Confer w/ L. Schweitzer re same (.3). Further analysis of issues discussed (.6). Confer w/ Milbank (.5). Numerous communications w/ working group (.5). Confer w/ NNI re mediation (.3). | 2.50 |
| 11/15/12 | BMK | 0029 | Emails re: allocation issues. | 0.40 |
| 11/16/12 | FSH | 0029 | Review additional cases in connection w/ mediation issues and prepare note re same. | 0.80 |
| 11/16/12 | DHB | 0029 | Email communications re: strategy and next steps (.4); analysis of potential courses of action of other mediation parties and consider same (.6). | 1.00 |
| 11/16/12 | JYS | 0029 | Corr. w AG team re allocation methodologies. | 0.40 |
| 11/16/12 | GDB | 0029 | Review emails re allocation approach. | 0.20 |
| 11/16/12 | MCF | 0029 | Research re mediation issues (.7); Review memo (.4). | 1.10 |
| 11/17/12 | FSH | 0029 | Work on analysis of allocation proposals, next steps. | 0.70 |
| 11/19/12 | SLS | 0029 | Review communications with working group regarding allocation model (1.0); participate in bondholder allocation discussion (1.2). | 2.20 |
| 11/19/12 | FSH | 0029 | Review Capstone model analysis (.4). Confer w/ C. Kearns re same (.2). Confer w/ DB re same (.1). Numerous communications w/ working group re model (.8). Communicate w/ Cleary re same (.1). Review of further iterations (.3). Attend meeting of working group (1.0). Confer w/ DB re analysis (.1). Outline issues re allocation (.3). Attention to revised materials and communications w/ working group re same (.5). | 3.80 |
| 11/19/12 | AQ | 0029 | Meet with Capstone regarding model submission to mediator. | 1.10 |

| Date | Tkpr | Task | | Hours |
|---|---|---|---|---|
| 11/19/12 | AQ | 0029 | Review and analyze e-mails regarding model. | 0.20 |
| 11/19/12 | DHB | 0029 | Email communications re model questions (.5); review of same (.7); conference call with professional team re model issues and presentation (1.2); review and redraft mediation letter (.5); emails re same (.2). | 3.10 |
| 11/19/12 | KMR | 0029 | Reviewed new financial materials for the mediator (1.0); reviewed materials relating to settlement of dispute between NN Ireland and Dubai (0.4). | 1.40 |
| 11/19/12 | JYS | 0029 | UCC professionals call re submissions (1.2); Correspondence w/ AG team re same (0.4); Review draft model (0.8); Drafting model cover email (0.7); Correspondence w/ AG team and Capstone re same (0.6); Correspondence w/ bondholders counsel re same (0.3). | 4.00 |
| 11/19/12 | GDB | 0029 | Emails re mediation submissions and legal analyses. | 1.20 |
| 11/19/12 | MCF | 0029 | Prepare for UCC/Bondholders Call (.5); UCC/Bondholders Call (1.2); Research re mediation issues (3.9) and communications w/ team re same (.4). | 6.00 |
| 11/20/12 | SLS | 0029 | Participate in working group call with bondholder and UCC professionals regarding open allocation issues. | 0.90 |
| 11/20/12 | FSH | 0029 | Examine Capstone documents and communications among working group re same (.6). Communications w/ Ad Hocs re same (.2). Conf. call w/ Ad Hocs (.9). Follow-up calls (.2). Examine docs re foregoing (.4). | 2.30 |
| 11/20/12 | DHB | 0029 | Review model changes and consider same (.7); emails re same (.2); telephone call with C. Kearns re assumptions (.1); continue work re same (.4); conference call with Ad Hoc professionals (.9); follow-up re same (.2); redraft letter (.3). | 2.80 |
| 11/20/12 | BMK | 0029 | Participate in call with ad hoc professionals re: allocation | 0.90 |
| 11/20/12 | KMR | 0029 | Continued review of emails and models relating to the mediation. | 0.40 |
| 11/20/12 | JYS | 0029 | T/C with Milbank, Akin, FTI and Capstone re claims submission (0.8); review of revisions to same (1.3); T/C w. C. Chen Delano re same (0.3); T/Cs and corr w. Capstone and Akin team re same (1.5). | 3.90 |
| 11/20/12 | GDB | 0029 | Emails relating to UCC/bondholder submissions (0.6) Emails relating to NN Ireland settlement (0.1) | 0.70 |
| 11/20/12 | MCF | 0029 | Nortel Call with UCC/Bondholders (partial) (.9); communications w/ team re: research issues (.3). | 1.20 |
| 11/21/12 | FSH | 0029 | Review Capstone-FTI model and communications w/ working group re same (1.7). Transmit to Mediator (.1). | 1.80 |
| 11/21/12 | AQ | 0029 | Review and analyze e-mails re comments to mediation submission. | 0.30 |
| 11/21/12 | AQ | 0029 | Final review and analysis of mediation submission. | 0.30 |
| 11/21/12 | DHB | 0029 | Review model changes and transmittal information (.4); emails re same (.2); review revisions (.2); further emails (.2) (.2); review further revisions to model and emails re same (.5); telephone call with C. Kearns re same (.2); review final and emails re same (.3). | 2.20 |
| 11/21/12 | BMK | 0029 | Review and analyze mediation submission with ad hocs (1.6); emails with UCC team re: same (0.5) | 2.10 |
| 11/21/12 | KMR | 0029 | Reviewed financial models prepared with the bondholders inn connection with mediation and related emails. | 0.80 |
| 11/21/12 | JYS | 0029 | T/Cs and corr w. T. Morilla, and AG team re model submission (1.8). | 1.80 |
| 11/26/12 | FSH | 0029 | Follow-up re transmission of model and related issues (.5). TC J. Bromley re pending matters (.2). Analyze issues re same (.2). | 0.90 |
| 11/27/12 | FSH | 0029 | Communications w/ Committee members, advisors re mediation. | 0.30 |
| 11/28/12 | FSH | 0029 | Conferences w/ Capstone, NNI, Milbank, Akin attorneys re mediation issues (1.3). Communicate w/ R. Bennett (.1). Analyze issues (.3). | 1.70 |
| 11/29/12 | FSH | 0029 | Communications w/ working group re mediation matters (.3). TC R. Bennett (.2). Follow-up communications w/ Committee re same (.3). | 0.80 |
| 11/29/12 | DHB | 0029 | Email communications re mediation status and issues (.2) (.1). | 0.30 |
| 11/29/12 | GDB | 0029 | Emails re mediation. | 0.10 |
| 11/18/12 | JYS | 0031 | Review correspondence re NN Ireland settlement. | 0.10 |
| 11/20/12 | FSH | 0031 | Attention to NN Ireland Settlement Agreement. | 0.20 |