# EXHIBIT C

## DISBURSEMENT SUMMARY
## NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| | |
|---|---:|
| Computerized Research, Corporate Service Fees & PACER Charges | $4,754.17 |
| Conference Call /Telephone/Video Conferencing | $5,683.28 |
| Courier Service/Postage | $15.35 |
| Duplicating (billed at $.10 per page) | $1,927.10 |
| Meals/Committee Meeting Expenses | $3,976.07 |
| Travel Expenses – Ground Transportation | $1,487.49 |
| Travel Expenses – Lodging | $1,188.90 |
| Travel Expenses – Train Fare | $146.00 |
| **TOTAL** | **$19,178.36** |