# EXHIBIT D



# Akin Gump
Strauss Hauer & Feld LLP

NORTEL NETWORKS INC. CREDITORS COMMITTEE
ATTN: JOHN DOLITTLE
2221 LAKESIDE BOULEVARD
RICHARDSON, TX  75082

| | |
|---|---|
| Invoice Number | 1457655 |
| Invoice Date | 12/12/12 |
| Client Number | 687147 |
| Matter Number | 0001 |

Re: CHAPTER 11

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/12:

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 04/24/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Zena Grocery and Deli | $50.00 |
| 04/28/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; India on the Hudson | $50.00 |
| 06/11/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Napolis Pizzeria | $50.00 |
| 06/14/12 | Travel - Ground Transportation  Taxi from office to client meeting.; NYC Taxi | $12.36 |
| 06/23/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Elmers | $38.00 |
| 07/22/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Napolis Pizzeria | $51.00 |
| 07/23/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Zena Grocery and Deli | $51.00 |
| 07/27/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Napolis Italian | $50.00 |
| 07/30/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Zana Grocery and Deli | $50.00 |
| 07/31/12 | Travel - Lodging (Hotel, Apt, Other) Hotel stay during client meeting.; Hotel stay for client meeting.; Hotel Dupont | $438.90 |
| 07/31/12 | Meals (100%) Lunch during client meeting.; Jeff Hyland, Tom Matz, Lisa Beckerman; .; Hotel Dupont | $57.00 |
| 08/01/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Burrito Joint | $50.00 |
| 08/19/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Napolis Pizzeria | $52.00 |
| 08/20/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; T. Thai | $50.00 |
| 08/31/12 | Document Retrieval  Borrowing fees VENDOR: LOS ANGELES COUNTY | $16.00 |

| Date | Description | Amount |
|---|---|---|
| | LAW LIBRARY; INVOICE#: 624457; DATE: 8/31/2012 - Customer ID: AKIN(LA) | |
| 09/19/12 | Meals (100%) Late working dinner.; Lisa Beckerman; .; Sushi House of Hoboken | $50.00 |
| 10/10/12 | Document Production - In House REQUESTOR: M FAGAN; DESCRIPTION: COLOR COPIES; QUANTITY: 252; DATE ORDERED: 10/10/12 | $25.20 |
| 10/12/12 | Travel - Train Fare Train home after working late.; NJ Transit | $32.00 |
| 10/15/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $11.50 |
| 10/16/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152618 DATE: 11/7/2012 Vendor: Dial Car Voucher #: DLA3713880 Date: 10/16/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3713880 Date: 10/16/2012 Name: Austin Lilling | $192.23 |
| 10/18/12 | Meals (100%) 10/12/12 M Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800211; DATE: 10/18/2012 | $248.24 |
| 10/18/12 | Meals (100%) 10/16/12 B Kahn - In-person committee meeting breakfast (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800211; DATE: 10/18/2012 | $231.36 |
| 10/18/12 | Meals (100%) 10/16/12 B Kahn - In-person committee meeting lunch (25 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800211; DATE: 10/18/2012 | $517.16 |
| 10/18/12 | Meals (100%) 10/17/12 M Fagen - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800211; DATE: 10/18/2012 | $111.05 |
| 10/25/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1281688 DATE: 10/28/2012 Foster Kemoy - Jing - 10/25/2012 | $23.67 |
| 10/25/12 | Meals (100%) 10/24/12 M Fagen - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800212; DATE: 10/25/2012 | $111.05 |
| 10/25/12 | Meals (100%) 10/25/12 M Fagen - Committee call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800212; DATE: 10/25/2012 | $65.33 |
| 10/25/12 | Meals (100%) 10/22/12 J Lee - Professionals' call working meal (6 | $48.67 |

| Date | Description | Amount |
|---|---|---|
| | people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800212; DATE: 10/25/2012 | |
| 10/28/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: DOCUMENT PRINTING; Quantity: 3.0 | $40.50 |
| 10/28/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: BECKERMAN LISA; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.0 | $40.50 |
| 11/01/12 | Meals (100%) 10/26/12 M Fagen - Team meeting working meal (6 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800213; DATE: 11/1/2012 | $65.32 |
| 11/03/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152904 DATE: 11/21/2012 Vendor: Dial Car Voucher #: DLA3798423 Date: 11/03/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3798423 Date: 11/03/2012 Name: Lisa Beckerman | $109.81 |
| 11/04/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152688 DATE: 11/14/2012 Vendor: Dial Car Voucher #: DLA3773852 Date: 11/04/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3773852 Date: 11/04/2012 Name: Lisa Beckerman | $70.03 |
| 11/05/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 1038 page(s) | $103.80 |
| 11/05/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 1766 page(s) | $176.60 |
| 11/05/12 | Duplication - In House Photocopy - User # 990100, NY, 4734 page(s) | $473.40 |
| 11/05/12 | Audio and Web Conference Services VENDOR: TELCONF LLC; INVOICE#: 11001-01001-12; DATE: 11/5/2012 | $5,683.28 |
| 11/05/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152904 DATE: 11/21/2012 Vendor: Dial Car Voucher #: DLA3730754 Date: 11/05/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3730754 Date: 11/05/2012 Name: Lisa Beckerman | $70.03 |
| 11/06/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 1763 page(s) | $176.30 |
| 11/06/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 3113 page(s) | $311.30 |
| 11/06/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 2540 page(s) | $254.00 |
| 11/06/12 | Duplication - In House Photocopy - Samper, Jonathan, NY, 3313 page(s) | $331.30 |
| 11/06/12 | Computerized Legal Research - Westlaw | $202.26 |

