# EXHIBIT E

## SUMMARY OF ATTORNEYS AND LEGAL ASSISTANTS RENDERING SERVICES DURING THE PERIOD NOVEMBER 1, 2012 THROUGH NOVEMBER 30, 2012

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Lisa G. Beckerman | Partner for 13 years; Admitted in 1989; Financial Restructuring Department | $995 | 37.30 | $37,113.50 |
| David H. Botter | Partner for 11 years; Admitted in 1990; Financial Restructuring Department | $975 | 34.00 | $33,150.00 |
| Fred S. Hodara | Partner for 23 years; Admitted in 1982; Financial Restructuring Department | $1,050 | 48.70 | $51,135.00 |
| Abid Qureshi | Partner for 5 years; Admitted in 1995; Financial Restructuring Department | $825 | 7.70 | $6,352.50 |
| Sarah Link Schultz | Partner for 3 years; Admitted in 2001; Financial Restructuring Department | $775 | 13.40 | $10,385.00 |
| Austin S. Lilling | Senior Counsel for 1 year; Admitted in 2001; Tax Department | $625 | 42.20 | $26,375.00 |
| Kevin M. Rowe | Senior Counsel for 12 years; Admitted in 1985; Tax Department | $705 | 9.40 | $6,627.00 |
| Angeline L. Koo | Counsel for 2 years; Admitted in 2005; Litigation Department | $625 | 28.65 | $17,906.25 |
| Graeme D. Bell | International Law Advisor for 4 years; Admitted in 2003; Financial Restructuring Department | $695 | 4.60 | $3,197.00 |
| Daniel Z. Vira | Senior Attorney for 1 year; Admitted in 1993; ERISA Department | $630 | 44.50 | $28,035.00 |
| Sara L. Brauner | Associate for 2 years; Admitted in 2011; Financial Restructuring Department | $425 | 4.70 | $1,997.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position at Current or Prior Firms, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation Requested |
|---|---|---|---|---|
| Matthew C. Fagen | Associate for 1 years; Not Yet Admitted; Financial Restructuring Department | $375 | 44.00 | $16,500.00 |
| Brad M. Kahn | Associate for 5 years; Admitted in 2008; Financial Restructuring Department | $575 | 38.40 | $22,080.00 |
| Joshua Y. Sturm | Associate for 6 years; Admitted in 2007; Financial Restructuring Department | $600 | 43.80 | $26,280.00 |
| Jennifer L. Cuatt | Legal Assistant for 6 years; Litigation Department | $210 | 4.10 | $861.00 |
| Jonathan A. Samper | Legal Assistant for 1 year; Financial Restructuring Department | $215 | 9.50 | $2,042.50 |
| Peter J. Sprofera | Legal Assistant for 36 years; Financial Restructuring Department | $270 | 5.10 | $1,377.00 |

Total Amount of Fees:     $291,414.25
Total Number of Hours:    420.05
Blended Hourly Rate:      $693.76