IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------X : *In re* : : Nortel Networks Inc., *et al.*,[1] : : Debtors. : : : ------------------------------------------------------X | Chapter 11 Case No. 09-10138 (KG) Jointly Administered **Re: D.I. Nos. 9224 & 9225** |

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that on December 31, 2012, copies of **Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving a Settlement Agreement with the Official Committee of Retired Employees (D.I. 9224)** and **Declaration of John J. Ray III in Support of Debtors' Motion for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 363 and 1114 and Fed. R. Bankr. P. 9019 (A) Approving Settlement Notification Procedures and, Subsequently, (B) Approving A Settlement Agreement With the Official Committee of Retired Employees (D.I. 9225)** were served in the manner indicated upon the individuals identified on the attached service list.

Dated: January 3, 2013
Wilmington, Delaware

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            James L. Bromley (admitted pro hac vice)
                                            Lisa M. Schweitzer (admitted pro hac vice)
                                            One Liberty Plaza
                                            New York, NY 10006
                                            Telephone: (212) 225-2000
                                            Facsimile: (212) 225-3999

                                            and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Ann C. Cordo*
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and
Debtors in Possession*


# SERVICE LIST

**VIA HAND DELIVERY**

Mark Kenney
Office of the U.S. Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

**VIA HAND DELIVERY AND EMAIL**

William F. Taylor, Jr.
McCarter English
405 N. King Street
8th Floor
Wilmington, DE 19801
Email: wtaylor@mccarter.com

**VIA EMAIL**

Mark D. Collins Esq.
Christopher M. Samis Esq.
Richards Layton & Finger
One Rodney Square
920 N King Street
Wilmington, DE 19801
Email: collins@rlf.com; samis@rlf.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com

Rafael X. Zahralddin
Shelly Kinsella
Elliott Greenleaf
1105 N. Market Street
Wilmington, DE 19801
Email: rxza@elliottgreenleaf.com;
sak@elliottgreenleaf.com

Thomas R. Kreller
Milbank, Tweed, Hadley & Mcloy LLP
601 South Figueroa Street
Suite 3000
Los Angeles, CA 90017
Email: tkreller@milbank.com

Fred S. Hodara Esq.
David H. Botter Esq.
Akin Gump
One Bryant Park
New York, NY 10036
Email: fhodara@akingump.com;
dbotter@akingump.com

**VIA FIRST CLASS MAIL AND EMAIL**

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Email: altogut@teamtogut.com;
neilberger@teamtogut.com

6912083.1