## Nortel Networks Corporation
Capstone Advisory Group, LLC
Exhibit A: Summary of Fees by Professional
For the Period 11/1/2012 through 11/30/2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Executive Director | $795 | 26.00 | $20,670.00 |
| J. Borow | Executive Director | $795 | 28.90 | $22,975.50 |
| J. Hyland | Executive Director | $610 | 97.70 | $59,597.00 |
| A. Cowie | Managing Director | $550 | 4.20 | $2,310.00 |
| T. Morilla | Director | $360 | 130.00 | $46,800.00 |
| M. Haverkamp | Paraprofessional | $120 | 4.90 | $588.00 |
| **For the Period 11/1/2012 through 11/30/2012** | | | **291.70** | **$152,940.50** |