## Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit B: Summary of Fees by Task Code**
**For the Period 11/1/2012 through 11/30/2012**

| Task Code | Hours | Fees |
|---|---:|---:|
| 01. Asset Acquisition/Disposition | 99.00 | $59,647.50 |
| 05. Professional Retention/Fee Application Preparation | 16.90 | $6,933.00 |
| 08. Interaction/Mtgs w Creditors | 19.10 | $12,150.50 |
| 09. Employee Issues/KEIP | 6.10 | $2,696.00 |
| 10. Recovery/SubCon/Lien Analysis | 109.50 | $54,501.00 |
| 11. Claim Analysis/Accounting | 2.80 | $1,399.50 |
| 13. Intercompany Transactions/Bal | 22.50 | $8,625.00 |
| 18. Operating and Other Reports | 2.10 | $756.00 |
| 19. Cash Flow/Cash Mgmt Liquidity | 13.70 | $6,232.00 |
| **For the Period 11/1/2012 through 11/30/2012** | **291.70** | **$152,940.50** |