# Nortel Networks Corporation
**Capstone Advisory Group, LLC**
**Exhibit C: Detailed Time Descriptions**
**For the Period 11/1/2012 through 11/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2012 | J. Borow | 1.40 | Reviewed mediation submission issues. |
| 11/2/2012 | C. Kearns | 0.20 | Emailed with counsel on submission status and ongoing process. |
| 11/2/2012 | J. Hyland | 2.50 | Analyzed proceeds allocation model and summarized for counsel. |
| 11/5/2012 | C. Kearns | 0.80 | Reviewed and analyzed NNI mediation submission. |
| 11/5/2012 | J. Hyland | 2.00 | Analyzed assets and claims. |
| 11/5/2012 | J. Hyland | 2.90 | Summarized proceeds allocation model. |
| 11/6/2012 | C. Kearns | 1.00 | Met with counsel to discuss issues and next steps based on mediation submissions. |
| 11/6/2012 | C. Kearns | 1.00 | Continued to analyze the NNI submission. |
| 11/6/2012 | T. Morilla | 1.10 | Reviewed and analyzed the U.S. Debtors' mediation submission. |
| 11/6/2012 | T. Morilla | 1.50 | Continued to compare and contrast the U.S. Debtors, UCC, and bondholder mediation submissions. |
| 11/6/2012 | J. Hyland | 2.40 | Continued analyzing mediation statement. |
| 11/6/2012 | J. Hyland | 2.70 | Analyzed proceeds allocation model. |
| 11/6/2012 | T. Morilla | 2.80 | Compared and contrasted the U.S. Debtors, UCC, and bondholder mediation submissions. |
| 11/7/2012 | T. Morilla | 0.70 | Continued to review the bondholder mediation submission. |
| 11/7/2012 | C. Kearns | 1.50 | Met with counsel to review NNI submission and follow up on related next steps. |
| 11/7/2012 | T. Morilla | 1.50 | Continued to revise and edit the mediation comparison document. |
| 11/7/2012 | J. Hyland | 2.30 | Reviewed mediation statement submissions. |
| 11/7/2012 | T. Morilla | 2.80 | Revised and edited the mediation submission comparison document. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/8/2012 | C. Kearns | 0.30 | Reviewed issues re: responding to various requests by mediator counsel. |
| 11/8/2012 | T. Morilla | 0.60 | Reviewed terms of previous real estate sale. |
| 11/8/2012 | C. Kearns | 1.00 | Continued reviewing mediation submissions. |
| 11/8/2012 | T. Morilla | 1.20 | Reviewed and analyzed the terms of previous business unit sales. |
| 11/8/2012 | T. Morilla | 2.20 | Reviewed and analyzed the mediator's questions regarding the UCC mediation submission. |
| 11/9/2012 | C. Kearns | 0.50 | Participated in call with counsel and email follow up after brief discussion with DPW. |
| 11/9/2012 | C. Kearns | 0.80 | Continued reviewing mediation related analysis. |
| 11/12/2012 | J. Hyland | 0.30 | Prepared for meeting with call with ad hocs re: mediation. |
| 11/12/2012 | J. Hyland | 1.20 | Participated in call with counsel re: mediation. |
| 11/12/2012 | C. Kearns | 1.20 | Met with counsel to discuss issues and prepare for meeting with ad hocs. |
| 11/12/2012 | C. Kearns | 1.60 | Participated in meeting with counsel and advisers to ad hocs. |
| 11/12/2012 | J. Hyland | 1.60 | Participated in call with counsel, Milbank, and FTI re: mediation. |
| 11/12/2012 | J. Hyland | 2.90 | Prepared for meeting with counsel and ad hocs re: mediation. |
| 11/13/2012 | J. Hyland | 2.20 | Analyzed responses to Davis Polk matters. |
| 11/14/2012 | J. Hyland | 0.30 | Conducted call with M. Kennedy re: D. Polk follow-up. |
| 11/14/2012 | C. Kearns | 0.80 | Prepared for (0.4) and participated in (0.4) call with DPW (counsel to mediator) to respond to specific questions about UCC mediation |
| 11/14/2012 | T. Morilla | 0.80 | Continued to review and analyze mediator's questions. |
| 11/14/2012 | J. Hyland | 1.90 | Reviewed and revised responses to D. Polk. |
| 11/15/2012 | C. Kearns | 0.30 | Emailed with counsel re: mediation next steps. |
| 11/15/2012 | J. Hyland | 0.80 | Participated in call with M. Sandberg re: D. Polk requests. |
| 11/15/2012 | T. Morilla | 1.30 | Reviewed and analyzed certain mediation issues. |
