**Exhibit D**
**Nortel Networks Corporation**
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 11/1/2012 through 11/30/2012**

| Date | Professional | Description | Amount |
|---|---|---|---|
| Telecom | | | |
| 11/13/2012 | CAG Direct | November telecom for Nortel. | $335.46 |
| 11/23/2012 | J. Hyland | Long distance calls to Nortel in Canada. | $0.98 |
| **Subtotal - Telecom** | | | **$336.44** |
| For the Period 11/1/2012 through 11/30/2012 | | | $336.44 |