# EXHIBIT A

**CUMULATIVE COMPENSATION BY PROJECT
CATEGORY FOR APPLICATION PERIOD**

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2012 through December 31, 2012

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# HOURS/BILLABLE AMOUNTS BY PROJECT
# NORTEL NETWORKS, INC.

**Name:** John Ray

**Working Dates:** Start Date **11/1/12** End Date **12/27/12**

**Enter Billing Rate/Hr:** **515.00**

| Project No. | Project Name | Hours/Minutes Worked | Billing Rate | Billing Amount |
|---|---|---|---|---|
| 1 | Monitoring and oversight of US Debtors and reviewing interaction with Nortel entities | | | |
| 2 | Reviewing operational management of transition services | | | |
| 3 | Development and implementation of asset monetization, wind down strategy, liquidation/reorganization plan development and Interacting with Constituencies (including, asset dispositions, Claims administration, Tax matters and Intellectual property) | 32.9 | $515.00 | $16,943.50 |
| 4 | Meeting with creditor constituencies, including Official Committee of Unsecured Creditors, Ad Hoc Committee of Bondholders and Canadian Monitor | | | |
| 5 | Fee Applications | 4.5 | $515.00 | $2,317.50 |
| 6 | Various Corporate Matters | | | |
| 7 | Non-working Travel | | | |
| | **Hours/Billing Amount for Period:** | **37.4** | | **$19,261.00** |

# NORTEL TIME SHEET

**John Ray**

| Enter Date | Description | Project No. (1-6) | Hours/ Minutes Worked |
|---|---|---|---|
| 11/1/12 | Insurance binder | 3 | 0.3 |
| 11/9/12 | Retiree matters | 3 | 0.3 |
| 11/9/12 | LTD matters | 3 | 0.3 |
| 11/9/12 | Sub liquidations | 3 | 0.3 |
| 11/9/12 | Deferred comp | 3 | 0.5 |
| 11/11/12 | Deferred comp | 3 | 0.3 |
| 11/13/12 | Mediation matters | 3 | 0.3 |
| 11/13/12 | Sub liquidations | 3 | 0.5 |
| 11/13/12 | Preference matters | 3 | 1.0 |
| 11/16/12 | LTD depositions | 3 | 0.5 |
| 11/16/12 | Deferred comp | 3 | 0.3 |
| 11/17/12 | Deferred comp | 3 | 0.5 |
| 11/19/12 | Mediation | 3 | 0.3 |
| 11/19/12 | Retiree settlement | 3 | 0.5 |
| 11/20/12 | Retiree matters | 3 | 0.3 |
| 11/20/12 | Sub liquidations | 3 | 0.3 |
| 11/20/12 | LTD matter | 3 | 0.5 |
| 11/29/12 | LTD matters | 3 | 0.3 |
| 11/29/12 | Deposition scheduling LTD | 3 | 0.3 |
| 11/30/12 | Expert report LTD matter | 3 | 0.3 |
| 12/4/12 | LTD settlement meeting | 3 | 12.3 |
| 12/10/12 | Telrad matter; claims | 3 | 0.5 |
| 12/11/12 | LTD settlement | 3 | 0.8 |
| 12/11/12 | Retiree matters | 3 | 0.3 |
| 12/12/12 | LTD matters | 3 | 0.3 |
| 12/12/12 | Deferred comp matter | 3 | 0.8 |
| 12/13/12 | Tax matters | 3 | 1.0 |
| 12/17/12 | LTD matters | 3 | 1.0 |
| 12/24/12 | Retiree matters | 3 | 2.0 |
| 12/26/12 | Retiree matters | 3 | 3.0 |
| 12/27/12 | Retiree matters | 3 | 1.0 |
| 11/18/12 | Prepare quarterly fee app | 5 | 3.0 |
| 12/10/12 | Administrative matters | 5 | 0.3 |
| 12/17/12 | Administrative matters | 5 | 0.2 |
| 12/27/12 | Prepare Nov/Dec fee app | 5 | 1.0 |
| 12/27/12 | Retiree, LTD matters | 3 | 2.0 |