**EXHIBIT B**

EXPENSE SUMMARY

Nortel Networks Inc., et al.
(Case No. 09-10138 (KG))

November 1, 2012 through December 31, 2012

| Expense Category | | Total Expenses |
|---|---|---|
| Travel – Airline | | $ 646.66 |
| Travel – Lodging | | - |
| Travel – Meals | | - |
| Travel – Car Service | | - |
| Travel – Parking | | - |
| Office supplies, shipping, and other office related expenses | | - |
| PACER | | - |
| TOTAL | | $ 646.66 |

# Nortel Expense Report

**PERIOD:** November 1, 2012 through December 31, 2012

| Date | Description | Air | Hotel | Meals | Transportation | Parking | Misc, Office Expen | PACER |
|---|---|---|---|---|---|---|---|---|
| 12/26/12 | Airfare for Tornonto trip | $ 646.66 | | | | | | |