## CERTIFICATE OF SERVICE

I certify that on January 4, 2013, I caused to be served a copy/copies of the United States

Trustee's Objection to the Debtors' Motion for an Order Authorizing the Debtors To (a) Grant

Awards Pursuant to the Nortel Networks, Inc. Incentive Plan, and (b) Enter Into Certain Special

Incentive Payment Agreements via facsimile to the following persons:

James L. Bromley, Esquire
Luke A. Barefoot, Esquire
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mark D. Collins, Esquire
Christopher M. Samis, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Fax (302) 651-7701

Derek C. Abbott, Esquire
Eric D. Schwartz, Esquire
Ann C. Cordo, Esquire
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Fax (302) 658-3989

Fred S. Hodara, Esquire
AKIN GUMP STRAUSS HAUER &
FELD, LLP
One Bryant Park
New York, NY 10036
Fax (212) 872-1002

   /s/ Mark S. Kenney
Mark S. Kenney