IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 9067, 9069, 9073, 9083-9089, 9093, 9094, 9121, 9122, 9124, 9131, 9144, 9148-9151, 9158-9161, 9167 & 9170** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2012, I caused to be served personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

1. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
28th day of December, 2012

/s/ Notary Public
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

# United States Bankruptcy Court

District of Delaware

In re: **Nortel Networks, Inc.**　　　　　　　　　　Case No.: 09-10138

　　　　　　　　　　　　　　　　　　　　　　　　　Court ID (Court use only)_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Hain Capital Holdings, LLC**　　　　　　　　　**Teksystems, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Record Address of Transferor
should be sent　　　　　　　　　　　　　　　　(Court Use Only)
**Hain Capital Holdings, LLC**
**301 Route 17, 7th Floor**
**Rutherford, NJ  07070**
**Attn: Amanda Rapoport**
Phone: **(201) 896 - 6100**
Last Four Digits of Acct #:_____　　　　Last Four Digits of Acct. #:_____

Name and Address where transferee payments　　Name and Current Address of Transferor
should be sent (if different from above)

　　　　　　　　　　　　　　　　　　　　　　**Teksystems, Inc**
　　　　　　　　　　　　　　　　　　　　　　**7437 Race Road**
　　　　　　　　　　　　　　　　　　　　　　**Hanover, MD 21076**

Court Claim # (if known):　4612
Claim Amount:　　　　　　$1,470,680.06
Date Claim Filed:　　　　　9/29/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amanda Rapoport　　　　　　　　　　Date: 12/6/2012
　　　Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Teksystems Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Holdings, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$1,470,680.06** associated with proof of claim number **4612** against Nortel Networks, Inc. (the "Debtor"), Chapter 11 Case No. 09-10138 United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 27 day of November, 2012.

TEKSYSTEMS, INC.

By: _____
Name: DERREK HESTER
Title: REGIONAL CONTROLLER

HAIN CAPITAL HOLDINGS, LLC
By Koltai & Company Advisors, LLC

By: _____
Name: Robert Koltai
Title: Manager

**EXHIBIT B**

```
TIME: 16:02:03                                    NORTEL NETWORKS INC.                                                              PAGE:    1
DATE: 12/21/12                                       CREDITOR LISTING
```

| Name | Address |
|---|---|
| ADEPTRON TECHNOLOGIES CORPORATION | 1402 STARTOP ROAD OTTAWA ON K1B 4V7 CANADA |
| BEAN, JACINTHA | 4024-336 S. ROXBORO STREET DURHAM NC 27713 |
| BLATTER, KEVIN | 1863 RENEE WAY CONCORD CA 94521 |
| CLEMONS, THOMAS S. | 3808 WALWORTH ROAD MARION NY 14505 |
| COLON, MARIA | 2958 FAVERSHAM PL RALEIGH NC 27604 |
| COOPER, CHARLES | 5064 NE BELLVILLE RD PINETTA FL 32350 |
| EQUITY TRUST COMPANY CUSTODIAN FBO | TRANSFEROR: LAFRENIERE, SYLVIE 109806 & 109595 IRAS C/O FAIR HARBOR CAPITAL, LLC, PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: CLEMONS, THOMAS S. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: HAMOUDA, JOSEPH ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MARKETSOURCE, INC. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MEGASON, SAMUEL T. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TEKSYSTEMS, INC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAMOUDA, JOSEPH | 10636 E ACACIA DR SCOTTSDALE AZ 85255 |
| HEALD JR., RICHARD D. | 109 CLYDESDALE CT. CARY NC 27513 |
| INNOVATIONAL IP SOLUTIONS, LLC | DAVE DEUTSCHMAN 19328 89TH AVE NE BOTHELL WA 98011 |
| KAMER, BRADLEY S. | 3051 EASY GOER LN GREENBRIER TN 37073 |
| LAFRENIERE, SYLVIE | 3517 HARLINGTON LN RICHARDSON TX 75082 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BEAN, JACINTHA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: BLATTER, KEVIN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: COLON, MARIA ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: COOPER, CHARLES ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HEALD JR., RICHARD D. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: KAMER, BRADLEY S. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MARKETSOURCE, INC. | 950 17TH ST STE 2400 DENVER CO 80202-2822 |
| MARKETSOURCE, INC. | TEK SYSTEMS, INC ATTN: MATT HUDSON 7437 RACE RD HANOVER MD 21076 |
| MEGASON, SAMUEL T. | 1422 SALT CREEK ROAD SPRINGTOWN TX 76082 |
| MINI CIRCUITS INC | P O BOX 350166 BROOKLYN NY 11235-0003 |
| MINI-CIRCUITS | PO BOX 350165 BROOKLYN NY 11235-0003 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO SEGREGATED PORTFOLIO & WATERSTONE CAPITAL MANAGEMENT, L.P. PLYMOUTH MN 55447 |
| SONAR CREDIT PARTNERS II, LLC | TRANSFEROR: WIMAX COM BROADBAND SOLUTION 200 BUSINESS PARK DRIVE, SUITE 201 ARMONK NY 10504 |
| SS8 NETWORKS | SS8 NETWORKS INC 750 TASMAN DRIVE MILPITAS CA 95035 |
| SS8 NETWORKS INC | 750 TASMAN DRIVE MILPITAS CA 95035 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: INNOVATIONAL IP SOLUTIONS, L 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: MINI CIRCUITS INC 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: MINI-CIRCUITS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: SS8 NETWORKS 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: SS8 NETWORKS INC 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: WJF TELECOM LLC 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TEKSYSTEMS, INC | ATTN: MATT HUDSON 7437 RACE ROAD HANOVER MD 21076 |
| TEKSYSTEMS, INC | LATHROP & GAGE LLP ATTN: STEPHEN K. DEXTER U.S. BANK TOWER 950 SEVENTEENTH STREET, SUITE 2400 DENVER CO 80202 |
| TRC MASTER FUND LLC | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO MASTER FUND, LTD. C/O TERREL ROSS 336 ATLANTIC AVENUE SUITE 302 EAST ROCKAWAY NY 11518 |
| WATERSTONE DISTRESSED OPPORTUNITIES | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO MASTER FUND, LTD. C/O WATERSTONE CAPITAL MANAGEMENT LP, 2 CARLSON PARKWAY, STE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO & WATERSTONE CAPITAL MANAGEMENT, LP ATTN: CHRIS PARKS, 2 CARLSON PKWY, #260 PLYMOUTH MN 55447 |
| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO & WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260 PLYMOUTH MN 55447 |
| WATERSTONE OFFSHORE AD FUND, LTD. | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE OFFSHORE ER FUND, LTD. | TRANSFEROR: WELLS FARGO BANK AS SUCCESSO C/O WATERSTONE CAPITAL MANAGEMENT LP 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WELLS FARGO BANK AS SUCCESSOR BY MERGER | ALSTON & BIRD LLP C/O JASON H. WATSON 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WIMAX COM BROADBAND SOLUTIONS INC | PO BOX 29107 AUSTIN TX 78755 |
| WJF TELECOM LLC | 9410 DESOTO AVE # E CHATSWORTH CA 91311 |

```
Total Number of Records Printed       49                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```