# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Nortel Networks Inc., *et al.*,[1] <br><br>               Debtors. | Chapter 11 <br><br> Case No. 09-10138 (KG) <br><br> Jointly Administered <br><br> Re: D.I. 9239 |
| Nortel Networks Inc., *et al.* v. Perot Systems Corporation | Adv. Proc. No. 10-55934 <br><br> Re: D.I. 31 |
| Nortel Networks Inc. v. McCann-Erickson Worldwide, Inc. | Adv. Proc. No. 10-55937 <br><br> Re: D.I. 143 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 7, 2013, a copy of the **Notice Of Agenda Of Matters Scheduled For Hearing On January 9, 2013 At 10:00 a.m. (Eastern Time)** was served in the manner indicated upon the individuals identified below and on the attached service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://dm.epiq11.com/nortel.

| **Via Fax** | **Via Overnight Mail** |
|---|---|
| Laurie Selber Silverstein | Global Broadcast News |
| Jeremy Ryan | Attn: Anuj Garg |
| Potter Anderson & Corroon LLP | Express Trade Tower, Plot No 15-16 |
| 1313 N. Market St. | Sector 16A |
| Hercules Plaza | Firm City |
| 6th Floor | Noida, Utlar Pradesh 201 301 |
| Wilmington, DE 19801 | India |
| Fax: 302-658-1192 | |

Dated: January 7, 2013     CLEARY GOTTLIEB STEEN & HAMILTON LLP
Wilmington, DE

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

- and -

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　*/s/ Tamara K. Minott*
Eric D. Schwartz (No. 3134)
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
Tamara K. Minott (No. 5643)
1201 North Market Street, 18th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4663

*Counsel for the Debtors and Debtors in Possession*

6145770.5