UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :      Chapter 11 Case No.
                                                               :
NORTEL NETWORKS, INC.                                          :      09-10138 (KG)
                                                               :
                            Debtor.                            :
---------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Drawbridge Special Opportunities Fund Ltd. | Drawbridge Special Opportunities Fund LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Drawbridge Special Opportunities Fund Ltd.
c/o Fortress Investment Group LLC
1345 Avenue of the Americas, 23rd Floor
New York, New York 10105
Attn : Roy Castromonte
Email : dbsoloanops@fortress.com

Court Claim # (if known): 5636
Amount of Claim as Filed: $2,250,232.04
Amount of Claim as held by Transferor: $1,687,674.03
Amount of Claim to be Transferred: $361,947.60, or 21.446534909% of the Amount of Claim as held by Transferor

Name and Address where transferee payments should be sent (if different from above): N/A

Name and Address of Transferor:
Drawbridge Special Opportunities Fund LP
c/o Fortress Investment Group LLC
1345 Avenue of the Americas, 23rd Floor
New York, New York 10105
Attn : Roy Castromonte
Email : dbsoloanops@fortress.com

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD.**

By: _____/s/_____  Date: January 1, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## Exhibit A

Evidence of Transfer of Claim

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**Drawbridge Special Opportunities Fund LP,** its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated October 1, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **Drawbridge Special Opportunities Fund Ltd.**, its successors and assigns (collectively, "Assignee") a portion of its interest in proof of claim number 5636 (the "Claim"), in the general unsecured amount of $361,947.60.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative this 1st day of October 2012.

**Drawbridge Special Opportunities Fund LP**

By: Drawbridge Special Opportunities GP LLC, its general partner

By: _____
Name: Glenn P. Cummins
Title: Treasurer

**Drawbridge Special Opportunities Fund Ltd.**

By: _____
Name: Glenn P. Cummins
Title: Authorized Signatory

Exhibit B

Proof of Claim

# PROOF OF CLAIM

**United States Bankruptcy Court for the District of Delaware**
Nortel Networks Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5075
New York, NY 10150-5075

| In Re: | Chapter 11 |
|---|---|
| Nortel Networks Inc., et al. | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| Nortel Networks Inc. | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Wistron InfoComm Technology (America) Corporation
P.O. Box 370307 El Paso, TX 79937

Telephone number: 886-2-6612-2069    Email Address: monica_huang@wistron.com

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____
(If known)

Filed on: 9/28/09

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **US$2,250,232.04**

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

2. **Basis for Claim:** Goods sold for VoIP Phone
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 4430
   3a. Debtor may have scheduled account as: ____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: ____
   Value of Property: $ ____    Annual Interest Rate ____ %
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ ____    Basis for perfection: ____
   Amount of Secured Claim: $ ____    Amount Unsecured: $ ____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

   Amount entitled to priority:
   $ ____

6. **Credits:** The amount of all payments on this claim...

7. **Documents:** Attach redacted copies of any documents, orders, invoices, itemized statements of running account... may also attach a summary. Attach redacted copies... You may also attach a summary. (See definition of...)
   **DO NOT SEND ORIGINAL DOCUMENTS.** ATTACHMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

Filed: USBC - District of Delaware
Nortel Networks Inc., Et Al.
09-10138 (KG)    0000005636

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. William Liang/General Manager |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**ORIGINAL**

