UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                            :      Chapter 11 Case No.
                                                  :
NORTEL NETWORKS, INC.                             :      09-10138 (KG)
                                                  :
                          Debtor.                 :
---------------------------------------------------------------X

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Drawbridge Special Opportunities Fund Ltd. | Drawbridge Special Opportunities Fund LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Drawbridge Special Opportunities Fund Ltd.
    c/o Fortress Investment Group LLC
    1345 Avenue of the Americas, 23rd Floor
    New York, New York 10105
    Attn : Roy Castromonte
    Email : dbsoloanops@fortress.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 5638
Amount of Claim as Filed: $2,578,899.38
Amount of Claim as held by Transferor: $1,934,174.54
Amount of Claim to be Transferred: $348,213.31, or 18.0031999594% of the Amount of Claim as held by Transferor

Name and Address of Transferor:
    Drawbridge Special Opportunities Fund LP
    c/o Fortress Investment Group LLC
    1345 Avenue of the Americas, 23rd Floor
    New York, New York 10105
    Attn : Roy Castromonte
    Email : dbsoloanops@fortress.com

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD.

By: _____     Date: January 1, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**Drawbridge Special Opportunities Fund LP**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated October 1, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to **Drawbridge Special Opportunities Fund Ltd.**, its successors and assigns (collectively, "Assignee") a portion of its interest in proof of claim number 5638 (the "Claim"), in the 503(b)(9) administrative priority amount of $348,213.31.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative this 1st day of October 2012.

**Drawbridge Special Opportunities Fund LP**

By: Drawbridge Special Opportunities GP LLC, its general partner

By: _____
Name: Glenn P. Cummins
Title: Treasurer

**Drawbridge Special Opportunities Fund Ltd.**

By: _____
Name:
Title: Glenn P. Cummins
Authorized Signatory