# EXHIBIT A

**Nortel Networks, Inc, et al.**
**(Case No. 09-10138 (KG))**

**CHILMARK PARTNERS, LLC**
**November 1, 2012 - November 30, 2012**

<u>**Summary of Services Rendered by Project**</u>

| Project Code | Nature of Services | November 2012 Hours |
|---|---|---|
| 1 | Asset Analysis and Recovery | 5.0 |
| 2 | Business Operations / General Corporate / Real Estate | 2.0 |
| 3 | Projections/Business Plan/Corporate wind-down | - |
| 4 | Analysis of Historical Results | - |
| 5 | Meetings with Debtor's Counsel | 2.0 |
| 6 | Committee Matters and Creditor Meetings | 5.0 |
| 7 | Claims Administration and Analysis | 8.0 |
| 8 | Intercompany Transactions/Balances | - |
| 9 | Intellectual Property | - |
| 10 | Employee Benefits / Pension | - |
| 11 | Fee Applications Preparation | - |
| 12 | Tax Issues | - |
| 13 | Hearings | - |
| 14 | Litigation / Adversary Proceedings | 171.0 |
| 15 | Travel | - |
| 16 | Plan of Reorganization / Disclosure Statement | - |
| | **TOTAL** | 193.0 |

<u>**Summary of Services Rendered by Professional**</u>

| Name | November 2012 Hours |
|---|---|
| Matthew Rosenberg, Member | 42.0 |
| Michael Kennedy, Member | 88.0 |
| Aaron Taylor, Vice President | 63.0 |
| Paul Huettner, Analyst | - |
| Jamie Ellis, Analyst | - |
| **TOTAL** | 193.0 |

**Nortel Networks, Inc**
November 1, 2012 - November 30, 2012 Time Detail
Chilmark Partners, LLC
Matthew Rosenberg, Member

| Date | Description of Work | November 2012 Hours | Code |
|------|---------------------|---------------------|------|
| 11/2/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/3/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 11/5/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/6/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/7/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 11/8/2012 | Analysis and discussion re claims, mediation, allocation and case management | 4.0 | 14 |
| 11/9/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/10/2012 | Analysis and discussion re claims, mediation, allocation and case management | 4.0 | 14 |
| 11/11/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 11/12/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/13/2012 | Analysis and discussion re claims, mediation, allocation and case management | 1.0 | 14 |
| 11/17/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/20/2012 | Analysis and discussion re claims, mediation, allocation and case management | 1.0 | 14 |
| 11/23/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |
| 11/24/2012 | Analysis and discussion re claims, mediation, allocation and case management | 3.0 | 14 |
| 11/28/2012 | Analysis and discussion re claims, mediation, allocation and case management | 4.0 | 14 |
| 11/30/2012 | Analysis and discussion re claims, mediation, allocation and case management | 2.0 | 14 |

**November 2012 Total**                                                          **42.0**

**Nortel Networks, Inc**
November 1, 2012 - November 30, 2012 Time Detail
Chilmark Partners, LLC
Michael Kennedy, Member

| Date | Description of Work | November 2012 Hours | Code |
|------|---------------------|---------------------|------|
| 11/2/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 11/2/2012 | Review Nortel cash forecast | 1.0 | 1 |
| 11/5/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/5/2012 | Call w/ management re: claims | 1.0 | 7 |
| 11/6/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 11/6/2012 | Review Nortel management report on cash and expenses | 1.0 | 2 |
| 11/7/2012 | Calls with Capstone | 2.0 | 6 |
| 11/7/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 11/8/2012 | Prepare, review and discuss material re allocation & mediation | 6.0 | 14 |
| 11/8/2012 | Calls/ with Cleary and other legal advisors re: mediation | 2.0 | 14 |
| 11/9/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/9/2012 | Analysis and review of Debtor claim estimates | 2.0 | 7 |
| 11/12/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 11/12/2012 | Review material on claims from management | 1.0 | 7 |
| 11/12/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 11/13/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 11/13/2012 | Review and discuss Mexico issues with management | 2.0 | 7 |
| 11/13/2012 | Communications w/ management re: claims | 1.0 | 7 |
| 11/14/2012 | Calls with Capstone | 2.0 | 6 |
| 11/14/2012 | Calls/ with Cleary and other legal advisors re: mediation | 1.0 | 14 |
| 11/14/2012 | Review cash flash report | 1.0 | 1 |
| 11/19/2012 | Calls with Capstone | 1.0 | 6 |
| 11/20/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/21/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/21/2012 | Communications w/ management re: claims | 1.0 | 7 |
| 11/22/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/26/2012 | Call w/ Nortel Management re: cash and expenses | 1.0 | 2 |
| 11/28/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| | **November 2012 Total** | **88.0** | |

**Nortel Networks, Inc**
November 1, 2012 - November 30, 2012 Time Detail
Chilmark Partners, LLC
<u>Aaron Taylor, Vice President</u>

| Date | Description of Work | November 2012 Hours | Code |
|------|---------------------|---------------------|------|
| 11/1/2012 | Prepare, review and discuss material re allocation & mediation | 4.0 | 14 |
| 11/1/2012 | Review Cash Forecast | 1.0 | 1 |
| 11/2/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 11/5/2012 | Prepare, review and discuss material re allocation & mediation | 5.0 | 14 |
| 11/7/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 11/8/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/9/2012 | Prepare, review and discuss material re allocation & mediation | 7.0 | 14 |
| 11/9/2012 | Review Cash Forecast | 1.0 | 1 |
| 11/12/2012 | Prepare, review and discuss material re allocation & mediation | 8.0 | 14 |
| 11/12/2012 | Conference call with Cleary & US Debtor advisors | 1.0 | 5 |
| 11/13/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 11/13/2012 | Review Cash Summary | 1.0 | 1 |
| 11/15/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 11/16/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 11/19/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 11/26/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |
| 11/27/2012 | Prepare, review and discuss material re allocation & mediation | 2.0 | 14 |
| 11/29/2012 | Prepare, review and discuss material re allocation & mediation | 1.0 | 14 |
| 11/30/2012 | Prepare, review and discuss material re allocation & mediation | 3.0 | 14 |

**November 2012 Total**                                                          **63.0**