# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------X
                                                                 :
                                                                 :   Chapter 11
In re                                                            :
                                                                 :
Nortel Networks Inc., et al.,[1]                                 :   Bankr. Case No. 09-10138 (KG)
                                                                 :
                    Debtors.                                     :
                                                                 :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------X   Re: D.I. 9246
Nortel Networks Inc.,                                            :
                                                                 :
                                                                 :
                    Plaintiff,                                   :
v.                                                               :
                                                                 :
Perot Systems Corporation,                                       :   Adv. Proc. No. 10-55934 (KG)
                                                                 :
                    Defendant.                                   :   Re: D.I. 33
-----------------------------------------------------------------X
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 8, 2013, a copy of the **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Perot Systems Corporation** was served in the manner indicated on the persons below and on the attached service list.

### Via Hand Delivery

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

Dated: January 8, 2013
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Donna L. Culver (No. 2983)
Derek C. Abbott (No. 3376)

---

[1] In addition to Nortel Networks Inc. and Nortel Networks (CALA) Inc., the Debtors in the Chapter 11 cases are: Nortel Networks Capital Corporation, Nortel Altsystems Inc., Nortel Altsystems International Inc., Xros, Inc., Sonoma Systems, Qtera Corporation, CoreTek, Inc., Nortel Networks Applications Management Solutions Inc., Nortel Networks Optical Components Inc., Nortel Networks HPOCS Inc., Architel Systems (U.S.) Corporation, Nortel Networks International Inc., Northern Telecom International Inc., and Nortel Networks Cable Solutions Inc. Additional information regarding the Debtors can be found in their respective Chapter 11 petitions, which are available at http://epiq11.com/nortel.

Tamara K. Minott (No. 5643)
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Counsel for the Debtors and Debtors in Possession