IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>Hearing Date: January 9, 2013 at 10:00 a.m.<br>Objection Deadline: January 2, 2013 at 4:00 p.m.<br><br>Re: Docket No. 9168 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK,
IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR LEAVE TO
AMEND PROOF OF CLAIM**

The undersigned hereby certifies as follows:

1. On December 20, 2012, the undersigned, as counsel for Law Debenture Trust Company of New York ("Law Debenture"), solely in its capacity as successor indenture trustee, filed the *Motion of Law Debenture Trust Company of New York, in its Capacity as Indenture Trustee, for Leave to Amend Proof of Claim* (the "Motion") [Docket No. 9168] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. According to the Notice attached to the Motion, the objection deadline was set as January 2, 2013 at 4:00 p.m. (the "Objection Deadline"), with the hearing scheduled for January 9, 2013 10:00 a.m.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Alteon WebSystems, Inc. (9769), Alteon WebSystems International, Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286) and Nortel Networks Cable Solutions Inc. (0567).

6054355/1

4. Counsel for Law Debenture received an informal response from the Debtors, and no party has filed an objection with the Court.

5. Counsel for Law Debenture and counsel for the Debtors have agreed upon a revised form of order ("Proposed Order"), attached hereto as Exhibit A, that resolves the Debtors' informal response. For the Court's convenience, a redline version of the Proposed Order is attached hereto as Exhibit B.

6. The undersigned counsel is available should the Court have any concerns with respect to the foregoing, and respectfully requests that the Court enter the annexed Proposed Order at the Court's earliest convenience.

Dated: January 8, 2013

MORRIS JAMES LLP

By: Stephen M. Miller (DE Bar No. 2610)
Courtney R. Hamilton (DE Bar No. 5432)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

– and –

PATTERSON BELKNAP WEBB & TYLER LLP
Daniel A. Lowenthal
Brian P. Guiney
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Counsel for Law Debenture Trust Company of New York*

6054355/1