## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        )    Chapter 11
                                              )
Nortel Networks Inc., et al.,                 )    Case No. 09-10138 (KG)
                                              )
            Debtors.                          )    Jointly Administered
-------------------------------------------- x

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE        :
                         :  SS:
NEW CASTLE COUNTY        :

    I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on January 8, 2013, I caused to be served:

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING
MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK,
IN ITS CAPACITY AS INDENTURE TRUSTEE, FOR LEAVE TO
AMEND PROOF OF CLAIM**

    Service was completed upon the parties on the attached service list as indicated thereon.

Dated: January 8, 2013

                                         _____
                                         William W. Weller

        SWORN AND SUBSCRIBED before me this 8th day of January, 2013.

                                    _____
                                    Notary
                                    My Commission Expires: 07/18/13

JESSICA KATHRYN FARENSKI
MY COMMISSION
EXPIRES
JULY 18, 2013
NOTARY PUBLIC
STATE OF DELAWARE

## SERVICE LIST:

### VIA HAND DELIVERY

Derek C. Abbott, Esq.
Eric D. Swartz, Esq.
Ann C. Cordo, Esq.
Chad A. Fights, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel for the Debtors and
Debtors-in-Possession]

Mark Kenney, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Mark D. Collins, Esq.
Christopher M. Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
[Counsel to the Official Committee
of Unsecured Creditors]

William F. Taylor, Jr., Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
[Counsel to the Official Committee of Retirees]

Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Jonathan M. Stemerman, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
[Counsel to the Official Committee of Long-
Term Disability Participants]

### VIA FIRST CLASS MAIL & FACSIMILE

James L. Bromley, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
[Counsel for the Debtors and
Debtors-in-Possession]

Fred S. Hodara, Esq.
Stephen Kuhn, Esq.
Kenneth Davis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Fax: (212) 872-1002
[Counsel to the Official Committee
of Unsecured Creditors]

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, NY 10119
Fax: (212) 967-4258
[Counsel to the Official Committee of Retirees]