**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
:
In re                                                              :      Chapter 11
                                                                       :
Nortel Networks Inc., *et al.*,[1]                      :      Case No. 09-10138 (KG)
                                                                       :
        Debtors.                                               :      Jointly Administered
------------------------------------------------------------X

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 9, 2013 AT 10:00 A.M. (EASTERN TIME)

**AT THE REQUEST OF THE PARTIES AND BY THE APPROVAL OF THE COURT, THE HEARING SCHEDULED FOR JANUARY 9, 2013 AT 10:00 A.M. (EASTERN TIME) HAS BEEN CANCELLED.**

By permission of chambers, any party wishing to participate telephonically must make arrangements through CourtCall **at least one hour prior to the hearing**. CourtCall has been made aware of this extended deadline. CourtCall will not accept reservations after the extended deadline has passed without permission of chambers. Please do not contact chambers prior to the expiration of the extended deadline.

**ADJOURNED MATTER**

1. Debtors' Motion for Entry of an Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks Inc. Incentive Plan; and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9163, Filed 12/19/12).

    Objection Deadline: January 2, 2013 at 4:00 p.m. (ET). Extended to January 4, 2013 at 4:00 p.m. (ET) for the United States Trustee.

    Responses Received:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Contact information for the Debtors and their petitions are available at http://dm.epiq11.com/nortel.

[2] **Amended items appear in bold.**

(a) United States Trustee's Objection to Debtors' Motion for Order Authorizing Debtors to (A) Grant Awards Pursuant to the Nortel Networks, Inc. Incentive Plan, and (B) Enter into Certain Special Incentive Payment Agreements (D.I. 9236, Filed 1/4/13).

Related Pleadings: None.

Status: The hearing on this matter has been adjourned to the hearing scheduled for January 23, 2013 at 11:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

*Nortel Networks Inc. v. Perot Systems Corporation, Adv. Proc. Case No. 10-55934*

2. U.S. Debtors' Motion Pursuant to Bankruptcy Rule 9019 For Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Perot Systems Corporation (Main Case D.I. 9039, Adv. Proc. Case D.I. 29, Filed 11/30/12).

   Objection Deadline: December 27, 2012 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   (a) Notice of Cancelled Hearing Date (D.I. 9063, Filed 12/5/12);

   (b) Certificate of No Objection Regarding U.S. Debtors' Motion Pursuant to Bankruptcy Rule 9019 For Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Perot Systems Corporation (Main Case D.I. 9223, Adv. Proc. Case D.I. 30, Filed 12/31/12); and

   (c) **Order Approving the Stipulation of Settlement of Avoidance Claims by and Between Nortel Networks Inc. and Perot Systems Corporation (Main Case D.I. 9246, Adv. Proc. Case D.I. 33, Entered 1/8/13).**

   Status: **An order has been entered regarding this matter.**

*Nortel Networks Inc. v. McCann-Erickson Worldwide, Inc., Adv. Proc. Case No. 10-55937*

3. Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network,

Inc., Time Inc., and Turner Broadcasting Sales, Inc. (Main Case D.I. 9078, Adv. Proc. Case D.I. 139, Filed 12/11/12).

Objection Deadline: January 2, 2013 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

(a) Amended Notice of Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. (Main Case D.I. 9079, Adv. Proc. Case D.I. 140, Filed 12/11/12);

(b) Certificate of No Objection Regarding Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. (Main Case D.I. 9237, Adv. Proc. Case D.I. 142, Filed 1/4/13); and

(c) **Order Approving and Authorizing the Debtor to Enter into the Stipulation of Settlement of Avoidance Claims by and Between (1) Nortel Networks Inc. and Nortel Networks (CALA) Inc.; (2) McCann-Erickson Worldwide, Inc., McCann Relationship Marketing, Inc., and Wahlstrom Group LLC; and (3) Cable News Network, Inc., Time Inc., and Turner Broadcasting Sales, Inc. (Main Case D.I. 9245, Adv. Proc. Case D.I. 145, Entered 1/8/13).**

Status: **An order has been entered regarding this matter.**

**CONTESTED MATTER GOING FORWARD**

4. Motion of Law Debenture Trust Company of New York, in its Capacity as Indenture Trustee, for Leave to Amend Proof of Claim (D.I. 9168, Filed 12/20/12).

Objection Deadline: January 2, 2013 at 4:00 p.m. (ET). Extended to January 7, 2013 at 4:00 p.m. (ET) for the Debtors.

Responses Received: None.

Related Pleadings:

**(a)** Certification of Counsel Regarding Order Granting Motion of Law Debenture Trust Company of New York, in its Capacity as Indenture Trustee, for Leave to Amend Proof of Claim (D.I. 9250, Filed 1/8/13).

<u>Status</u>: **The parties have resolved this matter and Movant has submitted an agreed proposed form of order under Certification of Counsel.**

|  |  |
|---|---|
| Dated: January 8, 2013<br>Wilmington, DE | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>James L. Bromley (admitted *pro hac vice*)<br>Lisa M. Schweitzer (admitted *pro hac vice*)<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br><br>- and -<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Eric D. Schwartz (No. 3134)<br>Derek C. Abbott (No. 3376)<br>Ann C. Cordo (No. 4817)<br>Tamara K. Minott (No. 5643)<br>1201 North Market Street, 18th Floor<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4663<br><br>*Counsel for the Debtors and Debtors in Possession* |

6931057.1