UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 9168** |

### ORDER GRANTING LAW DEBENTURE TRUST COMPANY OF NEW YORK, IN ITS CAPACITY AS INDENTURE TRUSTEE, LEAVE TO AMEND PROOF OF CLAIM

Upon consideration of the Motion ("Motion") of Law Debenture Trust Company of New York ("Law Debenture"), solely in its capacity as successor indenture trustee (as described more fully in the Motion), for entry of an order granting Law Debenture leave to amend its proof of claim, timely filed on September 28, 2009, [POC Claim Number 3946]; and upon consideration of any and all objections and responses, if any, filed regarding the Motion, and it appearing that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and (iii) notice of the Motion and the hearing was sufficient under the circumstances; and upon the record herein; and after due deliberation, good and sufficient cause exists for the relief requested;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567), and Nortel Networks (CALA) Inc. (4226).

[NEWYORK 2670231_2]
5849436v.4

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, to the extent set forth in this Order and, for the avoidance of doubt, subject to the rights of the Debtors set forth below.

2. Law Debenture may, but is not required to, amend the Original Claim[2] by filing the Amended Claim, which shall be substantially in the form attached to the Motion as Exhibit B. Such Amended Claim shall be filed with the Debtors' Court-appointed claims agent, with a copy sent via email to Debtors' counsel of record, no later five business days following entry of this Order.

3. Nothing contained in this Order shall constitute a finding or determination that the Original Claim or the Amended Claim, or any subpart of either, is an allowed claim. Subject to paragraph 5 of this Order, the rights of all parties as they exist under the Bankruptcy Code with respect to the Original Claim or the Amended Claim are preserved.

4. Entry of this Order is without prejudice to the right, if any, of Law Debenture to seek leave to further amend the Original Claim or the Amended Claim. The Debtors shall have the right to oppose any such motion.

5. Notwithstanding entry of this Order, the Debtors shall have the right to prosecute any objection to the Original Claim or the Amended Claim or any subpart of either. This reservation of rights is intended to and shall preserve all substantive and procedural rights of the Debtors existing as of the date of this Order as they relate to the Original Claim, the Amended Claim, and the Motion. The Debtors may assert any argument or objection in opposition to the Original Claim, the Amended Claim, and the Motion, and Law Debenture may oppose any such

---

[2] Initially capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

argument or objection, provided however, that Law Debenture may not oppose any such argument or objection on the basis that it was not made prior to the entry of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising out of or related to the implementation of this Order.

Dated: 1 9              , 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY COURT JUDGE

3

[NEWYORK 2670231_2]
5849436v.4