## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------X
:
In re                                                    :          Chapter 11
                                                         :
Nortel Networks Inc., et al.,[1]                         :          Case No. 09-10138 (KG)
                                                         :
              Debtors.                                   :          Jointly Administered
                                                         :
                                                         :
                                                         :          Re: D.I. 7685
                                                         :
--------------------------------------------------------X

## SECOND NOTICE OF SETTLEMENT OF CERTAIN POST-PETITION
## CLAIMS AGAINST THE DEBTORS IN AN AMOUNT EXCEEDING $250,000

          **WHEREAS**, on May 7, 2012, the Debtors filed a Motion for an Order
Authorizing and Approving Procedures to Resolve or Otherwise Settle Claims of Employees
Terminated Post-Petition (D.I. 7617) (the "Motion"); and

          **WHEREAS**, on May 24, 2012, the Court approved the Motion and entered an
Order (the "Order") Authorizing and Approving Procedures to Resolve or Otherwise Settle
Claims of Employees Terminated Post-Petition (D.I. 7685) permitting the Debtors, *inter alia*, to
settle on no or limited advance notice certain smaller claims of employees terminated post-
petition against the Debtors ("Limited Notice Claims Settlements").

          **PLEASE TAKE NOTICE** that, pursuant to paragraph 2(e) of the Order, the
Debtors hereby file their Second notice of proposed settlement(s) under the Order with respect to
claim(s) proposed to be allowed in an amount exceeding $250,000.  Such claim(s) are listed on
Exhibit A hereto.

          **PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the
settlement(s) listed in Exhibit A must file a response or objection ("Objection") if any, to the
this notice with the Clerk of the United States Bankruptcy Court for the District of Delaware,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are:
Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel
Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek,
Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components
Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks
International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and
Nortel Networks (CALA) Inc. (4226).  Addresses for the Debtors can be found in the Debtors' petitions, which are
available at http://dm.epiq11.com/nortel.

824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the objection deadline of **January 31, 2013 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

       **PLEASE TAKE FUTHER NOTICE** that, if no Objection to the settlement(s) listed on Exhibit A hereto are received by the Objection Deadline, the Debtors are authorized to proceed immediately with the such settlement(s).

Dated:  January 11, 2013
       Wilmington, Delaware

       CLEARY GOTTLIEB STEEN & HAMILTON LLP

       James L. Bromley (admitted *pro hac vice*)
       Lisa M. Schweitzer (admitted *pro hac vice*)
       Neil P. Forrest (admitted *pro hac vice*)
       One Liberty Plaza
       New York, New York 10006
       Telephone:  (212) 225-2000
       Facsimile:  (212) 225-3999

       - and –

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Ann C. Cordo*
       Derek C. Abbott (No. 3376)
       Eric D. Schwartz (No. 3134)
       Ann C. Cordo (No. 4817)
       1201 North Market Street, 18th Floor
       P.O. Box 1347
       Wilmington, DE  19899-1347
       Telephone:  (302) 658-9200
       Facsimile:  (302) 425-4663

       *Counsel for the Debtors and Debtors in Possession*