EXHIBIT A

(i) **Proofs of Claim Settled From August 20, 2012 Through December 4, 2012[1]**

| Employee Name | Claim Number | Claimed Unsecured | Claimed Priority | Claimed Administrative | Claimed Total | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor |
|---|---|---|---|---|---|---|---|---|---|---|
| Peters, Scott C. | 2191 | $811,660.00 | $14,100.00 | $0.00 | $825,760.00 | $319,676.63 | $1,670.89 | $0.00 | $321,347.52 | Nortel Networks Inc. |

---

[1] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.