EXHIBIT A

**(i)      Proofs of Claim Settled From December 4, 2012 through January 4, 2013**[2]

| Employee Name | Claim Number | Allowed Unsecured | Allowed Priority | Allowed Administrative | Allowed Total | Debtor Against Which Claim Is Allowed |
|---|---|---|---|---|---|---|
| CHOI, SEUNGCHUL | 3464 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| CHOI, SEUNGCHUL | 7939 | $343,084.26 | $0.00 | $0.00 | $343,084.26 | NORTEL NETWORKS INC. |
| HONG, CUONG D. | 8289 | $105,368.30 | $2,053.30 | $3,604.68 | $111,026.28 | NORTEL NETWORKS (CALA) INC. |
| JENKINS, FREDERIC, H. | 8256 | $97,309.35 | $1,506.86 | $9,811.30 | $108,627.51 | NORTEL NETWORKS INC. |
| JENKINS, FREDERIC H. | 7947 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| LANNOM, ANGELA | 7595 | $40,327.01 | $1,223.47 | $6,103.77 | $47,654.25 | NORTEL NETWORKS INC. |
| HEINRICH, CHRISTOPHER | 6778 | $3,211.46 | $822.28 | $1,621.72 | $5,655.46 | NORTEL NETWORKS INC. |
| HOGAN, ROBERT A. | 4338 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOGAN, ROBERT A. | 4381 | $0.00 | $0.00 | $0.00 | $0.00 | NORTEL NETWORKS INC. |
| HOGAN, ROBERT A. | 8350 | $91,485.91 | $1,862.62 | $517.40 | $93,865.93 | NORTEL NETWORKS INC. |

---

[2] Includes Proofs of Claim disallowed in full or withdrawn pursuant to the Limited Notice Claims' Settlements.