## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., *et al.*,<br><br>Debtors.. | Chapter 11<br><br>Case No.: 09-10138 (KG)<br><br>Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Paul S Payne, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XI LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim #3961, filed 9/23/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
PAYNE, PAUL S
4911 CHATHAM WALK
GAINESVILLE, GA 30504

NEW ADDRESS
Payne, Paul S
c/o United States Debt Recovery, XI, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

CREDITOR NAME
Print Name  PAul S. PAYNE    Title: _____

Signature: _____  Date: 11/15/2012