# EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through November 30, 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 17.4 | $16,393.00 |
| Fee and Employment Applications | 17.5 | $9,303.50 |
| Analysis of Canadian Law | 55.6 | $53,520.00 |
| Intercompany Analysis | 90.7 | $78,904.50 |
| Canadian CCAA Proceedings/Matters | 28.9 | $24,023.00 |
| Claims Administration and Objections | 4.2 | $4,095.00 |
| Litigation | 4.2 | $2,982.00 |
| Canadian Sec. 18.6 Proceedings/Matters | 8.9 | $5,274.50 |
| **TOTAL** | 227.4 | $194,495.50 |

**EXPENSE SUMMARY**

Nortel Networks, Inc., *et al.*
(Case No. 09-10138 (KG))

November 1, 2012 through November 30, 2012

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Research | Quicklaw / Westlaw | - |
| Duplicating/Printing | 879 pgs @ .10 per pg | $87.90 |
| Miscellaneous | Meeting Room Rental | $938.44 |
| Courier | | - |
| Taxi & Travel | | - |
| Meals | | - |
| Library Costs | | - |
| Court Searches | PACER | $37.90 |
| Word Processing | | - |
| Telephone | | - |
| **Grand Total Expenses** | | **$1,064.24** |

CASE ADMINISTRATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| DeMarinis | Tony | 14/11/2012 | review of accumulated court and mediation materials; | 2.5 | 2,437.50 | 11461797 |
| DeMarinis | Tony | 15/11/2012 | review and consideration of accumulated documentation in the proceedings; | 4.0 | 3,900.00 | 11465651 |
| DeMarinis | Tony | 16/11/2012 | reading accumulated monitor's reports and disclosure; | 1.5 | 1,462.50 | 11467294 |
| DeMarinis | Tony | 19/11/2012 | review of company financial information and disclosure; | 2.3 | 2,242.50 | 11468987 |
| DeMarinis | Tony | 28/11/2012 | compiling and reviewing materials in the cross-border proceedings; | 2.0 | 1,950.00 | 11488113 |
| DeMarinis | Tony | 24/11/2012 | organizing and reviewing accumulated court materials; | 2.8 | 2,730.00 | 11489578 |
| DeMarinis | Tony | 29/11/2012 | updated review of court proceedings and materials; | 1.5 | 1,462.50 | 11489586 |
| Ralph | Dianne | 14/11/2012 | Review of court docket (.1); retrieve Cleary and Fraser fee applications and email to S. Bomhof (.3) | 0.4 | 104.00 | 11468314 |
| Ralph | Dianne | 13/11/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11468355 |
| Ralph | Dianne | 27/11/2012 | Review of court docket (.1); provide update to attorneys (.1) | 0.2 | 52.00 | 11485765 |

CLAIMS ADMINISTRATION AND OBJECTIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| DeMarinis | Tony | 26/11/2012 | review of claims process materials, notices and orders; | 1.8 | 1,755.00 | 11482800 |
| DeMarinis | Tony | 27/11/2012 | review of claims issues and information; | 2.4 | 2,340.00 | 11483464 |

