**EXHIBIT B**

**Nortel**
**November 2012 Disbursements**

| | | | | |
|---|---|---|---|---|
| 375 Miscellaneous | 13/11/2012 | $ | 938.44 | Miscellaneous Trepanier, Tammy; Meeting Room Payment to Hilton for room rental for client - Scott Bomhof 01/14/2013 - 01/18/2013 ^Hilton |
| 801 Copies | 09/11/2012 | | 11.10 | Copies |
| 801 Copies | 27/11/2012 | | 0.70 | Copies |
| 808 Laser Printing | 01/11/2012 | | 2.50 | Laser Printing |
| 808 Laser Printing | 07/11/2012 | | 2.90 | Laser Printing |
| 808 Laser Printing | 09/11/2012 | | 3.80 | Laser Printing |
| 808 Laser Printing | 14/11/2012 | | 24.50 | Laser Printing |
| 808 Laser Printing | 16/11/2012 | | 23.20 | Laser Printing |
| 808 Laser Printing | 19/11/2012 | | 0.40 | Laser Printing |
| 808 Laser Printing | 21/11/2012 | | 4.70 | Laser Printing |
| 4808 Laser Printing | 12/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 13/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 14/11/2012 | | 0.70 | Laser Printing |
| 4808 Laser Printing | 14/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 14/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 15/11/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 15/11/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 16/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 16/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 19/11/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 19/11/2012 | | 0.60 | Laser Printing |
| 4808 Laser Printing | 19/11/2012 | | 0.50 | Laser Printing |
| 4808 Laser Printing | 19/11/2012 | | 0.60 | Laser Printing |
| 4808 Laser Printing | 19/11/2012 | | 0.60 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.60 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 1.50 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 20/11/2012 | | 0.20 | Laser Printing |
| 4808 Laser Printing | 21/11/2012 | | 0.30 | Laser Printing |
| 4808 Laser Printing | 21/11/2012 | | 2.90 | Laser Printing |
| 4808 Laser Printing | 21/11/2012 | | 0.10 | Laser Printing |
| 4808 Laser Printing | 21/11/2012 | | 0.80 | Laser Printing |
| 4808 Laser Printing | 28/11/2012 | | 0.10 | Laser Printing |
| | | $ | 87.90 | |
| 4146 Computerized Court Searches | 30/11/2012 | | 0.90 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | | 2.20 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | | 0.80 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | | 4.10 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | | 0.90 | Computerized Court Searches |


**Nortel**
**November 2012 Disbursements**

| | | | |
|---|---|---:|---|
| 4146 Computerized Court Searches | 30/11/2012 | 6.60 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 4.30 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 0.90 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.50 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.40 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.80 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.60 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.40 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 4.70 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.30 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 0.70 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.60 | Computerized Court Searches Pacer |
| 4146 Computerized Court Searches | 30/11/2012 | 1.20 | Computerized Court Searches Pacer |
| | | **$ 37.90** | |
| | | **$ 1,064.24** | |