# CERTIFICATE OF SERVICE

I, Tamara K. Minott, certify that I am not less than 18 years of age, and that service of the foregoing **Status Report on Avoidance Actions Assigned to the Honorable Kevin Gross** was caused to be made on January 14, 2013, in the manner indicated upon the entities identified on the attached service list.

Date: January 14, 2013  */s/ Tamara K. Minott*
Wilmington, Delaware  Tamara K. Minott (No. 5643)

5874093