**Service List for Combined Waves**

| **Via Hand Delivery** | **Via First Class Mail** |
|---|---|

Via Hand Delivery:

Morris James LLP
Jeffrey Waxman
500 Delaware Ave, Ste 1500
Wilmington, DE 19801
(Counsel for Algo Communication Products)

Natasha Songonuga
GIBBONS P.C.
1000 N. West St.
Wilmington, DE 19801
(Counsel for Hewlett-Packard)

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, P.O. Box 25046
Wilmington, DE 19801
(Counsel for McCann-Erickson Worldwide)

Michael David Debaecke
Blank Rome LLP
1201 Market St.
Suite 800
Wilmington, DE 19899
(Counsel for Cable News)

Via First Class Mail:

Revonet, Inc.
125 Elm Street
New Canaan, CT 06840

David Crapo
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
(Counsel for Hewlett-Packard)

Adam D. Wolper
Herrick Feinstein LLP
One Gateway Center
Newark, NJ 07102
(Counsel for Sterling Mets)

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(Counsel for Cable News, Time, and Turner)

Global Broadcast News
Attn: Anuj Garg
Express Trade Tower, Plot No 15-16
Sector 16A
Firm City
Noida, Utlar Pradesh  201 301
India

4125804.4