Alissa T. Gazze
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801