IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9226-9228 & 9252 |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2013, I caused to be served a personalized "Notice of Defective Transfer" (the "Transfer Notice"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfer, by causing true and correct copies of the applicable Transfer Notices, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
14th day of January, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| In re: | Chapter 11 |
|---|---|
| NORTEL NETWORKS INC., et al., | Case No. 09-10138 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:  ANDERSON, DEBRA J.
             102 BELTON DRIVE
             HICKORY CREEK TX 75065

Transferee:  CRT SPECIAL INVESTMENTS LLC
             JOSEPH E. SARACHEK
             262 HARBOR DRIVE
             STAMFORD CT 06902

**Your transfer of claim #  2500  is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number 9252          Date 01/08/12

/s/ Tim Conklin
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2013.

**EXHIBIT B**

```
TIME: 12:35:36                                          NORTEL NETWORKS INC.
DATE: 01/11/13                                             CREDITOR LISTING                                                      PAGE:    1
```

| Name | Address |
|---|---|
| ANDERSON, DEBRA J. | 102 BELTON DRIVE HICKORY CREEK TX 75065 |
| CRT SPECIAL INVESTMENTS LLC | JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| LIQUIDITY SOLUTIONS, INC. | ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HEALD JR., RICHARD D. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MILLER, LOIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WOOD, RICHARD ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |

Total Number of Records Printed          6

EPIQ BANKRUPTCY SOLUTIONS, LLC

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006