IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 9179-9184, 9190-9191, 9193-9201, 9203-9219, 9222, 9241, 9242, 9251 & 9253** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2012, I caused to be served a personalized "Notices of Transfer of Claim Pursuant to F.R.B.P.3001 (e) (1) or (2)" (the "Personalized Transfers"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                    /s/ Kerry O'Neil
                    Kerry O'Neil

Sworn to before me this
14th day of January, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re:<br><br>NORTEL NETWORKS INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-10138 (KG)<br><br>Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   AMPHENOL CORPORATION                   AMPHENOL CORPORATION
      C/O MOSES & SINGER LLP                 C/O MOSES & SINGER LLP
      ATTN: ALAN KOLOD                       ATTN: KEN KOLBIG
      THE CHRYSLER BLDG, 405 LEXINGTON AVENUE THE CHRYSLER BUILDING
      NEW YORK, NY 10174-1299                405 LEXINGTON AVENUE
                                             NEW YORK NY 10174
```

Please note that your claim # 5499 in the above referenced case and in the amount of $1,259,036.96 has been transferred **(unless previously expunged by court order)** to:

```
      HAIN CAPITAL HOLDINGS, LLC
      TRANSFEROR: AMPHENOL CORPORATION
      301 ROUTE 17, 7TH FLOOR
      ATTN: GANNA LIBERCHUK
      RUTHERFORD, NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 9181     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/11/2013                          David D. Bird, Clerk of Court

                                                          /s/ Tim Conklin
                                                          By: Epiq Bankruptcy Solutions, LLC
                                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 11, 2013.

# EXHIBIT B

```
TIME: 12:17:10                                          NORTEL NETWORKS INC.
DATE: 01/11/13                                            CREDITOR LISTING                                                    PAGE:     1
```

| Name | Address |
|---|---|
| AMPHENOL CORPORATION | C/O MOSES & SINGER LLP ATTN: KEN KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL CORPORATION | C/O MOSES & SINGER LLP ATTN: KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| AMPHENOL CORPORATION | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD THE CHRYSLER BLDG, 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| ANDERSON, DEBRA | DEBRA ANDERSON 102 BELTON DRIVE HICKORY CREEK TX 75065 |
| ASM CAPITAL IV, L.P. | TRANSFEROR: RADISYS CORPORATION 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| BUTLER, CALVIN | 156 CASALITA DR. GARLAND TX 75040 |
| CROSSON, KEN | 10605 EVERGREEN CHASE WAY RALEIGH NC 27613 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: ANDERSON, DEBRA JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| CRT SPECIAL INVESTMENTS LLC | TRANSFEROR: CROSSON, KEN JOSEPH E. SARACHEK 262 HARBOR DRIVE STAMFORD CT 06902 |
| DRAWBRIDGE SPECIAL OPP. FUND LTD. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNI C/O FORTRESS INVESTMENT GROUP 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FARALLON CAPITAL (AM) INVESTORS | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC ATTN: MICHAEL LINN 1 MARITIME PLACE, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, LP | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC ATTN: MICHAEL LINN 1 MARITIME PLACE, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTIT. PART. II, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PARTNERS, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUT PARTN III, L.P | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL INSTITUTION PART., L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVEST II, L.P | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON PART., L.L.C. ATTN:K BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FITZGERALD, EDMUND | 3434 WOODMONT BLVD NASHVILLE TN 37215 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: AMPHENOL CORPORATION 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: BUTLER, CALVIN 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: GRELCK, KENNETH 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: JAN ZABELNY 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: KEITH, ERNEST 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: MARKETSOURCE, INC. ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: TEKSYSTEMS, INC ATTN: AMANDA RAPOPORT 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HAIN CAPITAL HOLDINGS, LLC | TRANSFEROR: ZABELNY, JAN M. 301 ROUTE 17, 7TH FLOOR ATTN: GANNA LIBERCHUK RUTHERFORD NJ 07070 |
| JAN ZABELNY | 198 BAYWAY DRIVE WEBSTER NY 14580 |
| KEITH, ERNEST | 802 MILLER ROAD HILLSBOROUGH NC 27278 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: MILLER, LOIS ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WOOD, RICHARD ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MILLER, LOIS | 1800 SNOW WIND DRIVE RALEIGH NC 27615-2613 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC C/O FARALLON CAP MAN., LLC. ATTN:K BINIE ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| OPTICAL NN HOLDINGS | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC ATT: MICHAEL LINN 1 MARITIME PLACE, SUITE 2100 SAN FRANCISCO CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: FITZGERALD, EDMUND ATTN: MICHAEL G. LINN ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| OPTICAL NN HOLDINGS, LLC | TRANSFEROR: HAIN CAPITAL HOLDINGS, LLC ATT: MICHAEL LINN 1 MARITIME PLACE, SUITE 2100 SAN FRANCISCO CA 94111 |
| RADISYS CORPORATION | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| RADISYS CORPORATION | P.O. BOX 952420 ST. LOUIS MO 63195 |
| WOOD, RICHARD | 224 HOLLY GREEN LANE HOLLY SPRINGS NC 27540 |
| ZABELNY, JAN M. | 198 BAYWAY DRIVE WEBSTER NY 14580 |

Total Number of Records Printed        40

EPIQ BANKRUPTCY SOLUTIONS, LLC

Cleary Gottlieb Steen & Hamilton LLP
Attn: James Bromley
One Liberty Plaza
New York, NY 10006