# Exhibit B

Nortel Networks, Inc, *et al.*
(Case No. 09-10138 (KG))

December 1, 2012 through December 31, 2012

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Transcripts | | $46.75 |
| Photos/Art/ Spec Duplicating | Out of Office | 7,041.51 |
| Messenger Service | | 135.00 |
| Courier/Delivery Service | | 5,476.04 |
| Secretarial Overtime | | 70.00 |
| In House Duplicating | | 279.20 |
| Postage | | 169.23 |
| Facsimile | | 1,477.50 |
| Pacer | | 61.30 |
| Conference Calls | | 58.60 |
| **Grand Total Expenses** | | **$14,815.13** |

Nortel Networks, Inc.
63989-DIP
DATE: 01/15/13 11:13:51

PROFORMA   512915                    AS OF 12/31/12                    INVOICE# ******

**COST ENTRIES**

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---:|---|---|---|---|
| 992274 | 12/12/12 | B | 46.75 | Transcripts - DIAZ DATA SERVICES` TRANSCRIPT - 12/12/2012 | 506 | 904 | 192267 |
| 990058 | 12/05/12 | B | 415.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/05/2012 | 510 | 684 | 192044 |
| 990083 | 12/05/12 | B | 443.60 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/05/2012 | 510 | 684 | 192073 |
| 990082 | 12/06/12 | B | 415.40 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/06/2012 | 510 | 684 | 192072 |
| 990084 | 12/11/12 | B | 2,776.59 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/11/2012 | 510 | 322 | 192074 |
| 990386 | 12/14/12 | B | 199.50 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/14/2012 | 510 | 684 | 192129 |
| 990364 | 12/17/12 | B | 1,103.33 | Photos/Art/Spec Duplicating-Out of Office - PARCELS INC.` BANKRUPTCY SERVICE COPIES - 12/17/2012 | 510 | 000 | 192111 |
| 992819 | 12/18/12 | B | 775.65 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/18/2012 | 510 | 684 | 192329 |
| 992821 | 12/20/12 | B | 912.04 | Photos/Art/Spec Duplicating-Out of Office - DIGITAL LEGAL SERVICES LLC` COPY/PRINT - 12/20/2012 | 510 | 684 | 192331 |
| 993106 | 12/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993108 | 12/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993116 | 12/03/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993148 | 12/04/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993167 | 12/06/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993228 | 12/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993230 | 12/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993231 | 12/11/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993233 | 12/11/12 | B | 9.00 | Messenger Service | 513S | 000 | |
| 993255 | 12/12/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 993258 | 12/13/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993285 | 12/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993289 | 12/14/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993324 | 12/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993327 | 12/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 993336 | 12/18/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993349 | 12/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993350 | 12/19/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993353 | 12/19/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 993366 | 12/20/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993370 | 12/20/12 | B | 15.00 | Messenger Service | 513S | 000 | |
| 993372 | 12/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993380 | 12/21/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 993387 | 12/21/12 | B | 12.00 | Messenger Service | 513S | 000 | |
| 993392 | 12/21/12 | B | 3.00 | Messenger Service | 513S | 000 | |
| 993394 | 12/21/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 993445 | 12/28/12 | B | 6.00 | Messenger Service | 513S | 000 | |
| 987043 | 12/03/12 | B | 12.34 | Courier/Delivery Service | 514 | 000 | 191745 |
| 987044 | 12/03/12 | B | 12.34 | Courier/Delivery Service | 514 | 000 | 191745 |
| 987045 | 12/03/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 191745 |
| 988171 | 12/03/12 | B | 45.60 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 191781 |
| 992231 | 12/11/12 | B | 86.00 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192237 |
| 989342 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989347 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989348 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989349 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989356 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989350 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989344 | 12/12/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989345 | 12/12/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989346 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989351 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989352 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989353 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989354 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989355 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989343 | 12/13/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989341 | 12/13/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 192002 |
| 989927 | 12/14/12 | B | 15.74 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192009 |
| 989928 | 12/14/12 | B | 19.43 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192009 |

