## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------X
:
*In re*                                                    :        Chapter 11
:
Nortel Networks Inc., *et al.*, [1]                        :        Case No. 09-10138 (KG)
:
                 Debtors.        :        Jointly Administered
:
:
:        Re: D.I. 9127
:
-----------------------------------------------------------X

### NOTICE OF FILING OF REVISED PROPOSED ORDER

PLEASE TAKE NOTICE that on December 14, 2012, Nortel Networks Inc.

("NNI") and its affiliates that are debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee"),

together with Robert Horne, Mason James Young, Ellen Bovarnick, Charla Crisler, Bart

Kohnhorst, Brian Page, Benjamin Warren, individually and collectively as the steering

committee of the Ad Hoc Group (as defined below), and the Ad Hoc Group of Beneficiaries of

the Nortel Networks U.S. Deferred Compensation Plan (the "Ad Hoc Group," and, together with

the Debtors and the Committee, the "Parties") filed the Joint Motion for Order: (I) Approving

Compromise Among the Debtors, the Official Committee of Unsecured Creditors, and the Ad

Hoc Group of Beneficiaries of the Nortel Networks U.S. Deferred Compensation Plan (for

Themselves and All Similarly Situated Participants in and Beneficiaries of the Nortel Networks

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Nortel Networks Inc. (6332), Nortel Networks Capital Corporation (9620), Nortel Altsystems Inc. (9769), Nortel Altsystems International Inc. (5596), Xros, Inc. (4181), Sonoma Systems (2073), Qtera Corporation (0251), CoreTek, Inc. (5722), Nortel Networks Applications Management Solutions Inc. (2846), Nortel Networks Optical Components Inc. (3545), Nortel Networks HPOCS Inc. (3546), Architel Systems (U.S.) Corporation (3826), Nortel Networks International Inc. (0358), Northern Telecom International Inc. (6286), Nortel Networks Cable Solutions Inc. (0567) and Nortel Networks (CALA) Inc. (4226). Addresses for the Debtors can be found in the Debtors' petitions, which are available at http://chapter11.epiqsystems.com/nortel.

U.S. Deferred Compensation Plan) Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; (II) Directing Payments Pursuant to 11 U.S.C. § 503(b)(1)(A) and Rule 9019; (III) Directing U.S. Bank National Association to Turn Over Assets to the Debtors; and (IV) Releasing and Settling Claims of the Deferred Compensation Plan Participants [D.I. 9127] (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT attached to the Motion as Exhibit A is a settlement agreement among the Parties, and attached as Exhibit 2 to the settlement agreement is a proposed form of order that the Parties, through the Motion, requested that the Court enter, which would grant the relief sought in the Motion (the "Proposed Approval Order").

PLEASE TAKE FURTHER NOTICE THAT the Parties received informal comments to the Proposed Approval Order from U.S. Bank National Association.

PLEASE TAKE FURTHER NOTICE THAT attached hereto as Exhibit A is a revised proposed form of order (the "Revised Proposed Approval Order") reflecting the informal comments received from U.S. Bank National Association, and attached hereto as Exhibit B is a blackline comparing the Revised Proposed Approval Order to the Proposed Approval Order filed with the Motion.

PLEASE TAKE FURTHER NOTICE THAT the objection deadline for the Motion was January 9, 2013, at 4:00 p.m. (ET), no other objections or responses to the Motion were filed or received and a hearing on the Motion will be held on January 23, 2013, at 10:00 a.m. (ET).

*[Rest of page intentionally left blank]*

Dated: January 15, 2013
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Ann C. Cordo* _____
Derek C. Abbott (No. 3376)
Eric D. Schwartz (No. 3134)
Ann C. Cordo (No. 4817)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

James L. Bromley (admitted *pro hac vice*)
Lisa M. Schweitzer (admitted *pro hac vice*)
David H. Herrington (admitted *pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*

**BLANK ROME, LLP**

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 (telephone)
(302) 425-6464 (facsimile)
Email: fatell@blankrome.com

-and-

**BERNSTEIN, SHUR, SAWYER & NELSON**

Robert J. Keach
Paul McDonald
Daniel J. Murphy
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
 (207) 774-1200 (telephone)
(207) 774-1127 (facsimile)
Email:  rkeach@bernsteinshur.com
        pmcdonald@bernsteinshur.com
        dmurphy@bernsteinshur.com
        Admitted *Pro Hac Vice*

*Counsel for the Ad Hoc Group and the Steering Committee*

**RICHARDS, LAYTON & FINGER, P.A.**

 *Christopher M. Samis*
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile: (302) 651-7701

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Fred S. Hodara (*pro hac vice*)

David H. Botter (*pro hac vice*)

Lisa G. Beckerman (*pro hac vice*)

Joshua Y. Sturm (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:  (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for the Official Committee of Unsecured Creditors*