NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 1577 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 2260 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 3019 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 3143 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4115 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4116 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4117 | |
| | Claim Date: / / | |
| | Debtor: DEBTOR NOT FOUND | |
| TOTAL          Claimed: | $0.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4146 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4196 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 4197 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5708 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5712 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5713 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5725 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5726 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5727 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5728 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5729 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7112 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7126 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| | | |
|---|---|---|
| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7225 | |
| | Claim Date:  /  / | |
| | Debtor: DEBTOR NOT FOUND | |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7243<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 7244<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 8320<br>Claim Date:  / /<br>Debtor: DEBTOR NOT FOUND |
|---|---|

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-01<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $8,035.72 |
|---|---|---|

| 3G AMERICAS LLC<br>CHRIS PEARSON<br>1750-112TH AVE. NE #B220<br>BELLEVUE, WA 98004 | Claim Number: 1308-02<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $618.13 |
|---|---|---|

| 485 LEXINGTON OWNER LLC<br>STEMPEL BENNETT ET AL<br>675 THRID AVE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 4855<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6762 (11/14/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $58,075.71 |
|---|---|---|
| UNSECURED | Claimed: | $62,433.55 |
| TOTAL | Claimed: | $62,433.55 |

| 485 LEXINGTON OWNER LLC<br>STEMPEL BENNETT ET AL<br>675 THRID AVE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 6980-01<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6762 (11/14/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $620,994.59 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| 485 LEXINGTON OWNER LLC<br>STEMPEL BENNETT ET AL<br>675 THIRD AVE - 31ST FLOOR<br>NEW YORK, NY 10017 | Claim Number: 6980-02<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6762 (11/14/2011)<br>Amends Claim 4855 | | |
|---|---|---|---|
| SECURED | Claimed: | $1,648,625.00 | |

---

| A TELECOM TELEINFORMATICA LTDA<br>SCS Q 07 BLOCO A<br>SALA 822<br>ED PATIO SAU PEDRO, RJ 70307-902<br>BRAZIL | Claim Number: 2664<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,960.00 | Scheduled: | $6,960.00 |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 97<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,743.50 | Scheduled: | $615.00 |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 212<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $432.50 | |

---

| A-1 TELECOMMUNICATIONS LLC<br>PO BOX 366<br>LIBERTYTOWN, MD 21762 | Claim Number: 1670<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,230.00 | |

---

| A.T. KEARNEY, INC.<br>ATTN: TRISH BRIM, OFFICE MANAGER<br>16000 N. DALLAS PARKWAY, STE 850<br>DALLAS, TX 75248 | Claim Number: 1843<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $369,996.00 | Scheduled: | $369,996.00 |

---

| AAA SOUND SERVICE LTD<br>295 MT READ BLVD<br>ROCHESTER, NY 14611 | Claim Number: 2370<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $540.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| AASTRA TELECOM INC<br>155 SNOW BLVD<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2400<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $2,544.60 | | | |
| AASTRA TELECOM INC<br>155 SNOW BOULEVARD<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2402<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $2,523.26 | Scheduled: | $2,329.50 | |
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2401<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $2,370.99 | | | |
| AASTRA TELECOM U.S., INC.<br>155 SNOW BLVD.<br>CONCORD, ON L4K 4N9<br>CANADA | | Claim Number: 2403<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $2,523.26 | | | |
| AAVID THERMALLOY<br>70 COMMERCIAL STREET<br>CONCORD, NH 03301 | | Claim Number: 6050<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $1,300.00 | | | |
| AAVID THERMALLOY, LLC<br>70 COMMERCIAL STREET<br>CONCORD, NH 03301 | | Claim Number: 6049<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,300.00 | | | |
| ABBOTT, ROBERT<br>105 ANGLEPOINTE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 6371<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ABBOTT, ROBERT<br>105 ANGLEPOINTE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 6380<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $10,950.00 | | |
| ABEDI, BEHZAD S.<br>114 PINNACLE RIDGE<br>DANVILLE, CA 94506 | | Claim Number: 8136<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $67,776.04 | Scheduled: | $63,997.81 |
| ABEL, LEE R., JR.<br>1048 SILVERBERRY RD<br>PITTSBORO, NC 27312 | | Claim Number: 1151<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $67,465.26 | | |
| ABELLA, OSCAR I<br>1513 HARRINGTON DR<br>PLANO, TX 75075 | | Claim Number: 4706<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,459.20 | | |
| ABELLA, OSCAR I.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4714<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $56,459.20 | | |
| ABELLA, TONI C.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4719<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $60,028.80 | | |
| ABELLA, TONI C.<br>1513 HARRINGTON DR.<br>PLANO, TX 75075 | | Claim Number: 4720<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $60,028.80 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ABELLO, BERNARDO<br>15 MORNINGSIDE DR<br>CORAL GABLES, FL 33133 | | Claim Number: 6460<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $26,157.44 | Scheduled: | $3,219.19 |
| UNSECURED | | | Scheduled: | $3,938.98 |

---

| ABELLO, BERNARDO R.<br>15 MORNINGSIDE DRIVE<br>CORAL GABLES, FL 33133 | | Claim Number: 6459<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,157.44 |

---

| ABERNATHY, COLLEEN<br>2946 PARKWOOD RD<br>SNELLVILLE, GA 30039-4412 | | Claim Number: 1892<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $54,876.00 |

---

| ABERNATHY, COLLEEN C.<br>2946 PARKWOOD RD<br>SNELLVILLE, GA 30039-4412 | | Claim Number: 1893<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $54,876.00 |

---

| ABIDI, SALMAN<br>3060 BENT CREEK TER<br>ALPHARETTA, GA 30005-8703 | | Claim Number: 925<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,848.80 |

---

| ABIDI, SALMAN<br>3060 BENT CREEK TERRACE<br>ALPHARETTA, GA 30005 | | Claim Number: 2314<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,848.78 |

---

| ABIDI, SALMAN<br>3060 BENT CREEK TER<br>ALPHARETTA, GA 30005-8703 | | Claim Number: 2315<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,535.58 | Scheduled: | $6,555.50 |
| UNSECURED | | | Scheduled: | $43,719.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ABO-MAHMOOD, MOHAMMED
1811 BAKER RIDGE RD
SHERMAN, TX 75090

Claim Number: 2600
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $19,223.09 |
| --- | --- | --- |

---

ABO-MAHMOOD, MOHAMMED
1811 BAKER RIDGE RD
SHERMAN, TX 75090

Claim Number: 2601
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $7,177.45 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $12,045.64 | Scheduled: | $20,980.37 |

---

ABORO, PEREARI
430 BUCKINGHAM RD APT 1224
RICHARDSON, TX 75081-5762

Claim Number: 3523
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,807.70 |
| --- | --- | --- |

---

ACCELINK TECHNOLOGIES CO LTD
88 YOUKEYUAN ROAD, HONGSHAN DISTRICT
WUHAN, 430074
CHINA

Claim Number: 5993
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $15,908.00 | Scheduled: | $4,815.00 |
| --- | --- | --- | --- | --- |

---

ACCELINK TECHNOLOGIES CO LTD
88 YOUKEYUAN ROAD HONGSHAN DISTRICT
WUHAN, 430074
CHINA

Claim Number: 5994
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $15,908.00 |
| --- | --- | --- |

---

ACCESSOTRONIK
9305 TRANS CANADA HIGHWAY
ST LAURENT, QC H4S 1V3
CANADA

Claim Number: 3088
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $8,780.62 |
| --- | --- | --- |

---

ACCESSOTRONIK
9305 TRANS CANADA HIGHWAY
ST LAURENT, QC H4S 1V3
CANADA

Claim Number: 3089
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $8,780.62 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| ACCTON TECHNOLOGY CORPORATION<br>NO. 1 CREATION ROAD III<br>SCIENCE-BASED INDUSTRIAL PARK<br>HSINCHU, 30077<br>TAIWAN, R.O.C. | Claim Number: 728-02<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $1,800.00 |
|---|---|---|

| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2394<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $998.68 |
|---|---|---|

| ACCULOGIC INC<br>175 RIVIERA DR<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2873<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $39,986.00 |
|---|---|---|

| ACCULOGIC INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2395<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,487.68 |
|---|---|---|

| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 657<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $40,984.68 | Scheduled: | $40,984.68 DISP |
|---|---|---|---|---|

| ACCULOGIC, INC.<br>175 RIVIERA DRIVE<br>MARKHAM, ON L3R 5J6<br>CANADA | Claim Number: 2393<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $39,986.00 |
|---|---|---|

| ACCURATE SCREW MACHINE CORP.<br>10 AUDREY PLACE<br>FAIRFIELD, NJ 07004 | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,793.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 3985<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 3988<br>Claim Date: 09/25/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET, WA02J PHILADELPHIA, PA 19106 | Claim Number: 3989<br>Claim Date: 09/25/2009<br>Debtor: CORETEK, INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET, WA02J PHILADELPHIA, PA 19106 | Claim Number: 3990<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 3991<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 3992<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3993
Claim Date: 09/25/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3994
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3995
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3996
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3997
Claim Date: 09/25/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 3998
Claim Date: 09/25/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 3999 Claim Date: 09/25/2009 Debtor: NORTHERN TELECOM INTERNATIONAL INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 4000 Claim Date: 09/25/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 4001 Claim Date: 09/25/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 6513 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 6514 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 6515 Claim Date: 12/31/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6516
Claim Date: 12/31/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6517
Claim Date: 12/31/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6518
Claim Date: 12/31/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6519
Claim Date: 12/31/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6520
Claim Date: 12/31/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ACE AMERICAN INSURANCE COMPANY AND OTHER
MEMBERS OF THE ACE GROUP OF COMPANIES
436 WALNUT STREET WA02J
PHILADELPHIA, PA 19106

Claim Number: 6521
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 2994 (05/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6522 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6523 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS HPOCS INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6524 Claim Date: 12/31/2009 Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6525 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS INTERNATIONAL INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6526 Claim Date: 12/31/2009 Debtor: NORTHERN TELECOM INTERNATIONAL INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | Claim Number: 6541 Claim Date: 12/31/2009 Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. Comments: WITHDRAWN DOCKET: 2994 (05/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| ACE AMERICAN INSURANCE COMPANY AND OTHER MEMBERS OF THE ACE GROUP OF COMPANIES 436 WALNUT STREET WA02J PHILADELPHIA, PA 19106 | | Claim Number: 7056 Claim Date: 02/01/2010 Debtor: NORTEL NETWORKS INC. Comments: amends claim 4001 & 6513 | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

| ACE TECHNOLOGIES CORP 156 BL 6L 727-4, KOJANDONG INCHEON, 405-310 KOREA | | Claim Number: 3558 Claim Date: 09/24/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,300.00 | Scheduled: | $0.00 UNLIQ |

| ACE TECHNOLOGIES CORP 156BL 6L 727-4, KOJANDONG INCHEON, 405-310 KOREA | | Claim Number: 3563 Claim Date: 09/24/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 4053 (09/30/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,300.00 | |

| ACE TECHNOLOGIES CORP 156B 5L 727-4, KONJAN-DONG, INCHEON, 405-310 KOREA | | Claim Number: 3564 Claim Date: 09/24/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2320 (01/21/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,300.00 | |

| ACHTEMICHUK, ELSIE 13046-158 AVE NW EDMONTON, AB T6V 1C2 CANADA | | Claim Number: 3364 Claim Date: 09/21/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 3219 (06/24/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,237.68 | |

| ACKLEY, RAYMOND 403 HICKORY ST CARY, NC 27513 | | Claim Number: 7289 Claim Date: 06/11/2010 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $11,725.00 | |
| UNSECURED | Claimed: | $20,639.00 | |

| ACORDA, AMELIA Q. 2257 LENOX PL. SANTA CLARA, CA 95054 | | Claim Number: 7439 Claim Date: 09/27/2010 Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,063.99 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ACS CABLE SYSTEMS, INC
ASHBY & GEDDES, P.A.
GREGORY A. TAYLOR/ BENJAMIN W. KEENAN
500 DELWARE AVE, 8TH FL P.O. BOX 1150
WILMINGTON, DE 19899

Claim Number: 7207
Claim Date: 04/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5889 (07/06/2011)

| ADMINISTRATIVE | Claimed: | $1,105,055.50 |
|---|---|---|

AD, YOUSSEF
1324 KENTSHIRE CIR
PLANO, TX 75025

Claim Number: 7304
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,663.84 |
|---|---|---|

ADAMICK, STANLEY M. JR.
7438 N OLEANDER
CHICAGO, IL 60631-4310

Claim Number: 6799
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $154,717.96 |
|---|---|---|

ADAMICK, STANLEY M. JR.
7438 N OLEANDER
CHICAGO, IL 60631-4310

Claim Number: 6800
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim is for $665.56 per month for life

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ADAMS, BRIAN GLENN
345 LYNCH RD.
SELMA, NC 27576

Claim Number: 7971
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,658.10 |
|---|---|---|

ADAMS, DEBRA K.
5225 HICKORY RIDGE RD.
LEBANON, TN 37087

Claim Number: 7438
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| TOTAL | Claimed: | $9,927.30   UNLIQ CONT |

ADAMYK, GORDON B
137 BROADMEADOW RD
GROTON, MA 01450

Claim Number: 4505
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $120,275.43 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ADC TELECOMMUNICATIONS INC<br>PO BOX 1101<br>MINNEAPOLIS, MN 55440-1101 | | Claim Number: 5556<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5239 (04/11/2011) | | |
| UNSECURED | Claimed: | $55,175.12 | Scheduled: | $51,616.52 |
| ADCOX, SARA<br>100 CROSSWIND DRIVE<br>CARY, NC 27513 | | Claim Number: 8097<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $50,682.09 | | |
| ADDISON, MARK<br>1117 PATRICIA CRES<br>GD<br>JASPER, AB T0E 1E0<br>CANADA | | Claim Number: 4170<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $7,487.15 | | |
| ADDISON, MARK & NANCY<br>117 PATRICIA CRED. GD<br>JASPER, T0E 1E0<br>CANADA | | Claim Number: 4340<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $717.76 | | |
| ADDISON, NANCY<br>1117 PATRICIA CRES. GD<br>JASPER, T0E 1E0<br>CANADA | | Claim Number: 4339<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $5,074.74 | | |
| ADEPTRON TECHNOLOGIES CORPORATION<br>ATTN: SUDESH MEHTA<br>96 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 3J9<br>CANADA | | Claim Number: 5937<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $28,690.00 | | |
| ADEX CORPORATION<br>MARC D. FREEDMAN, ESQ.<br>FREEDMAN & GERSTEN, LLP<br>777 TERRACE AVENUE, 5TH FLOOR<br>HASBROUCK HEIGHTS, NJ 07604 | | Claim Number: 5350<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $718,475.43 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 | | Claim Number: 2000<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $86,813.37 |
| ADOM, PRINCE<br>3651 SMOKE TREE TRAIL<br>EULESS, TX 76040 | | Claim Number: 2001<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $86,813.37 |
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | | Claim Number: 1581<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $86,813.07 |
| ADOM, PRINCE F.<br>3651 SMOKE TREE TRL<br>EULESS, TX 76040 | | Claim Number: 2002<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $86,813.37 |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | | Claim Number: 695<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $116,398.69 |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | | Claim Number: 6919<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $2,202.03 |
| ADP NATIONAL ACCT SERVICES<br>PRO BUSINESS, INC.<br>ATTN: MONETTE DAY<br>4125 HOPYARD RD<br>PLEASANTON, CA 94588 | | Claim Number: 6920<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| ADMINISTRATIVE | Claimed: | $2,202.03 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ADVANTECH CORP<br>38 TESLA SUITE 100<br>IRVINE, CA 92618 | Claim Number: 2495<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $26,343.48 | Scheduled: | $18,760.10 DISP |

---

| ADVANTECH CORPORATION<br>ATTN PETER KIM<br>38 TESLA<br>STE 100<br>IRVINE, CA 92618 | Claim Number: 2496<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $26,343.48 |

---

| ADVATEL<br>133 MORAY ST<br>SOUTH MELBOURNE, VIC 3205<br>AUSTRALIA | Claim Number: 6794<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,896.00 |

---

| ADVATEL AUSTRALIA<br>133 MORAY STREET<br>SOUTH MELBOURNE, VIC 3205<br>AUSTRALIA | Claim Number: 6795<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $3,896.00 | Scheduled: | $0.00 UNLIQ |

---

| ADVERTISING CHECKING BUREAU, INC., THE<br>2 PARK AVENUE, 18TH FLOOR<br>NEW YORK, NY 10016 | Claim Number: 1458<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 6766 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $79,717.75 |

---

| AEROFLEX<br>AEROFLEX WEINSCHEL<br>5305 SPECTRUM DRIVE<br>FREDERICK, MD 21703-7362 | Claim Number: 7053<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $1,100.00 |

---

| AEROFLEX WEINSCHEL, INC.<br>5305 SPECTRUM DR<br>FREDERICK, MD 21703 | Claim Number: 7054<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,100.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AFFILIATES OF VERIZON COMMUNICATIONS INC<br>DARRYL S. LADDIN, ESQ.<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | | Claim Number: 5521<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| SECURED | Claimed: | $11,207,760.90 |

---

| AHMAD, AZEEM<br>901 S ASHLAND AVE<br>APT 401<br>CHICAGO, IL 60607 | | Claim Number: 3025<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,654.97 |
| UNSECURED | Claimed: | $31,964.89 |

---

| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX 75013 | | Claim Number: 3029<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,654.97 |
| UNSECURED | Claimed: | $31,964.89 |

---

| AHMAD, AZEEM<br>1328 WATERDOWN DR.<br>ALLEN, TX 75013-5314 | | Claim Number: 3071<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,654.97 |
| UNSECURED | Claimed: | $31,964.89 |

---

| AHMAD, REAZ<br>637 FRANCES WAY<br>RICHARDSON, TX 75081 | | Claim Number: 3872<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $34,629.32 |

---

| AHMED, MOHAMED EL-MOUGY<br>12499 CLIFFF EDGE DR.<br>HERNDON, VA 20170 | | Claim Number: 4812<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $251,885.32 |

---

| AHTEN, TRACY<br>1409 GLASTONBURY DR.<br>PLANO, TX 75075 | | Claim Number: 4742<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,408.56 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AHTEN, TRACY S.<br>1409 GLASTONBURY DR<br>PLANO, TX 75075 | | Claim Number: 4743<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,408.56 | |
| UNSECURED | | | Scheduled:        $15,134.15 |

---

| AHUJA, BINU<br>30 DANJOU DRIVE<br>MARLBOROUGH, MA 01752 | | Claim Number: 6026<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $68,412.00 | |

---

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 3917<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 3918<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 3919<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 3920<br>Claim Date: 09/28/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3921
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3922
Claim Date: 09/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3923
Claim Date: 09/28/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3924
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3925
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG INSURANCE CO. OF CANADA, ET AL
COMMERCIAL INS. BANKRUPTCY COLLECTIONS
MICHELLE A. LEVITT, AUTHORIZED REP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 3926
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 3032 (05/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3927<br>Claim Date: 09/28/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3928<br>Claim Date: 09/28/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3929<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3930<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3931<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| AIG INSURANCE CO. OF CANADA, ET AL<br>COMMERCIAL INS. BANKRUPTCY COLLECTIONS<br>MICHELLE A. LEVITT, AUTHORIZED REP.<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 3932<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3032 (05/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AIKEN, JERRY L.
8536 CARRIAGE WOODS LN.
ROUGEMONT, NC 27572

Claim Number: 3788
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $224,863.14 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

AIRSPAN NETWORKS INC.
777 YAMATO RD., SUITE 310
BOCA RATON, FL 33431

Claim Number: 404
Claim Date: 02/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $1,916,683.21 |
|---|---|---|

AIRSPAN NETWORKS INC.
777 YAMATO RD., SUITE 310
BOCA RATON, FL 33431

Claim Number: 1575
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| ADMINISTRATIVE | Claimed: | $149,958.68 |
|---|---|---|
| UNSECURED | Claimed: | $1,712,278.81 |

AIRSPAN NETWORKS, INC.
777 YAMATO ROAD, SUITE 310
BOCA RATON, FL 33431

Claim Number: 1569
Claim Date: 07/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| ADMINISTRATIVE | Claimed: | $149,958.68 |
|---|---|---|
| UNSECURED | Claimed: | $1,712,278.81 |

AIRSPAN NETWORKS, INC.
777 YAMATO ROAD SUITE 310
BOCA RATON, FL 33431

Claim Number: 4083
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| ADMINISTRATIVE | Claimed: | $147,488.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,684,090.25 |

AIRVANA, INC.
CHRISTOPHER J. PANOS, ESQ.
CRAIG & MACAULEY PC
FEDERAL RESERVE BLDG, 600 ATLANTIC AVE.
BOSTON, MA 02210

Claim Number: 3719
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3042 (05/24/2010)

| UNSECURED | Claimed: | $38,248,461.01 |
|---|---|---|

AJILON LLC
175 BROADHOLLOW ROAD
MELVILLE, NY 11747

Claim Number: 829
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $562,573.75 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AJILON LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | | Claim Number: 830<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,240.00 | | |

---

| AKAI, CARL<br>1040 LUCY LANE<br>ALLEN, TX 75013 | | Claim Number: 1842<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,480.00 | | |

---

| AKIN, MARJORIE<br>4436 EDMONDSON AVE.<br>DALLAS, TX 75205 | | Claim Number: 1069<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $32,353.00 | | |

---

| AKIN, MARJORIE<br>4436 EDMONDSON AVE<br>DALLAS, TX 75205 | | Claim Number: 5745<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,570.55 |
| UNSECURED | Claimed: | $32,353.00 | Scheduled: | $42,004.80 |

---

| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 1129<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,852.25 | | |

---

| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 1281<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,852.25 | | |

---

| AL-DAYAA, HANI<br>72 OLD STAGE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 2206<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,564.36 |
| UNSECURED | Claimed: | $31,852.25 | Scheduled: | $30,263.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ALADDIN KNOWLEDGE SYSTEMS<br>601 CAMPUS DRIVE SUITE C 1<br>CAROL STREAM, IL 60004-7802 | | Claim Number: 6607<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| UNSECURED | Claimed: | $418.38 |

| ALAZMA, MANAR<br>3109 KNOX ST. # 218<br>DALLAS, TX 75205 | | Claim Number: 7252<br>Claim Date: 05/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $117,321.35 |

| ALDERMAN, DONALD SANFORD<br>2605 IMAN DRIVE<br>RALEIGH, NC 27615-3876 | | Claim Number: 7356<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $78,290.24 |

| ALDHIZER, WILLIAM R<br>1619 OLD HUNDRED RD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 6423<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,072.76 |

| ALDHIZER, WILLIAM R<br>1619 OLD HUNDRED RD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 6424<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $14,072.76 |

| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 3085<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,072.76 |

| ALDHIZER, WILLIAM R.<br>1619 OLD HUNDRED ROAD<br>MIDLOTHIAN, VA 23114 | | Claim Number: 3086<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $14,072.76 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | Claim Number: 921<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4475 (12/03/2010) | |
| SECURED          Claimed: | $2,050.87   UNLIQ | |

| | | |
|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | Claim Number: 971<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| SECURED          Claimed: | $2,050.87   UNLIQ CONT | |

| | | |
|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD RD.<br>HOUSTON, TX 77032 | Claim Number: 2858<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| SECURED          Claimed: | $2,050.87 | |

| | | |
|---|---|---|
| ALEXANDER, STACIE<br>338 MELVIN JACKSON DR.<br>CARY, NC 27519 | Claim Number: 7843<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $44,307.72 | |

| | | |
|---|---|---|
| ALFORD, MARIANNE P.<br>1520 BROKEN BOW TRAIL<br>CARROLLTON, TX 75007 | Claim Number: 7677<br>Claim Date: 04/01/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $11,167.00   UNLIQ CONT | |
| UNSECURED          Claimed: | $1,015.88   UNLIQ CONT | |

| | | |
|---|---|---|
| ALGO COMMUNICATION PRODUCTS, LTD.<br>4500 BEEDIE STREET<br>BURNABY, BC V5J 5L2<br>CANADA | Claim Number: 4550<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | |
| UNSECURED          Claimed: | $316,564.90 | |

| | | |
|---|---|---|
| ALIMOGLU, FEVZI<br>40 BRATTLE ST APT 5<br>ARLINGTON, MA 02476-4349 | Claim Number: 5618<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $28,161.79 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ALLAN, JAY WALTER
21912 BARBADOS
MISSION VIEJO, CA 92692

Claim Number: 62
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,076.71 |
|---|---|---|

---

ALLEN SYSTEMS GROUP INC
1333 THIRD AVENUE SOUTH
NAPLES, FL 34102

Claim Number: 2007
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $361.69 |
|---|---|---|

---

ALLEN, JOHN B.
3190 ALSTON CHAPEL RD
PITTSBORO, NC 27312

Claim Number: 7637
Claim Date: 03/11/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $80,766.00 | UNLIQ CONT |

---

ALLEN, JOHN B.
3190 ALSTON CHAPEL RD
PITTSBORO, NC 27312

Claim Number: 7938
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $80,766.00 | UNLIQ CONT |

---

ALLEN, SHAWN
4618 HANNAFORD DR
TOLEDO, OH 43623

Claim Number: 6280
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,691.53 |
|---|---|---|

---

ALLIANCE FOR TELECOMMUNICATION
INDUSTRY SOLUTIONS ATIS
1200 G STREET NW
WASHINGTON, DC 20005

Claim Number: 6946
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $4,875.00 |
|---|---|---|

---

ALMS, MICHAEL
4944 ELM ISLAND CIRCLE
WATERFORD, WI 53185

Claim Number: 3784
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $79,638.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI 53185 | | Claim Number: 3785<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $107,648.83 |
| ALMS, MICHAEL<br>4944 ELM ISLAND CIRCLE<br>WATERFORD, WI 53185 | | Claim Number: 6110<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $443,167.20 |
| ALONSO, NANCY<br>2600 SW 123 CT<br>MIAMI, FL 33175 | | Claim Number: 6534<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ALONSO, NANCY<br>2600 SW 123 CT<br>MIAMI, FL 33175 | | Claim Number: 6535<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ALPEROVICH, ZHANNA<br>3109 PRESTON MEADOW DR<br>PLANO, TX 75093 | | Claim Number: 7300<br>Claim Date: 06/17/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $72,636.04 |
| ALPHA NETWORKS INC.<br>C/O JOON M. KHANG, ESQ.<br>KHANG & KHANG LLP<br>1901 AVENUE OF THE STARS, #200<br>LOS ANGELES, CA 90067 | | Claim Number: 4473-02<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $52,330.30 |
| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | | Claim Number: 1092<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $123,360.59 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ALSHABOUT, NADIM<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | | Claim Number: 1106<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $56,408.73 |

---

| ALSTON, VIOLET<br>PO BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 2564<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $74,894.13 |

---

| ALSTON, VIOLET<br>PO BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 5944<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $12,850.73 |

---

| ALSTON, VIOLET L<br>PO BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 2562<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $46,808.04 |

---

| ALSTON, VIOLET L<br>PO BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 5943<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,850.73   UNLIQ |

---

| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 2561<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $74,894.13   UNLIQ |

---

| ALSTON, VIOLET L.<br>P.O. BOX 1442<br>PITTSBORO, NC 27312 | | Claim Number: 2563<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,808.04 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | | Claim Number: 180<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $153,151.75 | | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | | Claim Number: 265<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $123,140.09 | | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | | Claim Number: 1274<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $123,140.09 | | |
| ALTERNATE COMMUNICATIONS INTERNATIONAL LTD<br>509B CENTRE ST SW<br>HIGH RIVER, AB T1V 2C2<br>CANADA | | Claim Number: 2192<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5926 (07/11/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $17,010.00 | Scheduled: | $2,170.00 |
| ALVAREZ, CARLOS<br>10122 SAGEROYAL LANE<br>HOUSTON, TX 77089 | | Claim Number: 1638<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $28,633.80 | | |
| TOTAL | Claimed: | $28,633.60 | | |
| ALVAREZ, CARLOS<br>1401 GLEN ELLEN COURT<br>ALLEN, TX 75002 | | Claim Number: 3003<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,633.60 | | |
| ALVI, JOHN<br>3913 BENTLEY BROOK DR.<br>RALEIGH, NC 27612 | | Claim Number: 1130<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $105,263.74 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ALVISO, CHRIS
3009 LITTLETON LN
ROSEVILLE, CA 95747-9044

Claim Number: 540
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,962.40 |
|---|---|---|

---

ALZINDANI, ABDUL
260 TRENTON AVE
PATERSON, NJ 07503-1529

Claim Number: 4049
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,519.23 |
|---|---|---|

---

ALZINDANI, ABDUL
260 TRENTON AVE
PATERSON, NJ 07503-1529

Claim Number: 4051
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| PRIORITY | | | Scheduled: | $842.61 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,519.23 | Scheduled: | $17,278.23 |

---

AMATO, DEBRA A.
9053 GRASSEY CREEK ROAD
BULLOCK, NC 27507

Claim Number: 7870
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

---

AMC TECHNOLOGY LLC
15521 MIDLOTHIAN TPKE STE 301
MIDLOTHIAN, VA 23113-7313

Claim Number: 3012
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5692 (06/13/2011)

| UNSECURED | Claimed: | $59,330.00 |
|---|---|---|

---

AMERICAN FURUKAWA, INC.
ATTN: DAVID NOBLE
47677 GALLEON DRIVE
PLYMOUTH, MI 48170

Claim Number: 4543
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3589 (07/13/2010)

| ADMINISTRATIVE | Claimed: | $117,300.00 |
|---|---|---|

---

AMERICANS FOR TAX REFORM
C/O JANE FRAZER
722 12TH ST NW 4TH FLOOR
WASHINGTON, DC 20005

Claim Number: 5831
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $30,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AMERSHEK, THOMAS D.
15 W. HYLAND DR.
NEW RINGGOLD, PA 17960

Claim Number: 981
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $40,538.47 |
|---|---|---|

---

AMICK, LINDA HOLLENBEC
4605 LEXINGTON RD.
ATHENS, GA 30605

Claim Number: 8247
Claim Date: 04/26/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $61,936.00 |
|---|---|---|

---

AMINZADEH, HOSSAIN
106 MOONLIGHT DRIVE
MURPHY, TX 75094

Claim Number: 7978
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $11,598.06 |
|---|---|---|

---

AMOSS, GEORGE B
P.O. BOX 13
MENDEN HALL, PA 19357

Claim Number: 4457
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

AMOSS, GEORGE B
P.O. BOX 13
MENDEN HALL, PA 19357

Claim Number: 4458
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $457,710.65 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

AMPHENOL
AMPHENOL PRINTED CIRCUITS
91 NORTHEASTERN BLVD
NASHUA, NH 03062-3141

Claim Number: 2930
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $5,828.74 |
|---|---|---|

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5499
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7621 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $84,061.54 |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,174,975.42 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5500
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $64,009.49 |

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5501
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $84,061.54 |

---

AMPHENOL CORPORATION
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5503
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $64,009.49 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $141,163.05 |

---

AMPHENOL INTERCONNECT PRODUCTS CORP
C/O MOSES & SINGER LLP
ATTN ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5506
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,283.39   UNLIQ |

---

AMPHENOL PRINTED CIRCUITS
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5504
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,828.74   UNLIQ CONT |

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5502
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ |

---

AMPHENOL TECHNICAL PRODUCTS INT'L
C/O MOSES & SINGER LLP
ATTN: ALAN KOLOD
THE CHRYSLER BLDG, 405 LEXINGTON AVENUE
NEW YORK, NY 10174-1299

Claim Number: 5505
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7621 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $84,061.54   UNLIQ CONT |
| UNSECURED | Claimed: | $1,118,863.29   UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AMREP<br>AMREP VENDOR INSPECTION SERVICE PTE LTD<br>10031 PINES BOULEVARD<br>PEMBROKE PINES, FL 33024 | Claim Number: 6198<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $3,260.00 | Scheduled: $700.00 |

---

| AMREP VENDOR INSPECTION SERVICE PTE<br>10031 PINES BOULEVARD, SUITE 213<br>PEMBROKE PINES, FL 33024 | Claim Number: 6197<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,260.00 |

---

| AMREP VENDOR INSPECTION SERVICE PTE LTD.<br>10031 PINES BOULEVARD<br>STE. 213<br>PEMBROKE PINES, FL 33024 | Claim Number: 6199<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|
| ADMINISTRATIVE | Claimed: | $3,260.00 |

---

| ANDERS, DEBORAH<br>2025 EAKLE DRIVE<br>ROCK HILL, SC 29732 | Claim Number: 1919<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,357.69 |

---

| ANDERS, DEBORAH<br>2025 EAKLE DRIVE<br>ROCK HILL, SC 29732 | Claim Number: 1920<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $17,307.69 |

---

| ANDERSON GORECKI & MANARAS LLP<br>PO BOX 553<br>CARLISLE, MA 01741 | Claim Number: 2818<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $31,161.53 |

---

| ANDERSON GORECKI & MANARAS LLP<br>33 NAGOG PARK<br>ACTON, MA 01720-3421 | Claim Number: 2819<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED | Claimed: | $47,896.77 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ANDERSON, BRYAN A.
19 FROTHINGHAM ROAD
BURLINGTON, MA 01803

Claim Number: 7992
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,461.60 | | |

---

ANDERSON, CARL A.
8945 HUNTCLIFF TRACE
ATLANTA, GA 30350

Claim Number: 3684
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,764.40 | | |

---

ANDERSON, DEBRA
102 BELTON DRIVE
HICKORY CREEK, TX 75065

Claim Number: 2499
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,305.43 | Scheduled: | $6,577.83 |
| UNSECURED | | | Scheduled: | $44,315.20 |

---

ANDERSON, DEBRA J.
102 BELTON DRIVE
HICKORY CREEK, TX 75065

Claim Number: 2500
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |

---

ANDERSON, JOHN P., JR.
107 DEERWOOD CT
CHAPEL HILL, NC 27517

Claim Number: 1530
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $28,167.36 | | |

---

ANDERSON, JULIE
212 BOG HILL LN
CARY, NC 27519

Claim Number: 7500
Claim Date: 11/16/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $36,050.00 | UNLIQ CONT |

---

ANDERSON, KELLY
1514 MANHATTAN AVE
HERMOSA BEACH, CA 90254

Claim Number: 1755
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 514

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,907.79 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ANDERSON, KELLY J.
1514 MANHATTAN AVE.
HERMOSA BEACH, CA 90254

Claim Number: 514
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $76,907.79 |
|---|---|---|

---

ANDERSON, RONALD H.
1606 NAVARRO CT
ALLEN, TX 75013

Claim Number: 3313
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $90,990.72 |
|---|---|---|

---

ANDERSON, STUART
178 RUE ROBERT DORION EAST
GATINEAU, QC 69H 7A5
CANADA

Claim Number: 888
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $182,486.00 |
|---|---|---|

---

ANDERSON, STUART
178 RUE ROBERT DORION EAST
GATINEAU, QC 69H 7A5
CANADA

Claim Number: 7690
Claim Date: 04/06/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $119,147.51 |
|---|---|---|

---

ANDEVICES INC
2933 BAYVIEW DRIVE
FREMONT, CA 94538-6520

Claim Number: 766
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $36,800.00 |
|---|---|---|

---

ANDEVICES INC
2933 BAYVIEW DR.
FREMONT, CA 94538

Claim Number: 6689
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $36,800.00 |
|---|---|---|

---

ANDEVICES INC
2933 BAYVIEW DRIVE
FREMONT, CA 94538-6520

Claim Number: 6690
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $36,800.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ANDREW CORPORATION
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHAW & HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4848
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,250.00 |
| UNSECURED | Claimed: | $810.00 |

---

ANDREW CORPORATION
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHAW, & HINSON, PA
101 N. TRYON ST., SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4849
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,250.00 |

---

ANDREW LLC
TY E. SHAFFER, ESQ.
C/O ROBINSON, BRADSHAW & HINSON, PA
101 N. TRYON ST., SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 6130
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,250.00 |

---

ANDREW LUDWICK
C/O BOIES, SCHILLER & FLEXNER LLP
ATTN: DAVID SHAPIRO, ESQ.
1999 HARRISON ST., SUITE 900
OAKLAND, CA 94612

Claim Number: 6117
Claim Date: 11/11/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

ANDREW TELECOM LLC
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHW, HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4850
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,130.00 |
| UNSECURED | Claimed: | $2,218.00 |

---

ANDREW TELECOM LLC
TY E. SHAFFER, ESQ.
ROBINSON, BRADSHW, HINSON, PA
101 NORTH TRYON STREET, SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 4851
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,130.00 |

---

ANDREW TELECOMMUNICATIONS PRODUCTS
TY. E. SHAFFER, ESQ.
C/O ROBINSON, BRADSHAW & HINSON, PA
101 N. TRYON ST., SUITE 1900
CHARLOTTE, NC 28246

Claim Number: 6127
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,130.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ANDREW, LLC
BRETT D. FALLON - ERICKA F. JOHNSON
MORRIS JAMES LLP
500 DELAWARE AVE, STE 1500, PO BOX 2306
WILMINGTON, DE 19899-2306

Claim Number: 662
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 793 (05/28/2009)

| ADMINISTRATIVE | Claimed: | $112,557.86 |
| --- | --- | --- |

ANDUX, ALBERT
9304 MIRANDA DR.
RALEIGH, NC 27617

Claim Number: 533
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $89,468.60 |
| --- | --- | --- |

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 534
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| UNSECURED | Claimed: | $5,200.00 |
| --- | --- | --- |

ANDUX, ALBERT
9304 MIRANDA DR
RALEIGH, NC 27617

Claim Number: 535
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments:
No Signature

| PRIORITY | | | Scheduled: | $2,814.32 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $251,558.64 | Scheduled: | $89,899.78 |

ANGOSS SOFTWARE
111 GEORGE STREET SUITE 200
TORONTO, ON M5A 2N4
CANADA

Claim Number: 5905
Claim Date: 10/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
| --- | --- | --- | --- | --- |

ANIXTER INC
ATTN: STEVE BALK, VP GLOBAL SHARED SRVCS
2301 PATRIOT BOULEVARD
MAIL STOP 2N
GLENVIEW, IL 60026

Claim Number: 7915
Claim Date: 08/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 754 (05/14/2009)

| ADMINISTRATIVE | Claimed: | $279,615.74 |
| --- | --- | --- |

ANIXTER INC.
MARLA R. ESKIN
AYESHA CHACKO
800 N KING ST., SUITE 300
WILMINGTON, DE 19899

Claim Number: 664
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 834 (06/02/2009)

| ADMINISTRATIVE | Claimed: | $698,007.81 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ANIXTER INC. & ANIXTER ARGENTINA SA<br>C/O JON VIGANO<br>SCHIFF HARDIN LLP<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 6830<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 6445 (09/21/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $613,782.00 | | |

| ANNETT, TONY<br>5224 GEODE LN<br>MCKINNEY, TX 75070 | | Claim Number: 3465<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $5,050.00 | | |

| ANSELMO, LORENA<br>606 CANDLEWOOD TRAIL<br>MURPHY, TX 75094 | | Claim Number: 1311<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $35,251.50 | | |

| ANSTEAD, VICTORIA<br>3894 RIDGE LEA RD APT A<br>AMHERST, NY 14228-2759 | | Claim Number: 6825<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,000.00   UNLIQ | | |

| ANSTEAD, VICTORIA<br>3894 RIDGE LEA RD., APT. A<br>AMHERST, NY 14228 | | Claim Number: 8363<br>Claim Date: 09/07/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,063.40 | | |

| ANSTEAD, VICTORIA M.<br>3894 RIDGE LEA RD APT A<br>AMHERST, NY 14228-2759 | | Claim Number: 6826<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| AON CONSULTING<br>WILLIAM GRUBBS<br>1100 REYNOLDS BLVD.<br>WINSTON SALEM, NC 27105 | | Claim Number: 1387<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,390.00 | Scheduled: | $1,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

APANI NETWORKS
1800 E IMPERIAL HIGHWAY, SUITE 210
BREA, CA 92821

Claim Number: 3589
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $5,683.33 |

---

APANI NETWORKS
1800 EAST IMPERIAL HIGHWAY
SUITE 210
BREA, CA 92821

Claim Number: 3590
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4049 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $5,683.33 |

---

APOLLO TELECOM (PVT) LTD
C/O HEAD OFFICE--MAJ. SYED ATAULLAH SHAH
PLOT # 44, ST. # 11
SECTOR 1-9/2
ISLAMABAD,
PAKISTAN

Claim Number: 4623
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $2,300,000.00 |

---

APPELL, MARTIN
12002 BROWNING LN
DALLAS, TX 75230

Claim Number: 2762
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $71,827.72 |

---

APPELL, MARTIN
12002 BROWNING LN
DALLAS, TX 75230

Claim Number: 5930
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $71,827.72 |

---

APPLIED DISCOVERY INC
13427 NE 16TH STREET
STE 200
BELLEVUE, WA 98005

Claim Number: 6540-01
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $3,951.61 |

---

APPLIED DISCOVERY INC
13427 NE 16TH STREET
STE 200
BELLEVUE, WA 98005

Claim Number: 6540-02
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $8,548.39 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PL STE 210<br>SAN JOSE, CA 95110-1094 | Claim Number: 2451<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED | Claimed: | $3,097.50 | | |
| APPLIED SIMULATION TECHNOLOGY INC<br>2025 GATEWAY PLACE, SUITE 318<br>SAN JOSE, CA 95110-1008 | Claim Number: 2452<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,097.50 | | |
| APRIMO, INC.<br>ATTN: GEORGE LAWRENCE<br>900 EAST 96TH STREET<br>SUITE 400<br>INDIANAPOLIS, IN 46240 | Claim Number: 3108<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $4,785.33 | | |
| APTER, WILLIAM<br>6908 ELECTRA DR<br>RALEIGH, NC 27607 | Claim Number: 8339<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $85,000.00 | | |
| AR GRAY & ASSOCIATES<br>265 HYMUS BOULEVARD<br>POINT CLARE, QC H9R 1G6<br>CANADA | Claim Number: 7572<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00 |
| AR GRAY & ASSOCIATES<br>29 HANSEN<br>BEACONSFIELD<br>BEACONSFIELD, QC H9W 5P4<br>CANADA | Claim Number: 7573<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| ADMINISTRATIVE | Claimed: | $6,850.00 | | |
| ARAMARK UNIFORM AND CAREER<br>APPAREL, LLC (MEANS SERVICES, INC.)<br>ATTN : KURT ZIMMERMAN<br>115 NORTH 1ST STREET, SUITE 201<br>BURBANK, CA 91502 | Claim Number: 5380<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4762 (01/26/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ARAPAHOE COUNTY TREASURER<br>PO BOX 571<br>LITTLETON, CO 80160-0571 | | Claim Number: 1606<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2985 (05/13/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $5,431.44 | | |

| ARCHIVE AMERICA, INC<br>C/O CONTRACT ADMINISTRATION<br>3455 NW 54 STREET<br>MIAMI, FL 33142 | | Claim Number: 6903<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $16,622.67 | | |
| UNSECURED | Claimed: | $85,939.05 | | |

| ARELLANO, ALICIA<br>6206 FIREFLY DRIVE<br>SAN JOSE, CA 95120 | | Claim Number: 7434<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,033.85 | | |

| ARENCIBIA, MAYTE<br>18334 NW 12 ST.<br>PEMBROKE PINES, FL 33029 | | Claim Number: 6791<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   CONT | | |

| ARGO PARTNERS<br>TRANSFEROR: ROCKNESS EDUCATION SERVICES<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 149<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,595.66 | Scheduled: | $5,595.66 |

| ARGO PARTNERS, INC.<br>TRANSFEROR: LYNX PHOTO NETWORKS<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 2997<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,165.00 | Scheduled: | $1,082.50 |

| ARGO PARTNERS, INC.<br>TRANSFEROR: DUARTE DESIGN INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 4389<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $141,833.00 | Scheduled: | $141,833.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ARGO PARTNERS, INC.
TRANSFEROR: ANIXTER INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4639
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6445 (09/21/2011)

| UNSECURED | Claimed: | $4,042,609.64 | | |

---

ARGO PARTNERS, INC.
TRANSFEROR: INFORMATION TODAY INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6336
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $4,500.00 |

---

ARGONAUT INSURANCE COMPANY
PO BOX 974941
DALLAS, TX 75397-4941

Claim Number: 3833
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4741 (01/24/2011)

| UNSECURED | Claimed: | $92,417.00 | | |

---

ARICENT TECHNOLOGIES HOLDINGS LTD
ATTN: SHAWN M. SODERBERG
660 THIRD STREET, 4TH FLOOR
SAN FRANCISCO, CA 94107

Claim Number: 8200
Claim Date: 02/21/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 | | |

---

ARKANSAS AUDITOR OF STATE
ATTN: ROB SCOTT, ADMINISTRATOR
UNCLAIMED PROPERTY DIVISION
1401 WEST CAPITOL AVENUE, SUITE 325
LITTLE ROCK, AR 72201

Claim Number: 2886
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| PRIORITY UNSECURED | Claimed: | $0.00 | | |

---

ARMBRUSTER, ROBIN C
6841 N MEADOWS WAY
DEXTER, MI 48130-8635

Claim Number: 2822
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $330.37   UNLIQ | | |

---

ARMOUDIAN, ANTRANIK G.
P.O. BOX 938
MOUNDS, OK 74047

Claim Number: 7278
Claim Date: 06/07/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $101,313.75 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ARMSTRONG, DRURY P<br>15625 ANDOVER LN<br>WAKE FOREST, NC 27587 | Claim Number: 8444<br>Claim Date: 01/03/2013<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,078.40 |
|---|---|---|

---

| ARNOLD, JEFFREY<br>20903 W 48TH ST<br>SHAWNEE, KS 66218 | Claim Number: 2232<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7859 |
|---|---|

| UNSECURED | Claimed: | $6,765.00 |
|---|---|---|

---

| ARNOLD, JEFFREY<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | Claim Number: 7859<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2232 |
|---|---|

| UNSECURED | Claimed: | $6,765.00 |
|---|---|---|

---

| ARNOLD, JEFFREY J.<br>20903 W 48TH ST<br>SHAWNEE, KS 66218-9480 | Claim Number: 1485<br>Claim Date: 07/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $67,307.70 |
|---|---|---|

---

| ARNOLD, JEFFREY J.<br>20903 W. 48TH ST<br>SHAWNEE, KS 66218 | Claim Number: 7860<br>Claim Date: 07/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>May amend 2233 |
|---|---|

| UNSECURED | Claimed: | $67,307.70 |
|---|---|---|

---

| ARNOLD, LINDA L.<br>525 TERRACE OAKS DRIVE<br>ROSWELL, GA 30075 | Claim Number: 4597<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 158. |
|---|---|

| PRIORITY | Claimed: | $133,554.95 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $47,692.30 |

---

| ARNOLD-BERRY, LINDA L<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188 | Claim Number: 4598<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $133,554.95 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ARNOLD-BERRY, LINDA L.<br>18 THE FAIRWAY<br>WOODSTOCK, GA 30188-2200 | | Claim Number: 158<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $332,662.34 |
| ARNOT, JAMES<br>9778 ISABEL COURT<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 3403<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $12,981.00 |
| AROCHA, JANET<br>720 WEST 74TH PLACE<br>HIALEAH, FL 33014 | | Claim Number: 8147<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $21,190.92 |
| ARTOLA, PATSY<br>10720 WINDING WOOD TRAIL<br>RALEIGH, NC 27613 | | Claim Number: 7550<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $79,900.00 |
| ARTOLA, PATSY<br>10720 WINDING WOOD TRAIL<br>RALEIGH, NC 27613 | | Claim Number: 7692<br>Claim Date: 04/07/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $10,787.00 |
| ARTZER-OWENS, GAIL<br>711 SHERMAN STREET<br>GOODLAND, KS 67735 | | Claim Number: 5892<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $276,553.60 |
| ARTZER-OWENS, GAIL<br>711 SHERMAN STREET<br>GOODLAND, KS 67735 | | Claim Number: 5893<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $276,553.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASEMOTA, CHARLES
1606 WAGON WHEEL DRIVE
ALLEN, TX 75002

Claim Number: 978
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,538.00 |
|---|---|---|

ASHBY, ROBERT L.
11985 HWY. 641 SOUTH
HOLLADAY, TN 38341

Claim Number: 1066
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $91,134.56 |
|---|---|---|

ASHCRAFT, RICHARD D.
6417 ROSEBUD DR.
ROWLETT, TX 75089

Claim Number: 7312
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $27,280.88 |
|---|---|---|

ASHRAFI, BASHIR
7 AUTUMN LEAF DR # 9
NASHUA, NH 03060

Claim Number: 5622
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,322.04 |
|---|---|---|

ASIRI, ABDUL-JABBAR
37 CHIMO DR.
KANATA, ON K2L1A3
CANADA

Claim Number: 2853
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $81,174.23 |
|---|---|---|

ASIRI, ADBDUL-JABBAR & GUYLUINE LAVOIE
37 CHIMO DR.
KANATA, ON K2L 1A3
CANADA

Claim Number: 2852
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $81,174.23 |
|---|---|---|

ASM CAPITAL
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1559
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $15,333.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL AS PURCHASER OF TRANSLATIONS.COM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5951<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7430 (03/22/2012) | | | |
| UNSECURED          Claimed: | $93,108.65 | | | |
| ASM CAPITAL AS PURCHASER OF DAITO PRECISION, INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3835<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $66,762.00 | Scheduled: | $66,132.00 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 110<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED          Claimed: | $369,600.00 | Scheduled: | $369,600.00 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SIPERA SYSTEMS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $80,567.00 | Scheduled: | $80,567.00 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LAYNE COMMUNICATIONS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 339<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $180,479.26 | Scheduled: | $153,239.26 | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALL, JENSEN & FERRELL<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 396<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $151,055.13 | | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: GLOBAL IP SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 415<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $80,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: GLOBAL IP SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 468<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $411,928.30 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: BERRYMAN TRANSFER & STORAGE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 618<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $71,364.91 | Scheduled: | $85,235.69 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SEAL CONSULTING, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 744<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,053,631.49 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 764<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $514,154.45 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: TELCORDIA TECHNOLOGIES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 950<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $65,525.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: IAN MARTIN LIMITED AND IAN<br>MARTIN TECHNOLOGY STAFFING INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1055<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $969,679.55 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CALIFORNIA SOFTWARE LABORATO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1356<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $992,155.46 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CARLSON MARKETING CANADA LTD<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1359<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $617,237.04 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MERCURY COMPUTER SYSTEMS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1378<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $184,800.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PITNEY BOWES MGMT SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1393<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $137,646.80 | Scheduled: | $56,045.37 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NERA INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1582<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $667,763.33 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: STRENGTH TEK FITNESS &<br>WELLNESS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1835<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $123,676.34 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DAITO PRECISION INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3836<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | |
| UNSECURED | Claimed: | $27,750.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: AMERICAN FURUKAWA, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4531<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $117,300.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: DEKA IMMOBILIEN INVESTMENT<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4819<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5453 (05/20/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,442,150.80 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: EION INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5660<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $427,281.25 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: WESTON SOLUTIONS, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5829<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 2689 | | |
| UNSECURED | Claimed: | $410,139.09 | Scheduled: | $351,698.50 |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: PHILLIPS, JOANNE H.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 22<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $44,799.61 | Scheduled: | $7,080.33 |
| UNSECURED | | | Scheduled: | $38,331.44 |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: LAVZON, ROBERT<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 86<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,235.00 | Scheduled: | $42,938.94 |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: LIAW, JER JIANN<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 656<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $2,233.83 |
| UNSECURED | Claimed: | $34,892.32 | Scheduled: | $37,651.02 |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: PEAVEY, WILLIAM L., JR.<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1323<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $53,571.35 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL IV, L.P.
TRANSFEROR: ONE BOSTON PLACE L.L.C
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1337
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6878 (11/28/2011)

| UNSECURED | Claimed: | $1,898,213.16 | | |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: JOHNSON, STEVEN M.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1508
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $63,450.00 | Scheduled: | $67,222.63 |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: WALTERS, ROBERT
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1584
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $36,817.29 | | |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: PETERSON, JEFFREY
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1589
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,190.00 | | |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: PIPER, ROBERT M.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1614
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $66,809.42 | | |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: ELBAKOURY, HESHAM
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1620
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $93,706.68 | | |
|---|---|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: CHAN, KA WAI
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1711
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,809.12 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: THIBODEAUX, DAVID<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2028<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $24,999.98 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: ZOUNON, LISETTE Z.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2935<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,378.25 |
| UNSECURED | Claimed: | $116.53 | Scheduled: | $8,014.66 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: FARMER, ANGELIQUE<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3692<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $24,659.11 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: EL-BEIK, ESSAM<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3807<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $47,353.00 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: ALPHA NETWORKS INC.<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4473-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) |

| UNSECURED | Claimed: | $107,844.16 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: KLEBSCH, MICHAEL B<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5435<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) |

| PRIORITY<br>UNSECURED | Claimed: | $27,984.88 |

---

| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6449<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $31,809.12 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6450<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| PRIORITY | Claimed: | $31,809.12 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6455<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| ADMINISTRATIVE | Claimed: | $31,809.12 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6456<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| PRIORITY | Claimed: | $31,809.12 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6457<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| ADMINISTRATIVE | Claimed: | $31,809.12 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: CHAN, KA WAI<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6458<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| PRIORITY | Claimed: | $31,809.12 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: KLEBSCH, MICHAEL B<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6871<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
| ADMINISTRATIVE | Claimed: | $27,984.88 | |
| ASM CAPITAL IV, L.P.<br>TRANSFEROR: KLEBSCH, MICHAEL B<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6872<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
| PRIORITY | Claimed: | $27,984.88 | |
| UNSECURED | | Scheduled: | $40,133.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL IV, L.P.
TRANSFEROR: HALL, ROBERT R.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7542
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,425.00 | |
| UNSECURED | Claimed: | $69,326.88 | |
| TOTAL | Claimed: | $69,326.88 | |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: MOORE III, JAMES V.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7965
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,694.00 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: FORTUNE, SHERRY-ANN
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8029
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $29,224.91 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: YI QUN ZHU
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8113
Claim Date: 12/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $1,910.25 | Scheduled: | $1,910.25 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,621.49 | Scheduled: | $24,621.49 |

---

ASM CAPITAL IV, L.P.
TRANSFEROR: HALL, ROBERT R.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8264
Claim Date: 05/18/2012
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
AMENDS CLAIM #7542

| UNSECURED | Claimed: | $69,326.88 |
|---|---|---|

---

ASM CAPITAL IV, L.P.
TRANSFEROR: ORY, DENIS
ASM CAPITAL
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8286
Claim Date: 06/04/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,621.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,718.08 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 9<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,939.36 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 10<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,944.68 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 91<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,186.13 | Scheduled: | $10,186.13 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: GROTE, CHARLES R.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 93<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,574.80 | | |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: BROWN, WALTER J.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 148<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,500.75 | Scheduled: | $5,036.48 |
| UNSECURED | Claimed: | $63,876.95 | Scheduled: | $61,645.52 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ASP TECHNOLOGIES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 176<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,849.32 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: ACCESSIBLE SYSTEMS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 213
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,803.35 | Scheduled: | $20,803.35 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: GROTE, CHARLES R.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 278
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,904.94 | Scheduled: | $6,973.97 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $74,672.47 |

---

ASM CAPITAL, L.P.
TRANSFEROR: GOOGLE, INC.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 453
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $220,721.84 | Scheduled: | $59,292.35 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ARBOR INDUSTRIES U.S.A., INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 478
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,664.59 | Scheduled: | $2,664.59 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: AVATECH SOLUTIONS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 481
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $3,365.00 | Scheduled: | $3,365.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KAISER ASSOCIATES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 516
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $59,091.49 | Scheduled: | $56,044.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: NETFORMX, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 561
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $32,266.74 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: FILIPPI, GARY J.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 639<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $63,240.19 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: HARRIS INTERACTIVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 678-01<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $93,200.00 | Scheduled: | $93,150.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: HARRIS INTERACTIVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 678-02<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $31,000.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MITEC TELECOM INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 840<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $110,939.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TAKE ONE PRODUCTIONS, LTD.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 887<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $46,762.19 | Scheduled: | $46,727.19 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TELOGY, LLC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 904<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $2,805.62 | Scheduled: | $2,672.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FORD & HARRISON LLP<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 905<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,674.66 | Scheduled: | $25,293.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: ROBBINS, ARLENE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 938
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7867

| PRIORITY | Claimed: | $29,879.10 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: ABULGUBEIN, KHAMIS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 967
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,169.14 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: QUASAR INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 968
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $81,180.00 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: QUASAR, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1009
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $85,500.00 | Scheduled: | $36,720.00 |
| --- | --- | --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: WELLS FARGO BANK, N.A.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1082
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $380,121.95 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: KLINGLER, PAUL
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1196
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 |
| --- | --- | --- |

---

ASM CAPITAL, L.P.
TRANSFEROR: GRAY, MICHAEL S.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1428
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7842

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $24,316.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: WELLS FARGO BANK, N.A.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1518
Claim Date: 07/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| UNSECURED | Claimed: | $380,121.95 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: SILICON MECHANICS, INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1661
Claim Date: 07/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $67,440.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: QUARRY INTEGRATED COMMUNICAT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1734
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $35,450.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: QUARRY INTEGRATED COMMUNICAT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1735
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $35,450.00 | Scheduled: | $35,450.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1821
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $8,015.00 | Scheduled: | $8,015.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KEYTECH USA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1822
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $8,015.00 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KIRK CONSULTING GROUP INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1829
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC BENCHMARKS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1991<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,000.00 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ACADEMIC BENCHMARKS INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1992<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $8,000.00 | Scheduled: | $8,000.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: PRIMO MICROPHONES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2074<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,274.80 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2198<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $32,266.74 | Scheduled: | $32,266.74  DISP |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NETFORMX, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2199<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $32,266.74 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: TRANSPERFECT/TRANSLATIONS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2220<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| UNSECURED | Claimed: | $113,592.55 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NEWBURY NETWORKS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2429<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $60,375.00 | Scheduled: | $63,393.75 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: VIGREUX, GILBERT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3098
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6897

| UNSECURED | Claimed: | $53,611.12 | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: DANNEMANN SIEMSEN BIGLER & I
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3157
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $4,310.88 | Scheduled: | $3,348.45 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KILLEBREW, MELISSA
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3209
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,652.00 | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: WMS VISION INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3573
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $31,374.13 | Scheduled: | $15,360.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: BYNUM, JAIMIE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3693
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,326.80 | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: TROP, PRUNER & HU, P.C.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3758
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $152,191.78 | | |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: PARAGON COMMUNICATIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3845
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,571.07 | Scheduled: | $12,571.07 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: TAYLOE, GORDON B.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3938
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7662

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $20,715.00 | |

---

ASM CAPITAL, L.P.
TRANSFEROR: RENUART, JACQUELINE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4255
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,068.38 | Scheduled: | $2,064.88 |
| UNSECURED | Claimed: | $28,115.53 | Scheduled: | $34,089.92 |

---

ASM CAPITAL, L.P.
TRANSFEROR: WATSON, ROBERT
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4400
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,204.82 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ACME PACKET INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4455
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $472,812.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: MCMAHAN, KEVIN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4456
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,367.70 | Scheduled: | $6,811.32 |
| UNSECURED | | | Scheduled: | $19,751.54 |

---

ASM CAPITAL, L.P.
TRANSFEROR: AMERICAN FURUKAWA, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4544
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,000.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: DAVIS, BRIAN P
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4842
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,463,331.43 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: TTI<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5044<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $574,660.04 | Scheduled: | $59,700.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5601<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED          Claimed: | $100,632.00 | Scheduled: | $133,392.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KK TECHNOLOGIES INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5602<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE          Claimed: | $32,760.00 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: TODARO, THOMAS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6120<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1692 and 1642 | | |
| PRIORITY          Claimed:<br>UNSECURED | $44,861.76 | Scheduled: | $49,063.70 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MITEC TELECOM INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6504<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED          Claimed: | $3,828.00 | Scheduled: | $3,828.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: VIGREUX, GILBERT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6897<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3098 | | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00<br>$42,661.12 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FREEDOM CAD SERVICES INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7114<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED          Claimed: | $92,180.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: ADEX CORPORATION
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7149
Claim Date: 03/15/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $305,181.93 | Scheduled: | $294,126.18 |

---

ASM CAPITAL, L.P.
TRANSFEROR: GANAPATHIRAMAN, SUJATHA
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7351
Claim Date: 07/19/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,307.68 |

---

ASM CAPITAL, L.P.
TRANSFEROR: PRESTIPINO, JAY R.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7567
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,692.33 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ABBOTT, HARVEY F.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7659
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7823

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,625.52 |

---

ASM CAPITAL, L.P.
TRANSFEROR: TAYLOE, GORDON B.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7662
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3938

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,715.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ABBOTT, HARVEY F.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7823
Claim Date: 07/08/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7659

| | | |
|---|---|---|
| UNSECURED | Claimed: | $26,027.64 |

---

ASM CAPITAL, L.P.
TRANSFEROR: GRAY, MICHAEL S.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7842
Claim Date: 07/15/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1428

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,316.43 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: ROBBINS, ARLENE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7867
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 938

| PRIORITY | Claimed: | $29,879.10 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ALEJO, LUCINDA M.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8117
Claim Date: 12/19/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $18,843.75 |

---

ASM CAPITAL, L.P.
TRANSFEROR: MCCAULEY, JOEL SR.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8176
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,369.23 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KLINGLER, PAUL R.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8216
Claim Date: 03/15/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $39,050.00   UNLIQ |

---

ASM CAPITAL, L.P.
TRANSFEROR: PRESTIPINO, JAY R
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8258
Claim Date: 05/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7567

| UNSECURED | Claimed: | $27,692.33 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: RATTRAY, STEPHEN A.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8262
Claim Date: 05/14/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
AMENDS CLAIM #7976

| UNSECURED | Claimed: | $121,098.64 |
|---|---|---|

---

ASM CAPITAL, SUCCESSOR BY ASSIGNMENT TO
CARLSON MARKETING CANADA LTD.
ATTN: ADAM MOSKOWITZ, MANAGING GEN PRTNR
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7819
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7625 (05/09/2012)
Amends claim 1359

| UNSECURED | Claimed: | $556,172.57 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM SIP, L.P.
TRANSFEROR: SCHNEIDER, PATRICIA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 447
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,229.93 | Scheduled: | $6,395.49 |
| UNSECURED | Claimed: | $47,833.90 | Scheduled: | $44,454.05 |

---

ASM SIP, L.P.
TRANSFEROR: MOUNT, JOE
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 573
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,953.00 |
| UNSECURED | Claimed: | $96,022.62 | Scheduled: | $89,197.95 |

---

ASM SIP, L.P.
TRANSFEROR: JACKSON, TOM
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 579
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,765.14 |

---

ASM SIP, L.P.
TRANSFEROR: ACCTON TECHNOLOGY CORPORATIO
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 728-01
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $340,480.70 | Scheduled: | $354,975.08 DISP |

---

ASM SIP, L.P.
TRANSFEROR: KOEHLER, DONALD E
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1177
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $93,596.15 |
| UNSECURED | Claimed: | $93,596.15 |
| TOTAL | Claimed: | $93,596.15 |

---

ASM SIP, L.P.
TRANSFEROR: FELIX, AVONDA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1179
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,778.63 |

---

ASM SIP, L.P.
TRANSFEROR: OCKELMANN, GREGORY
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1276
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $36,861.92 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM SIP, L.P.
TRANSFEROR: JOHNSON, ROBERT
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1314
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,850.00 |

---

ASM SIP, L.P.
TRANSFEROR: BRIDGEWATER, BENNYFER
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1317
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,708.64 |

---

ASM SIP, L.P.
TRANSFEROR: HAMM, H. JOSEPH
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1587
Claim Date: 07/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,306.56 |

---

ASM SIP, L.P.
TRANSFEROR: JONES, TINITA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2815
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments:
This claim amends previously filed claim 669.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,571.82 |

---

ASM SIP, L.P.
TRANSFEROR: LENZ, JAMES D.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3046
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,425.60 |

---

ASM SIP, L.P.
TRANSFEROR: LENZ, JAMES D.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3047
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,122.80 |

---

ASM SIP, L.P.
TRANSFEROR: SYNROD, STEPHEN A.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3701
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,957.53 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM SIP, L.P.
TRANSFEROR: PIERANNUNZI, KEN
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3702
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | Scheduled: | $6,583.70 |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,583.70 |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $30,428.41 |

---

ASM SIP, L.P.
TRANSFEROR: GRANT, DAVID
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3986
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $330,868.72 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

ASM SIP, L.P.
TRANSFEROR: CLOUSE, GARY A.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4126
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6847

| UNSECURED | Claimed: | $50,737.26 |
|---|---|---|

---

ASM SIP, L.P.
TRANSFEROR: FABER, RUSSELL
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4459
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,453.88 |

---

ASM SIP, L.P.
TRANSFEROR: WRIGHT, RANDY
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4592
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,702.34 |
|---|---|---|

---

ASM SIP, L.P.
TRANSFEROR: OCLARO TECH.PLC F/K/A BOOKHA
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4684
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6869 (11/28/2011)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

---

ASM SIP, L.P.
TRANSFEROR: OCLARO (NORTH AMERICA), INC.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4685
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6869 (11/28/2011)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ASM SIP, L.P. | | |
| TRANSFEROR: FENTRESS, BRANDON | | Claim Number: 4703 |
| ASM CAPITAL | | Claim Date: 09/29/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | |

| UNSECURED | Claimed: | $43,074.96 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: FAZAL, ASIA | | Claim Number: 5480 |
| ASM CAPITAL | | Claim Date: 09/30/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | |

| UNSECURED | Claimed: | $29,687.62 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: CAMPBELL, MICHAEL | | Claim Number: 6038 |
| ASM CAPITAL | | Claim Date: 10/21/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | Comments: |
| | | Amends claim 2775 |

| UNSECURED | Claimed: | $85,588.86 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: BUCKSER, RENAE | | Claim Number: 6475 |
| ASM CAPITAL | | Claim Date: 12/28/2009 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | |

| PRIORITY | Claimed: | $78,662.50 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: PERKINS, JESSE | | Claim Number: 6613 |
| ASM CAPITAL | | Claim Date: 01/07/2010 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| WOODBURY, NY 11797 | | |

| UNSECURED | Claimed: | $54,520.80 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: CLOUSE, GARY | | Claim Number: 6847 |
| ASM CAPITAL | | Claim Date: 01/22/2010 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | Comments: |
| | | amends claim 4126 |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,787.26 |

---

| ASM SIP, L.P. | | |
| TRANSFEROR: CRAWFORD, BLAKE | | Claim Number: 7039 |
| ASM CAPITAL | | Claim Date: 01/29/2010 |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: NORTEL NETWORKS INC. |
| WOODBURY, NY 11797 | | |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $32,210.74 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASM SIP, L.P.
TRANSFEROR: SYNROD, STEPHEN A.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7079
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,957.53 |

---

ASM SIP, L.P.
TRANSFEROR: FRENCH, CARRIE
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7596
Claim Date: 02/08/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,302.78 |

---

ASM SIP, L.P.
TRANSFEROR: JUNOR, ROBERT MARK
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7849
Claim Date: 07/18/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,872.27 |

---

ASM SIP, L.P.
TRANSFEROR: WALTON, PATRICIA B.
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8032
Claim Date: 10/24/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,877.61 |

---

ASM SIP, L.P.
TRANSFEROR: FISCHER, TIM
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8148
Claim Date: 01/09/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 551

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,464.00 |

---

ASM SIP, L.P.
TRANSFEROR: FISCHER, TIM
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8149
Claim Date: 01/09/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 551

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,383.00 |

---

ASM SIP, L.P.
TRANSFEROR: EDWIN, FADI
ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8266
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #1899

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,531.72 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ASM SIP, L.P.<br>TRANSFEROR: WILDEE, CHANDRA<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8270<br>Claim Date: 05/23/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7998 |

| UNSECURED | Claimed: | $35,350.77 |

---

| ASM SIP, L.P.<br>TRANSFEROR: DUBAY, MARY LOUISE<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8277<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1527 |

| UNSECURED | Claimed: | $174,802.00 |

---

| ASSENZA, CHARLES<br>4668 MEANS DRIVE<br>PLANO, TX 75024 | Claim Number: 5808<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $32,212.50 |

---

| ASSUMPTION PARISH<br>SALES AND USE TAX DEPARTMENT<br>P.O. DRAWER 920<br>NAPOLEONVILLE, LA 70390 | Claim Number: 1833<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |

| PRIORITY | Claimed: | $10,000.00 | Scheduled: | $0.00  UNLIQ |

---

| ASSUMPTION PARISH<br>SALES AND USE TAX DEPARTMENT<br>P.O. BOX 920<br>NAPOLEONVILLE, LA 70390 | Claim Number: 7123<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN |

| PRIORITY | Claimed: | $5,000.00 |

---

| ASSURANCE TECHNOLOGY CORP<br>303 LITTLETON ROAD<br>CHELMSFORD, MA 01824-3311 | Claim Number: 2069<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $10,000.00 |

---

| ASTEC AMERICA INC<br>VON BRIESEN & ROPER<br>C/O RANDALL CROCKER<br>411 E. WISCONSIN AVE., SUITE 700<br>MILWAUKEE, WI 53202 | Claim Number: 3555<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6295 (09/02/2011) |

| ADMINISTRATIVE | Claimed: | $8,542.31 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ASTEC AMERICA, INC.
5810 VAN ALLEN WAY
CARLSBAD, CA 92008

Claim Number: 6859
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 6295 (09/02/2011)

| UNSECURED | Claimed: | $9,039.32 |
|---|---|---|

---

ASTEELFLASH CALIFORNIA, INC.
ATTN: BETTY CHOW
4211 STARBOARD DR.
FREMONT, CA 94538

Claim Number: 5947
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| SECURED | Claimed: | $102,490.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,529,350.09 |

---

ASTOR, MARK B
1318 YOUNG AVE.
MARYVILLE, TN 37801

Claim Number: 4406
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $27,410.65 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

AT&T
ATTN: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 6057
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 539

| UNSECURED | Claimed: | $17,047.15 |
|---|---|---|

---

AT&T CORP, ET AL
ATTN: JAMES W. GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 5351
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,125.25   UNLIQ CONT |
|---|---|---|

---

AT&T CORP.
ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 384
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,287.45 |
|---|---|---|

---

AT&T CORP.
ATTORNEY: JAMES GRUDUS, ESQ.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

Claim Number: 7620
Claim Date: 02/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,781.56 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| AT&T INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 539<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6057 |
|---|---|
| **UNSECURED**        Claimed: | $16,988.55 |
| AT4 WIRELESS, S.A.<br>MS. LAURA LUQUE CABEZAS<br>PTA. C/. SEVERO OCHOA, 2.<br>CAMPANILLAS, MALAGA, 29590<br>SPAIN | Claim Number: 1015<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| **UNSECURED**        Claimed: | $33,631.50 |
| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./ SEVERO OCHOA, 2.<br>CAMPANILLAS, MALAGA, 29590<br>SPAIN | Claim Number: 3074<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| **UNSECURED**        Claimed: | $33,631.50 |
| AT4 WIRELESS, S.A.<br>ATTN: MS. LAURA LUQUE CABEZAS<br>PTA. C./SEVERO OCHOA 2<br>CAMPANILLAS<br>MALAGA, 29590<br>SPAIN | Claim Number: 3075<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| **UNSECURED**        Claimed: | $33,631.50 |
| ATALLA, ASHRAF W<br>15 WAVERLY PL<br>SOUTH BRUNSWICK, NJ 08852 | Claim Number: 1819<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |
| **PRIORITY**        Claimed: | $0.00   UNDET |
| ATDI INC<br>1420 BEVERLY ROAD, SUITE 140<br>MCLEAN, VA 22101 | Claim Number: 2462<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| **UNSECURED**        Claimed: | $10,680.60 |
| ATDI, INC.<br>1420 BEVERLY ROAD<br>STE 140<br>MCLEAN, VA 22101 | Claim Number: 2461<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| **ADMINISTRATIVE**        Claimed: | $10,680.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ATKINS, CHRISTOPHER M. | Claim Number: 1703 |
| 1813 BAGSHOT CT. | Claim Date: 08/14/2009 |
| WAKE FOREST, NC 27587 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $107,071.37 |

---

| ATMOS ENERGY/MID-TEX DIVISION | Claim Number: 189 |
| ATTN: BANKRUPTCY GROUP | Claim Date: 01/30/2009 |
| ATMOS ENERGY CORPORATION | Debtor: NORTEL NETWORKS INC. |
| P.O. BOX 650205 | |
| DALLAS, TX 75265-0205 | |

| UNSECURED | Claimed: | $155.00 |

---

| ATNAFE, WOUBIT | Claim Number: 6062 |
| 521 BELL TRACE LN | Claim Date: 10/27/2009 |
| ANTIOCH, TN 37013 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $29,760.00 |

---

| ATT MOBILITY LLC | Claim Number: 6146 |
| C/O B-LINE, LLC | Claim Date: 11/13/2009 |
| MS 550 | Debtor: NORTEL NETWORKS INC. |
| PO BOX 91121 | |
| SEATTLE, WA 98111-9221 | |

| UNSECURED | Claimed: | $13.91 |

---

| ATWOOD, LISA | Claim Number: 2363 |
| 4631 BARNARD ST | Claim Date: 08/31/2009 |
| SIMI VALLEY, CA 93063 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7432 (03/22/2012) |

| PRIORITY | Claimed: | $94,429.98 |

---

| AUDIOCODES, LTD | Claim Number: 5589 |
| AUDIOCODES, INC., SUCCESSOR BY MERGER TO | Claim Date: 09/30/2009 |
| NUREA, INC., MOSHE GELLER VP FINANCE | Debtor: NORTEL NETWORKS INC. |
| AUDIOCODES INC, 27 WORLD'S FAIR DR | Comments: WITHDRAWN |
| SOMERSET, NJ 08873 | DOCKET: 7966 (07/10/2012) |

| UNSECURED | Claimed: | $606,770.76   UNLIQ |

---

| AURITAS LLC | Claim Number: 614 |
| 4907 INTERNATIONAL PKWY, SUITE 1051 | Claim Date: 03/17/2009 |
| SANFORD, FL 32771 | Debtor: NORTEL NETWORKS INC. |
| | Comments: DOCKET: 5623 (06/07/2011) |

| PRIORITY | Claimed: | $21,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| AUTOMATED OUTLET<br>708 VALLEY RIDGE CIRCLE<br>LEWISVILLE, TX 75057 | Claim Number: 6485<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $1,361.55 | | |
| AUTOMOTIVE RENTALS INC.<br>ATTN: R. MOYER<br>9000 MIDLANTIC DRIVE, PO BOX 5039<br>MT. LAUREL, NJ 08054 | Claim Number: 3936<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5047 (03/02/2011) | | | |
| UNSECURED | Claimed: | $294,336.23 | Scheduled: | $104,639.48 |
| AUTOMOTIVE RENTALS, INC.<br>C/O JOHN V. FIORELLA, ESQUIRE<br>ARCHER & GREINER, PC<br>ONE CENTENNIAL SQUARE<br>HADDONFIELD, NJ 08033 | Claim Number: 552<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | | |
| ADMINISTRATIVE | Claimed: | $74,366.82 | | |
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICH MOYER<br>9000 MIDLANTIC DRIVE<br>MT. LAUREL, NJ 08054 | Claim Number: 4669<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5048 (03/02/2011) | | | |
| ADMINISTRATIVE | Claimed: | $74,366.82 | | |
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD E. MOYER<br>4001 LEADENHALL ROAD,<br>PO BOX 5039<br>MOUNT LAUREL, NJ 08054-7555 | Claim Number: 7605<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5128 (03/21/2011) | | | |
| UNSECURED | Claimed: | $101,988.12 | | |
| AUTOMOTIVE RENTALS, INC.<br>ATTN: RICHARD MOYER<br>4001 LEADENHALL RD.,<br>MOUNT LAUREL, NJ 08054 | Claim Number: 7606<br>Claim Date: 02/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5129 (03/21/2011) | | | |
| ADMINISTRATIVE | Claimed: | $12,516.30 | | |
| AV METRO INC.<br>5401 ETTA BURKE CT.<br>RALEIGH, NC 27606 | Claim Number: 173<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $26,555.00 | Scheduled: | $26,555.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| AVANEX CORPORATION<br>WINSTON & STRAWN LLP<br>DAVID A HONIG - BRAIAN Y LEE<br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | | Claim Number: 629<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 670 (04/27/2009) | | | |
| ADMINISTRATIVE | Claimed: | $34,112.00 | | | |
| AVANEX CORPORATION<br>WINSTON & STRAWN LLP<br>DAVID A. HONIG - BRIAN Y. LEE<br>101 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94111 | | Claim Number: 660<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 670 (04/27/2009) | | | |
| ADMINISTRATIVE | Claimed: | $34,112.00 | | | |
| AVCON, INC.<br>PO BOX 4793<br>CARY, NC 27519 | | Claim Number: 2134<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | |
| ADMINISTRATIVE | Claimed: | $414.13 | | | |
| AVENUE A RAZORFISH<br>821 SECOND AVENUE SUITE 1800<br>SEATLE, WA 98104 | | Claim Number: 2190<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $453,203.06 | | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 89<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,410.00 | Scheduled: | | $23,070.00 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 241<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $3,826.43 | | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 320<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,350.00 | Scheduled: | | $4,350.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 454<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $2,995.00 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 489<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $41,568.75 | Scheduled: | $41,568.75 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: EXCELIGHT COMMUNICATIONS INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 628<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 565 (04/06/2009) | | |
| ADMINISTRATIVE | Claimed: | $13,663.30 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 738<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6633 (10/17/2011) | | |
| UNSECURED | Claimed: | $3,336,230.97 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 804<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $93,427.13 | Scheduled: | $61,845.00 |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: EXCELIGHT COMMUNICATIONS INC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 811<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $158,494.30 | | |
| AVENUE TC FUND, L.P.<br>TRANSFEROR: CLAIMS RECOVERY GROUP LLC<br>ATTN: DAVID S. LEINWAND, ESQ.<br>399 PARK AVENUE, 6TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 943<br>Claim Date: 04/14/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $3,812.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AVENUE TC FUND, L.P.
TRANSFEROR: RADIO FREQUENCY SYSTEMS, INC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1109
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $1,823,330.49 | | |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1229
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1249
Claim Date: 05/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $467,078.44 | Scheduled: | $117.52 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1404
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $11,844.75 | Scheduled: | $9,549.75 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 1593
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $615,914.25 | Scheduled: | $324,090.00 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2525
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $49,342.80 | Scheduled: | $20,000.00 |
|---|---|---|---|---|

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2591
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $12,995.00 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 2800
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $32,078.85 | Scheduled: | $32,078.85 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 3030
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $696,886.69 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 3109
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,927.50 | Scheduled: | $4,650.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: LONGACRE INSTITUTIONAL OPPOR
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 3974
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $1,255,824.00 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 5781
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $1,050.00 | Scheduled: | $1,050.00 |
|---|---|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: CLAIMS RECOVERY GROUP, LLC
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 6381
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2020

| UNSECURED | Claimed: | $3,187.50 |
|---|---|---|

---

AVENUE TC FUND, L.P.
TRANSFEROR: DUN & BRADSTREET
ATTN: DAVID S. LEINWAND, ESQ.
399 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10022

Claim Number: 7406
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6108 (08/09/2011)

| PRIORITY | Claimed: | $131,477.97 |
|---|---|---|
| UNSECURED | Claimed: | $42,469.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AVENUE TC FUND, L.P. | | Claim Number: 7590 |
| TRANSFEROR: CLAIMS RECOVERY GROUP, LLC | | Claim Date: 02/07/2011 |
| ATTN: DAVID S. LEINWAND, ESQ. | | Debtor: NORTEL NETWORKS INC. |
| 399 PARK AVENUE, 6TH FLOOR | | Comments: |
| NEW YORK, NY 10022 | | amends claim 943 |
| | | |
| UNSECURED | Claimed: | $3,812.00 |

---

| AVENUE TC FUND, L.P. | | Claim Number: 7916 |
| TRANSFEROR: MCKINSEY & COMPANY, INC. | | Claim Date: 07/22/2011 |
| ATTN: DAVID S. LEINWAND, ESQ. | | Debtor: NORTEL NETWORKS INC. |
| 399 PARK AVENUE, 6TH FLOOR | | Comments: ALLOWED |
| NEW YORK, NY 10022 | | DOCKET: 6019 (07/22/2011) |
| | | |
| UNSECURED | Claimed: | $1,680,000.00 |

---

| AVERY, BARBARA A | | Claim Number: 1913 |
| 411 PLAZA DR | | Claim Date: 08/20/2009 |
| GARNER, NC 27529 | | Debtor: NORTEL NETWORKS INC. |
| | | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| AVERY, BARBARA A | | Claim Number: 1914 |
| 411 PLAZA DR | | Claim Date: 08/20/2009 |
| GARNER, NC 27529 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2619 (03/03/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| AVERY, CINDI K | | Claim Number: 4318 |
| 2526 BUSINESS CENTER DR APT 1114 | | Claim Date: 09/28/2009 |
| PEARLAND, TX 77584-2437 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 7432 (03/22/2012) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| AVERY, CINDI K | | Claim Number: 4319 |
| 6125 CLOVER RIDGE | | Claim Date: 09/28/2009 |
| HOUSTON, TX 77087 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 7432 (03/22/2012) |
| | | |
| UNSECURED | Claimed: | $11,998.71 |

---

| AVERY, CINDI K | | Claim Number: 4318 |
| 2526 BUSINESS CENTER DR APT 1114 | | Claim Date: 09/28/2009 |
| PEARLAND, TX 77584-2437 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 7432 (03/22/2012) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| AVERY, KAREN<br>4945 CHATSWORTH LN<br>SUWANEE, GA 30024-1384 | Claim Number: 7117<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE    Claimed:<br>PRIORITY<br>UNSECURED | $27,983.50 |

---

| AVERY, KAREN L.<br>4945 CHATSWORTH LANE<br>SUWANEE, GA 30024-1384 | Claim Number: 7851<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7117 |
|---|---|
| UNSECURED    Claimed: | $27,043.09 |

---

| AVNET, INC.<br>5400 PRAIRIE STONE PKWY<br>HOFFMAN EST, IL 60192-3721 | Claim Number: 503<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED    Claimed: | $14,984.77 |

---

| AWARD SOLUTIONS, INC.<br>2100 LAKESIDE BLVD, SUITE 300<br>RICHARDSON, TX 75082 | Claim Number: 433<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED    Claimed: | $78,562.60 |

---

| AWARD SOLUTIONS, INC.<br>2100 LAKESIDE BLVD, SUITE 300<br>RICHARDSON, TX 75082 | Claim Number: 2263<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7686 (05/24/2012) |
|---|---|
| UNSECURED    Claimed: | $870.00 |

---

| AZIZ, FOUAD<br>110 CITADEL CREST CIRCLE NW<br>CALGARY, AB T3G 4G3<br>CANADA | Claim Number: 2665<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY    Claimed: | $24.34   UNLIQ |

---

| AZIZ, FOUAD<br>110 CITADEL CREST CIRCLE NW<br>CALGARY, AB T3G 4G3<br>CANADA | Claim Number: 2666<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE    Claimed: | $24.34   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BABB, LISA I
8425 CATSKILL CT
PLANO, TX 75025-4212

Claim Number: 1452
Claim Date: 06/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $37,173.46 |

---

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 1070
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $18,408.00 |
|---|---|---|

---

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3333
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,408.00 |
|---|---|---|

---

BABU, AMBILI
3276 BRITTANY CT
SAN JOSE, CA 95135-1062

Claim Number: 3334
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,409.45 |
| UNSECURED | Claimed: | $7,458.00 | Scheduled: | $12,534.81 |

---

BACCHIOCHI, GERRY
120 MEADOWSTONE CIRCLE
RINGGOLD, GA 30736

Claim Number: 3625
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,321.59 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

BACCUS, JEFFREY
9313 WESTERN TRAIL
IRVING, TX 75063

Claim Number: 2914
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,076.94 |
|---|---|---|

---

BACKSHALL, DONALD
10200 ROADSTEAD WAY W
RALEIGH, NC 27613

Claim Number: 3023
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $63,398.02 | Scheduled: | $67,616.32 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 1884<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $715,134.69 | | |
| BAGETAKOS, GEORGE<br>1971 COLVIN RUN DRIVE<br>HENDERSON, NV 89052 | | Claim Number: 1885<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $715,134.69 | Scheduled: | $0.00  UNLIQ |
| BAGETAKOS, GEORGE<br>1971 COLVIN RUN DRIVE<br>HENDERSON, NV 89052 | | Claim Number: 4436<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $87,167.99 | | |
| BAGETAKOS, GEORGE<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 4437<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $87,167.99 | | |
| BAGETAKOS, GEORGE T.<br>143 E CORNELL AVE<br>FRESNO, CA 93704-5203 | | Claim Number: 25<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $715,134.69 | | |
| BAGLEY, JAMES<br>41 BRENTON ST.<br>REVERE, MA 02151 | | Claim Number: 1504<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| UNSECURED | Claimed: | $15,843.00 | | |
| BAILEY, JAMES T.<br>199 W. PEBWORTH ROAD<br>MAGNOLIA, DE 19962 | | Claim Number: 2942<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,852.00   UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| BAILEY, JOEL S<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3637<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $161,088.88  UNLIQ | Scheduled: | $0.00  UNLIQ |
| BAILEY, JOEL SIDNEY<br>2020 RUBICON LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 3638<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $161,088.88  UNLIQ | | |
| BAILS, RICHARD<br>3317 CHANTILLY DR<br>PLANO, TX 75025 | | Claim Number: 1372<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,000.00 | | |
| TOTAL | Claimed: | $31,000.00 | | |
| BAKER, DAVID<br>1729 FALMOUTH DR.<br>PLANO, TX 75025 | | Claim Number: 5476<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,341.83 | | |
| BAKER, DEBRA L.<br>2816 DUNNOTTAR AVE<br>HENDESON, NV 89044-0245 | | Claim Number: 289<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $3,257.98 |
| UNSECURED | Claimed: | $108,365.89 | Scheduled: | $23,674.83 |
| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | | Claim Number: 1168<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $21,138.48 | Scheduled: | $5,985.63 |
| BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, P.C.<br>ATTN: BLAIR B. EVANS<br>165 MADISON AVENUE, STE 2000<br>MEMPHIS, TN 38103 | | Claim Number: 1181<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $21,138.48 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BAKER, MELINDA P.
701 BENNINGTON DRIVE
RALEIGH, NC 27615

Claim Number: 7593
Claim Date: 02/07/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8243

| | | |
|---|---|---|
| UNSECURED | Claimed: | $97,552.58 |

BAKER, MELINDA P.
701 BENNINGTON DRIVE
RALEIGH, NC 27615

Claim Number: 8243
Claim Date: 04/13/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7593

| | | |
|---|---|---|
| UNSECURED | Claimed: | $124,371.62   UNLIQ |

BAKER, RICHARD T.
1030 KENDALL FARMS DRIVE
HENDERSONVILLE, TN 37075

Claim Number: 7437
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $22,650.00   UNLIQ CONT |

BAKER, VINCENT J.
204 FORKS OF BUFFALO DR.
AMHERST, VA 24521

Claim Number: 763
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,175.20 |

BAKER, VINCENT J.
204 FORKS OF BUFFALO DR.
AMHERST, VA 24521

Claim Number: 5625
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $18,175.20 |

BALASA, LEONARD J
204 W BEECH DR
SCHAUMBURG, IL 60193

Claim Number: 7167
Claim Date: 03/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $19,000.00   UNLIQ |
| SECURED | Claimed: | $19,000.00   UNLIQ |
| TOTAL | Claimed: | $19,000.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BALASA, LEONARD J.<br>204 W. BEECH DR<br>SCHAUMBURG, IL 60193 | | Claim Number: 7166<br>Claim Date: 03/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $19,000.00 |
| BALDWIN FB<br>ATTN DAVID BALDWIN<br>2420 SUNNYSTONE WAY<br>RALEIGH, NC 27613-6082 | | Claim Number: 2463<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $191,850.00 |
| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DR # 424F<br>ALLEN, TX 75013 | | Claim Number: 600<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $18,923.00 |
| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DR APT 424<br>ALLEN, TX 75013-3751 | | Claim Number: 1907<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $18,923.00 |
| BALDWIN, ROBERT SHAW<br>15902 BUFFALO CREEK DRIVE<br>FRISCO, TX 75035 | | Claim Number: 1908<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $18,923.00 |
| BALDWIN, ROBERT SHAW<br>970 VILLAGE GREEN DRIVE, #424F<br>ALLEN, TX 75013 | | Claim Number: 6324<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,923.00 |
| BALKISSOON, DANNY<br>58 HYATT DRIVE<br>BRAMPTON, ON L6X 3W4<br>CANADA | | Claim Number: 2827<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7603 (05/02/2012) |
| UNSECURED | Claimed: | $120,733.57 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BALL, LORETTA E<br>1709 ENON RD.<br>OXFORD, NC 27565 | | Claim Number: 6655<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| BALL, LORETTA E<br>1709 ENON ROAD<br>OXFORD, NC 27565 | | Claim Number: 6656<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BALL, MARTIN A<br>5713 CLOVERWOOD DR<br>BRENTWOOD, TN 37027 | | Claim Number: 3808<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $252,104.15 | Scheduled: | $0.00 UNLIQ |
| BANDOPADHAY, ANU<br>16 LAKESIDE TERRACE<br>WESTFORD, MA 01886 | | Claim Number: 1535<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,891.33 | | |
| BANDROWCZAK, STEVEN<br>6 LOCH LN<br>GREENWICH, CT 06830-3024 | | Claim Number: 2686<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| BANDROWCZAK, STEVEN<br>6 LOCH LN.<br>GREENWICH, CT 06830 | | Claim Number: 2687<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,315.49 UNLIQ |
| BANDROWCZAK, STEVEN<br>6 LOCH LN.<br>GREENWICH, CT 06830 | | Claim Number: 2688<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $83,484.00 | Scheduled: | $35,890.43 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BANK OF AMERICA
100 FEDERAL ST. , MAILCODE M15-100-09-04
BOSTON, MA 02110

Claim Number: 5378
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $14,416.66 |
| --- | --- | --- |

---

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE
ATTN: MICHAEL J. RIELA, LATHAM &
WATKINS LLP. 885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3971
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,155,508,420.14   UNLIQ |
| --- | --- | --- |

---

BANK OF NEW YORK MELLON, THE, AS
INDENTURE TRUSTEE, LATHAM & WATKINS LLP
ATTN ROBERT J ROSENBERG, MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY 10022

Claim Number: 3972
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,785,241,840.28   UNLIQ |
| --- | --- | --- |

---

BANKS, JENNIFER
8416 VINOY BLVD APT 1314
CHARLOTTE, NC 28262-4041

Claim Number: 5821
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $22,595.43 |
| --- | --- | --- |

---

BANKS, ROSLYN
2730 OAK TRL
CARROLLTON, TX 75007

Claim Number: 5474
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $437.64 | Scheduled: | $2,041.69 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $27,734.83 | Scheduled: | $26,441.80 |
| TOTAL | Claimed: | $27,734.83 | | |

---

BANKS, ROSLYN
2730 OAK TRAIL
CARROLLTON, TX 75007

Claim Number: 5910
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $27,734.83 |
| --- | --- | --- |

---

BARAN, MICHAEL F.
4310 THETFORD ROAD
DURHAM, NC 27707

Claim Number: 6508
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,360.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BARANANO, ILDEFONSO
4118 MONTGOMERY ST
OAKLAND, CA 94611

Claim Number: 2534
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,765.57 | Scheduled: | $4,765.57 UNLIQ |
|---|---|---|---|---|

BARBER, EILEEN B.
7270 MAXWELL ROAD
SODUS, NY 14551-9352

Claim Number: 114
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,728.34 | Scheduled: | $16,907.19 |
|---|---|---|---|---|

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

Claim Number: 4166
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $212,135.06 | Scheduled: | $212,135.06 UNLIQ |
|---|---|---|---|---|

BARBER-MOYE, DARNELL
8715 CRESTGATE CIRCLE
ORLANDO, FL 32819

Claim Number: 4167
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,552.40 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BARCODES LLC
200 W MONROE ST STE 1050
CHICAGO, IL 60606-5122

Claim Number: 683
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| UNSECURED | Claimed: | $3,442.50 |
|---|---|---|

BARCODES LLC
200 W MONROE ST STE 1050
CHICAGO, IL 60606-5122

Claim Number: 704
Claim Date: 03/24/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: POSSIBLE DUPLICATE OF 683

| UNSECURED | Claimed: | $3,142.20 |
|---|---|---|

BARFKNECHT, JOHN D.
3020 AMYX HILL ROAD
PONDER, TX 76259

Claim Number: 7982
Claim Date: 09/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,230.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BARHAM, RHONDA<br>5128 LINKSLAND DRIVE<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 4186<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,729.83 | Scheduled: | $2,802.41 |
| UNSECURED | Claimed: | $15,104.60 | Scheduled: | $17,729.85 |

| BARHAM, RHONDA<br>5128 LINKSLAND DR<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 4187<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,834.43 |

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7651<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7699<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7899 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |

| BARIAHTARIS, ROBERT<br>3344 POTTHAST CT<br>RALEIGH, NC 27616 | | Claim Number: 7899<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8314<br>Amends claim 7699 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |
| UNSECURED | Claimed: | $36,357.69   CONT |

| BARIAHTARIS, ROBERT<br>3000 EAST SUNRISE BLVD, UNIT 12E<br>FORT LAUDERDALE, FL 33304 | | Claim Number: 8314<br>Claim Date: 07/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7899 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   CONT |
| UNSECURED | Claimed: | $36,357.69   CONT |

| BARIL, NOEL F<br>PO BOX 5321<br>MASSENA, NY 13662-5321 | | Claim Number: 2568<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $377,711.10 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BARIL, NOEL F.
PO BOX 5321
MESSENA, NY 13662-5321

Claim Number: 2567
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $377,711.11 |
|---|---|---|

BARKEL, THOMAS J.
1610 BUTTONWOOD CIRCLE APT 3324
SCHAUMBURG, IL 60173

Claim Number: 4811
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,458.00 |
|---|---|---|

BARKER, BRYCE M. JR.
1323 RIDGE RD
RALEIGH, NC 27607

Claim Number: 7480
Claim Date: 11/01/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,000.00   UNLIQ |
|---|---|---|

BARLOW, CATHERINE
4 CRAIGLEITH CRT
COLLINGWOOD, ON
CANADA

Claim Number: 3010
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

BARLOW, CATHERINE
4 CRAIGLEITH CRT
COLLINGWOOD, ON
CANADA

Claim Number: 3011
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

BARNES & THORNBURG LLP
ATTN: JENNIFER A. KIMBALL
ONE N. WACKER DRIVE
SUITE 4400
CHICAGO, IL 60606

Claim Number: 5326
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7625 (05/09/2012)

| UNSECURED | Claimed: | $67,470.94 |
|---|---|---|

BARNES, DEBBIE
425 W. WEST STREET
SOUTHPORT, NC 28461

Claim Number: 29
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $204,240.88 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BARNES, DEBBIE
425 W WEST STREET
SOUTHPORT, NC 28461

Claim Number: 4147
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 23.

| PRIORITY | Claimed: | $207,039.82 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $126,692.36 |

---

BARNES, DEBBIE
425 W. WEST STREET
SOUTHPORT, NC 28461

Claim Number: 4148
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $207,039.82 |
|---|---|---|

---

BARNES, WILLIAM
5765 BOZEMAN DR APT 2114
PLANO, TX 75024-5618

Claim Number: 4159
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $106,893.09 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $106,893.09  UNLIQ |

---

BARNETT, CAROL
4601 IVYLEAF LANE
MCKINNEY, TX 75070

Claim Number: 300
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BARNETT, CAROL
4601 IVYLEAF LANE
MCKINNEY, TX 75070

Claim Number: 1868
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BARNETT, CAROL J
4601 IVYLEAF LANE
MCKINNEY, TX 75070

Claim Number: 1869
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BARNETT, WILLARD
4601 IVYLEAF LANE
MCKINNEY, TX 75070

Claim Number: 305
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | |
|---|---|---|---|
| BARNETT, WILLARD<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1866<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| | | | |
|---|---|---|---|
| BARNETT, WILLARD F<br>4601 IVYLEAF LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1867<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| | | | |
|---|---|---|---|
| BARNHILL, SHERRIL A.<br>108 CAYMUS COURT<br>CARY, NC 27519 | | Claim Number: 2183<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |

---

| | | | |
|---|---|---|---|
| BARNHILL, SHERRIL, A.<br>108 CAYMUS CT<br>CARY, NC 27519 | | Claim Number: 2184<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | |
| PRIORITY | Claimed: | $8,014.77 | |
| UNSECURED | Claimed: | $2,182.36 | Scheduled: | $10,289.20 |

---

| | | | |
|---|---|---|---|
| BARON, CHRISTIAN AND BENJAMIN<br>C/O GUENTHER A. BARON, ATTORNEY<br>SCHLUCHSEESTR. 3<br>BERLIN, 13469<br>GERMANY | | Claim Number: 5997<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

| | | | |
|---|---|---|---|
| BARRAN, DANIEL<br>2616 N. E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 5385<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $20,178.04 | |
| UNSECURED | Claimed: | $48,418.17 | Scheduled: | $28,240.13  UNLIQ |

---

| | | | |
|---|---|---|---|
| BARRAN, DANIEL<br>2616 N.E. 27TH TERRACE<br>FT. LAUDERDALE, FL 33306 | | Claim Number: 6855<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance | |
| PRIORITY | Claimed: | $20,178.04 | Scheduled: | $4,453.23 |
| UNSECURED | Claimed: | $48,418.17 | |
| TOTAL | Claimed: | $48,418.17 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BARRETT, JAMES P.
71 BRADLEY AVE
HAVERHILL, MA 01832-3402

Claim Number: 1115
Claim Date: 05/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,873.18 |
| UNSECURED | Claimed: | $37,774.20 | Scheduled: | $36,133.69 |

---

BARRIOS, ALVIO
14351 SW 22 STREET
MIAMI, FL 33175

Claim Number: 6030
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,358.47 |

---

BARRIOS, ALVIO S.
14351 S.W. 22ND ST.
MIAMI, FL 33175

Claim Number: 6901
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

BARRY, CHARLES
19693 E. IDA DRIVE
AURORA, CO 80015

Claim Number: 3374
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $27,249.98 |

---

BARTON, WILLIAM C.
2135 N. FRONTIER LN.
FRANKTOWN, CO 80116

Claim Number: 944
Claim Date: 04/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $238,669.00 |

---

BARTOSH, WILLIAM N.
425 RAYFORD RD APT 1309
SPRING, TX 77386-1552

Claim Number: 693
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,973.08 |

---

BARTZOKAS, ROBERT
3505 TURTLE CREEK BLVD.  6G
DALLAS, TX 75219

Claim Number: 5956
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,548.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BARTZOKAS, ROBERT J.<br>3505 TURTLE CREEK BLVD. SUITE 6G<br>DALLAS, TX 75219 | | Claim Number: 365<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $556,576.93 |

---

| BASIL, NIPUN<br>5 CARDINAL CIRCLE<br>SHREWSBURY, MA 01545 | | Claim Number: 554<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,929.27 |

---

| BASS, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2167<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $40,105.37 |

---

| BASS, MICHELLE J.<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070-9507 | | Claim Number: 930<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $40,104.00 |

---

| BASS, MICHELLE J.<br>5921 WHITE PINE DR.<br>MCKINNEY, TX 75070-9507 | | Claim Number: 6742<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,105.37 |

---

| BASS, MICHELLE J.<br>5921 WHITE PINE DR.<br>MCKINNEY, TX 75070 | | Claim Number: 6743<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,105.37 |

---

| BASSO, WILLY<br>6588 BUENA VISTA DR<br>MARGATE, FL 33063 | | Claim Number: 8186<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $30,038.24 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BASU, KALYAN
3605 SAGE BRUSH TRL
PLANO, TX 75023

Claim Number: 4435
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,605.50 | Scheduled: | $16,605.56 UNLIQ |
|---|---|---|---|---|

BATTACC LIMITEE
BATTACC STATIONARY BATTERIES
139 DEVON RD, UNIT 8
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 4548
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $1,401.55 |
|---|---|---|

BATTACC LIMITEE (LTEE)
139 DEVON ROAD, UNIT 8
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 4549
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $1,401.55 |
|---|---|---|

BAUMANN, VINCENT
7902 BLUE QUAIL LN
ROWLETT, TX 75088

Claim Number: 440
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $6,721.00 | Scheduled: | $1,912.32 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,595.00 | Scheduled: | $29,930.87 |

BAUTISTA, MARC
7813 AQUA VISTA DRIVE
PLANO, TX 75025

Claim Number: 1624
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,509.20 |
|---|---|---|

BAUTISTA, MARC
7813 AQUA VISTA DRIVE
PLANO, TX 75025

Claim Number: 5933
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,249.87 |
|---|---|---|

BAWEK, KATHRYN A
10629 WYOMING CIRCLE
BLOOMINGTON, MN 55438

Claim Number: 5817
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $84,821.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BAWEK, KATHRYN A<br>10629 WYOMING CIRCLE<br>BLOOMINGTON, MN 55438 | | Claim Number: 5952<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| UNSECURED | Claimed: | $84,831.00 | | | |
| BAXTER, TIMOTHY<br>404 WHISPERWOOD DRIVE<br>CARY, NC 27518 | | Claim Number: 483<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $103,498.46 | | | |
| BAXTER, TIMOTHY<br>404 WHISPERWOOD DR<br>CARY, NC 27518 | | Claim Number: 3208<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,798.87 | | | |
| BAYNO, FRANK<br>3509 LA COSTA WAY<br>RALEIGH, NC 27610 | | Claim Number: 1941<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $10,566.90 | | | |
| BAYNO, FRANK<br>3509 LACOSTA WAY<br>RALEIGH, NC 27610 | | Claim Number: 1942<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,575.63 | Scheduled: | $8,575.63 UNLIQ | |
| BAYOLA, WILLI P.<br>427 FINCASTLE DRIVE<br>RALEIGH, NC 27607 | | Claim Number: 1613<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $63,138.43 | | | |
| BAYTECH PLASTICS INC<br>320 ELIZABETH STREET<br>MIDLAND, ON L4R 4L6<br>CANADA | | Claim Number: 6988<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $4,117.44 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BAYTECH PLASTICS INC<br>320 ELIZABETH STREET<br>MIDLAND, ON L4R 4L6<br>CANADA | | Claim Number: 6989<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,117.44 | | |

| BCE, INC.<br>ATTN: MR. LYNTON RONALD WILSON<br>OXFORD TOWER<br>130 ADELAIDE STREET WEST, SUITE 2212<br>TORONTO, ON M5H 3P5<br>CANADA | | Claim Number: 3739<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| BDO SEIDMAN, LLP<br>ATTN: LAURENCE W. GOLDBERG<br>4035 PREMIER DR., SUITE 333<br>HIGH POINT, NC 27265-8143 | | Claim Number: 1254<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,980.24 | Scheduled: | $2,980.24 |

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3754<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,625.14 |
| UNSECURED | Claimed: | $38,813.35 | Scheduled: | $36,281.61 |

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3755<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,813.35 | | |

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3756<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,813.35 | | |

| BEACH, ELIZABETH<br>4 THOREAU DR<br>CHELMSFORD, MA 01824 | | Claim Number: 3757<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,813.35 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| BEAL BANK NEVADA<br>C/O JESSE MOORE & GREG HESSE<br>1445 ROSS AVE. STE. 3700<br>DALLAS, TX 75202 | | Claim Number: 5354<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| SECURED | Claimed: | $55,300,276.47 |

---

| | | |
|---|---|---|
| BEASLEY, PATSY J<br>P O BOX 935<br>CONYERS, GA 30012-0935 | | Claim Number: 7072<br>Claim Date: 02/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BEASLEY, PATSY J<br>P O BOX 935<br>CONYERS, GA 30012-0935 | | Claim Number: 7073<br>Claim Date: 02/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| BEASLEY, TIMOTHY H.<br>3417 SONG SPARROW DRIVE<br>WAKE FOREST, NC 27587 | | Claim Number: 7665<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $100,902.82 |

---

| | | |
|---|---|---|
| BEATTIE, GORDON<br>1525 MARSHALL FARM ST<br>WAKE FOREST, NC 27587 | | Claim Number: 2018<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4266 |
| PRIORITY | Claimed: | $76,657.92   UNLIQ |

---

| | | |
|---|---|---|
| BEATTIE, GORDON W.<br>1525 MARSHALL FARM ST<br>WAKE FOREST, NC 27587 | | Claim Number: 4266<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2018. |
| UNSECURED | Claimed: | $74,202.25 |

---

| | | |
|---|---|---|
| BEAUCHAMP, JULIE A.<br>1912 KELLY GLEN DR.<br>APEX, NC 27502 | | Claim Number: 7328<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $31,011.36 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BEAUDIN, LAURENT AND DIANE<br>315 HEDLEY WAY NW<br>EDMONTON, AB T6R 1T9<br>CANADA | | Claim Number: 3063<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $4,608.40 | | |
| BEAUMONT, ROBERT<br>2413 ROYAL TROON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3840<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| PRIORITY | Claimed: | $45,000.00 | | |
| BECKHAM, DALE R.<br>2194 JOHNSON RD<br>CANYON LAKE, TX 78133-3187 | | Claim Number: 652<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,950.00 | | |
| BECKMAN, CHARLES A.<br>10510 KIRKGREEN DR.<br>HOUSTON, TX 77089 | | Claim Number: 1261<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $7,083.28 |
| UNSECURED | Claimed: | $61,811.00 | Scheduled: | $63,455.59 |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5657<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | Scheduled: | $60,780.56 |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5658<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | | |
| BEELINE.COM, INC.<br>ATTN: JENNY LEE<br>1 INDEPENDENT DRIVE<br>SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 5659<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7542 (04/17/2012) | | |
| UNSECURED | Claimed: | $3,495,814.11 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BEENE, CINDY J.<br>7908 SAN ISABEL DR.<br>PLANO, TX 75025 | | Claim Number: 7881<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,824.00 | | |
| BELANGER, KERRY E<br>1054 EAGLE RIDGE WAY<br>MILPITAS, CA 95035 | | Claim Number: 72<br>Claim Date: 01/27/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | | |
| PRIORITY | | | Scheduled: | $5,477.75 |
| UNSECURED | Claimed: | $38,411.28 | Scheduled: | $27,946.45 |
| BELANGER, MICHAEL<br>2549 GREEN OAK DRIVE<br>CARROLLTON, TX 75010 | | Claim Number: 6728<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $84,201.88 | | |
| BELDEN (CANADA) INC.<br>ATTN: TRACEY MEALING<br>130 WILLMOTT STREET<br>COBOURG, ON K9A 4M3<br>CANADA | | Claim Number: 973<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $185,958.31 | | |
| BELDEN (CANADA) INC.<br>ATTN: TRACEY MEALING<br>130 WILLMOTT STREET<br>COBOURG, ON K9A 4M3<br>CANADA | | Claim Number: 1370<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3531 | | |
| UNSECURED | Claimed: | $332,344.57 | | |
| BELL ALIANT REGIONAL COMMUNICATIONS, LTD<br>TRANSFEROR: INNOVATIA INC<br>ATTN: EVAN J. KIPNES<br>1505 BARRINGTON STREET, 6 SOUTH<br>HALIFAX, NS B3J 2W3<br>CANADA | | Claim Number: 4288<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $506,235.56 | Scheduled: | $0.00 UNLIQ |
| BELL MICROPRODUCTS CANADA-TENEX DATA ULC<br>ROBERT S MCWHORTER ESQ<br>NOSSAMAN LLP<br>915 L STREET SUITE 1000<br>SACRAMENTO, CA 95814 | | Claim Number: 3615<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $61,290.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BELL MICROPRODUCTS CANADA-TENEX DATA ULC
ROBERT S MCWHORTER, ESQ
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 3617
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $608,614.19 |

---

BELL MICROPRODUCTS CANADA-TENEX DATA ULC
ATTN: ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 5467
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7177 (02/07/2012)

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $608,614.19 |

---

BELL MICROPRODUCTS CANADA-TENEX DATA ULC
ATTN : ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 5468
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7177 (02/07/2012)

| ADMINISTRATIVE | Claimed: | $61,290.00 |

---

BELL MICROPRODUCTS CANADA-TENEX DATA ULC
C/O ROBERT S MCWHORTER, ESQ
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 7206
Claim Date: 04/14/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7177 (02/07/2012)

| UNSECURED | Claimed: | $331,065.09 |

---

BELL MICROPRODUCTS, INC.
ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 1432
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $61,290.00 |
| UNSECURED | Claimed: | $528,809.98 |

---

BELL MICROPRODUCTS, INC.
ROBERT S. MCWHORTER, ESQ.
NOSSAMAN LLP
915 L STREET, SUITE 1000
SACRAMENTO, CA 95814

Claim Number: 1433
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $61,290.00 |

---

BELLAMY, DEBRA
1721 SAGAMORE CT
RALEIGH, NC 27604

Claim Number: 7383
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $23,088.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BELLOWS, RAY
2502 LARKIN DR.
SUN CITY CENTER, FL 33573

Claim Number: 3667
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,364.17 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

BELMAN, DAVID
750 ADGER ROAD
COLUMBIA, SC 29205

Claim Number: 1748
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $13,846.15 |
|---|---|---|

BELMARES, NANCY J.
1816 BOSCOBEL ST
NASHVILLE, TN 37206

Claim Number: 7436
Claim Date: 09/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $820.80   UNLIQ CONT |

BELUM, VIKRAM
9735 SUMAC ROAD #111
DES PLAINES, IL 60016

Claim Number: 6150
Claim Date: 11/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $21,791.28 |
|---|---|---|

BENDEL, NIKO
SPATZEN WEG 6
HABFURT, 97437
GERMANY

Claim Number: 3246
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

BENDEL, NORBERT U. HANNELORE
KOLPINGSTR 33
HABFURT, 97437
GERMANY

Claim Number: 3247
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

BENDER, ALBERT
7313 SPYGLASS WAY
RALEIGH, NC 27615

Claim Number: 8408
Claim Date: 11/19/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,985.72 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BENEDICT, GEORGE E.<br>1610 POETS GLADE DRIVE<br>APEX, NC 27523 | | Claim Number: 1037<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $50,599.02 |

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3188<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $573.58   UNLIQ |

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3189<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $35,000.00 |

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3190<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| BENETEAU, EARL J.<br>6716 VIRGILIA CT.<br>RALEIGH, NC 27616 | | Claim Number: 3191<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $500.08   UNLIQ |

| BENFIELD, KEITH R.<br>10012 KILNSTONE LANE<br>RALEIGH, NC 27613 | | Claim Number: 2375<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,125.00 |

| BENNEFELD, BRIAN<br>4705 W. ELGIN ST.<br>BROKEN ARROW, OK 74012 | | Claim Number: 7249<br>Claim Date: 05/04/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,210.73 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BENNETT, PATRICIA
57 FERNWOOD AVE.
OAKDALE, NY 11769

Claim Number: 6173
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,552.01 |
|---|---|---|

BENNETT, PATRICIA
57 FERNWOOD AVE.
OAKDALE, NY 11769

Claim Number: 6178
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $15,552.01 |
|---|---|---|

BENNETT, PATRICIA M
57 FERNWOOD AVENUE
OAKDALE, NY 11769

Claim Number: 6179
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $15,552.01 |
|---|---|---|

BENNETT, PATRICIA M.
57 FERNWOOD AVENUE
OAKDALE, NY 11769

Claim Number: 3605
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6173

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

BENNETT, STEVEN E.
37052 CHESTNUT ST.
NEWARK, CA 94560

Claim Number: 7580
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $398,313.97 |
|---|---|---|

BENNETT, SUZAN
142 CASTLE HILL RD
WINDHAM, NH 03087

Claim Number: 4516
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $7,614.00 |

BENNETT, SUZAN
142 CASTLE HILL RD
WINDHAM, NH 03087

Claim Number: 4517
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,564.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BENSON, ALBERT W. | | Claim Number: 28 |
| 195 GALLUP ROAD | | Claim Date: 01/23/2009 |
| SPENCERPORT, NY 14559 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,926.02 |
|---|---|---|

| BENSON, ALBERT W. | | Claim Number: 8164 |
| 195 GALLUP ROAD | | Claim Date: 01/12/2012 |
| SPENCERPORT, NY 14559 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,926.02 |
|---|---|---|

| BENSON, ROBERT A. | | Claim Number: 7407 |
| 513 WESTBROOK DR. | | Claim Date: 09/13/2010 |
| RALEIGH, NC 27615 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $59,081.72 |
|---|---|---|

| BENTELE, HEINZ | | Claim Number: 3846 |
| WEITFELDERWEG A 5 | | Claim Date: 09/25/2009 |
| ELCHINGEN, 89275 | | Debtor: NORTEL NETWORKS INC. |
| GERMANY | | Comments: EXPUNGED |
| | | DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BENTIVEGNA, KAREN | | Claim Number: 7004 |
| 17 IVY LEAGUE LANE | | Claim Date: 01/26/2010 |
| STONY BROOK, NY 11790 | | Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $68,400.00 |
|---|---|---|

| BENTIVEGNA, KAREN | | Claim Number: 7005 |
| 17 IVY LEAGUE LANE | | Claim Date: 01/26/2010 |
| STONY BROOK, NY 11790 | | Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $68,400.00 |
|---|---|---|

| BENTIVEGNA, KAREN U. | | Claim Number: 7003 |
| 17 IVY LEAGUE LANE | | Claim Date: 01/26/2010 |
| STONY BROOK, NY 11790 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $68,400.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BENTLEY, ANDREW<br>2513 DOUGLAS DR.<br>MCKINNEY, TX 75071 | | Claim Number: 7380<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $21,646.48 |
| BENTON COUNY TAX COLLECTOR<br>215 E CENTRAL ROOM 101<br>BENTONVILLE, AR 72712 | | Claim Number: 2494<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $35.88 |
| BERG, KEN<br>5925 178TH STREET SE<br>SNOHOMISH, WA 98296 | | Claim Number: 7201<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $47,539.42 |
| BERGER, CLINTON<br>4868 S. DANUBE WAY<br>AURORA, CO 80015 | | Claim Number: 3206<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,897.42 |
| BERGLUND, JOSEPH<br>1121 GORDON OAKS DR<br>PLANO, TX 75023-2038 | | Claim Number: 3461<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $6,683.04 |
| BERKEMEYER ATTORNEYS & COUNSELORS<br>EDIFICIO JACARANDA 4TO PISO<br>BENJAMIN CONSTANT 835<br>ASUNCION,<br>PARAGUAY | | Claim Number: 5775-01<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
| UNSECURED | Claimed: | $1,702.00 |
| BERKEMEYER ATTORNEYS & COUNSELORS<br>EDIFICIO JACARANDA 4TO PISO<br>BENJAMIN CONSTANT 835<br>ASUNCION,<br>PARAGUAY | | Claim Number: 5775-02<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $518.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BERKEMEYER ATTORNEYS & COUNSELORS<br>BENJAMIN CONSTAT 835 JACARANDA BLDG<br>ASUNCION,<br>PARAGUAY | | Claim Number: 5776<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $2,220.00 |
| BERKLEY, GEORGE<br>100 LEBLANC CT<br>CARY, NC 27513 | | Claim Number: 3361<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $79,755.23 |
| BERKOWITZ, MARTIN<br>71 REDWOOD RD<br>NEWTON CENTER, MA 02459 | | Claim Number: 531<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $13,111.54 |
| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | | Claim Number: 7847<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,360.00 |
| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | | Claim Number: 7903<br>Claim Date: 08/09/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $15,360.00 |
| BERLANGA, MIGUEL<br>529 ROTHSCHILD LN<br>MURPHY, TX 75094 | | Claim Number: 7991<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,320.00 |
| BERMUDA TELEPHONE COMPANY LIMITED, THE<br>PRESIDENT & CEO<br>30 VICTORIA STREET<br>HAMILTON, HM 12<br>BERMUDA | | Claim Number: 6821<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3701 (07/20/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BERNAL, ERNIE<br>3124 SHETLAND CT.<br>FAIRFIELD, CA 94533 | | Claim Number: 2749<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $18,813.82 | | |

---

| | | | | |
|---|---|---|---|---|
| BERRY, BIRGIT<br>165 SLY FOX WAY<br>SEDALIA, CO 80135 | | Claim Number: 3979<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $6,581.71 |
| UNSECURED | Claimed: | $39,288.10 | Scheduled: | $35,859.75 |

---

| | | | |
|---|---|---|---|
| BERRY, JOYCE<br>PO BOX 2784<br>LEBANON, TN 37088 | | Claim Number: 7672<br>Claim Date: 03/29/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $45,946.91 | UNLIQ CONT |

---

| | | |
|---|---|---|
| BERTEAU, KAREN J<br>8328 BARBER OAK DR<br>PLANO, TX 75025 | | Claim Number: 2530<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,595.62 |

---

| | | |
|---|---|---|
| BERTEIG CONSULTING INC<br>14774 WOODBINE AVE<br>GORMLEY, ON L0H 1G0<br>CANADA | | Claim Number: 4716<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $37,523.41 |

---

| | | | | |
|---|---|---|---|---|
| BESSE, MARK ALDEN<br>2210 MORNING GLORY DR.<br>RICHARDSON, TX 75082 | | Claim Number: 380<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $43,892.30 | Scheduled: | $50,020.65 |

---

| | | |
|---|---|---|
| BEST, ROBERT<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 4208<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8292 |
| UNSECURED | Claimed: | $47,651.99 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BEST, ROBERT<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 8292<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #4208 | | | |
| UNSECURED | Claimed: | $47,651.99 | | | |
| BEST, ROBERT<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 8293<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #4061 | | | |
| PRIORITY | Claimed: | $2,859.11 | | | |
| BEST, ROBERT E<br>808 NORTHCLIFT DR<br>RALEIGH, NC 27609 | | Claim Number: 4061<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8293 | | | |
| PRIORITY | Claimed: | $2,859.11 | | | |
| BETTA, CARL<br>50 EAST ROAD<br>UNIT 7E<br>DELRAY BEACH, FL 33483 | | Claim Number: 3069<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $734.21 | Scheduled: | $734.21 UNLIQ | |
| BETZ, RANDALL L<br>350 MILLBROOK TRACE<br>MARIETTA, GA 30068 | | Claim Number: 2541<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | |
| BEVINGTON, CHRISTIAN C.<br>19 MALER LANE<br>PATCHOGUE, NY 11772 | | Claim Number: 4444<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $32,091.57 | | | |
| BEXAR COUNTY<br>C/O DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 184<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2642 (03/05/2010) | | | |
| SECURED | Claimed: | $4,650.34 UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BGH SA
BRASIL 731
BUENOS AIRES B, 1154
ARGENTINA

Claim Number: 7066
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,419.00 | Scheduled: | $0.00  UNLIQ |

BHARATIA, JAYSHREE
1717 PANTIGO DR.
PLANO, TX 75075

Claim Number: 1617
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,450.00 |

BHARGAVA, AKHIL
37 FAIRCHILD DR
READING, MA 01867

Claim Number: 8404
Claim Date: 11/16/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,661.82   UNDET |
| UNSECURED | Claimed: | $16,618.21   UNDET |

BHAT, SUNIL
8236, NOVARO DR.
PLANO, TX 75025

Claim Number: 353
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,320.13 |

BHAT, SUNIL
8236, NOVARO DR.
PLANO, TX 75025

Claim Number: 590
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,706.83 | Scheduled: | $6,325.38 |

BHATE, ANURADHA
395 ANO NUEVO AVE. # 106
SUNNYVALE, CA 94085

Claim Number: 893
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,016.00 |

BHATT, JITENDRA D
204 WILLINGHAM ROAD
MORRISVILLE, NC 27560

Claim Number: 3456
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $199,400.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BHATT, JITENDRA D.
8619 VIA MALLORCA UNIT D
LA JOLLA, CA 92037-9019

Claim Number: 4801
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $199,400.00 |
| --- | --- | --- |

---

BHATT, JITENDRA D.
204 WILLINGHAM ROAD
MORRISVILLE, NC 27560

Claim Number: 5746
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $199,400.00 |
| --- | --- | --- |

---

BIARD, JAMES
3525 MT. PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4188
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $570,381.32 |
| --- | --- | --- |

---

BIARD, JAMES
3525 MOUNT PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4191
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,806.13 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $3,806.13  UNLIQ |

---

BIARD, JAMES A.
3525 MT PROSPECT CIRCLE
RALEIGH, NC 27614

Claim Number: 4189
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8405 (09/05/2012)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

BIARD, JAMES A.
3525 MOUNT PROSPECT CIR
RALEIGH, NC 27614

Claim Number: 4190
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $450.00 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $306,843.31 | Scheduled: | $317,793.31 |

---

BIBBY, BRIAN
6309 VALLEY VIEW DR
MCKINNEY, TX 75071

Claim Number: 2382
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,700.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| BICKHAM, JEFF D<br>3560 COUNTY ROAD 2338<br>DOUGLASSVIL, TX 75560 | | Claim Number: 4056<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $8,368.67 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BICKHAM, JEFF D<br>3560 COUNTY ROAD 2338<br>DOUGLASSVILLE, TX 75560 | | Claim Number: 4057<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,602.54 | | | |
| UNSECURED | Claimed: | $766.13 | Scheduled: | $8,368.67 | |

---

| | | | | | |
|---|---|---|---|---|---|
| BICKHAM, JEFF D.<br>3560 CR 2338<br>DOUGLASSVILLE, TX 75560 | | Claim Number: 202<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $4,835.40 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BIEGHLER, BRET<br>3329 SAN PATRICIO DRIVE<br>PLANO, TX 75025 | | Claim Number: 3579<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ | |

---

| | | | | | |
|---|---|---|---|---|---|
| BIERSBACH, MELISSA<br>6901 DELAMATER RD.<br>DERBY, NY 14047 | | Claim Number: 6207<br>Claim Date: 12/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,712.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BIERSCHENK, ANDREA<br>4325 HANOVER ST.<br>DALLAS, TX 75225 | | Claim Number: 854<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,679.60 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BIG TIME<br>BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | | Claim Number: 3158<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $1,170.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BIG TIME AUDIO<br>170 MULBERRY BEND<br>JONESBOROUGH, TN 37659 | | Claim Number: 3159<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $770.00 | Scheduled: | $1,170.00 |

| BIGGERS, TRACY<br>1779 MT ZION RD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7465<br>Claim Date: 10/12/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ | | |
| UNSECURED | Claimed: | $11.52  UNLIQ | | |

| BIGHAM, KENNETH<br>1310 KILMORY DR<br>CARY, NC 27511 | | Claim Number: 1178<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $29,091.90 | Scheduled: | $42,546.28 |

| BIJALA, USHA LEELA<br>140 STEDMAN STREET, UNIT # 1<br>CHELMSFORD, MA 01824 | | Claim Number: 7708<br>Claim Date: 04/15/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,498.50 | |

| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 1316<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $62,979.24 | |

| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 2032<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $62,979.24 | |

| BILL, LAWRENCE M.<br>4816 ST SIMONS TER<br>WAXHAW, NC 28173-6823 | | Claim Number: 2033<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $62,979.24 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BINGAMAN, PETER<br>47 INDIAN HILL ROAD<br>WILTON, CT 06897 | Claim Number: 4205<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $10,823.90 | Scheduled: | $88,038.41 |
|---|---|---|---|---|

---

| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA 30024 | Claim Number: 1598<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $100,814.47 |
|---|---|---|

---

| BINNER, SCOTT E.<br>2505 JAKIN WAY<br>SUWANEE, GA 30024 | Claim Number: 5481<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $100,814.47 |
|---|---|---|

---

| BINNER, SCOTT E.<br>2505 JAKIN WAY NW<br>SUWANEE, GA 30024 | Claim Number: 5482<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $100,814.47 | Scheduled: | $86,060.80 |
|---|---|---|---|---|

---

| BINNING, PAVITER SINGH<br>5945 AIRPORT ROAD<br>SUITE 360<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 6210<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BINNING, PAVITER SINGH<br>5945 AIRPORT ROAD<br>SUITE 360<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 6212<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BIRD, THOMAS<br>1325 INDIAN WOOD DR.<br>BROOKFIELD, WI 53005 | Claim Number: 1068<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,856.80 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BIRKETT, DIANA<br>5732 CR 2592<br>ROYSE CITY, TX 75189 | | Claim Number: 640<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,261.00 | Scheduled: | $6,757.95 |
| SECURED | Claimed: | $52,400.75 | | |
| UNSECURED | | | Scheduled: | $66,298.34 |
| TOTAL | Claimed: | $52,400.75 | | |

---

| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | | Claim Number: 2138<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | | Claim Number: 2139<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>claimed amount is 24264.4937 + 249666.1129 shares | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| BISCHOFF, MANFRED, DR.<br>PRINZENWEG 7<br>STARNBERG, 82319<br>GERMANY | | Claim Number: 3422<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| BISHOP, CORDELL<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303-4642 | | Claim Number: 1225<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,891.25 | | |

---

| BISHOP, CORDELL<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303 | | Claim Number: 7418<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| BISHOP, CORDELL<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303 | | Claim Number: 7419<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $33,482.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BISHOP, CORDELL M<br>836 ALTAIRE WALK<br>PALO ALTO, CA 94303 | | Claim Number: 7416<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| BISHOP, HUNTER L.<br>4668 MOUNTAIN CREEK DR<br>ROSWELL, GA 30075 | | Claim Number: 1363<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,300.00 |

---

| BISSLAND, DIANE S<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5969<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| BISSLAND, DIANE S.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5964<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

---

| BISSLAND, RICHARD G<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5963<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| BISSLAND, RICHARD G.<br>77 CRANBERRY RUN<br>SOUTHAMPTON, NJ 08088 | | Claim Number: 5970<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $100,000.00 |

---

| BISSONNETTE, PIERRE<br>912 NW 132 AVE<br>SUNRISE, FL 33325 | | Claim Number: 7430<br>Claim Date: 09/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $110,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BLACKLEY, BETSY<br>1666 SUITTS STORE RD<br>FRANKLINTON, NC 27525 | | Claim Number: 2172<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,422.28 | | |
| BLACKLEY, BETSY R.<br>1666 SUITT'S STORE ROAD<br>FRANKLINTON, NC 27525 | | Claim Number: 2171<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,422.28 | | |
| BLACKLEY, KAREN<br>3165 TOM HUNT RD.<br>OXFORD, NC 27565 | | Claim Number: 6307<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $51,694.82 | | |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2592<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |
| BLAIR PLEASANT DBA COMMFUSION<br>1510 MISTY CLOUD PLACE<br>SANTA ROSA, CA 95409 | | Claim Number: 2594<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE | Claimed: | $2,995.00 | | |
| BLAIR, LAWERNCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4334<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $16,954.12 | Scheduled: | $496.61 UNLIQ |
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 4333<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,954.12 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 6929<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $16,954.12 |

---

| | | |
|---|---|---|
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 6930<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $16,954.12 |

---

| | | |
|---|---|---|
| BLAIR, LAWRENCE<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 6931<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $16,954.12 |

---

| | | |
|---|---|---|
| BLAIR, LAWRENCE D.<br>2495 AQUASANTA<br>TUSTIN, CA 92782 | | Claim Number: 6932<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $16,954.12 |

---

| | | |
|---|---|---|
| BLANCHARD, JAMES J<br>500 EIGHTH STREET, NW<br>WASHINGTON, DC 20004 | | Claim Number: 3964<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| BLANCO, JORGE<br>8101 SW 62ND PLACE<br>SOUTH MIAMI, FL 33143 | | Claim Number: 7223<br>Claim Date: 04/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,156.91 |

---

| | | |
|---|---|---|
| BLAND, JUDY D.<br>C/O LEON A. LUCAS, P.A.<br>209 WEST SECOND STREET<br>PO BOX 910<br>KENLY, NC 27542 | | Claim Number: 1464<br>Claim Date: 07/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| UNSECURED | Claimed: | $107,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | | Claim Number: 7501<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $40,965.53 |
| BLANK, JOSEPH JOHN III<br>6018 SHERWOOD COURT<br>NASHVILLE, TN 37215 | | Claim Number: 7660<br>Claim Date: 03/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,089.97 |
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2150<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $20,179.94   UNDET |
| BLANKENSHIP, CURTIS<br>15611 TRAILS END DR<br>DALLAS, TX 75248 | | Claim Number: 2151<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 1180<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 2952<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $20,179.74 |
| BLANKENSHIP, CURTIS M.<br>15611 TRAILS END DR.<br>DALLAS, TX 75248 | | Claim Number: 2954<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $20,179.74 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BLANKENSHIP, RICHARD L.<br>1841 BEARBERRY CIR APT 202<br>LUTZ, FL 33559-8774 | | Claim Number: 7285<br>Claim Date: 06/03/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $37,050.01 |

| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | | Claim Number: 6310<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,529.40 |

| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | | Claim Number: 6311<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $3,529.40 |

| BLANKENSHIP, STEPHANIE<br>1530 VIA CAMPO AUREO<br>SAN JOSE, CA 95120 | | Claim Number: 7081<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $8,432.37 |

| BLASIAK, MARK<br>115 WOODCREST PL<br>VENETIA, PA 15367 | | Claim Number: 1425<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $49,107.69 |

| BLIDY, JOSEPH A<br>6158 DAWNS RIDGE<br>CICERO, NY 13039 | | Claim Number: 4649<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| PRIORITY | Claimed: | $152,634.76 |

| BLISS, RALPH F.<br>249 ASTLE STREET<br>TEWKSBURY, MA 01876 | | Claim Number: 1397<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $2,057.90 |
| UNSECURED | Claimed: | $28,810.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BLISS, RALPH F.
249 ASTLE STREET
TEWKSBURY, MA 01876

Claim Number: 6619
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $2,057.90 |
| UNSECURED | Claimed: | $28,810.60 |

BLOW, SONYA
1004 FARNSWORTH ROAD
WAKE FOREST, NC 27587

Claim Number: 7305
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,322.00 |

BOC GASES
1101 PARISIEN
OTTAWA, ON K1B 3R6
CANADA

Claim Number: 2338
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,046.49 |

BODDIE, ROBIN
9415 PANTHER CREEK PKWY APT 818
FRISCO, TX 75035-1114

Claim Number: 733
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,739.78 |

BODEN, JOHN
1000 S. WELLINGTON POINT RD.
MCKINNEY, TX 75070

Claim Number: 4553
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,461.88 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

BODEN, JOHN
1000 S. WELLINGTON PT. ROAD
MCKINNEY, TX 75070

Claim Number: 4554
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $55,461.88 |

BODFORD, JOHN P
250 FOX RIDGE CIR
LEWISVILLE, NC 27023

Claim Number: 6597
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,078.41 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BODFORD, JOHN PAUL, JR.<br>250 FOX RIDGE CIRCLE<br>LEWISVILLE, NC 27023 | | Claim Number: 6596<br>Claim Date: 01/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $8,078.41 |
| BOECK, DALE<br>100 SOUTHWICK COURT<br>CARY, NC 27513 | | Claim Number: 8276<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $61,783.32 |
| BOEHLKE, MARK<br>607 HAMLET COURT<br>FRUITLAND PARK, FL 34731 | | Claim Number: 7035<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $71,884.00 |
| BOEHLKE, MARK<br>607 HAMLET COURT<br>FRUITLAND PARK, FL 34731 | | Claim Number: 7108<br>Claim Date: 02/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| BOGEN, DONALD EUGENE<br>2719 JENNIE WELLS DR<br>MANSFIELD, TX 76063-7670 | | Claim Number: 7610<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,847.98 |
| BOGGESS, ANITA F.<br>4214 GREENPOINT ST.<br>LAS VEGAS, NV 89147 | | Claim Number: 671<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,602.50 |
| BOISVERT, DAVID<br>18824 PARK GROVE LN.<br>DALLAS, TX 75287 | | Claim Number: 302<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $44,942.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BOISVERT, DAVID<br>18824 APRK GROVE LN<br>DALLAS, TX 75287 | | Claim Number: 3409<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7431 (03/22/2012) | | | |
| PRIORITY | | | Scheduled: | | $6,211.48 |
| UNSECURED | Claimed: | $48,391.00 | Scheduled: | | $43,191.24 |
| BOLAND, ROBERT D<br>1237 IROQUOIS DR<br>BATAVIA, IL 60510 | | Claim Number: 4776<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $348,695.00 | | | |
| UNSECURED | | | Scheduled: | | $0.00 UNLIQ |
| BOLAND, ROBERT D.<br>1237 IROQUOIS DR.<br>BATAVIA, IL 60510 | | Claim Number: 487<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $348,695.00 | | | |
| BOLAND, TERRY<br>4811 SUNFLOWER DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 1473<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $63,461.53 | | | |
| BOLAND, THOMAS<br>11651 SW 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 6312<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| ADMINISTRATIVE | Claimed: | $2,976.22 | | | |
| BOLAND, THOMAS L<br>11651 SOUTHWEST 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1916<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $1,831.52 | | | |
| UNSECURED | | | Scheduled: | | $0.00 UNLIQ |
| BOLAND, THOMAS L<br>11651 SOUTHWEST 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 6313<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| PRIORITY | Claimed: | $2,976.22 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BOLAND, THOMAS L.<br>11651 SW 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 385<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $228.94   UNLIQ |
| BOLAND, THOMAS L.<br>11651 SW 140TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 1915<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $1,831.52 |
| BOLEN, LARRY T.<br>14185 REDWOOD CIRCLE SOUTH<br>MCKINNEY, TX 75071 | | Claim Number: 558<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $42,781.57 |
| BOLEN, PETER M.<br>7342 DOVERTON CT<br>RALEIGH, NC 27615 | | Claim Number: 7990<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $17,250.00 |
| BOLGER, JOHN<br>50A MOUNT LEBANON ST<br>PEPPERELL, MA 01463 | | Claim Number: 5825<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $29,855.76 |
| BOLGER, JOHN<br>50A MOUNT LEBANON ST<br>PEPPERELL, MA 01463 | | Claim Number: 6653<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $29,855.76 |
| BOLGER, JOHN<br>50A MOUNT LEBANON ST<br>PEPPERELL, MA 01463 | | Claim Number: 6654<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,855.76 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 1327<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $41,793.23 | | |
| BOLING, EDWARD<br>7312 MIDCREST CT<br>MCKINNEY, TX 75070 | | Claim Number: 3415<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $41,793.23 | | |
| BOLING, EDWARD D.<br>7312 MIDCREST COURT<br>MCKINNEY, TX 75070 | | Claim Number: 7394<br>Claim Date: 08/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,793.23 | | |
| BOLING, LAYLA<br>1908 EASTSIDE AVE<br>NASHVILLE, TN 37206 | | Claim Number: 7906<br>Claim Date: 08/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,616.00 | | |
| BOLLI, HANS<br>65 LATOUR WAY<br>GREER, SC 29650-4553 | | Claim Number: 3458<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $79,588.25 | Scheduled: | $0.00  UNLIQ |
| BONACORDA, ANTHONY<br>1246 CONNETQUOT AVE<br>CENTRAL ISLIP, NY 11722 | | Claim Number: 94<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $19,962.00 | Scheduled: | $16,888.01 |
| BONAMI, MARIO<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | | Claim Number: 3539<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,487.74 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BOND, BARRY W.<br>8345 PRIMANTI BLVD<br>RALEIGH, NC 27612 | Claim Number: 601<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $63,661.22 |
|---|---|---|

---

| BORCHERS, WALTER SCOTT<br>2233 WEST VILLAGE LN. SE<br>SMYRNA, GA 30080 | Claim Number: 8419<br>Claim Date: 12/19/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,293.43 |
|---|---|---|

---

| BORCHGREVINK, JACK<br>12006 TIDESWEPT COURT<br>HOUSTON, TX 77095 | Claim Number: 1124<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $43,874.65 |

---

| BORDEN LADNER GERVAIS LLP<br>WORLD EXCHANGE PLAZA STE 1100<br>100 QUEEN STREET<br>CANADA, ON K1P 1J9<br>CANADA | Claim Number: 3774<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $36,774.26 |
|---|---|---|

---

| BORIS, RICHARD A.<br>5208 BARTONS ENCLAVE LN.<br>RALEIGH, NC 27613 | Claim Number: 7240<br>Claim Date: 04/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $45,050.00   UNLIQ CONT |

---

| BORISON, KENNETH<br>100 TABSCOTT LN<br>CHAPEL HILL, NC 27514 | Claim Number: 3876<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $59,711.89 |
|---|---|---|

---

| BORQUE, NORMAND<br>BRIAN ANDERSON, ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | Claim Number: 3531<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $67,864.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BORSTOCK, JAMES
3295 FIFTH ST
OCEANSIDE, NY 11572

Claim Number: 1836
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,958.82 | Scheduled: | $0.00 UNLIQ |

BORSTOCK, JAMES
3295 FIFTH STREET
OCEANSIDE, NY 11572

Claim Number: 6410
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $66,125.17 |

BORSTOCK, JAMES
3295 FIFTH ST
OCEANSIDE, NY 11572

Claim Number: 6411
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,958.82 |

BORSTOCK, JAMES
3295 FIFTH ST
OCEANSIDE, NY 11572

Claim Number: 6412
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,958.82 |

BOSCH, ROBERT & DONNA
N77 W16219 COUNTRYSIDE DRIVE
MENOMONEE FALLS, WI 53051

Claim Number: 398
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $93,585.57 |

BOSTELMANN, ORLYN
1209 OAKMONT
RICHARDSON, TX 75081

Claim Number: 3215
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,822.81 |
| UNSECURED | Claimed: | $47,626.86 | Scheduled: | $61,603.43 |

BOSWELL, JOSEPH A
1005 SOUTH ZION ROAD
SCOTTSBURG, IN 47170

Claim Number: 855
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $35,692.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BOTHWELL, GW
7171 EAST PARADISE CANYON RD
PARADISE VALLEY, AZ 85253

Claim Number: 3499
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $166,761.24 | Scheduled: | $17,615.00 UNLIQ |
| --- | --- | --- | --- | --- |

BOTHWELL, GW
7171 EAST PARADISE CANYON RD
PARADISE VALLEY, AZ 85253

Claim Number: 5619
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $179,591.03 |
| --- | --- | --- |

BOTLAGUDUR, SREENIVAS
14 OLD CHURCH CT.
WESTWOOD, NJ 07675

Claim Number: 769
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $54,271.00 |
| --- | --- | --- |

BOTTORFF, PAUL A.
135 FOXWOOD RD.
PORTOLA VALLEY, CA 94028

Claim Number: 1607
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $108,612.00 |
| --- | --- | --- |

BOTTORFF, PAUL A.
135 FOXWOOD RD.
PORTOLA VALLEY, CA 94028

Claim Number: 1608
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,463.94 |
| --- | --- | --- |

BOUBY, AMANDA
310 LAKESIDE CT
SUNRISE, FL 33326

Claim Number: 2527
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $746.44 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $18,534.24 | Scheduled: | $18,954.38 |

BOUDREAU, WILLIAM R
8149 STOCKHOLM ST
BROOKSVILLE, FL 34613

Claim Number: 4804
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,000.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL 34613 | | Claim Number: 6492<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,000.00 | | |

| BOUDREAU, WILLIAM R<br>8149 STOCKHOLM ST<br>BROOKSVILLE, FL 34613 | | Claim Number: 6493<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,000.00 | | |

| BOUDREAU, WILLIAM R.<br>8149 STOCKHOLM ST.<br>BROOKSVILLE, FL 34613 | | Claim Number: 4805<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,000.00 | | |

| BOULDER LOGIC LLC<br>ATTENTION: PRESIDENT<br>4678 LEE HILL DR.<br>BOULDER, CO 80302 | | Claim Number: 2060<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,502.28 | | |

| BOUNDS, KATHY<br>204 CASTLEBURY CREEK CT<br>CARY, NC 27519 | | Claim Number: 460<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $72,477.72 | | |

| BOURGEOIS, GEORGE H. JR.<br>8713 SILVERTHORNE DR.<br>RALEIGH, NC 27612 | | Claim Number: 7792<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,121.04 | | |
| UNSECURED | Claimed: | $17,192.40 | | |

| BOURLAND, DEBORAH<br>1806 MEADOWCOVE DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 2417<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $108,451.73 | | |
| UNSECURED | Claimed: | $108,451.73 | Scheduled: | $0.00  UNLIQ |
| TOTAL | Claimed: | $108,451.73 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BOURLAND, DEBORAH ANN
1806 MEADOWCOVE
RICHARDSON, TX 75081

Claim Number: 2418
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE        Claimed:        $108,451.73

---

BOVARNICK, ELLEN
120 MATTISON COVE NE
ATLANTA, GA 30319

Claim Number: 1328
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY        Claimed:        $797,733.63

---

BOVENIZER, WILLIAM
11 BOLLAND CRESCENT
AJAX, ONTARIO, L1S 3G8
CANADA

Claim Number: 311
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY        Claimed:        $321,090.00

---

BOVENIZER, WILLIAM
11 BOLLAND CRESCENT
AJAX, ON L1S 3G8
CANADA

Claim Number: 4005
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE        Claimed:        $6,939.00

---

BOVENIZER, WILLIAM
11 BOLLAND CRESCENT
AJAX, ON L1S 3G8
CANADA

Claim Number: 4006
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

ADMINISTRATIVE        Claimed:        $27,000.88

---

BOVENIZER, WILLIAM
11 BOLLAND CRES
AJAX, L1S 3G8
CANADA

Claim Number: 4011
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY        Claimed:        $6,939.00

---

BOVENIZER, WILLIAM
11 BOLLAND CRESCENT
AJAX, ON L1S 3G8
CANADA

Claim Number: 4012
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

---

UNSECURED        Claimed:        $27,000.88

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BOVINETTE, JOHN D.<br>15 S. LAKEWOOD CT.<br>SOUTH ELGIN, IL 60177 | | Claim Number: 4562<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $30,270.80 | |

| BOWBEER, TERI<br>65 GREG CT<br>ALAMO, CA 94507-2841 | | Claim Number: 2932<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $35,783.20 | |

| BOWBEER, TERI<br>65 GREG CT<br>ALAMO, CA 94507-2841 | | Claim Number: 2933<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

| BOWEN, KAY L.<br>617 LINDLEY DR.<br>DURHAM, NC 27703 | | Claim Number: 8308<br>Claim Date: 07/02/2012<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $46,792.00 | |

| BOWENS, LEONARDO D.<br>801 PENSBY COURT<br>HOLLY SPRINGS, NC 27540 | | Claim Number: 8107<br>Claim Date: 11/21/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $51,699.00 | |

| BOWYER, KEVIN E<br>2900 MCKINNON ST APT 2301<br>DALLAS, TX 75201-1082 | | Claim Number: 2482<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $246,584.32 | Scheduled: | $0.00  UNLIQ |

| BOYD CORPORATION<br>ATTN: ANJELA NAND<br>600 SOUTH MCCLURE ROAD<br>MODESTO, CA 95357 | | Claim Number: 1736<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $63,422.40 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BOYD, ELIZABETH
1706 WOODOAK DR
RICHARDSON, TX 75082

Claim Number: 3373
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,287.00 | Scheduled: | $0.00 UNLIQ |

BOYD, JUDY L.
2032 LUCILLE ST.
LEBANON, TN 37087

Claim Number: 7417
Claim Date: 09/14/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $1,065.00   UNLIQ CONT |

BOYD, KEN
30 DEER RIDGE LN
WEST CHAZY, NY 12992

Claim Number: 3324
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments:
claim amount is 467.59/month

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,500.00   UNLIQ |

BOYD, MELVIN E.
8205 N CREEK RUN
RALEIGH, NC 27613

Claim Number: 7656
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $272,703.21 |

BOYD, MELVIN E.
8205 N CREEK RUN
RALEIGH, NC 27613

Claim Number: 7657
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $272,703.21 |

BRACE, L STEPHEN
76 METROPOLITAN AVE
ASHLAND, MA 01721

Claim Number: 6304
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $6,326.38 |

BRACKETT, JAMES
6769 N.W. 81ST COURT
PARKLAND, FL 33067

Claim Number: 6511
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,725.57 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 304<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| UNSECURED | Claimed: | $15,899.56 | | |
| BRACKIN, DIANN<br>217 STEAMBOAT DRIVE<br>COPPELL, TX 75019 | | Claim Number: 4180<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $15,899.56 | | |
| BRADEE, WILLIAM F.<br>4605 SUNDANCE DR<br>PLANO, TX 75024-3888 | | Claim Number: 465<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $2,309.31 | | |
| UNSECURED | Claimed: | $43,876.79 | | |
| BRADFORD, WANDA<br>8132 GRAND CANYON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3882<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $9,462.46 | | |
| BRADLEY, JOYCE<br>3306 TOLER RD<br>ROWLETT, TX 75089 | | Claim Number: 7556<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $89,071.86 | | |
| BRADSHAW, CHARLES W., JR.<br>3319 MEADOW WOOD DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 1644<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $18,052.93 | Scheduled: | $5,422.30 |
| UNSECURED | Claimed: | $87,160.21 | Scheduled: | $81,411.85 |
| TOTAL | Claimed: | $87,160.21 | | |
| BRAHMANANDAM, SHRIRAM<br>1231, REMBRANDT DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 5382<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,033.65 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BRAND, RICHARD C.<br>281 ADDISON AVE.<br>PALO ALTO, CA 94301 | | Claim Number: 322<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: POSSIBLY AMENDED BY 8185 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,340.00 | | |
| UNSECURED | Claimed: | $26,780.00 | | |

---

| BRAND, RICHARD C.<br>281 ADDISON AVE.<br>PALO ALTO, CA 94301 | | Claim Number: 8185<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>amends claim 322 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,340.00 | | |
| UNSECURED | Claimed: | $26,780.00 | Scheduled: | $39,522.70 |

---

| BRANDON, PAUL<br>5 HORATIO LANE<br>GATES, NY 14624 | | Claim Number: 2157<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $21,440.07 | |
| SECURED | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $10,490.07 | |
| TOTAL | Claimed: | $10,950.00 | |

---

| BRANDON, PAUL M.<br>5 HORATIO LANE<br>ROCHESTER, NY 14624 | | Claim Number: 2156<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| BRANDT, KENNETH R.<br>10262 HALAWA DRIVE<br>HUNTINGTON BEACH, CA 92646 | | Claim Number: 694<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $26,115.65 | |

---

| BRANT, H. PAUL<br>4919 SHALLOWBROOK TRAIL<br>RALEIGH, NC 27616-7838 | | Claim Number: 3748<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $585,128.91 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| BRANTLEY, L. KATHERINE<br>3703 HIGHGATE DR APT E<br>DURHAM, NC 27713 | | Claim Number: 7891<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $13,750.00 |
|---|---|---|

| | | |
|---|---|---|
| BREAKFIELD, CHARLES<br>5610 CLIFF HAVEN DRIVE<br>DALLAS, TX 75236 | | Claim Number: 4595<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,314.45 |
|---|---|---|

| | | |
|---|---|---|
| BREAKFIELD, CHARLES<br>5610 CLIFF HAVEN DRIVE<br>DALLAS, TX 75236 | | Claim Number: 4596<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $39,314.45 |
|---|---|---|

| | | |
|---|---|---|
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART, 70191<br>GERMANY | | Claim Number: 6006<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART, 70191<br>GERMANY | | Claim Number: 7006<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BREIT, WILHELM<br>FRIEDHOFSTR. 69<br>STUTTGART, 70191<br>GERMANY | | Claim Number: 7007<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BRENNION, JAMES<br>533 BIGELOW STREET<br>MARLBOROUGH, MA 01752 | | Claim Number: 7104<br>Claim Date: 02/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $55,534.82 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BRENNTAG GREAT LAKES, LLC
C/O RICHARD FERRELL
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET, SUITE 1800
CINCINNATI, OH 45202

Claim Number: 4605
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3033 (05/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

BREUER & CO.
701 EDGEWATER DR STE 360
WAKEFIELD, MA 01880-6243

Claim Number: 1263
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,752.00 |

---

BREWER, DAVID J.
9075 OLD KEITH BRIDGE RD
GAINESVILLE, GA 30506

Claim Number: 113
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $56,892.00 |

---

BREWER, TOMMY JOE
1505 WAGON WHEEL
GARLAND, TX 75044

Claim Number: 1194
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $27,577.00 |

---

BRIARD, ERNIE
5 PROMENADE AVE
OTTAWA, ON K2E-DX4
CANADA

Claim Number: 4713
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $40,493.42 |

---

BRIDENSTINE, ANN
5924 CROSSPOINT LN
BRENTWOOD, TN 37027

Claim Number: 3977
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,521.97 | Scheduled: | $6,139.27 |
| UNSECURED | Claimed: | $72,977.34 | Scheduled: | $83,714.83 |

---

BRIDENSTINE, ANN M
5924 CROSS POINTE LN
BRENTWOOD, TN 37027

Claim Number: 3976
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,954.42 |
| UNSECURED | Claimed: | $72,977.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BRIDGES, CHARLES ROGERS<br>5408 HUNTER HOLLOW DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 15<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,565.00 |

| BRIDGES, STEPHEN<br>5020 RED CEDAR RD<br>RALEIGH, NC 27613 | | Claim Number: 2410<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $78,856.37 |

| BRIDGES, STEPHEN M.<br>5020 RED CEDAR RD<br>RALEIGH, NC 27613 | | Claim Number: 2411<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $78,856.37 |

| BRIDGES, STEPHEN M.<br>5020 RED CEDAR RD<br>RALEIGH, NC 27613 | | Claim Number: 4138<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $78,856.37 |

| BRIDGEWATER SYSTEMS INC<br>303 TERRY FOX DRIVE, SUITE 500<br>KANATA, ON K2K 3J1<br>CANADA | | Claim Number: 3908<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|---|
| UNSECURED | Claimed: | $451,751.00 |

| BRIDGWATER, SANDRA & ANDY<br>38 KRIEGH DRIVE<br>HAMILTON, ON L9B 2L4<br>CANADA | | Claim Number: 2632<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,500.00 |

| BRIEDA, PAUL<br>500 CAMBRIDGE COURT<br>TECUMSEH, ON N8N 4B4<br>CANADA | | Claim Number: 1568<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $54,510.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BRISTOL, SHARMILA
104 HORNE CREEK COURT
CARY, NC 27519

Claim Number: 1441
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $41,952.00 |
| --- | --- | --- |

---

BROADCOM CORPORATION
5300 CALIFORNIA AVENUE
IRVINE, CA 92617

Claim Number: 1381
Claim Date: 06/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,376.92 |
| --- | --- | --- |

---

BROADWING COMMUNICATIONS, LLC
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 493
Claim Date: 02/19/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| UNSECURED | Claimed: | $468.28 |
| --- | --- | --- |

---

BROCKMANN & COMPANY
C/O PETER BROCKMANN
11 LIBERTY DR
NORTHBOROUGH, MA 01532

Claim Number: 111
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,500.00 | Scheduled: | $12,500.00 |
| --- | --- | --- | --- | --- |

---

BRODY, GEORGE
204 HIGH CANYON CRT
RICHARDSON, TX 75080

Claim Number: 3659
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $176,913.30 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

BROGDEN, DEBORAH GOSS
2530 SAM MOSS HAYES RD.
CREEDMOOR, NC 27522-9334

Claim Number: 8231
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,698.90 |
| --- | --- | --- |

---

BROGDEN, JAMES EDWARD JR.
2530 SAM MOSS HAYES RD.
CREEDMOOR, NC 27522-9334

Claim Number: 7997
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8198

| UNSECURED | Claimed: | $24,138.37 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BROGDEN, JAMES EDWARD JR.<br>2530 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522-9334 | | Claim Number: 8198<br>Claim Date: 02/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7997 |
| UNSECURED | Claimed: | $25,801.48 |
| BROOKS, KELLY<br>1200 CHIPPER LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 4606<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $54,366.90 |
| BROOM, JAMES<br>807 NORTHAMPTON DR<br>CARY, NC 27513 | | Claim Number: 3691<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,262.30 |
| BROUGH, CHARLES L.<br>1220 N. WEST ST.<br>NAPERVILLE, IL 60563 | | Claim Number: 587<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $23,575.98 |
| BROUWER, LINDA<br>1220 VIENNA DR. #487<br>SUNNYVALE, CA 94089 | | Claim Number: 1478<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,784.24 |
| BROWARD COUNTY RECORDS, TAXES &<br>TREASURY DIV., TAX COLLECTOR<br>GOVERNMENT CENTER ANNEX, ATTN LITIGATION<br>SECTION., 115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 6594<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 2672 (03/08/2010) |
| SECURED | | $37,183.49 |
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIVISION<br>GOV'T CENTER ANNEX-ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 2266<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 4015 (09/27/2010) |
| SECURED | Claimed: | $35,855.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BROWER, KOLLEN
1206 MORROW LANE
ALLEN, TX 75002

Claim Number: 325
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $97,168.53 |
|---|---|---|

BROWER, KOLLEN
1206 MORROW LANE
ALLEN, TX 75002

Claim Number: 418
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $57,053.56 |
|---|---|---|

BROWN, ARTHUR
NORTEL EMPLOYEE # 1555528
395 MACMILLER RD
MORRISVILLE, VT 05661

Claim Number: 7315
Claim Date: 06/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7392

| UNSECURED | Claimed: | $67,056.99 |
|---|---|---|

BROWN, ARTHUR
NORTEL EMPLOYEE # 1555528
395 MACMILLER RD
MORRISVILLE, VT 05661

Claim Number: 7392
Claim Date: 08/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7315

| UNSECURED | Claimed: | $67,056.99 |
|---|---|---|

BROWN, BRIAN
1241 NEW JERSEY AVE N.W.
WASHINGTON, DC 20001

Claim Number: 2440
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $822.79 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $822.79 UNLIQ |

BROWN, BRIAN R.
1241 NEW JERSEY AVE NW
WASHINGTON, DC 20001

Claim Number: 2439
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

BROWN, JUSTIN
451 JUNIPERO ST
PLEASANTON, CA 94566-7619

Claim Number: 3372
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3144
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 8904 (11/07/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3145
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $49,230.77 |
|---|---|---|

---

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3146
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8904 (11/07/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

BROWN, LARRY
2635 HIGHLAND PASS
ALPHARETTA, GA 30004

Claim Number: 3147
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3147 (11/07/2012)

| UNSECURED | Claimed: | $49,230.77 |
|---|---|---|

---

BROWN, MICHAEL
1146 GLENBROOK DRIVE
FRANKLIN, TN 37064

Claim Number: 3769
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $2,493.52 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,496.28 |

---

BROWN, PAMELA
17211 FRONT BEACH RD.
PANAMA CITY BEACH, FL 32413

Claim Number: 4253
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $379,926.00 |
|---|---|---|

---

BROWN, PAMELA M
17211 FRONT BEACH RD
PANAMA CITY BEACH, FL 32413

Claim Number: 8215
Claim Date: 03/13/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $562,480.58 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BROWN, ROBERT<br>206 ARMS CHAPEL ROAD<br>REISTERTOWN, MD 21136 | | Claim Number: 5561<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $480,000.00 | |

| BROWN, ROBERT ELLIS<br>CAE, INC.<br>8585 COTE-DE-LIESSE<br>SAINT-LAURENT, QC H4T 1G6<br>CANADA | | Claim Number: 3914<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| BROWN, SANDRA<br>4655 LOWER RIVER ROAD<br>LEWISTON, NY 14092 | | Claim Number: 7960<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $105,896.69 | |

| BROWN, SHELIA A.<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7451<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,894.96 | |

| BROWN, SHELIA ANN<br>2003 CARNATION DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7892<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $53,754.00 | |

| BROWN, TIM<br>1637 PRESCOTT CIRCLE<br>FLOWER MOUND, TX 75028 | | Claim Number: 5935<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,203.85 | |

| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2449<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $178,119.90 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BROWNE, STEPHEN V<br>4823 SPYGLASS DR<br>DALLAS, TX 75287 | | Claim Number: 2450<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $178,119.90 |
| BROWNE, STEPHEN V.<br>4823 SPYGLASS DRIVE<br>DALLAS, TX 75287 | | Claim Number: 3886<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $139,502.23 |
| BROWNE, STEPHEN V.<br>4823 SPYGLASS DRIVE<br>DALLAS, TX 75287 | | Claim Number: 3892<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $139,502.23 |
| BRULEE, LINDA<br>13717 UTOPIA ROAD<br>POWAY, CA 92064 | | Claim Number: 6652<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $100,000.00 |
| BRULEE, LINDA D<br>13717 UTOPIA RD<br>POWAY, CA 92064 | | Claim Number: 6651<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $100,000.00 |
| BRUNER, JOHN<br>3401 HORSESHOE BEND<br>RALEIGH, NC 27613 | | Claim Number: 6218<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $47,094.01 |
| BRUNER, JOHN<br>3401 HORSESHOE BEND<br>RALEIGH, NC 27613 | | Claim Number: 6219<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $47,094.01 |
| ADMINISTRATIVE | Claimed: | $47,094.01 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BRUNO, MICHAEL<br>258 SILVERBELL COURT<br>WEST CHESTER, PA 19380 | | Claim Number: 637<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $61,978.40 | | |

| | | | | |
|---|---|---|---|---|
| BRYAN, BRANDY<br>506 GOLDEN BELL DR<br>GLENN HEIGHTS, TX 75154 | | Claim Number: 8311<br>Claim Date: 07/09/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,500.00 | | |

| | | | | |
|---|---|---|---|---|
| BRYAN, PAUL<br>1221 NEWBERRY DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4430<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,195.26 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| BRYAN, STEVE<br>406 KINSEY STREET<br>RALEIGH, NC 27603 | | Claim Number: 525<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,803.52 | | |

| | | | | |
|---|---|---|---|---|
| BRYANT, ADAM<br>20 PIDCOCK ST.<br>SYDNEY<br> N2050<br>NSW | | Claim Number: 4563<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,374.03 | | |

| | | | | |
|---|---|---|---|---|
| BRYANT, ALAN<br>262 N 7TH ST<br>SURF CITY, NJ 08008-5205 | | Claim Number: 3248<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4,222.46 | | |

| | | | | |
|---|---|---|---|---|
| BRYANT, ALAN<br>262 N 7TH ST.<br>SURF CITY, NJ 08008 | | Claim Number: 3309<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $123,106.18 | Scheduled: | $134,056.18 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BRYANT, ALAN
262 N 7TH ST.
SURF CITY, NJ 08008

Claim Number: 3981
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,066.15 |

---

BSI SUB, INC
C/O BLUESOCKET INC
10 NORTH AVENUE
BURLINGTON, MA 01803

Claim Number: 5047
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4698 (01/11/2011)

ADMINISTRATIVE
| UNSECURED | Claimed: | $4,050,000.00   UNLIQ |

---

BT AMERICAS, INC
2160 EAST GRAND AVENUE
ATTN: NEIL HOBBS
EL SEGUNDO, CA 90245

Claim Number: 3006
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 5624 (06/07/2011)

| UNSECURED | Claimed: | $7,192.61 | Scheduled: | $7,980.00 |

---

BT AMERICAS, INC.
2160 EAST GRAND AVENUE
ATTN: NEIL HOBBS
EL SEGUNDO, CA 90245

Claim Number: 3007
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6107 (08/09/2011)
Paid and not entitled to any additional voting right or distribution

| ADMINISTRATIVE | Claimed: | $75,254.55 |

---

BTS USA INC
300 FIRST STAMFORD PLACE, 4TH FLOOR
STAMFORD, CT 06902

Claim Number: 6298
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $3,110.00 |

---

BTS USA, INC.
300 FIRST STAMFORD PLACE 4TH FLOOR
STAMFORD, CT 06902

Claim Number: 6299
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $3,110.00 |

---

BUBEL, GLENN A
904 TABITHA LANE
OLD HICKORY, TN 37138

Claim Number: 1826
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $145,181.12 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| BUBEL, GLENN A.<br>904 TABITHA LN<br>OLD HICKORY, TN 37138-2359 | | Claim Number: 1827<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| BUCHANAN, CATHERINE C.<br>1329 CHICOTA DR.<br>PLANO, TX 75023 | | Claim Number: 7954<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $61,018.92 | | |

---

| BUCKLEY, STEPHEN G<br>920 HILDRETH ST<br>DRACUT, MA 01826 | | Claim Number: 5864<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,798.32 | | |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | | Claim Number: 3672<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $136,224.14 | | |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DRIVE<br>CARY, NC 27518 | | Claim Number: 3673<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136,224.14 | Scheduled: | $99,525.75  UNLIQ |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | | Claim Number: 3674<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $114,230.74 | | |

---

| BUDIHARDJO, PETER<br>103 LOCHFIELD DR<br>CARY, NC 27518 | | Claim Number: 3676<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BUDIHARDJO, PETER S
103 LOCHFIELD DRIVE
CARY, NC 27518

Claim Number: 3675
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $114,230.74 | Scheduled: | $114,230.74 |

BUDIHARDJO, PETER S.
103 LOCHFIELD DRIVE
CARY, NC 27518

Claim Number: 341
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $101,821.38 |

BUDIHARDJO, PETER S.
103 LOCHFIELD DRIVE
CARY, NC 27518

Claim Number: 3677
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7811 (06/05/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $135,027.14 |

BUENAVENTURA, YVELISSE
2056 SHERRY LYNNE DRIVE
GARNER, NC 27529

Claim Number: 5757
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

BUENAVENTURA, YVELISSE
2056 SHERRY LYNNE DR
GARNER, NC 27529

Claim Number: 5799
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

BUENAVENTURA, YVELISSE
2056 SHERRY LYNNE DRIVE
GARNER, NC 27529

Claim Number: 8174
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $15,271.36 |

BUHLER, AARON
5269 NW 112TH WAY
CORAL SPRINGS, FL 33076

Claim Number: 7796
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,144.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $30,856.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BUI, TAM B<br>1991 UPHALL COURT<br>SAN JOSE, CA 95121 | | Claim Number: 3305<br>Claim Date: 09/21/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8402 (09/05/2012) | | | |
| UNSECURED | Claimed: | $5,142.77 | | | |
| BUI, TAM B<br>1991 UPHALL COURT<br>SAN JOSE, CA 95121 | | Claim Number: 6664<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8402 (09/05/2012) | | | |
| UNSECURED | Claimed: | $5,142.77 | | | |
| BUI, TAM B<br>1991 UPHALL COURT<br>SAN JOSE, CA 95121 | | Claim Number: 6665<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $5,142.77 | Scheduled: | $5,589.80 | |
| BULENGO, RAYMOND C.<br>748 HERITAGE WAY<br>WESTON, FL 33326 | | Claim Number: 66<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7574<br>Claim out of balance | | | |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $483,866.70<br>$483,866.70<br>$483,866.70 | | | |
| BULENGO, RAYMOND C.<br>748 HERITAGE WAY<br>WESTON, FL 33326 | | Claim Number: 7574<br>Claim Date: 01/21/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 66 | | | |
| PRIORITY | Claimed: | $248,901.93 | | | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE<br>WATERBURY, CT 06704 | | Claim Number: 1423<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $34,223.10 | | | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3120<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,223.10 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3121<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $34,223.10 | | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3122<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $34,223.10 | | |
| BUONOCORE, DOMINIC J.<br>290 CITIZENS AVE.<br>WATERBURY, CT 06704 | | Claim Number: 3123<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $34,223.10 | | |
| BURGESS, JOHN<br>417 FUCHSIA LANE<br>SAN RAMON, CA 94582 | | Claim Number: 6040<br>Claim Date: 10/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,285.08 | | |
| BURKE, PAUL<br>1 ORCHID CIRCLE<br>BURLINGTON, MA 01803 | | Claim Number: 1219<br>Claim Date: 05/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $21,692.31 | | |
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3283<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8248 | | |
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3284<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $100,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| BURKERT, WILLIAM K<br>104 KHALSA CT.<br>DURHAM, NC 27713 | | Claim Number: 3285<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $100,000.00 |

| | | |
|---|---|---|
| BURKERT, WILLIAM KENNETH, JR.<br>104 KHALSA COURT<br>DURHAM, NC 27713 | | Claim Number: 8248<br>Claim Date: 04/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3283 |
| UNSECURED | Claimed: | $125,226.39 |

| | | |
|---|---|---|
| BURKEY, MARTHA<br>104 MEADOWSTONE CT.<br>CARY, NC 27513 | | Claim Number: 217<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $60,662.27 |

| | | |
|---|---|---|
| BURLESON, JONATHAN C.<br>1331 HILL VIEW TRL<br>WYLIE, TX 75098-6657 | | Claim Number: 4089<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $23,513.00 |

| | | | | |
|---|---|---|---|---|
| BURNS, BILLY<br>PO BOX 892682<br>OKLAHOMA CITY, OK 73189-2682 | | Claim Number: 2426<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $49,772.16 | Scheduled: | $0.00 UNLIQ |

| | | |
|---|---|---|
| BURNS, JOHN A.<br>97 HIGHFIELD RD<br>TORONTO, ON M4L 2T9<br>CANADA | | Claim Number: 722<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,676.25 |

| | | |
|---|---|---|
| BURTON, JR. ROBERT ALLEN<br>2901 CREEK VALLEY DRIVE<br>GARLAND, TX 75040 | | Claim Number: 7941<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,815.38 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BURTON, RICHARD H.<br>112 NORTHAMPTON DR.<br>CANTON, GA 30115 | | Claim Number: 366<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $242,288.22 | | |

| | | | | |
|---|---|---|---|---|
| BURWELL, SCOTT A<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 4034<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,056.30 | | |

| | | | | |
|---|---|---|---|---|
| BURWELL, SCOTT A.<br>8633 BAYBRIDGE WYND<br>RALEIGH, NC 27613 | | Claim Number: 1391<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,256.83 | | |

| | | | | |
|---|---|---|---|---|
| BUSCH, JAMES<br>3713 MULBERRY LN<br>BEDFORD, TX 76021 | | Claim Number: 4496<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,600.87 | Scheduled: | $0.00 UNLIQ |

| | | | | |
|---|---|---|---|---|
| BUSCH, JAMES D.<br>3713 MULBERRY LANE<br>BEDFORD, TX 76021 | | Claim Number: 1414<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $99,035.96 | | |

| | | | | |
|---|---|---|---|---|
| BUSHNELL, ROGER<br>101 MAYBANK COURT<br>DURHAM, NC 27713 | | Claim Number: 3633<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,200.79 | Scheduled: | $65,886.70 UNLIQ |

| | | | | |
|---|---|---|---|---|
| BUSTILLO, ADAM D<br>611 LONE RIDGE WAY<br>MURPHY, TX 75094 | | Claim Number: 4281<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,949.08 | | |
| UNSECURED | | | Scheduled: | $13,651.24 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

BUTCHER, TERRY J.
5311 OAKBROOK DRIVE
DURHAM, NC 27713

Claim Number: 6109
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $85,361.28 |
|---|---|---|

---

BUTLER, CALVIN
156 CASALITA DR.
GARLAND, TX 75040

Claim Number: 8317
Claim Date: 07/16/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

---

BUTNER, BRENDA R.
514 SHASTEEN BEND DRIVE
WINCHESTER, TN 37398

Claim Number: 7838
Claim Date: 07/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8239

| UNSECURED | Claimed: | $83,375.22 |
|---|---|---|

---

BUTNER, BRENDA R.
514 SHASTEEN BEND DRIVE
WINCHESTER, TN 37398

Claim Number: 8239
Claim Date: 04/05/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7838

| UNSECURED | Claimed: | $100,932.65 |
|---|---|---|

---

BUXTON, CYNTHIA
PO BOX 293214
NASHVILLE, TN 37229-3214

Claim Number: 4813
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,654.03 |

---

C-MARK CORP
10515 MARKISON ROAD
DALLAS, TX 75238

Claim Number: 1373
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $992,966.00 |
|---|---|---|

---

C. MARK CORP.
10515 MARKISON ROAD
DALLAS, TX 75238

Claim Number: 3733
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $95,030.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CABAN, BRENDA<br>995 CORAL CLUB DR.<br>CORAL SPRINGS, FL 33071 | Claim Number: 7688<br>Claim Date: 04/05/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $18,071.00 | | |
|---|---|---|---|---|

| CABIBI, FRANCIS<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | Claim Number: 60<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $43,236.00 | | |
|---|---|---|---|---|

| CABIBI, FRANCIS J.<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | Claim Number: 3131<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $36,037.76 | | |
|---|---|---|---|---|

| CABIBI, FRANCIS J.<br>160 FISHER CT<br>CALIMESA, CA 92320-1216 | Claim Number: 3132<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $36,037.76 | Scheduled: | $39,145.14 |
|---|---|---|---|---|

| CABLEVISION LIGHTPATH INC<br>PO BOX 360111<br>PITTSBURGH, PA 15251-6111 | Claim Number: 6143<br>Claim Date: 11/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $1,187.24 | Scheduled: | $2,622.40 |
|---|---|---|---|---|

| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | Claim Number: 377<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,997.69 | | |

| CABOT, GERRY<br>5452 GOLDEN CURRANT WAY<br>PARKER, CO 80134 | Claim Number: 2257<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $22,145.50 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CABRAL, JUSTO<br>PO BOX 8650<br>BAYAMON, PR 9608650 | | Claim Number: 6898<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $7,153.85 |
| CABRAL, ROBERT<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7154<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3140 |
| PRIORITY | Claimed: | $147,179.77 |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 464<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $147,179.77   UNLIQ |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 713<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 5984 |
| UNSECURED | Claimed: | $0.00   UNDET |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 3139<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7155 |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $38,363.04   UNDET |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 3140<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7154 |
| PRIORITY | Claimed: | $147,179.77 |
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 5984<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 713 |
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $38,363.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7155<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 3139 |
| PRIORITY | Claimed: | $38,363.04 |

---

| | | |
|---|---|---|
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7156<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7156<br>Amends Claim 713 |
| PRIORITY | Claimed: | $38,363.04 |

---

| | | |
|---|---|---|
| CABRAL, ROBERT J.<br>33 HICKORY LANE<br>HUDSON, MA 01749 | | Claim Number: 7157<br>Claim Date: 03/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Asserts amending claim no. 464 filed on 3/4/2009 |
| PRIORITY | Claimed: | $147,179.77 |

---

| | | |
|---|---|---|
| CADENCE DESIGN SYSTEMS INC<br>2655 SEELY AVENUE<br>BUILDING 5<br>ATTENTION: ROBERT GARCIA<br>SAN JOSE, CA 95134-1931 | | Claim Number: 2339<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $138,087.44 |

---

| | | |
|---|---|---|
| CADENCE DESIGN SYSTEMS INC<br>ATTN: ROBERT GARCIA<br>2655 SEELY ROAD<br>BUILDING 5<br>SAN JOSE, CA 95134 | | Claim Number: 8025<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012)<br>amends claim 2339 |
| UNSECURED | Claimed: | $52,148.31 |

---

| | | |
|---|---|---|
| CAFFREY, RAYMOND F.<br>791 NONAVILLE RD<br>MT JULIET, TN 37122 | | Claim Number: 7621<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $60,329.34 |

---

| | | |
|---|---|---|
| CAFFRY, ANNABELLE, INDIVIDUALLY AND AS<br>TRUSTEE OF THE JOHN W. CAFFREY TRUST<br>C/O PATRICIA ANTONELLI, PARTRIDGE SNOW<br>180 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903 | | Claim Number: 7922<br>Claim Date: 08/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4507 |
| SECURED | Claimed: | $868,467.46 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CAFFRY, JOHN W
180 SOUTH MAIN STREET
PROVIDENCE, RI 02903

Claim Number: 4507
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7922

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $663,387.38 | Scheduled: | $0.00 | UNLIQ |

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 44
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $273,191.56 |

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 1021
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,368.48 |

CAGIANNOS, ELIAS
87 WOODLAND RD
MADISON, NJ 07940

Claim Number: 4802
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,501.07 |

CAHILL, JOHN
668 CRESCENT RIDGE TRAIL
MABLETON, GA 30126

Claim Number: 786
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $57,716.00 |

CAIN-MURPHY, MARY
8320 LAKEWOOD DR
RALEIGH, NC 27613

Claim Number: 7548
Claim Date: 12/30/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $33,050.00 | UNLIQ CONT |

CALA TELECOM SERVICES
CALA TELECOM SERVICES LTD
UNIT 27 SEYMOUR PARK
KINGSTON 6,
JAMAICA

Claim Number: 6857
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,181.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CALA TELECOM SERVICES<br>CALA TELECOM SERVICES LTD<br>UNIT 27 SEYMOUR PARK<br>KINGSTON 6,<br>JAMAICA | | Claim Number: 6858<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |

| ADMINISTRATIVE | Claimed: | $37,181.50 | | |

---

| CALCAGNO, RICHARD<br>660 LONGWOOD DRIVE<br>ATLANTA, GA 30305 | | Claim Number: 6618<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $41,257.34 | | |

---

| CALHOUN, RANDY<br>3420 FM 1461<br>MCKINNEY, TX 75071 | | Claim Number: 7642<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $118,546.82 | | |

---

| CALHOUN, RANDY<br>2500 S. MILLBEND DRIVE APT 7209<br>SPRING, TX 77380 | | Claim Number: 7643<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $88,892.94 | | |

---

| CALHOUN, RANDY<br>2500 S. MILLBEND DRIVE APT 7209<br>SPRING, TX 77380 | | Claim Number: 7647<br>Claim Date: 03/15/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $17,355.06 | | |

---

| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-01<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | |

| UNSECURED | Claimed: | $84,858.43 | Scheduled: | $62,536.33 |

---

| CALIAN TECHNOLOGY SERVICES<br>2 BEAVERBROOK ROAD<br>KANATA, ON K2K 1L1<br>CANADA | | Claim Number: 3008-02<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Additional amt CDN$16,773.33 | | |

| UNSECURED | Claimed: | $13,422.02 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CALKINS, DAVID E.<br>300 NORTHVIEW DR<br>RICHARDSON, TX 75080 | | Claim Number: 41<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,810.21 |
| UNSECURED | Claimed: | $12,628.00 | Scheduled: | $14,186.96 |

| CALLAIR, VICKIE<br>2217 RAINY LAKE STREET<br>WAKE FOREST, NC 27587 | | Claim Number: 6592<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $30,232.85 | | |

| CALLANAN, RICHARD P<br>29 SYCAMORE LN<br>RIDGEFIELD, CT 06877 | | Claim Number: 3384<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $49,565.24 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

| CALLANAN, RICHARD P<br>29 SYCAMORE LN<br>RIDGEFIELD, CT 06877 | | Claim Number: 8250<br>Claim Date: 04/30/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #330 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $61,068.00 | | |

| CALLANAN, RICHARD P.<br>29 SYCAMORE LANE<br>RIDGEFIELD, CT 06877 | | Claim Number: 330<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8250 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,607.64 | | |

| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | | Claim Number: 1054<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $367,200.00 | | |

| CALMENSON, KENNETH<br>PO BOX 6488<br>DELRAY BEACH, FL 33482 | | Claim Number: 6507<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CALMENSON, KENNETH
PO BOX 6488
DELRAY BEACH, FL 33482

Claim Number: 6701
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

CALMENSON, KENNETH
PO BOX 6488
DELRAY BEACH, FL 33482

Claim Number: 8352
Claim Date: 08/31/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

CALVA, CINDY
622 HALCYON MEADOW
CARY, NC 27519

Claim Number: 8014
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $168,000.00 |
|---|---|---|

CAMERON, WILFRED J.
5355 RIVERVIEW DRIVE
SAINT AUGUSTINE, FL 32080

Claim Number: 3878
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,263,563.70 |
|---|---|---|

CAMIANT, INC.
200 NICKERSON ROAD, 2ND FLOOR
MARLBOROUGH, MA 01752

Claim Number: 1691
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,943.22 | Scheduled: | $9,943.22 |
|---|---|---|---|---|

CAMPBELL CREEK, LTD.
TIMOTHY R. DUNN, CFO
5601 GRANITE PARKWAY, SUITE 800
DALLAS, TX 75024

Claim Number: 1936
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $431,414.60 |
|---|---|---|

CAMPBELL, MICHAEL A
10200 INDEPENDENCE PKWY APT 1922
PLANO, TX 75025-8243

Claim Number: 2775
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6038

| UNSECURED | Claimed: | $85,588.86 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CAMPBELL, PATRICIA<br>105 STANMORE CT<br>ROSWELL, GA 30075 | | Claim Number: 5777<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $29,046.50 | | |
| CAMPBELL, STEPHEN<br>12805 OAK FALLS DR<br>ALPHARETTA, GA 30009 | | Claim Number: 2178<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,896.16 | | |
| CAMPBELL, TERRENCE S<br>9417 KOUPELA DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 3711<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,345.24 | Scheduled: | $0.00 UNLIQ |
| CANADIAN RED CROSS<br>170 METCALFE STREET<br>OTTAWA, ON K2P 2P2<br>CANADA | | Claim Number: 7357<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>CLAIM AMOUNT IS 29,000 IN CANADIAN CURRENCY. | | |
| UNSECURED | Claimed: | $23,205.80 | Scheduled: | $29,000.00 |
| CANAL VIEW PROPERTIES III, LLC<br>WOODS OVIATT GILMAN LLP<br>ATTN: PAUL S. GROSCHADL, ESQ.<br>700 CROSSROADS BLD.; 2 STATE STREET<br>ROCHESTER, NY 14614 | | Claim Number: 1694<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8652 (10/05/2012) | | |
| ADMINISTRATIVE | Claimed: | $10,129.33 | | |
| UNSECURED | Claimed: | $276,378.99 | | |
| CANNARELLA, ROBERT A<br>17 REEVES STREET<br>SMITHTOWN, NY 11787 | | Claim Number: 553<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $62,052.32 | Scheduled: | $61,918.59 |
| CANTWELL SR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5965<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CANTWELL SR, JAMES J
2524 HEATH PL
RESTON, VA 20191

Claim Number: 5966
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

CANTWELL, JAMES J JR
2524 HEATH PL
RESTON, VA 20191

Claim Number: 6294
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| PRIORITY | Claimed: | $70,000.00 |
|---|---|---|

CANTWELL, JAMES J JR
2524 HEATH PL
RESTON, VA 20191

Claim Number: 6295
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

CANTWELL, JAMES J SR
2524 HEATH PLACE
RESTON, VA 20191

Claim Number: 6292
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

CANTWELL, JAMES J SR
2524 HEATH PLACE
RESTON, VA 20191

Claim Number: 6293
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLY AMENDED BY 8356

---

| PRIORITY | Claimed: | $160,981.79 |
|---|---|---|

CANTWELL, JAMES J., SR.
2524 HEATH PLACE
RESTON, VA 20191-4224

Claim Number: 8355
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $2,262.38 |
|---|---|---|

CANTWELL, JAMES J., SR.
2524 HEATH PLACE
RESTON, VA 20191-4224

Claim Number: 8356
Claim Date: 09/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 6293

---

| PRIORITY | Claimed: | $160,981.79 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5967<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| CANTWELL, JR, JAMES J<br>2524 HEATH PL<br>RESTON, VA 20191 | | Claim Number: 5968<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| CAO, BETTY L.<br>9241 MIRANDA DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 7831<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,306.35 | | |

| CAO, NHAN T.<br>93 OAK STREET<br>DEER PARK, NY 11729 | | Claim Number: 5624<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,185.60 | | |

| CAO, TIMOTHY<br>1472 MIWOK PL.<br>MORGAN HILL, CA 95037 | | Claim Number: 303<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,783.70 | Scheduled: | $11,621.18 |

| CAPITOL SOLUTIONS GOV'T RELATIONS<br>1455 PENNSYLVANIA AVE NW STE 400<br>WASHINGTON, DC 20004-1017 | | Claim Number: 262<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | | |

| CAPITOL SOLUTIONS GOV'T RELATIONS<br>CONSULTANTS LLC<br>1455 PENNSYLVANIA AVE. #400<br>WASHINGTON, DC 20004 | | Claim Number: 5470<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claims 262 and 1860 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,750.00 | Scheduled: | $33,750.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CAPITOL SOLUTIONS GOVERNMENT
RELATIONS CONSULTANTS LLC
1455 PENNSYLVANIA AVE., N.W. #400
WASHINGTON, DC 20004

Claim Number: 1860
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $33,750.00 |
|---|---|---|

---

CAPORUSSO, DEBRA-JANE
4 FIELDHOUSE AVE
EAST SETAUKET, NY 11733

Claim Number: 7047
Claim Date: 02/02/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $60,380.32 |
|---|---|---|

---

CARBONARA, FRANCESCA
18 FAIRVIEW LN
MECHANICVILLE, NY 12118-3639

Claim Number: 5455
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $10,893.96 |
|---|---|---|

---

CARDINAL, PAUL J
9N559 KASHARE TR
ELGIN, IL 60124

Claim Number: 4298
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,553.60 |
|---|---|---|

---

CARDO, MARY-BETH
113 SYCAMORE RIDGE LANE
HOLLY SPRINGS, NC 27540

Claim Number: 7658
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $15,312.61 |
|---|---|---|

---

CAREVIC, ROSS
321 MURRAY FARM DR APT 611
FAIRVIEW, TX 75069-6899

Claim Number: 4297
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount of 29,782.94 BRITISH POUNDS

| PRIORITY | Claimed: | $43,500.96 |
|---|---|---|

---

CAREY, DENNIS
1179 ROSEWOOD DRIVE
ATLANTA, GA 30306

Claim Number: 5534
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8094

| UNSECURED | Claimed: | $1,151,730.00   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CAREY, DENNIS<br>1179 ROSEWOOD DRIVE<br>ATLANTA, GA 30306 | | Claim Number: 8094<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5534 | | |
| UNSECURED | Claimed: | $1,151,730.00  UNLIQ | | |
| CAREY, RAYMOND J.<br>820 HEDGCOXE RD<br>PLANO, TX 75025 | | Claim Number: 7674<br>Claim Date: 03/31/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,309.92 | | |
| CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716-2155 | | Claim Number: 6397<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $78,960.00 | Scheduled: | $0.00  UNLIQ |
| CARLIN SYSTEMS INC<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716 | | Claim Number: 6398<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $78,960.00 | | |
| CARLIN SYSTEMS, INC.<br>31 FLOYDS RUN<br>BOHEMIA, NY 11716 | | Claim Number: 1408<br>Claim Date: 06/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $78,960.00 | | |
| CARLIN, SONJA<br>11706 DARLINGTON AVE APT 402<br>LOS ANGELES, CA 90049-5517 | | Claim Number: 47<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $167,889.90 | | |
| CARLSEN, ROGER GLEN<br>462 E CALLE DE OCASO<br>SAHUARITA, AZ 85629 | | Claim Number: 7444<br>Claim Date: 09/30/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $686,769.88 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CARLSON, DANIEL JAMES | Claim Number: 7607 |
| 2924 CANIS CIRCLE | Claim Date: 02/22/2011 |
| GARLAND, TX 75044 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $47,606.70 |

---

| CARLSON, MICHAEL | Claim Number: 3781 |
| 5540 RIVERWOOD LN | Claim Date: 09/25/2009 |
| SAVAGE, MN 55378-4401 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $60,367.00 |

---

| CARLSON, MICHAEL A. | Claim Number: 3780 |
| 5540 RIVERWOOD LANE | Claim Date: 09/25/2009 |
| SAVAGE, MN 55378-4401 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| CARMEN TORRES | Claim Number: 6462 |
| PO BOX 3046 | Claim Date: 12/28/2009 |
| AMELIA CONT. ST | Debtor: NORTEL NETWORKS (CALA) INC. |
| CATANO, 963 | |
| PUERTO RICO | |

| UNSECURED | Claimed: | $1,260.00 |

---

| CAROLINA TELEPHONE AND TELEGRAPH | Claim Number: 844 |
| COMPANY LLC | Claim Date: 04/06/2009 |
| PO BOX 7971 | Debtor: NORTEL NETWORKS INC. |
| SHAWNEE MISSION, KS 66207-0971 | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $131.08 |

---

| CAROLINA TELEPHONE AND TELEGRAPH | Claim Number: 1089 |
| COMPANY LLC | Claim Date: 05/04/2009 |
| PO BOX 7971 | Debtor: NORTEL NETWORKS INC. |
| SHAWNEE MISSION, KS 66207-0971 | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| SECURED | Claimed: | $131.08 |

---

| CAROLINA TELEPHONE AND TELEGRAPH | Claim Number: 5704 |
| COMPANY LLC | Claim Date: 09/30/2009 |
| PO BOX 7971 | Debtor: NORTEL NETWORKS INC. |
| SHAWNEE MISSION, KS 66207-0971 | Comments: ALLOWED |
| | DOCKET: 3799 (08/18/2010) |

| UNSECURED | Claimed: | $131.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5731<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $131.08   UNLIQ CONT |
| CARPENTER JR, JOHN<br>4325 KEENAN COURT NE<br>ROSWELL, GA 30075 | | Claim Number: 4065<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $1,934.48 |
| UNSECURED | Claimed: | $12,752.37 |
| CARPENTER, DAVID<br>4 HAGWAGON CIR<br>WESTFORD, MA 01886 | | Claim Number: 7160<br>Claim Date: 03/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $30,097.29 |
| CARPENTIER, MICHEL<br>2450 S. OLA VISTA<br>SAN CLEMENTE, CA 92672 | | Claim Number: 3271<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $171,586.80 |
| CARR LLP<br>670 FOUNDERS SQUARE<br>900 JACKSON STREET<br>DALLAS, TX 75202 | | Claim Number: 2748<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $6,837.30 |
| CARR, STEVEN M.<br>37 BRAMS HILL DR.<br>MAHWAH, NJ 07430 | | Claim Number: 1516<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8242 |
| UNSECURED | Claimed: | $43,160.76 |
| CARR, STEVEN M.<br>37 BRAMS HILL DR<br>MAHWAH, NJ 07430 | | Claim Number: 8242<br>Claim Date: 04/10/2012<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>AMENDS CLAIM #1516 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $33,923.96 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CARREON, JOHNNY E<br>4769 NW 22ND ST<br>COCONUT CREEK, FL 33063 | | Claim Number: 3618<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 645. | | |
| UNSECURED | Claimed: | $79,249.26 | | |
| CARREON, JOHNNY E.<br>4769 NW 22ND ST<br>COCONUT CREEK, FL 33063 | | Claim Number: 645<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $57,434.40 | | |
| CARRILLO, OMAR<br>1430 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 1449<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| CARRION, MARIBEL<br>302 HIGHGROVE DR.<br>CHAPEL HILL, NC 27516 | | Claim Number: 281<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $15,195.32 | | |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2222<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $5,341.85 |
| UNSECURED | Claimed: | $32,511.20 | Scheduled: | $30,937.78 |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2223<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $32,511.20 | | |
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2224<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $32,511.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CARROLL, CHARLES<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2225<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $32,511.20 | | |
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 207<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $36,921.20 | | |
| CARROLL, CHARLES N.<br>36 KAILEYS WAY<br>GROTON, MA 01450 | | Claim Number: 2221<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $32,511.20 | | |
| CARROLL, RODNEY<br>363 PREAKNESS PLACE<br>VAN ALSTYNE, TX 75495 | | Claim Number: 4016<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,900.00 | | |
| CARROLL, RUSSELL<br>755 OLD FOREST CT<br>GAHANNA, OH 43230 | | Claim Number: 5960<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,686.80 | | |
| CARTER, JULIE<br>1495 23RD STREET SW<br>NAPLES, FL 34117 | | Claim Number: 1848<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $7,979.27 |
| UNSECURED | Claimed: | $32,598.08 | Scheduled: | $28,777.83 |
| CARTER, JULIE<br>1495 23 ST SW<br>NAPLES, FL 34117 | | Claim Number: 1849<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $32,598.08 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CARTER-MAGUIRE, MELANIE
PO BOX 1068
WHITE STONE, VA 22578

Claim Number: 4561
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $97,020.00

---

CARUSO, BENJAMIN
16026 DIAMOND ROCK DRIVE
CYPRESS, TX 77429

Claim Number: 6621
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS (CALA) INC.

PRIORITY          Claimed:          $55,091.04

---

CARUSO, BENJAMIN
16026 DIAMOND ROCK DRIVE
CYPRESS, TX 77429

Claim Number: 6622
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS (CALA) INC.

ADMINISTRATIVE     Claimed:          $55,091.04

---

CASCADE CHARTER TOWNSHIP
TREASURERS OFFICE
2865 THORNHILLS SOUTHEAST
GRAND RAPIDS, MI 49546-7192

Claim Number: 2389
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

PRIORITY          Claimed:          $18.37
SECURED           Claimed:          $18.37

---

CASE, CHAD
501 SUTTER GATE LN
MORRISVILLE, NC 27560

Claim Number: 8402
Claim Date: 11/16/2012
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $23,191.98

---

CASEY, JAMES
2617 SODA SPRINGS DRIVE
MCKINNEY, TX 75071

Claim Number: 2833
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

PRIORITY          Claimed:          $7,396.56
UNSECURED          Claimed:          $5,310.45          Scheduled:          $12,803.02

---

CASON, TAMMY
10442 COLLINGHAM DRIVE
FAIRFAX, VA 22032

Claim Number: 6132
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $30,049.26

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| CASON, TAMMY L.<br>10442 COLLINGHAM DR.<br>FAIRFAX, VA 22032 | | Claim Number: 6131<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE | Claimed: | $30,049.26 | | | |
| CASSIDY, PETER<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3270<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,681.49 | Scheduled: | $16,681.49 UNLIQ | |
| CASSIDY, PETER A<br>6206 BELLE RIVE DRIV<br>BRENTWOOD, TN 37027 | | Claim Number: 3269<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $47,482.08 | Scheduled: | $0.00 UNLIQ | |
| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | | Claim Number: 4007<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | |
| CASTAGNOLI, MARISA<br>515 GRAPE ST<br>DENVER, CO 80220 | | Claim Number: 4013<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $74,638.35 | | | |
| CASTILLO, LYDIA<br>2020 WILLOWCREST<br>KAUFMAN, TX 75142-7666 | | Claim Number: 2757<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $34,022.40 | | | |
| CATALE, MARIA<br>18545 SW 42ND ST<br>MIRAMAR, FL 33029 | | Claim Number: 8326<br>Claim Date: 07/20/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $15,691.69 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CATER TIME<br>CATER TIME<br>430 NE 69 HIGHWAY<br>CLAYCOMO, MO 64119 | | Claim Number: 1953<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| UNSECURED | Claimed: | $620.75 |

---

| CATER TIME VENDING & DISTRIBUTING, INC.<br>430 E US HWY 69<br>CLAYCOMO, MO 64119 | | Claim Number: 1952<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $33.14 |
| UNSECURED | Claimed: | $587.61 |

---

| CATERPILLAR INC.<br>BRIAN K. LEWALLEN, CORPORATE COUNSEL<br>100 N.E. ADAMS STREET<br>PEORIA, IL 61629-6485 | | Claim Number: 4797<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2993 (05/13/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| CATES, MARK R.<br>3101 STONEHURST CT<br>EL DORADO HILLS, CA 95762 | | Claim Number: 2926<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,511.96 |

---

| CAUDILL, ROGER W. JR<br>8228 STONE CELLAR DR.<br>RALEIGH, NC 27613 | | Claim Number: 8226<br>Claim Date: 03/26/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $22,025.47 |

---

| CAVASSO, BLAINE<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 1122<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $51,064.42 |

---

| CAVASSO, DANA<br>3704 ARBOR VISTA DR.<br>PLANO, TX 75093 | | Claim Number: 476<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $89,846.56 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CAVASSO, DANA
3704 ARBOR VISTA DR.
PLANO, TX 75093

Claim Number: 1121
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $89,846.56 |
|---|---|---|

CBCI TELECOM
1550 A LAPERRIERE AVE SUITE
OTTAWA, ON K1Z 7T2
CANADA

Claim Number: 2031
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $6,260.86 |
|---|---|---|

CBCI TELECOM
1550 A LAPERRIERE AVE SUITE
OTTAWA, ON K1Z 7T2
CANADA

Claim Number: 6529
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $6,904.00 |
|---|---|---|

CBL DATA RECOVERY TECHNOLOGIES INC.
590 ALDEN ROAD, UNIT 105
MARKHAM, ON L3R 8N2
CANADA

Claim Number: 1832
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,320.00  UNDET |
|---|---|---|

CCPIT PATENT AND TRADEMARK LAW
10 F OCEAN PLAZA
BEIJING, 100031
CHINA

Claim Number: 2605
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,118.33 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 84
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,693.31 | Scheduled: | $45,308.81 |
|---|---|---|---|---|

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 6076
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $45,693.31 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CDS DATACOMM INC.
1100 PROFESSIONAL DR. STE 100
PLANO, TX 75074

Claim Number: 6077
Claim Date: 10/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $45,693.31 |
| --- | --- | --- |

---

CDW
ATTN VIDA KRUG
200 N. MILWAUKEE AVE
VERNON HILLS, IL 60061

Claim Number: 188
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $2,732.70 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $25,373.71 | Scheduled: | $52,533.05 |

---

CELESTICA HOLDINGS PTE, LTD.
C/O CELESTICA (THAILAND) LTD.
49/18 MOO 5, TAMBON THUNGSUKHALA
AMPHOE SRIRACHA
CHONBURI,
THAILAND

Claim Number: 4546
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $657,171.28 |
| --- | --- | --- |

---

CELESTICA JAPAN K.K
4/F KAWASAKI-SRC, 2-32-1 SAKURAMOTO
KAWASAKI-KU, KAWASAKI-SHI
KANAGAWA, 210-0833
JAPAN

Claim Number: 4545
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
Claim amount is in foreign currency: 1,073,040 JPY

| UNSECURED | Claimed: | $12,047.02 |
| --- | --- | --- |

---

CELLARIUS, PETER
6591 LITTLE FALLS DR
SAN JOSE, CA 95120

Claim Number: 3227
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,196.04 |
| --- | --- | --- |

---

CENTIS, RONALD D.
505 OLD COURSE CIRCLE
MCKINNEY, TX 75070

Claim Number: 4705
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $304,918.36   UNLIQ |
| --- | --- | --- |

---

CENTRAL TELEPHONE COMPANY - NORTH
CAROLINA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5689
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 843<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED          Claimed: | $4,197.93 | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5706<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | |
| UNSECURED          Claimed: | $4,197.93   UNLIQ CONT | |
| CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5733<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $4,197.93   UNLIQ CONT | |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5695<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5722<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5697<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5724<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CENTRAL TELEPHONE COMPANY-NORTH CAROLINA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5716
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ CONT |

---

CEREPAK, EDWARD A
17410 CLINTON ROAD
JACKSON, CA 95642

Claim Number: 4092
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,897.53 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $16,897.53 |
| TOTAL | Claimed: | $16,897.53 |

---

CERVENAN, MARTIN
6834 - 112 ST. NW
EDMONTON, AB T6H 3J8
CANADA

Claim Number: 3062
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,851.00 |

---

CHADWICK, STEPHEN A.
425 S. HUBBARDS LN. #386
LOUISVILLE, KY 40207

Claim Number: 1026
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $87,000.00 |

---

CHADWICK, STEPHEN A.
425 S. HUBBARDS LN. #386
LOUISVILLE, KY 40207

Claim Number: 1027
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $89,000.00 |

---

CHAIR WORKERS COMPENSATION BOARD
JUDGEMENT UNIT
20 PARK STREET
ALBANY, NY 12207

Claim Number: 2212
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,110.00 |

---

CHAIR WORKERS COMPENSATION BOARD
WCB ASSESSMENT COLLECTIONS
ALBANY, NY 12207

Claim Number: 6614
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 3637 (07/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $873.67 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CHALEMELA, DEEPIKA
2916 WATERFORD DR
IRVING, TX 75063-3192

Claim Number: 4712
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,584.91 |
| UNSECURED | Claimed: | $39,090.87 | Scheduled: | $39,648.47 |

---

CHAMBERS, JOSEPH T
8637 OVERLAND DR
FT WORTH, TX 76179

Claim Number: 3430
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6007

PRIORITY          Claimed:          $55,000.00   UNLIQ

---

CHAMBERS, JOSEPH T
8637 OVERLAND DR
FT WORTH, TX 76179

Claim Number: 3431
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $55,000.00   UNLIQ

---

CHAMBERS, JOSEPH T.
8637 OVERLAND DR.
FORT WORTH, TX 76179

Claim Number: 6007
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3430.

PRIORITY          Claimed:          $55,000.00   UNLIQ

---

CHAN, KA WAI
311 SHADY VALLEY COURT
SAN RAMON, CA 94582

Claim Number: 1762
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $31,809.12

---

CHAN, KWEI SAN
1845 FEDERAL AVE APT 303
LOS ANGELES, CA 90025-6089

Claim Number: 1622
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2324 (01/21/2010)

UNSECURED          Claimed:          $78,602.88

---

CHAN, KWEI SAN
1845 FEDERAL AVE., APT. 303
LOS ANGELES, CA 90025

Claim Number: 2256
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $59,775.90

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | | Claim Number: 2706<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $78,593.93 |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | | Claim Number: 2707<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $123,169.76 |
| CHAN, KWEI SAN<br>1845 FEDERAL AVE., APT. 303<br>LOS ANGELES, CA 90025 | | Claim Number: 3849<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2341. |
| PRIORITY | Claimed: | $11,373.22 |
| CHAN, KWEISAN<br>1845 FEDERAL AVE APT 303<br>LOS ANGELES, CA 90025-6089 | | Claim Number: 2341<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $11,373.22 |
| CHANDLER, DAWN M.<br>989 W. GREEN ST<br>FRANKLINTON, NC 27525 | | Claim Number: 7852<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $13,951.21 |
| CHANDLER, MELANIE L.<br>801 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | | Claim Number: 7445<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,384.90 |
| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY CT<br>PLANO, TX 75074 | | Claim Number: 1247<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $25,425.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CHANDRAMOULI, DEVAKI<br>2729 RASPBERRY ST<br>PLANO, TX 75074 | | Claim Number: 1333<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,425.00 | | |
| CHANG, DAI PENG<br>660 OAKDALE DR.<br>PLANO, TX 75025 | | Claim Number: 170<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $31,730.77 | Scheduled: | $34,527.96 |
| CHANG, KUO-LI<br>41049 PAJARO DRIVE<br>FREMONT, CA 94539 | | Claim Number: 3317<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $15,711.64 | | |
| CHANG, RAYMOND<br>2201 BLACKBERRY DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 5770<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,646.01 | | |
| CHANG, TONY<br>621 WATER OAK<br>PLANO, TX 75025 | | Claim Number: 1024<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $41,700.96 | | |
| CHANG, TONY<br>621 WATER OAK<br>PLANO, TX 75025 | | Claim Number: 2829<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $41,824.63 | Scheduled: | $41,824.63  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHANG, WEN-JEN<br>2813 VALLEY SPRING DRIVE<br>PLANO, TX 75025 | | Claim Number: 584<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | |
| UNSECURED | | $26,153.29 |
| | | Scheduled: $26,522.44 |

| | | |
|---|---|---|
| CHANG, YUAN-SHEN<br>4340 PHYLLIS LN<br>PLANO, TX 75074 | | Claim Number: 1176<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $2,234.11 |
| UNSECURED | Claimed: | $37,979.96 |

| | | |
|---|---|---|
| CHAPLIN, JEAN<br>2717 GHOLSON DRIVE<br>CEDAR PARK, TX 78613 | | Claim Number: 3602<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $27,692.28 |

| | | |
|---|---|---|
| CHAPMAN, JAMES L<br>PO BOX 1111<br>CREEDMOOR, NC 27522 | | Claim Number: 2727<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $149,000.00 |

| | | |
|---|---|---|
| CHAPMAN, JAMES L<br>P.O. BOX 1111<br>CREEDMOOR, NC 27522 | | Claim Number: 2728<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| SECURED | Claimed: | $149,000.00 |

| | | |
|---|---|---|
| CHAPPELL, TOMMA<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 5319<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $64,200.93 |

| | | |
|---|---|---|
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1580<br>Claim Date: 07/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 4814 |
| PRIORITY | Claimed: | $71,267.23 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 1870<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 2625<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>SUGAR HILL, GA 30518 | | Claim Number: 3763<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $71,267.23 |
| CHAPPELL, TOMMA C.<br>575 ELLESMERE WAY<br>BUFORD, GA 30518 | | Claim Number: 4814<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $64,200.93 |
| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-01<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3502 (07/09/2010) |
| ADMINISTRATIVE | Claimed: | $476.97 |
| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 6023-02<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| CHARLOTTE MECKLENBURG COUNTY NC TAX<br>COLLECTOR<br>MECKLENBURG COUNTY GOVERNMENT<br>700 EAST STONEWALL ST. PO BOX 31457<br>CHARLOTTE, NC 28231 | | Claim Number: 7360<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4128 (10/11/2010) |
| ADMINISTRATIVE | Claimed: | $27.64 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| CHATTOS, DANIEL J<br>1920 E 2ND ST APT 2302<br>EDMOND, OK 73034-6377 | | Claim Number: 2537<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $89,218.00 | | |
| CHAU, JOSEPH<br>4 CAMELOT RD<br>WINDHAM, NH 03087 | | Claim Number: 92<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $5,337.50 |
| UNSECURED | Claimed: | $42,116.56 | Scheduled: | $39,691.84 |
| CHAVEZ, AURELIA<br>4204 LAVACA DRIVE<br>PLANO, TX 75074 | | Claim Number: 95<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $2,516.75 |
| UNSECURED | Claimed: | $63,004.67 | Scheduled: | $49,654.27 |
| CHAVEZ, TOM<br>6408 CALLE LOMAS<br>EL PASO, TX 79912 | | Claim Number: 934<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $65,567.16 | | |
| CHAVEZ, TOM<br>6408 CALLE LOMAS<br>EL PASO, TX 79912 | | Claim Number: 2677<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $6,928.22 | | |
| CHAWLA, TEJMOHAN<br>405 JASLIE DR<br>CARY, NC 27518 | | Claim Number: 6047<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $39,506.00 | | |
| CHEN, ALICIA<br>1574 COUNTRY SQUIRE CT.<br>DECATUR, GA 30033 | | Claim Number: 1774<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $17,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHEN, ALICIA<br>PO BOX 307<br>BREMEN, GA 30110 | | Claim Number: 1775<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,000.00 | | |

---

| CHEN, JIANYONG<br>4649 CHAPEL CREEK DR.<br>PLANO, TX 75024 | | Claim Number: 1067<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $53,572.26 | Scheduled:<br>Scheduled: | $7,024.42<br>$45,035.79 |

---

| CHEN, JIAYIN<br>84 ANN LEE RD.<br>HARVARD, MA 01451 | | Claim Number: 2362<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,516.75 | | |

---

| CHEN, JING YANG<br>519 SAGINAW CT<br>ALLEN, TX 75013-8522 | | Claim Number: 4103<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,496.18 | | |

---

| CHEN, SHEAU-LI<br>2407 SPRINGPARK WAY<br>RICHARDSON, TX 75082 | | Claim Number: 6025<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $54,500.31 | | |

---

| CHEN, WAN<br>4124 SILVERTHORNE STREET<br>RICHARDSON, TX 75082 | | Claim Number: 3867<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,368.76 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHEN, XIAOPING<br>3312 GRAND MESA DRIVE<br>PLANO, TX 75025 | | Claim Number: 3884<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $15,265.25 | Scheduled: | $14,821.31 |

| CHEN, YUN<br>8400 GRAND CANYON<br>PLANO, TX 75025 | | Claim Number: 6647<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $19,153.00 | |
| UNSECURED | Claimed: | $19,153.00 | |
| TOTAL | Claimed: | $19,153.00 | |

| CHEN, YUN<br>8400 GRAND CANYON DRIVE<br>PLANO, TX 75025 | | Claim Number: 6648<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,153.00 | |

| CHENEY, FRANKLIN K., JR.<br>3716 KOOMEN LN<br>RALEIGH, NC 27606 | | Claim Number: 5644<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $65,625.00 | |

| CHENG, SHU-ERDIANA<br>2313 PRIMROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 756<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $22,916.80 | Scheduled: | $24,174.19 |

| CHENMING<br>CHENMING USA INC<br>30631 SAN ANTONIO STREET<br>HAYWARD, CA 94544-7103 | | Claim Number: 6498<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $59,100.00 | |

| CHENMING USA INC.<br>30631 SAN ANTONIO ST.<br>HAYWARD, CA 94544 | | Claim Number: 6497<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,100.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHEPREGI, TERRI A.<br>1906 TIMBERCREEK DRIVE<br>GARLAND, TX 75042 | | Claim Number: 1480<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,455.77 |
| CHERUKU, MAHESH<br>5717 SWEETBRIAR DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2333<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $29,125.64 |
| CHERUPALLA, SHYAM<br>293 DREWVILLE ROAD<br>CARMEL, NY 10512 | | Claim Number: 2259<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $34,361.52 |
| CHESNUT, GORDON<br>5800 NW 63RD PLACE<br>PARKLAND, FL 33067 | | Claim Number: 6767<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,996.00 |
| CHEUNG, PAULINUS<br>6605 MISTY HOLLOW DR<br>PLANO, TX 75024 | | Claim Number: 6390<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $103,607.96 |
| CHI, LONG K.<br>6808 EDWELL CT<br>RALEIGH, NC 27617-8334 | | Claim Number: 783<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,410.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHIAMVIMONVAT, PATRA<br>815 RIVERSIDE DRIVE<br>LOS ALTOS, CA 94024 | Claim Number: 6303<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $72,271.20 |

---

| CHICO, JUAN J<br>875 NANDINA DR.<br>WESTON, FL 33327 | Claim Number: 7131<br>Claim Date: 03/01/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $354,616.00 |

---

| CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA 30542 | Claim Number: 3496<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| CHILDERS, RUSSELL<br>5296 UNION CR<br>FLOWERY BRANCH, GA 30542 | Claim Number: 3551<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| CHILDRESS, GEOFFREY<br>42641 CAPITOL<br>NOVI, MI 48375-1755 | Claim Number: 5901<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $52,000.00 |

---

| CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA 22835 | Claim Number: 1053<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $64,000.04 |

---

| CHILDRESS, ROBERT<br>110 CAVE STREET<br>LURAY, VA 22835 | Claim Number: 5802<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $64,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHILDS, MICHAEL & JEFFREY MARTINEZ<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | Claim Number: 5848<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $0.00 | UNLIQ |

| CHILDS, MIKE & MARTINEZ, JEFFREY<br>2644 MARSTON HTS<br>COLORADO SPGS, CO 80920-5115 | Claim Number: 5847<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | |

| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | Claim Number: 4247<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $262,927.15 | Scheduled: | $145,541.04 | UNLIQ |
| TOTAL | Claimed: | $145,541.04 | | | |

| CHIMA, MANMOHAN<br>4041 LASER LANE<br>PLANO, TX 75023 | Claim Number: 4358<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>$569.42 per month. | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $569.42   UNLIQ | Scheduled: | $0.00 | UNLIQ |

| CHIMA, MANMOHAN S.<br>4041 LASER LANE<br>PLANO, TX 75023 | Claim Number: 4248<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

| CHIMA, MANMOHAN S.<br>4041 LASER LANE<br>PLANO, TX 75023 | Claim Number: 4359<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |

| CHIN, ALEX<br>2448 CIMMARON DR.<br>PLANO, TX 75025 | Claim Number: 1113<br>Claim Date: 05/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $46,838.46 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CHIN, ALEX
2448 CIMMARON DR.
PLANO, TX 75025

Claim Number: 2944
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,846.00 | | |

---

CHINA PATENT AGENT (H.K.) LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 1112
Claim Date: 05/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,454.30 | Scheduled: | $73.30 |

---

CHINA PATENT AGENT (H.K.) LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 7091
Claim Date: 02/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,400.30 | |

---

CHINA PATENT AGENT H K LTD
22/F GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI
HONG KONG,
CHINA

Claim Number: 2624
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,400.30 | |

---

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE, 23 HARBOUR RD
WANCHAI
HONG KONG,
CHINA

Claim Number: 2623
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,400.30 | Scheduled: | $0.00 UNLIQ |

---

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 6609
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,400.30 | |

---

CHINA PATENT AGENT H.K. LTD.
22/F, GREAT EAGLE CENTRE
23 HARBOUR ROAD
WANCHAI,
HONG KONG

Claim Number: 6610
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,400.30 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHINA PATENT AGENT H.K. LTD.<br>22/F, GREAT EAGLE CENTRE<br>23 HARBOUR RD<br>WANCHAI,<br>HONG KONG | Claim Number: 7090<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
| UNSECURED          Claimed: | $36,400.30 | |
| CHINA TELECOM (AMERICAS) CORPORATION<br>SUITE 201, 607 HERNDON PARKWAY<br>HERNDON, VA 20170 | Claim Number: 582<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $14,957.72 | |
| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | Claim Number: 790<br>Claim Date: 04/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $51,775.08 | |
| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | Claim Number: 989<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $18,754.00 | |
| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | Claim Number: 6766<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $28,697.79 | |
| CHIRACHANCHAI, SUVANEE<br>2921 SHASTA DR.<br>PLANO, TX 75025 | Claim Number: 6775<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $10,197.00 | |
| CHISHOLM, ELAINE<br>3370 NE 190TH ST<br># 1012<br>AVENTURA, FL 33180 | Claim Number: 7034<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $55,033.00   CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| CHIU, YEI-FANG<br>6820 PENTRIDGE DRIVE<br>PLANO, TX 75024 | | Claim Number: 3163<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $311.17 | Scheduled: | $2,226.78 |
| SECURED | Claimed: | $311.17 | | |
| UNSECURED | Claimed: | $25,558.07 | Scheduled: | $26,003.47 |
| TOTAL | Claimed: | $25,869.24 | | |
| CHIZMAR, CHARLES E.<br>2503 ST. MARYS STREET<br>RALEIGH, NC 27609 | | Claim Number: 7184<br>Claim Date: 04/02/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $26,890.60 | | |
| CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 | | Claim Number: 143<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $11,875.00 | | |
| CHMIELESKI, LINDA<br>21317 WINDY HILL DRIVE<br>FRANKFORT, IL 60423 | | Claim Number: 2073<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $11,875.00 | | |
| CHODEY, ANULEKHA<br>3512 CORTE BELLA CT<br>SAN JOSE, CA 95148 | | Claim Number: 4729<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,786.99 | | |
| CHOI, SEUNGCHUL<br>202 CAVISTON WAY<br>CARY, NC 27519 | | Claim Number: 3464<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7939 | | |
| UNSECURED | Claimed: | $424,948.05 | | |
| CHOI, SEUNGCHUL<br>202 CAVISTON WAY<br>CARY, NC 27519 | | Claim Number: 7939<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3464 | | |
| UNSECURED | Claimed: | $424,948.05 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| CHONG, BAK<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 3802<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $28,807.68 |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3795<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3796<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $28,807.68 |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3797<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3798<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $28,807.68 |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3799<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK L.<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3801<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CHONG, BAK LENG<br>19070 BROOKVIEW DR.<br>SARATOGA, CA 95070 | | Claim Number: 911<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $28,807.68 |
| CHONG, BAK LENG<br>19070 BROOKVIEW DR<br>SARATOGA, CA 95070 | | Claim Number: 3800<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $28,807.68 |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 6752<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 6753<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $28,807.69 |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 6754<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 6755<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $28,807.69 |
| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 6756<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHONG, BAK LENG<br>19070 BROOKVIEW DRIVE<br>SARATOGA, CA 95070 | Claim Number: 6757<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $28,807.69 |
|---|---|---|

---

| CHOPRA, MAYANK<br>2733 CAMERON BAY DRIVE<br>LEWISVILLE, TX 75056 | Claim Number: 3318<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $32,561.28 |
|---|---|---|

---

| CHOPRA, MOHIT<br>1113 BRIDGEWAY LANE<br>ALLEN, TX 75013 | Claim Number: 2783<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $32,391.66 |
|---|---|---|

---

| CHRISTENSEN, STEPHEN<br>6745 RIDGEFIELD DR<br>ALPHARETTA, GA 30005 | Claim Number: 7900<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

---

| CHRISTENSEN, STEPHEN<br>6745 RIDGEFIELD DR<br>ALPHARETTA, GA 30005 | Claim Number: 7901<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $76,847.52 |
|---|---|---|

---

| CHRISTIAN, PAUL<br>220 SPRING CREEK LANE NE<br>ALBUQUERQUE, NM 87122 | Claim Number: 4344<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $254,208.17 |
|---|---|---|

---

| CHRISTIAN, PAUL LESLIE<br>3233 WOODVIEW COURT<br>THOUSAND OAKS, CA 91362 | Claim Number: 4385<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $254,208.17 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CHRISTMANN, DUSTIN<br>1805 CLOVER CREEK DR<br>LONGMONT, CO 80503-7579 | Claim Number: 3612<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,602.33 |
| UNSECURED | Claimed: | $22,493.42 | Scheduled: | $33,612.37 |

| CHRISTNER, TIMOTHY A.<br>355 JUNCTION TRACK<br>ROSWELL, GA 30075 | Claim Number: 7791<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $61,511.02 |

| CHRISTOPHER, RAYMOND O.<br>118 BUTLER AVENUE<br>WAKEFIELD, MA 01880 | Claim Number: 565<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,527.00 |

| CHRONOWIC, PETER<br>323 HOGANS VALLEY WAY<br>CARY, NC 27513 | Claim Number: 680<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,505.00 |

| CHRONOWIC, PETER<br>323 HOGANS VALLEY WAY<br>CARY, NC 27513 | Claim Number: 5792<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,505.00 |

| CHU, CHUN LING<br>810 S GARFIELD AVE<br>MONTEREY PARK, CA 91754 | Claim Number: 6958<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $9,000.00 |

| CHUA, JUNNE W.<br>7629 BROWNLEY PLACE<br>PLANO, TX 75025 | Claim Number: 7433<br>Claim Date: 09/24/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,893.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CHUBB INSURANCE CO OF CANADA
C/O EDWARD C DOLAN
HOGAN & HARTSON, LLP
555 13TH STREET NW
WASHINGTON, DC 20004

Claim Number: 5043
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6423 (09/20/2011)

| UNSECURED | Claimed: | $529,046.55   UNLIQ |

---

CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Claim Number: 6941
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $500.00 |

---

CHUNG, KAM-YEE
726 INVERNESS WAY
SUNNYVALE, CA 94087

Claim Number: 2244
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $21,561.41 |

---

CHUNG, KAM-YEE
726 INVERNESS WAY
SUNNYVALE, CA 94087

Claim Number: 2245
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $21,561.41 |

---

CHURCHILL, PATRICIA T.
2622 RED PINE RD
HILLSBOROUGH, NC 27278

Claim Number: 8328
Claim Date: 07/27/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,837.83 |

---

CHURCHILL, PATRICIA T.
2622 RED PINE RD
HILLSBOROUGH, NC 27278

Claim Number: 8331
Claim Date: 08/03/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,455.80 |

---

CHWEDCZUK, DAREK
P.O. BOX 4200
ALPHARETTA, GA 30023

Claim Number: 7549
Claim Date: 01/03/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $28,555.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CICCARELLI, LAWRENCE
4000 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716

Claim Number: 2182
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | $20,224.23 | | |
| UNSECURED | | | | Scheduled: | $20,224.23 UNLIQ |

---

CINCINNATI BELL TELEPHONE
221 E. 4TH STREET
ML347-200
CINCINNATI, OH 45202

Claim Number: 425
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $614.24

---

CINCINNATI BELL WIRELESS
221 E. 4TH SRREET
ML347-200
CINCINNATI, OH 45202

Claim Number: 491
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $28.28

---

CIRCUITS CMR LTD
850 SELKIRK
POINTE-CLAIRE, QC N9R 3S3
CANADA

Claim Number: 5839
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

ADMINISTRATIVE          Claimed:          $1,144.50

---

CIRCUITS CMR LTEE
850 SELKIRK
POINTE CLAIRE, PQ H9R 3S3
CANADA

Claim Number: 5838
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

UNSECURED          Claimed:          $1,144.50

---

CIRILLO, ROBERT
216 JAMES MADISON PL
HILLSBOROUGH, NC 27278

Claim Number: 2559
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $51,854.24

---

CIRILO, ELLEN P
1045 E. GREEN ST.
PASADENA, CA 91106

Claim Number: 2117
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $0.00   UNDET

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CITIZEN BANK
2 COLE ST.
SALEM, NH 03079

Claim Number: 6315
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $122,000.00 |
|---|---|---|

---

CITRIX SYSTEMS INC.
C/O LUIS GRULLON
851 W. CYPRESS CREEK RD.
FORT LAUDERDALE, FL 33309

Claim Number: 743
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $45,087.00 |
|---|---|---|

---

CITRIX SYSTEMS, INC.
ATTN: CORPORATE COUNSEL
4988 GREAT AMERICA PARKWAY
SANTA CLARA, CA 95054

Claim Number: 6772
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $427,253.40   UNLIQ | Scheduled: | $31,111.00 |
|---|---|---|---|---|

---

CITY AND COUNTY OF DENVER/ TREASURY
ATTN: KAREN KATROS, BANKRUPTCY ANALYST
MCNICHOLS CIVIC CENTER BUILDING
144 W COLFAX AVE, ROOM 384
DENVER, CO 80202-5391

Claim Number: 1528
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5109 (03/14/2011)

| PRIORITY | Claimed: | $67,296.30 |
|---|---|---|
| SECURED | Claimed: | $48,050.08 |
| TOTAL | Claimed: | $67,296.30 |

---

CITY AND COUNTY OF DENVER/ TREASURY
ATTN: KAREN KATROS, BANKRUPTCY ANALYST
201 W. COLFAX AVENUE, DEPARTMENT 1001
DENVER, CO 80202

Claim Number: 7562
Claim Date: 01/12/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $4,238.11 |
|---|---|---|
| SECURED | Claimed: | $4,238.11 |
| TOTAL | Claimed: | $4,238.11 |

---

CITY CHEMICAL PRP GROUP (WINTER PARK FL)
C/O ROGER W. SIMS, ESQ.
GROUP LEGAL COUNSEL
PO BOX 1526
ORLANDO, FL 32812

Claim Number: 5946
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| SECURED | Claimed: | $150,000.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

CITY OF BROOKFIELD TREASURER
PO BOX 44197
MILWAUKEE, WI 53214-7197

Claim Number: 6590
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
Claim out of balance

| PRIORITY | Claimed: | $80.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80.88 | | |
| TOTAL | Claimed: | $80.88 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CITY OF COLORADO SPRINGS SALES TAX DIVISION, COLORADO SPRINGS CITY ATTORNEY'S OFFICE, KENNETH HODGES, ESQ. 30 S. NEVADA, STE 501 COLORADO SPRINGS, CO 80903 | Claim Number: 7298 Claim Date: 06/15/2010 Debtor: NORTEL NETWORKS INC. Comments: AMENDS CLAIM 6042 | |
| PRIORITY           Claimed: | $2,286.47 | |
| CITY OF COLORADO SPRINGS SALES TAX DIV EMILY WILSON, ESQ COLORADO SPRINGS CITY ATTORNEY'S OFFICE 30 S. NEVADA, STE 501 COLORADO SPRINGS, CO 80903 | Claim Number: 1697 Claim Date: 08/10/2009 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 3860 (09/02/2010) | |
| PRIORITY           Claimed: | $66,715.80 | |
| CITY OF COLORADO SPRINGS SALES TAX DIV ATTN: EMILY WILSON, ESQ. COLORADO SPRINGS CITY ATTORNEY'S OFFICE 30 S NEVADA STE 501 COLORADO SPRINGS, CO 80903 | Claim Number: 6042 Claim Date: 10/19/2009 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 3860 (09/02/2010) | |
| PRIORITY           Claimed: | $6,822.35 | |
| CITY OF DURANGO 949 SECOND AVENUE DURANGO, CO 81301 | Claim Number: 6586 Claim Date: 01/04/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: WITHDRAWN | |
| PRIORITY           Claimed: | $0.00   UNDET      Scheduled: | $0.00  UNLIQ |
| CITY OF GOLDEN SALES TAX DIVISION ATTN: AMY CAPWELL 911 10TH STREET GOLDEN, CO 80401 | Claim Number: 6950 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: WITHDRAWN | |
| PRIORITY           Claimed: | $200.00        Scheduled: | $0.00  UNLIQ |
| CITY OF GRAPEVINE ELIZABETH BANDA CALVO PERDUE, BRANDON, FIELDER, COLLINS & MOTT P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 7403 Claim Date: 09/07/2010 Debtor: NORTEL NETWORKS INC. Comments: WITHDRAWN DOCKET: 4657 (12/28/2010) | |
| SECURED           Claimed: | $152.42 | |
| CITY OF KANSAS CITY, MISSOURI REVENUE DIVISION MARK RHUEMS 414 EAST 12TH STREET, SUITE 201W KANSAS CITY, MO 64106 | Claim Number: 667 Claim Date: 03/23/2009 Debtor: NORTEL NETWORKS INC. | |
| UNSECURED           Claimed: | $19,735.44 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CITY OF KANSAS CITY, MISSOURI
REVENUE DIVISION
MARK RHUEMS
414 EAST 12TH STREET, SUITE 201W
KANSAS CITY, MO 64106

Claim Number: 747
Claim Date: 03/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $19,735.44 |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1001
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1002
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1003
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1004
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1005
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

CITY OF NEW YORK DEPARTMENT OF FINANCE
DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL
RON MEDLEY, OF COUNSEL
345 ADAMS STREET - 3RD FLOOR
BROOKLYN, NY 11201

Claim Number: 1006
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 3773 (08/11/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 1007<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|
| PRIORITY          Claimed: | $275,330.00   UNLIQ |

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 7192<br>Claim Date: 04/01/2010<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|
| PRIORITY          Claimed: | $111,650.00   UNLIQ |

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 7193<br>Claim Date: 04/01/2010<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|
| PRIORITY          Claimed: | $111,650.00   UNLIQ |

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 7208<br>Claim Date: 04/12/2010<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|
| PRIORITY          Claimed: | $111,650.00   UNLIQ |

| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | Claim Number: 7209<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
|---|---|
| PRIORITY          Claimed: | $111,650.00   UNLIQ |

| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 124<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) |
|---|---|
| SECURED          Claimed: | $1,736,847.18   UNLIQ |

| CITY OF RICHARDSON<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1059<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4697 (01/11/2011) |
|---|---|
| SECURED          Claimed: | $868,423.59   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CITY OF SANTA CLARA<br>MUNICIPAL SERVICES<br>1500 WARBURTON AVE<br>SANTA CLARA, CA 95050 | Claim Number: 490<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $347,982.20 |
|---|---|---|

---

| CITY OF SANTA CLARA<br>BUSINESS LICENSE DIVISION<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA 95050 | Claim Number: 7019<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $347,982.20 | | |

---

| CITY OF SANTA CLARA<br>BUSINESS LICENSE DIVISION<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA 95050 | Claim Number: 7020<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $347,982.20 |
|---|---|---|

---

| CITY OF SUNRISE<br>PO BOX 31432<br>TAMPA, FL 33631-3432 | Claim Number: 2761<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| SECURED | Claimed: | $4,663.21 |
|---|---|---|

---

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SAFETY CERTIFIED INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 2020<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $3,187.50 | Scheduled: | $3,187.50 |
|---|---|---|---|---|

---

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: BIG MOON MARKETING<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5780<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,050.00 |
|---|---|---|

---

| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MOSS, DONALD<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | Claim Number: 5866<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $52,988.55 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CLAIMS RECOVERY GROUP, LLC<br>AS ASSIGNEE OF:<br>DONALD M. MOSS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 8115<br>Claim Date: 12/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,230.80 | Scheduled: | $59,230.80 |

| CLARK, CALVIN C.<br>11061 MORGAN DRIVE<br>LAVON, TX 75166 | | Claim Number: 1091<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $52,886.80 | | |

| CLARK, CALVIN C.<br>11061 MORGAN DRIVE<br>LAVON, TX 75166 | | Claim Number: 1108<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,500.61 |
| UNSECURED | Claimed: | $68,037.73 | Scheduled: | $51,456.18 |

| CLARK, DOUGLAS G.<br>1529 ELLIS HOLLOW RD.<br>ITHACA, NY 14850 | | Claim Number: 474<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2809 (03/29/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $131,000.00   UNLIQ | | |

| CLARK, DOUGLAS G.<br>1529 ELLIS HOLLOW ROAD<br>ITHACA, NY 14850 | | Claim Number: 3731<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $632,338.38 | Scheduled: | $0.00  UNLIQ |

| CLARK, GEORGE<br>53 BRATTLE STREET<br>WORCESTER, MA 01606 | | Claim Number: 4221<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,886.42 | | |

| CLARK, GEORGE A<br>53 BRATTLE STREET<br>WORCESTER, MA 01606 | | Claim Number: 4222<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $52,103.46 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CLARK, ROBERT F<br>116 HUNTSMOOR LN<br>CARY, NC 27513 | | Claim Number: 5900<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $8,567.59 |

---

| CLARK, SCOTT<br>5718 VELASCO AVE<br>DALLAS, TX 75206 | | Claim Number: 4242<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $42,864.00 |

---

| CLARK-SELLERS, KATHRYN<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | | Claim Number: 3436<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $123,656.97 |

---

| CLARK-SELLERS, KATHRYN<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | | Claim Number: 3441<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $88,632.10 |

---

| CLARK-SELLERS, KATHRYN LEE<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | | Claim Number: 3435<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $134,606.97 |

---

| CLARK-SELLERS, KATHRYN LEE<br>3005 LATTYES LANE<br>RALEIGH, NC 27613 | | Claim Number: 3440<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $99,582.10 |

---

| CLARKE, EGBERT<br>16405 DIAMOND PLACE<br>WESTON, FL 33331 | | Claim Number: 1785<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $51,071.00 |
| UNSECURED | Claimed: | $51,071.00 |
| TOTAL | Claimed: | $51,071.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CLARKE, EGBERT
16405 DIAMOND PLACE
WESTON, FL 33331

Claim Number: 1786
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $51,071.00 |
|---|---|---|

---

CLARKE, JOHN
170 CLARK RD
LOWELL, MA 01852

Claim Number: 4035
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,766.28 |
|---|---|---|

---

CLARY, CRAIG
701 LEGACY DRIVE APT # 2214
PLANO, TX 75023

Claim Number: 3953
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $6,285.70 |
|---|---|---|

---

CLARY, CRAIG
701 LEGACY DR APT 2214
PLANO, TX 75023

Claim Number: 3954
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,285.70 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6,285.70 UNLIQ |

---

CLAUSEN, LISA
6719 ST JOHNS CT
RALEIGH, NC 27616

Claim Number: 8211
Claim Date: 03/09/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7391

| UNSECURED | Claimed: | $24,231.00 UNLIQ CONT |
|---|---|---|

---

CLAUSEN, LISA J.
6719 ST JOHNS CT.
RALEIGH, NC 27616

Claim Number: 7391
Claim Date: 08/23/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8211

| UNSECURED | Claimed: | $14,261.54 |
|---|---|---|

---

CLAUSSENIUS, RANDALL
4860 PROCTOR ROAD
CASTRO VALLEY, CA 94546

Claim Number: 4499
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,752.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CLAY, RANDAL<br>436 FOX TRAIL<br>ALLEN, TX 75002 | | Claim Number: 7479<br>Claim Date: 10/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $54,992.00 | | |
| CLEGHORN, JOHN<br>31ST FLOOR, SUITE 3115, SOUTH TOWER<br>ROYAL BANK PLAZA<br>200 BAY STREET<br>TORONTO, ON M5J 2J5<br>CANADA | | Claim Number: 4758<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CLEMENS, DAVID H.<br>2958 ROCKY RIDGE LOOP<br>CANYON LAKE, TX 78133 | | Claim Number: 906<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $3,481.16 |
| UNSECURED | Claimed: | $30,992.78 | Scheduled: | $51,092.54 |
| CLEMONS, THOMAS S.<br>3808 WALWORTH ROAD<br>MARION, NY 14505 | | Claim Number: 1172<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| CLICK COMMERCE INC<br>DBA REQUISITE TECHNOLOGY, INC.<br>C/O MIK GIBLIN OR D LIVINGSTON<br>3600 W. LAKE AVENUE<br>GLENVIEW, IL 60026 | | Claim Number: 3485<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $77,475.00 | Scheduled: | $1,350.00 DISP |
| CLICK COMMERCE, INC<br>C/O MIKE GIBLIN<br>3600 W. LAKE AVENUE<br>ATLANTA, GA 30339-8426 | | Claim Number: 3484<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $77,475.00 | | |
| CLIFTON, CRAIG<br>4517 W 140TH ST<br>LEAWOOD, KS 66224 | | Claim Number: 4136<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,278.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CLINE, BARRY<br>2440 SW CARY PARKWAY #134<br>CARY, NC 27513 | | Claim Number: 166<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $57,389.25 | | |
| CLINE, BARRY<br>2440 SW CARY PARKWAY #134<br>CARY, NC 27513 | | Claim Number: 167<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,634.00 | Scheduled:<br>Scheduled: | $2,210.93<br>$59,793.05 |
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3640<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| CLINE, GLEN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3650<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 2533<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 2539<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3639<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $36,501.58 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3647<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, GLENN<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3648<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| CLINE, GLENN B.<br>602 CHAFFEE DR<br>ARLINGTON, TX 76006 | | Claim Number: 1419<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, GLENN B.<br>602 CHAFFEE DR<br>ARLINGTON, TX 76006 | | Claim Number: 2535<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, GLENN B.<br>602 CHAFFEE DRIVE<br>ARLINGTON, TX 76006 | | Claim Number: 3649<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $36,501.58 | | |
| CLINE, MARY P<br>4232 MT. ZION ROAD<br>SPRINGFIELD, TN 37172 | | Claim Number: 6684<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CLINGER, LINDA C<br>3918 RAVINES DR.<br>ALLENDALE, MI 49401 | | Claim Number: 37<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $1,404.00 | Scheduled: | $729.87 |
| UNSECURED | Claimed: | $14,880.00 | Scheduled: | $13,693.78 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| CLINKARD, JUDITH<br>1909 KINGS ISLE DR<br>PLANO, TX 75093 | | Claim Number: 4002<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $495,036.88 | | | |
| CLINKARD, JUDITH M<br>1909 KINGS ISLE DR.<br>PLANO, TX 75093 | | Claim Number: 4008<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $495,036.88 | Scheduled: | $0.00 | UNLIQ |
| CLOUGH, DONALD<br>7 MILL HAVEN CT.<br>DURHAM, NC 27713 | | Claim Number: 7564<br>Claim Date: 01/13/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $44,134.55 | | | |
| CLOUGH, DONALD<br>7 MILL HAVEN CT.<br>DURHAM, NC 27713 | | Claim Number: 7855<br>Claim Date: 07/20/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $12,577.93 | | | |
| CLOUSE, GARY<br>250 PIT ROAD<br>CORDOVA, AL 35550 | | Claim Number: 6848<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4132 | | | |
| PRIORITY | Claimed: | $6,347.60 | | | |
| CLOUSE, GARY A.<br>250 PIT RD<br>CORDOVA, AL 35550-3733 | | Claim Number: 4132<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6848 | | | |
| UNSECURED | Claimed: | $6,347.60 | | | |
| CLUNAN, PATRICK H.<br>1607 SHELBY TRACE<br>MOUNT JULIET, TN 37122 | | Claim Number: 7889<br>Claim Date: 08/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT | | |
| UNSECURED | Claimed: | $18,616.16 | UNLIQ CONT | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| CMP AMS<br>90 BEVIER ST<br>BINGHAMTON, NY 13904-1020 | | Claim Number: 6708<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $41,632.50 |
| COAKLEY, BILLY W. SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | | Claim Number: 2884<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $7,666.00 |
| COAKLEY, BILLY W. SR.<br>573 VERONICA RD.<br>GEORGETOWN, SC 29440 | | Claim Number: 2885<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY<br>UNSECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $7,666.00<br>$7,666.00<br>$7,666.00 |
| COAKLEY, BILLY W. SR.<br>573 VERONICA RD.<br>GEORGETOWN, SC 29440 | | Claim Number: 7086<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $7,618.00 |
| COAKLEY, BILLY WAYNE SR.<br>573 VERONICA ROAD<br>GEORGETOWN, SC 29440 | | Claim Number: 7087<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $7,618.00 |
| COATES, BYRON<br>11380 LITTLEBEAR DR<br>BOCA RATON, FL 33428 | | Claim Number: 6051<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $37,963.46 |
| COBB, KERRI S.<br>2721 DUNBAR DRIVE<br>MCKINNEY, TX 75070 | | Claim Number: 7541<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $43,349.35 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

COCA-COLA COMPANY, THE
ATTN: JOE JOHNSON, NAT 2008
P.O. BOX 1734
ATLANTA, GA 30313

Claim Number: 1334
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4401 (11/23/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $90,200.00 |

---

COFACE NORTH AMERICA INSURANCE COMPANY
TRANSFEROR: JACO ELECTRONICS, INC
50 MILLSTONE RD., BLDG. 100, STE 360
EAST WINDSOR, NJ 08520

Claim Number: 6820
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7559 (04/18/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $479,290.00 |

---

COHEN, IRIS IRLANDA
7761 S.W. 182 TERRACE
PALMETTO BAY, FL 33157

Claim Number: 6195
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $37,299.51 |

---

COLE, JAMES
C/ O BELDEN, INC.
ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3530
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,379.15 |

---

COLE, JAMES W.
1148 MIDWAY DRIVE
RICHARDSON, TX 75081

Claim Number: 4468
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $103,416.96 |

---

COLE, JANE A.
4 MCALLISTER WAY
METHUEN, MA 01844-2275

Claim Number: 1268
Claim Date: 06/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,827.20 |

---

COLE, JANIE W.
12400 WHARTONS WAY
RALEIGH, NC 27613

Claim Number: 7547
Claim Date: 12/30/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,776.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

COLE, JANIE W.
3305 AMBASSADOR DRIVE
DURHAM, NC 27703

Claim Number: 8187
Claim Date: 01/30/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $47,776.00

---

COLE, JEFFREY
11006 ANCIENT FUTURES DR
TAMPA, FL 33647-3575

Claim Number: 2368
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $58,911.77

---

COLE, TONYA L
21 SPRUCELAND TERRRACE
LANCASTER, NY 14086

Claim Number: 6039
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $32,089.20

---

COLEMAN, DEBRA
5017 STOCKTON DRIVE
RALEIGH, NC 27606

Claim Number: 3401
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $13,306.97

---

COLEMAN, STEPHEN M.
7000 KRISTI DRIVE
GARNER, NC 27529

Claim Number: 7281
Claim Date: 06/08/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $63,808.18

---

COLGAN, KEVIN
1201 PARK DRIVE
RALEIGH, NC 27605

Claim Number: 7747
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $10,950.00   UNLIQ CONT
UNSECURED         Claimed:          $12,886.00   UNLIQ CONT

---

COLLA, SERGIO
310 OAKBERRY WAY
SAN JOSE, CA 95123-5122

Claim Number: 2290
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $27,649.41

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| COLLA, SERGIO<br>310 OAKBERRY WAY<br>SAN JOSE, CA 95123-5122 | | Claim Number: 2291<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $4,272.69 |
| UNSECURED | Claimed: | $27,649.41 | Scheduled: | $25,111.39 |
| COLLEVECCHIO ENTERPRISES, INC.<br>DBA CREATIVE ASSOCIATES<br>8540 COLONNADE CENTER DR. S # 106<br>RALEIGH, NC 27615 | | Claim Number: 2<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $245,536.30 | | |
| COLLINS, ROBBIE D<br>2432 GEORGETOWN DRIVE<br>CARROLLTON, TX 75006 | | Claim Number: 3205<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $32,335.99 | Scheduled: | $32,919.24 |
| COLLINS, TOMEKA<br>113 VISTA BROOKE DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 7255<br>Claim Date: 05/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $34,374.00 | | |
| COLONIAL GAS COMPANY D/B/A KEYSPAN<br>ENERGY DELIVERY NEW ENGLAND<br>ELISA M. PUGLIESE, ESQ.<br>175 E. OLD COUNTRY ROAD<br>HICKSVILLE, NY 11801 | | Claim Number: 616<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,043.48 | | |
| COLONTONIO, MARY ELLEN<br>POB 603, FAIRY ISLAND<br>MAHOPAC, NY 10541 | | Claim Number: 246<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $88,419.72 | | |
| UNSECURED | | | Scheduled: | $64,948.01 |
| COLSON, DAMON<br>313 ROY ROGERS LANE<br>MURHPY, TX 75094 | | Claim Number: 705<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $19,180.38 | Scheduled: | $20,781.87 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| COLTECH OPTRONICS INC<br>#103 7879 8TH STREET N.E.<br>CALGARY, AB T2E 8A2<br>CANADA | Claim Number: 3225<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED         Claimed: | $2,801.55 | |
| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB T2E 8A2<br>CANADA | Claim Number: 6662<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | |
| UNSECURED         Claimed: | $2,801.55 | |
| COLTECH OPTRONICS INC<br># 103 7879 8TH STREET N.E.<br>CALGARY, AB T2E 8A2<br>CANADA | Claim Number: 6663<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE         Claimed: | $2,801.55 | |
| COLTON, JAY<br>U.S. EQUAL EMPLOYMENT OPPOR. COMMISSION<br>33 WHITEHALL STREET, 5TH FL<br>NEW YORK, NY 10004 | Claim Number: 1139<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2855 (04/08/2010) | |
| PRIORITY         Claimed: | $0.00  UNLIQ | |
| COLTON, JAY<br>90 BROOKDALE PLACE<br>NEWTOWN, PA 18940 | Claim Number: 2619<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED         Claimed: | $28,270.10 | Scheduled:         $0.00  UNLIQ |
| COLTON, JAY<br>90 BROOKDALE OL.<br>NEWTOWN, PA 18940 | Claim Number: 2620<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE         Claimed: | $28,270.10 | |
| COMBAT NETWORKS INC.<br>236 WESTBROOK ROAD<br>OTTAWA, ON K0A 1L0<br>CANADA | Claim Number: 1888<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED         Claimed: | $2,184.45 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| COMEAU, WILLIAM J | Claim Number: 3230 |
| 29 CANTERBURY FOREST | Claim Date: 09/18/2009 |
| PLAISTOW, NH 03865 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $12,061.60 |
| --- | --- | --- |

| COMED | Claim Number: 116 |
| ATTN: BANKRUPTCY SECTION/REVENUE MGMT | Claim Date: 02/09/2009 |
| 2100 SWIFT DRIVE | Debtor: NORTEL NETWORKS INC. |
| OAK BROOK, IL 60523 | Comments: EXPUNGED |
| | DOCKET 5623 (06/07/2011) |

| UNSECURED | Claimed: | $884.11 |
| --- | --- | --- |

| COMM-WORKS HOLDINGS, LLC | Claim Number: 1967 |
| 1405 XENIUM LN N STE 120 | Claim Date: 08/21/2009 |
| MINNEAPOLIS, MN 55441-4448 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET 4163 (10/14/2010) |

| UNSECURED | Claimed: | $0.00 |
| --- | --- | --- |

| COMMERCE INSURANCE COMPANY | Claim Number: 7625 |
| ATTN: PAT MORISSETTE | Claim Date: 02/24/2011 |
| (PVA897-MKVY95) | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| 11 GORE ROAD | |
| WEBSTER, MA 01570 | |

| UNSECURED | Claimed: | $25,034.74 |
| --- | --- | --- |

| COMMERCIAL ENERGY OF MONTANA, INC. | Claim Number: 3864 |
| C/ O FRED JACKSON | Claim Date: 09/25/2009 |
| 7767 OAKPORT STREET, SUITE 525 | Debtor: NORTEL NETWORKS INC. |
| OAKLAND, CA 94621 | |

| UNSECURED | Claimed: | $16,340.77 |
| --- | --- | --- |

| COMMFUSION | Claim Number: 2593 |
| COMMFUSION | Claim Date: 09/03/2009 |
| 1510 MISTY CLOUD PLACE | Debtor: NORTEL NETWORKS INC. |
| SANTA ROSA, CA 95409-4337 | Comments: EXPUNGED |
| | DOCKET 2320 (01/21/2010) |

| UNSECURED | Claimed: | $2,995.00 |
| --- | --- | --- |

| COMMODITY COMPONENTS INTERNATIONAL INC. | Claim Number: 1816 |
| TAMMY WILE | Claim Date: 08/19/2009 |
| 100 SUMMIT ST. | Debtor: NORTEL NETWORKS INC. |
| PEABODY, MA 01960 | Comments: EXPUNGED |
| | DOCKET 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $1,362.71 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1134<br>Claim Date: 05/08/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $504.58 |
| UNSECURED | Claimed: | $540.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1135<br>Claim Date: 05/08/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 2187 (12/21/2009) | |
| PRIORITY | Claimed: | $456.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1136<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $25,000.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>P.O. BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1685<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY | Claimed: | $10,000.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 1686<br>Claim Date: 08/12/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| PRIORITY | Claimed: | $48.58 |
| UNSECURED | Claimed: | $540.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 3027<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| PRIORITY | Claimed: | $50,173.47 |
| UNSECURED | Claimed: | $10,054.68 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 6306<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| PRIORITY | Claimed: | $39,209.50 |
| UNSECURED | Claimed: | $10,054.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 7237<br>Claim Date: 04/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6542 (10/03/2011) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $4,441.09 | | |
| UNSECURED        Claimed: | $7,283.05 | Scheduled: | $260.00 |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 7506<br>Claim Date: 11/22/2010<br>Debtor: CORETEK, INC. | | |
| ADMINISTRATIVE    Claimed: | $100.65 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 7507<br>Claim Date: 11/22/2010<br>Debtor: CORETEK, INC.<br>Comments:<br>Amends claim 1686 | | |
| PRIORITY          Claimed: | $48.58 | | |
| UNSECURED        Claimed: | $540.00 | | |
| COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT, 7TH FLOOR<br>100 CAMBRIDGE ST - P.O. BOX 9564<br>BOSTON, MA 02114-9564 | Claim Number: 8267<br>Claim Date: 05/21/2012<br>Debtor: CORETEK, INC. | | |
| ADMINISTRATIVE    Claimed: | $626.49 | | |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 8007<br>Claim Date: 09/28/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE    Claimed: | $1,836,290.00 | | |
| COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 8165<br>Claim Date: 01/13/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE    Claimed: | $922,253.00 | | |
| COMMUNICATIONS TEST DESIGN, INC.<br>ATTN: LARRY MORGAN, CFO<br>1373 ENTERPRISE DRIVE<br>WEST CHESTER, PA 19380 | Claim Number: 4648<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2555 (02/26/2010) | | |
| UNSECURED        Claimed: | $7,866,519.19 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| COMPASS<br>COMPASS LEXECON<br>332 SOUTH MICHIGAN AVE<br>CHICAGO, IL 60604-4397 | | Claim Number: 5045<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) | | |
| UNSECURED | Claimed: | $52,496.40 | | |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3628<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $5,796.81 | | |
| COMPTON, BARRY<br>13105 POWELL RD<br>WAKE FOREST, NC 27587 | | Claim Number: 3629<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $49,111.02 | Scheduled: | $54,943.35 |
| COMPTON, JAMES STRUDWICK<br>1317 MILL GLEN CIRCLE<br>RALEIGH, NC 27614 | | Claim Number: 7477<br>Claim Date: 10/28/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $35,000.00 | | |
| COMPTROLLER OF MARYLAND<br>301  WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 1081<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3050 (05/24/2010) | | |
| PRIORITY | Claimed: | $3,374.00 | | |
| UNSECURED | Claimed: | $517.00 | | |
| COMPTROLLER OF MARYLAND<br>301  WEST PRESTON ST. ROOM 410<br>BALTIMORE, MD 21201 | | Claim Number: 2766<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $3,374.00 | | |
| UNSECURED | Claimed: | $517.00 | | |
| COMPUCOM SYSTEMS INC<br>COMPUCOM<br>PO BOX 951654<br>DALLAS, TX 75395-1654 | | Claim Number: 6036<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $18,455.51 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

COMPUCOM SYSTEMS INC
COMPUCOM
P.O. BOX 951654
DALLAS, TX 75395-1654

Claim Number: 6790
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $18,732.35 |
|-----------|----------|------------|

---

COMPUTER ASSOCIATES INTERNATIONAL, INC
ATTENTION: ROBERT AUSTEN, 5TH FLOOR
ONE COMPUTER ASSOCIATES PLAZA
ISLANDIA, NY 11749

Claim Number: 1954
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $6,845.00 |
|-----------|----------|-----------|

---

COMPUTER SCIENCES CORPORATION
C/ O DLA PIPER LLP (US)
ATTN: RICHARD M. KREMEN
6225 SMITH AVENUE
BALTIMORE, MD 21209

Claim Number: 3944
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,568,658.99 |
|-----------|----------|---------------|

---

COMPUWARE CORPORATION
ATTN: ELLEN JUDD
ONE CAMPUS MARTIUS
DETROIT, MI 48226

Claim Number: 536
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,770.59 | Scheduled: | $1,770.59 |
|-----------|----------|-----------|-----------|-----------|

---

COMSTOCK, DOUGLAS R.
9401 N MANOR DR
ZEBULON, NC 27597

Claim Number: 2034
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $5,876.93 | | |
|----------|----------|-----------|-----------|-----------|
| UNSECURED | | | Scheduled: | $6,526.25 |

---

COMTEL, S.A.
AVENIDA 4 SUR, NO. 30, BELLA VISTA
APARTADO 0823-05880
PANAMA,
PANAMA

Claim Number: 7181-01
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $2,378.50 |
|-----------|----------|-----------|

---

COMTEL, S.A.
AVENIDA 4 SUR, NO. 30, BELLA VISTA
APARTADO 0823-05880
PANAMA,
PANAMA

Claim Number: 7181-02
Claim Date: 04/02/2010
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,172.50 |
|-----------|----------|-----------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| CONCENTRIX CORP<br>3750 MONROE AVE<br>PITTSFORD, NY 14534 | Claim Number: 331<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7686 (05/24/2012) | | | | |
| UNSECURED | Claimed: | $39,000.00 | Scheduled: | $52,225.56 | |
| CONDUCTIVE CIRCUITS INC<br>360 STATE ST<br>GARNER, IA 50438-1237 | Claim Number: 2708<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $14,270.00 | Scheduled: | $14,270.00 | |
| CONDUCTIVE CIRCUITS, INC<br>360 STATE STREET<br>GARNER, IA 50438 | Claim Number: 2709<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3781 (08/12/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $14,270.00 | | | |
| CONKLIN, JOHN<br>751 WOODED LAKE DRIVE<br>APEX, NC 27523 | Claim Number: 7270<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,850.10 | | | |
| CONLEY ROSE PC<br>600 TRAVIS<br>HOUSTON, TX 77002 | Claim Number: 6912<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | | |
| UNSECURED | Claimed: | $43,626.00 | Scheduled: | $0.00  UNLIQ | |
| CONLEY ROSE, P.C.<br>ATTN: RODNEY B. CARROLL<br>5601 GRANITE PARKWAY, SUITE 750<br>PLANO, TX 75024 | Claim Number: 1571<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | | |
| UNSECURED | Claimed: | $43,626.00 | | | |
| CONLEY, DOUGLAS<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3538<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $7,651.34 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CONLEY, EDWARD J
18942 PATTON DRIVE
CASTRO VALLEY, CA 94546

Claim Number: 6474
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $301.11 |
|---|---|---|

---

CONNECTICUT DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY STREET
HARTFORD, CT 06106-5032

Claim Number: 1636
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $2,089.65 |
|---|---|---|

---

CONNECTICUT OFFICE OF THE TREASURER
ATTN: MARIA GREENSLADE,ASST DEP TREA
UNCLAIMED PROPERTY DIVISION
55 ELM STREET, 7TH FLOOR
HARTFORD, CT 06106-1773

Claim Number: 2003
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CONNERS, CHRIS
1219 CHIMNEY HILL DR
APEX, NC 27502

Claim Number: 1855
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7809 (06/05/2012)

| UNSECURED | Claimed: | $44,011.00 |
|---|---|---|

---

CONNOLLY, JAMES
353 ABBOTT ST
NORTH ANDOVER, MA 01845

Claim Number: 7811
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,782.86 |
|---|---|---|

---

CONNOR, DANIEL J.
13282 TORRINGTON DRIVE
FRISCO, TX 75035

Claim Number: 1198
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7714

| PRIORITY | Claimed: | $251,586.70 |
|---|---|---|

---

CONNOR, DANIEL J.
13282 TORRINGTON DRIVE
FRISCO, TX 75035

Claim Number: 3114
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CONNOR, DANIEL J. | Claim Number: 7714 |
| 13282 TORRINGTON DRIVE | Claim Date: 04/21/2011 |
| FRISCO, TX 75035 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $365,284.32 |

---

| CONNOR, DANIEL J. | Claim Number: 7840 |
| 13282 TORRINGTON DRIVE | Claim Date: 07/15/2011 |
| FRISCO, TX 75035 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim 1198 |

| PRIORITY | Claimed: | $685,771.22 |

---

| CONNOR, DAVID | Claim Number: 3301 |
| 5035 CHOWEN AVENUE SOUTH | Claim Date: 09/21/2009 |
| MINNEAPOLIS, MN 55410 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2626 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| CONNOR, DAVID G | Claim Number: 3302 |
| 5035 CHOWEN AVE S | Claim Date: 09/21/2009 |
| MINNEAPOLIS, MN 55410 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| CONOLY, STEVE F. | Claim Number: 3053 |
| 5410 THAYER DRIVE | Claim Date: 09/16/2009 |
| RALEIGH, NC 27612 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $57,002.93 |

---

| CONRAD, LARRY G. | Claim Number: 1388 |
| 7704 TYLERTON DR. | Claim Date: 06/19/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2324 (01/21/2010) |

| UNSECURED | Claimed: | $40,788.00 |

---

| CONRAD, LARRY G. | Claim Number: 1547 |
| 7704 TYLERTON DR. | Claim Date: 07/16/2009 |
| RALEIGH, NC 27613 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 8285 (08/22/2012) |

| UNSECURED | Claimed: | $54,681.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| CONRAD, LARRY G.<br>7704 TYLERTON DR.<br>RALEIGH, NC 27613 | | Claim Number: 4202<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $72,166.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CONRAD, LARRY G.<br>7704 TYLERTON DR.<br>RALEIGH, NC 27613 | | Claim Number: 8274<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1388 |

| UNSECURED | Claimed: | $72,166.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CONROY, MARK<br>20 ROBIN HOOD DR<br>LONDONDERRY, NH 03053 | | Claim Number: 865<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $56,102.59 |
|---|---|---|

---

| | | |
|---|---|---|
| CONSTABLE, JOSEPH<br>54 PARKER AVENUE<br>NEW CITY, NY 10956 | | Claim Number: 2759<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $56,082.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CONTEXT CAPTIAL GROUP<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5532<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $164,485.00 |
|---|---|---|

---

| | | |
|---|---|---|
| CONTINENTAL RESOURCES INC<br>175 MIDDLESEX TPKE, PO BOX 9137<br>BEDFORD, MA 01730-9137 | | Claim Number: 1743<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $14,641.90 |
|---|---|---|

---

| | | |
|---|---|---|
| CONTINUOUS COMPUTING CORPORATION<br>C/O ROBERT L. EISENBACH III<br>COOLEY LLP<br>101 CALIFORNIA STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94111-5800 | | Claim Number: 7964<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |

| UNSECURED | Claimed: | $41,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SYMMETRICOM INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 35
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $549,547.50 | Scheduled: | $469,513.32 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DANET GMBH
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 424
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,813.06 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA-BIZSPHERE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 555
Claim Date: 03/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $136,267.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SVA BIZSPHERE ENTWICKLUNGS U
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2487
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $136,267.00 | Scheduled: | $136,267.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SQUIRE SANDERS & DEMPSEY LLP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3303
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $192,602.87 |
|---|---|---|

---

CONTRERAS, KARLA
3809 SAN JACINTO
UNIT #C
DALLAS, TX 75204

Claim Number: 5774
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $4,307.69 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,268.43 |

---

CONTROS, JACQUELINE
11 SCHOOL ST.
DOUGLASSVILLE, PA 19518

Claim Number: 5623
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | | |
|---|---|---|
| UNSECURED | Claimed: | $47,331.52 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CONTROS, JACQUELINE<br>11 SCHOOL ST.<br>DOUGLASSVILLE, PA 19518 | | Claim Number: 8281<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #5623 |
|---|---|---|
| UNSECURED | Claimed: | $47,331.52 |

| COOK, CASEY<br>3709 FAULKNER DRIVE<br>ROWLETT, TX 75088 | | Claim Number: 2823<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,817.84 |

| COOK, JAMES<br>4009 GREENFIELD DR<br>RICHARDSON, TX 75082 | | Claim Number: 3841<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,423.47 |

| COOK, JASON<br>408 CREPE MYRTLE LANE<br>PLANO, TX 75094 | | Claim Number: 1093<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $77,270.36 |

| COOK, JERRY ALLEN<br>212 OVERLOOK DRIVE<br>WOODSTOCK, GA 30188 | | Claim Number: 7635<br>Claim Date: 03/10/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,767.32 |

| COOK, SANDRA<br>145 WOODLAWN RD<br>MEBANE, NC 27302 | | Claim Number: 7661<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $60,212.25 |

| COOK, WAYNA MICHELLE<br>118 JUDSON DRIVE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7413<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT |
| UNSECURED | Claimed: | $12,739.00  UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| COOMANS, JEFF<br>574 POIPU DR<br>HONOLULU, HI 96825-2034 | | Claim Number: 1149<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,516.93 | | |
| COOMANS, JEFF<br>7012 HAWAII KAI DR. UNIT 1304<br>HONOLULU, HI 96825 | | Claim Number: 1163<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,516.93 | | |
| COONEY, GEORGE V<br>38 CRANBERRY LANE<br>CONCORD, MA 01742 | | Claim Number: 2543<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $180,000.00 | | |
| COOPER, CHARLES<br>5064 NE BELLVILLE RD<br>PINETTA, FL 32350 | | Claim Number: 6226<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $76,022.30 | Scheduled: | $24,587.12 |
| COOPER, CHARLES ALLEN<br>5064 NE BELLVILLE RD<br>PINETTA, FL 32350 | | Claim Number: 6227<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $97,167.84 | | |
| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | | Claim Number: 7493<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $37,128.96 | | |
| COOPER, DONNA L.<br>5133 GRANDALE DRIVE<br>DURHAM, NC 27713 | | Claim Number: 8133<br>Claim Date: 01/03/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,223.04 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| COOPER, LINDA F.<br>PO BOX 70126<br>NASHVILLE, TN 37207 | | Claim Number: 8345<br>Claim Date: 08/20/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $13,798.78   UNLIQ CONT |

| | | |
|---|---|---|
| COOPER, MICHAEL<br>P.O. BOX 1056<br>MADISON, FL 32341 | | Claim Number: 6956<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,460.80 |

| | | |
|---|---|---|
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 6055<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,312.41 |

| | | |
|---|---|---|
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 7092<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $63,583.24 |

| | | |
|---|---|---|
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 7722<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $87,323.61 |

| | | |
|---|---|---|
| COPELAND, JEFFERY<br>4436 GOODMAN ROAD<br>ADAMS, TN 37010 | | Claim Number: 8189<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $112,244.41 |

| | | |
|---|---|---|
| COPPOCK, JEFFREY S<br>2133 BLUFFS DRIVE<br>LIVERMORE, CA 94551 | | Claim Number: 2767<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,311.85 | | |
| UNSECURED | Claimed: | $21,590.44 | Scheduled: | $27,556.51 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| COQUELIN, VALERIE<br>9422 ERIE CT<br>DALLAS, TX 75218 | | Claim Number: 4580<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,734.29 | | |

---

| CORBETT, JAMES F.<br>60 BARE HILL ROAD<br>TOPSFIELD, MA 01983 | | Claim Number: 7963<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,000.00 | | |

---

| CORCORAN, CINDY<br>820 CARDENS CREEK DR<br>DURHAM, NC 27712 | | Claim Number: 7933<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,494.75 | | |

---

| CORCORAN, MARK R.<br>915 JULIET LANE<br>ARNOLD, MD 21012 | | Claim Number: 4075<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $27,364.64 | | |

---

| CORDARO, THERESE<br>24 BRUNSWICK RD<br>CEDAR GROVE, NJ 07009 | | Claim Number: 910<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,000.00 | Scheduled: | $6,678.56 |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $28,823.90 |
| TOTAL | Claimed: | $32,000.00 | | |

---

| CORE BROOKFIELD LAKES, LLC<br>18000 WEST SARAH LANE, SUITE 250<br>BROOKFIELD, WI 53045 | | Claim Number: 2349<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,653.06 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CORE BROOKFIELD LAKES, LLC<br>18000 WEST SARAH LANE, STE 250<br>BROOKFIELD, WI 53045 | Claim Number: 5868<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2349 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $86,653.06 | |

| CORN, DAVID H.<br>3514 CANNADY MILL RD<br>KITTRELL, NC 27544 | Claim Number: 5764<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $85,280.00 | |

| CORNING GLASS WORKS<br>HOUGHTON PARK<br>CORNING, NY 14830 | Claim Number: 3070<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $133,785.23 | |

| CORONA, RONALD<br>2714 TOWNBLUFF DR.<br>PLANO, TX 75075 | Claim Number: 237<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,406.30 | Scheduled: $18,966.76 |

| CORPENING, IRIS L.<br>4821 MOCHA LANE<br>RALEIGH, NC 27616 | Claim Number: 450<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,023.41 | |

| CORPENING, STEPHEN K.<br>1102 JENNIES CREEK RD.<br>KERMIT, WV 25674 | Claim Number: 1034<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,438.66 | |

| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY 10019 | Claim Number: 7454<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $17,200.00 | |
| UNSECURED | Claimed: | $8,600.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND LP<br>AS ASSIGNEE OF SASKEN COMMUNICATION<br>1370 AVENUE OF THE AMERICAS 29TH FL<br>NEW YORK, NY 10019 | | Claim Number: 7455<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | | |
| ADMINISTRATIVE | Claimed: | $17,200.00 | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DEGREE CONTROLS, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 153<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $3,735.00 | Scheduled: | $3,735.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 630<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $112,557.86 | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MINDWAVE RESEARCH, INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 724<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $42,760.00 | Scheduled: | $25,400.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PARADIGM WORKS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 765<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $273,500.00 | Scheduled: | $133,000.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACTUA<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1141<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount is CAD $50,000.00 | | | |
| UNSECURED | Claimed: | $40,010.00 | Scheduled: | $50,000.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GENBAND USA LLC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 1637-01<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $308,382.64 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENBAND USA LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1637-02
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 7354 (03/08/2012)

| UNSECURED | Claimed: | $24,000.00 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NEW HORIZONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1910
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 5623 (06/07/2011)

| UNSECURED | Claimed: | $3,254.14 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2745
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,919.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SASKEN COMMUNICATION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2793
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7454

| UNSECURED | Claimed: | $27,339.00 | Scheduled: | $25,800.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PATTON BOGGS LLP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3156
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 5623 (06/07/2011)

| UNSECURED | Claimed: | $23,925.78 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: THIRD WAY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3848
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CELLSITE INDUSTRIES,INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4852
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,211.59 | Scheduled: | $13,298.59 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: JOHNSON CONTROLS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5508<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7113 (01/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,300,030.75 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GLOBALWARE SOLUTIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5740<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $118,757.33 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GLOBALWARE SOLUTIONS INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5741<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $118,757.33 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GLOBALWARE SOLUTIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5811<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|
| UNSECURED          Claimed:          $35,047.53          Scheduled:          $32,251.17  DISP |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GARLICK, HARRISON & MARKISON<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5884<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $45,462.65 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW, LLC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5904<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 793 (05/28/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $80,171.60 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ANDREW TELECOMMUNICATIONS PR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6126-01<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Amends claim 4850 and 4851 |
|---|---|
| UNSECURED          Claimed: | $2,218.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW TELECOMMUNICATIONS PR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6126-02
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 7355 (03/08/2012)
Amends claim 4850 and 4851.  Paid and not entitled to any additional

| ADMINISTRATIVE | Claimed: | $1,130.00 |
| --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6129-01
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 7355 (03/08/2012)
Amends claim 4848 and 4849

| PRIORITY | Claimed: | $1,575.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $810.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ANDREW LLC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6129-02
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 7355 (03/08/2012)
Amends claim 4848 and 4849

| PRIORITY | Claimed: | $675.00 |
| --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DAVID WAITT CONSULTING
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6670
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $103,548.62 | Scheduled: | $103,548.62 |
| --- | --- | --- | --- | --- |

---

CORREIA, FRANK
21 SACHEM ROAD
BRISTOL, RI 02809

Claim Number: 2443
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $17,556.60 |
| --- | --- | --- |

---

CORREIA, FRANK
21 SACHEM RD
BRISTOL, RI 02809

Claim Number: 2444
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,556.60 | Scheduled: | $13,951.76 UNLIQ |
| --- | --- | --- | --- | --- |

---

COTE, GERARD
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3537
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $9,262.32 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| COTTON, RODNEY<br>18500 VON KARMAN 11TH FLOOR<br>IRVINE, CA 92612 | Claim Number: 3262<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $38,309.95 | | |
| | | | Scheduled: | $38,309.95  UNLIQ |

---

| COUCH, SHARLENE S.<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 1706<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8370 |
|---|---|

| PRIORITY | Claimed: | $108,088.28 |
|---|---|---|

---

| COUCH, SHARLENE S.<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 8370<br>Claim Date: 09/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1706 |
|---|---|

| UNSECURED | Claimed: | $104,420.10 |
|---|---|---|

---

| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 716<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $83,113.60 |
|---|---|---|

---

| COUCH, SHARLENE SUITT<br>6525 BATTLEFORD DRIVE<br>RALEIGH, NC 27613 | Claim Number: 717<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $8,182.54 |
|---|---|---|

---

| COUNTY OF FAIRFAX<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY<br>SUITE 549<br>FAIRFAX, VA 22035 | Claim Number: 1510<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $15,113.05 |
|---|---|---|
| SECURED | Claimed: | $15,113.05 |
| TOTAL | Claimed: | $15,113.05 |

---

| COUNTY OF FAIRFAX<br>FAIRFAX COUNTY<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PARKWAY, STE 549<br>FAIRFAX, VA 22035 | Claim Number: 6100<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>Amends claim 1510 |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| COUNTY OF SANTA CLARA<br>TAX COLLECTOR - TAX COLLECTIONS DIVISION<br>COUNTY GOVT CENTER, EAST WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | | Claim Number: 1409<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4808 (02/03/2011) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $449,059.96 | | | |

| COURRIER SLR<br>1547 RUE ALGONQUIN<br>LAVAL, QC H7P 4R5<br>CANADA | | Claim Number: 3138<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $379.88 | | | |
| SECURED | Claimed: | $379.88 | | | |
| TOTAL | Claimed: | $379.88 | | | |

| COURRIER SLR (9010-8523QC INC)<br>3095 DAGENAIS O.<br>LAVAL, QC H7P 1T8<br>CANADA | | Claim Number: 3137<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $379.00 | | | |

| COUTURE, DENNIS L<br>7104 RIVER BIRCH DR<br>RALEIGH, NC 27613 | | Claim Number: 4181<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,312.42 | Scheduled: | $5,312.42 |
| UNSECURED | Claimed: | $154,206.91 | Scheduled: | $64,791.91 |

| COVACH, LOUIS W.<br>6305 SARATOGA CIR<br>DAVIE, FL 33331 | | Claim Number: 7345<br>Claim Date: 07/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $20,143.88 | | | |

| COVACH, LOURDES G.<br>6305 SARATOGA CIR<br>DAVIE, FL 33331 | | Claim Number: 7346<br>Claim Date: 07/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $50,210.18 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| COVEY, NIEL<br>23314-SE 13 CT.<br>SAMMAMISH, WA 98075 | | Claim Number: 2308<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $487,223.32 | Scheduled: | $366,757.26  UNLIQ |

| COVEY, NIEL<br>23314-SE 13 CT.<br>SAMMAMISH, WA 98075 | | Claim Number: 2309<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,268.93 | Scheduled: | $1,896.52  UNLIQ |

| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 26<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $371,524.91 | |

| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 945<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $168,857.07   UNLIQ | |

| COVEY, NIEL A.<br>23314 SE 13 CT<br>SAMMAMISH, WA 98075 | | Claim Number: 7172<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $461,000.00   UNLIQ | |

| COWARD, L ANDREW<br>1988 DUNROBIN CRES<br>N VANCOUVER, V7H1N2<br>CANADA | | Claim Number: 3244<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| COWARD, L. ANDREW<br>1988 DUNROBIN CRESC<br>N. VANCOUVER, BC V7H 1N2<br>CANADA | | Claim Number: 3245<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $135,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 376<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $6,738.36 | | |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 3033<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $75,692.31 | | |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 3034<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $75,692.31 | | |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 3035<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $75,692.31 | | |
| COWEN, JAMES D.<br>3851 OLD WEAVER TRAIL<br>CREEDMOOR, NC 27522 | | Claim Number: 3036<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $2,777.06 |
| UNSECURED | Claimed: | $75,692.31 | Scheduled: | $3,688.39 |
| COWGILL, WILLIAM DANIEL<br>1157 NECK RD<br>PONTE VEDRA, FL 32082 | | Claim Number: 7059<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $100,000.00 | | |
| COWIE, GRAEME<br>10235 S. KLEINBROOK WAY<br>HIGHLANDS RANCH, CO 80126 | | Claim Number: 80<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $1,069.40 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| COX BUSINESS<br>ATTN: TISHA WILES<br>401 N 117TH ST<br>OMAHA, NE 68154 | | Claim Number: 382<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $103.51 | | | |
| COX, JEFFREY<br>341 LINWOOD AVE APT 2<br>NEWTONVILLE, MA 2460 | | Claim Number: 2910<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
| PRIORITY | Claimed: | $56,690.00 | | | |
| COX, JEFFREY<br>341 LINWOOD AVE APT 2<br>NEWTONVILLE, MA 2460 | | Claim Number: 7364<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $56,690.00 | | | |
| COX, JON<br>928 CAROUSEL DR<br>BEDFORD, TX 76021 | | Claim Number: 4238<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $32,696.92 | | | |
| COX, JON H<br>928 CAROUSEL DR<br>BEDFORD, TX 76021 | | Claim Number: 4239<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $40,229.53 | | | |
| COX, JOSEPH<br>56 HALL ST.<br>DUNSTABLE, MA 01827 | | Claim Number: 1664<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| PRIORITY | Claimed: | $2,400.00 | | | |
| COYNE, KRISTIN L.<br>212 BAKER ST<br>CHATTANOOGA, TN 37405-4104 | | Claim Number: 603<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,553.83 | Scheduled: | $4,553.98 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

COZART, STEVEN
P O BOX 830058
RICHARDSON, TX 75083

Claim Number: 6797
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $219,336.78 |

---

COZART, WILLIAM DAVID
108 COMBS COURT
WENDELL, NC 27591

Claim Number: 7378
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,159.54 |

---

COZYN, MARTIN A.
2104 COUNTRY HILL LN
LOS ANGELES, CA 90049-6822

Claim Number: 405
Claim Date: 02/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $996,372.40 | Scheduled: | $168,346.20 |

---

CRAFT, JERRY L
52 CHESTNUT DR
CHELSEA, MI 48118

Claim Number: 2332
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $88,833.00 |

---

CRAIG, J A
111 ECHO DRIVE
APT 502
OTTAWA, K1S5K8
CANADA

Claim Number: 4308
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $946,457.21 | Scheduled: | $0.00 UNLIQ |

---

CRAIG, JAMES P.
42 E. CAVALIER RD
SCOTTSVILLE, NY 14546

Claim Number: 7349
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $33,161.00 |

---

CRAMER, CARL
106 PITCHSTONE CV
GEORGETOWN, TX 78628-6939

Claim Number: 1421
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $72,820.36 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CRAMER, CARL R<br>106 PITCHSTONE CV<br>GEORGETOWN, TX 78628-6939 | | Claim Number: 1840<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| PRIORITY | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1839<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRAMER, CARL R.<br>106 PITCH STONE COVE<br>GEORGETOWN, TX 78628 | | Claim Number: 1841<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $72,820.36 |
| CRANE, MICHAEL<br>1728 CALLANDALE AVE.<br>CARY, NC 27518 | | Claim Number: 7600<br>Claim Date: 02/10/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,829.86 |
| CRAPCO JR., LEE W.<br>2975 HUNTER BRANCH ROAD<br>APT A130<br>FAIRFAX, VA 22031 | | Claim Number: 4119<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $94,814.00 |
| CRAWFORD, BRUCE A.<br>1807 GRIST STONE CT.<br>ATLANTA, GA 30307 | | Claim Number: 485<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $68,934.85 |
| CRAWFORD, TOM<br>18722 - 95A AVE. NW<br>EDMONTON, AB T5T 4A5<br>CANADA | | Claim Number: 3061<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $3,460.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

CREAMER, BOYCE HARRY, JR.
27 GATE 11
CALABASH, NC 28467-2621

Claim Number: 1175
Claim Date: 05/15/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $81,268.35 |
|---|---|---|

CREASY, JEFFREY
2001 SMITH DRIVE
CLAYTON, NC 27520

Claim Number: 7911
Claim Date: 08/18/2011
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $89,234.81 |
|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: APTO SOLUTIONS INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 1140
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| SECURED | Claimed: | $1,264.00 |
|---|---|---|

CRESCENT CROWN PEAKVIEW TOWER, LLC
C/O CRESCENT REAL ESTATE EQUITIES, LLC
ATTN: C. ROBERT BAIRD, ESQ.
777 MAIN STREET, SUITE 2000
FORT WORTH, TX 76102

Claim Number: 7089
Claim Date: 02/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7686 (05/24/2012)

---

| UNSECURED | Claimed: | $337,442.75 |
|---|---|---|

CRIM
MUNICIPAL REVENUE COLLECTION
SAN JUAN, 00919-5387
PUERTO RICO

Claim Number: 6010
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7686 (05/24/2012)

---

| UNSECURED | Claimed: | $2,779.53 |
|---|---|---|

CRISLER, CHARLA
3 WOODY CREST CIRCLE
FAIRVIEW, TX 75069

Claim Number: 434
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| PRIORITY | Claimed: | $341,333.87 |
|---|---|---|

CRISLER, CHARLA
#3 WOODY CREST CIRCLE
FAIRVIEW, TX 75069

Claim Number: 4071
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 434.

---

| PRIORITY | Claimed: | $341,334.90 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $341,334.90 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CROMER, ALTON N.<br>PO BOX 631<br>HENRICO, NC 27842 | | Claim Number: 8285<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7182 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,882.00 | | |

| CROMER, ALTON NORTH<br>P.O. BOX 631<br>HENRICO, NC 27842 | | Claim Number: 7182<br>Claim Date: 04/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8285 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,600.00 | | |

| CROOKS, JULIE<br>4840 HALEY FARMS DRIVE<br>CUMMING, GA 30028 | | Claim Number: 5962<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,887.11 | | |

| CROSBY, JOHN, JR.<br>1006 BLUE RIDGE PLACE<br>RICHARDSON, TX 75080 | | Claim Number: 8377<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,204.65 | | |

| CROSS, MARY<br>P.O. BOX 24871<br>NASHVILLE, TN 37202-4871 | | Claim Number: 5459<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| CROSS, MARY<br>P.O. BOX 24871<br>NASHVILLE, TN 37202-4871 | | Claim Number: 5460<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $97,786.88 | Scheduled: | $0.00  UNLIQ |

| CROSS, PATRICIA A.<br>1704 CASTALIA DR<br>CARY, NC 27513 | | Claim Number: 8378<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,651.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CROSSON, KEN<br>10605 EVERGREEN CHASE WAY<br>RALEIGH, NC 27613 | Claim Number: 4409<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $179,029.94 |
|---|---|---|

---

| CROSSWIND TECHNOLOGIES INC<br>835 FERN RIDGE ROAD<br>FELTON, CA 95018 | Claim Number: 6968<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

| CROUSE, CIMARRON<br>15 HIGHLAND RD<br>WESTPORT, CT 06880 | Claim Number: 3575<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,754.17 |
|---|---|---|

---

| CROWELL & MORING LLP<br>C/O JAMES J. REGAN, ESQ.<br>1001 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004-2595 | Claim Number: 3490<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,033,082.11 | Scheduled: | $87,521.26 |
|---|---|---|---|---|

---

| CROWL, JOHN<br>13921 GARNETT ST.<br>OVERLAND PARK, KS 66221 | Claim Number: 2841<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $59,770.91 | Scheduled: | $59,770.91 UNLIQ |
|---|---|---|---|---|

---

| CROWL, JOHN C.<br>13921 GARNETT ST<br>OVERLAND PARK, KS 66221 | Claim Number: 2840<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $25,265.82 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| CROWL, JOHN C.<br>13921 GARNETT ST.<br>OVERLAND PARK, KS 66221 | Claim Number: 3112<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $59,770.91   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: DOMINO, ANTHONY<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 199<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $15,165.38 | Scheduled: $31,638.48 |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: BURKE, ROBERT E.<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 457<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3700 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $443,138.70   UNLIQ | |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: STANDEL, RICHARD R., JR.<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 1491<br>Claim Date: 05/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3821 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: LASITTER, CAROL M<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 2957<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,484.41 | |
| UNSECURED | Claimed: | $2,849.99 | Scheduled: $13,055.49 |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: LOWE, RICHARD<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3388<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $676,406.79 | |
| UNSECURED | | | Scheduled: $4,661.24 UNLIQ |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: STANDEL JR., RICHARD R.<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3607<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3821 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $683,190.05 | Scheduled: $0.00 UNLIQ |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: MANGUM, DAVID R<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3626<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13,840.00 | |
| UNSECURED | Claimed: | $13,840.00 | Scheduled: $14,293.33 |
| TOTAL | Claimed: | $13,840.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: BURKE, ROBERT<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3700<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 457 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $333,010.14 | Scheduled: | $0.00  UNLIQ |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: RITCHIE, ROBERT FRASER<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3707<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $87,179.15 | | |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: STANDEL JR, RICHARD R<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 3821<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $734,079.07 | Scheduled: | $0.00  UNLIQ |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: EDWARDS II, CLYDE L.<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 4076<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $69,276.30 | Scheduled: | $73,824.90 |

| CRT SPECIAL INVESTMENTS LLC<br>TRANSFEROR: GRAHAM, ROBERT M<br>JOSEPH E. SARACHEK<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | Claim Number: 4272<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $702,176.55 | | |

| CT LIEN SOLUTIONS<br>PO BOX 200824<br>HOUSTON, TX 77216 | Claim Number: 518<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED          Claimed: | $350.00 | | |

| CTS ELECTRONIC COMPONENTS, INC.<br>2375 CABOT DR<br>LISLE, IL 60532-3631 | Claim Number: 998<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $8,185.00 | Scheduled: | $2,300.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CUESTA, GEORGE<br>2124 BRAMPTON CT<br>WALNUT CREEK, CA 94598 | | Claim Number: 658<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $35,387.00 | | |
| CULOTTI, PETER L.<br>44225 BRISTOW CIRCLE<br>ASHBURN, VA 20147 | | Claim Number: 256<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $58,562.50 | | |
| CULVER, JOHN K.<br>3007 BROWNSBORO VISTA DRIVE<br>LOUISVILLE, KY 40242 | | Claim Number: 277<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $38,476.14 | Scheduled: | $38,408.17 |
| CULVER, STEPHEN<br>1141 FOXFIRE ROAD<br>BARDSTOWN, KY 40004 | | Claim Number: 2939<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $41,600.00 | | |
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | | Claim Number: 5328<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $75,238.27 | Scheduled: | $0.00  UNLIQ |
| CUMBERLAND COUNTY HOSPITAL SYSTEM<br>PO BOX 788<br>FAYETTEVILLE, NC 28302 | | Claim Number: 5950<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| UNSECURED | Claimed: | $75,238.27 | | |
| CUMBERLAND COUNTY HOSPITAL SYSTEM, INC.<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | | Claim Number: 6041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $75,238.27 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| CUMBERLAND COUNTY HOSPITAL SYSTEM,INC<br>ATTN: LEGAL SERVICES<br>PO BOX 2000<br>FAYETTEVILLE, NC 28302 | Claim Number: 5327<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $75,238.27 |
| CUMMING, CARMAN DANIEL (DAN)<br>407 MISTY MEADOW DR.<br>ALLEN, TX 75013 | Claim Number: 813<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $75,246.63 |
| CUMMINGS, CHAPPELLE<br>113 SANDERS DRIVE<br>HUNTSVILLE, AL 35811 | Claim Number: 1623<br>Claim Date: 07/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $12,963.20 |
| CUMMINGS, CHAPPELLE<br>113 SANDERS DR<br>HUNTSVILLE, AL 35811 | Claim Number: 2019<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $12,963.20 |
| CUMMINGS, JOSEPH<br>35 CRYSTAL PLACE<br>LEVITTOWN, PA 19057 | Claim Number: 3786<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
| ADMINISTRATIVE | Claimed: | $18,000.00 |
| CUMMINGS, JOSEPH M<br>35 CRYSTAL PLACE<br>LEVITTOWN, PA 19057 | Claim Number: 3787<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED | Claimed: | $18,000.00 |
| CUNANAN, MARIO S<br>2659 GLEN FENTON WAY<br>SAN JOSE, CA 95148 | Claim Number: 6468<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
| PRIORITY | Claimed: | $32,936.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CURATORS OF THE UNIVERSITY OF MISSOURI<br>227 UNIVERSITY HALL<br>COLUMBIA, MO 65211 | | Claim Number: 2768<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $13,750.00 | | |
| CURLEY, DONNA<br>216 RANGEWAY ROAD # 173<br>NORTH BILLERICA, MA 01862 | | Claim Number: 3004<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $6,430.83 |
| UNSECURED | Claimed: | $48,750.91 | Scheduled: | $45,126.54 |
| CURLEY, TIM<br>1140 BAY LAUREL<br>DRIVE<br>MENLO PARK, CA 94025 | | Claim Number: 2597<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $11,859.53 | | |
| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | | Claim Number: 6044<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $2,128.60 | | |
| UNSECURED | Claimed: | $24,456.20 | Scheduled: | $29,379.56 |
| CURMON, JACQUELYN N<br>7584 SILVER VIEW LANE<br>RALEIGH, NC 27613 | | Claim Number: 6045<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| CURRLIN, GEORGE<br>37 PINE RIDGE DRIVE<br>SMITHTOWN, NY 11787 | | Claim Number: 7177<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $13,074.52 | | |
| CURTIS STRAUSS LLC<br>527 GREAT ROAD<br>LITTLETON, MA 01460-1208 | | Claim Number: 6887<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $42,067.50 | Scheduled: | $42,067.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| CURTIS, DENNIS<br>13501 E 92ND ST. N<br>OWASSO, OK 74055 | | Claim Number: 4090<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,935.08 |
| UNSECURED | Claimed: | $39,946.44 | Scheduled: | $39,704.04 |

| CUSACK, JOHN<br>211 EAST MAIN ST APT 2<br>JOHNSTOWN, NY 12095 | | Claim Number: 4029<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $322.00 | Scheduled: | $9,272.18 |

| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | | Claim Number: 6645<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| CVJETKOVIC, MAURICIO<br>19701 E COUNTRY CLUB DR #5<br>106<br>AVENTURA, FL 33180 | | Claim Number: 2802<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,073.10 | Scheduled: | $19,073.10  UNLIQ |

| CYNAMON MANAGEMENT LTD<br>11690-147 ST.<br>EDMONTON, AB T5M 1W2<br>CANADA | | Claim Number: 3366<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,425.00 | | |

| CYS STRUCTURAL ENGINEERS, INC.<br>1760 CREEKSIDE OAKS DRIVE, STE 280<br>SACRAMENTO, CA 95833 | | Claim Number: 5865<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225.00 | | |

| D SCOTT HEMINGWAY<br>HEMINGWAY & HANSEN LLP<br>BANK ONE CENTER SUITE 2500<br>DALLAS, TX 75201 | | Claim Number: 2240<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,077.68 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| D'AGOSTINO, ROSEMARY<br>18 BJORKLUND AVE<br>WORCESTER, MA 01605 | | Claim Number: 915<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $35,824.66 | | |

---

| D'AMICO, SUSAN<br>101 BIRCH GLEN CT<br>CARY, NC 27513 | | Claim Number: 4122<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | | |

---

| D'AMICO, SUSAN BETH<br>101 BIRCH GLEN CT.<br>CARY, NC 27513 | | Claim Number: 4120<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| D'AMOUR, BARRY<br>1001 KELTON COTTAGE WAY<br>MORRISVILLE, NC 27560 | | Claim Number: 2927<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340,273.83 | Scheduled: | $340,273.83 UNLIQ |

---

| D'AMOUR, BARRY L<br>1001 KELTON COTTAGE WAY<br>MORRISVILLE, NC 27560 | | Claim Number: 5330<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $484,713.94 | Scheduled: | $0.00 UNLIQ |

---

| D'SOUZA, RUSSEL<br>425 GRANT AVE.<br>APT 32<br>PALO ALTO, CA 94306 | | Claim Number: 6134<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,948.67 | | |

---

| DABIR, GEETHA<br>20590 MANOR DR<br>SARATOGA, CA 95070 | | Claim Number: 2769<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,519.54 | | |
| UNSECURED | Claimed: | $13,675.00 | Scheduled: | $1,519.54 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DABRAL, AJAY<br>7009 CLOVERHAVEN WAY<br>PLANO, TX 75074 | | Claim Number: 102<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $20,249.09 | | |
| DABRAL, AJAY<br>2600 PRESTON RD APT 402<br>PLANO, TX 75093-3502 | | Claim Number: 283<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $2,274.47 |
| UNSECURED | Claimed: | $23,624.00 | Scheduled: | $25,265.40 |
| DACA 2010L, LP<br>TRANSFEROR: FDR FORENSIC DATA RECOVERY<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 2397<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $32,394.95 | | |
| DACA 2010L, LP<br>TRANSFEROR: NEXTHOP TECHNOLOGIES INC<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 6643<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $19,675.00 | Scheduled: | $0.00  UNLIQ |
| DACA V, LLC<br>TRANSFEROR: CBL DATA RECOVERY TECH.<br>1565 HOTEL CIRCLE SOUTH, SUITE 310<br>SAN DIEGO, CA 92108 | | Claim Number: 1831<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 |
| DAGG, DAVID A. - PATENT ATTORNE<br>44 CHAPIN RD<br>NEWTON CENTRE, MA 02459 | | Claim Number: 5376<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $7,709.00 | Scheduled: | $1,500.00 |
| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UNITED KINGDOM | | Claim Number: 896<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $210,524.70 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UK | | Claim Number: 3345<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $250,000.00 | | | |

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>HAMPSTEAD GARDEN SUBURB<br>LONDON, N2ORP<br>UNITED KINGDOM | | Claim Number: 3346<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250,000.00 | Scheduled: | $0.00 | UNLIQ |

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UNITED KINGDOM | | Claim Number: 6623<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $250,000.00 | | | |

---

| DAHAN, BARUK<br>6 CHURCH MOUNT<br>LONDON, N2-0RP<br>UNITED KINGDOM | | Claim Number: 6624<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250,000.00 | | | |

---

| DAHL, STEVE A.<br>1508 EDELWEISS DR<br>ALLEN, TX 75002-4671 | | Claim Number: 1278<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $16,748.92 | | | |

---

| DAHL, STEVE A.<br>1508 EDELWEISS DR<br>ALLEN, TX 75002-4671 | | Claim Number: 1319<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $16,748.92 | | | |

---

| DAHLING, ALICIA<br>502 NE 7 AVE<br>UNIT # 1<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 7630<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT | | |
| UNSECURED | Claimed: | $4,107.68 | UNLIQ CONT | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DAIGLE, JEAN
8612 ROYTON CIRCLE
RALEIGH, NC 27613

Claim Number: 1645
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,488.82 |
|---|---|---|

DALEY, JANE E.
7717 E. SOARING EAGLE WAY
SCOTTSDALE, AZ 85266

Claim Number: 1465
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,911.01 |
|---|---|---|

DALEY, JANE E.
7717 E. SOARING EAGLE WAY
SCOTTSDALE, AZ 85266

Claim Number: 1484
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,420.82 |
|---|---|---|

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 122
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| SECURED | Claimed: | $1,824,444.38   UNLIQ |
|---|---|---|

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 507
Claim Date: 03/03/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 3814 (08/23/2010)

| SECURED | Claimed: | $304.36   UNLIQ |
|---|---|---|

DALLAS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 509
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3592 (07/14/2010)

| SECURED | Claimed: | $1,412,298.36   UNLIQ |
|---|---|---|

DALRYMPLE, NEIL
4208 ANGELICO LANE
ROUND ROCK, TX 78681

Claim Number: 7536
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,405.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DALTON, JENNIFER<br>7270 MAXWELL RD<br>SODUS, NY 14551-9352 | | Claim Number: 3737<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $10,800.00 | | |
| DALTON, JENNIFER<br>7270 MAXWELL RD.<br>SODUS, NY 14551 | | Claim Number: 3738<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,800.00 | | |
| DALTON-LAY, ANDREA LYNETTE<br>3275 WOOD BRANCH DR.<br>ALPHARETTA, GA 30004 | | Claim Number: 7935<br>Claim Date: 09/09/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,600.00 | | |
| DANE, EUGENE<br>1505 ELM ST<br>#1101<br>DALLAS, TX 75201 | | Claim Number: 6220<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $75,073.58 | | |
| DANE, EUGENE<br>1505 ELM ST<br>#1101<br>DALLAS, TX 75201 | | Claim Number: 6221<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $75,073.58 | | |
| DANFORTH, JEFFREY<br>25132 FORTITUDE TER<br>CHANTILLY, VA 02152-6052 | | Claim Number: 1438<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $48,719.27 | Scheduled: | $38,848.23 |
| DANFORTH, JEFFREY H<br>25132 FORTITUDE TER<br>CHANTILLY, VA 20152-6052 | | Claim Number: 4036<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $48,719.27 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DANG, HUNG
1410 NORMANDY LANE
ALLEN, TX 75002

Claim Number: 2369
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | Scheduled: | $2,324.06 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $31,555.74 | Scheduled: | $33,069.30 |

---

DANIEL, BOBBY
2045 ENGLEWOOD DR.
APEX, NC 27539

Claim Number: 224
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $3,994.72 |
|---|---|---|
| UNSECURED | Claimed: | $60,888.64 |

---

DANIEL, DAVID D.
11928 SINGING BROOK RD.
FRISCO, TX 75081

Claim Number: 7898
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,018.84 |
|---|---|---|

---

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 27
Claim Date: 01/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $44,700.24 |
|---|---|---|

---

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 4823
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $86,247.58 |
|---|---|---|

---

DANIEL, RICHARD
P.O. BOX 4276
CARY, NC 27519

Claim Number: 7609
Claim Date: 02/22/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $88,949.95 |
|---|---|---|

---

DANIEL, RICHARD A.
P.O. BOX 4276
CARY, NC 27519

Claim Number: 31
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,017.48 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DANIELS, TANYA
2676 BERMAN ROAD
NORTH AURORA, IL 60542

Claim Number: 2820
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

DANIELS, TANYA
2676 BERMAN ROAD
NORTH AURORA, IL 60542

Claim Number: 2821
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

DAO, TUYEN
6545 WESTWAY DR
THE COLONY, TX 75056

Claim Number: 4372
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $20,032.22 |
|---|---|---|

DAO, TUYEN
6545 WESTWAY DRIVE
THE COLONY, TX 75056

Claim Number: 4373
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $46,586.56 |
|---|---|---|

DAO, TUYEN T.
6545 WESTWAY DR
THE COLONY, TX 75056

Claim Number: 4133
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| UNSECURED | Claimed: | $46,586.56 |
|---|---|---|

DAO, TUYEN T.
6545 WESTWAY DR
THE COLONY, TX 75056

Claim Number: 4348
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $20,032.22 |
|---|---|---|

DAO, TUYEN T.
6545 WESTWAY DR
THE COLONY, TX 75056

Claim Number: 4349
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $46,586.56 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DARDEN, JERI D<br>525 OAK RUN DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 5971<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $55,255.78 | | |
| DARDEN, KAREN<br>2705 RIDGEVIEW LN<br>GARLAND, TX 75044 | | Claim Number: 119<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $20,977.44 | | |
| DARTE, SUZANNE<br>3613 DOWNING CIR<br>DEER PARK, TX 77536 | | Claim Number: 2531<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,495.36 | | |
| DAS, DEEPANKAR<br>103 SERENA CT<br>MOUNTAIN VIEW, CA 94043 | | Claim Number: 6963<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $57,300.00 | | |
| DAS, JAYA V<br>11712 BROADFIELD CT.<br>RALEIGH, NC 27617 | | Claim Number: 7725<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $20,002.51 | | |
| DAS, PRABIR<br>6307 WIND RIDER WAY<br>COLUMBIA, MD 21045 | | Claim Number: 4366<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| UNSECURED<br>TOTAL | Claimed:<br>Claimed: | $195,571.50<br>$133,287.04 | Scheduled: | $133,287.04  UNLIQ |
| DAS, PRABIR<br>6307 WIND RIDER WAY<br>COLUMBIA, MD 21045 | | Claim Number: 4367<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $195,571.50 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DASILVA, MARIA IZABEL<br>200 LESLIE DR APT 601<br>HALLANDALE, FL 33009 | | Claim Number: 4019<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $5,463.81   UNLIQ |
| DASSANI, JAGDISH D.<br>5317 WOOD VALLEY DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 144<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $154,398.12 |
| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | | Claim Number: 900<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $30,000.00 |
| DATA CONNECTION LTD<br>BROOKER, D<br>100 CHURCH ST.<br>ENFIELD, EN2 6BQ<br>UNITED KINGDOM | | Claim Number: 902<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $11,250.00 |
| DATA GROUP OF COMPANIES<br>F/ K/ A RELIZON, INC.<br>80 AMBASSADOR DRIVE<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | | Claim Number: 4346<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $3,602.22 |
| DATA GROUP OF COMPANIES, THE<br>9195 TORBRAM ROAD<br>BRAMPTON, ON L6S 6H2<br>CANADA | | Claim Number: 4347<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,339.84 | Scheduled: | $1,339.84 |
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | | Claim Number: 4387<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $3,602.22 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DATA GROUP OF COMPANIES, THE<br>80 AMBASSADOR DR<br>MISSISSAUGA, ON L5T 2Y9<br>CANADA | | Claim Number: 4388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $1,339.84 |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | | Claim Number: 172<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $9,687.50 |
| DATA-COM TELECOMMUNICATIONS<br>354 ROUTE 206 SOUTH<br>FLANDERS, NJ 07836 | | Claim Number: 1456<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $9,687.50 |
| DATAMONITOR<br>245 FIFTH AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 2986<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $47,000.00 |
| DATTATREYA, MOHAN<br>1569 BLACKHAWK DR<br>SUNNYVALE, CA 94087 | | Claim Number: 1362<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $60,898.03 |
| DATTATREYA, MOHAN<br>1569 BLACKHAWK DR<br>SUNNYVALE, CA 94087 | | Claim Number: 1364<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $46,153.80 |
| DATTILO JR., AUGUST V.<br>3111 AMBERCREST LOOP<br>JEFFERSONVILLE, IN 47130 | | Claim Number: 2963<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,986.78 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DATTILO, AUGUST V., JR.
3111 AMBERCREST LOOP
JEFFERSONVILLE, IN 47130

Claim Number: 651
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $19,986.77 |
|---|---|---|

---

DAUTENHAHN, DAVID
13913 HAYES
OVERLAND PARK, KS 66221

Claim Number: 665
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $780,116.59 |
|---|---|---|

---

DAUTENHAHN, DAVID
13913 HAYES
OVERLAND PARK, KS 66221

Claim Number: 7229
Claim Date: 04/23/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $457,676.48   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $322,440.11   UNLIQ |

---

DAVID, DANIEL
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

Claim Number: 8299
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #3052

| UNSECURED | Claimed: | $15,191.57 |
|---|---|---|

---

DAVID, DANIEL
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

Claim Number: 8300
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #3052

| UNSECURED | Claimed: | $276,322.30 |
|---|---|---|

---

DAVID, DANIEL
2105 POSSUM TROT RD
WAKE FOREST, NC 27587

Claim Number: 8301
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #3052

| UNSECURED | Claimed: | $9,690.41 |
|---|---|---|

---

DAVID, DANIEL D.
2105 POSSUM TROT RD.
WAKE FOREST, NC 27587

Claim Number: 3052
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8299

| UNSECURED | Claimed: | $382,679.61   UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DAVIES, GORDON ALLAN
1039 CEDAR ROAD BLVD
OAKVILLE, ON L6J 2C2
CANADA

Claim Number: 6286
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DAVIES, J.D.M
942 BEST CIRCLE
NEW MARKET, ON L3X 2K9
CANADA

Claim Number: 4744
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $93,199.08 | Scheduled: | $93,199.08 UNLIQ |
|---|---|---|---|---|

---

DAVIES, J.D.M
942 BEST CIRCLE
NEW MARKET, ON L3X 2K9
CANADA

Claim Number: 4745
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $547,290.30 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

DAVILA, PRISCILLA C.
2302 TUCKER ROAD
HARLINGEN, TX 78552

Claim Number: 7524
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,076.93 |
|---|---|---|

---

DAVIS, ANDREA
7003 CHARDONAY CT
SMYRNA, TN 37167

Claim Number: 7577
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $5,455.05   UNLIQ CONT |

---

DAVIS, BRIAN P
101 ATLANTIC AVE
SPRING LAKE, NJ 07762

Claim Number: 4843
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,413,331.43 |
|---|---|---|

---

DAVIS, JAMES
1213 BALMIRAL DR
CARY, NC 27511

Claim Number: 4763
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $28,486.14 | Scheduled: | $31,769.80 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DAVIS, JAMES F.<br>1213 BALMORAL DRIVE<br>CARY, NC 27511 | | Claim Number: 445<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,872.77 | | |
| UNSECURED | Claimed: | $28,486.16 | | |

| DAVIS, JOYCE G.<br>501 ORCHID LIGHTS CT<br>GRIFFIN, GA 30223-7264 | | Claim Number: 53<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,895.19 |
| UNSECURED | Claimed: | $26,231.34 | Scheduled: | $37,225.57 |

| DAVIS, LORRAINE D.<br>4637 HOLLY BROOK DR.<br>APEX, NC 27539 | | Claim Number: 7575<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $2,425.00 | | |
| UNSECURED | Claimed: | $48,886.34 | | |
| TOTAL | Claimed: | $48,886.34 | | |

| DAVIS, MARK<br>4760 HAMPTONS DR<br>ALPHARETTA, GA 30004 | | Claim Number: 5497<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $649.61   UNLIQ CONT | | |
| UNSECURED | | | Scheduled: | $649.61  UNLIQ |

| DAVIS, MARK<br>4760 HAMPTONS DR<br>ALPHARETTA, GA 30004 | | Claim Number: 6720<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $56,720.19 | | |

| DAVIS, MARK A.<br>4760 HAMPTONS DR<br>ALPHARETTA, GA 30004 | | Claim Number: 875<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $67,670.19 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DAVIS, MARK A.
4760 HAMPTONS DR
ALPHARETTA, GA 30004

Claim Number: 5498
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 875

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $56,720.19 | |

---

DAVIS, PATRICK
4010 EAST CHAPEL HILL- NELSON HWY.
RESEARCH TRIANGLE PARK, NC 27709

Claim Number: 3869
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92,606.28 | Scheduled: | $78,383.83  UNLIQ |

---

DAVIS, RAYMOND A.
15 SKYLARK COURT
NEW BRITAIN, CT 06053

Claim Number: 1368
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $106,500.00 | |

---

DAVIS, ROBERT
1032 FEDERAL HOUSE AVE
WAKE FOREST, NC 24587

Claim Number: 1700
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $82,024.00 | |

---

DAVIS, ROBERT
1032 FEDERAL HOUSE AVE
WAKE FOREST, NC 24587

Claim Number: 1701
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $82,024.00 | |

---

DAVISON, JANE C
138 STELLA CT.
MORRISVILLE, NC 27560

Claim Number: 7317
Claim Date: 06/29/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $72,514.00   UNLIQ CONT | |

---

DAVISON, PIERRE
PO BOX 7687
CHARLESTON, WV 25356

Claim Number: 2040
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,000.00 | Scheduled: | $2,772.23 |
| UNSECURED | | | Scheduled: | $7,239.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4794
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7513

| PRIORITY | Claimed: | $32,586.55 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,586.55  UNLIQ |

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 4795
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLE DUPLICATE OF 7514

| UNSECURED | Claimed: | $195,866.90 | Scheduled: | $192,545.43  UNLIQ |
|---|---|---|---|---|

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 7513
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 4794

| PRIORITY | Claimed: | $39,422.50 |
|---|---|---|

---

DAVY, ERRINGTON
1501 NW 108 AVE APT 329
PLANTATION, FL 33322

Claim Number: 7514
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 4795

| PRIORITY | Claimed: | $308,841.17 |
|---|---|---|

---

DAVY, ERRINGTON TONY
1501 NW 108TH AVE, APT 329
PLANTATION, FL 33322

Claim Number: 7268
Claim Date: 05/27/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,756.17 |
|---|---|---|

---

DAWBER, CHRISTOPHER
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3536
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,494.22 |

---

DAWDA, KIRIT D
173 FAIRMEADOW WAY
MILPITAS, CA 95035

Claim Number: 5048
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,165.08 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DAWES, CLIFFORD<br>251 ENCHANTED CT<br>GRAND PRAIRIE, TX 75050 | | Claim Number: 6695<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,977.88 | | |

| DAY, BEVERLY S.<br>54 FLAT RIVER CHURCH RD.<br>ROXBORO, NC 27574 | | Claim Number: 3115<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,553.80 | | |
| UNSECURED | Claimed: | $22,987.76 | Scheduled: | $32,690.75 |

| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | | Claim Number: 7854<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8280 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $347,801.84   UNLIQ | | |

| DAY, MARILYN<br>2020 FOX GLEN DR.<br>ALLEN, TX 75013 | | Claim Number: 8280<br>Claim Date: 05/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7854 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $347,801.84 | | |

| DAY, MEGHAN<br>847 BRYAN STREET<br>RALEIGH, NC 27605 | | Claim Number: 6224<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $94,714.50 | | |

| DAYTIMER<br>CUSTOMER SERVICE DEPARTMENT<br>ETOBICOKE, ON M9W 7J3<br>CANADA | | Claim Number: 2043<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $764.62 | | |

| DC TECHNOLOGY, INC.<br>PO BOX 240994<br>CHARLOTTE, NC 28224 | | Claim Number: 106<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,671.18 | Scheduled: | $37,457.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DE ALMEIDA, HYACINTH G. | Claim Number: 7703 |
| 1428 WESTMONT DR | Claim Date: 04/14/2011 |
| ALLEN, TX 75013 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $102,699.00 |

---

| DE ALMEIDA, HYACINTH G. | Claim Number: 7704 |
| 1428 WESTMONT DR | Claim Date: 04/14/2011 |
| ALLEN, TX 75013 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $300,000.00   UNLIQ |

---

| DE LOS ANGELES | Claim Number: 3169 |
| 867 BLOSSOM DR | Claim Date: 09/19/2009 |
| SANTA CLARA, CA 95050 | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| DE LOS ANGELES, SALVADOR | Claim Number: 2521 |
| 867 BLOSSOM DRIVE | Claim Date: 08/19/2009 |
| SANTA CLARA, CA 95050 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $3,400.00 |

---

| DE QUEVEDO VALENCIA, CARLOS G | Claim Number: 5914 |
| AV AMERICAS 1297 - 4 PISO | Claim Date: 10/02/2009 |
| GUADALAJARA | Debtor: NORTEL NETWORKS INC. |
| JALISCO, CP44630 | Comments: EXPUNGED |
| MEXICO | DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| DE QUEVEDO VALENCIA, RICARDO G | Claim Number: 5915 |
| AV AMERICAS 1297 PISO 4 | Claim Date: 10/02/2009 |
| GUADALAJARA JALISCO, | Debtor: NORTEL NETWORKS INC. |
| MEXICO | Comments: EXPUNGED |
| | DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| DE SPAIN, JOHN P | Claim Number: 2765 |
| 2930 ADAMS ST | Claim Date: 09/08/2009 |
| LA CRESCENTA, CA 91214 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7432 (03/22/2012) |

| UNSECURED | Claimed: | $6,566.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7663<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7670<br>Amends claim 7670 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $107,942.00 |

---

| DEALMEIDA, HYACINTH<br>1428 WESTMONT DR<br>ALLEN, TX 75013 | | Claim Number: 7670<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 0 |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |

---

| DEALTO, ANDREA C.<br>9100 GRASSINGTON WAY<br>RALEIGH, NC 27615 | | Claim Number: 7681<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,550.00 |

---

| DEAN JR., JOHN L.<br>12 ACORN ST<br>CUMBERLAND, RI 02864 | | Claim Number: 6035<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,560.97 |

---

| DEAN, BILL<br>9090 BARON WAY<br>SALINE, MI 48176 | | Claim Number: 2608<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| DEAN, JACKIE S.<br>1510 NORTHSIDE ROAD<br>CREEDMOOR, NC 27522 | | Claim Number: 7790<br>Claim Date: 06/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $31,694.40 |

---

| DEAN, JACKIE S.<br>1510 NORTHSIDE ROAD<br>CREEDMOOR, NC 27522 | | Claim Number: 7879<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,779.45 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DEAN, NAJAM U
6 AUGUSTA DR
MILLBURY, MA 01527

Claim Number: 8212
Claim Date: 03/12/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7848

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $672,859.57   UNLIQ | |

---

DEAN, NAJAM U.
6 AUGUSTA DR
MILLBURY, MA 01527

Claim Number: 7468
Claim Date: 10/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7848

| | | |
|---|---|---|
| UNSECURED | Claimed: | $617,534.00 |

---

DEAN, NAJAM U.
6 AUGUSTA DR
MILLBURY, MA 01527

Claim Number: 7848
Claim Date: 07/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8212
Amends claim 7468

| | | |
|---|---|---|
| UNSECURED | Claimed: | $605,437.05 |

---

DEAN, WILLIAM
6516 ELKHURST DRIVE
PLANO, TX 75023

Claim Number: 3015
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,859.92 |

---

DEAN, WILLIAM L
9090 BARON WAY
SALINE, MI 48176

Claim Number: 2607
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

DEAR, ARTHUR
109 DONNA PLACE
CARY, NC 27513

Claim Number: 4285
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,715.60 | Scheduled: | $2,248.81 |
| UNSECURED | Claimed: | $50,325.81 | Scheduled: | $51,971.52 |

---

DEBOER, DONALD
1701 LANDON LN
MCKINNEY, TX 75071-7662

Claim Number: 3113
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,889.16 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DEBON, PASCAL
12, RUE DES POISSONNIERS
NEUILLY-SUR-SEINE, 92200
FRANCE

Claim Number: 8126
Claim Date: 12/27/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,255,279.14 |
|---|---|---|

---

DEBORD, DENNIS
13000 BELLFORD CT
RALEIGH, NC 27614

Claim Number: 2868
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $60,000.00 |
|---|---|---|

---

DEBOURG-BROWN, DEBORAH J.
2110 BUCK QUARTER FARM RD
HILLSBOROUGH, NC 27278

Claim Number: 7449
Claim Date: 10/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8016

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DEBOURG-BROWN, DEBORAH J.
2110 BUCK QUARTER FARM RD
HILLSBOROUGH, NC 27278

Claim Number: 8016
Claim Date: 10/04/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7449

| UNSECURED | Claimed: | $32,602.00 |
|---|---|---|

---

DEBOURG-BROWN, DEBORAH J.
2110 BUCK QUARTER FARM RD
HILLSBOROUGH, NC 27278

Claim Number: 8224
Claim Date: 03/20/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7449

| UNSECURED | Claimed: | $34,520.00 |
|---|---|---|

---

DEBRUN, THOMAS E
516 PARISHGATE CIR
FUQUAY-VARINA, NC 27526

Claim Number: 3619
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $129,717.73 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

DEBT ACQUISITION COMPANY OF AMERICA V
TRANSFEROR: CRITICAL POWER RESOURCE LLC
ATTN: ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

Claim Number: 3457
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $495.16 | Scheduled: | $495.16 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DECKER, JAMES D III<br>2332 INVERNESS CIRCLE<br>JAMISON, PA 18929 | Claim Number: 42<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $192,684.78 | | |
|---|---|---|---|---|

| DECKER, STEVEN<br>6608 MISSION RIDGE<br>MCKINNEY, TX 75071 | Claim Number: 7196<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,427.97 | | |
|---|---|---|---|---|

| DEES COMMUNICATIONS CORPORATION<br>1800 NE 44TH ST STE 240<br>RENTON, WA 98056-1697 | Claim Number: 781<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $5,972.80 | Scheduled: | $5,972.80 |
|---|---|---|---|---|

| DEFINA, PAUL<br>126 ALLISON WAY<br>CARY, NC 27511 | Claim Number: 1107<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $13,000.00 | | |
|---|---|---|---|---|

| DEFRANCO, SUZETTE<br>1414 AINSWORTH BLVD<br>HILLSBOROUGH, NC 27278 | Claim Number: 3214<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $28,188.49 | | |
|---|---|---|---|---|

| DEGRAND JOHN & SON INC<br>P.O. BOX 16609<br>WEST HAVEN, CT 06516 | Claim Number: 1751<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $380.00 | | |
|---|---|---|---|---|

| DEJONGH, JOHN P.<br>30014 VILLAGE PARK DRIVE<br>CHAPEL HILL, NC 27517 | Claim Number: 5540<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $424,136.41 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN 38017 | | Claim Number: 3651<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,727.47 | Scheduled: | $0.00  UNLIQ |

| DEL PRIORE, ROBERT P<br>10110 AVENT RIDGE DR.<br>COLLIERVILLE, TN 38017 | | Claim Number: 3652<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $87,727.47 | |

| DELAURENTIS, LORRAINE<br>7317 ANGEL FIRE DRIVE<br>PLANO, TX 75025 | | Claim Number: 711<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $31,194.31 | |

| DELBRIDGE, ANNETTE<br>7729 KENSINGTON MANOR LANE<br>WAKE FOREST, NC 27587 | | Claim Number: 5872<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $108,000.00 | |

| DELCAMP, LISA<br>6 MORNING DOVE CT.<br>CLAYTON, NC 27520 | | Claim Number: 8002<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $8,504.50 | |

| DELISSIO, ANTHONY<br>15 GRACE DRIVE<br>OLD BRIDGE, NJ 08857 | | Claim Number: 4023<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,807.12 | |

| DELISSIO, ANTHONY<br>15 GRACE DRIVE<br>OLD BRIDGE, NJ 08857 | | Claim Number: 4024<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,807.12 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DELL CANADA, INC
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 190
Claim Date: 01/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $477.66 | | |
| UNSECURED | Claimed: | $111,693.75 | | |

---

DELL MARKETING, L.P.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166

Claim Number: 834
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,343.17 | | |
| UNSECURED | Claimed: | $89,950.53 | | |

---

DELL MARKETING, L.P.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166

Claim Number: 899
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,343.17 | | |
| UNSECURED | Claimed: | $89,950.53 | | |

---

DELL MARKETING, L.P.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166

Claim Number: 1583
Claim Date: 07/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,684.54 | | |
| UNSECURED | Claimed: | $86,874.35 | | |

---

DELLER, JILL J.
2303 LAKESIDE DRIVE
ARLINGTON, TX 76013

Claim Number: 260
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,674.00 | Scheduled: | $7,072.27 |
| SECURED | Claimed: | $44,594.00 | | |
| UNSECURED | | | Scheduled: | $55,948.18 |
| TOTAL | Claimed: | $44,594.00 | | |

---

DELOITTE & TOUCHE LLP
2200 ROSS AVE., SUITE 1600
DALLAS, TX 75201

Claim Number: 975
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 1793 (10/30/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,478.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DELORENZI, ALBERT
31 VANSICKLE ROAD
ST. CATHARINES, ON L2S 4C2
CANADA

Claim Number: 5913
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $614,141.68 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

DELTA ENERGY SYSTEMS (SWEDEN) AB
BOX 3096
VAXJO, SE-350 33
SWEDEN

Claim Number: 1434
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $6,136.00 |
|---|---|---|

DELTA NETWORKS INC.
DELTA PRODUCTS CORP. FREMONT OFFICE
YAO CHOU/SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

Claim Number: 1035
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $5,227.28 |
|---|---|---|

DELTA NETWORKS INC.
DELTA PRODUCTS CORP. FREMONT OFFICE
YAO CHOU/SENIOR VICE PRESIDENT
4405 CUSHING PARKWAY
FREMONT, CA 94538

Claim Number: 1065
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $5,227.28 |
|---|---|---|

DELTA NETWORKS INTERNATIONAL LTD-MACAO
COMMERCIAL OFFSHORE - VICTOR CHENG/PRES.
FLAT Q, 17/F., EDIFICIO CENTRO COM.
CHENG FENG, 336-342 ALAMEDA DR.
CARLOS D'ASSUMPCAO,
MACAO

Claim Number: 269
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,512.40 |
|---|---|---|

DELTA NETWORKS, INC.
VICTOR CHENG / PRESIDENT
186 RUEY KUANG ROAD
NEIHU
TAIPEI, 11491
TAIWAN, R.O.C.

Claim Number: 270
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,993.76 |
|---|---|---|

DELTA PRODUCTS CORP
4405 CUSHING PARKWAY
FREMONT, CA 94538-6475

Claim Number: 5457
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $21,680.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DELTA PRODUCTS CORP<br>ATTN: CHARLENE TING<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | | Claim Number: 5458<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| --- | --- | --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $21,680.00 | | |

---

| DELTA PRODUCTS CORP.<br>4405 CUSHING PARKWAY<br>FREMONT, CA 94538 | | Claim Number: 1057<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $21,680.00 | | |

---

| DELTRAP, CHRISTINE<br>3274 W SHADOWLAWN AVE NE<br>ATLANTA, GA 30305 | | Claim Number: 851<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $135,652.41 | | |

---

| DELTRAP, CHRISTINE<br>3274 W SHADOWLAWN AVE NE<br>ATLANTA, GA 30305 | | Claim Number: 7905<br>Claim Date: 08/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| --- | --- | --- | --- | --- |
| PRIORITY<br>UNSECURED | Claimed: | $135,652.41 | Scheduled: | $48,234.86 |

---

| DELUCCA, JAMES<br>7700 SWEETGATE LN<br>DENTON, TX 76208-7631 | | Claim Number: 4037<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| --- | --- | --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $26,289.31 | | |

---

| DELUCCA, JAMES<br>7700 SWEETGATE LANE<br>DENTON, TX 76208 | | Claim Number: 4044<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| --- | --- | --- | --- | --- |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,289.31 | | |

---

| DELZER, MARCI<br>5016 VILLAGE LAWN DR<br>RALEIGH, NC 27613 | | Claim Number: 7470<br>Claim Date: 10/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT | |
| UNSECURED | Claimed: | $26,550.00 | UNLIQ CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DEMANTY, JOY<br>428 AVENIDA ABETOS<br>SAN JOSE, CA 95123 | | Claim Number: 1712<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $46,689.32 | | |

| DEMANTY, JOY<br>428 AVENIDA ABETOS<br>SAN JOSE, CA 95123 | | Claim Number: 1713<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,689.32 | | |

| DEMARTINO, FAYE<br>257 AVOCA AVE<br>MASSAPEQUA PARK, NY 11762 | | Claim Number: 7216<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $36,617.75 | | |

| DEMEL, ERNEST<br>SOUTH BROOKLYN LEGAL SERVICES<br>ATTN: GARY STONE<br>105 COURT STREET, 3RD FLOOR<br>BROOKLYN, NY 11201 | | Claim Number: 4643<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4160 (10/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,924,557.70 | | |

| DEMIREKLER, LEVENT<br>12304 WAKE FOREST RD<br>CLARKSVILLE, MD 21029-1540 | | Claim Number: 6785<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,200.00   UNLIQ | | |

| DEMOTSES, KAREN<br>95 SUMMER STREET<br>NORTH ANDOVER, MA 01845 | | Claim Number: 7920<br>Claim Date: 08/26/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,447.90 | | |

| DEMPSEY, TIMOTHY F.<br>135 BRADY STREET<br>CHARLESTON, SC 29492 | | Claim Number: 3521<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $153,599.59 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DENAPOLI, DAVID
2140 WHITE BIRCH DR
YORKTOWN HEIGHTS, NY 10598

Claim Number: 6302
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $1,862.00 |
| --- | --- | --- |

DENAPOLI, DAVID W.
2140 WHITE BIRCH DR
YORKTOWN HEIGHT, NY 10598

Claim Number: 6301
Claim Date: 12/18/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $1,862.00 |
| --- | --- | --- |

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 361
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $117,879.12 |
| --- | --- | --- |

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1961
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $101,041.28 | Scheduled: | $101,041.28 |
| --- | --- | --- | --- | --- |

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1962
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $18,114.86  UNLIQ |
| --- | --- | --- | --- | --- |

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1963
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $101,041.28 |
| --- | --- | --- |

DENEEN, JEFFREY
7514 KINGS MOUNTAIN RD
VESTAVIA HLS, AL 35242-2593

Claim Number: 1964
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

---

| ADMINISTRATIVE | Claimed: | $18,114.86 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DENG, HUI<br>1820 RICE CT.<br>ALLEN, TX 75013 | | Claim Number: 351<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $11,021.89 | | |
| DENG, HUI<br>1820 RICE CT.<br>ALLEN, TX 75013 | | Claim Number: 8168<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $11,021.89 | Scheduled: | $11,021.89 |
| DENNING, GRADY WAYNE<br>6 CROSSWINDS ESTATES DRIVE<br>PITTSBORO, NC 27312 | | Claim Number: 2437<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $58,750.72 | Scheduled: | $59,091.27 |
| DENNING, LINDA<br>6 CROSSWINDS EST DR<br>PITTSBORO, NC 27312 | | Claim Number: 4647<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $74,034.84 | | |
| DENNIS, GREGORY<br>435 BEACH 64TH STREET<br>ARVERNE, NY 11692 | | Claim Number: 3583<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,615.38 | | |
| DENNIS, LOUISE<br>13927 E QUAIL TRACK RD<br>SCOTTSDALE, AZ 85262 | | Claim Number: 6693<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$38,150.78 | | |
| DENNIS, LOUISE<br>13927 E QUAIL TRACK RD<br>SCOTTSDALE, AZ 85262 | | Claim Number: 7827<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$38,150.78 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| DENT, ANDREW<br>5033 NW 121 DR<br>CORAL SPRINGS, FL 33076 | | Claim Number: 7355<br>Claim Date: 07/26/2010<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $85,334.51 |
|---|---|---|

| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 751<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $1,386.96 |
|---|---|---|
| UNSECURED | Claimed: | $22,788.67 |

| DEPARTMENT OF REVENUE<br>STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 752<br>Claim Date: 03/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
|---|---|---|

| PRIORITY | Claimed: | $1,135.34 |
|---|---|---|
| UNSECURED | Claimed: | $2,948.12 |

| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 720<br>Claim Date: 03/27/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN |
|---|---|---|

| PRIORITY | Claimed: | $2,192.81 |
|---|---|---|
| UNSECURED | Claimed: | $9.57 |

| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 250<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) |
|---|---|---|

| PRIORITY | Claimed: | $15,032,552.67   UNDET |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00   UNDET |

| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 252<br>Claim Date: 02/13/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN |
|---|---|---|

| PRIORITY | Claimed: | $208,028.10 |
|---|---|---|

| DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 266<br>Claim Date: 02/13/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN |
|---|---|---|

| PRIORITY | Claimed: | $127,745.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1226<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,000.00 | | |
| UNSECURED | Claimed: | $136,918.00 | | |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1227<br>Claim Date: 05/22/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 1935<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2322 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,967,386,218.82 | | |
| UNSECURED | Claimed: | $49,264,612.00 | | |

| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 6142<br>Claim Date: 11/19/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | | |

| DEPEW, BRUCE<br>516 NANTAHALA DR<br>DURHAM, NC 27713 | | Claim Number: 2633<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,051.10 | | |
| UNSECURED | Claimed: | $20,591.95 | | |

| DEPEW, BRUCE<br>516 NANTAHALA DR<br>DURHAM, NC 27713 | | Claim Number: 8146<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,693.05 | Scheduled: | $28,502.79 |

| DEPRIEST, PATRICIA<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6657<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,960.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DEPRIEST, PATRICIA<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6659<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,960.00 | | |

---

| DEPRIEST, PATRICIA G<br>5210 ECHO RIDGE RD<br>RALEIGH, NC 27612 | | Claim Number: 5991<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $19,272.00 | | |

---

| DEPRIEST, PATRICIA G<br>5210 ECHO RIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 6658<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,960.00 | | |

---

| DEROSA, JOSEPH<br>10 PACER COURT<br>GOSHEN, NY 10924 | | Claim Number: 878<br>Claim Date: 04/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,101.69 | | |

---

| DEROSAS, RAMON<br>146 TRAINCROFT NW<br>MEDFORD, MA 02155 | | Claim Number: 996<br>Claim Date: 04/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,601.40 | | |

---

| DERRY, LEE<br>1144 GILBERT<br>DOWNERS GROVE, IL 60515 | | Claim Number: 3904<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,779.85 | | |

---

| DERRY, LEE<br>1144 GILBERT<br>DOWNERS GROVE, IL 60515 | | Claim Number: 3905<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,779.85 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DERSE, INC.<br>3800 W. CANAL STREET<br>MILWAUKEE, WI 53208 | | Claim Number: 1102<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $43,574.57 |
| DESCA COLOMBIA SA<br>CARRERA 7 NO  71 52<br>TORRE B PISO 11<br>BOGOTA,<br>COLUMBIA | | Claim Number: 5511<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| SECURED | Claimed: | $135,124.29 |
| UNSECURED | Claimed: | $13,173.52 |
| DESCHASTRES, TERRY E<br>24810 MOUNT AUBURN DR<br>KATY, TX 77494-6829 | | Claim Number: 2325<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $0.00   UNDET |
| DESERT PALACE, INC., DBA CAESAR'S PALACE<br>HOTEL & CASINO<br>ROBERT G. AISENSTEIN, ESQ.<br>2114 FOUNTAIN SPRINGS DRIVE<br>HENDERSON, NV 89074 | | Claim Number: 6893<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $155,533.06 |
| DESHPANDE, VYENKATESH<br>3220 FOXBORO PLACE<br>SAN JOSE, CA 95135 | | Claim Number: 1540<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $41,617.00 |
| DESHPANDE, VYENKATESH<br>3220 FOXBORO PLACE<br>SAN JOSE, CA 95135 | | Claim Number: 4209<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $38,978.00 |
| DESOUSA, SALLY<br>5517 NETHERBY CT.<br>RALEIGH, NC 27613 | | Claim Number: 7367<br>Claim Date: 07/30/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $81,468.58 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DETMER, KEVIN
175 WALTON STREET
FITCHBURG, MA 01420

Claim Number: 7713
Claim Date: 04/19/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,163.08 |

---

DEUTSCHE BANK SECURITIES INC.
TRANSFEROR: INTL BUSINESS MACHINES CORP
ATTN: JEFFREY OLINSKY
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Claim Number: 7897
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6977 (12/14/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $30,005,119.45 |

---

DEUTSCHE BANK SECURITIES, INC.
TRANSFEROR: WIPRO LIMITED
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Claim Number: 5333
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,089,788.00 |

---

DEVELOPMENT DIMIENSIONS INTN'L INC.
367 MORGANZA ROAD
CANONSBURG, PA 15317

Claim Number: 1117
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,002.50 |

---

DEVINCENTIS, CARL
53 CINDY LANE
ROWLEY, MA 01969

Claim Number: 2509
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $58,080.44 |

---

DEVLIN, TERENCE
790 REGISTRY LANE
ATLANTA, GA 30342

Claim Number: 3429
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,573.95 |

---

DEWART, JOHN
17 BYRSONIMA CT
SOUTH
HOMOSASSA, FL 34446

Claim Number: 3210
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $507,285.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DHOKIA, ANILA
10613 RIVER FOREST DRIVE
RALEIGH, NC 27614

Claim Number: 4607
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $56,748.42 |

DHOKIA, ANILA
10613 RIVER FOREST DR
RALEIGH, NC 27614

Claim Number: 8043
Claim Date: 11/10/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT |
| UNSECURED | Claimed: | $69,675.00  UNLIQ CONT |

DHONDT, LUC
GROENSTRAAT 11
9820 MERELBEKE,
BELGIUM

Claim Number: 1331
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,858.71 |

DHONDT, LUC
GROENSTRAAT 11
9820 MERELBEKE,
BELGIUM

Claim Number: 5932
Claim Date: 10/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $61,538.10 |

DIAMOND, JEFF
6517 25TH AVE NE, UNIT #D
SEATTLE, WA 98115

Claim Number: 5424
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,910.35 |

DIASHYN, PETER
3167 DALLAS CT
SANTA CLARA, CA 95051

Claim Number: 6087
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,128.00 |

DIBLER, TONY
9001 E 77TH ST. SOUTH
TULSA, OK 74133

Claim Number: 8039
Claim Date: 11/03/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,041.82 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA 01830 | | Claim Number: 3185<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $80,632.00 | | |

| DIBURRO, LAWRENCE<br>9 GLENWOOD CIRCLE<br>HAVERHILL, MA 01830 | | Claim Number: 3186<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,632.00 | Scheduled: | $61,509.18 UNLIQ |

| DICAPRIO, ANGELA<br>1305 TRELLIS PLACE<br>ALPHARETTA, GA 30004 | | Claim Number: 3881<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,484.82 | |

| DICKENS, THOMAS MD<br>2612 BENGAL LANE<br>PLANO, TX 75023 | | Claim Number: 4211<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00   UNLIQ | |

| DICKERSON JR, PAUL<br>2015 DIMMOCK'S MILL<br>HILLSBOROUGH, NC 27278 | | Claim Number: 6319<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $53,999.92 | |

| DICKSON, DAVID E.<br>19 COUNTRY LANE<br>ARUNDEL, ME 04046 | | Claim Number: 1380<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,653.84 | |

| DIEP, KHANH<br>3088 GREENFIELD DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1307<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,846.15 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DIEP, KHANH<br>3088 GREENFIELD DR<br>RICHARDSON, TX 75082 | Claim Number: 5869<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $39,846.15 | |
| DIETZ, JEFFREY B.<br>10 ORCHARD PARK DRIVE<br>READING, MA 01867 | Claim Number: 1541<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $24,653.50 | |
| DIEU, CHUNG T<br>7301 ALLANS RIDGE LANE<br>FAIRVIEW, TN 37062 | Claim Number: 6379<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| DIGI KEY CORP<br>701 BROOKS AVENUE SOUTH<br>THIEF RIVER FALLS, MN 56701-0677 | Claim Number: 2376<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $580.72          Scheduled: | $4,011.09 |
| DIGI-KEY CORPORATION<br>PO BOX 677<br>THIEF RIVER FALLS, MN 56701 | Claim Number: 2377<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | |
| UNSECURED          Claimed: | $703.52 | |
| DIGICOM, INC<br>829 TOWLSTON RD<br>MC LEAN, VA 22102 | Claim Number: 261<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $8,703.98 | |
| DIGIKEY<br>DIGI KEY CORP<br>PO BOX 250<br>THIEF RIVER FALLS, MN 56701-0250 | Claim Number: 2378<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED          Claimed: | $5,201.44 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DIKENS, THOMAS<br>2612 BENGAL LN<br>PLANO, TX 75023 | | Claim Number: 4210<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $200,000.00 |

---

| DILEN, GREGG R.<br>1003 QUEENSFERRY RD.<br>CARY, NC 27511 | | Claim Number: 8313<br>Claim Date: 07/13/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $42,942.31 |

---

| DILL, WERNER A.<br>166 CLAREMONT ST<br>DEER PARK, NY 11729-1305 | | Claim Number: 5471<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $36,128.04 |

---

| DIMAGGIO, DIANE<br>38 WINCHCOMBE WAY<br>SCARSDALE, NY 10583 | | Claim Number: 839<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $41,864.00 |

---

| DIMILLO, LYNETTE<br>7765 SILVER CREEK RD.<br>DAWSONVILLE, GA 30534 | | Claim Number: 1609<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,865.00 |

---

| DIMILLO, STEVEN<br>7765 SILVER CREEK RD.<br>DAWSONVILLE, GA 30534 | | Claim Number: 872<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $60,456.75 |

---

| DIMILLO, STEVEN<br>7765 SILVER CREEK RD<br>DAWSONVILLE, GA 30534 | | Claim Number: 8195<br>Claim Date: 02/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $60,456.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DINAPOLI, VINCENT A<br>48 HALF MOON TRAIL<br>S KINGSTON, RI 02879 | | Claim Number: 6886<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| DINH, HA K.<br>517 WYOMING DR<br>MURPHY, TX 75094 | | Claim Number: 983<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,542.31 | | |

---

| DINH, VIET<br>11601 LAGO VIS W APT 1312<br>FARMERS BRNCH, TX 75234-6812 | | Claim Number: 6967<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,203.00 | Scheduled: | $18,028.20 |

---

| DISANTO, DONALD<br>3017 REEVES RD<br>WILLOUGHBY, OH 44094 | | Claim Number: 5836<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7063<br>10,304.40 annually | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| DISANTO, DONALD<br>3017 REEVES RD.<br>WILLOUGHBY, OH 44094 | | Claim Number: 5837<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| DISANTO, DONALD A.<br>3017 REEVES RD<br>WILLOUGHBY, OH 44094 | | Claim Number: 7063<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5846. Claim is for 10,304.40 per year priority. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |

---

| DISE, ROGER<br>6909 WEDGESTONE DR.<br>PLANO, TX 75023 | | Claim Number: 7950<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,458.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DISNEY, JESSICA<br>1032 SOUZA DRIVE<br>EL DORADO HILLS, CA 95762 | | Claim Number: 2234<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| DISNEY, JESSICA<br>1032 SOUZA DRIVE<br>EL DORADO HILLS, CA 95762 | | Claim Number: 2235<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| DISNEY, JESSICA<br>1032 SOUZA DRIVE<br>EL DORADO HILLS, CA 95762 | | Claim Number: 2236<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| DJOKO, SURNJANI<br>5411 LINCOLNSHIRE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1246<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $17,415.62 |

| DLA PIPER LLP (US)<br>C/O RICHARD M KREMEN<br>THE MARBURY BUILDING<br>6225 SMITH AVENUE<br>BALTIMORE, MD 21209-3600 | | Claim Number: 3468<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $14,463.14 |

| DO, IVY<br>3808 FALL WHEAT DR.<br>PLANO, TX 75075 | | Claim Number: 6635<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,335.50 |

| DO, IVY<br>3808 FALL WHEAT DR.<br>PLANO, TX 75075 | | Claim Number: 6636<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,335.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DO, THUC<br>5811 MANDARIN LN<br>SACHSE, TX 75048 | | Claim Number: 8360<br>Claim Date: 09/10/2012<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $17,259.87 |
|---|---|---|

| | | |
|---|---|---|
| DOAN, THUY<br>10709 SPYGLASS HILL<br>ROWLETT, TX 75089 | | Claim Number: 6069<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $45,073.49 |
|---|---|---|
| UNSECURED | Claimed: | $45,073.49 |
| TOTAL | Claimed: | $45,073.49 |

| | | | | |
|---|---|---|---|---|
| DOBBINS, RICHARD<br>21 MOUNTAIN VIEW RD<br>LAKE TOXAWAY, NC 28747 | | Claim Number: 1032<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |

| PRIORITY | | | Scheduled: | $3,614.52 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,269.25 | Scheduled: | $16,351.42 |

| | | | | |
|---|---|---|---|---|
| DOBYNS, NORMAN<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2457<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $85,269.00  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 823<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2458<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | | Claim Number: 2459<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $85,269.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DOBYNS, NORMAN L.<br>PO BOX 47<br>WEEMS, VA 22576 | Claim Number: 2460<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $85,269.00 |
|---|---|---|

| DOCULINK INTERNATIONAL INC<br>120 HERZBERG ROAD<br>OTTAWA, ON K2K-3B7<br>CANADA | Claim Number: 4650<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|

| UNSECURED | Claimed: | $402,504.25 |
|---|---|---|

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | Claim Number: 4518<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,885.57 |
|---|---|---|

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | Claim Number: 4784<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $17,215.21 |
|---|---|---|

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | Claim Number: 4785<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $7,299.29 |
|---|---|---|

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | Claim Number: 4786<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,291.79 |
|---|---|---|

| DOCULINK INTERNATIONAL INC.<br>120 HERZBERG RD<br>OTTAWA, ON K2K 3B7<br>CANADA | Claim Number: 4787<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5565 (06/02/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,644.87 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6162
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

---

ADMINISTRATIVE          Claimed:              $35,000.00

DODD, ANNA
1310 CORELAND DRIVE
APT 219
MADISON, TN 37115

Claim Number: 6163
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY                Claimed:              $35,000.00

DODD, ANNA
1310 CORELAND DRIVE
APT 219
MADISON, TN 37115

Claim Number: 6374
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

PRIORITY                Claimed:              $35,000.00

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6375
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

ADMINISTRATIVE          Claimed:              $35,000.00

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6376
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

PRIORITY                Claimed:              $35,000.00

DODD, ANNA
1310 CORELAND DR. APT 219
MADISON, TN 37115

Claim Number: 6377
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

ADMINISTRATIVE          Claimed:              $35,000.00

DODD, RANDY
111 FAIRWAY DRIVE
WHITEFISH, MT 59937

Claim Number: 3
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

---

PRIORITY                Claimed:              $375,120.39

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | | Claim Number: 750<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $369,930.23 | | |

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | | Claim Number: 2430<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,899.20 | | |

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | | Claim Number: 8233<br>Claim Date: 04/05/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $369,930.23 | | |

| DODD, RANDY<br>111 FAIRWAY DRIVE<br>WHITEFISH, MT 59937 | | Claim Number: 8237<br>Claim Date: 04/05/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,935.45 | | |

| DOERK, MICHAEL<br>15922 WINDY MEADOW DR<br>DALLAS, TX 75248 | | Claim Number: 2763<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,940.51 |
| UNSECURED | Claimed: | $50,008.88 | Scheduled: | $48,253.66 |
| TOTAL | Claimed: | $50,008.88 | | |

| DOGGETT, ERIC L.<br>1910 HIGHLAND PL<br>RALEIGH, NC 27607-3102 | | Claim Number: 1047<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $140,000.00   UNLIQ | | |

| DOGGETTE, KEVIN<br>6613 WESTBOROUGH DR<br>RALEIGH, NC 27612 | | Claim Number: 6832<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DOGGETTE, KEVIN
6613 WESTBOROUGH DR
RALEIGH, NC 27612

Claim Number: 6833
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| SECURED | Claimed: | $84,044.62 |
|---|---|---|

---

DOHNER, ROY F
33711 BRIGANTINE DR
MONARCH BEACH, CA 92629

Claim Number: 3424
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

DOHNER, ROY F
33711 BRIGANTINE DR
DANA POINT, CA 92629

Claim Number: 3426
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $181,904.93 |
|---|---|---|

---

DOLGOV, DIMITRI
26 REGENCY DRIVE
POUGHKEPSIE, NY 12603

Claim Number: 5598
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $54,126.78 |
|---|---|---|

---

DONAHEE, GARY R
5517 ST. ANDREWS CT.
PLANO, TX 75093

Claim Number: 4171
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,795,310.82 |
|---|---|---|

---

DONATO, RICHARD
308 ROSE PETAL RUN
WAKE FOREST, NC 27587

Claim Number: 7813
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8217

| UNSECURED | Claimed: | $121,225.00 |
|---|---|---|

---

DONATO, RICHARD A.
308 ROSE PETAL RUN
WAKE FOREST, NC 27587

Claim Number: 8217
Claim Date: 03/15/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7813

| UNSECURED | Claimed: | $100,547.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1339
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,439.71 |
|---|---|---|

DONDERO, A. MICHAEL
213 WASHINGTON ST.
LEOMINSTER, MA 01453

Claim Number: 1340
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,665.98 |
|---|---|---|

DONNELLY, DANIEL
675 WOOD VALLEY TRACE
ROSWELL, GA 30076

Claim Number: 3397
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,544.08 |
|---|---|---|

DONNELLY, DORIS
1001 SUTERLAND RD
CARY, NC 27511

Claim Number: 6629
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $100,363.90 |
|---|---|---|

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L 2W4
CANADA

Claim Number: 2968
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L2W4
CANADA

Claim Number: 2969
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $111,637.89 |
|---|---|---|

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L2W4
CANADA

Claim Number: 2970
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $111,637.89 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DONOGHUE, ADRIAN
119 MOSSGROVE TRAIL
WILLOWDALE, ON M2L 2W4
CANADA

Claim Number: 2971
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

---

DONOVAN, WILLIAM J.
909 DOMINION HILL DRIVE
CARY, NC 27519

Claim Number: 3081
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim is out of balance. Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,776.86 |
| UNSECURED | Claimed: | $10,776.86 |
| TOTAL | Claimed: | $10,776.86 |

---

DOOLEY, KEVIN
6 LINDEN ST.
CHELMSFORD, MA 01824

Claim Number: 3141
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,708.08 |

---

DOOLEY, KEVIN
6 LINDEN ST
CHELMSFORD, MA 01824

Claim Number: 7136
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $34,708.08 |

---

DOOLEY, KEVIN WALTER
6 LINDEN ST
CHELMSFORD, MA 01824

Claim Number: 3142
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,708.08 |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8076
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

DOOLITTLE, JOHN
1284 FIELDCREST LANE
OAKVILLE, ON L6M2L7
CANADA

Claim Number: 8077
Claim Date: 11/14/2011
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8078<br>Claim Date: 11/14/2011<br>Debtor: CORETEK, INC. |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8079<br>Claim Date: 11/14/2011<br>Debtor: NORTEL ALTSYSTEMS INC. |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8080<br>Claim Date: 11/14/2011<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8081<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8082<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8083<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8084<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8085<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS HPOCS INC. |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8086<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC. |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8087<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8088<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | | Claim Number: 8089<br>Claim Date: 11/14/2011<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | Claim Number: 8090<br>Claim Date: 11/14/2011<br>Debtor: QTERA CORPORATION |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | Claim Number: 8091<br>Claim Date: 11/14/2011<br>Debtor: SONOMA SYSTEMS |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| DOOLITTLE, JOHN<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M2L7<br>CANADA | Claim Number: 8092<br>Claim Date: 11/14/2011<br>Debtor: XROS, INC. |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| DOOLITTLE, JOHN M<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | Claim Number: 6222<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | Claim Number: 6803<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DOOLITTLE, JOHN M.<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | Claim Number: 6804<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | Claim Number: 6211<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DOOLITTLE, JOHN MARSHALL<br>1284 FIELDCREST LANE<br>OAKVILLE, ON L6M 2L7<br>CANADA | Claim Number: 6805<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DORR, ALAN M<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | Claim Number: 1948<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $168,088.80 |
|---|---|---|

| DORR, ALAN M.<br>2603 WOODSIDE CIRCLE<br>MCKINNEY, TX 75070 | Claim Number: 1947<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $168,088.80 |
|---|---|---|

| DOSSA, CHRIS<br>328 DEERPARK COURT<br>WALNUT CREEK, CA 94598 | Claim Number: 2035<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $9,500.00 |
|---|---|---|

| DOTY, MICHAEL<br>182 STARK LN.<br>SHERMAN, TX 75090 | Claim Number: 7527<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $16,515.00   UNLIQ |

| DOUGLAS, MICHAEL<br>1901 BEARKLING PLACE<br>CHAPEL HILL, NC 27517 | Claim Number: 2851<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,443.00 |
|---|---|---|

| DOVEL, JULIA<br>7921 BLANEY FRANKS ROAD<br>APEX, NC 27539 | Claim Number: 8379<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,003.67 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: GILMORE GLOBAL LOGISTICS
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3721
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $589,872.29 |
|---|---|---|

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: GILMORE GLOBAL LOGISTICS SER
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3722
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| ADMINISTRATIVE UNSECURED | Claimed: | $3,502.19 |
|---|---|---|

---

DOVER MASTER FUND II, L.P.
TRANSFEROR: ACS CABLE SYSTEMS, INC.
C/O LONGACRE MANAGEMENT, LLC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 6135
Claim Date: 11/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5087 (03/09/2011)

| ADMINISTRATIVE UNSECURED | Claimed: | $8,410,111.00   UNLIQ |
|---|---|---|

---

DOWDY, JILL
445 B HALLTOWN ROAD
PORTLAND, TN 37148

Claim Number: 8095
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $63,916.06 |
|---|---|---|

---

DOWELL, BETTY
17406 DOWELL CR
DALLAS, TX 75252

Claim Number: 7334
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $90,667.90 |
|---|---|---|

---

DOWNER, J A HANSEN
119 GOODMAN DRIVE
KANATA, ON K2W IC7
CANADA

Claim Number: 2124
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DOWNER, J A HANSEN
119 GOODMAN DRIVE
KANATA, ON K2W IC7
CANADA

Claim Number: 2125
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DOWNING, DAVID<br>4820 LUDWELL BRANCH CRT.<br>RALEIGH, NC 27612 | Claim Number: 4618<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $4,470.22 | Scheduled: | $3,776.27 UNLIQ |
|---|---|---|---|---|

---

| DOWNING, DAVID<br>4820 LUDWELL BRANCH CRT.<br>RALEIGH, NC 27612 | Claim Number: 4619<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $24,543.21 | Scheduled: | $19,417.55 UNLIQ |
|---|---|---|---|---|

---

| DOWNING, DAVID<br>4820 LUDWELL BRANCH CRT.<br>RALEIGH, NC 27612 | Claim Number: 4620<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $78,339.04 |
|---|---|---|

---

| DOXEY, EVELYN N<br>741 GENERAL GEORGE PATTON RD<br>NASHVILLE, TN 37221 | Claim Number: 5454<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $103,451.93   CONT |
|---|---|---|

---

| DOXEY, EVELYN N.<br>741 GENERAL GEORGE PATTON RD.<br>NASHVILLE, TN 37221 | Claim Number: 7402<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $103,451.93 |
|---|---|---|

---

| DOYLE, DANIEL<br>88 FRANCIS WYMAN RD<br>BURLINGTON, MA 01803 | Claim Number: 7989<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,521.00 |
|---|---|---|

---

| DOYLE, PAUL<br>438 WALDEN SHORES DRIVE<br>BRUNSWICK, GA 31525 | Claim Number: 7503<br>Claim Date: 11/22/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $148,615.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DOYLE, RICHARD F
531 FOX CHASE RD.
WIRTZ, VA 24184

Claim Number: 2354
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $1,998.58  UNLIQ |
|---|---|---|

---

DOYLE, RICHARD F
531 FOX CHASE RD.
WIRTZ, VA 24184

Claim Number: 2356
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,998.58  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

DRAKAGE, MARK
1321 APACHE LN
APEX, NC 27502

Claim Number: 937
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $90,375.52 |
|---|---|---|

---

DRAKE, ANTHONY L.
1709 GUILDFORD ST
GARLAND, TX 75044-7611

Claim Number: 4463
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $48,384.00 |
|---|---|---|

---

DRAKE, IRENE
209 ROYAL TOWER WAY
CARY, NC 27513

Claim Number: 568
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $807.80  UNLIQ |
|---|---|---|

---

DRAKE, IRENE
209 ROYAL TOWER WAY
CARY, NC 27513

Claim Number: 4225
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 568.

| UNSECURED | Claimed: | $67,429.58 |
|---|---|---|

---

DRAWBRIDGE SPECIAL OPP. FUND LTD.
TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR
C/O FORTRESS INVESTMENT GROUP
1345 AVENUE OF THE AMERICAS, 46TH FLOOR
NEW YORK, NY 10105

Claim Number: 4547-05
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,359.43 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-09<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $154,474.38 | |
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-10<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED          Claimed: | $4,012.00 | |
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5636-05<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $450,046.41 | |
| DRAWBRIDGE SPECIAL OPP. FUND LTD.<br>TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY<br>C/O FORTRESS INVESTMENT GROUP<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5638-05<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| ADMINISTRATIVE          Claimed: | $515,779.88 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547-04<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $16,347.87 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-07<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $579,278.92 | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT GROUP LLC<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-08<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED          Claimed: | $15,045.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | Claim Number: 5636-04 |
| TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY | Claim Date: 09/30/2009 |
| C/O FORTRESS INVESTMENT GROUP LLC | Debtor: NORTEL NETWORKS INC. |
| 1345 AVENUE OF THE AMERICAS, 46TH FLOOR | |
| NEW YORK, NY 10105 | |

| UNSECURED | Claimed: | $1,687,674.03 |

---

| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | Claim Number: 5638-04 |
| TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY | Claim Date: 09/30/2009 |
| C/O FORTRESS INVESTMENT GROUP LLC | Debtor: NORTEL NETWORKS INC. |
| 1345 AVENUE OF THE AMERICAS, 46TH FLOOR | |
| NEW YORK, NY 10105 | |

| ADMINISTRATIVE | Claimed: | $1,934,174.54 |

---

| DTEL NETWORK SOLUTIONS INC | Claim Number: 2141 |
| 10-1642 EAST GEORGIA ST | Claim Date: 08/24/2009 |
| VANCOUVER, BC V5L 2B2 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $25,500.00 |

---

| DUBAL, PRAVINA K. | Claim Number: 7816 |
| 113 FROHLICH DR. | Claim Date: 07/05/2011 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $9,665.28 |

---

| DUBAY, MARY LOUISE | Claim Number: 1527 |
| 2428 MCCARRAN DRIVE | Claim Date: 07/13/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |
| | Comments: POSSIBLY AMENDED BY 8277 |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $163,851.00 |

---

| DUBAY, MARY LOUISE | Claim Number: 8265 |
| 2428 MCCARRAN DRIVE | Claim Date: 05/21/2012 |
| PLANO, TX 75025-6090 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $177,298.00 |

---

| DUBAY, MARY LOUISE | Claim Number: 8278 |
| 2428 MCCARRAN DRIVE | Claim Date: 05/29/2012 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #1527 |

| PRIORITY | Claimed: | $13,446.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

DUEPPEN, JAMES R
11428 116TH AVE
LARGO, FL 33778-3010

Claim Number: 4775
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $509,264.00 | | |

---

DUESENBERG INVESTMENT COMPANY
LOCKBOX 8318, PO BOX 511318
LOS ANGELES, CA 90051-7873

Claim Number: 4261
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,268.24 | Scheduled: | $0.00 UNLIQ |

---

DUFFY, BRIAN J.
3613 WATERWAY BLVD
ISLE OF PALMS, SC 29451

Claim Number: 239
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,847.32 | | |
| UNSECURED | Claimed: | $4,923.66 | Scheduled: | $10,069.05 |

---

DUKE ENERGY CAROLINAS
P.O. BOX 1006
EC03T
CHARLOTTE, NC 28201

Claim Number: 185
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 211 (02/03/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,395.33 | | |

---

DUKE REALTY OHIO
C/O DUKE REALTY CORPORATION
ATTN: LISA STARCEVICH
6133 N. RIVER ROAD, SUITE 200
ROSEMONT, IL 60018

Claim Number: 1488
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,422.44 | | |

---

DUKE REALTY OHIO
C/O DUKE REALTY CORPORATION
ATTN: LISA STARCEVICH
6133 N. RIVER ROAD, SUITE 200
ROSEMONT, IL 60018

Claim Number: 1490
Claim Date: 07/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,415.34 | | |

---

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 505
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6108 (08/09/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $152,895.18 | Scheduled: | $115,500.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DUNN, MICHAEL H<br>916 POINTVIEW CIRCLE<br>MT JULIET, TN 37122 | | Claim Number: 2295<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $4,356.32   UNLIQ |

| DUNN, MICHAEL H.<br>916 POINTVIEW CIRCLE<br>MOUNT JULIET, TN 37122 | | Claim Number: 2294<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| DUNN, WARREN<br>HCR 5, BOX 115<br>ARODA, VA 22709 | | Claim Number: 6527<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC 27537 | | Claim Number: 6888<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>464.06 per month |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

| DUNSTON, BARBARA<br>261 MCNAIR DR<br>HENDERSON, NC 27537 | | Claim Number: 6889<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>464.06 PER MONTH. |
|---|---|---|
| PRIORITY | Claimed: | $38,981.04 |

| DUONG, ANDREW<br>300 11TH AVE APT 207<br>SEATTLE, WA 98122-5315 | | Claim Number: 218<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $21,829.25 |

| DUONG, ANDREW<br>300 11TH AVE., APT. 207<br>SEATTLE, WA 98122 | | | Claim Number: 3100<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $1,862.13 |
| UNSECURED | Claimed: | $15,625.15 | | Scheduled: | $26,985.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3101<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| UNSECURED | Claimed: | $21,829.25 | | |
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3102<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $15,625.15 | | |
| DUONG, ANDREW<br>506 STRETFORD LANE<br>ALLEN, TX 75002 | | Claim Number: 3103<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $21,829.25 | | |
| DUONG, SON K<br>383 SAN MARINO<br>IRVINE, CA 92614-0217 | | Claim Number: 3379<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| DURAMOULD PLASTICS<br>INCORPORATED<br>1950 BOUNDARY ROAD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3636<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $73,815.00 | | |
| DURAMOULD PLASTICS INC.<br>1950 BOUNDARY RD<br>WHITBY, ON L1N 8P8<br>CANADA | | Claim Number: 3635<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $73,000.00 | | |
| DURHAM COUNTY TAX COLLECTOR<br>PO BOX 3397<br>DURHAM, NC 27702 | | Claim Number: 2093<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| PRIORITY | Claimed: | $323,544.62 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| DURKEE, MR. PETER<br>24251 S CENTRAL POINT RD<br>CANBY, OR 97013 | | Claim Number: 919<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $28,019.29 | | |
| TOTAL | Claimed: | $28,019.29 | | |

---

| DUROSOMO, VICTOR I.<br>1881 SW 164TH AVENUE<br>MIRAMAR, FL 33027 | | Claim Number: 7050<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $40,607.28 | | |

---

| DV DIE CUTTING INC<br>45 PRINCE STREET<br>DANVERS, MA 01923-1437 | | Claim Number: 2373<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |

---

| DYER, F R<br>5 FOXGLOVE PLACE<br>OTTAWA, K2R 1B2<br>CANADA | | Claim Number: 4421<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| DYER, F R<br>5 FOXGLOVE PLACE<br>OTTAWA, ON K2R 1B2<br>CANADA | | Claim Number: 4422<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |

---

| DYER, TIMOTHY<br>35846 OSPREY LN<br>EUSTIS, FL 32736 | | Claim Number: 5495<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $40,000.00 | |

---

| DYER, TIMOTHY<br>35846 OSPREY LN<br>EUSTIS, FL 32736 | | Claim Number: 5496<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| DYKSTRA, JOHN W.<br>725 TIMBER LANE<br>SHOREVIEW, MN 55126 | | Claim Number: 567<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,892.00 | | Scheduled: | $5,443.89 |
| UNSECURED | Claimed: | $48,000.00 | | Scheduled: | $54,121.54 |
| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | | Claim Number: 1945<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| SECURED | Claimed: | $13,020.00 | | | |
| DYNATOOL INDUSTRIES INC<br>3540 ST PATRICK<br>MONTREAL, QC H4E 1A2<br>CANADA | | Claim Number: 1946<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $13,020.00 | | | |
| DYNDIKOVA, YULIA<br>253 VINEYARD DR<br>SAN JOSE, CA 95119 | | Claim Number: 5054<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,383.28 | | | |
| E.I. DU PONT DE NEMOURS & COMPANY<br>ATTN: SUSAN F. HERR<br>DUPONT LEGAL, D-8052-2<br>1007 MARKET STREET<br>WILMINGTON, DE 19898 | | Claim Number: 5514<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3937 (09/13/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| EASLEY, HATTIE J<br>202 LYMAN PLACE<br>WEST PALM BEA, FL 33409 | | Claim Number: 3813<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| EASLEY, HATTIE J<br>202 LYMAN PLACE<br>WEST PALM BEA, FL 33409 | | Claim Number: 3814<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>$220.00 per month for life - Priority. | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EASLEY, HATTIE J.
202 LYMAN PLACE
WEST PALM BEACH, FL 33409

Claim Number: 6686
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claimant asserts $220.00 per month

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

EASON, W JEFFREY
9029 MAYFIELD COURT
BRENTWOOD, TN 37027

Claim Number: 5539
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,709.30 |
|---|---|---|

---

EAST CAMELBACK ROAD, INC.
C/O ROBERT N. BRIER, ESQ.
2400 EAST ARIZONA BILTMORE CIRCLE,
SUITE 1300
PHOENIX, AZ 85016-2115

Claim Number: 2059
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $244,203.60 |
|---|---|---|

---

EASYLINK SERVICES INTERNATIONAL CORP.
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854

Claim Number: 1056
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $910.00 |
|---|---|---|

---

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

Claim Number: 3491
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,826.38 | Scheduled: | $8,485.76 |
|---|---|---|---|---|

---

EATON, THOMAS
9208 TOWN GATE LANE
BETHESDA, MD 20817

Claim Number: 2273
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

EATON, THOMAS
108 QUINCY STREET
CHEVY CHASE, MD 20815

Claim Number: 2274
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EBERTS, DANIEL G
28924 OLD TOWN FRONT ST STE 104
TEMECULA, CA 92590-2857

Claim Number: 6953
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $183.00 |

---

ECHARD JR., ALFRED
2923 GLEN ECHO CT
HIGH POINT, NC 27265

Claim Number: 3907
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7432 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $24,530.00 | Scheduled: | $5,382.76 |
| UNSECURED | | | Scheduled: | $7,034.83 |

---

ECHARD, JR., ALFRED A.
2923 GLEN ECHO COURT
HIGH POINT, NC 27265

Claim Number: 3906
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2626 (03/03/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $24,530.00 |

---

ECOMPANY STORE INC
ATTN: CHERYL FOLKNER, CONTROLLER
P. O. BOX 1070
CHARLOTTE, NC 28201-1070

Claim Number: 3943-01
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7354 (03/08/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $147,767.54 |

---

ECOMPANY STORE INC
ATTN: CHERYL FOLKNER, CONTROLLER
P. O. BOX 1070
CHARLOTTE, NC 28201-1070

Claim Number: 3943-02
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,161.70 |

---

EDEY, DAVID S T
1096 RIVER ROAD
MANOTICK, K4M1B4
CANADA

Claim Number: 2512
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $124.77   UNLIQ |

---

EDHOLM, PHILIP
9921 LONGVIEW LANE
PLEASANTON, CA 94588

Claim Number: 4114
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $249,763.44 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EDHOLM, PHILIP K.<br>9921 LONGVIEW LANE<br>PLEASANTON, CA 94538 | Claim Number: 4113<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNDET |

---

| EDWARDS, A CHRIS<br>2033 W MCDERMOTT DR STE 320<br>ALLEN, TX 75013-4675 | Claim Number: 5605<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $76,800.00 |

---

| EDWARDS, CHRIS<br>2033 W MCDERMOTT DR STE 320<br>ALLEN, TX 75013-4675 | Claim Number: 5604<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $76,800.00 |

---

| EDWARDS, CLYDE LEE<br>5241 LAKE EDGE DR.<br>HOLLY SPRINGS, NC 27540 | Claim Number: 342<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|
| UNSECURED          Claimed: | $73,681.82 |

---

| EDWIN, FADI<br>6220 BENTWOOD TRAIL #1101<br>DALLAS, TX 75252 | Claim Number: 1899<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8266 |
|---|---|
| PRIORITY          Claimed: | $100,000.00 |

---

| EDWIN, FADI<br>6011 LYTHAM DRIVE<br>DALLAS, TX 75252 | Claim Number: 1900<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $100,000.00 |

---

| EDWIN, FADI<br>6220 BENTWOOD TRAIL # 1101<br>DALLAS, TX 75252 | Claim Number: 8272<br>Claim Date: 05/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1899 |
|---|---|
| UNSECURED          Claimed: | $8,255.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EDWIN, FADI<br>6220 BENTWOOD TRAIL # 1101<br>DALLAS, TX 75252 | | Claim Number: 8273<br>Claim Date: 05/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1899 | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,075.96 | |

---

| EGAN, LYNN C<br>9413 ATHERTON COURT<br>BRENTWOOD, TN 37027-8700 | | Claim Number: 4287<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,133.81   UNLIQ CONT | |

---

| EGERMAN, KEVIN A<br>2905 DEAN PKWY.<br>APT #102<br>MINNEAPOLIS, MN 55416 | | Claim Number: 2575<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| EGERMAN, KEVIN A.<br>2905 DEAN PARKWAY # 102<br>MINNEAPOLIS, MN 55416 | | Claim Number: 2576<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| EGGERS, RICHARD R<br>843 ELMIRA DR<br>SUNNYVALE, CA 94087 | | Claim Number: 2797<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,295.80 | |

---

| EGGERS, RICHARD R<br>843 ELMIRA DR<br>SUNNYVALE, CA 94087 | | Claim Number: 6378<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $16,295.80 | |

---

| EICHMANN, ROBERT J.<br>15 HASKELL AVENUE<br>LEOMINSTER, MA 01453 | | Claim Number: 1116<br>Claim Date: 05/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,952.06 |
| UNSECURED | Claimed: | $21,573.20 | Scheduled: | $17,834.18 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EIGENLIGHT CORP<br>30 CENTRE ROAD<br>SOMERSWORTH, NH 03878-2900 | Claim Number: 6309<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6190 (08/10/2011) |
| --- | --- |

| UNSECURED | Claimed: | $204,138.00 |
| --- | --- | --- |

| EIGENLIGHT CORPORATION<br>30 CENTRE RD. UNIT 6<br>SOMERSWORTH, NH 03878 | Claim Number: 6308<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6190 (08/10/2011) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $204,138.00 |
| --- | --- | --- |

| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5661<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $427,281.25 |
| --- | --- | --- |

| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5662<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $427,281.25 |
| --- | --- | --- |

| EION INC<br>320 MARCH ROAD SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5663<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $427,281.25 |
| --- | --- | --- |

| EION INC<br>320 MARCH ROAD<br>SUITE 500<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5783<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $427,281.25 |
| --- | --- | --- |

| EION INC<br>320 MARCH ROAD<br>OTTAWA, ON K2K 2E3<br>CANADA | Claim Number: 5784<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $427,281.25 | Scheduled: | $417,660.42 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EISLER, MARK
1413 BEAVER RUN RD
GREENSBURG, PA 15601

Claim Number: 233
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $114,426.29 | |

EISLER, MARK
1413 BEAVER RUN RD
GREENSBURG, PA 15601

Claim Number: 3761
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,301.37 | Scheduled: | $0.00  UNLIQ |

EKAHAU INC
PO BOX 1240
SANTA ROSA, CA 95402-1240

Claim Number: 6905
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,918.00 |

EL-BEIK, ESSAM
6061 VILLAGE BEND DR APT 1516
DALLAS, TX 75206

Claim Number: 5640
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $30,000.00 |

ELDER, HOWARD H
6256 158TH ST WEST
APPLE VALLEY, MN 55124

Claim Number: 2013
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $692.22  UNLIQ |

ELDER, HOWARD H
6256 158TH ST W
APPLE VALLEY, MN 55124

Claim Number: 6532
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |

ELDER, HOWARD H
6256 158TH ST WEST
APPLE VALLEY, MN 55124

Claim Number: 6533
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ELDORADO ACQUISITION THREE LLC<br>FKA TELCOVE,INC FKA ADELPHIA BUS. SOLUT.<br>ATTN: KIM BARLETT<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 | Claim Number: 1655<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED          Claimed: | $5,569.20 | | | |
| ELECTRO RENT CORPORATION<br>C/O JEFFREY KURTZMAN, ESQUIRE<br>KLEHR HARRISON HARVEY BRANZBURG & ELLERS<br>260 S BROAD STREET<br>PHILADELPHIA, PA 19102 | Claim Number: 159<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4403 (11/23/2010) | | | |
| UNSECURED          Claimed: | $36,235.00 | | | |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>C/O JANICE RONAN<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1804<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE          Claimed: | $6,240.61 | | | |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-01<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED          Claimed: | $222.27 | Scheduled: | $0.00  UNLIQ | |
| ELECTRONIC ENVIRONMENTS CORPORATION<br>410 FOREST STREET<br>MARLBOROUGH, MA 01752 | Claim Number: 1805-02<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED          Claimed: | $6,018.34 | | | |
| ELIE, DENNIS<br>8201 BUCKELL LAKE ROAD<br>HOLLY, MI 48442 | Claim Number: 1398<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $59,630.40 | | | |
| ELLERMAN, MARK<br>505 QUAIL CREEK BLVD<br>WYLIE, TX 75098 | Claim Number: 1406<br>Claim Date: 06/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED          Claimed: | $33,750.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ELLERMAN, SUSAN
8009 ROBINCREST CT
FUQUAY, NC 27526

Claim Number: 8397
Claim Date: 11/06/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $100,153.85 | | |
|---|---|---|---|---|

ELLIOTT, GILBERT O
3376 SE FAIRWAY OAKS TRAIL
STUART, FL 34997

Claim Number: 4841
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,986.65 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

ELLIS, JOHN RANDALL
5 FIELDCREST COURT
DURHAM, NC 27713-8110

Claim Number: 7358
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,086.09 |
|---|---|---|

ELLIS, STEVEN
705 HACKBERRY RIDGE DR
MCKINNEY, TX 75070

Claim Number: 2357
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $81,103.32 |
|---|---|---|

ELLIS, SUSAN RENEE
PO BOX 405
BAHAMA, NC 27503

Claim Number: 7956
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,922.80 |
|---|---|---|

ELLIS, WILLIAM ROY
12151 NW 10TH STREET
CORAL SPRINGS, FL 33071

Claim Number: 7198
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $145,213.00   CONT |
|---|---|---|

ELTEK VALERE, INC.
CHRISTOPHER J. HORVAY/GOULD & RATNER LLP
222 N. LASALLE ST., SUITE 800
CHICAGO, IL 60601

Claim Number: 7516
Claim Date: 12/16/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $150,383.53 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ELY, RICHARD J.<br>9 MINUTEMAN LANE<br>SUDBURY, MA 01776 | Claim Number: 1250<br>Claim Date: 05/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $43,229.95 |
|---|---|---|

| EMBARQ COMMUNICATIONS, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5698<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5705<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $1,195.20 |
|---|---|---|

| EMBARQ FLORIDA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5732<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $1,195.20   UNLIQ CONT |
|---|---|---|

| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 841<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $1,195.20 |
|---|---|---|

| EMBARQ FLORIDA, INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1088<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| SECURED | Claimed: | $1,195.20 |
|---|---|---|

| EMBARQ MANAGEMENT COMPANY<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5681<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3792 (08/17/2010) |
|---|---|

| UNSECURED | Claimed: | $292,301.92   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EMBARQ MID-ATLANTIC MANAGEMENT SERVICES CO.
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5699
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBARQ MIDWEST MANAGEMENT SERVICES CO
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5700
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBARQ MINNESOTA INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5685
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBARQ MISSOURI, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5686
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBARQ PAYPHONE SERVICES, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5701
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBARQ PRODUCTS, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5702
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |
|---|---|---|---|

EMBRY, SHARON V.
1538 HICKORY ST.
NICEVILLE, FL 32578

Claim Number: 7495
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $24,605.92 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EMBRY, SHARON V.<br>1538 HICKORY ST.<br>NICEVILLE, FL 32578 | Claim Number: 7886<br>Claim Date: 08/03/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $27,150.21 | | |

| EMBURY, JEFFERY D.<br>625 TRAIL LAKE DR.<br>RICHARDSON, TX 75081 | Claim Number: 179<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,467.00 | Scheduled: | $4,840.58 |
| UNSECURED | Claimed: | $21,020.00 | Scheduled: | $25,066.95 |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 617<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1078 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42,225.28 | | |
| UNSECURED | Claimed: | $427,399.28 | | |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 4396<br>TIMONIUM, MD 21094 | Claim Number: 1078<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7251<br>also amended by 7254 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $128,355.02 | | |
| UNSECURED | Claimed: | $270,709.54 | | |

| EMC CORPORATION<br>C/O RMS<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1079<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $70,560.00 | | |

| EMC CORPORATION<br>C/O RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 6949<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $667,547.12 | | |

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 7251<br>Claim Date: 05/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 1078 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $53,484.90 | | |
| UNSECURED | Claimed: | $275,170.21 | Scheduled: | $142,956.38 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 7254<br>Claim Date: 05/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7251<br>Amends claim no. 1078 |
|---|---|

| PRIORITY | Claimed: | $53,484.90 |
| UNSECURED | Claimed: | $275,170.21 |

---

| EMERSON NETWORK POWER - EMBEDDED<br>COMPUTING, INC. ("EMERSON")<br>2900 SOUTH DIABLO WAY<br>TEMPE, AZ 85282 | Claim Number: 6860<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 6295 (09/02/2011) |
|---|---|

| UNSECURED | Claimed: | $530.00 |

---

| EMERY, SEAN<br>4742 GREENWOOD DR<br>ALLISON PARK, PA 15101 | Claim Number: 4128<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| UNSECURED | Claimed: | $38,423.09 |

---

| EMERY, SEAN<br>4742 GREENWOOD DR<br>ALLISON PARK, PA 15101 | Claim Number: 7078<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $38,423.09 |

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1353<br>Claim Date: 06/09/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments:<br>California Payroll Tax |
|---|---|

| PRIORITY | Claimed: | $20,152.81 |
| UNSECURED | Claimed: | $2,447.60 |

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1560<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $372,789.28 |

---

| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 1561<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $372,789.28 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 | Claim Number: 1824<br>Claim Date: 08/20/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET 4256 (11/08/2010) |
|---|---|

PRIORITY                Claimed:              $151.31   UNLIQ

---

| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 | Claim Number: 1850<br>Claim Date: 08/20/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET 4633 (12/22/2010) |
|---|---|

UNSECURED              Claimed:              $11.19

---

| EMPOWERED NETWORKS INC<br>1315 PICKERING PARKWAY<br>SUITE 200<br>PICKERING, ON L1V 7G5<br>CANADA | Claim Number: 4640<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 4053 (09/30/2010) |
|---|---|

UNSECURED              Claimed:              $5,903.12

---

| EMPOWERED NETWORKS INC<br>1315 PICKERING PARKWAY<br>SUITE 200<br>PICKERING, ON L1V 7G5<br>CANADA | Claim Number: 4641<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 4053 (09/30/2010) |
|---|---|

ADMINISTRATIVE        Claimed:              $5,903.12

---

| ENCOMENDEROS, CARLOS<br>PO BOX 670156<br>CORAL SPRINGS, FL 33067 | Claim Number: 2055<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

UNSECURED              Claimed:              $28,398.38          Scheduled:          $28,379.91

---

| ENGWER, DARWIN<br>5417 NW 150TH PL<br>PORTLAND, OR 97229 | Claim Number: 1476<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY               Claimed:              $10,950.00
UNSECURED              Claimed:              $45,654.30

---

| ENZINGER, PIOTR J<br>44 LOCUST STREET<br>LAKE RONKONKOMA, NY 11779 | Claim Number: 4587<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

PRIORITY               Claimed:              $13,204.95

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CARSON L. OWEN, SENIOR TRIAL ATTORNEY
1407 UNION AVENUE, SUITE 901
MEMPHIS, TN 38104

Claim Number: 1299
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3086 (05/28/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT | |

---

EQUAL EMPLOYMENT OPPURTUNITY COMMISSION
ATTN: MALI KIGASARI, INVESTIGATOR
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105

Claim Number: 6702
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3847 (08/27/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $547,954.60 |

---

EQUIPTO ELECTRONICS CORP
351 WOODLAWN AVE
AURORA, IL 60506-9988

Claim Number: 2638
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,184.06 | Scheduled: | $61.96 |

---

EQUITY TRUST COMPANY CUSTODIAN
TRANSFEROR: LE, DANIEL N.
FBO 109806 & 109595 IRAS
C/O FAIR HARBOR CAPITAL, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2845
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,436.06 | | |
| UNSECURED | | | Scheduled: | $18,664.65 |

---

EQUITY TRUST COMPANY CUSTODIAN FBO
TRANSFEROR: LAFRENIERE, SYLVIE
109806 & 109595 IRAS C/O FAIR HARBOR
CAPITAL, LLC, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 613
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,864.13 |

---

ERDEY, ROBERT
4915 NORTHRIDGE DR.
CUMMING, GA 30040

Claim Number: 5834
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

ERDEY, ROBERT
4915 NORTHRIDGE DR
CUMMING, GA 30040

Claim Number: 5835
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ERDMANN, ERIC A
242 SAILWINDS RD
MOORESVILLE, NC 28115

Claim Number: 5945
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $66,490.78 |

---

ERICKSON, LEIGH
2700 BUCK HILL DR.
PLANO, TX 75025

Claim Number: 809
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,059.02 |
| UNSECURED | Claimed: | $41,503.76 | Scheduled: | $48,782.15 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 12.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 627
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6091

| | | |
|---|---|---|
| PRIORITY | Claimed: | $441,080.12 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 14.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 2478
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6092

| | | |
|---|---|---|
| PRIORITY | Claimed: | $53,124.39 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 14.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 6091
Claim Date: 11/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7676
Amends claim 627

| | | |
|---|---|---|
| PRIORITY | Claimed: | $588,822.48 |

---

ERKEL, ENIS
FATMAKADIN SOK.
MARMARA APT. NO. 14.29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 6092
Claim Date: 11/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8229
Amends claim 2478

| | | |
|---|---|---|
| PRIORITY | Claimed: | $336,812.34 |

---

ERKEL, ENIS
FATMAKADIN SOK. MARMARA
APT. NO: 14/29
SUADIYE
ISTANBUL,
TURKEY

Claim Number: 7676
Claim Date: 03/31/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 627 and 6091

| | | |
|---|---|---|
| PRIORITY | Claimed: | $668,221.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ERKEL, ENIS
FATMAKADIN SOK. MARMARA APT. NO. 14/29
SUADIYE
ISTANBUL, 34740
TURKEY

Claim Number: 8229
Claim Date: 03/28/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #2478 & 6092

| PRIORITY | Claimed: | $336,812.34 |
|---|---|---|

---

ESALES MEDIA INC
1440 CORAL RIDGE DR
SUITE 278
CORAL SPRINGS, FL 33071-5433

Claim Number: 4097
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $8,529.25 |
|---|---|---|

---

ESALES MEDIA INC
ATTN: FRED MERCADO
11257 NW 20TH DRIVE
CORAL SPRINGS, FL 33071-5714

Claim Number: 6387
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $8,529.25 |
|---|---|---|

---

ESALES MEDIA INC
ATTN: FRED MERCADO
11257 NW 20TH DRIVE
CORAL SPRINGS, FL 33071-5714

Claim Number: 6388
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $8,529.25 | Scheduled: | $16,529.25 |
|---|---|---|---|---|

---

ESCH, ANTHONY
PO BOX 925
ANNA, TX 75409

Claim Number: 3779
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $58,110.19 |
|---|---|---|

---

ESHELMAN, JAMES A.
1806 EUCLID ROAD
DURHAM, NC 27713-2417

Claim Number: 6678
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $27,937.88 |
|---|---|---|
| UNSECURED | Claimed: | $82,616.85 |

---

ESPINOSA, JOSE J.
840 FALLING WATER RD
WESTON, FL 33326

Claim Number: 7061
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,320.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ESQUADRA PUBLICITARIA<br>AV BOLIVAR NO 353, SUITE 2-K<br>EDIF. PROFESIONAL ELAM'S II, GAZCUE<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | Claim Number: 2316<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| UNSECURED | Claimed: | $1,635.60 |
|---|---|---|

---

| ESTATE OF JOHN DEREK MANSELL DAVIES<br>C/O GERALD K. GIMMEL, PERSONAL REP.<br>4 PROFESSIONAL DR., SUITE 145<br>GAITHERSBURG, MD 20879 | Claim Number: 7720<br>Claim Date: 04/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $248,000.00 |
|---|---|---|

---

| ESTES, JEFFREY S.<br>1474 BEECHUM WOODS CT.<br>LAWRENCEVILLE, GA 30043 | Claim Number: 8221<br>Claim Date: 03/19/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $18,750.00 |
|---|---|---|
| UNSECURED | Claimed: | $131,237.00 |

---

| ESTEVEZ, IGNACIO<br>921 TANGLEWOOD CIR<br>WESTON, FL 33327-1846 | Claim Number: 4161<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,703.84 |
|---|---|---|

---

| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE<br>SAN DIEGO, CA 92119 | Claim Number: 2808<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,000.00 |
|---|---|---|

---

| ESTRADA, SARA S<br>7831 GLORIA LAKE AVE.<br>SAN DIEGO, CA 92119 | Claim Number: 2809<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $35,000.00 |
|---|---|---|

---

| ESTRIDGE, WINSTON S.<br>5620 TEMPLIN WAY<br>PLANO, TX 75093 | Claim Number: 4134<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,204,634.13 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ETAG
CHUCK DRAKE OF PWCS EDU
8217 SUNSET DRIVE
MANASSAS, VA 20110-3813

Claim Number: 6942
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 |

---

ETELEMETRY, INC.
1475 N SCOTTSDALE RD STE 200
SCOTTSDALE, AZ 85257-3538

Claim Number: 253
Claim Date: 02/10/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,246.87 |

---

ETHOS DESIGN
THE STUDIO
FRIARS FARM
WORCESTER ROAD, HARVINGTON
WORCS, DY10 4NE
UNITED KINGDOM

Claim Number: 6734
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,267.24 |

---

ETHOS DESIGN
PO BOX 3226
STOURBRIDGE WE, DY9 7ZX
GREAT BRITAIN

Claim Number: 6735
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,267.24 |

---

EUBANKS, GAYLA
1193 ADAMS MOUNTAIN RD
STEM, NC 27581

Claim Number: 2587
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

EUBANKS, GAYLA E
1193 ADAMS MOUNTAIN RD.
STEM, NC 27581

Claim Number: 2588
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

EULER, DAVID
2900 LOFTSMOOR LN
PLANO, TX 75025

Claim Number: 6048
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $16,730.76 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EVANS, DANIEL B.<br>11908 FAIRLIE PLACE<br>RALEIGH, NC 27613 | | Claim Number: 7793<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $88,256.66 | | |

---

| EVANS, DEBORAH<br>5919 WESTMINSTER<br>BENTON, AR 72019 | | Claim Number: 3609<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,481.06 |
| UNSECURED | Claimed: | $53,589.95 | Scheduled: | $49,928.78 |

---

| EVANS, DEBORAH J.<br>5919 WESTMINSTER<br>BENTON, AR 72019 | | Claim Number: 3610<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,589.95 | | |

---

| EVANS, TERRY<br>16104 XANDER STREET<br>ACCOKEEK, MD 20607 | | Claim Number: 2334<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,354.90 | | |
| UNSECURED | Claimed: | $4,873.71 | Scheduled: | $13,798.32 |

---

| EVERETT, EDWARD E. JR.<br>4505 MANOR CREEK DRIVE<br>CUMMING, GA 30040 | | Claim Number: 7824<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $143,016.00   UNLIQ | |

---

| EVERHART, DONNA<br>303 WEST PEARSALL STREET<br>DUNN, NC 28334 | | Claim Number: 8201<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $60,737.65 | |

---

| EVERSMEYER, CLAUDIA<br>8601 BRAEWOOD BAY DR<br>LITTLE ELM, TX 75068-4403 | | Claim Number: 4368<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,213.87 | Scheduled: | $62,213.87  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4370
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,187.53 | Scheduled: | $4,187.53 UNLIQ |
|---|---|---|---|---|

EVERSMEYER, CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4371
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| ADMINISTRATIVE | Claimed: | $4,187.53 |
|---|---|---|

EVERSMEYER. CLAUDIA
8601 BRAEWOOD BAY DR
LITTLE ELM, TX 75068-4403

Claim Number: 4369
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $62,213.87 |
|---|---|---|

EXCELIGHT COMMUNICATIONS, INC.
MICHAEL G. WILSON-HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219-4074

Claim Number: 661
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $13,663.30 |
|---|---|---|

EXPHIL CALIBRATION LABS INC
415 CENTRAL AVENUE
BOHEMIA, NY 11716

Claim Number: 6426
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $410.60 |
|---|---|---|

EXPHIL CALIBRATION LABS INC
415 CENTRAL AVENUE
BOHEMIA, NY 11716

Claim Number: 6427
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $410.60 | Scheduled: | $54.31 DISP |
|---|---|---|---|---|

EXPORT DEVELOPMENT CANADA
ATTN: STPHANE LUPIEN
151 O'CONNOR STREET
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 3948
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $98,957,440.74 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| EZUKA, ALVIN HIROSHI<br>16 GRIFFITH PL<br>DURHAM, NC 27703-4353 | Claim Number: 7280<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,550.00 |

| FABRICIO, PATRICIA LARA<br>5104 WHITE OAK LANE<br>TAMARAC, FL 33319 | Claim Number: 7878<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $17,666.13 |

| FAILS, VERNON II<br>P.O. BOX 134<br>WAMEGO, KS 66547 | Claim Number: 3327<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,777.95 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE B.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 40<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $84,551.45 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROBINSON, JACQUELINE B.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 74<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $42,275.73 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ETHINGTON, ALVIN M.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 234<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $24,769.20 | Scheduled: | $25,016.89 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: STR SOFTWARE COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 318<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STRAUSS, JEFF
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 610
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $33,600.00

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KONTRON MODULAR COMPUTERS
GM
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 710
Claim Date: 03/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

PRIORITY          Claimed:          $85,467.00

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KONET CORP.(2)
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 742-01
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET 5625 (06/07/2011)

UNSECURED          Claimed:          $33,415.20

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KONET CORP.(2)
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 742-02
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

UNSECURED          Claimed:          $50,122.80

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SMITH, GREGORY A.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 835
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

PRIORITY          Claimed:          $18,664.00
UNSECURED                                              Scheduled:          $17,629.62

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SIKDAR, ASIR
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 929
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

PRIORITY          Claimed:          $10,950.00          Scheduled:          $6,074.56
UNSECURED         Claimed:          $17,094.14          Scheduled:          $21,643.86

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CHRYSALIS SOFTWARE, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1011
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

UNSECURED          Claimed:          $12,892.50

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLEMONS, THOMAS S.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1171<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $24,120.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,170.00 |
| TOTAL | Claimed: | $10,950.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SAYWELL, JOHN G.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1188<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $57,166.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BOULDER LOGIC LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1218<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $7,502.28 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MILLER, JASON<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1234<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $7,445.08 |
| UNSECURED | Claimed: | $27,692.29 | Scheduled: | $24,332.84 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PANGEA3 LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1603<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $4,050.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RITZ-CARLTON HOTEL COMPANY,<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1647<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
|---|---|

| UNSECURED | Claimed: | $61,064.47   UNLIQ |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAMOUDA, JOSEPH<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1782<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $34,692.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SAYWELL, JOHN G
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1897
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $57,166.00 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: READY, JANA T.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2026
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $4,639.20 |
| SECURED | Claimed: | $4,639.20 |
| UNSECURED | | |
| TOTAL | Claimed: | $4,639.20 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CHMIELESKI, LINDA
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2072
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,875.00 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AVCON
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2135
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $414.13 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2670
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,325.73 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SMITH, DARRYL D
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2683
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,089.01 |
| UNSECURED | Claimed: | $16,441.55 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: YOUNG, RONALD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2739<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,851.20 |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,312.44 | Scheduled: | $41,343.34 |
| TOTAL | Claimed: | $42,262.44 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: DAI, DIANA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3024<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $9,306.00 | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LOWE, TONYA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3259<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $396,500.94 | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BECKER MEISEL LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3937<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,096.23 | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GOLF GEORGIA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4317<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,062.57 | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAN, QUN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4617<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $12,424.44 | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HON HAI PRECISION INDUSTRY C<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4721-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $178,566.99 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: THOMSON FINANCIAL LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4759
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,782.63 |
| --- | --- | --- |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PAWELK, BRUCE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4845
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8202

| PRIORITY | Claimed: | $48,716.00 |
| --- | --- | --- |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAN, QUN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5588
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,424.44 |
| --- | --- | --- |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAN, QUN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5643
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,424.44 | Scheduled: | $5,784.62 |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $8,304.77 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INJENTEK INJECT ENGINEERING
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6813
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $5,420.14 | Scheduled: | $5,420.14 |
| --- | --- | --- | --- | --- |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6923
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $31,325.73 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ROBINSON, JACQUELINE B.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6924
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| ADMINISTRATIVE | Claimed: | $42,275.73 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ZHOU, JOANNA
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6977
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8203

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,936.66 | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: WHITE, JAMES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8346
Claim Date: 08/20/2012
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,919.15 | | |

---

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF DARRYL SMITH
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8139
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2683

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,117.81 | Scheduled: | $26,117.81 |

---

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF JACQUELINE ROBINSON
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8140
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2670

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,776.44 | Scheduled: | $45,776.44 |

---

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF KHAI VO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8141
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 397

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,663.62 | Scheduled: | $1,663.62 |
| UNSECURED | Claimed: | $29,801.87 | Scheduled: | $29,801.87 |

---

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF LINDA CHMIELESKI
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8142
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2072

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,294.07 | Scheduled: | $7,294.07 |
| UNSECURED | Claimed: | $11,912.39 | Scheduled: | $11,912.39 |

---

FAIR HARBOR CAPITAL, LLC AS
ASSIGNEE OF BRUCE PAWELK (GID 191069)
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8202
Claim Date: 02/27/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4845

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,716.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC AS<br>ASSIGNEE OF JOANNA ZHOU (GID 0532561)<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8203<br>Claim Date: 02/27/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 6977 | | |
| ADMINISTRATIVE | Claimed: | $21,936.66 | | |
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 121<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3591 (07/14/2010) | | |
| SECURED | Claimed: | $6,195.06   UNLIQ | | |
| FANNIN CAD<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1058<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3590 (07/14/2010) | | |
| SECURED | Claimed: | $4,296.80   UNLIQ | | |
| FARAG, MOUNIR E<br>3125 STONECREST DR<br>CUMMING, GA 30041-1142 | | Claim Number: 4047<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $9,839.17 | | |
| UNSECURED | | | Scheduled: | $10,289.09 |
| FARMER, C. GREGORY<br>621 A STREET NE<br>WASHINGTON, DC 20002 | | Claim Number: 7164<br>Claim Date: 03/24/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| PRIORITY | Claimed: | $723,054.69 | | |
| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 1118<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $723,054.69 | | |
| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 1754<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $657,209.17 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 4497<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300,000.00 | | |

| FARMER, CECIL GREGORY<br>621 A ST., N.E.<br>WASHINGTON, DC 20002 | | Claim Number: 5822<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300,000.00 | | |

| FARMER, RUSSELL E.<br>5716 HENRY COOK BLVD APT 11307<br>PLANO, TX 75024-4563 | | Claim Number: 734<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,770.56 | | |

| FARRANTO, PETER<br>1716 WITHMERE WAY<br>ATLANTA, GA 30338 | | Claim Number: 383<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $63,620.02 | | |

| FARRANTO, PETER<br>1716 WITHMERE WAY<br>ATLANTA, GA 30338 | | Claim Number: 5607<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 383 | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $89,491.12 | Scheduled: | $63,620.02 UNLIQ |

| FARSHIDEH, JAHANI<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601-9515 | | Claim Number: 6704<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |

| FARVARDIN, ANOOSH<br>601 SNEAD DR<br>PLANO, TX 75025 | | Claim Number: 7101<br>Claim Date: 02/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| FARZANEGAN, FREDERICK<br>5705 DUNSTAN CT<br>RALEIGH, NC 27613 | | Claim Number: 5856<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,690.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FARZANEGAN, FREDERICK<br>5705 DUNSTAN CT<br>RALEIGH, NC 27613 | | Claim Number: 5857<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $1,300.00 | | |
| UNSECURED | | | Scheduled: | $38,939.95 |

---

| | | | | |
|---|---|---|---|---|
| FAULKNER, TERESA B.<br>608 19TH STREET<br>BUTNER, NC 27509 | | Claim Number: 928<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,330.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FAUROTE, JOSEPH H.<br>1802 DREW LN<br>RICHARDSON, TX 75082-4822 | | Claim Number: 1160<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $47,343.75 | | |

---

| | | | | |
|---|---|---|---|---|
| FAWCETT, ERIC<br>102 CHAPARRAL COURT<br>CARY, NC 27513 | | Claim Number: 108<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $6,426.14 | | |
| UNSECURED | Claimed: | $0.02 | | |

---

| | | | | |
|---|---|---|---|---|
| FAWCETT, ERIC<br>102 CHAPARRAL COURT<br>CARY, NC 27513 | | Claim Number: 109<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $1,880.65 |
| UNSECURED | Claimed: | $44,116.10 | Scheduled: | $45,037.30 |

---

| | | | | |
|---|---|---|---|---|
| FAWN, JANIS L<br>213 HARBOR DRIVE SOUTH<br>VENICE, FL 34285 | | Claim Number: 5941<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $12,121.87 | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FAWN, JANIS L
213 HARBOR DRIVE SOUTH
VENICE, FL 34285

Claim Number: 5942
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $12,121.87 |
|---|---|---|

---

FAX, RUTH G.
148 MILL ST
NEWTON, MA 02459

Claim Number: 853
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $66,464.01 |
|---|---|---|

---

FCS NORTH AMERICA, INC
1430 GLENCOE DRIVE
ARCADIA, CA 91006

Claim Number: 1217
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $142,615.74 | Scheduled: | $19,750.00 |
|---|---|---|---|---|

---

FDR FORENSIC DATA RECOVERY INC
612 VIEW STREET
SUITE 410
VICTORIA, BC V8W 1J5
CANADA

Claim Number: 2412
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $32,394.95 |
|---|---|---|

---

FEDEX FREIGHT INC. FKA
FEDEX FREIGHT EAST & FEDEX FREIGHT WEST
PO BOX 840
HARRISON, AR 72602-0840

Claim Number: 1601
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $885.28 |
|---|---|---|

---

FEDYK, DONALD
220 HAYDEN RD
GROTON, MA 01450

Claim Number: 471
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,769.32 |
|---|---|---|

---

FEDYK, DONALD
220 HAYDEN RD
GROTON, MA 01450

Claim Number: 472
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,016.51 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FEIGEL, JAMES
3505 NORTH GRAVEL CIRCLE
SOUTHLAKE, TX 76092

Claim Number: 6951
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,692.31 | | |

---

FEIGL, MEINHARD
HINTER DEN GARTEN 4
LONSEE-ETTLENSCHIEB, 89173
GERMANY

Claim Number: 6004
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 3219 (06/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

FEIOCK, GERALD
88 GREEN RD.
CHURCHVILLE, NY 14428

Claim Number: 569
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $25,128.53 | Scheduled: | $36,446.72 |

---

FELFE, SIDNEY J.
1045 WOODHAVEN CIR.
ROCKWALL, TX 75087

Claim Number: 511
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,529.52 | Scheduled: | $14,171.61 |

---

FELIX, AVONDA
6510 ROSEBUD DR.
ROWLETT, TX 75089

Claim Number: 589
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2320 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,778.63 | | |

---

FELLI, PHILIPPE
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3535
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,034.03 | | |

---

FENTRESS, BRANDON
1004 WESTWOOD DR.
RALEIGH, NC 27607

Claim Number: 4702
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FENTRESS, BRANDON<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4704<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $43,074.96 |
| FENTRESS, BRANDON DUKE<br>1004 WESTWOOD DR.<br>RALEIGH, NC 27607 | | Claim Number: 4715<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3507<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $50,000.00 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3508<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $89,579.29 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DRIVE<br>ENGLISHTOWN, NJ 07726 | | Claim Number: 3509<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$78,629.29 |
| FERNANDES, DEAN<br>76 ALEXANDRIA DR<br>MANALAPAN, NJ 07726 | | Claim Number: 3516<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$39,050.00 |
| FERNANDES, NICOLE<br>70 BILLINGS ST.<br>LOWELL, MA 01850 | | Claim Number: 1097<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,767.75 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FERRELA, CHRISTOPHER J.
2 CREEK ROAD
WHITEHOUSE STATION, NJ 08889

Claim Number: 7682
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,497.25 |
|---|---|---|

---

FERRELL, DWAYNE
103 BEECH FORGE DRIVE
ANTIOCH, TN 37013

Claim Number: 7421
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,203.98 |

---

FETTERMAN, ROGER L
233 EAGAN ST
WALLA WALLA, WA 99362-2927

Claim Number: 2327
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| UNSECURED | Claimed: | $522.08    UNLIQ |
|---|---|---|

---

FETTERMAN, ROGER L.
233 WALNUT ST APT 2
JACKSON, CA 95642-2200

Claim Number: 2326
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $522.08    UNLIQ |
|---|---|---|

---

FETTERS, KAREN
2945 SPINDLETOP DRIVE
CUMMING, GA 30041

Claim Number: 5383
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,126.67 |
|---|---|---|

---

FIBICS INCORPORATED
556 BOOTH STREET
SUITE 200
OTTAWA, ON K1A 0G1
CANADA

Claim Number: 2391
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 4053 (09/30/2010)

| UNSECURED | Claimed: | $6,683.66 |
|---|---|---|

---

FIG, SAMMIE R.
107 OXFORD CIRCLE
KNIGHTDALE, NC 27545

Claim Number: 8249
Claim Date: 04/27/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8337

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FIG, SAMMIE R.<br>107 OXFORD CIRCLE<br>KNIGHTDALE, NC 27545 | | Claim Number: 8337<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 8249 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,311.60 | | |

---

| FIGUEROA, JOSE<br>2563 SW 157TH AVE<br>MIRAMAR, FL 33027 | | Claim Number: 7627<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $29,182.80   UNLIQ CONT | | |

---

| FILLMORE RILEY BARRISTERS<br>SOLICITORS & TRADE-MARK AGENTS<br>ATTN: PETER DAVEY<br>1700 COMMODITY EXCHANGE TOWER<br>WINNIPEG, MB R3C 3Z3<br>CANADA | | Claim Number: 4411<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $641.81 | | |

---

| FINCH, ALBERT F<br>2309 PEMBROKE ST.<br>GARLAND, TX 75040 | | Claim Number: 1902<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $60,807.74 | | |

---

| FINCH, ALBERT F.<br>2154 VILLAGE CREST DR<br>GARLAND, TX 75044-7138 | | Claim Number: 210<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,140.60   UNLIQ | | |

---

| FINCH, CARL E.<br>4108 ANGEL WING CT<br>LUTZ, FL 33558 | | Claim Number: 371<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,914.80 |
| UNSECURED | Claimed: | $88,401.05 | Scheduled: | $86,272.05 |

---

| FINERTY, EDMUND<br>417 NORTHSIDE DR<br>CHAPEL HILL, NC 27516 | | Claim Number: 3520<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,617.07 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FINISAR CORPORATION<br>1389 MOFFETT PARK DRIVE<br>SUNNYVALE, CA 94089 | | Claim Number: 6181<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,016.00 | Scheduled: | $85,664.00 |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | | Claim Number: 757<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,623.75 | |
| UNSECURED | Claimed: | $56,831.25 | |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | | Claim Number: 758<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $28,578.00 | |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | | Claim Number: 759<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $15,951.31 | |

| FINK, BRAD<br>25129 NE 47 CT<br>REDMOND, WA 98053 | | Claim Number: 760<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,633.80 | |

| FINNEGAN HENDERSON FARABOW GARRETT<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | | Claim Number: 2070<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,702.83 | Scheduled: | $3,855.68 |

| FINNEGAN LLP<br>901 NEW YORK AVE NW<br>WASHINGTON, DC 20001-4413 | | Claim Number: 1563<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $27,702.83 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FISCHER & COMPANY<br>ATTN: CHRIS JOYNER, EXEC V.P.<br>TWO GALLERIA TOWER<br>13455 NOEL R., STE 1900<br>DALLAS, TX 75240 | Claim Number: 3492<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $155,994.21 |
|---|---|---|

---

| FISCHER, TIM<br>27005 COUNTY ROAD S<br>ELIZABETH, CO 80107 | Claim Number: 551<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8148 |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| FISHBEIN, SHELDON<br>20226 STAGG ST.<br>WINNETKA, CA 91306-2515 | Claim Number: 249<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,578.20 | Scheduled: | $21,179.52 |

---

| FISHENCORD, MICHAEL SCOTT<br>503 KAMBER LN<br>WYLIE, TX 75098 | Claim Number: 2323<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,816.00 |
|---|---|---|

---

| FISHER, NEIL R.<br>4505 CRABTREE PINES LN.<br>RALEIGH, NC 27612 | Claim Number: 784<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $103,505.60 |
|---|---|---|

---

| FISHER, WILLIAM H. III<br>605 LAKE ROAD<br>CREEDMOOR, NC 27522 | Claim Number: 7904<br>Claim Date: 08/09/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,712.00 |
|---|---|---|

---

| FISHMAN, ROBERT<br>PO BOX 4<br>1380 GRAND VIEW LODGE RD.<br>PLYMOUTH, VT 05056 | Claim Number: 6138<br>Claim Date: 11/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7717<br>Amends claim 1680 |
|---|---|

| UNSECURED | Claimed: | $2,000,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FISHMAN, ROBERT L.
PO BOX 4
1380 GRAND VIEW LODGE RD.
PLYMOUTH, VT 05056

Claim Number: 1680
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6138

| | | |
|---|---|---|
| UNSECURED | Claimed: | $430,128.47 |

---

FISHMAN, ROBERT L.
PO BOX 4
PLYMOUTH, VT 05056

Claim Number: 7717
Claim Date: 04/25/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7748

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,000,000.00   UNLIQ |

---

FISHMAN, ROBERT L.
P.O. BOX 4
PLYMOUTH, VT 05056

Claim Number: 7748
Claim Date: 06/02/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7717

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,150,038.23 |

---

FITZGERALD, DAVID A.
8216 INVERSTONE LN.
RALEIGH, NC 27606

Claim Number: 7482
Claim Date: 11/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $18,050.00   UNLIQ CONT |

---

FITZGERALD, EDMUND
3434 WOODMONT BLVD
NASHVILLE, TN 37215

Claim Number: 4748
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,681,085.00 |

---

FITZGERALD, EDMUND
3434 WOODMONT BLVD
NASHVILLE, TN 37215

Claim Number: 5641
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5641 (10/16/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,041,751.00 | Scheduled: | $374,787.00  UNLIQ |

---

FITZPATRICK, JAMES
304 FORSYTHE LN
DEKALB, IL 60115-2342

Claim Number: 4377
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $77,947.65 | Scheduled: | $6,070.10 |
| UNSECURED | | | Scheduled: | $76,947.59 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FITZPATRICK, JAMES HARRY<br>304 FORSYTHE LN<br>DEKALB, IL 60115-2342 | Claim Number: 4376<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

| FITZPATRICK, KEVIN M.<br>5760 DEVONSHIRE WAY<br>CUMMING, GA 30040 | Claim Number: 1028<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $45,380.40 |
|---|---|---|

---

| FIXSEN, CHRISTOPHER<br>10060 FOUNTAIN<br>CHAPEL HILL, NC 27517-6384 | Claim Number: 4472<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $22,004.81 |
|---|---|---|

---

| FLAGLER DEVELOPMENT COMPANY<br>4601 TOUCHTON RD E STE 3200<br>JACKSONVILLE, FL 32246-4485 | Claim Number: 3417<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $92,908.44 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6263<br>Claim Date: 12/15/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6264<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6265<br>Claim Date: 12/15/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6266<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6267<br>Claim Date: 12/15/2009<br>Debtor: CORETEK, INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6268<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6269<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6270<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6271<br>Claim Date: 12/15/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6272<br>Claim Date: 12/15/2009<br>Debtor: XROS, INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6273<br>Claim Date: 12/15/2009<br>Debtor: SONOMA SYSTEMS |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6274<br>Claim Date: 12/15/2009<br>Debtor: QTERA CORPORATION |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6275<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6276<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | Claim Number: 6277<br>Claim Date: 12/15/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,217,483.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FLAHERTY, LAUREN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE ST STE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6808<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,217,483.00 |

| | | |
|---|---|---|
| FLAKE, JOHN<br>23 EVERGREEN PL<br>SPARTA, NJ 07871 | | Claim Number: 469<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $73,182.02 |

| | | |
|---|---|---|
| FLANAGAN, HUGH E<br>3005 CAPODILE RD<br>BLOOMINGTON, IL 61705 | | Claim Number: 6731<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $737.74 |

| | | |
|---|---|---|
| FLANAGAN, HUGH E<br>3005  CAPODILE RD<br>BLOOMINGTON, IL 61705 | | Claim Number: 6732<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $737.74 |

| | | |
|---|---|---|
| FLANAGAN, MAUREEN<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 4717<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,301.22 |

| | | |
|---|---|---|
| FLANAGAN, MAUREEN<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 4718<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,301.22 |

| | | |
|---|---|---|
| FLANAGAN, MAUREEN<br>C/O TARA STUKONIS<br>1330 2ND STREET<br>WEST BABYLON, NY 11704 | | Claim Number: 8405<br>Claim Date: 11/12/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN IRELAND, 18
IRL

Claim Number: 2972
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $43,435.00 |
|---|---|---|

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN, 18
IRELAND

Claim Number: 2973
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $43,435.00 |
|---|---|---|

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN IRELAND, 18
IRELAND

Claim Number: 2974
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $123.97
UNSECURED                          Scheduled:          $0.00  UNLIQ

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN IRELAND, 18
IRL

Claim Number: 2975
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $123.97 |
|---|---|---|

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN, 18
IRELAND

Claim Number: 6488
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

FLANAGAN, THOMAS P
56 HAINAULT RD
FOXROCK
DUBLIN, 18
IRELAND

Claim Number: 6489
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $77,900.88 |
|---|---|---|

---

FLECK, SHAWN
13016 TOWNFIELD DRIVE
RALEIGH, NC 27614

Claim Number: 5758
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,573.31 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FLECK, SHAWN
13016 TOWNFIELD DRIVE
RALEIGH, NC 27614 | | Claim Number: 5759
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $54,300.73 |

| FLEECE, CLAIRE
45 ADELHAIDA LANE
EAST ISLIP, NY 11730 | | Claim Number: 2508
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $15,133.04 |
| UNSECURED | Claimed: | $45,988.69 |

| FLEMING COMMUNICATIONS INC
920 BELFAST ROAD
OTTAWA, ON K1G 0Z6
CANADA | | Claim Number: 3002
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $115,628.65 |

| FLESCHER, JAMES T.
5505 13TH AVENUE SOUTH
MINNEAPOLIS, MN 55417 | | Claim Number: 2912
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $356.85   UNLIQ |

| FLESCHER, JAMES T.
5505 13TH AVENUE SOUTH
MINNEAPOLIS, MN 55417 | | Claim Number: 2913
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $356.85   UNLIQ |

| FLESHER, CHRIS
3100 VICENTE ST #302
SAN FRANCISCO, CA 94116 | | Claim Number: 3153
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,443.94 |

| FLESHER, CHRIS
3100 VICENTE ST APT 302
SAN FRANCISCO, CA 94116-2765 | | Claim Number: 3154
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $9,443.94 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FLETCHER, BERT
35 BROOMHILL COURT
CLAYTON, NC 27527

Claim Number: 7336
Claim Date: 07/07/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,527.00 |
|---|---|---|

FLETCHER, ERIKA
2754 GRIMES RANCH ROAD
AUSTIN, TX 78732

Claim Number: 684
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $10,741.50 |
|---|---|---|

FLETCHER, ERIKA
2754 GRIMES RANCH ROAD
AUSTIN, TX 78732

Claim Number: 6955
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $17,500.00 |
|---|---|---|

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHMEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4867
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $2,076.00 |
|---|---|---|

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4869
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $11,918,347.00 |
|---|---|---|

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4883
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $191,709,400.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $157,716,451.00   UNLIQ CONT |

FLEXTRONICS AMERICA LLC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4884
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $2,076.00   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4858
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4859
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4872
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4873
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN : MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4874
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS CORPORATION
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4885
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204,586,654.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00 | UNLIQ CONT |

---

FLEXTRONICS EMS CANADA INC.
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4886
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $179,791,053.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $122,980,316.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4865
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $472.00 |

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4868
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $10,663,450.00 |

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4879
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $472.00   UNLIQ CONT |

---

FLEXTRONICS INTERNATIONAL EUROPE B.V.
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4882
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $190,454,503.00   UNLIQ CONT |
| UNSECURED | Claimed: | $143,847,696.00   UNLIQ CONT |

---

FLEXTRONICS INTERNATIONAL LATIN AMERICA
(L) LTD C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4864
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $637,596.00 |

---

FLEXTRONICS INTERNATIONAL USA INC
C/O FLEXTRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4866
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $9,427.00 |

---

FLEXTRONICS INTERNATIONAL USA INC
C/O FLEXRONICS INTERNATIONAL
ATTN: MARIO MENARD
171 BEAUCHEMIN
ILE BIZARD, QC H9C 2X6
CANADA

Claim Number: 4880
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2063 (12/03/2009)

| ADMINISTRATIVE | Claimed: | $179,791,053.00   UNLIQ CONT |
| UNSECURED | Claimed: | $122,988,273.00   UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| FLEXTRONICS INTN'L LATIN AMERICA (L) LTD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4881<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,428,649.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $132,270,048.00 | UNLIQ CONT |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4875<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $1,195,872.00 | |
| FLEXTRONICS LOGISTICS USA INC<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4877<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,986,925.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $124,653,356.00 | UNLIQ CONT |
| FLEXTRONICS SALES & MARKETING NORTH ASIA<br>(L) LTD, C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4862<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $331,437.00 | |
| FLEXTRONICS SALES & MRKTG N.ASIA (L) LTD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4876<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $180,122,490.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $123,615,872.00 | UNLIQ CONT |
| FLEXTRONICS TECHNOLOGY (PENANG) SDN BHD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4863<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $46,351.00 | |
| FLEXTRONICS TECHNOLOGY(PENANG)SDN BHD<br>C/O FLEXRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | | Claim Number: 4878<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) | |
| ADMINISTRATIVE | Claimed: | $179,837,404.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $123,746,125.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FLEXTRONICS TELECOM SYSTEM LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4856<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4857<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ |

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4860<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4861<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $204,586,654.00   UNLIQ CONT |
| UNSECURED | Claimed: | $403,613,812.00   UNLIQ CONT |

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4870<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

| FLEXTRONICS TELECOM SYSTEMS LTD<br>C/O FLEXTRONICS INTERNATIONAL<br>ATTN: MARIO MENARD<br>171 BEAUCHEMIN<br>ILE BIZARD, QC H9C 2X6<br>CANADA | Claim Number: 4871<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2063 (12/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,795,601.00 |

---

| FLOOD, DEBORAH<br>3 BARTLETT ST<br>MELROSE, MA 02176 | Claim Number: 7908<br>Claim Date: 08/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $32,914.33 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FLORES, GERARDO
1141 BROOKHILL WAY
CARY, NC 27519

Claim Number: 1631
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,448.00 |
|---|---|---|

FLORES, GERARDO
1141 BROOKHILL WAY
GID # 5040031
CARY, NC 27519

Claim Number: 1862
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,335.87 |
|---|---|---|

FLORIDA POWER & LIGHT COMPANY
C/O RACHEL BUDKE, ESQ.
700 UNIVERSE BLVD.
JUNO BEACH, FL 33408

Claim Number: 4528
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

FLORY, JOHN
6345 CORDING CT
COLORADO SPGS, CO 80922-2145

Claim Number: 2042
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,966.00   UNLIQ |
|---|---|---|

FLOYD, GREGORY
9742 WINGHAM DR
DALLAS, TX 75243-2321

Claim Number: 6479
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $674.00 |
|---|---|---|

FLOYD, PRESTON
AKA MICHAEL PRESTON FLOYD
110 BEECHTREE TRAIL
KITTRELL, NC 27544

Claim Number: 512
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $193,485.20 |
|---|---|---|

FLYNN, HAROLD
8430 CANYON CROSSING
LANTANA, TX 76226

Claim Number: 3174
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,470.14 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FLYNN, HAROLD DIXON<br>8430 CANYON XING<br>ARGYLE, TX 76226 | | Claim Number: 3173<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |

ADMINISTRATIVE       Claimed:                $0.00   UNDET

| | | |
|---|---|---|
| FLYNN, LAWRENCE M.<br>909 WATERCRESS DRIVE<br>NAPERVILLE, IL 60540 | | Claim Number: 4363<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

ADMINISTRATIVE       Claimed:            $198,214.03

| | | |
|---|---|---|
| FOCHT, RONALD D.<br>7700 HOLLY HEIGHT LN<br>RALEIGH, NC 27615 | | Claim Number: 2027<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |

PRIORITY           Claimed:             $25,000.00
UNSECURED                                               Scheduled:            $32,989.38

| | | |
|---|---|---|
| FODELL, CHARLES E<br>8413 GREY ABBEY PLACE<br>RALEIGH, NC 27615 | | Claim Number: 6071<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:             $89,737.83

| | | |
|---|---|---|
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | | Claim Number: 4707<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

UNSECURED          Claimed:             $26,039.39

| | | |
|---|---|---|
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | | Claim Number: 4708<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |

UNSECURED          Claimed:             $26,039.39

| | | |
|---|---|---|
| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | | Claim Number: 4709<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY                                                Scheduled:             $6,581.43
UNSECURED          Claimed:             $26,039.39      Scheduled:            $19,299.88

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FOGLIA, JUDY<br>6516 CRESTMOOR LANE<br>SACHSE, TX 75048 | | Claim Number: 4710<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,039.39 | | |

| FOLEY, NANCY<br>22020 DE LA GUERRA<br>WOODLAND HILLS, CA 91364 | | Claim Number: 6959<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| FONDATION DU CSSS DU SUD DE<br>LANAUDIERE<br>911 MONTEE DES PIONNIERS<br>TERREBONNE, QC J6V 2H2<br>CANADA | | Claim Number: 2656<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | | |

| FONTAINE, MICHEL J<br>BOX 2636<br>N. HATLEY, ON J0B2C0<br>CANADA | | Claim Number: 2365<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,622.94 | Scheduled: | $0.00  UNLIQ |

| FONTAINE, MICHEL J<br>BOX 2636<br>N. HATLEY, J0B2C0<br>CANADA | | Claim Number: 4215<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $112,984.51 | | |

| FORBIS, STANLEY<br>309 YARROW CT<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 607<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| FORBIS, STANLEY<br>309 YARROW CT<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 608<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FORD, CATHY
3289 LEAH CT
LEBANON, TN 37087

Claim Number: 7429
Claim Date: 09/21/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $6,229.00 | UNLIQ CONT |

---

FORDEN, RONALD KEITH
2905 JORDAN CT.
SUITE B109
ALPHARETTA, GA 30004

Claim Number: 3686
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $483,372.00 |

---

FORDEN, RONALD KEITH
2905 JORDAN CT.
SUITE B109
ALPHARETTA, GA 30004

Claim Number: 3694
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,224.00 |

---

FOREST NETWORKS LLC
217 PARK STREET
WEST ROXBURY, MA 02132

Claim Number: 63
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,780.00 |

---

FORFELLOW, HENRY J
99 MARTIN STREET
KING CITY, ON L7B 1J3
CANADA

Claim Number: 1965
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8902 (11/07/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

FORFELLOW, HENRY J.
99 MARTIN ST
KING CITY, ON L7B 1J3
CANADA

Claim Number: 1966
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |

---

FORMAN, BRIAN
12 ELLA ROAD
SPARTA, NJ 07871

Claim Number: 4059
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,183.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FORTIER, L. YVES
OGILVY RENAULT
SUITE 500-1 PLACE VILLE MARIE
MONTREAL, QC H3B 1R1
CANADA

Claim Number: 5392
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

FORTIS NETWORKS INC.
4108 E. AIRLANE
PHOENIX, AZ 85034

Claim Number: 6496
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

FORTUNE, ANTHONY W.
900 WILLIE RD.
MONTICELLO, FL 32344

Claim Number: 1256
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $23,452.80 |
|---|---|---|

---

FOSTER, GREGORY
811 LAWRENCE DR
GILROY, CA 95020

Claim Number: 6403
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $49,285.00 |
|---|---|---|

---

FOSTER, GREGORY
811 LAWRENCE DR
GILROY, CA 95020

Claim Number: 6404
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $49,285.00 |
|---|---|---|

---

FOSTER, GREGORY
811 LAWRENCE DR
GILROY, CA 95020

Claim Number: 6405
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $49,285.00 |
|---|---|---|

---

FOSTER, GREGORY
811 LAWRENCE DRIVE
GILROY, CA 95020

Claim Number: 6406
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $49,285.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| FOSTER, KAREN D<br>9231 VINEWOOD DR<br>DALLAS, TX 75228 | | Claim Number: 3381<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $67,596.00 |
| FOSTER, KAREN D.<br>9231 VINEWOOD DRIVE<br>DALLAS, TX 75228 | | Claim Number: 8344<br>Claim Date: 08/20/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3381 |
| PRIORITY | Claimed: | $67,596.00 |
| FOSTER, LINWOOD<br>7575 FRANKFORD RD. # 623<br>DALLAS, TX 75252 | | Claim Number: 1401<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $14,309.81 |
| FOSTER, SANDRA L.<br>1641 NICOLE LN<br>GARLAND, TX 75040 | | Claim Number: 1529<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,529.78 |
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 368<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $70,357.88 |
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 369<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 400 |
| UNSECURED | Claimed: | $336,485.32 |
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 399<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $70,357.88 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 400<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $403,814.70 | | | |
| FOULOIS, MARA<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 4194<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 368 and 399. | | | |
| PRIORITY | Claimed: | $70,357.88 | | | |
| FOULOIS, MARA<br>10910 BELMONT BLVD<br>LORTON, VA 22079 | | Claim Number: 4199<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 400. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $151,716.31 | Scheduled: | $0.00  UNLIQ | |
| FOULOIS, MARA E.<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 4195<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| FOULOIS, MARA E.<br>10910 BELMONT BLVD.<br>MASON NECK, VA 22079 | | Claim Number: 4198<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| FOUNDATION CSSSSL<br>911 MONTEEDES PIONNIERS<br>TERREBONNE, QC J6V 2H2<br>CANADA | | Claim Number: 2657<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $30,000.00 | | | |
| FOXCONN<br>ATTN: ANDY BURNS<br>PRAHA CITY CENTRE, KLIMENTSKA - 46<br>110 02 PRAHA 1<br><br>CZECH REPUBLIC | | Claim Number: 7384<br>Claim Date: 08/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) | | | |
| UNSECURED | Claimed: | $8,290.23 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FPL FIBERNET LLC<br>C/O RACHEL BUDKE, ESQ.<br>700 UNIVERSE BLVD.<br>JUNO BEACH, FL 33408 | Claim Number: 4529<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| FRADETTE, MAURICE<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3442<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,398.10 | Scheduled: | $4,398.10  UNLIQ |

---

| FRADETTE, MAURICE J<br>36 GLENWOOD RD<br>WEST HARTFORD, CT 06107 | Claim Number: 3443<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $117,057.11 | Scheduled: | $0.00  UNLIQ |

---

| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | Claim Number: 21<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $3,694.52 |

---

| FRADETTE, MAURICE J.<br>36 GLENWOOD ROAD<br>WEST HARTFORD, CT 06107 | Claim Number: 264<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $103,833.59 |

---

| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | Claim Number: 20<br>Claim Date: 01/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $125,353.10 |

---

| FRAME, DAVID<br>633 RAFORD HILL LN<br>RICHARDSON, TX 75081 | Claim Number: 4600<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $21,674.51 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FRAME, DAVID
633 RAFORD HILL LANE
RICHARDSON, TX 75081

Claim Number: 4601
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7049

| UNSECURED | Claimed: | $15,748.94 |
|---|---|---|

---

FRAME, DAVID
633 RAFORD HILL LN
RICHARDSON, TX 75081

Claim Number: 7049
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4601

| UNSECURED | Claimed: | $15,748.94 |
|---|---|---|

---

FRAME, DAVID J
633 RAFORD HILL LANE
RICHARDSON, TX 75081

Claim Number: 4599
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 20.

| UNSECURED | Claimed: | $114,805.44 | Scheduled: | $114,805.44 |
|---|---|---|---|---|

---

FRAME, ROBERT MG
1527 KINGS CROSSING
ST MOUNTAIN, GA 30087

Claim Number: 3826
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,029,899.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4292
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| PRIORITY | Claimed: | $120,845,854.00 |
|---|---|---|
| SECURED | Claimed: | $113,955.89 |
| UNSECURED | Claimed: | $16,046,205.11 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MSA340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4293
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| PRIORITY | Claimed: | $2,968,227.00 |
|---|---|---|
| UNSECURED | Claimed: | $269,775.00 |

---

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 4294
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 7721 (05/29/2012)

| PRIORITY | Claimed: | $76,721.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 4295<br>Claim Date: 09/28/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: WITHDRAWN<br>DOCKET: 7721 (05/29/2012) |
|---|---|
| PRIORITY                    Claimed: | $800.00 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 4296<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 7721 (05/29/2012) |
|---|---|
| PRIORITY                    Claimed: | $800.00 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7529<br>Claim Date: 12/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7368 (03/12/2012) |
|---|---|
| SECURED                    Claimed: | $437,866.52 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7530<br>Claim Date: 12/21/2010<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7368 (03/12/2012) |
|---|---|
| PRIORITY                    Claimed: | $8,376.06 |
| SECURED                    Claimed: | $2,054.51 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7531<br>Claim Date: 12/21/2010<br>Debtor: SONOMA SYSTEMS<br>Comments: WITHDRAWN<br>DOCKET: 7368 (03/12/2012) |
|---|---|
| PRIORITY                    Claimed: | $0.00 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7532<br>Claim Date: 12/21/2010<br>Debtor: XROS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7368 (03/12/2012) |
|---|---|
| PRIORITY                    Claimed: | $0.00 |

---

| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 7533<br>Claim Date: 12/21/2010<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 7368 (03/12/2012) |
|---|---|
| PRIORITY                    Claimed: | $0.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FRANCIS, PATRICIA P
8218 SUMMER PLACE DRIVE
AUSTIN, TX 78759

Claim Number: 1974
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,040.50 | | |
| UNSECURED | | | Scheduled: | $1,272.50 |

---

FRANCIS, PATRICIA P.
8218 SUMMER PLACE DRIVE
AUSTIN, TX 78759

Claim Number: 1981
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE    Claimed:    $1,040.50

---

FRANK, HERMAN C
664 HAMPTON WOODS DR
MARION, OH 43302-6465

Claim Number: 2177
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $0.00   UNDET

---

FRASER OHMAN, MEREDITH
27 CORONET AVENUE
OTTAWA, ON K2G 6R8
CANADA

Claim Number: 6722
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

UNSECURED    Claimed:    $1,039.50

---

FRASER, RUSSELL
12949 SW 57TH TERRACE
MIAMI, FL 33183

Claim Number: 4760
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $386,000.00   UNLIQ

---

FRASER, RUSSELL
12949 SW 57TH TERRACE
MIAMI, FL 33183

Claim Number: 6641
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS (CALA) INC.

UNSECURED    Claimed:    $386,000.00

---

FRASER-OHMAN, MEREDITH
27 CORONET AVE
OTTAWA, ON K2G 6R8
CANADA

Claim Number: 6723
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

ADMINISTRATIVE    Claimed:    $1,039.50

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FRAZIER, SHANNON<br>1017 SHANNON COURT<br>RALEIGH, NC 27603 | | Claim Number: 5645<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $35,624.00 |
| UNSECURED | Claimed: | $35,624.00 |
| TOTAL | Claimed: | $35,624.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1199<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $14,872.50 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1200<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $21,195.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1201<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $14,872.50 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1282<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $14,872.50 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1284<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $11,450.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1285<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $32,175.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1286<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $21,195.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1287<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $2,080.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1288<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $22,400.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1289<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $5,020.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1290<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $6,000.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1291<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $16,280.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1292<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $400.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1293<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $6,700.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1294<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $1,460.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1295<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $3,000.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1296<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $1,035.00 |
| FREEDOM CAD SERVICES, INC<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1297<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $3,880.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1202<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED | Claimed: | $2,452.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | Claim Number: 1203<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED | Claimed: | $3,880.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1204
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $22,400.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1205
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $5,020.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1206
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $16,280.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1207
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $2,080.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1208
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $400.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1209
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $6,700.00 |

---

FREEDOM CAD SERVICES, INC.
20 COTTON ROAD, SUITE 201
NASHUA, NH 03063

Claim Number: 1210
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $1,460.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1211<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $3,000.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1212<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $6,000.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1213<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $1,035.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1214<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $11,450.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1215<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $32,175.00 |
| FREEDOM CAD SERVICES, INC.<br>20 COTTON ROAD, SUITE 201<br>NASHUA, NH 03063 | | Claim Number: 1283<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $2,452.00 |
| FREEMAN DECORATING SERVICES, INC.<br>ATTN: MARY OSWALD<br>1600 VICEROY; SUITE 100<br>DALLAS, TX 75235 | | Claim Number: 828<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $195.19 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FREEMAN, TERRANCE
26 CONCORD DRIVE
HOLTSVILLE, NY 11742

Claim Number: 187
Claim Date: 01/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $300,000.00 | | |
|---|---|---|---|---|

FREITAG, KAREN
11413 CANTERBURY CIRCLE
LEAWOOD, KS 66211

Claim Number: 5785
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,302.92 | Scheduled: | $25,302.92 UNLIQ |
|---|---|---|---|---|

FREITAS, TIMOTHY M.
26 FLETCHER ST
FOXBORO, MA 02035

Claim Number: 4160
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,296.00 |

FRENK, LINDA J
2009 MALLARD LN
WOODSTOCK, IL 60098-7414

Claim Number: 5820
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

FRETTE, LEE B.
3692 SHEARMAN RD.
PERRY, NY 14530

Claim Number: 8143
Claim Date: 01/06/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8180

| UNSECURED | Claimed: | $34,462.89 |
|---|---|---|

FRETTE, LEE B.
3692 SHEARMAN RD.
PERRY, NY 14530

Claim Number: 8180
Claim Date: 01/25/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 8143

| UNSECURED | Claimed: | $34,462.89 |
|---|---|---|

FREY, MICHAEL SCOTT
107 THORESBY COURT
CARY, NC 27519

Claim Number: 7603
Claim Date: 02/17/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $12,562.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FREY, MICHAEL SCOTT
107 THORESBY COURT
CARY, NC 27519

Claim Number: 7667
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,612.00 |

---

FREY, MICHAEL SCOTT
107 THORESBY COURT
CARY, NC 27519

Claim Number: 7683
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,765.00 |

---

FRIEDBERG, MAREK
7808 ALDERWOOD
PLANO, TX 75025

Claim Number: 5818
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,725.22 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

FRISBY, GARY GRAYSON
2100 KATESBRIDGE LANE
RALEIGH, NC 27614

Claim Number: 8298
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,731.00 |

---

FRISCH, MARK
10 WHISPERING IVY WAY
MENDHAM, NJ 07945

Claim Number: 1708
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $194,610.23 |

---

FROMMER, EARL J.
10 SPRUCE STREET
TOWNSEND, MA 01469

Claim Number: 7186
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,719.00   CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FROST, INGGIT
4817 MONTEVISTA LN
MCKINNEY, TX 75070

Claim Number: 226
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,825.80 | Scheduled: | $50,524.81 |

---

FRY'S ELECTRONICS, INC.
ATTN: LEGAL DEPT
600 EAST BROKAW ROAD
SAN JOSE, CA 95112

Claim Number: 2880
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,181.52 | | |
| UNSECURED | Claimed: | $1,706.44 | Scheduled: | $3,887.96 |

---

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 375
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $49,306.10 |

---

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2583
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,306.10 |

---

FRYDACH, RONALD J
101 FOX BRIAR LANE
CARY, NC 27518

Claim Number: 2584
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $49,306.10 |
| UNSECURED | Claimed: | $49,306.10 |
| TOTAL | Claimed: | $49,306.10 |

---

FRYE, LINDA
P.O. BOX 1175
CENTRAL ISLIP, NY 11722

Claim Number: 8406
Claim Date: 11/19/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $177.32 |
| UNSECURED | Claimed: | $1,773.23 |

---

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: RICHARDSON, PAMELA
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

Claim Number: 494
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4553 (12/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,095,970.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: JAMES R LONG<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3528<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $497,851.37 | Scheduled: | $497,851.37 UNLIQ |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL, JR., RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3606<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $676,950.08 | Scheduled: | $676,950.08 UNLIQ |
| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: STANDEL JR, RICHARD<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | | Claim Number: 3820<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $676,950.08 | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 428<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | |
| PRIORITY | Claimed: | $13,692.16 UNLIQ CONT | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 3550<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | |
| PRIORITY | Claimed: | $1.00 UNLIQ CONT | | |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 6043<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3822 (08/24/2010) | | |
| PRIORITY | Claimed: | $15,545.70 UNLIQ | | |
| FURLONG, PHILIP<br>380 HEARNE ST #202<br>POINTE CLAIRE, QC H9R 1K3<br>CANADA | | Claim Number: 7014<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FURLONG, PHILIP
380 HEARNE ST #202
POINT-CLAIRE, QC H9R1K3
CANADA

Claim Number: 7260
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

FURMANIAK, DARIUSZ
131 LONGCHAMP LN
CARY, NC 27519

Claim Number: 4033
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,400.00 | Scheduled: | $45,922.68 |

---

FURNESS, REBECCA
REBECCA (FURNESS) BOYCE
6116 FAIRLONG RUN
ACWORTH, GA 30101

Claim Number: 5973
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

FURNESS, REBECCA
6116 FAIRLONG RUN
ACWORTH, GA 30101

Claim Number: 5975
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

FURNESS, REBECCA
6116 FAIRLONG RUN
ACWORTH, GA 30101

Claim Number: 5977
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

FURNESS, REBECCA
6116 FAIR LONG RUN
ACWORTH, GA 30101

Claim Number: 5979
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

FUSION TRADE, INC.
206 ANDOVER STREET
ANDOVER, MA 01810

Claim Number: 326
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,696.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

FUTURE TELECOM INC
PO BOX 852728
MESQUITE, TX 75185

Claim Number: 6716
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $10,864.57 | | |

---

FUTURE TELECOM, INC.
PO BOX 852728
MESQUITE, TX 75185

Claim Number: 6148
Claim Date: 11/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| ADMINISTRATIVE | Claimed: | $10,864.57 | | |

---

FUTURESIGHT PIER INC
335 APPLEBROOK DR
CHAGRIN FALLS, OH 44022-2529

Claim Number: 1795
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,250.00 | Scheduled: | $0.00 UNLIQ |

---

GADSDEN, PHILIP
4452 TREETOPS CIRCLE
MANLIUS, NY 13104

Claim Number: 5590
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,466.83 | Scheduled: | $16,466.83 UNLIQ |

---

GAGLIONE, MICHAEL
7613 SILVER VIEW LANE
RALEIGH, NC 27613

Claim Number: 7697
Claim Date: 04/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,500.00 | | |

---

GAGLIONE, SEBASTIAN F.
22 OLDE WOODE ROAD
SALEM, NH 03079

Claim Number: 1806
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

GAGLIONE, SEBASTIAN F.
22 OLDE WOODE ROAD
SALEM, NH 03079

Claim Number: 1807
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GAGNON, JEAN PAUL
934 PARADIS
QUEBEC, QC G1V 2T6
CANADA

Claim Number: 3668
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

GAGNON, JEAN PAUL
2292 AVENUE CHAUVEAU, APT. 17
QUEBEC, QC G2C 0J9
CANADA

Claim Number: 3669
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $195,557.00 | Scheduled: | $195,557.00  UNLIQ |
|---|---|---|---|---|

---

GAGNON, JEAN PAUL
934 PARADIS
QUEBEC, QC G1V 2T6
CANADA

Claim Number: 3670
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GAGNON, JEAN PAUL
2292 AVENUE CHAUVEAU, APT. 17
QUEBEC, QC G2C 0J9
CANADA

Claim Number: 3671
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,090.45 |
|---|---|---|

---

GALLAGHER, DAVID
3809 BOSTWYCK DR
FUQUAY VARINA, NC 27526

Claim Number: 6231
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $23,545.00 | Scheduled: | $24,014.70 |
|---|---|---|---|---|

---

GALLARDO, FRANK
8405 E HAMPDEN AVENUE APRTME
DENVER, CO 80231

Claim Number: 668
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $9,614.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
8405 E HAMPDEN AVENUE APRTME
DENVER, CO 80231

Claim Number: 3290
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $9,614.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GALLARDO, FRANK
8405 E HAMPDEN AVENUE APRTME
DENVER, CO 80231

Claim Number: 3291
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
8205 S. POPULAR WAY APT 103
CENTENNIAL, CO 80112

Claim Number: 3292
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
8205 POPLAR WAY # 103
CENTENNIAL, CO 80112

Claim Number: 3437
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
1034 MARGATE CT #C
STERLING, VA 20164-5209

Claim Number: 3438
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5499 (05/27/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
8405 E HAMPDEN AVENUE APRTME
DENVER, CO 80231

Claim Number: 3439
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

GALLARDO, FRANK
1034 MARGATE CT. UNIT C
STERLING, VA 20164

Claim Number: 6439
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 5499 (05/27/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,614.00 |
| UNSECURED | Claimed: | $9,614.00 |
| TOTAL | Claimed: | $9,614.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GALLARDO, FRANK
407 GAZELLE TRAIL
WINCHESTER, VA 22602

Claim Number: 6444
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,614.00 | | |

GALLARDO, WILFRIDO
166 W. PLUM ST.
BRENTWOOD, NY 11717

Claim Number: 242
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,019.96 | | |
| UNSECURED | | | Scheduled: | $15,235.40 |

GALT, W.B.
1109 MEADOW LANE
SACHSE, TX 75048

Claim Number: 3760
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $621,142.74 | Scheduled: | $0.00 UNLIQ |

GAMACHE, YVAN
BRIAN ANDERSON, CORPORATE ATTORNEY
BELDEN, INC.
7733 FORSYTH BOULEVARD, SUITE 800
SAINT LOUIS, MO 63105

Claim Number: 3534
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 1370

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,301.42 |

GAMEWAY, JOHN
1057 COUNTY LINE CHURCH RD
WHITESBORO, TX 76273-7117

Claim Number: 2888
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNDET |

GAMEWAY, JOHN S.
1057 COUNTY LINE CHURCH RD
WHITESBORO, TX 76273-7117

Claim Number: 2887
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| SECURED | Claimed: | $51,588.01 |

GANAPATHY, AKILA
903 NORTH YORK CT.
APEX, NC 27502

Claim Number: 5809
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,469.12 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | | Claim Number: 5735<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,571.16   UNLIQ | | |

| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | | Claim Number: 5736<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80,761.34 | | |

| GANGULY, SUPRIYA<br>2122 HANEY LANE<br>VIENNA, VA 22182 | | Claim Number: 5737<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,807.21 |
| UNSECURED | Claimed: | $3,000.00   UNLIQ | Scheduled: | $78,290.15 |

| GANNON, CELESTE<br>4 GARY ST.,<br>ERVING, MA 01344 | | Claim Number: 7496<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,254.00   UNLIQ CONT | | |

| GANNON, MATT<br>4232 GLEN SUMMIT CT<br>APEX, NC 27539-7950 | | Claim Number: 2383<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,570.48 |
| UNSECURED | Claimed: | $42,000.00 | Scheduled: | $41,449.38 |

| GAO, HONGWEI<br>4421 VANDERPOOL DRIVE<br>PLANO, TX 75024 | | Claim Number: 3839<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $31,959.72 | | |

| GAO, LANYUN<br>4405 BELVEDERE DR.<br>PLANO, TX 75093 | | Claim Number: 411<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,510.28 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GAO, LANYUN
4405 BELVEDERE DR.
PLANO, TX 75093

Claim Number: 2573
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $35,510.28 | | |
| | | | Scheduled: | $19,512.43 |

---

GAO, LANYUN
4405 BELVEDERE DR.
PLANO, TX 75093--698

Claim Number: 2574
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE        Claimed:        $35,510.28

---

GARBIS, FRANK
18295 CANFIELD PLACE
SAN DIEGO, CA 92128

Claim Number: 3252
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,950.24 | Scheduled: | $16,950.24  UNLIQ |

---

GARBIS, MARINO F
18295 CANFIELD PL
SAN DIEGO, CA 92128

Claim Number: 3253
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $128,831.39 | Scheduled: | $0.00  UNLIQ |

---

GARCIA, JAIRO H.
159 GRAN ELLEN DR
ATHENS, GA 30606-4913

Claim Number: 822
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED        Claimed:        $26,335.27

---

GARCIA-MALDONADO, ROSA C.
6656 LURAIS DR.
LAKE WORTH, FL 33463

Claim Number: 1126
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:        $40,711.18

---

GARDENER, WILLIAM KENNETH
15 ENNISMORE MEWS
LONDON, SW7 1AP
UNITED KINGDOM

Claim Number: 5359
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

UNSECURED        Claimed:        $3,401,143.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5360 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5361 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5362 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5363 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5364 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5365 Claim Date: 09/30/2009 Debtor: QTERA CORPORATION Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

| GARDENER, WILLIAM KENNETH 15 ENNISMORE MEWS LONDON, SW7 1AP UNITED KINGDOM | Claim Number: 5366 Claim Date: 09/30/2009 Debtor: CORETEK, INC. Comments: EXPUNGED DOCKET: 7620 (05/08/2012) |
|---|---|
| UNSECURED          Claimed: | $3,401,143.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5367<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5368<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5369<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5370<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5371<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5372<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |
| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5373<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $3,401,143.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5374<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,401,143.00 | | |

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 5375<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,401,143.00 | | |

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 6796<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| GARDENER, WILLIAM KENNETH<br>15 ENNISMORE MEWS<br>LONDON, SW7 1AP<br>UNITED KINGDOM | | Claim Number: 6798<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,401,143.00 | | |

| GARINGER, GAIL<br>501 RINGLEAF COURT<br>CARY, NC 27513 | | Claim Number: 6223<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $270,085.00 | | |

| GARITO, NICOLA<br>19164 NE 44TH COURT<br>SAMMAMISH, WA 98074 | | Claim Number: 3299<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,765.32   UNLIQ | | |

| GARITO, NICOLA<br>19164 NE 44TH COURT<br>SAMMAMISH, WA 98074 | | Claim Number: 3300<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,765.32 | Scheduled: | $11,765.32  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| GARNER, CHRISTOPHER<br>155 WEDGEWOOD DRIVE<br>HAUPPAUGE, NY 11788 | | Claim Number: 3383<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $25,000.04 | | | |
|---|---|---|---|---|---|

---

| GARNER, JAMIE<br>880 STARK LN<br>SHERMAN, TX 75090 | | Claim Number: 7560<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| PRIORITY | Claimed: | $6,923.08   UNLIQ CONT | | | |
|---|---|---|---|---|---|

---

| GARNICA, KEVIN THOMAS<br>120 LINCOLNSHIRE LANE<br>SPRINGBORO, OH 45066 | | Claim Number: 32<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| PRIORITY | Claimed: | $169,508.46 | | | |
|---|---|---|---|---|---|

---

| GAROS, JOHAN K.<br>6708 TOWN BLUFF DRIVE<br>DALLAS, TX 75248 | | Claim Number: 340<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,247.56 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,878.48 | Scheduled: | $19,415.75 |

---

| GARRAMONE, MICHAEL ALBERT<br>6404 OTHELLO PLACE<br>DALLAS, TX 75252 | | Claim Number: 214<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $16,231.59 | Scheduled: | $16,167.87 |
|---|---|---|---|---|

---

| GARREPALLY, CHANDRA<br>3223 KELSEY LN<br>CORALVILLE, IA 52241-4401 | | Claim Number: 3863<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $33,000.00 | | | |
|---|---|---|---|---|---|

---

| GARRETT, JUDITH<br>32 1/2 WEST PINE ST<br>PLAISTOW, NH 03865 | | Claim Number: 200<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
|---|---|---|---|---|---|

| UNSECURED | Claimed: | $15,123.00 | Scheduled: | $10,760.89 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GARRETT, TONY L.
1825 NEW HOPE CHURCH RD
APEX, NC 27523

Claim Number: 8295
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $92,776.81 |

---

GARRICK, LYNN J.
32535 GREEN BEND CT
MAGNOLIA, TX 77354-6858

Claim Number: 198
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $32,292.71 |

---

GARRISON, JOHN E.
5828 MORNING GLORY LANE
PLANO, TX 75093

Claim Number: 615
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $35,950.95 |

---

GARVEY, HOWARD
213 BAYLEAF DR
RALEIGH, NC 27615

Claim Number: 1413
Claim Date: 06/25/2009
Debtor: NORTEL NETWORKS INC.
Comments:
"22,410 annually"

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GARVEY, HOWARD
213 BAYLEAF DR
RALEIGH, NC 27615

Claim Number: 4584
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $222,339.97 |

---

GARWATOSKI, HEIDI
1722 ASHLEY DOWNS DRIVE
APEX, NC 27502

Claim Number: 8253
Claim Date: 05/03/2012
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8369

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,039.99 |

---

GARWATOSKI, HEIDI
1722 ASHLEY DOWNS DRIVE
APEX, NC 27502

Claim Number: 8369
Claim Date: 09/17/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 8253

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,039.99 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GASIKOWSKI, WILLIAM
2112 BRABANT DR.
PLANO, TX 75025

Claim Number: 594
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $70,204.01 |
| UNSECURED | | |

---

GATES SR, JOSEPH S
8699 DURHAM RD.
TIMBERLAKE, NC 27583

Claim Number: 6587
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

GATEWAY ASSOCIATES, LTD.
C/O THE BOYER COMPANY
90 SOUTH 400 WEST, SUITE 200
SALT LAKE CITY, UT 84101

Claim Number: 1507
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,101.82 |

---

GATLA, SRIMANI
48988 MANNA GRASS TER
FREMONT, CA 94539-8414

Claim Number: 3561
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $7,495.35 |
| UNSECURED | Claimed: | $9,512.35 |
| TOTAL | Claimed: | $17,007.70 |

---

GATLA, SRIMANI
48988 MANNA GRASS TERRACE
FREMONT, CA 94539

Claim Number: 3562
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,007.70 |

---

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 94539-8414

Claim Number: 354
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,472.84 |

---

GATLA, SRIMANI REDDY
48988 MANNA GRASS TER
FREMONT, CA 94539-8414

Claim Number: 3641
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $8,062.27 |
| UNSECURED | Claimed: | $6,057.70 | Scheduled: | $10,219.07 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GATLIN-WILSON, ASHLEY
413 WHISPERFIELD
MURPHY, TX 75094

Claim Number: 14
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,720.92 | Scheduled: | $3,968.68 |
| UNSECURED | Claimed: | $21,506.70 | Scheduled: | $19,241.65 |

---

GAUDREAULT, CARMEN
817 CARPENTER TOWN LANE
CARY, NC 27519

Claim Number: 7880
Claim Date: 08/01/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $16,778.83

---

GAUGHAN, JEROME
5616 ROSLYN RD.
DURHAM, NC 27712

Claim Number: 8001
Claim Date: 09/26/2011
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $13,003.62

---

GAVASTO, PAULA M.
418 MINGOCREST DR
KNIGHTDALE, NC 27545

Claim Number: 7462
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $0.00   UNDET

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5356
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

ADMINISTRATIVE          Claimed:          $235,980.00

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 5358
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

UNSECURED          Claimed:          $548,496.64

---

GE FANUC INTELLIGENT PLATFORMS
ATTN: NATHAN B. SMITH, ESQ.
2500 AUSTIN DRIVE
CHARLOTTESVILLE, VA 22911

Claim Number: 7077
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7557 (04/18/2012)

UNSECURED          Claimed:          $548,496.64

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GEARHART, KYLE
34 TYLER TRAIL
HILTON, NY 14468

Claim Number: 4291
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $759.47 |
| UNSECURED | Claimed: | $21,468.80 | Scheduled: | $22,778.00 |

---

GELL, NANCY F.
102 ROCK SPRING COURT
CARRBORO, NC 27510

Claim Number: 7544
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8196

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,367.15 |

---

GELL, NANCY F.
102 ROCK SPRING COURT
CARRBORO, NC 27510

Claim Number: 8196
Claim Date: 02/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7544

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,771.74 |

---

GELO, DONALD
1956 WILTON CIRCLE
RALEIGH, NC 27615

Claim Number: 291
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $368.00 |
| UNSECURED | Claimed: | $37,442.32 | Scheduled: | $3,598.02 |

---

GEMMELL, PATRICK
506 HOLLOWRIDGE CT.
CARY, NC 27519

Claim Number: 3375
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $40,728.08 |

---

GENCARELLI, LOUIS A
6 STRATTON DRIVE
WESTBOROUGH, MA 01581

Claim Number: 6290
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,221.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GENCARELLI, LOUIS A. JR.<br>6 STRATTON DRIVE<br>WESTBOROUGH, MA 01581 | Claim Number: 3393<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $26,221.86 | | |

---

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 624<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,289.08   CONT | | |

---

| GENERAL ELECTRIC CAPITAL CORP<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Number: 625<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,472.60   CONT | | |

---

| GENESIS BUILDING LTD<br>BEACON PLACE 6055 ROCKSIDE WOODS<br>INDEPENDENCE, OH 44131 | Claim Number: 2817<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71,523.41 | Scheduled: | $0.00  UNLIQ |

---

| GENNETT, SCOTT S.<br>16 WILDWOOD STREET<br>LAKE GROVE, NY 11755 | Claim Number: 8218<br>Claim Date: 03/15/2012<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,009,789.79   UNLIQ | | |

---

| GENTLEMAN, JEANNINE<br>3 PRINCETON ST.<br>PEABODY, MA 01960 | Claim Number: 333<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,731.02 | Scheduled: | $4,591.32 |
| UNSECURED | | | Scheduled: | $37,086.41 |

---

| GENTRY, TIMOTHY<br>5 PARK PL APT 715<br>ANNAPOLIS, MD 21401-3467 | Claim Number: 4530<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,681.39 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | | Claim Number: 4216<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $3,133.62 |
| GEOFFROY<br>ATTN: MARTIN GEOFFROY<br>877 ANDRE MATHIEU<br>BOUCHERVILLE, QC J4B 8N9<br>CANADA | | Claim Number: 4217<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $3,000.00 |
| GEOMANT KFT.<br>F.A.O. ROBERT SIMON<br>MARTANVOLGY UT 17<br>BUDAPEST, 1124<br>HUNGARY | | Claim Number: 1166<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $9,466.00 |
| GEORGE, PATRICIA NICHOLS<br>3109 MEGWOOD COURT<br>APEX, NC 27539 | | Claim Number: 8443<br>Claim Date: 01/02/2013<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $78,118.78 |
| GEORGE, SHINOY<br>298 WATERFORD LN.<br>SUNNYVALE, TX 75182 | | Claim Number: 8365<br>Claim Date: 09/13/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $30,463.72   UNLIQ |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 1182<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 4186 (10/22/2010) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $510.00<br>$75.00 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA, GA 30321 | | Claim Number: 1344<br>Claim Date: 04/07/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $2,110.00<br>$375.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GEORGIA DEPARTMENT OF REVENUE | | Claim Number: 6960 |
| COMPLIANCE DIVISION | | Claim Date: 01/25/2010 |
| BANKRUPTCY SECTION | | Debtor: NORTEL ALTSYSTEMS INC. |
| P.O. BOX 161108 | | Comments: EXPUNGED |
| ATLANTA, GA 30321 | | DOCKET: 4256 (11/08/2010) |

| PRIORITY | Claimed: | $27,930.46 |
| UNSECURED | Claimed: | $4,933.50 |

---

| GEORGIA DEPARTMENT OF REVENUE | | Claim Number: 7273 |
| COMPLIANCE DIVISION | | Claim Date: 06/01/2010 |
| BANKRUPTCY SECTION | | Debtor: NORTEL ALTSYSTEMS INC. |
| P.O. BOX 161108 | | Comments: EXPUNGED |
| ATLANTA, GA 30321 | | DOCKET: 4256 (11/08/2010) |

| PRIORITY | Claimed: | $19,400.46 |
| UNSECURED | Claimed: | $3,933.50 |

---

| GEORGIA DEPARTMENT OF REVENUE | | Claim Number: 7382 |
| COMPLIANCE DIVISION | | Claim Date: 08/16/2010 |
| BANKRUPTCY SECTION | | Debtor: NORTEL ALTSYSTEMS INC. |
| P.O. BOX 161108 | | Comments: WITHDRAWN |
| ATLANTA, GA 30321 | | DOCKET: 4337 (11/16/2010) |

| PRIORITY | Claimed: | $17,323.39 |
| UNSECURED | Claimed: | $3,487.60 |

---

| GEORGIA DEPARTMENT OF REVENUE | | Claim Number: 7469 |
| COMPLIANCE DIVISION | | Claim Date: 10/18/2010 |
| BANKRUPTCY SECTION | | Debtor: NORTEL ALTSYSTEMS INC. |
| P.O. BOX 161108 | | |
| ATLANTA, GA 30321 | | |

| PRIORITY | Claimed: | $2,173.51 |
| UNSECURED | Claimed: | $8,929.06 |

---

| GEPPI, LEIGH ANNE | | Claim Number: 7557 |
| 132 BLUE RIBBON TRAIL | | Claim Date: 01/10/2011 |
| CHRISTIANA, TN 37037 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $324.35 | UNLIQ CONT |

---

| GERAGHTY, JAMES | | Claim Number: 6009 |
| 19 HICKORY DR | | Claim Date: 10/22/2009 |
| AMHERST, NH 03031 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $21,876.03 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GERALD, WILLIAM
4144 BREWSTER DR
RALEIGH, NC 27606

Claim Number: 3220
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | | $77,760.17 |

---

GERBEC, FRANK
260 GUELPH ST.
POB 74062
GEORGETOWN, ON L7G 5L1
CANADA

Claim Number: 1379
Claim Date: 06/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6097

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $45,856.00 |
| UNSECURED | Claimed: | $11,743.00 |

---

GERBEC, FRANK
260 GUELPH ST.
POB 74062
GEORGETOWN, ON L7G 5L1
CANADA

Claim Number: 6097
Claim Date: 11/04/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Amends claim 1379

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $45,856.00 |
| UNSECURED | Claimed: | $32,956.00 |

---

GERBEC, FRANK
260 GUELPH ST.
POB 74062
GEORGETOWN, ON L7G 5L1
CANADA

Claim Number: 7109
Claim Date: 02/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Amends Claim 6067

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $82,115.00 |
| UNSECURED | Claimed: | $13,570.00 |

---

GERLACH, KNUT
ERSTE OCHSENKOPPEL 4
LUEBECK, D-23566
GERMANY

Claim Number: 6005
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GERLACH, KNUT, DR.
ERSTE OCHSENKOPPEL 4
LUEBECK, D-23566
GERMANY

Claim Number: 7008
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,000.00 |

---

GERLACH, KNUT, DR.
ERSTE OCHSENKOPPEL 4
LUEBECK, D-23566
GERMANY

Claim Number: 7009
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1873<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1874<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1876<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 1877<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |
| GERVITZ, GARY<br>36 CYPRESS CT.<br>TROPHY CLUB, TX 76262 | | Claim Number: 6441<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | Scheduled: | $10,404.21 |
| UNSECURED | Claimed: | $10,713.02 | Scheduled: | $6,144.00 |
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 43<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $14,714.44 | | | |
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 1875<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,001.42 | | | |
| UNSECURED | Claimed: | $10,713.02 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GERVITZ, GARY ALAN<br>36 CYPRESS COURT<br>TROPHY CLUB, TX 76262 | | Claim Number: 6440<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $4,001.42 | | |
| UNSECURED | Claimed: | $10,713.02 | | |

---

| | | | |
|---|---|---|---|
| GETABSTRACT INC<br>20900 NE 30TH AVE SUITE 315<br>AVENNTURA, FL 33180 | | Claim Number: 6809<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED | Claimed: | $12,500.00 | |

---

| | | | |
|---|---|---|---|
| GETABSTRACT INC.<br>20900 NE 30TH AVE SUITE 315<br>AVENTURA, FL 33180 | | Claim Number: 6810<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $12,500.00 | |

---

| | | | |
|---|---|---|---|
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER, D-48167<br>GERMANY | | Claim Number: 6633<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
| UNSECURED | Claimed: | $104,754.00 | |

---

| | | | |
|---|---|---|---|
| GEUTING, JAN BERND<br>VON-HOLTE-STRASSE 75<br>MUENSTER, D-48167<br>GERMANY | | Claim Number: 6634<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| | | | | |
|---|---|---|---|---|
| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | | Claim Number: 3830<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7874 (06/19/2012) | | |
| PRIORITY | Claimed: | $40,951.30 | | |
| UNSECURED | Claimed: | $1,050,439.37 | Scheduled: | $1,083,312.89  DISP |

---

| | | | |
|---|---|---|---|
| GFI, A DIVISION OF THOMAS & BETTS<br>MANUFACTURING INC.<br>C/O BRETT D FALLON ESQ, MORRIS JAMES LLP<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 | | Claim Number: 3834-01<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | |
| ADMINISTRATIVE | Claimed: | $35,162.30 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GFI, A DIVISION OF THOMAS & BETTS MANUFACTURING INC. C/O BRETT D FALLON ESQ, MORRIS JAMES LLP 500 DELAWARE AVENUE WILMINGTON, DE 19801 | | Claim Number: 3834-02 Claim Date: 09/25/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5625 (06/07/2011) Paid and not entitled to any additional voting right or distribution | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,789.00 | | |

---

| GHASEMIAN, ZAHRA 4174 EAST 139TH AVE THORNTON, CO 80602 | | Claim Number: 3611 Claim Date: 09/24/2009 Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $300,000.00 | | |
| UNSECURED | | | Scheduled: | $30,269.75 |

---

| GHODGAONKAR, KIRAN 199 ANAHEIM TERRACE SUNNYVALE, CA 94086 | | Claim Number: 5920 Claim Date: 10/07/2009 Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $42,547.07 | |

---

| GHODGAONKAR, KIRAN 199 ANAHEIM TERRACE SUNNYVALE, CA 94086 | | Claim Number: 5921 Claim Date: 10/07/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,547.07 | |

---

| GIANI, ANITA M 129 ELVA AVE PASS CHRISTIAN, MS 39571-4809 | | Claim Number: 1891 Claim Date: 08/20/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7620 (05/08/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $403.65   UNLIQ | |

---

| GIANI, ANITA M. 129 ELVA DRIVE PASS CHRISTIAN, MS 39571 | | Claim Number: 1890 Claim Date: 08/20/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 2626 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $403.65   UNLIQ | |

---

| GIBSON DUNN CRUTCHER LLP DEPT 0723 LOS ANGELES, CA 90084-0723 | | Claim Number: 6890 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $33,852.67 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GIBSON TECHNOLOGIES
3100 WOODCREEK DR
DOWNERS GROVE, IL 60515-5427

Claim Number: 3608
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,325.00 | Scheduled: | $45,325.00 |

---

GIBSON, ROBERT JOHN
308 HALLS MILL DRIVE
CARY, NC 27519

Claim Number: 5852
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,295.74 |

---

GIBSON, ROBERT JOHN
308 HALLS MILL DRIVE
CARY, NC 27519

Claim Number: 5853
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,089.17 |
| UNSECURED | Claimed: | $32,206.57 |

---

GIESLER, DEBORAH
610 WARWICK RD
DEERFIELD, IL 60015

Claim Number: 6884
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,618.41 |

---

GIESLER, DEBORAH M
610 WARWICK RD
DEERFIELD, IL 60015

Claim Number: 6885
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,618.41 |

---

GIGA TRON ASSOC LTD
968 ST LAURENT BLVD
OTTAWA, ON K1K 3B3
CANADA

Claim Number: 3343
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,016.25 |

---

GIGA TRON ASSOCIATES LTD
968 ST LAURENT BOULEVARD
OTTAWA, ON K1K 3B3
CANADA

Claim Number: 3344
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,016.25 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GILBERT, VIRGINIA A
3675 RADCLIFFE BLVD
DECATUR, GA 30034

Claim Number: 2640
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,223.34 |
| SECURED | Claimed: | $16,223.34 |
| TOTAL | Claimed: | $16,223.34 |

---

GILBERTSON, WAYNE
34 WEDGEWOOD DRIVE
HAWTHORN WOODS, IL 60047-7552

Claim Number: 1025
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,709.00 |

---

GILBERTSON, WAYNE
34 WEDGEWOOD DRIVE
HAWTHORN WOODS, IL 60047-7552

Claim Number: 1072
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,709.00 |

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2741
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,400.69 |

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2742
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,400.69 |

---

GILES, DANIEL
708 HAWTHORN RIDGE DRIVE
WHITSETT, NC 27377

Claim Number: 2743
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,400.69 |

---

GILES, DANIEL G.
708 HAWTHORN RIDGE DR
WHITSETT, NC 27377-9317

Claim Number: 1395
Claim Date: 06/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,400.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | Claim Number: 2649<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 | | |

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR.<br>WHITSETT, NC 27377 | Claim Number: 2650<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 | | |

| GILES, DANIEL G.<br>708 HAWTHORN RIDGE DR<br>WHITSETT, NC 27377 | Claim Number: 2651<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,400.69 | | |

| GILL, GUY D<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | Claim Number: 6482<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,243.86 | | |

| GILL, GUY D.<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | Claim Number: 132<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $118,192.28 | | |

| GILL, GUY D.<br>1015 LONSDALE COURT<br>ALPHARETTA, GA 30022 | Claim Number: 4263<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,243.86 | Scheduled: | $0.00 UNLIQ |

| GILLESPIE, DONALD L<br>PO BOX 293<br>CARTHAGE, MO 64836 | Claim Number: 3016<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $397,257.53 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GILLETTE, KATHRYN H.
2212 EFFINGHAM CIRCLE
RALEIGH, NC 27615

Claim Number: 8206
Claim Date: 03/01/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $93,761.54 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 868
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,000.00 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3654
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,414.40 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3655
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,414.40 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3656
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $23,414.40 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3657
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,414.40 |

---

GILLIS, PATRICIA
38 OAK STREET
HUDSON, MA 01749

Claim Number: 3658
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,791.92 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GINTEL
1601 N PALM AVE SUITE 304 D
PEMBROKE PINES, FL 33026

Claim Number: 5939
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $17,200.00 |
|---|---|---|

---

GIPSON, MICHELLE R
P O BOX 250504
ATLANTA, GA 30325

Claim Number: 6964
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $30,000.00 |
|---|---|---|

---

GLASS, CHARLES THOMAS
2605 TIMOTHY DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 8268
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,532.19 |
|---|---|---|

---

GLASS, DAVID J.
2313 LACEWOOD DRIVE
GARLAND, TX 75044-5527

Claim Number: 7563
Claim Date: 01/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8119

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $46,999.70 |

---

GLEASON, STEVEN
6 KINGS CROSSING CT
SAINT LOUIS, MO 63129

Claim Number: 2752
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $158,096.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

GLEASON, STEVEN
6 KINGS CROSSING CT
ST LOUIS, MO 63129

Claim Number: 4149
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,601.52 |
|---|---|---|

---

GLEASON, STEVEN P
6 KINGS CROSSING COURT
ST LOUIS, MO 63129

Claim Number: 1687
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $137,767.32 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GLOBAL COMPLIANCE SERVICES INC
13950 BALLANTYNE CORPORATE
CHARLOTTE, NC 28277

Claim Number: 2021
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $911.28 | | |

---

GLOBAL CROSSING CONFERENCING
DEPARTMENT 518
DENVER, CO 80291-0518

Claim Number: 2671
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,161.97 | Scheduled: | $11,773.78 |

---

GLOBAL CROSSING CONFERENCING
DEPT 518
DENVER, CO 80291-0518

Claim Number: 2672
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $823.64 | | |

---

GLOBAL ELECTRIC
GLOBAL ELECTRIC ELECTRONICS
2710 WECK DRIVE
DURHAM, NC 27713

Claim Number: 5432
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,555.15 | Scheduled: | $388,290.37 |

---

GLOBAL IP SOLUTIONS, INC.
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043-1351

Claim Number: 1336
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $411,928.30 | | |

---

GLOBALWARE SOLUTIONS
200 WARD HILL AVENUE
HAVERHILL, MA 01835

Claim Number: 5810
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,047.53 | | |

---

GLYMPH, STEVEN W
1401 DIXIE TRAIL
RALEIGH, NC 27607

Claim Number: 3263
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,562.54 | Scheduled: | $19,512.54 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GNB INDUSTRIAL POWER - A DIVISION OF
EXIDE TECHNOLOGIES
3950 SUSSEX AVENUE
AURORA, IL 60504-7932

Claim Number: 267
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $67,992.00 |
|---|---|---|

GO TO MARKET INC DBA NEXT LEVEL
9350 S DADELAND BLVD
MIAMI, FL 33156-2706

Claim Number: 2251-01
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $134,675.00 |
|---|---|---|

GO TO MARKET INC DBA NEXT LEVEL
9350 S DADELAND BLVD
MIAMI, FL 33156-2706

Claim Number: 2251-02
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

GODFREY, CLAUDE W
4809 34TH AVE N
GOLDEN VALLEY, MN 55422

Claim Number: 2361
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

GOFF, BILL J.
7400 MALDEN CT.
PLANO, TX 75025-2479

Claim Number: 2881
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $49,106.48 |
|---|---|---|

GOFORTH, OONA M
700 N MAIN ST, PO BOX 234
FARMLAND, IN 47340

Claim Number: 3587
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

GOINS, PETRA
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 2690
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,749.41 |
|---|---|---|
| UNSECURED | Claimed: | $2,388.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GOINS, PETRA B.
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 51
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,505.38 | | |
| UNSECURED | Claimed: | $25,245.37 | | |

---

GOINS, PETRA B.
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 6995
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

GOINS, PETRA B.
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 6996
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

GOINS, PETRA B.
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 6997
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | | |
| UNSECURED | Claimed: | $2,388.08 | | |

---

GOINS, PETRA B.
2982 MARLOW LANE
RICHARDSON, TX 75082

Claim Number: 6998
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,749.41 | Scheduled: | $5,555.63 |
| UNSECURED | Claimed: | $2,388.08 | Scheduled: | $13,883.54 |

---

GOLD, MURRAY S
754 ST DAVID STREET SOUTH
FERGUS, N1M3V1
CANADA

Claim Number: 5819
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,000.00   UNLIQ | |

---

GOLDBERG, CHARLOTTE
1011 STONE PORT LANE
ALLEN, TX 75002

Claim Number: 6154
Claim Date: 11/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $43,967.60 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GOLDCRAFT MANAGEMENT AND HOLDING LTD.<br>14104 91ST AVE. NW<br>EDMONTON, AB T5R 4Y2<br>CANADA | Claim Number: 4082<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $5,442.50 |
|---|---|---|

---

| GOLDEN, JASON<br>12815 FLEETWOOD DR SOUTH<br>CARMEL, IN 46032 | Claim Number: 1630<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $6,322.50 | Scheduled: | $4,696.32 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,612.50 | Scheduled: | $37,530.53 |

---

| GOLDER<br>GOLDER ASSOCIATES INC<br>3730 CHAMBLEE TUCKER ROAD<br>ATLANTA, GA 30341 | Claim Number: 3264<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,043.65 | Scheduled: | $11,315.39 |
|---|---|---|---|---|

---

| GOLF CLUB OF GEORGIA, INC.<br>1 GOLF CLUB DRIVE<br>ALPHARETTA, GA 30005-7426 | Claim Number: 4316<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,062.57 |
|---|---|---|

---

| GOMBOS, IMRE M<br>6830 LANCASTER CR<br>CUMMING, GA 30040 | Claim Number: 3510<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $56,488.14 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| GOMEZ, MAGDALENA<br>22 - 406 AVE DES PINS OUEST<br>MONTREAL, QC H2W 1S2<br>CANADA | Claim Number: 2961<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| GOMEZ, MAGDALENA<br>22 - 406 AVE DES PINS OUEST<br>MONTREAL, QC H2W 1S2<br>CANADA | Claim Number: 2962<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| GOOCH, SHARON<br>3621 PAGE RD<br>MORRISVILLE, NC 27560 | | Claim Number: 2343<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $40,542.00 |
| GOODBAR, ROBERT L JR<br>2809 BUTNER ST<br>DURHAM, NC 27704 | | Claim Number: 2226<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| UNSECURED | Claimed: | $198.27   UNLIQ |
| GOODBAR, ROBERT L JR.<br>2809 BUTNER ST<br>DURHAM, NC 27704 | | Claim Number: 2227<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $198.27   UNLIQ |
| GOODE, TERESA V<br>2661 NEW HP CH RD<br>RALEIGH, NC 27604 | | Claim Number: 2056<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| TOTAL | Claimed: | $0.00   UNDET |
| GOODIN, VICKIE<br>104 POLLY PLACE<br>CLAYTON, NC 27520 | | Claim Number: 7744<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,386.86 |
| GOODMAN-PROCKNOW, DEBRA<br>3185 STONEHURST DRIVE<br>EL DORADO HILLS, CA 95762 | | Claim Number: 7424<br>Claim Date: 09/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,008.00 |
| GOODWIN, DREW<br>2552 BLUEBONNET DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 5597<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY<br>UNSECURED | Claimed: | $5,240.00 |

Scheduled:        $0.00  UNLIQ

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GOODWIN, KEN
747 HIGHLAND VIEW DR
CORONA, CA 92882

Claim Number: 7158
Claim Date: 03/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $20,000.00 |
| --- | --- | --- |

---

GOODWIN, KEN
747 HIGHLAND VIEW DR
CORONA, CA 92882

Claim Number: 7159
Claim Date: 03/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| SECURED | Claimed: | $20,000.00 |
| --- | --- | --- |

GOOSE, KEVIN N.
2500 SILVER SPUR CT
HERNDON, VA 20171-2927

Claim Number: 3708
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $154,722.84 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

GORDON, DAVID
113 WHEATLEY WAY
CARY, NC 27513

Claim Number: 7846
Claim Date: 07/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $27,936.90 |
| --- | --- | --- |

GORDON, DOUGLAS
3904 SADDLEHEAD DR.
PLANO, TX 75075

Claim Number: 2105
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $32,992.53 |
| --- | --- | --- |

GORDON, DOUGLAS
3904 SADDLEHEAD DR.
PLANO, TX 75075

Claim Number: 2107
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $32,992.53 |
| --- | --- | --- |

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 816
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,992.53 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 2104
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 2106
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 2108
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 2109
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $32,992.53 |
|---|---|---|

---

GORDON, DOUGLAS S.
3904 SADDLEHEAD DRIVE
PLANO, TX 75075

Claim Number: 8391
Claim Date: 10/15/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,992.53 |
|---|---|---|

---

GORDON-GRANT, I. HYACINTH
4020 S.W. 151 TERRACE
MIRAMAR, FL 33027

Claim Number: 7245
Claim Date: 05/03/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| PRIORITY | Claimed: | $23,690.00 |
|---|---|---|
| UNSECURED | Claimed: | $23,690.00 |
| TOTAL | Claimed: | $23,690.00 |

---

GORDON-GRANT, I. HYACINTH
4020 S.W. 151 TERRACE
MIRAMAR, FL 33027

Claim Number: 7342
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $23,690.00 |
| UNSECURED | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GORHUM, JAMES WAYNE
2752 BANEBERRY CT.
HIGHLANDS RANCH, CO 80129

Claim Number: 7235
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $71,918.00 |
|---|---|---|

GORMAN, JOYCE F
GLOBAL ID # 18830
5012 ENCLAVE CT
MCKINNEY, TX 75070

Claim Number: 1656
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

GOTTLIEB, PAMELA
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4533
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $334,560.00 |
|---|---|---|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4534
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $334,560.00 |
|---|---|---|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4535
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $10,968.25 |
|---|---|---|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4536
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,968.25 |
|---|---|---|

GOTTLIEB, PAMELA A.
12079 NW 50TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 4537
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $159.10 | Scheduled: | $159.10 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4538<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $30,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4539<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4540<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $204,000.00 |

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4541<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| GOTTLIEB, PAMELA A.<br>12079 NW 50TH DRIVE<br>CORAL SPRINGS, FL 33076 | | Claim Number: 4542<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| GOTTWALD, JOHN<br>25 AUTUMN LANE<br>READING, MA 01867 | | Claim Number: 7128<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $23,201.72 | Scheduled: | $16,569.15  UNLIQ |

---

| GOUDSMIT, JAC<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5529<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $395.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | | Claim Number: 439<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,874.65 | Scheduled: | $2,223.79 |
| UNSECURED | Claimed: | $38,840.00 | Scheduled: | $45,613.07 |
| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | | Claim Number: 4602<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $8,874.65 | | |
| UNSECURED | Claimed: | $38,840.00 | | |
| GOULET, ROY<br>25 LAKEHURST COURT<br>DURHAM, NC 27713 | | Claim Number: 4603<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $47,714.65 | | |
| GOUYONNET, CARLOS<br>14255 PRESTON RD<br>APT 838<br>DALLAS, TX 75254 | | Claim Number: 2405<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,846.15 | | |
| GOWIN, VINOD<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 5813<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $50,908.19 | | |
| GOWIN, VINOD<br>8208 MANATEE CT.<br>RALEIGH, NC 27616 | | Claim Number: 5815<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| SECURED | Claimed: | $50,908.19 | | |
| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 1553<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $50,908.19 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GOWIN, VINOD N.<br>8208 MANATEE CT<br>RALEIGH, NC 27616 | | Claim Number: 5814<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $50,908.19 | | |

---

| GOYETTE, PATRICIA C<br>351 GARDNER LANE<br>DOVER, AR 72837 | | Claim Number: 4467<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,339.89 | Scheduled: | $0.00  UNLIQ |

---

| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | Claim Number: 2691<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $516.85 | | |

---

| GRABOWSKI, EDWARD<br>516 LYNDENBURY DR<br>APEX, NC 27502 | | Claim Number: 2692<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $72,358.50 | Scheduled: | $76,655.30 |

---

| GRACE, SAMUEL J.<br>2964 COVE TRACE<br>CHARLOTTESVILLE, VA 22911 | | Claim Number: 1556<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $146,199.69 | | |

---

| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 4355<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim for 1,571.25 monthly. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| GRAHAM, ROBERT<br>PO BOX 9096<br>RANCHO SANTA FE, CA 92067 | | Claim Number: 4360<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132,570.08 | Scheduled: | $132,570.08 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4352
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim for 3,888.30 monthly.

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4353
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GRAHAM, ROBERT M.
P.O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4354
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim for 1,158.47 monthly.

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4356
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4357
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GRAHAM, ROBERT M.
P. O. BOX 9096
RANCHO SANTA FE, CA 92067

Claim Number: 4361
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

GRAINGER, BRIAN
6648 S MARION ST
CENTENNIAL, CO 80121

Claim Number: 690
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $44,118.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GRAINGER, BRIAN
6648 S MARION ST
CENTENNIAL, CO 80121

Claim Number: 4567
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,118.00 | | |
|---|---|---|---|---|

GRAINGER, BRIAN
6648 S. MARION STREET
CENTENNIAL, CO 80121

Claim Number: 4568
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 690.

| UNSECURED | Claimed: | $47,511.44 | Scheduled: | $47,511.44 |
|---|---|---|---|---|

GRAINGER, WESLEY
28119 CARMEL VALLEY
BOERNE, TX 78015-4858

Claim Number: 3226
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $49,996.76 | | |
|---|---|---|---|---|

GRAMAN, ROGER A.
204 FAISON RD.
CHAPEL HILL, NC 27517

Claim Number: 7425
Claim Date: 09/20/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,425.00 | | |
|---|---|---|---|---|

GRAMMER, WANDA
204 CROOKED CREEK LANE
HENDERSONVILLE, TN 37075

Claim Number: 7601
Claim Date: 02/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7868

| UNSECURED | Claimed: | $68,983.84 | | |
|---|---|---|---|---|

GRAMMER, WANDA R.
204 CROOKED CREEK LANE
HENDERSONVILLE, TN 37075

Claim Number: 7868
Claim Date: 07/26/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7601

| UNSECURED | Claimed: | $68,983.84 | | |
|---|---|---|---|---|

GRANATA, DOMINIC
1095 MOUNTCLAIRE DR.
CUMMING, GA 30041

Claim Number: 3110
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $47,252.31 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GRANDMONT CONSULTING INC<br>1350 ERINDALE CRESCENT<br>LONDON, ON N5X 1V9<br>CANADA | | Claim Number: 4139<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,320.00 | | |

---

| | | | | |
|---|---|---|---|---|
| GRANGER, KATHERINE<br>1201 CHICKERING WAY LN.<br>KNOXVILLE, TN 37923 | | Claim Number: 7655<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,897.64 | | |

---

| | | | | |
|---|---|---|---|---|
| GRANT, DAVID<br>205 REEDHAM WAY<br>RALEIGH, NC 27615 | | Claim Number: 3987<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $315,868.47 | Scheduled: | $315,868.47 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| GRANT, SIDNEY BEAUSOLEIL<br>241 RAINBOW DRIVE #14143<br>LIVINGSTON, TX 77399 | | Claim Number: 7361<br>Claim Date: 07/27/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $90,588.00 | UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL<br>DISTRICT - ATTN: ELIZABETH BANDA CALVO<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 7404<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,750.74 | | |

---

| | | | | |
|---|---|---|---|---|
| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1374<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,136.30 | | |

---

| | | | | |
|---|---|---|---|---|
| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1375<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,134.30 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1376<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,486.14 |
| GRASBY, ROBERT<br>3077 HILARY DR<br>SAN JOSE, CA 95124 | | Claim Number: 1377<br>Claim Date: 06/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $3,447.30 |
| GRAVES, WILLIAM<br>504 PAWNEE TRAIL<br>LAWRENCEBURG, KY 40342 | | Claim Number: 4578<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,324.46 |
| GRAY, STANLEY M<br>214 FOREST MEADOWS DR<br>MURPHYS, CA 95247 | | Claim Number: 6353<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>506.27 per month for life |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| GRAY, STEVEN J.<br>317-411 W. MORGAN ST.<br>RALEIGH, NC 27601 | | Claim Number: 7578<br>Claim Date: 01/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $22,550.00   UNLIQ CONT |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 77<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $77,177.25 |
| GRAY-PRESTON, CARROLL<br>101 HALLEY'S CT<br>MORRISVILLE, NC 27560 | | Claim Number: 78<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $141,908.54 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GRAYBAR
JULES KRIEGER
FINANCIAL MANAGER
425 CAYUGA ROAD, SUITE 100
CHEEKTOWAGA, NY 14225

Claim Number: 1911
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

---

| ADMINISTRATIVE | Claimed: | $1,802.12 | | |

---

GRAYBAR ELECTRIC
4601 CAMBRIDGE ROAD
FORT WORTH, TX 76155

Claim Number: 3165
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

---

| SECURED | Claimed: | $54,609.20 | | |
| UNSECURED | | | Scheduled: | $28,682.49 DISP |

GRAYBAR ELECTRIC CO INC
425 CAYUGA ROAD
CHEEKTOWAGA, NY 14225-1946

Claim Number: 1912
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

---

| UNSECURED | Claimed: | $1,802.12 | Scheduled: | $1,750.53 DISP |

GRAYBAR ELECTRIC COMPANY, INC.
4601 CAMBRIDGE ROAD
FORT WORTH, TX 76155

Claim Number: 990
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

ADMINISTRATIVE

---

| SECURED | Claimed: | $34,410.34 | | |

GRAYBAR ELECTRIC COMPANY, INC.
STEVENS & LEE, P.C. - JOHN D. DEMMY
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

Claim Number: 2270
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 1545 (09/24/2009)

---

| ADMINISTRATIVE | Claimed: | $5,815.37 | | |

GREEN, JAMES A.
PO BOX 1470
JEFFERSON, NC 28640

Claim Number: 7306
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $84,441.58 | | |

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

Claim Number: 7337
Claim Date: 07/07/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

---

| PRIORITY | Claimed: | $64,329.20 |
| UNSECURED | Claimed: | $64,329.20 |
| TOTAL | Claimed: | $64,329.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

Claim Number: 7797
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $193,263.20 |
| --- | --- | --- |

---

GREEN, MARILYN
1106 BOSTON HOLLOW ROAD
ASHLAND CITY, TN 37015

Claim Number: 8393
Claim Date: 10/18/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $171,326.91 |
| --- | --- | --- |
| UNSECURED | Claimed: | $171,326.91 |
| TOTAL | Claimed: | $171,326.91 |

---

GREEN, MARILYN
C/O WILLIAM GREEN
1106 BOSTON HOLLOW RD
ASHLAND CITY, TN 37015

Claim Number: 8394
Claim Date: 10/18/2012
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

GREEN, ROBERT
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 437
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $40,397.50 |
| --- | --- | --- |

---

GREEN, ROBERT
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3150
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

GREEN, ROBERT
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3151
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

GREEN, ROBERT J
3016 LAKESIDE VIEW COURT
CARY, NC 27513

Claim Number: 3152
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $40,091.53 |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| GREEN, STEPHANIE<br>1274 COUNTY ROAD 4205<br>BONHAM, TX 75418 | Claim Number: 7269<br>Claim Date: 05/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:                    $610.35

---

| | | |
|---|---|---|
| GREEN, WILLIAM & MARILYN<br>1106 BOSTON HOLLOW RD<br>ASHLAND CITY, TN 37015 | Claim Number: 7338<br>Claim Date: 07/07/2010<br>Debtor: NORTEL NETWORKS INC. | |

ADMINISTRATIVE          Claimed:              $0.00   UNDET

---

| | | |
|---|---|---|
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 5545<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

UNSECURED          Claimed:                $11,609.17

---

| | | |
|---|---|---|
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 5546<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |

ADMINISTRATIVE          Claimed:                $11,609.17

---

| | | |
|---|---|---|
| GREENBERG TURNER<br>401 BAY STREET, SUITE 3000<br>TORONTO, ON M5H 2Y4<br>CANADA | Claim Number: 7295<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |

ADMINISTRATIVE          Claimed:                $6,981.98

---

| | | |
|---|---|---|
| GREENE, STUART<br>14678 VILLAGE GLEN CIRCLE<br>TAMPA, FL 33618 | Claim Number: 4306<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED          Claimed:          $148,839.39          Scheduled:              $0.00  UNLIQ

---

| | | |
|---|---|---|
| GREENLEAVES, NEIL<br>910 ROBLE LANE<br>SANTA BARBARA, CA 93103 | Claim Number: 7958<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | |

UNSECURED          Claimed:                $56,467.53

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GREER, DEBORAH A.<br>1609 WRENWOOD WAY<br>MOUNT JULIET, TN 37122 | | Claim Number: 7626<br>Claim Date: 03/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $41,928.00 | UNLIQ CONT |

| | | |
|---|---|---|
| GREER, NORMA<br>3201 TOLER ROAD<br>ROWLETT, TX 75089 | | Claim Number: 6835<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $98,976.42 |

| | | |
|---|---|---|
| GREGORY, DANIELLE<br>624 NW 27TH STREET<br>OKLAHOMA CITY, OK 73103 | | Claim Number: 8407<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |

| | | |
|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 698<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $501,018.61 |

| | | |
|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2658<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $50,365.06 |

| | | |
|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2660<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8906 (11/07/2012) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $10,402.75 UNLIQ |

| | | |
|---|---|---|
| GRELCK, KENNETH<br>117 TARKINGTON CT.<br>MORRISVILLE, NC 27560 | | Claim Number: 2661<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8906 (11/07/2012) |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $22,305.46 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GRELCK, KENNETH
117 TARKINGTON CT
MORRISVILLE, NC 27560

Claim Number: 2662
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,005.87 |
|---|---|---|

---

GRELCK, KENNETH
117 TARKINGTON CT.
MORRISVILLE, NC 27560

Claim Number: 2663
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $72,422.09 |
|---|---|---|

---

GREVE, DANIEL
480 LASSITER DRIVE
HIGHLAND HEIGHTS, OH 44143

Claim Number: 2923
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,155.11 |
|---|---|---|

---

GREVE, DANIEL
480 LASSITER DRIVE
HIGHLAND HEIGHTS, OH 44143

Claim Number: 6782
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $8,546.90 |
|---|---|---|

---

GRIFFIN, DAVID L.
102 BOROTRA CT.
CARY, NC 27511

Claim Number: 4474
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $45,035.95 |
|---|---|---|

---

GRIFFIN, JIM L.
112 CROSSWIND DR.
CARY, NC 27513

Claim Number: 7520
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $6,050.00   UNLIQ |

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 574
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $48,794.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 575
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,796.89 |

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 576
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $118,373.44 |

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR.
RALEIGH, NC 27615

Claim Number: 577
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,365.00 |

---

GRIFFIN, KIMBERLY
2111 STONE PASTURE ROAD
FUQUAY VARINA, NC 27526

Claim Number: 3577
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 574.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,129.58 |

---

GRIFFIN, KIMBERLY
8701 DONNINGTON DR
RALEIGH, NC 27615

Claim Number: 3595
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 575.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,796.89 | Scheduled: | $1,885.77 |
| UNSECURED | | | Scheduled: | $53,434.18 |

---

GRIFFIN, LARNA E.
8212 MUIRFIELD DRIVE
FUQUAY VARINA, NC 27526

Claim Number: 581
Claim Date: 03/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $457.03 |

---

GRIFFIN, SHAWN M.
3293 EAST FORD RD
SYLVA, NC 28779

Claim Number: 5654
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $126,949.57 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GRIGG, THOMAS JR<br>3724 WOODLAWN CT<br>BUFORD, GA 30519-4616 | Claim Number: 6285<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $18,665.03 | | |
|---|---|---|---|---|

| GRINDEMANN, YVONNE<br>PAYRUSWEG 21<br>HAMBURG, 22117<br>GERMANY | Claim Number: 6003<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 3219 (06/24/2010) | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| GRISHAM, KIMBERLEE<br>309 JENNIFER LANE<br>ROSELLE, IL 60172 | Claim Number: 3335<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2626 (03/03/2010) | | | |
|---|---|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| GRISHAM, KIMBERLEE<br>309 JENNIFER LANE<br>ROSELLE, IL 60172 | Claim Number: 3336<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) | | | |
|---|---|---|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
| SECURED | Claimed: | $0.00   UNDET | | |

| GRIZZAFFI, PAUL<br>7515 SEAWOOD DR<br>FRISCO, TX 75035 | Claim Number: 890<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $46,770.20 | | |
|---|---|---|---|---|

| GRONWALL, TERYL<br>5853 JOE BEAR DRIVE<br>HONEOYE, NY 14471 | Claim Number: 3517<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $74,351.91 | Scheduled: | $74,351.91 UNLIQ |
|---|---|---|---|---|

| GRONWALL, TERYL R<br>5853 JOE BEAR DRIVE<br>HONEOYE, NY 14471-9523 | Claim Number: 3519<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|

| UNSECURED | Claimed: | $157,510.86 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| GROOMS, PAUL M.<br>410 BELLE POINT DR.<br>MT. PLEASANT, SC 29464 | | Claim Number: 884<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,619.25 | | |
| GROOT INDUSTRIES, INC.<br>C/O CHRISTOPHER COMBEST, ATTORNEY<br>QUARLES & BRADY LLP<br>300 N. LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654 | | Claim Number: 4526<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GROSSO, STEPHEN<br>44 HUCKLEBERRY RD<br>HOPKINTON, MA 01748 | | Claim Number: 4525<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,866.57 | Scheduled: | $2,866.57 UNLIQ |
| GROTH, LOUISE<br>1127 LINCOLN COURT<br>SAN JOSE, CA 95125 | | Claim Number: 1524<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$20,764.00 | Scheduled: | $31,603.20 |
| GRUENEICH, MYRON<br>364 WINDWARD DR<br>HENRICO, NC 27842 | | Claim Number: 7293<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $83,325.68 | | |
| GRUNBAUM, DAVID<br>23 WOODLAND DR.<br>MARLBOROUGH, MA 01752-1653 | | Claim Number: 8412<br>Claim Date: 11/29/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $16,256.41 | | |
| GTCI<br>701 MAPLE CREEK DR<br>FAIRVIEW, TX 75069-0140 | | Claim Number: 101<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $27,757.24 | Scheduled: | $27,757.24 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 275<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $28,016.46 | | |
| GU, JIONG<br>601 COMANCHE DR<br>ALLEN, TX 75013 | | Claim Number: 389<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $17,066.46 | Scheduled: | $27,794.98 |
| GUANGDONG NORTEL TELECOMM. EQUIP. CO.LTD<br>C/O ANA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 3545<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7888 (06/21/2012) | | |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 3498<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7888 (06/21/2012) | | |
| ADMINISTRATIVE | Claimed: | $13,526.28 | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>C/0 ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 3544<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7888 (06/21/2012) | | |
| ADMINISTRATIVE | Claimed: | $13,526.28 | | |
| UNSECURED | Claimed: | $32,201.36 | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 3962<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7888 (06/21/2012) | | |
| ADMINISTRATIVE | Claimed: | $3,927,622.44 | | |
| UNSECURED | Claimed: | $8,533,449.86 | | |
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 3963<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7888 (06/21/2012) | | |
| UNSECURED | Claimed: | $10,057,644.05 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| GUANGDONG NORTEL TELECOMM. EQUIP.CO. LTD<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 6818<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7888 (06/21/2012) |
| ADMINISTRATIVE | Claimed: | $13,526.28 |
| UNSECURED | Claimed: | $40,406.88 |
| GUANGDONG NORTEL TELECOMMUNICATIONS<br>EQUIPMENT CO., LTD.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8060<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7888 (06/21/2012) |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $12,036,479.75   UNLIQ |
| GUBBINS, ANDRES<br>495 BRICKELL AVE APT 421<br>MIAMI, FL 33131-2771 | | Claim Number: 6317<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $247,449.14 |
| GUBBINS, ANDRES<br>495 BRICKELL AVE., APT. 421<br>MIAMI, FL 33131 | | Claim Number: 6318<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $29,224.59 |
| GUENDEL, HERBERT W<br>1319 DEANS DR<br>HUNTSVILLE, AL 35802 | | Claim Number: 4572<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| GUENDEL, HERBERT W.<br>1319 DEANS DR.<br>HUNTSVILLE, AL 35802 | | Claim Number: 4573<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| GUERIN<br>GUERIN & RODRIGUEZ LLP<br>5 MOUNT ROYAL AVE<br>MARLBOROUGH, MA 01752 | | Claim Number: 2992<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $87,498.63 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GUERIN & RODRIGUEZ LLP
5 MT ROYAL AVE
MARLBORO, MA 01752

Claim Number: 2979
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,498.63 | | |

---

GUERIN & RODRIGUEZ LLP
5 MOUNT ROYAL AVE
MARLBOROUGH, MA 01752

Claim Number: 3005
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,498.63 | Scheduled: | $30,052.00 |

---

GUERIN & RODRIGUEZ, LLP
5 MT ROYAL AVE
MARLBORO, MA 01752

Claim Number: 927
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $87,498.63 |

---

GUERRA SANZ, LUIS
15070 SW 37TH ST.
DAVIE, FL 33331

Claim Number: 7427
Claim Date: 09/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | CONT |
| UNSECURED | Claimed: | $460,578.00 | CONT |

---

GUETING, JAN BERND
VON-HOLTE-STRASSE 75
MUENSTER, D-48167
GERMANY

Claim Number: 2507
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $104,754.00 |

---

GUMUCIO, MARCELO
195 ATHERTON AVE.
ATHERTON, CA 94027

Claim Number: 3885
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8025 (07/18/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,322,729.00 |

---

GUNDECHA, CHAND
11309 RIDGEGATE DRIVE
RALEIGH, NC 27617

Claim Number: 2629
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,296.87 | | |
| UNSECURED | Claimed: | $24,296.87 | Scheduled: | $19,832.58 UNLIQ |
| TOTAL | Claimed: | $24,296.87 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| GUNDECHA, CHANDRAKANT (CHAND)<br>11309 RIDGEGATE DR<br>RALEIGH, NC 27617 | Claim Number: 133<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $18,244.26 |
|---|---|---|
| SECURED | Claimed: | $36,000.00 |
| TOTAL | Claimed: | $18,244.26 |

| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD, D-82229<br>GERMANY | Claim Number: 6001<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD, D-82229<br>GERMANY | Claim Number: 6002<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD, D-82229<br>GERMANY | Claim Number: 6925<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| SECURED | Claimed: | $1,493.00   UNDET |
|---|---|---|

| GUNDELBACHER, BERNHARD<br>SEESTRASSE 2<br>SEEFELD-HECHENDORF, D-82229<br>GERMANY | Claim Number: 6926<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,493.00 |
|---|---|---|

| GUNDUZHAN, EMRE<br>5212 ACACIA AVE<br>BETHESDA, MD 20814 | Claim Number: 1272<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $13,339.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,412.00 | Scheduled: | $34,759.96 |

| GUNTHER, MATTHEW<br>3328 WHIFFLE TREE DRIVE<br>PLANO, TX 75023 | Claim Number: 3211<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $22,159.25 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | | Claim Number: 1483<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $199,687.02 | | |
| GUREVITCH, MORRIS<br>17890 ABERDEEN WAY<br>BOCA RATON, FL 33496 | | Claim Number: 4131<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $235,000.00 | | |
| GUSTLIN, MARK A<br>1257 COBBLESTONE DR<br>CAMPBELL, CA 95008 | | Claim Number: 3362<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GUTIERREZ, JORGE<br>6309 KIT CREEK RD.<br>MORRISVILLE, NC 27560 | | Claim Number: 644<br>Claim Date: 03/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $21,914.40 | Scheduled: | $24,544.27 |
| GUTTSCHALK-POWER, LORI<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | | Claim Number: 8124<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $52,050.00   UNLIQ CONT | | |
| GUVENC, AYDIN A.<br>100 HORSEPOND CT.<br>CARY, NC 27513 | | Claim Number: 7864<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8318 | | |
| UNSECURED | Claimed: | $38,765.40 | | |
| GUVENC, AYDIN A.<br>100 HORSEPOND CT.<br>CARY, NC 27513 | | Claim Number: 8318<br>Claim Date: 07/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7864 | | |
| UNSECURED | Claimed: | $38,765.40 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

GUYDISH, DAVID
205 SIDESADDLE CIRCLE
SCOTTS VALLEY, CA 95066

Claim Number: 3272
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,712.00   UNLIQ |
|---|---|---|

---

GYGER, MICHAEL
625 E VISTA RIDGE MALL DR APT 438
LEWISVILLE, TX 75067-3707

Claim Number: 793
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,184.66 |
|---|---|---|

---

HAASE, STANLEY G
1016 CHESTNUT DR
VENUS, TX 76084-3620

Claim Number: 2423
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $387.96   UNLIQ |
|---|---|---|

---

HABOSIAN, LEVON
600 TECHNOLOGY PARK
BILLERICA, MA 01821

Claim Number: 7071
Claim Date: 02/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,039.96 |

---

HACKER, COLLEEN
3024 WYNTREE COURT
MATTHEWS, NC 28104

Claim Number: 7395
Claim Date: 08/30/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $19,672.75   UNLIQ CONT |

---

HACKNEY, JOEL
315 MEADOWMONT LANE
CHAPEL HILL, NC 27517

Claim Number: 4278
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $55,388.55 |
|---|---|---|

---

HADDOCK, DONALD D
1424 OPAL CT.
RALEIGH, NC 27615

Claim Number: 2468
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $170,794.80 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HADDOCK, DONALD D.<br>1424 OPAL CT<br>RALEIGH, NC 27615 | | Claim Number: 2467<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $170,794.80 |
| HADFIELD, BRIAN<br>859 N SILVER FOX DR<br>GRANTSVILLE, UT 84029-8052 | | Claim Number: 3887<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,375.00 |
| HADFIELD, BRIAN<br>859 N SILVER FOX DR<br>GRANTSVILLE, UT 84029-8052 | | Claim Number: 3893<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,375.00 |
| HADZIOMEROVIC, FARUK<br>50 THORNBURY CREST<br>NEPEAN, ON K2G6C4<br>CANADA | | Claim Number: 2595<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HADZIOMEROVIC, FARUK<br>50 THORNBURRY CRES<br>NEPEAN, ON K2G 6C4<br>CANADA | | Claim Number: 2596<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HAFEEZ, IMRAN<br>604 SAINT GEORGE<br>RICHARDSON, TX 75081 | | Claim Number: 4405<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $51,329.19 |
| HAGEMEYER NORTH AMERICA INC<br>PO BOX 404753<br>ATLANTA, GA 30384-4753 | | Claim Number: 5987<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $20,365.85 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HAGEMEYER NORTH AMERICA INC
P.O. BOX 404753
ATLANTA, GA 30384-4753

Claim Number: 6694
Claim Date: 01/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $20,365.85 |
|---|---|---|

---

HAGGARD, CARY
601 EAST 20TH ST.
APT. 6E
NEW YORK, NY 10010

Claim Number: 2889
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $31,849.99 |
|---|---|---|

---

HAGGARD, CARY
601 EAST 20TH ST
APT 6E
NEW YORK, NY 10010

Claim Number: 6603
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $31,849.99 |
|---|---|---|

---

HAGGARD, CARY
601 EAST 20TH ST.
APT. 6E
NEW YORK, NY 10010

Claim Number: 6604
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $31,849.99 |
|---|---|---|

---

HAGGARD, CARY D.
601 EAST 20TH STREET
APT. 6E
NEW YORK, NY 10010

Claim Number: 2890
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $31,849.99 |
|---|---|---|
| UNSECURED | Claimed: | $31,849.99 |
| TOTAL | Claimed: | $31,849.99 |

---

HAGGBLADE, TED
3812 PILOT DRIVE
PLANO, TX 75025

Claim Number: 1616
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,362.02 |
|---|---|---|

---

HAGGBLADE, TED
3812 PILOT DR
PLANO, TX 75025

Claim Number: 3221
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $190,801.87 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 293<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $608,549.21 |
|---|---|---|

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: THORPE, MACK, JR.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 831<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4552 (12/07/2010) | |

| UNSECURED | Claimed: | $1,441,417.90 |
|---|---|---|

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: WEBSLINGERZ, INC.<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 1080<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $85,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 1950<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | |

| UNSECURED | Claimed: | $747,603.76 |
|---|---|---|

---

| | | |
|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TESTING HOUSE DE MEXICO S DE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 2268<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 1199 (07/28/2009) | |

| ADMINISTRATIVE | Claimed: | $66,390.00 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TESTING HOUSE DE MEXICO S DE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 2269<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 1199 (07/28/2009) | | | |

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $171,080.00 | Scheduled: | $168,430.00 |

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: BALDWIN FB<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 2464<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $191,850.00 | Scheduled: | $191,850.00 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: GRELCK, KENNETH<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 2659<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $463,792.20 | Scheduled: $474,742.40 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: AIRSPAN NETWORKS INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 3470<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7624 (05/09/2012) |
|---|---|
| ADMINISTRATIVE | Claimed: | $147,488.48 |
| UNSECURED | Claimed: | $1,684,090.25 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 4098<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $400,528.64 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CALLIDUS SOFTWARE INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 4099<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED | Claimed: | $400,528.64 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TEKSYSTEMS, INC<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 4612<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7074 (01/06/2012) |
|---|---|
| PRIORITY | Claimed: | $880,398.15 |
| UNSECURED | Claimed: | $868,663.66 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: SYSELOG SA<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | Claim Number: 4902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4554 (12/07/2010) |
|---|---|
| UNSECURED | Claimed: | $4,291,036.92 |

---

| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: MARKETSOURCE, INC.<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 5443<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7074 (01/06/2012) |
|---|---|
| UNSECURED | Claimed: | $1,966,984.39 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: MEGASON, SAMUEL T.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 8384
Claim Date: 10/02/2012
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $51,550.00 | |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: WOLFE, CORTLAND
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 178
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $133,334.00 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: DANIEL, BOBBY
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 225
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,805.54 | Scheduled: | $2,040.62 |
| UNSECURED | | | Scheduled: | $67,597.90 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 335
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,529.86 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 336
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,040.84 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 337
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,979.42 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: INDUSPAC RTP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 338
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $306,714.03 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: KENAS, ROBERT
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 612
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8291

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $52,300.00 | Scheduled: | $5,719.09 |
| UNSECURED | Claimed: | $206,000.00 | Scheduled: | $50,052.19 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: TARDIFF, THOMAS D.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1520
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,832.84 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: TARDIFF, THOMAS D.
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1521
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $61,455.25 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: HRUSKA, ROBERT
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1628
Claim Date: 07/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,193.36 |
| UNSECURED | Claimed: | $49,915.35 | Scheduled: | $50,560.16 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: RITZ, CHARLES
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 1744
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $36,405.80 | Scheduled: | $52,741.01 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: M1 PROFESSIONAL SERVICES INC
ATTN: RACHEL YAMNIK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2380
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,271.95 | Scheduled: | $44,458.06 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: COOMER, GEORGE
ATTN: AMANDA RAPOPORT
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2844
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $22,645.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: MCCORMICK, STANFORD<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 4502<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $101,641.61 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: WEHN, TIM<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 4731<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $6,849.64 |
| UNSECURED | Claimed: | $77,560.41 | Scheduled: | $78,487.16 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: MAROULIS, EFSTATHIOS<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5450<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,709.12 |
| UNSECURED | Claimed: | $34,298.84 | Scheduled: | $31,106.65 |
| TOTAL | Claimed: | $34,298.84 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ROSZKO, RICHARD<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5610<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $121,766.27 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CORN, DAVID<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5763<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $85,280.00 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CARTER, KIMBERLY<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 6099<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $48,181.14 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ALTMAN, RICHARD SCOTT<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 6122<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $102,773.36 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CORN, DAVID<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6473<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED            Claimed: | $85,280.00 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ONLINE 2000 INC<br>ATTN: RACHEL YAMNIK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6674<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED            Claimed: | $69,330.30 | Scheduled: | $46,220.20  DISP | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: OWENS, RAYMOND<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6894<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED            Claimed: | $80,209.94 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ANDRASSY, FRANK<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7170<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED            Claimed: | $96,920.00 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CARPENTER, EARL EDWARD III<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7354<br>Claim Date: 07/22/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED            Claimed: | $71,670.64 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: STEWART, JOHN<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7446<br>Claim Date: 10/01/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED            Claimed: | $65,755.76 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CRITICAL PATH STRATEGIES INC<br>ATTN: AMANDA RAPOPORT<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7806<br>Claim Date: 06/29/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED            Claimed: | $48,000.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 8291 |
| TRANSFEROR: KENAS, ROBERT | | Claim Date: 06/11/2012 |
| ATTN: AMANDA RAPOPORT | | Debtor: NORTEL NETWORKS INC. |
| 301 ROUTE 17, 7TH FLOOR | | Comments: |
| RUTHERFORD, NJ 07070 | | AMENDS CLAIM #612 |
| | | |
| UNSECURED | Claimed: | $52,300.00 |

---

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 8296 |
| TRANSFEROR: GARRETT, ROBIN | | Claim Date: 06/11/2012 |
| ATTN: AMANDA RAPOPORT | | Debtor: NORTEL NETWORKS INC. |
| 301 ROUTE 17, 7TH FLOOR | | |
| RUTHERFORD, NJ 07070 | | |
| | | |
| UNSECURED | Claimed: | $198,003.68 |

---

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 8305 |
| TRANSFEROR: CORN, DAVID H. | | Claim Date: 06/19/2012 |
| ATTN: AMANDA RAPOPORT | | Debtor: NORTEL NETWORKS INC. |
| 301 ROUTE 17, 7TH FLOOR | | |
| RUTHERFORD, NJ 07070 | | |
| | | |
| UNSECURED | Claimed: | $109,605.47 |

---

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 8403 |
| TRANSFEROR: KENAS, ROBERT | | Claim Date: 11/16/2012 |
| ATTN: AMANDA RAPOPORT | | Debtor: NORTEL NETWORKS INC. |
| 301 ROUTE 17, 7TH FLOOR | | Comments: |
| RUTHERFORD, NJ 07070 | | amends claim 8291 |
| | | |
| PRIORITY | Claimed: | $5,719.09 |
| UNSECURED | Claimed: | $50,052.19 |

---

| HAINSCH, CHRISTIAN | | Claim Number: 5798 |
| CRANACHSTRASSE 38 | | Claim Date: 10/01/2009 |
| DUSSELDORF, 40235 | | Debtor: NORTEL NETWORKS INC. |
| GERMANY | | Comments: EXPUNGED |
| | | DOCKET: 3219 (06/24/2010) |
| | | |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HAITHCOCK, PEGGY MELINDA | | Claim Number: 8204 |
| 5021 MONRING EDGE DR | | Claim Date: 02/27/2012 |
| RALEIGH, NC 27613 | | Debtor: NORTEL NETWORKS INC. |
| | | |
| | | |
| UNSECURED | Claimed: | $21,930.64 |

---

| HALE, DAVID | | Claim Number: 4174 |
| 3104 PRESTONWOOD DR. | | Claim Date: 09/28/2009 |
| PLANO, TX 75093 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: POSSIBLY AMENDED BY 7142 |
| | | |
| PRIORITY | Claimed: | $6,248.06 |
| UNSECURED | Claimed: | $39,088.22 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| HALE, DAVID<br>3104 PRESTONWOOD DR<br>PLANO, TX 75093-8855 | | Claim Number: 7142<br>Claim Date: 03/10/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4174 | | | |
| PRIORITY | Claimed: | $6,248.06 | | | |
| UNSECURED | Claimed: | $39,088.22 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALE, JR., ROBERT LEE<br>174 MONTIBELLO DRIVE<br>MOORESVILLE, NC 28117 | | Claim Number: 4060<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $3,371.38 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALE, MITCHELL E.<br>34 LISA BETH CIRCLE<br>DOVER, NH 03820 | | Claim Number: 7199<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,853.44 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2854<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $10,782.70 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALKETT, PHILIP<br>1939 BOWKER PLACE<br>VICTORIA, BC V8R 6N1<br>CANADA | | Claim Number: 2855<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $2,688.67 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALL, NITA J.<br>915 RIDGEMONT DRIVE<br>ALLEN, TX 75002 | | Claim Number: 960<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,500.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HALL, SCOTT A.<br>606 O'PHELAN LN<br>GARLAND, TX 75044 | | Claim Number: 1858<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $6,362.50 | | | |
| UNSECURED | Claimed: | $518.78 | Scheduled: | $6,881.28 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HALLORAN, ROBERT J<br>2 COLE ST<br>SALEM, NH 03079 | | Claim Number: 2203<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED | Claimed: | $0.00 UNDET | | |
| HALLORAN, ROBERT J<br>2 COLE ST<br>SALEM, NH 03079 | | Claim Number: 6314<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| SECURED | Claimed: | $0.00 UNDET | | |
| HALLORAN, ROBERT J.<br>PO BOX 876<br>SALEM, NH 03079-0876 | | Claim Number: 2202<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| HAMILL, TIMOTHY<br>104 BROWNFIELD CT.<br>CARY, NC 27511 | | Claim Number: 7618<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $24,820.00 | | |
| HAMILTON COUNTY TREASURER<br>33 N. 9TH STREET, STE. 112<br>NOBLESVILLE, IN 46060 | | Claim Number: 2005<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4467 (12/03/2010) | | |
| PRIORITY | Claimed: | $1,255.32 | Scheduled: | $0.00 UNLIQ |
| HAMILTON, CHARLES<br>2005 SUNDAY SILENCE<br>GREENBRIER, TN 37073 | | Claim Number: 7538<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,232.09 | | |
| TOTAL | Claimed: | $17,182.09 | | |
| HAMILTON, MARK<br>2201 LAKESIDE BLVD<br>RICHARDSON, TX 75082-4399 | | Claim Number: 4137<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $2,894.80 | | |
| UNSECURED | | | Scheduled: | $2,894.80 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| HAMPEL, TODD<br>294 EL PORTAL WAY<br>SAN JOSE, CA 95119 | | Claim Number: 6644<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $46,019.23 | |
| HAMRICK, EILEEN C.<br>4125 LASSITER ROAD<br>WAKE FOREST, NC 27587-8478 | | Claim Number: 7739<br>Claim Date: 05/23/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
| PRIORITY | Claimed: | $1,978.00 | |
| UNSECURED | Claimed: | $29,035.00 | |
| HAMRICK, EILEEN C.<br>4125 LASSITER ROAD<br>WAKE FOREST, NC 27587-8478 | | Claim Number: 7928<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $1,978.00   UNLIQ | |
| UNSECURED | Claimed: | $29,035.00   UNLIQ | |
| HAN, QUN<br>24 SPENCER AVE., APT. 2<br>SOMERVILLE, MA 02144 | | Claim Number: 5642<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $3,200.70 | |
| HANIG, HARMON<br>PO BOX 1103<br>LAFAYETTE, CA 94549-1103 | | Claim Number: 3376<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $6,553.94 | |
| HANIG, HARMON L.<br>PO BOX 1103<br>LAFAYETTE, CA 94549 | | Claim Number: 1733<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED | Claimed: | $6,553.94 | |
| HANKEL, MARK<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | | Claim Number: 3315<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $196,830.00 | |
| UNSECURED | | | Scheduled:   $22,225.18  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HANKEL, MARK<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | | Claim Number: 4806<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $196,830.00 | | |
| HANKEL, MARK C<br>8 FOX HOLLOW<br>PLAISTOW, NH 03865 | | Claim Number: 3314<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $22,225.18 | | |
| HANKEL, MARK C.<br>8 FOX HOLLOW LANE<br>PLAISTOW, NH 03865 | | Claim Number: 4807<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $22,225.18 | | |
| HANLON, BRION R.<br>2728 WELBORN ST # 316<br>DALLAS, TX 75219 | | Claim Number: 7137<br>Claim Date: 03/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $35,613.04 | | |
| HANNAH, DAVID C<br>405 SKULLEY DR<br>ALPHARETTA, GA 30004 | | Claim Number: 4398<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $796,026.52 | Scheduled: | $0.00 UNLIQ |
| HANNAH, DAVID C.<br>405 SKULLEY DRIVE<br>ALPHARETTA, GA 30004 | | Claim Number: 475<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $513,831.00 | | |
| HANSEN, CRAIG R.<br>5 LONGMEADOW LANE<br>PEPPERELL, MA 01463 | | Claim Number: 8382<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $37,295.54 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HANSEN, DEBRA<br>N2802 SUMMERVILLE PARK RD.<br>LODI, WI 53555 | | Claim Number: 2277<br>Claim Date: 08/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $34,507.37 |
| HANSEN, DEBRA A.<br>N2802 SUMMERVILLE PARK DR<br>LODI, WI 53555 | | Claim Number: 2278<br>Claim Date: 08/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $34,507.37 |
| HANSEN, KRISTEN<br>2658 LONG POINTE<br>ROSWELL, GA 30076 | | Claim Number: 7832<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $32,729.93 |
| HANSEN, MARK<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020 | | Claim Number: 1270<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $80,555.00 |
| HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020-3727 | | Claim Number: 1799<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $80,555.16 |
| HANSEN, MARK J.<br>1400 OUSLEY DRIVE<br>GILROY, CA 95020-3727 | | Claim Number: 1800<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $80,555.16 |
| HANSEN, MELISSA<br>673 BLACKBERRY TR.<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 7951<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $89,699.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HANSON, KAY L<br>1025 CERRO VISTA DR<br>P O BOX 127<br>APPLEGATE, CA 95703 | | Claim Number: 6550<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $100,000.00 | | |
| HANSON, KAY LOUISE<br>PO BOX 127<br>1025 CERRO VISTA DRIVE<br>APPLEGATE, CA 95703 | | Claim Number: 6549<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $100,000.00 | | |
| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | | Claim Number: 484<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $12,000.00 | | |
| HANSON, RICHARD I.<br>10786 PORTER LN<br>SAN JOSE, CA 95127 | | Claim Number: 486<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $5,099.05 |
| UNSECURED | Claimed: | $38,596.60 | Scheduled: | $45,871.46 |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2067<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,022.44 | | |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 2068<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $2,022.44 | | |
| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | | Claim Number: 6598<br>Claim Date: 01/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| ADMINISTRATIVE | Claimed: | $2,022.44 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HARBISON, SANDRA<br>5816 STRATFORD LANE<br>THE COLONY, TX 75056 | Claim Number: 6599<br>Claim Date: 01/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,022.44 | Scheduled: | $2,466.26 |

| HARDEN, III, JAMES E.<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | Claim Number: 723<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $105,669.55 |

| HARDEN, JAMES E., III<br>1460 CHINOOK COURT<br>LILBURN, GA 30047-7437 | Claim Number: 1396<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|
| PRIORITY | Claimed: | $105,699.55 |
| TOTAL | Claimed: | $105,669.55 |

| HARDEN, JAMES III<br>1460 CHINOOK CT<br>LILBURN, GA 30047-7437 | Claim Number: 4212<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,445.05 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| HARDY, BRIAN<br>10935 PARKER VISTA PLACE<br>PARKER, CO 80138 | Claim Number: 7721<br>Claim Date: 04/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $21,983.94   UNLIQ CONT |

| HARDY, SHARON H.<br>1006 GWENDOLYN DR<br>LEBANON, TN 37087-8478 | Claim Number: 7499<br>Claim Date: 11/15/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $7,250.00   UNLIQ CONT |

| HARKER, KENNETH R. JR<br>4111 MORRISON ROAD<br>NASHVILLE, IN 47448 | Claim Number: 4267<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $385,045.08 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HARLESTON, CHERYL
205 BOUNDARY TREE DR.
ELLENWOOD, GA 30294

Claim Number: 6744
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00   UNDET |

---

HARMS, TISHA
3202 GRANTHAM DRIVE
RICHARDSON, TX 75082

Claim Number: 4050
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $32,169.23 |

---

HARPER, JAMES JR
101 CHERTSEY CT
CARY, NC 27519

Claim Number: 2732
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $0.00   UNDET | | $1,197.53  UNLIQ |

---

HARPER, JAMES W. JR
101 CHERTSEY COURT
CARY, NC 27519

Claim Number: 443
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| UNSECURED | | $331,924.89 |

---

HARPER, KERRIE
9312 CUTRIGHT DR
RALEIGH, NC 27617

Claim Number: 6783
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $45,575.75 |

---

HARPER, KERRIE W
9312 CUTRIGHT DR
RALEIGH, NC 27617

Claim Number: 3228
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $45,575.75 |

---

HARPER, WILLIAM D. JR.
4017 BROWN PL
RALEIGH, NC 27604

Claim Number: 7400
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $52,238.01 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HARR, ROSHAN<br>14341 MIRANDA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 4446<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $34,909.56 | | |
| HARR, ROSHAN M.<br>14341 MIRANDA WAY<br>LOS ALTOS HILLS, CA 94022 | | Claim Number: 4447<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $34,909.56 | | |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 135<br>Claim Date: 02/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| SECURED | Claimed: | $4,395.96   UNLIQ | | |
| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| SECURED | Claimed: | $4,395.96   UNLIQ | | |
| HARRIS STRATEX NETWORKS OPERATING CORP.<br>HARRIS STRATEX NETWORKS, INC.<br>ATTN: LEGAL DEPARTMENT<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 991<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| UNSECURED | Claimed: | $413,055.21 | | |
| HARRIS STRATEX NETWORKS OPERATING CORP.<br>ATTN: LEGAL DEPARTMENT<br>HARRIS STRATEX NETWORKS, INC.<br>637 DAVIS DRIVE<br>MORRISVILLE, NC 27560 | | Claim Number: 2631<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $421,395.21 | Scheduled: | $59,862.60 |
| HARRIS, EARL, JR.<br>PO BOX 71844<br>DURHAM, NC 27722 | | Claim Number: 8375<br>Claim Date: 09/27/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $65,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HARRIS, KAREN<br>157 BEAVERBROOK CT<br>DANVILLE, VA 24541 | | Claim Number: 3912<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,644.00 |
| HARRIS, KAREN K.<br>157 BEAVERBROOK CT.<br>DANVILLE, VA 24541 | | Claim Number: 3913<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $22,644.00 |
| HARRIS, TIMOTHY<br>308 PINE NUT LANE<br>APEX, NC 27502 | | Claim Number: 4407<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,173.60 |
| HARRISON, JASON<br>420 BROWN THRASHER COURT<br>ALPHARETTA, GA 30009 | | Claim Number: 5412<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,868.36 |
| HART, CHERYL<br>5806 COX FARM ESTATE<br>PARKER, TX 75002 | | Claim Number: 6487<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $42,000.00 |
| HART, CHERYL A.<br>5806 COX FARM EST.<br>ALLEN, TX 75002 | | Claim Number: 866<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6487 |
| UNSECURED | Claimed: | $44,250.00 |
| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 1802<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $14,611.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HART, RICHARD<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 1803<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,611.81 | | |
| HART, RICHARD D.<br>35 RIDGE BROOK DRIVE<br>STAMFORD, CT 06903 | | Claim Number: 99<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $14,610.94 | | |
| HARTE-HANKS MARKET INTELLIGENCE INC<br>9980 HUENNEKENS STREET SUITE 100<br>SAN DIEGO, CA 92121 | | Claim Number: 1768<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $37,000.00 | Scheduled: | $1,500.00 |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | | Claim Number: 5336-01<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $13,200.46 | | |
| HARTE-HANKS, INC ET AL<br>C/O SAUL EWING LLP<br>ATTN: JOYCE A. KUHNS, ESQ<br>500 E. PRATT STREET<br>BALTIMORE, MD 21202 | | Claim Number: 5336-02<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $22,928.23 | | |
| HARTLIN, WAYNE<br>52 KINGFISHER DR<br>MANDEVILLE, LA 70448 | | Claim Number: 2438<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,248.94 | | |
| HARTMAN, JAMES<br>18627 ROBLEDA CT<br>SAN DIEGO, CA 92128 | | Claim Number: 2703<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $11,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HARTMAN, JAMES R<br>18627 ROBLEDA CT<br>SAN DIEGO, CA 92128 | | Claim Number: 2702<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $11,000.00 |
| HARTMAN, PAUL L.<br>12627 GREEN TREE TRAIL<br>SOUTH LYON, MI 48178 | | Claim Number: 1191<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $703.86 |
| HARTSHORN, TEFFIE<br>1311 PENNYROYAL CT.<br>PATTERSON, CA 95363 | | Claim Number: 8004<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,249.24 |
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 2861<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $21,159.00 |
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 2862<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $21,159.00 |
| HARTTER, WILLIAM<br>11 NEWCOMB DR<br>HILTON, NY 14468 | | Claim Number: 7546<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $21,159.00 |
| HARWERTH, MIKE<br>3251 12TH AVENUE<br>ANOKA, MN 55303 | | Claim Number: 6194<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $52,185.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HASKINS, RANDY<br>4008 FIESTA ROAD<br>DURHAM, NC 27703 | | Claim Number: 7189<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $93,405.00 |

---

| HASSETT, CHRISTINE<br>47 RADBURN DRIVE<br>COMMACK, NY 11725 | | Claim Number: 7124<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $34,408.95 |

---

| HASSETT, CHRISTINE<br>47 RADBURN DRIVE<br>COMMACK, NY 11725 | | Claim Number: 7125<br>Claim Date: 02/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,408.95 |

---

| HATFIELD, GARY<br>PO BOX 1475<br>CELINA, TX 75009 | | Claim Number: 2011<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $30,413.66 |

---

| HAUGHEY, KAREN D.<br>3024 OAKSIDE CIR.<br>ALPHARETTA, GA 30004 | | Claim Number: 7628<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,695.95 |

---

| HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 519<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ |

---

| HAVERKAMP, LAWRENCE<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2113<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $3,641.00    UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | | Claim Number: 2143<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,641.00  UNLIQ | Scheduled: | | $0.00  UNLIQ |
| HAVERKAMP, LAWRENCE C<br>PO BOX 2497<br>OREGON CITY, OR 97045-0211 | | Claim Number: 2144<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | |
| PRIORITY | Claimed: | $3,641.00  UNLIQ | | | |
| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2112<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ | | | |
| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2142<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ | | | |
| HAVERKAMP, LAWRENCE C.<br>PO BOX 2497<br>OREGON CITY, OR 97045 | | Claim Number: 2145<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,641.00  UNLIQ | | | |
| HAWKEN, DONALD<br>88 MAGNOLIA LANE<br>WELLAND, ON L3B 6H9<br>CANADA | | Claim Number: 3448<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| HAWKEN, DONALD<br>88 MAGNOLIA LANE<br>WELLAND, ON L3B 6H9<br>CANADA | | Claim Number: 3449<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $94,571.97 | Scheduled: | | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HAWKINS, CHETLEY<br>65 BLUE JAY<br>IRVINE, CA 92604 | | Claim Number: 5756<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| --- | --- | --- |
| ADMINISTRATIVE | Claimed: | $90,370.33 |

| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7619<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7937 |
| --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $46,634.91   UNLIQ CONT |

| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 7937<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8123<br>amends claim 7619 |
| --- | --- | --- |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $56,298.83   UNLIQ CONT |

| HAWKINS, JOHN<br>1088 GEORGE BOYD ROAD<br>ASHLAND CITY, TN 37015 | | Claim Number: 8123<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7937 |
| --- | --- | --- |
| UNSECURED | Claimed: | $67,248.83 |

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | | Claim Number: 1382<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| PRIORITY | Claimed: | $22,998.57 |

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | | Claim Number: 1383<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| PRIORITY | Claimed: | $205,948.45 |

| HAWKINS, SHERMAN V.<br>1045 PINE GROVE PTE. DR.<br>ROSWELL, GA 30075-2704 | | Claim Number: 1384<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- | --- |
| UNSECURED | Claimed: | $579,412.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HAWKINS, SHERMAN V.
1045 PINE GROVE PTE. DR.
ROSWELL, GA 30075-2704

Claim Number: 3588
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $93,628.08 |

HAWKINS, SHERMAN V.
1045 PINE GROVE PTE. DR.
ROSWELL, GA 30075-2704

Claim Number: 3771
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $151,884.80 |

HAWLEY, DAWNA
8400 STERLING BRIDGE RD
CHAPEL HILL, NC 27516

Claim Number: 1573
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,567.04 |
| UNSECURED | Claimed: | $33,201.68 |
| TOTAL | Claimed: | $33,201.68 |

HAWLEY, DAWNA
8400 STERLING BRIDGE RD
CHAPEL HILL, NC 27516

Claim Number: 2771
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,567.04 |
| UNSECURED | Claimed: | $19,634.64 |

HAY, JENNIFER
3205 FANNIN LANE
SOUTHLAKE, TX 76092

Claim Number: 4799
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,262.61 | Scheduled: | $2,423.94 |
| UNSECURED | Claimed: | $26,426.91 | Scheduled: | $35,608.93 |

HAYDOCK, JOSEPH
613 ARCHIE PL
SYCAMORE, IL 60178-1626

Claim Number: 2187
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $60,000.00 |

HAYDOCK, JOSEPH
613 ARCHIE PLACE
SYCAMORE, IL 60178

Claim Number: 2188
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $60,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HAYES, KENNETH<br>1671 LITTLE RIVER DR.<br>SALINAS, CA 93906 | Claim Number: 7718<br>Claim Date: 04/25/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $62,542.27 |
|---|---|---|

| HAYES, MICHAEL P.<br>128 AMESBURY LANE<br>CARY, NC 27511 | Claim Number: 7180<br>Claim Date: 04/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7318 |
|---|---|

| UNSECURED | Claimed: | $86,731.78 |
|---|---|---|

| HAYES, MICHAEL P.<br>128 AMESBURY LANE<br>CARY, NC 27511 | Claim Number: 7318<br>Claim Date: 07/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7180 |
|---|---|

| UNSECURED | Claimed: | $67,250.36 |
|---|---|---|

| HAYES, MONSON C/O JOHN CARPENTER<br>4950 RAINTREE CIRCLE<br>PARKER, CO 80134 | Claim Number: 3493<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $101,907.00 | Scheduled: | $101,907.00  UNLIQ |
|---|---|---|---|---|

| HAYEST, THOMAS A<br>4891 MAGNOLIA BLOSSOM BLVD<br>GAHANNA, OH 43230 | Claim Number: 3254<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| HAYNES AND BOONE, LLP<br>ATTN: STEPHEN M. PEZANOSKY, PARTNER<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 | Claim Number: 391<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $41,880.54 | Scheduled: | $472.50 |
|---|---|---|---|---|

| HAYNES, DIANE<br>10533 DORCHESTER WAY<br>WOODSTOCK, MD 21163 | Claim Number: 4141<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HAYNES, DIANE
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4142
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 323
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $117,402.61 |
|---|---|---|

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4143
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $116,403.29   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4233
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $116,403.29   UNLIQ |
|---|---|---|

---

HAYNES, JOSEPH
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4482
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $122,728.16   UNLIQ |
|---|---|---|

---

HAYNES, JOSEPH G. JR
10533 DORCHESTER WAY
WOODSTOCK, MD 21163

Claim Number: 4483
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $122,728.16   UNLIQ |
|---|---|---|

---

HAYNES, MICHELLE
5921 WHITE PINE DR
MCKINNEY, TX 75070

Claim Number: 2148
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $40,105.37 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HAYNES, MICHELLE<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2166<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $40,105.37 |
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2149<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2165<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| HAYNES, MICHELLE J<br>5921 WHITE PINE DR<br>MCKINNEY, TX 75070 | | Claim Number: 2168<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $40,105.37 |
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2169<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET        Scheduled:        $0.00  UNLIQ |
| HAYNES, STEPHEN<br>10709 CAHILL RD<br>RALEIGH, NC 27614 | | Claim Number: 2170<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | | Claim Number: 4345<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $27,898.06 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HAYNES, WENDY<br>1350 PARKER ROAD<br>WYLIE, TX 75098 | | Claim Number: 4386<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $24,903.90 |
| HAYSSEN, CARL III<br>6 WINCHESTER DR<br>ANDOVER, MA 01810 | | Claim Number: 6190<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,615.36 |
| HAYWARD, DONALD<br>41 SANTA ROSA CIRCLE<br>WYLIE, TX 75098 | | Claim Number: 1566<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,876.66 |
| HE, QIAN<br>4308 HELSTON DR<br>PLANO, TX 75024 | | Claim Number: 6719<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $38,571.34 |
| HEALY, BLANCHE<br>353 JOANNE CT<br>BARTONSVILLE, PA 18321 | | Claim Number: 8386<br>Claim Date: 10/09/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $26,291.07 |
| HEARING, VERONICA<br>110 NEVERBREAK DRIVE<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7435<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,871.52 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | | Claim Number: 3483<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,846.00 | | |

| HEARN, JOHN MARK<br>1556 WATERSIDE CT<br>DALLAS, TX 75218 | | Claim Number: 5377<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,846.00 | | |

| HEARN, TERRY W.<br>695 CONSTELLATION CT.<br>DAVIDSONVILLE, MD 21035 | | Claim Number: 272<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,208.86 |
| UNSECURED | Claimed: | $59,148.09 | Scheduled: | $74,586.12 |

| HEDRICH, NORMAN<br>4901 EAST VIEW COURT<br>MCKINNEY, TX 75070 | | Claim Number: 762<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,916.91 |
| UNSECURED | Claimed: | $59,494.84 | Scheduled: | $67,080.33 |

| HEDRICK, RANDY R.<br>201 WHITE SPRINGS CIRCLE<br>RALEIGH, NC 27615 | | Claim Number: 203<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $258,440.00 | | |

| HEENAN BLAIKIE<br>200 BAY ST SOUTH TOWER<br>SUITE 2600 PO BOX 185<br>TORONTO, ON M5J 2J4<br>CANADA | | Claim Number: 4651<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,975.25 | | |

| HEENAN BLAIKIE LLP<br>PO BOX 185, SUITE 2600<br>200 BAY STREET<br>SOUTH TOWER, ROYAL BANK PLAZA<br>TORONTO, ON M5J 2J4<br>CANADA | | Claim Number: 4652<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,468.45 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HEIGHINGTON, SANDRA<br>PO BOX 868<br>MOUNT AIRY, NC 27030-0868 | Claim Number: 7478<br>Claim Date: 10/29/2010<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,797.21 |

| | | |
|---|---|---|
| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | Claim Number: 7452<br>Claim Date: 10/07/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7568 | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,699.23 |

| | | |
|---|---|---|
| HEIGHT, JOY<br>4200 MOUNTAIN BRANCH DRIVE<br>WAKE FOREST, NC 27587 | Claim Number: 7568<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7452 | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,826.08 |

| | | |
|---|---|---|
| HEINBAUGH, ALAN<br>19816 COLBY CT.<br>SARATOGA, CA 95070 | Claim Number: 8254<br>Claim Date: 05/04/2012<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,168,638.07   UNLIQ |

| | | |
|---|---|---|
| HEINRICH, CHRISTOPHER<br>3606 BOXWOOD DR.<br>GARLAND, TX 75040 | Claim Number: 6778<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,404.32 |

| | | |
|---|---|---|
| HELEIN & MARASHLIAN, LLC<br>1420 SPRING HILL RD STE 205<br>MCLEAN, VA 22102-3038 | Claim Number: 1796<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,309.39 |

| | | |
|---|---|---|
| HELEIN & MARASHLIAN, LLC<br>1420 SPRINGHILL RD., STE. 205<br>MCLEAN, VA 22102 | Claim Number: 1797<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,309.39 | | |
| UNSECURED | | | Scheduled: | $4,609.51 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN 37919 | | Claim Number: 2447<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| ADMINISTRATIVE | Claimed: | $100,000.00 |
| HELLER, ROBERT<br>916 WESTMORELAND BLVD<br>KNOXVILLE, TN 37919 | | Claim Number: 2448<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $371.14   UNLIQ |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 753<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $23,713.30 |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 754<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $5,251.58 |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 2718<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| HELLMAN, JEANNE<br>1003 NAPA PLACE<br>APEX, NC 27502 | | Claim Number: 2719<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $3,251.58 |
| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 2720<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HELLMAN, JEANNE<br>1003 NAPA PL<br>APEX, NC 27502 | | Claim Number: 2721<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,422.80 | | |
| UNSECURED | Claimed: | $22,290.50 | | |

| HELMS, DAVID<br>312 RAVENWOOD LN APT C<br>LAFAYETTE, IN 47909-0809 | | Claim Number: 2289<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,950.07 | | |

| HELMS, DAVID J.<br>312 RAVENWOOD LN APT C<br>LAFAYETTE, IN 47909-0809 | | Claim Number: 2288<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,950.07 | | |

| HELMS, JAMES<br>5018 WINEBERRY DR<br>DURHAM, NC 27713 | | Claim Number: 6322<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,950.00 | | |

| HELMSMAN MANAGEMENT SERVICES, LLC<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5664<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

| HEMINGER, FRANCESCA M.<br>1308 WILLOW CT.<br>NOBLESVILLE, IN 46062 | | Claim Number: 1044<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,320.00 | | |

| HEMINGWAY & HANSEN LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | | Claim Number: 2239<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,593.18 | Scheduled: | $12,216.78 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| HEMINGWAY & HANSEN LLP<br>1717 MAIN STREET, SUITE 2500<br>DALLAS, TX 75201 | Claim Number: 2242<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,077.68  UNLIQ | Scheduled: | $0.00  UNLIQ | |
| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | Claim Number: 946<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | | |
| UNSECURED | Claimed: | $34,005.50 | | | |
| HEMINGWAY & HANSEN, LLP<br>D. SCOTT HEMINGWAY<br>COMERICA BANK TOWER, SUITE 2500<br>1717 MAIN STREET<br>DALLAS, TX 75201 | Claim Number: 2241<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | | | |
| UNSECURED | Claimed: | $37,077.68 | | | |
| HEMINGWAY, D. SCOTT<br>HEMINGWAY & HANSEN, LLP<br>COMERICA BANK TOWER, STE. 2500<br>1717 MAIN ST.<br>DALLAS, TX 75201 | Claim Number: 2238<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | | |
| ADMINISTRATIVE | Claimed: | $37,077.68 | | | |
| HEMMERLE, LISA<br>205 ARVO LANE<br>CARY, NC 27513 | Claim Number: 6112<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $80,969.97 | | | |
| HENDERSON ELECTRIC INC<br>18427 W MCNICHOLS<br>DETROIT, MI 48219-4113 | Claim Number: 2857<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | | |
| UNSECURED | Claimed: | $373,668.69 | Scheduled: | $121,529.02 | |
| HENDERSON, CALVIN<br>3641 CHERRY RIDGE BOULEVARD<br>DECATUR, GA 30034 | Claim Number: 3850<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | | |
| UNSECURED | Claimed: | $75,384.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HENDERSON, MARGARET<br>1416 BERKLEY ROAD<br>ALLEN, TX 75002 | | Claim Number: 3594<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $24,851.09 | | |

---

| HENDERSON, NEAL<br>312 BURGWIN WRIGHT WAY<br>CARY, NC 27519 | | Claim Number: 1437<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $108,782.26 | | |
| UNSECURED | Claimed: | $119,007.99 | | |

---

| HENDERSON, NEAL<br>312 BURGWIN WRIGHT WAY<br>CARY, NC 27519 | | Claim Number: 1532<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $119,007.99 | | |

---

| HENINGTON, MARK<br>7912 LA COSA DR<br>DALLAS, TX 75248-4440 | | Claim Number: 362<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,405.79 |
| UNSECURED | Claimed: | $76,143.41 | Scheduled: | $70,881.31 |

---

| HENNEBERGER, JOSEPH M.<br>236 SHADY HILL DR.<br>RICHARDSON, TX 75080 | | Claim Number: 1236<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,233.85 |
| UNSECURED | Claimed: | $70,017.85 | Scheduled: | $75,379.84 |

---

| HENNESSY, AILEEN<br>3520 NEIMAN ROAD<br>PLANO, TX 75025 | | Claim Number: 7152<br>Claim Date: 03/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $42,384.59 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HENRICKSON, ANDREW B<br>27A COLONIAL PKWY<br>PITTSFORD, NY 14534 | | Claim Number: 2842<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $65,494.61 |

---

| HEO, JOON<br>1409 CALLAWAY DR.<br>PLANO, TX 75075 | | Claim Number: 7325<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,490.00 |

---

| HERBISON, DANIEL A.<br>284 OLD HWY 47<br>CHARLOTTE, TN 37036 | | Claim Number: 7640<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $16,024.65   UNLIQ CONT |

---

| HERMAN, RON<br>7308 BECKINGTON DR.<br>FRISCO, TX 75035 | | Claim Number: 1243<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $52,612.50 |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4228<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6017 |
|---|---|---|
| UNSECURED | Claimed: | $33,538.46 |

---

| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4229<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6016 |
|---|---|---|
| UNSECURED | Claimed: | $86,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 4240<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6015 | | |
| PRIORITY | Claimed: | $20,000.00 | | |
| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6015<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4240. | | |
| PRIORITY | Claimed: | $20,000.00 | | |
| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6016<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4229. | | |
| UNSECURED | Claimed: | $86,000.00 | | |
| HERNANDEZ MCGARY, ELIA<br>3113 KINGSTON DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 6017<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Amends claim 4228. | | |
| UNSECURED | Claimed: | $33,538.46 | | |
| HERNANDEZ, THOMAS G.<br>2859 SHADY GROVE RD.<br>SUNSET, SC 29685 | | Claim Number: 2919<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $24,169.33 | Scheduled: | $26,551.97 |
| HERR, CHRIS<br>3527 32ND WAY NW<br>OLYMPIA, WA 98502 | | Claim Number: 1330<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $35,356.70 | | |
| HERR, CHRIS<br>5509 HAMPTONS STREET SE<br>OLYMPIA, VA 98501 | | Claim Number: 2547<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,356.70 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HERR, SCOTT A.
2413 PRIMROSE DR
RICHARDSON, TX 75082

Claim Number: 4224
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| UNSECURED | Claimed: | $40,458.24 | Scheduled: | $41,705.00 |

---

HERRAGE, JOSEPH
4302 SPRINGHILL
ESTATES DRIVE
PARKER, TX 75002

Claim Number: 4408
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $289,343.25 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2420
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $68,240.16 |

---

HERRAGE, ROBERT
110 N. CARRIAGE HOUSE WAY
WYLIE, TX 75098

Claim Number: 2421
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $115,194.44 |

---

HERRICK, WILLIAM
307 KING CHARLES CIRCLE
SUMMERVILLE, SC 29485

Claim Number: 1853
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $16,309.15 |

---

HERRMANN, HANS
MOLTKESTRASSE 24/1
SONNENBUHL, D-72820
GERMANY

Claim Number: 5996
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HERRMANN, HANS
MOLTKESTRASSE 24/1
SONNENBUHL, D-72820
GERMANY

Claim Number: 6999
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HERRMANN, HANS
MOLTKESTRASSE 24/1
SONNENBUHL, D-72820
GERMANY

Claim Number: 7000
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HERZOG, JANET
2000 CASTLEBURG DRIVE
APEX, NC 27523

Claim Number: 4809
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,730.85 |

---

HESCH, DR. MORITZ, ATTORNEY-AT-LAW
FRESHFIELDS BRUCKHAUS DERINGER
ALSTERARKADEN 27
HOHE BLEICHEN 7
HAMBURG, D-20354
GERMANY

Claim Number: 1681-01
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $205,550.00 |

---

HESCH, DR. MORITZ, ATTORNEY-AT-LAW
FRESHFIELDS BRUCKHAUS DERINGER
ALSTERARKADEN 27
HOHE BLEICHEN 7
HAMBURG, D-20354
GERMANY

Claim Number: 1681-02
Claim Date: 08/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $31,200.00 |

---

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 19
Claim Date: 01/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $77,363.00 |
| UNSECURED | Claimed: | $0.11 |

---

HESLOP, MICHAEL
8404 WEST 127 CR
OVERLAND PARK, KS 66213

Claim Number: 2542
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7233
Claim out of balance

| PRIORITY | Claimed: | $107,699.71 |
| TOTAL | Claimed: | $77,631.26 |

---

HESLOP, MICHAEL
8404 W. 127TH CIR
OVERLAND PARK, KS 66213

Claim Number: 7233
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2542

| PRIORITY | Claimed: | $132,074.13 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| HESTER, BOB<br>517 N WILSON BLVD<br>NASHVILLE, TN 37205 | | Claim Number: 7694<br>Claim Date: 04/08/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $85,085.44 | | | |
| HETZEL, BRADLEY D.<br>1017 STALLINGS GLEN RD.<br>RALEIGH, NC 27603 | | Claim Number: 46<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | | | | Scheduled: | $3,487.60 |
| UNSECURED | Claimed: | $245,587.62 | | Scheduled: | $64,824.51 |
| HEWITT ASSOCIATES LLC<br>100 HALF DAY RD<br>LINCOLNSHIRE, IL 60069-3242 | | Claim Number: 2518<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED | Claimed: | $405,559.00 | | Scheduled: | $365,621.00 |
| HEWITT, EARL S<br>208 FOX BRIAR LN<br>CARY, NC 27511 | | Claim Number: 4077<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $59,129.64 | | Scheduled: | $0.00 UNLIQ |
| HEWITT, HOWARD<br>18045 GOOSEBERRY DR<br>ROWLAND HEIGHTS, CA 91748 | | Claim Number: 1815<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $48,800.00 | | | |
| HEWLETT PACKARD COMPANY<br>RAMONA S NEAL, SR COUNSEL, HP COMPANY<br>11307 CHINDEN BLVD<br>MS 314<br>BOISE, ID 83714 | | Claim Number: 1050<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Address changed per Counsel's request on 7/24/09 | | | |
| ADMINISTRATIVE | Claimed: | $316,346.72 | | | |
| HEWLETT PACKARD FINANCIAL SERV<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | | Claim Number: 4264<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $120,072.46 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HEWLETT PACKARD FINANCIAL SERVICES CO<br>ATTN: LAWRENCE KOVACS<br>420 MOUNTAIN AVENUE<br>MURRAY HILL, NJ 07974 | Claim Number: 4169<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | |
| UNSECURED          Claimed: | $120,072.46 | |
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | Claim Number: 1597<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | |
| UNSECURED          Claimed: | $1,693,274.98 | |
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | Claim Number: 2264<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3798 (08/18/2010) | |
| UNSECURED          Claimed: | $1,284,946.31 | |
| HEWLETT-PACKARD COMPANY<br>ATTN: KEN HIGMAN<br>2125 E KATELLA AVENUE # 400<br>ANAHEIM, CA 92806 | Claim Number: 5928<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1597 | |
| UNSECURED          Claimed: | $1,284,946.31 | |
| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA 22310 | Claim Number: 730<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8389 | |
| PRIORITY          Claimed: | $12,041.05 | |
| HICE, JAN<br>6215 WILLIAM EDGAR DRIVE<br>ALEXANDRIA, VA 22310 | Claim Number: 8389<br>Claim Date: 10/12/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 730 | |
| PRIORITY          Claimed: | $14,242.67 | |
| HICKERSON, TAMI<br>531 BLUFF VIEW DRIVE<br>PEGRAM, TN 37143 | Claim Number: 7554<br>Claim Date: 01/07/2011<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $10,950.00   UNLIQ CONT<br>$15,130.17   UNLIQ CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HICKEY, KENNETH
5 WARD FARM CIRCLE
FRAMINGHAM, MA 01701

Claim Number: 677
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $32,957.00 | |

---

HICKEY,KENNETH
5 WARD FARM CIRCLE
FRAMINGHAM, MA 01701

Claim Number: 2360
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $71,834.00 | |

---

HICKS, TONY M.
1331 EDMONTON DR.
LEWISVILLE, TX 75077

Claim Number: 48
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,589.96 |
| UNSECURED | Claimed: | $107,117.04 | Scheduled: | $105,013.39 |

---

HIFN, INC.
48720 KATO RD
FREMONT, CA 94538-7312

Claim Number: 1230
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 |

---

HIGGINS, MORRIS W.
600 TALIA CIRCLE
FAIRVIEW, TX 75069

Claim Number: 308
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $561,600.00 |

---

HIGGINS, SHARON
1309 ARBORETUM DR
CHAPEL HILL, NC 27517-9160

Claim Number: 6027
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,076.96 |

---

HIGHSMITH, JASPER H.
13714 HALLIFORD DR
TAMPA, FL 33624

Claim Number: 4262
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,433.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HIGHWOODS REALTY LIMITED PARTNERSHIP<br>FKA HIGHWOODS FORSYTH LP<br>2200 CENTURY PARKWAY, SUITE 800<br>ATLANTA, GA 30345 | Claim Number: 4608<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $59,447.37 |
|---|---|---|

---

| HILBIG, DAVID<br>1420 FARINGDON DR.<br>PLANO, TX 75075 | Claim Number: 808<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $16,694.99 |
|---|---|---|
| UNSECURED | Claimed: | $256,032.34 |

---

| HILGER, DAVID J.<br>3748 CREEKSIDE CT.<br>ANN ARBOR, MI 48105 | Claim Number: 8034<br>Claim Date: 10/31/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| HILL, ROOSEVELT<br>2617 CHADBOURNE DRIVE<br>PLANO, TX 75023 | Claim Number: 4611<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $5,303.18 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,424.92 | Scheduled: | $29,358.88 |

---

| HILLIS JENKINS, RUTH<br>1811 BLAIR BLVD<br>NASHVILLE, TN 37212 | Claim Number: 3775<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8219 |
|---|---|

| PRIORITY | Claimed: | $74,209.59   CONT |
|---|---|---|

---

| HILLIS, RUTH<br>1811 BLAIR BLVD.<br>NASHVILLE, TN 37212 | Claim Number: 8219<br>Claim Date: 03/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #3775 |
|---|---|

| PRIORITY | Claimed: | $82,021.13 |
|---|---|---|

---

| HILTS, LEE<br>8608 ERINSBROOK DRIVE<br>RALEIGH, NC 27617 | Claim Number: 8411<br>Claim Date: 11/27/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HINDLE, JOHN J
35 ETON COURT
ETON AVE
LONDON, NW33HJ
UNITED KINGDOM

Claim Number: 3935
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $164,473.98 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

HINES RIVERFRONT PLAZA LP
C/O HUNTON & WILLIAMS
ATTN TARA L. ELGIE
951 EAST BYRD STREET
RICHMOND, VA 23219

Claim Number: 3202
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $16,569.91 |
|---|---|---|

---

HINES RIVERFRONT PLAZA LP
C/O HUNTON & WILLIAMS
ATTN TARA L ELGIE
951 EAST BYRD ST
RICHMOND, VA 23219-4052

Claim Number: 3203
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $129,332.94 |
|---|---|---|

---

HINES, ALLISON H
P.O. BOX 158030
NASHVILLE, TN 37215

Claim Number: 3616
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

HINGORANI, MANOJ
53, SAI SHAKTI APARTMENTS
OFF YARI ROAD, VERSOVA
MUMBAI, 400061
INDIA

Claim Number: 931
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $31,153.85 |
|---|---|---|

---

HINSON, NANCY C.
192 BRODIE PRIVETTE ROAD
ZEBULON, NC 27597

Claim Number: 7389
Claim Date: 08/20/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $14,665.00 UNLIQ CONT |

---

HINTON, WILLIAM
5311 PRATT RD
ANN ARBOR, MI 48103

Claim Number: 6836
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HINTON, WILLIAM A
5311 PRATT RD
ANN ARBOR, MI 48103

Claim Number: 6837
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3957
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $133,008.31 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3959
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6012

| UNSECURED | Claimed: | $63,264.52 | Scheduled: | $51,090.54 UNLIQ |
|---|---|---|---|---|

---

HINZ, LORNE
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 6012
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3959.

| UNSECURED | Claimed: | $51,090.54 UNDET |
|---|---|---|

---

HINZ, LORNE C
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3956
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,799.93 | Scheduled: | $42,799.93 |
|---|---|---|---|---|

---

HINZ, LORNE C
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 3958
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6011

| UNSECURED | Claimed: | $1,162.96 |
|---|---|---|

---

HINZ, LORNE C.
7309 LOUGHEED PLAZA
PLANO, TX 75025

Claim Number: 6011
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3958.

| UNSECURED | Claimed: | $1,162.96 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 1968
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $32,939.20 |
|---|---|---|

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 1970
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $184,411.02 |
|---|---|---|

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 1971
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $184,411.03 |
|---|---|---|

HIRSCH, DUANE
130 OAK CURVE
BURNSVILLE, MN 55306-5515

Claim Number: 6363
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $184,411.03 |
|---|---|---|

HIRSCH, DUANE J.
130 OAK CURVE
BURNSVILLE, MN 55306

Claim Number: 1969
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $32,939.20 |
|---|---|---|

HIRSCH, DUANE J.
130 OAK CURVE
BURNSVILLE, MN 55306

Claim Number: 6356
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $32,939.20 |
|---|---|---|

HIRSCH, DUANE JOSEPH
130 OAK CURVE
BURNSVILLE, MN 55306-5505

Claim Number: 6355
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $32,939.20 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HIRSCH, DUANE JOSEPH<br>130 OAK CURVE<br>BURNSVILLE, MN 55306-5505 | | Claim Number: 6364<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $184,411.02 | | |
| HISCOCK & BARCLAY LLP<br>ONE PARK PLACE<br>300 S STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 3547<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,145.27 | Scheduled: | $1,341.27 |
| HISCOE, DAVID<br>3448 BRADLEY PLACE<br>RALEIGH, NC 27607 | | Claim Number: 4048<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $5,606.70 |
| UNSECURED | Claimed: | $79,742.88 | Scheduled: | $77,532.94 |
| HISCOE, DAVID W.<br>3448 BRADLEY PLACE<br>RALEIGH, NC 27607 | | Claim Number: 409<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,500.00 | | |
| UNSECURED | Claimed: | $80,769.00 | | |
| HITCHINGS, GAYLA LINDSAY<br>203 BENEDETTI CT.<br>CARY, NC 27513 | | Claim Number: 7962<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $62,607.50 | | |
| HIX, JAMES G.<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 3505<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $135,377.88 | Scheduled: | $0.00 UNLIQ |
| HIX, JAMES G.<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 4803<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $135,377.88 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HIX, JAMES G.<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 7877<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $72,500.00 |
| HIX, SHIRLEY A<br>2709 SAFARI CIR<br>PLANO, TX 75025 | | Claim Number: 7876<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $67,000.00 |
| HO, STEPHANIE<br>703 ALLEN DRIVE<br>EULESS, TX 76039 | | Claim Number: 1996<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $46,411.45 |
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1075<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $220,000.00 |
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1096<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $54,328.00 |
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1552<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $34,539.49 |
| HOADLEY, JOHN<br>4413 GLENSHIRE COURT<br>MCKINNEY, TX 75070 | | Claim Number: 1649<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $34,539.49 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HOADLEY, JOHN
4413 GLENSHIRE COURT
MCKINNEY, TX 75070

Claim Number: 5823
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $507.96 | Scheduled: | $503.73 UNLIQ |

---

HOANG, VINH
2200 STACIA CT
PLANO, TX 75025

Claim Number: 3187
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,351.07 |
| UNSECURED | Claimed: | $51,756.68 UNDET | Scheduled: | $44,965.06 |

---

HOBBY, LAURIE A.
521 DES MOINES DR
HERMITAGE, TN 37076

Claim Number: 7487
Claim Date: 11/12/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ CONT |
| UNSECURED | Claimed: | $12,644.25 UNLIQ CONT |

---

HOCKADAY, KELLY H.
6816 INDIAN WELLS ROAD
CARY, NC 27519

Claim Number: 7686
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $57,419.38 |

---

HOCURSCAK, SHARYN L.
35 PIKES HILL ROAD
STERLING, MA 01564

Claim Number: 588
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,945.50 |
| UNSECURED | Claimed: | $36,026.40 | Scheduled: | $32,836.50 |

---

HODGES JR, JOSEPH T
4415 HEIDI PLACE
MIDLOTHIAN, VA 23112

Claim Number: 2472
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $861.24 UNLIQ |

---

HODGES, JOSEPH T. JR.
4415 HEIDI PLACE
MIDLOTHIAN, VA 23112

Claim Number: 2471
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $861.24 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 2473<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $26,293.44  UNLIQ | | | |
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 2474<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $26,293.44  UNLIQ | Scheduled: | | $0.00  UNLIQ |
| HODGES, JOSEPH T. JR.<br>4415 HEIDI PLACE<br>MIDLOTHIAN, VA 23112 | | Claim Number: 4761<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $8,959.70  UNLIQ | | | |
| HODGES, WANDA B.<br>922 WOODRUFF ROAD<br>SELMA, NC 27576 | | Claim Number: 7370<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00   UNLIQ CONT<br>$37,550.00   UNLIQ CONT | | | |
| HOELER, DONALD J. JR.<br>225 WHITE FALLS DRIVE<br>COLUMBIA, SC 29212 | | Claim Number: 6876<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| HOFF, RONALD<br>405 KELLY RIDGE DR<br>APEX, NC 27502 | | Claim Number: 5983<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
| UNSECURED | Claimed: | $43,080.90 | | | |
| HOFF, RONALD<br>405 KELLY RIDGE DR<br>APEX, NC 27502 | | Claim Number: 6083<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,080.90 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HOFFMAN, JASON<br>P.O. BOX 81533<br>LAS VEGAS, NV 89180 | | Claim Number: 1187<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $21,799.62 |
| HOFFMAN, WILLIAM A JR<br>340 ROCK RIDGE PL<br>ESCONDIDO, CA 92027 | | Claim Number: 1453<br>Claim Date: 06/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $26,608.40 |
| HOFFMEISTER, JEFFREY M.<br>900 THORNBERRY DR.<br>MCKINNEY, TX 75071 | | Claim Number: 889<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $31,615.98 |
| HOFFMEISTER, JEFFREY M.<br>900 THORNBERRY DR.<br>MCKINNEY, TX 75071 | | Claim Number: 979<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $18,126.50 |
| HOGAN, BRIAN<br>YUKON LANE<br>CHAPEL HILL, NC 27514 | | Claim Number: 4350<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| HOGAN, BRIAN<br>100 YUKON LANE<br>CHAPEL HILL, NC 27514 | | Claim Number: 4374<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $51,362.36 |
| HOGAN, ROBERT<br>3830 SWEETEN CREEK ROAD<br>CHAPEL HILL, NC 27514 | | Claim Number: 4381<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HOGAN, ROBERT A.
3830 SWEETEN CREEK ROAD
CHAPEL HILL, NC 27514

Claim Number: 4338
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $111,767.75 |
|---|---|---|

---

HOGAN, ROBERT A.
3830 SWEETEN CREEK ROAD
CHAPEL HILL, NC 27514

Claim Number: 8350
Claim Date: 08/27/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $496,743.20 |
|---|---|---|

---

HOHNHOLT, RICHARD
624 BRIARGLEN DR.
COPPELL, TX 75019

Claim Number: 7829
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,884.65 |
|---|---|---|

---

HOKANSON, DALE A.
640 SWEET GUM FOREST LANE
ALPHARETTA, GA 30005

Claim Number: 7497
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $29,581.67 |
|---|---|---|
| UNSECURED | Claimed: | $29,581.67 |
| TOTAL | Claimed: | $29,581.67 |

---

HOKANSON, DALE A.
640 SWEET GUM FOREST LANE
ALPHARETTA, GA 30005

Claim Number: 7498
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $13,366.29 |
|---|---|---|
| UNSECURED | Claimed: | $13,366.29 |
| TOTAL | Claimed: | $13,366.29 |

---

HOLE DEVELOPMENTS LTD. #2
10835 - 120 ST. NW
EDMONTON, AB T5H 3P9
CANADA

Claim Number: 3064
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $100,000.00 |
|---|---|---|

---

HOLLAND, MIKE
1716 WEST WILLIAMS ST.
APEX, NC 27523

Claim Number: 7398
Claim Date: 09/01/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $57,805.67 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HOLLER, GREGORY J<br>444 S BLOUNT ST # 203<br>RALEIGH, NC 27601 | | | Claim Number: 5614<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|
| UNSECURED | Claimed: | | $40,520.93 |

| HOLLEY, CHAUNTELE M.<br>149 SMITH ROCK DRIVE<br>HOLLY SPRINGS, NC 27540 | | | Claim Number: 8191<br>Claim Date: 02/03/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|
| UNSECURED | Claimed: | | $14,835.73 |

| HOLLIDAY-MOSLEY, ANNETTE<br>5121 LONG NECK COURT<br>RALEIGH, NC 27604 | | | Claim Number: 7204<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|
| UNSECURED | Claimed: | | $31,361.47 |

| HOLLIMAN, CHARA E.<br>3520 ROUNDWOOD FOREST DRIVE<br>ANTIOCH, TN 37013 | | | Claim Number: 7566<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $12,032.54 | UNLIQ CONT |

| HOLLOMAN, BESSIE J.<br>473 EWING DRIVE<br>NASHVILLE, TN 37207 | | | Claim Number: 7460<br>Claim Date: 10/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $1,490.00 | UNLIQ CONT |

| HOLLOWELL, GAY<br>312  19TH ST.<br>BUTNER, NC 27509 | | | Claim Number: 7475<br>Claim Date: 10/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7936 |
|---|---|---|---|
| UNSECURED | Claimed: | | $46,340.89 |

| HOLLOWELL, GAY<br>312  19TH ST.<br>BUTNER, NC 27509 | | | Claim Number: 7936<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7475 |
|---|---|---|---|
| UNSECURED | Claimed: | | $46,340.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HOLMEN, ROBERT
5702 GASTON AVE
DALLAS, TX 75214

Claim Number: 3865
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $5,866.31 |
|---|---|---|

HOLMES, KIM
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6031
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

HOLMES, KIM
106 HUDGINS RD
EVA, AL 35621-9143

Claim Number: 6114
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $58,330.00 |
|---|---|---|

HOLMES, KIM B
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6032
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

HOLMES, KIMBERLY
106 HUDGINS RD
EVA, AL 35621-9143

Claim Number: 5989
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $58,300.00 |
|---|---|---|

HOLMES, MARY
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6033
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

HOLMES, MARY
2765 73RD AVE SE
MERCER ISLAND, WA 98040-2629

Claim Number: 6034
Claim Date: 10/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HOLMES, ROBERT D.
1107 S WELLINGTON POINT RD
MCKINNEY, TX 75070-6964

Claim Number: 924
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $64,286.87 |
|---|---|---|

HOLT, MICHAEL
8236 CLARKS BRANCH DRIVE
RALEIGH, NC 27613

Claim Number: 7365
Claim Date: 07/30/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,873.94 |
|---|---|---|

HOLTON, DONALD
520 DEVONSHIRE FARMS WAY
ALPHARETTA, GA 30004

Claim Number: 4621
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,543.92 |
|---|---|---|

HOLTON, RACHELLE
1070 DOAK DRIVE
PEGRAM, TN 37143

Claim Number: 7411
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $199.00 UNLIQ |

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2627
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $775,551.44 |
|---|---|---|

HOLTZ, CLIFF
5851 S COLORADO BLVD
GREENWOOD VLG, CO 80121-1903

Claim Number: 2628
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $775,551.44 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $703,365.83 |

HOMAYOUN, FEREIDOUN
2805 COVEY PLACE
PLANO, TX 75093

Claim Number: 3504
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $192,612.57 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HOME INSURANCE COMPANY IN LIQUIDATION, THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 1305<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| HOMMES, HERBERT<br>SIEFEN 17<br>BERGISCH<br>GLADBACH, 51467<br>GERMANY | Claim Number: 4778<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| HON HAI PRECISION INDUSTRY CO<br>1688 RICHARD AVE<br>SANTA CLARA, CA 95050 | Claim Number: 4721<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $209,440.64 |
|---|---|---|

---

| HONEYCUTT, WILLIAM DANIEL<br>137 NICKLAUS DR<br>GARNER, NC 27529 | Claim Number: 8396<br>Claim Date: 10/26/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $52,498.80 |
|---|---|---|

---

| HONG, CUONG D.<br>5374 NW 118TH AVENUE<br>CORAL SPRINGS, FL 33076 | Claim Number: 8289<br>Claim Date: 06/08/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $81,828.00 |
|---|---|---|

---

| HOOD, MARY M.<br>114 MALDON DR.<br>CARY, NC 27513 | Claim Number: 1665<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $104,259.43 |
|---|---|---|

---

| HOOPER, WAYNE<br>1530 LAKE KOINONIA DRIVE<br>WOODSTOCK, GA 30189 | Claim Number: 7570<br>Claim Date: 01/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $64,479.58 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HOPE, STEVE F.<br>16562 ELM STREET<br>OMAHA, NE 68130 | | Claim Number: 966<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,388.52 | | |

---

| | | | | |
|---|---|---|---|---|
| HOPF, BRIAN<br>1081 SILVERLEAF DR.<br>YOUNGSVILLE, NC 27596 | | Claim Number: 3482<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 245. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,082.55 |
| UNSECURED | Claimed: | $60,689.69 | Scheduled: | $63,711.66 |

---

| | | | | |
|---|---|---|---|---|
| HOPF, BRIAN A<br>1081 SILVER LEAF DR.<br>YOUNGSVILLE, NC 27596 | | Claim Number: 245<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $69,083.94 | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS, DAWN<br>1212 TEMPLE CREST DRIVE<br>FRANKLIN, TN 37069 | | Claim Number: 6551<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS, DAWN<br>1212 TEMPLE CREST DR<br>FRANKLIN, TN 37069-7219 | | Claim Number: 6552<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS, RICHARD<br>125 MALTLAND DRIVE<br>CARY, NC 27518 | | Claim Number: 7320<br>Claim Date: 07/01/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,865.38 | | |

---

| | | | | |
|---|---|---|---|---|
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 138<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3486 | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $181,043.02 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 3486<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 138. | | | |
| UNSECURED | Claimed: | $184,723.14 | Scheduled: | $181,123.14 | UNLIQ |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3487<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $184,723.14 | | | |
| HORNE, ROBERT<br>10015 HIGH FALLS POINTE<br>ALPHARETTA, GA 30022 | | Claim Number: 3488<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $95,416.24 | | | |
| HORNE, ROBERT<br>3417 LOCUST COVE RD<br>GAINESVILLE, GA 30504 | | Claim Number: 3511<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $95,416.24 | Scheduled: | $0.00 | UNLIQ |
| HOROWITZ, STEVEN<br>5908 ST. AGNES DRIVE<br>PLANO, TX 75093 | | Claim Number: 3526<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$107,546.33 | Scheduled: | $114,730.82 | |
| HOROWITZ, STEVEN<br>5908 ST. AGNES DRIVE<br>PLANO, TX 75093 | | Claim Number: 3527<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $99,167.60   UNLIQ | Scheduled: | $71,457.58 | UNLIQ |
| HOROWITZ, STEVEN<br>5908 ST AGNES DR<br>PLANO, TX 75093 | | Claim Number: 4286<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $106,670.95 | Scheduled: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HORTON, CLIFTON D.<br>211 S. 12TH ST<br>WILMINGTON, NC 28401 | | Claim Number: 2998<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,232.56 | | |

| HORTON, GERALDINE B<br>1328 FOXRUN DR<br>RALEIGH, NC 27610 | | Claim Number: 7058<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,240.00   UNDET | | |

| HORTON, JOYCE<br>301 WESTCHESTER DRIVE<br>NASHVILLE, TN 37210 | | Claim Number: 8287<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,558.12 | | |

| HORWATH, SHARON<br>211 BRANDYWINE DR.<br>OLD HICKORY, TN 37138 | | Claim Number: 2477<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| HOSKINS, GEORGE B.<br>204 CHESTER STEPHENS RD.<br>FRANKLIN, TN 37067 | | Claim Number: 7505<br>Claim Date: 11/29/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $36,799.00   UNLIQ CONT | | |

| HOU, SREY<br>13306 CARTHAGE LANE<br>DALLAS, TX 75243 | | Claim Number: 5461<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,795.87 |
| UNSECURED | Claimed: | $5,769.23 | Scheduled: | $6,414.90 |

| HOUGHTON, JOSEPH W<br>11 CHEMIN ALBERT<br>VAL DES MONTS<br>QUEBEC, J8N5H5<br>CANADA | | Claim Number: 3569<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,182.94 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HOULE, KENNETH<br>136 WINDSOR DR<br>MURPHY, TX 75094 | | Claim Number: 5878<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,053.57 | | |

| HOUSE, PAUL<br>8108 UPPER LAKE DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 3094<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,001.01 | | |

| HOUSE, PAUL<br>8108 UPPER LAKE DR.,<br>RALEIGH, NC 27615 | | Claim Number: 3095<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $128,006.20 | | |

| HOUSE, PAUL<br>8108 UPPER LAKE DR.,<br>RALEIGH, NC 27615 | | Claim Number: 3096<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $332,307.72 | Scheduled: | $0.00 UNLIQ |

| HOUSE, PAUL<br>8108 UPPER LAKE DR.,<br>RALEIGH, NC 27615 | | Claim Number: 4491<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,689.60 | Scheduled: | $1,689.60 UNLIQ |

| HOUSE, PAUL<br>8108 UPPER LAKE DR.,<br>RALEIGH, NC 27615 | | Claim Number: 4510<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,923.07 | Scheduled: | $36,923.07 |

| HOUSTON, WENDY<br>4213 HOPPER ST.<br>RALEIGH, NC 27616 | | Claim Number: 7844<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,663.12 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA 22124 | | Claim Number: 6899<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HOVIS, MARY ANN<br>2700 GREEN HOLLY<br>SPRINGS COURT<br>OAKTON, VA 22124 | | Claim Number: 6900<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| HOWARD-SHANKS, STACY<br>2002 DRAKE<br>RICHARDSON, TX 75081 | | Claim Number: 3241<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $12,354.40 | | |
| UNSECURED | Claimed: | $26,225.40 | | |
| TOTAL | Claimed: | $26,225.40 | | |
| HOWARD-SHANKS, STACY<br>2002 DRAKE<br>RICHARDSON, TX 75081 | | Claim Number: 8166<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $7,501.40 | Scheduled: | $3,810.28 |
| SECURED | Claimed: | $18,724.00 | | |
| UNSECURED | | | Scheduled: | $21,582.00 |
| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | | Claim Number: 127<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $360,721.11 | | |
| HOWELL, MICHAEL J.<br>1205 W. YAKIMA AVE<br>SELAH, WA 98942 | | Claim Number: 128<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $257,478.39 | | |
| HOWK, LARRY<br>4302 LAKE HILL DR<br>ROWLETT, TX 75089 | | Claim Number: 7033<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $66,739.15 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| HOY, GREGORY J.<br>430 HIGHLAND OAKS CIRCLE<br>SOUTHLAKE, TX 76092 | | Claim Number: 541<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $28,575.25 | | |
| HOYOS, RICARDO<br>786 VERONA LAKE DRIVE<br>WESTON, FL 33326 | | Claim Number: 4740<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $18,198.08 | | |
| HOYOS, RICARDO C.<br>786 VERONA LAKE DRIVE<br>WESTON, FL 33326 | | Claim Number: 4741<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $18,198.76 | | |
| HSIEH, PEN<br>4 ATWOOD LANE<br>ANDOVER, MA 01810-6404 | | Claim Number: 5477<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,326.38 | | |
| HSIEH, YA-CHEN<br>1765 HAMILTON AVE<br>PALO ALTO, CA 94303 | | Claim Number: 6157<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $37,400.00 | | |
| HUANG, JOCELYN<br>4525 LONG TREE DRIVE<br>PLANO, TX 75093 | | Claim Number: 520<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $17,520.00 | Scheduled: | $17,519.99 |
| HUANG, JOHNNY<br>16189 LOFTY TRAIL DRIVE<br>SAN DIEGO, CA 92127-2046 | | Claim Number: 2175<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| HUANG, JOHNNY C<br>16189 LOFTY TRAIL DR<br>SAN DIEGO, CA 92127-2046 | | Claim Number: 2176<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HUANG, MICHAEL C.<br>26 PARKWAY GARDENS BLVD.<br>HAUPPAUGE, NY 11788 | | Claim Number: 5807<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $35,130.17 |
| HUANG, XIAOYAN<br>2 HIGATE ROAD<br>CHELMSFORD, MA 01824 | | Claim Number: 4073<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,695.28 |
| HUB PROPERTIES TRUST<br>255 WASHINGTON ST STE 300<br>NEWTON, MA 02458-1634 | | Claim Number: 6834<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| SECURED | Claimed: | $75,000.00 |
| UNSECURED | Claimed: | $685,381.46 |
| HUBER SUHNER<br>HUBER & SUHNER INC<br>19 THOMPSON DRIVE<br>ESSEX JUNCTION, VT 05452-3408 | | Claim Number: 2486<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $17,969.75 |
| HUBERT SUHNER, INC.<br>SEAN THOMAS<br>19 THOMPSON DR.<br>ESSEX JUNCTION, VT 05452 | | Claim Number: 2485<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $17,969.75 |
| HUBOI, PETER<br>522 S 13TH ST<br>SAN JOSE, CA 95112 | | Claim Number: 1592<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $83,731.22 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HUBOI, PETER<br>522 S. 13TH ST.<br>SAN JOSE, CA 95112 | | Claim Number: 4519<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1592. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,068.97 | Scheduled: | $6,030.36 |
| UNSECURED | Claimed: | $81,662.25 | Scheduled: | $80,256.23 |

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | | Claim Number: 3080<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,987.50 | | |

| HUDDLESTON BOLEN, LLP<br>ATTN: JANET SMITH HOLBROOK<br>P.O. BOX 2185<br>HUNTINGTON, WV 25722 | | Claim Number: 4552<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,987.50 | Scheduled: | $1,325.00 |

| HUDGINS, CECIL I<br>104 EAST G STREET<br>BUTNER, NC 27509 | | Claim Number: 8321<br>Claim Date: 07/19/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,698.54 | | |

| HUDSON, DESMOND F<br>82 BLACKHILL ROAD<br>PLAINFIELD, NH 03781 | | Claim Number: 3817<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,011,300.12 | Scheduled: | $0.00 UNLIQ |

| HUDSON, JO DEE<br>2471 GENITO JACK CIRCLE<br>POWHATAN, VA 23139 | | Claim Number: 8213<br>Claim Date: 03/12/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,787.81 | | |

| HUEBER, LORRAINE J.<br>10 HAVERHILL DRIVE<br>CHURCHVILLE, NY 14428 | | Claim Number: 6089<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,000.00   UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HUGHES, DEAN W<br>1335 WEST 13TH AVE<br>BROOMFIELD, CO 80020 | | Claim Number: 2544<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $8,110.40 | Scheduled: | $8,731.95 |
| HUGHES, DEAN W.<br>1335 W. 13TH AVE.<br>BROOMFIELD, CO 80020 | | Claim Number: 1164<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $7,603.50 | | |
| HUGHES, DEAN W.<br>1335 W. 13TH AVE.<br>BROOMFIELD, CO 80020 | | Claim Number: 2773<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $8,110.40 | | |
| HUGHES, PATRICIA<br>6836 GREYSTONE DR.<br>RALEIGH, NC 27615 | | Claim Number: 1564<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,766.44 | | |
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1615<br>Claim Date: 07/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $28,007.00 | | |
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1987<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,010.00 | | |
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1988<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| HUGHES, PAUL<br>66 LUDLOW ST<br>STATEN ISLAND, NY 10312 | | Claim Number: 1989<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HUGHES, PAUL<br>66 LUDLOW ST.<br>STATEN ISLAND, NY 10312 | | Claim Number: 1990<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| TOTAL | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HUGHES, ROB<br>521 SUNCREEK DR<br>ALLEN, TX 75013 | | Claim Number: 1588<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $41,788.82 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HUGHES, ROB<br>AKA ROBIN SCOTT HUGHES<br>521 SUNCREEK DR.<br>ALLEN, TX 75013 | | Claim Number: 7231<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,330.05 | |
| UNSECURED | Claimed: | $41,788.82 | Scheduled: | $42,356.97 | |

---

| | | | | | |
|---|---|---|---|---|---|
| HULL, GREGORY<br>815 NW GAME CREEK<br>LEES SUMMIT, MO 64081 | | Claim Number: 4746<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $23,856.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HUME, JAMES W<br>8700 BEAR CREEK DR.<br>MCKINNEY, TX 75070 | | Claim Number: 6915<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $40,782.63 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| HUME, JAMES W.<br>8700 BEAR CREEK DR.<br>MCKINNEY, TX 75070 | | Claim Number: 6916<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| ADMINISTRATIVE | Claimed: | $40,782.63 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

HUMPHRESS, JOHN W.
956 MOSSVINE DR
PLANO, TX 75023

Claim Number: 6111
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | $65,000.00 | | |
| UNSECURED | | | Scheduled: | $1,583.75 |
| | | | Scheduled: | $32,932.15 |

---

HUNSBERGER, ROBERT H
5829 155TH AVE. SE
BELLEVUE, WA 98006

Claim Number: 5456
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $39,779.18 | | $0.00 UNLIQ |

---

HUNT, SHIRLEY
427 MASSACHUSETTS AVE
ST. CLOUD, FL 34769

Claim Number: 6144
Claim Date: 11/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | | $9,807.69 |

---

HUNT, SHIRLEY
427 MASSACHUSETTS AVE
ST. CLOUD, FL 34769

Claim Number: 6145
Claim Date: 11/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $9,807.69 |

---

HUNT, STEPHEN
5880 HERSHINGER CLOSE
DULUTH, GA 30097

Claim Number: 3632
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $301,238.28 | | $0.00 UNLIQ |

---

HUNTER, DAVID R
705 RAVEL ST
RALEIGH, NC 27606

Claim Number: 4622
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,000.00 |
| UNSECURED | | $173,536.59 |

---

HUNTFORD PRINTING & GRAPHICS
275 DEMPSEY ROAD
MILPITAS, CA 95035-5556

Claim Number: 1999
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $629.33 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| HUNTON & WILLIAMS LLP<br>ATTN: LINDSAY K. BIGGS, ESQ<br>RIVERFRONT PLAZA, EAST TOWER<br>951 EAST BYRD STREET<br>RICHMOND, VA 23219 | Claim Number: 4793<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5782 (06/21/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $65,530.59 | Scheduled: | $3,718.74 |

| HURLBERT, ROYDELL S<br>2387 AMES ROAD<br>CORTLAND, NY 13045 | Claim Number: 4524<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED | Claimed: | $92,759.33 |

| HURLY, GEOFFREY<br>243 BYRNE PLACE SW<br>EDMONTON, AB T6W 1E3<br>CANADA | Claim Number: 3193<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED | Claimed: | $34,238.64 |

| HURST, SHAWN<br>13038 COBBLE STONE<br>AUBREY, TX 76227 | Claim Number: 7183<br>Claim Date: 04/02/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,577.90 |

| HUTCHINS, JEFFREY, L.<br>715 PLEASANT DR.<br>DURHAM, NC 27703 | Claim Number: 8255<br>Claim Date: 05/11/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED | Claimed: | $32,242.60 |

| HUTCHINSON, THOMAS N<br>3433 MICHIGAN BLVD<br>RACINE, WI 53402-3823 | Claim Number: 7093<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|
| SECURED | Claimed: | $0.00   UNDET |

| HUTCHINSON, THOMAS N.<br>3433 MICHIGAN BLVD<br>RACINE, WI 53402-3823 | Claim Number: 7094<br>Claim Date: 02/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| HUTCHISON, PEGGY L<br>316 MAPLE ST<br>APPLE RIVER, IL 61001-9704 | Claim Number: 6476<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HYDE, JONATHAN KELLY<br>3001 KINGSBROOK DRIVE<br>WYLIE, TX 75098 | Claim Number: 7952<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,793.57 |
|---|---|---|

| HYDRO ONE TELECOM INC.<br>65 KELFIELD STREET<br>REXDALE, ON M9W 5A3<br>CANADA | Claim Number: 6147<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $5,829.34 |
|---|---|---|

| HYDRO OTTAWA<br>PO BOX 4483 STATION A<br>TORONTO, ON M5W 5Z1<br>CANADA | Claim Number: 2755<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $281,068.78 |
|---|---|---|

| HYLAND, MARY F<br>7 CLAUDINE CT<br>E NORTHPORT, NY 11731 | Claim Number: 5617<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $54,089.68 |
|---|---|---|

| I AND C, S.A.<br>22 CALLE 5-14, ZONA 14<br>GUATEMALA, CITY<br><br>GUATEMALA | Claim Number: 3251<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $174,185.00 |
|---|---|---|

| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | Claim Number: 7282-01<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>AMENDS CLAIM 3251 |
|---|---|

| UNSECURED | Claimed: | $50,056.26 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | | Claim Number: 7282-02<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>AMENDS CLAIM 3251.  Paid and not entitled to any additional voting |
| UNSECURED | Claimed: | $15,321.74 |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | | Claim Number: 8208<br>Claim Date: 03/08/2012<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $174,185.00 |
| I AND C, S.A.<br>25 CALLE 5-14, ZONA 14<br>GUATEMALA CITY,<br>GUATEMALA | | Claim Number: 8209<br>Claim Date: 03/08/2012<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $5,056.26 |
| I&G DIRECT REAL ESTATE 18, LP<br>ROBERT L. STRILER, ESQ.<br>MCCARTHY, LEONARD & KAEMMERER, LC<br>400 S. WOODS MILL RD, SUITE 250<br>CHESTERFIELD, MO 63017 | | Claim Number: 1416<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNDET<br>$155,928.50   UNDET |
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE, 51145<br>GERMANY | | Claim Number: 4038<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $3,063.00 |
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE, 51145<br>GERMANY | | Claim Number: 6933<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $3,063.00 |
| IACONA, FRANCESCO<br>RICHARD WAGNER STR 48<br>KOLN NRW<br>COLOGNE, 51145<br>GERMANY | | Claim Number: 6934<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $3,063.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1
Claim Date: 01/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $241,334.62 |
| UNSECURED | Claimed: | $241,334.62 |
| TOTAL | Claimed: | $241,334.62 |

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1120
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $241,334.62 |

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1123
Claim Date: 05/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,691.88 |

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1633
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7581

| | | |
|---|---|---|
| PRIORITY | Claimed: | $241,334.62 |

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 1634
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,691.88 |

---

IACOVIELLO, VINCE
20 BROADVIEW AVE.
MADISON, NJ 07940

Claim Number: 7581
Claim Date: 01/25/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1633

| | | |
|---|---|---|
| PRIORITY | Claimed: | $380,961.67 |

---

IAGER, CARIN
7525 STUART DRIVE
RALEIGH, NC 27615

Claim Number: 8169
Claim Date: 01/17/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,770.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

IBISKA TELECOM, LTD.
7997 S PONTIAC WAY
CENTENNIAL, CO 80112

Claim Number: 1522
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $51,191.61 |
|---|---|---|

---

IBM CANADA LIMITED
ATTN: PAUL E. FIRESTONE
1800 STELES AVENUE EAST
MARKHAM, ON L3R 9Z7
CANADA

Claim Number: 7894-01
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6977 (12/14/2011)

| SECURED | Claimed: | $576,343.04   UNLIQ |
|---|---|---|

---

IBM CANADA LIMITED
ATTN: PAUL E. FIRESTONE
1800 STELES AVENUE EAST
MARKHAM, ON L3R 9Z7
CANADA

Claim Number: 7894-02
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6977 (12/14/2011)

| SECURED | Claimed: | $1,821,078.24 |
|---|---|---|

---

IBM CANADA LTD
ATTN: PARUL E. FIRESTONE
3600 STEELERS AVENUE EAST
MARKHAM, ON L3R 9Z7
CANADA

Claim Number: 5419-01
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6999 (12/15/2011)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $576,343.04   UNLIQ |

---

IBM CANADA LTD
ATTN: PARUL E. FIRESTONE
3600 STEELERS AVENUE EAST
MARKHAM, ON L3R 9Z7
CANADA

Claim Number: 5419-02
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6999 (12/15/2011)

| UNSECURED | Claimed: | $12,558,022.54 |
|---|---|---|

---

IBM CORPORATION
C/O B.H. SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

Claim Number: 192
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3952 (09/16/2010)

| PRIORITY | Claimed: | $96,688.50 |
|---|---|---|
| UNSECURED | Claimed: | $5,532,811.81 |

---

IBM CREDIT
C/O B.H. SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

Claim Number: 191
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 6999 (12/15/2011)

| PRIORITY | Claimed: | $9,961.60 |
|---|---|---|
| UNSECURED | Claimed: | $78,267.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| IBM CREDIT, LLC<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 7896<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $13,411.80 |

---

| IBM GLOBAL SERVICES (CHINA) CO. LTD<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | Claim Number: 5418<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $979,260.91   UNLIQ |

---

| IBM GLOBAL SERVICES (CHINA) CO., LTD.<br>ATTN: R.S. STAHEL<br>1503 LBJ FREEWAY, 3RD FLOOR<br>DALLAS, TX 75234 | Claim Number: 7895<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6977 (12/14/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $485,751.28 |

---

| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | Claim Number: 1554<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $250,468.46 |
|---|---|---|

---

| IBRAHIM, TAREK F.<br>224 HUDSON ST., # 4B<br>HOBOKEN, NJ 07030 | Claim Number: 1555<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $418,699.74 |
|---|---|---|

---

| ICHIA TECHNOLOGIES INC<br>CHANG HWA COMMERCIAL BANK LTD<br>2F, NO. 57, SEC. 2<br>TAIPEI, ROC<br>TAIWAN | Claim Number: 5547<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $15,400.00 |
|---|---|---|

---

| IDRISSI, YAHYA<br>2501 WINDSOR PLACE<br>PLANO, TX 75075 | Claim Number: 3851<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $37,364.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| IEEE<br>445 HOES LANE<br>PISCATAWAY, NJ 08854 | Claim Number: 1602<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,600.00 | |

---

| IJAMES, EUGENIA PARHAM<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | Claim Number: 2153<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

| IJAMES, EUGENIA S<br>1020 LAKE SHORE DR<br>WENDELL, NC 27591 | Claim Number: 2152<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| IL ENVIRONMENTAL PROTECTION AGENCY<br>DIVISION OF LEGAL COUNSEL # 21<br>1021 NORTH GRAND AVE. EAST<br>SPRINGFIELD, IL 62794 | Claim Number: 4265<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,959.88 | |

---

| ILLINOIS DEPARTMENT OF REVENUE<br>100 WEST RANDOLPH STREET, LEVEL 7-425<br>CHICAGO, IL 60601 | Claim Number: 832<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8171 (08/14/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,968.00 | |

---

| ILSE, WARREN<br>6045 PILGRIM PT CIR<br>CUMMING, GA 30041 | Claim Number: 7130<br>Claim Date: 03/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,894.00 | |

---

| ILUSHIN, VLADIMIR F.<br>5904 MOSSBROOK TRL<br>DALLAS, TX 75252-3206 | Claim Number: 147<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $43,000.00 | Scheduled:   $35,410.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ILX GROUP PLC<br>GEORGE HOUSE, PRINCES COURT<br>BEAM HEATH WAY, NANTWICH<br>CHESHIRE, CW5 6GD<br>UNITED KINGDOM | | Claim Number: 1474<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $6,395.99 |
| IMA CONSULTING<br>3 CHRISTY DR STE 100<br>CHADDS FORD, PA 19317-9663 | | Claim Number: 1235<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $18,484.29 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 2524<br>Claim Date: 09/03/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $9,098.39 |
| SECURED | Claimed: | $9,430.32 |
| UNSECURED | Claimed: | $843.00 |
| INDIANA DEPARTMENT OF STATE REVENUE<br>BANKRUPTCY SECTION<br>ATTN: CAROL LUSHELL<br>100 NORTH SENATE AVENUE, ROOM N203<br>INDIANAPOLIS, IN 46204 | | Claim Number: 6580<br>Claim Date: 01/04/2010<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN |
| ADMINISTRATIVE | Claimed: | $2,090.70 |
| INFORMA SUPPORT SERVICES, INC.<br>101 ARTHUR ANDERSEN PARKWAY, SUITE 100<br>SARASOTA, FL 34232 | | Claim Number: 7106<br>Claim Date: 02/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $1,000.00 |
| INFORMATION TODAY INC<br>143 OLD MARLTON PIKE<br>MEDFORD, NJ 08055-8750 | | Claim Number: 6335<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
| ADMINISTRATIVE | Claimed: | $4,500.00 |
| INFOSYS TECHNOLOGIES LTD.<br>PLOT NO 45 & 46 ELECTRONICS<br>CITY HOSUR ROAD<br>BANGALORE, KA 560100<br>INDIA | | Claim Number: 3072<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $4,317,330.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| INGATE SYSTEMS INC.<br>7 FARLEY ROAD<br>HOLLIS, NH 03049-5916 | | Claim Number: 1872<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $20,514.00 |
| INGATE SYSTEMS, INC<br>7 FARLEY ROAD<br>HOLLIS, NH 03049 | | Claim Number: 65<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| UNSECURED | Claimed: | $19,064.00 |
| INGRAHAM, AMBER<br>6256 ELLSWORTH AVE<br>DALLAS, TX 75214 | | Claim Number: 6672<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,200.00 |
| INGRAM MICRO CHILE S.A.<br>AV. EL ROSAL 4765<br>HUECHURABA<br>SANTIAGO,<br>CHILE | | Claim Number: 6123<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
| ADMINISTRATIVE | Claimed: | $11,443.16 |
| INGRAM, ROBERT ALEXANDER<br>GLAXOSMITHKLINE PLCC<br>5 MOORE DRIVE, MAIL DROP #50.2032<br>RESEARCH TRIANGLE PARK, NC 27709 | | Claim Number: 5894<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| INMAN, BECKY<br>5523 MORNINGSIDE AVE<br>DALLAS, TX 75206 | | Claim Number: 3219<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $30,432.00 |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | | Claim Number: 4449<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $33,308.54 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4451<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| ADMINISTRATIVE        Claimed: | $432.00 | |
| INNINGS TELECOM EUROPE LTD<br>ITEL HOUSE, SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UK | Claim Number: 4453<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| ADMINISTRATIVE        Claimed: | $6,174.00 | |
| INNODATA ISOGEN INC<br>3 UNIVERSITY PLZ<br>HACKENSACK, NJ 07601-6208 | Claim Number: 2784<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $325,420.43 | Scheduled:        $0.00 UNLIQ |
| INNOVATIONAL IP SOLUTIONS, LLC<br>19328 89TH AVE NE<br>BOTHELL, WA 98011 | Claim Number: 130<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED        Claimed: | $7,523.75 | |
| INNOVATIVE SYSTEMS LLC<br>1000 INNOVATIVE DRIVE<br>MITCHELL, SD 57301 | Claim Number: 444<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED        Claimed: | $360,160.00 | |
| INROADS, INC<br>ATTN: JILL HATCH<br>10 SOUTH BROADWAY SUITE 300<br>SAINT LOUIS, MO 63102 | Claim Number: 1010<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED        Claimed: | $75,200.00 | |
| INSIGHT<br>ATTN: CREDIT DEPT.<br>3480 LOTUS DR<br>PLANO, TX 75075 | Claim Number: 3832<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $183,436.15 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| INTECH GROUP, INC, THE<br>305 EXTON COMMONS<br>EXTON, PA 19341 | | Claim Number: 3469<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $32,475.00 |
| INTECH GROUP, INC., THE<br>305 EXTON COMMONS<br>EXTON, PA 19341 | | Claim Number: 6982<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $32,475.00 |
| INTEL AMERICAS, INC.<br>ATTN: ROBERT PACILEO, ESQ.<br>2200 MISSION COLLEGE BLVD.<br>SANTA CLARA, CA 95054 | | Claim Number: 7805<br>Claim Date: 06/27/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $450,000.00 |
| INTELLIGRAPHICS, INC<br>1401 N. CENTRAL EXPRESSWAY # 320<br>RICHARDSON, TX 75080 | | Claim Number: 980<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,625.00 |
| INTERFAX SYSTEMS INC<br>45 VOYAGER COURT NORTH<br>TORONTO, ON M9W 4Y2<br>CANADA | | Claim Number: 2092<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $21,984.41 |
| INTERNATIONAL BUSINESS MACHINES CORP<br>ATTN: B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 5420<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 6999 (12/15/2011) |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $51,609,381.14   UNLIQ |
| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20, 1211<br>SWITZERLAND | | Claim Number: 2087<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $26,703.06 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| INTERNATIONAL TELECOMMUNICATION UNION<br>PLACE DES NATIONS<br>GENEVA 20, 1211<br>SWITZERLAND | | Claim Number: 2088<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $26,703.06 | | |
| INTERSYSTEMS<br>INTERSYSTEMS HOUSE<br>WINDSOR, SL4 6BB<br>UNITED KINGDOM | | Claim Number: 1949<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $33,229.88 | Scheduled: | $0.00 UNLIQ |
| INTOTO INC<br>C/O KELL C. MERCER<br>BROWN MCCARROLL, LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701 | | Claim Number: 5441<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $0.00 UNLIQ |
| INTOTO INC<br>C/O KELLY C. MERCER<br>BROWN MCCARROLL LLP<br>111 CONGRESS AVENUE, SUITE 1400<br>AUSTIN, TX 78701 | | Claim Number: 5442<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $200,507.93 | Scheduled: | $117,360.00 DISP |
| INTRANSIT TECHNOLOGIES CORP<br>PO BOX 3020<br>SAN CLEMENTE, CA 92674-3020 | | Claim Number: 2606<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $2,949.43 | Scheduled: | $2,949.43 |
| IOVANNI, BARRY<br>75 SLEEPER CIRCLE<br>FREMONT, NH 03044 | | Claim Number: 7701<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $11,725.00 | | |
| UNSECURED | Claimed: | $1,123.38 | | |
| IPDIALOG, INC<br>542 LAKESIDE DRIVE SUITE 7<br>SUNNYVALE, CA 94085-4005 | | Claim Number: 3433<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $648.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| IPDIALOG, INC<br>542 LAKESIDE DRIVE SUITE 7<br>SUNNYVALE, CA 94085-4005 | | Claim Number: 3434<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $40,000.00 |

| IRISH, DIANNA<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | | Claim Number: 5555<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $6,290.40 |
| UNSECURED | Claimed: | $82,694.40 |

| IRISH, DIANNA L<br>235 ATRIUM CT<br>WARNER ROBINS, GA 31088-5600 | | Claim Number: 5552<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $242.19 |
| UNSECURED | Claimed: | $11,811.13 |

| IRISH, DIANNA L<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | | Claim Number: 5553<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,738.36 |
| UNSECURED | Claimed: | $116,469.70 |

| IRISH, DIANNA L<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | | Claim Number: 5554<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $840.00 |
| UNSECURED | Claimed: | $8,240.32 |

| IRISH, DIANNA L.<br>5600 BABCOCK RD - 6103<br>SAN ANTONIO, TX 78240 | | Claim Number: 5551<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $13.76 |
| UNSECURED | Claimed: | $845.93 |

| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSEPH P. CORRIGAN, ESQ.<br>754 ATLANTIC AVENUE, 10TH FLOOR<br>BOSTON, MA 02111 | | Claim Number: 891<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| SECURED | Claimed: | $26,793.00 |
| UNSECURED | Claimed: | $62,957.21 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

IRON MOUNTAIN INFORMATION MANAGEMENT INC
JOSEPH P CORRIGAN, ESQ
745 ATLANTIC AVENUE 10TH FLOOR
BOSTON, MA 02111

Claim Number: 5428
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $47,125.00 |
| UNSECURED | Claimed: | $85,093.05 |

---

IRVINE COMPANY LLC, THE
FINLAYSON & WILLIAMS LLP
15615 ALTON PARKWAY, SUITE 250
IRVINE, CA 92618

Claim Number: 6365
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $587,436.37 |

---

IRVING ISD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 123
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3593 (07/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $275.42   UNLIQ |

---

IRVING ISD
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 508
Claim Date: 03/03/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5 (07/14/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $48.00   UNLIQ |
| SECURED | Claimed: | $48.00   UNLIQ |

---

ISHEE, VICTORIA L.
4903 TWIN BRANCHES W
ATLANTA, GA 30338

Claim Number: 1783
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $127,860.95 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

ISOM, RON
1127 NORTH SHANNON DRIVE
FARMINGTON, UT 84025

Claim Number: 7111
Claim Date: 02/19/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,495.63 |

---

ISTAR CTL NORTH GLENVILLE RICHARDSON LLC
350 N. SAINT PAUL ST.
DALLAS, TX 75201-4240

Claim Number: 5334
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ITAAS, INC<br>SONJUI L KUMAR, ESQ<br>1117 PERIMETER CENTER WEST, # W311<br>ATLANTA, GA 30338 | Claim Number: 3466<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,330.00 |
|---|---|---|

---

| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA 30338 | Claim Number: 1366<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,330.00 |
|---|---|---|
| UNSECURED | Claimed: | $125,990.00 |

---

| ITAAS, INC.<br>C/O SONJUI L. KUMAR<br>KUMAR PATHAK, LLC<br>1117 PERIMETER CENTER WEST, SUITE W311<br>ATLANTA, GA 30338 | Claim Number: 1479<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|

| PRIORITY | Claimed: | $18,330.00 |
|---|---|---|

---

| ITC NETWORKS SRL<br>VAL MANDEL, P.C.<br>80 WALL STREET, SUITE 1115<br>NEW YORK, NY 10005 | Claim Number: 427<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $6,322,787.20 |
|---|---|---|

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4392<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $447,543.00 |
|---|---|---|

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4393<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,369.00 |
|---|---|---|

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD)<br>SANDPIPER COURT<br>CHESTER BUSINESS PARK<br>CHESTER, CH4 9QU<br>UNITED KINGDOM | Claim Number: 4394<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $352,565.80 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4448 |
| SANDPIPER COURT | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | |
| UNITED KINGDOM | |

| UNSECURED | Claimed: | $33,308.54 |

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4450 |
| SANDPIPER COURT | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | |
| UNITED KINGDOM | |

| UNSECURED | Claimed: | $432.00 |

---

| ITEL HOUSE (INNINGS TELECOM EUROPE LTD) | Claim Number: 4452 |
| SANDPIPER COURT | Claim Date: 09/28/2009 |
| CHESTER BUSINESS PARK | Debtor: NORTEL NETWORKS INC. |
| CHESTER, CH4 9QU | |
| UNITED KINGDOM | |

| UNSECURED | Claimed: | $6,174.00 |

---

| ITOH INTERNATIONAL PATENT OFFICE | Claim Number: 1365 |
| TADAHIKO ITOH | Claim Date: 06/15/2009 |
| 32ND FL. YGPTOWER, 20-3 EBISU, 4-CHOME | Debtor: NORTEL NETWORKS INC. |
| SHIBUYA-KU | Comments: EXPUNGED |
| TOKYO, 150-6032 | DOCKET: 4779 (01/31/2011) |
| JAPAN | |

| UNSECURED | Claimed: | $4,743.41 |

---

| ITOH INTERNATIONAL PATENT OFFICE | Claim Number: 2678 |
| 32ND FL YEBISU GARDEN PL TOWER | Claim Date: 09/08/2009 |
| 20-3 EBISU 4-CHOME, SHIBUYA-KU | Debtor: NORTEL NETWORKS INC. |
| TOKYO, 150-6032 | Comments: |
| JAPAN | Claimed Amount is JPY 422,500 |

| UNSECURED | Claimed: | $4,743.41 |

---

| ITOH INTERNATIONAL PATENT OFFICE | Claim Number: 2679 |
| 32ND FL. YEBISU GARDEN PLACE TOWER | Claim Date: 09/08/2009 |
| 20-3 EBISU, 4-CHOME | Debtor: NORTEL NETWORKS INC. |
| SHIBUYA-KU | Comments: EXPUNGED |
| TOKYO, 150-6032 | DOCKET: 4779 (01/31/2011) |
| JAPAN | |

| ADMINISTRATIVE | Claimed: | $4,743.41 |

---

| IVEY, DONALD M. | Claim Number: 359 |
| 1203 PINKERTON LANE | Claim Date: 02/20/2009 |
| ALLEN, TX 75002 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 7431 (03/22/2012) |

| UNSECURED | Claimed: | $7,701.92 | Scheduled: | $8,627.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| IZONGATE, INC.<br>PO BOX 240<br>113 FAIRFIELD WAY, SUITE 206<br>BLOOMINGDALE, IL 60108-0240 | Claim Number: 1273<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,000.00 | Scheduled: | $67,000.00 |

| IZZARD, RANDAL S.<br>2605 NAVASOTA DRIVE<br>LITTLE ELM, TX 75068 | Claim Number: 8225<br>Claim Date: 03/23/2012<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $51,913.90 |

| IZZO, MICHAEL J<br>3517 MARCHWOOD DR<br>RICHARDSON, TX 75082 | Claim Number: 2427<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | |
|---|---|---|
| PRIORITY | Claimed: | $280,407.29 |

| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | Claim Number: 2846-01<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7430 (03/22/2012) | |
|---|---|---|
| UNSECURED | Claimed: | $106,759.05 |

| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | Claim Number: 2846-02<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7433 (03/22/2012)<br>Paid and not entitled to any additional voting right or distribution | |
|---|---|---|
| UNSECURED | Claimed: | $26,107.25 |

| J MOCK & CO SA<br>NO 15A JARDINES DE ALMA ROSA<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | Claim Number: 6895<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70,598.00 | Scheduled: | $49,948.80  DISP |

| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | Claim Number: 4532<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Pursuant to Docket no. 5088 claim satisfied and released in full | |
|---|---|---|
| UNSECURED | Claimed: | $13,735,295.53 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JABIL CIRCUIT<br>C/O HOLLAND & KNIGHT<br>ATTN: KEITH S. SHOTZBERGER, ESQ.<br>100 NORTH TAMPA STREET, SUITE 4100<br>TAMPA, FL 33602 | Claim Number: 7373<br>Claim Date: 08/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Pursuant to Docket no. 5088 claim satisfied and released in full |
|---|---|
| UNSECURED    Claimed: | $3,704,182.36 |

---

| JACKSON LEWIS LLP<br>ATTN: ANNE KRUPMAN<br>ONE NORTH BROADWAY<br>WHITE PLAINS, NY 10601 | Claim Number: 3200<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |
|---|---|
| UNSECURED    Claimed: | $138,108.57 |

---

| JACKSON, CHERYL D<br>205 BOUNDARY TREE DR<br>ELLENWOOD, GA 30294 | Claim Number: 6745<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|
| UNSECURED    Claimed: | $0.00    UNDET |

---

| JACKSON, DONALD<br>36 DAWSON CRES.<br>SHERWOOD PARK, AB T8H 1Z6<br>CANADA | Claim Number: 3161<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| UNSECURED    Claimed: | $10,070.96 |

---

| JACKSON, JONATHAN S<br>822 2ND ST. NW<br>HICKORY, NC 28601 | Claim Number: 6542<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7687 |
|---|---|
| UNSECURED    Claimed: | $44,485.81 |

---

| JACKSON, JONATHAN S.<br>822 2ND ST NW<br>HICKORY, NC 28601 | Claim Number: 7687<br>Claim Date: 04/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED    Claimed: | $44,485.81 |

---

| JACKSON, PALMA<br>553 FIRST AVE<br>PETROLIA, ON N0N 1R0<br>CANADA | Claim Number: 2057<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED    Claimed: | $347.00    UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX 75070 | | Claim Number: 3183<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $35,765.14 |
| JACKSON, TOM<br>8817 FALCON CREST DR<br>MCKINNEY, TX 75070 | | Claim Number: 3184<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $35,765.14 |
| JACOTA, OANA<br>800 RONI COURT<br>CARY, NC 27519 | | Claim Number: 7814<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $9,464.00 |
| UNSECURED | Claimed: | $3,000.00 |
| JAGATIC, FRANK<br>1288 LANGLEY CR<br>NAPERVILLE, IL 60563 | | Claim Number: 3224<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $74,411.52 |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | | Claim Number: 6184<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $10,000.00 |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | | Claim Number: 6185<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $10,000.00 |
| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | | Claim Number: 6186<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $125,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6187<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $125,000.00 | | |
|---|---|---|---|---|

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6705<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6706<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $125,000.00 | | |
|---|---|---|---|---|

| JAHANI, FARSHIDEH<br>194 FAIRWAY LANE<br>GLENWOOD SPRINGS, CO 81601 | Claim Number: 6707<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $125,000.00 | | |
|---|---|---|---|---|

| JAIN, SANJAY<br>73 PEABODY ST.<br>MIDDLETON, MA 01949 | Claim Number: 13<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $43,500.00 | | |
|---|---|---|---|---|

| JAIN, SANJAY<br>73 PEABODY ST.<br>MIDDLETON, MA 01949 | Claim Number: 2217<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $46,000.00 | Scheduled: | $4,197.50 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $40,627.98 |

| JAMES, JOSEPH M.<br>309 S 62ND ST<br>BROKEN ARROW, OK 74014-6935 | Claim Number: 1020<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,273.60 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JAMES, JOSEPH M. | Claim Number: 8304 |
| 309 S. 62ND ST. | Claim Date: 06/18/2012 |
| BROKEN ARROW, OK 74014 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | AMENDS CLAIM #1020 |

| UNSECURED | Claimed: | $15,273.60 |

---

| JAMES, LAWRENCE | Claim Number: 2830 |
| 832 WIGGINGTON RD | Claim Date: 09/11/2009 |
| LYNCHBURG, VA 24502-4634 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

| JAMES, LAWRENCE | Claim Number: 2831 |
| 832 WIGGINGTON RD. | Claim Date: 09/11/2009 |
| LYNCHBURG, VA 24502 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $21,900.00 | Scheduled: | $2,408.75 |
| UNSECURED | Claimed: | $111,380.08 | Scheduled: | $67,785.90 |

---

| JAMES, LAWRENCE | Claim Number: 2967 |
| 140 PRIVATE ROAD 1500A | Claim Date: 09/14/2009 |
| MORGAN, TX 76671 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

| JAMES, LAWRENCE J. | Claim Number: 151 |
| 832 WIGGINGTON RD | Claim Date: 02/02/2009 |
| LYNCHBURG, VA 24502-4634 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $24,920.95 |
| UNSECURED | Claimed: | $70,483.35 |

---

| JAMES, LAWRENCE J. | Claim Number: 2832 |
| 140 PRIVATE ROAD 1500A | Claim Date: 09/11/2009 |
| MORGAN, TX 76671 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

| JAMES, LAWRENCE J. | Claim Number: 2938 |
| 140 PRIVATE ROAD 1500A | Claim Date: 09/14/2009 |
| MORGAN, TX 76671 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2320 (01/21/2010) |

| PRIORITY | Claimed: | $21,900.00 |
| UNSECURED | Claimed: | $111,380.08 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| JAMES, RYAN S.<br>805 BUFFALO SPRINGS DRIVE<br>ALLEN, TX 75013 | | Claim Number: 7064<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $85,495.00 | | |
| JAMES, WILLIAM<br>4095 OBERLIN WAY<br>ADDISON, TX 75001 | | Claim Number: 1710<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,653.85 | | |
| JAMESON, JEFF<br>7022 S. 30TH STREET<br>PHOENIX, AZ 85042 | | Claim Number: 6321<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $40,800.00 | | |
| JAMOUSSI, BILEL<br>14 POLIQUIN DRIVE<br>NASHUA, NH 03062 | | Claim Number: 2433<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $71,478.06 | Scheduled: | $0.00  UNLIQ |
| JAMOUSSI, BILEL<br>7 JARED CIRCLE<br>NASHUA, NH 03063 | | Claim Number: 2434<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $68,327.00 | | |
| JAMOUSSI, BILEL<br>14 POLIQUIN DRIVE<br>NASHUA, NH 03062 | | Claim Number: 2435<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,327.00 | | |
| JAMOUSSI, BILEL<br>14 POLIQUIN DRIVE<br>NASHUA, NH 03062 | | Claim Number: 2502<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $74,462.45 | Scheduled: | $74,462.45  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2503
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $74,462.45

---

JAMOUSSI, BILEL
7 JARED CIRCLE
NASHUA, NH 03063

Claim Number: 2504
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

ADMINISTRATIVE          Claimed:          $71,478.06

---

JAMPANA, SRINIVASA
859 DEERFIELD RD
ALLEN, TX 75013

Claim Number: 6176
Claim Date: 12/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $22,525.00

---

JANAGAMA, PRAMATHI
2913 AGAVE LOOP
ROUND ROCK, TX 78681-2456

Claim Number: 374
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,703.36 | Scheduled: | $4,790.39 |
| UNSECURED | | | Scheduled: | $8,086.34 |

---

JANECZEK, ANTHONY
1 INDIGO LANE
WESTFORD, MA 01886

Claim Number: 4123
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $42,802.73

---

JANIS, MARK R.
193 VIA SODERINI
APTOS, CA 95003

Claim Number: 1567
Claim Date: 07/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7648

PRIORITY          Claimed:          $18,074.86

---

JANIS, MARK R.
193 VIA SODERINI
APTOS, CA 95003

Claim Number: 7648
Claim Date: 03/16/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1567

PRIORITY          Claimed:          $23,923.91

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JANKOWSKY, DEBRA
11 ROSEWOOD CT.
EPPING, NH 03042

Claim Number: 7893
Claim Date: 08/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED            Claimed:            $16,864.96

---

JANUSIS, CHARLES
247 WESTFORD RD
TYNGSBORO, MA 01879-2504

Claim Number: 2424
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

PRIORITY            Claimed:            $56,834.61

---

JANUSIS, CHARLES
247 WESTFORD RD
TYNGSBORO, MA 01879-2504

Claim Number: 3853
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

PRIORITY            Claimed:            $56,834.61

---

JANUSIS, CHARLES
247 WESTFORD RD
TYNGSBORO, MA 01879-2504

Claim Number: 7308
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY            Claimed:            $56,834.61
UNSECURED

---

JASENOVIC, JOE
636 WEATHERBEATEN PL
HERMITAGE, TN 37076

Claim Number: 3960
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $50,000.00   UNLIQ

---

JAUCH, THOMAS E.
7014 CREEKVIEW DR
PENDLETON, NY 14094

Claim Number: 1539
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $0.00   UNDET

---

JAVA, LAWRENCE ALERRE
204 HARDWOOD RIDGE COURT
CLAYTON, NC 27520-9405

Claim Number: 3603
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $95,211.20

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| JAY, WILLIAM E<br>5321 11TH STREET CIR E<br>BRADENTON, FL 34203-6114 | | Claim Number: 3332<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| JAY, WILLIAM E.<br>5308 MANORWOOD DRIVE<br>SARASOTA, FL 34235 | | Claim Number: 3331<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| JAZAYERI, TONY<br>5325 CORINTHIAN BAY DR.<br>PLANO, TX 75093 | | Claim Number: 3371<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,240.00 |

---

| | | |
|---|---|---|
| JAZAYERI, TONY<br>5325 CORINTHIAN BAY DR.<br>PLANO, TX 75093 | | Claim Number: 3696<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed: | $30,240.00 |

---

| | | |
|---|---|---|
| JDS UNIPHASE CORPORATION<br>430 N MCCARTHY BLVD<br>MILPITAS, CA 95035 | | Claim Number: 5548<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8218 (08/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $653,932.00 |

---

| | | |
|---|---|---|
| JDS UNIPHASE CORPORATION<br>430 N MCCARTHY BLVD<br>MILPITAS, CA 95035 | | Claim Number: 5549<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8218 (08/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,009,690.00 |

---

| | | |
|---|---|---|
| JDS UNIPHASE CORPORATION<br>430 N MCCARTHY BLVD<br>SAN FRANCISCO, CA 95035 | | Claim Number: 5550<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8218 (08/20/2012) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,330.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| JENG, CINDY<br>4400 STATEN ISLAND DR<br>PLANO, TX 75024 | | Claim Number: 3354<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| PRIORITY | Claimed: | $1,931.27 |
| UNSECURED | Claimed: | $34,762.86 |
| JENG, JOE<br>4400 STATEN ISLAND DR<br>PLANO, TX 75024 | | Claim Number: 2422<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $2,354.32 |
| UNSECURED | Claimed: | $58,858.00 |
| JENG, SHU-CHING<br>4400 STATEN ISLAND<br>DRIVE<br>PLANO, TX 75024 | | Claim Number: 3353<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $1,931.27 |
| UNSECURED | Claimed: | $34,762.86 |
| JENKINS, FREDERIC H.<br>242 OLD FOREST CREEK DR.<br>CHAPEL HILL, NC 27514 | | Claim Number: 7947<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8256 |
| UNSECURED | Claimed: | $108,615.60 |
| JENKINS, FREDERIC, H.<br>242 OLD FOREST CREEK DR.<br>CHAPEL HILL, NC 27514 | | Claim Number: 8256<br>Claim Date: 05/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7947 |
| UNSECURED | Claimed: | $108,627.60 |
| JENNINGS, JEAN<br>410 BROOKHAVEN TRIAL<br>SMYRNA, TN 37167 | | Claim Number: 7302<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $67,652.17 |
| JENNINGS, JEAN<br>410 BROOKHAVEN TRAIL<br>SMYRNA, TN 37167 | | Claim Number: 7652<br>Claim Date: 03/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $56,702.17 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JENSON, CHARLES E. | | Claim Number: 674 |
| 1234 COVINA CT | | Claim Date: 03/23/2009 |
| ALLEN, TX 75013 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |
| UNSECURED | Claimed: | $38,044.08 |

---

| JENSON, CHARLES E. | | Claim Number: 748 |
| 1234 COVINA CT | | Claim Date: 03/30/2009 |
| ALLEN, TX 75013 | | Debtor: NORTEL NETWORKS INC. |
| | | |
| | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $27,094.08 |

---

| JERSEY CENTRAL POWER & LIGHT | | Claim Number: 182 |
| A FIRSTENERGY COMPANY | | Claim Date: 01/23/2009 |
| 331 NEWMAN SPRINGS RD | | Debtor: NORTEL NETWORKS INC. |
| BUILDING THREE | | |
| RED BANK, NJ 07701 | | |
| UNSECURED | Claimed: | $2,659.44 |

---

| JESIONEK, ANDRZEJ | | Claim Number: 1170 |
| 8140 STONE RIDGE DR | | Claim Date: 05/14/2009 |
| PLANO, TX 75025 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $39,835.32 |

---

| JETTON, JOANIE D | | Claim Number: 7017 |
| 704 CLAIBORNE STREET | | Claim Date: 01/26/2010 |
| APT B | | Debtor: NORTEL NETWORKS (CALA) INC. |
| GOLDSBORO, NC 27530 | | |
| | | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| JETTON, JOANIE D | | Claim Number: 7261 |
| 704 CLAIBORNE STREET | | Claim Date: 05/17/2010 |
| APT B | | Debtor: NORTEL NETWORKS (CALA) INC. |
| GOLDSBORO, NC 27530 | | |
| | | |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| JETTON, JOANIE D. | | Claim Number: 7018 |
| 704-B E. CLAIBORNE ST. | | Claim Date: 01/26/2010 |
| GOLDSBORO, NC 27530 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| | | |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JETTON, JOANIE D.
704-B E. CLAIBORNE ST.
GOLDSBORO, NC 27530

Claim Number: 7262
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

JHA, RASHMI
104 GLEN CAIRN CT.
APEX, NC 27502

Claim Number: 7161
Claim Date: 03/23/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8282

| UNSECURED | Claimed: | $54,263.28 |
|---|---|---|

JHA, RASHMI
104 GLEN CAIRN CT.
APEX, NC 27502

Claim Number: 8282
Claim Date: 06/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7161

| UNSECURED | Claimed: | $54,263.28 |
|---|---|---|

JI, JOANN
1157 FAIRLAKE TRCE APT 1607
WESTON, FL 33326-2809

Claim Number: 5828
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,757.43 |
|---|---|---|

JIANG, XUEMING
4308 HELSTON DR.
PLANO, TX 75024

Claim Number: 1668
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $38,753.00 |
|---|---|---|
| UNSECURED | Claimed: | $37,716.83 |

JIANG, XUEMING
4308 HELSTON RD
PLANO, TX 75024

Claim Number: 5849
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $38,753.00 |
|---|---|---|
| UNSECURED | Claimed: | $37,716.83 |

JIMENEZ, JEANETTE
4451 SW 132 AVENUE
MIAMI, FL 33175

Claim Number: 8118
Claim Date: 12/19/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $38,776.98 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JIMENEZ, JOSE A.
10 RIDGEWOOD TER
TARRYTOWN, NY 10591

Claim Number: 7151
Claim Date: 03/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $19,424.55 | | |

---

JIN, JING
1086 PELHAM AVE.
MISSISSAUGA, ON L5E 1L2
CANADA

Claim Number: 195
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,188.90 | Scheduled: | $4,551.02 |
| UNSECURED | Claimed: | $21,440.25 | Scheduled: | $17,110.98 |
| TOTAL | Claimed: | $21,240.25 | | |

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3567
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $240,000.00 | |

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3568
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $229,050.00 | Scheduled: | $0.00  UNLIQ |

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3653
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

JOANNOU, DION
2839 NE 24TH PLACE
FORT LAUDERDALE, FL 33305

Claim Number: 3723
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $58,550.00 | Scheduled: | $69,500.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JOANNOU, DION<br>2839 N. E. 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 3724<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,500.00 |

| JOANNOU, DION<br>2839 NORTH EAST 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 5388<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| SECURED | Claimed: | $14,374.03   UNDET |

| JOANNOU, DION<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 5389<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| JOANNOU, DION C.<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 209<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 463 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $229,050.00 |

| JOANNOU, DION C.<br>2839 NE 24TH PLACE<br>FORT LAUDERDALE, FL 33305 | | Claim Number: 463<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $689,050.00 |

| JOHN, PHILIP<br>1705 CRYSTAL WAY<br>PLANO, TX 75074 | | Claim Number: 7442<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8132 |
|---|---|---|
| UNSECURED | Claimed: | $19,999.77 |

| JOHN, PHILIP<br>1705 CRYSTAL WAY<br>PLANO, TX 75074 | | Claim Number: 8132<br>Claim Date: 12/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7442 |
|---|---|---|
| UNSECURED | Claimed: | $24,285.45 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| JOHNE-MANTHEY, BIRGITT<br>FORMER MANTHEY, W.<br>PUCKLERSTR. 21A<br>BERLIN, 14195<br>GERMANY | | Claim Number: 3772<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| JOHNE-MANTHEY, BIRGITT<br>FORMER MANTHEY, W<br>PUCKLERSTR. 21A<br>BERLIN, 14195<br>GERMANY | | Claim Number: 6582<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $11,469.60 |
| JOHNS, RICHARD L.<br>11212 SADDLEWOOD CT<br>RALEIGH, NC 27614 | | Claim Number: 749<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $49,711.48 |
| JOHNSON, BARRY<br>3700 GLENROCK CIRCLE<br>RALEIGH, NC 27613-4435 | | Claim Number: 7875<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| JOHNSON, BARRY<br>3700 GLENROCK CIRCLE<br>RALEIGH, NC 27613-4435 | | Claim Number: 7921<br>Claim Date: 08/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7875 |
| UNSECURED | Claimed: | $47,556.34 |
| JOHNSON, DONALD<br>2512 DANDELION LN<br>ROWLETT, TX 75089 | | Claim Number: 7335<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,746.82 |
| JOHNSON, EVERETT GRIER<br>3404 APPLING WAY<br>DURHAM, NC 27703 | | Claim Number: 877<br>Claim Date: 04/07/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $13,488.07 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JOHNSON, GLENDA F.
1103 DOVE BROOK DRIVE
ALLEN, TX 75002

Claim Number: 1515
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | Claimed: | |
|---|---|---|
| UNSECURED | | $43,151.50 |

---

JOHNSON, JACK
7123 AZALEA LN
DALLAS, TX 75230

Claim Number: 2051
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $224,673.79 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 932
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $23,100.00 |
|---|---|---|
| UNSECURED | Claimed: | $134,883.00 |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 3879
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8341

| PRIORITY | Claimed: | $23,100.00 |
|---|---|---|
| UNSECURED | Claimed: | $134,883.00 |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 8341
Claim Date: 08/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3879

| PRIORITY | Claimed: | $13,500.00 |
|---|---|---|
| UNSECURED | Claimed: | $72,644.00 |

---

JOHNSON, KEITH
2230 BENT CREEK MANOR
ALPHARETTA, GA 30005

Claim Number: 8342
Claim Date: 08/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 3879

| PRIORITY | Claimed: | $9,600.00 |
|---|---|---|
| UNSECURED | Claimed: | $60,967.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JOHNSON, KENNETH
14425 MAPLE
OVERLAND PARK, KS 66223

Claim Number: 2306
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $245,839.14 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

JOHNSON, KENNETH
14425 MAPLE
OVERLAND PARK, KS 66223

Claim Number: 2307
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $377,940.42 | | |
| UNSECURED | | | Scheduled: | $377,940.42 UNLIQ |

JOHNSON, LINDA M
5210 REDWOOD RD
DURHAM, NC 27704

Claim Number: 7016
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| SECURED | Claimed: | $0.00 UNDET |

JOHNSON, LINDA M
5210 REDWOOD RD
DURHAM, NC 27704

Claim Number: 7264
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| SECURED | Claimed: | $0.00 UNDET |

JOHNSON, LINDA M
5210 REDWOOD RD
DURHAM, NC 27704

Claim Number: 7016
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| SECURED | Claimed: | $0.00 UNDET |

JOHNSON, LINDA M.
5210 REDWOOD ROAD
DURHAM, NC 27704

Claim Number: 7015
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

JOHNSON, LINDA M.
5210 REDWOOD ROAD
DURHAM, NC 27704

Claim Number: 7263
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JOHNSON, MONTE E<br>64 GATEWAY DR<br>POOLER, GA 31322 | | Claim Number: 2158<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $416.25   UNLIQ | |

---

| JOHNSON, MONTE E<br>64 GATEWAY DRIVE<br>POOLER, GA 31322 | | Claim Number: 2159<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
|---|---|---|---|
| PRIORITY | Claimed: | $416.25   UNLIQ | |

---

| JOHNSON, ROBERT<br>1 TURNBERRY CIRCLE<br>BEDFORD, NH 03110 | | Claim Number: 7352<br>Claim Date: 07/19/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,230.00 | |

---

| JOHNSON, RONNIE<br>568 CRANBORN CT.<br>PICKERINGTON, OH 43147 | | Claim Number: 1389<br>Claim Date: 06/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,880.00 | |

---

| JOHNSON, WILLIAM E.<br>2865 HORSEMANS RIDGE DR<br>CLAYTON, NC 27520 | | Claim Number: 7316<br>Claim Date: 06/29/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |

---

| JOLLY, GEORGE A.<br>38 ROSS RD<br>OGDENSBURG, NY 13669-3162 | | Claim Number: 87<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,080.06 | Scheduled: | $21,557.40 |

---

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 1517<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $30,000.00 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 3793<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $20,863.00   UNLIQ | | |
| UNSECURED | Claimed: | $20,863.00   UNLIQ | | |
| TOTAL | Claimed: | $20,863.00   UNLIQ | | |
| JONES, ANN J.<br>PO BOX 294<br>BIG ISLAND, VA 24526 | | Claim Number: 3794<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| JONES, BILLY G<br>3219 HWY 431<br>SPRING HILL, TN 37174 | | Claim Number: 1828<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $279.02   UNLIQ | | |
| JONES, D.J.<br>12425 CILCAIN CT.<br>RALEIGH, NC 27614 | | Claim Number: 7959<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $96,823.54 | | |
| JONES, DEBORAH M.M.<br>8 FAIRVIEW ACRES<br>WELLSBORO, PA 16901 | | Claim Number: 7476<br>Claim Date: 10/27/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,106,637.50   UNLIQ | | |
| JONES, DONNA<br>101 CUPOLA CHASE WAY<br>CARY, NC 27519 | | Claim Number: 4302<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $843.70 | Scheduled: | $4,231.11 |
| UNSECURED | Claimed: | $49,591.30 | Scheduled: | $47,114.14 |
| JONES, EUGENE W.<br>405 PLEASANT VALLEY RD.<br>ALFRED STATION, NY 14803 | | Claim Number: 1565<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,319.06 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| JONES, LAWRENCE D<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 4375<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| JONES, LAWRENCE D.<br>1659 HONFLEUR DRIVE<br>SUNNYVALE, CA 94087 | | Claim Number: 4351<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $561.32  UNLIQ | | |
| JONES, LOUIS JR.<br>3504 'MALLEY CT.<br>PLANO, TX 75023 | | Claim Number: 3574<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $120,193.17 | Scheduled: | $0.00  UNLIQ |
| JONES, MAIJA<br>1501 NOBLE CREEK LANE<br>RALEIGH, NC 27610 | | Claim Number: 5762<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,200.00 | | |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5974<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $29,414.15 | | |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5976<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $29,414.15 | | |
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 5978<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $29,414.15 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| JONES, REBECCA<br>REBECCA (FURNESS) BOYCE<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6935<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |

---

| | | |
|---|---|---|
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6936<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

| | | |
|---|---|---|
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6937<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $29,414.15 |

---

| | | |
|---|---|---|
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6938<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

| | | | | |
|---|---|---|---|---|
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6939<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $29,414.15 | Scheduled:<br>Scheduled: | $6,016.68<br>$25,346.80 |

---

| | | |
|---|---|---|
| JONES, REBECCA<br>4225 MABRY ROAD<br>ROSWELL, GA 30075 | | Claim Number: 6940<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $29,414.15 |

---

| | | |
|---|---|---|
| JONES, TINITA<br>102 BARRINGTON OVERLOOK DR<br>DURHAM, NC 27703 | | Claim Number: 2816<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,710.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JONES, TINITA M
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 2814
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments:
This claim amends previously filed claim 1338.

| PRIORITY | Claimed: | $19,279.00 |
|---|---|---|

---

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 696
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $17,571.82 |
|---|---|---|

---

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 1338
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $19,279.00 |
|---|---|---|

---

JONES, TINITA M.
102 BARRINGTON OVERLOOK DR.
DURHAM, NC 27703

Claim Number: 1342
Claim Date: 06/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $1,710.00 |
|---|---|---|

---

JONES, VIRGINIA M.
3050 CROOKED STICK DR.
CUMMING, GA 30041

Claim Number: 276
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,183.43 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,998.58 | Scheduled: | $16,205.93 |

---

JONESS, REBECCA
4225 MABRY ROAD
ROSWELL, GA 30075

Claim Number: 5972
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $29,414.15 |
|---|---|---|

---

JONNADA, NAVEEN
4016 HEARTHLIGHT CT
PLANO, TX 75024

Claim Number: 6367
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $21,992.38 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JOPLIN, SHAREE<br>1253 VZ COUNTY ROAD 1412<br>VAN, TX 75790-3177 | Claim Number: 4461<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $51,907.83 |

| JORDALE TECHNOLOGIES<br>2280 ALFRED-NOBEL BLVD.<br>3RD FLOOR<br>ST. LAURENT, QC H4S 2A4<br>CANADA | Claim Number: 1153<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $168,492.02 |

| JORDAN, WILLIAM D.<br>1608 STONEY CREEK DR.<br>FREDERICKSBURG, VA 22407 | Claim Number: 7856<br>Claim Date: 07/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $8,556.80 |
| UNSECURED | Claimed: | $19,252.00 |

| JORGENSEN, LADELL<br>2130 WINGED FOOT ROAD<br>HALF MOON BAY, CA 94019 | Claim Number: 7169<br>Claim Date: 03/26/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $1,009.96 |
| UNSECURED | Claimed: | $59,364.76 |

| JOSEPH, SONIA<br>2232 HOMESTEAD LN<br>PLANO, TX 75025-5524 | Claim Number: 319<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | |
|---|---|---|
| PRIORITY | Claimed: | $20,451.60 | |
| UNSECURED | | | Scheduled: $25,100.48 |

| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | Claim Number: 1052<br>Claim Date: 04/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| UNSECURED | Claimed: | $11,442.31 |

| JOY, DANIEL<br>15 STEARNS AVE<br>MEDFORD, MA 02155 | Claim Number: 6108<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $1,634.62 |
| UNSECURED | Claimed: | $9,807.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| JOYNER, KATINA<br>2105 WHEELERBROOK COURT<br>RALEIGH, NC 27603 | Claim Number: 8361<br>Claim Date: 09/11/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,827.00 |
|---|---|---|

---

| JPMORGAN CHASE VASTERA PROFESSIONAL<br>SERVICES, INC., ATTN: DAVID J WARAGER<br>VP & ASST. GN COUNSEL<br>1 CHASE MANHATTAN PLAZA, 25TH FLOOR<br>NEW YORK, NY 10005-1401 | Claim Number: 5566<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $450,000.00   UNLIQ |
|---|---|---|

---

| JUDAH, WILLIAM A.<br>1733 TAKELA FOREST SE<br>FAIRMOUNT, GA 30139-2379 | Claim Number: 7258<br>Claim Date: 05/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,258.26 |
|---|---|---|

---

| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | Claim Number: 4832<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $80,000.00 |
|---|---|---|

---

| JULIANO, FRANK<br>2829 SOMBRERO CR<br>SAN RAMON, CA 94583 | Claim Number: 4833<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| JUNG, ERIKA F.<br>4311 NE 20TH AV<br>OAKLAND PARK, FL 33308 | Claim Number: 360<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $32,399.16 |
|---|---|---|

---

| JUNIEL, LINDA M.<br>770 EMERALD SOUND BLVD.<br>OAK POINT, TX 75068 | Claim Number: 7521<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8193 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,627.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

JUNIEL, LINDA M.
770 EMERALD SOUND BLVD.
OAK POINT, TX 75068

Claim Number: 8193
Claim Date: 02/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7521

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,844.22 |

---

JURASEVICH, MARIE
29210 GIMPL HILL ROAD
EUGENE, OR 97402

Claim Number: 7339
Claim Date: 07/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,680.00 |

---

JUST, TERESA
719 NO. 4OO W.
CENTERVILLE, UT 84014

Claim Number: 284
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,649.86 |

---

KA WAI CHAN
311 SHADY VALLEY C.T
SAN RAMON, CA 94582

Claim Number: 856
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,809.12 |

---

KAAWALOA, SAMUEL K
PO BOX 433
ELIZABETH, CO 80107

Claim Number: 3181
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

KAAWALOA, SAMUEL K
P O BOX 433
6733 PRIVATE ROAD #132
ELIZABETH, CO 80107

Claim Number: 3182
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $90.94   UNLIQ |

---

KADI, SERGIO
17211 FRONT BEACH RD.
PANAMA CITY BEACH, FL 32413

Claim Number: 4252
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,867.00 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KADI, SERGIO<br>17211 FRONT BEACH RD.<br>PANAMA CITY BEACH, FL 32413 | | Claim Number: 7144<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,565.00 | | |
| KADLIK, PETER<br>621 MARSHALL ST.<br>HOLLISTON, MA 01746 | | Claim Number: 1019<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,958.59 | | |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4508<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$3,131.54 | | |
| KAEPPLEIN, MARK<br>11 PALMER STREET<br>ARLINGTON, MA 02474 | | Claim Number: 4509<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,263.18<br>$100.00 | Scheduled:<br>Scheduled: | $7,017.01<br>$8,593.38 |
| KAFAEI, NAVID<br>14862 DANEWAY<br>FRISCO, TX 75035 | | Claim Number: 2062<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $7,140.26 | Scheduled: | $8,400.07 |
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2950<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,318.79<br>$47,682.20 | Scheduled:<br>Scheduled: | $6,554.96<br>$51,225.29 |
| KAISER, PATRICK<br>1900 NEW HAVEN ROAD<br>GRAPEVINE, TX 76051 | | Claim Number: 2988<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,318.79<br>$47,682.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| KAISER, PATRICK A<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2951<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $62,000.99 |
| KAISER, PATRICK A.<br>1900 NEW HAVEN RD<br>GRAPEVINE, TX 76051 | | Claim Number: 2987<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $62,000.99 |
| KAKADIA, VIJAY<br>600 S ABEL ST UNIT 318<br>MILPITAS, CA 95035-8691 | | Claim Number: 2540<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $16,124.05 |
| KAKOU, JACOB<br>302 AFFINITY LANE<br>CARY, NC 27519 | | Claim Number: 7275<br>Claim Date: 06/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7303 |
| UNSECURED | Claimed: | $58,070.81 |
| KAKOU, JACOB T<br>302 AFFINITY LANE<br>CARY, NC 27519 | | Claim Number: 7303<br>Claim Date: 06/18/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7275 |
| UNSECURED | Claimed: | $58,070.81 |
| KALFA, JOHN<br>75 JOHNSON PL.<br>WOODMERE, NY 11598 | | Claim Number: 3073<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $21,408.74       Scheduled:       $0.00  UNLIQ |
| KALFA, JOHN P.<br>75 JOHNSON PL<br>WOODMERE, NY 11598 | | Claim Number: 257<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $173,032.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KALLAM, MICHELLE L.
12416 VILLAGE PINES LANE
RALEIGH, NC 27614-8893

Claim Number: 449
Claim Date: 03/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | Scheduled: | $7,497.69 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $12,076.40 | Scheduled: | $19,358.43 |

---

KALSEY, DAVID
7270 LYNE BAY DR.
ROSEVILLE, CA 95747

Claim Number: 922
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $52,199.00

---

KALSEY, DAVID
7270 LYNE BAY DR.
ROSEVILLE, CA 95747

Claim Number: 923
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED    Claimed:    $2,505.55

---

KALSI, VISHAL
4387 LAIRD CIRCLE
SANTA CLARA, CA 95054

Claim Number: 1486
Claim Date: 07/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

PRIORITY    Claimed:    $25,143.90

---

KALSI, VISHAL
4387 LAIRD CIRCLE
SANTA CLARA, CA 95054

Claim Number: 4413
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1486

PRIORITY    Claimed:    $25,293.64

---

KAMBLE, KESHAV G
34243 KENWOOD DRIVE
FREMONT, CA 94555

Claim Number: 7120
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

PRIORITY    Claimed:    $39,343.58

---

KAMO, RAMNIK
217 WALCOTT WAY
CARY, NC 27519

Claim Number: 4512
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $96,936.24 | CONT | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $57,738.42 | CONT | Scheduled: | $76.94 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KAMO, RAMNIK
217 WALCOTT WAY
CARY, NC 27519

Claim Number: 4513
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $154,674.66 | CONT |
|---|---|---|---|

---

KANADAY, CINDY F.
249 SPENCER CREEK RD
FRANKLIN, TN 37069

Claim Number: 6815
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $56,070.58 |
|---|---|---|

---

KANATEK TECHNOLOGIES
KTI KANATEK TECHNOLOGIES INC
535 LEGGET DRIVE SUITE 400
KANATA, ON K2K 3B8
CANADA

Claim Number: 4747
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $12,585.47 | Scheduled: | $11,113.00 |
|---|---|---|---|---|

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010-4026

Claim Number: 805
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| UNSECURED | Claimed: | $11,236.86 |
|---|---|---|

---

KAO, FRANK
4849 FRANKFORD RD APT 433
DALLAS, TX 75287

Claim Number: 2275
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,236.86 |
|---|---|---|

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010

Claim Number: 2276
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $11,236.86 |
|---|---|---|

---

KAO, FRANK
4219 LAVACA TRL
CARROLLTON, TX 75010

Claim Number: 6481
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $11,250.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| KAO, IUE-FANG H<br>19785 VIEWRIDGE DRIVE<br>SARATOGA, CA 95070 | | Claim Number: 5436<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
| UNSECURED | Claimed: | $39,516.93 |
| KAO, IUE-FANG H.<br>19785 VIEWRIDGE DR.<br>SARATOGA, CA 95070 | | Claim Number: 4093<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $39,516.93 |
| KAO, WEN HUA<br>9700 GILMAN DRIVE, PMB 162<br>LA JOLLA, CA 92093 | | Claim Number: 6414<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8404 (09/05/2012) |
| UNSECURED | Claimed: | $12,704.34 |
| KAO, WEN-HUA<br>9700 GILMAN DRIVE, PMB 162<br>LA JOLLA, CA 92093 | | Claim Number: 6413<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 8404 (09/05/2012) |
| ADMINISTRATIVE | Claimed: | $12,704.34 |
| KAPIL, HARI<br>232 HERITAGE ISLE<br>DE WINTON, AB T0L 0X0<br>CANADA | | Claim Number: 3276<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $7,160.75 |
| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | | Claim Number: 414<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
| PRIORITY | Claimed: | $176,523.84 |
| SECURED | Claimed: | $176,523.84 |
| TOTAL | Claimed: | $176,523.84 |
| KAPIL, VIVEK<br>2712 MERLIN DR.<br>LEWISVILLE, TX 75056 | | Claim Number: 701<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $176,523.84 |
| SECURED | Claimed: | $176,523.84 |
| TOTAL | Claimed: | $176,523.84 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KAPIL, VIVEK
2712 MERLIN DR.
LEWISVILLE, TX 75056

Claim Number: 702
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $93,137.88 |
| SECURED | Claimed: | $93,137.88 |
| TOTAL | Claimed: | $93,137.88 |

---

KAPIL, VIVEK
2712 MERLIN DR.
LEWISVILLE, TX 75056

Claim Number: 1625
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $198,595.31 |
| SECURED | Claimed: | $198,595.31 |
| TOTAL | Claimed: | $198,595.31 |

---

KAPIL, VIVEK
2712 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 4415
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $98,726.00 |
| SECURED | Claimed: | $98,726.00 |
| TOTAL | Claimed: | $93,137.88 |

---

KAPIL, VIVEK
2712 MERLIN DR
LEWISVILLE, TX 75056

Claim Number: 4442
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $222,089.96 |
| SECURED | Claimed: | $222,089.96 |
| TOTAL | Claimed: | $222,089.96 |

---

KAPIL, VIVEK
2712 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 4443
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,283.00 | | |
| SECURED | Claimed: | $2,283.00 | | |
| UNSECURED | | | Scheduled: | $171,928.02  UNLIQ |
| TOTAL | Claimed: | $2,153.60 | | |

---

KAPLAN, JULIE GRAFFAM
10 FLETCHER RD.
WINDHAM, NH 03087

Claim Number: 8010
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8236

| | | |
|---|---|---|
| UNSECURED | Claimed: | $78,176.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KAPLAN, JULIE GRAFFAM<br>10 FLETCHER RD.<br>WINDHAM, NH 03087 | | Claim Number: 8236<br>Claim Date: 04/03/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8010 | | |
| UNSECURED | Claimed: | $81,905.94 | | |
| KARIA, ARVINDKUMAR<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | | Claim Number: 4836<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $16,651.94 | | |
| KARIA, ARVINDKUMAR J<br>3517 LAKEBROOK DR<br>PLANO, TX 75093 | | Claim Number: 4834<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $3,358.95 | Scheduled: | $3,358.95 |
| UNSECURED | Claimed: | $41,918.71 | Scheduled: | $41,918.71 |
| KASHANIAN, ALI<br>3909 - NEVADA CT<br>MCKINNEY, TX 75070 | | Claim Number: 6471<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $23,048.08 | | |
| KASHUL, WILLIAM N<br>701 NORTH DEE ROAD<br>PARK RIDGE, IL 60068 | | Claim Number: 5479<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $164,457.03 | Scheduled: | $0.00  UNLIQ |
| KASPER, JAMES E. (0206746)<br>219 REMINGTON AVE<br>GALLATIN, TN 37066 | | Claim Number: 7327<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $47,176.80 | | |
| KASPER, JOHN<br>305 HIGHLANDS BLUFF<br>CARY, NC 27518 | | Claim Number: 3683<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $4,784.60 |
| UNSECURED | Claimed: | $36,974.00 | Scheduled: | $34,842.76 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KASPER, KENNETH W.<br>21837 N BRADFORD DR<br>MARICOPA, AZ 85138-9012 | | Claim Number: 2215<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,290.00 | Scheduled: | $24,688.51 |

| KASSNER, RONALD<br>17745 S. AUSTIN RD<br>MANTECA, CA 95336 | | Claim Number: 1360<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,888.07 | Scheduled: | $5,980.68 |

| KATANIZADEH, BEHROOZ<br>872 FAIRVIEW OAKS LN<br>LONE TREE, CO 80124-3109 | | Claim Number: 4462<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,627.00 | | |

| KAUFMAN, AMY<br>8360 TIBET BUTLER DRIVE<br>WINDERMERE, FL 34786 | | Claim Number: 7551<br>Claim Date: 01/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $4,162.00 | | |

| KAYE, DOUGLAS J.<br>631 BELMONT CREST DR.<br>MARIETTA, GA 30067 | | Claim Number: 961<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $408,748.37 | | |

| KAYE, DOUGLAS J.<br>631 BELMONT CREST DR.<br>MARIETTA, GA 30067 | | Claim Number: 2089<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $408,748.37 | Scheduled: | $288,705.15 |

| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | | Claim Number: 7226<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7806 (06/07/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,908.32 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| KAZIMIERSKI, WLODZIMIERZ<br>7782 GEORGETOWN CHASE<br>ROSWELL, GA 30075 | | Claim Number: 7228<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7806 (06/07/2012) |
| UNSECURED | Claimed: | $360,773.26 |
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | | Claim Number: 1808<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $108,000.00 |
| KEANE, NOEL<br>7 ASHBROOK<br>BALLYMOE<br>COUNTY GALWAY,<br>IRELAND | | Claim Number: 1809<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $108,000.00 |
| KEARLEY, DEREK<br>18 ORDWAY LN<br>KINGSTON, NH 03848-3574 | | Claim Number: 4506<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $35,193.56 |
| KEARNEY, GARY<br>3304 SAN SIMEON WAY<br>PLANO, TX 75023 | | Claim Number: 4185<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| UNSECURED | Claimed: | $4,292.70 |
| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB T5N 2J5<br>CANADA | | Claim Number: 137<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7629 |
| UNSECURED | Claimed: | $104,779.50 |
| KEATES, ROB<br>10519 138 ST NW<br>EDMONTON, AB, T5N 2J5<br>CANADA | | Claim Number: 7629<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 137 |
| PRIORITY | Claimed: | $205,092.33 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KEEGAN, SUSAN<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 7084<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $74,355.77 | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 772<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $227,884.01 | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 4514<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $162,845.84 | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 4515<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| KEEGAN, SUSAN M.<br>8 QUAIL RIDGE DRIVE<br>FLEMINGTON, NJ 08822 | | Claim Number: 7085<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $74,355.77 | | |
| KEELAN, WILLIAM M.<br>3105 BUCKINGHAM ROAD<br>DURHAM, NC 27707 | | Claim Number: 1477<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $5,671.24 |
| UNSECURED | Claimed: | $73,771.88 | Scheduled: | $71,691.43 |
| KEENE-MOORE, JENNIFER<br>3502 ASH CIRCLE<br>RICHARDSON, TX 75082 | | Claim Number: 5053<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $250,351.05 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KEITH, ERNEST
802 MILLER ROAD
HILLSBOROUGH, NC 27278

Claim Number: 8349
Claim Date: 08/24/2012
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,724.56 | | |

---

KELLEY, MATT
106 WILD BROOK COURT
CARY, NC 27519

Claim Number: 2484
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,308.93 | | |
| UNSECURED | Claimed: | $55,308.93 | | |
| TOTAL | Claimed: | $55,308.93 | | |

---

KELLEY, MATTHEW ADAMS
106 WILD BROOK COURT
CARY, NC 27519

Claim Number: 2479
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,905.60 | | |
| UNSECURED | Claimed: | $44,311.44 | | |

---

KELLEY, MATTHEW ADAMS
106 WILD BROOK COURT
CARY, NC 27519

Claim Number: 6758
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,905.60 | | |
| UNSECURED | Claimed: | $44,311.44 | | |

---

KELLEY, MATTHEW ADAMS
106 WILD BROOK COURT
CARY, NC 27519

Claim Number: 6759
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $55,308.93 | Scheduled: | $5,829.01 |
| UNSECURED | Claimed: | $55,308.93 | Scheduled: | $53,310.84 |
| TOTAL | Claimed: | $55,308.93 | | |

---

KELLY JR, WILLIAM M
5217 TROUTMAN LANE
RALEIGH, NC 27613

Claim Number: 3009
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,966.08 | Scheduled: | $55,469.15 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KELLY SERVICES, INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 623
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,319.20 | Scheduled: | $3,680.00 |

---

KELLY TEMPORARY SERVICES LTD
200 KENT STREET
OTTAWA, ON K2P 2J8
CANADA

Claim Number: 6646
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8273 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $377,229.87 |

---

KELLY, DON
2000 E. ARAPAHO ROAD
APT 5140
RICHARDSON, TX 75081

Claim Number: 5453
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $39,164.90 |

---

KELLY, F MICHAEL
204 GLEN ABBEY DR
CARY, NC 27513

Claim Number: 3752
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,892.26   UNLIQ |

---

KELLY, HAROLD
6428 BRANDYWINE RD
RALEIGH, NC 27607

Claim Number: 1241
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $79,524.99 |

---

KELLY, MICHAEL F.
204 GLEN ABBEY DRIVE
CARY, NC 27513

Claim Number: 3753
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | |
| UNSECURED | Claimed: | $27,498.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

KELLY, WILLIAM
14 COHASSETT LANE
CHERRY HILL, NJ 08003

Claim Number: 6505
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 3399
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6064
claim amount is 234.32/month

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 6064
Claim Date: 10/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 3399

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,966.35 |

KELLY, WILLIAM P
14 COHASSET LANE
CHERRY HILL, NJ 08003

Claim Number: 6506
Claim Date: 12/30/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,000.00 |

KEMP, CHRISTAL
1257 MOHR CIRCLE
MANTECA, CA 95337

Claim Number: 8390
Claim Date: 10/12/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,568.06 |
| SECURED | Claimed: | $35,568.06 |
| TOTAL | Claimed: | $35,568.06 |

KEMPFFER, MARY B
309 BURNT PINE CT
APEX, NC 27502

Claim Number: 1730
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $680.78  UNLIQ |

KEMPFFER, MARY B.
309 BURNT PINE CT
APEX, NC 27502

Claim Number: 1731
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $680.78  UNLIQ |

KENEDI, ROBERT
11726 NIGHT HERON DR
NAPLES, FL 34119-8888

Claim Number: 3837
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $102,157.96 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KENNEDY, JACLYN A.<br>1606 ROLLINS DR<br>ALLEN, TX 75013 | | Claim Number: 7918<br>Claim Date: 08/25/2011<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,367.41 | | |

---

| KENNEDY, LOUISE<br>3512 SCENIC CT.<br>DENVILLE, NJ 07834 | | Claim Number: 2621<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| KENNEDY, LOUISE N<br>3512 SCENIC DR<br>DENVILLE, NJ 07834 | | Claim Number: 2622<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| KENNEDY, SCOTT<br>13523 W. SOLA DRIVE<br>SUN CITY WEST, AZ 85375 | | Claim Number: 470<br>Claim Date: 03/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,215.87 | | |

---

| KENNEDY, SCOTT<br>13523 W SOLA DRIVE<br>SUN CITY WEST, AZ 85375 | | Claim Number: 2243<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,962.91 | Scheduled: | $3,099.91 |
| UNSECURED | Claimed: | $27,826.90 | Scheduled: | $32,424.29 |

---

| KENNEY, KAREN B.<br>3229 ALPHAWOOD DR<br>APEX, NC 27539-6814 | | Claim Number: 3525<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,761.22 | | |

---

| KENT, DAVID<br>12412 GRANDVIEW DRIVE<br>EDMONTON, AB T6H 4K4<br>CANADA | | Claim Number: 3367<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,439.97 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KENT, SHANNON E.<br>32170 CALLE BALAREZA<br>TEMECULA, CA 92592 | | Claim Number: 348<br>Claim Date: 02/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $34,912.00 | Scheduled: | $44,842.38 |
| KERBER, STEPHEN A.<br>PO BOX 1115<br>UPTON, MA 01568 | | Claim Number: 2882<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,685.77 | | |
| KESSEL, ROBERT<br>2245 MONROE DRIVE<br>ALPHARETTA, GA 30004 | | Claim Number: 3698<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $1,971.64 | | |
| KETSLER, JOSEPH<br>7617 WAASLAND DRIVE<br>PLANO, TX 75025 | | Claim Number: 3450<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $58,818.72 | | |
| KETSLER, JOSEPH<br>7617 WAASLAND DRIVE<br>PLANO, TX 75025 | | Claim Number: 3451<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $58,818.72 | | |
| KETSLER, RITA<br>7617 WAASLAND DR<br>PLANO, TX 75025 | | Claim Number: 1410<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,723.00 | | |
| KETTERER, DAVID<br>101 BAYWOOD PLACE<br>CHAPEL HILL, NC 27516 | | Claim Number: 2071<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $81,429.56 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KETTLEDON, LORRAINE
1726 CORBIN AVE
NEW BRITAIN, CT 06053

Claim Number: 6698
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

KETTLEDON, LORRAINE A
1726 CORBIN AVENUE
NEW BRITAIN, CT 06053

Claim Number: 6699
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

KEY MANAGEMENT SERVICES LIMITED
VICE PRESIDENT
30 VICTORIA STREET
HAMILTON, HM 12
BERMUDA

Claim Number: 6822
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
| --- | --- | --- |

KEYLOR, STEPHEN W.
19 HILLSIDE AVE
STONEHAM, MA 02180

Claim Number: 951
Claim Date: 04/15/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $43,860.00 |
| --- | --- | --- |

KEYSPAN GAS EAST CORP DBA NATIONAL GRID
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 663
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $4,131.64 |
| --- | --- | --- |

KGP LOGISTICS, INC. AS SUCCESSOR-IN-
INTEREST TO EMBARQ LOGISTICS
ATTN: ANTHONY J. CARUSO
3305 HIGHWAY 60 W.
FARIBAULT, MN 55021

Claim Number: 1596
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

---

| ADMINISTRATIVE | Claimed: | $35,876.19 |
| --- | --- | --- |

KHAN, AMNA
2 BAYFIELD
IRVINE, CA 92614-7907

Claim Number: 709
Claim Date: 03/25/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $5,780.00   UNLIQ |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KHAN, AMNA<br>2 BAYFIELD<br>IRVINE, CA 92614-7907 | Claim Number: 1174<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $2,890.00   UNLIQ |
|---|---|---|

---

| KHAN, JAWAD<br>16877 NE 42ND CT<br>REDMOND, WA 98052 | Claim Number: 7966<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $33,724.88 |
|---|---|---|

---

| KHAN, MUHAMMAD<br>804 LOTUS DR<br>RICHARDSON, TX 75081-5196 | Claim Number: 2419<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,123.98 |
|---|---|---|

---

| KHAN, SHAMSHAD<br>17710 ASHFORD GRANDE WAY<br>ORLANDO, FL 32820 | Claim Number: 676<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,307.74 |
|---|---|---|

---

| KHANNA, BAKUL<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 947<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $109,862.46 |
|---|---|---|

---

| KHANNA, BAKUL<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 7907<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY<br>UNSECURED | Claimed: | $170,370.88 | Scheduled: | $109,862.46  UNLIQ |
|---|---|---|---|---|

---

| KHANNA, BAKUL G.<br>58 BLAKE ROAD<br>LEXINGTON, MA 02420 | Claim Number: 976<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $62,543.29 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KHATRI, MADAN
760 EASTON LANE
ELK GROVE VILLAGE, IL 60007

Claim Number: 5870
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00   UNLIQ | | |

---

KHAWAR, ABDUL
11103 EMPIRE LAKES DRIVE
RALEIGH, NC 27617

Claim Number: 4258
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $793,591.85 | | |

---

KHAWAR, ABDUL
11103 EMPIRE LAKES DRIVE
RALEIGH, NC 27617

Claim Number: 4815
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 4258

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $798,414.64 | Scheduled: | $0.00  UNLIQ |

---

KIDD, GAIL B.
5512 ORCHARD ORIOLE TR
WAKE FOREST, NC 27587

Claim Number: 8245
Claim Date: 04/16/2012
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,535.54   UNLIQ | |
| UNSECURED | Claimed: | $10,748.78   UNLIQ | |

---

KIEFER, LOIS
3858 S HANNIBAL ST
AURORA, CO 80013

Claim Number: 6284
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,875.00 | | |

---

KIEU, KIM
4108 RYAN LN
RICHARDSON, TX 75082

Claim Number: 280
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,465.25 | Scheduled: | $13,183.94 |

---

KILLION, MARY
42 FAWN CT
LUMBERTON, NJ 08048-4286

Claim Number: 3900
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $5,907.96 | |
| UNSECURED | Claimed: | $10,010.52 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KILLION, MARY
42 FAWN CT
LUMBERTON, NJ 08048-4286

Claim Number: 3901
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | Scheduled: | $2,144.20 |
|---|---|---|---|---|---|
| PRIORITY | | | | | |
| UNSECURED | Claimed: | $802.76 | | Scheduled: | $15,186.08 |

---

KILLION, MARY L.
42 FAWN CT
LUMBERTON, NJ 08048-4286

Claim Number: 155
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,183.75 |
|---|---|---|

---

KILLION, MARY L.
5813 CRESTWOOD CIRCLE W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3888
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $15,918.48 |
|---|---|---|

---

KILLION, MARY L.
5813 CRESTWOOD CIR W.
NORTH RICHLAND HILLS, TX 76180

Claim Number: 3889
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $802.76 |
|---|---|---|

---

KIM, ETHAN K.
2102 CASTLEBURG DR.
APEX, NC 27523

Claim Number: 7307
Claim Date: 06/21/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $18,238.43 |

---

KINAMON, ROBERT
21515 N E 143RD PL
WOODINVILLE, WA 98072

Claim Number: 1825
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,908.52 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

KINAMON, ROBERT
21515 N E 143RD PL
WOODINVILLE, WA 98072

Claim Number: 6595
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $150,908.52 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KINCAID, GARY<br>105 ROYALWOOD DRIVE<br>ENCHANTED OAKS, TX 75156 | | Claim Number: 2528<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $14,651.56 | | |
| KING COUNTY TREASURY OPERATIONS<br>KING COUNTY ADMINISTRATION BLDG<br>500 FOURTH AVENUE, ROOM #600<br>SEATTLE, WA 98104-2387 | | Claim Number: 810<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
| SECURED | Claimed: | $2,852.30   UNLIQ CONT | | |
| KING, BARBARA<br>9809 LA CIENEGA STREET<br>LAS VEGAS, NV 89183 | | Claim Number: 3592<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | | | |
| UNSECURED | | $95,377.74 | Scheduled: | $0.00  UNLIQ |
| KING, BARBARA J.<br>9809 LA CIENEGA ST.<br>LAS VEGAS, NV 89183 | | Claim Number: 343<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $510,353.81 | | |
| KING, BARBARA J.<br>9809 LA CIENEGA STREET<br>LAS VEGAS, NV 89183 | | Claim Number: 3593<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $39,963.08 | Scheduled: | $3,162.00 |
| UNSECURED | | | Scheduled: | $23,933.90 |
| KING, CALVIN<br>PO BOX 831822<br>RICHARDSON, TX 75083 | | Claim Number: 2258<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. | | |
| ADMINISTRATIVE | Claimed: | $47,500.00 | | |
| KING, CANDICE<br>4807 PIN OAK PARK APT 82<br>HOUSTON, TX 77081-2213 | | Claim Number: 175<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $1,342.59 |
| UNSECURED | Claimed: | $53,000.00 | Scheduled: | $25,406.29 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KING, DENNY
3710 SADDLE DR
CARLSBAD, CA 92008

Claim Number: 6717
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,901.91 |
| --- | --- | --- |

KING, JAMES R. JR.
4133 SETTLEMENT DR.
DURHAM, NC 27713-9153

Claim Number: 7668
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $73,309.62 |
| --- | --- | --- |

KING, JOSEPH
8311 SAN BENITO WAY
DALLAS, TX 75218

Claim Number: 1045
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,301.71 |
| --- | --- | --- |

KING, KATRINA
7435 BENT TRAIL
MANSFIELD, TX 76063

Claim Number: 103
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $1,436.92 | Scheduled: | $5,925.97 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $30,893.78 | Scheduled: | $29,247.16 |

KING, RAYMOND L
795 MARLIN
BAYOU VISTA, TX 77563-2611

Claim Number: 1714
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $132,000.00 |
| --- | --- | --- |

KING, RAYMOND LOUIS
795 MARLIN ST.
BAYOU VISTA, TX 77563-2611

Claim Number: 1715
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $132,000.00 |
| --- | --- | --- |

KING, SUSAN M.
1550 CALAVERAS AVENUE
SAN JOSE, CA 95126

Claim Number: 6617
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $150,576.92 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | | Claim Number: 2712<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| KING, VIRGINIA N<br>9517 HIGHLAND VIEW DRIVE<br>DALLAS, TX 75238 | | Claim Number: 2713<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $178.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| KINGSBURY, DANIEL E<br>221 SADDLEBROOK<br>GARLAND, TX 75044-4642 | | Claim Number: 2101<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $6,548.40 | | |
| UNSECURED | Claimed: | $31,245.96 | Scheduled: | $40,169.67 |

| | | | | |
|---|---|---|---|---|
| KINGSBURY, DANIEL E.<br>221 SADDLEBROOK DR.<br>GARLAND, TX 75044 | | Claim Number: 2100<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $37,794.36 | | |

| | | | | |
|---|---|---|---|---|
| KINGSLEY, SUSAN E.<br>644 HERMOSA AVENUE<br>HERMOSA BEACH, CA 90254 | | Claim Number: 7420<br>Claim Date: 09/16/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $18,500.00   UNLIQ CONT | | |

| | | | | |
|---|---|---|---|---|
| KINNEBREW, BILLY<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | | Claim Number: 6354<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $862.00 | | |

| | | | | |
|---|---|---|---|---|
| KINNEBREW, BILLY E.<br>988 DENNIS CIRCLE<br>IDAHO FALLS, ID 83401 | | Claim Number: 16<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $809.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KINNEBREW, BILLY E.
988 DENNIS CIRCLE
IDAHO FALLS, ID 83401

Claim Number: 6328
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $862.00 |

---

KINNEY, JAMES B
PO BOX 3165
INUVIK, NT X0E OTO
CANADA

Claim Number: 3236
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $236,854.41 |

---

KINNEY, JAMES B
PO BOX 3165
INUVIK, NT X0E OTO
CANADA

Claim Number: 3238
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $236,854.41 |

---

KINNEY, JAMES B
PO BOX 3165
INUVIK, NT X0E OTO
CANADA

Claim Number: 3239
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $334,022.24 |

---

KINNEY, JAMES B.
PO BOX 3165
INUVIK, NT XOE OTO
CANADA

Claim Number: 3237
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $334,022.24 |

---

KINSEY, BRIAN
1960 WIND HILL RD.
ROCKWALL, TX 75087

Claim Number: 4810
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $33,697.21 |

---

KIRBY KEITH, JANICE
522 LANSING ST
RALEIGH, NC 27610

Claim Number: 2320
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $46,452.00 | UNLIQ |
| TOTAL | Claimed: | $3,323.20 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KIRBY KEITH, JANICE
522 LANSING ST
RALEIGH, NC 27610

Claim Number: 6666
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

KIRBY KEITH, JANICE
522 LANSING ST
RALEIGH, NC 27610

Claim Number: 6667
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

---

KIRCHNER, KAREN
2662 OAKMEADE DR
CHARLOTTE, NC 28270-9742

Claim Number: 2943
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $20,000.00 |
|---|---|---|

---

KIRFMAN, JOHN
8413 MEADOWVIEW ST
ROWLETT, TX 75088

Claim Number: 3542
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $57,692.00 |
|---|---|---|

---

KIRK, CAROLYN S
411 OCEANVIEW AVE
PALM HARBOR, FL 34683

Claim Number: 3634
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,904.08 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

KIRKLAND, ANGELIC M.
161 HILLTOP CIRCLE
SPRING BRANCH, TX 78070

Claim Number: 1704
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $4,980.78 |
|---|---|---|

---

KIRN, JOHN
1063 WARBY TRAIL
NEWMARKET, ON, L3X 3H6
CANADA

Claim Number: 386
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $77,432.95 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KIRN, JOHN<br>17 KENNY CIRCLE<br>BARRIE, ON L4N 6C7<br>CANADA | | Claim Number: 2090<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $1,731.85 |
| UNSECURED | Claimed: | $80,750.32 | Scheduled: | $86,564.91 |
| KIRN, JOHN<br>1063 WARBY TRAIL<br>NEWMARKET, ON L3X 3H6<br>CANADA | | Claim Number: 2091<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $80,750.32 | | |
| KITCHENS, MICHELLE<br>6626 S. CROCKER WAY<br>LITTLETON, CO 80120 | | Claim Number: 5452<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,769.23 | | |
| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN 55434 | | Claim Number: 2698<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| KLAMMER, DALE N.<br>11044 TERRACE RD. NE<br>MINNEAPOLIS, MN 55434 | | Claim Number: 2699<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KLEBSCH, MICHAEL B<br>1803 MARTHA DR.<br>LITTLE ROCK, AR 72212 | | Claim Number: 5332<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $159,829.52 | | |
| KLEBSCH, MICHAEL B<br>1803 MARTHA DR.<br>LITTLE ROCK, AR 72212 | | Claim Number: 6869<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $159,829.52 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KLEBSCH, MICHAEL B
1803 MARTHA DR.
LITTLE ROCK, AR 72212

Claim Number: 6870
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $159,829.52 |
|---|---|---|

KLEIN, BRUCE
8220 FOUNTAIN PARK DRIVE
RALEIGH, NC 27613

Claim Number: 852
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7118

| PRIORITY | Claimed: | $71,270.47 |
|---|---|---|

KLEIN, BRUCE L
8220 FOUNTAIN PARK
RALEIGH, NC 27613

Claim Number: 7118
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 852

| PRIORITY | Claimed: | $118,255.75 |
|---|---|---|

KLEIN, JARED
8740 CYPRESS GROVE RUN
RALEIGH, NC 27612

Claim Number: 6724
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $20,780.00 |
|---|---|---|

KLEIN, JARED
8740 CYPRESS GROVE RUN
RALEIGH, NC 27612

Claim Number: 6725
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $20,780.00 |
|---|---|---|

KLEIN, JARED M.
8740 CYPRESS GROVE RUN
RALEIGH, NC 27612

Claim Number: 6248
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,780.00 |
|---|---|---|

KLIMAS, RAYMOND J
101 HALEY HOUSE LANE
APEX, NC 27502

Claim Number: 2536
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $44,245.51   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KLINE, ANDRIA<br>7612 FLAMINGO WAY<br>SACRAMENTO, CA 95828-3430 | Claim Number: 6961<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $40,000.00 |
|---|---|---|

| KLING, RAYMOND<br>367 CONTENDER DRIVE<br>CLAYTON, NC 27520 | Claim Number: 4613<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,952.11 |
|---|---|---|

| KLING, RAYMOND<br>367 CONTENDER DRIVE<br>CLAYTON, NC 27520 | Claim Number: 4614<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| KLING, RAYMOND<br>367 CONTENDER DRIVE<br>CLAYTON, NC 27520 | Claim Number: 4616<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| KLING, RAYMOND J<br>367 CONTENDER DRIVE<br>CLAYTON, NC 27520 | Claim Number: 4615<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $52,998.00 |
|---|---|---|

| KNAPP, WILLIAM<br>506 DEKEMONT LANE<br>BRENTWOOD, TN 37027 | Claim Number: 4475<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8031 |
|---|---|

| UNSECURED | Claimed: | $21,782.60   UNLIQ | Scheduled: | $16,697.40   UNLIQ |
|---|---|---|---|---|

| KNAPP, WILLIAM A.<br>506 DEKEMONT LN.<br>BRENTWOOD, TN 37027 | Claim Number: 8031<br>Claim Date: 10/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4475 |
|---|---|

| PRIORITY | Claimed: | $466,235.40   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KNIGHT, DANNY L.
3204 GREYFIELD WAY
MONROE, GA 30656-6451

Claim Number: 49
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $27,405.15 | Scheduled: | $41,872.14 |

---

KNIGHT, PAUL
39 NORTH HANCOCK ST.
LEXINGTON, MA 02420

Claim Number: 735
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,956.34 |

---

KNIGHT, STACY R.
4505 SUDBURY COURT
SUWANEE, GA 30024

Claim Number: 7612
Claim Date: 02/22/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $82,494.00 |

---

KNOUSE, MICHAEL
4701 121 ST # 15
LUBBOCK, TX 79424

Claim Number: 3697
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,330.57 |

---

KNOUSE, MICHAEL EUGENE
4701 121 ST # 15
LUBBOCK, TX 79424

Claim Number: 5793
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,096.00 |

---

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3194
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $264,712.87 | Scheduled: | $264,712.87  UNLIQ |

---

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3195
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $500,000.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3196
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $500,000.00   UNLIQ | | |

---

KNUDSEN, PAUL
801 SADDLEBROOK DRIVE
LUCAS, TX 75002

Claim Number: 3197
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $500,000.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

KO, DAVID
920 BROOKLINE WAY
ALPHARETTA, GA 30022

Claim Number: 3116
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $37,408.40 | | |

---

KO, DAVID
920 BROOKLINE WAY
ALPHARETTA, GA 30022

Claim Number: 3117
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $37,408.40 | | |

---

KO, DAVID
920 BROOKLINE WAY
ALPHARETTA, GA 30022

Claim Number: 3118
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,009.88 | Scheduled: | $29,419.46  UNLIQ |

---

KO, DAVID
920 BROOKLINE WAY
ALPHARETTA, GA 30022

Claim Number: 3119
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,009.88 | | |

---

KO, DAVID
920 BROOKLINE WAY
ALPHARETTA, GA 30022

Claim Number: 8424
Claim Date: 12/26/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $135,000.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KOBE, KEVIN<br>10406 S. CORN RD.<br>LONE JACK, MO 64070 | Claim Number: 708<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $47,394.67 |
|---|---|---|

---

| KOCH, STEPHEN<br>1404 JUNIPER STREET<br>POINT PLEASANT, NJ 08742 | Claim Number: 4724<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,691.87 |
|---|---|---|

---

| KOCH, STEPHEN J<br>1404 JUNIPER ST<br>POINT PLEASANT, NJ 08742-4572 | Claim Number: 4725<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $14,691.87 |
|---|---|---|

---

| KOEHLER JR., EDWIN<br>7319 FURNACE ROAD<br>ONTARIO, NY 14519 | Claim Number: 1304<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $76,054.79 |
|---|---|---|

---

| KOEHLER JR., EDWIN C.<br>7319 FURNACE ROAD<br>ONTARIO, NY 14519 | Claim Number: 1315<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $41,014.45 |
|---|---|---|

---

| KOELBL, LEE<br>4637 BATTEN WAY<br>SAN JOSE, CA 95135 | Claim Number: 2941<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,312.48 |
|---|---|---|

---

| KOERNER, FLOYD<br>212 VICTORY LN<br>ERWIN, NC 28339 | Claim Number: 7949<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $72,093.42 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| KOHLMAN, TARALYN<br>5800 NW 83RD TER<br>PARKLAND, FL 33067 | | Claim Number: 3013<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $47,273.05 |

---

| | | |
|---|---|---|
| KOHLMAN, TARALYN<br>5800 NW 83RD TERRACE<br>PARKLAND, FL 33067 | | Claim Number: 8028<br>Claim Date: 10/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $47,273.05 |

---

| | | |
|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 794<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |
| SECURED | Claimed: | $47,207.43 |

---

| | | |
|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 795<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| SECURED | Claimed: | $47,207.43 |

---

| | | |
|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 796<br>Claim Date: 04/02/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| SECURED | Claimed: | $47,207.43 |

---

| | | |
|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 797<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| SECURED | Claimed: | $47,207.43 |

---

| | | |
|---|---|---|
| KOHNHORST, BART<br>5724 CEDAR GROVE CIRCLE<br>PLANO, TX 75093 | | Claim Number: 798<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |
| SECURED | Claimed: | $47,207.43 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KOHNHORST, BART
5724 CEDAR GROVE CIRCLE
PLANO, TX 75093

Claim Number: 799
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | Claimed: | $47,207.43 |
|---|---|---|
| SECURED | | |

---

KOHNHORST, BART
5724 CEDAR GROVE CIRCLE
PLANO, TX 75093

Claim Number: 800
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| | Claimed: | $47,207.43 |
|---|---|---|
| SECURED | | |

---

KOHNHORST, BART
5724 CEDAR GROVE CIRCLE
PLANO, TX 75093

Claim Number: 801
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| | Claimed: | $47,207.43 |
|---|---|---|
| SECURED | | |

---

KOLISCH HARTWELL, P.C.
520 SW YAMHILL STREET, SUITE 200
PORTLAND, OR 97204

Claim Number: 1545
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | Claimed: | $9,413.49 |
|---|---|---|
| UNSECURED | | |

---

KOLMAN, ELIZABETH
2907 FOXCREEK DR.
RICHARDSON, TX 75082

Claim Number: 653
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | Claimed: | $24,227.00 |
|---|---|---|
| UNSECURED | | |

---

KOLMAN, ELIZABETH
2907 FOXCREEK DR
RICHARDSON, TX 75082

Claim Number: 5796
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,277.00 |

---

KONET CORP.
PO BOX 366243
SAN JUAN, PR 00936

Claim Number: 1462
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | Claimed: | $33,415.20 |
|---|---|---|
| UNSECURED | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| KOOK, FERNGENE<br>3183 NW 85TH AVE<br>CORAL SPRINGS, FL 33065 | | Claim Number: 5393<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | | | | Scheduled: | $4,980.30 |
| UNSECURED | Claimed: | $23,000.00 | | Scheduled: | $26,436.17 |

---

| | | | |
|---|---|---|---|
| KOOP, JERRY<br>10209 SAULS RD<br>RALEIGH, NC 27603 | | Claim Number: 1459<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $53,692.80 | |

---

| | | |
|---|---|---|
| KOREST, PHILIP<br>5223 INVERNESS DR<br>DURHAM, NC 27712 | | Claim Number: 4419<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $68,625.30 |

---

| | | | | | |
|---|---|---|---|---|---|
| KOREST, PHILIP J<br>5223 INVERNESS DR<br>DURHAM, NC 27712 | | Claim Number: 4420<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $256.70 | | Scheduled: | $2,705.65 |
| UNSECURED | | | | Scheduled: | $81,708.88 |

---

| | | |
|---|---|---|
| KOREST, PHILIP J.<br>5223 INVERNESS DRIVE<br>DURHAM, NC 27712 | | Claim Number: 4418<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| UNSECURED | Claimed: | $3,751.59 |

---

| | | |
|---|---|---|
| KOTHARI, PRIYADARSHINI<br>1415 W 51ST ST, #3<br>AUSTIN, TX 78756 | | Claim Number: 524<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $5,576.92 |

---

| | | |
|---|---|---|
| KOTLIAR, MICHAEL<br>205 GLENMORE ROAD<br>CHAPEL HILL, NC 27516 | | Claim Number: 1100<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,265.56 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2110<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $38,209.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KOUNG, CHING-CHUN<br>3058 BLACKFIELD DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2111<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,209.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KRAFT FOODS GLOBAL INC<br>JOHN J VERSCAJ<br>THREE LAKES DRIVE (NF594)<br>NORTHFIELD, IL 60093 | | Claim Number: 3980<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3824 (08/24/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KRAFT FOODS GLOBAL INC<br>JOHN J VERSCAJ<br>THREE LAKES DRIVE (NF594)<br>NORTHFIELD, IL 60093 | | Claim Number: 6852<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3824 (08/24/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KRAFT, ROBERT ANDREW<br>1408 OAKHILL DRIVE<br>PLANO, TX 75075 | | Claim Number: 564<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,702.37 |
| UNSECURED | Claimed: | $12,290.28 | Scheduled: | $22,765.54 |

---

| | | | | | |
|---|---|---|---|---|---|
| KRATER, PAUL<br>403 MICHAEL DR<br>MURPHY, TX 75094 | | Claim Number: 1894<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,000.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KRATZ, ALAN<br>9696 WALNUT STREET<br>APT # 1508<br>DALLAS, TX 75243-2379 | | Claim Number: 5411<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,081.05 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KRATZ, JOHN
505 E. BELOIT ST.
ORFORDVILLE, WI 53576

Claim Number: 7239
Claim Date: 04/29/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $19,425.60

---

KREIGER, JERRY L.
318 MINT SPRING CIRCLE
BRENTWOOD, TN 37027

Claim Number: 3857
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $172,300.24          Scheduled:          $0.00  UNLIQ

---

KRIGER, SIDNEY A.
25 LARCH RD
NEWTON, MA 02468

Claim Number: 5340
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $70,632.66

---

KRIGER, SIDNEY A.
25 LARCH RD
NEWTON, MA 02468

Claim Number: 5341
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $2,338.74
UNSECURED          Claimed:          $985.20

---

KRISHNAMURTHY, SHRIDHAR
625 INGLENOOK CT
COPPELL, TX 75019

Claim Number: 6024
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:          $10,950.00
UNSECURED          Claimed:          $14,900.00

---

KRISHNAN, VENKATRAMAN
2045 JADEWOOD DR
MORRISVILLE, NC 27560

Claim Number: 4268
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $43,615.00

---

KROL, EDWARD J.
2 TORONTO
ALISO VIEJO, CA 92656

Claim Number: 935
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $846.46

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KROL, EDWARD J.<br>2 TORONTO<br>ALISO VIEJO, CA 92656 | | Claim Number: 940<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25,393.92 | | |

| KROLL ONTRACK INC.<br>ATTN: TAMMY DUNLAP<br>9023 COLUMBINE ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 6141<br>Claim Date: 11/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,660.45 | Scheduled: | $30,215.45 |

| KRON, WILLI<br>C/O PETER KRON<br>556 E. NICHOLS DR.<br>LITTLETON, CO 80122 | | Claim Number: 6984<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

| KRON, WILLI<br>556 E NICHOLS DR<br>LITTLETON, CO 80122-2876 | | Claim Number: 6985<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| KROPUENSKE, GARY<br>569 CIRCLE DRIVE<br>FAIRMOUNT, IN 46928 | | Claim Number: 942<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,640.00 | |

| KUBINA, GREG<br>38750 ADCOCK DR.<br>FREMONT, CA 94536 | | Claim Number: 7227<br>Claim Date: 04/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $66,458.00 | |

| KUBITSCHEK, LEO<br>10070 TIMBERSTONE RD.<br>ALPHARETTA, GA 30022 | | Claim Number: 1551<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $79,486.22 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KUBITSCHEK, LEO
10070 TIMBERSTONE RD.
ALPHARETTA, GA 30022

Claim Number: 4798
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $79,486.22 |

---

KUBLISKI, KAREN, V.
7527 SPICEWOOD DR.
GARLAND, TX 75044

Claim Number: 969
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,149.42 |
| UNSECURED | Claimed: | $27,665.87 |

---

KUCZYNSKI, ROBERT
150 BAYVIEW DR
NORTH HERO, VT 05474

Claim Number: 632
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,201.00    UNLIQ |

---

KUCZYNSKI, ROBERT
150 BAYVIEW DR
NORTH HERO, VT 05474

Claim Number: 970
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,201.00 |

---

KUEHNE & NAGEL, INC.
10205 NW 108TH AVENUE
SUITE 11
MEDLEY, FL 33178

Claim Number: 3945
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5813 (06/27/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $51,904.25 |
| UNSECURED | Claimed: | $51,904.25 |
| TOTAL | Claimed: | $51,904.25 |

---

KUHN, MATTHEW
11 PINEY POINT
WHISPERING PINES, NC 28327

Claim Number: 5494
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 |

---

KULICK, JOSEPH
39 MONTICELLO DRIVE
PELHAM, NH 03076

Claim Number: 1618
Claim Date: 07/29/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,264.93 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

KUMAR, RAVI
7967 FOLKESTONE DR
CUPERTINO, CA 95014

Claim Number: 1264
Claim Date: 06/02/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $40,365.78 |
| --- | --- | --- |

KUMAR, SURENDRA
47734 BRILES CT
FREMONT, CA 94539

Claim Number: 1043
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $15,554.00 |
| --- | --- | --- |

KUMARAN SYSTEMS INC
701 EVANS AVENUE
SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 2572
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

---

| UNSECURED | Claimed: | $142,044.00 |
| --- | --- | --- |

KUMARAN SYSTEMS INC.
701 EVANS AVENUE, SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 2571
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

---

| ADMINISTRATIVE | Claimed: | $142,044.00 |
| --- | --- | --- |

KUMARAN SYSTEMS, INC.
701 EVANS AVENUE
SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 3043
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

---

| UNSECURED | Claimed: | $142,044.00 |
| --- | --- | --- |

KUMARAN SYSTEMS, INC.
701 EVANS AVENUE
SUITE 509
TORONTO, ON M9C 1A3
CANADA

Claim Number: 3044
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

---

| ADMINISTRATIVE | Claimed: | $142,044.00 |
| --- | --- | --- |

KUMHYR, VALERIE
1304 FAIRFAX DR
RALEIGH, NC 27609

Claim Number: 7995
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $41,933.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KUNST, SARAH<br>1800 SILVERPINE CIRCLE<br>MECHANICSBURG, PA 17050 | | Claim Number: 5782<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,012.51 | | |

---

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 920<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $220,046.23 | | |

---

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 3803<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,261.37 | | |

---

| KUO, CATHY<br>1509 ANGLEBLUFF LANE<br>PLANO, TX 75093 | | Claim Number: 8145<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,261.37 | | |
| SECURED | Claimed: | $35,261.37 | | |
| UNSECURED | | | Scheduled: | $36,661.53 |
| TOTAL | Claimed: | $35,261.37 | | |

---

| KUO, CATHY L<br>1509 ANGLEBLUFF LN<br>PLANO, TX 75093 | | Claim Number: 3804<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,261.37 | | |
| SECURED | Claimed: | $35,261.37 | | |
| TOTAL | Claimed: | $35,261.37 | | |

---

| KUO, JILL HSIU-CHING<br>3512 MATAGORDA SPRINGS DR.<br>PLANO, TX 75025 | | Claim Number: 1781<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,648.06 | Scheduled: | $16,648.06 |

---

| KUROWSKI, LISA<br>8512 ZINFANDEL PLACE<br>RALEIGH, NC 27615 | | Claim Number: 8234<br>Claim Date: 04/02/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $78,867.82 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| KURTZ, DAVID L. JR.<br>3202 WAXHAW-MARVIN ROAD<br>WAXHAW, NC 28173 | | Claim Number: 6962<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $76,549.32 |
| UNSECURED | Claimed: | $76,549.32 |
| TOTAL | Claimed: | $76,549.32 |

| KURZAWSKI, BETTYE<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5858<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 168<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,274.71 |

| KUTAC, GARY E.<br>1552 SAN SABA DR.<br>DALLAS, TX 75218 | | Claim Number: 3843<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 168. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $9,478.09 |

| KUTLAR, DOGAN<br>BEIM FASANENGARTEN 39<br>STUTTGART, 70499<br>GERMANY | | Claim Number: 1889<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5620<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,285.58 |

| KWON, NAURRY<br>3629B  36TH AVE S<br>SEATTLE, WA 98144 | | Claim Number: 5621<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,188.49 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 1325<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4398 (11/23/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $39,939.88 | | |

| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 5422<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $304,517.00 | | |

| LA CHAPELLE, DONNA<br>23 SIROS<br>LAGUNA NIGUEL, CA 92677 | | Claim Number: 5423<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $304,517.00 | | |

| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | | Claim Number: 6696<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,324.66 | Scheduled: | $32,324.66  UNLIQ |

| LABADAN, RENATO<br>PSC 502, BOX 1<br>DPO, AP 96515 | | Claim Number: 6697<br>Claim Date: 01/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,324.66 | | |

| LABORE, RICHARD<br>43 SKY RIDGE DR.<br>ROCHESTER, NY 14625 | | Claim Number: 3791<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,858.47 | | |

| LABORE, RICHARD H.<br>15775 KNAPP SHORE<br>KENT, NY 14477 | | Claim Number: 3792<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,858.47 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LACERTE, RICHARD M.
PO BOX 641087
SAN JOSE, CA 95164-1087

Claim Number: 543
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $88,049.00 | | |

LADD, BECCA
3313 LEMMONTREE LN
PLANO, TX 75074

Claim Number: 8372
Claim Date: 09/20/2012
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,900.00 | | |

LAFARGUE, PATRICK
5307 HARBURY COVE
SUWANEE, GA 30024

Claim Number: 3712
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $75,762.03 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

LAFAURIE, CESAR
101 WILLOWCREEK BLVD
SWEETWATER, TN 37874

Claim Number: 4403
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,826.40 | Scheduled: | $50,826.40 UNLIQ |

LAFAURIE, CESAR
101 WILLOWCREEK BLVD
SWEETWATER, TN 37874

Claim Number: 4404
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $124,287.75 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

LAFLEUR, STEPHEN PAUL
11119 PAGEWYNNE DR
FRISCO, TX 75035

Claim Number: 2063
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,286.47 | Scheduled: | $31,402.58 |

LAFLEUR, STEPHEN PAUL
11119 PAGEWYNNE DR
FRISCO, TX 75035

Claim Number: 2064
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30,236.47 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LAFRENIERE, SYLVIE
3517 HARLINGTON LN
RICHARDSON, TX 75082

Claim Number: 2355
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,038.05 | | |

LAGIOS, GREGORY
11 BAY POINT RD
CENTER OSSIPEE, NH 03814

Claim Number: 2292
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $31,654.29 | Scheduled: | $31,654.29 UNLIQ |

LAGIOS, GREGORY
22 DEER RUN DRIVE
FREEDOM, NH 03836

Claim Number: 2293
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $388,127.60 | Scheduled: | $388,127.60 UNLIQ |

LAGIOS, GREGORY S.
22 DEER RUN DRIVE
FREEDOM, NH 03836

Claim Number: 296
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $381,192.80 |

LAGIOS, GREGORY S.
22 DEER RUN DRIVE
FREEDOM, NH 03836

Claim Number: 1390
Claim Date: 06/19/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $35,118.05 |

LAKSHMINARAYAN, SANKARAN
9815 AUTRY FALLS DR
ALPHARETTA, GA 30022

Claim Number: 3770
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,913.89 |

LAM, IGNATIUS
29215 NE DAVID LANE
NEWBERG, OR 97132

Claim Number: 1671
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,660.08 |
| UNSECURED | Claimed: | $73,336.16 | Scheduled: | $67,592.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LAM-CALDERON, NANCY<br>3258 GARDENDALE DR.<br>SAN JOSE, CA 95118 | | Claim Number: 2054<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $18,461.54 | | |

---

| LAMARQUE, JESSIE<br>15607 FOX MEADOW LANE<br>FRISCO, TX 75035 | | Claim Number: 2014<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $35,941.50 | Scheduled:<br>Scheduled: | $5,380.13<br>$31,535.25 |

---

| LAMBERT, BOBBIE<br>320 FOLEY DRIVE<br>GARNER, NC 27529 | | Claim Number: 435<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,596.25 | | |

---

| LAMBERT, BOBBIE<br>320 FOLEY DRIVE<br>GARNER, NC 27529 | | Claim Number: 2096<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $10,950.00<br>$58,646.25 | Scheduled:<br>Scheduled: | $5,375.72<br>$67,856.88 |

---

| LAMBERT, DAVID A<br>P.O. BOX 549<br>ARROYO SECO, NM 87514 | | Claim Number: 3630<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $385,769.87 | Scheduled: | $0.00 UNLIQ |

---

| LAMBERT, ELIZABETH<br>1628 BLACKSTONE DRIVE<br>CARROLLTON, TX 75007 | | Claim Number: 5615<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,600.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LAMBERT, MICHAEL<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS 66061 | | Claim Number: 3894<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $608,020.75 | | | |
| LAMBERT, MICHAEL<br>10413 S HIGHLAND CIRCLE<br>OLATHE, KS 66061 | | Claim Number: 5739<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | | |
| UNSECURED | Claimed: | $602,469.23 | | | |
| LANCASTER, KENNETH F<br>4116 BATTLE FIELD DRIVE<br>GARNER, NC 27529 | | Claim Number: 7374<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,184.26 | | | |
| LANCASTER, TERRI L<br>4101 WILL ROGERS DRIVE<br>SAN JOSE, CA 95117 | | Claim Number: 4244<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,297.49 | | | |
| UNSECURED | Claimed: | $23,736.92 | Scheduled: | $33,324.60 | |
| LANDON, JAMES<br>105 SANDY BEACH RD<br>SHOHOLA, PA 18458 | | Claim Number: 6843<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>708.88 DOLLARS PER MONTH FOR LIFE. | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $77,240.00  UNLIQ | |
| LANDON, JAMES N<br>105 SANDY BEACH ROAD<br>SHOHOLA, PA 18458 | | Claim Number: 6844<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>708.88 PER MONTH FOR LIFE. | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | |
| LANDRY, RICHARD<br>1970 48TH STREET CT<br>MARION, IA 52302-6050 | | Claim Number: 4765<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,109.75 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LANDRY, ROSARIO
103 TRAILVIEW DRIVE
CARY, NC 27513

Claim Number: 7359
Claim Date: 07/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $317,903.72 |
|-----------|----------|-------------|

LANE, ALLAN G.
601  15TH STREET
BUTNER, NC 27509

Claim Number: 7833
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,944.41 |
|-----------|----------|------------|

LANE, HENRY
8429 TWO COURTS DRIVE
RALEIGH, NC 27613-1037

Claim Number: 6327
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $50,000.00 |
|-----------|----------|------------|

LANE, W.M.
9375 HAMILTON CIR
WASHINGTON, MI 48094-3947

Claim Number: 881
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $56,719.52 |
|----------|----------|------------|

LANE, W.M.
9375 HAMILTON CIR
WASHINGTON, MI 48094-3947

Claim Number: 882
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $47,267.82 |
|-----------|----------|------------|

LANEY, MICHAEL
5515 CRABTREE PARK CT.
RALEIGH, NC 27612

Claim Number: 7874
Claim Date: 08/01/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $8,499.00 |
|-----------------------------------|----------|-----------|

LANGAN, THOMAS C.
16 COACH DRIVE
DRACUT, MA 01826

Claim Number: 7817
Claim Date: 07/07/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,606.00 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LANGEN, WILLIAM
21 CHERRY ST
LEOMINSTER, MA 01453

Claim Number: 7256
Claim Date: 05/14/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,945.78 |

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 1257
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7271

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,945.78 |

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 1258
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,416.13 |

LANGEN, WILLIAM F.
21 CHERRY ST.
LEOMINSTER, MA 01453

Claim Number: 7271
Claim Date: 06/01/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,945.78 |

LANGUAGE LINE SERVICES
1 LOWER RAGSDALE DRIVE, BUILDING # 2
MONTEREY, CA 93940

Claim Number: 7390
Claim Date: 08/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,185.03 |

LANIER, GAYLE S.
2112 OAKTON DRIVE
RALEIGH, NC 27606-8908

Claim Number: 1013
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $222,284.00 |

LANNOM, ANGELA
320 WATERS AVENUE
WATERTOWN, TN 37184

Claim Number: 7595
Claim Date: 02/08/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,583.19   UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LARA, ENRIQUE<br>17042 WESTGROVE DR.<br>ADDISON, TX 75001 | Claim Number: 1221<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $27,500.00 | |

---

| LARKIN, WILLIAM T.<br>2410 PRIMOSE DR.<br>RICHARDSON, TX 75082 | Claim Number: 7632<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $113,470.87 | |

---

| LARKIN, WILLIAM T.<br>2410 PRIMOSE DR.<br>RICHARDSON, TX 75082 | Claim Number: 8257<br>Claim Date: 05/14/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,667.60 | |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | Claim Number: 4249<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $357.31 | |
| UNSECURED | | Scheduled: | $304.66  UNLIQ |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | Claim Number: 4250<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,071.07 | |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 10910 | Claim Number: 4251<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 5840 | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| LASALLE, WILLIAM<br>136 PENNSYLVANIA AVENUE<br>BRYN MAWR, PA 19010 | Claim Number: 5840<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $449,702.00 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LASKIN, LEE
863 NEVADA AVE
SAN JOSE, CA 95125

Claim Number: 4130
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $139,563.00 | | |
| UNSECURED | | | Scheduled: | $112,677.80 UNLIQ |

---

LASSON, WAYNE
126 WASHINGTON CIRCLE
LAKE FOREST, IL 60045

Claim Number: 2015
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,273.79 UNLIQ | |

---

LATHON, DENNIS
28745 VILLAGE LANE
FARMINGTON HILLS, MI 48334

Claim Number: 6584
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $53,112.64 | |

---

LATORRE-PARRA, HUMBERTO
597 HONEYSUCKLE LANE
WESTON, FL 33327

Claim Number: 7873
Claim Date: 08/01/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $56,601.00 | |

---

LATTA, THOMAS
6545 CHESBRO CIRCLE
RANCHO MURIETA, CA 95683

Claim Number: 6451
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

LATTA, THOMAS
6545 CHESBRO CIRCLE
RANCHO MURIETA, CA 95683

Claim Number: 6452
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

LAU, ROSS B
76 CEDAR ST
APT 402
SEATTLE, WA 98121

Claim Number: 3432
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $356,814.55 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LAU, STEPHEN
982 SANDALRIDGE CT
MILPITAS, CA 95035

Claim Number: 3363
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $131,931.72 | Scheduled: | $131,931.72 UNLIQ |

LAVIAN, TAL
1640 MARIANI DRIVE
SUNNYVALE, CA 94087

Claim Number: 4231
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $105,050.35 |

LAVIAN, TAL
1640 MARIANI DRIVE
SUNNYVALE, CA 94087

Claim Number: 6849
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $105,050.35 |

LAVIOLA, GINA M.
108 SUNSET PLACE
HENDERSONVILLE, TN 37075

Claim Number: 7502
Claim Date: 11/22/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $3,820.80   UNLIQ CONT |

LAW DEBENTURE TRUST COMPANY OF NY
ATTN: ROBERT L. BICE, II, SENIOR VP
400 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY 10017

Claim Number: 3946
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| UNSECURED | Claimed: | $150,986,875.00   UNLIQ |

LAWRENCE, JOHN M
1809 JASMINE TRAIL
SAVANNAH, TX 76227

Claim Number: 3281
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,019.89 |

LAWRENCE, JOHN M
1809 JASMINE TRAIL
SAVANNAH, TX 76227

Claim Number: 3282
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2626 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,019.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LAYMAN, SARAH<br>1200 PARKROW PLACE<br>IRVING, TX 75060 | | Claim Number: 8445<br>Claim Date: 01/07/2013<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $55,343.89 | | | |
| LAYNE, SAMUEL<br>9317 W. 139TH ST<br>OVERLAND PARK, KS 66221 | | Claim Number: 4469<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $15,644.66 | Scheduled: | $15,644.66 UNLIQ | |
| LAYNE, SAMUEL<br>9317 W. 139TH ST<br>OVERLAND PARK, KS 66221 | | Claim Number: 4470<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $133,495.26 | | | |
| LAYNE, SAMUEL<br>9317 W 139TH STREET<br>OVERLAND PARK, KS 66221 | | Claim Number: 4471<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $63,389.00 | Scheduled: | $0.00 UNLIQ | |
| LAYNE, SAMUEL J.<br>9317 WEST 139TH ST.<br>OVERLAND PARK, KS 66221 | | Claim Number: 874<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $79,462.90 | | | |
| LAZAROU, MARC<br>19 PUGSLEY AVENUE<br>RICHMOND HILL, L4C 8B6<br>CANADA | | Claim Number: 2004<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| LAZCANO, SANTIAGO<br>716 WOODED CREEK LN<br>MCKINNEY, TX 75071 | | Claim Number: 1865<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $23,227.44 | Scheduled: | $23,816.34 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LE, CANH
3406 W. COUNTRY CLUB DR, UNIT 173
IRVING, TX 75038

Claim Number: 2049
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ | | |
| UNSECURED | Claimed: | $3,934.00 UNLIQ | Scheduled: | $13,378.45 |

---

LE, JOHN Q.
4417 KELLY DR.
RICHARDSON, TX 75082

Claim Number: 3782
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

LE, JOHN Q.
4417 KELLY DR.
RICHARDSON, TX 75082

Claim Number: 3783
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

LEAFE, BRIAN
7 ASHBROOK DRIVE
HAMPTON, NH 03842-1002

Claim Number: 2915
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

LEAFE, BRIAN R.
7 ASHBROOK DRIVE
HAMPTON, NH 03842-1002

Claim Number: 2916
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

LEAVELL, BRENT
13338 N HIGHWAY 23
OZARK, AR 72949-3989

Claim Number: 2985
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $138,237.69 |
| UNSECURED | Claimed: | $138,237.69 |
| TOTAL | Claimed: | $138,237.69 |

---

LEAVELL, BRENT
13338 N HIGHWAY 23
OZARK, AR 72949-3989

Claim Number: 6991
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $138,237.69 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LEAVELL, BRENT<br>13338 N HIGHWAY 23<br>OZARK, AR 72949-3989 | | Claim Number: 6992<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $138,237.69 |
| UNSECURED | Claimed: | $138,237.69 |
| TOTAL | Claimed: | $138,237.69 |

| LEBLANC, KENNETH J.<br>5215 CANAL CIR W<br>LAKE WORTH, FL 33467 | | Claim Number: 4107<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $54,807.72 |

| LEBLANC, MARY JO A.<br>1030 FOREST EDGE DRIVE<br>CORALVILLE, IA 52241 | | Claim Number: 7666<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $69,230.76 |

| LECHNER, KIM<br>433 OGDEN ST.<br>DENVER, CO 80218 | | Claim Number: 452<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $342,172.39 |
| UNSECURED | Claimed: | $87,622.21 |

| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON K8V 2L1<br>CANADA | | Claim Number: 7067<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| LECOMPTE, ANITA<br>72 LOUIS STREET<br>TRENTON, ON K8V 2L1<br>CANADA | | Claim Number: 7068<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

| LEDFORD, BRUCE<br>PO BOX 881<br>SANFORD, NC 27330 | | Claim Number: 8367<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2834 |
|---|---|---|
| UNSECURED | Claimed: | $65,504.11 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| LEDFORD, BRUCE A.<br>PO BOX 881<br>SANFORD, NC 27331 | Claim Number: 2834<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8367 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,504.11 | | |

| LEE, CATHY<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | Claim Number: 5632<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30,877.83 | | |

| LEE, CATHY L<br>2001 RED OAK LN<br>CLAYTON, NC 27520 | Claim Number: 5631<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $30,877.83 | Scheduled: | $30,877.83 |

| LEE, CHARLES<br>1103 CR 3470<br>HAWKINS, TX 75765 | Claim Number: 599<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,203.40 | | |

| LEE, CHARLES H JR<br>1103 CR 3470<br>HAWKINS, TX 75765 | Claim Number: 3578<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $156,723.00 | Scheduled: | $0.00  UNLIQ |

| LEE, GREG<br>2221 ALL SAINTS LANE<br>PLANO, TX 75025 | Claim Number: 221<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,000.00 | Scheduled: | $2,681.85 |
| UNSECURED | | | Scheduled: | $11,839.63 |

| LEE, HENRY C<br>623 WYNDHURST DR UNIT 104<br>LYNCHBURG, VA 24502 | Claim Number: 3167<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LEE, HENRY C<br>623 WYNDHURST DR UNIT 104<br>LYNCHBURG, VA 24502 | | Claim Number: 3168<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LEE, JAY<br>1300 KELLY RD<br>GARNER, NC 27529 | | Claim Number: 7691<br>Claim Date: 04/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $20,623.29 |
| UNSECURED | Claimed: | $20,623.29 |
| TOTAL | Claimed: | $20,623.29 |

| LEE, KENNETH G.<br>3904 OLD COACH ROAD<br>RALEIGH, NC 27616 | | Claim Number: 7343<br>Claim Date: 07/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $9,105.76 |

| LEE, LAUREN<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1161<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $81,258.46 |

| LEE, MACIE<br>8213 GREENWOOD DR<br>PLANO, TX 75025 | | Claim Number: 3862<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,545.00 |

| LEE, ROBERT C<br>27870 MOUNT RAINIER<br>WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5629<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

| LEE, ROBERT CHARLES<br>27870 MT. RAINIER WAY<br>YORBA LINDA, CA 92887 | | Claim Number: 5630<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2626 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LEE, TIMOTHY<br>710 WAKEHURST DR<br>CARY, NC 27519 | | Claim Number: 6158<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $69,262.00 | | | |
| LEE, YOWCHYI A<br>6821 MYRTLE BEACH<br>PLANO, TX 75093 | | Claim Number: 3162<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $7,759.42 | Scheduled: | $8,161.76 | |
| LEE, YU-TEN<br>949 MARLINTON COURT<br>SAN JOSE, CA 95120 | | Claim Number: 4027<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| ADMINISTRATIVE | Claimed: | $56,624.00 | | | |
| LEE, YUET<br>2195 CANYON OAK LANE<br>DANVILLE, CA 94506 | | Claim Number: 1756<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $59,715.04 | | | |
| LEFFERT, PAUL<br>14651 S. BOND ST.<br>OLATHE, KS 66062 | | Claim Number: 4112<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | | |
| UNSECURED | Claimed: | $2,600.00   UNLIQ | | | |
| LEFFERT, PAUL E.<br>14651 S BOND ST<br>OLATHE, KS 66062 | | Claim Number: 4206<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,600.00   UNLIQ | | | |
| LEGASPY, AMERICA<br>3010 COUNTY ROAD 2639<br>CADDO MILLS, TX 75135-7467 | | Claim Number: 3164<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $4,454.53 | Scheduled: | $5,961.08 | |
| UNSECURED | Claimed: | $12,161.80 | Scheduled: | $12,918.95 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| LEGER, ANTHONY<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC 27613 | Claim Number: 6682<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | |
| UNSECURED | | $81,282.95 |
| | Scheduled: | $53,466.86 UNLIQ |

| | | |
|---|---|---|
| LEGER, ANTHONY<br>9409 STONE MOUNTAIN RD<br>RALEIGH, NC 27613 | Claim Number: 7350<br>Claim Date: 07/16/2010<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $90,461.57 |

| | | |
|---|---|---|
| LEGER, ANTHONY M<br>9409 STONE MOUNTAIN ROAD<br>RALEIGH, NC 27613 | Claim Number: 1041<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $55,266.06 |

| | | |
|---|---|---|
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6760<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $80,573.97 |

| | | |
|---|---|---|
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6761<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $80,573.97 |

| | | |
|---|---|---|
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6762<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00 |
| SECURED | Claimed: | $50,000.00 |
| TOTAL | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| LEGER, JEAN-BERTIN J<br>612 WELLS COURT UNIT 202<br>CLEARWATER, FL 33756 | Claim Number: 6763<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LEGGETT, TERRY
5320 WEST HARBOR
VILLAGE DR. UNIT 402
VERO BEACH, FL 32967

Claim Number: 4364
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,130,362.97 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LEGGETT, TERRY
5320 WEST HARBOR
VILLAGE DR. UNIT 402
VERO BEACH, FL 32967

Claim Number: 6052
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $535,000.00 |
|---|---|---|

LEGGETT, TERRY
5320 W.HARBOR VILLAGE DR.
VERO BEACH, FL 32967

Claim Number: 6053
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $535,000.00 |
|---|---|---|

LEGGETT, TERRY J.
5320 WEST HARBOR VILLAGE DRIVE
UNIT 402
VERO BEACH, FL 32967

Claim Number: 4365
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

LEGNANTE, KRISTI
1153 MOORES POND ROAD
YOUNGSVILLE, NC 27596

Claim Number: 7309
Claim Date: 06/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,095.00 |
|---|---|---|

LEKICH, IVO
1235 VICTORIA LANE
WEST CHESTER, PA 19380-4046

Claim Number: 2751
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $22,132.70 |
|---|---|---|

LEKICH, IVO A.
1235 VICTORIA LN.
WEST CHESTER, PA 19380-4046

Claim Number: 8101
Claim Date: 11/17/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $33,167.65 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LENT, ROBERT<br>35 HEYWOOD RD<br>STERLING, MA 01564 | | Claim Number: 4260<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,059.41 |
| LEONARD, BRIAN ALAN<br>1030 CHASEWOOD TRAIL<br>ALPHARETTA, GA 30005 | | Claim Number: 288<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $115,117.68 |
| LEONARD, RUSSELL<br>1304 BLOSSOM LANE<br>FARMINGTON, MO 63640 | | Claim Number: 6136<br>Claim Date: 11/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| PRIORITY | Claimed: | $19,260.22 |
| LEONARD, RUSSELL<br>1304 BLOSSOM LANE<br>FARMINGTON, MO 63640 | | Claim Number: 6714<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,369.25 |
| LEONPACHER, PATRICK<br>324 GRAND OAKS DR.<br>NICEVILLE, FL 32578 | | Claim Number: 6214<br>Claim Date: 12/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,629.69 |
| LESANE, BARBARA<br>2906 HOLBROOK ST<br>DURHAM, NC 27704 | | Claim Number: 7985<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $14,595.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LEU, YUH L
1624 BROADMOOR DRIVE
ALLEN, TX 75002

Claim Number: 7055
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,093.60 |
|---|---|---|

LEUTERITZ, MARK
14 BUCKTHORN
IRVINE, CA 92604

Claim Number: 1542
Claim Date: 07/15/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $41,104.00 |
|---|---|---|

LEUTERITZ, MARK
14 BUCKTHORN
IRVINE, CA 92604

Claim Number: 1709
Claim Date: 08/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $41,104.00 |
|---|---|---|

LEUTERITZ, MARK
14 BUCKTHORN
IRVINE, CA 92604

Claim Number: 2348
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $41,104.00 |
|---|---|---|

LEUTERITZ, MARK
332 MARKETVIEW
IRVINE, CA 92602

Claim Number: 8371
Claim Date: 09/18/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $41,104.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,646.00 |

LEVEL 3 COMMUNICATIONS LLC
ATTN: KIM BARTLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1652
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,361.11 |
|---|---|---|

LEVEL 3 ENHANCED SERVICES, LLC
LEVEL 3 COMMUNICATIONS, LLC
ATTN: KIM BARLETT
1025 ELDORADO BLVD.
BROOMFIELD, CO 80021

Claim Number: 1653
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,057.66 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LEVY<br>LEVY RESTAURANTS<br>7994 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | Claim Number: 2635<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $7,182.43 |
| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA 02478 | | Claim Number: 6013<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,978.98 |
| LEWIS, JONATHAN<br>35 ALMA AVE<br>BELMONT, MA 02478 | | Claim Number: 6014<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| LEWIS, PATRICK B.<br>7009 S. NETHERLAND WAY<br>AURORA, CO 80016 | | Claim Number: 67<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $75,036.00 |
| LEWIS, SANDRA<br>6 BEVEL COURT<br>DURHAM, NC 27703 | | Claim Number: 7795<br>Claim Date: 06/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $10,191.60 |
| LEWIS, SANDRA<br>6 BEVEL COURT<br>DURHAM, NC 27703 | | Claim Number: 7919<br>Claim Date: 08/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,191.60 |
| LEXIS NEXIS CANADA INC<br>123 COMMERCE VALLEY DRIVE EAST<br>SUITE 700<br>MARKHAM, ON L3T 7W8<br>CANADA | | Claim Number: 7083<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,396.28 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 745<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $13,186.04 |

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-01<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $1,772.30 |

---

| LEXISNEXIS A DIVISION OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 746-02<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|
| UNSECURED          Claimed: | $768.00 |

---

| LEXISNEXIS CANADA INC<br>123 COMMERCE VALLEY DRIVE EAST<br>SUITE 700<br>MARKHAM, ON L3T 7W8<br>CANADA | Claim Number: 5959<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED          Claimed: | $1,396.28 |

---

| LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 6180<br>Claim Date: 11/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|
| UNSECURED          Claimed: | $898.50 |

---

| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3473<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| ADMINISTRATIVE          Claimed: | $69,696.00 |

---

| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | Claim Number: 3474<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| ADMINISTRATIVE          Claimed: | $57,180.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3475<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,150.46 | | |

---

| LG-NORTEL CO. LTD.<br>C/O DAVID SOON YOUB KWON<br>7TH, 8TH FLOOR, GS TOWER 679<br>YOKSAM-DONG, KANGNAM-GU<br>SEOUL, 135-985<br>KOREA | | Claim Number: 3476<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $129,026.46 | | |
| UNSECURED | Claimed: | $924,173.06 | Scheduled: | $1,053,199.52 DISP |

---

| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | | Claim Number: 5832<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | | | Scheduled: | $10,731.04 |

---

| LI, BIN<br>4751 SAN LUCAS WAY<br>SAN JOSE, CA 95135 | | Claim Number: 5833<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| LI, HAIYAN<br>1022 CORVETTE DR<br>SAN JOSE, CA 95129-2903 | | Claim Number: 4094<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,224.48 | | |
| UNSECURED | | | Scheduled: | $4,832.51 |

---

| LI, JENNY Z<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | | Claim Number: 5041<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |

---

| LI, JENNY Z.<br>1750 HALFORD AVE # 204<br>SANTA CLARA, CA 95051 | | Claim Number: 5841<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $41,005.62 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LI, MINQI<br>668 WATER OAK<br>PLANO, TX 75025 | | Claim Number: 6453<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $32,269.57 |
| LI, MINQI<br>668 WATER OAK<br>PLANO, TX 75025 | | Claim Number: 6454<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $32,269.57 |
| LI, RICHARD<br>32 NORMAN RD<br>SOUTH HAMILTON, MA 01982 | | Claim Number: 7821<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8182 |
| UNSECURED | Claimed: | $46,381.76 |
| LI, RICHARD<br>32 NORMAN RD.<br>SOUTH HAMILTON, MA 01982 | | Claim Number: 8182<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7821 |
| UNSECURED | Claimed: | $43,653.44 |
| LI, WUJUN<br>15 HAZELNUT ST<br>ACTON, MA 01720-4149 | | Claim Number: 5469<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,730.00 |
| LI, XING<br>3304 AQUA SPRINGS DR<br>PLANO, TX 75025 | | Claim Number: 6764<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $36,701.28 |
| UNSECURED | Claimed: | $42,306.52 |
| LI, XUEWEN<br>102 MANOR GARDEN WAY<br>CARY, NC 27513 | | Claim Number: 205<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $11,111.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIANG, MEI<br>2018 PRIMROSE DR<br>IRVING, TX 75063 | | Claim Number: 4213<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $32,967.94 | | |

---

| LIAO, TUAN<br>209 GLENMORE RD<br>CHAPEL HILL, NC 27516 | | Claim Number: 4108<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $62,582.04 | Scheduled:<br>Scheduled: | $6,351.83<br>$56,511.93 |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5665<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5666<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5667<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5668<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | | Claim Number: 5669<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5670 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: SONOMA SYSTEMS |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5671 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: QTERA CORPORATION |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5672 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: CORETEK, INC. |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5673 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5674 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY | Claim Number: 5675 |
| C/O CHOATE, HALL & STEWART LLP | Claim Date: 09/30/2009 |
| ATTN: DOUGLAS R. GOODING, ESQ. | Debtor: NORTEL NETWORKS HPOCS INC. |
| TWO INTERNATIONAL PLACE | Comments: WITHDRAWN |
| BOSTON, MA 02110 | DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5676<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5677<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5678<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5679<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIBERTY MUTUAL INSURANCE COMPANY<br>C/O CHOATE, HALL & STEWART LLP<br>ATTN: DOUGLAS R. GOODING, ESQ.<br>TWO INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Claim Number: 5680<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6420 (09/20/2011) |

| SECURED | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

---

| LIGHT READING/HEAVY READING<br>240 W 35TH ST FL 8<br>NEW YORK, NY 10001-2506 | Claim Number: 572<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7732 |

| UNSECURED | Claimed: | $69,262.50 | Scheduled: | $69,262.50 |

---

| LIGHTFOOT, THUY<br>3220 CEDAR RIDGE<br>RICHARDSON, TX 75082 | Claim Number: 7611<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $83,162.18 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIGON, KEITH
1313 COVEY RISE LN
FUQUAY VARINA, NC 27526

Claim Number: 5437
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,910.92 |

---

LIGON, KEITH
1313 COVEY RISE LN
FUQUAY VARINA, NC 27526

Claim Number: 5439
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,910.92 |

---

LIGON, KEITH D
1313 COVEY RISE LANE
FUQUAY VARINA, NC 27526

Claim Number: 5438
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,910.92 |

---

LIGON, KEITH D
1313 COVEY RISE LANE
FUQUAY VARINA, NC 27526

Claim Number: 5440
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,910.92 |

---

LILLARD, CARLA A.
P.O. BOX 1727
MADISON, TN 37116-1727

Claim Number: 7494
Claim Date: 11/15/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $4,965.30 | UNLIQ CONT |

---

LIMERICK, CURTIS P.
508 SAGINAW COURT
ALLEN, TX 75013

Claim Number: 7583
Claim Date: 01/28/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $57,507.36 |

---

LINCOLN, AGNES V
206 HAWK LANE
OAKTOWN, IN 47561

Claim Number: 5433
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimant asserts a lump sum claim amount of $ 10,000 and a monthly

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LINCOLN, AGNES V<br>206 HAWK LANE<br>OAKTOWN, IN 47561 | | Claim Number: 5434<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| LIND, DAVID<br>140 CALADO AVE.<br>CAMPBELL, CA 95008 | | Claim Number: 222<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,257.81 |
| UNSECURED | Claimed: | $58,670.02 | Scheduled: | $56,588.51 |

---

| LINEAGE POWER CORPORATION<br>601 SHILOH ROAD<br>PLANO, TX 75074 | | Claim Number: 2305<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,199.48 | Scheduled: | $2,429.60  UNLIQ |

---

| LINEX TECHNOLOGIES, INC.<br>C/O KENNETH R. HARTMANN, ESQ.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES, FL 33134 | | Claim Number: 5517<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8887 (11/06/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,500,000.00   UNLIQ | |

---

| LINEX TECHNOLOGIES, INC.<br>C/O KENNETH R. HARTMANN, ESQ.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES, FL 33134 | | Claim Number: 6137<br>Claim Date: 11/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8887 (11/06/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,500,000.00   UNLIQ | |

---

| LINGEN, RICHARD A<br>473 HARRISON AVE<br>MILLER PLACE, NY 11764 | | Claim Number: 845<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $75,358.06 | |

---

| LINGEN, RICHARD A.<br>473 HARRISON AVE<br>MILLER PLACE, NY 11764 | | Claim Number: 7839<br>Claim Date: 07/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,358.06 | Scheduled: | $44,565.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LINGESSO, CARL L<br>9-67TH STREET SOUTH UNIT<br>PO BOX 682<br>SEA ISLE CITY, NJ 08243 | | Claim Number: 2511<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |
| LINVILL, ELAINE N<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ 08003 | | Claim Number: 4478<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8900 (11/07/2012) | | |
| UNSECURED | Claimed: | $79,391.90 | | |
| LINVILL, ELAINE N<br>C/O EDGAR B. LINVILL III<br>1720 BURNT MILL RD<br>CHERRY HILL, NJ 08003-3535 | | Claim Number: 4479<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $79,391.90 | | |
| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | | Claim Number: 1223<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $700.35 | | |
| LIONBRIDGE<br>1050 WINTER ST<br>WALTHAM, MA 02451 | | Claim Number: 1224<br>Claim Date: 05/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $18,330.00 | | |
| LIPSCHUTZ, JOYCE S<br>7209 MANOR OAKS DR<br>RALEIGH, NC 27615 | | Claim Number: 3666<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $312,858.97 | Scheduled: | $0.00  UNLIQ |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF<br>EDGAR MURPHY III<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8102<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 286 | | |
| PRIORITY | Claimed: | $6,302.02 | Scheduled: | $6,302.02 |
| UNSECURED | Claimed: | $72,175.83 | Scheduled: | $72,175.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GHIONE, RICH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 50<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $6,500.00 | | |
| UNSECURED | | | Scheduled: | $12,266.67 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NANCE, MANLY S.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 52<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $63,388.92 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARSHALL, KEITH<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 73<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| SECURED | Claimed: | $36,224.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COWIE, GRAEME<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 81<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) | | |
| UNSECURED | Claimed: | $21,051.05 | Scheduled: | $22,112.61 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MARPLE, LYNN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 83<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,600.78 | Scheduled: | $35,045.54 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EXHIBIT SURVEYS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 96<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $155,577.00 | Scheduled: | $64,507.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FIELDS, O'DELL M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 140<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | | Scheduled: | $1,521.19 |
| UNSECURED | Claimed: | $65,000.00 | Scheduled: | $43,268.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BROOKS, SUSAN W.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 169<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $7,599.90 | Scheduled: | $11,489.73 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANKS, YVONNE M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 174<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED | Claimed: | $84,999.46 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROWAN, JAMES W.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 243<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED | Claimed: | $36,336.40 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROETEN, GREGG<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 271<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $20,952.00 | Scheduled: | $14,412.71 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BARTLETT, ELLEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 282<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $17,882.36 | Scheduled: | $9,491.71 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MURPHY III, EDGAR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 286<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8102 | | | |
| PRIORITY | Claimed: | $74,142.21 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SYMON COMMUNICATIONS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 294<br>Claim Date: 02/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $261,688.56 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BINGAMAN, PETER
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 408
Claim Date: 02/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $85,654.10 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANLEY, CHRISTOPHER N.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 515
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $60,576.93 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HOY, GREGORY J.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 542
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $26,192.00 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEPER, DEREK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 566
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $92,935.38 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HOLLAND, ANTHONY E.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 593
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $27,752.48 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JONES, STEPHEN G.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 638
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $454,147.41 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LEWIS, PATRICK B.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 659
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $390,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PHILLIPS, ALLAN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 672<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $57,545.69 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WARREN, THOMAS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 715<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,384.16 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HUNGLE, TERRY G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 736<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $274,222.80 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LOCKWOOD, FRANK E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 768<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $137,880.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAMMELL, DAVID<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 817<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $43,601.68 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LARJ, MICHAEL G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 879<br>Claim Date: 04/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7883 |
| UNSECURED | Claimed: | $54,931.54 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OFFERS, ALBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 918<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $110,423.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SANT CORPORATION, THE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 956
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,350.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AGNEW, BRUCE K.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 988
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $81,230.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FITZPATRICK, KEVIN M.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1029
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $38,486.50 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RADWAN, MIKE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1042
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,519.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WOLFSON, CASH
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1049
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,337.50 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BARABE, AMY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1051
Claim Date: 04/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $2,012.25 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CURTIS, CHRIS L.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1062
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,543.56 |
| UNSECURED | Claimed: | $11,216.66 | Scheduled: | $20,894.87 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BALLOTA, DONNA H.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1145<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $3,127.62 | Scheduled: | $3,127.62 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DAMPOLO, CONRAD G.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1169<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,045.78 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEPER, DEREK<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1251<br>Claim Date: 05/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $19,547.05 | | |
| UNSECURED | Claimed: | $28,384.11 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BUTTERMORE, THOMAS N., JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1265<br>Claim Date: 06/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $110,885.11 | Scheduled: | $120,962.31 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GOULD, CATHERINE B.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1321<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $70,529.06 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BLATTER, KEVIN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1394<br>Claim Date: 06/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $22,979.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GIGLIOTTI, THOMAS A.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1471<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 71 | | |
| PRIORITY | Claimed: | $44,127.53 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LYNCH, MICHAEL J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1482<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $48,623.20 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CALIFORNIA STATE TEACHERS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1487<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | |
| UNSECURED          Claimed: | $103,656.34 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KING, DONALD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1534<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $51,797.31 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CIOFFI, ANTHONY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1548<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed: | $210,521.53 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GANNON, MATT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1599<br>Claim Date: 07/24/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $15,120.15<br>$35,020.75 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: METROPOLITAN TULSA<br>INVESTMENTS LLC<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1632<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $56,502.75 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MILLER, JAMES E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1757<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | |
| PRIORITY          Claimed:<br>UNSECURED | $11,520.00 | Scheduled:          $13,585.03 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VIRTUAL CONSOLE, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1773<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4758 (01/25/2011) | | | |
| ADMINISTRATIVE | Claimed: | $2,149.00 | | | |
| UNSECURED | Claimed: | $949.00 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: EAST CAMELBACK ROAD, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1812<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $244,203.60 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CRAMER, CARL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1838<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $72,820.36 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: INGATE SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1871<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED | Claimed: | $17,904.00 | Scheduled: | $17,904.00 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FINCH, ALBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1901<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED | Claimed: | $60,807.74 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PUCAN TRADING<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1921<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $856.00 | Scheduled: | $0.00 | UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PUCAN TRADING<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1922<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $856.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SMITH, DOUGLAS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1986
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,882.96 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LACERTE, RICHARD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2180
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $9,467.58 | Scheduled: | $20,417.58 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LACERTE, RICHARD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2181
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $55,728.98 | Scheduled: | $66,678.98 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARNOLD, JEFFREY J.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2233
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,307.70 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MOHAN, DEEPA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2254
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,750.80 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WARNICK, JON P.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2281
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,907.73 UNLIQ | Scheduled: | $0.00 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HARPER, JAMES JR
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2731
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $333,121.32 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DEBORD, DENNIS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2867<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8137 | | |

| UNSECURED | Claimed: | $60,000.00 | |
|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BRIDGES, CHARLES R.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2929<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $10,950.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,477.31 | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LUCENTE, EDWARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2955<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $260,000.00 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $0.00 UNLIQ |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SANDERSON, GARY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2978<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $233,080.87 UNLIQ | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $0.00 UNLIQ |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DONOVAN, WILLIAM J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3082<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim is out of balance. Claim out of balance | | |
|---|---|---|---|

| PRIORITY | Claimed: | $1,506,861.00 | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,506,861.00 | |
| TOTAL | Claimed: | $1,506,861.00 | |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRAN, THU-ANH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3148<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8159 | | |
|---|---|---|---|

| PRIORITY | Claimed: | $7,858.43 | |
|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OGLETREE DEAKINS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3243<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $36,562.50 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3316<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $6,387.21 | | |
| UNSECURED | Claimed: | $9,324.43 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NANCE, MANLY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3566<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $3,939.64 |
| UNSECURED | Claimed: | $63,388.93 | Scheduled: | $64,233.65 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HUNGLE, TERRY G<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3620<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $238,875.95 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GUPTA, SANJEEV<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3714<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $106,797.11 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WHITFILL, MARK<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3823<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00  UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DOAN, VINCENT T.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3861<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
| PRIORITY | Claimed: | $7,237.20 | | |
| UNSECURED | Claimed: | $2,410.99 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LAMBERT, MICHAEL K.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3895<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $608,020.75 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DARDEN, KAREN
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4054
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,191.79 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4100
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6990

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167,718.40 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4101
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,400.00 | | |
| UNSECURED | Claimed: | $141,307.78 | Scheduled: | $182,718.40 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TWYNHAM, ANDREW
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4102
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,708.78 | Scheduled: | $59,835.80 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MOPPIN, MARK
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4162
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $36,510.00 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COLON, MARIA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4218
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $23,837.17 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BEHRINGER HARVARD TIC MGMT.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4223
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $140,257.57 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PARISH, SAUNDERS D<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4305<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $47,250.47 | | |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FLYNN, LAWRENCE M.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4362<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $198,214.03 | Scheduled: | $0.00 UNLIQ |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROBSON, ROBERT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4401<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 461 | | |
| UNSECURED        Claimed: | $146,023.30 | Scheduled: | $0.00 UNLIQ |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LINDT, JACK<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4772<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $240,763.59 | | |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROGERS, STEVEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4796<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $97,539.28 | Scheduled: | $0.00 UNLIQ |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARVINDKUMAR, KARIA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4835<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $106,722.37 | Scheduled: | $98,967.87 UNLIQ |

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SULLIVAN, TIMOTHY P.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4911<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED        Claimed: | $95,340.32 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DAWDA, KIRIT D
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5048-02
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $6,262.92 | | |
| UNSECURED | | | Scheduled: | $18,621.66 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RICCITELLI, ROBERT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5349
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $577,978.05 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LLANES, RODOLFO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5444
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $83,848.26 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROBERTSON, FRANCES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5564
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $13,918.78 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SAMUELSON, TERRI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5606
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $76,375.00 | Scheduled: | $4,149.78 |
| UNSECURED | | | Scheduled: | $56,291.17 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LAMBERT, MICHAEL K
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5738
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $602,469.23 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEDDI, RAJYALAKSHMI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5752
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7432 (03/22/2012)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,189.93 |
| SECURED | Claimed: | $5,177.52 | | |
| UNSECURED | Claimed: | $88.45 | Scheduled: | $4,610.45 |
| TOTAL | Claimed: | $11,038.45 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HAWKINS, CHETLEY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5755<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $91,370.33 | Scheduled: | $2,014.46 |
| UNSECURED | | | Scheduled: | $52,723.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NGUYEN, LINH T<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5860<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,432.33 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREEN, QUEENA S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5862<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,983.76 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SCHMEHL, EDWARD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5954<br>Claim Date: 10/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $13,286.00 |
| UNSECURED | Claimed: | $13,286.00 |
| TOTAL | Claimed: | $13,286.00 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AUCOIN, CAROL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5957<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $11,664.80 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BEAN, JACINTHA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6140<br>Claim Date: 11/19/2009<br>Debtor: NORTEL NETWORKS INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,528.55 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ALVAREZ, EDUARDO E.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6202<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ALVAREZ, EDUARDO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6203<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $6,979.26 |
|---|---|---|
| UNSECURED | Claimed: | $32,690.74 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LERNER, MARK S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6204<br>Claim Date: 12/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $68,580.04 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COOPER, CHARLES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6226-01<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $21,145.54 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VO, ANDY N.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6331<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $23,750.00 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VO, ANDY N.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6332<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $23,750.00 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LERNER, MARK S<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6407<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $68,580.04 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WARNICK, JON P
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6559
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLY AMENDED BY 7930

| UNSECURED | Claimed: | $167,907.73 | Scheduled: | $0.00 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WARNICK, JON P
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6560
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLY AMENDED BY 7930

| ADMINISTRATIVE | Claimed: | $167,907.73 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GREEN, QUEENA S
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6591
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $10,269.02 | | |
| UNSECURED | | | Scheduled: | $11,261.32 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KENNEDY, SCOTT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6605
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $4,138.59 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KENNEDY, SCOTT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6606
Claim Date: 01/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $4,138.59 | | |
| UNSECURED | | | Scheduled: | $2,956.03 UNLIQ |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROEL, ROBERTA C
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6713
Claim Date: 01/14/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $34,110.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VANISH, GEORGE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6972
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLY AMENDED BY 7927

| UNSECURED | Claimed: | $81,529.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TWYNHAM, ANDREW<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6990<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4100 |
| PRIORITY | Claimed: | $48,400.00 |
| UNSECURED | Claimed: | $119,318.40 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DONOVAN, WILLIAM<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7075<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $390,000.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7095<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7096<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY | Claimed: | $6,387.21 |
| UNSECURED | Claimed: | $9,324.43 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7097<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $15,711.64 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHANG, KUO-LI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7098<br>Claim Date: 02/10/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| ADMINISTRATIVE | Claimed: | $15,711.64 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KAZIMIERSKI, WLODZIMIERZ<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7102<br>Claim Date: 02/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7119 |
| UNSECURED | Claimed: | $87,746.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KAZIMIERSKI, WLODZIMIERZ
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7119
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7102

| UNSECURED | Claimed: | $87,746.00 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GIGLIOTTI, THOMAS A
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7188
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7615
Revises claim no. 1471

| PRIORITY | Claimed: | $63,060.21 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: OLSON, WILLIAM D.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7250
Claim Date: 05/05/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $70,244.17 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GREEN, STEPHANIE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7269-01
Claim Date: 05/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $33,191.75 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JOHNSON, EDDIE S. JR.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7310
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,302.24 |
| --- | --- | --- |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KAMER, BRADLEY S.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7408
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| --- | --- | --- |
| UNSECURED | Claimed: | $5,510.50   UNLIQ CONT |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SPECK, BRUCE A.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7441
Claim Date: 09/28/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $93,826.92 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7615 |
| TRANSFEROR: GIGLIOTTI, THOMAS A. | Claim Date: 02/25/2011 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: |
| HACKENSACK, NJ 07601 | amends claim 7188 |

| UNSECURED | Claimed: | $73,371.77 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7617 |
| TRANSFEROR: REECE, BRADLEY V. | Claim Date: 02/28/2011 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $37,304.65 | UNLIQ CONT |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7808 |
| TRANSFEROR: STANLEY, CHRISTOPHER N. | Claim Date: 07/05/2011 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 7408 (03/20/2012) |

| PRIORITY | Claimed: | $60,576.93 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $60,576.90 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7883 |
| TRANSFEROR: LARJ, MICHAEL G. | Claim Date: 08/01/2011 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: |
| HACKENSACK, NJ 07601 | Amends claim 879 |

| UNSECURED | Claimed: | $54,931.54 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7926 |
| AS ASSIGNEE OF | Claim Date: 09/06/2011 |
| ANDY N. VO | Debtor: NORTEL NETWORKS INC. |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $450.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,300.00 | Scheduled: | $22,948.52 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7927 |
| TRANSFEROR: VANISH, GEORGE | Claim Date: 09/06/2011 |
| ONE UNIVERSITY PLAZA | Debtor: NORTEL NETWORKS INC. |
| SUITE 312 | Comments: |
| HACKENSACK, NJ 07601 | amends claim 6972 |

| UNSECURED | Claimed: | $81,521.13 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7929 |
| AS ASSIGNEE OF | Claim Date: 09/06/2011 |
| KUO-LI CHANG | Debtor: NORTEL NETWORKS INC. |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $6,387.21 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,324.43 | Scheduled: | $16,037.89 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>JON P. WARNICK<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7930<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claims 6559 and 6560 |
|---|---|

| UNSECURED | | Claimed: | $167,907.73 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HEALD JR., RICHARD D.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7970<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,676.89 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WHITAKER, SUSAN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7988<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $38,159.45 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WILLIAMS, JEANETTE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7996<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $38,056.90 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MCARTHUR, BRANT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8013<br>Claim Date: 10/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $75,279.65 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROOTS, RONALD<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8023<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $65,838.00 | UNLIQ CONT |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JACKSON, JAMES E. JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 8024<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $95,550.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARGENTO, BENNY J. JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8114<br>Claim Date: 12/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $2,245.57 | | |
| UNSECURED | | | Scheduled: | $2,247.57 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GLASS, DAVID J.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8119<br>Claim Date: 12/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7563 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $55,513.02 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PREO, DAVID W. JR.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8122<br>Claim Date: 12/23/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7646 | | |
| UNSECURED | Claimed: | $78,297.21 | | |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>DENNIS DEBORD<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8137<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2867 | | |
| PRIORITY | Claimed: | $60,000.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>YVONNE M. SANKS AKA GID 0187231<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8138<br>Claim Date: 01/05/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>amends claim 174 | | |
| PRIORITY | Claimed: | $6,084.72 | Scheduled: | $6,084.72 |
| UNSECURED | Claimed: | $84,602.68 | Scheduled: | $84,602.68 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>JAMES W. ROWAN<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8152<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 243 | | |
| UNSECURED | Claimed: | $38,521.80 | Scheduled: | $38,521.80 |
| LIQUIDITY SOLUTIONS, INC.<br>AS ASSIGNEE OF<br>ANTHONY E HOLLAND<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 8153<br>Claim Date: 01/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>amends claim 593 | | |
| UNSECURED | Claimed: | $31,785.72 | Scheduled: | $31,785.72 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8154 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| ALBERT FINCH | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | DOCKET: 7408 (03/20/2012) | | |

| PRIORITY | | | Scheduled: | $1,435.79 |
| UNSECURED | Claimed: | $63,240.25 | Scheduled: | $61,804.45 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8155 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| EDUARDO ALVAREZ | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | amends claim 6203 | | |

| UNSECURED | Claimed: | $44,195.67 | Scheduled: | $44,195.67 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8156 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| KAREN DARDEN | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | amends claim 4054 | | |

| UNSECURED | Claimed: | $36,361.75 | Scheduled: | $36,361.75 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8157 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| VINCENT T. DOAN | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | amends claim 3861 | | |

| UNSECURED | Claimed: | $10,255.22 | Scheduled: | $10,255.22 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8158 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| LINH T. NGUYEN | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | amends claim 5860 | | |

| UNSECURED | Claimed: | $17,784.26 | Scheduled: | $17,784.26 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8159 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| THU-ANH T. TRAN | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: | | |
| HACKENSACK, NJ 07601 | amends claim 3148 | | |

| UNSECURED | Claimed: | $8,276.36 | Scheduled: | $8,276.36 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8160 | | |
| AS ASSIGNEE OF | Claim Date: 01/10/2012 | | |
| KEITH MARSHALL | Debtor: NORTEL NETWORKS INC. | | |
| ONE UNIVERSITY PLAZA, STE 312 | Comments: ALLOWED | | |
| HACKENSACK, NJ 07601 | amends claim 73 | | |

| UNSECURED | Claimed: | $37,000.04 | Scheduled: | $37,000.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
AS ASSIGNEE OF
CHARLES R. BRIDGES
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07601

Claim Number: 8161
Claim Date: 01/10/2012
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
amends claim 2929

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,005.17 | Scheduled: | $56,005.17 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PARENTON, ROBERT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8246
Claim Date: 04/16/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,856.00 |

LITSAS, JOHN N
1000 RAVENSCAR DRIVE
RALEIGH, NC 27615

Claim Number: 2782
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,814.99 | | |
| UNSECURED | Claimed: | $12,177.70 | Scheduled: | $20,638.40 |

LITTLE, DONNA
PO BOX 1082
SPRINGFIELD, TN 37172

Claim Number: 6431
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

LITTLE, DONNA M
PO BOX 1082
SPRINGFIELD, TN 37172

Claim Number: 5787
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

LITTLE, DONNA M.
PO BOX 1082
SPRINGFIELD, TN 37172

Claim Number: 6432
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

LITWINS, ROBERT
2413 CAMDEN COURT
PLANO, TX 75075

Claim Number: 7322
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,575.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LIU, WEIHUA
26 CLARENDON ST # 2L
MALDEN, MA 02148

Claim Number: 7636
Claim Date: 03/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $30,028.00 | | |

---

LIZAK, EDWARD A.
18311 MOSSY GLEN COURT
FORT MYERS, FL 33908

Claim Number: 3546
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $79,923.28 | Scheduled: | $0.00 UNLIQ |

---

LJUBICICH, ANTHONY
22 SNIFFEN ROAD
ARMONK, NY 10504

Claim Number: 4220
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $82,984.66 | Scheduled: | $0.00 UNLIQ |

---

LLANES, RODOLFO
7961 NW 113 PLACE
ISLAND OF DORAL
MIAMI, FL 33178

Claim Number: 5445
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $83,848.26 | | |
| ADMINISTRATIVE | Claimed: | $83,848.26 | | |

---

LLOYD, BARRY
39 CLOVER HILL CIRCLE
TYNGSBOROUGH, MA 01879

Claim Number: 347
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | | | Scheduled: | $4,457.49 |
| UNSECURED | Claimed: | $30,813.56 | Scheduled: | $30,573.25 |

---

LLOYD, JESSICA A.
48 BRINDLEY CIRCLE
CLAYTON, NC 27520

Claim Number: 7815
Claim Date: 07/05/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $20,746.15 | | |

---

LLOYD, MARK W.
291 FIRE TOWER DR
ROUGEMONT, NC 27572-6890

Claim Number: 1399
Claim Date: 06/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $59,400.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LLOYD, MARK W.
291 FIRE TOWER DR.
ROUGEMONT, NC 27572

Claim Number: 6124
Claim Date: 11/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $59,400.00 |
|-----------|----------|------------|

LO, DIANA
1513 ADOLFO DRIVE
SAN JOSE, CA 95131

Claim Number: 3688
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $12,867.62 |
|-----------|----------|------------|

LOBRUTTO, ROSS
1164 EAGLES WATCH TRAIL
WINTER SPRINGS, FL 32708

Claim Number: 5413
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $12,809.57   UNLIQ |
|----------|----------|--------------------|

LOCKE, TERRY
2004 WHITNEY LANE
MCKINNEY, TX 75070

Claim Number: 7153
Claim Date: 03/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $49,376.00 |
|----------|----------|------------|

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3969
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $4,246.27 |
|----------|----------|-----------|

LOCKHART, LEWIS
4001 E CHAPEL HILL-NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 3970
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| PRIORITY | Claimed: | $91,623.78 |
|----------|----------|------------|

LOCKHART, LEWIS
4001 E. CHAPEL HILL - NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4556
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $91,623.78 | | |
|----------|----------|------------|------------|------------|
| UNSECURED | | | Scheduled: | $91,623.78  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LOCKHART, LEWIS
4001 E. CHAPEL HILL - NELSON HWY
PO BOX 13010
RESEARCH TRIANGLE PARK, NC 27709-3010

Claim Number: 4557
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,246.27 |
|---|---|---|

---

LOCKHART, LEWIS
1600 LIATRIS LANE
RALEIGH, NC 27613

Claim Number: 7818
Claim Date: 07/07/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $426,000.00 |
|---|---|---|

---

LOCKLEAR, DANIEL
1020 BRIARDALE COURT
FAIRVIEW, TX 75069

Claim Number: 1651
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $88,725.31 |

---

LOCKWOOD, MICHAEL D
SJO #116338
PO BOX 025331
MIAMI, FL 33102-5331

Claim Number: 1481
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $243,147.97 |
|---|---|---|

---

LOCKWOOD, MICHAEL D.
SJO #116338
PO BOX 025331
MIAMI, FL 33102-5331

Claim Number: 550
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $53,070.00 |
|---|---|---|

---

LODER, KAREN T
183 LAGOON DR
NORTHFIELD, IL 60093

Claim Number: 6846
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $44,263.75 |
|---|---|---|

---

LOE, ELLEN
W234 S3169 SUNSET VIEW
WAUKESHA, WI 53189

Claim Number: 4129
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $6,102.80 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LOEN, ERIK
1105 273RD PL SE
SAMMAMISH, WA 98075

Claim Number: 332
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $8,161.21 |

---

LOEN, ERIK
1105 273RD PLACE SE
SAMMAMISH, WA 98075

Claim Number: 2255
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6415
Claim out of balance

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $9,873.80 | | |
| UNSECURED | | | Scheduled: | $8,347.85 UNLIQ |
| TOTAL | Claimed: | $8,161.21 | | |

---

LOEN, ERIK
1105 273RD PL SE
SAMMAMISH, WA 98075

Claim Number: 6415
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,229.62 |

---

LOEN, ERIK
7 RED BIRCH COURT
DANVILLE, CA 94506

Claim Number: 8334
Claim Date: 08/09/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance; amends claim 2255

| | Claimed: | |
|---|---|---|
| PRIORITY | | $10,950.00 |
| TOTAL | Claimed: | $8,161.21 |

---

LOEN, ERIK R.
1105 273RD PL SE
SAMMAMISH, WA 98075

Claim Number: 6416
Claim Date: 12/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 332 and 2255

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $10,229.62 |

---

LOFTIN-HAYES, MARY GRACE
4309 HORSESHOE BEND
MATTHEWS, NC 28104

Claim Number: 870
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $127,251.21 |

---

LOG ME IN, INC.
ATTN: PATRICK MURPHY
500 UNICORN PARK DRIVE
WOBURN, MA 01801

Claim Number: 5992
Claim Date: 10/16/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $10,931.51 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LOGGINS, ESTELLE L.
6717 LATTA STREET
DALLAS, TX 75227

Claim Number: 7604
Claim Date: 02/21/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $211,533.78 |
|---|---|---|

---

LOGUE, JOSEPH
10224 BUSHVELD LN
RALEIGH, NC 27613

Claim Number: 5565
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $161,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $161,200.00 |
| TOTAL | Claimed: | $161,200.00 |

---

LONG ISLAND LIGHTING COMPANY DBA LIPA
ELISA M PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 504
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7430 (03/22/2012)

| UNSECURED | Claimed: | $81,915.51 |
|---|---|---|

---

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 2532
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7313

| UNSECURED | Claimed: | $114,929.93 |
|---|---|---|

---

LONG, ANDREW
1104 BAYFIELD DRIVE
RALEIGH, NC 27606

Claim Number: 7313
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2532

| UNSECURED | Claimed: | $163,853.06 |
|---|---|---|

---

LONG, TAMMY M.
3218 FOY JANE TRAIL
BURLINGTON, NC 27217

Claim Number: 8310
Claim Date: 07/09/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $13,976.52 |
|---|---|---|

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: ALFRED WILLIAMS & CO
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 530
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $54,133.57 | Scheduled: | $54,133.57 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: SHEEHAN PHINNEY BASS + GREEN
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3548
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim 826.

| UNSECURED | Claimed: | $290,309.75 |
| --- | --- | --- |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: ASTEC AMERICA INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3552
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6295 (09/02/2011)

| SECURED | Claimed: | $132,939.52 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $84,567.98 |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: EMERSON NETWORK POWER
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3553
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6295 (09/02/2011)

| SECURED | Claimed: | $245,546.64 |
| --- | --- | --- |
| UNSECURED | Claimed: | $1,438,904.86 |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: EMERSON NETWORK POWER
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3554
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6295 (09/02/2011)

| UNSECURED | Claimed: | $355,196.38 |
| --- | --- | --- |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: EMERSON NETWORK POWER
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3556
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6295 (09/02/2011)

| ADMINISTRATIVE | Claimed: | $222,220.15 |
| --- | --- | --- |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: EMERSON NETWORK POWER
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 3557
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 6295 (09/02/2011)

| ADMINISTRATIVE | Claimed: | $29,837.25 |
| --- | --- | --- |

---

LONGACRE INSTITUTIONAL OPPORTUNITY FUND
TRANSFEROR: TOMORROW 35 CENTURY, LP
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 5779
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $60,579.30 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: WIND TELECOM SA<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 7069<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7112 (01/20/2012) | | | |
| UNSECURED          Claimed: | $1,050,000.00 | Scheduled: | $1,050,000.00  DISP | |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: BWCS, LTD.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8121<br>Claim Date: 12/22/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $40,000.00 | | | |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND<br>TRANSFEROR: WIND TELECOM, S.A.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8199<br>Claim Date: 02/21/2012<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED | | | |
| UNSECURED          Claimed: | $200,000.00 | | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: PHOENIX TELECOM SOLUTIONS, I<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 76-01<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED          Claimed: | $57,451.39 | | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: PHOENIX TELECOM SOLUTIONS<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 76-02<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED          Claimed: | $11,900.00 | | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SECURITAS SECURITY SERVICES<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 999<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5928 (07/11/2011) | | | |
| UNSECURED          Claimed: | $824,348.53 | Scheduled: | $174,624.94 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HARTE HANKS INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1769<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $37,000.00 | Scheduled: | $37,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CENTRAL GENERAL ENGINEERING<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2205<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) | |
| UNSECURED          Claimed: | $110,581.05 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ESQUADRA PUBLICITARIA<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2317<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED          Claimed: | $7,817.67 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ESQUADRA PUBLICITARIA<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2318<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED          Claimed: | $7,450.64 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 2352<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | |
| UNSECURED          Claimed: | $248,942.30 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FAIR HARBOR CAPITAL, LLC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2993<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $74,244.98 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: IMPULSE TECHNOLOGIES<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3591<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $105,569.92 | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ESQUADRA PUBLICITARIA<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4017<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED          Claimed: | $4,732.80 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GRANDMONT CONSULTING INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 4140
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,620.00 | Scheduled: | $14,620.00 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ASCENTIUM CORPORATION
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5917
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,172.00 | Scheduled: | $15,556.00 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GINTEL
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 5938
Claim Date: 10/09/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,200.00 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HARTE-HANKS, INC. AND ITS AF
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 6947
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $39,270.76 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: COLLEVECCHIO ENTERPRISES, IN
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 7148
Claim Date: 03/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $248,942.30 | Scheduled: | $209,073.80 |

---

LONGAKER, DAVID
302 WOODLAWN RD.
BALTIMORE, MD 21210

Claim Number: 4045
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,408.93 |

---

LONGAKER, DAVID J
302 WOODLAWN RD.
BALTIMORE, MD 21210

Claim Number: 4046
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $202,393.52 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LONGAKER, DAVID J.<br>302 WOODLAWN RD.<br>BALTIMORE, MD 21210 | Claim Number: 248<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $135,003.25 |
|---|---|---|

| LOONEY, ROBERT J<br>3600 HOODS HILL RD<br>NASHVILLE, TN 37215-2023 | Claim Number: 5426<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,334.50 |
|---|---|---|

| LOONEY, ROBERT J<br>3600 HOODS HILL RD.<br>NASHVILLE, TN 37215 | Claim Number: 5560<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $129,334.50 |
|---|---|---|

| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | Claim Number: 2298<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $43,290.00 |
|---|---|---|

| LOPEZ, RICARDO<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | Claim Number: 2299<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $43,290.00 |
|---|---|---|

| LOPEZ, RICARDO A<br>C5 CALLE 6<br>BAYAMON, PR 00959-8140 | Claim Number: 6361<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $40,274.97 |
|---|---|---|

| LOPEZ, RICARDO A<br>CALLE 6C-5 ALT DE FLAMBOYAN<br>BAYAMON, PR 00959 | Claim Number: 6362<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,274.97 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $43,528.03 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LOPEZ, ROBERTO<br>919 CEDARVALE CT<br>DALLAS, TX 75217 | | Claim Number: 5537<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,171.91 |
| UNSECURED | Claimed: | $160,978.36 | Scheduled: | $66,103.57 |

---

| LOPEZ, ROBERTO<br>919 CEDARVILLE CT<br>DALLAS, TX 75217 | | Claim Number: 5538<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| LORENZO, CHRISTOPHE<br>3502 NORWOOD CIRCLE<br>RICHARDSON, TX 75082 | | Claim Number: 3854<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $72,702.98 |

---

| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | | Claim Number: 7592<br>Claim Date: 02/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8179 |
|---|---|---|
| UNSECURED | Claimed: | $310,124.07 |

---

| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | | Claim Number: 8179<br>Claim Date: 01/24/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7592 |
|---|---|---|
| UNSECURED | Claimed: | $334,546.37 |

---

| LORIMER, DEBORAH G.<br>226 APPLEBY COURT<br>SMYRNA, TN 37167 | | Claim Number: 8235<br>Claim Date: 04/02/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8179 |
|---|---|---|
| UNSECURED | Claimed: | $334,546.37 |

---

| LOS ANGELES COUNTY TREASURER & TAX<br>COLLECTOR<br>ATTN: B SANDOZ<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | | Claim Number: 1429<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LOS ANGELES COUNTY TREASURER & TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 7450<br>Claim Date: 10/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1325 |
|---|---|

| SECURED | Claimed: | $5,540.30 |
|---|---|---|

| LOTOCHINSKI, EUGENE B<br>879 CURTISWOOD LANE<br>NASHVILLE, TN 37204 | Claim Number: 3662<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $356,747.02 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| LOUIS, CATHERINE<br>310 RUSTIC RIDGE RD<br>CARY, NC 27511 | Claim Number: 2828<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $262,649.39 |
|---|---|---|

| LOUIS, CATHERINE<br>310 RUSTIC RIDGE RD<br>CARY, NC 27511-3750 | Claim Number: 2883<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $262,649.39 |
|---|---|---|

| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY 40232-5410 | Claim Number: 609<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $450.42 |
|---|---|---|

| LOUISVILLE METRO REVENUE COMMISSION<br>PO BOX 35410<br>617 W JEFFERSON ST<br>LOUISVILLE, KY 40232-5410 | Claim Number: 692<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $450.42 |
|---|---|---|

| LOVING, LEONIE J.<br>695 SAINT IVES DRIVE<br>ATHENS, GA 30606 | Claim Number: 6008<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LOVING, ROBERT B.
695 SAINT IVES DR
ATHENS, GA 30606-3872

Claim Number: 5544
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

LOWE MARTIN GROUP
PO BOX 9702, TERMINAL
OTTAWA, ON K1G 4E9
CANADA

Claim Number: 8019
Claim Date: 10/11/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount is CAD $64,721.00

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,783.27 |

---

LOWE, NEVILLE P
3003 CAMBRIDGE HILL DRIVE
DACULA, GA 30019

Claim Number: 4025
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $155,019.69 | Scheduled: | $0.00  UNLIQ |

---

LOWE, RICHARD
701 BANDERA DRIVE
ALLEN, TX 75013

Claim Number: 5891
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,604.68 |

---

LOWMAN, TERESITA (SITA)
2649 FAIRWAY RIDGE
MCKINNEY, TX 75070

Claim Number: 8012
Claim Date: 10/03/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $55,667.00 |

---

LU, HONGFENG
3429 DANBURY LN
PLANO, TX 75074

Claim Number: 356
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $24,230.78 |

---

LU, HONGFENG
3429 DANBURY LN
PLANO, TX 75074

Claim Number: 357
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $79,823.04 | | |
| UNSECURED | | | Scheduled: | $24,230.75 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LUBBERS, THOMAS
5607 GREEN CIRCLE DRIVE
APT 1
MINNETONKA, MN 55343

Claim Number: 6500
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

LUBBERS, THOMAS F
5607 GREEN CIRCLE DR
APT 1
MINNETONKA, MN 55343

Claim Number: 6499
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.

---

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

LUBKE, JERRI
12509 TAPPERSFIELD COURT
RALEIGH, NC 27613

Claim Number: 7741
Claim Date: 05/26/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $10,997.89 |
|---|---|---|

LUCENTE, EDWARD
2029 BRENT PL
PALM HARBOR, FL 34683-2801

Claim Number: 2956
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $260,000.00 |
|---|---|---|

LUCERO, MARTIN
2000 S EADS ST APT 119
ARLINGTON, VA 22202-3100

Claim Number: 1222
Claim Date: 05/22/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $10,099.52 |
|---|---|---|

LUCKINBILL, CHARLES R
25371 SOUTH 676 RD
GROVE, OK 74344

Claim Number: 2425
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY
| UNSECURED | Claimed: | $211,751.97 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

LUCKINBILL, CHARLES R.
25371 S. 676 ROAD
GROVE, OK 74344

Claim Number: 707
Claim Date: 03/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

---

| PRIORITY | Claimed: | $211,751.97 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LUGAR, BRENDA W.<br>2105 LITTLE ROGERS ROAD<br>DURHAM, NC 27704 | Claim Number: 455<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,139.65 | |
| UNSECURED | Claimed: | $41,873.68 | Scheduled: | $41,949.05 |

---

| LUKAS, YVONNE<br>6909 SHORECREST DR.<br>ROWLETT, TX 75089 | Claim Number: 1132<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,070.44 | |

---

| LUKER, OLIVER<br>BARIO SAN ROMANO<br>VILLANUEVA DE SANTO ADRIANO<br>ASTURIAS, 33115<br>SPAIN | Claim Number: 7644<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $67,640.99 | |

---

| LUMINENT / SOURCE PHOTONICS<br>20550 NORDHOFF ST<br>CHATSWORTH, CA 91311 | Claim Number: 6568<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,952.00 | |

---

| LUMINENTOIC<br>20550 NORDHOFF STREET<br>CHATSWORTH, CA 91311-6113 | Claim Number: 6567<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,952.00 | |

---

| LUNA, MILLIE<br>2613 HEADS AND TAILS LN<br>MCKINNEY, TX 75071 | Claim Number: 7353<br>Claim Date: 07/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $49,699.83 | |

---

| LUO, JIANJUN<br>2813 LAKEFIELD DR.<br>WYLIE, TX 75098 | Claim Number: 712<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,927.15 |
| UNSECURED | Claimed: | $41,897.60 | Scheduled: | $23,902.49 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

LUTHI & CO LAW OFFICES
AMERICA HOUSE PO BOX 33113
35 SHAUL HAMELECH BLVD
TEL AVIV, 64927
ISRAEL

Claim Number: 5844
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,858.03 |
|---|---|---|

---

LUTHI & CO LAW OFFICES
AMERICA HOUSE PO BOX 33113
35 SHAUL HAMELECH BLVD
TEL AVIV, 64927
ISRAEL

Claim Number: 5845
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $4,858.03 |
|---|---|---|

---

LUTZ, PAUL M.
4738 JOBE TRAIL
NOLENSVILLE, TN 37135

Claim Number: 719
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $6,540.91 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,532.76 | Scheduled: | $20,599.34 |

---

LUZNY, DOUGLAS
3610-44 ST.
LEDUC, B T9E 6A1
CANADA

Claim Number: 3365
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $12,591.30 |
|---|---|---|

---

LY, VICTOR
1329 NEWBURY LANE
PLANO, TX 75025

Claim Number: 780
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| PRIORITY | Claimed: | $59,653.84 |
|---|---|---|

---

LYELL, MIKE
2034 GLENDWICK LN
GARLAND, TX 75040

Claim Number: 3503
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,672.06 |
|---|---|---|

---

LYNCH, ARNOLD
5512 NORTH HILLS DRIVE
RALEIGH, NC 27612

Claim Number: 7826
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $67,058.10 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| LYNHAM, SUSAN<br>163 BUCKINGHAM DRIVE<br>REHOBOTH BEACH, DE 19971 | Claim Number: 949<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $63,610.96 |

---

| LYNX UK LIMITED<br>UNIT 1, TOWERGATE INDUSTRIAL PARK<br>COLEBROOK WAY<br>ANDOVER HANTS, SP10 3BB<br>GREAT BRITAIN | Claim Number: 2995<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $14,618.75 |

---

| LYNX UK LTD<br>UNIT 4 TOWERGATE INDUSTRIAL PK<br>ANDOVER, SP10 3BB<br>GREAT BRITAIN | Claim Number: 2994<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $14,618.75 |

---

| M. SCOTT JOHNSON & ASSOCIATES<br>D/B/A WEST VIRGINIA INSURANCE AGENCY<br>130 BROOKSHIRE LANE<br>BECKLEY, WV 25801 | Claim Number: 5339<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |

| UNSECURED | Claimed: | $48,092.36 |

---

| M1 PROFESSIONAL SERVICES INC<br>PO BOX 1032<br>COOKSTOWN, ON L0L 1L0<br>CANADA | Claim Number: 2381<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |

| ADMINISTRATIVE | Claimed: | $50,271.95 |

---

| MA, CHEN CHEN<br>7921 CONSTITUTION DR.<br>PLANO, TX 75025 | Claim Number: 442<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $52,673.25 |

---

| MA, CHEN-CHEN<br>7921 CONSTITUTION DR<br>PLANO, TX 75025 | Claim Number: 4424<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $11,230.10 | Scheduled: | $2,455.02 |
| UNSECURED | Claimed: | $41,443.15 | Scheduled: | $50,933.26 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MACAPULAY, SALLY<br>1736 SEVILLE WAY<br>MILPITAS, CA 95036 | | Claim Number: 7443<br>Claim Date: 09/28/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $24,249.55 | | | |
| MACAPULAY, SALLY Y.<br>1736 SEVILLE WAY<br>SAN JOSE, CA 95131 | | Claim Number: 7440<br>Claim Date: 09/27/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $24,249.55 | | | |
| MACDONALD, JOHN<br>C/O TERRY V. MACDONALD<br>6025 WELLESLEY WAY<br>BRENTWOOD, TN 37027 | | Claim Number: 4574<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8403 (09/05/2012) | | | |
| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ | |
| MACDONALD, JOHN<br>C/O TERRY V. MACDONALD<br>6025 WELLESLEY WAY<br>BRENTWOOD, TN 37027 | | Claim Number: 4576<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $98,407.22 | Scheduled: | $0.00 UNLIQ | |
| MACDONALD, TERRY V.<br>6025 WELLESLEY WAY<br>BRENTWOOD, TN 37027 | | Claim Number: 4575<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8403 (09/05/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| MACDONALD, TERRY V.<br>6025 WELLESLEY WAY<br>BRENTWOOD, TN 37027 | | Claim Number: 4577<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8403 (09/05/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| MACHALICEK, REBECCA<br>4708 RUSTIC RIDGE CT.<br>SACHSE, TX 75048 | | Claim Number: 7631<br>Claim Date: 03/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,346.23 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MACKAY, EVA
181 BERKELEY ROAD
NORTH ANDOVER, MA 01845

Claim Number: 6736
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| ADMINISTRATIVE | Claimed: | $10,297.11 |
|---|---|---|

---

MACKAY, EVA
181 BERKELEY ROAD
NORTH ANDOVER, MA 01845

Claim Number: 6737
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $10,297.11 |
|---|---|---|

MACKEY, DANIEL
41 TRUMAN DRIVE
RANDOLPH, MA 02368

Claim Number: 3351
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MACKEY, DANIEL
41 TRUMAN DRIVE
RANDOLPH, MA 02368

Claim Number: 3352
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

MACKEY, SUSAN
565 FREESTONE DRIVE
ALLEN, TX 75002-4119

Claim Number: 4754
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $52,878.49 |
|---|---|---|

MACKIEL, JOAN
44 BOSTON AVENUE
NORTH ARLINGTON, NJ 07031

Claim Number: 7205
Claim Date: 04/14/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $16,300.00   UNLIQ |
|---|---|---|

MACKINNON, PETER
706 BANDERA DR.
ALLEN, TX 75013

Claim Number: 412
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $166,780.65 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MACKINNON, PETER
706 BANDERA DR.
ALLEN, TX 75013

Claim Number: 5335
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $150,000.00 UNLIQ |
|---|---|---|

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4431
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $88,362.91 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

MACLAREN, PETER
1496 WEST HILL ROAD
WARREN, VT 05674

Claim Number: 4432
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $775,979.96 | Scheduled: | $775,979.96 UNLIQ |
|---|---|---|---|---|

MACRO 4, INC.
C/O UNICOM PLAZA, SUITE 310
ATTN: JOSEPH T GAUTHIER, ESQ
15535 SAN FERNANDO MISSION BLVD.
MISSION HILLS, CA 91345

Claim Number: 1626
Claim Date: 07/31/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

| UNSECURED | Claimed: | $7,247.04 |
|---|---|---|

MADER, JACQUES D.
822 BONNIE CT
MURPHY, TX 75094

Claim Number: 3378
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,917.31 |
|---|---|---|

MADI, HAMID
4605 SPRINGERLY LN
RALEIGH, NC 27612-4923

Claim Number: 3265
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $11,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,000.00 |
| TOTAL | Claimed: | $11,000.00 |

MADI, HAMID
4605 SPRINGERLY LANE
RALEIGH, NC 27612

Claim Number: 7385
Claim Date: 08/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $11,500.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MADISON, SUZANNE<br>158 POST HILL ROAD<br>BRANDON, MS 39042 | | Claim Number: 3750<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $9,725.00 | | | |
| UNSECURED | Claimed: | $14,347.20 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MADSEN, CLINT<br>2212 MAUMELLE DRIVE<br>PLANO, TX 75023 | | Claim Number: 3370<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $1,952.96 |
| UNSECURED | Claimed: | $26,365.02 | Scheduled: | $36,259.63 |

---

| | | | | | |
|---|---|---|---|---|---|
| MAGERS, DEBORAH L<br>142 WESTCHESTER WAY<br>BATTLE CREEK, MI 49015 | | Claim Number: 2590<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| MAGERS, DEBORAH LYNN<br>142 WESTCHESTER WAY<br>BATTLE CREEK, MI 49015 | | Claim Number: 2589<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| MAGINLEY, RONALD<br>621 JOHN CLOSE<br>MURPHY, TX 75094 | | Claim Number: 3328<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,471.99 |
| UNSECURED | Claimed: | $20,521.97 | Scheduled: | $28,501.51 |

---

| | | | | | |
|---|---|---|---|---|---|
| MAHONEY, JOHN A<br>822 LAKE EVALYN DRIVE<br>CELEBRATION, FL 34747 | | Claim Number: 5806<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,945.82 |

---

| | | | | | |
|---|---|---|---|---|---|
| MAHONEY, JOHN A.<br>822 LAKE EVALYN DR<br>PO BOX 470218<br>CELEBRATION, FL 34747-0218 | | Claim Number: 5805<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,945.82 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MAHONEY, SUZANNE C<br>62 CRYSTAL STREET<br>HAVERHILL, MA 01832 | | Claim Number: 2085<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|
| UNSECURED | Claimed: | $272.99   UNLIQ |

---

| MAHONEY, SUZANNE C.<br>62 CRYSTAL ST<br>HAVERHILL, MA 01832 | | Claim Number: 2086<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $272.99   UNLIQ |

---

| MAJUMDAR, ABHIJIT<br>609 QUAIL RUN DR.<br>MURPHY, TX 75094 | | Claim Number: 3514<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,000.00 |

---

| MAJUMDAR, ABHIJIT<br>2600 E RENNER RD APT 290<br>RICHARDSON, TX 75082-3494 | | Claim Number: 3515<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $10,000.00 |

---

| MALCOLM, BARRY L<br>1140 LONE OAK LN SW<br>ORONOCO, MN 55960 | | Claim Number: 387<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,542.85   UNLIQ |

---

| MALIK, ALKA<br>40 FREDERICK STREET<br>BELMONT, MA 02478 | | Claim Number: 894<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $63,027.02 |

---

| MALIK, ALKA<br>40 FREDERICK STREET<br>BELMONT, MA 02478 | | Claim Number: 1663<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $6,545.11 |
| SECURED | Claimed: | $6,545.11 |
| TOTAL | Claimed: | $6,545.11 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MALIK, IMAD<br>7039 VALLEY BROOK DRIVE<br>FRISCO, TX 75035 | Claim Number: 5800<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $40,374.46 |
|---|---|---|

---

| MALONE-WILLIAMSON, CONNIE C<br>197 HILL COUNTRY ROAD 4141<br>ITASCA, TX 76055-5011 | Claim Number: 79<br>Claim Date: 01/28/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $29,543.54 |
|---|---|---|
| SECURED | Claimed: | $7,034.18 |
| UNSECURED | Claimed: | $22,509.36 |
| TOTAL | Claimed: | $29,543.54 |

---

| MALONE-WILLIAMSON, CONNIE C<br>197 HILL COUNTY RD 4141<br>ITASCA, TX 76055 | Claim Number: 1544<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,643.02 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,300.36 | Scheduled: | $27,124.18 |

---

| MALZAHN, MARK J.<br>1013 TIMBERLINE LN<br>ALLEN, TX 75002 | Claim Number: 2008<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $94,861.20 |
|---|---|---|

---

| MANARAS, JOHN<br>99 COLBOURNE CRESCENT<br>BROOKLINE, MA 02445-4571 | Claim Number: 1859<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,837.46 | Scheduled: | $6,837.46 UNLIQ |
|---|---|---|---|---|

---

| MAND, M G<br>618 BERWICK ROAD<br>WILMINGTON, DE 19803-2204 | Claim Number: 4158<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $828,013.47 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MAND, M G
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 4397
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7074

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

MAND, M G
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 7074
Claim Date: 02/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8319

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

MAND, MARTIN G.
618 BERWICK ROAD
WILMINGTON, DE 19803-2204

Claim Number: 8319
Claim Date: 07/18/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7074

| UNSECURED | Claimed: | $360,000.00 |
| --- | --- | --- |

MANGUM, DAVID
3088 WALTERS RD
CREEDMOOR, NC 27522

Claim Number: 3627
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| --- | --- | --- |

MANITIUS, JERZY
12412 SHALLOWFORD DR
RALEIGH, NC 27614

Claim Number: 3416
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $113,072.89 |
| --- | --- | --- |

MANITIUS, JERZY
12412 SHALLOWFORD DR
RALEIGH, NC 27614

Claim Number: 4609
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $56,609.50 |
| --- | --- | --- |

MANLEY, JAMES P.
851 GREENSIDE DR APT 4116
RICHARDSON, TX 75080-1160

Claim Number: 39
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,544.68 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $61,174.88 | Scheduled: | $71,034.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MANLEY, JOHN P
2290 BOWMAN ROAD
OTTAWA, ON K1H 6V6
CANADA

Claim Number: 5331
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

MANN, DONNA M.
FORMERLY CHARLES MANN (DECEASED)
329 KYFIELDS
WEAVERVILLE, NC 28787

Claim Number: 3955
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $86,567.25 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

MANN, WENDY
2114 CLARET LANE
MORRISVILLE, NC 27560

Claim Number: 5386
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $80,753.40 | | |
|---|---|---|---|---|

MANN, WENDY B.
2114 CLARET LN
MORRISVILLE, NC 27560-6892

Claim Number: 5387
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $80,753.40 | | |
|---|---|---|---|---|

MANN, WENDY BOSWELL
2114 CLARET LANE
MORRISVILLE, NC 27560

Claim Number: 7885
Claim Date: 08/02/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $458,898.13 | | |
|---|---|---|---|---|

MANNING, BRIAN
500 KINGS COUNTY CT
ALPHARETTA, GA 30004

Claim Number: 7510
Claim Date: 12/06/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $28,000.00 | | |
|---|---|---|---|---|

MANNO, MICHAEL A.
325 CHICORY LN
BUFFALO GROVE, IL 60089-1836

Claim Number: 994
Claim Date: 04/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $38,585.17 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MANTON, PAM<br>5910 DERBY ROCK LOOP<br>MANITOU SPRINGS, CO 80829 | Claim Number: 8181<br>Claim Date: 01/26/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $6,048.20 |

| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | Claim Number: 5766<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $144,000.00 |

| MAR, JUNG<br>355 ALDENSHIRE PL<br>ATLANTA, GA 30350 | Claim Number: 5767<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $120,000.00 | Scheduled: | $0.00  UNLIQ |

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: CRT SPECIAL INVESTMENTS LLC<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | Claim Number: 1461-03<br>Claim Date: 06/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7409 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,013,316.44 |

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: NETIQ CORPORATION<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | Claim Number: 1702<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $441,288.52 |

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: COX COMMUNICATIONS, INC.<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | Claim Number: 4642<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7072 (01/06/2012) |
|---|---|

| UNSECURED | Claimed: | $7,977,892.36 |

| MARBLEGATE SPECIAL OPP. MASTER FUND LP<br>TRANSFEROR: DEUTSCHE BANK SECURITIES INC<br>ATTN: MARK E. ZOLDAN<br>80 FIELD POINT ROAD<br>GREENWICH, CT 06830 | Claim Number: 7897-01<br>Claim Date: 08/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6977 (12/14/2011) |
|---|---|

| UNSECURED | Claimed: | $3,000,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MARCANO, PEDRO
51 MASSACHUSSETTS AVE
WALPOLE, MA 02081

Claim Number: 4254
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,346.50 | Scheduled: | $13,978.90 |

MARCANTI, LARRY
16 MONROE CT
ALLEN, TX 75002

Claim Number: 2726
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,418.24 |

MARCANTI, LARRY
16 MONROE CT
ALLEN, TX 75002

Claim Number: 4780
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,418.24 |

MARDIROSIAN, PAUL
23 S OXFORD RD.
MILLBURY, MA 01527

Claim Number: 5863
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $10,334.86  UNLIQ |

MARDIROSIAN, PAUL
23 S OXFORD RD
MILLBURY, MA 01527

Claim Number: 7105
Claim Date: 02/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $60,000.00 |

MARGHOOB, SHAMAHRUKH
25394 SEQUOIAWOOD WAY
LAKE FOREST, CA 92630-6478

Claim Number: 3764
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,516.77 |

MARGHOOB, SHAMAHRUKH
1201 WALNUT AVE, APT. 59
TUSTIN, CA 92780

Claim Number: 3766
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,516.77 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3765<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $9,516.77 | |
| MARGHOOB, SHAMAHRUKH B.<br>25394 SEQUOIAWOOD WAY<br>LAKE FOREST, CA 92630-6478 | Claim Number: 3767<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $9,516.77 | |
| MARGOZZI, MICHAEL A.<br>230 LA VIA AZUL COURT<br>MORGAN HILL, CA 95037 | Claim Number: 818<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $34,323.75 | |
| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 268<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8217 (08/20/2012) | |
| UNSECURED          Claimed: | $133,500.00 | |
| MARITZ CANADA INC<br>6900 MARITZ DRIVE<br>MISSISSAUGA, ONTARIO, L5W 1L8<br>CANADA | Claim Number: 379<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | |
| UNSECURED          Claimed: | $133,500.00 | |
| MARK, RAYMOND<br>1 RIVER PL APT 1406<br>NEW YORK, NY 10036-4370 | Claim Number: 1173<br>Claim Date: 05/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY          Claimed: | $113,160.07 | |
| MARK, RAYMOND<br>1336 S. FINLEY ROAD, APT 1C<br>LOMBARD, IL 60148 | Claim Number: 2516<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| PRIORITY          Claimed: | $120,697.42 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| MARK, RAYMOND<br>245 EAST 54TH STREET, APT. 26B<br>NEW YORK, NY 10022 | | Claim Number: 5903<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7565<br>Amends claims 1173 and 2516. |
| PRIORITY | Claimed: | $120,697.42 |
| MARK, RAYMOND<br>245 EAST 54TH STREET, APT. 26B<br>NEW YORK, NY 10022 | | Claim Number: 6688<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $126,295.90 |
| MARK, RAYMOND<br>1 RIVER PLACE APT. 1406<br>NEW YORK, NY 10036 | | Claim Number: 7565<br>Claim Date: 01/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 5903 |
| PRIORITY | Claimed: | $137,268.00 |
| MARKETSOURCE, INC.<br>ATTN: JESSICA SEARS<br>11700 GREAT OAKS WAY<br>ALPHARETTA, GA 30041 | | Claim Number: 1369<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $1,966,984.39 |
| MARKOVICH, JOHN M.<br>5713 COUNTRY FOREST DR.<br>RALEIGH, NC 27606 | | Claim Number: 1672<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $82,371.72 |
| MARKOWSKI, PHYLLIS<br>33 IVY HILL ROAD<br>OAKDALE, NY 11769 | | Claim Number: 4558<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,461.00 |
| MARKOWSKI, PHYLLIS<br>33 IVY HILL ROAD<br>OAKDALE, NY 11769 | | Claim Number: 4559<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,461.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MARKS, ROBIN<br>900 PYRAMID LAKE RD.<br>PO BOX 243<br>JASPER, AB T0E 1E0<br>CANADA | | Claim Number: 3410<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,610.00 | | |

| MARLOW, JOHN<br>10617 TIMBERKNOLL DR<br>RALEIGH, NC 27617 | | Claim Number: 5507<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,384.00 | | |

| MAROULIS, EFSTATHIOS<br>9686 AVALON DRIVE<br>FRISCO, TX 75035 | | Claim Number: 5451<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,298.84 | | |

| MARSONIA, RAJPRIYA<br>400 CAPELLAN ST.<br>WAKE FOREST, NC 27587 | | Claim Number: 6115<br>Claim Date: 11/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,076.96 | | |

| MARSONIA, RAJPRIYA<br>400 CAPELLAN ST.<br>WAKE FOREST, NC 27587 | | Claim Number: 6116<br>Claim Date: 11/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,076.96 | | |

| MARTI JR, LUIS G<br>157 MARTIN CIRCLE<br>ROYAL PALM BEACH, FL 33411 | | Claim Number: 4106<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| MARTIN, CHRISTOPHER<br>1220 HUNTSMAN DR.<br>DURHAM, NC 27713 | | Claim Number: 3580<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,524.86 |
| UNSECURED | Claimed: | $72,886.82 | Scheduled: | $77,114.62 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MARTIN, CHRISTOPHER D.<br>1220 HUNTSMAN DRIVE<br>DURHAM, NC 27713 | | Claim Number: 3570<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,035.40 | | |

---

| MARTIN, DAVID L<br>182 ROYCE DRIVE<br>BLOOMINGDALE, IL 60108 | | Claim Number: 7165<br>Claim Date: 03/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,800.00 | | |

---

| MARTIN, DENISE<br>182 ROYCE DR<br>BLOOMINGDALE, IL 60108-1927 | | Claim Number: 6121<br>Claim Date: 11/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $45,391.00 | | |

---

| MARTIN, DOUGLAS<br>480 SILVER SPRING RD<br>RIDGEFIELD, CT 06877 | | Claim Number: 33<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,852.76   UNLIQ | | |

---

| MARTIN, DOUGLAS G<br>480 SILVER SPRING RD<br>RIDGEFIELD, CT 06877 | | Claim Number: 3827<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $894,911.77 | Scheduled: | $0.00  UNLIQ |

---

| MARTIN, EDLENE<br>8005 CHADBOURNE CT<br>RALEIGH, NC 27613 | | Claim Number: 4259<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 18. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,523.99 |
| UNSECURED | Claimed: | $69,267.21 | Scheduled: | $73,600.43 |

---

| MARTIN, EDLENE PASS<br>8005 CHADBOURNE CT<br>RALEIGH, NC 27613 | | Claim Number: 18<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $68,808.00 | | |
| UNSECURED | Claimed: | $18,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| MARTIN, GAY L.<br>293 BLACKSTONE BLVD.<br>PROVIDENCE, RI 02906 | | Claim Number: 8205<br>Claim Date: 02/29/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $8,443.09 |
| MARTIN, JACQUELINE<br>15737 STONEBRIDGE DRIVE<br>FRISCO, TX 75035 | | Claim Number: 4088<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>SECURED<br>UNSECURED | Claimed: | $22,733.08 |
| MARTIN, JO<br>3944 STONYRUN DR.<br>LOUISVILLE, KY 40220 | | Claim Number: 6037<br>Claim Date: 10/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,105.00 |
| MARTIN, JOHN<br>12 HARDENBERGH STREET<br>SOMERSET, NJ 08873 | | Claim Number: 1639<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7837 |
| UNSECURED | Claimed: | $304,972.50 |
| MARTIN, JOHN<br>12 HARDENBERGH STREET<br>SOMERSET, NJ 08873 | | Claim Number: 7837<br>Claim Date: 07/12/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1639 |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $298,269.92 |
| MARTIN, LOUIS S.<br>1024 TWIN CREEK RD<br>APEX, NC 27523 | | Claim Number: 3160<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $86,555.71 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MARTIN, ROBERT H<br>6301 WESTWIND DR<br>GREENSBORO, NC 22410 | | Claim Number: 3020<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| MARTIN, ROBERT H<br>6301 WESTWIND DRIVE<br>GREENSBORO, NC 27410 | | Claim Number: 3021<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| MARTIN, STANLEY<br>4753 OLD BENT TREE LN # 1206<br>DALLAS, TX 75287 | | Claim Number: 4021<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,639.20 | | | |
| MARTIN, WADE<br>4058 BARBER MILL RD<br>CLAYTON, NC 27520 | | Claim Number: 3454<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | | | | Scheduled: | $5,407.43 |
| UNSECURED | Claimed: | $55,005.57 | | Scheduled: | $56,572.32 |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | | Claim Number: 1983<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $4,026.26 | | | |
| UNSECURED | Claimed: | $96,530.03 | | Scheduled: | $100,556.29 |
| MARYAK, JENIFER<br>10720 DUNHILL TER<br>RALEIGH, NC 27615 | | Claim Number: 1985<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $53,098.76 | | Scheduled: | $53,098.76  UNLIQ |
| MASON, TIINA<br>2 CAROL ANN LN<br>AMHERST, NH 03031 | | Claim Number: 7810<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $70,834.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MASSACHUSETTS MATERIALS RESEARCH
1500 CENTURY DRIVE
WEST BOYLSTON, MA 01583-2115

Claim Number: 1738
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $5,087.50 | Scheduled: | $0.00 UNLIQ |

---

MASSACHUSETTS MATERIALS RESEARCH INC
1500 CENTURY DRIVE
WEST BOYLSTON, MA 01583-2115

Claim Number: 1737
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $5,087.50 |

---

MASSENGILL, TERRY
126 KERRI DR
GARNER, NC 27529

Claim Number: 7576
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $263,092.00 |

---

MASTERS, SANDRA L.
227 WALFORD WAY
CARY, NC 27519

Claim Number: 7887
Claim Date: 08/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $23,076.92 |

---

MATAYA, MICHAEL
100 CHASE LN
MARION, IL 62959-5134

Claim Number: 3097
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $23,328.00 |

---

MATHENY, SCOTT
155 BAY DR.
HENDERSONVILLE, TN 37075

Claim Number: 803
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $14,809.84 |

---

MATHENY, SCOTT
155 BAY DR
HENDERSONVILLE, TN 37075

Claim Number: 1955
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY

| UNSECURED | Claimed: | $18,613.49 | Scheduled: | $15,140.91 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MATHENY, SCOTT
155 BAY DR.
HENDERSONVILLE, TN 37075

Claim Number: 1956
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,613.49 | | |

---

MATHENY, SCOTT
155 BAY DR.
HENDERSONVILLE, TN 37075

Claim Number: 1957
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,273.60 | | |

---

MATHENY, SCOTT
155 BAY DR
HENDERSONVILLE, TN 37075

Claim Number: 1958
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $58,273.60 | | |
| UNSECURED | | | Scheduled: | $57,496.60 UNLIQ |

---

MATHIEU, RUDY
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5524
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $575,168.00 | | |

---

MATHUR, RITESH
9610 CLIFFSIDE DRIVE
IRVING, TX 75063

Claim Number: 3975
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $450.00 | | |
| UNSECURED | Claimed: | $23,434.89 | Scheduled: | $23,884.89 |

---

MATTEUCCI, DENNIS D.
23 MULBERRY CT.
COAL CENTER, PA 15423

Claim Number: 4581
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $277,253.32 | | |

---

MATTHEWS, RICHARD LEE
8029 N MACARTHUR BLVD APT 3110
IRVING, TX 75063-7678

Claim Number: 2538
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,000.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MAUNG, ZAW
4012 DUCLAIR DRIVE
MCKINNEY, TX 75070

Claim Number: 1457
Claim Date: 07/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $17,271.92

---

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

Claim Number: 5749
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE          Claimed:          $15,174.26

---

MAY, JENNIFER
1326 HOOVER ST #10
MENLO PARK, CA 94025

Claim Number: 5750
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $15,174.26          Scheduled:          $15,174.26 UNLIQ

---

MAY, THOMAS O.
14034 CROSSTOWN BLVD. NW
ANDOVER, MN 55304

Claim Number: 314
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

UNSECURED          Claimed:          $388.72   UNLIQ

---

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6986
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

ADMINISTRATIVE          Claimed:          $600,000.00

---

MAYE, CLEVON J
1106 MAPLE AVE
APEX, NC 27502

Claim Number: 6987
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

SECURED          Claimed:          $600,000.00

---

MAYNOR, PAUL
1421 HATHERLEIGH CT.
RALEIGH, NC 27612

Claim Number: 7706
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $79,168.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MAYO, JOANNE D.<br>102 PINEHILL WAY<br>CARY, NC 27513 | | Claim Number: 7788<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $34,439.60 |
|---|---|---|

---

| MAZIARZ, THOMAS P.<br>7 EARLE DRIVE<br>LEE, NH 03861-6234 | | Claim Number: 7981<br>Claim Date: 09/15/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $52,825.33 |
|---|---|---|

---

| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS, 75008<br>FRANCE | | Claim Number: 5449<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

---

| MBA SOLLICITORS R/S VIRGINIE BOUET<br>4 AVENUE VAN DYCK<br>PARIS, 75008<br>FRANCE | | Claim Number: 5803<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) |
|---|---|---|

| UNSECURED | Claimed: | $3,472.00 |
|---|---|---|

---

| MCADOO, JOHN G, II<br>506 DEPOT ST<br>WHITESBORO, TX 76273 | | Claim Number: 7488<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $9,665.28 |
|---|---|---|

---

| MCALISTER, STEPHEN<br>94 GREEN LEVEL DR<br>ANGIER, NC 27501 | | Claim Number: 2329<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $69,528.06 |
|---|---|---|

---

| MCALISTER, STEVE<br>94 GREEN LEVEL DR.<br>ANGIER, NC 27501 | | Claim Number: 2330<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $3,030.64 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCARTHUR, BRANT
11500 AUTUMN OAKS LANE
RALEIGH, NC 27614

Claim Number: 8275
Claim Date: 05/29/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $7,339.09 |
|---|---|---|

MCBRIDE, ROBERT O.
4308 DENSIFLORUM CT
WILMINGTON, NC 28412

Claim Number: 8263
Claim Date: 05/17/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

---

| UNSECURED | Claimed: | $140,574.55 |
|---|---|---|

MCCAAN ERICKSON PUERTORICO
JOSE E. COLON SANTANA
315 COLL & TOSTE
SAN JUAN, PR 00918
PUERTO RICO

Claim Number: 1698
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

---

| UNSECURED | Claimed: | $10,279.70 |
|---|---|---|

MCCABE, KATHLEEN D
2868 COUNTRY LN
ELLICOTT CITY, MD 21042

Claim Number: 4817
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $235,233.00 |
|---|---|---|

MCCABE, KATHLEEN D
2868 COUNTRY LN
ELLICOTT CITY, MD 21042

Claim Number: 4818
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $235,233.00 |
|---|---|---|

MCCABE, ROBERT A
2009 MISSION RD
EDMOND, OK 73034

Claim Number: 4820
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $49,233.62 |
|---|---|---|

MCCABE, ROBERT A.
2009 MISSION RD
EDMOND, OK 73034

Claim Number: 605
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $68,923.08 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCCABE, ROBERT A.
2009 MISSION RD
EDMOND, OK 73034

Claim Number: 606
Claim Date: 03/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,172.00 |
|---|---|---|

MCCAIN, JOSEPH
3762 DOVE CREEK
CELINA, TX 75009

Claim Number: 6213
Claim Date: 12/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,869.41 |
|---|---|---|

MCCALLUM, RUSSELL L.
103 CEDARPOST DRIVE
CARY, NC 27513

Claim Number: 129
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $66,733.81 |
|---|---|---|

MCCALLUM, RUSSELL L.
103 CEDARPOST DRIVE
CARY, NC 27513

Claim Number: 161
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY
UNSECURED Claimed: $237,772.42    Scheduled: $64,346.42

MCCANN-ERICKSON
ATTN: MIKE CORDOVA
600 BATTERY STREET
SAN FRANCISCO, CA 94111

Claim Number: 3718
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $2,058,790.95 |
|---|---|---|

MCCARTHY, AUDREY A.
537 N MERCER STREET
ROCKY MOUNT, NC 27801

Claim Number: 8269
Claim Date: 05/21/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,395.20 |
|---|---|---|

MCCARTY, MONTY
43 N ASHLYN DR
CLAYTON, NC 27527

Claim Number: 5958
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED Claimed: $24,164.92

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MCCLAIN, JENNIFER<br>3105 FOXBORO DR.<br>RICHARDSON, TX 75082 | | Claim Number: 908<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $20,749.80 | Scheduled:<br>Scheduled: | $5,892.22<br>$17,671.18 | |
| MCCLAIN, STERLIN<br>12713 SOFT BREEZE LN<br>WAKE FOREST, NC 27587 | | Claim Number: 7994<br>Claim Date: 09/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8395 | | | |
| UNSECURED | Claimed: | $41,137.50 | | | |
| MCCLAIN, STERLIN<br>12713 SOFT BREEZE LN<br>WAKE FOREST, NC 27587 | | Claim Number: 8395<br>Claim Date: 10/22/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7994 | | | |
| UNSECURED | Claimed: | $41,137.50 | | | |
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3347<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,175.23 | Scheduled: | $1,037.74 UNLIQ | |
| MCCLELLAND, BRUCE<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3348<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,175.23 | | | |
| MCCLUNEY, FRANCINE<br>1006 STONES LANDING<br>KNIGHTDALE, NC 27545 | | Claim Number: 8323<br>Claim Date: 07/20/2012<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,694.20 | | | |
| MCCLURE, GARY C<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN 37027 | | Claim Number: 2456<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $11,712.14 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCCLURE, GARY C.<br>9213 HUNTERBORO DR<br>BRENTWOOD, TN 37027 | | Claim Number: 2455<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| MCCOLGAN, GILLIAN<br>2 BIRCH ROAD<br>WILMINGTON, MA 01887 | | Claim Number: 1667<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $50,655.87 |

| MCCOLGAN, GILLIAN<br>2 BIRCH ROAD<br>WILMINGTON, MA 01887 | | Claim Number: 7594<br>Claim Date: 02/07/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| MCCOLLOM, MOLLY<br>19 PARK PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 7695<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $13,954.93 |

| MCCOLLOM, MOLLY<br>19 PARK PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 7696<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7695 |
|---|---|---|
| UNSECURED | Claimed: | $13,954.93 |

| MCCONNELL, JAMES EARL<br>319 EAST CHATHAM ST.<br>APEX, NC 27502 | | Claim Number: 7969<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $47,460.00 |

| MCCORMICK, RICHARD D.<br>2045 EAST ALAMEDA AVENUE<br>DENVER, CO 80209 | | Claim Number: 3720<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MCCOY, ALTON<br>144 ROAN DRIVE<br>GARNER, NC 27529 | | Claim Number: 4500<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $2,797.70 | | |
| MCCOY, ALTON<br>144 ROAN DRIVE<br>GARNER, NC 27529 | | Claim Number: 4501<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $38,595.59 | Scheduled:<br>Scheduled: | $1,761.72<br>$39,702.48 |
| MCCOY, ANDRE<br>PO BOX 2034<br>BALA CYNWYD, PA 19004 | | Claim Number: 6691<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $5,000.00   UNLIQ | Scheduled: | $752.18  UNLIQ |
| MCCOY, ANDRE<br>PO BOX 2034<br>BALA CYNWYD, PA 19004 | | Claim Number: 6692<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $5,000.00   UNLIQ | | |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1197<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $41,811.89 | | |
| MCCOY, GEORGE<br>1977 SLEEPYHOLLOW<br>OLATHE, KS 66062 | | Claim Number: 1239<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2320 (01/21/2010) | | |
| PRIORITY | Claimed: | $41,811.89 | | |
| MCCOY, LAWRENCE W.<br>321 CHAPARRAL DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 349<br>Claim Date: 02/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $46,584.22 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCCOY, LAWRENCE W.
321 CHAPARRAL DRIVE
RICHARDSON, TX 75080

Claim Number: 654
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 349

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,581.35 |
| UNSECURED | Claimed: | $35,634.22 | Scheduled: | $39,110.55 |

---

MCCOY, LEONARD D
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 4227
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $317,285.12 |

---

MCCOY, LEONARD D.
4218 HIGH STAR LANE
DALLAS, TX 75287

Claim Number: 3749
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $317,285.12 | Scheduled: | $0.00 UNLIQ |

---

MCCOY, STACY E.
8329 COTTAGE HILL COURT
GAITHERSBURG, CT 20877

Claim Number: 1402
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $10,071.42 |

---

MCCRANEY, STEVEN
106 TRELLINGWOOD DRIVE
MORRISVILLE, NC 27560

Claim Number: 2991
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $117,100.37 |

---

MCCRAY, MICHAEL
40080 E. 88TH AVENUE
BENNETT, CO 80102

Claim Number: 6200
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

MCCRAY, MICHAEL
40080 EAST 88TH AVE
BENNETT, CO 80102

Claim Number: 6201
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCCRAY, MICHAEL
40080 EAST 88TH AVE
BENNETT, CO 80102

Claim Number: 6467
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $20,000.00 | | | |

---

MCCRORY, EILEEN
216 CONCORD RD.
LINCOLN, MA 01773

Claim Number: 3068
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $32,745.84

---

MCCULLOUGH, JEFFREY D.
2904 WHITEHART LANE
RALEIGH, NC 27606

Claim Number: 1016
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $43,318.37 | Scheduled: | $54,268.42 |

---

MCCUNE, BRIAN
1638 MATTHEWS AVE
VANCOUVER, BC V6J 2T2
CANADA

Claim Number: 2685
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $21,081.38 | | |
| UNSECURED | | | Scheduled: | $21,081.38 UNLIQ |

---

MCCUNE, BRIAN W.
1638 MATTHEWS AVE
VANCOUVER, BC V6J 2T2
CANADA

Claim Number: 2684
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE          Claimed:          $21,081.38

---

MCDADE, LEE J.
3823 COLE MILL RD.
DURHAM, NC 27712

Claim Number: 1073
Claim Date: 05/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $65,753.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCDANAL, JOHN D.<br>3512 NAPOLEON CT<br>PLANO, TX 75023 | | Claim Number: 7379<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,564.49 | | |

---

| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA 95422 | | Claim Number: 2781<br>Claim Date: 09/08/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $263.76   UNLIQ | | |

---

| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA 95422 | | Claim Number: 6494<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| MCDANIEL, GLORETTA A<br>11211 PATTERSON DR<br>CLEARLAKE, CA 95422 | | Claim Number: 6495<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

---

| MCDONALD COUNTY TELEPHONE COMPANY<br>PO BOX 207<br>PINEVILLE, MO 64856-0207 | | Claim Number: 7232<br>Claim Date: 04/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99.01 | | |

---

| MCDONALD, NORA<br>2318 CRESTVIEW LN<br>ROWLETT, TX 75088 | | Claim Number: 3952<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,986.32 | Scheduled: | $965.06 |
| UNSECURED | Claimed: | $9,581.36 | Scheduled: | $16,075.43 |

---

| MCDONALD, RODNEY<br>8690 NW 56TH ST<br>CORAL SPRINGS, FL 33067 | | Claim Number: 7368<br>Claim Date: 08/02/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,163.44 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCDONALD, RODNEY
8690 NW 56TH ST
CORAL SPRINGS, FL 33067

Claim Number: 7393
Claim Date: 08/27/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,214.90 |

---

MCDONOUGH, MICHAEL J., III
31 OLDE YORKE RD
RANDOLPH, NJ 07869

Claim Number: 1184
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $57,237.79 |
| UNSECURED | Claimed: | $57,237.79 |
| TOTAL | Claimed: | $57,237.79 |

---

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ONT., L6C 2A6
CANADA

Claim Number: 488
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,590.94 |

---

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ON L6C 2A6
CANADA

Claim Number: 2404
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,590.94 |

---

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ON L6C 2A6
CANADA

Claim Number: 2416
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 |

---

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ON L6C 2A6
CANADA

Claim Number: 2522
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $120,590.94 |

---

MCDOUGALL, RON
11 ROYAL TROON CRES.
MARKHAM, ON L6C 2A6
CANADA

Claim Number: 2523
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2320 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,590.94 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCDUFFIE, WILLIAM I.
480 PANORAMA PARK PLACE
CARY, NC 27519

Claim Number: 1403
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $55,171.71

---

MCEACHRON, DAVID E
18966 SARATOGA GLEN PLACE
SARATOGA, CA 95070

Claim Number: 6911
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

PRIORITY           Claimed:              $10,950.00
UNSECURED          Claimed:              $54,136.52

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 2480
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

UNSECURED          Claimed:              $0.00   UNDET

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 2481
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

PRIORITY           Claimed:              $0.00   UNDET

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 6841
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

ADMINISTRATIVE     Claimed:              $0.00   UNDET

---

MCEVILLA, KATIE
3019 MONROE
BELLWOOD, IL 60104

Claim Number: 6842
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

PRIORITY           Claimed:              $0.00   UNDET

---

MCFARLAND, DANA
7026 APEX BARBECUE ROAD
APEX, NC 27502

Claim Number: 1033
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY           Claimed:              $328,826.57

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCFARLAND, LISA C.<br>21 SUNNY OAKS PL<br>DURHAM, NC 27712 | | Claim Number: 7543<br>Claim Date: 12/28/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,988.67 |

---

| MCFEELY, SCOTT<br>29 LEXINGTON DR.<br>ACTON, MA 01720 | | Claim Number: 1798<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $58,854.23 |

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2891<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2892<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2893<br>Claim Date: 09/14/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2894<br>Claim Date: 09/14/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2895<br>Claim Date: 09/14/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2896<br>Claim Date: 09/14/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2897<br>Claim Date: 09/14/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2898<br>Claim Date: 09/14/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2899<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2900<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2901<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

| MCGEE, GERALDINE M.<br>124 BURT STREET<br>APT. 25<br>TECUMSEH, MI 49286-1172 | | Claim Number: 2902<br>Claim Date: 09/14/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $55.34   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2903
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
|-----------|----------|----------------|

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2904
Claim Date: 09/14/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
|-----------|----------|----------------|

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 2905
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $55.34   UNLIQ |
|-----------|----------|----------------|

---

MCGEE, GERALDINE M.
124 BURT STREET
APT. 25
TECUMSEH, MI 49286-1172

Claim Number: 6908
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

---

MCGEE-SMITH ANALYTICS
87 HORACE GREELEY RD
AMHERST, NH 30311612

Claim Number: 230
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| PRIORITY | Claimed: | $2,200.00 |
|----------|----------|-----------|

---

MCGEE-SMITH ANALYTICS, LLC
87 HORACE GREELEY RD
AMHERST, NH 30311612

Claim Number: 1740
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $2,200.00 |
|-----------|----------|-----------|

---

MCGONAGLE, NANCY S
35 LIP LIP LANE
NORDLAND, WA 98358

Claim Number: 4320
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
|-----------|----------|---------------|------------|--------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4321<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4322<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8336<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $51,225.72 |
| UNSECURED | Claimed: | $51,225.72 |
| TOTAL | Claimed: | $51,225.72 |

---

| MCGONAGLE, NANCY S<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 4323<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8335<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $48,412.00 |
| UNSECURED | Claimed: | $48,412.00 |
| TOTAL | Claimed: | $48,412.00 |

---

| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 8335<br>Claim Date: 08/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4323 |
|---|---|---|
| PRIORITY | Claimed: | $48,412.00 |

---

| MCGONAGLE, NANCY S.<br>35 LIP LIP LANE<br>NORDLAND, WA 98358 | | Claim Number: 8336<br>Claim Date: 08/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4322 |
|---|---|---|
| PRIORITY | Claimed: | $51,225.72 |

---

| MCGOVERN, JAMES<br>3505 MAPLELEAF LANE<br>RICHARDSON, TX 75082 | | Claim Number: 4015<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,617.45 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCGOWAN, ROSEMARY
1850 HAMMERLY DR
FAIRVIEW, TX 75069

Claim Number: 7195
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $65,500.85 | |

---

MCGRATH RENT CORP DBA TRS-RENTELCO
PO BOX 619260
1830 WEST AIRFIELD DR
DFW AIRPORT, TX 75261

Claim Number: 3170
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,229.42 | Scheduled: | $25,704.77 |

---

MCGRATH, DAVID
20 PARKER STREET
ROCHDALE, MA 01542

Claim Number: 3218
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $33,255.10 | |

---

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 4733
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $21,479.49   UNLIQ | |

---

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 4734
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,674.19 | Scheduled: | $0.00  UNLIQ |

---

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, K0K 2T0
CANADA

Claim Number: 5634
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $21,479.49 | |

---

MCGREGOR, DOUGLAS
2083 COUNTY ROAD 13
PICTON, ON K0K 2T0
CANADA

Claim Number: 5635
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,674.19 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCGRIL, JAMES<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | | Claim Number: 6188<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,227.44 | | |

---

| MCGRIL, JAMES P.<br>775 GATEWAY DR SE APT 916<br>LEESBURG, VA 20175-4041 | | Claim Number: 6189<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |

---

| MCHAN, BARRY<br>224 E. 52ND ST. APT 15<br>NEW YORK, NY 10022 | | Claim Number: 2345<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,395.60 | | |

---

| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | | Claim Number: 4722<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,640.74  UNLIQ | Scheduled: | $55,077.14 |

---

| MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20006 | | Claim Number: 4723<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4185 (10/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,526.10  UNLIQ | | |

---

| MCKENNA, DONALD R<br>65 PEMBROKE RD<br>DARIEN, CT 06820 | | Claim Number: 5880<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $570,500.00  CONT | | |

---

| MCKENNA, DONALD R.<br>65 PEMBROKE ROAD<br>DARIEN, CT 06820 | | Claim Number: 8103<br>Claim Date: 11/18/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,643.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCKENNA, DONALD R.
65 PEMBROKE ROAD
DARIEN, CT 06820

Claim Number: 8104
Claim Date: 11/18/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $16,186.00 |
|---|---|---|

MCKENNA, GREGORY
9272 CO RD 150
KENTON, OH 43326

Claim Number: 6086
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $48,755.20 |
|---|---|---|

MCKENNA, GREGORY
9272 CO RD 150
KENTON, OH 43326

Claim Number: 7021
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $56,755.20 |
|---|---|---|

MCKENNA, GREGORY
9272 CO RD 150
KENTON, OH 43326

Claim Number: 7022
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $56,755.20 |
|---|---|---|

MCKENZY, STEVEN
414 SO. SEMINOLE AVE
FORT MEADE, FL 33841

Claim Number: 1925
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MCKENZY, STEVEN
414 SO SEMINOLE AVE
FORT MEADE, FL 33841

Claim Number: 1926
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|
| SECURED | Claimed: | $0.00   UNDET |

MCKEVITT, THOMAS J., JR.
11104 E. CAROL AVE.
SCOTTSDALE, AZ 85259

Claim Number: 3039
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $33,014.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCKEVITT, THOMAS J., JR.
11104 E. CAROL AVE.
SCOTTSDALE, AZ 85259

Claim Number: 3040
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $33,014.00 |
|---|---|---|

MCKEVITT, TOM, JR.
11104 E CAROL AVE
SCOTTSDALE, AZ 85259

Claim Number: 480
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | | | Scheduled: | $4,003.73 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,014.00 | Scheduled: | $36,736.34 |

MCKEVITT, TOM, JR.
11104 E CAROL AVE
SCOTTSDALE, AZ 85259

Claim Number: 777
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $33,014.00 |
|---|---|---|

MCKINNEY, KIMBERLY
639 W. 110TH STREET
LOS ANGELES, CA 90044

Claim Number: 3041
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,747.20 |
|---|---|---|

MCKINNEY, KIMBERLY
639 W. 110TH STREET
LOS ANGELES, CA 90044

Claim Number: 3042
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,747.20 |
|---|---|---|

MCKINZIE, PHYLLIS
2306 HONEYSUCKLE DR
RICHARDSON, TX 75082-4399

Claim Number: 4125
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $27,826.56 |
|---|---|---|

MCKINZIE, PHYLLIS A.
2306 HONEYSUCKLE DR
RICHARDSON, TX 75082-4399

Claim Number: 6788
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $27,826.56 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCKISSACK, ROCHELLE
1205 ROSEBANK AVE
NASHVILLE, TN 37206

Claim Number: 7423
Claim Date: 09/17/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $2,316.40  UNLIQ CONT | | |

MCLARENS CANADA
600 ALDEN RD., SUITE 600
MARKHAM, ON L3R 0E7
CANADA

Claim Number: 7290
Claim Date: 06/14/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,710.20 | |

MCLARENS CANADA
5915 AIRPORT RD
MISSISSAUGA, ON L4V 1T1
CANADA

Claim Number: 7291
Claim Date: 06/14/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,710.20 | |

MCLARENS CANADA IN TRUST
600 ALDEN RD
MARKHAM, ON L3R 0E7
CANADA

Claim Number: 6581
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

MCLAUGHLIN, JAMES
PO BOX 831583
RICHARDSON, TX 75083

Claim Number: 2636
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,894.42 | Scheduled: | $0.00  UNLIQ |

MCLAUGHLIN, JAMES
PO BOX 831583
RICHARDSON, TX 75083

Claim Number: 2776
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,665.92 | |

MCLAUGHLIN, ROBERT
602 WILMES DRIVE
AUSTIN, TX 78752

Claim Number: 2230
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,562.28 | Scheduled: | $32,477.05  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCLAUGHLIN, ROBERT<br>602 WILMES DR.<br>AUSTIN, TX 78752 | | Claim Number: 2231<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,562.28 | | | |

---

| MCLAUGHLIN, ROBERT C.<br>602 WILMES DR.<br>AUSTIN, TX 78752 | | Claim Number: 788<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $32,462.69 | | | |
| UNSECURED | Claimed: | $32,462.69 | | | |
| TOTAL | Claimed: | $32,462.69 | | | |

---

| MCLAUGHLIN, SHARON<br>4917 REDWOOD DR.<br>MCKINNEY, TX 75070 | | Claim Number: 4566<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,674.00 | | | |

---

| MCLEAN, LORI<br>3100 CORNWALL ROAD<br>DURHAM, NC 27707 | | Claim Number: 5542<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $18,656.76  UNLIQ | |

---

| MCLEAN, LORI SUSAN<br>3100 CORNWALL ROAD<br>DURHAM, NC 27707 | | Claim Number: 5543<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,656.76 | | | |

---

| MCMAHON, GAYLE<br>2020 GRAND PRIX DRIVE<br>ATLANTA, GA 30345 | | Claim Number: 1627<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,285.80 | | | |

---

| MCMAHON, LAURIE<br>281 STONEWOOD AVE<br>GREECE, NY 14616 | | Claim Number: 2453<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8406 (09/05/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCMAHON, LAURIE
281 STONEWOOD AVE
GREECE, NY 14616

Claim Number: 2454
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,000.00 | | |

---

MCMANIS FAULKNER, A PROFESSIONAL CORP.
50 W. SAN FERNANDO STREET, 10TH FLOOR
SAN JOSE, CA 95113

Claim Number: 355
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $528.50 | Scheduled: | $528.50 |

---

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 3572
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 | Scheduled: | $0.00 UNLIQ |

---

MCMANUS, THOMAS K
710 ASH CREEK CT
ROSWELL, GA 30075

Claim Number: 5778
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $207,881.08 | | |

---

MCMASTER CARR
MCMASTER CARR SUPPLY CO
PO BOX 740100
ATLANTA, GA 30374-0100

Claim Number: 3278
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $5,169.02 | | |

---

MCNITT, STEVE
3441 SUNDANCE DR
GAINESVILLE, GA 30506

Claim Number: 274
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 72

| PRIORITY | Claimed: | $254,261.26 | | |

---

MCNITT, STEVE
3441 SUNDANCE DR
GAINESVILLE, GA 30506

Claim Number: 7214
Claim Date: 04/16/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 274

| PRIORITY | Claimed: | $410,966.17 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MCNULTY, KEITH J<br>1425 GREY ROCK WAY<br>SUWANEE, GA 30024 | | Claim Number: 1442<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $104,615.00 | | | |
| MCPHERSON, GEOFFREY<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | | Claim Number: 2966<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $20,308.80 | | | |
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | | Claim Number: 1148<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $20,308.80 | | | |
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | | Claim Number: 2964<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $20,308.80 | | | |
| MCPHERSON, GEOFFREY L.<br>541 CAROLYN LANE<br>GALLATIN, TN 37066 | | Claim Number: 2965<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $20,308.80 | | | |
| MCPHERSON, MICHAEL D.<br>14111 VANCE JACKSON RD APT 9201<br>SAN ANTONIO, TX 78249-1998 | | Claim Number: 848<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $59,543.42 | | | |
| MCPHERSON, RODERICK<br>406 PASEO DE LA CONCHA<br>REDONDO BEACH, CA 90277-6285 | | Claim Number: 3501<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $589,928.61 | Scheduled: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MCPHERSON, RODERICK
406 PASEO DE LA CONCHA
REDONDO BEACH, CA 90277

Claim Number: 4564
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $788,333.06 |
|---|---|---|

MCQUEEN, LINDA C
4643 MALONE CT
RALEIGH, NC 27616-5473

Claim Number: 6957
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $3,611.45 |
|---|---|---|

MCRITCHIE, MICHAEL J.
958 MCCUTCHEON CRES
MILTON, ON L9T 6M9
CANADA

Claim Number: 7555
Claim Date: 01/10/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $70,239.07 |

MCRITCHIE, MICHAEL J.
958 MCCUTCHEON CRES
MILTON, ON L9T 6M9
CANADA

Claim Number: 7730
Claim Date: 05/06/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $78,637.94 |

MCROBERTS, CHRISTOPHER
119 W. HALL ST.
GRAPEVINE, TX 76051

Claim Number: 7884
Claim Date: 08/02/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8385

| UNSECURED | Claimed: | $33,593.20 |
|---|---|---|

MCROBERTS, CHRISTOPHER
3403 RED BIRD LN.
GRAPEVINE, TX 76051

Claim Number: 8385
Claim Date: 10/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7884

| UNSECURED | Claimed: | $33,593.20 |
|---|---|---|

MCTEAGUE, JEAN M
249 THREE MILE RD
GLASTONBURY, CT 06033

Claim Number: 5955
Claim Date: 10/13/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MCWALTERS, MICHAEL<br>POB 338<br>ALVISO, CA 95002 | | Claim Number: 7348<br>Claim Date: 07/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $865,458.00 | | |

| MEAD, JOHN<br>4655 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | | Claim Number: 4230<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $249,361.68  UNLIQ | | |
| UNSECURED | | | Scheduled: | $249,361.68  UNLIQ |

| MEADOW BROOK OFFICE, LLC<br>SAGE M. SIGLER, ESQ., ALSTON & BIRD, LLP<br>1201 W. PEACHTREE STREET<br>ATLANTA, GA 30309-3424 | | Claim Number: 1674<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $152,369.28  UNLIQ | | |

| MEADOWS, BARBARA L.<br>1436 NORWOOD CREST CT.<br>RALEIGH, NC 27614 | | Claim Number: 120<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $48,249.72 | Scheduled: | $5,394.26 |
| SECURED | Claimed: | $48,249.72 | | |
| UNSECURED | | | Scheduled: | $23,604.09 |
| TOTAL | Claimed: | $48,249.72 | | |

| MEADVILL GROUP<br>4 DAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO,<br>CHINA | | Claim Number: 6627<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,506.40 | | |

| MEADWESTVACO CORP.<br>C/O THOMPSON HINE LLP<br>ATTN: JONATHAN S. HAWKINS, ESQ.<br>P.O. BOX 8801<br>DAYTON, OH 45401-8801 | | Claim Number: 5518<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3848 (08/27/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| MEATON, MIHAELA<br>10015 OXFORD CHAPEL DRIVE<br>TAMPA, FL 33647 | | Claim Number: 7292<br>Claim Date: 06/14/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $50,592.45 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MECHATRONIC LTD
88 DIGENI AKRITA AVENUE
NICOSIA, CY 1061
CYPRUS

Claim Number: 6155
Claim Date: 11/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $37,800.00 |
|---|---|---|

---

MEDEFESSER, RHONDA
4816 SPANISHMOSS DR
MCKINNEY, TX 75070-7483

Claim Number: 4739
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $45,026.39 |
|---|---|---|

---

MEDIA5 CORPORATION
4229 GARLOCK
SHERBROOKE, QC J1L2C8
CANADA

Claim Number: 791-01
Claim Date: 04/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)

| UNSECURED | Claimed: | $4,623.50 |
|---|---|---|

---

MEDIA5 CORPORATION
4229 GARLOCK
SHERBROOKE, QC J1L2C8
CANADA

Claim Number: 791-02
Claim Date: 04/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $2,025.00 |
|---|---|---|

---

MEDIATEC PUBLISHING, INC.
ATTN: VINCE CZARNOWSKI
111 E. WACKER DRIVE, SUITE 1290
CHICAGO, IL 60601

Claim Number: 423
Claim Date: 02/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $3,750.00 |
|---|---|---|---|---|

---

MEDLIN, RANDY W.
5711 THOM RD
MEBANE, NC 27302-9267

Claim Number: 495
Claim Date: 02/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $162.59   UNLIQ |
|---|---|---|

---

MEDLIN, RANDY W.
4406 BRACADA DRIVE
DURHAM, NC 27705

Claim Number: 2200
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $162.59   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MEDLIN, RANDY W.<br>5711 THOM RD<br>MEBANE, NC 27302-9267 | Claim Number: 2237<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $162.59   UNLIQ |
|---|---|---|

---

| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES, FL 33134 | Claim Number: 5520<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $166,020.00 |
|---|---|---|

---

| MEDNAX SERVICES, INC.<br>F/K/A PEDIATRIX MEDICAL GROUP, INC.<br>C/O CHARLES W. THROCKMORTON, ESQ.<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLE, FL 33134 | Claim Number: 6096<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| MEEHAN, BRIAN W.<br>8841 BRAEBURN LOOP<br>YAKIMA, WA 98903 | Claim Number: 2947<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $39,810.92 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| MEGASON, SAMUEL T.<br>C/O HAIN CAPITAL HOLDINGS, LLC, ASSIGNEE<br>301 ROUTE 17 NORTH, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 8440<br>Claim Date: 12/28/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $65,654.03 |
|---|---|---|

---

| MEHROTRA, ASHISH<br>4316 CUTTER SPRINGS CT.<br>PLANO, TX 75024 | Claim Number: 422<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $5,640.30 | Scheduled: | $4,862.27 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,337.46 | Scheduled: | $39,388.55 |

---

| MEHROTRA, PRASHANT<br>215 QUEENS LN<br>MOUNTAINSIDE, NJ 07092 | Claim Number: 6486<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $18,691.12 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $14,490.16  UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MEI, HELENA
4462 TERRA BRAVA PLACE
SAN JOSE, CA 95121

Claim Number: 2811
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MEI, HUA
4462 TERRA BRAVA PL
SAN JOSE, CA 95121

Claim Number: 2810
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,500.00 |
|---|---|---|

MELANSON, LEO
53 ADAMS ST.
WESTBORO, MA 01581

Claim Number: 1611
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $50,769.12 |
|---|---|---|

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2296
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $50,769.12 |
|---|---|---|

MELANSON, LEO
53 ADAMS ST.
WESTBOROUGH, MA 01581

Claim Number: 2297
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MELDRUM, PATRICIA BRIDGET
5408 SOUTHERN HILLS DR
FRISCO, TX 75034

Claim Number: 3982
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $700,271.76 |
|---|---|---|

MENARD, INC.
ATTN. THERON BERG - CORP. COUNSEL
5101 MENARD DRIVE
EAU CLAIRE, WI 54703

Claim Number: 4555
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $140,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MENCHACA, ARMANDO<br>8603 SUNVIEW PARK<br>SAN ANTONIO, TX 78224 | | Claim Number: 6971<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | | |

| MENDELSOHN, STEPHEN<br>2919 N SOUTHPORT AVE APT 3<br>CHICAGO, IL 60657-7387 | | Claim Number: 3368<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,096.00 | | |

| MENDEZ, GERARDO<br>APARTADO 368<br>ALAJUELA,<br>COSTA RICA | | Claim Number: 3890<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,805.00   UNLIQ | | |
| SECURED | Claimed: | $14,805.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $14,805.00 | | |

| MENDEZ, GERARDO<br>APARTADO # 368- 4050<br>ALAJUELA,<br>COSTA RICA | | Claim Number: 3891<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,805.00   UNLIQ | | |

| MENDEZ, ROSITA<br>30479 EXPLORER'S TRAIL<br>DE SOTO, KS 66018 | | Claim Number: 4495<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $7,138.00 | | |

| MENDONCA, TIMOTHY<br>490 FOREST PARK RD<br>OLDSMAR, FL 34677 | | Claim Number: 4068<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,000.00 | | |
| UNSECURED | | | Scheduled: | $23,689.44 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MENDONCA, TIMOTHY<br>490 FOREST PART RD<br>OLDSMAR, FL 34677 | | Claim Number: 4069<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $47,000.00 | Scheduled: | $0.00 UNLIQ |
| MENDONCA, TIMOTHY A.<br>490 FOREST PARK ROAD<br>OLDSMAR, FL 34677 | | Claim Number: 4066<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $23,000.00 | | |
| MENDONCA, TIMOTHY A.<br>490 FOREST PARK ROAD<br>OLDSMAR, FL 34677 | | Claim Number: 4067<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $70,430.00 | | |
| MENESES, KAREN<br>10850 FOX GLEND DRIVE<br>BOCA RATON, FL 33428 | | Claim Number: 1127<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $19,631.73 | Scheduled:<br>Scheduled: | $2,471.41<br>$17,864.07 |
| MENTOR GRAPHICS CORP<br>PO BOX 75471<br>CHICAGO, IL 60675-5471 | | Claim Number: 3192<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| UNSECURED | Claimed: | $318,981.28 | | |
| MERA NETWORKS INC.<br>15 WERTHEIM CRT SUITE 303<br>RICHMOND HILL, ON L4B 3H7<br>CANADA | | Claim Number: 545<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $43,707.92 | | |
| MERA NN<br>12 SOVETSKY STREET<br>NIZHNY NOVGOROD, 603086<br>RUSSIA | | Claim Number: 544<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) | | |
| UNSECURED | Claimed: | $466,345.11 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| MERA NN<br>13 DELOVAYA ST.<br>NIZHNY NOVGOROD, 603163<br>RUSSIA | | Claim Number: 8197<br>Claim Date: 02/16/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 544 |
| UNSECURED | Claimed: | $489,123.25 |

| | | |
|---|---|---|
| MERCER HR<br>MERCER HUMAN RESOURCES CONSULTING<br>601 MERRITT 7<br>NORWALK, CT 06851-1091 | | Claim Number: 5873<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $147,000.00 |

| | | |
|---|---|---|
| MERCER, JONATHAN<br>1618 MINERAL SPRINGS<br>ALLEN, TX 75002 | | Claim Number: 6685<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,523.00 |
| TOTAL | Claimed: | $22,523.00 |

| | | |
|---|---|---|
| MERCHANT, DAVID L.<br>18 BURNHAM ROAD<br>WINDHAM, NH 03087 | | Claim Number: 1856<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $16,948.70 |

| | | |
|---|---|---|
| MERCHUT, JOSEPH<br>207 GONDOLA PARK DR.<br>VENICE, FL 34292 | | Claim Number: 7387<br>Claim Date: 08/19/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $5,000.00 |

| | | | | |
|---|---|---|---|---|
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLAE, NC 28466-2360 | | Claim Number: 2118<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $4,262.53 | Scheduled: | $4,184.33  UNLIQ |

| | | |
|---|---|---|
| MERCURE, JIM<br>210 CELLARS WAY<br>WALLACE, NC 28466 | | Claim Number: 2119<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MERCURE, JIM
210 CELLARS WAY
WALLACE, NC 28466

Claim Number: 2173
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | | |

---

MERCURE, JIM
210 CELLARS WAY
WALLACE, NC 28466-2360

Claim Number: 2174
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,789.90 | Scheduled: | $24,187.66 UNLIQ |

---

MERCURY COMMUNICATIONS SA
LEANDRO N ALEM 584
6 FLOOR CAPITAL FEDERAL
BUENOS AIRES, 1001
ARGENTINA

Claim Number: 7509
Claim Date: 12/03/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,722.00 |

---

MERRILL COMMUNICATIONS
BROOKFIELD PLACE
161 BAY STREET, 24TH FLOOR
PO BOX 506
TORONTO, ON M5J 2S1
CANADA

Claim Number: 1732
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,622.82 |

---

MERRILL CORPORATON CANADA
BCE PLACE, 161 BAY STREET
24TH FLOOR
TORONTO, ON M5J 2S1
CANADA

Claim Number: 824
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,901.69 |

---

MERRILL III, ALBERT
316 PONFIELD ROAD WEST
FORREST HILL, MD 21050

Claim Number: 2990
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,259.39 | Scheduled: | $3,787.81 UNLIQ |

---

MERRILL, ALBERT III (DECEASED)
JOANNE MERRILL
316 PONFIELD RD W
FOREST HILL, MD 20150

Claim Number: 1431
Claim Date: 06/22/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,787.81 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MERRILL, ALBERT III (DECEASED)<br>JOANNE MERRILL<br>316 PONFIELD RD W<br>FOREST HILL, MD 20150 | | Claim Number: 2989<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,259.39 | | |

---

| MERRILL, DANA<br>11421 PACESFERRY DR.<br>RALEIGH, NC 27614 | | Claim Number: 5794<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,192.49 |
| UNSECURED | Claimed: | $51,669.44 | Scheduled: | $55,028.97 |

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 171<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $180,000.00   UNLIQ | | |

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 527<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7808 (06/07/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180,000.00   UNLIQ | | |

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 3736<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $705,588.94 | Scheduled: | $0.00  UNLIQ |

---

| MERRILLS, ROY<br>10401 MANLY<br>CHAPEL HILL, NC 27517 | | Claim Number: 7065<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $425,000.00 | | |

---

| MERRITT, CLARENCE<br>3551 WYNTERSET DRIVE<br>SNELLVILLE, GA 30039 | | Claim Number: 3311<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,307.69 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MERRITT, CLARENCE S.
3551 WYNTERSET DRIVE
SNELLVILLE, GA 30039

Claim Number: 3312
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

MERRITT, GREGORY S.
2711 CREEK RUN COURT
CHAPEL HILL, NC 27514

Claim Number: 134
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,284.98 |
|---|---|---|

---

MERTELY, MELISSA
1110 GLENMONT CT.
ALLEN, TX 75013

Claim Number: 7678
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $29,192.35 |

---

MESSER, GERRY
2352 HARVARD OAK DR.
PLANO, TX 75074

Claim Number: 1752
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $13,440.00 |
|---|---|---|

---

MESSER, KRYSTN
80 DOE COURT
APEX, NC 27523-8400

Claim Number: 3522
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $47,457.68 |
|---|---|---|

---

METCALF, BRANDON
PO BOX 2941
WIMBERLEY, TX 78676-7841

Claim Number: 3293
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $36,384.61 |
|---|---|---|

---

METCALF, BRANDON
PO BOX 2941
WIMBERLEY, TX 78676-7841

Claim Number: 3294
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | | | Scheduled: | $5,005.48 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,384.61 | Scheduled: | $35,568.07 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

METIA SOLUTIONS INC
10220 NE POINTS DR STE 200
KIRKLAND, WA 98033-7864

Claim Number: 1823
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,043.00 | | |

---

METROPOLITAN GOVERNMENT TRUSTEE
METROPOLITAN DEPARTMENT OF LAW
POST OFFICE BOX 196300
NASHVILLE, TN 37219-6300

Claim Number: 6593
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,255.10 |
| SECURED | Claimed: | $3,255.10 |
| TOTAL | Claimed: | $3,255.10 |

---

MIAMI-DADE COUNTY TAX COLLECTOR
MIAMI-DADE COUNTY BANKRUPTCY UNIT
140 WEST FLAGLER STREET, SUITE 1403
MIAMI, FL 33130

Claim Number: 1298
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $267.01 | UNLIQ |

---

MICHAEL, CHRISTINA
4372 PACES POINT CIR SE
SMYRNA, GA 30080

Claim Number: 6192
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,132.45 |

---

MICHAELS, TESA
2333 WELSH TAVERN WAY
WAKE FOREST, NC 27587

Claim Number: 697
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $52,800.00 | | |
| UNSECURED | | | Scheduled: | $54,109.18 |

---

MICHAILOV, SERGEI
6056 WILLOW WOOD LANE
DALLAS, TX 75252

Claim Number: 1138
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $1,937.70 |
| UNSECURED | Claimed: | $72,495.19 | Scheduled: | $70,037.65 |

---

MICHIGAN DEPARTMENT OF TREASURY
MICHAEL A. COX, ATTORNEY GENERAL
DEBORAH B WALDMEIR, ASST. ATTY. GENERAL
3030 W GRAND BLVD-CADILLAC PL STE 10-200
DETROIT, MI 48202

Claim Number: 863
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3803 (08/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,752.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MICKENS, DELBERT J.
1985 SHILOH DR.
CASTLE ROCK, CO 80104

Claim Number: 1546
Claim Date: 07/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $95,252.94 |
|---|---|---|

MICKLOS, PAUL JAMES
1110 BUTTERNUT LANE
HOLLYWOOD, FL 33019

Claim Number: 7296
Claim Date: 06/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $69,445.44 |
|---|---|---|

MICKLOS, PAUL JAMES
1110 BUTTERNUT LANE
HOLLYWOOD, FL 33019

Claim Number: 7297
Claim Date: 06/16/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $69,445.44 |
|---|---|---|

MICRON OPTICS INC
1852 CENTURY PLACE NE
ATLANTA, GA 30345-4305

Claim Number: 2792
Claim Date: 09/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $11,220.00 |
|---|---|---|

MICROVISION, INC.
ATTN: THOMAS M. WALKER
6222  185TH AVE NE
REDMOND, WA 98052

Claim Number: 7224
Claim Date: 04/21/2010
Debtor: XROS, INC.

| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ CONT |
|---|---|---|

MIDDLETON, DANIEL JAY
4912 TRAILRIDGE PASS
ATLANTA, GA 30338

Claim Number: 4177
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $100,000.00 |
|---|---|---|

MIKAYELYAN, VAGHARSHAK
22484 RIVERSIDE DR #2
CUPERTINO, CA 95014

Claim Number: 4511
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $33,020.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MIKLOS, GEORGE J., JR.
430 MAIN STREET
EAST GREENVILLE, PA 18041

Claim Number: 3037
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,000.00 |
|---|---|---|

---

MIKLOS, GEORGE J., JR.
430 MAIN ST
E GREENVILLE, PA 18041-1304

Claim Number: 3038
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| PRIORITY | Claimed: | $4,000.00 |
|---|---|---|

---

MIKLOS, GEORGE J., JR.
430 MAIN STREET
EAST GREENVILLE, PA 18041

Claim Number: 3037
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,000.00 |
|---|---|---|

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6861
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $355,000.00 |
|---|---|---|

---

MILAN, NORBERTO
7 MINNETONKA RD
SEA RANCH LAKES, FL 33308

Claim Number: 6862
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $355,000.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,210.29 UNLIQ |

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6863
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6861

| ADMINISTRATIVE | Claimed: | $355,000.00 |
|---|---|---|

---

MILAN, NORBERTO
7 MINNETONKA ROAD
SEA RANCH LAKES, FL 33308

Claim Number: 6864
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: POSSIBLE DUPLICATE OF 6862

| PRIORITY | Claimed: | $355,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MILAN, NORBERTO<br>7 MINNETONKA RD<br>SEA RANCH LAKES, FL 33308 | Claim Number: 6865<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLE DUPLICATE OF 6862 |

| PRIORITY | Claimed: | $355,000.00 |

---

| MILAN, NORBERTO<br>7 MINNETONKA ROAD<br>SEA RANCH LAKES, FL 33308 | Claim Number: 6866<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLE DUPLICATE OF 6861 |

| ADMINISTRATIVE | Claimed: | $355,000.00 |

---

| MILARSKY, MORRIS SEAN<br>1701 SPARROW LANE<br>WESTON, FL 33327 | Claim Number: 6789<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $0.00   CONT |

---

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | Claim Number: 2154<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |

| UNSECURED | Claimed: | $50,890.00 | Scheduled: | $44,409.77 |

---

| MILFORD, JOHN S<br>4516 SPYGLASS DR<br>LITTLE RIVER, SC 29566 | Claim Number: 2155<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |

| ADMINISTRATIVE | Claimed: | $41,495.33 |

---

| MILFORD, JOHN S.<br>4516 SPYGLASS DRIVE<br>LITTLE RIVER, SC 29566 | Claim Number: 416<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| UNSECURED | Claimed: | $50,890.00 |

---

| MILLER, BRUCE<br>31234 MASENA DR<br>WESLEY CHAPEL, FL 33545-8233 | Claim Number: 3135<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,076.92 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MILLER, BRUCE<br>24810 BLAZING TRAIL WAY<br>LAND O' LAKES, FL 34639 | Claim Number: 3136<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $23,076.92 | |

---

| MILLER, CLYDE<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | Claim Number: 4124<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $18,823.86 | Scheduled: | $18,823.86 UNLIQ |

---

| MILLER, CLYDE E<br>1680 CENTER GROVE CHURCH RD<br>MONCURE, NC 27559 | Claim Number: 4032<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $481,284.84 | Scheduled: | $0.00 UNLIQ |

---

| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | Claim Number: 98<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $18,594.67 | |

---

| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | Claim Number: 592<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $770,140.00 | |

---

| MILLER, CLYDE E.<br>1680 CENTER GROVE CHURCH ROAD<br>MONCURE, NC 27559 | Claim Number: 4121<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $135,000.00 | |

---

| MILLER, JANET<br>19278 PARKVIEW RD.<br>CASTRO VALLEY, CA 94546 | Claim Number: 292<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $40,818.78 | Scheduled: | $37,884.34 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MILLER, KAREN<br>11924 SYCAMORE GROVE LN.<br>RALEIGH, NC 27614 | | Claim Number: 240<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $33,744.00 | Scheduled:<br>Scheduled: | $3,433.76<br>$34,003.49 |

---

| MILLER, KYLE<br>PO BOX 702921<br>DALLAS, TX 75370-2921 | | Claim Number: 556<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,360.00 | | |

---

| MILLER, KYLE<br>820 WINNING COLORS CT<br>DESOTO, TX 75115 | | Claim Number: 2548<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,360.00 | | |

---

| MILLER, KYLE<br>P.O. BOX 702921<br>DALLAS, TX 75370 | | Claim Number: 2549<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,360.00 | | |

---

| MILLER, LINDA G.<br>8912 COLESBURY DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 8327<br>Claim Date: 07/27/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8368 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,118.53 | | |

---

| MILLER, LINDA G.<br>8912 COLESBURY DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 8368<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 8327 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,118.53 | | |

---

| MILLER, LOIS<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC 27615-2613 | | Claim Number: 4014<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $63,229.57 | Scheduled:<br>Scheduled: | $3,960.86<br>$64,196.31 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MILLER, LOIS S.<br>1800 SNOW WIND DRIVE<br>RALEIGH, NC 27615-2613 | | Claim Number: 345<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| UNSECURED | Claimed: | $66,087.82 |

---

| MILLER, PATRICE K<br>215 LOWER COUNTRY DR<br>GAITHERSBURG, MD 20877 | | Claim Number: 3709<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $30,377.99 |

---

| MILLER, PHILIP W., JR.<br>35 MT. PLEASANT STREET<br>NORTH BILLERICA, MA 01862 | | Claim Number: 3740<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $35,000.00 |

---

| MILLER, ROBERT<br>23611 N VALLEY RD<br>LAKE ZURICH, IL 60047 | | Claim Number: 2186<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $21,233.00 |

---

| MILLER, ROBERT ANDREW<br>23611 N VALLEY RD<br>LAKE ZURICH, IL 60047 | | Claim Number: 1460<br>Claim Date: 07/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $24,050.00 |

---

| MILLER, ROBERT ANDREW<br>23611 N VALLEY RD<br>LAKE ZURICH, IL 60047 | | Claim Number: 2185<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,183.68 |

---

| MILLER, TERRENCE<br>38565 PIGGOTT BOTTOM RD<br>HAMILTON, VA 20158-9463 | | Claim Number: 6909<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $637,269.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MILLER, TERRENCE<br>38565 PIGGOTT BOTTOM RD<br>HAMILTON, VA 20158-9463 | Claim Number: 6910<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $309,500.00 |
| UNSECURED | Claimed: | $327,769.00 |

---

| MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | Claim Number: 5789<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | | |

---

| MILLIGAN, DAVID<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | Claim Number: 5790<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $10,000.00 |

---

| MILLIGAN, DAVID L<br>193 SHADY GROVE LN<br>THOUSAND OAKS, CA 91361 | Claim Number: 5791<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $10,000.00 |

---

| MILLIGAN, PATRICK<br>2609 PELICAN BAY DR.<br>PLANO, TX 75093 | Claim Number: 4118<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $61,115.38 |

---

| MILLIGAN, PATRICK<br>2609 PELICAN BAY DR.<br>PLANO, TX 75093 | Claim Number: 4226<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $201,874.81 |

---

| MILLS, ALINA<br>352 INDIAN BRANCH DR<br>MORRISVILLE, NC 27560 | Claim Number: 7519<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $4,750.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| MILLS, CHRISTINE A.<br>3325 N. MOUNTAIN VIEW DR.<br>PRESCOTT VALLEY, AZ 86314 | | Claim Number: 8207<br>Claim Date: 03/05/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $40,557.70 |
| MILLS, CLEAYTON<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5463<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $0.00   UNDET      Scheduled:           $0.00  UNLIQ |
| MILLS, CLEAYTON J.<br>942 CR 2100<br>IVANHOE, TX 75447 | | Claim Number: 5464<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8401 (09/05/2012) |
| ADMINISTRATIVE | Claimed: | $150,000.00 |
| MILLS-NICHOLS, LISA<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3199<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $300.02   UNLIQ |
| MILLS-NICHOLS, LISA A<br>676 MONROE TPKE<br>MONROE, CT 06468-2308 | | Claim Number: 3198<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $300.02   UNLIQ<br>$300.02   UNLIQ<br>$300.02   UNLIQ |
| MILSTEAD, JAMES D<br>558 EAST HEMLOCK ST<br>OXNARD, CA 93033 | | Claim Number: 6343<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| MILSTEAD, JAMES D<br>558 EAST HEMLOCK<br>OXNARD, CA 93033 | | Claim Number: 6344<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $43,200.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MILTON, DONNA CHRISTINE
227 PROSPECTORS LANE
BILLINGS, MT 59105

Claim Number: 316
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $18,000.00 |
|---|---|---|

MINCK, GARY
84 RICE PLANTERS WAY
GEORGETOWN, SC 29440

Claim Number: 6463
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

MINCK, GARY
84 RICE PLANTERS WAY
GEORGETOWN, SC 29440

Claim Number: 6464
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

MINI-CIRCUITS
13 NEPTUNE AVE.
BROOKLYN, NY 11235-0003

Claim Number: 1887
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $388.05 |
|---|---|---|

MINNESOTA POWER & LIGHT COMPANY INC
30 WEST SUPERIOR ST
DULUTH, MN 55802-2093

Claim Number: 1929
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MIR3 INC
3398 CARMEL MTN RD, SUITE 120
SAN DIEGO, CA 92121-1044

Claim Number: 7489
Claim Date: 11/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $1,432.50 |
|---|---|---|

MIR3 INC
3398 CARMEL MOUNTAIN ROAD, SUITE 120
SAN DIEGO, CA 92121

Claim Number: 7490
Claim Date: 11/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| ADMINISTRATIVE | Claimed: | $1,432.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| MIR3 INC<br>3398 CARMEL MTN RD, SUITE 120<br>SAN DIEGO, CA 92121-1044 | | Claim Number: 7491<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $1,424.69 |
| MIR3 INC<br>3398 CARMEL MOUNTAIN ROAD, STE 120<br>SAN DIEGO, CA 92121 | | Claim Number: 7492<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
| ADMINISTRATIVE | Claimed: | $1,424.69 |
| MIRABAL, ROSANNA<br>3205 PORT ROYALE DR S APT H<br>FT LAUDERDALE, FL 33308-7872 | | Claim Number: 1189<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
| UNSECURED | Claimed: | $7,178.00 |
| MIRABAL, ROSANNA<br>3205 PORT ROYALE DR S APT H<br>FT LAUDERDALE, FL 33308-7872 | | Claim Number: 5926<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,178.00 |
| MIRABAL, ROSANNA<br>9103 NW 81ST CT<br>TAMARAC, FL 33321-1505 | | Claim Number: 5927<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| MISIAK, TOM<br>1227 NIGHTINGALE RD<br>WAXHAW, NC 28173-6948 | | Claim Number: 5612<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $46,662.50 |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | | Claim Number: 11<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $103,436.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | | Claim Number: 105<br>Claim Date: 01/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $103,436.00 | | | |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | | Claim Number: 2746<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $132,726.65 | Scheduled: | $132,726.65  UNLIQ | |
| MISSINI, DENNIS<br>616 RUSSETWOOD LANE<br>POWDER SPRINGS, GA 30127 | | Claim Number: 7326<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>May amend claims 2746 or 11 | | | |
| UNSECURED | Claimed: | $39,440.44 | | | |
| MISSION WEST PROPERTIES, L.P.<br>ATTN: RAY MARINO<br>10050 BANDLEY DRIVE<br>CUPERTINO, CA 95014 | | Claim Number: 5429<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $49,917.76 | | | |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 778<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $18,558.64 | | | |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2396<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |
| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2413<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $7,608.62 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2414<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,608.62 |

---

| MITA, SADAHISA<br>2934 CUSTER DR.<br>SAN JOSE, CA 95124 | | Claim Number: 2415<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,608.62 |

---

| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE., SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | | Claim Number: 6649<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,098.47 |

---

| MITACOR INDUSTRIES INC<br>189 LABROSSE AVE. SUITE 300<br>POINTE CLAIRE, QC H9R 1A3<br>CANADA | | Claim Number: 6650<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| SECURED | Claimed: | $37,098.47 |

---

| MITCHELL, RANDOLPH<br>1617 WENDY LANE<br>EFLAND, NC 27243 | | Claim Number: 8324<br>Claim Date: 07/20/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $43,137.69   UNLIQ |

---

| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL 60101 | | Claim Number: 7040<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

| MIZERK, THOMAS<br>1220 FOXDALE DR.<br>ADDISON, IL 60101 | | Claim Number: 7042<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 2136<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $57,403.64 | | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 2137<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $57,403.64 | | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7041<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $0.00 UNLIQ |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7043<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $176,206.63 | | |
| MIZERK, THOMAS E<br>1220 FOXDALE DR<br>ADDISON, IL 60101 | | Claim Number: 7044<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| MLCOCH, SANDRA<br>416 RIDGEVIEW TRAIL<br>MCKINNEY, TX 75071 | | Claim Number: 90<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $9,435.00 | Scheduled: | $21,765.96 |
| MN POWER<br>30 W SUPERIOR ST<br>DULUTH, MN 55802 | | Claim Number: 1930<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MOBILE COUNTY LICENSE COMMISSIONER
ATTN: MISSTY C. GRAY, ESQ.
P.O. BOX 210
MOBILE, AL 36601

Claim Number: 1233
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3943 (09/15/2010)

| PRIORITY | Claimed: | $249.29 |
|---|---|---|

MOBILENET SERVICES, INC
ATTN: RICHARD GRANT
18 MORGAN, SUITE 200
IRVINE, CA 92614

Claim Number: 1594
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $614,914.25 |
|---|---|---|

MOCANA CORPORATION
350 SANSOME
SUITE 740
SAN FRANCISCO, CA 94104

Claim Number: 2794
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

MOCANA CORPORATION
350 SANSOME ST SUITE 210
SAN FRANCISCO, CA 94104-1306

Claim Number: 2795
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $16,262.00 |
|---|---|---|

MOETTELI, ROBERT
3928 WALNUT PARK CIR
GARLAND, TX 75042

Claim Number: 7977
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,192.31 |
|---|---|---|

MOFFITT, GARY
630 CANYON COURT
WESTMINSTER, MD 21158

Claim Number: 1309
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $35,495.16 |
|---|---|---|

MOHAMMED, IMTIAZ
6823 CORTE DE FLORES
PLEASANTON, CA 94566

Claim Number: 2756
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,764.47 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MOLDER, CHERI L
18005 252ND AVE. SE
MAPLE VALLEY, WA 98038

Claim Number: 5541
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $23,648.85 |
|---|---|---|

MOLDREM, JILL P.
123 STANWICK DRIVE
FRANKLIN, TN 37067

Claim Number: 7537
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $21,801.06 UNLIQ CONT |

MOLEX
2222 WELLINGTON COURT
ATTN: MIKE FRITZ
LISLE, IL 60532

Claim Number: 1675
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $13,567.84 |
|---|---|---|

MOLEX
ATTN: MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 1765
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $13,567.84 |
|---|---|---|

MOLEX
ATTN : MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 5465
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1675

| ADMINISTRATIVE | Claimed: | $11,967.84 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $10,890.00 |

MOLEX INC
ATTN: MIKE FRITZ
2222 WELLINGTON COURT
LISLE, IL 60532

Claim Number: 1766
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $11,967.84 |
|---|---|---|

MOLINA, FRANCISCO
5279 NW 117 AVE
CORAL SPRINGS, FL 33076

Claim Number: 7286
Claim Date: 06/10/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,638.80 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MOLINA, JUANA M.<br>5279 NW 117 AVE<br>CORAL SPRINGS, FL 33076 | Claim Number: 5768<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $23,757.69 |

---

| MOLINA, LAWRENCE S. JR.<br>P.O. BOX 28473<br>ST LOUIS, MO 63146-0973 | Claim Number: 570<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $45,623.15 |

---

| MOLLOY, JOHN<br>1491 SEQUOIA AVE<br>SAN BRUNO, CA 94066-2646 | Claim Number: 3524<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $29,286.00 |

---

| MONAHAN, MARY<br>7 1/2 CONDICT ST.<br>MORRIS PLAINS, NJ 07950 | Claim Number: 7121<br>Claim Date: 02/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $20,880.00 |

---

| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 392<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7559 (04/18/2012) |

| UNSECURED | Claimed: | $479,290.00 |

---

| MONARCH MASTER FUNDING LTD<br>TRANSFEROR: RIVERSIDE CLAIMS LLC<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 7076<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7559 (04/18/2012)<br>Replaces claim 6820 and Amends claim 392 |

| ADMINISTRATIVE | Claimed: | $479,290.00 |

---

| MONDOR, DAN<br>3650 NEWPORT BAY DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 152<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $33,139.85 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

Claim Number: 528
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

Claim Number: 767
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $577,143.00 |
| --- | --- | --- |

---

MONDOR, DAN
3650 NEWPORT BAY DRIVE
ALPHARETTA, GA 30005

Claim Number: 3663
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 152.

| PRIORITY | Claimed: | $33,153.91 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $33,153.91  UNLIQ |

---

MONETTE, MADELEINE
2 CHARLTON ST # 11K
NEW YORK, NY 10014

Claim Number: 2126
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $520.00 |
| --- | --- | --- |

---

MONETTE, MADELEINE
2 CHARLTON STREET, APT 11K
NEW YORK, NY 10014

Claim Number: 2127
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $520.00 |
| --- | --- | --- |

---

MONGA, INDERMOHAN
1211 PARKINSON AVE
PALO ALTO, CA 94301-3451

Claim Number: 3337
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $54,363.82 |
| --- | --- | --- |

---

MONGA, INDERMOHAN
239 SEALE AVE
PALO ALTO, CA 94301-3732

Claim Number: 3338
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $54,363.82 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MONGA, INDERMOHAN<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | | Claim Number: 3339<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $61,676.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONGA, INDERMOHAN S<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | | Claim Number: 3340<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $61,676.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONGA, INDERMOHAN S.<br>239 SEALE AVE<br>PALO ALTO, CA 94301-3732 | | Claim Number: 941<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $52,608.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONGOLD, MARGOT<br>12530 HIALEAH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 6420<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONGOLD, MARGOT DAVIS<br>12530 HIALEAH WAY<br>NORTH POTOMAC, MD 20878 | | Claim Number: 6419<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONK, APRIL J<br>449 ASHLEY PL<br>MURPHY, TX 75094 | | Claim Number: 7200<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,865.84 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MONOTYPE IMAGING INC<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 | | Claim Number: 2265<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $39,580.50 | Scheduled: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MONTANINO, PATRICK J
83 WHITE ROCK LANE
PORT LUDLOW, WA 98365

Claim Number: 2796
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $105,476.55 | | |

MONTELONGO, ROY
1800 RIVERCREST DR. APT. 714
SUGAR LAND, TX 77478

Claim Number: 3099
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $15,779.20 | | |

MONTES, TINA E
11351 NW 29 STREET
SUNRISE, FL 33323

Claim Number: 7115
Claim Date: 02/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   CONT | | |

MONTGOMERY, CINDA H.
8920 ERINSBROOK DR.
RALEIGH, NC 27617

Claim Number: 3028
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $69,344.94 | | |

MONTGOMERY, GEORGE
9808 ST ANNES DR
PLANO, TX 75025

Claim Number: 4283
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $353,964.19 | Scheduled: | $353,964.19  UNLIQ |

MONTGOMERY, GEORGE G
9808 ST ANNES DRIVE
PLANO, TX 75025

Claim Number: 157
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,774.48 | | |
| UNSECURED | Claimed: | $715,488.57 | | |

MONTGOMERY, GEORGE G
9808 ST ANNES DR
PLANO, TX 75025

Claim Number: 4273
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 157

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,212.36 |
| UNSECURED | Claimed: | $278,858.42 | Scheduled: | $42,253.74 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MONTGOMERY, KISHA
12817 DOVE FIELD LN
BALCH SPRINGS, TX 75180

Claim Number: 64
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,004.02 | | |

---

MONTGOMERY, KISHA
12817 DOVE FIELD LN
BALCH SPRIN, TX 75180

Claim Number: 2445
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $6,549.21 | | |
| UNSECURED | Claimed: | $5,047.76 | Scheduled: | $13,192.79 |

---

MONTGOMERY, KISHA
12817 DOVE FIELD LN
BALCH SPRINGS, TX 75180

Claim Number: 2446
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,596.98 |

---

MOORE, BROOKE D
10 CHAMBERS LANE
OAKLAND, CA 94611

Claim Number: 3500
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNDET |

---

MOORE, CARL
1909 KINGS ISLE DR.
PLANO, TX 75093

Claim Number: 4009
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,371.09 | Scheduled: | $0.00 UNLIQ |

---

MOORE, CARL L
1909 KINGS ISLE DR
PLANO, TX 75093

Claim Number: 4003
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,371.09 |

---

MOORE, CURTIS W.
7231 TANGLEGLON DRIVE
DALLAS, TX 75248

Claim Number: 7539
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8417

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $28,563.54 | UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MOORE, CURTIS W. | Claim Number: 8417 |
| 7231 TANGLEGLON DRIVE | Claim Date: 12/17/2012 |
| DALLAS, TX 75248 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | amends claim 7539 |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $37,454.81   UNLIQ CONT |

---

| MOORE, FREDERICK I. | Claim Number: 8128 |
| 5100 WOODFIELD LN | Claim Date: 12/28/2011 |
| KNIGHTDALE, NC 27545 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Claim out of balance |

| PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $71,384.61 |
| TOTAL | Claimed: | $71,384.61 |

---

| MOORE, JOE T., III | Claim Number: 686 |
| 186 FARMINGTON RD. | Claim Date: 03/23/2009 |
| GAFFNEY, SC 29341 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $187,172.29 |

---

| MOORE, JOSEPHINE | Claim Number: 5801 |
| 1700 BOARDMAN AVE | Claim Date: 10/01/2009 |
| WEST PALM BEACH, FL 33407 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7620 (05/08/2012) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MOORE, JOSEPHINE | Claim Number: 5912 |
| 1700 BOARDMAN AVE | Claim Date: 10/01/2009 |
| WEST PALM BEACH, FL 33407 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| MOORE, KERRY | Claim Number: 4465 |
| 7304 EDGEWOOD DRIVE | Claim Date: 09/29/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $78,244.00 |

---

| MOORE, KERRY | Claim Number: 4466 |
| 7304 EDGEWOOD DRIVE | Claim Date: 09/29/2009 |
| PLANO, TX 75025 | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $67,294.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MOORE, VICKI S<br>5 BUNKER HILL<br>RICHARDSON, TX 75080 | | Claim Number: 3743<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,673.03 | Scheduled: | $0.00 UNLIQ |
| MOORE, VICKI S.<br>5 BUNKER HILL<br>RICHARDSON, TX 75080 | | Claim Number: 3742<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,673.03 | | |
| MOORE, WENDELL C<br>170 WESTBURY LANE<br>ALPHARETTA, GA 30005 | | Claim Number: 5472<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $78,026.58 | | |
| MOORE, WENDELL C.<br>170 WESTBURY LANE<br>ALPHARETTA, GA 30005 | | Claim Number: 5473<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,026.58 | | |
| MORALES, ERNEST<br>3104 TIERRA HUMEDA DRIVE<br>EL PASO, TX 79938 | | Claim Number: 2724<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $25,500.00 | | |
| MORALES, ERNEST<br>3104 TIERRA HUMEDA DRIVE<br>EL PASO, TX 79938 | | Claim Number: 2725<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |
| MORAN, GAYLE<br>2347 ASHLEY PARK BLVD.<br>PLANO, TX 75074 | | Claim Number: 2615<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $3,845.91 | | |
| UNSECURED | Claimed: | $16,923.30 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MORAN, GAYLE
2347 ASHLEY PARK BLVD.
PLANO, TX 75074

Claim Number: 2616
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,845.91 | Scheduled: | $6,171.68 |
| UNSECURED | Claimed: | $16,923.30 | Scheduled: | $16,574.59 |

---

MORAN, GAYLE
2347 ASHLEY PARK BLVD.
PLANO, TX 75074

Claim Number: 2634
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

---

MORAN, GAYLE
2347 ASHLEY PARK BLVD,
PLANO, TX 75074

Claim Number: 2641
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,845.91 |
| UNSECURED | Claimed: | $16,923.30 |

---

MORDECAI, WILLIAM S.
33563 S. SPRING BAY ROAD
DE TOUR VILLAGE, MI 49725

Claim Number: 7340
Claim Date: 07/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,000.00 |

---

MOREDIRECT
1001 NW 51ST ST STE 200
BOCA RATON, FL 33431-4403

Claim Number: 7127
Claim Date: 03/02/2010
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7686 (05/24/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,227.10 |

---

MOREE, MONTESCUE D.
3112 MILLS LAKE WYND
HOLLY SPRINGS, NC 27540

Claim Number: 7645
Claim Date: 03/15/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $109,995.00 |

---

MOREN, CHRISTINA
2693 HILLSIDE DR.
HIGHLAND VILLAGE, TX 75077

Claim Number: 3690
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | Claimed: | $2,425.00 |
| UNSECURED | Claimed: | $2,954.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MORENO, LETICIA
428 MCGINNIS RD
COWPENS, SC 29341

Claim Number: 193
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $6,030.25 |
|---|---|---|

MORENO, RICHARD
701 TORREY PINES LANE
GARLAND, TX 75044

Claim Number: 3870
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,779.82 |
|---|---|---|

MORFE, CLAUDIO
112 NEWBRIDGE ROAD
SUDBURY, MA 01776

Claim Number: 4560
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $13,892.14 |
|---|---|---|

MORFE, CLAUDIO
112 NEWBRIDGE ROAD
SUDBURY, MA 01776

Claim Number: 4732
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,593.04 |
|---|---|---|

MORGAN, MELINDA L.
7101 VIRGINIA PKWY, APT. 417
MCKINNEY, TX 75071

Claim Number: 737
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $26,587.68 |
|---|---|---|

MORGAN, SHEILA M.
PO BOX 1387
STERLING, MA 1564

Claim Number: 775
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $33,282.22 |
|---|---|---|

MORLEY, MICHEL EICHAMER
7657 HENRY KNOX DRIVE
LORTON, VA 22079

Claim Number: 871
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $17,550.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MORRIS, DON<br>1609 RICHLAND DR<br>RICHARDSON, TX 75081 | | Claim Number: 8011<br>Claim Date: 10/03/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $106,825.72 | | |
| MORRIS, STEVEN<br>13045 TOWNFIELD DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 4335<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7726 | | |
| UNSECURED | Claimed: | $40,086.87 | | |
| MORRIS, STEVEN<br>13045 TOWNFIELD DR<br>RALEIGH, NC 27614 | | Claim Number: 4336<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $40,086.87 | | |
| MORRIS, STEVEN<br>13045 TOWNFIELD DR<br>RALEIGH, NC 27614 | | Claim Number: 7726<br>Claim Date: 05/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4335 | | |
| UNSECURED | Claimed: | $31,922.02 | | |
| MORRIS, TIMOTHY B.<br>2126 ESTES PARK DRIVE<br>ALLEN, TX 75013 | | Claim Number: 2824<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,459.43 | | |
| MORRISETTE PAPER CO INC<br>PO BOX 651591<br>CHARLOTTE, NC 28265-1591 | | Claim Number: 5649<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $951.40 | Scheduled: | $951.40 |
| MORRISON, MARION<br>1221 SPRUCE DRIVE<br>ZEBULON, NC 27597 | | Claim Number: 522<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $104.56 | | |
| SECURED | Claimed: | $0.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MORRISON, PAUL | | Claim Number: 5867 |
| C/O DAVID PLUFKA | | Claim Date: 10/05/2009 |
| KEEFE & GRIFFITHS, P.C. | | Debtor: NORTEL NETWORKS INC. |
| 10 SOUTH BROADWAY, STE 500 | | |
| ST. LOUIS, MO 63012 | | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| MORRISON, PAUL E. | | Claim Number: 7862 |
| 2241 COLLEGE AVE. | | Claim Date: 07/25/2011 |
| QUINCY, IL 62301-3231 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $1,309,310.84   UNLIQ |

---

| MORRISON, ROBERT | | Claim Number: 873 |
| 300 MAYODAN DRIVE | | Claim Date: 04/06/2009 |
| CARY, NC 27511 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $26,025.00 |

---

| MORRISSEY, KEVIN | | Claim Number: 6228 |
| 369 MAIN ST. | | Claim Date: 12/14/2009 |
| LEOMINSTER, MA 01453 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $11,103.48 |

---

| MORSE, JOHN | | Claim Number: 8033 |
| 5438 HUNTER RD | | Claim Date: 10/28/2011 |
| OOLTEWAH, TN 37363 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $72,720.00 |

---

| MORSE, JOHN | | Claim Number: 8108 |
| 5438 HUNTER RD | | Claim Date: 11/29/2011 |
| OOLTEWAH, TN 37363 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $70,799.50 |

---

| MORSE, JOHN C. | | Claim Number: 8040 |
| 5438 HUNTER RD. | | Claim Date: 11/07/2011 |
| OOLTEWAH, TN 37363 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $72,732.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MORSE, JOHN C.<br>5438 HUNTER RD.<br>OOLTEWAH, TN 37363 | Claim Number: 8042<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 0 |
|---|---|

| UNSECURED | Claimed: | $72,732.00 | | |
|---|---|---|---|---|

---

| MOSCA, MICHELE<br>115 CHATHAM FOREST DRIVE<br>PITTSBORO, NC 27312 | Claim Number: 1038<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $1,923.06 |
|---|---|---|

| MOSCA, MICHELE<br>115 CHATHAM FOREST DRIVE<br>PITTSBORO, NC 27312 | Claim Number: 6472<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $1,923.06 |
|---|---|---|

| MOSCA, MICHELE<br>115 CHATHAM FOREST DRIVE<br>PITTSBORO, NC 27312 | Claim Number: 8173<br>Claim Date: 01/20/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $1,923.06 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $396.58 | Scheduled: | $2,319.64 |

---

| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX 75360-0278 | Claim Number: 954<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $68,273.56 |
|---|---|---|

| MOSELEY, ROBERT J.<br>PO BOX 600278<br>DALLAS, TX 75360-0278 | Claim Number: 955<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8312 |
|---|---|

| PRIORITY | Claimed: | $29,369.84 |
|---|---|---|

| MOSELEY, ROBERT J.<br>7718 MEADOWHAVEN DR.<br>DALLAS, TX 75254 | Claim Number: 8312<br>Claim Date: 07/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #955 |
|---|---|

| PRIORITY | Claimed: | $29,369.84 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MOSHER, STEPHEN<br>67 FERRY RD<br>SALISBURY, MA 01952 | | Claim Number: 6084<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $50,865.38 |
|---|---|---|

| MOSS, CAROLYN H<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | | Claim Number: 6287<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $6,904.73 |
|---|---|---|

| MOSS, CAROLYN H.<br>4631 MEADOW CLUB DR.<br>SUWANEE, GA 30024 | | Claim Number: 6288<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|

| PRIORITY | Claimed: | $6,904.73 |
|---|---|---|

| MOSS, JOHN<br>945 CROFTER PASS<br>ALPHARETTA, GA 30022 | | Claim Number: 3394<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,107.68 |
|---|---|---|

| MOSS, WANDA G.<br>P.O. BOX 2343<br>SMYRNA, TN 37167 | | Claim Number: 7481<br>Claim Date: 11/04/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $390.42   UNLIQ CONT |

| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROHPY CLUB, TX 76262-5655 | | Claim Number: 4183<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $33,860.21 |
|---|---|---|

| MOSTYN III, WILLIAM T.<br>555 INDIAN CREEK DRIVE<br>TROPHY CLUB, TX 76262-5655 | | Claim Number: 5923<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $33,860.21 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

Claim Number: 4184
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,513.32 |
| UNSECURED | Claimed: | $33,860.21 | Scheduled: | $33,878.60 |

---

MOSTYN, WILLIAM
555 INDIAN CREEK DR
TROPHY CLUB, TX 76262

Claim Number: 5922
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,860.21 |

---

MOTL, LORI A.
1012 N. 26TH ST.
ARKADELPHIA, AR 71923

Claim Number: 1185
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $22,119.23 |

---

MOTL, LORI A.
1012 N. 26TH ST.
ARKADELPHIA, AR 71923

Claim Number: 1193
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $22,119.23 |

---

MOTON, GARY L.
3319 HILLPARK LANE
CARROLLTON, TX 75007

Claim Number: 815
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,168.41 |

---

MOTOR CITY ELECTRIC TECHNOLOGIES, INC.
9440 GRINNELL ST.
DETROIT, MI 48213-1151

Claim Number: 622
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $373,668.69 |

---

MOTOROLA, INC
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5402
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MOTOROLA, INC.
WILMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5395
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5396
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5397
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5398
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5399
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5400
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5401
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5403
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5404
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5405
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5406
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

MOTOROLA, INC.
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JONATHAN W. YOUNG, MARY OLSON
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 5407
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: WITHDRAWN
DOCKET: 5155 (03/23/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 5408<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 5409<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| MOTOROLA, INC.<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 5410<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| MOTOROLA, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JONATHAN W. YOUNG, MARY OLSON<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 6710<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 5155 (03/23/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| MOTT, ROBERT<br>5113 OLDE SOUTH RD<br>RALEIGH, NC 27606 | | Claim Number: 5874<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $63,609.00 | |
| MOULTON, ROBERT F<br>592 7TH ST.<br>LAKE OSWEGO, OR 97034 | | Claim Number: 4241<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $55,130.13 | |
| UNSECURED | | | Scheduled: $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MOURSY, WANDA M.<br>5217 TRACKWAY DR.<br>KNIGHTDALE, NC 27545 | | Claim Number: 7641<br>Claim Date: 03/14/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $38,438.00 | | |

---

| MOUSSA, HACHEM<br>PO BOX 830776<br>RICHARDSON, TX 75083-0776 | | Claim Number: 688<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,531.95 | | |

---

| MOVING SOLUTIONS<br>MOVING SOLUTIONS INC<br>927 WRIGLEY WAY<br>MILPITAS, CA 95035-5407 | | Claim Number: 4332<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,859.91 | | |
| UNSECURED | | | Scheduled: | $7,719.82 |

---

| MOVING SOLUTIONS, INC.<br>927 WRIGLEY WAY<br>SANTA CLARA, CA 95053 | | Claim Number: 4379<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,859.91 | | |

---

| MOYANO, VICENTE<br>988 NW 110TH AVENUE<br>CORAL SPRINGS, FL 33071 | | Claim Number: 5329<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $108,800.81 | Scheduled: | $0.00 UNLIQ |

---

| MOYANO, VICENTE<br>988 NW 110TH AVENUE<br>CORAL SPRINGS, FL 33071 | | Claim Number: 6573<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $108,800.81 | | |

---

| MOYSE, PETER<br>234 CHERRY LANE<br>FLORAL PARK, NY 11001 | | Claim Number: 1114<br>Claim Date: 05/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,850.74 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-01
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $7,307.91 |
|---|---|---|

---

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3049-02
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $1,797.00 |
|---|---|---|

---

MRV COMMUNICATIONS, INC.
20415 NORDHOFF STREET
CHATSWORTH, CA 91311-6112

Claim Number: 3051
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,069.00 | Scheduled: | $14,069.00 |
|---|---|---|---|---|

---

MTS ALLSTREAM INC
200 WELLINGTON STREET W
SUITE 1200
TORONTO, ON M5V 3G2
CANADA

Claim Number: 3418
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $6,191.16 |
|---|---|---|

---

MTS ALLSTREAM INC
1730 MCGILLIVRAY BLVD
BOX 6666 BW100R
WINNIPEG, MB R3C 3V6
CANADA

Claim Number: 3419
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $140,493.25 |
|---|---|---|

---

MUEHLENBEIN, WILLIAM
131 E. ESTELLE LANE
LUCAS, TX 75002

Claim Number: 731
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $44,653.82 |
|---|---|---|

---

MUIGAI, SAMUEL N.
11911 GREENVILLE AVE APT 3323
DALLAS, TX 75243-3681

Claim Number: 6113
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,409.60 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MULANGU, FABRICE
3708 WILLOW CREEK TRL
MCKINNEY, TX 75071-2672

Claim Number: 4768
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:              $7,996.15
UNSECURED

---

MULANGU, FABRICE
3708 WILLOW CREEK TRL
MCKINNEY, TX 75071

Claim Number: 4769
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE     Claimed:        $0.00   UNDET

---

MULCAHY, PATRICIA
1474 GOLDEN MEADOW SQUARE
SAN JOSE, CA 95117

Claim Number: 1998
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7432 (03/22/2012)

PRIORITY          Claimed:              $22,250.16

---

MULLANEY, KEVIN
214 TRIMBLE AVE
CARY, NC 27511

Claim Number: 1595
Claim Date: 07/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:              $63,861.79
UNSECURED

---

MULLER, MICHAEL
4801 WALLASEY WAY
SALIDA, CA 95368

Claim Number: 774
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED         Claimed:              $54,804.15

---

MUNCK CARTER LLP
600 BANNER PLACE
12770 COIT ROAD
DALLAS, TX 75251

Claim Number: 2432
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 5089 (03/09/2011)

UNSECURED         Claimed:              $130,268.07

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MUNIZ, RICHARD
1491 LOUSER RD
ANNVILLE, PA 17003

Claim Number: 4022
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $43,763.66 |
|---|---|---|

MUNIZ, RUEBEN
5200 N MEADOW RIDGE CIRCLE
MCKINNEY, TX 75070

Claim Number: 7865
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,031.25 |
|---|---|---|

MUNSON, GEORGE
4000 VETERANS MEMORIAL HIGHWAY
BOHEMIA, NY 11716

Claim Number: 2322
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $7,643.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,643.50 UNLIQ |

MURASH, BARRY
11812 EAGLES GLEN DRIVE
AUSTIN, TX 78732

Claim Number: 4279
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7552
amends 802

| PRIORITY | Claimed: | $192,892.61 |
|---|---|---|

MURASH, BARRY
11812 EAGLES GLEN DRIVE
AUSTIN, TX 78732

Claim Number: 7552
Claim Date: 01/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7724
Amends claim 4279

| PRIORITY | Claimed: | $303,531.73 |
|---|---|---|

MURASH, BARRY
11812 EAGLES GLEN DRIVE
AUSTIN, TX 78732

Claim Number: 7724
Claim Date: 05/02/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8333
amends claim 7552

| PRIORITY | Claimed: | $303,531.73 |
|---|---|---|

MURASH, BARRY
11812 EAGLES GLEN DRIVE
AUSTIN, TX 78732

Claim Number: 8333
Claim Date: 08/07/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7724

| UNSECURED | Claimed: | $510,337.03 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MURASH, BARRY MILES
PMB 16788
2885 SANFORD AVE SW #16788
GRANDVILLE, MI 49418-1342

Claim Number: 802
Claim Date: 04/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $192,892.61 | | |
| --- | --- | --- | --- | --- |

---

MURASHIGE, DAVID
2604 RUTGERS COURT
PLANO, TX 75093

Claim Number: 4839
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | $4,967.21 | Scheduled: | $4,893.77 UNLIQ |

---

MURASHIGE, DAVID
2604 RUTGERS COURT
PLANO, TX 75093

Claim Number: 4840
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | $14,290.65 | Scheduled: | $11,352.34 UNLIQ |

---

MURPH, DARREN
5125 MABE DR.
HOLLY SPRINGS, NC 27540

Claim Number: 706
Claim Date: 03/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,341.43 | | |
| --- | --- | --- | --- | --- |

---

MURPHY, EDGAR III
204 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 145
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $279,404.86   UNLIQ | | |
| --- | --- | --- | --- | --- |

---

MURPHY, EDGAR III
204 BARRINGTON OVERLOOK DR
DURHAM, NC 27703

Claim Number: 146
Claim Date: 02/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,950.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $63,192.21 | | |

---

MURPHY, JOHN
3518 KINGBARD
SAN ANTONIO, TX 78230

Claim Number: 2364
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | $331.11 | Scheduled: | $331.11 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MURPHY, PATRICK G.
433 FOX TRAIL
ALLEN, TX 75002

Claim Number: 2655
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $89,622.37 |
|---|---|---|

MURPHY, PETER
5555 GROVE POINT RD
ALPHARETTA, GA 30022

Claim Number: 34
Claim Date: 01/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $109,005.50 |
|---|---|---|

MURPHY, PETER
5555 GROVE POINT RD
ALPHARETTA, GA 30022

Claim Number: 1657
Claim Date: 08/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $262,962.26 |
|---|---|---|

MURPHY, PETER
5555 GROVE POINT RD
ALPHARETTA, GA 30022

Claim Number: 1749
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7810 (06/05/2012)

| UNSECURED | Claimed: | $91,334.67 |
|---|---|---|

MURPHY, PETER
5555 GROVE POINT RD
ALPHARETTA, GA 30022

Claim Number: 1750
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $466,147.00 |
|---|---|---|

MURUGESAN, HAMSA
13144 THORNTON DR
FRISCO, TX 75035

Claim Number: 2469
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $14,423.10 |
|---|---|---|

MURUGESAN, HAMSA
13144 THORNTON DR
FRISCO, TX 75035

Claim Number: 2470
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $14,423.10 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MUSCA, DANIEL G.
2612 OAK GROVE DR
PLANO, TX 75074

Claim Number: 1570
Claim Date: 07/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,771.00 |

---

MUSEUM OF NATURE AND SCIENCE
PO BOX 151469
DALLAS, TX 75315

Claim Number: 532
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $5,000.00   UNDET |

---

MUSEUM OF NATURE AND SCIENCE
PO BOX 151469
DALLAS, TX 75315

Claim Number: 869
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,000.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 4034
NAPA, CA 94558-0403

Claim Number: 726
Claim Date: 03/27/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 4034
NAPA, CA 94558-0403

Claim Number: 5569
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 456
CONOVER, NC 28613

Claim Number: 5570
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 456
CONOVER, NC 28613

Claim Number: 5571
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,080.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

MUSIC SEMICONDUCTORS INCORPORATED
PO BOX 4034
NAPA, CA 94558-0403

Claim Number: 5572
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,080.00 |

---

MUSKIEWICZ, STEPHEN
4 BEAN RD.
MERRIMACK, NH 03054-3049

Claim Number: 7276
Claim Date: 06/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $30,670.68 |

---

MUSTANG TECHNOLOGIES INC
4030 COTE VERTU, SUITE 100
ST-LAURENT, QB H4R 1V4
CANADA

Claim Number: 2585
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,148.94 |

---

MUSTANG TECHNOLOGIES INC
4030 RUE COTE VERTU
SUITE 100
ST LAURENT, QC H4R 1V4
CANADA

Claim Number: 2586
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,148.94 |
| TOTAL | Claimed: | $5,418.00 |

---

MUTHURAMAN, ALAGAPPAN
14041 MARILYN LN
SARATOGA, CA 95070

Claim Number: 1090
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $284,647.00 |

---

MUTS, SERGE
3722 FRASER ST., NE
ROCKFORD, MI 49341

Claim Number: 3076
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

MUTS, SERGE
3722 FRASER ST., NE
ROCKFORD, MI 49341

Claim Number: 3077
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,064.97 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| MYCOM INTERNATIONAL<br>4TH FLOOR THAMES CENTRAL<br>90 HATFIELD ROAD<br>SLOUGH, SL1 1QE<br>UNITED KINGDOM | Claim Number: 1864<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $1,179.84 |

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2207<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 3636 (07/14/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNDET |

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2209<br>Claim Date: 08/26/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3638 (07/14/2010) |
|---|---|
| PRIORITY          Claimed: | $643.17 |

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2210<br>Claim Date: 08/26/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3638 (07/14/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNDET |

---

| N.Y. STATE WORKERS COMPENSATION BOARD<br>JUDGMENT UNIT<br>20 PARK STREET<br>ALBANY, NY 12207 | Claim Number: 2211<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN |
|---|---|
| ADMINISTRATIVE          Claimed: | $0.00   UNDET |

---

| N.Y. STATE WORKERS' COMPENSATION BOARD<br>JUDGEMENT UNIT<br>20 PARK ST<br>ALBANY, NY 12207-1674 | Claim Number: 2208<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN<br>DOCKET: 3636 (07/14/2010) |
|---|---|
| PRIORITY          Claimed: | $590.83 |

---

| NABORS, CALVIN<br>1724 CRYSTAL CREEK DR.<br>DURHAM, NC 27712 | Claim Number: 8376<br>Claim Date: 09/28/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $66,850.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NADOLNY, ARNO
9600 COIT ROAD, #915
PLANO, TX 75025

Claim Number: 7993
Claim Date: 09/19/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8322

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $100,644.23 |

---

NADOLNY, ARNO
9600 COLT ROAD
APT 915
PLANO, TX 75025

Claim Number: 8322
Claim Date: 07/19/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7993

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $100,644.23 |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-01
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,500.00 |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DRIVE
PLANO, TX 75093

Claim Number: 3729-02
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DR
PLANO, TX 75093

Claim Number: 3730-01
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,500.00 |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DR
PLANO, TX 75093

Claim Number: 3730-02
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimant asserts 86,236 Canadian

| | | |
|---|---|---|
| UNSECURED | Claimed: | $69,006.05 |

---

NAGARAJ, KESAVAMURTHY
4201 WARMINSTER DR
PLANO, TX 75093

Claim Number: 7145
Claim Date: 03/12/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,879.47 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NAGARAJ, KESAVAMURTHY | Claim Number: 7146 |
| 4201 WARMINSTER DR | Claim Date: 03/12/2010 |
| PLANO, TX 75093 | Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $9,879.47 |

---

| NAICKER, SELVARAJ | Claim Number: 4064 |
| 3304 117TH ST. NW | Claim Date: 09/28/2009 |
| EDMONTON, AB T6J 3J4 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $13,191.45 |

---

| NAICKER, SELVARAJ | Claim Number: 6561 |
| NATIONAL BANK FINANCIAL | Claim Date: 01/04/2010 |
| 10180-101 ST. 3500 MANULIFE PLACE | Debtor: NORTEL NETWORKS (CALA) INC. |
| EDMONTON, AB T5J 3S4 | Comments: EXPUNGED |
| CANADA | DOCKET: 3219 (06/24/2010) |

| ADMINISTRATIVE | Claimed: | $13,191.00 |

---

| NAICKER, SELVARAJ | Claim Number: 6562 |
| 3304 117TH ST. NW | Claim Date: 01/04/2010 |
| EDMONTON, AB T6J 3J4 | Debtor: NORTEL NETWORKS (CALA) INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 3219 (06/24/2010) |

| UNSECURED | Claimed: | $13,191.00 |

---

| NAKAMURA, TETSUYUKI | Claim Number: 258 |
| 105 SANDY HOOK WAY | Claim Date: 02/11/2009 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $12,357.82 |

---

| NAKAMURA, TETSUYUKI | Claim Number: 259 |
| 105 SANDY HOOK WAY | Claim Date: 02/11/2009 |
| CARY, NC 27513 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $2,242.35 | | |
| UNSECURED | | | Scheduled: | $24,679.28 |

---

| NAKKALA, VENKATESH | Claim Number: 1519 |
| 1415 FAIRFAX WOODS DR | Claim Date: 07/13/2009 |
| APEX, NC 27502 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $40,718.90 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NAM, HYEJIN
1709 COVENTRY LN
ALLEN, TX 75002

Claim Number: 7650
Claim Date: 03/17/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $5,405.77 |

---

NANCE, JIM
1204 DAME SUSAN LANE
LEWISVILLE, TX 75056

Claim Number: 1531
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,368.24 |

---

NANCE, JIM
1204 DAME SUSAN LANE
LEWISVILLE, TX 75056

Claim Number: 5804
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,368.24 |

---

NANCE, JIM
1204 DAME SUSAN LANE
LEWISVILLE, TX 75056

Claim Number: 6082
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1531

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,368.24 |

---

NANCE, MANLY S.
182 WOODBERRY RD SW
MEADOWS DAN, VA 24120-3682

Claim Number: 3565
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $63,388.92 |

---

NAPIER, SUSAN A
406 BAKER DR
WEST PALM BEACH, FL 33409

Claim Number: 7882
Claim Date: 08/01/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 4571
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $941,642.21 | | |
| UNSECURED | | | Scheduled: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 5909
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $941,642.21 |
| --- | --- | --- |

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 6637
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $941,642.21 |
| --- | --- | --- |

NAPIER-WILSON, DIANNE
14538 WOOD ROAD
ALPHARETTA, GA 30004

Claim Number: 6638
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $941,642.21 |
| --- | --- | --- |

NAPOLITANO, ORNELLA
1938 35TH STREET, NW
WASHINGTON, DC, DC 20007

Claim Number: 3171
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $104,692.84 |
| --- | --- | --- |

NAPOLITANO, ORNELLA
1938 35TH STREET, NW
WASHINGTON, DC, DC 20007

Claim Number: 3172
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY<br>UNSECURED | Claimed: | $104,692.84 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

NAQVI, JAFFAR
13 SUVA CT.
SAN RAMON, CA 94582

Claim Number: 2366
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $1,949.80 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $24,751.72 | Scheduled: | $25,763.68 |

NARAYANAN, RAVI KUMAR
2912 MONTELL CT
PLANO, TX 75025

Claim Number: 1156
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $10,950.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $34,404.53 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NARAYANAN, RAVI KUMAR<br>2912 MONTELL CT<br>PLANO, TX 75025 | Claim Number: 4018<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,190.92 |
| UNSECURED | Claimed: | $34,404.53 | Scheduled: | $44,282.38 |

| NARDIELLO, ARTHUR L.<br>914 WEDGEWOOD WAY<br>RICHARDSON, TX 75080 | Claim Number: 7032<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| UNSECURED | Claimed: | $43,200.00 |

| NARUMANCHI, SRINIVASU<br>2113 SPICEWOOD DR.<br>ALLEN, TX 75013 | Claim Number: 670<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,524.00 |

| NASH, DALE<br>600 TECHNOLOGY PARK<br>BILLERICA, MA 01821 | Claim Number: 4299<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| PRIORITY | Claimed: | $15,076.87 |

| NATARAJAN, GOVINDARAJAN T<br>7416 ANGEL FIRE DR<br>PLANO, TX 75025 | Claim Number: 6095<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| UNSECURED | Claimed: | $60,728.84 |

| NATARAJAN, GOVINDARAJAN T<br>7416 ANGEL FIRE DR<br>PLANO, TX 75025 | Claim Number: 7386<br>Claim Date: 08/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $60,728.84 |

| NATH, UMAR<br>60 DESCANSO DR UNIT 3328<br>SAN JOSE, CA 95134-1825 | Claim Number: 3274<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|
| SECURED | Claimed: | $36,143.81 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NATH, UMAR<br>PREVIOUSLY UMAR MOHAMMED<br>907 MUSTANG RIDGE DR<br>MURPHY, TX 75094 | Claim Number: 3497<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $36,143.81 |
| NATHANSON<br>NATHANSON AND COMPANY<br>10 MINUTE MAN HILL<br>WESTPORT, CT 06880 | Claim Number: 2801<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6632 (10/17/2011) | |
| UNSECURED | Claimed: | $419,832.00 |
| NATHOO, FARID<br>1255 JASMINE CIRCLE<br>WESTON, FL 33326 | Claim Number: 482<br>Claim Date: 03/06/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED | Claimed: | $145,908.81 |
| NATIONAL ENVELOPE CORPORATION<br>ATTN: VALERIE SKRIVANEK<br>3211 INTERNET BLVD, STE 200<br>FRISCO, TX 75034 | Claim Number: 812<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | |
| UNSECURED | Claimed: | $7,059.93 |
| NATIONAL FUEL GAS DISTRIBUTION CORP.<br>LEGAL DEPARTMENT<br>6363 MAIN STREET<br>WILLIAMSVILLE, NY 14221 | Claim Number: 1238<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) | |
| UNSECURED | Claimed: | $230.43 |
| NATIONAL GRID<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13202 | Claim Number: 7910<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED | Claimed: | $126,758.26 |
| NATIONAL GRID-MASSACHUSETTS<br>PO BOX 1005<br>WOBURN, MA 01807-0005 | Claim Number: 2346<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED | Claimed: | $214,646.39 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NATIONAL INTEGRATED SYSTEMS INC.
47676 GALLEON DR
PLYMOUTH, MI 48170-2467

Claim Number: 181
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,269.10 | Scheduled: | $4,707.00 |
|---|---|---|---|---|

NATIUK, EDWARD
6143 NW 124 DR
CORAL SPRINGS, FL 33076

Claim Number: 3329
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $14,530.00 |
|---|---|---|

NATIUK, EDWARD
6143 NW 124TH DRIVE
CORAL SPRINGS, FL 33076

Claim Number: 3330
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,530.00 | Scheduled: | $11,299.29 UNLIQ |
|---|---|---|---|---|

NATIVIDAD, EMILIO, JR.
3508 ASH LANE
MCKINNEY, TX 75070

Claim Number: 669
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $34,975.20 |
|---|---|---|

NAVARRO, DOLORES P
5068 ALUM ROCK AVE.
SAN JOSE, CA 95127

Claim Number: 2407
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $123.62 UNLIQ |
|---|---|---|

NAVARRO, DOLORES P.
5068 ALUM ROCK AVENUE
SAN JOSE, CA 95127

Claim Number: 2406
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NAYLOR, JERRY
6217 HAMPTON RIDGE ROAD
RALEIGH, NC 27603

Claim Number: 7267
Claim Date: 05/27/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $87,628.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NAZARETH, DESIRE
437 CHARLEVILLE CT
CARY, NC 27519

Claim Number: 6029
Claim Date: 10/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $26,390.00 | | |
|---|---|---|---|---|

NEAL & HARWELL PLC
150 FOURTH AVE NORTH
NASHVILLE, TN 37219-2498

Claim Number: 2082
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $4,975.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

NEAL & HARWELL, PLC
GERALD D. NEENAN, ESQ.
150 FOURTH AVENUE NORTH, SUITE 200
NASHVILLE, TN 37219

Claim Number: 2046
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| ADMINISTRATIVE | Claimed: | $355.00 |
|---|---|---|

NEAL, ROGER F
117 TROTTERS RIDGE
DR
RALEIGH, NC 27614

Claim Number: 6801
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $30,784.77 |
|---|---|---|

NEAL, ROGER F.
117 TROTTERS RIDGE DRIVE
RALEIGH, NC 27614

Claim Number: 2928
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $30,784.77 |
|---|---|---|

NEAL, ROGER F.
117 TROTTERS RIDGE DRIVE
RALEIGH, NC 27614

Claim Number: 6802
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $30,784.77 |
|---|---|---|

NEARMUG
11 DOUGAL LANE
E. NORTHPORT, NY 11731

Claim Number: 6850
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $5,514.10 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NEARMUG<br>ATTN: JILL A. ADLER, CMP, CONFERENCE<br>COORDINATOR<br>11 DOUGAL LANE<br>EAST NORTHPORT, NY 11731 | Claim Number: 6851<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $5,514.10 | |
| NEBRASKA DEPARTMENT OF REVENUE<br>P.O. BOX 94818<br>ATTN: BANKRUPTCY UNIT<br>LINCOLN, NE 68509-4818 | Claim Number: 1760<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $1,896,734.00<br>$168,140.00 | |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2358<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
| PRIORITY          Claimed: | $13,848.12 | |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2359<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4158 (10/14/2010) | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $184.20<br>$27.69 | |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN, NE 68509-4818 | Claim Number: 2825<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | |
| PRIORITY          Claimed: | $11,126,483.84 | |
| NEC ELECTRONICS AMERICA, INC.<br>ATTN: ALISON LEE<br>2880 SCOTT BLVD. M/S SC1401<br>SANTA CLARA, CA 95050 | Claim Number: 3933<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $42,847.50 | |
| NEELY, ED<br>600 LAKESHORE LN<br>CHAPEL HILL, NC 27514 | Claim Number: 8175<br>Claim Date: 01/23/2012<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED          Claimed: | $29,294.33 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NEFF, WENDELL ALLEN
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5525
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $178,669.00 |
| --- | --- | --- |

---

NEI
3501 E. PLANO PARKWAY
PLANO, TX 75074

Claim Number: 1463
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,765.00 |
| --- | --- | --- |

---

NELSON, BILL
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 2647
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $450.00 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $809,819.30 |

---

NELSON, BILL
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 6382
Claim Date: 12/23/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $809,813.30 |
| --- | --- | --- |

---

NELSON, CLEO F
10313 YORK LANE
BLOOMINGTON, MN 55431

Claim Number: 3601
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $185,376.00 |
| --- | --- | --- |

---

NELSON, WILLIAM
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 2645
Claim Date: 09/08/2009
Debtor: NORTEL ALTSYSTEMS INC.

| UNSECURED | Claimed: | $809,813.30 |
| --- | --- | --- |

---

NELSON, WILLIAM
24 WESTCOTT DRIVE
HOPKINTON, MA 01748

Claim Number: 2693
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $809,813.30 | Scheduled: | $4,600.95  UNLIQ |
| --- | --- | --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NELSON, WILLIAM K<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 6383<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $809,813.30 |
| NELSON, WILLIAM K<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 6384<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $809,813.30 |
| NELSON, WILLIAM K<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 6385<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $809,813.30 |
| NELSON, WILLIAM K<br>24 WESTCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 6386<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $809,813.30 |
| NELSON, WILLIAM K.<br>24 WESCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 537<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $809,000.00 |
| NELSON, WILLIAM K.<br>24 WESCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 2646<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $809,813.30 |
| NELSON, WILLIAM K.<br>24 WESCOTT DRIVE<br>HOPKINTON, MA 01748 | | Claim Number: 2648<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $809,813.30 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 61
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,200.73 |
|---|---|---|

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 6740
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $1,200.73 |
|---|---|---|

---

NEMERTES RESEARCH
19225 BLACKHAWK PARKWAY
MOKENA, IL 60448

Claim Number: 6741
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $850.73 |
|---|---|---|

---

NEMKO USA INC
802 NORTH KEALY
LEWISVILLE, TX 75057-6469

Claim Number: 2501
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,750.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

NEOPHOTONICS CORPORATION
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112

Claim Number: 1157
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6645 (10/17/2011)

| ADMINISTRATIVE | Claimed: | $179,840.00 |
|---|---|---|

---

NERA INC.
(ATTN: MR. RAY GARGIULO)
1303 EAST ARAPAHO ROAD, SUITE 202
RICHARDSON, TX 75081

Claim Number: 850
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $667,763.33 |
|---|---|---|

---

NETAS TELEKOMUNIKASYON A.S.
ALENDAG CAD. NO. 171
UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 8037
Claim Date: 11/03/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2876

| UNSECURED | Claimed: | $87,760.50 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NETAS TELEKOMUNIKASYON A.S.
ALENDAG CAD. NO. 171
UMRANIYE
ISTANBUL, 34768
TURKEY

Claim Number: 8038
Claim Date: 11/03/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 2878

| UNSECURED | Claimed: | $14,261,663.01 | | |
|---|---|---|---|---|

NETIQ CORPORATION
1233 WEST LOOP SOUTH, SUITE 810
ATTN: CREDIT DEPARTMENT
HOUSTON, TX 77027

Claim Number: 297
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $528,354.94 | | |
|---|---|---|---|---|

NETWORK ENGINEERING
NETWORK ENGINEERING
3010 LBJ FREEWAY SUITE 350
DALLAS, TX 75234-2714

Claim Number: 3831
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $625,152.95 | Scheduled: | $5,416.00 |
|---|---|---|---|---|

NETWORK EQUIPMENT TECHNOLOGIES, INC.
6900 PASEO PADRE PARKWAY
FREMONT, CA 94555

Claim Number: 1695
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $13,987.31 | | |
|---|---|---|---|---|

NEUMANN, JANE
11730 COUNTY RD 24
WATERTOWN, MN 55388

Claim Number: 3022
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim amount is 382.08 monthly

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

NEUMEISTER JR., ROBERT M.
2729 SILVER CLOUD DR.
PARK CITY, UT 84060

Claim Number: 1659
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $229.54   UNLIQ | | |
|---|---|---|---|---|

NEUMEISTER, ROBERT M
2729 SILVER CLOUD DR
PARK CITY, UT 84060

Claim Number: 3179
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NEUMEISTER, ROBERT M
2729 SILVER CLOUD DR
PARK CITY, UT 84060

Claim Number: 3180
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

---

NEW BOSTON 175 CAPITAL LLC
60 STATE STREET, SUITE 1500
BOSTON, MA 02109-1803

Claim Number: 3665
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,224.73 |
|---|---|---|

---

NEW COMM 2000, CORP
PO BOX 1040
SABANA SECA, PR 00952

Claim Number: 6544
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $21,879.50 |
|---|---|---|

---

NEW HORIZONS
5400 S. MIAMI BLVD
SUITE 140
DURHAM, NC 27703-8465

Claim Number: 1909
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $3,254.14 |
|---|---|---|

---

NEW HORIZONS
NEW HORIZONS
901 COPE INDUSTRIAL WAY
PALMER, AK 99645

Claim Number: 3479
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $78,212.82   UNDET |
|---|---|---|

---

NEW HORIZONS
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3481
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,212.82 |
|---|---|---|

---

NEW HORIZONS TELECOM INC
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3478
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $78,212.82 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NEW HORIZONS TELECOM INC
901 COPE INDUSTRIAL WAY
PALMER, AK 99645-6739

Claim Number: 3480
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $78,212.82 |
|-----------|----------|------------|

---

NEW JERSEY DEPARTMENT OF TREASURY
ATTN: STEPHEN SYLVESTER, ADMIN
UNCLAIMED PROPERTY DIVISION
P.O. BOX 214
TRENTON, NJ 08695-0214

Claim Number: 6058
Claim Date: 10/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPCTY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 1662
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 2915 (04/22/2010)

| PRIORITY | Claimed: | $526.54 |
|----------|----------|---------|
| UNSECURED | Claimed: | $306.34 |

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPCTY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 6118
Claim Date: 10/29/2009
Debtor: NORTEL ALTSYSTEMS INC.

| UNSECURED | Claimed: | $67.57 |
|-----------|----------|--------|

---

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPCTY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 8251
Claim Date: 04/30/2012
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7720 (05/29/2012)

| ADMINISTRATIVE | Claimed: | $150.00 |
|----------------|----------|---------|

---

NEWCOMM 2000
SABANA SECA
PR 00952
PUERTO RICO, PR 00952-1314

Claim Number: 6543
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $12,864.50 |
|-----------|----------|------------|

---

NEWELL, PAMELA
2306 GOLDEN WILLOW LN
RICHARDSON, TX 75082

Claim Number: 3600
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $70,699.98 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| NEWFIELD WIRELESS INC<br>2855 TELEGRAPH AVE STE 200<br>BERKELEY, CA 94705-1165 | | Claim Number: 2442<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $3,572.25 | | | |
| NEWFIELD WIRELESS, INC<br>2855  TELEGRAPH AVENUE STE 600<br>BERKELEY, CA 94705 | | Claim Number: 2441<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,572.25 | | | |
| NEWMAN, ROBERT M.<br>4816 W. 162ND ST.<br>STILWELL, KS 66085 | | Claim Number: 7288<br>Claim Date: 06/10/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $54,935.76 | | | |
| NEWSOME, CHARLES E<br>11699 N.W NEWSOME RD<br>CLARKSVILLE, FL 32430-2633 | | Claim Number: 6480<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>366.78 per month plus 10,000 life insurance policy | | | |
| SECURED | Claimed: | $0.00  UNLIQ | | | |
| NEWTON JR, PERCY M<br>3940 THREE CHIMNEYS LANE<br>CUMMING, GA 30041-6998 | | Claim Number: 4307<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $208,377.96 | Scheduled: | $0.00 UNLIQ | |
| NEWTON, PERCY<br>3940 THREE CHIMNEYS LANE<br>CUMMING, GA 30041 | | Claim Number: 526<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $135,667.00 | | | |
| NFORMI, SULE<br>1833 MOUNTAIN LAUREL LANE<br>ALLEN, TX 75002 | | Claim Number: 926<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $3,855.00 | Scheduled: | $2,280.86 | |
| UNSECURED | Claimed: | $26,637.00 | Scheduled: | $27,341.10 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NFUSION GROUP, LLC<br>CARMENT HENDERSON, CONTROLLER<br>5000 PLAZA ON THE LAKE<br>SUITE 200<br>AUSTIN, TX 78746 | | Claim Number: 5353<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $112,404.00   UNLIQ CONT |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 682<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $48,807.68 |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1905<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $48,807.68 |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1906<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,807.68 |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1917<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,807.68 |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1918<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $48,807.68 |

---

| NG, ALEXANDER<br>5739 DESERET TRAIL<br>DALLAS, TX 75252 | | Claim Number: 1927<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $48,807.68 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NG, ALEXANDER
5739 DESERET TRAIL
DALLAS, TX 75252

Claim Number: 1928
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $48,807.68 |
|---|---|---|

---

NG, CHI CHIU
22 F, HENG TIEN MANSION
2, TAI FUNG AVE
TAIKOO SHING,
HONG KONG, SAR

Claim Number: 770
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,733.55 |

---

NG, KENNY W.
52 BRIARWOOD DRIVE
HUNTINGTON, NY 11743

Claim Number: 846
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $32,785.45 |
|---|---|---|

---

NG, MAN-FAI
3713 MOUNT PLEASANT LN
PLANO, TX 75025

Claim Number: 4324
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,789.47 | Scheduled: | $30,421.62  UNLIQ |

---

NG, NORMA
1904 DEERCREEK DRIVE
ALLEN, TX 75013

Claim Number: 3704
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $22,333.74 |
|---|---|---|

---

NG, SCARLETTE
2100 COOLIDGE DRIVE
SANTA CLARA, CA 95051

Claim Number: 4095
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $31,981.80 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| NGO, MANH<br>1742 GRAND TETON DR.<br>MILPITAS, CA 95035 | | Claim Number: 3385<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $44,263.51 | | | |
| NGUYEN, ANH DONG<br>3808 MARCHWOOD DR<br>RICHARDSON, TX 75082 | | Claim Number: 1420<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $15,112.20 | | | |
| UNSECURED | Claimed: | $56,602.20 | | | |
| TOTAL | Claimed: | $56,602.20 | | | |
| NGUYEN, CANH TAN<br>2026 CAMPERDOWN WAY<br>SAN JOSE, CA 95121 | | Claim Number: 6193<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $34,929.00 | | | |
| NGUYEN, DINH<br>500 STONEFIELD COURT<br>SAN JOSE, CA 95136 | | Claim Number: 895<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $33,315.36 | | | |
| NGUYEN, DOUG<br>7117 SHARPS DRIVE<br>PLANO, TX 75025 | | Claim Number: 1104<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $32,692.31 | Scheduled: | $33,700.30 | |
| NGUYEN, HOANG-NGA<br>829 BABOCK CT<br>RALEIGH, NC 27609 | | Claim Number: 2754<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $49,197.80 | | | |
| NGUYEN, KHOA VAN<br>5840 NEW CASTLE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 2694<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | | | Scheduled: | $2,071.84 | |
| UNSECURED | Claimed: | $26,646.03 | Scheduled: | $24,651.92 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NGUYEN, LAN | | Claim Number: 6399 |
|---|---|---|
| 563 MAPLE AVE | | Claim Date: 12/24/2009 |
| MILPITAS, CA 95035 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $14,120.00 |
|---|---|---|

---

| NGUYEN, LINH T | | Claim Number: 5861 |
|---|---|---|
| 5240 KATHRYN DR | | Claim Date: 10/05/2009 |
| GRAND PRAIRIE, TX 75052 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 8634 (10/03/2012) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| NGUYEN, LONG | | Claim Number: 5760 |
|---|---|---|
| 2961 CRYSTAL SPRINGS LN | | Claim Date: 10/01/2009 |
| RICHARDSON, TX 75082 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

---

| NGUYEN, LONG | | Claim Number: 5761 |
|---|---|---|
| 2961 CRYSTAL SPRINGS LANE | | Claim Date: 10/01/2009 |
| RICHARDSON, TX 75082 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $100,000.00 |
|---|---|---|

---

| NGUYEN, LY T | | Claim Number: 8030 |
|---|---|---|
| 322 GOODWIN ROAD | | Claim Date: 10/24/2011 |
| DURHAM, NC 27712 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $24,624.99 |
|---|---|---|

---

| NGUYEN, MINH T | | Claim Number: 5907 |
|---|---|---|
| 10323 GLENCOE DRIVE | | Claim Date: 10/06/2009 |
| CUPERTINO, CA 95014 | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: |
| | | 314.67 per month |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| NGUYEN, NGA B. | | Claim Number: 7585 |
|---|---|---|
| 8406 TRAIL LAKE DR. | | Claim Date: 01/31/2011 |
| ROWLETT, TX 75088 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $44,965.53 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NGUYEN, TAN<br>3809 HIBBS ST<br>PLANO, TX 75025 | | Claim Number: 6174<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| ADMINISTRATIVE | Claimed: | $10,871.00 | | |
| NGUYEN, TAN<br>3809 HIBBS STREET<br>PLANO, TX 75025 | | Claim Number: 6175<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,871.00 | | |
| UNSECURED | | | Scheduled: | $10,389.77 |
| NGUYEN, THUY<br>5337 OLVER AVE S<br>MINNEAPOLIS, MN 55419-1054 | | Claim Number: 3613<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $16,362.82 | Scheduled: | $17,230.19 |
| TOTAL | Claimed: | $16,362.82 | | |
| NIBBY, CHESTER JR.<br>183 BRIDGE ST<br>BEVERLY, MA 01915 | | Claim Number: 2843<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $82.52 | Scheduled: | $5,026.80 |
| UNSECURED | Claimed: | $31,282.98 | Scheduled: | $29,371.01 |
| NICHOLAS, DANIEL J.<br>5711 CARELL AVE<br>AGOURA HILLS, CA 91301 | | Claim Number: 244<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $4,230.77 | | |
| UNSECURED | | | Scheduled: | $4,881.13 |
| NICHOLS, ALEX G.<br>1917 KIPLING DRIVE<br>FLOWER MOUND, TX 75022 | | Claim Number: 782<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $93,256.10 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NICHOLS, JOHN W.
11825 N. EXETER WAY
RALEIGH, NC 27613

Claim Number: 7484
Claim Date: 11/05/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $57,076.92 |

NICKLIS, STEPHEN
101 RUSHING BREEZE CT
APEX, NC 27502

Claim Number: 5049
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $9,807.62 |
| UNSECURED | | |

---

NICKLIS, STEPHEN G
101 RUSHING BREEZE CT
APEX, NC 27502

Claim Number: 5050
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,807.62 |

NICKSON, ALFRED
807 RIDGEMONT DRIVE
ALLEN, TX 75002

Claim Number: 3414
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $5,349.66 |

NIELSEN, GERALD T.
2920 CEDAR RIDGE DR.
MCKINNEY, TX 75070

Claim Number: 7588
Claim Date: 02/03/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,511.14 |

NIELSON, DAVE
504 S. HORIZON CIRCLE
SIOUX FALLS, SD 57106

Claim Number: 3586
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,176.62 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4313<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $375,154.02 |

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4314<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $205,480.27 |

| NIELSON, DAVID D<br>504 S HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 4315<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $1,176.62 |

| NIELSON, DAVID D.<br>504 S. HORIZON CIRCLE<br>SIOUX FALLS, SD 57106 | | Claim Number: 986<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $205,480.27 |

| NIENTIMP, THOMAS I<br>40 COBBLECREEK RD<br>VICTOR, NY 14564-8935 | | Claim Number: 6608<br>Claim Date: 01/06/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7863<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $19,169.17 |

| NIESHALLA, MARK<br>8521 HARBOR DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7890<br>Claim Date: 08/05/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $53,062.61 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NIESHALLA, MARK
8521 HARBOR DRIVE
RALEIGH, NC 27615

Claim Number: 8035
Claim Date: 11/01/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,798.05 |
| --- | --- | --- |

NIMMALA, PREETI
4016 HEARTLIGHT CT
PLANO, TX 75024

Claim Number: 6366
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $25,913.46 |
| --- | --- | --- |

NISKALA, KEITH
4 SHELLEY DR
LONDONDERRY, NH 03053

Claim Number: 3643
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $29,359.35 |
| --- | --- | --- |

NISKALA, KEITH
4 SHELLEY DRIVE
LONDONDERRY, NH 03053

Claim Number: 3644
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $29,359.35 |
| --- | --- | --- |

NITHYANANDAN, VANGAL
312 W MEADOWS LN
DANVILLE, CA 94506-1335

Claim Number: 4290
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,921.28 |
| --- | --- | --- |

NITSCHE, JOACHIM
PARKSTRAPE 30
NEUKIRCH, 01904
GERMANY

Claim Number: 2379
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 3218 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

NIXON-HOSKINS, BEVERLY
1405 WATTS ST
DURHAM, NC 27701

Claim Number: 1745
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $50,000.00 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NOBLE, AMBER<br>2114 COLEY FOREST PL.<br>RALEIGH, NC 27607 | | Claim Number: 7731<br>Claim Date: 05/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,695.19 | | |

---

| NOBLE, AMBER<br>2114 COLEY FOREST PL.<br>RALEIGH, NC 27607 | | Claim Number: 7828<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | Claimed: | $10,695.19 | | |
| UNSECURED | Claimed: | $5,020.19 | | |

---

| NORBURY, THOMAS<br>59 THUNDER RD<br>MILLER PLACE, NY 11764 | | Claim Number: 691<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,464.04 | | |

---

| NORBURY, THOMAS<br>59 THUNDER RD<br>MILLER PLACE, NY 11764 | | Claim Number: 8162<br>Claim Date: 01/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,136.97 |
| SECURED | Claimed: | $110,464.04 | | |
| UNSECURED | | | Scheduled: | $104,946.92 |
| TOTAL | Claimed: | $110,464.04 | | |

---

| NORMAN, GLEN<br>40425 CHAPEL WAY, # 307<br>FREMONT, CA 94538 | | Claim Number: 7584<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | Claimed: | $10,950.00 | UNLIQ |
| UNSECURED | Claimed: | $52,050.00 | UNLIQ |

---

| NORTEL DE MEXICO, S. DE R.L. DE C.V.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8067<br>Claim Date: 11/14/2011<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7985 (07/11/2012) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $10,360.95 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL DE MEXICO, S. DE R.L. DE C.V.
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8068
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $3,717,471.94   UNLIQ |

---

NORTEL DE MEXICO, S. DE R.L. DE C.V.
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8071
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $5,783,321.78   UNLIQ |

---

NORTEL DE MEXICO, S. DE R.L. DE C.V.
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8072
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | Claimed: | |
|---|---|---|
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $835.66   UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5100
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5137
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7778
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5138
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |
| SECURED | | $0.00   UNLIQ |
| UNSECURED | | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5139
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5140
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5141
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5142
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5143
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5144
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5145
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5146
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5147
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5148
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7759
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $211,219.64 | UNLIQ |

---

NORTEL GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7778
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,341,266.56 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL GMBH, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5149
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7759
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL GMBH, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5150
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETORKS S.R.O., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7782
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,814,052.63 | UNLIQ |

---

NORTEL NETWORK BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5059
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7780
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (ASIA) LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8046
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,850,427.45 | UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4982
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4983<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4984<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4985<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4986<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4987<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS (AUSTRIA) GMBH ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4988<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4989 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: CORETEK, INC. | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4990 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: QTERA CORPORATION | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4991 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: SONOMA SYSTEMS | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4992 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: XROS, INC. | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4993 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS (AUSTRIA) GMBH ET AL | | Claim Number: 4994 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 | |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL ALTSYSTEMS INC. | |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED | |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) | |
| | | | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4995
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4996
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7755
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS (AUSTRIA) GMBH, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7755
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,812,693.88 UNLIQ |

---

NORTEL NETWORKS (CHINA) LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8058
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $2,540,277.97 UNLIQ |

---

NORTEL NETWORKS (INDIA) PRIVATE LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8052-01
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| UNSECURED | Claimed: | $167,634.00 UNLIQ |

---

NORTEL NETWORKS (INDIA) PRIVATE LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8052-02
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| UNSECURED | Claimed: | $17,184.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS (IRELAND) LIMITED<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7761<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,155,742.06 | UNLIQ |

| NORTEL NETWORKS (IRELAND) LIMITED<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7774<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7404 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $291,169,949.90 | UNLIQ |

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5089<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7774<br>DOCKET 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5090<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5091<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5092<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5093<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5094<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5095<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5096<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5097<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS (IRELAND) LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5098<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5099
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5118
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5119
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7761
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5120
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (IRELAND) LIMITED ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5121
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS (THAILAND) LTD
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8056
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $857,139.67 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4956
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4957
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4958
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4959
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4960
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4961
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4962<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4963<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4964<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4965<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4966<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS AB ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4967<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4968
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4969
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4970
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7779
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS AB, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7779
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,500,000.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7752
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $5,600,000.00 | UNLIQ |

---

NORTEL NETWORKS AG, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5259
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5260<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5261<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5262<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5263<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5264<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| NORTEL NETWORKS AG, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5265<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5266 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: CORETEK, INC. |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5267 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: QTERA CORPORATION |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5268 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: SONOMA SYSTEMS |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5269 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: XROS, INC. |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5270 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

| NORTEL NETWORKS AG, ET AL. | | |
|---|---|---|
| HERBERT SMITH LLP | | Claim Number: 5271 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Claim Date: 09/30/2009 |
| EXCHANGE HOUSE, PRIMROSE STREET | | Debtor: NORTEL ALTSYSTEMS INC. |
| LONDON, EC2A 2HS | | Comments: EXPUNGED |
| UNITED KINGDOM | | DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AG, ET AL. | | Claim Number: 5272 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AG, ET AL. | | Claim Number: 5273 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: POSSIBLY AMENDED BY 7752 |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL | | Claim Number: 7762 |
| ATTN: STEPHEN GALE/KEVIN LLOYD | | Claim Date: 06/03/2011 |
| HERBERT SMITH LLP, EXCHANGE HOUSE | | Debtor: NORTEL NETWORKS INC. |
| PRIMROSE STREET | | Comments: DOCKET: 5588 (06/03/2011) |
| LONDON, EC2A 2HS | | |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $614,231.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5244 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5245 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5246 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5247 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5248 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS HPOCS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5249 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5250 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5251 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: CORETEK, INC. |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS AS, ET AL. | | Claim Number: 5252 |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: QTERA CORPORATION |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) |
| UNITED KINGDOM | | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5253<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5254<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5255<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5256<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5257<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS AS, ET AL.<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | | Claim Number: 5258<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7762<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS AUSTRALIA PTY. LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8053<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $634,988.76   UNLIQ |

---

| NORTEL NETWORKS BV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5060<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS BV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5061<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS BV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5062<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS BV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5063<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS BV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5064<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5065
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5066
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5067
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5068
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5069
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5070
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5071
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7763
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5072
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5073
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS BV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7770
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $2,055,016.24 | UNLIQ |

---

NORTEL NETWORKS BV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7763
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,119.50 | UNLIQ |

---

NORTEL NETWORKS BV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7780
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,670,097.67 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS CHILE S.A. | | Claim Number: 8063 |
| C/O ANNA VENTRESCA, GENERAL COUNSEL | | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | | DOCKET: 7985 (07/11/2012) |
| CANADA | | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $20,221.54   UNLIQ |

---

| NORTEL NETWORKS CHILE S.A. | | Claim Number: 8064 |
| C/O ANNA VENTRESCA, GENERAL COUNSEL | | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | | DOCKET: 7985 (07/11/2012) |
| CANADA | | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $756,623.93   UNLIQ |

---

| NORTEL NETWORKS DE ARGENTINA S.A. | | Claim Number: 6976 |
| TORRE BOUCHARD PLAZA | | Claim Date: 01/25/2010 |
| BOUCHARD 557/599, PISO 17 | | Debtor: NORTEL NETWORKS (CALA) INC. |
| BUENOS AIRES, CP 1106 | | Comments: EXPUNGED |
| ARGENTINA | | DOCKET: 7985 (07/11/2012) |
| ADMINISTRATIVE | Claimed: | $969,314.48   UNLIQ |
| SECURED | Claimed: | $4,327,627.65   UNLIQ |

---

| NORTEL NETWORKS DE ARGENTINA S.A. | | Claim Number: 8061 |
| C/O ANNA VENTRESCA, GENERAL COUNSEL | | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | | DOCKET: 7985 (07/11/2012) |
| CANADA | | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $5,122,384.83   UNLIQ |

---

| NORTEL NETWORKS DE ARGENTINA S.A. | | Claim Number: 8062 |
| C/O ANNA VENTRESCA, GENERAL COUNSEL | | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | | Debtor: NORTEL NETWORKS INC. |
| 5945 AIRPORT ROAD | | Comments: EXPUNGED |
| MISSISSAUGA, ON L4V 1R9 | | DOCKET: 7985 (07/11/2012) |
| CANADA | | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $424,731.58   UNLIQ |

---

| NORTEL NETWORKS DE MEXICO, S.A. DE C.V. | | Claim Number: 8069 |
| C/O ANNA VENTRESCA, GENERAL COUNSEL | | Claim Date: 11/14/2011 |
| CORPORATE AND CORPORATE SECRETARY | | Debtor: NORTEL NETWORKS (CALA) INC. |
| 5945 AIRPORT ROAD | | Comments: ALLOWED |
| MISSISSAUGA, ON L4V 1R9 | | DOCKET: 7985 (07/11/2012) |
| CANADA | | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $6,074,772.72   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS DE MEXICO, S.A. DE C.V.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8070<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $308,341.55 | UNLIQ |

| NORTEL NETWORKS DEL ECUADOR S.A.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8065<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $588,950.16 | UNLIQ |

| NORTEL NETWORKS DEL ECUADOR S.A.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8066<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $654,421.05 | UNLIQ |

| NORTEL NETWORKS DEL URUGUAY, S.A.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8074<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $232,141.40 | UNLIQ |

| NORTEL NETWORKS DEL URUGUAY, S.A.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8075<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS ENGINEERING SVC KFT<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5177<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5178
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5179
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5180
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5181
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5182
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5183
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5184
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5185
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5186
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5187
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5188
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ENGINEERING SVC KFT
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5189
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS ENGINEERING SVC KFT<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5190<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS ENGINEERING SVC KFT<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5191<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7756<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS ENGINEERING SVC KFT,ETAL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7756<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 UNLIQ |

| NORTEL NETWORKS FRANCE S.A.S<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7764<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $8,785.22 UNLIQ |

| NORTEL NETWORKS FRANCE S.A.S, ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7765<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $673,116.78 UNLIQ |

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5074<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7765<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5075<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5076<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5077<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5078<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5079<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5080<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5081<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5082<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5083<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5084<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5085<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5086<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 7764<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5087<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS FRANCE SAS ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5088<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS HISPANIA SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5020<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7787<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS HISPANIA SA ET AL<br>C/O YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5021<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS HISPANIA SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5022<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS HISPANIA SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5023<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5024
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5025
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5026
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5027
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5028
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5029
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5030
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5031
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5032
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5033
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5034
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS HISPANIA, S.A., ETAL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7787
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $33,303,067.63 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS INT'L FINANCE & HOLDING BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4971
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INT'L FINANCE & HOLDING BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4972
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INT'L FINANCE & HOLDING BF ET AL-YOUNG CONAWAY STARGATT & TAYLOR
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4973
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INT'L FINANCE & HOLDING BV ET AL-YOUNG CONAWAY STARGATT & TAYLOR
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4974
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTERNATIONAL INC.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7776
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $389,997,164.67 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5151
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5152
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5153
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5154
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5155
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5156
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5157
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5158
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5159
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5160
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INTL FINANCE &HOLDING BV
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5161
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7776
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS KOREA LIMITED
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8050
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7985 (07/11/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,915,009.99 | UNLIQ |

---

NORTEL NETWORKS MALAYSIA SDN. BHD.
C/O ANNA VENTRESCA, GENERAL COUNSEL
CORPORATE AND CORPORATE SECRETARY
5945 AIRPORT ROAD
MISSISSAUGA, ON L4V 1R9
CANADA

Claim Number: 8049
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7985 (07/11/2012)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,105,232.78 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 2875<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $87,760.50 |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 2877<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $14,261,663.01 |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NETAS<br>TELEKOMUNIKASYON A.S.<br>ALEMDAG CADDESI NO. 171<br>UMRANIYE<br>ISTANBUL, 34768<br>TURKEY | | Claim Number: 2878<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8038 |
| UNSECURED | Claimed: | $14,261,663.01 |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NEW ZEALAND LIMITED<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8048<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $18,014.95  UNLIQ |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 4997<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 4998<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| NORTEL NETWORKS NV ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 4999<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5000
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5001
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5002
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5003
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5004
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS NV, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7781
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $11,763,470.58 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5170<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5171<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5172<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5173<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5174<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL NETWORKS NV, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5175<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS NV, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5176
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7781
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5304
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPENENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5305
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5306
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5307
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPENENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5308
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS OPTICAL COMPONENTS LIMITED, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5309 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS HPOCS INC. Comments: POSSIBLY AMENDED BY 7766 DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPENENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5310 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5311 Claim Date: 09/30/2009 Debtor: CORETEK, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5312 Claim Date: 09/30/2009 Debtor: QTERA CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5313 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OPTICAL COMPONENTS LTD, ET AL. MAIDENHEAD OFFICE PARK, WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5314 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5315
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPENENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5316
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5317
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL
COMPONENTS LTD, ET AL.
MAIDENHEAD OFFICE PARK, WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5318
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7772
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS OPTICAL COMPONENTS LTD
HERBERT SMITH LLP
ATTN: STEPHEN GALE/KEVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7766
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $6,761,714.06 | UNLIQ |

---

NORTEL NETWORKS OPTICAL COMPONENTS LTD
HERBERT SMITH LLP
ATTN: STEPHEN GALE / KVIN LLOYD
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7772
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4948<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7753<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4949<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4950<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4951<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4952<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4953<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS OY ET AL | Claim Number: 4954 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: QTERA CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OY ET AL | Claim Number: 4955 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: CORETEK, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OY, ET AL | Claim Number: 7753 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Claim Date: 06/03/2011 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INC. |
| 1000 WEST ST., 17TH FL- BRANDYWINE BLDG | Comments: DOCKET: 5588 (06/03/2011) |
| WILMINGTON, DE 19801 | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $67,946.00 UNLIQ |

---

| NORTEL NETWORKS OY, ET AL. | Claim Number: 5207 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| 1000 WEST ST 17TH FL THE BRANDYWINE BLDG | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OY, ET AL. | Claim Number: 5208 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| 1000 WEST ST 17TH FL THE BRANDYWINE BLDG | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS OY, ET AL. | Claim Number: 5209 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| 1000 WEST ST 17TH FL THE BRANDYWINE BLDG | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| NORTEL NETWORKS OY, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5210<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5211<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5212<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS OY, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5213<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS PERU S.A.C.<br>C/O ANNA VENTRESCA, GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | Claim Number: 8073<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7985 (07/11/2012) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $987,835.90 UNLIQ |

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4930<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7754<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4931<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4932<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4933<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4934<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4935<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4936<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4937<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4938<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4939<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4940<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4941<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS POLSKA SP ZOO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5056<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5057
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5058
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS POLSKA SP ZOO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7754
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $9,700,000.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL S.A., ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7751
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,626,914.08 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5005
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7751
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5006
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5007
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5008
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5009
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5010
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5011
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5012
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5013<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5014<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5015<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5016<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5017<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| NORTEL NETWORKS PORTUGAL SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5018<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS PORTUGAL SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5019
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL,
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST ST 17TH FL THE BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 5201
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5192
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5193
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5194
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS ROMANIA SRL, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5195
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5196<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5197<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5198<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5199<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5200<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5202<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5203<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5204<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5205<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST 17TH FL THE BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 5206<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7783<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS ROMANIA SRL, ET AL.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 7783<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $127,000.00 | UNLIQ |

| NORTEL NETWORKS SA (FRENCH LIQUIDATORS)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 7784<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7404 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4923<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7785<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4924<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4925<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4926<br>Claim Date: 09/30/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4927<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SA ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4928<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4929
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4942
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4943
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4944
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4945
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7760
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4946
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4947
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5116
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5117
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7760
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $100,602.50 | UNLIQ |

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7768
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,489,257.18 | UNLIQ |

---

NORTEL NETWORKS SA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7785
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7404 (03/20/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $473,400,776.91 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS SINGAPORE PTE. LIMITED ACTING THROUGH ITS PHILIPINES BRANCH C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | | Claim Number: 8054 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $28,768.41 | UNLIQ |
| NORTEL NETWORKS SINGAPORE PTE. LIMITED C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | | Claim Number: 8055 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $267,714.38 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4912 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4913 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4914 Claim Date: 09/30/2009 Debtor: QTERA CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS SLOVENSKO SRO ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4915 Claim Date: 09/30/2009 Debtor: CORETEK, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4916<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4917<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4918<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4919<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4920<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

| NORTEL NETWORKS SLOVENSKO SRO ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 4921<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4922
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5035
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7750
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5036
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5037
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5038
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SLOVENSKO SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7750
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,100,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS SO. AFRICA (PROPRIETARY) LIMITED, ET AL<br>HERBERT SMITH-STEPHEN GALE / KEVIN LLOYD<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 7773<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5588 (06/03/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5274<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5275<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY), LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5276<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5277<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH<br>ATTN: STEPHEN GALE & JOHN OGILVIE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5278<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5279
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL -  HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5280
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5281
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5282
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5283
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SOUTH AFRICA
(PROPRIETARY) LTD ET AL - HERBERT SMITH
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5284
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5285 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5286 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5287 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS SOUTH AFRICA (PROPRIETARY) LTD ET AL - HERBERT SMITH ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5288 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 7773 DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS SPA ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4975 Claim Date: 09/30/2009 Debtor: QTERA CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS SPA ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | | Claim Number: 4976 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS Comments: EXPUNGED DOCKET: 5402 (05/10/2011) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4977
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4978
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4979
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4980
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 4981
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7775
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7758
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $4,555.93 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5162
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5163
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5164
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 7758
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5165
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5166
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5167
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5168
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5169
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SPA, ET AL.
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 7775
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $42,895,855.09 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5101
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7782
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5102
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5103
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5104 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL ALTSYSTEMS INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5105 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: QTERA CORPORATION |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5106 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: XROS, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5107 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: SONOMA SYSTEMS |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5108 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: CORETEK, INC. |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| NORTEL NETWORKS SRO ET AL | | Claim Number: 5109 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | | Claim Date: 09/30/2009 |
| ATTN: EDWIN J. HARRON | | Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| 1000 WEST STREET 17TH FL -THE BRANDYWINE | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 5402 (05/10/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5110
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5111
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5112
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5113
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5114
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS SRO ET AL
YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: EDWIN J. HARRON
1000 WEST STREET 17TH FL -THE BRANDYWINE
WILMINGTON, DE 19801

Claim Number: 5115
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS TELECOMMUNICATIONS EQUIPMENT ( SHANGHAI ) CO., LTD C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | Claim Number: 8059 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $21,440.30   UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5122 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5970 (07/15/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5123 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5124 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5125 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL YOUNG CONAWAY STARGATT & TAYLOR LLP ATTN: EDWIN J. HARRON 1000 WEST STREET 17TH FL -THE BRANDYWINE WILMINGTON, DE 19801 | Claim Number: 5126 Claim Date: 09/30/2009 Debtor: XROS, INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5127<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5128<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5129<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5130<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5131<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | Claim Number: 5132<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: POSSIBLY AMENDED BY 7767<br>DOCKET: 5402 (05/10/2011) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5133<br>Claim Date: 09/30/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5134<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 7757<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5135<br>Claim Date: 09/30/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS UK LIMITED ET AL<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST STREET 17TH FL -THE BRANDYWINE<br>WILMINGTON, DE 19801 | | Claim Number: 5136<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |
| NORTEL NETWORKS UK LTD<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | | Claim Number: 7769<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5588 (06/03/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $3,474,984.25 | UNLIQ |
| NORTEL NETWORKS UK LTD<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN J. HARRON<br>1000 WEST ST., 17TH FL - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | | Claim Number: 7786<br>Claim Date: 06/03/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7404 (03/20/2012) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $2,470,352,582.31 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL NETWORKS UK LTD, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7757
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $1,232,779.50 | UNLIQ |

---

NORTEL NETWORKS UK LTD, ET AL
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: EDWIN J. HARRON
1000 WEST ST., 17TH FL - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 7767
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $293,967.40 | UNLIQ |

---

NORTEL NETWORKS UK PENSION TRUST LTD
ET AL
ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY, MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5575
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ CONT |
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |
| SECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5573
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8358

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5574
Claim Date: 09/30/2009
Debtor: CORETEK, INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS UK PENSION TRUST LTD ET
AL, ATTN: DAVID DAVIES, CHAIRMAN
WESTACOTT WAY
MAIDENHEAD
BERKSHIRE, SL6 3QH
UNITED KINGDOM

Claim Number: 5576
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5577 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INTERNATIONAL INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5578 Claim Date: 09/30/2009 Debtor: SONOMA SYSTEMS | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5579 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5580 Claim Date: 09/30/2009 Debtor: XROS, INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5581 Claim Date: 09/30/2009 Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5582 Claim Date: 09/30/2009 Debtor: QTERA CORPORATION | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5583 Claim Date: 09/30/2009 Debtor: NORTHERN TELECOM INTERNATIONAL INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5584 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5585 Claim Date: 09/30/2009 Debtor: NORTEL ALTSYSTEMS INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5586 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 5587 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CAPITAL CORPORATION | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 6979 Claim Date: 01/25/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: POSSIBLY AMENDED BY 8357 | |
| SECURED | Claimed: | $0.00   UNLIQ CONT |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 8357 Claim Date: 09/05/2012 Debtor: NORTEL NETWORKS (CALA) INC. Comments: Amends claim 6979 | |
| SECURED | Claimed: | $1,335,000,000.00   UNLIQ |
| NORTEL NETWORKS UK PENSION TRUST LTD ET AL, ATTN: DAVID DAVIES, CHAIRMAN WESTACOTT WAY MAIDENHEAD BERKSHIRE, SL6 3QH UNITED KINGDOM | Claim Number: 8358 Claim Date: 09/05/2012 Debtor: NORTEL NETWORKS INC. Comments: Amends claim 5573 | |
| SECURED | Claimed: | $1,335,000,000.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| NORTEL NETWORKS(ASIA) LIMITED (ACTING THROUGH ITS TAIWAN BRANCH) C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | | Claim Number: 8045 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $2,452,022.56   UNLIQ | |
| NORTEL NETWORKS(ASIA) LIMITED (ACTING THROUGH ITS PAKISTAN BRANCH) C/O ANNA VENTRESCA, GENERAL COUNSEL 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | | Claim Number: 8047 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $25,803.09   UNLIQ | |
| NORTEL NETWORKS, NETAS TELEKOMUNIKASYON A.S. ALEMDAG CADDESI  NO 171 UMRANIYE ISTANBUL, 34768 TURKEY | | Claim Number: 2876 Claim Date: 09/10/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 8037 | |
| UNSECURED | Claimed: | $87,760.50 | |
| NORTEL TELECOM INTERNATIONAL LTD ET AL HERBERT SMITH LLP ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5291 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL TELECOM INTERNATIONAL LTD ET AL HERBERT SMITH LLP ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5292 Claim Date: 09/30/2009 Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| NORTEL TELECOM INTERNATIONAL LTD ET AL HERBERT SMITH LLP ATTN: STEPHEN GALE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5293 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS HPOCS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5294<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5295<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5296<br>Claim Date: 09/30/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5297<br>Claim Date: 09/30/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5298<br>Claim Date: 09/30/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| NORTEL TELECOM INTERNATIONAL LTD ET AL<br>HERBERT SMITH LLP<br>ATTN: STEPHEN GALE<br>EXCHANGE HOUSE, PRIMROSE STREET<br>LONDON, EC2A 2HS<br>UNITED KINGDOM | Claim Number: 5299<br>Claim Date: 09/30/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5300
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5301
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5302
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD ET AL
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5303
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7771
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5289
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL TELECOM INTERNATIONAL LTD, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5290
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| NORTEL VIETNAM LIMITED C/O ANNA VENTRESCA, GENERAL COUNSEL CORPORATE AND CORPORATE SECRETARY 5945 AIRPORT ROAD MISSISSAUGA, ON L4V 1R9 CANADA | | Claim Number: 8057 Claim Date: 11/14/2011 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 7985 (07/11/2012) | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $75,469.40 | UNLIQ |
| NORTH CAROLINA DEPARTMENT OF REVENUE ANGELA C. FOUNTAIN BANKRUPTCY MANAGER COLLECTIONS EXAMINATION DIVISION PO BOX 1168 RALEIGH, NC 27602-1168 | | Claim Number: 5949 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $3,165.42 | |
| NORTH STATE COMMUNICATIONS 111 N MAIN ST, PO BOX 2326 HIGH POINT, NC 27261-2326 | | Claim Number: 1758 Claim Date: 08/17/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 4779 (01/31/2011) | |
| UNSECURED | Claimed: | $23.64 | |
| NORTH STATE COMMUNICATIONS GINNY WALTER LINWOOD FOSTER 111 N MAIN ST HIGH POINT, NC 27261-2326 | | Claim Number: 6465 Claim Date: 12/28/2009 Debtor: NORTEL NETWORKS (CALA) INC. | |
| UNSECURED | Claimed: | $23.64 | |
| NORTH, THERESA J. 5008 NORTH HILLS DR RALEIGH, NC 27612 | | Claim Number: 8388 Claim Date: 10/09/2012 Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $59,568.08 | |
| NORTHERN TELECOM FRANCE SA, ET AL. HERBERT SMITH LLP ATTN: STEPHEN GALE & JOHN OGILVIE EXCHANGE HOUSE, PRIMROSE STREET LONDON, EC2A 2HS UNITED KINGDOM | | Claim Number: 5214 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. Comments: EXPUNGED DOCKET: 5402 (05/10/2011) | |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5215
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5216
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5217
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5218
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5219
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5220
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5221
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5222
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5223
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5224
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5225
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5226
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5227
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5228
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7777
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTHERN TELECOM FRANCE SA, ET AL.
FTPA
ATTN: RAJEEV SHARMA FOKKER/EDOUARD FABRE
1 BIS AVENUE FOCH
PARIS, 75116
FRANCE

Claim Number: 7777
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTHERN TELECOM PCN LIMITED, ET AL
HERBERT SMITH LLP / KEVIN LLOYD
EXCHANGE HOUSE
PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 7771
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5588 (06/03/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $17,964.73 | UNLIQ |

---

NORTHERN TRUST COMPANY
C/O CLARKE GAGLIARDI
50 SOUTH LA SALLE ST.
CHICAGO, IL 60603

Claim Number: 7825
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,913.18 |

---

NORTHWESTERN UNIVERSITY
ATTN: SUSAN WUORINEN ESQ
C/O OFFICE OF GENERAL COUNSEL
633 CLARK ST
EVANSTON, IL 60208

Claim Number: 4026
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3138 (06/04/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

NORWOOD, CHRISTINE
7421 BRIGHTON HILL LN
RALEIGH, NC 27616

Claim Number: 8096
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

NOTARIO, RACHEL
4139 BONESO CIR
SAN JOSE, CA 95134

Claim Number: 3212
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,577.63 |
|---|---|---|

NOVATIONS GROUP INC
10 GUEST STREET SUITE 300
BOSTON, MA 02135-2067

Claim Number: 6428
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $2,130.00 |
|---|---|---|

NOVATIONS GROUP, INC
10 GUEST ST. SUITE 300
BOSTON, MA 02135

Claim Number: 1192
Claim Date: 05/18/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,610.00 |
|---|---|---|

NOVELLINE, DAVID
26 BROOKSIDE AVE
LEXINGTON, MA 02421

Claim Number: 959
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $46,845.10 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1845
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $27,306.15 |
|---|---|---|

NOY, ANA
10202 SW 158TH CT
MIAMI, FL 33196

Claim Number: 1994
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $8,980.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,980.04  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NOY, ANA M<br>10202 SW 158 CT<br>MIAMI, FL 33196 | | Claim Number: 1846<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,306.15 | | |

---

| NOY, ANA M.<br>10202 SW 158 CT<br>MIAMI, FL 33196 | | Claim Number: 1995<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,027.77 | | |

---

| NUANCE COMMUNICATIONS<br>ATTN: TIM STEVENSON<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA 01803 | | Claim Number: 3307<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $940,000.00 | | |

---

| NUANCE COMMUNICATIONS, INC.<br>ATTN: TIM STEVENSON<br>ONE WAYSIDE ROAD<br>BURLINGTON, MA 01803 | | Claim Number: 3308<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $143,523.60 | | |

---

| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | | Claim Number: 1525<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,060.31 | Scheduled: | $42,060.31 |

---

| NUI SOLUTIONS<br>18N269 NORTHWIND LANE<br>DUNDEE, IL 60118 | | Claim Number: 1526<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,060.31 | | |

---

| NUNN, RANDALL H.<br>601 NW 7TH AVE<br>MINERAL WELLS, TX 76067 | | Claim Number: 3695<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,200.36 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1345<br>Claim Date: 04/21/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1346<br>Claim Date: 04/21/2009<br>Debtor: XROS, INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1347<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1348<br>Claim Date: 04/21/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1349<br>Claim Date: 04/21/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) |
| PRIORITY | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1350<br>Claim Date: 04/21/2009<br>Debtor: CORETEK, INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |
| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1351<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax |
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1352<br>Claim Date: 04/21/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: WITHDRAWN<br>Commercial Rent Tax and General Corporation Tax | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $275,330.00   UNLIQ | | |

---

| NYC DEPT. OF FINANCE<br>ATTN: BANKRUPTCY UNIT<br>AUDIT DIVISION<br>345 ADAMS ST, 5TH FL<br>BROOKLYN, NY 11201 | | Claim Number: 1345<br>Claim Date: 04/21/2009<br>Debtor: QTERA CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 3773 (08/11/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $275,330.00   UNLIQ | | |

---

| O'BOYLE, MICHAEL J.<br>408 TIRRELL HILL ROAD<br>GOFFSTOWN, NH 03045 | | Claim Number: 117<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,555.65 |
| UNSECURED | Claimed: | $46,800.90 | Scheduled: | $41,858.53 |

---

| O'BRIEN, FRANCIS J.<br>10 DEER POND CT.<br>WARWICK, NY 10990-2313 | | Claim Number: 7248<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,866.78 | | |

---

| O'CONNELL, DAVID<br>PO BOX 461263<br>GARLAND, TX 75046-1263 | | Claim Number: 1445<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,200.00   UNLIQ | | |

---

| O'CONNELL, DAVID<br>PO BOX 461263<br>GARLAND, TX 75046-1263 | | Claim Number: 2958<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $77,000.00   UNLIQ | | |

---

| O'HARA, ROBERT J.<br>11316 DUNLEITH DRIVE<br>RALEIGH, NC 27614 | | Claim Number: 1629<br>Claim Date: 07/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $52,836.24 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

O'HARA, ROBERT J.
11316 DUNLEITH DRIVE
RALEIGH, NC 27614

Claim Number: 4178
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,144.84 | | |
| UNSECURED | | | Scheduled: | $63,495.13 |

---

O'KEEFE, CHRISTINE
11 PEDESTAL ROCK LANE
DURHAM, NC 27719

Claim Number: 7675
Claim Date: 03/31/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,662.50 |

---

O'LEARY, BRENT
4054 HANNA WAY
ROYSE CITY, TX 75189

Claim Number: 238
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,654.00 | Scheduled: | $9,644.55 |

---

O'MALLEY, JENNIFER
4313 MYSTIC VALLEY CT.
ANTIOCH, TN 37013

Claim Number: 7579
Claim Date: 01/24/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,050.00 |

---

O'QUINN, HERBERT W
7515 OLD US 421
LILLINGSTON, NC 27546

Claim Number: 5613
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,600.58 |

---

O'TOOL, ANDREW PAUL
1130 CALISTOGA WAY
SAN MARCOS, CA 92078

Claim Number: 7287
Claim Date: 06/10/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $51,923.08 |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5229
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5230
Claim Date: 09/30/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5231
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5232
Claim Date: 09/30/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5233
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5234
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5235
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5236
Claim Date: 09/30/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5237
Claim Date: 09/30/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5238
Claim Date: 09/30/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5239
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5240
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

O.O.O. NORTEL NETWORKS, ET AL.
HERBERT SMITH LLP
ATTN: STEPHEN GALE & JOHN OGILVIE
EXCHANGE HOUSE, PRIMROSE STREET
LONDON, EC2A 2HS
UNITED KINGDOM

Claim Number: 5241
Claim Date: 09/30/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 5402 (05/10/2011)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5242 | | |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 | | |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS CAPITAL CORPORATION | | |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED | | |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) | | |
| UNITED KINGDOM | | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| O.O.O. NORTEL NETWORKS, ET AL. | | Claim Number: 5243 | | |
| HERBERT SMITH LLP | | Claim Date: 09/30/2009 | | |
| ATTN: STEPHEN GALE & JOHN OGILVIE | | Debtor: NORTEL NETWORKS INC. | | |
| EXCHANGE HOUSE, PRIMROSE STREET | | Comments: EXPUNGED | | |
| LONDON, EC2A 2HS | | DOCKET: 5402 (05/10/2011) | | |
| UNITED KINGDOM | | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| OBENAUS, SABINE | | Claim Number: 5999 | | |
| AUGUST-BEBEL-STR. 69 | | Claim Date: 09/25/2009 | | |
| ELSTERWERDA, 04910 | | Debtor: NORTEL NETWORKS INC. | | |
| GERMANY | | Comments: EXPUNGED | | |
| | | DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| OBJECTIVITY INC | | Claim Number: 3472 | | |
| 640 WEST CALIFORNIA AVE | | Claim Date: 09/22/2009 | | |
| SUNNYVALE, CA 94086-2486 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,867.20 | Scheduled: | $0.00 UNLIQ |

---

| OBRYON & SCHNABEL | | Claim Number: 4028 | | |
| 6221 S CLAIBORNE AVE #631 | | Claim Date: 09/28/2009 | | |
| NEW ORLEANS, LA 70125-4142 | | Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $208.50 | Scheduled: | $0.00 UNLIQ |

---

| OCE IMAGISTICS INC | | Claim Number: 3277 | | |
| 7555 E. HAMPDEN AVE SUITE 200 | | Claim Date: 09/21/2009 | | |
| DENVER, CO 80231 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $5,501.69 | | |

---

| OCLARO (NORTH AMERICA), INC. | | Claim Number: 4686 | | |
| F/K/A AVANEX CORPORATION | | Claim Date: 09/28/2009 | | |
| ATTN: JERRY TURIN | | Debtor: NORTEL NETWORKS CAPITAL CORPORATION | | |
| 40919 ENCYCLOPEDIA CIRCLE | | Comments: EXPUNGED | | |
| FREMONT, CA 94538 | | DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $177,805.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4687
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4688
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4689
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4690
Claim Date: 09/28/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4691
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4692
Claim Date: 09/28/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4693
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4694
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
2584 JUNCTION AVE
SAN JOSE, CA 95134-1902

Claim Number: 4695
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
2684 JUNCTION AVE
SAN JOSE, CA 95134-1902

Claim Number: 4696
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4697
Claim Date: 09/28/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4698
Claim Date: 09/28/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO (NORTH AMERICA), INC.
F/K/A AVANEX CORPORATION
ATTN: JERRY TURIN
40919 ENCYCLOPEDIA CIRCLE
FREMONT, CA 94538

Claim Number: 4699
Claim Date: 09/28/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $177,805.00 |
|---|---|---|

---

OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC
ATTN: GEORGE W. SHUSTER, JR.
WILMER CUTLER PICKERING HALE & DORE LLP
60 STATE STREET
BOSTON, MA 02109

Claim Number: 4653
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6584 (10/12/2011)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | |
|---|---|
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4654<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4655<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4656<br>Claim Date: 09/28/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH. PLC, F/K/A BOOKHAM TECH PLC<br>ATTN: GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORE LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4657<br>Claim Date: 09/28/2009<br>Debtor: XROS, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4658<br>Claim Date: 09/28/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4659<br>Claim Date: 09/28/2009<br>Debtor: QTERA CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |
| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4660<br>Claim Date: 09/28/2009<br>Debtor: CORETEK, INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE          Claimed: | $769,328.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
GEORGE W. SHUSTER, JR.
WILMER CUTLER PICKERING HALE & DORR LLP
60 STATE STREET
BOSTON, MA 02109

Claim Number: 4661
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
GEORGE W. SHUSTER, JR.
WILMER CUTLER PICKERING HALE & DORR LLP
60 STATE STREET
BOSTON, MA 02109

Claim Number: 4662
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
GEORGE W. SHUSTER, JR.
WILMER CUTLER PICKERING HALE & DORR LLP
60 STATE STREET
BOSTON, MA 02109

Claim Number: 4663
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
ATTN: JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4679
Claim Date: 09/28/2009
Debtor: SONOMA SYSTEMS
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
ATTN: JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4680
Claim Date: 09/28/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
ATTN: JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4681
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

---

OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC
ATTN: JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4682
Claim Date: 09/28/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| ADMINISTRATIVE | Claimed: | $769,328.00 |
|---|---|---|
| UNSECURED | Claimed: | $99,084.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| OCLARO TECH.PLC F/K/A BOOKHAM TECH. PLC<br>ATTN: JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4683<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4664<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4665<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4666<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - GEORGE W. SHUSTER, JR.<br>WILMER CUTLER PICKERING HALE DORR LLP<br>60 STATE STREET<br>BOSTON, MA 02109 | Claim Number: 4667<br>Claim Date: 09/28/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4670<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | | $99,084.00 |

---

| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM<br>TECHNOLOGY PLC - JERRY TURIN<br>2584 JUNCTION AVENUE<br>SAN JOSE, CA 95134 | Claim Number: 4671<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |

| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4672 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS INTERNATIONAL INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4673 Claim Date: 09/28/2009 Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4674 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS HPOCS INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4675 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4676 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |
| OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM TECHNOLOGY PLC - JERRY TURIN 2584 JUNCTION AVENUE SAN JOSE, CA 95134 | | Claim Number: 4677 Claim Date: 09/28/2009 Debtor: CORETEK, INC. Comments: EXPUNGED DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

OCLARO TECHNOLOGY PLC, F/K/A BOOKHAM
TECHNOLOGY PLC - JERRY TURIN
2584 JUNCTION AVENUE
SAN JOSE, CA 95134

Claim Number: 4678
Claim Date: 09/28/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $769,328.00 |
| UNSECURED | Claimed: | $99,084.00 |

---

OCR CANADA LTD
600 COCHRANE DR # 100
MARKHAM, ON L3R 5K3
CANADA

Claim Number: 6547
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $798.00 |

---

OCR CONCEPTS CANADA LIMITED
600 COCHRANE DR
SUITE 100
MARKHAM, ON L3R 5K3
CANADA

Claim Number: 2392
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $798.00 |

---

OCR CONCEPTS CANADA LIMITED
600 COCHRANE DR
SUITE 100
MARKHAM, ON L3R 5K3
CANADA

Claim Number: 6548
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $798.00 |

---

OFFERS, ALBERT
2352 HEDGEWOOD LANE
ALLEN, TX 75013

Claim Number: 1046
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $290,090.00 |

---

OFS FITEL DENMARK APS
C/ O FITEL, LLC
ATTN: JANA KAPLAN
2000 NORTHEAST EXPRESSWAY, SUITE 2H02
NORCROSS, GA 30071

Claim Number: 3949
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4163 (10/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,272.00 | Scheduled: | $35,700.00 |

---

OFS FITEL, LLC
ATTN: JANA KAPLAN
2000 NORTHEAST EXPRESSWAY SUITE 2H 02
NORCROSS, GA 30071

Claim Number: 3950
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $98,572.12 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| OFS FITEL, LLC<br>ATTN: JANA KAPLAN<br>2000 NORTHEAST EXPRESSWAY SUITE 2H 02<br>NORCROSS, GA 30071 | | Claim Number: 3951<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $50,940.09 |
| UNSECURED | Claimed: | $6,964.53 |
| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N. ROBINSON, SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 | | Claim Number: 631<br>Claim Date: 03/09/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 7247 (02/22/2012) |
| PRIORITY | Claimed: | $100.00 |
| OLDFATHER, DAVID<br>7216 SAGE MEADOW WAY<br>PLANO, TX 75024 | | Claim Number: 3133<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $29,440.00 |
| OLDFATHER, DAVID<br>7216 SAGE MEADOW WAY<br>PLANO, TX 75024 | | Claim Number: 3134<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $29,440.00 |
| OLEKSY, LOTTIE<br>5741 N OKETO AVE<br>CHICAGO, IL 60631 | | Claim Number: 6906<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $0.00    UNLIQ |
| SECURED | Claimed: | $0.00    UNLIQ |
| OLEKSY, LOTTIE<br>5741 N OKETO AVE<br>CHICAGO, IL 60631 | | Claim Number: 6907<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN |
| ADMINISTRATIVE | Claimed: | $0.00    UNDET |
| OLSON, ERIC<br>2060 BOONE CIRCLE<br>FRISCO, TX 75033 | | Claim Number: 7858<br>Claim Date: 07/21/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,374.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

OLSON, MICHAEL J
10584 PRAIRIE LAKES DR
EDEN PRAIRIE, MN 55344

Claim Number: 6021
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 755.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $155,312.26 |

---

OLSON, MICHAEL J.
10584 PRAIRIE LAKES DR.
EDEN PRAIRIE, MN 55344

Claim Number: 755
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6021

| | | |
|---|---|---|
| UNSECURED | Claimed: | $155,312.26 |

---

OLSON, RUBY
1021 N 4TH STREET
MONTEVIDEO, MN 56265

Claim Number: 2714
Claim Date: 09/08/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $169.12   UNLIQ |

---

OLSON, RUBY
1021 N. 4TH STREET
MONTEVIDEO, MN 56265

Claim Number: 2715
Claim Date: 09/08/2009
Debtor: NORTHERN TELECOM INTERNATIONAL INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $169.12   UNLIQ |

---

OMEGA CORPORATECENTER L.P.
ELEVEN PARKWAY CENTER, SUITE 300
PITTSBURGH, PA 15520

Claim Number: 3267
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,802.50 | Scheduled: | $0.00  UNLIQ |

---

OMEGA CORPORATECENTER L.P.
ELEVEN PARKWAY CENTER, SUITE 300
PITTSBURGH, PA 15520

Claim Number: 3268
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,302.99 |
| UNSECURED | Claimed: | $24,302.99 |
| TOTAL | Claimed: | $24,302.99 |

---

OMERAGIC, MERIMA
18 MIDDLESEX RD
MERRIMACK, NH 03054

Claim Number: 5885
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,908.17 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| OMERAGIC, MERIMA<br>18 MIDDLESEX ROAD<br>MERRIMACK, NH 03054 | Claim Number: 5886<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,908.17 | | |

---

| OMNITEL COMMUNICATIONS<br>608 E CONGRESS ST<br>NORA SPRINGS, IA 50458-8634 | Claim Number: 6978<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $735,114.08 | | |

---

| OMNITURE, INC.<br>BRENT D. WRIDE<br>RAY QUINNEY & NEBEKER PC<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 | Claim Number: 1252<br>Claim Date: 05/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,042.19 | | |

---

| ONE CAPITAL MALL INVESTORS, L.P.<br>HEFNER, STARK & MAROIS, LLP<br>ATTN: THOMAS P. GRIFFIN, JR.<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | Claim Number: 1440<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7872 | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,747.43 | | |
| UNSECURED | Claimed: | $27,234.21 | | |

---

| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | Claim Number: 7872<br>Claim Date: 08/01/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1440 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,510.40 | | |

---

| ONE CAPITAL MALL INVESTORS, L.P.<br>THOMAS P. GRIFFIN, JR.<br>HEFNER, STARK & MAROIS, LLP<br>2150 RIVER PLAZA DRIVE, STE. 450<br>SACRAMENTO, CA 95833 | Claim Number: 7913<br>Claim Date: 08/19/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $44,443.20 | | |

---

| OPEN TERRACE ASSOCIATES LLC<br>2851 CHARLEVOIX DRIVE<br>SE, SUITE 325<br>GRAND RAPIDS, MI 49546-7092 | Claim Number: 2959<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,995.20 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| OPEN TEXT<br>275 FRANK TOMPA DR.<br>WATERLOO, ON N2L 0A1<br>CANADA | | Claim Number: 917<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $5,369.38 | | | |
| OPERATIV INC<br>331 SOMERSET ST W. SUITE 3<br>OTTAWA, ON K2P 0J8<br>CANADA | | Claim Number: 4493<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $10,271.56 | | | |
| OPERATIV INC.<br>331 SOMERSET ST. W. SUITE 3<br>OTTAWA, ON K2P 0J8<br>CANADA | | Claim Number: 4494<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $12,836.24 | | | |
| OPNEXT, INC.<br>1 CHRISTOPHER WAY<br>EATONTOWN, NJ 07724 | | Claim Number: 6059<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7410 (03/20/2012) | | | |
| UNSECURED | Claimed: | $175,205.00 | Scheduled: | $151,585.00 | |
| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | | Claim Number: 1355<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,375.00 | | | |
| OPSWAT, INC.<br>640 2ND ST, 2ND FL<br>SAN FRANCISCO, CA 94107 | | Claim Number: 1854<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $4,375.00 | | | |
| OPTIME CONSULTING INC<br>2225 N COMMERCE PARKWAY<br>SUITE # 5<br>WESTON, FL 33326 | | Claim Number: 1600<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $10,590.00 | Scheduled: | $590.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ORACLE USA, INC.
C/ O BUCHALTER NEMER, P. C.
ATTN: SHAWN CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

Claim Number: 3947-01
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $162,814.97 |

---

ORACLE USA, INC.
C/ O BUCHALTER NEMER, P. C.
ATTN: SHAWN CHRISTIANSON, ESQ.
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493

Claim Number: 3947-02
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $20,764.80 |

---

ORANGE COUNTY TREASURER
TAX COLLECTOR
ATTN: BANKRUPTCY UNIT
PO BOX 1438
SANTA ANA, CA 92703

Claim Number: 626
Claim Date: 03/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6299 (09/02/2011)

| PRIORITY | Claimed: | $137.07 |

---

ORANGE COUNTY TREASURER-TAX COLLECTOR
CHRISS W. STREET
ATTN: BANKRUPTCY UNIT
PO BOX 1438
SANTA ANA, CA 92702-1438

Claim Number: 7405
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4656 (12/28/2010)

| ADMINISTRATIVE | Claimed: | $2,117.18   UNLIQ |

---

ORBE, JOHN
2008 KEHRSBORO DRIVE
CHESTERFIELD, MO 63005

Claim Number: 5337
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $29,470.02 |

---

ORBE, JOHN F
2008 KEHRSBORO DRIVE
CHESTERFIELD, MO 63005

Claim Number: 5338
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $48,536.00 |

---

ORDER, KIM
15 DANE CIRCLE
TYNGSBORO, MA 01879

Claim Number: 232
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $89,172.41 | | |
| UNSECURED | | | Scheduled: | $64,654.46 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ORDONEZ, JR., TEO<br>10 ELIOT CIRCLE<br>SALINAS, CA 93906 | | Claim Number: 5906<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,285.02 |
| ORGAN, WALTER<br>11 HARBOR COVE<br>SLIDELL, LA 70458 | | Claim Number: 2700<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $26,344.32   UNLIQ |
| ORGAN, WALTER<br>11 HARBOR COVE<br>SLIDELL, LA 70458 | | Claim Number: 2701<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $26,344.32   UNLIQ |
| ORIENTAL PRINTED CIRCUITS LIMITED<br>4 TAI SHUN STREET<br>TAI PO INDUSTRIAL ESTATE<br>TAI PO, NT<br>HONG KONG | | Claim Number: 6628<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $1,506.40 |
| ORLANDO, CHRISTINE<br>P.O. BOX 851192<br>RICHARDSON, TX 75085-1192 | | Claim Number: 8018<br>Claim Date: 10/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $9,809.00 |
| ORLANDO, MICHAEL<br>2321 UNIVERSITY CLUB DR.<br>AUSTIN, TX 78732 | | Claim Number: 8027<br>Claim Date: 10/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,249.97 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ORTIZ, BESSIE
3904 HUNTERS TRL
MESQUITE, TX 75150

Claim Number: 5747
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,400.00 |

ORTIZ, BESSIE
3904 HUNTERS TRL
MESQUITE, TX 75150

Claim Number: 5748
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,400.00 |

ORTT, ROBERT
3826  121ST AVE N.W.
COON RAPIDS, MN 55433

Claim Number: 3896
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $96,037.63 |

ORTT, ROBERT
10912 QUEBEC AVENUE N.
CHAMPLIN, MN 55316

Claim Number: 3897
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $96,037.63 |

OSTASZEWSKI, JOHN
1933 CAMBORNE CRESCENT
OTTAWA, ON K1H 7B6
CANADA

Claim Number: 958
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,390.00 |

OTIS, KIRK
PO BOX 25-1193
PLANO, TX 75025-1193

Claim Number: 7680
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $47,010.00 |

OTTAWA DRAGON BOAT RACE FESTIVAL
34 407 LAURIER AVENUE WEST
OTTAWA, ON K1R 7Y7
CANADA

Claim Number: 4341
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| OTTAWA DRAGON BOAT RACE FESTIVAL<br>34 407 LAURIER AVENUE WEST<br>OTTAWA, ON K1R 7Y7<br>CANADA | | Claim Number: 4382<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| ADMINISTRATIVE | Claimed: | $30,000.00 | | | |
| OULLETTE, PAUL<br>55 ROBINHOOD RD<br>NASHUA, NH 03062 | | Claim Number: 7712<br>Claim Date: 04/19/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,040.94 | | | |
| OVERCASH, LISA D.<br>5001 DEER LAKE TRAIL<br>WAKE FOREST, NC 27587 | | Claim Number: 419<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $25,033.14 | Scheduled: | $36,571.10 | |
| OVERSEAS PATENT AGENCY, INC.<br>2067 15 MILE RD<br>STERLING HEIGHTS, MI 48310 | | Claim Number: 1424<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $1,285.00 | | | |
| OWEN, ARLENE<br>4001 E. CHAPEL HILL-NELSON HWY<br>P.O. BOX 13010<br>RESEARCH TRIANGLE PARK, NC 27709-3010 | | Claim Number: 5483<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $13,291.85 | | | |
| UNSECURED | Claimed: | $17,376.09 | Scheduled: | $30,667.94 | UNLIQ |
| OWENS, LAUREN<br>7820 MILL COVE ROAD<br>CUMMING, GA 30041 | | Claim Number: 7178<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| SECURED | Claimed: | $57,310.78 | | | |
| OWENS, RICHARD N.<br>213 LECKFORD WAY<br>CARY, NC 27513 | | Claim Number: 1509<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| UNSECURED | Claimed: | $60,230.74 | Scheduled: | $65,720.71 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN 37801 | | Claim Number: 5320<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $33,834.00 | | |
| OWENS, RICK<br>1962 MIDDLE SETTLEMENTS RD<br>MARYVILLE, TN 37801 | | Claim Number: 5321<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $33,834.00 | | |
| OWENS, WILLIAM A<br>C/O EDWIN K SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, SUITE 400<br>SEATTLE, WA 98121 | | Claim Number: 5600<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, #400<br>SEATTLE, WA 98121 | | Claim Number: 703<br>Claim Date: 03/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,179,606.00 | | |
| OWENS, WILLIAM A.<br>C/O EDWIN K. SATO<br>BUCKNELL STEHLIK SATO & STUBNER, LLP<br>2003 WESTERN AVENUE, # 400<br>SEATTLE, WA 98121 | | Claim Number: 2506<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,278,679.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3242<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3255<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6856 | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $367,500.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3256<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | Scheduled: | $0.00 UNLIQ |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3257<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 3258<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| OWINGS, JOHN<br>8237 TREEMONT PL<br>FRISCO, TX 75034 | | Claim Number: 3382<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $3,881.49 | Scheduled: | $3,881.49 UNLIQ |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 513<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $312,500.00 | | |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 3319<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $367,500.00 | | |
| OWINGS, JOHN R.<br>8237 TREEMONT PLACE<br>FRISCO, TX 75034 | | Claim Number: 6856<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 3255 | | |
| UNSECURED | Claimed: | $367,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| OZ OPTICS LIMITED<br>219 WESTBROOK ROAD<br>OTTAWA, ON K0A IL0<br>CANADA | Claim Number: 1245<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|
| UNSECURED    Claimed: | $2,081.10 |

---

| OZMEN, SALIH SINAN<br>5 WINTHROP CT<br>DURHAM, NC 27707 | Claim Number: 6229<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED    Claimed: | $80,000.00 |

---

| PACIFIC CARRIAGE LIMITED<br>NIKKI SHONE<br>GENERAL COUNSEL/COMMERCIAL DIRECTOR<br>PO BOX 5340<br>WELLINGTON,<br>NEW ZEALAND | Claim Number: 2654<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2948 (05/04/2010) |
|---|---|
| UNSECURED    Claimed: | $0.00   UNDET |

---

| PACIFIC ELECTRICAL<br>PACIFIC ELECTRICAL CONTRACTORS<br>PO BOX 1430<br>MEDFORD, OR 97501 | Claim Number: 1753<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|
| UNSECURED    Claimed: | $632.31 |

---

| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: BARBARA DAMLOS, ESQ.<br>LAW DEPT.<br>PO BOX 7442<br>SAN FRANCISCO, CA 94120-7442 | Claim Number: 2837<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8713 (10/16/2012) |
|---|---|
| UNSECURED    Claimed: | $0.00   UNLIQ |

---

| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: BARBARA DAMLOS, ESQ.<br>LAW DEPT.<br>PO BOX 7442<br>SAN FRANCISCO, CA 94120-7442 | Claim Number: 6875<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8713 (10/16/2012) |
|---|---|
| UNSECURED    Claimed: | $411,597.24   UNLIQ |

---

| PAFILIS, VASSILIS<br>4511 AVEBURY DRIVE<br>PLANO, TX 75024 | Claim Number: 2780<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED    Claimed: | $41,018.56 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PAGE, BRIAN E
1108 REDFIELD RIDGE
DUNWOODY, GA 30338

Claim Number: 1533
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,115.47 |
|---|---|---|

---

PAGE, CHRISTOPHER LEE
2920 LAUREN OAKS DRIVE
RALEIGH, NC 27616

Claim Number: 8000
Claim Date: 09/22/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $65,227.21 |
|---|---|---|

---

PAGORIA, RICHARD
1325 ROSEWOOD CT.
WINSTON SALEM, NC 27103

Claim Number: 2285
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $431.79   UNLIQ |
|---|---|---|

---

PAGORIA, RICHARD J
1325 ROSEWOOD CT
WINSTON SALEM, NC 27103-6093

Claim Number: 2286
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $431.79   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

PAIGE, MICHAEL
6521 OLD STONE FENCE ROAD
FAIRFAX STATION, VA 22039

Claim Number: 2041
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,974.96   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

PAILA, CHAKRAVARTHY
116 GLEN RIDGE DR
MURPHY, TX 75094

Claim Number: 5475
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,232.00 |
|---|---|---|

---

PALANIVELU, VENKATASUBRAMANIAM
3848 KIMBROUGH LN
PLANO, TX 75025-3868

Claim Number: 1439
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,888.00 |
| TOTAL | Claimed: | $47,838.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PALANIVELU, VENKATASUBRAMANIAM<br>3848 KIMBROUGH LN<br>PLANO, TX 75025-3868 | | Claim Number: 1705<br>Claim Date: 08/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1439 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $65,172.00 | | |

| PALIGA, ROBERT SCOTT<br>8904 CREEKSTONE CT.<br>RALEIGH, NC 27615 | | Claim Number: 3057<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,576.95 | Scheduled: | $40,576.95 |

| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 2097<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3604 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,138.17 | | |

| PALMER, CAROLYN<br>3171 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 3604<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2097 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,539.58 | Scheduled: | $11,539.58 UNLIQ |

| PALMER, CAROLYN G.<br>3171 WINDING LAKE DRIVE<br>GAINESVILLE, GA 30504 | | Claim Number: 390<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,696.67    UNLIQ | | |
| TOTAL | Claimed: | $226,181.61    UNLIQ | | |

| PALMER, GARY<br>3131 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 2098<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75,101.12 | Scheduled: | $0.00 UNLIQ |

| PALMER, GARY<br>3131 WINDING LAKE DR<br>GAINESVILLE, GA 30504 | | Claim Number: 4256<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 315. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $127,473.87 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PALMER, GARY S.
3171 WINDING LAKE DRIVE
GAINESVILLE, GA 30504

Claim Number: 315
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 4256

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,014.88 | UNLIQ |
| UNSECURED | Claimed: | $78,145.76 | UNLIQ |

---

PALOS, JOE
3204 WESTGATE LANE
RICHARDSON, TX 75082

Claim Number: 7257
Claim Date: 05/17/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,052.21 |

---

PAMPERIN, RAY
10308 HY 9
MOUNTAIN VIEW, AR 72560

Claim Number: 7902
Claim Date: 08/08/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $77,438.00 |

---

PANDYA, VAISHALI
3037 SUMMER HILL CT
SAN JOSE, CA 95148

Claim Number: 251
Claim Date: 02/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,000.00 |

---

PANDYA, VAISHALI
3037 SUMMERHILL CT
SAN JOSE, CA 95148

Claim Number: 2760
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,281.60 |
| UNSECURED | Claimed: | $48,557.73 | Scheduled: | $44,299.86 |

---

PANEA, DANIEL L
4014 W HOLLOW CEREK DR APT 510
PEORIA, IL 61615-2485

Claim Number: 857
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,500.00 |

---

PANEA, DANIEL L.
4014 W HOLLOW CREEK DR APT 510
PEORIA, IL 61615-2485

Claim Number: 1776
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,500.00 |
| SECURED | Claimed: | $0.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PANGAIA PARTNERS, LLC
C/O FORMAN HOLT ELAIDES & RAVIN LLC
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652

Claim Number: 5355
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7430

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122,256.25 | Scheduled: | $76,904.00 |

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4058
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,384.05 | Scheduled: | $0.00  UNLIQ |

PANGIA, MICHAEL
2210 BLACK HEATH TRACE
ALPHARETTA, GA 30005

Claim Number: 4072
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,142.70 | Scheduled: | $8,500.27  UNLIQ |

PANKO, JOHN S.
3623 COURTLAND DRIVE
DURHAM, NC 27707

Claim Number: 7736
Claim Date: 05/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $58,440.00 |

PANKO, JOHN S.
3623 COURTLAND DRIVE
DURHAM, NC 27707

Claim Number: 7798
Claim Date: 06/20/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $58,440.00 |

PANKOW, WALLACE
102 MASTER COURT
CARY, NC 27513-3311

Claim Number: 6370
Claim Date: 12/22/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,795.00 |

PANNALA, NAVEEN REDDY
800 W RENNER RD APT 218
RICHARDSON, TX 75080-1030

Claim Number: 6531
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,335.20 | Scheduled: | $20,335.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PAOLETTI, MICHAEL
9211 CALABRIA DR
# 119
RALEIGH, NC 27617

Claim Number: 7569
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7673

| PRIORITY | Claimed: | $107,692.27 |
|---|---|---|

---

PAOLETTI, MICHAEL
9211 CALABRIA DR UNIT 119
RALEIGH, NC 27617

Claim Number: 7673
Claim Date: 03/30/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7569

| PRIORITY | Claimed: | $107,692.27 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 819
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $122,703.00 |
|---|---|---|

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 821
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $239,668.00 |
|---|---|---|

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 4779
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7571

| PRIORITY | Claimed: | $333,214.00 |
|---|---|---|

---

PAPANTONIS, BASIL
515 BIRCHINGTON CLOSE
ALPHARETTA, GA 30022

Claim Number: 7571
Claim Date: 01/18/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 4779

| PRIORITY | Claimed: | $430,256.73 |
|---|---|---|

---

PAPPAS, NICHOLAS
21 LISAND DRIVE
FAIRPORT, NY 14450

Claim Number: 7746
Claim Date: 06/01/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $63,872.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PAPROCKI, GERALD
110 SILVER FOX CT
CARY, NC 27511

Claim Number: 6156
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $13,973.10 | Scheduled: | $24,923.08 |

---

PARBHOO, DINESH
5841 BERKSHIRE LN
DALLAS, TX 75209

Claim Number: 7710
Claim Date: 04/18/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,795.64 |

---

PARILLO, WILLIAM
722 BEAR LAKE DR.
LONGS, SC 29568

Claim Number: 1048
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

PARILLO, WILLIAM
722 BEAR LAKE DR.
LONGS, SC 29568

Claim Number: 2476
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 2704
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $382.74   UNLIQ |

---

PARISH, SAUNDERS D
532 WOODSIDE DR
LINDALE, TX 75771

Claim Number: 2705
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $45,928.80 | Scheduled: | $0.00  UNLIQ |

---

PARISH, SAUNDERS D
532 WOODSIDE DRIVE
HIDEAWAY, TX 75771

Claim Number: 4304
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | | Claim Number: 139<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $35,052.30 | | |
| PARK, EDWARD N. III<br>817 WATER HICKORY DR.<br>CARY, NC 27519 | | Claim Number: 141<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $1,494.30 | Scheduled: | $36,999.95 |
| PARKER HANNIFIN CORPORATION<br>6035 PARKLAND BLVD.<br>CLEVELAND, OH 44124 | | Claim Number: 1110<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $10,698.60 | | |
| PARKER, DEBORAH<br>117 ANTLER PT. DR<br>CARY, NC 27513 | | Claim Number: 8214<br>Claim Date: 03/12/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,538.84 | | |
| PARKER, JOHN KEVIN<br>903 SPRING BROOK DR<br>ALLEN, TX 75002-2304 | | Claim Number: 1240<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $49,521.45 | | |
| PARKER, KATHERINE<br>1111 SUNRISE DR<br>ALLEN, TX 75002 | | Claim Number: 6677<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $39,996.00 | | |
| PARKER, LARUE T.<br>349 ALPINE DRIVE<br>MONCURE, NC 27559 | | Claim Number: 1040<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $46,824.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PARKER, SUSAN M.<br>23 CASTLE DR.<br>GROTON, MA 01450 | Claim Number: 1260<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $507.72 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,967.12 | | |

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2283<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,081.29 | Scheduled: | $15,081.29 UNLIQ |
|---|---|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD.<br>SCOTTS VALLEY, CA 95066 | Claim Number: 2284<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $42,411.66 |
|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066-3929 | Claim Number: 6853<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $15,081.29 |
|---|---|---|

| PARKER, TIMOTHY<br>730 SUGAR PINE RD<br>SCOTTS VALLEY, CA 95066 | Claim Number: 6854<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $42,411.66 |
|---|---|---|

| PARL, JOYCE<br>390 WAVERLY DR.<br>MUNDELEIN, IL 60060 | Claim Number: 5493<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| PARL, JOYCE A<br>390 WAVERLY DR<br>MUNDELEIN, IL 60060 | Claim Number: 5492<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| PARRI, SAM<br>4613 DALROCK DR.<br>PLANO, TX 75204 | | Claim Number: 6152<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $40,000.00 |
| PARSONS, PAUL A.<br>539 HESWELL COURT<br>ROLESVILLE, NC 27571 | | Claim Number: 8041<br>Claim Date: 11/07/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $64,884.00 |
| PARTON, JOYCE<br>211 PACE FOREST CT APT 413<br>RALEIGH, NC 27612-6430 | | Claim Number: 7080<br>Claim Date: 02/05/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $123,408.95 |
| PASCALE, ROBERT H<br>13459 LAKE SHORE DR<br>OAK HILL, VA 20171 | | Claim Number: 2850<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00   UNDET |
| PASTRANO, SCOTT<br>6606 MAPLESHADE LN, # 4D<br>DALLAS, TX 75252 | | Claim Number: 689<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $48,575.50 |
| PATEL, AVNISH<br>2670 HAMPTONS CHASE<br>ALPHARETTA, GA 30005 | | Claim Number: 1605<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $34,888.05 |
| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIRCLE<br>PLANO, TX 75023 | | Claim Number: 334<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $83,788.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PATEL, GIRISHKUMAR<br>3905 JEFFERSON CIR<br>PLANO, TX 75023 | | Claim Number: 3681<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $83,787.15 | Scheduled: | $83,787.15  UNLIQ |

---

| PATEL, JAGDISH<br>4413 LAIRD CIRCLE<br>SANTA CLARA, CA 95054 | | Claim Number: 7236<br>Claim Date: 04/27/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $24,035.14 | Scheduled: | $23,659.70  UNLIQ |

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 441<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,251.00 | | |

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 2483<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,232.00<br>$24,408.00 | | |

---

| PATEL, KIRITKUMAR<br>2329 WOOTEN PLACE<br>CUSTER CREEK ESTATES<br>PLANO, TX 75025 | | Claim Number: 2517<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $14,232.00<br>$24,408.00 | Scheduled:<br>Scheduled: | $7,054.18<br>$32,863.14 |

---

| PATEL, KISHOR A<br>2918 OAK POINT DR<br>GARLAND, TX 75044 | | Claim Number: 3717<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,948.99 | Scheduled: | $17,595.84 |

---

| PATEL, KISHOR A.<br>2918 OAK POINT DR.<br>GARLAND, TX 75044-7814 | | Claim Number: 388<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,969.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PATEL, SAURIN
2613 SAGEHILL DR
FT WORTH, TX 76123

Claim Number: 3423
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $31,134.01 | | |
| TOTAL | Claimed: | $31,134.01 | | |

PATENT ART, LLC
635 FRITZ DR., STE 110
COPPELL, TX 75019

Claim Number: 1322
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75.00 |

PATNER, JAMES R.
166 MEADOW FLOWER CIRCLE
BELLEFONTE, PA 16823

Claim Number: 3768
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $779,991.21 | Scheduled: | $0.00  UNLIQ |

PATTEN, STEPHANIE C.
158 ELAM CT.
NEW HILL, NC 27562

Claim Number: 1329
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,082.34 | Scheduled: | $23,575.16 |

PATTERSON, CARROL
2616 ALEXA CT
PLANO, TX 75075

Claim Number: 1514
Claim Date: 07/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $49,091.52 |

PATTERSON, MAUREEN T.
111 ISLE OF VENICE DR
FORT LAUDERDALE, FL 33301

Claim Number: 1103
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $267,231.80 |

PATTON, MILDRED L
652 ROWAN DRIVE
NASHVILLE, TN 37207

Claim Number: 6579
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 9037 (11/29/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PATTON, NANCY N.<br>21 KIRKLAND DR.<br>STOW, MA 01775 | Claim Number: 2319<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $76,356.00

---

| PAUDDAR, SANDEEP<br>8500 BROMPTON DR<br>PLANO, TX 75024-7383 | Claim Number: 687<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $69,202.95

---

| PAUL, CLINTON<br>174 HILLCREST DR<br>BARRINGTON, IL 60010 | Claim Number: 1012<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $63,442.51

---

| PAUL, KAREN<br>273 ASTOR DRIVE<br>SAYVILLE, NY 11782 | Claim Number: 5478<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

PRIORITY          Claimed:          $38,328.16

---

| PAULEY, GLENN<br>146 LONG DR<br>QUEENSTOWN, MD 21658-1215 | Claim Number: 4460<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $13,824.67

---

| PAULK, PATRICIA<br>PO BOX 801433<br>SANTA CLARITA, CA 91380-1433 | Claim Number: 6816<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

PRIORITY          Claimed:          $12,525.38

---

| PAULK, PATRICIA<br>PO BOX 801433<br>SANTA CLARITA, CA 91380 | Claim Number: 6817<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY          Claimed:          $12,525.38
UNSECURED

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| PAULUS, PATRICK<br>107 AVALON CT<br>KINGSLAND, GA 31548 | | Claim Number: 3273<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 38. | | |
| PRIORITY | | | Scheduled: | $6,193.01 |
| UNSECURED | Claimed: | $99,588.38 | Scheduled: | $100,999.06 |
| PAULUS, PATRICK J<br>107 AVALON CT<br>KINGSLAND, GA 31548 | | Claim Number: 38<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $120,170.24 | | |
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 56<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $35,000.00 | | |
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 183<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $35,000.00 | | |
| PAVLIC, TERESA<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2121<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $36,125.00 | | |
| PAVLIC, TERESA H<br>813 GENFORD COURT<br>RALEIGH, NC 27609 | | Claim Number: 2120<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| SECURED | Claimed: | $8,075.00 | | |
| UNSECURED | Claimed: | $28,125.00 | Scheduled: | $39,895.52 |
| TOTAL | Claimed: | $36,125.00 | | |
| PAVLIS, PETER J.<br>101 CRANBORN PLACE<br>HILLSBOROUGH, NC 27278 | | Claim Number: 1537<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $41,062.87 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PAWELK, BRUCE
10 SW 4TH ST
YOUNG AMERICA, MN 55397

Claim Number: 4844
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,716.00 |

---

PAYLOR, TONYA
615 OXFORD DRIVE
WYLIE, TX 75098

Claim Number: 7685
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8232

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $3,006.64 |

---

PAYLOR, TONYA
615 OXFORD DRIVE
WYLIE, TX 75098

Claim Number: 8232
Claim Date: 04/02/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7685

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,554.00 |

---

PAYNE, BARBARA N
5006 REDVINE WAY
CHATTANOONA, TN 37343

Claim Number: 7381
Claim Date: 08/16/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $49,050.00 | UNLIQ CONT |

---

PAYNE, PAULS.
4911 CHATAM WALK
GAINESVILLE, GA 30504

Claim Number: 3961
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $166,018.76 | Scheduled: | $0.00 | UNLIQ |

---

PAYNE, TERESA L.
PO BOX 741
7429 BUCKINGHAM MOUNTAIN DR
SNOW CAMP, NC 27349

Claim Number: 7458
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,840.20 |

---

PAZ, SUSANA E.
501 NW 141ST AVE APT 107
HOLLYWOOD, FL 33028-2322

Claim Number: 814
Claim Date: 04/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,518.65 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PDX INC
101 JIM WRIGHT FREEWAY SOUTH
FORT WORTH, TX 76108-2202

Claim Number: 6574
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $10,000.00 |
|---|---|---|---|---|

PDX, INC
101 JIM WRIGHT FREEWAY
SUITE 200
FORT WORTH, TX 76108-2253

Claim Number: 2599
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

PDX, INC.
101 JIM WRIGHT FREEWAY, SUITE 200
FORT WORTH, TX 76108-2253

Claim Number: 6575
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $10,000.00 |
|---|---|---|

PEABODY, PATRICIA
44 ROBIN'S NEST DRIVE
HICKORY CREEK, TX 75065

Claim Number: 1997
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| PRIORITY | Claimed: | $54,491.23 |
|---|---|---|

PEACE, TONETTE P.
1425 VANGUARD PLACE
DURHAM, NC 27713

Claim Number: 7623
Claim Date: 02/28/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,341.00 |
|---|---|---|

PEARCE, HARRY J.
455 WISHBONE DRIVE
BLOOMFIELD HILLS, MI 48304

Claim Number: 3614
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

PEARSON, CLARK
2308 GLASGOW DR
CERES, CA 95307

Claim Number: 1426
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $8,304.08 | Scheduled: | $7,862.20 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PEARSON, HARRIET E.<br>11108 COACHMAN'S WAY<br>RALEIGH, NC 27614 | | Claim Number: 8120<br>Claim Date: 12/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $3,887.90   UNLIQ |

| PECOT, KENNETH W.<br>700 THOMAS CT.<br>SOUTHLAKE, TX 76092 | | Claim Number: 666<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $29,775.53 |
|---|---|---|

| PECOT, KENNETH W.<br>700 THOMAS CT.<br>SOUTHLAKE, TX 76092 | | Claim Number: 987<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $125,996.36 |
|---|---|---|

| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | | Claim Number: 459<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|

| PRIORITY | Claimed: | $12,346.48 |
|---|---|---|

| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | | Claim Number: 5751<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $11,038.45 |
|---|---|---|

| PEDDI, RAJYALAKSHMI<br>1000 ESCALON AVE APT #A1002<br>SUNNYVALE, CA 94085 | | Claim Number: 5753<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $11,038.45 |
|---|---|---|

| PEDDI, RAJYALAKSHMI<br>3480 GRANADA AVE APT 145<br>SANTA CLARA, CA 95051-3414 | | Claim Number: 5754<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| SECURED | Claimed: | $5,177.52 |
| UNSECURED | Claimed: | $88.45 |
| TOTAL | Claimed: | $11,038.45 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PEDRAZA, RAUL<br>4960 SW 5 CT<br>MARGATE, FL 33068 | | Claim Number: 7399<br>Claim Date: 09/07/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $12,550.00   UNLIQ CONT |

---

| PEEBLES, GLORIA V<br>137 DEREHAM LN<br>GARNER, NC 27529-6769 | | Claim Number: 7143<br>Claim Date: 03/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|

| UNSECURED | Claimed: | $30,000.00 |

---

| PEEBLES, MICHELLE M.<br>1044 SOMERSET RD.<br>RALEIGH, NC 27610 | | Claim Number: 8316<br>Claim Date: 07/16/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $15,854.66 |

---

| PEGRAM, KIMBERLY<br>7702 OLD FAIRGROUND ROAD<br>BENSON, NC 27504 | | Claim Number: 5797<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $25,814.40 |

---

| PEIRETTI, DANIEL<br>1475 KITE CT<br>WESTON, FL 33327 | | Claim Number: 5786<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| PELL, SHELIA A.<br>301 FOREST RETREAT RD<br>HENDERSONVILLE, TN 37075 | | Claim Number: 7464<br>Claim Date: 10/12/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $40,602.68   UNLIQ CONT |

---

| PELLEGRINI, GINA<br>100 LOCKE WOODS ROAD<br>RALEIGH, NC 27603 | | Claim Number: 1022<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $21,398.93 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PELLEGRINO, MARY M
106 MOONLIGHT WALK
HOLBROOK, NY 11741

Claim Number: 4445
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $14,320.25 |
|---|---|---|

PELLEGRINO, ROBERT G.
24 BRANTWOOD PLACE
CLIFTON, NJ 07013

Claim Number: 1133
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,618.73 |
|---|---|---|

PENNA, PARIN J.
15808 RIDGE ROAD
ALBION, NY 14411

Claim Number: 2637
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $8,690.00 |

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 827
Claim Date: 03/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $379,989.62 |
|---|---|---|
| UNSECURED | Claimed: | $3,687.75 |

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1676
Claim Date: 08/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4751 (01/25/2011)

| PRIORITY | Claimed: | $151,747.62 |
|---|---|---|
| UNSECURED | Claimed: | $626.16 |

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 1696
Claim Date: 08/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| PRIORITY | Claimed: | $151,747.62 |
|---|---|---|
| UNSECURED | Claimed: | $626.16 |

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 7453
Claim Date: 10/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4751 (01/25/2011)

| PRIORITY | Claimed: | $5,624.62 |
|---|---|---|
| UNSECURED | Claimed: | $454.87 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7518<br>Claim Date: 12/17/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4751 (01/25/2011) |
|---|---|---|
| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7535<br>Claim Date: 12/23/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4904 (02/08/2011) |
| PRIORITY | Claimed: | $912,896.62 |
| UNSECURED | Claimed: | $8,301.87 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7558<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $912,896.62 |
| UNSECURED | Claimed: | $8,301.87 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 7559<br>Claim Date: 01/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4904 (02/08/2011) |
| PRIORITY | Claimed: | $918,501.62 |
| UNSECURED | Claimed: | $17,146.87 |
| PENNY, BRETT<br>1020 THREE RIVERS DRIVE<br>PROSPER, TX 75078 | | Claim Number: 549<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $22,566.14 |
| PENNY, BRETT<br>1020 THREE RIVERS DRIVE<br>PROSPER, TX 75078 | | Claim Number: 2164<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,566.14 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-01<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-02<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-03<br>Claim Date: 09/29/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-04<br>Claim Date: 09/29/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-05<br>Claim Date: 09/29/2009<br>Debtor: XROS, INC. |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-06<br>Claim Date: 09/29/2009<br>Debtor: SONOMA SYSTEMS |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-07<br>Claim Date: 09/29/2009<br>Debtor: QTERA CORPORATION |

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-08<br>Claim Date: 09/29/2009<br>Debtor: CORETEK, INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-09<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-10<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-11<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-12<br>Claim Date: 09/29/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-13<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 4735-14<br>Claim Date: 09/29/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4735-15<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. | | |
| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4735-16<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $593,100,000.00   UNLIQ | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4736<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4737<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: VICENTE MATIAS MURRELL, ATTORNEY<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 4738<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| PEOPLECLICK, INC.<br>TWO HANNOVER SQ 7TH FL<br>RALEIGH, NC 27601 | | Claim Number: 1063<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $69,923.00 | | |
| PERALTA, EDUARDO<br>4768 GRAPEVINE WAY<br>DAVIE, FL 33331 | | Claim Number: 1640<br>Claim Date: 08/03/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $6,521.41 | Scheduled: | $19,256.77 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| PEREZ, ANTHONY D<br>23 MARYETTA COURT<br>SYOSSET, NY 11791 | | Claim Number: 5039<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $208,711.78 |

| | | |
|---|---|---|
| PEREZ, MARK J.<br>1239 CASA MARCIA PLACE<br>FREMONT, CA 94539-3635 | | Claim Number: 1324<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,009.33 |

| | | |
|---|---|---|
| PEREZ, MILTON A.<br>3042 SW 189 AVE.<br>MIRAMAR, FL 33029 | | Claim Number: 7614<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $105,095.38 |

| | | |
|---|---|---|
| PERKINS, VANDORA S.<br>3924 BENTLEY BRIDGE RD.<br>RALEIGH, NC 27612 | | Claim Number: 8315<br>Claim Date: 07/16/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,041.32 |

| | | |
|---|---|---|
| PERKINSON, TERRY T<br>104 NATHANIEL COURT<br>CARY, NC 27511 | | Claim Number: 4277<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,268.27   CONT |

| | | | | |
|---|---|---|---|---|
| PERKOWSKI, DAVID<br>12 DARIA DRIVE<br>PEQUANNOCK, NJ 07440 | | Claim Number: 792<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | Scheduled: | $6,232.94 |
| UNSECURED | Claimed: | $64,438.00 | Scheduled: | $57,861.71 |

| | | | | |
|---|---|---|---|---|
| PEROT SYSTEMS CORPORATION<br>ATTN: VICKI TROGDON<br>PETROT SYSTEMS, LEGAL DEPARTMENT<br>2300 WEST PLANO PARKWAY<br>PLANO, TX 75075 | | Claim Number: 5394<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $656,093.62   UNLIQ | | |
| UNSECURED | | | Scheduled: | $294,997.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PERRINO, NICHOLAS J.
1165 BANYON COURT
NAPERVILLE, IL 60540

Claim Number: 761
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,923.00 |

---

PERRY, MARY
1019 SOUTH MAIN ST
FUQUAY VARI, NC 27526

Claim Number: 3357
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 9036 (11/29/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,947.96 |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $105,681.35 |

---

PERRY, MARY ELLEN
1019 S. MAIN STREET
FUQUAY VARINA, NC 27526

Claim Number: 635
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $269,227.00 |

---

PERRY, MARY ELLEN
1019 S. MAIN STREET
FUQUAY VARINA, NC 27526

Claim Number: 650
Claim Date: 03/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $12,278.00 |

---

PERRY, ROY F.
6719 WALKER CT
LONGMONT, CO 80503

Claim Number: 8109
Claim Date: 12/05/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,453.26 |

---

PERRY, SHIHDAR
129 ROSEWALL LN
CARY, NC 27511

Claim Number: 5596
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2115.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $86,050.00 |

---

PERRY, SHIHDAR LIU
129 ROSEWALL LANE
CARY, NC 27511

Claim Number: 643
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $40,769.25 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| PERRY, SHIHDAR LIU<br>129 ROSEWALL LANE<br>CARY, NC 27511 | | Claim Number: 2114<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $86,050.00 |
| PERRY, SHIHDAR LIU<br>129 ROSEWALL LANE<br>CARY, NC 27511 | | Claim Number: 2115<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $86,050.00 |
| PERSECHINO, DINO<br>5 HAWTHORNE ROAD<br>SHREWSBURY, MA 01545 | | Claim Number: 718<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $81,980.77 |
| PERSECHINO, DINO<br>5 HAWTHORNE ROAD<br>SHREWSBURY, MA 01545 | | Claim Number: 6389<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $81,980.77 |
| PERSHWITZ, EDWARD<br>2421 TROPHY DR<br>PLANO, TX 75025 | | Claim Number: 6952<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $44,430.64 |
| PERVASIVE SOFTWARE<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX 78727 | | Claim Number: 413<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $24,960.00 |
| PERVASIVE SOFTWARE INC<br>12365-B RIATA TRACE PARKWAY<br>AUSTIN, TX 78727 | | Claim Number: 1574<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
| UNSECURED | Claimed: | $2,400.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PERZAN, DARLENE & NIC
212 HIGH RIDGE CRES NW
HIGH RIVER, AB T1V 1X8
CANADA

Claim Number: 3703
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

PESTANA, HENRY
695 SPINNAKER
WESTON, FL 33326

Claim Number: 17
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,166.44 |
| UNSECURED | Claimed: | $49,645.85 | Scheduled: | $44,676.19 |

---

PETERS, MICHAEL ALFRED
7201 NORTHERN LIGHTS COURT
PLANO, TX 75074

Claim Number: 7689
Claim Date: 04/05/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $43,492.33 |

---

PETERS, NORMAN
300 BEACH DR NE APT 1702
SAINT PETERSBURG, FL 33701

Claim Number: 3506
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218,915.55 | Scheduled: | $0.00 UNLIQ |

---

PETERS, NORMAN
300 BEACH DR NE APT 1702
SAINT PETERSBURG, FL 33701

Claim Number: 4590
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00 UNLIQ |

---

PETERS, NORMAN
300 BEACH DR NE APT 1702
SAINT PETERSBURG, FL 33701

Claim Number: 6070
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $218,915.55 |

---

PETERS, SCOTT C.
5520 CLAIRE ROSE LN NW
ATLANTA, GA 30327-4829

Claim Number: 2191
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,100.00 |
| UNSECURED | Claimed: | $811,660.00 |
| PRIORITY | Claimed: | $14,100.00 |
| PRIORITY | Claimed: | $14,100.00 |
| UNSECURED | Claimed: | $811,660.00 |
| UNSECURED | Claimed: | $811,660.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PETERSON, CRAIG<br>750 WINDWALK DR<br>ROSWELL, GA 30076 | | Claim Number: 5769<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $50,944.67 | | | |

| PETERSON, DONALD K<br>6962 VERDE WAY<br>NAPLES, FL 34108 | | Claim Number: 1923<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |

| PETERSON, DONALD K<br>5 WINSTON FARM LANE<br>FAR HILLS, NJ 07931 | | Claim Number: 1924<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| PETERSON, JEFFREY<br>7 SCOTCH PINE LAKE<br>EAST SETAUKET, NY 11733 | | Claim Number: 1590<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $65,190.00 | |

| PETERSON, JEFFREY<br>7 SCOTCH PINE LANE<br>EAST SETAUKET, NY 11733 | | Claim Number: 2303<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,036.00 | |

| PETERSON, JEFFREY<br>7 SCOTCH PINES LANE<br>E. SETAUKET, NY 11733 | | Claim Number: 2304<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,036.00 | |

| PETERSON, KAREN C.<br>335 HADLEY DRIVE<br>TRUMBULL, CT 06611 | | Claim Number: 1643<br>Claim Date: 08/05/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $38,308.98 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PETERSON, KAREN C.
335 HADLEY DRIVE
TRUMBULL, CT 06611

Claim Number: 6966
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Amends claim 1643

| PRIORITY | Claimed: | $38,308.98 | | |

---

PETERSON, MENDEL L
11489 OBERLAND RD
SANDY, UT 84092-7142

Claim Number: 3822
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $884,778.39 | Scheduled: | $0.00 UNLIQ |

---

PETRYK, DIANA
8973 VANNS TAVERN RD
GAINESVILLE, GA 30506

Claim Number: 7473
Claim Date: 10/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $23,729.42 | | |

---

PETTY, CATHERINE M.
1029 HEMINGWAY DRIVE
RALEIGH, NC 27609

Claim Number: 7841
Claim Date: 07/15/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $30,566.54 | | |

---

PETTY, MELISSA J.
417 CANDLER TRAIL
CANTON, GA 30115

Claim Number: 7979
Claim Date: 09/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $28,114.20 | | |

---

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 5
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8178

| PRIORITY | Claimed: | $15,024.50 | | |
| UNSECURED | Claimed: | $63,304.21 | | |

---

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3413
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,500.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PEZZULLO, WILLIAM
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 8178
Claim Date: 01/23/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $18,911.76 | Scheduled: | $5,224.58 |
| UNSECURED | Claimed: | $65,104.21 | Scheduled: | $68,089.20 |

---

PEZZULLO, WILLIAM V.
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 779
Claim Date: 03/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,506.82 |

---

PEZZULLO, WILLIAM V.
117 STERLING RIDGE WAY
CARY, NC 27519

Claim Number: 3404
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,506.82 |

---

PHAM, AN
423 MICHAEL DR
MURPHY, TX 75094

Claim Number: 3275
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,077.00 |

---

PHAM, JOHN
1509 WEATHERED WOOD LN
GARLAND, TX 75040

Claim Number: 1332
Claim Date: 06/11/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,000.00 |

---

PHAM, JOHN
1509 WEATHERED WOOD LN
GARLAND, TX 75040

Claim Number: 2279
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,000.00 |

---

PHAM, JOHN
1509 WEATHERED WOOD LANE
GARLAND, TX 75040

Claim Number: 2280
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PHAM, KEVIN
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 916
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,613.00 |

PHAM, KEVIN
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 1932
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,000.00 |

PHAM, KEVIN DUNG
1011 WELLINGTON LN
MURPHY, TX 75094

Claim Number: 1931
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,000.00 |

PHAM, TAM P.
1903 BARCLAY PLACE
RICHARDSON, TX 75081

Claim Number: 3716
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $40,340.34 |

PHAN, DUONG
15 DEL PRADO DR
CAMPBELL, CA 95008-1820

Claim Number: 298
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,802.00 | Scheduled: | $10,406.45 |

PHELPS, BILLIE
160 MOLLY'S PLACE RD
ROXBORO, NC 27574

Claim Number: 7426
Claim Date: 09/20/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,050.00 |

PHELPS, BILLIE G.
160 MOLLY'S PLACE RD
ROXBORO, NC 27574

Claim Number: 8105
Claim Date: 11/21/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,954.70 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PHIFER, MARK P.
5421 DEN HEIDER WAY
RALEIGH, NC 27606

Claim Number: 3045
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,600.24 | | |

---

PHILLIPS, DOUGLASS M
1004 DAWES STREET
CHAPEL HILL, NC 27516

Claim Number: 1320
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $296,353.80 | | |

---

PHILLIPS, ERIC C.
609 SARAH LAWRENCE CT
RALEIGH, NC 27609

Claim Number: 1648
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $83,550.32 | | |

---

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3621
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,633.69 | | |

---

PHILLIPS, JESSICA
1013 ANDIRON LN
RALEIGH, NC 27614

Claim Number: 3622
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $3,847.37 |
| UNSECURED | Claimed: | $2,013.18 | Scheduled: | $52,300.24 |

---

PHILLIPS, LILLIAN
5127 CHALET LANE
DALLAS, TX 75232

Claim Number: 3279
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

PHILLIPS, LILLIAN
5127 CHALET LANE
DALLAS, TX 75232

Claim Number: 3280
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $6,956.63 |
| UNSECURED | Claimed: | $8,934.60 | Scheduled: | $17,060.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| PHILLIPS, SUSAN<br>6205 PARKHILL DR.<br>ALEXANDRIA, VA 22312 | | Claim Number: 6151<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $46,904.64 |
|---|---|---|

| PHILLIPS, THERESA<br>326 KILEY DR<br>HOSCHTON, GA 30548 | | Claim Number: 7026<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| PHILLIPS, THERESA L<br>326 KILEY DRIVE<br>HOSCHTON, GA 30548 | | Claim Number: 7025<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PHIPPS, THOMAS<br>13573 W HOLLY STREET<br>GOODYEAR, AZ 85338 | | Claim Number: 6400<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,500.00 |
|---|---|---|

| PIASENTIN, RICHARD<br>345 RED OSIER RD<br>WATERLOO, ON N2V2V8<br>CANADA | | Claim Number: 1152<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $275,000.00 |
|---|---|---|

| PIASENTIN, RICHARD<br>345 RED OSIER ROAD<br>WATERLOO, ON N2V 2V8<br>CANADA | | Claim Number: 5742<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| UNSECURED | Claimed: | $15,097.00 |
|---|---|---|

| PIATT, JEFFERY W.<br>816 HOLT GROVE CT.<br>NASHVILLE, TN 37211 | | Claim Number: 7422<br>Claim Date: 09/17/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $11,818.85   UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| PICCARRETO, JOSEPH A<br>12 BRENTFIELD CIRCLE<br>ROCHESTER, NY 14617 | | Claim Number: 2228<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $46,440.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PICCARRETO, JOSEPH A<br>179 KEARNEY DRIVE<br>ROCHESTER, NY 14617 | | Claim Number: 2229<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $46,440.00 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PIERANNUNZI, KEN<br>2285 PRICKLY PEAR WALK<br>LAWRENCEVILLE, GA 30043-6344 | | Claim Number: 55<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | | |

| PRIORITY | Claimed: | $11,819.70 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PIERCE, DAVID<br>3813 MERRIMAN DRIVE<br>PLANO, TX 75074 | | Claim Number: 8100<br>Claim Date: 11/15/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $22,870.15 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PIERCE, LINDA<br>11054 COUNTY RD. 2464<br>TERRELL, TX 75160 | | Claim Number: 7<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $7,125.72 | Scheduled: | $6,310.45 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,365.72 | Scheduled: | $41,178.11 |

| | | | | | |
|---|---|---|---|---|---|
| PIERCE, MATTHEW<br>153 EAST 43RD ST<br>APT 4B<br>NEW YORK, NY 10017 | | Claim Number: 3829<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $25,576.93 | | | |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PIERCE, MICHAEL J.<br>3790 CREEKWOOD DRIVE<br>LOGANVILLE, GA 30052 | | Claim Number: 7980<br>Claim Date: 09/14/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $71,428.51 | | | |
|---|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PIERRET, MARK<br>147 CLARENDON CIRCLE<br>FRANKLIN, TN 37069 | | Claim Number: 6305<br>Claim Date: 12/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,931.25 | | |

---

| PIETRZAK, ANDREW<br>6 PECONIC LANE<br>SELDEN, NY 11784 | | Claim Number: 6975<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,456.12 | | |

---

| PILCH, DONNA<br>BOX 4616<br>CARY, NC 27519 | | Claim Number: 580<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,267.65 | | |

---

| PILCH, DONNA<br>BOX 4616<br>CARY, NC 27519 | | Claim Number: 8163<br>Claim Date: 01/12/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,747.92 | Scheduled: | $7,448.11 |
| SECURED | Claimed: | $7,747.92 | | |
| UNSECURED | Claimed: | $9,862.31 | Scheduled: | $9,862.31 |
| TOTAL | Claimed: | $17,310.42 | | |

---

| PILLMAN, EDWARD J<br>5203 STONE ARBOR CT.<br>DALLAS, TX 75287 | | Claim Number: 3571<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,017,917.33 | Scheduled: | $0.00 UNLIQ |

---

| PILLOW, TIMOTHY<br>575 LOVE HENRY COURT<br>SOUTHLAKE, TX 76092 | | Claim Number: 4327<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $254,664.64 | Scheduled: | $0.00 UNLIQ |

---

| PILLOW, TIMOTHY<br>575 LOVE HENRY COURT<br>SOUTHLAKE, TX 76092 | | Claim Number: 4328<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,953.15 | Scheduled: | $84,913.69 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PILSWORTH, JANE<br>E13934 COMPTON RD.<br>LA FARGE, WI 54639 | | Claim Number: 1195<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $25,784.32 | | |

---

| PINEVIEW ASSOCIATES<br>C/O CIMINELLI DEVELOPMENT CO., INC.<br>350 ESSJAY ROAD, SUITE 101<br>WILLIAMSVILLE, NY 14221 | | Claim Number: 1562<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |

| UNSECURED | Claimed: | $43,655.01 | | |

---

| PINO, JOSEPH A., SR.<br>3 CHERYL ANN CT<br>BERLIN, NJ 08009 | | Claim Number: 3177<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $91,520.00 | | |

---

| PINO, JOSEPH A., SR.<br>3 CHERYL ANN CT<br>BERLIN, NJ 08009 | | Claim Number: 3178<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $91,520.00 | | |

---

| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ 85207 | | Claim Number: 6703<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| PRIORITY | Claimed: | $21,000.00 | | |

---

| PIORKOWSKI, RICHARD<br>8256 E CULVER<br>MESA, AZ 85207 | | Claim Number: 6711<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| PRIORITY | Claimed: | $6,500.00 | | |

---

| PIRACHA, ANWAR A.<br>2001 LUNENBURG DRIVE<br>ALLEN, TX 75013 | | Claim Number: 4168<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |

| SECURED | Claimed: | $6,826.75 | | |
| UNSECURED | Claimed: | $10,062.11 | Scheduled: | $18,615.95 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PIRACHA, NASIR A.
501 CUTTER LANE
ALLEN, TX 75013

Claim Number: 3056
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $44,224.00 | | |

---

PIRIH, ANTHONY M.
900 ANDERSON DRIVE
GREEN OAKS, IL 60048

Claim Number: 12
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $349,213.03 | Scheduled: | $565.38 |
| UNSECURED | | | Scheduled: | $222,703.85 |

---

PISKE, GREGORY
1112 SEMINOLE
RICHARDSON, TX 75080

Claim Number: 3518
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,207.42 |
| UNSECURED | Claimed: | $70,017.85 | Scheduled: | $79,118.49 |

---

PLASTINA, FRANCO
306 POND BLUFF WAY
CARY, NC 27513

Claim Number: 7219
Claim Date: 04/19/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,065.63 | | |
| UNSECURED | | | Scheduled: | $10,065.63  UNLIQ |

---

PLASTINA, FRANCO
306 POND BLUFF WAY
CARY, NC 27513

Claim Number: 7234
Claim Date: 04/26/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,065.63 |

---

PLATT, DANIEL
112 MISTY RIDGE RD
DURHAM, NC 27712-9299

Claim Number: 7401
Claim Date: 09/07/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $49,510.25 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PLOPPER, DAVE<br>21 FAIRWOOD DRIVE<br>HILTON, NY 14468-1003 | | Claim Number: 1810<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| PLOPPER, DAVID<br>21 FAIRWOOD DR<br>HILTON, NY 14468 | | Claim Number: 1811<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,996.92 | | |
| SECURED | Claimed: | $8,829.51 | | |
| UNSECURED | Claimed: | $27,167.41 | Scheduled: | $41,011.86 |
| TOTAL | Claimed: | $35,996.92 | | |

| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | | Claim Number: 327<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,793.62 | | |

| POINDEXTER, SARAH<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | | Claim Number: 2197<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,817.07 | | |

| POINDEXTER, SARAH J.<br>8620 ANCHOR ON LANIER CT<br>GAINESVILLE, GA 30506-6785 | | Claim Number: 2196<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,817.07 | | |
| UNSECURED | | | Scheduled: | $8,052.97 |

| POLITZ, JOHN<br>211 HILL STREET<br>FARMERSVILLE, TX 75442 | | Claim Number: 6749<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| POLITZ, JOHN B.<br>211 HILL ST.<br>FARMERSVILLE, TX 75442 | | Claim Number: 6748<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

POLYCOM, INC.
C/O BIALSON, BERGEN & SCWAB
ATTN: PATRICK COSTELLO
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 1154
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8488 (09/18/2012)

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
|---|---|---|

---

POLYCOM, INC.
C/O BIALSON, BERGEN & SCWAB
ATTN: PATRICK COSTELLO
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

Claim Number: 1155
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8488 (09/18/2012)

| ADMINISTRATIVE | Claimed: | $1,203,597.46 |
|---|---|---|
| UNSECURED | Claimed: | $397,827.38 |

---

PONNUSAMY, SHANMUGASUNDARA
311 CONCORD STREET
DIX HILLS, NY 11746

Claim Number: 7175
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,049.98 |
|---|---|---|

---

PONTIFF, MARY
509 OAKWOOD DR
ALLEN, TX 75013

Claim Number: 1415
Claim Date: 06/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $83,336.25 |
|---|---|---|

---

POOLE, GINA R.
620 E. PARKWAY ESTATES DR.
OAK CREEK, WI 53154

Claim Number: 8400
Claim Date: 11/13/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $22,721.09 |
|---|---|---|

---

POORMON, MELISSA
8321 TIMBER CREST DR., APT. # 301
RALEIGH, NC 27617

Claim Number: 7794
Claim Date: 06/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7807

| UNSECURED | Claimed: | $19,141.05 |
|---|---|---|

---

POORMON, MELISSA
8341 TIMBER CREST DR., APT. # 101
RALEIGH, NC 27617

Claim Number: 7807
Claim Date: 07/01/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7794

| UNSECURED | Claimed: | $19,141.05 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

POPE, VALERIE
416 HILL RD
NASHVILLE, TN 37220

Claim Number: 7508
Claim Date: 12/03/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $14,624.85 | UNLIQ CONT |

---

PORTER NOVELLI
ATTN: KELLY MENNE
1838 SOLUTIONS CENTER
CHICAGO, IL 60677-1008

Claim Number: 1861
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,568.20 |
| TOTAL | Claimed: | $40,568.22 |

---

PORTER NOVELLI, INC.
ATTN: KELLY MENNE
1838 SOLUTIONS CENTER
CHICAGO, IL 60677-1008

Claim Number: 3054
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,596.22 |

---

PORTER, HUI
17319 CALLA DRIVE
DALLAS, TX 75252

Claim Number: 8022
Claim Date: 10/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $61,087.52 |

---

PORWAL, SAKET
4312 NARBERTH DR.
PLANO, TX 75024

Claim Number: 8110
Claim Date: 12/05/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,870.68 | | |
| UNSECURED | | | Scheduled: | $8,852.99 |

---

POST, LYNDA
2616 MOSSVINE DR
CARROLLTON, TX 75007

Claim Number: 2644
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,780.00 |

---

POTEET, MICHAEL
12839 PARAPET WAY
OAK HILL, VA 20171

Claim Number: 6715
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,860.06 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

POTTS, KELLIE
953 BAY DR.
OLD HICKORY, TN 37138

Claim Number: 7414
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,680.00 |

---

POUGH, KEVIN
36272 CONGRESS ROAD
FARMINGTON HILLS, MI 48335

Claim Number: 6642
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $12,519.23

---

POUSSARD, LEONARD
567 TREMONT ST # 23
BOSTON, MA 02118

Claim Number: 586
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

UNSECURED          Claimed:          $38,383.71

---

POUSSARD, LEONARD
567 TREMONT STREET
# 23
BOSTON, MA 02118

Claim Number: 2321
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,523.32 |
| UNSECURED | Claimed: | $44,805.99 | Scheduled: | $42,460.08 |

---

POUSSON, BART P.
1413 STARPOINT LANE
WYLIE, TX 75098

Claim Number: 3576
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $31,230.78

---

POWELL, MARY K
PO BOX 846
SORRENTO, FL 32776-0846

Claim Number: 2371
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

SECURED          Claimed:          $0.00   UNDET

---

POWELL, WILLIAM
1106 HUNTSMAN DR
DURHAM, NC 27713

Claim Number: 4214
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,777.63 |
| UNSECURED | Claimed: | $49,518.98 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| POWER, RUSSELL<br>108 LOCKFIELD DRIVE<br>CLAYTON, NC 27520 | | Claim Number: 8125<br>Claim Date: 12/27/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT | |
| UNSECURED | Claimed: | $19,850.00 | UNLIQ CONT | |

| POWERS, DAVID J<br>217 APPLE BRANCH DR<br>WOODSTOCK, GA 30188 | | Claim Number: 2639<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,699.65 | | |

| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 585<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,900.00 | | |

| POWERSOURCE 21 LLC<br>P.O. BOX 248<br>PITTSBORO, NC 27312 | | Claim Number: 604<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,436.00 | Scheduled: | $4,336.00 |

| POWERWAVE TECHNOLOGIES INC<br>1801 E. ST. ANDREW PLACE<br>SANTA ANA, CA 92705 | | Claim Number: 3306<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,368.62 | | |

| POWNALL, JOHANNA<br>3216 BRENNAN DR.<br>RALEIGH, NC 27613 | | Claim Number: 7957<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,219.69 | | |

| PRABHALA, VENKATA SUJANA<br>2113 SPICEWOOD DR.<br>ALLEN, TX 75013 | | Claim Number: 679<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $9,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PRAKASH, MYSORE
5212 LAKECREEK CT
PLANO, TX 75093

Claim Number: 197
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $88,598.56 | | |
|---|---|---|---|---|

PRAKASH, MYSORE
5212 LAKECREEK CT
PLANO, TX 75093

Claim Number: 2398
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,109.75 | | |
|---|---|---|---|---|

PRAKASH, MYSORE
5212 LAKE CREEK CT
PLANO, TX 75093

Claim Number: 2399
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $104,398.82 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 344
Claim Date: 02/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 4826

| PRIORITY | Claimed: | $264,000.00 | | |
|---|---|---|---|---|

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4824
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,799.56 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,799.56 UNLIQ |

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4825
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $2,799.56 | | |
|---|---|---|---|---|

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4826
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $239,423.16 | Scheduled: | $1,334.70 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $238,088.46 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4827
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $239,423.16 |
|---|---|---|

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4828
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $4,906.06 |
|---|---|---|

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4829
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,906.06 |
|---|---|---|

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4830
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $5,233.42 |
|---|---|---|

---

PRASAD, RUCHI
4213 ROCKINGHAM WAY
PLANO, TX 75093

Claim Number: 4831
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $5,233.42 |
|---|---|---|

---

PRAYSNER, PAT
1405 SALADO DR
ALLEN, TX 75013-1120

Claim Number: 3811
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $129,482.69 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

PRECISE METAFAB INC.
112 WILLOWLEA ROAD, UNIT 4
CARP, ON K0A 1L0
CANADA

Claim Number: 6545
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $2,943.37 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PRECISE METAFAB INC.<br>112 WILLOWLEA ROAD, UNIT 4<br>CARP, ON K0A 1L0<br>CANADA | Claim Number: 6546<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,943.37 |
|---|---|---|

---

| PRECISE METFAB INC<br>112 WILLOWLEA<br>UNIT 4<br>CARP, ON K0A 1L0<br>CANADA | Claim Number: 2047<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $2,669.18 |
|---|---|---|

---

| PRECISION COMMUNICATION SERVICES<br>CORPORATION<br>C/O VEDDER PRICE P.C., ATTN: MICHAEL L.<br>SCHEIN, ESQ., 1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6882<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $4,739,639.80 |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

| PRECISION COMMUNICATION SERVICES CORP.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4907<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $176,162.40 |
|---|---|---|

---

| PRECISION COMMUNICATION SERVICES CORP.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4908<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $176,162.40 |
|---|---|---|

---

| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4906<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $172,941.88 |
|---|---|---|

---

| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4909<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $172,941.88 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PRECISION COMMUNICATION SERVICES, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6881<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $4,736,419.28 |
|---|---|---|

| PRELL, MEREDITH A<br>10169 SARATOGA AVE.<br>MONTCLAIR, CA 91763 | Claim Number: 6671<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $190,000.00 |
|---|---|---|

| PREO, DAVID W. JR.<br>6500 PLEASANT HILL CHURCH RD.<br>SILER CITY, NC 27344 | Claim Number: 7646<br>Claim Date: 03/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8122 |
|---|---|

| UNSECURED | Claimed: | $78,297.21 |
|---|---|---|

| PRESCOTT, SILVAN A<br>114 45 173 ST<br>ST ALBANS, NY 11434 | Claim Number: 2835<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | Claim Number: 3902<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $15,347.50 | Scheduled: | $8,757.51 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,483.46 |

| PRESNELL, KRISTIN<br>6925 BANYON DRIVE<br>PLANO, TX 75023 | Claim Number: 3903<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,347.50 |
|---|---|---|

| PRESTON, ANDREW<br>101 HALLEYS COURT<br>MORRISVILLE, NC 27560 | Claim Number: 321<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $26,896.14 | Scheduled: | $25,615.40 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| PRICE, HAROLD P<br>601 DYNASTY DR<br>CARY, NC 27513 | | Claim Number: 6787<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>CLAIM AMOUNT IS 4,500 PER MONTH |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PRICE, HAROLD P.<br>601 DYNASTY DRIVE<br>CARY, NC 27513 | | Claim Number: 2934<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $54,000.00 |
|---|---|---|

| | | |
|---|---|---|
| PRICE, JOSILEN<br>2619 DANDELION LN<br>ROWLETT, TX 75089 | | Claim Number: 6565<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| ADMINISTRATIVE | Claimed: | $26,524.05 |
|---|---|---|

| | | |
|---|---|---|
| PRICE, JOSILEN<br>2619 DANDELION LN<br>ROWLETT, TX 75089 | | Claim Number: 6566<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| PRIORITY | Claimed: | $26,524.05 |
|---|---|---|

| | | |
|---|---|---|
| PRICEWATERHOUSECOOPERS LLP<br>ATTN: LISA MILLMAN<br>PO BOX 182<br>ROYAL TRUST TOWER, SUITE 3000<br>TORONTO, ON M5K 1G8<br>CANADA | | Claim Number: 5384<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claimed amount is CAD 14,500. |

| UNSECURED | Claimed: | $11,602.90 | Scheduled: | $14,500.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PRICKETT, CARL A<br>6121 BATTLEFORD DR<br>RALEIGH, NC 27612 | | Claim Number: 5522<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |

| UNSECURED | Claimed: | $138,539.28 |
|---|---|---|

| | | |
|---|---|---|
| PRIEST, MARK<br>9541 BELLS VALLEY DRIVE<br>RALEIGH, NC 27617 | | Claim Number: 420<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |

| PRIORITY | Claimed: | $6,005.60 | Scheduled: | $3,891.27 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,756.96 | Scheduled: | $51,440.66 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PRIETO & CARRIZOSA SA
CRA 9 NO 74-08 OFIC
305 CONMUTADOR
BOGOTA,
COLOMBIA

Claim Number: 6902-01
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7355 (03/08/2012)

| UNSECURED | Claimed: | $0.23 | Scheduled: | $7,789.39 |
|---|---|---|---|---|

PRIETO & CARRIZOSA SA
CRA 9 NO 74-08 OFIC
305 CONMUTADOR
BOGOTA,
COLOMBIA

Claim Number: 6902-02
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $15,405.71 |
|---|---|---|

PRIME CAPITAL MASTER SPC, GOT WAT MAC
TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
SEGREGATED PORTFOLIO
C/O WATERSTONE CAPITAL MANAGEMENT, L.P.
PLYMOUTH, MN 55447

Claim Number: 7179-06
Claim Date: 03/31/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8070 (07/31/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

PRIMO
PRIMO MICROPHONES INC
1805 COUCH DRIVE
MCKINNEY, TX 75069

Claim Number: 2081
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $6,274.80 |
|---|---|---|

PRIMO MICROPHONES INC
1805 COUCH DRIVE
MCKINNEY, TX 75069

Claim Number: 2077
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $6,274.80 |
|---|---|---|

PRIMO MICROPHONES INC
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2079
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $6,274.80 | Scheduled: | $3,915.80 |
|---|---|---|---|---|

PRIMO MICROPHONES, INC.
ATTN: ACCTS RECEIVABLE
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2075
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| UNSECURED | Claimed: | $6,274.80 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2076
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2078
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

PRIMO MICROPHONES, INC.
PO BOX 1570
MCKINNEY, TX 75070

Claim Number: 2080
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,274.80 |

PRITCHARD, ALAN W.
1423 LUCKENBACH DRIVE
ALLEN, TX 75013

Claim Number: 1014
Claim Date: 04/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $99,428.72 |
| TOTAL | Claimed: | $99,428.42 |

PRITCHARD, ALAN W.
1423 LUCKENBACH DRIVE
ALLEN, TX 75013

Claim Number: 1610
Claim Date: 07/27/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $285,916.00 |

PRITCHARD, ALAN W.
1423 LUCKENBACH DRIVE
ALLEN, TX 75013

Claim Number: 8414
Claim Date: 12/11/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $200,000.00   UNLIQ |

PRO CONNECT
PO BOX 852764
RICHARDSON, TX 75085

Claim Number: 2094
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5089 (03/09/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,373.88 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | |
|---|---|---|---|
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 2095<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY | Claimed: | $5,373.88 | |
| PRO CONNECT<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 2249<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | |
| PRO CONNECT TECHNOLOGY<br>1700 CAPITOL AVE.<br>PLANO, TX 75074 | | Claim Number: 2065<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7353 (03/08/2012) | |
| UNSECURED | Claimed: | $5,373.88 | |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 2066<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY | Claimed: | $5,373.88 | |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 2250<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| PRIORITY | Claimed: | $5,373.88 | |
| UNSECURED | | Scheduled: | $5,373.88 |
| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 6391<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $5,373.88 | |
| PRO CONNECT TECHNOLOGY<br>P.O. BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 6392<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| UNSECURED | Claimed: | $5,373.88 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085 | | Claim Number: 6393<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,373.88 |

| PRO CONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085-2764 | | Claim Number: 6394<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|---|
| UNSECURED | Claimed: | $5,373.88 |

| PRO CONNECT TECHNOLOGY<br>1700 CAPITAL AVENUE, SUITE 100<br>PLANO, TX 75074-1203 | | Claim Number: 6512<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|---|
| UNSECURED | Claimed: | $5,373.88 |

| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY # 460<br>DALLAS, TX 75231 | | Claim Number: 2879-01<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $754,349.60 |
| TOTAL | Claimed: | $754,349.60 |

| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY # 460<br>DALLAS, TX 75231 | | Claim Number: 2879-02<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|---|
| UNSECURED | Claimed: | $20,000.00 |

| PROCOM SERVICES<br>2501 BLUE RIDGE ROAD, SUITE 250<br>RALEIGH, NC 27607 | | Claim Number: 2940<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,812.51 |

| PROCOM SERVICES<br>10670 NORTH CENTRAL EXPRESSWAY<br>SUITE 460<br>DALLAS, TX 75231 | | Claim Number: 2960<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $39,125.95 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| PROCONNECT TECHNOLOGY<br>PO BOX 852764<br>RICHARDSON, TX 75085 | Claim Number: 6510<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE          Claimed: | $5,373.88 | |
| PROCTOR, VICKI L<br>332 NEW HOPE RD<br>ALEXANDRIA, TN 37012-3448 | Claim Number: 2864<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| PROCTOR, VICKI L.<br>1165 ADAMSON BRANCH RD<br>LIBERTY, TN 37095-4336 | Claim Number: 2863<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | |
| ADMINISTRATIVE          Claimed: | $0.00   UNDET | |
| PROGRESS SOFTWARE CORPORATION<br>FKA: IONA CORPORATION<br>14 OAK PARK DR<br>BEDFORD, MA 01730-1485 | Claim Number: 1466<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $191,600.00 | |
| PROGRESS SOFTWARE CORPORATION<br>FKA: IONA CORPORATION<br>14 OAK PARK DR<br>BEDFORD, MA 01730-1485 | Claim Number: 1467<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $61,128.47 | |
| PROGRESS SOFTWARE CORPORATION<br>14 OAK PARK<br>BEDFORD, MA 01730 | Claim Number: 1492<br>Claim Date: 05/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED          Claimed: | $60,000.00 | |
| PROMAX CONSULTING SERVICES, INC.<br>PO BOX 121503<br>WEST MELBOURNE, FL 32912-1503 | Claim Number: 156<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $12,000.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| PROTIVITI<br>2613 CAMINO RAMON # 3<br>SAN RAMON, CA 94583-9128 | | Claim Number: 621<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $23,064.23 | | | |
| PROVANTAGE CORP<br>7249 WHIPPLE AVENUE NW<br>NORTH CANTON, OH 44720-7143 | | Claim Number: 6530<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $285.77 | Scheduled: | | $857.31 |
| PROVOST, CURTIS M.<br>3608 MCCREARY ROAD<br>PARKER, TX 75002-6906 | | Claim Number: 1468<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,038.46 | | | |
| PROVOST, MICHAEL JR.<br>7421 FRANKFORD RD<br>APT 2136<br>DALLAS, TX 75252 | | Claim Number: 4243<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $6,692.31 | | | |
| PRUNEDA, FERNANDO<br>2905 CLEARMEADOW DR.<br>MESQUITE, TX 75181 | | Claim Number: 7943<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $31,364.59 | | | |
| PT NORTEL NETWORKS INDONESIA<br>C/O ANNA VENTRESCA , GENERAL COUNSEL<br>CORPORATE AND CORPORATE SECRETARY<br>5945 AIRPORT ROAD<br>MISSISSAUGA, ON L4V 1R9<br>CANADA | | Claim Number: 8051<br>Claim Date: 11/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7985 (07/11/2012) | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | Claimed: | $24,973.76   UNLIQ | | | |
| PUBLIC SERVICE COMPANY OF N.CAROLINA INC<br>D/B/A PSNC ENERGY - M/C C-222 BANKRUPTCY<br>220 OPERATION WAY<br>CAYCE, SC 29033-3701 | | Claim Number: 3494<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $31,837.61 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

PULASKI COUNTY TREASURER
PO BOX 8101
LITTLE ROCK, AR 72203-8101

Claim Number: 2387
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $400.79 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

PULASKI COUNTY TREASURER
PO BOX 430
LITTLE ROCK, AR 72203-8101

Claim Number: 7135
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 3954 (09/16/2010)

| PRIORITY | Claimed: | $400.80 |
|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 5918
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 5919
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 6538
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 6539
Claim Date: 12/31/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| SECURED | Claimed: | $228.09 |
|---|---|---|

PULLEY, BETTE J
24 LONGVIEW TERRACE
KENNEBUNK, ME 04043

Claim Number: 5919
Claim Date: 10/07/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| PULLIAM, KIMBELY M.<br>PO BOX 317<br>CREEDMOOR, NC 27522 | | Claim Number: 8017<br>Claim Date: 10/07/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $21,499.40 | | | |
| PULLIN, FRED<br>2906 YORKSHIRE CT<br>SOUTHLAKE, TX 76092 | | Claim Number: 5961<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $33,099.95 | | | |
| PUND, CAROLYN B<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 3623<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | | |
| ADMINISTRATIVE | Claimed: | $3,105.00 | | | |
| PUND, CAROLYN B.<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5855<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $48,076.25 | | | |
| PUND, CAROLYN BAJARIN<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 3624<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| PUND, CAROLYN BAJARIN<br>3255 TREBOL LN<br>SAN JOSE, CA 95148 | | Claim Number: 5854<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | | |
| PRIORITY | Claimed: | $48,076.25 | | | |
| UNSECURED | | | Scheduled: | | $3,108.43 |
| PURITANO, VINCENT<br>4211 CORDELL STREET<br>ANNANDALE, VA 22003-3449 | | Claim Number: 3126<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,828.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PURITANO, VINCENT<br>4211 CORDELL STREET<br>ANNANDALE, VA 22003-3449 | | Claim Number: 3127<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| SECURED | Claimed: | $3,828.00 |

---

| PURVIS, LISA<br>100 FIELDSPRING LANE<br>RALEIGH, NC 27606 | | Claim Number: 4081<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |
| UNSECURED | Claimed: | $25,000.00 |

---

| PURVIS, LISA<br>100 FIELDSPRING LANE<br>RALEIGH, NC 27606 | | Claim Number: 4203<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |
| UNSECURED | Claimed: | $25,000.00 |

---

| PUTMAN, ROBERT<br>2681 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522 | | Claim Number: 8015<br>Claim Date: 10/03/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $97,343.62 |

---

| PUTMAN, ROBERT J.<br>2681 SAM MOSS HAYES RD.<br>CREEDMOOR, NC 27522 | | Claim Number: 7845<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $72,519.23 |

---

| PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH 03254 | | Claim Number: 721<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| UNSECURED | Claimed: | $38,164.32 |

---

| PUTNAM, KENNETH<br>39 WYMAN TRAIL<br>MOULTONBOROUGH, NH 03254 | | Claim Number: 5931<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,164.32 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| PYLE, MARK<br>3918 COMPTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 6177<br>Claim Date: 12/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $104,551.67 |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON K2E 7L9<br>CANADA | | Claim Number: 467<br>Claim Date: 03/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $3,473.74 |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON K2E 7L9<br>CANADA | | Claim Number: 2128<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| ADMINISTRATIVE | Claimed: | $3,473.74 |
| PYLON ELECTRONICS INC<br>147 COLONNADE RD<br>OTTAWA, ON K2E 7L9<br>CANADA | | Claim Number: 2129<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $3,473.74 |
| QMI-SAI GLOBAL<br>20 CARLSON COURT<br>SUITE 100<br>TORONTO, ON M9W 7K6<br>CANADA | | Claim Number: 571<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| UNSECURED | Claimed: | $24,061.13 |
| QUAMMEN, SANDRA K<br>814 9TH AVE SO<br>HOPKINS, MN 55343 | | Claim Number: 3871<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $48,000.00   UNLIQ |
| QUASAR INC.<br>108 WILEY HILLS TRAIL<br>WOODSTOCK, GA 30188 | | Claim Number: 45<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $92,134.25 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| QUATTLEBAUM, SONIA<br>1410 WOODVINE WAY<br>ALPHARETTA, GA 30005 | Claim Number: 1673<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $46,604.74 |
|---|---|---|

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6673<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $536,874.96 |
|---|---|---|

| QUEENS BALLPARK COMPANY, L.L.C.<br>ATTN: GENERAL COUNSEL<br>CITI FIELD<br>FLUSHING, NY 11368 | Claim Number: 6709<br>Claim Date: 01/14/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $6,898,294.20 |
|---|---|---|

| QUESTIONMARK CORPORATION<br>535 CONNECTICUT AVE, SUITE 100<br>NORWALK, CT 06854 | Claim Number: 740<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | Claim Number: 229<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $2,990.48 |
|---|---|---|
| UNSECURED | Claimed: | $25,419.08 |
| TOTAL | Claimed: | $25,419.08 |

| QUICK, JANET<br>11103 MAPLE ST<br>CLEVELAND, TX 77328 | Claim Number: 1767<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| PRIORITY | Claimed: | $2,990.48 |
|---|---|---|
| UNSECURED | Claimed: | $22,428.60 |

| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | Claim Number: 2436<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| PRIORITY | Claimed: | $2,990.48 |
|---|---|---|
| UNSECURED | Claimed: | $22,428.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| QUICK, JANET<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 2839<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $2,990.48 | Scheduled: | $1,418.07 |
| UNSECURED | Claimed: | $22,428.60 | Scheduled: | $25,432.74 |
| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 | | Claim Number: 1763<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $2,982.87 | | |
| UNSECURED | Claimed: | $22,371.53 | | |
| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328 | | Claim Number: 2490<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| PRIORITY | Claimed: | $2,982.87 | | |
| UNSECURED | Claimed: | $22,371.53 | | |
| QUICK, JOHN<br>11103 MAPLE STREET<br>CLEVELAND, TX 77328-6847 | | Claim Number: 2838<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $2,982.87 | Scheduled: | $1,457.96 |
| UNSECURED | Claimed: | $22,371.53 | Scheduled: | $26,198.84 |
| QUICK, JOHN T.<br>11103 MAPLE ST.<br>CLEVELAND, TX 77328 | | Claim Number: 231<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $2,982.87 | | |
| UNSECURED | Claimed: | $25,354.40 | | |
| TOTAL | Claimed: | $25,354.40 | | |
| QUIHUIS, ANTHONY PHILIP<br>10100 LOGSDON LANE<br>RALEIGH, NC 27615 | | Claim Number: 7649<br>Claim Date: 03/17/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $58,903.00  UNLIQ CONT | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| QUON, JULIE<br>310 COMMANDER LANE<br>REDWOOD CITY, CA 94065 | Claim Number: 7511<br>Claim Date: 12/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $47,050.00   UNLIQ |

---

| QWEST COMMUNICATION COMPANY, LLC<br>C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ<br>REED SMITH LLP<br>1201 N. MARKET ST., SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 4789<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| QWEST COMMUNICATIONS COMPANY, LLC<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 75<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $20,110.84 |
|---|---|---|

---

| QWEST COMMUNICATIONS INTERNATIONAL, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE 19801 | Claim Number: 4791<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | Claim Number: 85<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $9,165.71 |
|---|---|---|

---

| QWEST CORPORATION<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESQ.<br>REED SMITH LLP<br>1201 N. MARKET ST. SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 4788<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| QWEST GOVERNMENT SERVICES, INC.<br>C/O KURT F GWYNNE & J.C. FALGOWSKI, ESK<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON,, DE 19801 | Claim Number: 4792<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| QWEST SERVICES CORPORATION<br>C/O KURT F. GWYNNE & J.C. FALGOWSKI, ESQ<br>REED SMITH LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 4790<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Claim Number: 741<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4339 (11/16/2010) |
|---|---|

| PRIORITY | Claimed: | $500.00 |
|---|---|---|

---

| R.I. DIVSION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | Claim Number: 825<br>Claim Date: 03/17/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 6 (11/16/2010) |
|---|---|

| PRIORITY | Claimed: | $1,000.00 |
|---|---|---|

---

| RABON, LYNN<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | Claim Number: 3326<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $24,516.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,516.00 |
| TOTAL | Claimed: | $24,516.00 |

---

| RABON, LYNN<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | Claim Number: 7934<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $24,516.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $24,516.00 |

---

| RABON, LYNN M<br>1226 MELISSA DRIVE<br>ROANOKE, TX 76262 | Claim Number: 3325<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $24,516.00 |
|---|---|---|
| UNSECURED | Claimed: | $24,516.00 |
| TOTAL | Claimed: | $24,516.00 |

---

| RACZYNSKI, MARK<br>5590 TOURNAMENT DRIVE<br>HAYMARKET, VA 20169 | Claim Number: 4172<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $48,353.00 | Scheduled: | $33,440.02  UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RADHAKRISHNAN, SUJITH
104 GLEN CAIRN CT.
APEX, NC 27502

Claim Number: 7163
Claim Date: 03/24/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8283

| UNSECURED | Claimed: | $48,010.91 |
|---|---|---|

---

RADHAKRISHNAN, SUJITH
104 GLEN CAIRN CT.
APEX, NC 27502

Claim Number: 8283
Claim Date: 06/04/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #7163

| UNSECURED | Claimed: | $48,010.91 |
|---|---|---|

---

RADIO FREQUENCY SYSTEMS
200 PONDVIEW DR
MERIDEN, CT 06450

Claim Number: 112
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $99,957.49 |
|---|---|---|

---

RADIO FREQUENCY SYSTEMS
PETER HOLEWINSKI, GLOBAL CREDIT HEAD
ALCATEL-LUCENT
600 MOUNTAIN AVENUE 6E210
MURRAY HILL, NJ 07974

Claim Number: 3776
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $1,482,259.49 |
|---|---|---|

---

RADIO FREQUENCY SYSTEMS
ATTN: PETER HOLEWINSKI, GLOBAL HEAD OF
CREDIT, ALCATEL LUCENT
600 MOUNTAIN AVE
MURRAY HILL, NJ 07974

Claim Number: 4135
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| UNSECURED | Claimed: | $7,800.00 |
|---|---|---|

---

RADISYS CORPORATION
PO BOX 952420
SAINT LOUIS, MO 63195

Claim Number: 3735
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| UNSECURED | Claimed: | $264,589.40 |
|---|---|---|

---

RADISYS CORPORATION
P.O. BOX 952420
ST. LOUIS, MO 63195

Claim Number: 7194
Claim Date: 04/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
Amends claim no. 3735

| ADMINISTRATIVE UNSECURED | Claimed: | $214,058.43 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| RAFAEL CAMPO ASOCIADOS LTDA<br>INDUSTRIAL PROPERTY<br>CALLE 113 NO-7-21 TORRE A OF. 508<br>BOGOTA,<br>COLOMBIA | | Claim Number: 964<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,185.00 |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 2130<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $80,000.00 |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 2131<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $80,000.00 |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 6429<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
| SECURED | Claimed: | $80,000.00 |
| UNSECURED | Claimed: | $80,000.00 |
| TOTAL | Claimed: | $80,000.00 |
| RAFAEL, ROSE R<br>3390 BROOKFIELD DR.<br>LAS VEGAS, NV 89120 | | Claim Number: 6430<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $80,000.00 |
| RAGSDALE, JAMES S<br>70 W. CYPRESS ROAD<br>LAKE WORTH, FL 33467 | | Claim Number: 2716<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $64,000.00 |
| RAGSDALE, JAMES S<br>70 W. CYPRESS ROAD<br>LAKE WORTH, FL 33467 | | Claim Number: 2717<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $64,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RAHA, DWIJADAS
4112 CITY OF OAKS WYND
RALEIGH, NC 27612

Claim Number: 3710
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93,704.76 | Scheduled: | $0.00 | UNLIQ |

---

RAHEVAR, RAVINDRASINH
5369 RIDGEWOOD DRIVE
FREMONT, CA 94555

Claim Number: 4589
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $7,464.79 |
| UNSECURED | Claimed: | $25,325.16 | Scheduled: | $19,568.58 |

---

RAHMAN-WHITT, HAFEEZAH
3701 FARMSTONE DR
RALEIGH, NC 27603

Claim Number: 7100
Claim Date: 02/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $35,000.00 |

---

RAHN, BARRY
5644 SEACLIFFE ROAD
COURTENAY, BC V9J 1X1
CANADA

Claim Number: 2681
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

RAHN, BARRY M
5644 SEACLIFFE RD.
COURTENAY, V9J 1X1
CANADA

Claim Number: 2680
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

RAILEY, CHRISTOPHER
6070 HEARDS CREEK DR NW
ATLANTA, GA 30328-3633

Claim Number: 255
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,869.74 |
| UNSECURED | Claimed: | $48,937.62 | Scheduled: | $46,534.92 |

---

RAJAGOPALAN, SRINATH
7017 CANYONBROOK DR
PLANO, TX 75074

Claim Number: 7944
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8347

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,394.18 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| RAJAGOPALAN, SRINATH<br>7017 CANYONBROOK DR<br>PLANO, TX 75074 | | Claim Number: 8347<br>Claim Date: 08/20/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7944 | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $24,093.97 | | |
| RALEIGH RADIOLOGY ASSOCIATES<br>PO BOX 12408<br>ROANOKE, VA 24025-2408 | | Claim Number: 1619<br>Claim Date: 07/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |
| RAMAMURTHY, VENKATRAMAN<br>1711 ADDISON LN<br>JOHNS CREEK, GA 30005-5000 | | Claim Number: 5466<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,772.30 |
| UNSECURED | Claimed: | $2,383.33 | Scheduled: | $7,539.46 |
| RAMIREZ, MELISSA A.<br>11764 TWO TOWERS DR<br>EL PASO, TX 79936-2655 | | Claim Number: 1267<br>Claim Date: 06/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $15,915.00 | Scheduled: | $19,548.08 |
| RAMOS, LETICIA C<br>2800 PLAZA DEL AMO UNIT # 478<br>TORRANCE, CA 90503 | | Claim Number: 6585<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $14,044.80 | | |
| RAMSAYER, CHRISTOPHER G.<br>2011 WATERTON LANE<br>APEX, NC 27502 | | Claim Number: 1585<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $60,517.00 | | |
| RANADE, MILIND<br>3908 CELADINE DRIVE<br>PLANO, TX 75093 | | Claim Number: 1557<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $36,740.11 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY, SUITE 100<br>IRVINE, CA 92618-2351 | | Claim Number: 3559<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $38,591.00 | | |
| RAND TECHNOLOGY INC<br>15225 ALTON PARKWAY #100<br>IRVINE, CA 92618-2351 | | Claim Number: 3560<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $38,591.00 | | |
| RANDALL, GARY<br>18461 CREEK DR<br>FT MYERS, FL 33908 | | Claim Number: 8413<br>Claim Date: 12/03/2012<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $6,910.23 | Scheduled: | $6,910.23 UNLIQ |
| RANKIN, THOMAS<br>2005 STERLING SILVER DR.<br>APEX, NC 27502 | | Claim Number: 131<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $70,208.19 | | |
| RAPHAEL, JEROME M<br>250 JEFFERSON AVE<br>HADDONFIELD, NJ 08033 | | Claim Number: 8381<br>Claim Date: 10/01/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $106,500.00 | | |
| RAPHAEL, JEROME M.<br>250 JEFFERSON AVE<br>HADDONFIELD, NJ 08033 | | Claim Number: 8415<br>Claim Date: 12/14/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $260,397.99 | | |
| RASMUSON, SCOTT<br>702 WINTERWOOD CT<br>GARLAND, TX 75044 | | Claim Number: 3584<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| SECURED<br>UNSECURED | Claimed: | $25,194.23 | Scheduled: | $1,656.77 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RASMUSON, SCOTT
702 WINTERWOOD CT.
GARLAND, TX 75044

Claim Number: 3585
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $18,193.81 |
| SECURED | Claimed: | $64,498.46 |
| UNSECURED | Claimed: | $18,193.81 |
| TOTAL | Claimed: | $82,692.27 |

---

RATCLIFF, ELOISE
837 FRIAR TUCK ROAD
RALEIGH, NC 27610

Claim Number: 2642
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $83,610.93   UNLIQ |
| UNSECURED | Claimed: | $83,610.93   UNLIQ |
| TOTAL | Claimed: | $83,610.93   UNLIQ |

---

RATOO, KEVIN
315 NW 153 AVE
PEMBROKE PINES, FL 33028

Claim Number: 7608
Claim Date: 02/22/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $78,464.00 |

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 7976
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8259

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,897,848.02 |

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8259
Claim Date: 05/14/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
AMENDS CLAIM #7976

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,322,725.00 |

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8260
Claim Date: 05/14/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
AMENDS CLAIM #7976

| | | |
|---|---|---|
| UNSECURED | Claimed: | $466,134.00 |

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8261
Claim Date: 05/14/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
AMENDS CLAIM #7976

| | | |
|---|---|---|
| UNSECURED | Claimed: | $309,815.14 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8441
Claim Date: 01/02/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $3,128,921.00 |
|---|---|---|

---

RATTRAY, STEPHEN A.
4308 DENSIFLORUM COURT
WILMINGTON, NC 28412

Claim Number: 8442
Claim Date: 01/02/2013
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $814,207.86 |
|---|---|---|

---

RAU, MARK W.
5408 ESTATE LANE
PLANO, TX 75094

Claim Number: 2931
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $137,504.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

RAU, MARK W.
5408 ESTATE LANE
PLANO, TX 75094

Claim Number: 2948
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $191,350.00 |
|---|---|---|

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3778
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $50,300.00 |

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3965
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $105,246.43 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

RAUBOLT, TONY
26824 KOERBER
SAINT CLAIR SHORES, MI 48081

Claim Number: 3983
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $57,050.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RAUBOLT, TONY<br>26824 KOERBER<br>SAINT CLAIR SHORES, MI 48081 | Claim Number: 3984<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $57,050.00 | |

---

| RAVENSCRAFT, ALEX<br>604 YACE ST.<br>RALEIGH, NC 22609 | Claim Number: 7812<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,000.00 | |

---

| RAVENSWOOD SYSTEMS INC.<br>35 LEXINGTON ST.<br>BURLINGTON, MA 01803 | Claim Number: 1031<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,989.04 | Scheduled: | $10,500.00 |

---

| RAY KERHAERT GARAGE INC<br>1396 RIDGE ROAD WEST<br>ROCHESTER, NY 14615 | Claim Number: 6469<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $43.99 | |

---

| RAY, DANIEL G.<br>4401 GLENDALE SQUARE<br>NASHVILLE, TN 37204 | Claim Number: 7853<br>Claim Date: 07/19/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $75,901.40 | |

---

| RAYBARMAN, BAPPADITYA (ROBERT)<br>3208 TEAROSE DR.<br>RICHARDSON, TX 75082 | Claim Number: 1039<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,615.40 | |

---

| RAYMOND, ROBERT<br>PO BOX 3312<br>WEST MCLEAN, VA 22103 | Claim Number: 3818<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45,042.05 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RAYMOND, ROBERT
PO BOX 3312
WEST MCLEAN, VA 22103

Claim Number: 3819
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $45,042.05 | | |

---

RAYNOR, CECIL
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3868
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $157,681.12 | Scheduled: | $157,681.12 UNLIQ |

---

RAYNOR, CECIL D.
1508 BRIARWOOD PL.
RALEIGH, NC 27614

Claim Number: 3877
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $301,683.25 | Scheduled: | $0.00 UNLIQ |

---

RAZZAQUE, MD
432 PARK BEND DRIVE
RICHARDSON, TX 75081

Claim Number: 4486
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $20,102.53 | | |

---

RAZZAQUE, MD
1101 EASTVIEW CIRCLE
RICHARDSON, TX 75081

Claim Number: 4487
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,102.53 | | |

---

RCOMM RADIO INC
6560 HWY # 34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 6616
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| ADMINISTRATIVE | Claimed: | $43,497.72 | | |

---

RCOMM RADIO INC.
6560 HWY #34
VANKLEEK HILL, ON K0B 1R0
CANADA

Claim Number: 1385
Claim Date: 06/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $43,497.72 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 1386<br>Claim Date: 06/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $43,497.72 |

| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 1933<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|
| UNSECURED          Claimed: | $43,497.72 |

| RCOMM RADIO INC.<br>6560 HWY #34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 1934<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $43,497.72 |

| RCOMM RADIO INC.<br>6560 HWY # 34<br>VANKLEEK HILL, ON K0B 1R0<br>CANADA | Claim Number: 6615<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|
| UNSECURED          Claimed: | $43,497.72 |

| REA, JEFFERY<br>1808 LORRAINE AVENUE<br>ALLEN, TX 75002 | Claim Number: 4337<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED          Claimed: | $36,126.77          Scheduled:          $0.00  UNLIQ |

| REA, JEFFERY<br>1808 LORRAINE AVENUE<br>ALLEN, TX 75002 | Claim Number: 4380<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $36,126.77 |

| REAL TIME MONITORS<br>REAL TIME MONITORS INC<br>711 S CARSON, SUITE 4<br>CARSON CITY, NV 89701-5292 | Claim Number: 2869<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4163 (10/14/2010) |
|---|---|
| UNSECURED          Claimed: | $144,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| REAL TIME MONITORS, INC.<br>711 S CARSON STE 4<br>CARSON CITY, NV 89701 | | Claim Number: 2870<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $140,000.00 |

---

| REAVES, JAMES E.<br>8909 WELLSLEY WAY<br>RALEIGH, NC 27613 | | Claim Number: 820<br>Claim Date: 04/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $53,269.20 |

---

| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN, D-71154<br>GERMANY | | Claim Number: 4412<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $15,052.80 |

---

| REBELSKY, RENATE<br>KNIEBISWEG 2<br>NUFRINGEN, D-71154<br>GERMANY | | Claim Number: 6780<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $15,052.80 |

---

| RECEIVER GENERAL FOR CANADA<br>CANADA BUILDING 5TH FLOOR<br>344 SLATER ST<br>OTTAWA, ON K1A 0L5<br>CANADA | | Claim Number: 3207<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

---

| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 5040<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |
| UNSECURED | Claimed: | $3,652.57 |

---

| RECKSON OPERATING PARTNERSHIP L.P.<br>C/O STEMPEL BENNETT, ET AL<br>675 THIRD AVENUE - 31ST FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 6981<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim 5040 |
|---|---|---|
| UNSECURED | Claimed: | $360,789.72 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 1801<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,823.70 | | |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 6408<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $16,346.45 | | |
| RECLAIM CANADA<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 6409<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,346.45 | | |
| RECLAIM CONSULTING<br>70 UNIVERSITY AVENUE<br>SUITE 800<br>TORONTO, ON M5J 2M4<br>CANADA | | Claim Number: 1787<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $14,823.70 | | |
| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | | Claim Number: 154<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
| UNSECURED | Claimed: | $37,000.00 | | |
| RECTOR, JENNIFER COX<br>8208 WEST CHASE COURT<br>NASHVILLE, TN 37221 | | Claim Number: 8135<br>Claim Date: 01/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $25,146.00 | Scheduled: | $36,095.67 |
| RED HAT, INC.<br>ATTN: P. WATROUS<br>1801 VARSITY DRIVE<br>RALEIGH, NC 27606 | | Claim Number: 3942<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $19,792.59 | Scheduled: | $207.29 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

REDAPT SYSTEMS, INC.
12226 134TH CT NE BLDG D
REDMOND, WA 98052

Claim Number: 1064
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $17,300.17 | Scheduled: | $9,345.00 |
|---|---|---|---|---|

REDDEN, RUSTY
4355 THERESA
DENISON, TX 75020

Claim Number: 5042
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,500.00 |
|---|---|---|

REDDISH, RICHARD
2126 PALERMO COURT
ORANGE, CA 92867

Claim Number: 201
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $17,819.48 |
|---|---|---|

REDDISH, RICHARD
2126 PALERMO COURT
ORANGE, CA 92867

Claim Number: 215
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $588.85 |
|---|---|---|

REDDISH, RICHARD
2126 PALERMO COURT
ORANGE, CA 92867

Claim Number: 517
Claim Date: 03/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $17,819.48 |
|---|---|---|

REDISH, PAUL
4511 OUTLOOK DRIVE
MARIETTA, GA 30066

Claim Number: 1144
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $112,481.52 |

REDMOND, YOLANDA T.
1603 BROOKVALLEY CIRCLE
MOUNT JULIET, TN 37122

Claim Number: 7456
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,468.08 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| REED SMITH LLP<br>225 5TH AVE STE 1200<br>PITTSBURGH, PA 15222-2716 | | Claim Number: 370<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $2,060.10 | | |
| REED, CHRISTOPHER<br>2608 N. MAIN STE B #146<br>BELTON, TX 76513 | | Claim Number: 6279<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $5,121.91 | Scheduled: | $17,715.50 |
| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 4192<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8129 | | |
| UNSECURED | Claimed: | $87,446.24 | | |
| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 4193<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8302 | | |
| UNSECURED | Claimed: | $57,188.58 | | |
| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 8129<br>Claim Date: 12/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8288<br>amends claim 4192 | | |
| UNSECURED | Claimed: | $100,961.70 | | |
| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 8288<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #8129 | | |
| UNSECURED | Claimed: | $100,961.70 | | |
| REED, WILLIAM E.<br>5199 JESSICA LANE<br>COOKEVILLE, TN 38506 | | Claim Number: 8302<br>Claim Date: 06/07/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #4193 | | |
| UNSECURED | Claimed: | $57,188.58 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| REEDSMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA 15251-6074 | | Claim Number: 5916<br>Claim Date: 10/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,060.10 | | |

| REEDSMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA 15251-6074 | | Claim Number: 7103<br>Claim Date: 02/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,060.10   UNDET | | |

| REEVES, FRANK<br>4904 OXTEN CIRCLE<br>MCKINNEY, TX 75070 | | Claim Number: 8329<br>Claim Date: 07/30/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,519.32   UNLIQ | | |

| REEVES, RITA<br>2734 MIDLAND ROAD<br>SHELBYVILLE, TN 37160 | | Claim Number: 7534<br>Claim Date: 12/23/2010<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,774.80 | | |

| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE, RG28 7NF<br>UNITED KINGDOM | | Claim Number: 3092<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>The amount is 8679.04 UK. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,676.61 | Scheduled: | $0.00 UNLIQ |

| REEVES-HALL, ANDREW<br>THE CROW'S NEST<br>19 LYNCH HILL PARK<br>WHITCHURCH<br>HAMPSHIRE, RG28 7NF<br>UNITED KINGDOM | | Claim Number: 3093<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>The claim amount is 8679.04 UK pounds. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |
| ADMINISTRATIVE | Claimed: | $12,676.61 | | |

| REGAN, PHILIP<br>719 SOUTHWINDS DR<br>BRYN MAWR, PA 19010-2069 | | Claim Number: 3597<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7686 (05/24/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,853.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| REGAN, PHILIP & RITA<br>719 SOUTHWINDS DR.<br>BRYN MAWR, PA 19010-2069 | | Claim Number: 3598<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $15,853.00 |
| REGO, DINESH<br>87 ORIENT AVE<br>ARLINGTON, MA 02474-2515 | | Claim Number: 1844<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $36,681.54 |
| REICHERT, GEORGE<br>220 BEACON FALLS CT.<br>CARY, NC 27519 | | Claim Number: 4504<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $43,670.31 |
| REICHERT, GEORGE<br>220 BEACON FALLS CT.<br>CARY, NC 27519 | | Claim Number: 7946<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $346,383.12 |
| REID, ALAN B.<br>2900 SHADYWOOD LANE<br>PLANO, TX 75023 | | Claim Number: 1017<br>Claim Date: 04/23/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $14,971.22 |
| REID, DOUGLAS M<br>C/O JAMES J TANCREDI, ESQ<br>DAY PITNEY LLP<br>242 TRUMBULL STREET<br>HARTFORD, CT 06103 | | Claim Number: 5427<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $312,578.73 |
| REID, RICHARD G<br>12601 BELLSTONE LANE<br>RALEIGH, NC 27614 | | Claim Number: 4610<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $996,905.17 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

REIDELBERGER, FRANKLIN P.
2404 HIGHLAND DR.
PALATINE, IL 60067

Claim Number: 3055
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| UNSECURED | Claimed: | $17,082.45 |
| --- | --- | --- |

---

REIFF, CRAIG A.
36 APRIL DRIVE
LITCHFIELD, NH 03052

Claim Number: 346
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $5,762.53 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $41,680.03 | Scheduled: | $39,374.22 |

---

REINKE, KARL
1665 EBERHARD STREET
SANTA CLARA, CA 95050-4013

Claim Number: 933
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $51,974.01 |
| --- | --- | --- |

---

REINKE, KARL
1665 EBERHARD STREET
SANTA CLARA, CA 95050-4013

Claim Number: 1820
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| UNSECURED | Claimed: | $51,974.01 |
| --- | --- | --- |

---

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3090
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $248,538.00 | Scheduled: | $0.00  UNLIQ |
| --- | --- | --- | --- | --- |

---

REIST, LARRY
5948 CARNEGIE LANE
PLANO, TX 75093

Claim Number: 3091
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $248,538.00 |
| --- | --- | --- |

---

REL COMM INC
250 CUMBERLAND ST
STE 214
ROCHESTER, NY 14605-2801

Claim Number: 2061
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,064.00 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| REMFRY & SAGAR<br>ATTORNEYS AT LAW<br>REMFRY HOUSE AT THE MILLENNIUM PLAZA<br>SECTOR - 27, GURGAON - 122 002<br>NEW DELHI,<br>INDIA | | Claim Number: 6153<br>Claim Date: 11/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $1,729.00 |

| REMICK, RONALD<br>2732 MCDOWELL RD<br>DURHAM, NC 27705 | | Claim Number: 8116<br>Claim Date: 12/16/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $24,860.87 |

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1302<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $35,343.23 |

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1303<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,343.23 |

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1770<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| RENBARGER, STEVEN<br>1421 SPENCER ST<br>GRINNELL, IA 50112 | | Claim Number: 1771<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $49,200.00 |

| RENNIX, CLARISSA<br>1240 EAST 80TH STREET<br>2ND FLOOR<br>BROOKLYN, NY 11236-4161 | | Claim Number: 2372<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,735.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| REPASS, KATHLEEN AGNES<br>PO BOX 1205<br>BLACK MTN, NC 28711-1205 | | Claim Number: 2529<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,071.32 |
| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $36,589.12 |

---

| REPPE, GREGORY OLE<br>664 BALDRIDGE LN<br>BURLESON, TX 76028 | | Claim Number: 7834<br>Claim Date: 07/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $17,477.20 |

---

| REPPE, GREGORY OLE<br>664 BALDRIDGE LN<br>BURLESON, TX 76028 | | Claim Number: 7866<br>Claim Date: 07/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $17,477.20 |

---

| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | | Claim Number: 3083<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,500.00 |

---

| RERATE LIMITED INC.<br>3340 N.E. 190 ST., #909<br>MIAMI, FL 33180 | | Claim Number: 3084<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $59,500.00 |

---

| RESSNER, MICHAEL P<br>5909 APPLEGARTH LANE<br>RALEIGH, NC 27614 | | Claim Number: 2744<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $583,306.08   UNLIQ |

---

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ARCHON BAY CAPITAL, LLC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 5985<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,195.45 | Scheduled: | $1,191.45 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5771
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $425,571.00 |
|---|---|---|

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5772
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $90,957.89 |
|---|---|---|

REVA, WALTER
1706 WAVERLY CT
RICHARDSON, TX 75082

Claim Number: 5773
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $133,229.46 |
|---|---|---|

REVELWOOD INC
14 WALSH DR
PARSIPPANY, NJ 07054

Claim Number: 2603-01
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

| UNSECURED | Claimed: | $10,710.24 |
|---|---|---|

REVELWOOD INC
14 WALSH DR
PARSIPPANY, NJ 07054

Claim Number: 2603-02
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $3,570.08 |
|---|---|---|

REVELWOOD INCORPORATED
14 WALSH DR. STE 303
PARSIPPANY, NJ 07054

Claim Number: 2604
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $14,280.32 |
|---|---|---|

REVIERE, LESA R.
204 IRONWOODS DRIVE
CHAPEL HILL, NC 27516

Claim Number: 7504
Claim Date: 11/22/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $9,050.00 | UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

REXROAD, MICHAEL
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

Claim Number: 7329
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $62,884.61 |
|---|---|---|

REXROAD, MICHAEL
5244 LINWICK DR.
FUQUAY VARINA, NC 27526

Claim Number: 7330
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $188,535.00 |
|---|---|---|

REYES, JORGE
1408 TIMARRON LN.
MCKINNEY, TX 75070

Claim Number: 1903
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $210,000.00 |
|---|---|---|

REYES, JORGE M.
1408 TIMARRON LN.
MCKINNEY, TX 75070

Claim Number: 1904
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $210,000.00 |
|---|---|---|

REYMANN, MICHAEL H
37805 REMINGTON DR
PURCELLVILLE, VA 22132

Claim Number: 1742
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4329
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $386,241.60 |
|---|---|---|

REYNOLDS, JACK Q
25064 HATTON ROAD
CARMEL, CA 93923-8365

Claim Number: 4330
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

REYNOSO, BETH
4125 GLENBROOK DR.
RICHARDSON, TX 75082

Claim Number: 6159
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $57,463.00 |
|---|---|---|

---

RFMW LTD
90 GREAT OAKS BLVD
SUITE 107
SAN JOSE, CA 95119-1314

Claim Number: 2311
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| UNSECURED | Claimed: | $1,333.36 |
|---|---|---|

---

RFMW, LTD.
90 GREAT OAKS BLVD, STE 107
SAN JOSE, CA 95119

Claim Number: 2310
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,333.36 |
|---|---|---|

---

RHEA, STEPHANIE
1701 W. BRIDLE DR.
ROGERS, AR 72758

Claim Number: 7461
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $6,050.00 | UNLIQ CONT |

---

RHODES, BONNIE
19 FERNCLIFF ROAD
MORRIS PLAINS, NJ 07950

Claim Number: 2526
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNDET |

---

RHODES, BONNIE J.
19 FERNVILLE RD.
MORRIS PLAINS, NJ 07950

Claim Number: 2513
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

RHODES, PATRICK A.
41200 ENGLISH YEW PLACE
LEESBURG, VA 20175

Claim Number: 458
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $304,972.22 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | | Claim Number: 3124<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $304,972.22 |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | | Claim Number: 3125<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $304,972.22 |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8702 | | Claim Number: 3128<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $304,972.22          Scheduled:          $0.00 UNLIQ |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | | Claim Number: 3129<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $304,972.22 |
| RHODES, PATRICK A.<br>41200 ENGLISH YEW PLACE<br>LEESBURG, VA 20175-8072 | | Claim Number: 3130<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $304,972.22 |
| RHYNES, VINCENT E.<br>513 W 159TH ST<br>GARDENA, CA 90248-2411 | | Claim Number: 901<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| RICAURTE, CHRISTOPHER<br>105 PRESTON GRANDE WAY<br>MORRISVILLE, NC 27560 | | Claim Number: 5879<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $796,875.00   CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RICCITELLI, ROBERT
3678 DEER TRAIL DRIVE
DANVILLE, CA 94506
UNITED STATES

Claim Number: 2189
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $577,978.05 | Scheduled: | $0.00  UNLIQ | |

---

RICE, ALAN J.
8244 NW 121ST WAY
PARKLAND, FL 33076

Claim Number: 2351
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $48,549.99 |

---

RICHARD BLAND COLLEGE
11301 JOHNSON ROAD
PETERSBURG, VA 23805-7100

Claim Number: 2024
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,729.38 |

---

RICHARDS, CHRISTINA
3935 WYCLIFF AVE
DALLAS, TX 75219

Claim Number: 6160
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

RICHARDS, CHRISTINA
3935 WYCLIFF AVE
DALLAS, TX 75219

Claim Number: 6161
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,500.00 |

---

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS &MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 186
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,301,878.41 |

---

RICHARDSON INDEPENDENT SCHOOL DISTRICT
C/O ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS &MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1660
Claim Date: 07/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4291 (11/09/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $2,770,713.70 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 5995<br>Claim Date: 10/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3002 (05/17/2010) | | |
| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $2,266,344.14 | | |

---

| | | | |
|---|---|---|---|
| RICHARDSON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>P.O. BOX 13430<br>ARLINGTON, TX 76094 | | Claim Number: 7211<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5122 (03/18/2011) | |
| ADMINISTRATIVE | Claimed: | $2,492,978.54 | |
| SECURED | Claimed: | $0.00 | |

---

| | | |
|---|---|---|
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR<br>IRVING, TX 75063 | | Claim Number: 2300<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $78,615.00 |

---

| | | |
|---|---|---|
| RICHARDSON, JACK<br>7405 BRADFORD PEAR DR.<br>IRVING, TX 75063 | | Claim Number: 2302<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $78,615.00 |

---

| | | |
|---|---|---|
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | | Claim Number: 597<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $78,615.00 |

---

| | | |
|---|---|---|
| RICHARDSON, JACK E.<br>7405 BRADFORD PEAR DRIVE<br>IRVING, TX 75063 | | Claim Number: 2301<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | | |
| UNSECURED | Claimed: | $78,615.00 |

---

| | | | | |
|---|---|---|---|---|
| RICHARDSON, ROBERT J<br>5081 GALLATREE LN<br>NORCROSS, GA 30092 | | Claim Number: 4727<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $233,364.80 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RICHARDSON, STELLA
6137 S. RIVERBEND DR.
NASHVILLE, TN 37221

Claim Number: 7218
Claim Date: 04/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:               $52,411.64

---

RICKS, RICHARD C.
2751 MARSHALL LAKE DR.
OAKTON, VA 22124

Claim Number: 1023
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:               $422,173.43

---

RIDDICK, ANGELA E.
11801 PEMBRIDGE LANE
RALEIGH, NC 27613

Claim Number: 7857
Claim Date: 07/21/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:               $18,173.00

---

RIDER, CHERYL
8707 NE 101ST TERR
KANSAS CITY, MO 64157

Claim Number: 3880
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:               $9,606.00

---

RIEDEL, GEORGE A.
1 MEADOWBROOK RD
WESTON, MA 02493

Claim Number: 7924
Claim Date: 09/02/2011
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7457 (03/27/2012)

UNSECURED          Claimed:               $1,222,349.08

---

RIESE, JOSEPH
170 MCKINLEY DR
MASTIC BEACH, NY 11951

Claim Number: 6563
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

ADMINISTRATIVE     Claimed:               $778.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RIESE, JOSEPH T<br>170 MCKINLEY DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 5988<br>Claim Date: 10/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| PRIORITY | Claimed: | $778.00 |

| RIESE, JOSEPH T<br>170 MCKINLEY DRIVE<br>MASTIC BEACH, NY 11951 | | Claim Number: 6564<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $778.00 |

| RIGHT MANAGEMENT INC<br>ATTN: HENRY J JAFFE & JAMES C CARIGNAN<br>PEPPER HAMILTON LLP<br>1313 N MARKET ST, STE 5100 PO BOX 1709<br>WILMINGTON, DE 19899-1709 | | Claim Number: 1543<br>Claim Date: 07/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,376,654.00 |

| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-01<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
|---|---|---|
| UNSECURED | Claimed: | $1,270,900.00   UNLIQ |

| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-02<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
|---|---|---|
| UNSECURED | Claimed: | $22,200.00   UNLIQ |

| RIGHT MANAGEMENT INC.<br>HENRY JAFFE, ESQ.<br>PEPPER HAMILTON LLP<br>HERCULES PLAZA, STE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 3201-03<br>Claim Date: 09/18/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 7075 (01/06/2012) |
|---|---|---|
| UNSECURED | Claimed: | $3,700.00   UNLIQ |

| RIGHT MANAGEMENT, INC.<br>C/O PEPPER HAMILTON LLP<br>ATTN: HENRY J. JAFFE & JAMES C. CARIGNAN<br>1311 N. MARKET ST., SUITE 5100<br>WILMINGTON, DE 19899-1709 | | Claim Number: 1248<br>Claim Date: 05/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,376,654.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RIGHTMIRE, JAMES
620 DOGWOOD RD
WEST PALM BEACH, FL 33409

Claim Number: 2569
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $226.38  UNLIQ |
|---|---|---|

---

RIGHTMIRE, JAMES W
620 DOGWOOD RD
WEST PALM BEA, FL 33409

Claim Number: 2570
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $226.38  UNLIQ |
|---|---|---|

---

RIKER, DANZIG, SCHERER, HYLAND &
PERRETTI LLP
ATTN: J. ALEK KRESS
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

Claim Number: 5510
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7686 (05/24/2012)

| ADMINISTRATIVE | Claimed: | $2,915.32 |
|---|---|---|
| UNSECURED | Claimed: | $22,972.67 |

---

RIKHI, KUSHAL V
3474 BUTCHER DR
SANTA CLARA, CA 95051

Claim Number: 3411
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $28,652.48 |
|---|---|---|

---

RIMAGE CORP
7725 WASHINGTON AVE S
MINNEAPOLIS, MN 55439

Claim Number: 3645
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,548.87 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

RIMAGE CORPORATION
7725 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MN 55439

Claim Number: 3646
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3799 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $5,548.87 |
|---|---|---|

---

RIMICCI, LEONARD
144 SURFSIDE AVE.
SANTA CRUZ, CA 95060

Claim Number: 8279
Claim Date: 05/29/2012
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $144,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

RIMICCI, LEONARD C
144 SURFSIDE STREET
SANTA CRUZ, CA 95060-5330

Claim Number: 3223
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $144,000.00 |

---

RING, BRIAN
910 NORWOOD LANE
APEX, NC 27502

Claim Number: 7347
Claim Date: 07/15/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,707.28 |

---

RISNER, RENEA L.
1063 FAWN TRAIL
KINGSTON SPRINGS, TN 37082

Claim Number: 7415
Claim Date: 09/13/2010
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $23,050.00 | UNLIQ CONT |

---

RITSON, ROBERT A.
9709 SPRING DRIVE
FRISCO, TX 75035

Claim Number: 82
Claim Date: 01/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,547.08 | Scheduled: | $1,824.97 |
| UNSECURED | Claimed: | $23,198.50 | Scheduled: | $25,510.98 |

---

RITZ, CHARLES
9501 HANGING ROCK RD.
RALEIGH, NC 27613

Claim Number: 301
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $47,355.75 |

---

RITZ, CHARLES
9501 HANGING ROCK RD.
RALEIGH, NC 27613

Claim Number: 466
Claim Date: 03/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $36,405.75 |

---

RITZ, CHARLES
9501 HANGING ROCK RD.
RALEIGH, NC 27613

Claim Number: 1741
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,372.25 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RIVERA, DAVID R.<br>34 GENESEE ST<br>HICKSVILLE, NY 11801 | | Claim Number: 1722<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $22,800.18 | | |

---

| RIVERA, DAVID R.<br>34 GENESEE STREET<br>HICKSVILLE, NY 11801-4642 | | Claim Number: 1723<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $448.80 | | |
| UNSECURED | Claimed: | $22,351.38 | Scheduled: | $15,718.19 |
| TOTAL | Claimed: | $22,800.18 | | |

---

| RIZO, NELSON E.<br>319 DACIAN AVE.<br>DURHAM, NC 27701 | | Claim Number: 7284<br>Claim Date: 06/02/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $51,573.76 |

---

| RIZOPOULOS, MELANIE<br>51 PAULS PATH<br>CORAM, NY 11727 | | Claim Number: 776<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,236.00 |

---

| RIZZO, TODD<br>3508 GILLESPIE ROAD<br>MCKINNEY, TX 75070 | | Claim Number: 3875<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,222.61 |

---

| RIZZOLO, DAVID J<br>2828 NORTH M52<br>STOCKBRIDGE, MI 49285 | | Claim Number: 912<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $48,341.88 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ROBERT, LYNN<br>2 EVE LANE<br>RYE, NY 10580 | | Claim Number: 4887<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $213,741.88 |
| ROBERT, LYNN<br>2 EVE LN<br>RYE, NY 10580-4114 | | Claim Number: 4888<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $213,741.88 |
| ROBERTS, CRAIG<br>505 W SHORE DR<br>RICHARDSON, TX 75080-5008 | | Claim Number: 196<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $131,588.14 |
| ROBERTS, DWAYNE<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5530<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $395.00 |
| ROBERTS, MICHAELA<br>2725 BYRNE PL<br>WICHITA FALLS, TX 76306 | | Claim Number: 1650<br>Claim Date: 08/06/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $6,042.00 |
| ROBINSON, DAVID A<br>2015 MEGAN CT<br>WYLIE, TX 75098 | | Claim Number: 5616<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $23,842.00 |
| ROBINSON, DOROTHY<br>P.O. BOX 9394<br>RIVIERA BEACH, FL 33419 | | Claim Number: 7024<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ROBINSON, DOROTHY J<br>PO BOX 9394<br>RIVIERA BEACH, FL 33404 | Claim Number: 7023<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|

| SECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | Claim Number: 2669<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $42,275.73 |
|---|---|---|

| ROBINSON, JACQUELINE B.<br>3933 LOST CREEK DR.<br>PLANO, TX 75074 | Claim Number: 8131<br>Claim Date: 12/30/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $7,264.72 |
|---|---|---|
| UNSECURED | Claimed: | $42,643.38 |

| ROBINSON, ROBERT J. III<br>625 OCCONEECHEE DRIVE<br>FUQUAY VARINA, NC 27526 | Claim Number: 8151<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $66,000.00 |
|---|---|---|

| ROBITAILLE, STANLEY L.<br>4835 OXFORD DRIVE<br>SARASOTA, FL 34242 | Claim Number: 2204<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7332 |
|---|---|

| UNSECURED | Claimed: | $319,176.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| ROBITALLE, STANLEY L<br>4835 OXFORD DRIVE<br>SARASOTA, FL 34242 | Claim Number: 7332<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 2204 |
|---|---|

| UNSECURED | Claimed: | $689,553.00 |
|---|---|---|

| ROBSON, ROBERT L.<br>1013 MANOR GLEN WAY<br>RALEIGH, NC 27615 | Claim Number: 461<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $148,293.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ROC SOFTWARE LP<br>3305 NORTHLAND DR<br>AUSTIN, TX 78731 | | Claim Number: 1837<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,614.00 | Scheduled: | $1,614.00  DISP |
| ROCHE, BOB<br>59 COMMONWEALTH AVE<br>HAVERHILL, MA 01830 | | Claim Number: 4105<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,000.00 | | |
| ROCHESTER ELECTRONICS LLC<br>16 MALCOLM HOYT DRIVE<br>NEWBURYPORT, MA 01950 | | Claim Number: 972<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | |
| UNSECURED | Claimed: | $191,125.00 | | |
| ROCHESTER INSTITUTE OF TECHNOLOGY<br>SPONSORED PROGRAMS ACCOUNTING<br>7 LOMB MEMORIAL DR<br>ROCHESTER, NY 14623 | | Claim Number: 1190<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,000.00 | Scheduled: | $5,000.00 |
| ROCK, HELEN<br>108 CHADMORE DR<br>CARY, NC 27518 | | Claim Number: 7266<br>Claim Date: 05/24/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $12,119.39 | | |
| UNSECURED | Claimed: | $44,337.33 | | |
| ROCK, TERENCE<br>856 BELLEVILLE DRIVE<br>VALLEY COTTAGE, NY 10989 | | Claim Number: 1739<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $67,547.70 | | |
| ROCKBRIDGE COUNTY OF<br>150 S MAIN STREET<br>LEXINGTON, VA 24450-2359 | | Claim Number: 2505<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3692 (07/20/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| RODDA, BENJAMIN H.<br>46 SEMONT RD. #2<br>DORCHESTER, MA 02124 | | Claim Number: 867<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,914.24 | | |
| RODELY, JOSEPH E.<br>3109 FELBRIGG DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 7187<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $59,736.67 | | |
| RODEN, MARC A<br>1220 TARTARIAN TRAIL<br>APEX, NC 27502 | | Claim Number: 4020<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| UNSECURED | Claimed: | $6,112.11 | | |
| RODENFELS, CHARLES T<br>2 CADILLAC PLACE<br>PALM COAST, FL 32137 | | Claim Number: 3406<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $10,524.00 | Scheduled: | $0.00  UNLIQ |
| RODGERS, DEBORAH<br>127 SHADOW RIDGE PLACE<br>CHAPEL HILL, NC 27516 | | Claim Number: 523<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | | |
| UNSECURED | Claimed: | $14,587.14 | | |
| RODRIGUE, FRANCOIS<br>888 ST. FRANCOIS XAVIER<br>APT # 1310<br>MONTREAL, QC H2Y 0A8<br>CANADA | | Claim Number: 2770<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $23,731.54 | | |
| RODRIGUEZ, ABELARDO<br>2815 RIO BRAZOS<br>SAN ANTONIO, TX 78259-2629 | | Claim Number: 2336<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $50,447.00 | Scheduled: | $6,361.00 |
| UNSECURED | | | Scheduled: | $37,540.83 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RODRIGUEZ, ABELARDO B. | | | | |
|---|---|---|---|---|
| 113 RETON CT | | Claim Number: 219 | | |
| CARY, NC 27513 | | Claim Date: 02/09/2009 | | |
| | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 2563 (02/26/2010) | | |
| PRIORITY | Claimed: | $50,447.00 | | |

| RODRIGUEZ, JOSEPH | | | | |
|---|---|---|---|---|
| 1734 MAPLE LEAF DRIVE | | Claim Number: 1220 | | |
| WYLIE, TX 75098 | | Claim Date: 05/21/2009 | | |
| | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $2,930.96 | Scheduled: | $1,359.41 |
| UNSECURED | Claimed: | $19,051.24 | Scheduled: | $22,934.34 |

| ROERTY, BARRY | | | |
|---|---|---|---|
| 26 DEHART RD. | | Claim Number: 1707 | |
| MAPLEWOOD, NJ 07040 | | Claim Date: 08/14/2009 | |
| | | Debtor: NORTEL NETWORKS INC. | |
| | | Comments: POSSIBLY AMENDED BY 7107 | |
| UNSECURED | Claimed: | $58,167.00 | |

| ROERTY, BARRY | | | |
|---|---|---|---|
| 26 DEHART RD. | | Claim Number: 7107 | |
| MAPLEWOOD, NJ 07040 | | Claim Date: 02/17/2010 | |
| | | Debtor: NORTEL NETWORKS INC. | |
| | | Comments: | |
| | | Amends Claims 1707 | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $47,217.00 | |

| ROESE, JOHN | | | |
|---|---|---|---|
| C/O RACHEL B. MERSKY, ESQUIRE | | Claim Number: 6249 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, | | Claim Date: 12/15/2009 | |
| P.A., 1201 N. ORANGE STREET SUITE 400 | | Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION | |
| WILMINGTON, DE 19801 | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $1,236,195.60 | |

| ROESE, JOHN | | | |
|---|---|---|---|
| C/O RACHEL B. MERSKY, ESQUIRE | | Claim Number: 6250 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, | | Claim Date: 12/15/2009 | |
| P.A., 1201 N. ORANGE STREET SUITE 400 | | Debtor: NORTEL NETWORKS INTERNATIONAL INC. | |
| WILMINGTON, DE 19801 | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $1,236,195.60 | |

| ROESE, JOHN | | | |
|---|---|---|---|
| C/O RACHEL B. MERSKY, ESQUIRE | | Claim Number: 6251 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, | | Claim Date: 12/15/2009 | |
| P.A., 1201 N. ORANGE STREET SUITE 400 | | Debtor: NORTHERN TELECOM INTERNATIONAL INC. | |
| WILMINGTON, DE 19801 | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $1,236,195.60 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6252<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6253<br>Claim Date: 12/15/2009<br>Debtor: SONOMA SYSTEMS |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6254<br>Claim Date: 12/15/2009<br>Debtor: QTERA CORPORATION |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6255<br>Claim Date: 12/15/2009<br>Debtor: CORETEK, INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6256<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6257<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6258<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6259<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6260<br>Claim Date: 12/15/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6261<br>Claim Date: 12/15/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6262<br>Claim Date: 12/15/2009<br>Debtor: XROS, INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |
| ROESE, JOHN<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6281<br>Claim Date: 12/15/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROESE, JOHN
C/O RACHEL B. MERSKY, ESQUIRE
MONZACK MERSKY MCLAUGHLIN AND BROWDER,
P.A., 1201 N. ORANGE STREET SUITE 400
WILMINGTON, DE 19801

Claim Number: 6807
Claim Date: 01/20/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,236,195.60 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 306
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| SECURED | Claimed: | $80,000.00 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6433
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6434
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $75,868.00 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6435
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6436
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $75,868.00 |

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6437
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| PRIORITY | Claimed: | $75,868.00 |
| UNSECURED | Claimed: | $75,868.00 |
| TOTAL | Claimed: | $75,868.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROGERS, BERTHA
203 BATHGATE LANE
CARY, NC 27513

Claim Number: 6438
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $75,868.00 | Scheduled: | $4,055.92 |
| UNSECURED | Claimed: | $75,868.00 | Scheduled: | $66,897.55 |
| TOTAL | Claimed: | $75,868.00 | | |

---

ROGERS, RON
8810 DAVIS ST.
ROWLETT, TX 75088

Claim Number: 8307
Claim Date: 06/25/2012
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,120.00 |

---

ROGNLIE, ERIC L
151 NORTH BAY DR
BULLARD, TX 75757

Claim Number: 3460
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,686.89 | Scheduled: | $0.00 UNLIQ |

---

ROLANDE, YALE
1115 DE LA ROUSSELIERE
MONTREAL, QC HIA 2X3
CANADA

Claim Number: 8410
Claim Date: 11/19/2012
Debtor: NORTEL NETWORKS INC.
Comments:
CLAIM AMOUNT IS 25,374.64 CANADIAN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

ROLLAND, CHESTER M.
3121 KINGSTON DR
RICHARDSON, TX 75082

Claim Number: 1405
Claim Date: 06/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,256.95 |

---

ROLLINGS, LINDA K.
4545 RED BARK CT.
ANTIOCH, TN 37013

Claim Number: 7432
Claim Date: 09/23/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 UNLIQ CONT |
| UNSECURED | Claimed: | $14,050.00 UNLIQ CONT |

---

ROMAN, PEDRO
329 MADISON AVE
HASBROUCK HEIGHTS, NJ 07604

Claim Number: 2580
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ROMAN, PETE<br>329 MADISON AVE<br>HASBROUCK HEIGHTS, NJ 07604 | | Claim Number: 2579<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| ROMERO, ANTONIO<br>1403 CREEKSIDE DR.<br>RICHARDSON, TX 75081 | | Claim Number: 6571<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $564,749.52   UNLIQ |

| ROMERO, ANTONIO<br>1403 CREEKSIDE<br>RICHARDSON, TX 75081 | | Claim Number: 6572<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $564,749.52   UNLIQ |

| ROONEY, PATRICIA R<br>4075 CALAROGA DR<br>WEST LINN, OR 97068 | | Claim Number: 6232<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $31,077.00 |

| ROOT, KAREN E.<br>14 UPSTONE DRIVE<br>NASHUA, NH 03063 | | Claim Number: 7396<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $16,844.68   UNLIQ CONT |

| ROPER, PATRICIA<br>305 MONTIBELLO DRIVE<br>CARY, NC 27513 | | Claim Number: 7624<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $14,868.17 |

| ROSE, CHONG S.<br>701 LAKEBIRD DR.<br>SUNNYVALE, CA 94089 | | Claim Number: 7323<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3782 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $19,153.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROSE, MICHAEL
2615 MERLIN DRIVE
LEWISVILLE, TX 75056

Claim Number: 2602
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $39,373.35 |
|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 227
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7587

| PRIORITY | Claimed: | $11,429.22 |
|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 228
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $83,920.72 |
|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 7587
Claim Date: 02/02/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7633
amends claim 227

| PRIORITY | Claimed: | $147,735.63 |
|---|---|---|

---

ROSE, RICHARD M.
17 THERESA BLVD.
WAPPINGERS FALLS, NY 12590

Claim Number: 7633
Claim Date: 03/09/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7587

| PRIORITY | Claimed: | $163,194.84 |
|---|---|---|

---

ROSE, RONALD J. JR.
26 PHEASANT RUN
BALLSTON SPA, NY 12020

Claim Number: 8228
Claim Date: 03/26/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $770,926.71   UNLIQ |
|---|---|---|

---

ROSENFELD, DAVID
19517 WAVERUNNER LN APT 201
CORNELIUS, NC 28031-6420

Claim Number: 4052
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $20,113.50 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| ROSS, CINDY L<br>23750 OAK FLAT ROAD<br>LOS GATOS, CA 95033 | | Claim Number: 7001<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,715.94 | | |
| ROSS, CINDY L.<br>23750 OAK FLAT ROAD<br>LOS GATOS, CA 95033 | | Claim Number: 7002<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| ADMINISTRATIVE | Claimed: | $13,715.94 | | |
| ROSS, ERIC<br>508 THARPS LANE<br>RALEIGH, NC 27614 | | Claim Number: 3713<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,740,462.94 | Scheduled: | $0.00  UNLIQ |
| ROSS, ERIC JOHN<br>508 THARPS LN<br>RALEIGH, NC 27614 | | Claim Number: 363<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,210,793.92 | | |
| ROSS, TIMOTHY C.<br>2008 RANGECREST ROAD<br>RALEIGH, NC 27612 | | Claim Number: 7372<br>Claim Date: 08/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7375 | | |
| UNSECURED | Claimed: | $67,950.53 | | |
| ROSS, TIMOTHY C.<br>2008 RANGECREST ROAD<br>RALEIGH, NC 27612 | | Claim Number: 7375<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7372 | | |
| UNSECURED | Claimed: | $65,392.83 | | |
| ROSSI, JOHN J.<br>1568 WOODCREST DR.<br>WOOSTER, OH 44691 | | Claim Number: 8294<br>Claim Date: 06/11/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8416 | | |
| UNSECURED | Claimed: | $262,690.18 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROSSI, JOHN J.
1568 WOODCREST DR.
WOOSTER, OH 44691

Claim Number: 8416
Claim Date: 12/14/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 8294

| UNSECURED | Claimed: | $44,665.00 |
|---|---|---|

---

ROSSI, JOHN J.
1568 WOODCREST DR.
WOOSTER, OH 44691

Claim Number: 8418
Claim Date: 12/17/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 8294

| UNSECURED | Claimed: | $307,355.18 |
|---|---|---|

---

ROSSI, RYAN
109 APPLEWOOD LN
SLIPPERY ROCK, PA 16057-2901

Claim Number: 5431
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $235,885.50 |

---

ROSZKO, RICHARD
PO BOX 446
MESILLA, NM 88046-0446

Claim Number: 3467
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $113,368.47 |
|---|---|---|

---

ROTH, JOHN A.
993673 MONO-ADJALA TOWN LINE
ORANGEVILLE, ON L9W 2Z2
CANADA

Claim Number: 6172
Claim Date: 12/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $1,000,000,000.00   UNLIQ |
|---|---|---|

---

ROTHACKER, RAINER
6A SEAGLADE CIRCLE
KEYPORT, NJ 07735

Claim Number: 862
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $32,605.00 |
|---|---|---|

---

ROTHFARB, ALLAN
15624 BERNARDO CENTER DR APT 3602
SAN DIEGO, CA 92127-1866

Claim Number: 4520
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $23,468.94 | Scheduled: | $5,275.00 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $39,101.93 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROUCH, ELIZABETH
8904-103 LANGWOOD DRIVE
RALEIGH, NC 27613

Claim Number: 4764
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $24,196.00 |
|---|---|---|

---

ROVIRA, ALBA
10553 MENDOCINO LN
BOCA RATON, FL 33428-1209

Claim Number: 1505
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $20,272.00 |
|---|---|---|

---

ROVIRA, ALBA
1604 SE SHELBURNIE WAY
PORT ST LUCIE, FL 34952-6054

Claim Number: 1506
Claim Date: 07/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,272.00 |
|---|---|---|

---

ROVIRA, ALBA
1630 SE BALLANTRAE BLVD.
PORT ST LUCIE, FL 34952

Claim Number: 2729
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $20,272.00 |
|---|---|---|

---

ROVIRA, ALBA
1604 SE SHELBURNIE WAY
PORT ST LUCIE, FL 34952-6054

Claim Number: 2730
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $20,272.00 |
|---|---|---|

---

ROVIRA, ALBA
1630 SE BALLANTRAE BLVD.
PORT ST LUCIE, FL 34952

Claim Number: 6625
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ROVIRA, ALBA
1630 SE BALLANTRAE BLVD.
PORT SAINT LUCIE, FL 34952

Claim Number: 6626
Claim Date: 01/08/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7679
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $55,384.56 |
|---|---|---|

---

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7707
Claim Date: 04/15/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $55,384.56 |
|---|---|---|

---

ROWAN, LYNN P.
25 WESTVIEW RD.
BROOKLINE, NH 03033

Claim Number: 7888
Claim Date: 08/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $55,384.56 |
|---|---|---|

---

ROWE, CHARLES
C/O JEFFREY B. ROSE
TISHLER & WALD, LTD.
200 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

Claim Number: 5526
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $219,556.00 |
|---|---|---|

---

ROWE, KEVIN W.
1121 DOVER DR.
SAINT JOHNS, FL 32259

Claim Number: 1131
Claim Date: 05/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,666.67 |
|---|---|---|
| UNSECURED | Claimed: | $12,688.33 |

---

ROWEN, AMELIA A
4073 TRINIDAD WAY
NAPLES, FL 34119

Claim Number: 2710
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

ROWEN, AMELIA A
4073 TRINIDAD WAY
NAPLES, FL 34119-7508

Claim Number: 2711
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ROY, JOHN<br>44 ROCKY POND RD<br>BROOKLINE, NH 03033 | | | Claim Number: 4085<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|---|
| PRIORITY | | | | Scheduled: | $5,440.58 |
| UNSECURED | Claimed: | $83,832.81 | | Scheduled: | $39,101.35 |

---

| ROYAL, MARK<br>5610 EXETER DR<br>RICHARDSON, TX 75082 | | | Claim Number: 381<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $17,450.00 | | Scheduled: | $23,533.13 |

---

| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | | Claim Number: 1938<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $13,173.90 | | | |

---

| ROYER, MARTHA<br>11022 FERNALD AVE<br>DALLAS, TX 75218 | | | Claim Number: 1940<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $13,173.90 | | | |

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | | Claim Number: 1937<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 | | | |

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | | Claim Number: 1939<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 | | | |

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | | Claim Number: 6445<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 | | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 6446<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 6447<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,123.90 |

---

| ROYER, MARTHA L.<br>11022 FERNALD AVE.<br>DALLAS, TX 75218 | | Claim Number: 6448<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,173.90 |

---

| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | | Claim Number: 3741<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|---|
| PRIORITY | Claimed: | $153,984.40 |

---

| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | | Claim Number: 4087<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|---|
| PRIORITY | Claimed: | $153,984.40 |

---

| RUDZINSKI, RANDY<br>1924 PARIS AVE<br>PLANO, TX 75025 | | Claim Number: 4104<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $153,984.40 |

---

| RUFF, GEOFFREY E<br>1029 RED BRICK ROAD<br>GARNER, NC 27529 | | Claim Number: 6973<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $47,572.60 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| RUFF, STEVEN<br>7469 ASHLEY DR<br>WARRENTON, VA 20187-9039 | | Claim Number: 4410<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $76,862.90 |
| RUFFINI, PHIL<br>241 AURORA RD<br>VENICE, FL 34293-2602 | | Claim Number: 1074<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $11,769.23 |
| RUFFINI, PHILIP<br>241 AURORA RD<br>VENICE, FL 34293-2602 | | Claim Number: 1852<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $11,769.23 |
| RUSSO PECK, MARIANNE<br>31 BAY 38TH STREET<br>BROOKLYN, NY 11214 | | Claim Number: 4904<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $14,959.92 |
| RUSSO, CHARLES J<br>1075 BAY RIDGE AVE<br>BROOKLYN, NY 11219-6010 | | Claim Number: 6484<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $338,000.00 |
| RUTLEDGE, DEBBIE J<br>305 TANGLEWOOD DRIVE<br>MOUNT JULIET, TN 37122-2821 | | Claim Number: 8210<br>Claim Date: 03/09/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $56,037.69 |
| RUUS, KIRSTEN<br>1451 NORTH WEST 108TH AVENUE<br>APT 303<br>PLANTATION, FL 33322 | | Claim Number: 7062<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $29,820.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| RYAN, JOHN JR | | Claim Number: 7274 |
|---|---|---|
| 5 JOSEPH ROAD | | Claim Date: 06/01/2010 |
| HOPKINTON, MA 01748 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,918.00 |

---

| RYAN, RONALD | | Claim Number: 8020 |
|---|---|---|
| 7609 CALCUTTA RUN | | Claim Date: 10/11/2011 |
| JONESTOWN, TX 78645 | | Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $70,000.00 |
|---|---|---|

---

| RYAN, RONALD D | | Claim Number: 6503 |
|---|---|---|
| 7609 CALCUTTA RUN DR | | Claim Date: 12/29/2009 |
| LEANDER, TX 78645-4564 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $70,837.52 |
|---|---|---|

---

| SACCO, DONALD F. | | Claim Number: 985 |
|---|---|---|
| 336 LAKEVIEW AVE. E | | Claim Date: 04/20/2009 |
| BRIGHTWATERS, NY 11718 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $9,989.50 |
|---|---|---|

---

| SACRAMENTO COUNTY TAX COLLECTOR | | Claim Number: 739 |
|---|---|---|
| ATTN: BANKRUPTCY | | Claim Date: 03/16/2009 |
| 700 H STREET, ROOM 1710 | | Debtor: NORTEL NETWORKS INC. |
| SACRAMENTO, CA 95814 | | Comments: EXPUNGED |
| | | DOCKET: 2563 (02/26/2010) |

| PRIORITY | Claimed: | $77.01 |
|---|---|---|

---

| SACRAMENTO COUNTY TAX COLLECTOR | | Claim Number: 2267 |
|---|---|---|
| ATTN: BANKRUPTCY | | Claim Date: 08/21/2009 |
| 700 H STREET, ROOM 1710 | | Debtor: NORTEL NETWORKS INC. |
| SACRAMENTO, CA 95814 | | Comments: WITHDRAWN |
| | | DOCKET: 2708 (03/15/2010) |

| PRIORITY | Claimed: | $92.82 |
|---|---|---|

---

| SAENZ, DANIEL R | | Claim Number: 7168 |
|---|---|---|
| 11 JONES STATION ROAD | | Claim Date: 03/26/2010 |
| ARNOLD, MD 21012 | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $36,637.47 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SAFE RECORDS CENTER LLC D/B/A<br>ARCHIVES USA<br>JENNIFER R. HOOVER, ESQ.<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | Claim Number: 1253<br>Claim Date: 05/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 1722 (10/26/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $31,754.62  UNLIQ |
|---|---|---|

---

| SAFFELL, CHARLES<br>39897 CHARLES TOWN PIKE<br>HAMILTON, VA 20158 | Claim Number: 2510<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,041.32 | Scheduled: | $25,276.36  UNLIQ |
|---|---|---|---|---|

---

| SAGATOVSKI, NICOLAS<br>10709 WALNUT SPRINGS DR APT 1711<br>CHARLOTTE, NC 28277-0631 | Claim Number: 3873<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

| SAHA, PRITHWISH<br>8444 COTONEASTER DR APT 2E<br>ELLICOTT CITY, MD 21043-7326 | Claim Number: 5824<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $21,000.00 | Scheduled: | $19,001.84 |
|---|---|---|---|---|

---

| SAIFEE, BENAZEER<br>99 MEROKE LN<br>EAST ISLIP, NY 11730 | Claim Number: 7099<br>Claim Date: 02/11/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $23,675.47 |
|---|---|---|

---

| SAIFULLAH, AKILA<br>33 MILLET STREET<br>DIX HILLS, NY 11746 | Claim Number: 6814<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $32,506.29 |
|---|---|---|

---

| SAJDAK, CHRISTOPHER<br>1405 STILLFOREST DR<br>ALLEN, TX 75002 | Claim Number: 1446<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $36,542.32 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SAKHONKO, MALTI
7200 WELSHMAN DRIVE
FORT WORTH, TX 76137

Claim Number: 8194
Claim Date: 02/08/2012
Debtor: NORTEL NETWORKS INC.

---

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $11,923.69 | UNLIQ CONT |

SALAZAR, SILVINA L.
3904 SANCTUARY DRIVE
CORAL SPRINGS, FL 33065

Claim Number: 7653
Claim Date: 03/21/2011
Debtor: NORTEL NETWORKS (CALA) INC.

---

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $8,776.00 | UNLIQ CONT |

SALB, RALPH
4216 249TH CT SE
ISSAQUAH, WA 98029

Claim Number: 104
Claim Date: 01/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| | | |
|---|---|---|
| PRIORITY | Claimed: | $77,929.45 |

SALB, RALPH
4216 249TH CT SE
ISSAQUAH, WA 98029

Claim Number: 836
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,818.80 |
| UNSECURED | Claimed: | $96,396.29 |

SALB, RALPH
4216 249TH CT SE
ISSAQUAH, WA 98029

Claim Number: 837
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

---

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,032.98 |

SALB, RALPH
4216 249TH CT SE
ISSAQUAH, WA 98029

Claim Number: 838
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

---

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,314.39 |
| UNSECURED | Claimed: | $72,615.06 |

SALB, RALPH
4216 249TH CT SE
ISSAQUAH, WA 98029

Claim Number: 4438
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

---

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,929.72 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SALB, RALPH
4216 249TH COURT SE
ISSAQUAH, WA 98029

Claim Number: 4439
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,842.76 | Scheduled: | $80,316.52 UNLIQ |

---

SALB, RALPH
4216 249TH COURT SE
ISSAQUAH, WA 98029

Claim Number: 4440
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,818.80 |
| UNSECURED | Claimed: | $96,396.29 |

---

SALB, RALPH
4216 249TH COURT SE
ISSAQUAH, WA 98029

Claim Number: 4441
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,032.98 | Scheduled: | $248.56 UNLIQ |

---

SALEH, OSSAMA A.
6617 BATTLEFORD DR
RALEIGH, NC 27613

Claim Number: 1778
Claim Date: 08/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,620.80 | | |
| UNSECURED | | | Scheduled: | $4,620.80 |

---

SALGADO, MARK
157 BELMONT LANE
VAN ALSTYNE, TX 75495

Claim Number: 7185
Claim Date: 04/05/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $73,510.00 |

---

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2132
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

SALIBI, CAMILLE
6811 N WOODRIDGE DR
PARKLAND, FL 33067

Claim Number: 2133
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $358,803.12 | | |
| UNSECURED | Claimed: | $358,803.12 | Scheduled: | $0.00 UNLIQ |
| TOTAL | Claimed: | $358,803.12 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 6333<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $358,803.12 |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 6334<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $358,803.12 |
| UNSECURED | Claimed: | $358,803.12 |
| TOTAL | Claimed: | $358,803.12 |
| SALIBI, CAMILLE<br>6811 N WOODRIDGE DR<br>PARKLAND, FL 33067 | | Claim Number: 7822<br>Claim Date: 07/08/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $548,203.12 |
| UNSECURED | Claimed: | $548,203.12 |
| TOTAL | Claimed: | $548,203.12 |
| SALLESE, CATHERINE<br>95 KENWOOD ROAD<br>METHUEN, MA 01844 | | Claim Number: 7945<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $39,689.46 |
| SALTSMAN, ALTON<br>5205 THE DYKE<br>RALEIGH, NC 27606 | | Claim Number: 7197<br>Claim Date: 04/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $68,388.00 |
| SALZILLO, DALE<br>3110 SLEDGE ROAD<br>LOUISBURG, NC 27549 | | Claim Number: 6765<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $63,934.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SAMARRAIE, MOHAMED AL<br>PO BOX 45030<br>LAVAL, QC H7Y 2H2<br>CANADA | | Claim Number: 165<br>Claim Date: 02/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $233.75 | | |

| SAMPER, DONNA<br>1512 LIATRIS LN<br>RALEIGH, NC 27613 | | Claim Number: 6502<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,681.66 | | |

| SAMUEL, JOSEPH<br>102 BATHGATE LANE<br>CARY, NC 27513 | | Claim Number: 1165<br>Claim Date: 05/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $269,670.98 | | |

| SAMUEL, JOSEPH<br>102 BATHGATE LANE<br>CARY, NC 27513 | | Claim Number: 3304<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $198,510.44 | Scheduled: | $0.00  UNLIQ |

| SAN PATRICIO PARKING SYSTEM<br>PMB 436 1353 ROAD 19<br>GUAYNABO, PR 00966 | | Claim Number: 7037<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | | |

| SAN PATRICIO PARKING SYSTEM<br>PMB 436 1353 ROAD 19<br>GUAYNABO, PR 00966 | | Claim Number: 7038<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,800.00 | | |

| SANDERS, JEFFREY W<br>4902 CLAY DR<br>ROWLETT, TX 75088 | | Claim Number: 2614<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SANDERS, JEFFREY W.
4902 CLAY DR.
ROWLETT, TX 75088

Claim Number: 2613
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

SANDERSON, GARY LYNN
9004 OLD HICKORY RD
TYLER, TX 75703

Claim Number: 2977
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $233,080.87   UNLIQ |
|---|---|---|

---

SANDESARA, AJITA
1132 QUEENSBRIDGE WAY
SAN JOSE, CA 95120

Claim Number: 4096
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,246.38 |
|---|---|---|

---

SANDESARA, VISHAL
1132 QUEENSBRIDGE WAY
SAN JOSE, CA 95120

Claim Number: 3812
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $5,679.09 |
|---|---|---|

---

SANDILANDS, PHILLIP EDWARD
1002 REDBUD DRIVE
ALLEN, TX 75002

Claim Number: 6019
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $22,965.82 |

---

SANKARAN, HARISH
26023 JUNIPER STONE LN
KATY, TX 77494-2615

Claim Number: 1407
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $29,533.77 |
|---|---|---|

---

SANMINA - SCI CORPORATION AND ITS AFF.
C/O KLEE TUCHIN BOGDANOFF & STERN LLP
ATTN DAVID FIDLER
1999 AVENUE OF THE STARS, 39TH FL
LOS ANGELES, CA 90067

Claim Number: 4454
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $2,606,176.81   UNDET |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SANMINA-SCI CORPORATION
AND ITS AFFILIATES, ATTN: DAVID A FIDLER
C/O KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067

Claim Number: 4644
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,606,176.81 |
| SECURED | Claimed: | $2,300,000.00 |
| UNSECURED | Claimed: | $15,818,764.87 |

---

SANT CORPORATION, THE
ATTN: MARK CLAVER
10260 ALLIANCE ROAD
CINCINNATI, OH 45242

Claim Number: 957
Claim Date: 04/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,368.75 |

---

SAP AMERICA, INC.
C/O BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5650
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $138,967.28 |

---

SAP BUSINESS OBJECTS
C/O BROWN & CONNERY LLP
ATTN: DONALD K. LUDMAN, ESQUIRE
6 N. BROAD STREET, SUITE 100
WOODBURY, NJ 08096

Claim Number: 5651
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $161,586.00 |

---

SARKER, TITAS
7421 FRANKFORD RD
APT. 2624
DALLAS, TX 75252

Claim Number: 3216
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $14,072.00 |

---

SARMIENTO, CLAUDIA
4947 EVERGLADE COURT
SANTA ROSA, CA 95409

Claim Number: 7597
Claim Date: 02/09/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $32,000.00 |
| UNSECURED | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SARMIENTO, CLAUDIA<br>4947 EVERGLADE COURT<br>SANTA ROSA, CA 95409 | Claim Number: 7598<br>Claim Date: 02/09/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,000.00 |
|---|---|---|

| SARNICKE, SAMUEL E<br>118 SIMMONS RD<br>MCMURRAY, PA 15317 | Claim Number: 2546<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $197,984.90 |
|---|---|---|

| SARTORI, THOMAS JR.<br>119 GOLDENTHAL CT<br>CARY, NC 27519 | Claim Number: 4800<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $15,946.21 |
|---|---|---|

| SAS INSTITUTE INC<br>ATTN: HOWARD BROWNE<br>SAS CAMPUS DRIVE<br>CARY, NC 27512-8000 | Claim Number: 2803<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $89,700.00 | Scheduled: | $51,000.00 |
|---|---|---|---|---|

| SASKEN COMMUNICATION TECHNOLOGIES LTD<br>139/25 DOMLUR RING ROAD<br>BANGALORE, 560071<br>INDIA | Claim Number: 2874<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $27,339.00 |
|---|---|---|

| SATTAR, AAMIR<br>PO BOX 4104<br>SANTA CLARA, CA 95056 | Claim Number: 4579<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6056 |
|---|---|

| UNSECURED | Claimed: | $91,938.47 |
|---|---|---|

| SATTAR, AAMIR<br>PO BOX 4104<br>SANTA CLARA, CA 95056 | Claim Number: 6056<br>Claim Date: 10/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4579 |
|---|---|

| UNSECURED | Claimed: | $91,938.47 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SAUCIER, MADAME GUYLAINE<br>1000 DE LA GAUCHETIERE STREET WEST<br>SUITE 2500<br>MONTREAL, QC H3B 0A2<br>CANADA | Claim Number: 5414<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 6288 (09/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

| SAUNDERCOOK, JOSEPH<br>1305 BROOKFIELD ROAD<br>RALEIGH, NC 27615 | Claim Number: 6721<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $53,901.42 |
|---|---|---|

---

| SAVAGE, RICHIE<br>909 KNOTTS HILL PLACE<br>KNIGHTDALE, NC 27545 | Claim Number: 3425<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $55,000.00 |
|---|---|---|

---

| SAVAGE, RUSSELL III<br>4007 NUNN ROAD<br>HUNTSVILLE, AL 35802 | Claim Number: 3321<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $18,750.00 | Scheduled: | $8,058.46 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12,099.91 |

---

| SAVARESE, PATRICK<br>2705 VILLAGE DR<br>BREWSTER, NY 10509-1326 | Claim Number: 591<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $17,160.75 |
|---|---|---|

---

| SAWYER, NICOLE<br>4536 COTTENDALE DR.<br>DURHAM, NC 27703 | Claim Number: 7363<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $13,046.17 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SAYWELL, JOHN G.<br>1716 HARVEST GLEN DRIVE<br>ALLEN, TX 75002 | Claim Number: 1898<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,166.00 | | |

---

| SBC GLOBAL SERVICES<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 71<br>Claim Date: 01/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |
| UNSECURED | Claimed: | $132,375.81 | | |

---

| SBC INTERNET SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 69<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2889 (04/15/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,370.63 | | |

---

| SBC LONG DISTANCE, LLC<br>JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 70<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4.13 | | |

---

| SCHACHTEL INC DBA CTP SOLUTIONS<br>5236 COLODNY DRIVE SUITE 200<br>AGOURA HILLS, CA 91301-2692 | Claim Number: 6421<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $546.00 | Scheduled: | $370.60 |

---

| SCHACHTEL INC DBA CTP SOLUTIONS<br>5236 COLODNY DRIVE SUITE 200<br>AGOURA HILLS, CA 91301-2692 | Claim Number: 6422<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $546.00 | | |

---

| SCHATZ, BOBBIE F.<br>10118 BARNHART WAY<br>RALEIGH, NC 27617 | Claim Number: 8271<br>Claim Date: 05/24/2012<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,250.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 1469<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $6,127.99 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DRIVE<br>RALEIGH, NC 27615 | | Claim Number: 1470<br>Claim Date: 07/06/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $91,323.14 | | |
| SCHAUER, SCOTT<br>1337 FOUR WINDS DR<br>RALEIGH, NC 27615 | | Claim Number: 3048<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $109,964.17 | | |
| SCHECTER, ROGER<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | | Claim Number: 3746<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $77,111.43 | Scheduled: | $77,111.43 UNLIQ |
| SCHECTER, ROGER A<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | | Claim Number: 3745<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $380,681.28 | | |
| SCHECTER, ROGER A.<br>3 BLACKBERRY RD<br>NASHVILLE, TN 37215 | | Claim Number: 3744<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $451,314.36 | Scheduled: | $0.00 UNLIQ |
| SCHEER, JOHN<br>5736 CHADWICK LN<br>BRENTWOOD, TN 37027 | | Claim Number: 352<br>Claim Date: 02/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $31,101.35 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 3444
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY
UNSECURED        Claimed:        $30,583.55
                                                Scheduled:        $30,583.55  UNLIQ

---

SCHEER, JOHN
5736 CHADWICK LN
BRENTWOOD, TN 37027

Claim Number: 3445
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $423,176.64

---

SCHERFF, MELANIE
4713 EDINBURGH DR
CARLSBAD, CA 92010

Claim Number: 5827
Claim Date: 10/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED        Claimed:        $29,035.00

---

SCHESVOLD, BRUCE
5718 MARVIN LOVING DR # 119
GARLAND, TX 75043

Claim Number: 7319
Claim Date: 07/01/2010
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $52,066.74

---

SCHIAVONE, CAROL
37 HOLDEN RD
SHIRLEY, MA 01464

Claim Number: 6209
Claim Date: 12/10/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY        Claimed:        $22,453.93

---

SCHILLING, STEVEN L.
6324 WAKE FALLS DR
WAKE FOREST, NC 27587

Claim Number: 3477
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:        $1,026,473.71        Scheduled:        $0.00  UNLIQ

---

SCHILTZ, ROBERT
8 PETERS LANE
BEDFORD VILLAGE, NY 10506

Claim Number: 5626
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED        Claimed:        $4,156.94

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SCHILTZ, ROBERT A. JR.
8 PETERS LN
BEDFORD, NY 10506

Claim Number: 5627
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $4,156.94 |
|---|---|---|

SCHLESSEL, KAREN H.
15 CAMEO COURT
CHERRY HILL, NJ 08003

Claim Number: 5342
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $69,959.62 |
|---|---|---|

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7742
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $22,707.68 |
|---|---|---|

SCHMAL, KAREN L.
26 MONTROSE AVE
WAKEFIELD, MA 01880

Claim Number: 7743
Claim Date: 05/31/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $22,708.00 |
|---|---|---|

SCHMEHL, EDWARD
515 RUSSELL PARK
SAN ANTONIO, TX 78260

Claim Number: 5953
Claim Date: 10/12/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $13,286.00 |
|---|---|---|

SCHMELZEL, JOHN
2607 OLD MILL LANE
ROLLING MEADOWS, IL 60008

Claim Number: 6046
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $209,393.43 |
|---|---|---|

SCHMIDT, CYNTHIA
PO BOX 119
OREGON HOUSE, CA 95962

Claim Number: 6054
Claim Date: 10/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $47,306.15 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3349<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $18,530.45 |
| SCHMIDT, FRANZA<br>2010 LAKE SHORE LANDING<br>ALPHARETTA, GA 30005 | | Claim Number: 3350<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $18,530.45 |
| SCHMIDT, JONATHAN E.<br>202 CLIFFSIDE<br>SAN ANTONIO, TX 78231 | | Claim Number: 1312<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,078.27 |
| SCHMITT, MATTHIAS<br>AM ROTHENSTEIN 19<br>UNTERERTHAL, 97762<br>GERMANY | | Claim Number: 3860<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $11,480.15 |
| SCHMITT, WERNER<br>AM ROTHENSTEIN 19<br>HAMMELBURG, 97762<br>GERMANY | | Claim Number: 3856<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $7,481.48 |
| SCHNEIDER, DAVID<br>614 HUNTERS CLOSE<br>EDMONTON, AB T6R 2W2<br>CANADA | | Claim Number: 4200<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $3,550.80 |
| SCHOFIELD, BONNIE G.<br>4588 TANGLEWOOD DR.<br>PEGRAM, TN 37143 | | Claim Number: 7410<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,296.00   UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SCHOFIELD, BRUCE
15 FARWELL ROAD
TYNGSBORO, MA 01879

Claim Number: 378
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $34,672.56 |
| UNSECURED | Claimed: | $16,860.98 |

---

SCHOLNICK, DAVID
4 PICKWICK ROAD
MARBLEHEAD, MA 01945

Claim Number: 6191
Claim Date: 12/07/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

---

SCHOOLEY, RUSSELL
1603 CLEARMEADOW DRIVE
ALLEN, TX 75002

Claim Number: 3320
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $14,018.13 |
| UNSECURED | Claimed: | $46,247.17 |

---

SCHOOLEY, RUSSELL
1603 CLEARMEADOW DRIVE
ALLEN, TX 75002

Claim Number: 4175
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,018.13 | Scheduled: | $2,290.56 |
| UNSECURED | Claimed: | $46,247.17 | Scheduled: | $58,294.10 |

---

SCHROEDER, RICHARD
8120 NW 51 STREET
LAUDERHILL, FL 33351

Claim Number: 7311
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,965.76 |

---

SCHROEDER, RICHARD
8120 NW 51 STREET
LAUDERHILL, FL 33351

Claim Number: 7314
Claim Date: 06/24/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,843.58 |

---

SCHUDDE, THOMAS
5897 PADDOCK COURT
CANANDAIGUA, NY 14424

Claim Number: 7241
Claim Date: 05/03/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $91,784.16 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SCHURR, KARL<br>FELDHUETER STR. 2<br>ALLING, D-82239<br>GERMANY | | Claim Number: 5826<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $27,305.00 |
| SCHURR, KARL<br>FELDHUETER STR. 2<br>ALLING, D-82239<br>GERMANY | | Claim Number: 6954<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $22,305.00 |
| SCHUSTER, JAC<br>2305 SOUTH CUSTER ROAD<br>APT 204<br>MCKINNEY, TX 75070 | | Claim Number: 7272<br>Claim Date: 06/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $25,665.42 |
| SCHWAB, CONNIE<br>225 SOUTHWIND DRIVE<br>BELLEVILLE, IL 62221 | | Claim Number: 7129<br>Claim Date: 02/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,083.59 |
| SCHWANTES, ROGER A.<br>C/ O HARWELL, HOWARD, HYNE, GABBERT &<br>MANNER, P. C., ATTN: TRACY M. LUJAN<br>333 COMMERCE STREET, SUITE 1500<br>NASHVILLE, TN 37201 | | Claim Number: 3940<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $413,508.17 |
| SCHWARTZ, JEAN-LUC<br>ALLMENDWEG 4<br>ZELL, 77736<br>GERMANY | | Claim Number: 2556<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SCHWARTZ, SUSAN FOX<br>6726 SAWMILL ROAD<br>DALLAS, TX 75252 | | Claim Number: 1591<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $30,212.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SCHWARTZ, SUSAN FOX
6726 SAWMILL ROAD
DALLAS, TX 75252

Claim Number: 2193
Claim Date: 08/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,212.00 | |

---

SCHWARTZ, SUSAN FOX
6726 SAWMILL ROAD
DALLAS, TX 75252

Claim Number: 6028
Claim Date: 10/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,212.00 | |

---

SCHWEITZER, TIM
6630 LANCASTER LANE
MAPLE GROVE, MN 55369-6259

Claim Number: 6165
Claim Date: 11/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $45,917.00 | |

---

SCHWEM, KURT
1350 BENEDICT CT.
PLEASANTON, CA 94566

Claim Number: 3078
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $55,266.78 | |

---

SCHWEM, KURT
18910 CARLTON AVE.
CASTRO VALLEY, CA 94546

Claim Number: 3079
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,788.89 |
| UNSECURED | Claimed: | $55,266.78 | Scheduled: | $53,752.79 |

---

SCHWERTNER, KRISTEN R.
119 STRAWBERRY DR.
LAKE JACKSON, TX 77566

Claim Number: 7431
Claim Date: 09/23/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $24,795.64 | |

---

SCOTT, DAVID H
2817 STEINHART CT
SANTA CLARA, CA 95051

Claim Number: 6726
Claim Date: 01/15/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $12,544.16 | UNLIQ |
| SECURED | Claimed: | $12,544.16 | UNLIQ |
| TOTAL | Claimed: | $13,000.00 | UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SCOTT, DAVID H<br>2817 STEINHART CT<br>SANTA CLARA, CA 95051 | | Claim Number: 6727<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,000.00   UNLIQ |

| SCOTT, FLOY E.<br>13297 MINK LANE<br>CARMEL, IN 46074 | | Claim Number: 7613<br>Claim Date: 02/22/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $4,711.90 |

| SCOTT, FRED<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5528<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $9,889.00 |

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | | Claim Number: 1300<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $40,573.74 |

| SCOTT, JEFFREY<br>123 MOONLIGHT DR.<br>MURPHY, TX 75094 | | Claim Number: 1301<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $40,573.74 |

| SCOTT, MARLENE L<br>2759 GALE AVE<br>LONG BEACH, CA 90810 | | Claim Number: 3805<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,451.50 |

| SCOTT, MARLENE L<br>2759 GALE AVE<br>LONG BEACH, CA 90810 | | Claim Number: 3806<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8901 (11/07/2012) |
|---|---|---|
| PRIORITY | Claimed: | $57,451.50 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SCOTT, RACHEL B<br>3321 EZELL ROAD<br>NASHVILLE, TN 37211 | Claim Number: 6133<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>157.95 MONTHLY |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| SCULLION, MICHAEL J<br>331 PROSPECT ST APT 16<br>PAWTUCKET, RI 02860-5465 | Claim Number: 6061<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $31,165.69 |
|---|---|---|

| SDL INTERNATIONAL<br>1155 RUE METCALFE<br>BUREAU 1200<br>MONTREAL, QC H3B 2V6<br>CANADA | Claim Number: 3502<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $42,668.29 |
|---|---|---|

| SDP COMPONENTS INC<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC H9P 1J1<br>CANADA | Claim Number: 2555<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $1,320.63 |
|---|---|---|

| SDP COMPONENTS INC.<br>1725 TRANS CANADA HIGHWAY<br>DORVAL, QC H9P 1J1<br>CANADA | Claim Number: 2554<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,320.63 |
|---|---|---|

| SEAMAN, HAROLD<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | Claim Number: 3967<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8005 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $43,513.02 | Scheduled: | $54,463.02 UNLIQ |

| SEAMAN, HAROLD<br>118 W CODA CIR<br>DELRAY BEACH, FL 33444-3630 | Claim Number: 3978<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,549.61 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SEAMAN, HAROLD
118 WEST CODA CIRCLE
DELRAY BEACH, FL 33444

Claim Number: 8005
Claim Date: 09/26/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
amends claim 3967

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $71,644.51 | |

---

SEAMAN, HAROLD E
118 W CODA CIR
DELRAY BEACH, FL 33444-3630

Claim Number: 6
Claim Date: 01/20/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $139,081.79 | |

---

SEARCY, BONNIE L.
6204 WYCKHURST COURT
RALEIGH, NC 27609-3517

Claim Number: 8252
Claim Date: 05/03/2012
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $54,336.49 | |

---

SEARLES, STEVE
19119 STREAM CROSSING C
LEESBURG, VA 20176

Claim Number: 4164
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $450.00 | Scheduled: | $450.00 |
| UNSECURED | Claimed: | $247,546.22 | Scheduled: | $247,546.22 |

---

SEARLES, STEVE
19119 STREAM CROSSING CT.
LEESBURG, VA 20176

Claim Number: 4165
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83,055.34 | Scheduled: | $83,055.34 UNLIQ |

---

SEARLES, STEVE
19119 STREAM CROSSING CT.
LEESBURG, VA 20176

Claim Number: 4289
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8905 (11/07/2012)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,998.23 | Scheduled: | $1,998.23 UNLIQ |

---

SEARLES, STEVEN
19119 STREAM CROSSING CT
LEESBURG, VA 20176

Claim Number: 479
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $427,511.67 | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SEARLES, STEVEN
19119 STREAM CROSSING CT
LEESBURG, VA 20176

Claim Number: 4157
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,796.97 | | |
|---|---|---|---|---|

---

SEARS, RANDOLPH R.
4204 SCOTTSDALE ST
DURHAM, NC 27712

Claim Number: 1271
Claim Date: 06/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $5,054.45 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,888.87 | Scheduled: | $97,009.65 |

---

SEDIN S.A.
PO BOX 6211
GENEVA 6, CH-1211
SWITZERLAND

Claim Number: 6570
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $829.04 | | |
|---|---|---|---|---|

---

SEDIN SA
PO BOX 6211
CH 1211
GENEVE 6, 1211
SWITZERLAND

Claim Number: 2408
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $710.69 | | |
|---|---|---|---|---|

---

SEDIN, S.A.
PO BOX 6211
GENEVA 6, CH 1211
SWITZERLAND

Claim Number: 2409
Claim Date: 09/01/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $710.69 | | |
|---|---|---|---|---|

---

SEDIN, S.A.
PO BOX 6211
GENEVA 6, CH-1211
SWITZERLAND

Claim Number: 6569
Claim Date: 01/04/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

| UNSECURED | Claimed: | $829.04 | | |
|---|---|---|---|---|

---

SEELAENDER, ROGER
201 CREEKVIEW LN
LINCOLN, AL 35096-6069

Claim Number: 7230
Claim Date: 04/23/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $88,793.34 | | |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SEID, GUY A.<br>1420 W. MCDERMOTT DRIVE<br>APT 938<br>ALLEN, TX 75013 | | Claim Number: 892<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,943.00 | | |

| SEITZ, DENNIS W<br>5200 LINNADINE WAY<br>NORCROSS, GA 30092 | | Claim Number: 5446<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $276,480.00 | Scheduled: | $0.00  UNLIQ |

| SEITZ, RONALD<br>8715 BLAKEHURST DR<br>RALEIGH, NC 27617 | | Claim Number: 1779<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,179.05 | | |

| SELBREDE, KENT<br>4716 ANGEL FIRE DR<br>RICHARDSON, TX 75082 | | Claim Number: 806<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,293.92 | | |

| SELCHOW, DON<br>17385 142ND ST.<br>HAMBURG, MN 55339 | | Claim Number: 6205<br>Claim Date: 12/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $63,084.00 | | |

| SELF, CATHERINE<br>1703 BAYHILL DR<br>OLDSMAR, FL 34677 | | Claim Number: 2545<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,156.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SELIGSON, JOHN
330 ESATTO PL
EL DORADO HLS, CA 95762-3964

Claim Number: 1060
Claim Date: 04/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $157,031.55 | | |

---

SELIGSON, JOHN
2901 CAPETANIOS DRIVE
EL DORADO HILLS, CA 95762

Claim Number: 4282
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 1060

| UNSECURED | Claimed: | $157,031.55 | Scheduled: | $157,031.55 UNLIQ |

---

SELISKER, MARK R
4620 WHITE CHAPEL WAY
RALEIGH, NC 27615

Claim Number: 3495
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $231,163.04 | Scheduled: | $0.00 UNLIQ |

---

SEMET, ROBERT J
209 ASBURY RD
EGG HARBOR TOWNSH, NJ 08234

Claim Number: 1719
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

SEMET, ROBERT J.
209 ASBURY ROAD
EGG HARBOR TWP, NJ 08234

Claim Number: 1718
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | |

---

SENA TECHNOLOGIES INC
3150 ALMADEN EXPY STE 233
SAN JOSE, CA 95118-1250

Claim Number: 2492
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $4,082.81 | | |

---

SENA TECHNOLOGIES, INC.
3150 ALMADEN EXPY
SUITE 238
SAN JOSE, CA 95118-1250

Claim Number: 2491
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $4,082.81 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SENDELBACH, MARK
1367 N. CHURCH CT.
BELLBROOK, OH 45305

Claim Number: 2342
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | |
|---|---|---|
| PRIORITY | Claimed: | $65,461.00 |
| TOTAL | Claimed: | $65,461.53 |

---

SENNA, PAUL J.
8 BABICZ RD
TEWKSBURY, MA 01876

Claim Number: 6101
Claim Date: 11/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,812.00   CONT |

---

SENNA, STEVEN A.
29 WESTRIDGE DR.
BOLTON, CT 06043

Claim Number: 789
Claim Date: 04/01/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,490.97 |

---

SEPULVEDA (CIRILO), ELLEN
1045 E GREEN STREET
PASADENA, CA 91106

Claim Number: 2116
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

SERAFINI, EDUARDO ACOSTA
60 TADMUCK RD
WESTFORD, MA 01886

Claim Number: 1523
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7432 (03/22/2012)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,276.68 |

---

SERODIO, LEONARDO
10 HIGHLAND ST
TYNGSBOROUGH, MA 01879

Claim Number: 4176
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $61,945.58 |
| UNSECURED | | |

---

SERVICES ELECTRONIC MANUFACTURING
SRL
VIA LECCO 61
VIMERCATE, 20059
ITALY

Claim Number: 6874
Claim Date: 01/22/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,302.84 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SERVICES FOR ELECTRONIC MANUFACTURING S.R.L.<br>VIA LECCO 61<br>VIMERCATE<br>MILANO, 20059<br>ITALY | Claim Number: 6873<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $42,302.84 |
|---|---|---|

---

| SEYMOUR, BRIAN<br>1000 S CATALINA AVE., APT. 104<br>REDONDO BEACH, CA 90277 | Claim Number: 2048<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $60,725.00 |
|---|---|---|

---

| SEYMOUR, BRIAN<br>1000 S CATALINA AVE., APT. 104<br>REDONDO BEACH, CA 90277 | Claim Number: 2053<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $55,384.62   UNLIQ |
|---|---|---|

---

| SEZER, ORAL<br>3724 SWAN LAKE FM RD<br>APEX, NC 27539 | Claim Number: 1729<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $100,000.00 |
|---|---|---|

---

| SEZER, ORAL<br>3724 SWAN LAKE FM RD<br>APEX, NC 27539 | Claim Number: 6558<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| SECURED | Claimed: | $115,000.00 |
|---|---|---|

---

| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | Claim Number: 1728<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | Claim Number: 6554<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $115,000.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 6556<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $115,000.00 |
| SECURED | Claimed: | $115,000.00 |
| TOTAL | Claimed: | $115,000.00 |

| SEZER, ORAL T<br>3724 SUNLAKE FARMS RD<br>APEX, NC 27539 | | Claim Number: 6557<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| SECURED | Claimed: | $115,000.00 |

| SEZER, ORAL T.<br>3424 SUNLAKE FARMS RD.<br>APEX, NC 27539 | | Claim Number: 2271<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|---|
| PRIORITY | Claimed: | $150,121.00 |
| SECURED | Claimed: | $150,121.00 |
| UNSECURED | Claimed: | $150,121.00 |
| TOTAL | Claimed: | $150,121.00 |

| SEZER, ORAL T.<br>3424 SUNLAKE FARMS RD.<br>APEX, NC 27539 | | Claim Number: 2272<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $150,121.00 |

| SEZER, ORAL T.<br>3724 SUNLAKE FARMS RD.<br>APEX, NC 27539-8392 | | Claim Number: 6553<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $115,000.00 |

| SEZER, ORAL T.<br>3724 SUNLAKE FARMS RD.<br>APEX, NC 27539-8392 | | Claim Number: 6555<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $115,000.00 |

| SGROI, PAUL<br>4663 PINECREST TER<br>EDEN, NY 14057 | | Claim Number: 3815<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $23,971.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SGROI, PAUL<br>4663 PINECREST TER<br>EDEN, NY 14057 | Claim Number: 3816<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $23,971.04 |
|---|---|---|

---

| SHABOUT, AZMEENA VIRANI<br>1431 GARDENIA ST.<br>IRVING, TX 75063 | Claim Number: 1105<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $82,897.10 |
|---|---|---|

---

| SHACT, NEAL<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5527<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $592,950.00 |
|---|---|---|

---

| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | Claim Number: 3217<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $3,166.47 |
|---|---|---|

---

| SHAH, KETAN<br>108 NATCHEZ CT<br>CARY, NC 27519-9535 | Claim Number: 3391<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $42,337.09 |

---

| SHAH, RAJIV<br>2308 HIGH COUNTRY WY<br>PLANO, TX 75025 | Claim Number: 4591<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,950.00 | Scheduled: | $7,432.33 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,527.40 | Scheduled: | $26,579.88 |

---

| SHAIKH, RAOUF<br>22756 HIGHCREST CIRCLE<br>ASHBURN, VA 20148 | Claim Number: 6718<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| PRIORITY | Claimed: | $51,398.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,615.83 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SHAIKH, RAOUF A.
22756 HIGHCREST CIR
ASHBURN, VA 20148-6952

Claim Number: 849
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $51,398.00 | |
| UNSECURED | Claimed: | $19,615.83 | |

---

SHANAHAN, MARY
4131 MILTON
HOUSTON, TX 77005

Claim Number: 4752
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,434.56 |

---

SHANAHAN, MARY
4131 MILTON
HOUSTON, TX 77005

Claim Number: 4753
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,384.56 |

---

SHANBHAG, RAJ
639 LONSDALE AVE
FREMONT, CA 96539

Claim Number: 367
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7431 (03/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,749.65 |

---

SHANBHAG, RAJ
639 LONSDALE AVE
FREMONT, CA 94539

Claim Number: 2213
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,318.33 |
| UNSECURED | Claimed: | $58,749.65 | Scheduled: | $55,132.59 |

---

SHANBHAG, RAJ
639 LONSDALE AVE
FREMONT, CA 96539

Claim Number: 2214
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $58,749.65 |

---

SHANK, EDWARD
1414 LINCOLN STREET
BRYAN, TX 77808

Claim Number: 3489
Claim Date: 09/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $38,316.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SHANKS, JAMES<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>SAINT LOUIS, MO 63105 | Claim Number: 3533<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $4,721.68 | |

---

| SHAPIRO, CHARLES R.<br>5000 LARCHMONT DRIVE<br>RALEIGH, NC 27612-2718 | Claim Number: 8353<br>Claim Date: 09/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|
| PRIORITY | Claimed: | $52,769.22 | |
| TOTAL | Claimed: | $2,755.38 | |

---

| SHAPIRO, CHARLES R.<br>5000 LARCHMONT DRIVE<br>RALEIGH, NC 27612-2718 | Claim Number: 8354<br>Claim Date: 09/04/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $52,769.22 | |

---

| SHAPIRO, CHARLES R.<br>5000 LARCHMONT DRIVE<br>RALEIGH, NC 27612-2718 | Claim Number: 8387<br>Claim Date: 10/09/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,755.38 | |

---

| SHAPPELL, MICHAEL J<br>5785 SEVEN OAKS PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 3018<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $869.99 | |

---

| SHAPPELL, MICHAEL J.<br>5785 SEVEN OAKS PKWY<br>ALPHARETTA, GA 30005 | Claim Number: 1146<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $85,176.61 | |

---

| SHARED TECHNOLOGIES INC<br>580 VIRGINIA DR STE 141<br>FT WASHINGTON, PA 19034-2723 | Claim Number: 6687<br>Claim Date: 01/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,158.37 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SHARED TECHNOLOGIES INC.<br>2425 GATEWAY DR<br>IRVING, TX 75063-2753 | | Claim Number: 2431<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $33,411.78 | | | |
| SHAREE JOPLIN<br>1253 VZ COUNTY ROAD 1412<br>VAN, TX 75790-3177 | | Claim Number: 7745<br>Claim Date: 05/31/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $51,907.83 | | | |
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4311<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $100,000.00   UNLIQ | Scheduled: | $0.00  UNLIQ | |
| SHARMA, JAG MOHAN<br>113 COUNCIL GAP COURT<br>CARY, NC 27513 | | Claim Number: 4312<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $179,633.05 | Scheduled: | $174,479.11  UNLIQ | |
| SHARP, JAMES<br>3215 STONY CREEK CT<br>LEWIS CENTER, OH 43035 | | Claim Number: 2866<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $5,438.78 | | | |
| SHARP, JAMES E.<br>3215 STONY CREEK CT<br>LEWIS CENTER, OH 43035 | | Claim Number: 2865<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $5,438.78 | | | |
| SHARP, JOHN B III<br>2733 W AGATITE AVE<br>CHICAGO, IL 60625-3801 | | Claim Number: 6369<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>3,5280.00 per year for life. | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| SHARP, MARY<br>1308 CAMERON VIEW COURT<br>RALEIGH, NC 27607 | | Claim Number: 6680<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
| PRIORITY | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| SHAVER, ALLEN DAVID<br>5939 MARTIN HILLS LN<br>HILLSBOROUGH, NC 27278 | | Claim Number: 7341<br>Claim Date: 07/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $73,796.18 |

| | | |
|---|---|---|
| SHAW, DARRELL<br>20 BUCKY STREET<br>EUHARLEE, GA 30145 | | Claim Number: 4080<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $53,416.58 |

| | | |
|---|---|---|
| SHAW, DARRELL<br>20 BUCKY STREET<br>EUHARLEE, GA 30145 | | Claim Number: 4111<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $53,416.58 |

| | | |
|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 1071<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,416.58 |

| | | |
|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4079<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $53,416.58 |

| | | |
|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4110<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4433<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $53,416.58 | | |
| SHAW, DARRELL K.<br>20 BUCKY ST.<br>EUHARLEE, GA 30145 | | Claim Number: 4434<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $53,416.58 | | |
| SHAW, JACK J<br>4020 LANCASHIRE DRIV<br>ANTIOCH, TN 37013 | | Claim Number: 3377<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $150,000.00 | | |
| SHAW, RICHELLE F.<br>1400 SCHOOL HOUSE RD<br>RICHMOND, VA 23231 | | Claim Number: 8009<br>Claim Date: 09/30/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $13,988.00 | | |
| SHEA, JOHN L. III<br>5203 TWIGHT DR<br>FRISCO, TX 75035-7007 | | Claim Number: 4<br>Claim Date: 01/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $1,545.82 | | |
| UNSECURED | Claimed: | $12,772.73 | Scheduled: | $15,186.08 |
| SHEARMAN & STERLING LLP<br>ATTN: WILLIAM J.F. ROLL, III ESQ. &<br>SOLOMON J. NOH, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 | | Claim Number: 3111<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,361.93 | Scheduled: | $9,512.22 |
| SHEEHAN PHINNEY BASS + GREEN PA<br>BRUCE A. HARWOOD<br>1000 ELM STREET<br>P.O. BOX 3701<br>MANCHESTER, NH 03105-3701 | | Claim Number: 826<br>Claim Date: 03/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SHEEHAN, FLOR B.<br>1302 NORTHPARK DRIVE<br>RICHARDSON, TX 75081 | Claim Number: 7800<br>Claim Date: 06/21/2011<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $20,480.77 | | |

| SHEFFEY, RICKIE A.<br>1923 THORNBERRY DR.<br>MELISSA, TX 75454-3021 | Claim Number: 7299<br>Claim Date: 06/17/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $59,875.64 | | |

| SHEFFIELD, BEVERLY<br>1417 FORESTGLEN DR<br>LEWISVILLE, TX 75067 | Claim Number: 1411<br>Claim Date: 06/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $49,132.73 | | |

| SHEKOKAR, PRAVEEN<br>3521 WILLETT PL.<br>SANTA CLARA, CA 95051 | Claim Number: 2353<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $43,200.00 | | |

| SHELBY COUNTY PROPERTY TAX COMMISSIONER<br>ATTN: DON ARMSTRONG<br>PO BOX 1298<br>COLUMBIANA, AL 35051 | Claim Number: 1699<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3944 (09/15/2010) | | | |

| PRIORITY | Claimed: | $444.22 | | |
| SECURED | Claimed: | $444.22 | | |
| TOTAL | Claimed: | $444.22 | | |

| SHEN-CHOU, KANLI MARY<br>3307 MORNING GLORY WAY<br>RICHARDSON, TX 75082 | Claim Number: 557<br>Claim Date: 03/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |

| UNSECURED | Claimed: | $14,456.14 | Scheduled: | $14,581.06 |

| SHEPHERD, FRANK J.<br>2426-1 SHIPS MECHANIC ROW<br>GALVESTON, TX 77550 | Claim Number: 2029<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| PRIORITY | Claimed: | $41,597.38 | | |
| UNSECURED | Claimed: | $12,643.60 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SHEPHERD, FRANK J.
2426-1 SHIPS MECHANIC ROW
GALVESTON, TX 77550

Claim Number: 5491
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $515,719.24 |
| --- | --- | --- |

---

SHEPPARD, EMILY
5204 142ND ST.
EDMONTON, AB T6H 4B4
CANADA

Claim Number: 4063
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 3219 (06/24/2010)

| UNSECURED | Claimed: | $15,515.32 |
| --- | --- | --- |

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 619
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2563 (02/26/2010)

| PRIORITY | Claimed: | $70,424.62 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3,570.93 |

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 620
Claim Date: 03/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2563 (02/26/2010)

| UNSECURED | Claimed: | $39,105.53 |
| --- | --- | --- |

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3106
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,105.53 |
| --- | --- | --- |

---

SHEPPARD, JOHN E.
4808 WOOD VALLEY DRIVE
RALEIGH, NC 27613-6334

Claim Number: 3107
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $70,424.62 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $1,889.98 | Scheduled: | $72,314.60 UNLIQ |

---

SHERALI, RAY
72 WISTERIA LANE
APEX, NC 27523

Claim Number: 1310
Claim Date: 06/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $149,748.43 |
| --- | --- | --- |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SHERALI, RAY
72 WISTERIA LANE
APEX, NC 27523

Claim Number: 3407
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,395.93 |
|---|---|---|

---

SHERMAN, JANET J
302 SILVERCLIFF TRL
CARY, NC 27513

Claim Number: 4503
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $83,565.05 |
|---|---|---|

---

SHERRELL, WENDELL F.
1543 BRACKENSHIRE COVE
COLLIERVILLE, TN 38017

Claim Number: 5379
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimed amount is at least 50,000 pounds

| UNSECURED | Claimed: | $73,030.00 |
|---|---|---|

---

SHI, ZHIMIN
10 VALLEY RD
LEXINGTON, MA 02421

Claim Number: 5591
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $41,227.58 |
|---|---|---|

---

SHIELDS, BRIAN
1800 PARK RIDGE WAY
RALEIGH, NC 27614-9040

Claim Number: 1367
Claim Date: 06/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $56,667.12 |
|---|---|---|

---

SHIELDS, BRIAN
1800 PARK RIDGE WAY
RALEIGH, NC 27614-9040

Claim Number: 1422
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED

| | Claimed: | $56,667.12 |
|---|---|---|

---

SHIELDS, CAROLYN M.
11461 PURPLE BEECH DRIVE
RESTON, VA 20191

Claim Number: 7238
Claim Date: 04/29/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
|---|---|---|---|
| UNSECURED | Claimed: | $39,170.00 | UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SHIELDS, TIMOTHY<br>4034 CHADERTON COURT<br>DULUTH, GA 30096 | | Claim Number: 4109<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| SHIH, YUHSIANG<br>3262 ORLANDO RD.<br>PASADENA, CA 91107 | | Claim Number: 1137<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $4,076.90 |
| UNSECURED | Claimed: | $36,898.00 | Scheduled: | $35,830.15 |

| | | | | |
|---|---|---|---|---|
| SHIPE, DAVID<br>104 HARDAWAY PT<br>CLAYTON, NC 27527 | | Claim Number: 8177<br>Claim Date: 01/23/2012<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $50,859.20 |

| | | | | |
|---|---|---|---|---|
| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | | Claim Number: 4127<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $19,400.00 |

| | | | | |
|---|---|---|---|---|
| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | | Claim Number: 6337<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,000.00 |

| | | | | |
|---|---|---|---|---|
| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | | Claim Number: 6338<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,000.00 |

| | | | | |
|---|---|---|---|---|
| SHIRALLIE, KAMYAR<br>5350 PEBBLETREE WAY<br>SAN JOSE, CA 95111 | | Claim Number: 6339<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SHIRALLIE, KAMYAR
5350 PEBBLETREE WAY
SAN JOSE, CA 95111

Claim Number: 6340
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $19,000.00 |
|---|---|---|

---

SHISHAKLY, MARWAN
9506 SHELLY KRASNOW LN.
FAIRFAX, VA 22031

Claim Number: 1101
Claim Date: 05/04/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $199,075.50 |
|---|---|---|

---

SHOAIB, MOHAMMED
4609 BASIL DR
MCKINNEY, TX 75070

Claim Number: 2335
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $257,227.43 |
|---|---|---|

---

SHORE, KEVIN
8222 CRABTREE DRIVE
AUSTIN, TX 78750

Claim Number: 647
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $17,354.61 |
|---|---|---|

---

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7733
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $17,788.00 |
|---|---|---|

---

SHORT, BRIAN
215 JULIET CR
CARY, NC 27513

Claim Number: 7734
Claim Date: 05/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $7,403.00 |
|---|---|---|

---

SHREWSBURY, MARK C.
166 LAURIE DR.
ORMOND BEACH, FL 32176

Claim Number: 595
Claim Date: 03/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $34,300.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SHU, STEPHEN<br>381 DALKEITH AVENUE<br>LOS ANGELES, CA 90049 | | Claim Number: 655<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,041.00 |
| SICILIANO, ROBERT<br>3 LINK CT<br>NEW CITY, NY 10956-1623 | | Claim Number: 5924<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $70,000.00 |
| SICILIANO, ROBERT A<br>3 LINK COURT<br>NEW CITY, NY 10956 | | Claim Number: 5925<br>Claim Date: 10/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $70,000.00 |
| SICOTTE, LUC P<br>1933 PEMBROKE LANE<br>MCKINNEY, TX 75070 | | Claim Number: 4074<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $132,813.01 |
| SICOTTE, LUC P.<br>1933 PEMBROKE LANE<br>MCKINNEY, TX 75070 | | Claim Number: 1076<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $129,179.50 |
| SIEGEL, GARY<br>621 TAYLOR TR.<br>MURPHY, TX 75094 | | Claim Number: 914<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6022 |
| UNSECURED | Claimed: | $35,962.84 |
| SIEGEL, GARY<br>621 TAYLOR TRAIL<br>MURPHY, TX 75094 | | Claim Number: 6022<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7925<br>Amends claim 914. |
| UNSECURED | Claimed: | $49,551.24 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | |
|---|---|---|---|
| SIEGEL, GARY<br>621 TAYLOR TR.<br>MURPHY, TX 75094 | Claim Number: 7925<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 914 and 6022 | | |
| UNSECURED        Claimed: | $49,551.24 | | |

---

| | | | |
|---|---|---|---|
| SIEMENS ENTERPRISE COMM INC<br>ATTN: JACQUELINE VALENZUELA<br>1001 YAMATO RD<br>BOCA RATON, FL 33431 | Claim Number: 6395<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE        Claimed: | $117,719.78 | | |

---

| | | | |
|---|---|---|---|
| SIEMENS ENTERPRISE COMM INC<br>5500 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487-3502 | Claim Number: 6396<br>Claim Date: 12/23/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED | | |
| UNSECURED        Claimed: | $117,719.78 | | |

---

| | | | |
|---|---|---|---|
| SIEMENS ENTERPRISE COMMUNICATIONS, INC.<br>5500 BROKEN SOUND BLVD<br>BOCA RATON, FL 33487-3502 | Claim Number: 2557<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
| ADMINISTRATIVE        Claimed: | $117,719.78 | | |

---

| | | | |
|---|---|---|---|
| SIEMENS INFORMATION AND COMMUNICATION<br>NETWORKS INC<br>900 BROKEN SOUND PKWY<br>BOCA RATON, FL 33487-3527 | Claim Number: 2558<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | |
| UNSECURED        Claimed: | $117,719.78 | | |

---

| | | | |
|---|---|---|---|
| SIEMENS, WAYNE<br>941 LAUREN LANE<br>MURPHY, TX 75094 | Claim Number: 725<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | | Scheduled: | $6,804.64 |
| UNSECURED        Claimed: | $76,537.89 | Scheduled: | $66,699.30 |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>WHITNEY BLAKE CO., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 402<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE        Claimed: | $870.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SIERRA TELEPHONE<br>PO BOX 219<br>OAKHURST, CA 93644 | | Claim Number: 6928<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| ADMINISTRATIVE | Claimed: | $100.62 | | |
| SIERRA TELEPHONE CO INC<br>49150 ROAD 426, PO BOX 219<br>OAKHURST, CA 93644-0219 | | Claim Number: 6927<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $100.62 | | |
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 2581<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $3,958.42 | Scheduled: | $3,779.32 UNLIQ |
| SIGARTO, SAMUEL<br>1509 LIATRIS LANE<br>RALEIGH, NC 27613 | | Claim Number: 2582<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,958.42 | | |
| SIGLER, RICHARD W.<br>212 TRAILVIEW DRIVE<br>CARY, NC 27513 | | Claim Number: 7162<br>Claim Date: 03/23/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $46,575.90 | | |
| SIGNIANT CORP<br>515 LEGGET DRIVE<br>OTTAWA, ON K2K 3G4<br>CANADA | | Claim Number: 2328<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $66,810.87 | Scheduled: | $25,372.32 |
| SIKRI, TILAK<br>8235 SAINT MARLO FAIRWAY DR<br>DULUTH, GA 30097 | | Claim Number: 8423<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $135,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SILLS, DENISE H.
106 STONEYBROOK RD.
CHAPEL HILL, NC 27516

Claim Number: 858
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $53,953.90 | |

---

SILLS, DENISE H.
106 STONEYBROOK RD.
CHAPEL HILL, NC 27516

Claim Number: 859
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $105,145.70 |

---

SILLS, DENISE H.
106 STONEYBROOK RD.
CHAPEL HILL, NC 27516

Claim Number: 861
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,105.99 |
| UNSECURED | Claimed: | $4,004.28 | Scheduled: | $56,409.49 |

---

SILVA, JAIME
146 BRIARWOOD ROAD
FLORHAM PARK, NJ 07932

Claim Number: 1818
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $18,665.00 |

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 1018
Claim Date: 04/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,430.00 |
| UNSECURED | Claimed: | $51,045.00 |

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 2652
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8373

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $49,139.10   UNDET | Scheduled: | $49,139.10 |

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 2653
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,430.76 | | |
| UNSECURED | Claimed: | $11,430.76 | Scheduled: | $11,430.76  UNLIQ |
| TOTAL | Claimed: | $11,430.76 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SILVERNALE, ROBERT
94 ELM STREET
GOFFSTOWN, NH 03045

Claim Number: 8373
Claim Date: 09/21/2012
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 2652

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $40,095.00 | |

---

SIMBOL TEST SYSTEMS
616 RUE AUGUSTE MONDOUX
GATINEAU, QC, J9J 3K3
CANADA

Claim Number: 350
Claim Date: 02/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $88,250.00 |

---

SIMCLAR INTERCONNECT TECHNOLOGIES
1624 W. JACKSON
OZARK, MO 65721-9156

Claim Number: 6943
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,972.00 |

---

SIMCLAR INTERCONNECT TECHNOLOGIES
1784 STANLEY AVE
DAYTON, OH 45404

Claim Number: 6944
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $54,972.00 |

---

SIMCO ELECTRONICS
1178 BORDEAUX DR
SUNNYVALE, CA 94089

Claim Number: 1183
Claim Date: 05/11/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $8,856.00 |

---

SIMCOE, MITCHELL
1085 TIMBERLINE PLACE
ALPHARETTA, GA 30005

Claim Number: 5646
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,002.18 |

---

SIMES, TINA
4300 W NORTHGATE DRIVE
#20
IRVING, TX 75063

Claim Number: 6602
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,539.20 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SIMES, TINA<br>PO BOX 131867<br>DALLAS, TX 75313-1867 | | Claim Number: 6792<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3504 (07/09/2010) | | |
| UNSECURED | Claimed: | $17,539.20 | | |
| SIMES, TINA<br>PO BOX 131867<br>DALLAS, TX 75313-1867 | | Claim Number: 6793<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 3504 (07/09/2010) | | |
| UNSECURED | Claimed: | $17,539.20 | | |
| SIMMONS, EDGAR B.<br>218 S BAY DRIVE<br>BULLARD, TX 75757-8939 | | Claim Number: 3682<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $107,217.83 | Scheduled: | $0.00 UNLIQ |
| SIMMONS, LORAINE<br>324-3 MONA DRIVE<br>DOTHAN, AL 36303 | | Claim Number: 7914<br>Claim Date: 08/23/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $0.00 UNDET | | |
| SIMPLESOFT, INC.<br>257 CASTRO STREET, SUITE 220<br>MOUNTAIN VIEW, CA 94041 | | Claim Number: 729<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $36,573.13 | Scheduled: | $32,373.13 |
| SIMPSON, JA'NELLE<br>163 SOMERSET DR<br>REIDSVILLE, NC 27320-8050 | | Claim Number: 2626<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $6,611.54 | Scheduled: | $2,726.91 |
| UNSECURED | Claimed: | $2,803.83 | Scheduled: | $8,032.02 |
| SIMS, MARK C<br>2161 APPLETON CIR<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 2030<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $34,402.30 UNLIQ | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SINGER, DONNA<br>218 FAIRFIELD DRIVE EAST<br>HOLBROOK, NY 11741 | | Claim Number: 6078<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| PRIORITY | Claimed: | $616.00 | | |
| SINGH, HIMANI<br>1079 NOVEMBER DR.<br>CUPERTINO, CA 95014 | | Claim Number: 993<br>Claim Date: 04/21/2009<br>Debtor: NORTEL ALTSYSTEMS INC. | | |
| UNSECURED | Claimed: | $14,160.19 | | |
| SINGH, INDERPAL<br>5406 WELLINGTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 1095<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $23,826.94 | | |
| SINGH, INDERPAL<br>5406 WELLINGTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 5795<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $23,826.94 | | |
| SINNETT, WILLIAM G<br>139 KENTEAGA ROAD<br>TODD, NC 28684 | | Claim Number: 4416<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $256,413.82 | | |
| SINNETT, WILLIAM G<br>139 KENTEAGA RD.<br>TODD, NC 28684 | | Claim Number: 4417<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $4,707.34 | Scheduled: | $4,707.34 |
| UNSECURED | Claimed: | $63,831.10 | Scheduled: | $63,831.10 |
| SINYOR, ELLIS<br>3571 N 55 AVENUE<br>HOLLYWOOD, FL 33021 | | Claim Number: 3838<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $244,033.95 | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SIVAJI, SELVA
PMB 206
4474 WESTON RD
DAVIE, FL 33331-3195

Claim Number: 4498
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,725.58 |
|---|---|---|

SIVAJI, SELVA
PMB 206
4474 WESTON RD.
DAVIE, FL 33331

Claim Number: 8093
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $99,624.82 |
|---|---|---|

SIVANESAN, KATHIRAVETPILLAI
3516 NEW CASTLE CT
RICHARDSON, TX 75082

Claim Number: 642
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $11,134.06 |
|---|---|---|

SJERPS, J
122 CHUZZLEWIT DOWN
BRENTWOOD, TN 37027

Claim Number: 3204
Claim Date: 09/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $190,000.00 |
|---|---|---|

SKIDMORE, THOMAS P.
16743 W 159TH TERRACE
OLATHE, KS 66062

Claim Number: 633
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $47,991.93 |
|---|---|---|
| UNSECURED | Claimed: | $18,344.77 |

SKILLSOFT CORPORATION
ATTN: GREG PORTO
107 NORTHEASTERN BLVD.
NASHUA, NH 03062

Claim Number: 4522
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| ADMINISTRATIVE | Claimed: | $21,438.90 |
|---|---|---|

SKINNER, FRANCIS E.
5312 EARLE RD
RALEIGH, NC 27606

Claim Number: 6970
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $75,015.96 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SKINNER, GREGORY
79 SW 12TH ST., UNIT 3512
MIAMI, FL 33130

Claim Number: 4749
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $135,011.53 |

---

SKINNER, GREGORY A
79 SW 12TH ST., UNIT 3512
MIAMI, FL 33130

Claim Number: 6065
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7807 (06/07/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,547.25 |

---

SKINNER, GREGORY A
79 SW 12TH ST., UNIT 3512
MIAMI, FL 33130

Claim Number: 6066
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7807 (06/07/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $167,648.75 |

---

SKINNER, GREGORY A
79 SW 12TH ST., UNIT 3512
MIAMI, FL 33130

Claim Number: 6067
Claim Date: 10/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7807 (06/07/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $171,155.57 |

---

SKINNER, GREGORY A.
4018 PALM PLACE
WESTON, FL 33331

Claim Number: 4750
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $145,961.53 |

---

SKINNER, JOHN R.
4156 LAKE WILSON RD
WILSON, NC 27896

Claim Number: 7088
Claim Date: 02/08/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $237,124.80 | Scheduled: | $0.00  UNLIQ |

---

SKIPPER, THEODORE
1133 SECRETARIAT DR
GRAND PRAIRIE, TX 75052

Claim Number: 4488
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $22,331.20 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| SKIPPER, THEODORE<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 4490<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $22,331.20 | | | |
| SKIPPER, THEODORE J<br>1133 SECRETARIAT DR<br>GRAND PRAIRIE, TX 75052 | | Claim Number: 4489<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| UNSECURED | Claimed: | $22,331.20 | | | |
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL 60659 | | Claim Number: 6536<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claimant asserts $157.00 per month life annuity | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | |
| SKOUFOS, MARIA<br>6156 N SPRINGFIELD<br>CHICAGO, IL 60659 | | Claim Number: 6537<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claimant asserts $157.00 per month life annuity | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| SLAGLE, MAXINE R<br>617 SANDPIPER LN SE<br>NEW PHILADELP, OH 44663 | | Claim Number: 6373<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| SLATER & MATSIL LLP<br>17950 PRESTON RD SUITE 1000<br>DALLAS, TX 75252 | | Claim Number: 2630<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,319.04 | Scheduled: | $0.00 UNLIQ |
| SLATTERY, STEVE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | | Claim Number: 1435<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| PRIORITY | Claimed: | $905,839.41 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SLATTERY, STEVE<br>507 LAREDO CIRCLE<br>ALLEN, TX 75013 | | Claim Number: 3687<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1435. |

| PRIORITY | Claimed: | $638,045.33 |
|---|---|---|

| | | |
|---|---|---|
| SLAUGHTER, SHARON<br>12325 INGLEHURST DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 7803<br>Claim Date: 06/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $56,586.40 |
|---|---|---|

| | | |
|---|---|---|
| SLEDGE, KAREN<br>3220 FORESTBROOK<br>RICHARDSON, TX 75082 | | Claim Number: 4837<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

PRIORITY    Claimed:

| UNSECURED | Claimed: | $4,585.44 | Scheduled: | $3,920.88  UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| SLEDGE, KAREN<br>3220 FORESTBROOK<br>RICHARDSON, TX 75082 | | Claim Number: 4838<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $15,610.08 |
|---|---|---|

| | | |
|---|---|---|
| SLIM, DAVID H<br>5168 HOLLY SPRINGS DRIVE<br>DOUGLASVILLE, GA 30135 | | Claim Number: 6588<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |

| PRIORITY | Claimed: | $23,278.80 |
|---|---|---|

| | | |
|---|---|---|
| SLY, MICHAEL<br>2518 HEATHER HILL CT<br>PLANO, TX 75075 | | Claim Number: 3380<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $62,697.60 |
|---|---|---|

| | | |
|---|---|---|
| SLY, MICHAEL<br>2518 HEATHER HILL CT<br>PLANO, TX 75075 | | Claim Number: 3405<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $62,697.60 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMALLWOOD, ANTONIO
10130 STROME AVE APT 105
RALEIGH, NC 27617-4361

Claim Number: 1690
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,615.38 | | |

SMART, BRADLY R.
3309 LORRAINE ST.
ANN ARBOR, MI 48108-1969

Claim Number: 7967
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,311.55 | | |

SMEENK, HARRY G.
808 LAKEWOOD DRIVE
MCKINNEY, TX 75070

Claim Number: 4565
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,197.55 | Scheduled: | $0.00 UNLIQ |

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3966
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,945.00 | | |

SMILEY, KATHLEEN
159 GIFFIN ROAD
LOS ALTOS, CA 94022

Claim Number: 3968
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $3,337.64 |
| UNSECURED | Claimed: | $19,403.00 | Scheduled: | $29,920.14 |

SMITH III, ADRIAN
PO BOX 325
NEW HILL, NC 27562

Claim Number: 6102
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,115.26 | | |

SMITH III, ADRIAN
P.O. BOX 325
NEW HILL, NC 27562

Claim Number: 6103
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,115.26 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMITH III, ADRIAN D.
PO BOX 325
NEW HILL, NC 27562

Claim Number: 6104
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

---

SMITH III, ADRIAN D.
PO BOX 325
NEW HILL, NC 27562

Claim Number: 6105
Claim Date: 11/09/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $59,115.26 |
|---|---|---|

---

SMITH JR., SHERWOOD H.
PO BOX 155
RALEIGH, NC 27602

Claim Number: 3762
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 6288 (09/01/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, ALDEN W.
4 MOUNTAIN AVENUE
AYER, MA 01432

Claim Number: 3844
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $53,820.52 |
|---|---|---|

---

SMITH, BRANDON
2627 WEST CATALPA STREET
OLATHE, KS 66061

Claim Number: 4646
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $7,576.14 |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2009
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 2010
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6347
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6349
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6350
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6351
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, CONNIE
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6352
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, CONNIE L
3544 INTERLAKEN DR
PLANO, TX 75075

Claim Number: 6348
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $18,144.24 |
|---|---|---|

---

SMITH, DANA MATTHEW
2767 CHRISTOPHER COURT
HAYWARD, CA 94541

Claim Number: 5639
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $31,878.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SMITH, DARRYL<br>7414 SAND PINE DR<br>ROWLETT, TX 75089 | | Claim Number: 2682<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $23,530.56 |
| SMITH, DAWN<br>107 CRAFTON PARK LANE<br>CARY, NC 27519 | | Claim Number: 8401<br>Claim Date: 11/13/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $41,835.71 |
| SMITH, DEBRA A<br>124 WEST 112TH ST<br>APT#4A<br>NEW YORK, NY 10026 | | Claim Number: 2146<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| SMITH, DEBRA A<br>124 WEST 112TH ST<br>APT #4A<br>NEW YORK, NY 10026 | | Claim Number: 2147<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8903 (11/07/2012) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SMITH, DOUGLAS<br>4703 KINSMON PL<br>MARIETTA, GA 30062 | | Claim Number: 1993<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $33,882.96 |
| SMITH, JAMES E.<br>2285 BRIARWOOD TRAIL<br>CUMMING, GA 30041 | | Claim Number: 7664<br>Claim Date: 03/28/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8374 |
| UNSECURED | Claimed: | $107,153.60 |
| SMITH, JAMES E.<br>1881 REGENCY WALK<br>BOGART, GA 30622 | | Claim Number: 8374<br>Claim Date: 09/24/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7664 |
| UNSECURED | Claimed: | $109,122.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMITH, JAMES R.
P.O. BOX 487
MURPHYS, CA 95247-0487

Claim Number: 307
Claim Date: 02/17/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | | $13,938.00 |
| | Scheduled: | $10,460.44 |

---

SMITH, KATHLEEN E.
14 JARDINE RD
GARDINER, MT 59030-9400

Claim Number: 7428
Claim Date: 09/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7463
Amended by claim 7463

UNSECURED          Claimed:          $26,450.00

---

SMITH, KATHLEEN E.
14 JARDINE RD
GARDINER, MT 59030-9400

Claim Number: 7463
Claim Date: 10/12/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7428

UNSECURED          Claimed:          $11,500.00

---

SMITH, LISA
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5887
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | $10,816.88 |
| UNSECURED | | |

---

SMITH, LISA
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5890
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

PRIORITY          Claimed:          $10,816.88

---

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5888
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE          Claimed:          $10,816.88

---

SMITH, LISA L.
1 GLORIA TERRACE
DERRY, NH 03038

Claim Number: 5889
Claim Date: 10/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

ADMINISTRATIVE          Claimed:          $10,816.88

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMITH, MELINDA A.
2390 KITTYHAWK DR
FRISCO, TX 75034

Claim Number: 4770
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $200,000.00   UNLIQ |
|---|---|---|

---

SMITH, MELINDA A.
2390 KITTYHAWK DR.
FRISCO, TX 75034

Claim Number: 4771
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, PATRICIA MUMLEY
42792 SYKES TERRACE
SOUTH RIDING, VA 20152

Claim Number: 7176
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,323.27 |
|---|---|---|

---

SMITH, ROBERT
3408 STALLION COURT
RALEIGH, NC 27613

Claim Number: 3852
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $89,939.20 |
|---|---|---|

---

SMITH, ROBERT PAUL
3408 STALLION CT
RALEIGH, NC 27613

Claim Number: 1475
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $89,939.20 |
|---|---|---|

---

SMITH, ROBERT PAUL
3408 STALLION CT
RALEIGH, NC 27613

Claim Number: 4062
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $78,989.20 |

---

SMITH, ROBIN L.
3226 PARKHURST LN.
RICHARDSON, TX 75082

Claim Number: 885
Claim Date: 04/09/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | | | Scheduled: | $5,659.50 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $89,563.66 | Scheduled: | $81,914.03 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SMITH, SHELLIE B.
PO BOX 1967
COPPELL, TX 75019

Claim Number: 8238
Claim Date: 04/05/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $81,997.05 |
|---|---|---|

SMITH, TRACY ELIZABETH
201 INDEPENDENCE ST.
SPRINGFIELD, TN 37172

Claim Number: 7671
Claim Date: 03/29/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $41,439.29 |

SMITS, WILLIAM J
PO BOX 1274
DEPOEBAY, OR 97341

Claim Number: 4701
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $210,848.90   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

SMOOK, GREGORY J
11517 AUTUMNWOOD WAY
GLEN ALLEN, VA 23059

Claim Number: 8111
Claim Date: 12/06/2011
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

SMOOK, GREGORY J
11517 AUTUMNWOOD WAY
GLEN ALLEN, VA 23059

Claim Number: 8112
Claim Date: 12/06/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

SMOOK, GREGORY J.
11517 AUTUMNWOOD WAY
GLEN ALLEN, VA 23059

Claim Number: 8220
Claim Date: 03/19/2012
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| UNSECURED | Claimed: | $44,706.62 |
|---|---|---|

SNIDER, KRISTI
213 LIBERTY DR
WYLIE, TX 75098

Claim Number: 309
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| PRIORITY | Claimed: | $6,153.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6,878.70 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SNIPES, DONNA
103 HOUSTON CIRCLE
CARY, NC 27513

Claim Number: 7953
Claim Date: 09/12/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $59,217.00 |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
C/O CIARDI CIARDI & ASTIN
ATTN: CARL D. NETT
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 7471
Claim Date: 10/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7740
Amends claim 4625

| UNSECURED | Claimed: | $1,517,038.00   UNLIQ |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8422
Claim Date: 12/26/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7923

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8425
Claim Date: 12/26/2012
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments:
amends claim 4624

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8426
Claim Date: 12/26/2012
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments:
amends claim 4626

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8427
Claim Date: 12/26/2012
Debtor: NORTEL ALTSYSTEMS INC.
Comments:
amends claim 4627

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
| --- | --- | --- |

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8428
Claim Date: 12/26/2012
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments:
amends claim 4628

| UNSECURED | Claimed: | $8,414,695.00   UNLIQ |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8429<br>Claim Date: 12/26/2012<br>Debtor: XROS, INC.<br>Comments:<br>amends claim 4629 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8430<br>Claim Date: 12/26/2012<br>Debtor: SONOMA SYSTEMS<br>Comments:<br>amends claim 4630 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8431<br>Claim Date: 12/26/2012<br>Debtor: QTERA CORPORATION<br>Comments:<br>amends claim 4631 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8432<br>Claim Date: 12/26/2012<br>Debtor: CORETEK, INC.<br>Comments:<br>amends claim 4632 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8433<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT<br>Comments:<br>amends claim 4633 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8434<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments:<br>amends claim 4634 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |
| SNMP RESEARCH INTERNATIONAL INC<br>3001 KIMBERLIN HEIGHTS ROAD<br>KNOXVILLE, TN 37920 | Claim Number: 8435<br>Claim Date: 12/26/2012<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments:<br>amends claim 4635 | |
| UNSECURED          Claimed: | $8,414,695.00   UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8436
Claim Date: 12/26/2012
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments:
amends claim 4636

| UNSECURED | Claimed: | $8,414,695.00  UNLIQ |
|-----------|----------|----------------------|

---

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8437
Claim Date: 12/26/2012
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments:
amends claim 4637

| UNSECURED | Claimed: | $8,414,695.00  UNLIQ |
|-----------|----------|----------------------|

---

SNMP RESEARCH INTERNATIONAL INC
3001 KIMBERLIN HEIGHTS ROAD
KNOXVILLE, TN 37920

Claim Number: 8438
Claim Date: 12/26/2012
Debtor: NORTHERN TELECOM INTERNATIONAL INC.
Comments:
amends claim 4638

| UNSECURED | Claimed: | $8,414,695.00  UNLIQ |
|-----------|----------|----------------------|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4624
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00  UNLIQ |
|-----------|----------|-------------------|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4625
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7471
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00  UNLIQ |
|-----------|----------|-------------------|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4626
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00  UNLIQ |
|-----------|----------|-------------------|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4627
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00  UNLIQ |
|-----------|----------|-------------------|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4628
Claim Date: 09/29/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4629
Claim Date: 09/29/2009
Debtor: XROS, INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4630
Claim Date: 09/29/2009
Debtor: SONOMA SYSTEMS
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4631
Claim Date: 09/29/2009
Debtor: QTERA CORPORATION
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4632
Claim Date: 09/29/2009
Debtor: CORETEK, INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4633
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

---

SNMP RESEARCH INTERNATIONAL, INC
C/O CIARDI CIARDI & ASTIN
ATTN: MARY AUGUSTINE
919 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

Claim Number: 4634
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: POSSIBLY AMENDED BY 4625
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4635<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4636<br>Claim Date: 09/29/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4637<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

| SNMP RESEARCH INTERNATIONAL, INC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN: MARY AUGUSTINE<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 4638<br>Claim Date: 09/29/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: POSSIBLY AMENDED BY 4625<br>DOCKET: 3799 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $22,281.00   UNLIQ |
|---|---|---|

| SNMP RESEARCH INTERNATIONAL, INC.<br>CIARDI CIARDI & ASTIN<br>ATTN: JOSEPH MCMAHON, ESQ.<br>919 N. MARKET STREET, STE. 700<br>WILMINGTON, DE 19801 | Claim Number: 7740<br>Claim Date: 05/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7923<br>amends claim 7471 |
|---|---|

| UNSECURED | Claimed: | $5,370,594.00 |
|---|---|---|

| SNMP RESEARCH INTERNATIONAL, INC.<br>ATTN: JOHN L. WOOD, ESQ.<br>EGERTON MCAFEE ARMISTEAD & DAVIS PC<br>900 S. GAY STREET, STE 1400<br>KNOXVILLE, TN 37902 | Claim Number: 7923<br>Claim Date: 09/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8422<br>amends claim 7740 |
|---|---|

| UNSECURED | Claimed: | $7,549,323.00   UNLIQ |
|---|---|---|

| SNYDER, ANTHONY<br>817 OLD NC HIGHWAY 86<br>CHAPEL HILL, NC 27516 | Claim Number: 4378<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SNYDER, TIMOTHY<br>ROBERT FERNICOLO, ESQ.<br>414 CORLIES AVE.<br>ALLENHURST, NJ 07711 | Claim Number: 6733<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 7270 (02/24/2012) |

| UNSECURED | Claimed: | $3,000,000.00 |

---

| SNYDER, TONY P<br>8317 OLD NC HWY 86<br>CHAPEL HILL, NC 27516 | Claim Number: 4331<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SOBECK, JEFFREY S.<br>7826 S LAKEVIEW ROAD<br>TRAVERSE CITY, MI 49684 | Claim Number: 436<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SOBERAY, DETLEF<br>4241 INWOOD RD<br>MINNETONKA, MN 55345-2525 | Claim Number: 1147<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $105,198.03 |

---

| SOBERAY, DETLEF<br>4241 INWOOD RD<br>MINNETONKA, MN 55345-2525 | Claim Number: 6904<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| UNSECURED | Claimed: | $105,198.03 |

---

| SODEXHO CANADA<br>3350 SOUTH SERVICE RD<br>BURLINTON, ON L7N 3M6<br>CANADA | Claim Number: 6812<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) |

| ADMINISTRATIVE | Claimed: | $8,145.21 |

---

| SODEXHO INC. & AFFILIATES<br>4880 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claim Number: 5558<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5624 (06/07/2011) |

| UNSECURED | Claimed: | $21,208.79 | Scheduled: | $7,973.91 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SODEXHO MARRIOTT SERVICES<br>195 WEST MALL<br>TORONTO, ON M9C 5K1<br>CANADA | Claim Number: 5743<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | |
| UNSECURED          Claimed: | $8,538.78 | |
| SODEXHO MARRIOTT SERVICES<br>SODEXHO<br>3500 CARLING AVE<br>OTTAWA, ON K2H 8E9<br>CANADA | Claim Number: 6811<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | |
| UNSECURED          Claimed: | $8,145.21 | |
| SODEXO CANADA LTD.<br>3350 SOUTH SERVICES ROAD<br>BURLINGTON, ON L7N 3H6<br>CANADA | Claim Number: 5744<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) | |
| ADMINISTRATIVE          Claimed: | $8,538.78 | |
| SOFTWARE IMPRESSIONS LLC<br>21C ARTS CENTER COURT, PO BOX 519<br>AVON, CT 06001-3752 | Claim Number: 6074<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED          Claimed: | $49,795.00 | |
| SOFTWARE IMPRESSIONS LLC<br>51 SAWYER ROAD<br>SUITE 510<br>WALTHAM, MA 02453 | Claim Number: 6075<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE          Claimed: | $49,795.00 | |
| SOLUTION SOURCES PROGRAMMING, INC.<br>1600 N 4TH ST<br>SAN JOSE, CA 95112 | Claim Number: 1279<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED          Claimed: | $26,000.00 | |
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: ARCHIVES USA<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 1357<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) | |
| UNSECURED          Claimed: | $39,097.01 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: PDX, INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2598<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED    Claimed:    $10,000.00 | | | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: WIMAX COM BROADBAND SOLUTION<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 2779<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED    Claimed:    $6,000.00 | | Scheduled:    $6,000.00 | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: WAINHOUSE RESEARCH LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 3358<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED    Claimed:    $15,000.00 | | Scheduled:    $15,000.00 | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: SEAPORT V LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 4910<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6635 (10/17/2011) | | |
| UNSECURED    Claimed:    $599,600.00 | | | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: FUTURE TELECOM INC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 6149<br>Claim Date: 11/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED    Claimed:    $10,864.57 | | | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: MARTINGALE ROAD LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 6983<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED    Claimed:    $537,823.01 | | | |

| | | | |
|---|---|---|---|
| SONAR CREDIT PARTNERS II, LLC<br>TRANSFEROR: XETA TECHNOLOGIES, INC.<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 7222<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7559 (04/18/2012) | | |
| UNSECURED    Claimed:    $716,939.74 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: CERTIFICATION CONSULTING<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 142<br>Claim Date: 02/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,167.50 | Scheduled: | $1,975.00 |

| SONAR CREDIT PARTNERS, LLC<br>TRANSFEROR: ONPROCESS TECHNOLOGY, INC.<br>ATTN: MICHAEL GOLDBERG<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | Claim Number: 254<br>Claim Date: 02/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $188,004.58 | Scheduled: | $79,124.00 |

| SOOGOOR, UMAKANTH<br>1119 WATERFORD WAY<br>ALLEN, TX 75013 | Claim Number: 3512<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $26,000.00 |

| SOOGOOR, UMAKANTH<br>1201 BRIDGEWAY LN<br>ALLEN, TX 75013-5601 | Claim Number: 3513<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $26,000.00 |

| SOOTS, RUSSELL<br>5220 KNIGHTSBRIDGE WAY<br>RALEIGH, NC 27604 | Claim Number: 7716<br>Claim Date: 04/25/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED | Claimed: | $32,134.60 |

| SORENSEN, CRAIG<br>3203 WATERPARK DR.<br>WYLIE, TX 75098 | Claim Number: 7622<br>Claim Date: 02/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $39,767.24 | UNLIQ CONT |

| SOROKA, STEPHEN<br>9 MARGARET LANE<br>BILLERICA, MA 01821 | Claim Number: 6325<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|
| UNSECURED | Claimed: | $59,012.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SOURCE PHOTONICS (MACAO COMMERCIAL OFFSHORE) LIMITED F/K/A FIBERXON LIMITED 6TH FLOOR, EYANG BUILDING, NO. 3 QIMIN RD, LANGSHAN 2ND STREET, NANSHAN SHENZHEN, 518057 CHINA | | Claim Number: 8380 Claim Date: 10/01/2012 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $552.00 | | | |
| SOURCEDIRECT 4555 EXCEL PARKWAY ADDISON, TX 75001 | | Claim Number: 3934 Claim Date: 09/28/2009 Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $4,634.96 | Scheduled: | $0.00 UNLIQ | |
| SOWARDS, ALAN 103 LINDENTHAL CT CARY, NC 27513 | | Claim Number: 235 Claim Date: 02/09/2009 Debtor: NORTEL NETWORKS INC. Comments: POSSIBLY AMENDED BY 72 | | | |
| PRIORITY | Claimed: | $136,000.00 | | | |
| SOWARDS, ALAN 103 LINDENTHAL CT CARY, NC 27513 | | Claim Number: 7253 Claim Date: 05/10/2010 Debtor: NORTEL NETWORKS INC. Comments: Amends claim no. 235 | | | |
| PRIORITY | Claimed: | $203,844.06 | | | |
| SOWLES, JOHN 520 SUMMIT ROAD WATSONVILLE, CA 95076 | | Claim Number: 6838 Claim Date: 01/22/2010 Debtor: NORTEL NETWORKS (CALA) INC. Comments: EXPUNGED DOCKET 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $46,666.14 | | | |
| SOWLES, JOHN W 520 SUMMIT ROAD WATSONVILLE, CA 95076 | | Claim Number: 5608 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $6,496.76 | | | |
| UNSECURED | Claimed: | $40,169.38 | | | |
| SOWLES, JOHN W 520 SUMMIT ROAD WATSONVILLE, CA 95076 | | Claim Number: 5609 Claim Date: 09/30/2009 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 6839<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY | Claimed: | $46,666.14 | | |
| SOWLES, JOHN W<br>520 SUMMIT ROAD<br>WATSONVILLE, CA 95076 | | Claim Number: 6840<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| PRIORITY<br>UNSECURED | Claimed: | $46,666.14 | Scheduled: | $46,666.14 |
| SPARKLE POWER INC<br>1000 ROCK AVE<br>SAN JOSE, CA 95131-1610 | | Claim Number: 1883<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $5,880.00 | Scheduled: | $5,880.00 |
| SPARKLE POWER INC.<br>1000 ROCK AVE.<br>SAN JOSE, CA 95131-1610 | | Claim Number: 1882<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,880.00 | | |
| SPCP GROUP, LLC<br>TRANSFEROR: NUANCE COMMUNICATIONS, INC<br>ATTN: BRIAN A. JARMAIN<br>2 GREENWICH PLAZA, 1ST FLOOR<br>GREENWICH, CT 06830 | | Claim Number: 3266<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $961,637.94 | | |
| SPCP GROUP, LLC<br>TRANSFEROR: WESBELL ASSET RECOVERY CENTE<br>ATTN: BRIAN A. JARMAIN<br>2 GREENWICH PLAZA, 1ST FLOOR<br>GREENWICH, CT 06830 | | Claim Number: 5535<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $441,841.30 | | |
| SPEAR 1 PRODUCTION INC<br>14881 QUORUM DRIVE<br>DALLAS, TX 75254 | | Claim Number: 2980<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $68,565.18 | Scheduled: | $38,362.75 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SPEARS, EVA M.<br>326 TERESA DR.<br>ROLESVILLE, NC 27571 | | Claim Number: 984<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $23,782.90 |
| SPECK, BRUCE A<br>121 AUGUSTA CT<br>JUPITER, FL 33458 | | Claim Number: 7366<br>Claim Date: 07/30/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7441 |
| UNSECURED | Claimed: | $476,000.00 |
| SPECK, BRUCE A.<br>121 AUGUSTA CT.<br>JUPITER, FL 33458 | | Claim Number: 7917<br>Claim Date: 08/25/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $60,000.00 |
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA 30189 | | Claim Number: 6768<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $26,938.46 |
| SPERRY, ROBERT<br>566 CHESTNUT HILL CT<br>WOODSTOCK, GA 30189 | | Claim Number: 6769<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| ADMINISTRATIVE | Claimed: | $26,938.46 |
| SPILLANE, DONALD<br>106 PURPLE SAGE CT.<br>CARY, NC 27513 | | Claim Number: 6965<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $69,038.25 |
| SPIRENT COMMUNICATIONS INC.<br>26750 AGOURA ROAD<br>CALABASAS, CA 91302 | | Claim Number: 1061<br>Claim Date: 04/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) |
| UNSECURED | Claimed: | $12,718.76 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SPIRIDE, ANDREEA<br>3604 NEIMAN RD.<br>PLANO, TX 75025 | | Claim Number: 3689<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,650.00 | | | |
| SPIRIDE, GHEORGHE<br>3604 NEIMAN RD.<br>PLANO, TX 75025 | | Claim Number: 6316<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,649.00 | | | |
| SPRADLEY, SUSAN<br>2 DORSET PLACE<br>DALLAS, TX 75229 | | Claim Number: 4527<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $67,011.67 | Scheduled: | $67,011.67 UNLIQ | |
| SPRINGWELL CAPITAL PARTNERS LLC<br>SIX LANDMARK SQUARE<br>4TH FLOOR<br>STAMFORD, CT 06901-2701 | | Claim Number: 5899<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4703 (01/11/2011) | | | |
| UNSECURED | Claimed: | $2,292.14 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 634<br>Claim Date: 03/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $394,266.38 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 714<br>Claim Date: 03/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $403,783.96 | | | |
| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 898<br>Claim Date: 04/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED | | | |
| UNSECURED | Claimed: | $404,224.97 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SPRINT NEXTEL<br>SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 1087<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $406,692.95 | | |
|---|---|---|---|---|

| SPRINT NEXTEL CORPORATION<br>ATTN: JULIETTE MORROW CAMPBELL<br>10002 PARK MEADOWS DRIVE<br>LONE TREE, CO 80124 | Claim Number: 2262<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| SPRINT NEXTEL CORPORATION<br>ATTN: JULIETTE MORROW CAMPBELL<br>10002 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | Claim Number: 7010<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5067 (03/04/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,139.91  UNLIQ |
|---|---|---|

| SRIDARAN, JAYANTHI<br>6924 THREE BRIDGES CIRCLE<br>RALEIGH, NC 27613 | Claim Number: 7486<br>Claim Date: 11/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT |
| UNSECURED | Claimed: | $44,050.00  UNLIQ CONT |

| SRIMANI, GATLA<br>48988 MANNA GRASS TERRACE<br>FREMONT, CA 94539 | Claim Number: 3642<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $17,007.70 |
|---|---|---|

| SRINIVASAN, SEKAR<br>1809 EAGLE GLEN DR<br>ROSEVILLE, CA 95661-4025 | Claim Number: 546<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 3582 |
|---|---|

| UNSECURED | Claimed: | $33,738.46 |
|---|---|---|

| SRINIVASAN, SEKAR<br>1809 EAGLE GLEN DR<br>ROSEVILLE, CA 95661-4025 | Claim Number: 3582<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 546. |
|---|---|

| PRIORITY | Claimed: | $5,328.48 | Scheduled: | $4,656.40 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,584.62 | Scheduled: | $31,129.67 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SS8, NETWORKS INC.<br>ATTN: DAVID GUTIERREZ<br>750 TASMAN DR<br>MILPITAS, CA 95035 | | Claim Number: 5882<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $104,316.26 | | | |
| ST LOUIS COUNTY<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 393<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | | |
| PRIORITY | Claimed: | $409.43 | | | |
| ST. PAUL PROPERTIES, INC.<br>C/O JOSEPH M. VANLEUVEN<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW 5TH AVENUE, SUITE 2300<br>PORTLAND, OR 97232 | | Claim Number: 1788<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $89,252.00 | | | |
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL 60074 | | Claim Number: 5484<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $3,979.81 UNLIQ | |
| STACY, MARK<br>895 E SHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5485<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $5,269.00 | Scheduled: | $0.00 UNLIQ | |
| STACY, MARK<br>895 E. SHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5486<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $5,269.00 | | | |
| STACY, MARK<br>895 E. SHIRRA DR.<br>PALATINE, IL 60074 | | Claim Number: 5487<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $14,437.87 | Scheduled: | $10,858.41 UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5488<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $14,437.87 | | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5489<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $14,437.87 | | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5567<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,311.03 | | |
| STACY, MARK<br>895 E SCHIRRA DR<br>PALATINE, IL 60074 | | Claim Number: 5568<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
| PRIORITY | Claimed: | $13,311.03 | | |
| SECURED | Claimed: | $13,311.03 | | |
| TOTAL | Claimed: | $13,311.03 | | |
| STANELLE, RALPH J.<br>244 HOLLYBERRY CT<br>ROSWELL, GA 30076-1213 | | Claim Number: 948<br>Claim Date: 04/15/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $115,689.79   UNLIQ CONT | | |
| STANFIELD, GORDON<br>13004 SUSAN LANE<br>SODDY DAISY, TN 37379 | | Claim Number: 847<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $44,134.62 | | |
| STANLEY SUPPLY & SERVICES<br>335 WILLOW STREET<br>NORTH ANDOVER, MA 01845 | | Claim Number: 2012<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $1,103.65 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| STANULIS, ROBERT<br>2312 WARRINGTON AVE.<br>FLOWER MOUND, TX 75028 | Claim Number: 8021<br>Claim Date: 10/11/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $100,442.88 |
|---|---|---|

---

| STAPLES INC & SUBSIDIARIES<br>STAPLES CONTRACT AND COMMERCIAL<br>ATTN: LATONYA BLACKWELL<br>300 ARBOR LAKE DRIVE<br>COLUMBIA, SC 29223 | Claim Number: 451<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $55,206.90 |
|---|---|---|

---

| STARKS, LAWRENCE L<br>5149 WEST WASHINGTON STREET<br>CHICAGO, IL 60644 | Claim Number: 7362<br>Claim Date: 07/29/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| STARLING, LARRY E<br>1030 ALICE SPRINGS CIR<br>SPRING HILL, TN 37174-8548 | Claim Number: 2996<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $68,079.00 |
|---|---|---|

---

| STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | Claim Number: 1641<br>Claim Date: 08/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4399 (11/23/2010) |
|---|---|

| PRIORITY | Claimed: | $2,020,878.41 |
|---|---|---|
| UNSECURED | Claimed: | $312,865.35 |

---

| STATE BOARD OF EQUALIZATION<br>ENVIRONMENTAL FEE DIVISION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO, CA 94279 | Claim Number: 7448<br>Claim Date: 10/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1641 |
|---|---|

| PRIORITY | Claimed: | $1,673,720.96 |
|---|---|---|
| UNSECURED | Claimed: | $180,763.48 |

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Claim Number: 1511<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
|---|---|

| PRIORITY | Claimed: | $239.34 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| STATE OF FLORIDA - DEPARTMENT OF REVENUE | Claim Number: 7132 |
| BANKRUPTCY SECTION | Claim Date: 03/02/2010 |
| POST OFFICE BOX 6668 | Debtor: NORTEL NETWORKS INC. |
| TALLAHASSEE, FL 32314-6668 | Comments: EXPUNGED |
| | DOCKET: 7354 (03/08/2012) |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |

---

| STATE OF HAWAII, DEPARTMENT OF TAXATION | Claim Number: 1430 |
| HAWAII STATE TAX COLLECTOR | Claim Date: 06/17/2009 |
| ATTN: BANKRUPTCY UNIT (EL) | Debtor: NORTEL NETWORKS INC. |
| PO BOX 259 | Comments: WITHDRAWN |
| HONOLULU, HI 96809 | DOCKET: 4176 (10/19/2010) |

| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

| STATE OF IOWA | Claim Number: 7602 |
| ATTN: BANKRUPTCY UNIT | Claim Date: 02/17/2011 |
| P.O. BOX 10471 | Debtor: NORTEL NETWORKS INC. |
| DES MOINES, IA 50306 | Comments: DOCKET: 4910 (02/09/2011) |

| PRIORITY | Claimed: | $31,317.25 |
| UNSECURED | Claimed: | $288.00 |

---

| STATE OF LOUISIANA | Claim Number: 510 |
| LOUISIANA DEPARTMENT OF REVENUE | Claim Date: 03/09/2009 |
| PO BOX 66658 | Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| BATON ROUGE, LA 70896 | Comments: WITHDRAWN |
| | DOCKET: 4234 (11/02/2010) |

| PRIORITY | Claimed: | $100.00 |

---

| STATE OF MICHIGAN DEPARTMENT OF TREASURY | Claim Number: 7242 |
| C/O DEBORAH B. WALDMEIR ASST. ATTY. GEN. | Claim Date: 05/03/2010 |
| CADILLAC PLACE, STE. 10-200 | Debtor: NORTEL NETWORKS INC. |
| 3030 W. GRAND BLVD. | Comments: WITHDRAWN |
| DETROIT, MI 48202 | DOCKET: 3771 (08/11/2010) |

| ADMINISTRATIVE | Claimed: | $77,974.87  UNLIQ |

---

| STATE OF MICHIGAN, DEPT. OF TREASURY | Claim Number: 995 |
| DEBORAH B. WALDMEIR | Claim Date: 04/06/2009 |
| CADILLAC PLACE, STE 10-200 | Debtor: NORTEL NETWORKS INC. |
| 3030 W. GRAND BLVD. | Comments: WITHDRAWN |
| DETROIT, MI 48202 | DOCKET: 3803 (08/19/2010) |

| UNSECURED | Claimed: | $15,199.17 |

---

| STATE OF MICHIGAN, DEPT. OF TREASURY | Claim Number: 7719 |
| BILL SCHUETTE, ATTORNEY GENERAL | Claim Date: 04/27/2011 |
| CADILLAC PLACE, STE 10-200 | Debtor: NORTEL NETWORKS INC. |
| 3030 W. GRAND BLVD. | Comments: DOCKET: 5190 (03/31/2011) |
| DETROIT, MI 48202 | |

| PRIORITY | Claimed: | $1,486,114.81 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STATE OF MINNESOTA DEPARTMENT OF REVENUE
COLLECTION DIVISION
BANKRUPTCY SECTION
PO BOX 64447 - BKY
SAINT PAUL, MN 55164-0447

Claim Number: 8183
Claim Date: 01/24/2012
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $35,399.43 |
| UNSECURED | Claimed: | $26,774.25 |

---

STATE OF MINNESOTA DEPARTMENT OF REVENUE
COLLECTION DIVISION
BANKRUPTCY SECTION
PO BOX 64447 - BKY
SAINT PAUL, MN 55164-0447

Claim Number: 8184
Claim Date: 01/26/2012
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7686 (05/24/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,921.28 |

---

STATE OF NEBRASKA
DEPARTMENT OF REVENUE
P.O. BOX 94818
LINCOLN, NE 68509-4818

Claim Number: 1579
Claim Date: 07/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4158 (10/14/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $2,064,874.00 |

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1084
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $171,000.00   UNLIQ |

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1085
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $25,000.00   UNLIQ |

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 1228
Claim Date: 04/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7149 (02/01/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $31,307.23 |

---

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON, NJ 08695

Claim Number: 8170
Claim Date: 01/17/2012
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7150 (02/02/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 8171<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7150 (02/02/2012) |
| UNSECURED | Claimed: | $0.00 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08695 | | Claim Number: 8172<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7150 (02/02/2012) |
| PRIORITY | Claimed: | $0.00 |
| STATE OF NEW JERSEY, THE<br>DIVISION OF EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625-0379 | | Claim Number: 7048<br>Claim Date: 01/26/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4400 (11/23/2010) |
| ADMINISTRATIVE | Claimed: | $2,250.00 |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W. AVERELL HARRIMAN STATE OFC BLDG<br>CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | | Claim Number: 7909<br>Claim Date: 08/16/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6543 (10/03/2011) |
| ADMINISTRATIVE | Claimed: | $9,281.30 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 4846<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| PRIORITY | Claimed: | $46,832.57 |
| UNSECURED | Claimed: | $46,832.57 |
| TOTAL | Claimed: | $46,832.57 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS / BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 4847<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $46,832.57 |
| STATE STREET BANK & TRUST COMPANY<br>ATTN: BRIAN PORT<br>GLOBAL CORPORATE ACTION UNIT JAB 5NW<br>1776 HERITAGE DRIVE<br>BOSTON, MA 02171 | | Claim Number: 5876<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $83.69 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| STATE STREET BANK & TRUST COMPANY<br>ATTN: PAUL DESHARNAIS/BRIAN PORT<br>1776 HERITAGE DRIVE<br>NO. QUINCY, MA 02171 | | Claim Number: 5981<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $5,328.00 | | |

| STATHATOS, JEFF<br>509 CAP ROCK DR<br>RICHARDSON, TX 75080 | | Claim Number: 598<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $27,425.50 | | |

| STAUDAHER, STEVEN<br>10 LORING WAY<br>STERLING, MA 01564 | | Claim Number: 2774<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $5,674.37 |
| UNSECURED | Claimed: | $42,519.00 | Scheduled: | $36,667.98 |

| STEARNS WEAVER MILLER, ET AL<br>ATTN: CONNIE GRAVER, PARALEGAL<br>MUSEUM TOWER, STE 2200<br>150 WEST FLAGLER STREET<br>MIAMI, FL 33130 | | Claim Number: 6068-01<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5628 (06/07/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,744.74 | Scheduled: | $4,687.64 |

| STEARNS WEAVER MILLER, ET AL<br>ATTN: CONNIE GRAVER, PARALEGAL<br>MUSEUM TOWER, STE 2200<br>150 WEST FLAGLER STREET<br>MIAMI, FL 33130 | | Claim Number: 6068-02<br>Claim Date: 10/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $259.48 | | |

| STEARNS, MARGARET<br>15 NARTOFF RD<br>HOLLIS, NH 03049 | | Claim Number: 1275<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,171.31 | | |

| STEDMAN, GARY H<br>1002 BELVEDERE CT.<br>ALLEN, TX 75013 | | Claim Number: 1318<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $34,615.00 | | |
| SECURED | Claimed: | $34,615.00 | | |
| UNSECURED | | | Scheduled: | $35,771.21 |
| TOTAL | Claimed: | $34,615.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STEELMAN, ALLISON
230 WOODCREST
RICHARDSON, TX 75080

Claim Number: 8134
Claim Date: 01/03/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

STEFFENS, THOMAS
407 VICTOR HUGO DR.
CARY, NC 27511

Claim Number: 4551
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $98,653.90 | | |
|---|---|---|---|---|

STEGMAN, KENNETH
400 GREEN BROOK DR.
ALLEN, TX 75002

Claim Number: 646
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $21,554.48 | Scheduled: | $33,039.65 |
|---|---|---|---|---|

STEIN, CRAIG
312 LORI DRIVE
BENICIA, CA 94510

Claim Number: 636
Claim Date: 03/18/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $39,803.67 | | |
|---|---|---|---|---|

STEIN, CRAIG F.
312 LORI DRIVE
BENICIA, CA 94510

Claim Number: 1814
Claim Date: 08/19/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $39,803.67 | | |
|---|---|---|---|---|

STEINMAN, JEFFREY
2721 HALIFAX CT
MCKINNEY, TX 75070

Claim Number: 1451
Claim Date: 06/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $90,804.45 | | |
|---|---|---|---|---|

STEINMAN, JEFFREY
2721 HALIFAX CT.
MCKINNEY, TX 75070

Claim Number: 3390
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $6,012.45 | Scheduled: | $4,933.55 UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| STEINMAN, JEFFREY<br>2721 HALIFAX CT<br>MCKINNEY, TX 75070 | | Claim Number: 3395<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $90,804.45 | | |

| STEINMETZ, GEORGE J., III<br>7506 WOODBRIDGE PLACE<br>GARLAND, TX 75044 | | Claim Number: 982<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,625.00 | | |

| STEPHEN GOULD CORP<br>45541 NORTHPORT LOOP WEST<br>FREMONT, CA 94538-6458 | | Claim Number: 2778<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $495.34 | Scheduled: | $495.34 |

| STEPHEN GOULD CORPORATION<br>35 S JEFFERSON ROAD<br>WHIPPANY, NJ 07981 | | Claim Number: 2777<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $495.34 | | |

| STEPHENS INC, CUSTODIAN FOR WANDA F<br>WILSON IRA<br>35 MOUNTAIN VIEW RD<br>CONWAY, AR 72032 | | Claim Number: 3250<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC 27522 | | Claim Number: 3297<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,490.21 | | |

| STEPHENS, BARRY G<br>2064 WILLSUITT RD<br>CREEDMOOR, NC 27522 | | Claim Number: 3298<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,490.21 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STEPHENS, CAROL & THOMSON, DORINE
16725 116 ST. NW
EDMONTON, AB T5X 6B8
CANADA

Claim Number: 4767
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $3,143.64 |
|---|---|---|

---

STEPHENS, INC.
111 CENTER STREET, SUITE 500
LITTLE ROCK, AR 72201

Claim Number: 3249
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

STEPHENS, INC.
111 CENTER STREET, SUITE 500
LITTLE ROCK, AR 72201

Claim Number: 6774
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $142.00 |
|---|---|---|

---

STEPHENS, MICHAEL
5611 NOB HILL RD
DURHAM, NC 27704

Claim Number: 2324
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1621.

| UNSECURED | Claimed: | $97,981.35 |
|---|---|---|

---

STEPHENS, MICHAEL A.
5611 NOB HILL RD.
DURHAM, NC 27704

Claim Number: 673
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $72,600.00 |
|---|---|---|

---

STEPHENS, MICHAEL AVERY
5611 NOB HILL RD
DURHAM, NC 27704

Claim Number: 1621
Claim Date: 07/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| PRIORITY | Claimed: | $72,600.00 |
|---|---|---|

---

STEPHENSON, ANGELA
1300 CHAMPION FOREST CT.
WHEATON, IL 60187

Claim Number: 3883
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $2,015.73 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,015.73  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STEPHENSON, CHARLES
708 WESTWIND DR
ALLEN, TX 75002

Claim Number: 675
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $50,292.20 |
|---|---|---|

STEPLER, PAUL
1816 COTTON MILL DRIVE
MCKINNEY, TX 75070

Claim Number: 8036
Claim Date: 11/02/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $133,484.88 |
|---|---|---|

STEPP, FLOYD
1126 COUNTRY CLUB LN
ZEBULON, NC 27597

Claim Number: 2337
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 290.

| PRIORITY | | | Scheduled: | $1,938.87 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,891.19 | Scheduled: | $62,473.23 |

STEPP, FLOYD P
1126 COUNTRY CLUB LANE
ZEBULON, NC 27597

Claim Number: 290
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $59,968.95 |
|---|---|---|

STERANTINO, SANDRA
1112 SUDBURY CT
RALEIGH, NC 27609-5457

Claim Number: 7968
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $1,259.44 |
|---|---|---|
| UNSECURED | Claimed: | $31,513.81 |

STERLACE, BARBARA L
1401 EL NORTE PARKWAY
# 21
SAN MARCOS, CA 92069

Claim Number: 4055
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claimant asserts a claim for 14 shares of stock/ 245.71 per month

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

STERLACE, BARBARA L
1401 EL NORTE PARKWAY
# 21
SAN MARCOS, CA 92069

Claim Number: 6676
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claimant asserts $245.71 monthly pension. 14 shares of stock.

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STERLING NETWORKS CORP
701 45TH ST EAST
SASKATOON, SK S7K 0W4
CANADA

Claim Number: 6823
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $6,850.00 | Scheduled: | $6,850.00 DISP |

---

STERLING NETWORKS CORP
701 45TH ST EAST
SASKATOON, SK S7K 0W4
CANADA

Claim Number: 6824
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $8,160.00 | Scheduled: | $8,160.00 DISP |

---

STERN, DAVID W
1510 OREGON STREET
BERKELEY, CA 94703

Claim Number: 1973
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $42,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

STERN, DAVID W.
1510 OREGON ST
BERKELEY, CA 94703

Claim Number: 1972
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $42,000.00 |

---

STERNS, BRENDA
16200 W. 76TH AVE
ARVADA, CO 80007

Claim Number: 7213
Claim Date: 04/16/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,498.83 |

---

STETTEN, CLAIRE
15 BIS RUE DE L'EGLISE
CHAMPIGNY-SUR-MARNE, 94500
FRANCE

Claim Number: 8127
Claim Date: 12/27/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $15,396.07 |

---

STEVENS, DONALD
2737 STARBIRD DRIVE
COSTA MESA, CA 92626

Claim Number: 7060
Claim Date: 02/01/2010
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.

| UNSECURED | Claimed: | $56,250.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STEVENS, LILLIEN
12415 PENROSE TR
RALEIGH, NC 27614

Claim Number: 3014
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY          Claimed:          $10,950.00
UNSECURED         Claimed:          $40,089.36

---

STEWART, TONY
804 BROOKWATER DRIVE
MCKINNEY, TX 75071

Claim Number: 5765
Claim Date: 10/01/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

PRIORITY          Claimed:          $10,950.00
UNSECURED         Claimed:          $29,961.90          Scheduled:          $30,261.59

---

STIGLITZ, ANTHONY
856 SHADYLAWN RD
CHAPEL HILL, NC 27514

Claim Number: 3459
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:          $62,233.12

---

STMICROELECTRONICS, INC.
2501 N HARWOOD ST STE 1800
DALLAS, TX 75201-1613

Claim Number: 5557
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:          $8,905,079.00

---

STODDARD, JULIA
110 SHADY CREEK TRAIL
CARY, NC 27513

Claim Number: 7279
Claim Date: 06/07/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:          $57,699.32

---

STODDARD, JULIA
110 SHADY CREEK TRAIL
CARY, NC 27513

Claim Number: 8244
Claim Date: 04/16/2012
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:          $57,699.32

---

STOKES, DEBORAH
400 SMITH ROAD
MAYSVILLE, NC 28555

Claim Number: 4476
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:          $7,059.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| STOKES, DEBORAH R.<br>400 SMITH ROAD<br>MAYSVILLE, NC 28555 | | Claim Number: 4477<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $7,059.00 | | |
| STONE, G. OLIVER, IV<br>41 LOUISE DR.<br>HOLLIS, NH 03049 | | Claim Number: 939<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| UNSECURED | Claimed: | $42,452.39 | | |
| STONE, GEORGE<br>41 LOUISE DR.<br>HOLLIS, NH 03049 | | Claim Number: 3059<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $5,441.02 |
| UNSECURED | Claimed: | $42,452.39 | Scheduled: | $40,205.64 |
| STONE, LISA S. KAY<br>1810 LAKE TAWAKONI<br>ALLEN, TX 75002 | | Claim Number: 8190<br>Claim Date: 01/31/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,159.78 | | |
| STONEHOUSE, DAVID<br>4923 OAK PARK RD<br>RALEIGH, NC 27612-3022 | | Claim Number: 2922<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $46,870.00 | | |
| STORM TECHNOLOGY LTD<br>GALWAY BUSINESS PARK<br>UPPER NEWCASTLE RD<br>GALWAY,<br>IRELAND | | Claim Number: 7729<br>Claim Date: 05/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | |
| UNSECURED | Claimed: | $28,130.48    UNLIQ | | |
| STORR, GARY<br>11416 JOHN ALLEN ROAD<br>RALEIGH, NC 27614 | | Claim Number: 7809<br>Claim Date: 07/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8006 | | |
| UNSECURED | Claimed: | $65,061.12 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| STORR, GARY<br>11416 JOHN ALLEN ROAD<br>RALEIGH, NC 27614 | | Claim Number: 8006<br>Claim Date: 09/27/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7809 | | | |
| UNSECURED | Claimed: | $92,217.67 | | | |
| STORY, ROGER F<br>428 KAYWOODY CT<br>RALEIGH, NC 27615 | | Claim Number: 6747<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>CLAIMANT ALSO ASSERTS $125,000 LONGTER CARE CLAIM | | | |
| UNSECURED | Claimed: | $10,000.00   UNLIQ | | | |
| STORY, ROGER F.<br>428 KAYWOODY CT.<br>RALEIGH, NC 27615 | | Claim Number: 6746<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| ADMINISTRATIVE | Claimed: | $10,000.00   UNLIQ | | | |
| STOUT, DALE T.<br>638 WHITNEY DRIVE<br>SLIDELL, LA 70461 | | Claim Number: 395<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 7432 (03/22/2012) | | | |
| PRIORITY | Claimed: | $0.00 | Scheduled: | $6,753.62 | |
| UNSECURED | Claimed: | $14,673.09 | Scheduled: | $15,962.39 | |
| STOUT, NORMAN T<br>12138 CEMENT HILL RD<br>NEVADA CITY, CA 95959 | | Claim Number: 1780<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |
| STOUTE, MEISHA<br>5426 W. WINSTON DRIVE<br>LAVEEN, AZ 85339 | | Claim Number: 3360<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $10,200.00 | | | |
| STRANGE, GRAHAM P<br>4960 BRIDGEHAMPTON BLVD<br>SARASOTA, FL 34238 | | Claim Number: 3427<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $237,891.32 | Scheduled: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| STRASSBURG, PAMELA R<br>1499 ALMOND AVE<br>ST. PAUL, MN 55108 | | Claim Number: 2016<br>Claim Date: 08/24/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| UNSECURED | Claimed: | $95,000.00 | | | |
| STRASSBURGER, RAYMOND<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 3392<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $68,213.34 | Scheduled: | $68,213.34 UNLIQ | |
| STRASSBURGER, RAYMOND<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 4207<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $87,248.00 | | | |
| STRASSBURGER, RAYMOND L<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 3540<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $16,714.16 | | | |
| STRASSBURGER, RAYMOND L.<br>2805 PINE HOLLOW RD<br>OAKTON, VA 22124 | | Claim Number: 3541<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $19,351.72 UNLIQ | Scheduled: | $0.00 UNLIQ | |
| STRATALIGHT COMMUNICATIONS INC<br>1830 BERING DR<br>SAN JOSE, CA 95112-4212 | | Claim Number: 6060<br>Claim Date: 10/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7686 (05/24/2012) | | | |
| UNSECURED | Claimed: | $43,020.00 | | | |
| STRATTON, MARK E.<br>3617 LOFTWOOD LN<br>WAKE FOREST, NC 27587 | | Claim Number: 7940<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $71,367.35 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA 01460 | | Claim Number: 6891<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $1,000.00 |

| | | |
|---|---|---|
| STRAUSS, CURTIS<br>1 DISTRIBUTION WAY<br>LITTLETON, MA 01460 | | Claim Number: 7046<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3218 (06/24/2010) |
| UNSECURED | Claimed: | $1,000.00 |

| | | |
|---|---|---|
| STRAUSS, RACHEL<br>8609 COLD SPRINGS ROAD<br>RALEIGH, NC 27615-3108 | | Claim Number: 2925<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $5,849.46 |

| | | |
|---|---|---|
| STRAUSS, RACHEL<br>8609 COLD SPRINGS RD<br>RALEIGH, NC 27615-3108 | | Claim Number: 3017<br>Claim Date: 09/15/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $54,971.70 |

| | | |
|---|---|---|
| STRAYHORN, ROY<br>4004 CAPUL ST.<br>DURHAM, NC 27703 | | Claim Number: 7485<br>Claim Date: 11/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $56,812.50 |

| | | |
|---|---|---|
| STREET, LINDSEY<br>5500 FORTUNES RIDGE DR. # 97B<br>DURHAM, NC 27713 | | Claim Number: 7246<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $18,342.02 |

| | | |
|---|---|---|
| STRENGTH TEK FITNESS & WELLNESS<br>CONSULTANTS<br>707 HIGHLAND AVENUE<br>OTTAWA, ON K2A 2K5<br>CANADA | | Claim Number: 1834<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $123,676.34 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| STRICKLAND, SCOTT<br>3421 CHERRY LANE<br>RALEIGH, NC 27607 | | Claim Number: 160<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $7,548.60 |
| UNSECURED | Claimed: | $136,556.50 | Scheduled: | $84,854.96 |
| TOTAL | Claimed: | $136,556.50 | | |

---

| STROMMENGER, HOLLY<br>503 E 6TH<br>LA CROSSE, KS 67548 | | Claim Number: 3789<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,449.98 |

---

| STROMMENGER, HOLLY<br>503 E. 6TH<br>LA CROSSE, KS 67548 | | Claim Number: 3790<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $53,449.98 |

---

| STRONG, CHRISTINA<br>3912 OAK PARK RD<br>RALEIGH, NC 27612 | | Claim Number: 6215<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,519.64 |

---

| STRONG, CHRISTINA<br>3912 OAK PARK ROAD<br>RALEIGH, NC 27612 | | Claim Number: 6216<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY | Claimed: | $14,519.64 |

---

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 5343<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |

---

| STUDEBAKER, LAUREN<br>208 WOODS DRIVE<br>PLYMOUTH MEETING, PA 19462 | | Claim Number: 5344<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5345
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5346
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5347
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $78,779.64 |
|---|---|---|

STUDEBAKER, LAUREN
208 WOODS DRIVE
PLYMOUTH MEETING, PA 19462

Claim Number: 5348
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $78,779.64 |
|---|---|---|

STUKEL, MARK A.
14601 HOWE DR
LEAWOOD, KS 66224

Claim Number: 1277
Claim Date: 06/05/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $37,203.92 |
|---|---|---|

STUMPF, TERRY L.
4421 WOODMILL RUN
APEX, NC 27539

Claim Number: 410
Claim Date: 02/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $70,153.92 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $76,406.24 |

SUAREZ, JORGE HUMBERTO
14720 GLENCAIRN ROAD
MIAMI LAKES, FL 33016

Claim Number: 6974
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $1,000,000.00   UNLIQ |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SUAREZ, LIANA<br>8047 LAGOS DE CAMPO BLVD<br>TAMARAC, FL 33073 | | Claim Number: 7711<br>Claim Date: 04/18/2011<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $9,230.00 |

---

| SUBBIAH, KANNAN<br>7375 ROLLINGDELL DRIVE, #92<br>APT 92<br>CUPERTINO, CA 95014 | | Claim Number: 6208<br>Claim Date: 12/10/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $38,453.74 |

---

| SULLIVAN, DAVID E<br>PO BOX 41<br>JAMESTOWN, CA 95327 | | Claim Number: 5859<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| SULLIVAN, PATRICK<br>29664 57TH PL. SO.<br>AUBURN, WA 98001 | | Claim Number: 807<br>Claim Date: 04/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $23,000.00 |

---

| SULSENTI, CHRIS<br>16563 LAKETREE DR<br>WESTON, FL 33326 | | Claim Number: 6612<br>Claim Date: 01/07/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $32,754.72 |

---

| SULTAN, KASHIF<br>6814 CREEK VALE WAY APT 3H<br>INDIANAPOLIS, IN 46237-8800 | | Claim Number: 1098<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $22,974.00 |

---

| SUMETHASORN, NATEE<br>5305 COACHMAN COURT<br>PLANO, TX 75023 | | Claim Number: 4751<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $33,453.97 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SUN MICROSYSTEMS INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M GAA<br>2600 EL CAMINO REAL SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5425<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |

| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5515<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |

| SUN MICROSYSTEMS OF CANADA INC<br>C/O BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5516<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |

| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5046<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44 |

| SUN MICROSYSTEMS, INC<br>BIALSON, BERGEN & SCHWAB<br>ATTN: LAWRENCE SCHWAB/THOMAS M. GAA<br>2600 EL CAMINO REAL, SUITE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5357<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $18,035,538.27   UNLIQ |

| SUN MICROSYSTEMS, INC<br>C/O BIALSON, BERGEN & SCHWAB<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | | Claim Number: 5430<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $903,722.44 |

| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 1688<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $45,991.88 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR<br>COLLEGE STATION, TX 77845 | | Claim Number: 4777<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7139 | | |
| UNSECURED | Claimed: | $49,298.11 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7139<br>Claim Date: 03/09/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLY AMENDED BY 7215<br>Amends claim 4777 | | |
| UNSECURED | Claimed: | $52,434.35 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7215<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends Claim 7139 | | |
| UNSECURED | Claimed: | $56,283.80 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7553<br>Claim Date: 01/06/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7693 | | |
| UNSECURED | Claimed: | $59,337.33 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, MOSES<br>9208 STONEBROOK DR.<br>COLLEGE STATION, TX 77845 | | Claim Number: 7693<br>Claim Date: 04/07/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7553 | | |
| UNSECURED | Claimed: | $60,877.14 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, YUMIN<br>3952 KIMBROUGH LANE<br>PLANO, TX 75025 | | Claim Number: 223<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
| PRIORITY | Claimed: | $27,284.59 | | |

---

| | | | | |
|---|---|---|---|---|
| SUN, YUMIN<br>3952 KIMBROUGH LN<br>PLANO, TX 75025 | | Claim Number: 4423<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $27,284.59 | Scheduled: | $2,156.59 |
| UNSECURED | | | Scheduled: | $24,174.65 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | Claim Number: 596<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $38,414.17 | | | |
| SUNRISE CONTRACTING SERVICES, LLC<br>4603 HILLSBOROUGH RD STE H<br>DURHAM, NC 27705 | Claim Number: 6779<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED          Claimed: | $37,000.00 | | | |
| SUNSET LAND CO., LLC<br>C/O EDWARD J. TREDINNICK, ESQ.<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH<br>LLP., FOUR EMBARCADERO CENTER, 40TH FL<br>SAN FRANCISCO, CA 94111 | Claim Number: 6289<br>Claim Date: 12/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $11,570.99<br>$1,074,454.00 | | | |
| SUPERCLICK NETWORK INC<br>10222 BOUL ST-MICHEL SUITE 300<br>MONTREAL-NORD, QC H1H 5H1<br>CANADA | Claim Number: 2006<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $22,062.50 | Scheduled: | $22,062.50 | |
| SURA, PIYUSH, N.<br>5229 LEVERING MILL ROAD<br>APEX, NC 27539 | Claim Number: 6675<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $88,176.16 | | | |
| SURAPANENI, MADHAV<br>813 COLD SPRINGS CT.<br>MURPHY, TX 75094 | Claim Number: 1030<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY          Claimed:<br>UNSECURED | $28,742.28 | | | |
| SURTI, BHAWNA<br>6658 LEWEY DRIVE<br>CARY, NC 27519 | Claim Number: 4145<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY<br>UNSECURED          Claimed: | $14,443.63 | Scheduled:<br>Scheduled: | $4,445.44<br>$19,106.81 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SUSIENKA, JOSEPH R. JR.
53 PLUMMER PARK
WHITINSVILLE, MA 01588

Claim Number: 7669
Claim Date: 03/28/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $43,614.12

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 1259
Claim Date: 06/01/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $256,701.28

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2847
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $56,502.16

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2848
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

PRIORITY          Claimed:          $256,701.28

---

SUTCLIFFE, ANDREW J.
34300 LANTERN BAY DRIVE
UNIT 50
DANA POINT, CA 92629

Claim Number: 2849
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.

PRIORITY          Claimed:          $186,120.00

---

SVAGDIS, JEREMY
9536 SSR 228
MACCLENNY, FL 32063

Claim Number: 1830
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED          Claimed:          $0.00   UNDET

---

SVG ADVISERS INC.
PATRICK J. POTTER
2300 N STREET, NW
WASHINGTON, DC 20037

Claim Number: 1036
Claim Date: 04/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

UNSECURED          Claimed:          $127,057.00   UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 1083<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $127,057.00 | | |

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 7202<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>Amends Claims 1036 and 1083 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,124.00 | | |

| SVG ADVISERS INC.<br>PATRICK J. POTTER<br>2300 N STREET, NW<br>WASHINGTON, DC 20037 | | Claim Number: 7210<br>Claim Date: 04/13/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>Amends claim nos. 1036 and 1083 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $124,124.00 | | |

| SWANSON, THOMAS H.<br>8820 FOGGY BOTTOM DRIVE<br>RALEIGH, NC 27613 | | Claim Number: 7735<br>Claim Date: 05/17/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,649.54 | | |

| SWANSON, WILLIAM C<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138-7141 | | Claim Number: 4040<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $65,339.47 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LN<br>PARKER, CO 80138-7141 | | Claim Number: 421<br>Claim Date: 02/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1550 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $492.39   UNLIQ | | |

| SWANSON, WILLIAM C.<br>12046 RIDGEVIEW LANE<br>PARKER, CO 80138 | | Claim Number: 1550<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 421. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $231,209.63 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SWANSON, WILLIAM C.
12046 RIDGEVIEW LN
PARKER, CO 80138

Claim Number: 8290
Claim Date: 06/08/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #421

| PRIORITY | Claimed: | $170,620.50 |
|----------|----------|-------------|

SWANSON, WILLIAM C.
12046 RIDGEVIEW LN
PARKER, CO 80138

Claim Number: 8297
Claim Date: 06/11/2012
Debtor: NORTEL NETWORKS INC.
Comments:
AMENDS CLAIM #421

| PRIORITY | Claimed: | $170,620.50 |
|----------|----------|-------------|

SWANSON, WILLIAM C.
12046 RIDGEVIEW LN
PARKER, CO 80138

Claim Number: 8309
Claim Date: 07/05/2012
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $55,191.95 |
|----------|----------|------------|

SWIFT, KAREN S.
822 HAWTHORNE DRIVE
ALLEN, TX 75002

Claim Number: 2920
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|----------|----------|------------|
| UNSECURED | Claimed: | $31,393.00 |

SY, DARON
1008 REDBUD DRIVE
ALLEN, TX 75002

Claim Number: 860
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $19,902.27 |
|-----------|----------|------------|

SY, DARON
1008 REDBUD DRIVE
ALLEN, TX 75002

Claim Number: 2949
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $19,902.27 |
|-----------|----------|------------|

SYBASE INC.
561 VIRGINIA ROAD
CONCORD, MA 01742

Claim Number: 1436
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| UNSECURED | Claimed: | $42,144.39 |
|-----------|----------|------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| SYBASE INC.<br>561 VIRGINIA ROAD<br>CONCORD, MA 01742 | | Claim Number: 6819<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $115,136.10 |
| SYBASE INC.<br>561 VIRGINIA ROAD<br>CONCORD, MA 01742 | | Claim Number: 7122<br>Claim Date: 02/24/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $115,136.10 |
| SYED, IQBAL<br>584 CAMBRIDGE DRIVE<br>WESTON, FL 33326 | | Claim Number: 7174<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $58,364.29 |
| SYMMETRICOM INC<br>2300 ORCHARD PARKWAY<br>SAN JOSE, CA 95131 | | Claim Number: 36<br>Claim Date: 01/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
| UNSECURED | Claimed: | $9,182.60 |
| SYSELOG SA<br>HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 3734<br>Claim Date: 09/25/2009<br>Debtor: SONOMA SYSTEMS<br>Comments: EXPUNGED<br>DOCKET: 4554 (12/07/2010) |
| UNSECURED | Claimed: | $4,291,036.92 |
| SYSELOG SA<br>HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 N. MARKET STREET, STE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 4889<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC.<br>Comments: EXPUNGED<br>DOCKET: 4554 (12/07/2010) |
| UNSECURED | Claimed: | $4,291,036.92 |
| SYSELOG SA<br>HOWARD A. COHEN<br>DRINKER BIDDLE & REATH LLP<br>1100 N. MARKET STREET, STE. 1000<br>WILMINGTON, DE 19801 | | Claim Number: 4890<br>Claim Date: 09/25/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 4554 (12/07/2010) |
| UNSECURED | Claimed: | $4,291,036.92 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4891
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4892
Claim Date: 09/25/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4893
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS HPOCS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4894
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4895
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4896
Claim Date: 09/25/2009
Debtor: CORETEK, INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4897
Claim Date: 09/25/2009
Debtor: QTERA CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4898
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
| --- | --- | --- |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4899
Claim Date: 09/25/2009
Debtor: NORTEL ALTSYSTEMS INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
| --- | --- | --- |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE.1000
WILMINGTON, DE 19801

Claim Number: 4900
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
| --- | --- | --- |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4901
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
| --- | --- | --- |

---

SYSELOG SA
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 N. MARKET STREET, STE. 1000
WILMINGTON, DE 19801

Claim Number: 4903
Claim Date: 09/30/2009
Debtor: XROS, INC.
Comments: EXPUNGED
DOCKET: 4554 (12/07/2010)

| UNSECURED | Claimed: | $4,291,036.92 |
| --- | --- | --- |

---

SYSTEMS & SOFTWARE SERVICES
522 SOUTH NORTHWEST HIGHWAY
BARRINGTON, IL 60011

Claim Number: 2261
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $1,377.80 |
| --- | --- | --- |

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 1689
Claim Date: 08/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7265

| UNSECURED | Claimed: | $47,539.92 |
| --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

SZAFRANSKI, KENNETH
2429 W CHESTNUT RD
MEQUON, WI 53092-3107

Claim Number: 7265
Claim Date: 05/24/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim no. 1689

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $36,864.66 | |

---

SZASZ, DAVID
14 LAURIE LN.
DEDHAM, MA 02026

Claim Number: 1427
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,576.92 |

---

T-METRICS, INC.
4430 STUART ANDREW BLVD
CHARLOTTE, NC 28217

Claim Number: 936
Claim Date: 04/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,038.00 | Scheduled: | $12,038.00 |

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 496
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $296.03 |

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 497
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $941.08 |

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 498
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $250.77 |

---

T-MOBILE USA INC.
PO BOX 53410
BELLEVUE, WA 98015

Claim Number: 499
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $764.90 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 500<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $57.14 |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 501<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $401.01 |
| T-MOBILE USA INC.<br>PO BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 502<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $223.25 |
| T-SYSTEMS NORTH AMERICA INC<br>701 WARRENVILLE ROAD<br>LISLE, IL 60532-1375 | | Claim Number: 7116<br>Claim Date: 02/22/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5624 (06/07/2011) |
| UNSECURED | Claimed: | $22,935.48 |
| T-SYSTEMS NORTH AMERICA, INC.<br>P.O. BOX 13392<br>NEWARK, NJ 07101-3392 | | Claim Number: 3104<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| ADMINISTRATIVE | Claimed: | $7,135.48 |
| T-SYSTEMS NORTH AMERICA, INC.<br>1901 BUTTERFIELD RD STE 700<br>DOWNERS GROVE, IL 60515-5403 | | Claim Number: 3105<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| UNSECURED | Claimed: | $7,135.48 |
| T3 ENERGY SERVICES,INC.<br>ATTN : RICHARD SAFIER<br>7135 ARDMORE ST.<br>HOUSTON, TX 77054 | | Claim Number: 5462<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 3936 (09/13/2010) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 5908<br>Claim Date: 10/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7388 | | |
| UNSECURED | Claimed: | $55,000.00 | | |
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 7388<br>Claim Date: 08/20/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $15,505.48 | | |
| TA, QUAN<br>112 PRINCE WILLIAM LANE<br>CARY, NC 27511 | | Claim Number: 7801<br>Claim Date: 06/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7388 | | |
| UNSECURED | Claimed: | $45,230.14 | | |
| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | | Claim Number: 506-01<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011) | | |
| UNSECURED | Claimed: | $4,785.02 | Scheduled: | $4,999.98 |
| TALX CORPORATION<br>11432 LACKLAND RD<br>SAINT LOUIS, MO 63146 | | Claim Number: 506-02<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
| UNSECURED | Claimed: | $967.74 | | |
| TAN, DANIEL SHUSEN<br>305 SPRING CREEK VILLAGE # 552<br>DALLAS, TX 75248 | | Claim Number: 3685<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $20,677.63 | | |
| TAN-ATICHAT, EDDIE<br>46879 CRAWFORD ST<br>FREMONT, CA 94539 | | Claim Number: 6483<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $144,614.63 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TAN-ATICHAT, EDDIE
46879 CRAWFORD ST
FREMONT, CA 94539

Claim Number: 7561
Claim Date: 01/11/2011
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $65,702.69 |

---

TANDBERG CANADA, INC.
C/O SHANNON E. HOFF, ESQ
POYNER SPRUILL LLP
301 SOUTH COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 5324
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,366.39 |

---

TANDBERG, INC.
C/O SHANNON E. HOFF, ESQ.
POYNER SPRUILL LLP
301 S. COLLEGE ST, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 1646
Claim Date: 08/06/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $297,650.76 |

---

TANDBERG, INC.
C/O SHANNON E. HOFF, ESQ
POYNER SPRUILL LLP
301 SOUTH COLLEGE STREET, SUITE 2300
CHARLOTTE, NC 28202

Claim Number: 5325
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4163 (10/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $297,650.76 |

---

TANG, RONG
3612 BRIARCLIFF DR.
PLANO, TX 75025

Claim Number: 2911
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8634 (10/03/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,793.98 | Scheduled: | $1,752.07 |
| UNSECURED | Claimed: | $30,779.57 | Scheduled: | $32,978.60 |

---

TANNOR PARTNERS CREDIT FUND II, LP
TRANSFEROR: THEBIGWORD
150 GRAND STREET, SUITE 401
WHITE PLAINS, NY 10601

Claim Number: 897
Claim Date: 04/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4256 (11/08/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,717.97 |

---

TANNOR PARTNERS CREDIT FUND II, LP
TRANSFEROR: TELESOFT
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 3428
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 5623 (06/07/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,517.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| TANNOR PARTNERS CREDIT FUND II, LP AS ASSIGNEE OF " THE BIG WORD " 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | | Claim Number: 7466 Claim Date: 10/13/2010 Debtor: NORTEL NETWORKS INC. Comments: EXPUNGED DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $2,717.97 | | | |
| TANNOR PARTNERS CREDIT FUND II, LP AS ASSIGNEE OF "TELESOFT " 150 GRAND STREET, SUITE 401 WHITE PLAINS, NY 10601 | | Claim Number: 7467 Claim Date: 10/13/2010 Debtor: NORTEL NETWORKS INC. Comments: Amends claim 3428 | | | |
| UNSECURED | Claimed: | $17,517.00 | | | |
| TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: WJF TELECOM LLC 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | | Claim Number: 23-01 Claim Date: 01/22/2009 Debtor: NORTEL NETWORKS INC. Comments: DOCKET: 5625 (06/07/2011) | | | |
| UNSECURED | Claimed: | $18,170.00 | Scheduled: | $14,390.00 | |
| TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: INNOVATIONAL IP SOLUTIONS, L 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | | Claim Number: 1764 Claim Date: 08/18/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $8,905.00 | | | |
| TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: MINI-CIRCUITS 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | | Claim Number: 1886 Claim Date: 08/20/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $388.05 | | | |
| TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: SS8 NETWORKS 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | | Claim Number: 5883 Claim Date: 10/05/2009 Debtor: NORTEL NETWORKS INC. Comments: ALLOWED DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $104,316.26 | | | |
| TANNOR PARTNERS CREDIT FUND, LP TRANSFEROR: WJF TELECOM LLC 150 GRAND STREET, STE 401 WHITE PLAINS, NY 10601 | | Claim Number: 6845 Claim Date: 01/22/2010 Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $5,305.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TARDIFF, THOMAS D.
C/O HAIN CAPITAL HOLDINGS, LTD, ASSIGNEE
301 ROUTE 17 NORTH, 7TH FLOOR
RUTHERFORD, NJ 07055

Claim Number: 8439
Claim Date: 12/28/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $82,697.33 | | |

---

TARIQ, MASOOD
12325 RICHMOND RUN DRIVE
RALEIGH, NC 27614

Claim Number: 5647
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $507,601.98 | Scheduled: | $507,601.98 UNLIQ |

---

TARIQ, MASOOD
12325 RICHMOND RUN DRIVE
RALEIGH, NC 27614-6413

Claim Number: 5648
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $1,921,389.10 | Scheduled: | $0.00 UNLIQ |

---

TARLAMIS, ALEXANDER
3030 NW 126TH AVE
SUNRISE, FL 33323-6305

Claim Number: 263
Claim Date: 02/11/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $231,661.94 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

TARLAMIS, ALEXANDER
1030 126TH AVE
SUNRISE, FL 33233

Claim Number: 2218
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $231,661.94 | | |

---

TARLAMIS, ALEXANDER
1030 126TH AVE
SUNRISE, FL 33323

Claim Number: 3859
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $231,661.94 | | |

---

TARLTON, JASON
3805 CHIMNEY RIDGE PL. # 201
DURHAM, NC 27713

Claim Number: 7804
Claim Date: 06/27/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | | | |
| PRIORITY | | | | |
| UNSECURED | Claimed: | $13,846.15 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TARSITANO, YVETTE
1420 NORWOOD CREST CT
RALEIGH, NC 27614

Claim Number: 7737
Claim Date: 05/20/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,462.90 |

---

TASHJIAN, ROBERT
35621 GALEN PLACE
FREMONT, CA 94536

Claim Number: 6945
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,013.06 |

---

TASKER, HAROLD
1950 ELM TREE ROAD
ELM GROVE, WI 53122

Claim Number: 473
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,197.07 |
| UNSECURED | Claimed: | $42,724.14 |

---

TATA CONSULTANCY SERVICES LIMITED
ATTN: SATYA S HEGDE, ESQ
101 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10178

Claim Number: 3973
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,507,825.44 |

---

TAVARES, ANTONIO CESAR
2329 FELICIA DR.
PLANO, TX 75074

Claim Number: 477
Claim Date: 03/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $2,039.62 |
| UNSECURED | Claimed: | $18,588.46 | Scheduled: | $31,468.79 |

---

TAYLOE, GORDON B.
C/O W. GREER MCCREEDY, II, ESQ.
403 BOUSH STREET, SUITE 300
NORFOLK, VA 23510

Claim Number: 6681
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,705.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TAYLOR, ALAN K
15114 BUSWELL AVE
PORT CHARLOTTE, FL 33953

Claim Number: 6490
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 UNDET |

---

TAYLOR, ALAN K
15114 BUSWELL AVE
PORT CHARLOTTE, FL 33953

Claim Number: 6491
Claim Date: 12/29/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $0.00 UNDET |

TAYLOR, AUDREY
4333 ANGELINA DR
PLANO, TX 75074

Claim Number: 2514
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $6,235.38 |
| UNSECURED | | $14,880.39 |

TAYLOR, AUDREY
4333 ANGELINA DR
PLANO, TX 75074

Claim Number: 8130
Claim Date: 12/29/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Claim out of balance

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $6,235.38 | | |
| SECURED | | $6,235.38 | | |
| UNSECURED | | $14,880.39 | Scheduled: | $22,306.76 |
| TOTAL | | $21,115.77 | | |

TAYLOR, BRIAN P.
16 PINESTRAW WAY
DURHAM, NC 27713

Claim Number: 7324
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $36,903.89 |

---

TAYLOR, INA C.
106 WILLOWCROFT COURT
GARNER, NC 27529

Claim Number: 7715
Claim Date: 04/21/2011
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| PRIORITY | | $82,287.50 |

---

TAYLOR, KENNETH
9401 SHADOW OAK WAY
RALEIGH, NC 27615

Claim Number: 3462
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| | Claimed: | |
|---|---|---|
| UNSECURED | | $56,303.27 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TAYLOR, KENNETH<br>9401 SHADOW OAK WAY<br>RALEIGH, NC 27615 | Claim Number: 3463<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,426.29 | Scheduled: | $62,426.29 UNLIQ |

| TAYLOR, KEVIN<br>2456 NE 27TH AVE<br>FT. LAUDERDALE, FL 33305 | Claim Number: 2058<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $13,751.97 | Scheduled: | $13,751.97 UNLIQ |

| TAYLOR, ROBERT C.<br>11550 CORNHUSKER RD<br>ALMA, NE 68920-2515 | Claim Number: 5875<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $4,639.20 |

| TAYLOR, THERESA R.<br>5435 TAYLOR AVE.<br>PORT ORANGE, FL 32127 | Claim Number: 787<br>Claim Date: 03/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

| TAYLOR, THOMAS<br>3585 DOROTHY LANE<br>WATERFORD, MI 48329-1106 | Claim Number: 2022<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| UNSECURED | Claimed: | $45,337.28 |

| TAYLOR, THOMAS<br>3585 DOROTHY LANE<br>WATERFORD, MI 48329-1106 | Claim Number: 2023<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $45,337.28 |

| TBG INSURANCE SERVICES, INC.<br>ATTN: MICHAEL GLICKMAN<br>100 N. SEPULVEDA BLVD. SUITE 500<br>EL SEGUNDO, CA 90245 | Claim Number: 4523<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $42,930.15 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TEASLEY, CLIFF<br>6815 WILEY MANGUM RD<br>BAHAMA, NC 27503 | Claim Number: 2122<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| TEASLEY, CLIFFORD W<br>7322 STAGGSVILLE RD<br>BAHAMA, NC 27503 | Claim Number: 2123<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 2609<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>PF 10 05 65<br>ILMENAU, 98684<br>GERMANY | Claim Number: 2610<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AMEY, RECHTSAMT<br>EHRENBURGSTRASSE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 6660<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

---

| TECHNISCHE UNIVERSITAT ILMENAU<br>OLIVER AWEY RECHTSAINT<br>EHIANBURGSTRAPE 29<br>ILMENAU, D-98693<br>GERMANY | Claim Number: 6661<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

---

| TECHNOLOGY CENTER ASSOCIATES, L.P.<br>C/O DOUGLAS J. HANNOY<br>FEIWELL & HANNOY, P.C.<br>251 N. ILLINOIS STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | Claim Number: 1951<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $55,426.30 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TECHNOLOGY PARK V LIMITED PARTNERSHIP<br>JENNIFER V. DORAN, ESQ.<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 STATE STREET<br>BOSTON, MA 02109-1775 | Claim Number: 649<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $2,764,873.26 | |
| TECHNOLOGY PROPERTIES LIMITED LLC<br>20883 STEVENS CREEK BLVD STE 100<br>CUPERTINO, CA 95014-2196 | Claim Number: 5519<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 2924 (04/28/2010) | |
| UNSECURED        Claimed: | $0.00   UNLIQ | |
| TEK-PUENTES, FIGEN<br>13110 MEADOWRIDGE DRIVE<br>ROUGEMONT, NC 27572 | Claim Number: 8332<br>Claim Date: 08/06/2012<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $26,991.00 | |
| TEKNOWLOGIC DOMINICANA C POR A<br>AV. 27 DE FEBRERO, ESQ., ABRAHAM LINCOLN<br>UNICENTRO PLAZA SUITE 25B<br>SANTO DOMINGO DN, 10127<br>DOMINICAN REPUBLIC | Claim Number: 7277<br>Claim Date: 06/07/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED        Claimed: | $24,360.00 | |
| TEKSYSTEMS, INC.<br>ATTN: MATT HUDSON<br>7437 RACE RD.<br>HANOVER, MD 21076 | Claim Number: 1158<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| UNSECURED        Claimed: | $1,738,599.07 | |
| TEKVIZION LABS<br>275 W CAMPBELL RD STE 215<br>RICHARDSON, TX 75080-8001 | Claim Number: 446<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| UNSECURED        Claimed: | $35,900.00 | |
| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6166<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED        Claimed: | $4,866.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6168<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $7,211.19 |

| TELE COMMUNICATION CONTRACTOR<br>VIA PORRAS NO. 65, SAN FRANCISCO- PANAMA<br>PANAMA,<br>PANAMA | Claim Number: 6170<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|
| UNSECURED          Claimed: | $1,020.00 |

| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6167<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $4,866.00 |

| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6169<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $7,211.19 |

| TELE COMMUNICATION CONTRACTOR S A<br>VIA PORRAS NO. 65 SAN FRANCISCO<br>PANAMA,<br>PANAMA | Claim Number: 6171<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,020.00 |

| TELEFONICA INTERNACIONAL, S.A.U.<br>C/O CONNIE GRAVER, PARALEGAL<br>STEARNS WEAVER MILLER, ET AL<br>150 WEST FLAGLER STREET, SUITE 2200<br>MIAMI, FL 33130 | Claim Number: 5980<br>Claim Date: 10/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7626 (05/09/2012) |
|---|---|
| UNSECURED          Claimed: | $2,339,137.50 |

| TELEFONICA USA, INC<br>1111 BRICKELL AVE<br>10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 2216<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED          Claimed: | $231,704.21 | Scheduled: | $100,380.50 |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TELEFONICA USA, INC.<br>ATTNETION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 407<br>Claim Date: 02/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $145,713.65 |
|---|---|---|

---

| TELEFONICA USA, INC.<br>ATTENTION: JOANNA ROMANO<br>1111 BRICKELL AVENUE - 10TH FLOOR<br>MIAMI, FL 33131 | Claim Number: 1863<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|

| UNSECURED | Claimed: | $231,704.21 |
|---|---|---|

---

| TELEMATIC COMMUNICATIONS PTY LTD<br>T/AS ADVATEL<br>133 MORAY STREET<br>SOUTH MELBOURNE<br>VICTORIA, 3205<br>AUSTRALIA | Claim Number: 462<br>Claim Date: 03/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

| UNSECURED | Claimed: | $3,896.00 |
|---|---|---|

---

| TELLABS NORTH AMERICA<br>F/K/A/ TELLABS OPERATIONS INC.<br>1415 DIEHL ROAD<br>NAPERVILLE, IL 60563 | Claim Number: 4726<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $47,169.60 |

---

| TELLEZ, RAUL<br>6927 TREERIDGE DRIVE<br>CINCINNATI, OH 45244 | Claim Number: 3398<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $1,418.67 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,418.67  UNLIQ |

---

| TELLEZ, RAUL<br>6927 TREERIDGE DRIVE<br>CINCINNATI, OH 45244 | Claim Number: 8106<br>Claim Date: 11/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $29,661.51 |
|---|---|---|

---

| TELMAR NETWORK TECHNOLOGY, INC.<br>C/O VEDDER PRICE P.C.<br>ATTN: MICHAEL L. SCHEIN, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4905<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: WITHDRAWN<br>DOCKET: 6424 (09/20/2011) |
|---|---|

| SECURED | Claimed: | $349,104.28 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TELMAR NETWORK TECHNOLOGY, INC. | Claim Number: 6883 |
| C/O VEDDER PRICE P.C. | Claim Date: 01/25/2010 |
| ATTN: MICHAEL L. SCHEIN, ESQ. | Debtor: NORTEL NETWORKS (CALA) INC. |
| 1633 BROADWAY, 47TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10019 | DOCKET: 6424 (09/20/2011) |

| SECURED | Claimed: | $4,912,581.68 |

---

| TELSTRAT | Claim Number: 4396 |
| ATTN: JENNIFER SLACK | Claim Date: 09/28/2009 |
| 6900 K AVENUE | Debtor: NORTEL NETWORKS INC. |
| PLANO, TX 75074 | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| ADMINISTRATIVE | Claimed: | $5,434.00 |

---

| TELSTRAT INTERNATIONAL, LLP | Claim Number: 4395 |
| ATTN: JENNIFER SLACK | Claim Date: 09/28/2009 |
| 6900 K AVENUE | Debtor: NORTEL NETWORKS INC. |
| PLANO, TX 75074 | Comments: EXPUNGED |
| | DOCKET: 4053 (09/30/2010) |

| UNSECURED | Claimed: | $53,792.60 |

---

| TELTRONICS, INC. | Claim Number: 417 |
| 2511 CORPORATE WAY | Claim Date: 02/27/2009 |
| PALMETTO, FL 34221-8478 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 5623 (06/07/2011) |

| UNSECURED | Claimed: | $1,636.33 |

---

| TEMPLETON, MIKE A. | Claim Number: 521 |
| 6405 FIELD CREST | Claim Date: 03/09/2009 |
| SACHSE, TX 75048 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE
PRIORITY
UNSECURED | Claimed: | $59,503.44 |

---

| TENG, YAO-HUA | Claim Number: 1746 |
| 200 CLARENCE WAY | Claim Date: 08/17/2009 |
| FREMONT, CA 94539 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $58,855.20 |

---

| TENNESSEE DEPARTMENT OF REVENUE | Claim Number: 430 |
| C/O ATTORNEY GENERAL | Claim Date: 02/24/2009 |
| P.O. BOX 20207 | Debtor: NORTEL NETWORKS HPOCS INC. |
| NASHVILLE, TN 37202-0207 | Comments: WITHDRAWN |
| | DOCKET: 4328 (11/15/2010) |

| PRIORITY | Claimed: | $500.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 431<br>Claim Date: 02/24/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4327 (11/15/2010) | |
| PRIORITY              Claimed: | $500.00 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1000<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | |
| PRIORITY              Claimed:<br>TOTAL                Claimed: | $512,855.00<br>$812,855.00 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 1086<br>Claim Date: 04/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4326 (11/15/2010) | |
| PRIORITY              Claimed: | $512,855.00 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5895<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4324 (11/15/2010) | |
| ADMINISTRATIVE        Claimed: | $512,855.00 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>WILBUR E. HOOKS, DELEGATE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5896<br>Claim Date: 10/05/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4331 (11/15/2010) | |
| ADMINISTRATIVE        Claimed: | $500.00 | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 7203<br>Claim Date: 04/12/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7556 (04/18/2012) | |
| PRIORITY              Claimed: | $61,640.37 | |
| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5897<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS HPOCS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4334 (11/15/2010) | |
| PRIORITY              Claimed: | $0.00 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 5898<br>Claim Date: 10/05/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: WITHDRAWN<br>DOCKET: 4330 (11/15/2010) |

| PRIORITY | Claimed: | $0.00 |

---

| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6072<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4332 (11/15/2010) |

| ADMINISTRATIVE | Claimed: | $513,355.00 |

---

| TENNESSEE DEPT. OF REVENUE<br>ATTN WILBUR E. HOOKS, DIRECTOR<br>C/O ATTORNERY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 6073<br>Claim Date: 10/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4329 (11/15/2010) |

| PRIORITY | Claimed: | $670,154.73 |

---

| TENNETI, SURYA<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | Claim Number: 3175<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $54,500.00 |

---

| TENNETI, SURYA<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3295<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,300.00 |

---

| TENNETI, SURYA PRAKASH<br>97 ORION RD<br>PISCATAWAY, NJ 08854-5412 | Claim Number: 3176<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $54,500.00 |

---

| TENNETI, SURYA PRAKASH<br>828 PRIMROSE CT<br>BELLE MEAD, NJ 08502-6436 | Claim Number: 3296<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $27,250.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TEO, KA
2009 GLENMERE DRIVE
ALLEN, TX 75013

Claim Number: 7700
Claim Date: 04/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:              $33,163.24

---

TERAN, CAROL
15676 SW 52ND COURT
MIRAMAR, FL 33027

Claim Number: 7031
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS (CALA) INC.

PRIORITY          Claimed:              $10,950.00
UNSECURED         Claimed:              $44,050.00

---

TERAN, CAROL
15676 SW 52 COURT
MIRAMAR, FL 33027

Claim Number: 7820
Claim Date: 07/08/2011
Debtor: NORTEL NETWORKS (CALA) INC.

PRIORITY          Claimed:              $10,950.00
UNSECURED         Claimed:              $59,052.20

---

TERNEUS, MARINA
1429 FAIRWAY RIDGE DRIVE
RALEIGH, NC 27606

Claim Number: 4070
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

UNSECURED         Claimed:              $100,428.00

---

TERREMARK WORLDWIDE
C/O DIANE KATSULIS
DIRECTOR OF LEGAL AFFAIRS
222 W. LAS COLINAS BLVD
IRVING, TX 75039

Claim Number: 3909
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7625 (05/09/2012)

ADMINISTRATIVE   Claimed:              $217,026.54
UNSECURED        Claimed:              $222,773.63

---

TESSY, LEITH
157 CEDAR STREET
LEXINGTON, MA 02421

Claim Number: 4755
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7294

PRIORITY          Claimed:        $7,835.25   UNLIQ CONT
UNSECURED                                   Scheduled:        $6,710.35  UNLIQ

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TESSY, LEITH<br>8/F GS KANGNAM TOWER 679<br>YOKSAM-DONG, KANGNAM-G4<br>SEOUL, 135-985<br>KOREA | Claim Number: 4756<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,835.25 |
|---|---|---|

| TESSY, LEITH<br>157 CEDAR STREET<br>LEXINGTON, MA 02421 | Claim Number: 7294<br>Claim Date: 06/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4755 |
|---|---|

| PRIORITY | Claimed: | $412,835.00 |
|---|---|---|

| TESTFORCE SYSTEMS INC<br>9450 TRANS CANADA<br>ST LAURENT, QC H4S 1R7<br>CANADA | Claim Number: 2785<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $72,942.87 |
|---|---|---|

| TESTFORCE SYSTEMS INC<br>7879 - 8TH STREET NE #111<br>CALGARY, AB T2E 7B2<br>CANADA | Claim Number: 2790<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $72,942.87 |
|---|---|---|

| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 285<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $72,942.87 |
|---|---|---|

| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2786<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $72,942.87 |
|---|---|---|

| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2787<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $72,942.87 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2788<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2789<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| UNSECURED        Claimed: | $72,942.87 | |
| TESTFORCE SYSTEMS INC.<br>9450 TRANSCANADA HWY.<br>ST. LAURENT, QUEBEC, H4S 1R7<br>CANADA | Claim Number: 2791<br>Claim Date: 09/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | |
| ADMINISTRATIVE        Claimed: | $72,942.87 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION - BANKRUPTCY SECTION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7702<br>Claim Date: 04/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7202 (02/10/2012) | |
| ADMINISTRATIVE        Claimed: | $141,369.93 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1572<br>Claim Date: 07/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | |
| PRIORITY        Claimed: | $1,309,300.61 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1578<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 6763 (11/14/2011) | |
| PRIORITY        Claimed: | $1,309,300.61 | |
| TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY- COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 7113<br>Claim Date: 02/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7924 (06/29/2012) | |
| ADMINISTRATIVE        Claimed: | $277,192.08 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY- COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 7147
Claim Date: 03/12/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 6763 (11/14/2011)

| PRIORITY | Claimed: | $5,838,967.02 |
|---|---|---|

TEXAS COMPTROLLER OF PUBLIC ACCT., ET AL
OFFICE OF THE ATTORNEY GENERAL
COLLECTION DIVISION - BANKRUPTCY SECTION
P.O. BOX 12548
AUSTIN, TX 78711-2548

Claim Number: 7705
Claim Date: 04/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7924 (06/29/2012)

| ADMINISTRATIVE | Claimed: | $2,193,167.64 |
|---|---|---|

TEXAS INSTRUMENTS INC
12500 T.I. BLVD. M/S 8688
ATTENTION: CHARLIE HILL
DALLAS, TX 75284-5152

Claim Number: 2340
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $3,496.00 |
|---|---|---|

TEXAS STADIUM CORPORATION
1 COWBOYS PKWY
IRVING, TX 75063-4924

Claim Number: 456
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5089 (03/09/2011)

| UNSECURED | Claimed: | $54,952.27 |
|---|---|---|

TEXAS WORKFORCE COMMISSION
JOHN MOORE
REGULATORY INTEGRITY DIVISION
101 E 15TH STREET ROOM 556
AUSTIN, TX 78778-0001

Claim Number: 7301
Claim Date: 06/18/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 4358 (11/19/2010)

| ADMINISTRATIVE | Claimed: | $1,105.30   UNLIQ |
|---|---|---|

THE NEU GROUP INC
135 KATONAH AVENUE
3RD FLOOR
KATONAH, NY 10536

Claim Number: 2039
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| UNSECURED | Claimed: | $5,203.00 |
|---|---|---|

THELOOSEN, HENDRIKUS
162 WATERTON
WILLIAMSBURG, VA 23188

Claim Number: 3705
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,324.04 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| THERMOTRON<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | | Claim Number: 2695<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,332.32 | Scheduled: | $8,332.32 |
| THERMOTRON INDUSTRIES<br>291 KOLLEN PARK DRIVE<br>HOLLAND, MI 49423 | | Claim Number: 2747<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $8,332.32 | | |
| THILBERG, RONALD<br>101 LEATHER LEAF LN<br>LEBANON, OH 45036 | | Claim Number: 4091<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $38,222.21 | | |
| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | | Claim Number: 313<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $1,100.00 | | |
| THIN FILM TECHNOLOGY<br>1980 COMMERCE DRIVE<br>NORTH MANKATO, MN 56003 | | Claim Number: 2493<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2882 (04/14/2010) | | |
| UNSECURED | Claimed: | $1,100.00 | | |
| THINKNET INC<br>703 EVANS AVE<br>ETOBICOKE, ON M9C 5E9<br>CANADA | | Claim Number: 5877<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $13,680.00 | Scheduled: | $13,680.00 |
| THOMAS JR, JOHN A.<br>103 DEVINE WAY<br>CARY, NC 27511 | | Claim Number: 4144<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $190,672.43 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| THOMAS, CISIRA<br>1915 BERKNER DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 6730<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $199,536.14 | | |

---

| THOMAS, CISIRA L<br>1915 BERKNER DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 6729<br>Claim Date: 01/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| ADMINISTRATIVE | Claimed: | $199,536.14 | | |

---

| THOMAS, DAVID<br>7831 COACH HOUSE LN<br>RALEIGH, NC 27615 | | Claim Number: 3699<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $108,879.18 | Scheduled: | $0.00 UNLIQ |

---

| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT. 4<br>WEST PALM BEACH, FL 33407 | | Claim Number: 2103<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $18,000.00 | |

---

| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR APT 4<br>WEST PALM BEACH, FL 33407 | | Claim Number: 6576<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

---

| THOMAS, DELORIS F<br>101 EAST TIFFANY LAKES DR., APT 4<br>WEST PALM BEACH, FL 33407 | | Claim Number: 6577<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | |

| PRIORITY | Claimed: | $300,000.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

| THOMAS, DELORIS S.<br>101 EAST TIFFANY DRIVE APT# 4<br>WEST PALM BEACH, FL 33407 | | Claim Number: 2102<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT | |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| THOMAS, GLENYS M<br>512 HARRIS STREET<br>OXFORD, NC 27565 | Claim Number: 6679<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments:<br>Claimant asserts $2,837 per year |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| THOMAS, JACQUELINE<br>9137 SILCHESTER COURT<br>BURKE, VA 22015 | Claim Number: 5322<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

| THOMAS, JACQUELINE<br>9137 SILCHESTER COURT<br>BURKE, VA 22015 | Claim Number: 5323<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,000.00 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $25,000.00 |

---

| THOMAS, JAMES P.<br>9315 GLENASHLEY DRIVE<br>CORNELIUS, NC 28031 | Claim Number: 2696<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $52,660.00 |
|---|---|---|
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $10,490.00 |
| TOTAL | Claimed: | $52,660.00 |

---

| THOMAS, JAMES P.<br>9315 GLENASHLEY DR.<br>CORNELIUS, NC 28031 | Claim Number: 2697<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

| THOMAS, JOHN G.<br>3101 PECAN MEADOW DR.<br>GARLAND, TX 75040 | Claim Number: 6164<br>Claim Date: 11/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $55,350.91 |
|---|---|---|

---

| THOMPSON, ALEX J.<br>207 LAURIE LANE<br>CARY, NC 27513 | Claim Number: 8338<br>Claim Date: 08/13/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,492.13 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| THOMPSON, ALEX J.<br>207 LAURIE LANE<br>CARY, NC 27513 | Claim Number: 8348<br>Claim Date: 08/23/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $77,246.40 |
|---|---|---|

---

| THOMPSON, CHRISTOPHER CLAY<br>10812 FOX HEDGE RD<br>MATTHEWS, NC 28105 | Claim Number: 5603<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $12,999.38 |
|---|---|---|

---

| THOMPSON, DEANA G.<br>1536 POWELL STREET<br>NORRISTOWN, PA 19401 | Claim Number: 1313<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $6,980.00 |
|---|---|---|

---

| THOMPSON, GEOFFREY O<br>158 PASEO CT<br>MOUNTAIN VIEW, CA 94043-5286 | Claim Number: 1454<br>Claim Date: 07/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $40,425.00 |
|---|---|---|

---

| THOMPSON, JAMES L.<br>20822 QUIET BROOK PLACE<br>STERLING, VA 20165 | Claim Number: 162<br>Claim Date: 02/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| UNSECURED | Claimed: | $36,135.45 | Scheduled: | $37,856.58 |
|---|---|---|---|---|

---

| THOMPSON, JAYSON A.<br>1001 CHRISTOPHER DRIVE<br>CHAPEL HILL, NC 27517 | Claim Number: 7376<br>Claim Date: 08/09/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,337.55 |
|---|---|---|

---

| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | Claim Number: 3910<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 3915<br>Claim Date: 09/28/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| PRIORITY | Claimed: | $0.00   UNDET |
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 3916<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00   UNDET |
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 6630<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $32,752.00 |
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 6631<br>Claim Date: 01/08/2010<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC. |
| PRIORITY | Claimed: | $32,752.00 |
| THOMPSON, JEFF<br>7 N 224 WHISPERING TRAIL<br>SAINT CHARLES, IL 60175 | | Claim Number: 6632<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |
| PRIORITY | Claimed: | $32,752.00 |
| THOMPSON, RAYMOND R<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL 32814-6657 | | Claim Number: 7028<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $35,000.00 |
| THOMPSON, RAYMOND R.<br>4326 NEW BROAD ST. # 205<br>ORLANDO, FL 32814-6657 | | Claim Number: 7029<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS INC. |
| ADMINISTRATIVE | Claimed: | $35,000.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| THOMPSON, TED<br>PO BOX 300150<br>OKLAHOMA CITY, OK 73140-0150 | | Claim Number: 732<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| SECURED | Claimed: | $32,000.00 | | | |
| THOMPSON, TED<br>PO BOX 300150<br>MIDWEST CITY, OK 73140 | | Claim Number: 6776<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | | |
| UNSECURED | Claimed: | $45,315.82 | | | |
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 373<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $36,744.00 | | | |
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2045<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | | |
| UNSECURED | Claimed: | $37,000.00 | | | |
| THOMPSON, VERNON J.<br>1012 CHASE LN<br>DENTON, TX 76209-3504 | | Claim Number: 2050<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $37,000.00 | Scheduled: | $39,400.61 | |
| THOMSON, FREDERICK<br>5971 PORTO ALEGRE DR.<br>SAN JOSE, CA 95120 | | Claim Number: 4179<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $158,105.05 | | | |
| THOMSON, GEORGE<br>28 NORTHUMBERLAND<br>NASHVILLE, TN 37215 | | Claim Number: 4236<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $217,474.58 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| THOMSON, PAUL AND DORINNE<br>14204 53 AVE NW<br>EDMONTON, AB T6H 0T1<br>CANADA | Claim Number: 5595<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| UNSECURED            Claimed: | $3,239.52 |

---

| THOMSON, SANDRA AND DORINNE<br>5 HUNCHAK WAY UNIT 16<br>ST ALBERT, AB T8N 6E9<br>CANADA | Claim Number: 5593<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| UNSECURED            Claimed: | $3,240.00 |

---

| THORBOURNE, STELLA & RONALD<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | Claim Number: 6738<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| ADMINISTRATIVE            Claimed: | $1,355.00 |

---

| THORBOURNE, STELLA & RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB T5A 4R8<br>CANADA | Claim Number: 6739<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| UNSECURED            Claimed: | $1,355.00 |

---

| THORBOURNE, STELLA AND RONALD<br>5012 - 143 AVE. NW<br>EDMONTON, AB T5A 4R8<br>CANADA | Claim Number: 3066<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|
| UNSECURED            Claimed: | $1,355.00 |

---

| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | Claim Number: 4480<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|
| PRIORITY            Claimed:          $4,923.07<br>UNSECURED                              Scheduled:          $5,157.69 | |

---

| THORNTON, SABRINA L<br>956 DICKENS RD<br>LILBURN, GA 30047 | Claim Number: 4481<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|
| ADMINISTRATIVE            Claimed: | $4,923.07 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

THORPE, WANDA M
6412 FAIRVIEW DR.
PENSACOLA, FL 32505

Claim Number: 7344
Claim Date: 07/12/2010
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

THOTTUVELIL, MARY
14762 BEDIVERE COURT
DALLAS, TX 75254

Claim Number: 177
Claim Date: 02/05/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | Scheduled: | $6,681.52 |
|---|---|---|---|---|
| PRIORITY | | | | |
| UNSECURED | Claimed: | $25,460.78 | Scheduled: | $19,875.32 |

---

THURMAN, MARIAN L
239 TAFT
YPSILANTI, MI 48197

Claim Number: 4245
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

THURMAN, MARIAN L
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 6917
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

THURMAN, MARIAN L
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 6918
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

THURMAN, MARIAN L
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 6921
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

THURMAN, MARIAN L
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 6922
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

THURMAN, MARIAN L.
239 TAFT AVE
YPSILANTI, MI 48197

Claim Number: 4246
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2619 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

TIERNEY, MARK
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 204
Claim Date: 02/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $4,955.77 |
|---|---|---|

---

TIERNEY, MARK D
2300 CROCKETT CT
MCKINNEY, TX 75070

Claim Number: 2385
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | Claimed: | $5,451.33 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6,060.79 |

---

TILL, CHARLES
7516 CHIPPENHAM CT
RALEIGH, NC 27613

Claim Number: 7331
Claim Date: 07/06/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $96,851.11 |
|---|---|---|

---

TILLMAN, BARRY
1700 AUBURN DR.
RICHARDSON, TX 75081

Claim Number: 7738
Claim Date: 05/23/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $14,400.00 |
|---|---|---|

---

TIME MATTERS GMBH
GUTENBERGSTR 6
NEU - ISENBURG, 63263
GERMANY

Claim Number: 7140
Claim Date: 03/09/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: DOCKET: 7353 (03/08/2012)
Claim amount of 2,400.00 CAD

| UNSECURED | Claimed: | $2,117.76 |
|---|---|---|

---

TIME:MATTERS
GUTENBERGSTRABE 6
NEU0ISENBURG, 63263
GERMANY

Claim Number: 7141
Claim Date: 03/09/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| ADMINISTRATIVE | Claimed: | $2,117.76   UNDET |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TIMLER, PAUL<br>14306 JUNIPER STREET<br>LEAWOOD, KS 66224 | Claim Number: 1576<br>Claim Date: 07/21/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| UNSECURED | Claimed: | $129,999.86 | | |
| --- | --- | --- | --- | --- |

| TIMMONS, JAY S.<br>1411 ANDOVER STREET<br>TEWKSBURY, MA 01876 | Claim Number: 3031<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $16,000.00 | | |
| --- | --- | --- | --- | --- |

| TIMMONS, JAY S.<br>1411 ANDOVER STREET<br>TEWKSBURY, MA 01876 | Claim Number: 3032<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| --- | --- |

| SECURED | Claimed: | $16,000.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $16,568.40 UNLIQ |

| TIMPERIO, TAMI<br>332 SILVER BLUFF STREET<br>HOLLY SPRINGS, NC 27540 | Claim Number: 4204<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
| --- | --- |

| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $4,522.20 |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $57,738.46 | Scheduled: | $55,047.34 |
| TOTAL | Claimed: | $57,738.46 | | |

| TIMSON, WAYNE<br>675 TOBIAS ST SE<br>PALM BAY, FL 32909-8705 | Claim Number: 1242<br>Claim Date: 05/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
| --- | --- |

| UNSECURED | Claimed: | $10,822.14 | Scheduled: | $12,456.53 |
| --- | --- | --- | --- | --- |

| TIN INC. D/B/A TEMPLE-INLAND<br>LEGAL DEPT. - DANNY MCDONALD<br>1300 S. MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | Claim Number: 1847<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 3799 (08/18/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $2,873.41 | | |
| --- | --- | --- | --- | --- |

| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | Claim Number: 492<br>Claim Date: 02/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4779 (01/31/2011) |
| --- | --- |

| UNSECURED | Claimed: | $37,703.73 | | |
| --- | --- | --- | --- | --- |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TIN INC., D/B/A TEMPLE - INLAND<br>ATTN: LEGAL DEPT. - DANNY MCDONALD<br>1300 S MOPAC, 3RD FLOOR<br>AUSTIN, TX 78746-6933 | | Claim Number: 1857<br>Claim Date: 08/20/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
| UNSECURED | Claimed: | $40,577.14 |
| TIPPING, CHRIS<br>14011 NW CR 4050<br>BLOOMING GROVE, TX 76626 | | Claim Number: 7955<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $54,560.28 |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>NAC UNI EDIF MANSION BLANCA P5<br>QUITO,<br>ECUADOR | | Claim Number: 5842<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| PRIORITY | Claimed: | $6,720.00 |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 1082 NACIONES<br>UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | | Claim Number: 5843<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| ADMINISTRATIVE | Claimed: | $6,720.00 |
| TMFECUADOR CIA LTDA<br>AV REPUBLICA DEL SALVADOR 108<br>QUITO,<br>ECUADOR | | Claim Number: 6828<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) |
| PRIORITY | Claimed: | $6,720.00 |
| TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | | Claim Number: 6829-01<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) |
| UNSECURED | Claimed: | $3,590.14 |
| TMFECUADOR CIA. LTDA.<br>REPUBLICA DEL SALVADOR<br>1082 NACIONES UNIDAS EDIF.<br>MANSION BLANCA P5<br>QUITO,<br>ECUADOR | | Claim Number: 6829-02<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $3,129.86 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TO, PAUL<br>904 THERESA CT.<br>MENLO PARK, CA 94025 | Claim Number: 4521<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $37,256.87 |
|---|---|---|

---

| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | Claim Number: 1642<br>Claim Date: 08/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| PRIORITY | Claimed: | $43,061.76 |
|---|---|---|

---

| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | Claim Number: 1692<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6120 |
|---|---|

| PRIORITY | Claimed: | $43,061.76 |
|---|---|---|

---

| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LN<br>WILLOW SPRING, NC 27592-9241 | Claim Number: 1693<br>Claim Date: 08/13/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $256,951.83   UNLIQ |
|---|---|---|

---

| TODARO, THOMAS<br>3209 VIRGINIA CREEPER LANE<br>WILLOW SPRING, NC 27592-9241 | Claim Number: 4399<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $43,061.76 |
|---|---|---|

---

| TOGASAKI, GORDON S.<br>SHOTO 1-19-3, SHIBUYA-KU<br>TOKYO, 150-0046<br>JAPAN | Claim Number: 4730<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $542,832.21 |
|---|---|---|

---

| TOLER, KATHLEEN<br>2802 MOCKINGBIRD LN<br>ARKADELPHIA, AR 71923-5348 | Claim Number: 4464<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $14,981.40 | Scheduled: | $25,270.93 |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TOLF, ERIK S.<br>32 OLD FARM ROAD<br>BEDFORD, NH 03110 | | Claim Number: 7987<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,344.14 | | |

| TOLLY GROUP INC.<br>PO BOX 812333<br>BOCA RATON, FL 33481 | | Claim Number: 6107<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $51,250.00 | | |

| TOLLY GROUP INCORPORATED<br>PO BOX 812333<br>BOCA RATON, FL 33481 | | Claim Number: 6106<br>Claim Date: 11/09/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $40,300.00 | Scheduled: | $51,250.00 |

| TOMOVICK, GARY<br>1254 OAK RIDGE LANE<br>PINOLE, CA 94564 | | Claim Number: 6501<br>Claim Date: 12/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $29,555.05 | | |

| TONTIRUTTANANON, CHANNARONG<br>280 W RENNER RD<br>APT 4324<br>RICHARDSON, TX 75080 | | Claim Number: 6225<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,799.34   UNLIQ | | |

| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | | Claim Number: 7220<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,308.00 | | |

| TOOKE, RICHARD<br>2612 KINLAWTON PL<br>RALEIGH, NC 27614 | | Claim Number: 7221<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,308.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TOP GUN VENTURES, LLC<br>ATTN: PETER DONOVAN<br>15305 DALLAS PARKWAY, SUITE 300<br>ADDISON, TX 75001 | | Claim Number: 578<br>Claim Date: 03/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,489.63 | Scheduled: | $4,489.63 |

| TORNES, RANDY<br>4761 PAXTON LN<br>FRISCO, TX 75034 | | Claim Number: 1335<br>Claim Date: 06/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $183,160.53 |

| TORRES CUNADO, OSCAR<br>VILAMAR 53<br>CALAFELL, 43820<br>SPAIN | | Claim Number: 5982<br>Claim Date: 10/15/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,328.00   UNLIQ |

| TORRES, CARMEN<br>PO BOX 3046<br>AMELIA CONT ST<br>CANTANO, PR 00936 | | Claim Number: 6461<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,260.00 |

| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | | Claim Number: 2871<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY | Claimed: | $46,243.49 |
| UNSECURED | Claimed: | $46,243.49 |
| TOTAL | Claimed: | $46,243.49 |

| TORRES, LOIS W<br>7240 GEORGE AVE<br>NEWARK, CA 94560 | | Claim Number: 2872<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $46,243.49 |

| TOSHACH, DAN<br>19135 CORCORAN DR<br>MANCHESTER, MI 48158 | | Claim Number: 6914<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,631.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| TOSHACH, DANIEL W<br>19135 CORCORAN RD<br>MANCHESTER, MI 48158 | | Claim Number: 6913<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $27,631.00 |
| UNSECURED | Claimed: | $0.20 |

| | | |
|---|---|---|
| TOWERS PERRIN FORSTER & CROSBY INC.<br>DBA TOWERS PERRIN<br>1500 MARKET STREET, CENTRE SQUARE EAST<br>PHILADELPHIA, PA 19102-4790 | | Claim Number: 1677<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $377,224.00 |

| | | |
|---|---|---|
| TOWNLEY, JEFF<br>4104 PICARDY DR.<br>RALEIGH, NC 27612 | | Claim Number: 1008<br>Claim Date: 04/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $166,553.77 |

| | | |
|---|---|---|
| TOWNLEY, JEFF<br>4104 PICARDY DRIVE<br>RALEIGH, NC 27612 | | Claim Number: 4429<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $213,000.00 |

| | | |
|---|---|---|
| TOWNLEY, JEFF<br>4104 PICARDY DR.<br>RALEIGH, NC 27612 | | Claim Number: 5628<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1008 |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $195,117.30 |

| | | |
|---|---|---|
| TOWNSEND, GREGORY<br>823 THATCHER WAY<br>FRANKLIN, TN 37064 | | Claim Number: 8383<br>Claim Date: 10/02/2012<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $20,849.24 |

| | | |
|---|---|---|
| TOWNSEND, JACKSON N., III<br>139 DAN MOODY TRAIL<br>GEORGETOWN, TX 78633 | | Claim Number: 611<br>Claim Date: 03/17/2009<br>Debtor: NORTEL NETWORKS INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125,325.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TOWNSEND, SCOTT<br>1500 STACY ROAD<br>FAIRVIEW, TX 75069 | | Claim Number: 727<br>Claim Date: 03/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $25,916.93 | Scheduled: | $27,697.24 |
| TOZER, WILLIAM<br>919 RAWHIDE PL<br>NEWBURY PARK, CA 91320-5564 | | Claim Number: 6589<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| PRIORITY | Claimed: | $52,688.40 | | |
| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | | Claim Number: 5051<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $217,000.00   UNLIQ | | |
| TRAEGDE, BRUCE & PATRICIA; CONSERVATORS<br>& GUARDIANS OF THE MINORS E. DURGAN &<br>A. DURGAN AND ESTATE OF JAMES DURGAN<br>230 SHADOW LANE - ATTN: JAMES DURGAN<br>RIDGWAY, CO 81432 | | Claim Number: 5052<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $217,000.00   UNLIQ | | |
| TRAILBLAZER STUDIOS NC, INC.<br>1610 MIDTOWN PLACE<br>RALEIGH, NC 27609 | | Claim Number: 126<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 |
| TRALNBERG, BEN<br>9-52304 RR233<br>SHERWOOD PARK, AB T8B 1C9<br>CANADA | | Claim Number: 4084<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $4,050.30 | | |
| TRAMMELL, DAVID<br>1409 SASSAFRASS DRIVE<br>PLANO, TX 75023 | | Claim Number: 1959<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| PRIORITY | Claimed: | $43,601.68 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TRAMMELL, DAVID W.
1409 SASSAFRAS DRIVE
PLANO, TX 75023

Claim Number: 1960
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $43,601.68 |
|---|---|---|

---

TRAN, HON
402 OAK ISLAND DR
CARY, NC 27513

Claim Number: 1417
Claim Date: 06/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $32,180.76 |

---

TRAN, HUONG XUAN
3905 DUNWICH DR
RICHARDSON, TX 75082

Claim Number: 5562
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | | |
| UNSECURED | Claimed: | $34,961.54 |

---

TRAN, THANH T
2013 BROOK TREE DR.
GARLAND, TX 75040

Claim Number: 8362
Claim Date: 09/12/2012
Debtor: NORTEL NETWORKS (CALA) INC.

| SECURED | Claimed: | $7,991.98 |
|---|---|---|
| UNSECURED | Claimed: | $2,650.18 |

---

TRAN, THANH T.
2013 BROOK TREE DR
GARLAND, TX 75040

Claim Number: 8364
Claim Date: 09/12/2012
Debtor: NORTEL NETWORKS (CALA) INC.

| ADMINISTRATIVE | Claimed: | $10,642.16 |
|---|---|---|

---

TRAN, THU-ANH
2510 APPALACHIA DR
GARLAND, TX 75044

Claim Number: 3149
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

---

TRAN-LEE, ANN N.
4421 BRINKER COURT
PLANO, TX 75024

Claim Number: 7525
Claim Date: 12/20/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $10,868.00 |
| UNSECURED | Claimed: | $0.11 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TRAPEZE NETWORKS
ATTN: SUE BRENT
5753 W. LAS POSITAS BLVD.
PLEASANTON, CA 94588

Claim Number: 974
Claim Date: 04/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $624,809.82 |
|---|---|---|

---

TRATE, MICHAEL
2962 BELT LINE RD
APT. 1313
GARLAND, TX 75044

Claim Number: 7836
Claim Date: 07/12/2011
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| UNSECURED | Claimed: | $17,555.00 |
|---|---|---|

---

TRATE, MICHAEL
2962 BELT LINE RD
APT. 1313
GARLAND, TX 75044

Claim Number: 7861
Claim Date: 07/25/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $17,555.00 |
|---|---|---|

---

TRAUD, RONALD A.
2709 PINEY GROVE WILBON RD.
FUQUAY-VARINA, NC 27526

Claim Number: 5986
Claim Date: 10/15/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $34,283.84 |
|---|---|---|

---

TRAVELERS INDEMNITY COMPANY ET AL, THE
ATTN: CHANTEL PINNOCK
ONE TOWER SQUARE, 5MN
HARTFORD, CT 06183

Claim Number: 5513
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $181,303.00 | UNLIQ |

---

TRAVERS, JOHN
2821 LA NEVASCA LANE
CARLSBAD, CA 92009

Claim Number: 963
Claim Date: 04/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $71,095.00 |
|---|---|---|

---

TRAVERS, JOHN
2821 LA NEVASCA LN
CARLSBAD, CA 92009

Claim Number: 2667
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $71,095.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TRAVERS, JOHN<br>2821 LA NEVASCA LANE<br>CARLSBAD, CA 92009 | | Claim Number: 2668<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $71,095.00 | | |
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 883<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4733 (01/21/2011) | | |
| SECURED | Claimed: | $1,658.78   UNLIQ | | |
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | | Claim Number: 7545<br>Claim Date: 12/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8360 (08/29/2012) | | |
| SECURED | Claimed: | $447.60 | | |
| TRC MASTER FUND LLC<br>TRANSFEROR: INVENTORY MANAGEMENT PARTNER<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 560<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $68,955.00 | Scheduled: | $68,955.00 |
| TRC MASTER FUND LLC<br>TRANSFEROR: CORNING INCORPORATED<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 880<br>Claim Date: 04/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 6200 (08/23/2011) | | |
| UNSECURED | Claimed: | $124,867.31 | | |
| TRC MASTER FUND LLC<br>TRANSFEROR: TELENET MARKETING SOLUTIONS<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 1392<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $73,050.00 | Scheduled: | $73,050.00 |
| TRC MASTER FUND LLC<br>TRANSFEROR: BLAIR CONSULTING<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 1549<br>Claim Date: 07/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | |
| UNSECURED | Claimed: | $13,699.00 | Scheduled: | $13,699.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TRC MASTER FUND LLC<br>TRANSFEROR: IBISKA TELECOM INC<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 2999<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $51,191.61 | Scheduled: | $51,191.61 |
|---|---|---|---|---|

| TRC MASTER FUND LLC<br>TRANSFEROR: AMERICANS FOR TAX REFORM<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5830<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

| TRC MASTER FUND LLC<br>TRANSFEROR: ADEPTRON TECHNOLOGIES CORPOR<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 5936<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $28,690.00 | Scheduled: | $28,690.00 |
|---|---|---|---|---|

| TRC MASTER FUND LLC<br>TRANSFEROR: MUNCK CARTER LLP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 7472<br>Claim Date: 10/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $130,268.07 |
|---|---|---|

| TRC MASTER FUND LLC<br>TRANSFEROR: AXXION GROUP CORPORATION<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 7799<br>Claim Date: 06/21/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $57,000.00 |
|---|---|---|

| TREASURER OF VIRGINIA<br>DEPARTMENT OF THE TREASURY, DIVISION OF<br>UNCLAIMED PROPERTY<br>PO BOX 2478<br>RICHMOND, VA 23218-2478 | Claim Number: 6578<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TRIBUNE MEDIA SERVICES<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | Claim Number: 2246<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,559.59 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 2247<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $8,559.59 | Scheduled: | $40.00 DISP | |
| TRIBUNE MEDIA SERVICES INC<br>40 MEDIA DRIVE<br>QUEENSBURY, NY 12804 | | Claim Number: 6509<br>Claim Date: 12/30/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | | |
| UNSECURED | Claimed: | $8,549.59 | | | |
| TRIMBLE NAVIGATION<br>510 DEGUIGNE DRIVE<br>SUNNYVALE, CA 94085 | | Claim Number: 2248<br>Claim Date: 08/27/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $16,450.00 | Scheduled: | $12,800.00 | |
| TRIMBLE, DANIEL<br>333 108TH AVENUE NETOWER 333, SUITE 2000<br>BELLEVUE, WA 98004 | | Claim Number: 6098<br>Claim Date: 11/05/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $10,455.28 | Scheduled: | $10,455.28 UNLIQ | |
| TRISKO, KRISTEN W<br>8 ELIZABETH LN<br>DANVILLE, CA 94526 | | Claim Number: 3355<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNDET | | | |
| TRISKO, KRISTEN W<br>8 ELIZABETH LANE<br>DANVILLE, CA 94526 | | Claim Number: 3356<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) | | | |
| PRIORITY | Claimed: | $0.00 UNDET | | | |
| TROP, PRUNER & HU, P.C.<br>1616 S. VOSS RD., STE. 750<br>HOUSTON, TX 77057 | | Claim Number: 3759<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $661.50 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TROSCLAIR, TERRY
2507 SAGE RIDGE DRIVE
FRISCO, TX 75034

Claim Number: 1412
Claim Date: 06/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2882 (04/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,920.00 |

---

TROSCLAIR, TERRY
2507 SAGE RIDGE DRIVE
FRISCO, TX 75034

Claim Number: 3412
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,920.00 |

---

TROUT, PAUL
210 WARWICK FURNACE RD
ELVERSON, PA 19520

Claim Number: 3874
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $51,058.56 |

---

TROUTMAN SANDERS LLP
600 PEACHTREE STREET, NE, STE 5200
ATLANTA, GA 30308

Claim Number: 429
Claim Date: 02/24/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $23,530.46 |

---

TROY, CATHERINE
142 TREBLE COVE RD
N BILLERICA, MA 01862

Claim Number: 1943
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,974.40 |

---

TROY, CATHERINE
142 TREBLE COVE RD
N BILLERICA, MA 01862

Claim Number: 1979
Claim Date: 08/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,974.40 |

---

TROY, CATHERINE E
142 TREBLE COVE ROAD
BILLERICA, MA 01862

Claim Number: 1450
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,974.40 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1975<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1976<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE RD<br>N BILLERICA, MA 01862 | | Claim Number: 1977<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| UNSECURED | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1978<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E<br>142 TREBLE COVE ROAD<br>N BILLERICA, MA 01862 | | Claim Number: 1980<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 1944<br>Claim Date: 08/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>BILLERICA, MA 01862 | | Claim Number: 6329<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $19,974.40 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | | Claim Number: 6330<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | | Claim Number: 6341<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | | Claim Number: 6342<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | | Claim Number: 6345<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $19,974.40 |
| TROY, CATHERINE E.<br>142 TREBLE COVE ROAD<br>N. BILLERICA, MA 01862 | | Claim Number: 6346<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE | Claimed: | $19,974.40 |
| TRS<br>TRS REN TELCO<br>PO BOX 619260<br>DFW AIRPORT, TX 75261-9260 | | Claim Number: 7027<br>Claim Date: 01/28/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $5,391.86 |
| TRUEBA-GARZON, LAURA<br>723 JUNIPER LN.<br>WESTON, FL 33327 | | Claim Number: 8366<br>Claim Date: 09/14/2012<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $38,846.20 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TRUESDALE, JEFFREY LOUIS<br>510 CHADBOURNE DR.<br>DURHAM, NC 27703 | | Claim Number: 7986<br>Claim Date: 09/16/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $59,504.90 | | |
| TRUONG, DUNG<br>2976 MARLOW LN<br>RICHARDSON, TX 75082 | | Claim Number: 1612<br>Claim Date: 07/27/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $40,080.82 | | |
| TRYLOVICH, KAREN<br>221 SPALDING GATE DR<br>ATLANTA, GA 30328 | | Claim Number: 2084<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $47,578.52 | Scheduled: | $43,358.76 UNLIQ |
| TRYLOVICH, KAREN W<br>221 SPALDING GATE DR<br>ATLANTA, GA 30328 | | Claim Number: 2083<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $187,487.66 | Scheduled: | $187,487.66 |
| TSAO, ALEX<br>2 MOCCASIN LANE<br>CHELMSFORD, MA 01824 | | Claim Number: 4031<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,061.54 | | |
| TSC INC.<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | | Claim Number: 2908<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $4,095.00 | | |
| TSC INC.<br>JOANNE MCLEAN<br>18 ALPHONSE CRES.<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | | Claim Number: 2909<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,095.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TSC INC.<br>18 ALPHONSE CRES<br>MISSISSAUGA, ON L5M 1A5<br>CANADA | | Claim Number: 6827<br>Claim Date: 01/21/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) | | |
| UNSECURED | Claimed: | $4,095.00 | | |
| TSENG, HSU-DOUNG<br>214 LONG CANYON COURT<br>RICHARDSON, TX 75080 | | Claim Number: 962<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $159,924.51 | | |
| TUCKER, JAMES E<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | | Claim Number: 3222<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $18,295.85 | | |
| UNSECURED | Claimed: | $1,479.00 | Scheduled: | $22,360.78 |
| TUCKER, JAMES E.<br>2612 MILITARY PKWY<br>MESQUITE, TX 75149 | | Claim Number: 1759<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $8,824.81 | | |
| TUCKER, PAMELA H.<br>6600 PENNY ROAD<br>RALEIGH, NC 27606 | | Claim Number: 7974<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $229,377.76 | | |
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 4182<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. | | |
| PRIORITY | Claimed: | $6,482.00 | | |
| UNSECURED | Claimed: | $75,938.00 | | |
| TULLO, JOHN<br>3520 MOONLIGHT DRIVE<br>CHAPEL HILL, NC 27516 | | Claim Number: 6018<br>Claim Date: 10/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1443. | | |
| PRIORITY | Claimed: | $6,482.00 | | |
| UNSECURED | Claimed: | $75,938.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TULLO, JOHN A
3520 MOONLIGHT DRIVE
CHAPEL HILL, NC 27516

Claim Number: 1443
Claim Date: 06/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6018

| UNSECURED | Claimed: | $75,426.00 |
|---|---|---|

---

TULLO, JOHN A.
3520 MOONLIGHT DRIVE
CHAPEL HILL, NC 27516

Claim Number: 6088
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1443

| PRIORITY | Claimed: | $6,482.00 |
|---|---|---|
| UNSECURED | Claimed: | $75,938.00 |

---

TULLY, JAMES R
1314 EASTWOOD LANE
MC HENRY, IL 60050

Claim Number: 3026
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 7620 (05/08/2012)

| UNSECURED | Claimed: | $35,852.29 |
|---|---|---|

---

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S. DENVER
TULSA, OK 74103

Claim Number: 6880
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET 2673 (03/09/2010)

| PRIORITY | Claimed: | $1,810.00 |
|---|---|---|

---

TULSA COUNTY TREASURER
J. DENNIS SEMLER
500 S DENVER
TULSA, OK 74103

Claim Number: 7045
Claim Date: 01/21/2010
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN

| PRIORITY | Claimed: | $1,810.00 |
|---|---|---|

---

TUMMALA, RAMBABU
4324 GIOVANNI DR
PLANO, TX 75024

Claim Number: 1237
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $42,000.00 |
|---|---|---|

---

TUONG MINH PROJECT MGMT. AGENCY (TMA)
111 NGUYEN DINH CHINH STREET,
PHU NHUAN DISTRICT
HO CHI MINH CITY,
VIETNAM

Claim Number: 358
Claim Date: 02/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET 2563 (02/26/2010)

| UNSECURED | Claimed: | $292,544.00 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TUONG MINH PROJECT MGMT. AGENCY (TMA) | Claim Number: 406 |
| 111 NGUYEN DINH CHINH STREET, | Claim Date: 02/26/2009 |
| PHU NHUAN DISTRICT | Debtor: NORTEL NETWORKS INC. |
| HO CHI MINH CITY, | |
| VIETNAM | |

| UNSECURED | Claimed: | $256,592.75 | Scheduled: | $217,807.08 |

---

| TURNER, BENOIT | Claim Number: 3529 |
| C/O BELDEN, INC. | Claim Date: 09/23/2009 |
| ATTN: BRIAN ANDERSON, CORPORATE ATTORNEY | Debtor: NORTEL NETWORKS INC. |
| 7733 FORSYTH BOULEVARD, SUITE 800 | |
| SAINT LOUIS, MO 63105 | |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $34,806.63 |

---

| TURNER, BRAD | Claim Number: 1513 |
| 1793 BALTIMORE DR | Claim Date: 07/10/2009 |
| ALLEN, TX 75002-2679 | Debtor: NORTEL NETWORKS INC. |
| | Comments: ALLOWED |
| | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $70,312.50 |

---

| TURNER, BRAD | Claim Number: 6139 |
| 1793 BALTIMORE DR | Claim Date: 11/19/2009 |
| ALLEN, TX 75002-2679 | Debtor: NORTEL NETWORKS INC. |
| | Comments: |
| | Amends claim number 1513 from 7/10/2009 |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| TURNER, CORY B. | Claim Number: 864 |
| 148 ERVIN STREET | Claim Date: 04/06/2009 |
| HENDERSONVILLE, TN 37075 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $36,918.00 |

---

| TURNER, JAMES C | Claim Number: 2312 |
| 726 UNION CHAPEL ROAD | Claim Date: 08/28/2009 |
| LOUISVILLE, MS 39339 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 7620 (05/08/2012) |

| PRIORITY | Claimed: | $372.22   UNLIQ |

---

| TURNER, JAMES C. | Claim Number: 2313 |
| 726 UNION CHAPEL RD. | Claim Date: 08/28/2009 |
| LOUISVILLE, MS 39339 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| TURNER, JUANITA M<br>7116 BLAYLOCK RD<br>BAHAMA, NC 27503 | Claim Number: 2374<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $21,000.00   UNLIQ |
|---|---|---|

---

| TURNER, MARGARET<br>2306, MARCHURST ROAD<br>KANATA, ON K2K 1X7<br>CANADA | Claim Number: 965<br>Claim Date: 04/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $53,425.37 |
|---|---|---|

---

| TURNER, SIDNEY<br>BRIAN ANDERSON, CORPORATE ATTORNEY<br>BELDEN, INC.<br>7733 FORSYTH BOULEVARD, SUITE 800<br>ST. LOUIS, MO 63105 | Claim Number: 3532<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 1370 |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $14,891.24 |

---

| TURRAVILLE, TERESA L<br>912 ARBOR CREST BLVD<br>ANTIOCH, TN 37013 | Claim Number: 7983<br>Claim Date: 09/15/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $7,040.00   UNLIQ CONT |
|---|---|---|

---

| TUSSEY, STEPHEN<br>4150 LANSFAIRE TERRACE<br>SUWANEE, GA 30024 | Claim Number: 4808<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $50,928.62 |
|---|---|---|

---

| TUV RHEINLAND<br>TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | Claim Number: 1878<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $84,135.61 |
|---|---|---|

---

| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | Claim Number: 194-01<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $62,229.34 |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| TUV RHEINLAND OF N.A INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | | Claim Number: 194-02<br>Claim Date: 02/06/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $200.00 | | | |
| TUV RHEINLAND OF N.A. INC.<br>12 COMMERCE ROAD<br>NEWTOWN, CT 06470 | | Claim Number: 1881<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| ADMINISTRATIVE | Claimed: | $84,135.61 | | | |
| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | | Claim Number: 1879<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,750.00 | |
| TUV RHEINLAND OF NORTH AMERICA<br>PO BOX 33222<br>HARTFORD, CT 06150-3222 | | Claim Number: 1880<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $84,135.61 | Scheduled: | $1,429.68 | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | | Claim Number: 4390-01<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 236 | | | |
| UNSECURED | Claimed: | $847.16 | Scheduled: | $3,595.52 | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1, VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | | Claim Number: 4390-02<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED | Claimed: | $2,748.36 | | | |
| TVSNET TECHNOLOGIES LIMITED<br>7TH FLOOR MPL SILICON TOWERS<br>NO. 23/1 VELACHERY TAMBARAM ROAD<br>PALLIKARANAI<br>CHENNAI-600100,<br>INDIA | | Claim Number: 4391<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,595.52 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TW TELECOM INC. FKA TIME WARNER TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | | Claim Number: 432<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5392 (05/06/2011) |
| SECURED | Claimed: | $110,490.98 |
| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | | Claim Number: 3260<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $72,126.92 |
| TWEEDY, JOHN<br>16527 GRAPPERHALL DR<br>HUNTERSVILLE, NC 28078 | | Claim Number: 3261<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $72,126.92 |
| TWISTED PAIR SOLUTIONS<br>3131 ELLIOTT AVENUE, SUITE 200<br>SEATTLE, WA 98121 | | Claim Number: 6081<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| UNSECURED | Claimed: | $6,000.00 |
| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | | Claim Number: 1306<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $1,254.43 |
| TWO TOWNE SQUARE LLC<br>C/O JAFFE RAITT HEUER & WEISS, P.C.<br>ALICIA SCHEHR, ESQ.<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | | Claim Number: 2836<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $227,575.64 |
| TWYMAN, STEVEN<br>3328 DAINGERFIELD DR<br>RALEIGH, NC 27616 | | Claim Number: 7654<br>Claim Date: 03/21/2011<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $13,536.52 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

TWYMAN, WILLIAM G.
12 LOCHDON CT
PINEHURST, NC 28374

Claim Number: 3866
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,515.25 | Scheduled: | $0.00 UNLIQ |

TWYVER, DAVID A
PO BOX 2447
FRIDAY HARBOUR, WA 98250

Claim Number: 3369
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,503.00 | Scheduled: | $0.00 UNLIQ |

TYCO ELECTRONICS CORP.
ATTN: GEORGE D NAGEL, JR.
CREDIT DEPT 3826
2800 FULLING MILL ROAD
MIDDLETOWN, PA 17057

Claim Number: 3777-01
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,616.62 |

TYCO ELECTRONICS CORP.
ATTN: GEORGE D NAGEL, JR.
CREDIT DEPT 3826
2800 FULLING MILL ROAD
MIDDLETOWN, PA 17057

Claim Number: 3777-02
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,390.89 |

TYNDALL, RONALD
90 CALICO DRIVE
APEX, NC 27523

Claim Number: 7973
Claim Date: 09/13/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8420

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,749.79 |

TYNDALL, RONALD
90 CALICO DRIVE
APEX, NC 27523

Claim Number: 8420
Claim Date: 12/19/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7973

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,749.79 |

TYRRELL, SHELDON C
46 SPRING ISLAN DR
OKATIE, SC 29909

Claim Number: 3751
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $180,735.84 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| TYRRELL, SHELDON C<br>46 SPRING ISLAN DR<br>OKATIE, SC 29909 | | Claim Number: 3809<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $180,735.84 |
| TYSON, JOHN F.<br>7 HARTFORD PLACE<br>OTTAWA, ON K2R-1A5<br>CANADA | | Claim Number: 4762<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $201,401.55 |
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 2798<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $70,883.14 |
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 2799<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $167,021.38 |
| TZANETEAS, GEORGE<br>1033 NE 17TH WAY UNIT 1505<br>FT LAUDERDALE, FL 33304 | | Claim Number: 3847<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $167,021.38    Scheduled:    $0.00  UNLIQ |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 4163<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $6,243.00 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 4700<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $6,243.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6093<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $6,243.00 |
| UNSECURED | Claimed: | $3,721,212.93 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6094<br>Claim Date: 11/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $6,243.00 |
| UNSECURED | Claimed: | $3,721,212.93 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6296<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,480,804.80 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6297<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,480,804.80 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6401<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,169,155.29 |
| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | | Claim Number: 6402<br>Claim Date: 12/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8888 (11/06/2012) |
| ADMINISTRATIVE | Claimed: | $778,707.77 |
| UNSECURED | Claimed: | $4,169,155.29 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| U.S. BANK NATIONAL ASSOCIATION<br>TRANSFEROR: 1500 CONCORD TERRACE LP<br>C/O WELLS FARGO COMMERCIAL MORTGAGE SRVC<br>1901 HARRISON STREET, 2ND FLOOR<br>OAKLAND, CA 94612 | Claim Number: 6296<br>Claim Date: 12/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8888 (11/06/2012) |
|---|---|

ADMINISTRATIVE    Claimed:              $778,707.77
UNSECURED    Claimed:            $4,480,804.80

---

| U4EA TECHNOLOGIES INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | Claim Number: 4030<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

UNSECURED    Claimed:        $37,500.00        Scheduled:          $0.00  UNLIQ

---

| U4EA TECHNOLOGIES, INC<br>136 MILMAR WAY<br>LOS GATOS, CA 95032-3843 | Claim Number: 4041<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
|---|---|

ADMINISTRATIVE    Claimed:        $37,500.00

---

| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2519<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED    Claimed:        $762,802.68

---

| UBS REALTY INVESTORS, LLC<br>DAVID L. POLLACK, ESQ.<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 2520<br>Claim Date: 09/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

ADMINISTRATIVE    Claimed:          $7,445.91

---

| UCM/SREP-CORP WOODS, LLC<br>C/O STEPHEN LEWIS, ESQ.<br>STOLTZ MANAGEMENT OF DELAWARE, INC.<br>725 CONSHOHOCKEN STATE ROAD<br>BALA CYNWYD, PA 19004 | Claim Number: 3058<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|

UNSECURED    Claimed:          $0.00   UNLIQ

---

| ULINE<br>2200 SOUTH LAKESIDE DR<br>WAUKEGAN, IL 60085-8361 | Claim Number: 6466<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

UNSECURED    Claimed:          $27.45        Scheduled:          $27.45

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNDERWOOD, WILMA FAYE<br>584 HERMITAGE DR<br>SAN JOSE, CA 95134 | | Claim Number: 6831<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| UNDERWRITERS LABORATORIES INC.<br>C/O LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL 60062 | | Claim Number: 952<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $42,811.23 | | |
| UNDERWRITERS LABORATORIESOF CANADA<br>C/O UNDERWRITERS LABORATORIES INC.<br>ATTN: LEGAL DEPT.<br>333 PFINGSTEN RD.<br>NORTHBROOK, IL 60062 | | Claim Number: 953<br>Claim Date: 04/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $48,658.01 | | |
| UNGAR, JAMES<br>137 DEAN ROAD<br>STOUGHTON, MA 02072 | | Claim Number: 4821<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $1,933.85   UNLIQ | | |
| UNSECURED | Claimed: | $15,277.42   UNLIQ | | |
| UNISYS CORPORATION<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | | Claim Number: 3939<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7428 (03/22/2012) | | |
| UNSECURED | Claimed: | $623,275.71 | Scheduled: | $42,180.18 |
| UNISYS CORPORATION<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | | Claim Number: 6948<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7623 (05/09/2012) | | |
| UNSECURED | Claimed: | $377,058.65 | | |
| UNISYS DE MEXICO S.A. DE C.V.<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 | | Claim Number: 1358<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 937 (06/23/2009) | | |
| UNSECURED | Claimed: | $367,014.17 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| UNISYSTEMS SA<br>19-23 AL PANTON STREET<br>WALLITHEA, 17671<br>GREECE | | Claim Number: 3420<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | |
| ADMINISTRATIVE | Claimed: | $120,224.01 | | | |
| UNISYSTEMS SA (USD)<br>24 STR. SYNDESMOU<br>ATHENS, 10673<br>GREECE | | Claim Number: 3421<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) | | | |
| UNSECURED | Claimed: | $120,224.01 | | | |
| UNITED BUSINESS MEDIA LLC<br>D/A TECHWEB AND EVERYTHING CHANNEL<br>600 COMMUNITY DRIVE, 3RD FLOOR<br>MANHASSET, NY 11030 | | Claim Number: 547<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5343 (04/28/2011)<br>Paid and not entitled to any additional voting right or distribution | | | |
| UNSECURED | Claimed: | $132,675.00 | | | |
| UNITED BUSINESS MEDIA LLC<br>DBA UBM TECHWEB,<br>LIGHT READING/ HEAVEY READING<br>P.O. BOX 9064<br>NEW YORK, NY 10087-9064 | | Claim Number: 7732<br>Claim Date: 05/10/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $77,262.50 | | | |
| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J3B7<br>CANADA | | Claim Number: 2772<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED | Claimed: | $5,587.15 | | | |
| UNITED PARCEL SERVICE<br>P.O. BOX 2127 CRO<br>HALIFAX, NS B3J 3B7<br>CANADA | | Claim Number: 6196<br>Claim Date: 12/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED | Claimed: | $5,675.59 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BRENNAN CONSULTING SERVICE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 163<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $19,500.00 | Scheduled: | $19,500.00 | |
| TOTAL | Claimed: | $19,500.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TELRAD NETWORKS LTD<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2560<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $2,857,588.17 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: MRV COMMUNICATIONS, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3050<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $10,845.00 | Scheduled: | $10,845.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONNECTANDSELL INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4484<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| UNSECURED | Claimed: | $38,280.00 | Scheduled: | $38,280.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONNECTANDSELL, INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4485<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $38,280.00 | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TELFUSION, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1119<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 4163 (10/14/2010) | | | |
| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SOAPSTONE NETWORKS INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 583<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $11,264.00 | Scheduled: | $11,264.00 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ELEAD CORP, LLC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1269<br>Claim Date: 06/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED | Claimed: | $75,000.00 | Scheduled: | $58,520.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1489<br>Claim Date: 07/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $52,969.67 | | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: VERIDAN CONNECTIONS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1684<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | | |
| UNSECURED          Claimed: | $102,246.60 | | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: STREAMLINE CIRCUITS CORP.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1777<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $2,737.64 | Scheduled: | $2,737.64 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2386<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | | | |
| UNSECURED          Claimed: | $17,898.86 | Scheduled: | $17,998.82 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CUSTOMERSAT COM<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 2758<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $36,352.50 | Scheduled: | $36,352.50 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3631<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED          Claimed: | $394,258.47 | Scheduled: | $386,059.67 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4853<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | | |
| UNSECURED          Claimed: | $24,893.05 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4854<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | |
| UNSECURED        Claimed: | $648,684.56 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6125<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4854 | |
| UNSECURED        Claimed: | $648,684.56 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, LP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6128<br>Claim Date: 11/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 4853 | |
| UNSECURED        Claimed: | $24,893.05 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7150<br>Claim Date: 03/15/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| UNSECURED        Claimed: | $413,293.50 | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ADEX CORPORATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7283<br>Claim Date: 06/09/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 7150 | |
| UNSECURED        Claimed: | $387,503.42 | |
| UNITED STATES DEBT RECOVERY VIII, L.P.<br>ASSIGNEE OF HELLMUTH, OBATA & KASSABAUM<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7616<br>Claim Date: 02/25/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM 4783 | |
| UNSECURED        Claimed: | $527,168.64 | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: SLASH SUPPORT, INC.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 403<br>Claim Date: 02/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
| UNSECURED        Claimed: | $1,045,970.29 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4300<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED          Claimed: | $7,565.48 | | | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: KURTZ, DAVID<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4301<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY          Claimed: | $10,950.00 | Scheduled: | $4,134.11 | |
| UNSECURED          Claimed: | $55,958.74 | Scheduled: | $70,339.01 | |
| UNITED STATES DEBT RECOVERY VIII, LP<br>TRANSFEROR: HELLMUTH, OBATA & KASSABAUM,<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4783<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) | | | |
| ADMINISTRATIVE          Claimed: | $507,103.18 | | | |
| UNITED STATES DEBT RECOVERY X, L.P.<br>ASSIGNEE OF KHADBAI, AZIZ<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8026<br>Claim Date: 10/14/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4219 | | | |
| PRIORITY          Claimed: | $10,950.00 | | | |
| UNSECURED          Claimed: | $390,034.09 | | | |
| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 833<br>Claim Date: 04/06/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY          Claimed: | $10,950.00 | | | |
| UNSECURED          Claimed: | $1,243,838.91 | | | |
| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: MONDOR, DAN<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3664<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 767. | | | |
| PRIORITY          Claimed: | $294,127.43 | | | |
| UNSECURED | | Scheduled: | $0.00  UNLIQ | |
| UNITED STATES DEBT RECOVERY X, LP<br>TRANSFEROR: KHADBAI, AZIZ<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4219<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8026<br>Amends claim 833 | | | |
| PRIORITY          Claimed: | $400,984.09 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

UNITED STATES DEBT RECOVERY X, LP
TRANSFEROR: KHADBAI, AZIZ
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4232
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 833.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $452,647.17 | Scheduled: | $0.00 UNLIQ |

---

UNITED STATES DEBT RECOVERY X, LP
TRANSFEROR: LECHNER, KIM
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4816
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments:
amends 452

| | | |
|---|---|---|
| PRIORITY | Claimed: | $342,172.39 |
| UNSECURED | Claimed: | $87,622.21 |

---

UNITED STATES DEBT RECOVERY XI, L.P.
TRANSFEROR: BANK OF THE WEST
ATTN: NATE JONES, ESQ.
940 SOUTHWOOD BLVD., SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 107
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 4779 (01/31/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $799,270.29 |

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 842
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29.17 |

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5707
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29.17 |

---

UNITED TELEPHONE COMPANY OF EASTERN
KANSAS
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5734
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29.17 UNLIQ CONT |

---

UNITED TELEPHONE COMPANY OF INDIANA, INC
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 5682
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3791 (08/17/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ CONT |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| UNITED TELEPHONE COMPANY OF INDIANA, INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5709<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5683<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5710<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF NEW JERSEY<br>INC.<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5688<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF NEW JERSEY<br>INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5715<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5690<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF OHIO<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5717<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5692<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5719<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5684<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF SOUTHCENTRAL KANSAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5711<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5696<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5723<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | |
|---|---|
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5691<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5693<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF THE NORTHWEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5718<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF THE CAROLINAS LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5720<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5687<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE COMPANY OF THE WEST<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5714<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5694<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |
| UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 5721<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ CONT | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5703<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3791 (08/17/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED TELESERVICES INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 5730<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

---

| | | | | |
|---|---|---|---|---|
| UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN: STEFFANI WATTERSON, ASST GEN COUNS<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | | Claim Number: 1231<br>Claim Date: 05/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7220 (02/16/2012) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN: STEFFANI WATTERSON, ASST GEN COUNS<br>OFFICE OF THE GENERAL COUNSEL<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | | Claim Number: 1232<br>Claim Date: 05/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 7219 (02/16/2012) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: FITZGERALD, LISA<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 1341<br>Claim Date: 06/12/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $500,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: PALMER, CAROLYN G<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2099<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $215,477.09 | Scheduled: | $0.00 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: WOOD, PIERCE G<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3387<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $254,384.48 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: PALMER, CAROLYN G.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3706<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 390. | | |
| UNSECURED | Claimed: | $168,361.82 | | |
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: BARTOSZEWICZ, JAMES<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3824<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $184,726.83 | | |
| UNTIED STATES DEBT RECOVERY XI, LP<br>TRANSFEROR: BRENT, RAYMOND A.<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4257<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $128,679.01 | Scheduled: | $0.00  UNLIQ |
| URBANSKI, TIMOTHY<br>4277 MONTREAUX AVE<br>MELBOURNE, FL 32934 | | Claim Number: 6357<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| UNSECURED | Claimed: | $24,000.00 | | |
| URBANSKI, TIMOTHY M<br>4277 MONTREAUX AVE<br>MELBOURNE, FL 32934-8712 | | Claim Number: 6358<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | Claimed: | $24,000.00 | | |
| URBANSKI, TIMOTHY M<br>4277 MONTREAUX AVE<br>MELBOURNE, FL 32934-8712 | | Claim Number: 6359<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,000.00 | | |
| URBANSKI, TIMOTHY M<br>4277 MONTREAUX AVE<br>MELBOURNE, FL 32934-8712 | | Claim Number: 6360<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE | Claimed: | $24,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| URBANSKI, TIMOTHY M.<br>4277 MONTREAUX AVE.<br>MELBOURNE, FL 32934-8712 | | Claim Number: 2945<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,000.00 |

| URBANSKI, TIMOTHY M.<br>4277 MONTREAUX AVE.<br>MELBOURNE, FL 32934-8712 | | Claim Number: 2946<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $24,000.00 |

| US CUSTOMS SERVICE<br>1300 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20229 | | Claim Number: 4711<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7912 |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ CONT |

| US CUSTOMS SERVICE<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | | Claim Number: 7912<br>Claim Date: 08/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 4711 |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ CONT |

| USAA STRATUM EXEC. CENTER JOINT VENTURE<br>STEVE A PEIRCE, FULBRIGHT & JAWORSKI LLP<br>300 CONVENT STREET, SUITE 2200<br>SAN ANTONIO, TX 78205-3792 | | Claim Number: 1512<br>Claim Date: 07/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4053 (09/30/2010) |
|---|---|---|
| SECURED | Claimed: | $5,221.60 |
| UNSECURED | Claimed: | $30,082.81 |

| USX FEDERAL CREDIT UNION<br>PO BOX 1728<br>CRANBERRY TWP, PA 16066 | | Claim Number: 2162<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,700.00 |

| USX FEDERAL CREDIT UNION<br>600 GRANT<br>PITTSBURGH, PA 15219 | | Claim Number: 2163<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $12,700.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VACA, DANIEL
4122 TRAVIS ST UNIT 19
DALLAS, TX 75204-1865

Claim Number: 4822
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,304.67 | Scheduled: | $8,189.46 |
| UNSECURED | Claimed: | $40,422.27 | Scheduled: | $37,674.85 |

---

VAGG, JERI LYNN
1694 POPPLETON DR
W BLOOMFIELD, MI 48324

Claim Number: 2497
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $15,675.00 |

---

VAGG, JERI LYNN
1694 POPPLETON DR
W BLOOMFIELD, MI 48324

Claim Number: 2498
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,625.00 |

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 299
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $29,538.00 |

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2252
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $42,456.00 |

---

VAHDAT, VAHID
4247 BONA VITA PLACE
ENCINO, CA 91436

Claim Number: 2253
Claim Date: 08/27/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $42,456.00 |

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2344
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $42,456.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2350
Claim Date: 08/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 2390
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6470
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6477
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 |
|---|---|---|

---

VAHDAT, VAHID
4247 BONAVITA PLACE
ENCINO, CA 91436

Claim Number: 6478
Claim Date: 12/28/2009
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $42,456.00 | Scheduled: | $1,930.02 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $43,292.99 |

---

VALDEZ, JR., CIRIACO
13208 W. 129TH TERRACE
OVERLAND PARK, KS 66213

Claim Number: 59
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $40,921.57 |
|---|---|---|

---

VALENTINE, JOHN
719 QUARTERSTAFF ROAD
WINSTON SALEM, NC 27104

Claim Number: 1851
Claim Date: 08/20/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,188.87 | Scheduled: | $35,188.87 UNLIQ |
|---|---|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| VALENTINE, JOHN W.<br>719 QUARTERSTAFF RD<br>WINSTON SALEM, NC 27104 | Claim Number: 54<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $35,820.52 |
|---|---|---|

| VALIA, ASHOWA<br>33 QUEEN ANNE ROAD<br>TORONTO, ON M8X 1T1<br>CANADA | Claim Number: 7397<br>Claim Date: 08/30/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $50,202.78 |
|---|---|---|

| VAN LIEW, CATHERINE<br>8917 WEAVER CROSSING ROAD<br>APEX, NC 27502 | Claim Number: 1262<br>Claim Date: 06/02/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $102,334.00 |
|---|---|---|

| VAN NGUYEN, KHOA<br>2505 APPALACHIA DRIVE<br>GARLAND, TX 75044 | Claim Number: 88<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $19,826.00 |
|---|---|---|

| VAN TASSEL, DIANE<br>PO BOX 1249<br>PITTSBORO, NC 27312-1249 | Claim Number: 6206<br>Claim Date: 12/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| PRIORITY | Claimed: | $6,486.76 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,216.16 | Scheduled: | $59,176.84 |

| VAN, RICHARD A<br>42106 COSMIC DR<br>TEMECULA, CA 92592-3279 | Claim Number: 1724<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 1725 |
|---|---|

| UNSECURED | Claimed: | $40,000.00 |
|---|---|---|

| VAN, RICHARD A<br>34353 MANDERA DE PLAYA DR<br>TEMECULA, CA 92592 | Claim Number: 1725<br>Claim Date: 08/17/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $40,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VANBENSCHOTEN, GWENDOLYNN E.
7024 ZITHER LANE
LA VERGNE, TN 37086-5261

Claim Number: 7459
Claim Date: 10/08/2010
Debtor: NORTEL NETWORKS INC.

---

| PRIORITY | Claimed: | $8,000.00   UNLIQ CONT |
| --- | --- | --- |

VANDERHOFF, MICHAEL
3665 TW HENDERSON RD
CUMMING, GA 30041

Claim Number: 8399
Claim Date: 11/07/2012
Debtor: NORTEL NETWORKS INC.

---

| UNSECURED | Claimed: | $21,915.32 |
| --- | --- | --- |

VANDYKE CAREY, DELIA M.
2067 SANDERS RD.
STEM, NC 27581

Claim Number: 2617
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

---

| ADMINISTRATIVE | Claimed: | $8,110.19 |
| --- | --- | --- |

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2673
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

---

| UNSECURED | Claimed: | $190.00 |
| --- | --- | --- |

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-01
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5625 (06/07/2011)

---

| UNSECURED | Claimed: | $15.62 |
| --- | --- | --- |

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE, SUITE 101
ALBUQUERQUE, NM 87111

Claim Number: 2674-02
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 5625 (06/07/2011)
Paid and not entitled to any additional voting right or distribution

---

| UNSECURED | Claimed: | $174.38 |
| --- | --- | --- |

VANDYKE SOFTWARE
4848 TRAMWAY RIDGE DR. NE #101
ALBUQUERQUE, NM 87111

Claim Number: 2675
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4779 (01/31/2011)

---

| ADMINISTRATIVE | Claimed: | $1,245.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $1,435.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE, SUITE 101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2676-01<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5625 (06/07/2011) |
| UNSECURED | Claimed: | $13.64 |
| VANDYKE SOFTWARE<br>4848 TRAMWAY RIDGE DR. NE, SUITE 101<br>ALBUQUERQUE, NM 87111 | | Claim Number: 2676-02<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution |
| UNSECURED | Claimed: | $1,231.36 |
| VANDYKE, DELIA M<br>2067 SANDERS RD<br>STEM, NC 27581 | | Claim Number: 2618<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
| PRIORITY | Claimed: | $8,110.19 |
| VANLEEUWEN, NICK<br>210 OXCROFT STREET<br>CARY, NC 27519 | | Claim Number: 7999<br>Claim Date: 09/22/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $33,294.00 |
| VANTOORN, DAREK L.<br>4524 DUVAL DR.<br>FRISCO, TX 75034 | | Claim Number: 4773<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,653.85 |
| VARGO, ROBERT M.<br>1516 NORTH GLENEAGLE DRIVE<br>GARNER, NC 27529-4303 | | Claim Number: 562<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
| PRIORITY<br>UNSECURED | Claimed: | $34,397.10 | Scheduled: | $33,339.87 |
| VARMA, ANJALI<br>6035 MARQUITA AVE<br>DALLAS, TX 75206 | | Claim Number: 3000<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $38,365.38 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 3001
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $38,365.38 |
|---|---|---|

VARMA, ANJALI
6035 MARQUITA AVE
DALLAS, TX 75206

Claim Number: 7030
Claim Date: 01/28/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $16,692.05 |
|---|---|---|
| UNSECURED | Claimed: | $38,740.73 |

VARVIS, PETER
C/O SCOTIA TRUST AS AGENTS
202, 10060 JASPER AVE
EDMONTON, AB T5J 3R8
CANADA

Claim Number: 4492
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $11.28 |
|---|---|---|

VASERFIRER, ANATOLY
1426 LUCKENBACH DR
ALLEN, TX 75013

Claim Number: 4325
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $4,259.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

VASERFIRER, IRINA
1426 LUCKENBACH DR
ALLEN, TX 75013

Claim Number: 4326
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $159.66 |
|---|---|---|

VASILE, VINCENT
3358 GLADE CREEK BLVD. NE
APARTMENT #5
ROANOKE, VA 24012

Claim Number: 1400
Claim Date: 06/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $22,220.00 |
|---|---|---|

VASTINE, TIMOTHY
106 TEJAS TRAIL
CRANDALL, TX 75114

Claim Number: 4593
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $29,952.40 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| VAUGHAN, DEBORAH<br>237 HERBEA HILL DRIVE<br>TIMBERLAKE, NC 27583 | | Claim Number: 7802<br>Claim Date: 06/24/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| UNSECURED | Claimed: | $7,400.00 |

| VAUGHAN, DEBORAH<br>237 HERBET HILL DRIVE<br>TIMBERLAKE, NC 27583 | | Claim Number: 8167<br>Claim Date: 01/17/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,400.00 |

| VAUGHAN, DONNA ANN<br>272 MOUNTAIN BROOK RD.<br>ROUGEMONT, NC 27572 | | Claim Number: 7371<br>Claim Date: 08/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8240 |
|---|---|---|
| UNSECURED | Claimed: | $63,277.24 |

| VAUGHAN, DONNA ANN<br>272 MOUNTAIN BROOK RD.<br>ROUGEMONT, NC 27572 | | Claim Number: 8240<br>Claim Date: 04/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7371 |
|---|---|---|
| UNSECURED | Claimed: | $63,277.24 |

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1493<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $51,100.00 |

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1494<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $7,407.75 |

| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1495<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $26,456.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1496<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $97,005.32 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1497<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| PRIORITY | Claimed: | $21,142.59 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1498<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $31,695.46 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1499<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |
| UNSECURED | Claimed: | $530,465.01 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1500<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $75,600.00 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1501<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $2,520.00 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1502<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $9,525.60 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 1503<br>Claim Date: 07/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $50,000.00 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4269<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1499 |
| UNSECURED | Claimed: | $530,465.01 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4270<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1498 |
| UNSECURED | Claimed: | $31,695.46 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4271<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1497 |
| UNSECURED | Claimed: | $21,142.59 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4274<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1494 |
| UNSECURED | Claimed: | $7,407.75 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4275<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1496 |
| UNSECURED | Claimed: | $97,005.32 |
| VAUGHN, DON<br>3825 RIDGETOP LANE<br>PLANO, TX 75074 | | Claim Number: 4276<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends 1495 |
| UNSECURED | Claimed: | $26,456.04 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VAUGHN, JERRY E<br>1431 KENSINGTON COURT<br>SOUTHLAKE, TX 76092 | | Claim Number: 7036<br>Claim Date: 01/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $300,070.00 |
| SECURED | Claimed: | $300,070.00 |
| TOTAL | Claimed: | $300,070.00 |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | | Claim Number: 5655<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $16,089.69 |
| VAUGHN, MICHAEL<br>124 HELEN PLACE<br>COOKEVILLE, TN 38506 | | Claim Number: 5656<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $21,920.19 |
| VBRICK SYSTEMS INC<br>12 BEAUMONT ROAD<br>WALLINGFORD, CT 06492 | | Claim Number: 6668<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $69,180.00 |
| VEALS, PERCY<br>3100 INDEPENDENCE PKWY # 311268<br>PLANO, TX 75075 | | Claim Number: 7948<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $62,748.16 |
| VECTRON INTERNATIONAL<br>267 LOWELL RD<br>HUDSON, NH 03051-4916 | | Claim Number: 5948<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $5,660.00 |
| VEGA, MARIA A<br>549 NW 130 WAY<br>PEMBROKE PINES, FL 33028 | | Claim Number: 1444<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
| UNSECURED | Claimed: | $12,983.26 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| VEGA, MARIA A<br>549 NW 130 WAY<br>PEMBROKE PINES, FL 33028 | Claim Number: 3396<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $12,983.00 | | |
|---|---|---|---|---|

| VENKATRAMAN, CHANDRIKA<br>10 NOUVELLE WAY UNIT S1213<br>NATICK, MA 01760-1598 | Claim Number: 1167<br>Claim Date: 05/14/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $9,230.76 | | |
|---|---|---|---|---|

| VENTURA COUNTY TAX COLLECTOR<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | Claim Number: 6063<br>Claim Date: 10/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN<br>DOCKET: 4752 (01/25/2011) | | | |

| PRIORITY | Claimed: | $38,936.05 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| VENTURA, JAYNE<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | Claim Number: 7051<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $418,182.00 | | |
|---|---|---|---|---|

| VENTURA, JAYNE L<br>1514 MANHATTAN AVE<br>HERMOSA BEACH, CA 90254 | Claim Number: 1682<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |

| ADMINISTRATIVE | Claimed: | $223,774.00 | | |
|---|---|---|---|---|

| VENTURA, JAYNE L<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | Claim Number: 1683<br>Claim Date: 08/12/2009<br>Debtor: NORTEL NETWORKS INC. | | | |

| UNSECURED | Claimed: | $223,774.00 | | |
|---|---|---|---|---|

| VENTURA, JAYNE L.<br>229 24TH STREET<br>MANHATTAN BEACH, CA 90266 | Claim Number: 7052<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC. | | | |

| ADMINISTRATIVE | Claimed: | $418,182.00 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VENTURINI, ALFIERO
1246 AUDRA COURT
MOHEGAN LAKE, NY 10547

Claim Number: 3747
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,650.00 |

---

VENTURINO, STEPHEN
1212 JOHNSON RD.
PALMYRA, NY 14522

Claim Number: 2907
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7110

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,672.16 |

---

VENTURINO, STEPHEN
1212 JOHNSON RD
PALMYRA, NY 14522

Claim Number: 7110
Claim Date: 02/18/2010
Debtor: NORTEL NETWORKS INC.
Comments:
Amends Claim 2907

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $64,712.72 |

---

VERGEL, NELSON A.
2124 CEDARCREST DR
CARROLLTON, TX 75007

Claim Number: 3402
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,344.81 |

---

VERINT AMERICAS INC
ATTN: PAIGE HONEYCUTT OR DAN BERTOLINO
300 COLONIAL CENTER PARKWAY SUITE 600
ROSWELL, GA 30076

Claim Number: 4668
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $175,682.94 | Scheduled: | $0.00  UNLIQ |

---

VERINT AMERICAS INC
ATTN: PAIGE HONEYCUTT / DAN BERTOLINO
300 COLONIAL CENTER PARKWAY, SUITE 600
ROSWELL, GA 30076

Claim Number: 6773
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $44,572.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VERIZON WIRELESS SOUTH
VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 903
Claim Date: 04/06/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $25,849.89 |
|---|---|---|

VERNON, KAREN SUE
4507 SPRINGHILL ESTATES DRIVE
PARKER, TX 75002

Claim Number: 8099
Claim Date: 11/15/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $36,059.67 |
|---|---|---|

VETIL, JACQUES
213 PARKMEADOW DR
CARY, NC 27519

Claim Number: 3446
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $40,697.00 |
|---|---|---|

VETIL, JACQUES
213 PARKMEADOW DR
CARY, NC 27519

Claim Number: 3447
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,697.00 |
|---|---|---|

VEZZA, BRIAN
803 RAINIER CT
ALLEN, TX 75002

Claim Number: 2722
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $59,874.07 |
|---|---|---|

VEZZA, BRIAN
803 RAINIER COURT
ALLEN, TX 75002

Claim Number: 2723
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $6,240.41 | Scheduled: | $2,428.24 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,633.66 | Scheduled: | $57,431.43 |

VIA, RICHARD
8805 LINDLEY MILL RD
SNOW CAMP, NC 27349

Claim Number: 4582
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $144,138.59 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VIA, RICHARD A.<br>8805 LINDLEY MILL ROAD<br>SNOW CAMP, NC 27349 | | Claim Number: 4583<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $144,138.59 |
| VIDETTO, RONALD<br>35 PINEDALE AVE.<br>FARMINGVILLE, NY 11738 | | Claim Number: 7247<br>Claim Date: 05/03/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $27,623.06 |
| VIEIRO, JORGE<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 3452<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim amount of 34,774.45 (CDN) |
| UNSECURED | Claimed: | $27,826.51 |
| VIEIRO, JORGE<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 4042<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $80,731.59 |
| VIEIRO, JORGE E<br>2101 WHITE DOVE PASS<br>AUSTIN, TX 78734 | | Claim Number: 3453<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $80,307.69 |
| VILLARREAL, ARMANDO<br>2233 COUNTRY OAKS DR<br>GARLAND, TX 75040 | | Claim Number: 602<br>Claim Date: 03/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,224.32 |
| VILLESCAS, DOMINIC A<br>6606 VALLEY VIEW LN<br>SACHSE, TX 75048 | | Claim Number: 1658<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $22,071.65 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VINAIXA, TANIA
16345 SW 9TH ST
PEMBROKE PNES, FL 33027

Claim Number: 2036
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| TOTAL | Claimed: | $0.00   UNDET |
|---|---|---|

VINAIXA, TANIA
16345 SW 9TH ST
PEMBROKE PINES, FL 33027

Claim Number: 2037
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| PRIORITY | Claimed: | $5,875.47 |
|---|---|---|
| UNSECURED | Claimed: | $11,480.05 |

VINAIXA, TANIA
16345 SW 9TH ST
PEMBROKE PNES, FL 33027

Claim Number: 5390
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
May amend claim 2037.

| UNSECURED | Claimed: | $17,355.52 |
|---|---|---|

VINAIXA, TANIA
16345 SW 9TH STREET
PEMBROKE PINES, FL 33027

Claim Number: 5391
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments:
May amend claim 2036.

| PRIORITY | | | Scheduled: | $2,827.21 |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $16,102.95 |

VINAIXA, TANIA E.
16345 SW 9TH STREET
PEMBROKE PINES, FL 33027

Claim Number: 208
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INTERNATIONAL INC.

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $1,935.60 |

VIRGINIA
VIRGINIA DEPARTMENT OF THE TREASURY
DIVISION OF UNCLAIMED PROPERTY
P.O. BOX 2478
RICHMOND, VA 23218-2478

Claim Number: 3599
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $96.05 |
|---|---|---|

VIRGINIA DEPARTMENT OF TAXATION
TAXING AUTHORITY CONSULTING SERVICES, PC
BANKRUPTCY COUNSEL
PO BOX 2156
RICHMOND, VA 23218-2156

Claim Number: 641
Claim Date: 03/19/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4256 (11/08/2010)

| PRIORITY | Claimed: | $1,404,048.56 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| VIRTUAL CONSOLE LLC<br>7035 LOUBET ST<br>FOREST HILLS, NY 11375-5847 | | Claim Number: 1772<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| UNSECURED | Claimed: | $3,098.00 |
| VO, KHAI TUAN<br>608 TAYLOR TRAIL<br>MURPHY, TX 75094 | | Claim Number: 397<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) |
| UNSECURED | Claimed: | $29,096.00 |
| VOGEL, ELAINE E<br>25953 80TH AVE<br>ST. CLOUD, MN 56301 | | Claim Number: 2764<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7620 (05/08/2012) |
| PRIORITY | Claimed: | $182.33   UNLIQ |
| VOGEL, HERMAN<br>27207-28TH AVE NW<br>STANWOOD, WA 98292-9411 | | Claim Number: 7259<br>Claim Date: 05/17/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| VOGEL, VAL<br>14703 48 ST NW<br>EDMONTON, AB T5Y 2X2<br>CANADA | | Claim Number: 5594<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $9,356.00 |
| VOGEL, VAL<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | | Claim Number: 6750<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| ADMINISTRATIVE | Claimed: | $9,355.90 |
| VOGEL, VAL<br>NATIONAL BANK FINANCIAL<br>10180 - 101 ST<br>3500 MANULIFE PLACE<br>EDMONTON, AB T5J 3S4<br>CANADA | | Claim Number: 6751<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $9,355.90 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VOGT, VANCE V
475 CRESTONE CT
LOVELAND, CO 80537

Claim Number: 3166
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $300.47 UNLIQ |
|---|---|---|

---

VOLT DELTA RESOURCES, LLC
ATTN: COLLECTIONS
1600 STEWART AVENUE - SUITE 305
WESTBURY, NY 11590

Claim Number: 1343
Claim Date: 03/03/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $5,681.50 | Scheduled: | $5,681.50 |
|---|---|---|---|---|

---

VONDERHAAR, MICHAEL
3525 LAKE BREEZE LANE
GAINESVILLE, GA 30506

Claim Number: 2917
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $346,418.17 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

---

VONDERHAAR, MICHAEL
3525 LAKE BREEZE LANE
GAINESVILLE, GA 30506

Claim Number: 2918
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $346,418.17 |
|---|---|---|

---

VORWALLNER, ROBERT
JELLA-LEPMANN-STR.18/L
MUNCHEN, 81673
GERMANY

Claim Number: 5998
Claim Date: 09/22/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

VOSBURG, WILLIAM
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3661
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| PRIORITY | | | Scheduled: | $3,291.00 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,540.86 | Scheduled: | $56,785.18 |

---

VOSBURG, WILLIAM E
3232 NEUSE BANK CT
WAKE FOREST, NC 27587

Claim Number: 3660
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $7,418.84 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VOXIFY INC
1151 MARINA VILLAGE PKWAY
ALAMEDA, CA 94501

Claim Number: 2044
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $709.64 | Scheduled: | $0.00 UNLIQ |

VRABEL JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 312
Claim Date: 02/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,624.85 |
| UNSECURED | Claimed: | $37,663.56 |

VRABEL, JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 2552
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,288.41 |

VRABEL,JR., JOHN P.
315 HAWKS VIEW DR
O FALLON, MO 63368-7673

Claim Number: 2550
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,288.41 |

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT
O'FALLON, MO 63368

Claim Number: 2551
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7620 (05/08/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $11,624.85 | | |
| UNSECURED | Claimed: | $37,663.56 | Scheduled: | $40,398.86 |

VRABEL,JR., JOHN P.
10 ROYALLMANOR CT.
O'FALLON, MO 63368

Claim Number: 2553
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,624.85 |
| UNSECURED | Claimed: | $37,663.56 |

VU, JESSICA
1472 MINOK PL
MORGAN HILL, CA 95037

Claim Number: 7599
Claim Date: 02/09/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 7830

| | | |
|---|---|---|
| PRIORITY | Claimed: | $24,751.35 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

VU, JESSICA
1472 MINOK PL
MORGAN HILL, CA 95037

Claim Number: 7830
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 7599

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $16,835.67 |

---

WACHOVIA BANK, N.A. AS SUCCESSOR BY
MERGER TO FIRST UNION NATIONAL BANK ET
AL, ALSTON & BIRD LLP, C/O JASON H
WATSON, 1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 5599
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8034 (07/24/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |

---

WACHOVIA BANK, N.A., AS SUCCESSOR TO
FIRST UNION NATIONAL BANK
C/O JASON H. WATSON - ALSTON & BIRD LLP
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 5652
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3798 (08/18/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

WACKES, CHARLES F
PMB 21873
PO BOX 2428
PENSACOLA, FL 32513-2428

Claim Number: 2052
Claim Date: 08/24/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,000.00   UNLIQ |

---

WADE, GWYNNE
8 SNUFFYS LN
LEBANON, NJ 08833

Claim Number: 1726
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $7,316.93 |

---

WADE, GWYNNE
8 SNUFFYS LANE
LEBANON, NJ 08833

Claim Number: 1727
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $7,316.93 | Scheduled: | $7,316.93  UNLIQ |

---

WADFORD, DEBORAH B.
319 SHERRON RD.
DURHAM, NC 27703

Claim Number: 8340
Claim Date: 08/13/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $35,772.99 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884-0079 | | Claim Number: 7512<br>Claim Date: 12/15/2010<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $604,252.93   UNLIQ | | |

| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | | Claim Number: 7523<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLE DUPLICATE OF 7512 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $604,252.93   UNLIQ | | |

| WADLOW, JERRY<br>P.O. BOX 79<br>WEWOKA, OK 74884 | | Claim Number: 7850<br>Claim Date: 07/18/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8306 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $662,144.72   UNLIQ | | |

| WADLOW, JERRY<br>PO BOX 79<br>WEWOKA, OK 74884 | | Claim Number: 8306<br>Claim Date: 06/25/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7850 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $641,826.04   UNLIQ | | |

| WAGNER, THEODORE<br>121 PENWOOD DR<br>CARY, NC 27511 | | Claim Number: 3213<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,873.71 | | |

| WAHEED, SHAHID<br>5204 SAINT CROIX CT.<br>RICHARDSON, TX 75082 | | Claim Number: 438<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $53,987.31 | Scheduled:<br>Scheduled: | $6,745.70<br>$42,227.02 |

| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | | Claim Number: 648<br>Claim Date: 03/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| WAINHOUSE RESEARCH, LLC<br>ATTN: MARC BEATTIE<br>34 DUCK HILL TERRACE<br>DUXBURY, MA 02332 | | Claim Number: 3359<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) |
| ADMINISTRATIVE | Claimed: | $15,000.00 |
| WAITE, LORI K.<br>156 EQUESTRIAN DR<br>ROCKWALL, TX 75032 | | Claim Number: 7526<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $7,686.00 |
| WAITT, DAVID<br>DAVID WAITT CONSULTING<br>21565 MARY ALICE WAY<br>LOS GATOS, CA 95033 | | Claim Number: 6669<br>Claim Date: 01/11/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
| PRIORITY | Claimed: | $103,548.62 |
| WALCHLI, GARY<br>7205 SILVER LODE LN<br>SAN JOSE, CA 95120 | | Claim Number: 6217<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $3,930.71 |
| WALDHAUER, ROBERT B.<br>5039 RIVER ROCK WAY<br>WOODSTOCK, GA 30188 | | Claim Number: 1669<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $52,499.20 |
| WALDICK, BRETT<br>1101 SHELLEY RD<br>RALEIGH, NC 27609 | | Claim Number: 6090<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $70,694.75 |
| WALDRON, DON<br>1847 SAN LEANNA DR.<br>ALLEN, TX 75013 | | Claim Number: 4594<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $172,075.71 | Scheduled: | $0.00  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WALES, SCOTT<br>414 ROYAL VIEW ROAD<br>SALADO, TX 76571 | | Claim Number: 907<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,874.78 | | |

---

| | | | | |
|---|---|---|---|---|
| WALKER, D CARLISLE<br>5150 NUNNALLY TRAIL<br>GAINESVILLE, GA 30506 | | Claim Number: 3240<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $10,015.84 | Scheduled:<br>Scheduled: | $5,933.48<br>$95,926.35 |
| TOTAL | Claimed: | $95,150.48 | | |

---

| | | | | |
|---|---|---|---|---|
| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR 97701 | | Claim Number: 2643<br>Claim Date: 09/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,640.44 | | |

---

| | | | | |
|---|---|---|---|---|
| WALKER, EILEEN A<br>1659 NE DAPHNE CT.<br>BEND, OR 97701 | | Claim Number: 6368<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $81,640.44 | | |

---

| | | | | |
|---|---|---|---|---|
| WALKER, JAMES E<br>727 BOXWOOD DR<br>PENSACOLA, FL 32503 | | Claim Number: 5934<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $16,990.00 | | |

---

| | | | | |
|---|---|---|---|---|
| WALKER, JAMIE L.<br>1542 MARLY DRIVE<br>DURHAM, NC 27703 | | Claim Number: 7728<br>Claim Date: 05/05/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $19,819.20 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WALKER, JUDITH F.
106 ASHMONT LANE
DURHAM, NC 27713

Claim Number: 7639
Claim Date: 03/14/2011
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8008

| UNSECURED | Claimed: | $24,700.67 |
|---|---|---|

WALKER, JUDITH F.
106 ASHMONT LANE
DURHAM, NC 27713

Claim Number: 8008
Claim Date: 09/28/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7639

| UNSECURED | Claimed: | $24,700.67 |
|---|---|---|

WALLACE, NORMAN L. JR
3104 GOLD DUST LN
WILLOW SPRING, NC 27592

Claim Number: 1635
Claim Date: 08/03/2009
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| PRIORITY | Claimed: | $179,098.07 |
|---|---|---|

WALLIS, RONALD J.
838 PARKVIEW CIR.
ALLEN, TX 75002

Claim Number: 6326
Claim Date: 12/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $50,232.00 |
|---|---|---|

WALROD, DANIEL G.
206 RIGGSBEE FARM DR.
CARY, NC 27519

Claim Number: 7377
Claim Date: 08/09/2010
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8192

| UNSECURED | Claimed: | $52,462.84 |
|---|---|---|

WALROD, DANIEL G.
206 RIGGSBEE FARM DR.
CARY, NC 27519

Claim Number: 8192
Claim Date: 02/06/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7377

| UNSECURED | Claimed: | $61,199.09 |
|---|---|---|

WALSER, DONNA P.
7323 APPLE MILL RD
EFLAND, NC 27243

Claim Number: 8098
Claim Date: 11/14/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $9,557.82 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WALSH, GERARD<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4426<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $68,954.63 | Scheduled: | $68,954.63 |

| WALSH, GERARD<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4427<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $151,521.75 | Scheduled: | $0.00 UNLIQ |

| WALSH, GERARD K.<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4425<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $68,954.63 | |

| WALSH, GERARD K.<br>4305 BRADY DRIVE<br>PLANO, TX 75024 | | Claim Number: 4428<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $151,521.75 | |

| WALSH, GLORIA<br>13580 NW 7TH PLACE<br>PEMBROKE PINES, FL 33028 | | Claim Number: 5788<br>Claim Date: 10/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $25,904.16 | |
| TOTAL | Claimed: | $25,904.16 | |

| WALSH, JOHN R.<br>316 LILLY LANE<br>MURFREESBORO, TN 37128 | | Claim Number: 7412<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | |
| UNSECURED | Claimed: | $3,963.45   UNLIQ CONT | |

| WALTER, VIRGINIA L.<br>156 GLENWOOD DR.<br>COPPELL, TX 75019 | | Claim Number: 7447<br>Claim Date: 10/04/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| UNSECURED | Claimed: | $55,718.94 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WALTER, VIRGINIA L.<br>156 GLENWOOD DR.<br>COPPELL, TX 75019 | | Claim Number: 8223<br>Claim Date: 03/19/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY | | | | |
| UNSECURED | Claimed: | $55,718.94 | | |

---

| WALTER, VIRGINIA L.<br>156 GLENWOOD DR.<br>COPPELL, TX 75019 | | Claim Number: 8303<br>Claim Date: 06/18/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #S 7447 & 8223 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,313.54 | | |

---

| WALTERS, PEGGY<br>1012 BARRYMORE LN<br>ALLEN, TX 75013 | | Claim Number: 992<br>Claim Date: 04/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8144 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $93,321.16 | | |

---

| WALTERS, PEGGY<br>1012 BARRYMORE LN<br>ALLEN, TX 75013 | | Claim Number: 8144<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 992 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | Scheduled: | $5,164.84 |
| UNSECURED | Claimed: | $82,371.16 | Scheduled: | $88,677.81 |

---

| WALTON, EDWARD<br>700 MARINER CIRCLE<br>WEBSTER, NY 14580 | | Claim Number: 3855<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7173 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $74,039.95 | | |

---

| WALTON, EDWARD<br>700 MARINER CIRCLE<br>WEBSTER, NY 14580 | | Claim Number: 7173<br>Claim Date: 03/29/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8398<br>Amends claim no. 3855 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $74,039.95 | Scheduled: | $0.00  UNLIQ |

---

| WALTON, EDWARD<br>700 MARINER CIRCLE<br>WEBSTER, NY 14580 | | Claim Number: 8398<br>Claim Date: 11/06/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 7173 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $139,207.00 | | |
| UNSECURED | Claimed: | $74,040.54 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| WALTON, GERANIMA G.<br>805 BUTTERNUT DRIVE<br>GARLAND, TX 75044 | | Claim Number: 886<br>Claim Date: 04/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8634 (10/03/2012) | | |
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $11,945.05 | Scheduled: | $20,844.79 |
| WALTON, WILLIAM<br>10210 ARROW CREEK DR # 107<br>RALEIGH, NC 27617 | | Claim Number: 8222<br>Claim Date: 03/19/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| WALTON, WILLIAM<br>10210 ARROW CREEK DR # 107<br>RALEIGH, NC 27617 | | Claim Number: 8227<br>Claim Date: 03/26/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $14,249.30 | | |
| WALTRIP, KENNETH<br>2729 STICKHORSE LANE<br>MCKINNEY, TX 75071 | | Claim Number: 4402<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $60,002.40 | | |
| WANDERLICK, JEFFREY<br>4 WHISPERING PINES LANE<br>MERRIMACK, NH 03054 | | Claim Number: 997<br>Claim Date: 04/22/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $26,084.19 | | |
| WANDERLICK, JEFFREY<br>4 WHISPERING PINES LANE<br>MERRIMACK, NH 03054 | | Claim Number: 1128<br>Claim Date: 05/08/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $26,084.19 | | |
| WANG, CHIH-WEI<br>4325 WONDERLAND DR<br>PLANO, TX 75093 | | Claim Number: 2488<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $38,360.80 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WANG, CHIH-WEI<br>4325 WONDERLAND DR<br>PLANO, TX 75093 | | Claim Number: 2489<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $38,368.80 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| WANG, CHIHWEI<br>4325 WONDERLAND DR.<br>PLANO, TX 75093 | | Claim Number: 977<br>Claim Date: 04/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |

| UNSECURED | Claimed: | $38,368.80 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| WANG, JIN<br>23110 TURTLE ROCK TERRACE<br>CLARKSBURG, MD 20871 | | Claim Number: 2577<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $20,000.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| WANG, JIN<br>23110 TURTLE ROCK TER<br>CLARKSBURG, MD 20871-4503 | | Claim Number: 2578<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $20,000.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| WANG, LILY HOH<br>4325 WONDERLAND DR.<br>PLANO, TX 75093 | | Claim Number: 236<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |

| PRIORITY | Claimed: | $663.03 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,346.93 | | |

| | | | | |
|---|---|---|---|---|
| WANG, LILY HOH<br>4325 WONDERLAND DR<br>PLANO, TX 75093 | | Claim Number: 4309<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |

| PRIORITY | Claimed: | $11,613.03 | Scheduled: | $1,966.97 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,396.93 | Scheduled: | $34,288.99 |

| | | | | |
|---|---|---|---|---|
| WANG, LIPING<br>3429 DANBURY LN<br>PLANO, TX 75074 | | Claim Number: 372<br>Claim Date: 02/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $141,208.15 | | |
|---|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WANG, XIN
139 CORNELL DR.
COMMACK, NY 11725

Claim Number: 3235
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $7,738.57 | Scheduled: | $7,738.57 |

---

WANG, YIPING
1617 NAVARRO DR.
ALLEN, TX 75013

Claim Number: 6712
Claim Date: 01/14/2010
Debtor: NORTEL NETWORKS INC.

PRIORITY            Claimed:            $36,086.44

---

WANG, YIPING
1617 NEVARRO DR
ALLEN, TX 75013-1187

Claim Number: 6781
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.

PRIORITY            Claimed:            $36,086.44

---

WANG, YOLANDA
3820 SCOTT ST # 202
SAN FRANCISCO, CA 94123

Claim Number: 6777
Claim Date: 01/19/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,590.04 | | |
| UNSECURED | Claimed: | $9,822.37 | Scheduled: | $9,590.04 UNLIQ |
| TOTAL | Claimed: | $9,822.37 | | |

---

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7133
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $42,608.67

---

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7134
Claim Date: 03/08/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $18,123.26

---

WANG, YUN
102 MANOR GARDEN WAY
CARY, NC 27513

Claim Number: 7138
Claim Date: 03/09/2010
Debtor: NORTEL NETWORKS INC.

UNSECURED            Claimed:            $1,912.15

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WANLAND & ASSOCIATES, INC. ET. AL<br>C/O NYRAN ROSE PEARSON, ESQ.<br>CAFFERTY FAUCHER LLP<br>30 N LASALLE STREET STE 3200<br>CHICAGO, IL 60602 | | Claim Number: 3911<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360,000,000.00 | | |

---

| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | | Claim Number: 125<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,591.05 | | |
| UNSECURED | Claimed: | $25,306.38 | | |

---

| WARD, ANDREW D.<br>1804 HIGHLAND PARK RD.<br>DENTON, TX 76205 | | Claim Number: 401<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $13,591.05 | Scheduled: | $4,899.38 |
| UNSECURED | Claimed: | $19,748.72 | Scheduled: | $28,059.38 |

---

| WARD, DENNIS<br>4604 SPRING CREST COURT<br>FUQUAY VARINA, NC 27526 | | Claim Number: 1150<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $61,034.83 | | |

---

| WARD, JENNIFER<br>3218 EDEN WAY PL<br>CARMEL, IN 46033 | | Claim Number: 913<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,653.84 | | |

---

| WARD, WENDY<br>555 STALLION DR.<br>LUCAS, TX 75002 | | Claim Number: 7698<br>Claim Date: 04/11/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8230 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $12,086.48 | | |

---

| WARD, WENDY<br>555 STALLION DR.<br>LUCAS, TX 75002 | | Claim Number: 8230<br>Claim Date: 04/02/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7698 | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00  UNLIQ CONT | | |
| UNSECURED | Claimed: | $14,390.13  UNLIQ CONT | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| WARING, JAMES<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY 10512 | | Claim Number: 6183<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED | Claimed: | $15,194.22 | Scheduled: | $15,194.58 | |
| WARING, JAMES R<br>41 SHALLOW STREAM ROAD<br>CARMEL, NY 10512 | | Claim Number: 6182<br>Claim Date: 12/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC 27520 | | Claim Number: 328<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $2,763.08 | | | |
| WARNER, DAVID L.<br>209 HARDWOOD RIDGE CT.<br>CLAYTON, NC 27520 | | Claim Number: 329<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $17,217.60 | Scheduled: | $31,918.46 | |
| WARNER, DUSTIN<br>961 CASTLEWOOD CANYON ROAD<br>FRANKTOWN, CO 80116 | | Claim Number: 3858<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) | | | |
| UNSECURED | Claimed: | $57,525.82 | | | |
| WARNER, DUSTIN<br>961 CASTLEWOOD CANYON ROAD<br>FRANKTOWN, CO 80116 | | Claim Number: 8188<br>Claim Date: 01/30/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,525.82 | | | |
| WARNICK, JON P.<br>28 INDIAN PAINBRUSH<br>CARBONDALE, CO 81623 | | Claim Number: 2282<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $167,907.73 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| WARREN, BEN<br>37 CREST LN<br>LA SELVA BEACH, CA 95076 | | Claim Number: 563<br>Claim Date: 03/12/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5108 (03/14/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $601,015.00 | | |
| UNSECURED | Claimed: | $601,015.00 | | |
| TOTAL | Claimed: | $601,015.00 | | |
| WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | | Claim Number: 1813<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7638 | | |
| UNSECURED | Claimed: | $601,015.00 | | |
| WARREN, BEN<br>37 CREST LN<br>WATSONVILLE, CA 95076 | | Claim Number: 7638<br>Claim Date: 03/04/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance; Amends claim 1813 | | |
| PRIORITY | Claimed: | $999,029.86 | | |
| UNSECURED | Claimed: | $999,029.86 | | |
| TOTAL | Claimed: | $999,029.86 | | |
| WASHINGTON RESOURCE ASSOCIATES, INC.<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | | Claim Number: 1720<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $25,310.50 | | |
| WASHINGTON RESOURCES<br>8201 GREENSBORO DR STE 708<br>MCLEAN, VA 22102-3818 | | Claim Number: 1721<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $25,000.00 | Scheduled: | $25,000.00 |
| WATERSTONE DISTRESSED OPPORTUNITIES<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>MASTER FUND, LTD. C/O WATERSTONE CAPITAL<br>MANAGEMENT LP, 2 CARLSON PARKWAY,STE 260<br>PLYMOUTH, MN 55447 | | Claim Number: 7179-05<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ DISP | | |
| WATERSTONE MF FUND, LTD<br>TRANSFEROR: WELLS FARGO BANK AS SUCCESSO<br>C/O WATERSTONE CAPITAL MANAGEMENT, LP<br>ATN: CHRIS PARKS; 2 CARLSON PKWY, #260<br>PLYMOUTH, MN 55447 | | Claim Number: 7179-02<br>Claim Date: 03/31/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8070 (07/31/2012) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ DISP | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WATERSTONE MKT NEUTRAL MASTER FUND, LTD
TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
C/O WATERSTONE CAPITAL MANAGEMENT, LP
ATN: CHRIS PARKS, 2 CARLSON PKWY, #260
PLYMOUTH, MN 55447

Claim Number: 7179-01
Claim Date: 03/31/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8070 (07/31/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

---

WATERSTONE OFFSHORE AD FUND, LTD.
TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
C/O WATERSTOME CAPITAL MANAGEMENT LP
2 CARLSON PKWY, SUITE 260
PLYMOUTH, MN 55447

Claim Number: 7179-03
Claim Date: 03/31/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8070 (07/31/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

---

WATERSTONE OFFSHORE ER FUND, LTD.
TRANSFEROR: WELLS FARGO BANK AS SUCCESSO
C/O WATERSTONE CAPITAL MANAGMENT LP
2 CARLSON PARKWAY, SUITE 260
PLYMOUTH, MN 55447

Claim Number: 7179-04
Claim Date: 03/31/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8070 (07/31/2012)

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

---

WATKINS, NOEL
47 H ST
BOSTON, MA 02127-1417

Claim Number: 2384
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $13,031.90 |
|---|---|---|

---

WATSON, DALE
342 WOODLAND PATH
DALLAS, GA 30132

Claim Number: 4585
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $9,675.89 |
|---|---|---|

---

WATSON, DALE L.
342 WOODLAND PATH
DALLAS, GA 30132

Claim Number: 4586
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $9,675.89 |
|---|---|---|

---

WATSON, JOHN JR
4638 COLONIAL AVE
JACKSONVILLE, FL 32210

Claim Number: 3289
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $23,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WATSON, JOHN P. JR<br>4638 COLONIAL AVENUE<br>JACKSONVILLE, FL 32210 | | Claim Number: 3288<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,000.00 | | | |

---

| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5415<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| SECURED | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $22,981.77 | | | |
| TOTAL | Claimed: | $33,931.77 | | | |

---

| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5416<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $23,409.65  UNLIQ | |

---

| WATSON, RICHARD<br>2504 BROWN DR<br>FLOWER MOUND, TX 75022 | | Claim Number: 5417<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,931.77 | | | |

---

| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | | Claim Number: 7517<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8359 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $87,638.88 | | | |

---

| WATSON, THELMA<br>P.O. BOX 971<br>BATH, SC 29816 | | Claim Number: 8359<br>Claim Date: 09/10/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 7517 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $117,781.08 | | | |

---

| WATTS, JUDITH<br>19251 PRESTON RD APT # 915<br>DALLAS, TX 75252 | | Claim Number: 7961<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54,414.75 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 1162
Claim Date: 05/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 3799 (08/18/2010)

| UNSECURED | Claimed: | $1,291,998.00 |
|---|---|---|

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 1472
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7340 (03/22/2012)

| UNSECURED | Claimed: | $3,037,028.59 |
|---|---|---|

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 1472-03
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7430 (03/22/2012)

| UNSECURED | Claimed: | $282,661.82 |
|---|---|---|

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: ASTEELFLASH CALIFORNIA, INC.
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 5512
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8074 (07/31/2012)

| SECURED | Claimed: | $102,490.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,529,350.09 | Scheduled: | $15,001.89 |

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 5653
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 6291

| UNSECURED | Claimed: | $3,602,489.52 |
|---|---|---|

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 6291
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 5653

| UNSECURED | Claimed: | $5,153,641.53 |
|---|---|---|

WB CLAIMS HOLDING - NORTEL, LLC
TRANSFEROR: UNITED STATES DEBT RECOVERY
C/O WHITEBOX ADVISORS, LLC
3033 EXCELSIOR BLVD., SUITE 300
MINNEAPOLIS, MN 55416-4675

Claim Number: 6300
Claim Date: 12/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED

| UNSECURED | Claimed: | $619,250.55 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH 03038 | | Claim Number: 6877<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
| PRIORITY | Claimed: | $77,440.00 |
| WEARE, MARK<br>1 HAPPY AVE<br>DERRY, NH 03038 | | Claim Number: 6878<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: POSSIBLE DUPLICATE OF 6877 |
| PRIORITY | Claimed: | $77,440.00 |
| WEATHERLY, JEWELL HILL<br>215 MELROSE DRIVE<br>PINEHURST, NC 28374 | | Claim Number: 5850<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $187,289.60 |
| WEATHERLY, JEWELL HILL<br>215 MELROSE DRIVE<br>PINEHURST, NC 28374 | | Claim Number: 5851<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $187,289.60 |
| WEAVER, PHILIP<br>3128 CARROLL CR<br>PLANO, TX 75023 | | Claim Number: 3581<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $24,503.12 |
| WEAVER, PHILIP A<br>3128 CARROLL CR<br>PLANO, TX 75023 | | Claim Number: 3596<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $56,988.50 |
| WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1354<br>Claim Date: 06/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4053 (09/30/2010) |
| UNSECURED | Claimed: | $25,619.57 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| WEBSTER, DONNA<br>716 DUTCH HILL RD<br>OAKDALE, PA 15071 | | Claim Number: 2194<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| WEBSTER, DONNA J<br>716 DUTCH HILL RD<br>OAKDALE, PA 15071 | | Claim Number: 2195<br>Claim Date: 08/26/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $0.00   UNDET |
| WEEKS, THOMAS B.<br>1566 POPE RD. PO BOX 587<br>CREEDMOOR, NC 27522 | | Claim Number: 7972<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $98,002.40 |
| WEIDNER, WILLIAM<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | | Claim Number: 5531<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $395.00 |
| WEIGLER, SEAN<br>1301 CHICKASAW DRIVE<br>RICHARDSON, TX 75080 | | Claim Number: 6786<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $7,846.14 |
| WEIL, NELSON<br>16651 CLEARY CIRCLE<br>DALLAS, TX 75248 | | Claim Number: 773<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $70,420.00 |
| WEIL, NELSON L<br>16651 CLEARY CIR<br>DALLAS, TX 75248 | | Claim Number: 2428<br>Claim Date: 09/01/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $2,884.00 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WEINER, KEITH<br>C/O JEFFREY B. ROSE<br>TISHLER & WALD, LTD.<br>200 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | Claim Number: 5523<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $3,867,935.00 | |
|---|---|---|---|

---

| WEISBARTH, THEODORE R.<br>103 COVE CREEK DR.<br>CARY, NC 27519 | Claim Number: 7975<br>Claim Date: 09/13/2011<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $16,752.82 | |
|---|---|---|---|

---

| WEISS, HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 30338-6974 | Claim Number: 2367<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8421 | | |
|---|---|---|---|

| PRIORITY | Claimed: | $1,715.97 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,448.35 | Scheduled: | $31,536.47 |

---

| WEISS, HOWARD ERIC<br>5385 PEACHTREE DUNWOODY ROAD<br>APT #109<br>ATLANTA, GA 30342 | Claim Number: 8421<br>Claim Date: 12/21/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>amends claim 2367 | | |
|---|---|---|---|

| UNSECURED | Claimed: | $31,536.47 | |
|---|---|---|---|

---

| WEISS, MR. HOWARD ERIC<br>828 POTOMAC RD<br>ATLANTA, GA 30338-6974 | Claim Number: 118<br>Claim Date: 02/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|

| PRIORITY | Claimed: | $6,993.94 | |
|---|---|---|---|
| UNSECURED | Claimed: | $24,626.40 | |

---

| WELCH, WARD<br>707 NORTH COLUMBIA STREET<br>CHAPEL HILL, NC 27516 | Claim Number: 100<br>Claim Date: 01/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| PRIORITY | Claimed: | $19,647.10 | Scheduled: | $4,079.07 |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12,295.15 |

---

| WELDON, MARK<br>833 RUNNYMEDE RD<br>RALEIGH, NC 27607-3105 | Claim Number: 3155<br>Claim Date: 09/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|

| UNSECURED | Claimed: | $97,434.00 | |
|---|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WELLER, BURTON
2264 REMINGTON CT
MARIETTA, GA 30066-2151

Claim Number: 876
Claim Date: 04/07/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $60,820.00 |
|---|---|---|

---

WELLS FARGO BANK AS SUCCESSOR BY MERGER
ALSTON & BIRD LLP
C/O JASON H. WATSON
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424

Claim Number: 7179
Claim Date: 03/31/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8070 (07/31/2012)

ADMINISTRATIVE

| UNSECURED | Claimed: | $0.00   UNLIQ DISP |
|---|---|---|

---

WELLS, ERICA
3107 KINGSBROOK DR.
WYLIE, TX 75098

Claim Number: 6282
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| PRIORITY | Claimed: | $30,325.13 |
|---|---|---|

---

WELLS, ERICA L
3107 KINGSBROOK DR
WYLIE, TX 75098

Claim Number: 6283
Claim Date: 12/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 8634 (10/03/2012)

| ADMINISTRATIVE | Claimed: | $30,325.13 |
|---|---|---|

---

WELLS, TODD
26675 WESTBROOK CT
SUN CITY, CA 92586

Claim Number: 7869
Claim Date: 07/27/2011
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $40,150.43 |
|---|---|---|

---

WELLSPRING CAPITAL L.P.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: PAUL YACOUBIAN
1790 KIRBY PARKWAY, SUITE 127
MEMPHIS, TN 38138

Claim Number: 1461
Claim Date: 06/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7409 (03/20/2012)

| UNSECURED | Claimed: | $1,930,797.31 |
|---|---|---|

---

WELLSPRING CAPITAL L.P.
TRANSFEROR: CRT SPECIAL INVESTMENTS LLC
ATTN: PAUL YACOUBIAN
1790 KIRBY PARKWAY, SUITE 127
MEMPHIS, TN 38138

Claim Number: 1472-01
Claim Date: 07/06/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7430 (03/22/2012)

| UNSECURED | Claimed: | $204,771.22 |
|---|---|---|

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| WELLSPRING CAPITAL L.P. | | Claim Number: 2140 | | |
|---|---|---|---|---|
| TRANSFEROR: CRT SPECIAL INVESTMENTS LLC | | Claim Date: 08/24/2009 | | |
| ATTN: PAUL YACOUBIAN | | Debtor: NORTEL NETWORKS INC. | | |
| 1790 KIRBY PARKWAY, SUITE 127 | | Comments: ALLOWED | | |
| MEMPHIS, TN 38138 | | DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $25,500.00 | Scheduled: | $0.00 UNLIQ |

| WELSH, KELLY | | Claim Number: 6278 | |
|---|---|---|---|
| 32 VICTORIA RD | | Claim Date: 12/15/2009 | |
| NORTH BABYLON, NY 11703 | | Debtor: NORTEL NETWORKS INC. | |
| PRIORITY | Claimed: | $26,296.94   UNLIQ | |

| WELSH, SUSAN C | | Claim Number: 6771 | |
|---|---|---|---|
| 13501 MARR LODGE LANE | | Claim Date: 01/19/2010 | |
| BRISTOW, VA 20136 | | Debtor: NORTEL NETWORKS (CALA) INC. | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 7432 (03/22/2012) | |
| PRIORITY | Claimed: | $15,521.63   UNLIQ | |

| WELSH, SUSAN C. | | Claim Number: 6770 | |
|---|---|---|---|
| 13501 MARR LODGE LN | | Claim Date: 01/19/2010 | |
| BRISTOW, VA 20136 | | Debtor: NORTEL NETWORKS INC. | |
| | | Comments: EXPUNGED | |
| | | DOCKET: 7432 (03/22/2012) | |
| ADMINISTRATIVE | Claimed: | $15,521.63   UNLIQ | |

| WENDELL, WILLIAM | | Claim Number: 5990 | |
|---|---|---|---|
| 916 STINSON AVE. | | Claim Date: 10/16/2009 | |
| HOLLY SPRINGS, NC 27540 | | Debtor: NORTEL NETWORKS INC. | |
| | | Comments: ALLOWED | |
| | | DOCKET: 8285 (08/22/2012) | |
| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $41,856.91 | |

| WENDT, DIETMAR | | Claim Number: 6233 | |
|---|---|---|---|
| C/O RACHEL B. MERSKY, ESQUIRE | | Claim Date: 12/14/2009 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, | | Debtor: NORTEL NETWORKS CABLE SOLUTIONS INC. | |
| P.A., 1201 N. ORANGE STREET, SUITE 400 | | | |
| WILMINGTON, DE 19801 | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $1,407,676.58 | |

| WENDT, DIETMAR | | Claim Number: 6234 | |
|---|---|---|---|
| C/O RACHEL B. MERSKY, ESQUIRE | | Claim Date: 12/14/2009 | |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, | | Debtor: NORTHERN TELECOM INTERNATIONAL INC. | |
| P.A., 1201 N. ORANGE STREET, SUITE 400 | | | |
| WILMINGTON, DE 19801 | | | |
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $1,407,676.58 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6235<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INTERNATIONAL INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6236<br>Claim Date: 12/14/2009<br>Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6237<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS HPOCS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6238<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS OPTICAL COMPONENTS INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6239<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS APPLICATIONS MANAGEMENT MANAGEMENT |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | Claim Number: 6240<br>Claim Date: 12/14/2009<br>Debtor: CORETEK, INC. |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6241<br>Claim Date: 12/14/2009<br>Debtor: QTERA CORPORATION |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6242<br>Claim Date: 12/14/2009<br>Debtor: SONOMA SYSTEMS |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6243<br>Claim Date: 12/14/2009<br>Debtor: XROS, INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6244<br>Claim Date: 12/14/2009<br>Debtor: NORTEL ALTSYSTEMS INTERNATIONAL INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6245<br>Claim Date: 12/14/2009<br>Debtor: NORTEL ALTSYSTEMS INC. |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |
| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6246<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS CAPITAL CORPORATION |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6247<br>Claim Date: 12/14/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

| WENDT, DIETMAR<br>C/O RACHEL B. MERSKY, ESQUIRE<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER,<br>P.A., 1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | | Claim Number: 6806<br>Claim Date: 01/20/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $1,407,676.58 |

| WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 3322<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $73,000.00   UNLIQ |

| WENHAM, TERENCE<br>136 CARDINAL DRIVE<br>ROSWELL, GA 30075 | | Claim Number: 3323<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $73,000.00 |

| WENNERSTROM, JAMES A<br>207 DIPLOMA DR.<br>DURHAM, NC 27713 | | Claim Number: 3386<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,187.08 |

| WENTZ, CALVIN<br>2326 GLENDALE AVE<br>DURHAM, NC 27704 | | Claim Number: 8330<br>Claim Date: 08/02/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $20,250.00 |

| WENZEL, DANIEL<br>1890 AZTEC CIRCLE<br>CORONA, CA 92879 | | Claim Number: 2924<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $53,078.74 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| WENZEL, ELFRIEDE AND HANS-JUERGEN<br>DIETESHEIMER STR. 27<br>OFFENBACH, 63073<br>GERMANY | | Claim Number: 6000<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| WERKOFF, DIDIER<br>5301 MISSION ST., APT. #4<br>SAN FRANCISCO, CA 94112 | | Claim Number: 1536<br>Claim Date: 07/13/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $84,487.13 |

---

| | | |
|---|---|---|
| WESBELL ASSET RECOVERY CENTER<br>WESBELL GROUP OF COMPANIES INC.<br>50 DEVON ROAD<br>BRAMPTON, ON L6T 5B5<br>CANADA | | Claim Number: 5536<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) |
| ADMINISTRATIVE | Claimed: | $441,841.30 |

---

| | | |
|---|---|---|
| WESLEY, DEBORAH<br>1330 QUAIL VALLEY RD<br>NASHVILLE, TN 37214-4219 | | Claim Number: 2906<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $7,194.00 |

---

| | | |
|---|---|---|
| WESSELOW, STEPHEN<br>113 BRAELANDS DR<br>CARY, NC 27518 | | Claim Number: 5940<br>Claim Date: 10/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
| PRIORITY | Claimed: | $13,886.46 |
| UNSECURED | Claimed: | $13,886.46 |
| TOTAL | Claimed: | $13,886.46 |

---

| | | |
|---|---|---|
| WEST COLONY OFFICE ASSOCIATES, LP<br>330 GARFIELD ST<br>SANTA FE, NM 87501 | | Claim Number: 1371<br>Claim Date: 06/16/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $31,230.03 |

---

| | | |
|---|---|---|
| WEST VIRGINIA STATE TREASURER'S OFFICE<br>UNCLAIMED PROPERTY DIVISION<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV 25311-1639 | | Claim Number: 538<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC. |
| UNSECURED | Claimed: | $150.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WEST, GLINDA
5945 W PARKER RD APT 2523
PLANO, TX 75093-7764

Claim Number: 6079
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $20,792.43 |
|---|---|---|

WEST, GLINDA
5945 W PARKER RD APT 2523
PLANO, TX 75093-7764

Claim Number: 6080
Claim Date: 11/02/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $32,625.31 |
|---|---|---|

WEST, KARIN
3121 PARKSIDE DRIVE
PLANO, TX 75075

Claim Number: 3898
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $63,530.88 |
|---|---|---|

WEST, KARIN AILEEN
3121 PARKSIDE DRIVE
PLANO, TX 75075

Claim Number: 3899
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $63,530.88 |
|---|---|---|

WEST, KENNETH LEON
9025 MEADOWKNOLL DR
DALLAS, TX 75243

Claim Number: 1538
Claim Date: 07/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $36,000.00 |
|---|---|---|

WESTMAN, MARK A.
312 STROMER DRIVE
CARY, NC 27513

Claim Number: 7540
Claim Date: 12/28/2010
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,950.00 UNDET |
|---|---|---|
| UNSECURED | Claimed: | $44,050.00 UNDET |

WESTON SOLUTIONS
WESTON SOLUTIONS INC
1400 WESTON WAY
ATTN: STEPHEN N. FREED
WEST CHESTER, PA 19380-1492

Claim Number: 2689
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| UNSECURED | Claimed: | $410,139.09 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WESTWOOD, SCOTT<br>1017 E. FERRELL RD<br>APEX, NC 27523-7585 | | Claim Number: 6323<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $37,202.61 |

---

| WEVER, JOHN P<br>8817 WOODYHILL RD<br>RALEIGH, NC 27613 | | Claim Number: 8284<br>Claim Date: 06/04/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #1099 |
|---|---|---|
| UNSECURED | Claimed: | $61,332.21 |

---

| WEVER, JOHN P.<br>8817 WOODY HILL RD.<br>RALEIGH, NC 27613 | | Claim Number: 1099<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $61,332.00 |
| TOTAL | Claimed: | $61,332.21 |

---

| WEYAND, CHRIS<br>305 LAGO GRANDE TRAIL<br>WYLIE, TX 75098 | | Claim Number: 3229<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $14,374.03 |

---

| WEYL, JOHN<br>42 WEST BUFFALO ST.<br>CHURCHVILLE, NY 14428 | | Claim Number: 394<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $75,000.00 |

---

| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | | Claim Number: 7522<br>Claim Date: 12/20/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8241 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT |
| UNSECURED | Claimed: | $25,602.00   UNLIQ CONT |

---

| WHITE, CARRIE S.<br>6301 WIDGEON DRIVE<br>PLANO, TX 75024 | | Claim Number: 8241<br>Claim Date: 04/09/2012<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>AMENDS CLAIM #7522 |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $35,645.00   UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| WHITE, ELAINE<br>47 APPALOOSA CR<br>TYNGSBORO, MA 01879 | | Claim Number: 2347<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $41,891.08

---

| | | |
|---|---|---|
| WHITE, ELISA<br>4122 TRAVIS ST. # 19<br>DALLAS, TX 75204 | | Claim Number: 1784<br>Claim Date: 08/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $13,100.80

---

| | | |
|---|---|---|
| WHITE, ELISA D.<br>4122 TRAVIS ST. # 19<br>DALLAS, TX 75204 | | Claim Number: 681<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) |

UNSECURED          Claimed:          $13,100.80

---

| | | |
|---|---|---|
| WHITE, IAIN ROBERT<br>8530 MCKEE ROAD<br>ROUGEMONT, NC 27572 | | Claim Number: 273<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |

PRIORITY          Claimed:          $33,494.73
UNSECURED                              Scheduled:          $33,367.92

---

| | | |
|---|---|---|
| WHITE, JOHN STERLING<br>36 ENGLISH TURN DR.<br>NEW ORLEANS, LA 70131 | | Claim Number: 1125<br>Claim Date: 05/07/2009<br>Debtor: NORTEL NETWORKS INC. |

UNSECURED          Claimed:          $255,130.00

---

| | | |
|---|---|---|
| WHITE, MITZI A.<br>2606 E ILLINOIS AVE<br>DALLAS, TX 75216 | | Claim Number: 1280<br>Claim Date: 06/05/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |

ADMINISTRATIVE
PRIORITY
UNSECURED          Claimed:          $22,157.00

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WHITE, NANCY J
127 WHITE FARM RD
LAFAYETTE, TN 37083-3131

Claim Number: 4237
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $471,609.35 | Scheduled: | $0.00  UNLIQ |

WHITED, MORRIS N.
1713 FROSTY HOLLOW RD
WAKE FOREST, NC 27587

Claim Number: 7591
Claim Date: 02/07/2011
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,770.33 | | |

WHITEHURST, ANN
1305 PATTERSON GROVE RD
APEX, NC 27502

Claim Number: 7634
Claim Date: 03/10/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $7,963.07 | | |

WHITEHURST, JAY
1512  CONSETT COURT
RALEIGH, NC 27613

Claim Number: 3310
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $240,421.95 | Scheduled: | $0.00  UNLIQ |

WHITEHURST, MICHAEL
801 SILVER POINT RD
CHAPIN, SC 29036

Claim Number: 2804
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,255.17 | | |

WHITEHURST, MICHAEL
801 SILVERPOINT ROAD
CHAPIN, SC 29036

Claim Number: 2805
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY UNSECURED | Claimed: | $6,255.17 | Scheduled: | $6,255.17  UNLIQ |

WHITEHURST, MICHAEL
801 SILVERPOINT ROAD
CHAPIN, SC 29036

Claim Number: 2806
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $59,460.80 | Scheduled: | $64,532.96  UNLIQ |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WHITEHURST, MICHAEL<br>801 SILVERPOINT ROAD<br>CHAPIN, SC 29036 | Claim Number: 2807<br>Claim Date: 09/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $70,410.80   UNLIQ |
|---|---|---|

---

| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | Claim Number: 7582<br>Claim Date: 01/28/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $85,889.06 |
|---|---|---|

---

| WHITFIELD, JAMES THOMAS, JR.<br>PO BOX 175<br>TIMBERLAKE, NC 27583 | Claim Number: 7586<br>Claim Date: 01/31/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $11,439.68 |
|---|---|---|

---

| WHITFIELD, RONALD BRUCE<br>4707 BAHAMA RD<br>ROUGEMONT, NC 27572 | Claim Number: 7942<br>Claim Date: 09/12/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $79,527.80 |
|---|---|---|

---

| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD. STE.235<br>CLAYTON, NC 27520 | Claim Number: 3678<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $6,736.47 |
|---|---|---|
| UNSECURED | Claimed: | $12,599.65 |

---

| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE 235<br>CLAYTON, NC 27520 | Claim Number: 3679<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
|---|---|

| PRIORITY | Claimed: | $6,736.47 |
|---|---|---|
| UNSECURED | Claimed: | $12,599.65 |

---

| WHITFIELD, VIVIAN<br>901 TOWN CENTRE BLVD.<br>STE. 235<br>CLAYTON, NC 27520 | Claim Number: 3680<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | Claimed: | $6,736.47 | Scheduled: | $1,258.59 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,599.65 | Scheduled: | $19,077.21 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WHITFILL, MARK E
3822 RAINTREE DR
FLOWER MOUND, TX 75022

Claim Number: 3825
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $101,670.88 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITING, MICHAEL
8338 NW 37TH STREET
SUNRISE, FL 33351

Claim Number: 2219
Claim Date: 08/26/2009
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: ALLOWED
DOCKET: 7408 (03/20/2012)

| UNSECURED | Claimed: | $25,576.95 | Scheduled: | $26,579.49 |
|---|---|---|---|---|

WHITLOCK
WHITLOCK GROUP, THE
3900 GASKINS ROAD
RICHMOND, VA 23233

Claim Number: 2515
Claim Date: 09/02/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5623 (06/07/2011)

| UNSECURED | Claimed: | $11,377.82 |
|---|---|---|

WHITLOCK, CLARENCE
1473 MARYDALE DRIVE
LILBURN, GA 30047

Claim Number: 6896
Claim Date: 01/25/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

WHITMAN TOWN OF
54 SOUTH AVE
WHITMAN, MA 02382-2052

Claim Number: 6683
Claim Date: 01/11/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: WITHDRAWN
DOCKET: 5623 (06/07/2011)

| SECURED | Claimed: | $3,033.00 |
|---|---|---|

WHITNEY, DAVID
208 HALEY HOUSE LANE
CARY, NC 27519

Claim Number: 7931
Claim Date: 09/06/2011
Debtor: NORTEL NETWORKS CAPITAL CORPORATION

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

WHITNEY-FRUEH, LAURIE
2505 ERIE AVENUE
CINCINNATI, OH 45208

Claim Number: 5381
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $15,000.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WHITTED BRASWELL, TASHA
2810 THOREAU DR
DURHAM, NC 27703

Claim Number: 7474
Claim Date: 10/22/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $18,415.10 |
|---|---|---|

WHITTON, MARK
19206 MILL SITE PL.
LEESBURG, VA 20176

Claim Number: 216
Claim Date: 02/09/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8343

| UNSECURED | Claimed: | $86,800.15 |
|---|---|---|

WHITTON, MARK
19206 MILL SITE PLACE
LEESBURG, VA 20176

Claim Number: 2812
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $86,800.15 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

WHITTON, MARK
19206 MILLE SITE PL.
LEESBURG, VA 20176

Claim Number: 2813
Claim Date: 09/10/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $86,800.15 |
|---|---|---|

WHITTON, MARK
19206 MILLE SITE PL.
LEESBURG, VA 20176

Claim Number: 8343
Claim Date: 08/16/2012
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 216

| UNSECURED | Claimed: | $84,311.25 |
|---|---|---|

WHITWORTH, MARY JANE
9215 WOODLAND TREE LANE
CUMMING, GA 30028

Claim Number: 8392
Claim Date: 10/18/2012
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $33,369.26 |
|---|---|---|

WI-FI ALLIANCE
10900 STONELAKE BLVD STE B-126
AUSTIN, TX 78759-5828

Claim Number: 2465
Claim Date: 08/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 4758 (01/25/2011)

| UNSECURED | Claimed: | $575.34 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WI-FI ALLIANCE<br>3925 WEST BRAKER LANE<br>AUSTIN, TX 78759-5316 | | Claim Number: 2466<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $575.34 |

| WICKERSHAM, MARY<br>200 ELVA DRIVE<br>APTOS, CA 95003 | | Claim Number: 5421<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $41,934.61 |

| WIGGIN, CHRISTOPHER<br>PO BOX 223<br>528 N. SHORE ROAD<br>SPOFFORD, NH 03462 | | Claim Number: 4588<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $14,195.95 |

| WILCOX, REGINALD<br>22 EWING COURT<br>LUCAS, TX 75002 | | Claim Number: 4284<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $82,152.39 | Scheduled: | $82,152.39 UNLIQ |

| WILCOX, REGINALD<br>22 EWING COURT<br>LUCAS, TX 75002 | | Claim Number: 6892<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|---|
| UNSECURED | Claimed: | $82,152.39 |

| WILDEE, CHANDARA<br>4821 BASILDON CT<br>APEX, NC 27539 | | Claim Number: 7998<br>Claim Date: 09/20/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 8270 |
|---|---|---|
| UNSECURED | Claimed: | $31,628.80 |

| WILDER, ROBERT A<br>955 RIVER OVERLOOK CT<br>ATLANTA, GA 30328 | | Claim Number: 2859<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| PRIORITY | Claimed: | $146,617.68 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILDER, ROBERT A.<br>955 RIVER OVERLOOK CT.<br>ATLANTA, GA 30328 | | Claim Number: 2860<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $146,617.00 |

| WILKE, THERESA C.<br>4012 FERN MEADOW DR<br>CARY, NC 27513-8114 | | Claim Number: 7321<br>Claim Date: 07/02/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $95,158.00 |

| WILKERSON, BEVERLY<br>3004 TUCKER'S PLACE<br>LA VERGNE, TN 37086 | | Claim Number: 4728<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $6,028.84 |

| WILKINS, REGINALD L.<br>317 CLARENDON CRESCENT<br>RALEIGH, NC 27610 | | Claim Number: 7589<br>Claim Date: 02/04/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $17,100.00   UNLIQ |

| WILLARD T. ANDERSON PROPERTIES<br>C/O JOHN D. RODGERS, ESQ.<br>DEILY MOONEY & GLASTETER, LLP<br>8 THURLOW TERRACE<br>ALBANY, NY 12203 | | Claim Number: 3389<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| SECURED | Claimed: | $53,350.00 |
| UNSECURED | Claimed: | $33,327.56 |

| WILLIAMS AARON D.<br>14533 GRANT ST<br>OVERLAND PARK, KS 66221 | | Claim Number: 1143<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $46,151.00 |

| WILLIAMS, AVERY<br>4635 BELCLAIRE AVE<br>DALLAS, TX 75209-6003 | | Claim Number: 1142<br>Claim Date: 05/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $28,684.92 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILLIAMS, BRENT<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 6528<br>Claim Date: 12/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| SECURED | Claimed: | $10,950.00 | | |
| UNSECURED | | | Scheduled: | $10,717.59 |
| TOTAL | Claimed: | $10,950.00 | | |

---

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5812<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|---|
| PRIORITY | Claimed: | $4,655.86 |
| SECURED | Claimed: | $4,655.86 |
| UNSECURED | Claimed: | $5,395.40 |
| TOTAL | Claimed: | $10,051.26 |

---

| WILLIAMS, BRENT N<br>11805 PEMBRIDGE LN<br>RALEIGH, NC 27613 | | Claim Number: 5816<br>Claim Date: 10/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2619 (03/03/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

---

| WILLIAMS, CHARLES, III<br>107 NEWFIELD LN<br>SPRINGTOWN, TX 76082-5418 | | Claim Number: 2179<br>Claim Date: 08/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| SECURED | Claimed: | $28,557.69 |
| UNSECURED | | |

---

| WILLIAMS, CLARENCE<br>514 CHINOOK CIRCLE<br>HARKER HEIGHTS, TX 76548 | | Claim Number: 6868<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,429.08 |

---

| WILLIAMS, CLARENCE M<br>514 CHINOOK CIRCLE<br>HARKER HEIGHTS, TX 76548 | | Claim Number: 6867<br>Claim Date: 01/22/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) |
|---|---|---|
| PRIORITY | Claimed: | $14,429.08 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILLIAMS, DEBORAH W.<br>6805 COOL POND ROAD<br>RALEIGH, NC 27613 | | Claim Number: 7984<br>Claim Date: 09/15/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $35,272.20 | | |

---

| WILLIAMS, HEATHER<br>2702 PENNY LANE<br>MCKINNEY, TX 75070 | | Claim Number: 2826<br>Claim Date: 09/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $6,357.34 |
| UNSECURED | Claimed: | $36,153.80 | Scheduled: | $23,177.99 |

---

| WILLIAMS, JEFFREY E.<br>201 WINDY KNOLL LN.<br>WYLIE, TX 75098 | | Claim Number: 8325<br>Claim Date: 07/23/2012<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,076.96 | | |

---

| WILLIAMS, MARGARET<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3286<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $49,280.00 | | |

---

| WILLIAMS, MARGARET L<br>4358 RIVERVIEW AVENUE<br>WEST LINN, OR 97068 | | Claim Number: 3287<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,280.00 | | |

---

| WILLIAMS, MARK CAMERON<br>400 APRIL BLOOM LN.<br>CARY, NC 27519 | | Claim Number: 529<br>Claim Date: 03/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $69,901.44 | | |

---

| WILLIAMS, NANCY J.<br>204 COLONIAL CIRCLE<br>GRANDALL, TX 75114 | | Claim Number: 1558<br>Claim Date: 07/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,105.20 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILLIAMS, PATRICK H | | | | |
|---|---|---|---|---|
| 1040 BRANCH ROAD | | Claim Number: 4604 | | |
| CANTON, GA 30115 | | Claim Date: 09/29/2009 | | |
| | | Debtor: NORTEL NETWORKS INC. | | |

| UNSECURED | Claimed: | $98,804.51 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| WILLIAMS, PAUL JR. | | | |
|---|---|---|---|
| 5509 PINE DR | | Claim Number: 7082 | |
| RALEIGH, NC 27606 | | Claim Date: 02/08/2010 | |
| | | Debtor: NORTEL NETWORKS INC. | |

| PRIORITY | Claimed: | $4,974.81 |
|---|---|---|
| UNSECURED | Claimed: | $52,581.42 |

| WILLIAMS, PAUL, JR. | | |
|---|---|---|
| 5509 PINE DR | | Claim Number: 7013 |
| RALEIGH, NC 27606 | | Claim Date: 01/27/2010 |
| | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: POSSIBLY AMENDED BY 7082 |

| PRIORITY | Claimed: | $4,974.81 |
|---|---|---|
| UNSECURED | Claimed: | $52,581.42 |

| WILLIAMS, SHARON | | |
|---|---|---|
| 6632 JOHNSON MILL RD. | | Claim Number: 1982 |
| DURHAM, NC 27712 | | Claim Date: 08/21/2009 |
| | | Debtor: NORTEL NETWORKS INC. |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
|---|---|---|

| WILLIAMS, SHARON R. | | |
|---|---|---|
| 6632 JOHNSON MILL RD | | Claim Number: 1604 |
| DURHAM, NC 27712 | | Claim Date: 07/27/2009 |
| | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: ALLOWED |
| | | DOCKET: 8285 (08/22/2012) |

| ADMINISTRATIVE | | |
|---|---|---|
| PRIORITY | Claimed: | $34,910.00 |
| UNSECURED | | |

| WILLIAMS, SHARON R. | | |
|---|---|---|
| 6632 JOHNSON MILL RD | | Claim Number: 1984 |
| DURHAM, NC 27712 | | Claim Date: 08/21/2009 |
| | | Debtor: NORTEL NETWORKS INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 2315 (01/21/2010) |

| PRIORITY | Claimed: | $34,910.00 |
|---|---|---|

| WILLIAMS, TERRON E. | | |
|---|---|---|
| 3240 DUVENECK DRIVE | | Claim Number: 1678 |
| RALEIGH, NC 27616 | | Claim Date: 08/11/2009 |
| | | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $54,550.12 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILLIAMS, TRACY A.<br>3220 W INA RD APT 12207<br>TUCSON, AZ 85741-2168 | | Claim Number: 150<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,969.20 | Scheduled: | $15,856.46 |

| WILLIAMS, WILLIAM G.<br>P.O. BOX 1713<br>APEX, NC 27502 | | Claim Number: 7057<br>Claim Date: 02/01/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $70,720.00 |

| WILLIAMSON, PAMELA J.<br>1022 NEEDHAN DRIVE<br>SMYRNA, TN 37167 | | Claim Number: 7483<br>Claim Date: 11/05/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,212.67   UNLIQ CONT |

| WILLIFORD, CURTIS<br>1013 VINSON CT<br>CLAYTON, NC 27520 | | Claim Number: 4757<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $35,485.20 |

| WILLIS TN INC<br>26 CENTURY BOULEVARD<br>NASHVILLE, TN 37214 | | Claim Number: 5559<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3799 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| WILLIS, KENNETH A.<br>1875 GREENMEADOW DR.<br>WALLED LAKE, MI 48390 | | Claim Number: 7932<br>Claim Date: 09/06/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $19,754.64 |

| WILMER CUTLER PICKERING HALE AND DORR<br>LLP<br>WILMERHALE LLP C/O CRAIG GOLDBLATT<br>1875 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20006 | | Claim Number: 3828<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) |
|---|---|---|
| UNSECURED | Claimed: | $16,827.97 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| WILSON, BOBBY<br>BOBBY WILSON ELECTRIC CO INC.<br>2 HIGHCROSS COURT<br>RALEIGH, NC 27613 | | Claim Number: 6320<br>Claim Date: 12/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 4256 (11/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,479.00 | | |
| WILSON, CHRISTOPHER<br>9428 MACON ROAD<br>RALEIGH, NC 27613 | | Claim Number: 4303<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | | | Scheduled: | $5,570.49 |
| UNSECURED | Claimed: | $81,488.93 | Scheduled: | $82,985.93 |
| WILSON, JASON L.<br>6808 N. BASKET OAK DR.<br>EDWARDS, IL 61528 | | Claim Number: 7457<br>Claim Date: 10/08/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $2,434.62   UNLIQ CONT | | |
| WILSON, JOHN<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 4569<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $131,069.81 | | |
| WILSON, JOHN<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6639<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $131,069.81 | | |
| WILSON, JOHN B.<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 6640<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $131,069.81 | | |
| WILSON, JOHN B., VICE PRESIDENT<br>14538 WOOD ROAD<br>ALPHARETTA, GA 30004 | | Claim Number: 4570<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| ADMINISTRATIVE | Claimed: | $131,069.81 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WILSON, MICHAEL R.<br>8013 BURTON<br>CANTON, MI 48187 | | Claim Number: 3400<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8634 (10/03/2012) |
|---|---|---|
| UNSECURED | Claimed: | $2,719.20 |

---

| WILSON, ROBERT<br>624 LEGEND LANE<br>SHERMAN, TX 75092 | | Claim Number: 548<br>Claim Date: 03/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,000.00 |

---

| WILTEL COMMUNICATIONS LLC<br>LEVEL 3 COMMUNICATIONS, LLC<br>ATTN: KIM BARLETT<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | | Claim Number: 1654<br>Claim Date: 08/07/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $5,194.30 |

---

| WIND RIVER SYSTEMS, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>500 WIND RIVER WAY<br>ALAMEDA, CA 94501 | | Claim Number: 3941<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|---|
| UNSECURED | Claimed: | $381,339.74 |

---

| WIND TELECOM SA<br>AVE 27 DE FEBRERO ESQ ISABEL<br>SANTO DOMINGO,<br>DOMINICAN REPUBLIC | | Claim Number: 7012<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7112 (01/20/2012) |
|---|---|---|
| UNSECURED | Claimed: | $1,050,000.00 |

---

| WIND TELECOM SA<br>AVE 27 DE FEBRERO ESQ I AGUIAR<br>SANTO DOMINGO,<br>DOMINICAN REP. | | Claim Number: 7070<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7112 (01/20/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,050,000.00 |

---

| WIND TELECOM, S.A.<br>AVE 27 DE FEBRERO ESQ. I. AGUIAR<br>HERRERA<br>STO. DGO.,<br>DOMINICAN REPUBLIC | | Claim Number: 7011<br>Claim Date: 01/27/2010<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 7112 (01/20/2012) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,050,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WINGATE, DONNA
1 FOSTER RD
MERRIMACK, NH 03054

Claim Number: 6020
Claim Date: 10/19/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $31,056.40 |
|----------|----------|------------|

WINGO, GARY L
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 6600
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $304,665.90 |
|----------|----------|-------------|

WINGO, GARY L
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 6601
Claim Date: 01/05/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| PRIORITY | Claimed: | $304,665.90 | | |
|----------|----------|-------------|-----------|-----------|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

WINGO, GARY L.
9340 STONEY RIDGE LANE
ALPHARETTA, GA 30022

Claim Number: 559
Claim Date: 03/12/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $304,665.90 |
|----------|----------|-------------|

WININGER, STEVEN
306
440 S EL CIELO RD STE 3
PALM SPRINGS, CA 92262-7936

Claim Number: 6700
Claim Date: 01/13/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| UNSECURED | Claimed: | $34,518.00 |
|-----------|----------|------------|

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2981
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $320,558.60 | | |
|----------|----------|-------------|-----------|-----------|
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2982
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $113,360.19 |
|-----------|----------|-------------|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2983
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,358.00 | | |

WINJE, NORA
678 COOLEDGE AVE
ATLANTA, GA 30306

Claim Number: 2984
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,981.09 | Scheduled: | $108,038.64 UNLIQ |

WINKELER, JOHN F
700 TWIN CREEKS DR
ALLEN, TX 75013

Claim Number: 3810
Claim Date: 09/25/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $36,136.56 |

WINN, KEVIN J.
113 SEQUOIA DR.
TYNGSBORO, MA 1879

Claim Number: 7835
Claim Date: 07/11/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $26,680.82 |

WINTERBERG, NICHOLAS F.
P.O. BOX 3021
JOHNSON CITY, TN 37602

Claim Number: 364
Claim Date: 02/23/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $267,386.00 |
| UNSECURED | Claimed: | $3,781,139.00 |

WIRELESS (TX) LP
C/O W.P. CAREY & CO., LLC
ATTN: DARREN POSTEL
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020

Claim Number: 785
Claim Date: 03/31/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 5624 (06/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $9,923,764.91 | UNLIQ CONT |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | |
|---|---|---|
| WIRELESS COMMUNICATIONS<br>1333 H STREET NW<br>WASHINGTON, DC 20005 | Claim Number: 2025<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4163 (10/14/2010) | |
| TOTAL | Claimed: | $0.00 |
| WIRELESS INTEGRATED NETWORKS INC.<br>NINOS HEROES 134 PTE. COL. CENTRO<br>HERMOSILLO<br>SONORA MEXICO, CP 83000<br>MEXICO | Claim Number: 1679<br>Claim Date: 08/11/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | |
| UNSECURED | Claimed: | $103,706.00 |
| WIRELESS INTEGRATED NETWORKS INC.<br>NINOS HEROES 134 PTE. COL. CENTRO<br>HERMOSILLO<br>SONORA MEXICO, CP 83000<br>MEXICO | Claim Number: 3773-01<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Amends claim 1679. | |
| UNSECURED | Claimed: | $116,326.00 |
| WIRELESS INTEGRATED NETWORKS INC.<br>NINOS HEROES 134 PTE. COL. CENTRO<br>HERMOSILLO<br>SONORA MEXICO, CP 83000<br>MEXICO | Claim Number: 3773-02<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | |
| UNSECURED | Claimed: | $1,300.00 |
| WIREWERKS<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1790<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | |
| UNSECURED | Claimed: | $327.10 |
| WIREWERKS<br>WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, H8T 1A3<br>CANADA | Claim Number: 1792<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5623 (06/07/2011) | |
| UNSECURED | Claimed: | $35,428.20 |
| WIREWERKS INC<br>10280 CH DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1793<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | |
| ADMINISTRATIVE | Claimed: | $33,949.49 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WIREWERKS INC<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1794<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
|---|---|---|---|

| UNSECURED | Claimed: | $33,949.49 | Scheduled: | $3,508.20 |
|---|---|---|---|---|

---

| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1789<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $327.10 |
|---|---|---|

---

| WIREWERKS INC.<br>10280 CHEMIN DE LA COTE-DE-LIESSE<br>LACHINE, QC H8T 1A3<br>CANADA | Claim Number: 1791<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,428.20 |
|---|---|---|

---

| WISLOCKI, BOGDAN<br>115 HAYWARD ST<br>YONKERS, NY 10704-1854 | Claim Number: 5352<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $333,153.61 |
|---|---|---|

---

| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 4155<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7355 (03/08/2012)<br>Paid and not entitled to any additional voting right or distribution |
|---|---|

| ADMINISTRATIVE | Claimed: | $106,765.44 |
|---|---|---|

---

| WISTRON CORPORATION<br>21F, NO 88, SECTION 1, HSIN-TAI-WU ROAD,<br>HSI-CHIH<br>TAIPEI HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 4156<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $805,995.24 |
|---|---|---|

---

| WISTRON CORPORATION<br>21F, 88, SEC. 1, HSIN TAI WU RD.,<br>HSICHIH, TAIPEI<br>LEGAL OFFICE<br>HSIEN, 221<br>TAIWAN, R.O.C. | Claim Number: 5637<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $93,696.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| WISTRON INFOCOMM TECHNOLOGY AMERICA CORP<br>P.O. BOX 370307<br>EL PASO, TX 79937 | | Claim Number: 4153<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
| UNSECURED | Claimed: | $2,250,232.04 | | |
| WISTRON INFOCOMM TECHNOLOGY CORP<br>21F, 88, SEC. 1, HSIN TAI WU RD<br>HSICHIH<br>TAIPEI HSIEN, 221<br>TAIWAN R.O.C. | | Claim Number: 4154<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7354 (03/08/2012) | | |
| ADMINISTRATIVE | Claimed: | $2,578,899.38 | | |
| WITEC, LLC<br>TRANSFEROR: CORPORATE BUSINESS GROUP INC<br>1221 BRICKELL AVENUE<br>9TH FLOOR<br>MIAMI, FL 33131 | | Claim Number: 771<br>Claim Date: 03/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $28,400.00 | Scheduled: | $28,400.00 |
| WITHROW, ROBERT<br>27 GREENWOOD TER<br>SWAMPSCOTT, MA 01907-2126 | | Claim Number: 4086<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $892.36 | | |
| WITLOCK GROUP, THE<br>12820 WEST CREEK PKWY STE M<br>HENRICO, VA 23238-1111 | | Claim Number: 2475<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 7353 (03/08/2012) | | |
| UNSECURED | Claimed: | $11,377.82 | Scheduled: | $11,377.82 |
| WITSCHEN, WALTER<br>13543 90 ST. NW<br>EDMONTON, AB T5E 3M9<br>CANADA | | Claim Number: 4201<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | |
| UNSECURED | Claimed: | $12,988.57 | | |
| WITT, DIANE<br>1406 EDGEMONT DR<br>SACHSE, TX 75048 | | Claim Number: 5902<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $28,766.64 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WJF TELECOM LLC<br>9410 DESOTO AVE # E<br>CHATSWORTH, CA 91311 | | Claim Number: 23-02<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 5625 (06/07/2011)<br>Paid and not entitled to any additional voting right or distribution | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,730.00 | | |

---

| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4343<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $30,925.82 | | |
| UNSECURED | Claimed: | $30,925.83 | Scheduled: | $52,371.96  UNLIQ |

---

| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4383<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |

---

| WOHLFORD, ROBERT<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4384<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $61,851.65 | |

---

| WOHLFORD, ROBERT E.<br>30 ALEXANDER PLACE<br>PITTSBURGH, PA 15243 | | Claim Number: 4342<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $60,299.23 | | |
| UNSECURED | Claimed: | $60,299.23 | Scheduled: | $0.00  UNLIQ |

---

| WOINSKY, MELVIN N<br>300 OCEAN AVE N APT 4B<br>LONG BRANCH, NJ 07740 | | Claim Number: 4004<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |

---

| WOINSKY, MELVIN N<br>300 OCEAN AVE N #4B<br>LONGBRANCH, NJ 07740 | | Claim Number: 4010<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WOLF, BILL
1825 WESCOTT DR
RALEIGH, NC 27614

Claim Number: 7684
Claim Date: 04/04/2011
Debtor: NORTEL NETWORKS INC.

| PRIORITY | Claimed: | $10,810.38 |
|---|---|---|

WOLF, JAMES
7709 CHERRY CREEK DR
PLANO, TX 75025

Claim Number: 4414
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $40,770.32 |
|---|---|---|

WOLFE, RICHARD
5917 RUSTIC WOOD LN
DURHAM, NC 27713

Claim Number: 6993
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $41,682.68 |
|---|---|---|

WOLFE, RICHARD N.
5917 RUSTIC WOOD LN
DURHAM, NC 27717

Claim Number: 6994
Claim Date: 01/26/2010
Debtor: NORTEL NETWORKS INC.

| ADMINISTRATIVE | Claimed: | $41,682.68 |
|---|---|---|

WOLFENBARGER, WILLIAM
1253 NORTHERN RD
MT JULIET, TN 37122

Claim Number: 4039
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $43,718.62 |
|---|---|---|

WOLFSON, CASH
7704 MICHAEL CT
MCKINNEY, TX 75071

Claim Number: 1244
Claim Date: 05/26/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2324 (01/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

WOMACK, KAREN D.
114 FREHOLD CT
CARY, NC 27519

Claim Number: 5490
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

ADMINISTRATIVE
PRIORITY
| UNSECURED | Claimed: | $24,604.00 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WONG, CHARLES<br>3612 LEIGHTON RIDGE DRIVE<br>PLANO, TX 75025 | Claim Number: 1666<br>Claim Date: 08/10/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY          Claimed:          $49,484.62
UNSECURED

---

| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4152<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $56,250.00    UNLIQ

---

| WONG, CHO L<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>CHINA | Claim Number: 4235<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $36,531.77          Scheduled:          $0.00  UNLIQ

---

| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 1455<br>Claim Date: 07/01/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $114,152.00

---

| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4150<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

ADMINISTRATIVE          Claimed:          $114,152.00

---

| WONG, CHO LUN<br>FLAT A1 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4151<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

UNSECURED          Claimed:          $0.00    UNDET

---

| WONG, CHO LUN<br>FLAT A1, 3/F SUMMIT COURT<br>144 TIN HAU TEMPLE ROAD<br>NORTH POINT,<br>HONG KONG | Claim Number: 4234<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

ADMINISTRATIVE          Claimed:          $0.00    UNDET

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WONG, FREDDIE F<br>88 FRANCIS ST UNIT 1<br>WALTHAM, MA 02451-4366 | Claim Number: 6442<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WONG, FREDDIE F<br>88 FRANCIS ST UNIT 1<br>WALTHAM, MA 02451-4366 | Claim Number: 6443<br>Claim Date: 12/28/2009<br>Debtor: NORTEL NETWORKS (CALA) INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| WONG, PAUL AND JURAN<br>9309 - 158TH ST. NW<br>EDMONTON, AB T5R 2C6<br>CANADA | Claim Number: 3060<br>Claim Date: 09/16/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) |
|---|---|

| UNSECURED | Claimed: | $2,910.00 |
|---|---|---|

| WONG, SHARON<br>4400 CUTTER SPRINGS COURT<br>PLANO, TX 75024 | Claim Number: 909<br>Claim Date: 04/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) |
|---|---|

| PRIORITY | | | Scheduled: | $5,211.44 |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,602.42 | Scheduled: | $23,220.41 |

| WONG, SYLVIA<br>14739 TURNBRIDGE DRIVE<br>FRISCO, TX 75035 | Claim Number: 7709<br>Claim Date: 04/15/2011<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| PRIORITY | Claimed: | $14,174.13 |
|---|---|---|

| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612 | Claim Number: 279<br>Claim Date: 02/13/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7408 (03/20/2012) |
|---|---|

| UNSECURED | Claimed: | $11,560.11 |
|---|---|---|

| WONG, TRACY<br>4600 HENLEY PARK COURT<br>RALEIGH, NC 27612 | Claim Number: 2201<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,487.35 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WONG, TRACY<br>3700 BARON COOPER PASS UNIT 101<br>RALEIGH, NC 27612 | | Claim Number: 2287<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,487.35 | Scheduled: | $11,554.55 |

| WONG, WING<br>3016 BONSAI DR.<br>PLANO, TX 75093 | | Claim Number: 1895<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $14,006.64 | | |
| UNSECURED | | | Scheduled: | $13,650.85  UNLIQ |

| WONG, WING VICTOR<br>3016 BONSAI DR<br>PLANO, TX 75093 | | Claim Number: 1896<br>Claim Date: 08/20/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,006.64 | |

| WONG, YOUNG<br>36 SEAONS LANE<br>LONDONDERRY, NH 03053 | | Claim Number: 1361<br>Claim Date: 06/15/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | |
|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,018.00 | |

| WOO, DENNIS<br>9763 66 AVE NW<br>EDMONTON, AB T6E0M4<br>CANADA | | Claim Number: 4766<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,859.62 | |

| WOOD, JEFFREY T.<br>248 STAR MAGNOLIA DR.<br>MORRISVILLE, NC 27560 | | Claim Number: 7789<br>Claim Date: 06/06/2011<br>Debtor: NORTEL NETWORKS INC. | |
|---|---|---|---|
| UNSECURED | Claimed: | $26,352.68 | |

| WOOD, PATRICK<br>8500 KEMPTON ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7217<br>Claim Date: 04/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 7369 | |
|---|---|---|---|
| UNSECURED | Claimed: | $74,938.05 | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WOOD, PATRICK
8500 KEMPTON ROAD
RALEIGH, NC 27615

Claim Number: 7369
Claim Date: 08/02/2010
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 7217

| UNSECURED | Claimed: | $54,279.80 |
|---|---|---|

---

WOOD, PIERCE G
255 ELLIOT CIRCLE
WATKINSVILLE, GA 30677

Claim Number: 2611
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $254,384.48 |
|---|---|---|

---

WOOD, PIERCE G
255 ELLIOT CIRCLE
WATKINSVILLE, GA 30677

Claim Number: 2612
Claim Date: 09/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| UNSECURED | Claimed: | $254,384.48 |
|---|---|---|

---

WOOD, RICHARD
224 HOLLY GREEN LANE
HOLLY SPRINGS, NC 27540

Claim Number: 7212
Claim Date: 04/16/2010
Debtor: NORTEL NETWORKS INC.

| UNSECURED | Claimed: | $46,430.00 |
|---|---|---|

---

WOOD, ROBERT G.
9 HORACE COURT
NEPEAN, ON K2J 3C6
CANADA

Claim Number: 6230
Claim Date: 12/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 7965 (06/22/2012)

| UNSECURED | Claimed: | $112,052.11 |
|---|---|---|

---

WOODLEY, DARLA AND DAVID
9307 - 175 AVE. NW
EDMONTON, AB T5Z 2C5
CANADA

Claim Number: 3067
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $6,614.63 |
|---|---|---|

---

WOODLEY, DAVID
9307 - 175 AVE. NW
EDMONTON, AB T5Z 2C5
CANADA

Claim Number: 3065
Claim Date: 09/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 3219 (06/24/2010)

| UNSECURED | Claimed: | $3,111.79 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WOODLIEF, DARLENE C.<br>9100 WOODLIEF RD<br>WAKE FOREST, NC 27587 | Claim Number: 7515<br>Claim Date: 12/16/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $20,281.00 | UNLIQ CONT |

---

| WOODLIEF, DAVID W.<br>4141 SUMMER RIDGE CT.<br>APEX, NC 27539 | Claim Number: 8351<br>Claim Date: 08/30/2012<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,000.00 |

---

| WOODS, ALICIA<br>7609 WESTOVER DRIVE<br>ROWLETT, TX 75089 | Claim Number: 7333<br>Claim Date: 07/06/2010<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $624.59 |
| UNSECURED | Claimed: | $20,819.90 |

---

| WOODS, CRAIG<br>3700 LEGACY DR.<br>APT. 20105<br>FRISCO, TX 75034 | Claim Number: 1447<br>Claim Date: 06/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $12,614.41 |

---

| WOODS, JOHN L<br>1621 SUNSHINE DRIVE<br>KEY WEST, FL 33040 | Claim Number: 4078<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,127.85 | Scheduled: | $0.00  UNLIQ |

---

| WOODS, WILLIAM<br>30903 CATARINA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 2160<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Claim out of balance |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,257.44 | | |
| UNSECURED | Claimed: | $8,257.44 | Scheduled: | $8,257.44  UNLIQ |
| TOTAL | Claimed: | $8,257.44 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WOODS, WILLIAM P<br>30903 CATARINA DRIVE<br>WESTLAKE VILLAGE, CA 91362 | Claim Number: 2161<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| WOOTEN, JAMES A.<br>110 QUAIL RIDGE<br>ANGIER, NC 27501 | Claim Number: 4043<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $104,218.24 |
|---|---|---|

| WOOTEN, JAMES A.<br>110 QUAIL RDG<br>ANGIER, NC 27501-9406 | Claim Number: 4774<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $478,560.05   UNLIQ |
|---|---|---|

| WOOTEN, JODI<br>904 CHESTNUT CT<br>MURPHY, TX 75094 | Claim Number: 7190<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

ADMINISTRATIVE
PRIORITY

| UNSECURED | Claimed: | $25,846.10 |
|---|---|---|

| WOOTEN, JODI<br>904 CHESTNUT CT<br>MURPHY, TX 75094 | Claim Number: 7191<br>Claim Date: 04/05/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 8285 (08/22/2012) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,846.10 |
|---|---|---|

| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON INFOCOMM (TEXAS) COR<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 4547<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC. |
|---|---|

| UNSECURED | Claimed: | $1,089.86 |
|---|---|---|

| WORDEN MASTER FUND LP<br>TRANSFEROR: WISTRON CORPORATION<br>C/O FORTRESS INVESTMENT<br>1345 AVENUE OF THE AMERICAS, 46TH FLOOR<br>NEW YORK, NY 10105 | Claim Number: 5633-11<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7354 (03/08/2012) |
|---|---|

| UNSECURED | Claimed: | $38,618.59 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| WORDEN MASTER FUND LP | Claim Number: 5633-12 |
| TRANSFEROR: WISTRON CORPORATION | Claim Date: 09/30/2009 |
| C/O FORTRESS INVESTMENT | Debtor: NORTEL NETWORKS INC. |
| 1345 AVENUE OF THE AMERICAS, 46TH FLOOR | Comments: DOCKET: 7355 (03/08/2012) |
| NEW YORK, NY 10105 | Paid and not entitled to any additional voting right or distribution |

| UNSECURED | Claimed: | $1,003.00 |

---

| WORDEN MASTER FUND LP | Claim Number: 5636 |
| TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY | Claim Date: 09/30/2009 |
| C/O FORTRESS INVESTMENT | Debtor: NORTEL NETWORKS INC. |
| 1345 AVENUE OF THE AMERICAS, 46TH FLOOR | |
| NEW YORK, NY 10105 | |

| UNSECURED | Claimed: | $112,511.60 |

---

| WORDEN MASTER FUND LP | Claim Number: 5638 |
| TRANSFEROR: WISTRON INFOCOMM TECHNOLOGY | Claim Date: 09/30/2009 |
| C/O FORTRESS INVESTMENT | Debtor: NORTEL NETWORKS INC. |
| 1345 AVENUE OF THE AMERICAS, 46TH FLOOR | |
| NEW YORK, NY 10105 | |

| ADMINISTRATIVE | Claimed: | $128,944.96 |

---

| WORSLEY, PETER J | Claim Number: 5611 |
| PO BOX 1495 509 SIMCOE ST | Claim Date: 09/30/2009 |
| NIAGARA ON THE LAKE, ON L0S1J-0 | Debtor: NORTEL NETWORKS INC. |
| CANADA | |

| UNSECURED | Claimed: | $620,428.59 | Scheduled: | $0.00 UNLIQ |

---

| WORSLEY, SHIRLEY E | Claim Number: 1448 |
| PO BOX 1495 509 SIMCOE ST | Claim Date: 06/29/2009 |
| NIAGARA ON THE LAKE, ON L0S1J-0 | Debtor: NORTEL NETWORKS INC. |
| CANADA | Comments: |
| | "32,927.64 per annum" |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| WORTHY, THOMAS R. | Claim Number: 3726 |
| 1740 SW MONARCH CLUB DRIVE | Claim Date: 09/24/2009 |
| PALM CITY, FL 34990 | Debtor: NORTEL NETWORKS INC. |
| | Comments: EXPUNGED |
| | DOCKET: 2619 (03/03/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |

---

| WORTHY,THOMAS R. | Claim Number: 3725 |
| 1740 SW MONARCH CLUB DRIVE | Claim Date: 09/24/2009 |
| PALM CITY, FL 34990 | Debtor: NORTEL NETWORKS INC. |

| UNSECURED | Claimed: | $523,317.33 | Scheduled: | $0.00 UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

WRIGHT, NATASHA
3215 KIRBY STREET
DURHAM, NC 27713

Claim Number: 3549
Claim Date: 09/15/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |

WRIGHT, NATASHA
3215 KIRBY STREET
DURHAM, NC 27713

Claim Number: 6879
Claim Date: 01/14/2010
Debtor: NORTEL NETWORKS (CALA) INC.
Comments: EXPUNGED
DOCKET: 7620 (05/08/2012)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |

WRITING MACHINE
19 CITY BUSINESS CENTRE, HYDE STREET
WINCHESTER, SO23 7TA
UNITED KINGDOM

Claim Number: 2856
Claim Date: 09/11/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Claim is for 5726.51 CAD.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,726.51 |

WYCKOFF, JILL A
43122 W SUNLAND DR
MARICOPA, AZ 85138-1700

Claim Number: 7171
Claim Date: 03/29/2010
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | | | |
| PRIORITY | | | |
| UNSECURED | Claimed: | $15,802.35 | UNLIQ |

WYRICK, WENDY
3505 BRENDEN COURT
WYLIE, TX 75098

Claim Number: 3715
Claim Date: 09/24/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE | | |
| PRIORITY | | |
| UNSECURED | Claimed: | $36,646.00 |

XETA TECHNOLOGIES, INC.
1814 WEST TACOMA STREET
BROKEN ARROW, OK 74012-1406

Claim Number: 4645
Claim Date: 09/29/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 7354 (03/08/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $687,574.89 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | | Claim Number: 5563<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $37,359.00 | | |
| XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | | Claim Number: 5592<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
| ADMINISTRATIVE | Claimed: | $37,359.00 | | |
| XIANG, JING<br>100 CANTERBURY HILL RD<br>ACTON, MA 01720 | | Claim Number: 6583<br>Claim Date: 01/04/2010<br>Debtor: NORTEL NETWORKS (CALA) INC. | | |
| UNSECURED | Claimed: | $37,359.00 | | |
| XIN, GENG<br>3617 MASON DR.<br>PLANO, TX 75025 | | Claim Number: 136<br>Claim Date: 02/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $5,024.67 | | |
| XIN, GENG<br>3617 MASON DRIVE<br>PLANO, TX 75025 | | Claim Number: 3842<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| UNSECURED | Claimed: | $5,024.67 | Scheduled: | $5,024.70 |
| XIONG, NANCY<br>1 FARMERS ROW<br>ACTON, MA 01720 | | Claim Number: 1094<br>Claim Date: 05/04/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $21,388.40 | | |
| XIONG, RUI<br>4316 BELVEDERE DR<br>PLANO, TX 75093 | | Claim Number: 3471<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $24,565.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 115<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | | |
| UNSECURED | Claimed: | $102,726.92 | | | |
| XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | | Claim Number: 426<br>Claim Date: 02/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 5089 (03/09/2011) | | | |
| UNSECURED | Claimed: | $102,089.99 | | | |
| XU, BIN AND LI XI<br>RENETTENWEG 18<br>HAMBURG, 22393<br>GERMANY | | Claim Number: 5911<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 3219 (06/24/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| XU, LI<br>389 WASHINGTON ST APT 14J<br>JERSEY CITY, NJ 07302 | | Claim Number: 4310<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $20,186.40 | | | |
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 30<br>Claim Date: 01/23/2009<br>Debtor: NORTHERN TELECOM INTERNATIONAL INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $18,018.50 | | | |
| UNSECURED | Claimed: | $18,018.50 | | | |
| TOTAL | Claimed: | $18,018.50 | | | |
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 2038<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,414.77 | | | |
| XU, SUSAN<br>14818 FARMCOTE DR.<br>FRISCO, TX 75035 | | Claim Number: 4053<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | | |
| PRIORITY | Claimed: | $7,346.30 | | | |
| UNSECURED | Claimed: | $14,414.77 | Scheduled: | | $14,414.77 |
| TOTAL | Claimed: | $14,414.77 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| XU, YUE<br>47 ABBEY RD.<br>EULESS, TX 76039 | | Claim Number: 310<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $2,363.12 | | |
| UNSECURED | Claimed: | $22,023.63 | | |
| XU, YUE<br>47 ABBEY RD.<br>EULESS, TX 76039 | | Claim Number: 8150<br>Claim Date: 01/09/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $2,363.12 | Scheduled: | $3,270.31 |
| UNSECURED | Claimed: | $22,023.63 | Scheduled: | $22,766.02 |
| XYDIAS, VASILIOS<br>271 CRYSTAL ST<br>HAVERHILL, MA 01832 | | Claim Number: 685<br>Claim Date: 03/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $30,190.00 | | |
| YAHYAPOUR, KAZEM<br>6100 CRESCENT KNOLL DR<br>RALEIGH, NC 27614 | | Claim Number: 2017<br>Claim Date: 08/24/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $252,000.00 | | |
| YAN, MINGJIAN<br>25004 JOHNSON FARM RD<br>GAITHERSBURG, MD 20882-3725 | | Claim Number: 2388<br>Claim Date: 08/31/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7432 (03/22/2012) | | |
| PRIORITY | Claimed: | $29,085.68 | | |
| YANG, LING<br>506 LOCH LOMOND CT<br>MILPITAS, CA 95035 | | Claim Number: 1077<br>Claim Date: 05/01/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $52,538.36 | | |
| YANG, STEVE<br>9 N. LONDON DR.<br>NASHUA, NH 03062 | | Claim Number: 6784<br>Claim Date: 01/19/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $15,680.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| YANG, WENDY<br>3961 KERN CT<br>PLEASANTON, CA 94588-4427 | | Claim Number: 57<br>Claim Date: 01/26/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $32,715.00 | Scheduled: | $5,687.15 |
| UNSECURED | | | Scheduled: | $29,714.95 |

---

| | | | | |
|---|---|---|---|---|
| YANG, YOW-HSIUNG<br>1504 WINDING HOLLOW LANE<br>PLANO, TX 75093 | | Claim Number: 317<br>Claim Date: 02/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $61,900.80 | Scheduled: | $4,686.67 |
| UNSECURED | | | Scheduled: | $54,399.80 |

---

| | | | | |
|---|---|---|---|---|
| YANKEE GROUP<br>YANKEE GROUP RESEARCH INC<br>PO BOX 845282<br>BOSTON, MA 02284-5282 | | Claim Number: 1817<br>Claim Date: 08/19/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |
| UNSECURED | Claimed: | $42,300.00 | | |

---

| | | | | |
|---|---|---|---|---|
| YANKEE GROUP RESEARCH, INC.<br>1 LIBERTY SQ STE 7<br>BOSTON, MA 21094868 | | Claim Number: 1186<br>Claim Date: 05/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4779 (01/31/2011) | | |
| UNSECURED | Claimed: | $42,300.00 | | |

---

| | | | | |
|---|---|---|---|---|
| YE, BEIXING<br>1315 LIGHTHOUSE LN<br>ALLEN, TX 75013-3407 | | Claim Number: 448<br>Claim Date: 03/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | Claimed: | $9,981.20 | | |
| UNSECURED | | | Scheduled: | $9,925.85 |

---

| | | | | |
|---|---|---|---|---|
| YEE & ASSOCIATES PC<br>PO BOX 802333<br>DALLAS, TX 75380 | | Claim Number: 2953<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $2,560.00 | Scheduled: | $2,560.00 |

---

| | | | | |
|---|---|---|---|---|
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 1586<br>Claim Date: 07/23/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: POSSIBLY AMENDED BY 6085 | | |
| PRIORITY | Claimed: | $20,764.59 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 6085<br>Claim Date: 11/02/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1586 | | |
| PRIORITY | Claimed: | $20,764.59 | | |
| YEE, MENG F.<br>1506 SOMERSET PLACE<br>RICHARDSON, TX 75081 | | Claim Number: 6119<br>Claim Date: 11/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments:<br>Amends claim 1586 | | |
| PRIORITY | Claimed: | $26,263.60 | | |
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>26 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4781<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| YEEBO LCD LTD<br>7/F ON DAK INDUSTRIAL BUILDING<br>2 6 WAH SING STREET<br>KWAI CHUNG, 1<br>HONG KONG | | Claim Number: 4782<br>Claim Date: 09/29/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 4256 (11/08/2010) | | |
| ADMINISTRATIVE | Claimed: | $10,000.00 | | |
| YEH, RAE-LING<br>2143 CHANNEL ISLANDS DR.<br>ALLEN, TX 75013 | | Claim Number: 1326<br>Claim Date: 06/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | |
| UNSECURED | Claimed: | $17,707.43 | Scheduled: | $18,373.14 |
| YERONICK, MARY FRAN<br>3212 STONEYFORD CT<br>RALEIGH, NC 27603 | | Claim Number: 5881<br>Claim Date: 10/05/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $46,280.78 | | |
| YOAKUM, JOHN<br>1704 KILARNEY DRIVE<br>CARY, NC 27511 | | Claim Number: 3732<br>Claim Date: 09/25/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $545,841.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| YOE, DIEDRA S.<br>3762 MALLORY COURT<br>HILLSBOROUGH, NC 27278 | | Claim Number: 8003<br>Claim Date: 09/26/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: DOCKET: 8429 (09/13/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $12,980.76 | | |
| YOHE-GANEY, VICKI L<br>5912 STEUBEN COURT<br>DALLAS, TX 75248 | | Claim Number: 4280<br>Claim Date: 09/28/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $922,376.32 | Scheduled: | $0.00 UNLIQ |
| YOUNG, CHARLES M.<br>1616 DYE PLACE<br>WILMINGTON, NC 28405 | | Claim Number: 3543<br>Claim Date: 09/23/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $25,254.95 | Scheduled: | $0.00 UNLIQ |
| YOUNG, DANIEL F.<br>2784 KINSINGTON CIRCLE<br>WESTON, FL 33332 | | Claim Number: 8409<br>Claim Date: 11/19/2012<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $90,720.01 | | |
| YOUNG, DAVID<br>2528 SADDLERIDGE ROAD<br>RALEIGH, NC 27615 | | Claim Number: 7871<br>Claim Date: 07/29/2011<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $94,036.80 | | |
| YOUNG, MASON<br>8000 HONG KONG PL<br>DULLES, VA 20189-8000 | | Claim Number: 1266<br>Claim Date: 06/03/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| PRIORITY | Claimed: | $31,138.98 | | |
| YOUNG, MATHILDE<br>1885 SHADY LN<br>LUCAS, TX 75002 | | Claim Number: 6620<br>Claim Date: 01/08/2010<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $70,632.73 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

YOUNG, ROBERT
313, PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 58
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,019.71 |

YOUNG, ROBERT
313 PROMENADE SOUTH
MONTGOMERY, TX 77356

Claim Number: 1761
Claim Date: 08/17/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $24,566.23 | | |
| UNSECURED | | | Scheduled: | $24,566.23 UNLIQ |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 287
Claim Date: 02/13/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 2733
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 2734
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,262.44 |

YOUNG, RONALD
348 CREEKSIDE TRAIL
ARGYLE, TX 76226

Claim Number: 2735
Claim Date: 09/08/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2736<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2737<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $31,312.44 |
| TOTAL | Claimed: | $42,262.44 |

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2738<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>348 CREEKSIDE TRAIL<br>ARGYLE, TX 76226 | | Claim Number: 2740<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $42,262.44 |

---

| | | |
|---|---|---|
| YOUNG, RONALD<br>474 HIGHLAND RD<br>APEX, NC 27523 | | Claim Number: 2753<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $54,915.90 |

---

| | | |
|---|---|---|
| YOUNG, TINA L<br>670 W. WALCOTT<br>PILOT POINT, TX 76258 | | Claim Number: 3727<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC. |
| PRIORITY | Claimed: | $1,000,000.00 |

---

| | | |
|---|---|---|
| YOUNG, TINA L.<br>670 W. WALCOTT STREET<br>PILOT POINT, TX 76258 | | Claim Number: 3728<br>Claim Date: 09/24/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) |
| ADMINISTRATIVE | Claimed: | $1,000,000.00 |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| YOUNGBLOOD, ERIC W<br>1442 ROGERS COURT<br>ALLEN, TX 75013 | | Claim Number: 3455<br>Claim Date: 09/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $43,036.54 | | |

| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 247<br>Claim Date: 02/09/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2563 (02/26/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,970.41 | | |

| YU, GUISHENG<br>3725 MASON DR<br>PLANO, TX 75025 | | Claim Number: 2565<br>Claim Date: 09/03/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,970.41 | | |

| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2331<br>Claim Date: 08/28/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2324 (01/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,607.71 | | |

| YU, KIN<br>481214 LEIGH STREET<br>FREMONT, CA 94539 | | Claim Number: 2750<br>Claim Date: 09/08/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7620 (05/08/2012) | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $2,094.56 |
| UNSECURED | Claimed: | $88,186.97 | Scheduled: | $47,617.19 |

| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014 | | Claim Number: 1716<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | | |

| YU, XIAOMIN<br>20728 SCOFIELD DRIVE<br>CUPERTINO, CA 95014 | | Claim Number: 1717<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

YU, XIAOMIN
20728 SCOFIELD DRIVE
CUPERTINO, CA 95014

Claim Number: 6611
Claim Date: 01/07/2010
Debtor: NORTEL NETWORKS (CALA) INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,348.07 | | |

---

YU,GUISHENG
3725 MASON DR
PLANO, TX 75025

Claim Number: 2566
Claim Date: 09/03/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7431 (03/22/2012)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $17,970.41 | | |
| UNSECURED | | | Scheduled: | $17,970.41 |

---

ZABELNY, JAN M.
198 BAYWAY DRIVE
WEBSTER, NY 14580

Claim Number: 68
Claim Date: 01/26/2009
Debtor: NORTEL NETWORKS INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $934.14 |
| UNSECURED | Claimed: | $51,280.80 | Scheduled: | $50,472.21 |

---

ZACCHILLI, DENISE M.
107 CLINTON STREET
MARLBORO, MA 01752

Claim Number: 7749
Claim Date: 06/03/2011
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| | | |
|---|---|---|
| ADMINISTRATIVE PRIORITY | | |
| UNSECURED | Claimed: | $29,481.00 |

---

ZAFARANO, MICHAEL J. JR., CAROL FELTS, &
JAMES KAUFFMAN  -  C/O RON KILGARD, ESQ
KELLER ROHRBACK, PLC
3101 N CENTRAL AVE, SUITE 1400
PHOENIX, AZ 85012

Claim Number: 5509
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: WITHDRAWN
DOCKET: 8129 (08/07/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $100,000,000.00   UNLIQ |

---

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 5533
Claim Date: 09/30/2009
Debtor: NORTEL NETWORKS INC.
Comments: POSSIBLY AMENDED BY 8044
DOCKET: 6288 (09/01/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,250,543.48   UNLIQ |

---

ZAFIROVSKI, MIKE
1291 N. GREEN BAY ROAD
LAKE FOREST, IL 60045

Claim Number: 8044
Claim Date: 11/11/2011
Debtor: NORTEL NETWORKS INC.
Comments:
amends claim 5533

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,250,543.48   UNLIQ |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ZAIDI, SYED M.<br>4517 CRYSTAL MOUNTAIN DR.<br>RICHARDSON, TX 75082 | | Claim Number: 1255<br>Claim Date: 06/01/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $57,426.74 | | |
| ZAMCHELLI, MICHAEL T.<br>330 FELSPAR WAY<br>CARY, NC 27518 | | Claim Number: 7723<br>Claim Date: 05/02/2011<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | |
| ADMINISTRATIVE<br>PRIORITY | Claimed: | $12,276.92 | | |
| UNSECURED | Claimed: | $3,507.70 | | |
| ZANGA, JAMES M.<br>6104 KING CROYDON CT<br>RALEIGH, NC 27603 | | Claim Number: 5055<br>Claim Date: 09/30/2009<br>Debtor: NORTEL NETWORKS INC. | | |
| UNSECURED | Claimed: | $72,709.47 | | |
| ZAR, SHAKEEL<br>1101 S. BOWSER ROAD<br>RICHARDSON, TX 75081 | | Claim Number: 6969<br>Claim Date: 01/25/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |
| PRIORITY | | | Scheduled: | $1,565.07 |
| UNSECURED | Claimed: | $30,410.00 | Scheduled: | $24,776.67 |
| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | | Claim Number: 1747<br>Claim Date: 08/17/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $0.00 | | |
| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95161-0878 | | Claim Number: 6372<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| UNSECURED | Claimed: | $0.00 | | |
| ZEE MEDICAL SERVICE CO<br>1721 A JUNCTION AVENUE, PO BOX 610878<br>SAN JOSE, CA 95112-1010 | | Claim Number: 6425<br>Claim Date: 12/22/2009<br>Debtor: NORTEL NETWORKS (CALA) INC.<br>Comments: EXPUNGED<br>DOCKET: 5089 (03/09/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ZELENACK-TERRELL, LOUISE<br>3130 OLD HWY 31E<br>WESTMORELAND, TN 37186 | | Claim Number: 7409<br>Claim Date: 09/13/2010<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00   UNLIQ CONT | | |
| UNSECURED | Claimed: | $12,308.67   UNLIQ CONT | | |

| ZELSMANN, SANDRA<br>4012 LOST CREEK DR<br>PLANO, TX 75074 | | Claim Number: 2976<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC. | | |

| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $53,304.00 | | |

| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 24<br>Claim Date: 01/22/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 7431 (03/22/2012) | | |

| PRIORITY | Claimed: | $27,261.87 | | |

| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 3232<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7431 (03/22/2012) | | |

| PRIORITY | Claimed: | $27,261.87 | | |
| UNSECURED | | | Scheduled: | $28,194.60 |

| ZENG, HELEN<br>3216 TEAROSE DR.<br>RICHARDSON, TX 75082 | | Claim Number: 3233<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2625 (03/03/2010) | | |

| ADMINISTRATIVE | Claimed: | $27,261.87 | | |

| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3231<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |

| PRIORITY | Claimed: | $27,261.87 | | |

| ZENG, HELEN JOANNA<br>3216 TEAROSE DRIVE<br>RICHARDSON, TX 75082 | | Claim Number: 3234<br>Claim Date: 09/18/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: EXPUNGED<br>DOCKET: 2315 (01/21/2010) | | |

| PRIORITY | Claimed: | $27,261.87 | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| ZHANG, HUI<br>4109 CARMICHAEL DRIVE<br>PLANO, TX 75024 | | Claim Number: 2921<br>Claim Date: 09/14/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,454.23 | | | |
| UNSECURED | Claimed: | $1,285.17 | Scheduled: | $8,739.40 | |
| ZHANG, LI<br>2524 CIMA HILL DR<br>PLANO, TX 75025 | | Claim Number: 1418<br>Claim Date: 06/26/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $34,744.92 | | | |
| UNSECURED | | | Scheduled: | $33,700.50 | |
| ZHANG, ZHIQIANG<br>3332 LANGSTON DR.<br>PLANO, TX 75025 | | Claim Number: 1159<br>Claim Date: 05/12/2009<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 7408 (03/20/2012) | | | |
| PRIORITY | Claimed: | $7,819.98 | | | |
| UNSECURED | | | Scheduled: | $11,769.18 | |
| ZHAO, KAI<br>3912 COMPTON DR<br>RICHARDSON, TX 75082 | | Claim Number: 3408<br>Claim Date: 09/21/2009<br>Debtor: NORTEL NETWORKS INC. | | | |
| PRIORITY | Claimed: | $34,982.03 | | | |
| ZHAO, KE<br>61 COUNTRY LANE<br>HANSON, MA 02341 | | Claim Number: 7727<br>Claim Date: 05/04/2011<br>Debtor: NORTEL NETWORKS INC. | | | |
| UNSECURED | Claimed: | $28,454.40 | | | |
| ZHENG, DAIYAN<br>4893 ANNELISE DR.<br>HARRISBURG, NC 28075 | | Claim Number: 7528<br>Claim Date: 12/21/2010<br>Debtor: NORTEL NETWORKS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $8,460.18 | | | |
| ZHOU, NIAN<br>7569 KIRWIN LN<br>CUPERTINO, CA 95014 | | Claim Number: 6417<br>Claim Date: 12/24/2009<br>Debtor: NORTEL ALTSYSTEMS INC.<br>Comments: ALLOWED<br>DOCKET: 8285 (08/22/2012) | | | |
| ADMINISTRATIVE<br>PRIORITY<br>UNSECURED | Claimed: | $31,271.00 | | | |

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

| ZHOU, NIAN | | Claim Number: 6418 | | |
| 7569 KIRWIN LN | | Claim Date: 12/24/2009 | | |
| CUPERTINO, CA 95014 | | Debtor: NORTEL ALTSYSTEMS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 8285 (08/22/2012) | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $31,271.00 | | |

---

| ZHOU, SHUN HUA | | Claim Number: 324 | | |
| 16227 SHADYBANK DR | | Claim Date: 02/17/2009 | | |
| DALLAS, TX 75248-2958 | | Debtor: NORTEL NETWORKS INC. | | |
| | | | | |
| | | | | |
| PRIORITY | Claimed: | $64,124.82 | Scheduled: | $6,483.29 |
| UNSECURED | | | Scheduled: | $57,241.66 |

---

| ZHU, YIQUN | | Claim Number: 5871 | | |
| 1006 NAVARRO DR | | Claim Date: 10/05/2009 | | |
| ALLEN, TX 75013-1173 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 7431 (03/22/2012) | | |
| | | | | |
| PRIORITY | Claimed: | $23,164.00 | | |
| SECURED | Claimed: | $0.00 | | |

---

| ZIMMERLI, GARY | | Claim Number: 5448 | | |
| 3110 SW 70TH AVE | | Claim Date: 09/30/2009 | | |
| PORTLAND, OR 97225 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 2619 (03/03/2010) | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET | | |

---

| ZIMMERLI, GARY L | | Claim Number: 5447 | | |
| 3110 SW 70TH AVE | | Claim Date: 09/30/2009 | | |
| PORTLAND, OR 97225 | | Debtor: NORTEL NETWORKS INC. | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 7620 (05/08/2012) | | |
| | | | | |
| PRIORITY | Claimed: | $5,055.00 | | |
| UNSECURED | Claimed: | $5,055.00 | | |
| TOTAL | Claimed: | $5,055.00 | | |

---

| ZOHO CORPORATION | | Claim Number: 5846 | | |
| 4900 HOPYARD ROAD | | Claim Date: 10/02/2009 | | |
| STE 310 | | Debtor: NORTEL NETWORKS INC. | | |
| PLEASANTON, CA 94588-7100 | | Comments: ALLOWED | | |
| | | | | |
| UNSECURED | Claimed: | $156,270.00 | | |

---

| ZOHO CORPORATION | | Claim Number: 5929 | | |
| 4900 HOPYARD ROAD | | Claim Date: 10/08/2009 | | |
| STE 310 | | Debtor: NORTEL NETWORKS INC. | | |
| PLEASANTON, CA 94588-7100 | | Comments: EXPUNGED | | |
| | | Amends claim 5846 | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $156,270.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ZOMAX, INC.
KOHNER MANN & KAILAS, S.C.
WASHINGTON BUILDING, BARNABAS BUSINESS
CENTER, 4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

Claim Number: 1111
Claim Date: 04/21/2009
Debtor: ARCHITEL SYSTEMS (U.S.) CORPORATION

| UNSECURED | Claimed: | $1,944.60 |
|---|---|---|

ZOMAX, INC.
KOHNER MANN & KAILAS, S.C.
WASHINGTON BUILDING, BARNABAS BUSINESS
CENTER, 4650 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53212-1059

Claim Number: 3087
Claim Date: 09/17/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4256 (11/08/2010)

| ADMINISTRATIVE | Claimed: | $1,944.60 |
|---|---|---|

ZONE 4 SOLUTIONS INC.
25 ERSKINE PL.
NEPEAN, ON K2H 8R8
CANADA

Claim Number: 699
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $5,880.00 |
|---|---|---|

ZONE 4 SOLUTIONS INC.
25 ERSKINE PL.
NEPEAN, ON K2H 8R8
CANADA

Claim Number: 700
Claim Date: 03/23/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 4053 (09/30/2010)

| UNSECURED | Claimed: | $4,410.00 |
|---|---|---|

ZOU, GUANYUN
2900 MONTELL CT
PLANO, TX 75025

Claim Number: 3341
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 8285 (08/22/2012)

| ADMINISTRATIVE PRIORITY UNSECURED | Claimed: | $51,314.29 |
|---|---|---|

ZOU, GUANYUN
2900 MONTELL CT
PLANO, TX 75025

Claim Number: 3342
Claim Date: 09/21/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $51,314.29 |
|---|---|---|

ZOUNON, LISETTE Z.
7421 FRANKFORD ROAD
APT. 1035
DALLAS, TX 75252

Claim Number: 2936
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2625 (03/03/2010)

| ADMINISTRATIVE | Claimed: | $11,066.53 |
|---|---|---|

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

---

ZOUNON, LISETTE Z.
7421 FRANKFORD ROAD
APT. 1035
DALLAS, TX 75252

Claim Number: 2937
Claim Date: 09/14/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2315 (01/21/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $116.53 | | |

---

ZUKAS, JAMES
10900 QUIMBY POINT LANE
RESTON, VA 20191-5006

Claim Number: 1216
Claim Date: 05/20/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $182,735.28 | | |

---

ZUKAS, JAMES
10900 QUIMBY POINT LANE
RESTON, VA 20191-5006

Claim Number: 4173
Claim Date: 09/28/2009
Debtor: NORTEL NETWORKS INC.
Comments:
Amends claim 1216.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $216,665.02 | | |
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

ZYXEL COMMUNICATIONS INC.
1130 N. MILLER ST.
ANAHEIM, CA 92806-2001

Claim Number: 164
Claim Date: 02/04/2009
Debtor: NORTEL NETWORKS INC.
Comments: EXPUNGED
DOCKET: 2563 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $256,526.25 | | |

---

ZYXEL COMMUNICATIONS, INC.
1130 N. MILLER ST.
ANAHEIM, CA 92806-2001

Claim Number: 295-01
Claim Date: 02/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: ALLOWED
DOCKET: 7354 (03/08/2012)

ADMINISTRATIVE

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $256,526.25 | | |

---

ZYXEL COMMUNICATIONS, INC.
1130 N. MILLER ST.
ANAHEIM, CA 92806-2001

Claim Number: 295-02
Claim Date: 02/16/2009
Debtor: NORTEL NETWORKS INC.
Comments: DOCKET: 7355 (03/08/2012)
Paid and not entitled to any additional voting right or distribution

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,940.00 | | |

---

NORTEL NETWORKS INC.
Alphabetical Claims Register for NORTEL NETWORKS INC. (ALL CASES)

## Summary Page

Total Number of Filed Claims:    8533

|  | Claimed Amount |  |
|---|---|---|
| Administrative: | $12,862,079,553.77 |  |
| Priority: | $3,270,806,665.63 |  |
| Secured: | $2,788,209,386.03 |  |
| Unsecured: | $15,518,577,635.54 |  |
| Total: | $34,439,673,240.97 |  |