| | | |
|---|---|---|
| 11/06/12 | User: LILLING,AUSTIN Date: 11/6/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | |
| 11/06/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1296155 DATE: 11/11/2012 Catering Akin Gump - Mendy's at Rock Center - 11/06/2012 | $33.70 |
| 11/06/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1296155 DATE: 11/11/2012 Lilling Austin - Kodama Japanese - 11/06/2012 | $31.33 |
| 11/06/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1153300 DATE: 11/28/2012 Vendor: Dial Car Voucher #: DLA3704957 Date: 11/06/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3704957 Date: 11/06/2012 Name: Austin Lilling | $183.76 |
| 11/07/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692951 DATE: 11/16/2012 Vendor: Executive Royal Voucher #: 381203 Date: 11/07/2012 Name: Angeline Koo\|\|Car Service, Vendor: Executive Royal Voucher #: 381203 Date: 11/07/2012 Name: Angeline Koo | $43.56 |
| 11/07/12 | Travel - Train Fare  Amtrak train to Delaware for Hearing.; Amtrak - Delaware to NYC | $114.00 |
| 11/07/12 | Travel - Ground Transportation  Cab from train station to Richard Layton office.; Family Taxi | $13.00 |
| 11/07/12 | Travel - Ground Transportation  Cab from Court to train station.; Yellow Cab | $16.00 |
| 11/08/12 | Duplication - In House  Photocopy - User # 990100, NY, 752 page(s) | $75.20 |
| 11/08/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1296155 DATE: 11/11/2012 Catering Akin Gump - Mendy's at Rock Center - 11/08/2012 | $32.20 |
| 11/08/12 | Meals (100%)  11/6/12   M Fagen - Professionals meeting working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800214; DATE: 11/8/2012 | $322.71 |
| 11/08/12 | Meals (100%)  11/8/12   M Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800214; DATE: 11/8/2012 | $299.84 |
| 11/09/12 | Meals (100%)  Overtime meal while working late in the office.; D. Vira; overtime meal expense; Chop't Salad | $21.54 |
| 11/09/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: | $74.11 |

| Date | Description | Amount |
|---|---|---|
| 11/10/12 | 1153866 DATE: 12/5/2012<br>Vendor: Dial Car Voucher #: DLA3774341 Date: 11/09/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3774341 Date: 11/09/2012 Name: Lisa Beckerman<br>Computerized Legal Research - Westlaw User: VIRA,DAN Date: 11/10/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $14.08 |
| 11/10/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692951 DATE: 11/16/2012<br>Vendor: Executive Royal Voucher #: 395900 Date: 11/10/2012 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 395900 Date: 11/10/2012 Name: Dan Vira | $59.63 |
| 11/10/12 | Meals (100%) Overtime meal while working late in the office.; D. Vira; overtime meal expense; Chop't Salad | $19.36 |
| 11/10/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1152904 DATE: 11/21/2012<br>Vendor: Dial Car Voucher #: DLA3690635 Date: 11/10/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3690635 Date: 11/10/2012 Name: Lisa Beckerman | $119.85 |
| 11/11/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1296155 DATE: 11/11/2012<br>Vira Dan Daniel) - Abitino's Pizza & Italian Kitchen - 11/11/2012 | $20.78 |
| 11/11/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 11/11/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $28.16 |
| 11/12/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 692951 DATE: 11/16/2012<br>Vendor: Executive Royal Voucher #: 395901 Date: 11/12/2012 Name: Dan Vira\|\|Car Service, Vendor: Executive Royal Voucher #: 395901 Date: 11/12/2012 Name: Dan Vira | $52.43 |
| 11/12/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1297976 DATE: 11/18/2012<br>Catering Akin Gump - Mendy's at Rock Center - 11/12/2012 | $32.20 |
| 11/12/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1297976 DATE: 11/18/2012<br>Fagen Matthew - !Savory - 11/12/2012 | $19.42 |
| 11/12/12 | Travel - Ground Transportation VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 693225 DATE: 11/23/2012 | $51.32 |