| 11/15/2012 | J. Hyland | 2.50 | Analyzed response to mediator. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/16/2012 | C. Kearns | 0.60 | Reviewed ongoing assessment mediation submission. |
| 11/16/2012 | T. Morilla | 0.90 | Continued to review and analyze the estate-owned assets. |
| 11/16/2012 | J. Hyland | 2.60 | Continued analyzing revised model. |
| 11/16/2012 | J. Hyland | 2.70 | Analyzed revised model. |
| 11/19/2012 | J. Hyland | 0.50 | Conducted call with M. Sandberg re: model for mediator. |
| 11/19/2012 | C. Kearns | 1.10 | Participated in call with counsel to discuss issues and key points re: model mediation submission. |
| 11/19/2012 | J. Hyland | 1.10 | Participated in call with counsel re: mediator model. |
| 11/19/2012 | J. Hyland | 2.00 | Finalized model for mediator. |
| 11/19/2012 | J. Hyland | 2.80 | Reviewed model for mediator. |
| 11/19/2012 | J. Hyland | 2.90 | Analyzed model for mediator. |
| 11/20/2012 | J. Hyland | 0.40 | Participated in a portion of the call with counsel, Milbank, and FTI re: model for mediator. |
| 11/20/2012 | C. Kearns | 1.00 | Participated in call with counsel and Milbank to review and discuss joint mediation submissions and related cover letter. |
| 11/20/2012 | J. Hyland | 2.30 | Continued analyzing recommended changes to the model for the mediator. |
| 11/20/2012 | J. Hyland | 2.90 | Analyzed recommended changes to the model for the mediator. |
| 11/20/2012 | J. Hyland | 2.90 | Analyzed model for mediation discussion. |
| 11/21/2012 | J. Hyland | 2.10 | Continued reviewing final model revisions. |
| 11/21/2012 | J. Hyland | 2.80 | Reviewed final model revisions. |
| 11/26/2012 | C. Kearns | 0.60 | Continued with review of mediation related issues. |
| 11/26/2012 | J. Borow | 1.10 | Reviewed mediation issues and related review. |
| 11/27/2012 | C. Kearns | 0.50 | Continued preparing for the mediation. |
| 11/27/2012 | J. Borow | 1.10 | Reviewed mediation issues and related review. |
| 11/28/2012 | C. Kearns | 0.50 | Reviewed next steps re: mediation process, including related discussion with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/28/2012 | J. Hyland | 2.70 | Analyzed proceeds allocation summary. |
| 11/29/2012 | C. Kearns | 0.20 | Participated in a portion of UCC call re: mediation update. |
| 11/29/2012 | C. Kearns | 0.20 | Emailed with counsel re: mediation scheduling and status. |
| 11/29/2012 | J. Hyland | 2.90 | Reviewed proceeds allocation summary. |
| 11/30/2012 | C. Kearns | 0.20 | Continued ongoing mediation preparation. |
| Subtotal | | 99.00 | |

**05. Professional Retention/Fee Application Preparation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/2/2012 | M. Haverkamp | 1.10 | Prepared September monthly fee application. |
| 11/2/2012 | J. Hyland | 1.60 | Reviewed fee application. |
| 11/2/2012 | J. Hyland | 2.10 | Prepared revised affidavit. |
| 11/7/2012 | J. Hyland | 1.80 | Prepared supplemental affidavit. |
| 11/8/2012 | J. Hyland | 0.70 | Reviewed final fee application. |
| 11/13/2012 | J. Hyland | 0.30 | Reviewed preliminary fee application data. |
| 11/14/2012 | M. Haverkamp | 1.10 | Prepared October fee application. |
| 11/15/2012 | M. Haverkamp | 0.80 | Prepared October fee application. |
| 11/19/2012 | J. Hyland | 0.50 | Reviewed fee application. |
| 11/19/2012 | M. Haverkamp | 0.70 | Prepared interim fee application. |
| 11/19/2012 | T. Morilla | 1.80 | Prepared the October fee application. |
| 11/19/2012 | T. Morilla | 2.10 | Continued to prepare the October fee application. |
| 11/20/2012 | M. Haverkamp | 1.20 | Prepared October fee application. |
| 11/21/2012 | J. Hyland | 0.50 | Reviewed interim fee application. |
| 11/21/2012 | J. Hyland | 0.60 | Reviewed fee application for October. |
| Subtotal | | 16.90 | |

Capstone Advisory Group, LLC
Invoice for the 11/1/2012-11/30/2012 Fee Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **08. Interaction/Mtgs w Creditors** | | | |