| Billing To | Invoice Date | Invoice No. | P/O No | PO issued by | Shipped date | Curr. | Invoice Amount | Due on |
|---|---|---|---|---|---|---|---|---|
| Nortel Networks Limited | 2008/12/5 | 8300427436 | TD0000091106 | Nortel Networks Inc. | 2008/12/5 | USD | $66,967.68 | 2009/2/3 |
| Nortel Networks Limited | 2008/12/8 | 8203361650 | TD0000091541 | Nortel Networks Inc. | 2008/12/8 | USD | $9,050.88 | 2009/2/7 |
| Nortel Networks Limited | 2008/12/9 | 8300428216 | TD0000091106 | Nortel Networks Inc. | 2008/12/9 | USD | $66,967.68 | 2009/2/7 |
| Nortel Networks Limited | 2008/12/10 | 8300429137 | TD0000091106 | Nortel Networks Inc. | 2008/12/10 | USD | $66,967.68 | 2009/2/8 |
| Nortel Networks Limited | 2008/12/11 | 8300429956 | TD0000091106 | Nortel Networks Inc. | 2008/12/11 | USD | $66,967.68 | 2009/2/9 |
| Nortel Networks Limited | 2008/12/11 | 8203366486 | TD0000091570 | Nortel Networks Inc. | 2008/12/11 | USD | $112,404.64 | 2009/1/10 |
| Nortel Networks Limited | 2008/12/12 | 8203368503 | TD0000091581 | Nortel Networks Inc. | 2008/12/12 | USD | $193,456.22 | 2009/1/11 |
| Nortel Networks Limited | 2008/12/12 | 8300430748 | TD0000091106 | Nortel Networks Inc. | 2008/12/12 | USD | $66,967.68 | 2009/2/10 |
| Nortel Networks Limited | 2008/12/15 | 8203369941 | TD0000091583 | Nortel Networks Inc. | 2008/12/15 | USD | $370,417.71 | 2009/1/14 |
| Nortel Networks Limited | 2008/12/15 | 8300431394 | TD0000091106 | Nortel Networks Inc. | 2008/12/15 | USD | $50,225.76 | 2009/2/13 |
| Nortel Networks Limited | 2008/12/16 | 8200370665 | TD0000091585 | Nortel Networks Inc. | 2008/12/16 | USD | $360,453.40 | 2009/1/15 |
| Nortel Networks Limited | 2008/12/16 | 8300433584 | TD0000091566 | Nortel Networks Inc. | 2008/12/16 | USD | $2,943.15 | 2009/2/14 |
| Nortel Networks Limited | 2008/12/16 | 8300432218 | TD0000091106 | Nortel Networks Inc. | 2008/12/16 | USD | $66,967.68 | 2009/2/14 |
| Nortel Networks Limited | 2008/12/17 | 8300433583 | TD0000091106 | Nortel Networks Inc. | 2008/12/17 | USD | $66,967.68 | 2009/2/15 |
| Nortel Networks Limited | 2008/12/18 | 8300434664 | TD0000091106 | Nortel Networks Inc. | 2008/12/18 | USD | $66,967.68 | 2009/2/16 |
| Nortel Networks Limited | 2008/12/19 | 8200376637 | TD0000091594 | Nortel Networks Inc. | 2008/12/19 | USD | $138,505.92 | 2009/1/18 |
| Nortel Networks Limited | 2008/12/19 | 8300435629 | TD0000091106 | Nortel Networks Inc. | 2008/12/19 | USD | $83,709.60 | 2009/2/17 |
| Nortel Networks Limited | 2008/12/22 | 8200377534 | TD0000091600 | Nortel Networks Inc. | 2008/12/22 | USD | $209,162.20 | 2009/1/21 |
| Nortel Networks Limited | 2008/12/22 | 8300436465 | TD0000091106 | Nortel Networks Inc. | 2008/12/22 | USD | $83,709.60 | 2009/2/20 |
| Nortel Networks Limited | 2008/12/23 | 8300437126 | TD0000091106 | Nortel Networks Inc. | 2008/12/23 | USD | $16,741.92 | 2009/2/21 |
| Nortel Networks Limited | 2008/12/23 | 8300436472 | TD0000091106 | Nortel Networks Inc. | 2008/12/23 | USD | $83,709.60 | 2009/2/21 |
| | | | | | | total | $2,250,232.04 | |

Remark

*Wistron InfoComm Technology (America) Corporation is informed and believes that the responsible debtor entity for the remarked debts is Nortel Networks Inc. because, according to the books and records, Nortel Networks Inc. is the entity requested the services/ goods and issued the purchase orders*

```
From:   Origin ID: CIBA  (310) 552-5074         Ship Date: 29SEP09
Michael J. Heyman                                ActWgt: 5.0 LB
K&L Gates                                        CAD: 8488832/INET9090
10100 Santa Monica Boulevard                     Account#: S *********
Seventh Floor
Los Angeles, CA 90067                            Delivery Address Bar Code

SHIP TO:  (310) 552-5000    BILL SENDER          Ref #    1156441.00016 MJH   RECEIVED
co Epiq Bankruptcy Solutions, LLC                Invoice #
Nortel Networks Inc. Claims Process              PO #
757 3RD AVE FRNT 3                               Dept #
                                                                              SEP 3 0 2009
NEW YORK, NY 10017
                                                                     WED - 30SEP         A1
                                                 TRK#  7979 7344 3186    STANDARD OVERNIGHT
                                                 0201

                                                                              10017
                                                         XA OGSA             NY-US
                                                                              EWR
```

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html                                        9/29/2009