FEE AND EMPLOYMENT APPLICATIONS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Gray | William | 06/11/2012 | Review quarterly fee application | 0.7 | 612.50 | 11448656 |
| Gray | William | 05/11/2012 | Work on quarterly fee application | 1.7 | 1,487.50 | 11449643 |
| Gray | William | 08/11/2012 | Confer quarterly fee application | 0.3 | 262.50 | 11454535 |
| Gray | William | 09/11/2012 | Work on quarterly fee applications | 0.8 | 700.00 | 11457468 |
| Gray | William | 14/11/2012 | Work on fee application | 0.4 | 350.00 | 11461459 |
| Gray | William | 16/11/2012 | Work on monthly and quarterly fee application | 1.3 | 1,137.50 | 11467367 |
| Gray | William | 20/11/2012 | Review monthly and quarterly fee application | 1.0 | 875.00 | 11470109 |
| Gray | William | 21/11/2012 | Work on quarterly fee application | 0.7 | 612.50 | 11479366 |
| Gray | William | 27/11/2012 | confirm filing; Review dockets etc. | 0.3 | 262.50 | 11483516 |
| Bauer | Alison D. | 01/11/2012 | emails to and from local counsel (.1) Composed email to and from Ralph, Dianne and Bomhof, Scott: re fee app (.1) | 0.2 | 145.00 | 11443630 |
| Bauer | Alison D. | 05/11/2012 | attention to fee app deadlines | 0.1 | 72.50 | 11448385 |
| Bauer | Alison D. | 09/11/2012 | Composed email to William F. Gray (Torys), Dianne (Torys): Re: Reminder: Nortel Fifteenth Quarterly Fee Hearing | 0.1 | 72.50 | 11457282 |
| Bauer | Alison D. | 07/11/2012 | Composed email to internal team regarding Aug app objections, if any and emailed local counsel | 0.1 | 72.50 | 11460052 |
| Bauer | Alison D. | 14/11/2012 | Read email from Ralph, Dianne: FW: Nortel Daily Docket | 0.1 | 72.50 | 11463094 |
| Bauer | Alison D. | 19/11/2012 | follow up with Ralph and review of Bomhof mark up | 0.1 | 72.50 | 11468510 |
| Ralph | Dianne | 02/11/2012 | Email to A. Cordo regarding filing of September fee application (.1) | 0.1 | 26.00 | 11468326 |
| Ralph | Dianne | 14/11/2012 | Receipt and review of October time entries and expenses (.9); email to J. Wong regarding same (0.1); | 1.0 | 260.00 | 11468346 |
| Ralph | Dianne | 01/11/2012 | Review of emails from A. Bauer and S. Bomhof regarding the fee application (.2) | 0.2 | 52.00 | 11468368 |
| Ralph | Dianne | 21/11/2012 | Preparation of quarterly fee application (2.2); emails to J. Wong regarding same (.2); conference with W. Gray regarding quarterly fee application (.1); email to A. Cordo regarding filing of quarterly fee application (.1) | 2.6 | 676.00 | 11476817 |
| Ralph | Dianne | 27/11/2012 | Email to attorneys regarding comments and objections to September fee application and review of email from attorneys regarding same (.2); email to M. Maddox regarding same (.1) | 0.3 | 78.00 | 11485895 |
| Ralph | Dianne | 15/11/2012 | Review of October time entries and expenses and draft fee application (1.9); email to S. Bomhof regarding same (.1); email to J. Brentnall regarding September fee application (.1) | 2.1 | 546.00 | 11498579 |
| Ralph | Dianne | 19/11/2012 | Review of S. Bomhof revisions to time entries (.4); revisions to October fee application (.6); email to J. Wong regarding same (.1) | 1.1 | 286.00 | 11509657 |
| Ralph | Dianne | 19/11/2012 | Draft quarterly fee application for August, September and October | 0.5 | 130.00 | 11512077 |
| Ralph | Dianne | 20/11/2012 | Finalize October time entries and fee application (1.4); emails to J. Wong regarding fee application (.2); email to A. Cordo regarding finalized October fee application (0.1); | 1.7 | 442.00 | 11516617 |

LITIGATION

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | Andrew | 07/11/2012 | reviewing recent caselaw relevant to mediation issues; | 0.8 | 568.00 | 11452184 |
| Gray | Andrew | 11/11/2012 | reviewing mediation materials; | 0.5 | 355.00 | 11458655 |
| Gray | Andrew | 08/11/2012 | reviewing legal research and email note regarding same; | 0.8 | 568.00 | 11459416 |
| Gray | Andrew | 16/11/2012 | reviewing decision of Justice Morawetz (0.6); reviewing court material for upcoming Monitor's motion (0.3); | 0.9 | 639.00 | 11466561 |
| Gray | Andrew | 23/11/2012 | attendance at court for motion regarding lifting stay and securities regulatory matter; | 0.7 | 497.00 | 11481021 |
| Gray | Andrew | 22/11/2012 | reviewing motion record for Monitor's motion regarding securities regulatory matter; | 0.3 | 213.00 | 11491208 |
| Gray | Andrew | 30/11/2012 | reviewing securities regulatory materials; | 0.2 | 142.00 | 11491520 |