Nortel Networks, Inc.                                              PROFORMA   512915                 AS OF 12/31/12                                    INVOICE# ******
63989-DIP
DATE: 01/15/13 11:13:51

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 990227 | 12/14/12 | B | 52.81 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192088 |
| 991239 | 12/14/12 | B | 56.77 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192137 |
| 989926 | 12/14/12 | B | 18.11 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192009 |
| 990228 | 12/14/12 | B | 25.44 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990229 | 12/14/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990230 | 12/14/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990231 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990316 | 12/14/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990317 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990318 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990319 | 12/14/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990320 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990321 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990310 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990311 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990312 | 12/14/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990313 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990314 | 12/14/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990315 | 12/14/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990304 | 12/14/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990305 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990306 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990307 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990308 | 12/14/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990309 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990298 | 12/14/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990299 | 12/14/12 | B | 25.72 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990300 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990301 | 12/14/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990302 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990303 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990292 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990293 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990294 | 12/14/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990295 | 12/14/12 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990296 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990297 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990286 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |

```
Nortel Networks, Inc.                                  PROFORMA  512915           AS OF 12/31/12                    INVOICE# ******
63989-DIP
DATE: 01/15/13 11:13:51
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 990287 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990288 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990289 | 12/14/12 | B | 36.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990290 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990291 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990280 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990281 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990282 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990283 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990284 | 12/14/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990285 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990274 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990275 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990276 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990277 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990278 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990279 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990268 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990269 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990270 | 12/14/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990271 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990272 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990273 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990262 | 12/14/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990263 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990264 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990265 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990266 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990267 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990256 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990257 | 12/14/12 | B | 21.80 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990258 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990259 | 12/14/12 | B | 17.18 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990260 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990261 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990250 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990251 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990252 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 990253 | 12/14/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990254 | 12/14/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990255 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990244 | 12/14/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990245 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990246 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990247 | 12/14/12 | B | 18.63 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990248 | 12/14/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990249 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990238 | 12/14/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990239 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990240 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990241 | 12/14/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990242 | 12/14/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990243 | 12/14/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990232 | 12/14/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990233 | 12/14/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990234 | 12/14/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990235 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990236 | 12/14/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192089 |
| 990237 | 12/14/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192089 |
| 991245 | 12/17/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991246 | 12/17/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991247 | 12/17/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991248 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991249 | 12/17/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991623 | 12/17/12 | B | 36.59 | Courier/Delivery Service | 514 | 322 | 192167 |
| 990365 | 12/17/12 | B | 170.00 | Courier/Delivery Service - PARCELS INC.` BANKRUPTCY SERVICE DELIVERIES - 12/17/2012 | 514 | 594 | 192112 |
| 991619 | 12/17/12 | B | 32.57 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192166 |
| 991243 | 12/17/12 | B | 15.74 | Courier/Delivery Service | 514 | 000 | 192138 |
| 991906 | 12/17/12 | B | 52.81 | Courier/Delivery Service - FEDERAL EXPRESS CORP. | 514 | 000 | 192171 |
| 994043 | 12/17/12 | B | 190.24 | Courier/Delivery Service - BLUE MARBLE LOGISTICS, LLC | 514 | 000 | 192462 |
| 991334 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991335 | 12/17/12 | B | 20.84 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991336 | 12/17/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991337 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991338 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |

Nortel Networks, Inc.
63989-DIP
DATE: 01/15/13 11:13:51

PROFORMA   512915   AS OF 12/31/12   INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 991339 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991328 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991329 | 12/17/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991330 | 12/17/12 | B | 27.93 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991331 | 12/17/12 | B | 25.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991332 | 12/17/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991333 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991322 | 12/17/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991323 | 12/17/12 | B | 25.72 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991324 | 12/17/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991325 | 12/17/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991326 | 12/17/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991327 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991316 | 12/17/12 | B | 19.43 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991317 | 12/17/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991318 | 12/17/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991319 | 12/17/12 | B | 23.95 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991320 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991321 | 12/17/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991310 | 12/17/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991311 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991312 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991313 | 12/17/12 | B | 23.99 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991314 | 12/17/12 | B | 24.28 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991315 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991304 | 12/17/12 | B | 21.52 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991305 | 12/17/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991306 | 12/17/12 | B | 20.59 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991307 | 12/17/12 | B | 21.91 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991308 | 12/17/12 | B | 15.74 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991309 | 12/17/12 | B | 12.34 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991298 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991299 | 12/17/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991300 | 12/17/12 | B | 22.03 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991301 | 12/17/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991302 | 12/17/12 | B | 24.24 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991303 | 12/17/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192138 |
| 991292 | 12/17/12 | B | 18.11 | Courier/Delivery Service | 514 | 322 | 192138 |