| Date | Description | Amount |
|---|---|---|
| 11/12/12 | Vendor: Executive Royal Voucher #: 428165 Date: 11/12/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 428165 Date: 11/12/2012 Name: Fred Hodara<br>Travel - Ground Transportation Cab home after working late.; Medallion cab | $9.50 |
| 11/13/12 | Travel - Lodging (Hotel, Apt, Other) Deposit for reservation of the Johnston Conference Room for the Nortel Mediation from January 14-18, 2013. VENDOR: HILTON TORONTO; INVOICE#: HI111312; DATE: 11/13/2012 | $750.00 |
| 11/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 4.0 | $54.00 |
| 11/13/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 12.0 | $162.00 |
| 11/13/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.0 | $20.93 |
| 11/13/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1297976 DATE: 11/18/2012<br>Fagen Matthew - Breeze Thai French Kitchen - 11/13/2012 | $19.31 |
| 11/13/12 | Travel - Ground Transportation Cab home after working late; Medallion cab | $10.22 |
| 11/14/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: DOCUMENT PRINTING; Quantity: 1.0 | $13.50 |
| 11/14/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.0 | $54.00 |
| 11/14/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN MATT; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.0 | $6.98 |
| 11/14/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1297976 DATE: 11/18/2012<br>Fagen Matthew - Aru Sushi - 11/14/2012 | $25.14 |
| 11/14/12 | Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1297976 DATE: 11/18/2012<br>Catering Akin Gump - Mendy's at Rock Center - 11/14/2012 | $32.20 |
| 11/15/12 | Travel - Ground Transportation | $26.93 |

| Date | Description | Amount |
|---|---|---|
| 11/15/12 | VENDOR: ROYAL DISPATCH SERVICES, INC INVOICE#: 693225 DATE: 11/23/2012 Vendor: Executive Royal Voucher #: 0395879 Date: 11/15/2012 Name: Fred Hodara\|\|Car Service, Vendor: Executive Royal Voucher #: 0395879 Date: 11/15/2012 Name: Fred Hodara | |
| 11/15/12 | Meals (100%)  11/12/12   M Fagen - Professionals' meeting working meal (8 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800215; DATE: 11/15/2012 | $189.77 |
| 11/15/12 | Meals (100%)  11/12/12   M Fagen - Meeting with Ad Hoc professionals' working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800215; DATE: 11/15/2012 | $299.84 |
| 11/15/12 | Meals (100%)  11/14/12   M Fagen - Professionals' call working meal (10 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800215; DATE: 11/15/2012 | $116.93 |
| 11/15/12 | Meals (100%)  11/15/12   M Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800215; DATE: 11/15/2012 | $116.93 |
| 11/15/12 | Meals (100%)  11/15/12   M Fagen - Committee call working meal (12 people) VENDOR: RESTAURANT ASSOCIATES; INVOICE#: 2033800215; DATE: 11/15/2012 | $248.24 |
| 11/16/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SEARCHES; Quantity: 2.0 | $253.80 |
| 11/16/12 | Courier Service/Messenger Service- Off Site  VENDOR: UNITED PARCEL SERVICE INVOICE#: 000002E52E472A DATE: 11/24/2012 TRACKING #: 1Z02E52E6853997116; PICKUP DATE: 11/16/2012; SENDER: PATRICIA SANCHEZ/JM; RECEIVER: SIMON COOPER - HILTON TORONTO; | $15.35 |
| 11/19/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SEARCHES; Quantity: 26.0 | $3,315.60 |
| 11/19/12 | Computerized Legal Research - Lexis Service: LEXIS LEGAL SERVICES; Employee: FAGEN  MATT; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.0 | $27.00 |
| 11/19/12 | Computerized Legal Research - Lexis Service: SHEPARD'S SERVICE; Employee: FAGEN  MATT; Charge | $6.98 |

| Date | Description | Amount |
|---|---|---|
| 11/19/12 | Type: LEGAL CITATION SERVICES; Quantity: 1.0<br>Meals (100%) VENDOR: SEAMLESS NORTH AMERICA LLC INVOICE#: 1302089 DATE: 11/25/2012<br>Fagen Matthew - !Savory - 11/19/2012 | $23.78 |
| 11/20/12 | Computerized Legal Research - Westlaw User: VIRA,DAN Date: 11/20/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $179.62 |
| 11/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1153866 DATE: 12/5/2012<br>Vendor: Dial Car Voucher #: DLA3663193 Date: 11/20/2012 Name: Austin Lilling\|\|Car Service, Vendor: Dial Car Voucher #: DLA3663193 Date: 11/20/2012 Name: Austin Lilling | $192.23 |
| 11/20/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1153866 DATE: 12/5/2012<br>Vendor: Dial Car Voucher #: NSA3690879 Date: 11/20/2012 Name: Abid Qureshi\|\|Car Service, Vendor: Dial Car Voucher #: NSA3690879 Date: 11/20/2012 Name: Abid Qureshi | $59.08 |
| 11/21/12 | Travel - Ground Transportation Cab to the office to prep for conference call.; Promade Car Service | $35.80 |
| 11/25/12 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 1153866 DATE: 12/5/2012<br>Vendor: Dial Car Voucher #: DLA3710510 Date: 11/25/2012 Name: Lisa Beckerman\|\|Car Service, Vendor: Dial Car Voucher #: DLA3710510 Date: 11/25/2012 Name: Lisa Beckerman | $74.11 |
| 11/28/12 | Computerized Legal Research - Westlaw User: LILLING,AUSTIN Date: 11/28/2012 AcctNumber: 1000193694 ConnectTime: 0.0 | $318.26 |

Current Expenses $19,178.36