| 11/6/2012 | A. Cowie | 0.90 | Prepared analysis and supporting discussion points for meeting with professionals in regard to mediation submissions. |
| 11/6/2012 | J. Hyland | 1.00 | Participated in call with UCC professionals re: mediation statement and mediator request. |
| 11/8/2012 | J. Hyland | 0.70 | Participated in weekly UCC call including UCC advisors. |
| 11/8/2012 | C. Kearns | 0.70 | Participated in UCC call to summarize ad hoc and NNI submissions. |
| 11/8/2012 | J. Hyland | 2.00 | Prepared for UCC call and reviewed related reports. |
| 11/12/2012 | A. Cowie | 1.10 | Prepared supporting analysis and documentation for professionals meeting on mediation strategies. |
| 11/12/2012 | J. Borow | 1.70 | Prepared for (0.5) and participated in (1.2) meeting of UCC professionals to prepare for mediation. |
| 11/12/2012 | J. Borow | 2.10 | Prepared for (0.5) and participated in (1.6) meeting with professionals to ad hoc bondholder group to discuss mediation issues. |
| 11/14/2012 | J. Hyland | 0.40 | Participated in weekly status call with UCC professionals. |
| 11/14/2012 | A. Cowie | 0.50 | Prepared discussion points for professionals call. |
| 11/14/2012 | J. Borow | 1.40 | Prepared for attended and participated in conference call with ad hoc advisors. |
| 11/15/2012 | A. Cowie | 0.40 | Prepared discussion points for UCC call. |
| 11/15/2012 | J. Hyland | 0.50 | Participated in UCC call with UCC members and UCC professionals. |
| 11/15/2012 | C. Kearns | 0.50 | Participated in UCC call to give mediation update and other matters. |
| 11/29/2012 | J. Hyland | 0.50 | Participated in weekly UCC status call with UCC professionals. |
| 11/29/2012 | C. Kearns | 0.50 | Participated in weekly call with UCC professionals. |
| 11/29/2012 | T. Morilla | 0.80 | Participated in weekly UCC call. |
| 11/29/2012 | J. Hyland | 0.80 | Participated in UCC call including UCC professionals. |
| 11/29/2012 | A. Cowie | 1.30 | Prepared presentation materials and discussion points for professionals call and follow-on UCC call. |
| 11/29/2012 | T. Morilla | 1.30 | Prepared for the UCC weekly call. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 19.10 | |
| **09. Employee Issues/KEIP** | | | |
| 11/1/2012 | T. Morilla | 0.80 | Reviewed issues regarding the LTD employees. |
| 11/7/2012 | J. Hyland | 2.00 | Analyzed NNL 2013 retention plan. |
| 11/14/2012 | T. Morilla | 1.10 | Reviewed and analyzed employee claims issues. |
| 11/15/2012 | T. Morilla | 0.90 | Continued to review employee related claims issues. |
| 11/16/2012 | T. Morilla | 1.30 | Reviewed and analyzed certain Canadian employee claims. |
| Subtotal | | 6.10 | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/1/2012 | J. Borow | 1.90 | Reviewed recovery analyses and mediation issues. |
| 11/5/2012 | J. Borow | 1.30 | Reviewed recovery analyses and mediation issues. |
| 11/5/2012 | T. Morilla | 1.90 | Reviewing issues regarding recovery model to be sent to the mediator. |
| 11/5/2012 | T. Morilla | 2.10 | Continued to review issues regarding recovery model to be distributed to the mediator. |
| 11/5/2012 | T. Morilla | 2.30 | Reviewed and analyzed the recovery model. |
| 11/6/2012 | T. Morilla | 1.50 | Reviewed U.S. Debtors' mediation submission recovery results. |
| 11/6/2012 | T. Morilla | 2.20 | Reviewed and analyzed the recovery model assumptions. |
| 11/6/2012 | J. Hyland | 2.90 | Analyzed mediation statement recoveries. |
| 11/7/2012 | T. Morilla | 2.10 | Continued to review the U.S. Debtors' mediation submission recoveries. |
| 11/7/2012 | J. Borow | 2.40 | Reviewed recovery issues and related claims and asset issues relating to mediation issues. |
| 11/8/2012 | J. Borow | 1.10 | Reviewed recovery issues and related claims and asset issues relating to mediation issues. |
| 11/8/2012 | T. Morilla | 1.90 | Reviewed and analyzed recovery model results. |