ANALYSIS OF CANADIAN LAW

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Bomhof | Scott A. | 01/11/2012 | research regarding Canadian legal issues regarding amendments to section 18.6 order; | 2.0 | 1,720.00 | 11439306 |
| Bomhof | Scott A. | 02/11/2012 | research regarding Canadian legal issues regarding section 18.6 order amendments; | 0.9 | 774.00 | 11443600 |
| Bomhof | Scott A. | 06/11/2012 | reviewing recent Ontario law on issues related to allocation of sale proceeds; | 2.0 | 1,720.00 | 11448741 |
| Bomhof | Scott A. | 07/11/2012 | reviewing recent Canadian case law on allocation issues; | 1.1 | 946.00 | 11453512 |
| DeMarinis | Tony | 05/11/2012 | read case on Canadian legal issues; | 0.3 | 292.50 | 11447570 |
| DeMarinis | Tony | 08/11/2012 | discussion regarding Canadian legal issues and historical facts; | 0.4 | 390.00 | 11453885 |
| DeMarinis | Tony | 09/11/2012 | analysis of settlement proposals and underlying issues; | 2.0 | 1,950.00 | 11456148 |
| DeMarinis | Tony | 12/11/2012 | reading accumulated research materials; | 2.5 | 2,437.50 | 11458617 |
| DeMarinis | Tony | 13/11/2012 | considering bases for settlement proposals; | 2.0 | 1,950.00 | 11461383 |
| DeMarinis | Tony | 14/11/2012 | analysis of inter-company issues; | 2.5 | 2,437.50 | 11461794 |
| DeMarinis | Tony | 19/11/2012 | legal analysis relating to order to mediate; | 4.0 | 3,900.00 | 11468460 |
| DeMarinis | Tony | 20/11/2012 | analysis of jurisdictional authority in the proceedings, and review of pertinent materials; | 4.5 | 4,387.50 | 11472347 |
| DeMarinis | Tony | 21/11/2012 | review and analysis of claims; | 5.5 | 5,362.50 | 11475018 |
| DeMarinis | Tony | 22/11/2012 | analysis relating to claims; | 4.5 | 4,387.50 | 11478997 |
| DeMarinis | Tony | 23/11/2012 | claims analysis and review; | 5.0 | 4,875.00 | 11480098 |
| DeMarinis | Tony | 27/11/2012 | consideration of legal principles relating to allocation; | 4.0 | 3,900.00 | 11483498 |
| DeMarinis | Tony | 28/11/2012 | considerations of claims issues; | 2.3 | 2,242.50 | 11487903 |
| DeMarinis | Tony | 29/11/2012 | reading legal materials regarding claims issues; | 4.3 | 4,192.50 | 11489588 |
| DeMarinis | Tony | 30/11/2012 | analysis and review of Canadian law; | 5.8 | 5,655.00 | 11490089 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Bomhof | Scott A. | 09/11/2012 | reviewing e-mail from R. Bennett regarding January mediation session and making arrangements for NNI team to attend mediation in Toronto (1.2); reviewing mediation materials (4.5); | 5.7 | 4,902.00 | 11455869 |
| Bomhof | Scott A. | 10/11/2012 | preparing for January mediation session; | 3.7 | 3,182.00 | 11455914 |
| Bomhof | Scott A. | 08/11/2012 | reviewing materials filed for mediation; | 1.9 | 1,634.00 | 11455971 |
| Bomhof | Scott A. | 12/11/2012 | reviewing mediation materials; | 5.6 | 4,816.00 | 11458311 |
| Bomhof | Scott A. | 13/11/2012 | Review mediation materials; | 2.8 | 2,408.00 | 11461799 |
| Bomhof | Scott A. | 16/11/2012 | reviewing mediation materials; | 2.0 | 1,720.00 | 11467525 |
| Bomhof | Scott A. | 19/11/2012 | reviewing mediation materials and CCAA orders and prepare for January mediation; | 1.5 | 1,290.00 | 11468303 |