```
Nortel Networks, Inc.                              PROFORMA  512915            AS OF 12/31/12                    INVOICE# ******
63989-DIP
DATE: 01/15/13 11:13:51


INDEX      DATE      STAT      AMOUNT    DESCRIPTION                                                    CODE      TKPER     VOUCHER
 991293   12/17/12    B          22.03   Courier/Delivery Service                                        514        322      192138
 991294   12/17/12    B          22.03   Courier/Delivery Service                                        514        322      192138
 991295   12/17/12    B          22.03   Courier/Delivery Service                                        514        322      192138
 991296   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991297   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991286   12/17/12    B          22.03   Courier/Delivery Service                                        514        322      192138
 991287   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991288   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991289   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991290   12/17/12    B          20.71   Courier/Delivery Service                                        514        322      192138
 991291   12/17/12    B          24.28   Courier/Delivery Service                                        514        322      192138
 991280   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991281   12/17/12    B          21.52   Courier/Delivery Service                                        514        322      192138
 991282   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991283   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991284   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991285   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991274   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991275   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991276   12/17/12    B          24.28   Courier/Delivery Service                                        514        322      192138
 991277   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991278   12/17/12    B          22.03   Courier/Delivery Service                                        514        322      192138
 991279   12/17/12    B          12.34   Courier/Delivery Service                                        514        322      192138
 991268   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991269   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991270   12/17/12    B          33.03   Courier/Delivery Service                                        514        322      192138
 991271   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991272   12/17/12    B          17.18   Courier/Delivery Service                                        514        322      192138
 991273   12/17/12    B          21.52   Courier/Delivery Service                                        514        322      192138
 991262   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991263   12/17/12    B          24.28   Courier/Delivery Service                                        514        322      192138
 991264   12/17/12    B          24.28   Courier/Delivery Service                                        514        322      192138
 991265   12/17/12    B          24.24   Courier/Delivery Service                                        514        322      192138
 991266   12/17/12    B          12.34   Courier/Delivery Service                                        514        322      192138
 991267   12/17/12    B          21.91   Courier/Delivery Service                                        514        322      192138
 991256   12/17/12    B          24.28   Courier/Delivery Service                                        514        322      192138
 991257   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
 991258   12/17/12    B          20.59   Courier/Delivery Service                                        514        322      192138
```

```
Nortel Networks, Inc.                                  PROFORMA  512915          AS OF 12/31/12                              INVOICE# ******
63989-DIP
DATE: 01/15/13 11:13:51