| 11/9/2012 | J. Hyland | 2.70 | Continued analyzing recoveries for each estate. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/9/2012 | J. Hyland | 2.90 | Analyzed recoveries for each estate. |
| 11/12/2012 | C. Kearns | 0.70 | Reviewed additional recovery sensitivities prepared at counsel's request. |
| 11/12/2012 | T. Morilla | 1.80 | Continued to review blended scenario recovery results. |
| 11/12/2012 | J. Hyland | 2.00 | Reviewed recovery analysis for meeting with counsel. |
| 11/12/2012 | T. Morilla | 2.20 | Reviewed and analyzed certain recovery scenario results. |
| 11/12/2012 | T. Morilla | 2.80 | Ran additional recovery scenarios. |
| 11/13/2012 | J. Borow | 1.10 | Reviewed recovery scenarios and related mediation issues. |
| 11/13/2012 | T. Morilla | 2.20 | Continued to review and edit the recovery model for submission to the mediator. |
| 11/13/2012 | T. Morilla | 2.30 | Revised recovery model for submission to the mediator. |
| 11/14/2012 | J. Borow | 1.10 | Reviewed various recovery analyses relating to mediation. |
| 11/14/2012 | T. Morilla | 1.20 | Continued to review and analyze answers to the mediator's recovery model requests. |
| 11/15/2012 | T. Morilla | 2.50 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/15/2012 | T. Morilla | 2.70 | Reviewed joint UCC and bondholder model recoveries. |
| 11/16/2012 | T. Morilla | 1.20 | Continued to review assumptions in the joint UCC and bondholder recovery model. |
| 11/16/2012 | J. Hyland | 1.80 | Reviewed recovery model update. |
| 11/16/2012 | J. Borow | 2.20 | Reviewed various recovery analyses relating to mediation. |
| 11/16/2012 | T. Morilla | 2.70 | Continued to review and analyze the joint UCC and bondholder recovery model recoveries. |
| 11/16/2012 | T. Morilla | 2.80 | Reviewed and analyzed recoveries in the revised UCC and bondholder joint model. |
| 11/19/2012 | C. Kearns | 0.40 | Emailed and participated in conference call with Hodara re: mediation recovery model. |
| 11/19/2012 | T. Morilla | 1.80 | Continued to review and analyze the recovery model results. |
| 11/19/2012 | T. Morilla | 1.90 | Revised and edited the UCC and bondholder joint recovery model. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/19/2012 | C. Kearns | 2.30 | Reviewed and analyzed recovery model submission. |
| 11/19/2012 | T. Morilla | 2.30 | Continued to review and analyze the joint UCC and bondholder recovery model results. |
| 11/19/2012 | J. Borow | 3.20 | Reviewed mediation issues and presentation to mediator (2.1) including discussions (1.1) with counsel. |
| 11/20/2012 | T. Morilla | 1.20 | Continued to revise the joint UCC and bondholder recovery model. |
| 11/20/2012 | T. Morilla | 1.50 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/20/2012 | C. Kearns | 1.70 | Called and emailed with counsel re: financial model submission responding to mediator's recovery model request. |
| 11/20/2012 | T. Morilla | 2.20 | Edited and revised the joint UCC and bondholder recovery model based on comments. |
| 11/20/2012 | T. Morilla | 2.50 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/20/2012 | T. Morilla | 2.70 | Edited and revised the joint UCC and bondholder recovery model based on comments. |
| 11/20/2012 | J. Borow | 3.40 | Reviewed mediation issues and presentation to mediator (2.4) including discussions (1.0) with counsel. |
| 11/21/2012 | T. Morilla | 1.80 | Reviewed and analyzed recovery documents to be submitted to the mediator. |
| 11/21/2012 | T. Morilla | 1.80 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/21/2012 | T. Morilla | 2.20 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/21/2012 | J. Borow | 2.40 | Reviewed mediation recovery issues and presentation to mediator including discussions with counsel. |
| 11/21/2012 | C. Kearns | 2.40 | Completed final review of draft recovery model submission to respond to mediator request. |
| 11/27/2012 | T. Morilla | 0.90 | Continued to review the recovery model submitted to the mediator. |