| Bomhof | Scott A. | 21/11/2012 | reviewing mediation materials and CCAA materials related to claims and preparing for January mediation; | 5.7 | 4,902.00 | 11473140 |
| Bomhof | Scott A. | 22/11/2012 | reviewing mediation materials and claims materials; | 2.5 | 2,150.00 | 11481535 |
| Bomhof | Scott A. | 23/11/2012 | preparing for January mediation; | 1.0 | 860.00 | 11481567 |
| Bomhof | Scott A. | 26/11/2012 | preparing for January mediation session; | 3.7 | 3,182.00 | 11483276 |
| Bomhof | Scott A. | 25/11/2012 | reviewing CCAA orders and Monitor's reports regarding January mediation; | 2.1 | 1,806.00 | 11483347 |
| Bomhof | Scott A. | 27/11/2012 | reviewing materials and preparing for January mediation; | 3.2 | 2,752.00 | 11487259 |
| Bomhof | Scott A. | 28/11/2012 | reviewing documents and CCAA materials and preparing for mediation; | 1.9 | 1,634.00 | 11489123 |
| Bomhof | Scott A. | 29/11/2012 | preparing for January mediation; | 1.9 | 1,634.00 | 11489641 |
| Slavens | Adam | 27/11/2012 | reviewing mediation materials; | 4.0 | 2,260.00 | 11486415 |
| Slavens | Adam | 30/11/2012 | reviewing mediation materials; | 4.0 | 2,260.00 | 11494346 |
| DeMarinis | Tony | 09/11/2012 | emails regarding January mediation meeting, review of respective settlement proposals and assessment of same, and counsel emails; | 2.7 | 2,632.50 | 11456154 |
| DeMarinis | Tony | 12/11/2012 | review orders and other materials relating to mediation; | 1.3 | 1,267.50 | 11459586 |
| DeMarinis | Tony | 13/11/2012 | internal counsel discussion and material and issues review regarding settlement proposals and mediation | 3.5 | 3,412.50 | 11460817 |
| DeMarinis | Tony | 15/11/2012 | reading supporting materials relating to prior mediation initiatives; | 2.0 | 1,950.00 | 11465407 |
| DeMarinis | Tony | 16/11/2012 | consideration of settlement proposals and potential mediated solutions to proceeds allocation issues; | 2.0 | 1,950.00 | 11466746 |
| DeMarinis | Tony | 19/11/2012 | assessing alternative allocations and resulting recoveries; | 2.5 | 2,437.50 | 11468808 |
| DeMarinis | Tony | 21/11/2012 | consideration of judicial powers in re mediation; | 2.5 | 2,437.50 | 11475032 |
| DeMarinis | Tony | 22/11/2012 | review of mediation issues and materials; | 3.0 | 2,925.00 | 11477763 |
| DeMarinis | Tony | 26/11/2012 | reading corporate financial information in connection with inter-company issues; | 3.5 | 3,412.50 | 11483133 |
| DeMarinis | Tony | 30/11/2012 | consideration of inter-jurisdictional issues and information; | 4.0 | 3,900.00 | 11490389 |
| Gray | William | 06/11/2012 | Work on mediation brief preparation | 1.3 | 1,137.50 | 11448760 |
| Gray | William | 05/11/2012 | Work on mediation brief issues | 1.6 | 1,400.00 | 11449738 |
| Gray | William | 07/11/2012 | Work on legal issues for mediation briefs | 1.8 | 1,575.00 | 11452095 |
| Gray | William | 09/11/2012 | Work on mediation prep. issues (.4); Telephone call with S. Bomhof regarding same (.4); | 0.8 | 700.00 | 11456761 |
| Gray | William | 12/11/2012 | Work on January mediation preparations (.9); Conference with S. Bomhof (.4); | 1.3 | 1,137.50 | 11459077 |