INDEX     DATE       STAT     AMOUNT   DESCRIPTION                                                      CODE    TKPER   VOUCHER
 991259  12/17/12     B        15.74   Courier/Delivery Service                                          514     322     192138
 991260  12/17/12     B        27.93   Courier/Delivery Service                                          514     322     192138
 991261  12/17/12     B        23.11   Courier/Delivery Service                                          514     322     192138
 991250  12/17/12     B        20.59   Courier/Delivery Service                                          514     322     192138
 991251  12/17/12     B        25.44   Courier/Delivery Service                                          514     322     192138
 991252  12/17/12     B        21.91   Courier/Delivery Service                                          514     322     192138
 991253  12/17/12     B        23.99   Courier/Delivery Service                                          514     322     192138
 991254  12/17/12     B        25.59   Courier/Delivery Service                                          514     322     192138
 991255  12/17/12     B        20.59   Courier/Delivery Service                                          514     322     192138
 991624  12/18/12     B        20.84   Courier/Delivery Service                                          514     322     192167
 991625  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991626  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991627  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991628  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991629  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991630  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991631  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991632  12/18/12     B        12.34   Courier/Delivery Service                                          514     322     192167
 991909  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991910  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991922  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991911  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991912  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991914  12/19/12     B        20.84   Courier/Delivery Service                                          514     322     192172
 991915  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991916  12/19/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991913  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991917  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991918  12/20/12     B        20.84   Courier/Delivery Service                                          514     322     192172
 991919  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991920  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991921  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991923  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 991924  12/20/12     B        12.34   Courier/Delivery Service                                          514     322     192172
 992216  12/21/12     B        12.34   Courier/Delivery Service                                          514     322     192234
 992217  12/21/12     B        20.84   Courier/Delivery Service                                          514     322     192234
 992218  12/21/12     B        12.34   Courier/Delivery Service                                          514     322     192234
 992219  12/21/12     B        12.34   Courier/Delivery Service                                          514     322     192234
```

Nortel Networks, Inc.  
63989-DIP  
DATE: 01/15/13 11:13:51

PROFORMA 312919 As of 12/31/12

INVOICE# ******

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 992298 | 12/17/12 | B | 70.00 | Secretarial Overtime | 516S | 626 | |
| 988043 | 12/07/12 | B | 0.90 | In-House Duplicating | 519 | 000 | |
| 988044 | 12/07/12 | B | 7.20 | In-House Duplicating | 519 | 000 | |
| 988731 | 12/10/12 | B | 12.10 | In-House Duplicating | 519 | 691 | |
| 988732 | 12/11/12 | B | 19.90 | In-House Duplicating | 519 | 684 | |
| 988991 | 12/12/12 | B | 11.20 | In-House Duplicating | 519 | 637 | |
| 990112 | 12/17/12 | B | 42.00 | In-House Duplicating | 519 | 605 | |
| 990113 | 12/17/12 | B | 2.00 | In-House Duplicating | 519 | 605 | |
| 989829 | 12/17/12 | B | 2.60 | In-House Duplicating | 519 | 594 | |
| 990114 | 12/17/12 | B | 1.20 | In-House Duplicating | 519 | 626 | |
| 991143 | 12/19/12 | B | 4.70 | In-House Duplicating | 519 | 684 | |
| 991511 | 12/20/12 | B | 34.60 | In-House Duplicating | 519 | 684 | |
| 991758 | 12/21/12 | B | 3.90 | In-House Duplicating | 519 | 594 | |
| 992791 | 12/31/12 | B | 93.90 | In-House Duplicating | 519 | 605 | |
| 992355 | 09/27/12 | B | 2.40 | Postage | 520 | 000 | |
| 992361 | 10/01/12 | B | 1.30 | Postage | 520 | 000 | |
| 992369 | 10/03/12 | B | 0.90 | Postage | 520 | 000 | |
| 992371 | 10/04/12 | B | 1.10 | Postage | 520 | 000 | |
| 992381 | 10/11/12 | B | 2.00 | Postage | 520 | 000 | |
| 992387 | 10/15/12 | B | 7.70 | Postage | 520 | 000 | |
| 992390 | 10/16/12 | B | 3.80 | Postage | 520 | 000 | |
| 992392 | 10/16/12 | B | 0.85 | Postage | 520 | 000 | |
| 992396 | 10/17/12 | B | 0.90 | Postage | 520 | 000 | |
| 992397 | 10/17/12 | B | 17.75 | Postage | 520 | 000 | |
| 992400 | 10/18/12 | B | 2.20 | Postage | 520 | 000 | |
| 992402 | 10/21/12 | B | 5.40 | Postage | 520 | 000 | |
| 992409 | 10/25/12 | B | 3.40 | Postage | 520 | 000 | |
| 992410 | 10/25/12 | B | 5.20 | Postage | 520 | 000 | |
| 992418 | 10/31/12 | B | 3.40 | Postage | 520 | 000 | |
| 992421 | 11/02/12 | B | 3.80 | Postage | 520 | 000 | |