| 11/27/2012 | T. Morilla | 1.20 | Continued to review and analyze the joint UCC and bondholder recovery model. |
| 11/28/2012 | T. Morilla | 1.80 | Created recovery model talking points for the weekly UCC call. |
| 11/28/2012 | T. Morilla | 2.00 | Reviewed the recovery documents to be discussed on the UCC call. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/28/2012 | T. Morilla | 2.20 | Continued to review the joint UCC and bondholder recovery model. |
| 11/29/2012 | T. Morilla | 1.20 | Reviewed and analyzed the joint UCC and bondholder recovery model. |
| Subtotal | | 109.50 | |

**11. Claim Analysis/Accounting**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/13/2012 | C. Kearns | 0.40 | Read summaries by counsel re: PPI case law. |
| 11/13/2012 | T. Morilla | 1.20 | Reviewed issues regarding certain post-petition claims. |
| 11/14/2012 | C. Kearns | 0.30 | Read summary memo from counsel re: certain case law pertaining to post petition interest issues. |
| 11/16/2012 | T. Morilla | 0.70 | Reviewed and analyzed the estate claims in the recovery model. |
| 11/29/2012 | C. Kearns | 0.20 | Reviewed status of LTD claims resolution. |
| Subtotal | | 2.80 | |

**13. Intercompany Transactions/Bal**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/1/2012 | T. Morilla | 1.90 | Continued to review the APAC intercompany balances. |
| 11/1/2012 | T. Morilla | 2.10 | Reviewed and analyzed APAC intercompany balances. |
| 11/2/2012 | T. Morilla | 2.20 | Continued to review and analyze the APAC intercompany balances. |
| 11/8/2012 | T. Morilla | 1.20 | Reviewed and analyzed the intercompany balances. |
| 11/20/2012 | T. Morilla | 1.00 | Reviewed and analyzed certain intercompany balances. |
| 11/20/2012 | J. Hyland | 1.70 | Reviewed the Ireland and Dubai Branch settlement. |
| 11/21/2012 | J. Hyland | 0.40 | Finalized review of Ireland and Dubai Branch settlement with document from Cleary. |
| 11/21/2012 | T. Morilla | 1.30 | Continued to review and analyze the intercompany balances. |
| 11/26/2012 | T. Morilla | 2.10 | Continued to review and analyze the APAC intercompany balances. |
| 11/27/2012 | T. Morilla | 2.20 | Continued to review and analyze the APAC intercompany balances. |
| 11/29/2012 | T. Morilla | 1.30 | Continued to revise and edit the APAC intercompany recovery model. |
| 11/30/2012 | T. Morilla | 2.40 | Continued to review and analyze APAC intercompany balances. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/30/2012 | T. Morilla | 2.70 | Continued to review and analyze the APAC intercompany model. |
| Subtotal | | 22.50 | |

**18. Operating and Other Reports**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/2/2012 | T. Morilla | 1.20 | Reviewed a professional's retention document. |
| 11/27/2012 | T. Morilla | 0.90 | Reviewed previous expenses and fees report. |
| Subtotal | | 2.10 | |

**19. Cash Flow/Cash Mgmt Liquidity**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 11/1/2012 | T. Morilla | 1.20 | Reviewed and analyzed the global cash forecast. |
| 11/1/2012 | J. Hyland | 2.70 | Analyzed cash position. |
| 11/2/2012 | T. Morilla | 1.20 | Continued to review and analyze the global cash forecast. |
| 11/13/2012 | T. Morilla | 0.30 | Reviewed and analyzed the November 9 cash flash. |
| 11/13/2012 | T. Morilla | 0.30 | Reviewed and analyzed the 10/31 US cash flash. |
| 11/13/2012 | T. Morilla | 0.40 | Reviewed the sales proceeds escrow accounts. |
| 11/13/2012 | J. Hyland | 0.80 | Reviewed escrow account statements. |
| 11/13/2012 | J. Hyland | 1.70 | Reviewed cash budgets. |
| 11/14/2012 | T. Morilla | 1.10 | Continued to review the global cash forecast. |
| 11/14/2012 | T. Morilla | 1.50 | Reviewed and analyzed the most recent global cash forecast. |
| 11/15/2012 | T. Morilla | 0.80 | Continued to review and analyze the global cash forecast. |
| 11/26/2012 | T. Morilla | 1.70 | Continued to review and analyze the global cash forecast. |
| Subtotal | | 13.70 | |
| **Total Hours** | | **291.70** | |