INTERCOMPANY ANALYSIS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|---|---|---|---|---|---|---|
| Gray | William | 13/11/2012 | Work on update of January mediation issues | 0.8 | 700.00 | 11459818 |
| Gray | William | 14/11/2012 | Work on mediation issues | 0.7 | 612.50 | 11461512 |
| Gray | William | 16/11/2012 | Work on mediation issues | 1.6 | 1,400.00 | 11467379 |
| Gray | William | 20/11/2012 | Review relative priority of claims involving employee claims | 0.6 | 525.00 | 11470168 |

CANADIAN CCAA PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Bomhof | Scott A. | 01/11/2012 | reviewing MOE appeal issues regarding environmental claims; | 1.0 | 860.00 | 11439421 |
| Bomhof | Scott A. | 02/11/2012 | reviewing Canadian legal issues (.4); reviewing appeal factums for MOE appeal of environmental claims (1.3); | 1.7 | 1,462.00 | 11443581 |
| Bomhof | Scott A. | 05/11/2012 | reviewing issues related to CCAA hardship fund and Canadian compensation claims; | 1.0 | 860.00 | 11448626 |
| Bomhof | Scott A. | 06/11/2012 | reviewing further environmental appeal factum field by City of Belleville; | 0.4 | 344.00 | 11448753 |
| Bomhof | Scott A. | 16/11/2012 | reviewing motion record for November 23 motion regarding cease trade orders (1.4); reviewing decision of Morawetz J. regarding Chartis D&O policy (.6); | 2.0 | 1,720.00 | 11466517 |
| Bomhof | Scott A. | 19/11/2012 | follow up on D&O issues arising from Chartis D&O policy decision (.7); prepare for November 23 motion regarding lift stay application (.8); | 1.5 | 1,290.00 | 11468329 |
| Bomhof | Scott A. | 20/11/2012 | review materials for November 23 lift stay motion and discussing same with M. Wunder (FMC) and C. Armstrong (Goodmans) and preparing for motion; | 2.4 | 2,064.00 | 11470017 |
| Bomhof | Scott A. | 23/11/2012 | attend motion before Mr. Justice Morawetz; | 3.7 | 3,182.00 | 11481526 |
| Bomhof | Scott A. | 28/11/2012 | telephone call with M. McEwan regarding OSC cease trade issues and reviewing OSC proceedings website; | 1.1 | 946.00 | 11489189 |
| Bomhof | Scott A. | 29/11/2012 | Reviewing OSC website regarding Nortel cease trade order; | 0.4 | 344.00 | 11489575 |
| Bomhof | Scott A. | 30/11/2012 | review materials for January mediation session; | 3.1 | 2,666.00 | 11492635 |
| Slavens | Adam | 07/11/2012 | reviewing CCAA case court materials; | 1.0 | 565.00 | 11452211 |
| Slavens | Adam | 16/11/2012 | reviewing CCAA case court documents; | 1.0 | 565.00 | 11466611 |
| Slavens | Adam | 26/11/2012 | reviewing CCAA case court materials; | 3.0 | 1,695.00 | 11482345 |
| DeMarinis | Tony | 05/11/2012 | reading court materials; | 0.4 | 390.00 | 11447835 |
| DeMarinis | Tony | 06/11/2012 | review served factum; | 0.2 | 195.00 | 11449669 |
| DeMarinis | Tony | 16/11/2012 | review monitor's motion record on securities trading, and prior materials regarding same (0.6); reading Justice Morawetz's endorsement on November 16 motion, and counsel correspondence on same (0.4); | 1.0 | 975.00 | 11466515 |
| DeMarinis | Tony | 20/11/2012 | reviewing various employee materials filed in the Canadian proceedings; | 2.5 | 2,437.50 | 11472244 |
| DeMarinis | Tony | 23/11/2012 | reading employee materials; | 1.5 | 1,462.50 | 11480442 |

CANADIAN SEC.18.6 PROCEEDINGS/MATTERS

| Last Name | First Name | Date | Description | Hours | Amount | Index# |
|-----------|-----------|------|-------------|-------|--------|--------|
| Slavens | Adam | 01/11/2012 | preparing factum re 18.6 proceeding (1.5); conducting research re same (1.0); | 2.5 | 1,412.50 | 11440484 |
| Slavens | Adam | 02/11/2012 | preparing factum re 18.6 proceeding; | 4.5 | 2,542.50 | 11444027 |
| Slavens | Adam | 07/11/2012 | preparing court materials re 18.6 proceeding; | 1.3 | 734.50 | 11452299 |
| DeMarinis | Tony | 26/11/2012 | review statute and materials in relation to supplemental party; | 0.6 | 585.00 | 11482844 |