```
Nortel Networks, Inc.                        PRO FORMA   312915            AS of 12/31/12                    INVOICE# ******
63989-DIP
DATE: 01/15/13 11:13:51
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 992425 | 11/05/12 | B | 3.40 | Postage | 520 | 000 | |
| 992426 | 11/06/12 | B | 1.80 | Postage | 520 | 000 | |
| 992429 | 11/07/12 | B | 10.45 | Postage | 520 | 000 | |
| 992432 | 11/09/12 | B | 2.20 | Postage | 520 | 000 | |
| 992438 | 11/15/12 | B | 1.30 | Postage | 520 | 000 | |
| 992443 | 11/20/12 | B | 2.20 | Postage | 520 | 000 | |
| 992446 | 11/21/12 | B | 29.25 | Postage | 520 | 000 | |
| 992448 | 11/26/12 | B | 1.45 | Postage | 520 | 000 | |
| 992450 | 11/27/12 | B | 4.60 | Postage | 520 | 000 | |
| 992454 | 11/28/12 | B | 27.25 | Postage | 520 | 000 | |
| 992455 | 11/29/12 | B | 5.50 | Postage | 520 | 000 | |
| 992457 | 11/29/12 | B | 1.10 | Postage | 520 | 000 | |
| 992465 | 12/01/12 | B | 5.40 | Postage | 520 | 000 | |
| 992475 | 12/05/12 | B | 0.90 | Postage | 520 | 000 | |
| 992483 | 12/11/12 | B | 10.33 | Postage | 520 | 000 | |
| 990387 | 12/14/12 | B | 966.00 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/14/2012 | 522H | 684 | 192130 |
| 992820 | 12/17/12 | B | 511.50 | Facsimile - DIGITAL LEGAL SERVICES LLC` FAX BROADCAST - 12/17/2012 | 522H | 684 | 192330 |
| 991682 | 11/30/12 | B | 61.10 | Pacer charges for the month of November | 529 | 000 | |
| 991689 | 11/30/12 | B | 0.20 | Pacer charges for the month of November | 529 | 000 | |
| 988992 | 12/11/12 | B | 1.40 | In-House Printing - black & white | 541 | 322 | |
| 988733 | 12/11/12 | B | 1.40 | In-House Printing - black & white | 541 | 626 | |
| 990115 | 12/17/12 | B | 0.80 | In-House Printing - black & white | 541 | 605 | |
| 989830 | 12/17/12 | B | 8.30 | In-House Printing - black & white | 541 | 605 | |
| 990116 | 12/18/12 | B | 2.30 | In-House Printing - black & white | 541 | 904 | |
| 991512 | 12/19/12 | B | 1.05 | In-House Printing - black & white | 541 | 605 | |
| 991144 | 12/19/12 | B | 3.70 | In-House Printing - black & white | 541 | 322 | |
| 991759 | 12/21/12 | B | 1.35 | In-House Printing - black & white | 541 | 546 | |
| 992630 | 12/28/12 | B | 4.80 | In-House Printing - black & white | 541 | 554 | |
| 992792 | 12/31/12 | B | 14.65 | In-House Printing - black & white | 541 | 605 | |

```
Nortel Networks, Inc.                    PROFORMA   312919              AS OF 12/31/12         INVOICE#  ******
63989-DIP
DATE: 01/15/13 11:13:51
```

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 988734 | 12/11/12 | B | 0.25 | In-House Printing - color | 542 | 626 | |
| 988993 | 12/11/12 | B | 0.25 | In-House Printing - color | 542 | 322 | |
| 990117 | 12/17/12 | B | 1.25 | In-House Printing - color | 542 | 605 | |
| 992793 | 12/31/12 | B | 1.50 | In-House Printing - color | 542 | 605 | |
| 991455 | 12/03/12 | B | 18.46 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 192143 |
| 991456 | 12/06/12 | B | 26.00 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 192143 |
| 994290 | 12/21/12 | B | 7.49 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 904 | 192511 |
| 994317 | 12/28/12 | B | 6.65 | Conference Calls - SOUNDPATH CONFERENCING SERVICES, LLC | 552H | 322 | 192512 |
| | | | 14,815.13 | | | | |